Nicole Lavallee (SBN 165755)
A. Chowning Poppler (SBN 272870)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
       cpoppler@bermantabacco.com

*Local Counsel for Plaintiff Ryan Scheller*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SCHELLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>Defendants. | Case No. 3:19-cv-01651-WHO<br><br>**PROOF OF SERVICE** |

I am employed by Berman Tabacco, 44 Montgomery Street, Suite 650, San Francisco, California 94104. I am over the age of 18 years and am not a party to this action. On April 5, 2019, using the Northern District of California's Electronic Case Filing System ("ECF"), with the ECF ID registered to Nicole Lavallee, and at her direction, I filed and served true and correct copies of the document(s) described as follows:

1. **NOTICE OF PLAINTIFF RYAN SCHELLER'S ANNOUNCEMENT OF PENDING ACTION AGAINST NUTANIX, INC., AS REQUIRED BY THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995 AND CIVIL L.R. 23-1(a); and**

2. **PROOF OF SERVICE**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service.

I further declare that on April 5, 2019, I served true and correct copies of the document(s) listed above on the following attorneys and/or parties, who are not on the list to receive e-mail notices for this case, by transmitting a true and correct Portable Document Format (PDF) copy via email to the person(s) at the email address(es) set forth below:

Boris Feldman
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: boris.feldman@wsgr.com

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed at San Francisco, California, on April 5, 2019.

_____
Sheralyn Duiasosopo