# EXHIBIT A

# Wolf Popper LLP Files a Securities Class Action Lawsuit Against Nutanix, Inc.

NEWS PROVIDED BY
**Wolf Popper LLP →**
Mar 29, 2019, 20:35 ET

NEW YORK, March 29, 2019 /PRNewswire/ -- Wolf Popper LLP has filed a securities class action lawsuit in U.S. District Court for the Northern District of California against Nutanix, Inc. (NASDAQ: NTNX) and two of its senior executives. The case, No. 5:19-cv-1651, asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and SEC Rule 10b-5 promulgated thereunder on behalf of investors who purchased Nutanix common stock during the period March 2, 2018 through February 28, 2019 and were damaged thereby.

Beginning on March 2, 2018, Nutanix and its senior executives made repeated statements that Nutanix was investing heavily in growth while maintaining high profit margins. On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance.

As a result of this news, Nutanix's stock price fell on March 1, 2019, by $16.39 per share or 33% on very heavy volume. Nutanix senior officers, including its Chief Revenue Officer, took advantage of these false statements by selling Nutanix common stock at inflated prices.

If you are a member of the proposed Class, and wish to serve as Lead Plaintiff, you must file a motion with the Court no later than May 28, 2019. A lead plaintiff is a representative party acting on behalf of other Class members in directing the litigation. Any member of the

proposed Class may move the Court to serve as Lead Plaintiff through counsel of their choice. Members may also choose to do nothing and remain part of the proposed Class.

Wolf Popper has successfully recovered billions of dollars for defrauded investors. Wolf Popper's reputation and expertise have been repeatedly recognized by the courts. Wolf Popper has offices in New York, NY; San Juan, Puerto Rico; Houston, TX; Chicago, IL; and Springfield, IL. More information about Wolf Popper can be found on the firm's website at www.wolfpopper.com.

If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact Robert Finkel at (877) 370-7703 or rfinkel@wolfpopper.com.

For more information, please contact:

Robert C. Finkel

Tel.: (877) 370-7703

Fax: (877) 370-7704

Email: rfinkel@wolfpopper.com

Website: www.wolfpopper.com

SOURCE Wolf Popper LLP

Related Links

http://www.wolfpopper.com