# EXHIBIT C

## Loss Chart

**Company Name:**　　Nutanix, Inc.
**Ticker:**　　NTNX
**Class Period:**　　March 2, 2018 to February 28, 2019
**Name:**　　David Panczner

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/21/2018 | 720 | $58.4395 | -$42,076.4400 | | $0.0000 | -$42,076.44 |
| 10/17/2018 | 400 | $41.9600 | -$16,784.0000 | | $0.0000 | -$16,784.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **1,120** | | | | **Subtotal:** | **-$58,860.44** |
| | | | **90-Day Average Price*** | **Shares Remaining** | **90-Day Average:** | $43,348.67 |
| | | | $38.7042 | 1,120 | **Total:** | **-$15,511.77** |

*Using the average closing price between March 1, 2019 and  May 24, 2019.