John T. Jasnoch (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

*Attorney for Proposed Lead Plaintiff*
*City of Birmingham Relief and Retirement System*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN SCHELLER, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS, <br><br> Defendants. | Case No. 3:19-cv-01651-WHO <br><br> **DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM'S MOTION FOR: (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF ITS SELECTION OF LEAD COUNSEL** <br><br> Date: July 10, 2019 <br> Time: 2:00 p.m. <br> Courtroom: 2, 17th Floor <br> Judge: Hon. William H. Orrick <br><br> ORAL ARGUMENT REQUESTED |
| TIM MAUTER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> NUTANIX, INC., DHEERAJ PANDEY and DUSTON M. WILLIAMS, <br><br> Defendants. | Case No. 3:19-cv-02442-RS |

[Caption continued on next page.]

DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF CITY OF BIRMINGHAM RELIEF AND RETIREMENT
SYSTEM'S MOTION FOR: (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND
(3) APPROVAL OF ITS SELECTION OF LEAD COUNSEL
CASE NO. 3:19-CV-01651-WHO

| JOSEPH S. MAROUN, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:19-cv-02744-RS |
|---|---|
| Plaintiff, | |
| vs. | |
| NUTANIX, INC., DHEERAJ PANDEY and DUSTON M. WILLIAMS, | |
| Defendants. | |
| HEIDI ZAPF, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:19-cv-02781-SI |
| Plaintiff, | |
| vs. | |
| NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS, | |
| Defendants. | |

Pursuant to 28 U.S.C. §1746, I, John T. Jasnoch, hereby declare as follows:

1.    I am an attorney with the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for lead plaintiff movant and putative class member City of Birmingham Relief and Retirement System ("Birmingham" or "Movant").  I make this Declaration in support of Birmingham's motion for: (1) consolidation of the above-captioned actions; (2) appointment as Lead Plaintiff; and (3) approval of its selection of Scott+Scott as Lead Counsel for the class.

2.    Attached are true and correct copies of the following:

- Exhibit A:    Notice published on March 29, 2019, via *PRNewswire*;

- Exhibit B:    Movant's Certification pursuant to the Private Securities Litigation Reform Act of 1995;

- Exhibit C:    Movant's Loss Chart; and

- Exhibit D:    Scott+Scott's Firm Résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on May 28, 2019, at San Diego, California.

 /s/ John T. Jasnoch
JOHN T. JASNOCH

DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM'S MOTION FOR: (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF ITS SELECTION OF LEAD COUNSEL
CASE NO. 3:19-CV-01651-WHO

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

 /s/ John T. Jasnoch
John T. Jasnoch (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
jjasnoch@scott-scott.com

*Attorney for Proposed Lead Plaintiff*
*City of Birmingham Relief and Retirement System*

DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM'S MOTION FOR: (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF ITS SELECTION OF LEAD COUNSEL
CASE NO. 3:19-CV-01651-WHO