# EXHIBIT B

## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, James D. Love, on behalf of the City of Birmingham Relief and Retirement System ("Birmingham"), hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am the Assistant City Attorney of Birmingham and am authorized to initiate litigation and execute this Certification on behalf of Birmingham.

2.      I have reviewed the Complaint in this matter and authorize Scott+Scott Attorneys at Law LLP to file lead plaintiff papers in this matter on behalf of Birmingham.

3.      Birmingham is willing to serve as a representative party on behalf of the purchasers of Nutanix, Inc. ("Nutanix") securities during the Class Period (as defined in the Complaint), including providing testimony at deposition and trial, if necessary.

4.      During the Class Period, Birmingham purchased and/or sold the security that is the subject of the Complaint, as set forth in the attached **Schedule A**.

5.      Birmingham did not engage in the foregoing transactions at the direction of counsel, nor in order to participate in any private action arising under the Securities Exchange Act of 1934 (the "Exchange Act").

6.      During the three-year period preceding the date on which this Certification is signed, Birmingham sought to serve as a representative party or lead plaintiff on behalf of a class in the following private actions arising under the Exchange Act:

> *Keippel v. Health Ins. Innovations, Inc.*, No. 8:19-cv-00421 (M.D. Fla.) (appointed co-lead plaintiff);
>
> *City of Birmingham Firemen's & Policemen's Supplemental Pension Sys. v. Ryanair Holdings plc*, No. 1:18-cv-10330 (S.D.N.Y.) (appointed co-lead plaintiff);
>
> *In re BRF S.A. Sec. Litig.*, No. 1:18-cv-02213 (S.D.N.Y.) (appointed lead plaintiff);

*City of Birmingham Ret. & Relief Sys. v. Credit Suisse Grp. AG*, No. 1:17-cv-10014 (S.D.N.Y) (appointed co-lead plaintiff);

*Boynton Beach Firefighters' Pension Fund v. HCP, Inc.*, No. 3:16-cv-01106 (N.D. Ohio) (appointed co-lead plaintiff);

*Westchester Putnam Ctys. Heavy & Highway Laborers Local 60 Benefit Funds v. Brixmor Prop. Grp. Inc.*, No. 1:16-cv-02400 (S.D.N.Y.) (appointed co-lead plaintiff);

*Ollila v. Babcock & Wilcox Enters., Inc.*, No. 3:17-cv-00109 (W.D.N.C.) (moved to be appointed lead plaintiff and was not appointed); and

*Grodko v. Teva Pharm. Indus. Ltd.*, No. 2:17-cv-03743 (E.D. Pa.) (moved to be appointed lead plaintiff then filed notice of non-opposition and was not appointed).

7. Birmingham will not accept any payment for serving as a representative party on behalf of the Class beyond the *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at __Birmingham, Alabama__ on __May 23__, 2019.
(City, State)

CITY OF BIRMINGHAM RELIEF AND
RETIREMENT SYSTEM

James D. Love
Assistant City Attorney

# Schedule A

**NUTANIX INC - A**  **Ticker:** **NTNX**  **Cusip:** **67059N108**

Class Period: 03/02/2018 to 02/28/2019

**City of Birmingham Relief and Retirement System**

|  | | DATE | SHARES | PRICE |
|---|---|---|---|---|
| **Purchases:** | | 3/20/2018 | 11,401 | $53.28 |
| | | 6/22/2018 | 850 | $54.34 |
| | | 12/21/2018 | 200 | $36.47 |
| | | 2/20/2019 | 1,788 | $53.70 |
| **Sales:** | | 8/21/2018 | 3,639 | $53.87 |
| | | 8/22/2018 | 300 | $55.26 |