# EXHIBIT C

**LOSS ANALYSIS**

**Class Period: 03/02/2018 to 02/28/2019**

**NUTANIX INC - A**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| **NTNX** | **67059N108** | **BYQBFT8** | **US67059N1081** | **$38.58459 *** |

**City of Birmingham Relief and Retirement System**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 3/20/2018 | 11,401 | $53.28 | -$607,445.28 |
| Purchase | 6/22/2018 | 850 | $54.34 | -$46,189.00 |
| Purchase | 12/21/2018 | 200 | $36.47 | -$7,294.00 |
| Purchase | 2/20/2019 | 1,788 | $53.70 | -$96,015.60 |
| **Class Period purchases:** | | **14,239** | | **-$756,943.88** |
| Sale | 8/21/2018 | 3,639 | $53.87 | $196,032.93 |
| Sale | 8/22/2018 | 300 | $55.26 | $16,578.00 |
| **Class Period sales (matched to Class Period purchases):** | | **3,939** | | **$212,610.93** |
| | LIFO Retained Purchases: | 10,300 | $38.58459 | $397,421.28 |

**\* Value of retained shares is the mean trading price from 03/01/2019 to 05/28/2019**

**LIFO Gain/(Loss):**     **-$146,911.67**