**LEVI & KORSINSKY, LLP**
Adam C. McCall (SBN 302130)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 291-2420
Email: amccall@zlk.com

*Attorneys for Movant Shimon Hedvat*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SCHELLER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>Defendants. | No. 5:19-cv-01651-WHO<br><br>Hon. William H. Orrick<br><br>**DECLARATION OF ADAM C. MCCALL IN SUPPORT OF SHIMON HEDVAT'S MOTION FOR CONSOLIDATION OF THE ACTIONS,  APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**<br><br>Date: July 10, 2019<br>Time: 2:00 p.m.<br>Courtroom: 2-17th Floor |
| TIM MAUTER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>Defendants. | No. 3:19-cv-02442-RS<br><br>Hon. Richard Seeborg |

*[Caption Continued on Next Page]*

MCCALL DECLARATION IN SUPPORT OF SHIMON HEDVAT'S MOTION FOR CONSOLIDATION OF THE ACTIONS,  APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL
Nos. 5:19-cv-01651-WHO; 3:19-cv-02442-RS; 3:19-cv-02744-RS; 3:19-cv-02781-SI

| | |
|---|---|
| JOSEPH S. MAROUN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>Defendants. | No. 3:19-cv-02744-RS<br><br>Hon. Richard Seeborg |
| HEIDI ZAPF, Individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>Defendants. | No. 3:19-cv-02781-SI<br><br>Hon. Susan Illston |

MCCALL DECLARATION IN SUPPORT OF SHIMON HEDVAT'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL
Nos. 5:19-cv-01651-WHO; 3:19-cv-02442-RS; 3:19-cv-02744-RS; 3:19-cv-02781-SI

I, Adam C. McCall, hereby declare as follows:

1.  I am an associate at the law firm of Levi & Korsinsky, LLP, counsel for Shimon Hedvat ("Movant"), and a member in good standing for the bar of the State of California. I respectfully submit this declaration in support of Movant's Motion for Consolidation of the above-captioned actions (the "Actions"), Appointment as Lead Plaintiff, and Approval of Lead Counsel.

2.  Attached hereto as Exhibit A is a true and correct copy of the sworn certification signed by Movant.

3.  Attached hereto as Exhibit B is a true and correct copy of the loss chart detailing the losses sustained by Movant.

4.  Attached hereto as Exhibit C is a true and correct copy of the press release originally published on March 29, 2019, on *PR Newswire* announcing the pendency of the first-filed securities lawsuit.

5.  Attached hereto as Exhibit D is a true and correct copy of the firm resume of Levi & Korsinsky, LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 28th day of May, 2019.

/s/ Adam C. McCall
Adam C. McCall