# EXHIBIT B

| Client Name | Shimon Hedvat |
|---|---|
| Company Name | Nutanix, Inc. |
| Ticker Symbol | NTNX |
| Security Type | |
| Class Period Start | 3/2/2018 |
| Class Period End | 2/28/2019 |
| 90-DAY Lookback Period Start | 3/1/2019 |
| 90-DAY Lookback | 5/28/2019 |
| 90-DAY Lookback | $ 38.58 |
| Pre Class Period | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 934,533.6556 |
| *DURA LIFO* Total* | $ 909,489.66 |
| Gross Shares Purchased | 216,930.00 |
| Net Shares Retained | 108,430.00 |
| | |
| Net Funds Expended | $ 5,118,171.89 |

### Shimon Hedvat

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO Gain and (Losses) | DURA LIFO* |
| 08-31-2018 | 100 | 57.15 | $ 5,715.00 | | | | | | - | | 100 | 100 | $ 38.58 | $ 3,858.38 | $ 1,856.62 | $ 1,856.62 |
| 08-31-2018 | 100 | 56.05 | $ 5,605.00 | | | | | | - | | 100 | 100 | $ 38.58 | $ 3,858.38 | $ 1,746.62 | $ 1,746.62 |
| 08-31-2018 | 300 | 58.38 | $ 17,514.00 | | | | | | - | | 300 | 300 | $ 38.58 | $ 11,575.13 | $ 5,938.87 | $ 5,938.87 |
| 08-31-2018 | 100 | 57.69 | $ 5,769.00 | | | | | | - | | 100 | 100 | $ 38.58 | $ 3,858.38 | $ 1,910.62 | $ 1,910.62 |
| 08-31-2018 | 55 | 57.44 | $ 3,159.20 | | | | | | - | | 55 | 55 | $ 38.58 | $ 2,122.11 | $ 1,037.09 | $ 1,037.09 |
| 08-31-2018 | 145 | 57.42 | $ 8,325.90 | | | | | | - | | 145 | 145 | $ 38.58 | $ 5,594.65 | $ 2,731.25 | $ 2,731.25 |
| 08-31-2018 | 200 | 57.29 | $ 11,458.00 | | | | | | - | | 200 | 200 | $ 38.58 | $ 7,716.75 | $ 3,741.25 | $ 3,741.25 |
| 08-31-2018 | 200 | 57.2 | $ 11,440.00 | | | | | | - | | 200 | 200 | $ 38.58 | $ 7,716.75 | $ 3,723.25 | $ 3,723.25 |
| 08-31-2018 | 100 | 56.64 | $ 5,664.00 | | | | | | - | | 100 | 100 | $ 38.58 | $ 3,858.38 | $ 1,805.62 | $ 1,805.62 |
| 08-31-2018 | 200 | 56.63 | $ 11,326.00 | | | | | | - | | 200 | 200 | $ 38.58 | $ 7,716.75 | $ 3,609.25 | $ 3,609.25 |
| 08-31-2018 | 200 | 56.32 | $ 11,264.00 | | | | | | - | | 200 | 200 | $ 38.58 | $ 7,716.75 | $ 3,547.25 | $ 3,547.25 |
| 08-31-2018 | 150 | 56.32 | $ 8,448.00 | | | | | | - | | 150 | 150 | $ 38.58 | $ 5,787.57 | $ 2,660.43 | $ 2,660.43 |
| 08-31-2018 | 150 | 56.24 | $ 8,436.00 | | | | | | - | | 150 | 150 | $ 38.58 | $ 5,787.57 | $ 2,648.43 | $ 2,648.43 |
| 09-04-2018 | 500 | 55.63 | $ 27,815.00 | | | | | | - | | 500 | 500 | $ 38.58 | $ 19,291.89 | $ 8,523.11 | $ 8,523.11 |
| 09-04-2018 | 500 | 54.69 | $ 27,345.00 | | | | | | - | | 500 | 500 | $ 38.58 | $ 19,291.89 | $ 8,053.11 | $ 8,053.11 |
| 09-05-2018 | 1000 | 53.25 | $ 53,250.00 | | | | | | - | | 1000 | 1000 | $ 38.58 | $ 38,583.77 | $ 14,666.23 | $ 14,666.23 |
| 09-05-2018 | 1000 | 53.21 | $ 53,210.00 | | | | | | - | | 1000 | 1000 | $ 38.58 | $ 38,583.77 | $ 14,626.23 | $ 14,626.23 |
| 09-07-2018 | 1000 | 52.26 | $ 52,260.00 | | | | | | - | | 1000 | 1000 | $ 38.58 | $ 38,583.77 | $ 13,676.23 | $ 13,676.23 |
| 09-07-2018 | 1000 | 52.18 | $ 52,180.00 | | | | | | - | | 1000 | 1000 | $ 38.58 | $ 38,583.77 | $ 13,596.23 | $ 13,596.23 |
| 09-07-2018 | 100 | 52.16 | $ 5,216.00 | | | | | | - | | 100 | 100 | $ 38.58 | $ 3,858.38 | $ 1,357.62 | $ 1,357.62 |
| 09-07-2018 | 700 | 52.15 | $ 36,505.00 | | | | | | - | | 700 | 700 | $ 38.58 | $ 27,008.64 | $ 9,496.36 | $ 9,496.36 |
| 09-07-2018 | 200 | 52.14 | $ 10,428.00 | | | | | | - | | 200 | 200 | $ 38.58 | $ 7,716.75 | $ 2,711.25 | $ 2,711.25 |
| 09-07-2018 | 1000 | 52.19 | $ 52,190.00 | | | | | | - | | 1000 | 1000 | $ 38.58 | $ 38,583.77 | $ 13,606.23 | $ 13,606.23 |
| 09-07-2018 | 1000 | 52.2 | $ 52,200.00 | | | | | | - | | 1000 | 1000 | $ 38.58 | $ 38,583.77 | $ 13,616.23 | $ 13,616.23 |
| 09-12-2018 | 1000 | 52.01 | $ 52,010.00 | | | | | | - | | 1000 | 1000 | $ 38.58 | $ 38,583.77 | $ 13,426.23 | $ 13,426.23 |
| 09-12-2018 | 1000 | 51.92 | $ 51,920.00 | | | | | | - | | 1000 | 1000 | $ 38.58 | $ 38,583.77 | $ 13,336.23 | $ 13,336.23 |
| 09-12-2018 | 1000 | 51.8 | $ 51,800.00 | | | | | | - | | 1000 | 1000 | $ 38.58 | $ 38,583.77 | $ 13,216.23 | $ 13,216.23 |
| 09-12-2018 | 1000 | 51.88 | $ 51,880.00 | | | | | | - | | 1000 | 1000 | $ 38.58 | $ 38,583.77 | $ 13,296.23 | $ 13,296.23 |
| 09-12-2018 | 1000 | 51.73 | $ 51,730.00 | | | | | | - | | 1000 | 1000 | $ 38.58 | $ 38,583.77 | $ 13,146.23 | $ 13,146.23 |
| 09-26-2018 | 1000 | 43.23 | $ 43,230.00 | | | | | | - | | 1000 | 1000 | $ 38.58 | $ 38,583.77 | $ 4,646.23 | $ 4,646.23 |
| 09-26-2018 | 1000 | 43.38 | $ 43,380.00 | | | | | | - | | 1000 | 1000 | $ 38.58 | $ 38,583.77 | $ 4,796.23 | $ 4,796.23 |
| 09-26-2018 | 1000 | 43.38 | $ 43,380.00 | | | | | | - | | 1000 | 1000 | $ 38.58 | $ 38,583.77 | $ 4,796.23 | $ 4,796.23 |
| 09-26-2018 | 1000 | 42.85 | $ 42,850.00 | | | | | | - | | 1000 | 1000 | $ 38.58 | $ 38,583.77 | $ 4,266.23 | $ 4,266.23 |
| 09-26-2018 | 1000 | 42.85 | $ 42,850.00 | | | | | | - | | 1000 | 1000 | $ 38.58 | $ 38,583.77 | $ 4,266.23 | $ 4,266.23 |
| 09-26-2018 | 1000 | 43.06 | $ 43,060.00 | | | | | | - | | 1000 | 1000 | $ 38.58 | $ 38,583.77 | $ 4,476.23 | $ 4,476.23 |
| 09-26-2018 | 1000 | 42.85 | $ 42,850.00 | | | | | | - | | 1000 | 1000 | $ 38.58 | $ 38,583.77 | $ 4,266.23 | $ 4,266.23 |
| 09-26-2018 | 1000 | 42.8 | $ 42,800.00 | | | | | | - | | 1000 | 1000 | $ 38.58 | $ 38,583.77 | $ 4,216.23 | $ 4,216.23 |
| 09-26-2018 | 1000 | 42.67 | $ 42,670.00 | | | | | | - | | 1000 | 1000 | $ 38.58 | $ 38,583.77 | $ 4,086.23 | $ 4,086.23 |
| 09-26-2018 | 1000 | 42.65 | $ 42,650.00 | 10-12-2018 | 1000 | | $ 40.76 | $ 40,760.00 | - | | - | - | $ 38.58 | | $ 1,890.00 | |
| 09-26-2018 | 1000 | 42.64 | $ 42,640.00 | 10-12-2018 | 1000 | | $ 40.76 | $ 40,760.00 | - | | - | - | $ 38.58 | | $ 1,880.00 | |
| 09-26-2018 | 1000 | 42.6 | $ 42,600.00 | 10-12-2018 | 1000 | | $ 40.76 | $ 40,760.00 | - | | - | - | $ 38.58 | | $ 1,840.00 | |
| 09-26-2018 | 121 | 42.41 | $ 5,131.61 | 10-12-2018 | 121 | | $ 40.71 | $ 4,925.91 | - | | - | - | $ 38.58 | | $ 205.70 | |
| 09-26-2018 | 779 | 42.41 | $ 33,037.39 | 10-12-2018 | 779 | | $ 40.71 | $ 31,713.09 | - | | - | - | $ 38.58 | | $ 1,324.30 | |
| 09-26-2018 | 100 | 42.4 | $ 4,240.00 | 10-12-2018 | 100 | | $ 40.71 | $ 4,071.00 | - | | - | - | $ 38.58 | | $ 169.00 | |
| 09-26-2018 | 1000 | 42.26 | $ 42,260.00 | 10-12-2018 | 1000 | | $ 40.71 | $ 40,710.00 | - | | - | - | $ 38.58 | | $ 1,550.00 | |
| 09-26-2018 | 900 | 42.28 | $ 38,052.00 | 10-12-2018 | 900 | | $ 40.71 | $ 36,639.00 | - | | - | - | $ 38.58 | | $ 1,413.00 | |
| 09-26-2018 | 100 | 42.27 | $ 4,227.00 | 10-12-2018 | 100 | | $ 40.71 | $ 4,071.00 | - | | - | - | $ 38.58 | | $ 156.00 | |
| 10-19-2018 | 700 | 38.12 | $ 26,684.00 | | | | | | - | | 700 | 700 | $ 38.58 | $ 27,008.64 | -$ 324.64 | -$ 324.64 |
| 10-19-2018 | 1300 | 38.11 | $ 49,543.00 | | | | | | - | | 1300 | 1300 | $ 38.58 | $ 50,158.90 | -$ 615.90 | -$ 615.90 |
| 10-19-2018 | 2000 | 38.08 | $ 76,160.00 | | | | | | - | | 2000 | 2000 | $ 38.58 | $ 77,167.54 | -$ 1,007.54 | -$ 1,007.54 |
| 10-19-2018 | 2000 | 38.05 | $ 76,100.00 | | | | | | - | | 2000 | 2000 | $ 38.58 | $ 77,167.54 | -$ 1,067.54 | -$ 1,067.54 |
| 10-19-2018 | 2000 | 38.01 | $ 76,020.00 | | | | | | - | | 2000 | 2000 | $ 38.58 | $ 77,167.54 | -$ 1,147.54 | -$ 1,147.54 |
| 10-23-2018 | 400 | 38 | $ 15,200.00 | | | | | | - | | 400 | 400 | $ 38.58 | $ 15,433.51 | -$ 233.51 | -$ 233.51 |
| 10-26-2018 | 1000 | 36.15 | $ 36,150.00 | | | | | | - | | 1000 | 1000 | $ 38.58 | $ 38,583.77 | -$ 2,433.77 | -$ 2,433.77 |

| Date | Qty | Price | Amount | Date | Qty | Price | Amount | | Qty | Qty | Price | Amount | Value | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-26-2018 | 100 | 36 | $3,600.00 | 12-06-2018 | 100 | $44.47 | $4,447.00 | - | | | $38.58 | | -$847.00 | -$847.00 |
| 10-26-2018 | 400 | 36 | $14,400.00 | | | | | - | 400 | 400 | $38.58 | $15,433.51 | -$1,033.51 | -$1,033.51 |
| 10-30-2018 | 1000 | 36.96 | $36,960.00 | 12-06-2018 | 1000 | $44.47 | $44,470.00 | - | - | - | $38.58 | | -$7,510.00 | -$7,510.00 |
| 11-01-2018 | 500 | 41.56 | $20,780.00 | 12-06-2018 | 500 | $44.47 | $22,235.00 | - | - | - | $38.58 | | -$1,455.00 | -$1,455.00 |
| 11-19-2018 | 600 | 39.43 | $23,658.00 | 12-06-2018 | 600 | $43.80 | $26,280.00 | - | - | - | $38.58 | | -$2,622.00 | -$2,622.00 |
| 11-19-2018 | 1400 | 39.43 | $55,202.00 | 12-06-2018 | 1400 | $44.47 | $62,258.00 | - | - | - | $38.58 | | -$7,056.00 | -$7,056.00 |
| 11-19-2018 | 2000 | 39.12 | $78,240.00 | 12-06-2018 | 2000 | $43.80 | $87,600.00 | - | - | - | $38.58 | | -$9,360.00 | -$9,360.00 |
| 11-19-2018 | 1600 | 38.84 | $62,144.00 | 12-06-2018 | 1600 | $43.60 | $69,760.00 | - | - | - | $38.58 | | -$7,616.00 | -$7,616.00 |
| 11-19-2018 | 400 | 38.84 | $15,536.00 | 12-06-2018 | 400 | $43.80 | $17,520.00 | - | - | - | $38.58 | | -$1,984.00 | -$1,984.00 |
| 11-27-2018 | 100 | 41.04 | $4,104.00 | 12-06-2018 | 100 | $43.61 | $4,361.00 | - | - | - | $38.58 | | -$257.00 | -$257.00 |
| 11-27-2018 | 600 | 41.04 | $24,624.00 | 12-06-2018 | 600 | $43.60 | $26,160.00 | - | - | - | $38.58 | | -$1,536.00 | -$1,536.00 |
| 11-27-2018 | 300 | 41 | $12,300.00 | 12-06-2018 | 300 | $43.63 | $13,089.00 | - | - | - | $38.58 | | -$789.00 | -$789.00 |
| 11-27-2018 | 400 | 41 | $16,400.00 | 12-06-2018 | 400 | $43.61 | $17,444.00 | - | - | - | $38.58 | | -$1,044.00 | -$1,044.00 |
| 11-27-2018 | 60 | 41.09 | $2,465.40 | 11-28-2018 | 60 | $43.12 | $2,587.20 | - | - | - | $38.58 | | -$121.80 | -$121.80 |
| 11-27-2018 | 640 | 41.08 | $26,291.20 | 11-28-2018 | 640 | $43.12 | $27,596.80 | - | - | - | $38.58 | | -$1,305.60 | -$1,305.60 |
| 11-27-2018 | 700 | 41.01 | $28,707.00 | 11-28-2018 | 700 | $43.08 | $30,156.00 | - | - | - | $38.58 | | -$1,449.00 | -$1,449.00 |
| 12-06-2018 | 3000 | 43.13 | $129,390.00 | 12-06-2018 | 3000 | $43.82 | $131,460.00 | - | - | - | $38.58 | | -$2,070.00 | -$2,070.00 |
| 12-07-2018 | 3000 | 43.81 | $131,430.00 | | | | | - | 3000 | 3000 | $38.58 | $115,751.31 | $15,678.69 | $15,678.69 |
| 12-07-2018 | 2000 | 43.58 | $87,160.00 | 12-11-2018 | 2000 | $44.76 | $89,520.00 | - | - | - | $38.58 | | -$2,360.00 | -$2,360.00 |
| 12-07-2018 | 1000 | 43.58 | $43,580.00 | | | | | - | 1000 | 1000 | $38.58 | $38,583.77 | $4,996.23 | $4,996.23 |
| 12-07-2018 | 1000 | 43.16 | $43,160.00 | 12-11-2018 | 1000 | $45.39 | $45,390.00 | - | - | - | $38.58 | | -$2,230.00 | -$2,230.00 |
| 12-07-2018 | 2000 | 43.16 | $86,320.00 | 12-11-2018 | 2000 | $45.39 | $90,780.00 | - | - | - | $38.58 | | -$4,460.00 | -$4,460.00 |
| 12-07-2018 | 2000 | 42.99 | $85,980.00 | 12-11-2018 | 2000 | $45.25 | $90,500.00 | - | - | - | $38.58 | | -$4,520.00 | -$4,520.00 |
| 12-07-2018 | 1000 | 42.99 | $42,990.00 | 12-11-2018 | 1000 | $45.39 | $45,390.00 | - | - | - | $38.58 | | -$2,400.00 | -$2,400.00 |
| 12-11-2018 | 2000 | 44.51 | $89,020.00 | 12-11-2018 | 2000 | $45.21 | $90,420.00 | - | - | - | $38.58 | | -$1,400.00 | -$1,400.00 |
| 12-12-2018 | 947 | 44.63 | $42,264.61 | 12-12-2018 | 947 | $45.61 | $43,192.67 | - | - | - | $38.58 | | -$928.06 | -$928.06 |
| 12-12-2018 | 500 | 44.62 | $22,310.00 | 12-12-2018 | 500 | $45.61 | $22,805.00 | - | - | - | $38.58 | | -$495.00 | -$495.00 |
| 12-12-2018 | 100 | 44.62 | $4,462.00 | 12-12-2018 | 100 | $45.61 | $4,561.00 | - | - | - | $38.58 | | -$99.00 | -$99.00 |
| 12-12-2018 | 253 | 44.6 | $11,283.80 | 12-12-2018 | 253 | $45.61 | $11,539.33 | - | - | - | $38.58 | | -$255.53 | -$255.53 |
| 12-12-2018 | 100 | 44.6 | $4,460.00 | 12-12-2018 | 100 | $45.61 | $4,561.00 | - | - | - | $38.58 | | -$101.00 | -$101.00 |
| 12-12-2018 | 100 | 44.59 | $4,459.00 | 12-12-2018 | 100 | $45.61 | $4,561.00 | - | - | - | $38.58 | | -$102.00 | -$102.00 |
| 12-12-2018 | 2000 | 44.47 | $88,940.00 | 12-12-2018 | 2000 | $45.51 | $91,020.00 | - | - | - | $38.58 | | -$2,080.00 | -$2,080.00 |
| 12-13-2018 | 2000 | 44.57 | $89,140.00 | | | | | - | 2000 | 2000 | $38.58 | $77,167.54 | $11,972.46 | $11,972.46 |
| 12-13-2018 | 2000 | 44.57 | $89,140.00 | | | | | - | 2000 | 2000 | $38.58 | $77,167.54 | $11,972.46 | $11,972.46 |
| 12-13-2018 | 2000 | 44.48 | $88,960.00 | | | | | - | 2000 | 2000 | $38.58 | $77,167.54 | $11,792.46 | $11,792.46 |
| 12-17-2018 | 1000 | 42.48 | $42,480.00 | | | | | - | 1000 | 1000 | $38.58 | $38,583.77 | $3,896.23 | $3,896.23 |
| 12-17-2018 | 1000 | 42.3 | $42,300.00 | 12-31-2018 | 1000 | $41.48 | $41,480.00 | - | - | - | $38.58 | | $820.00 | |
| 12-17-2018 | 1000 | 42.02 | $42,020.00 | 12-31-2018 | 1000 | $41.48 | $41,480.00 | - | - | - | $38.58 | | $540.00 | |
| 12-17-2018 | 1000 | 41.46 | $41,460.00 | 12-31-2018 | 1000 | $41.48 | $41,480.00 | - | - | - | $38.58 | | -$20.00 | -$20.00 |
| 12-17-2018 | 1000 | 40.46 | $40,460.00 | 12-31-2018 | 1000 | $41.30 | $41,300.00 | - | - | - | $38.58 | | -$840.00 | -$840.00 |
| 12-17-2018 | 1000 | 40.1 | $40,100.00 | 12-31-2018 | 1000 | $41.30 | $41,300.00 | - | - | - | $38.58 | | -$1,200.00 | -$1,200.00 |
| 12-17-2018 | 1000 | 39.98 | $39,980.00 | 12-31-2018 | 1000 | $41.30 | $41,300.00 | - | - | - | $38.58 | | -$1,320.00 | -$1,320.00 |
| 12-17-2018 | 1000 | 39.85 | $39,850.00 | 12-26-2018 | 1000 | $37.08 | $37,080.00 | - | - | - | $38.58 | | $2,770.00 | |
| 12-17-2018 | 1000 | 39.9 | $39,900.00 | 12-26-2018 | 1000 | $37.08 | $37,080.00 | - | - | - | $38.58 | | $2,820.00 | |
| 12-17-2018 | 1000 | 40.17 | $40,170.00 | 12-26-2018 | 1000 | $37.08 | $37,080.00 | - | - | - | $38.58 | | $3,090.00 | |
| 12-17-2018 | 1000 | 40.02 | $40,020.00 | 12-17-2018 | 1000 | $38.54 | $38,540.00 | - | - | - | $38.58 | | $1,480.00 | |
| 12-17-2018 | 1000 | 40.13 | $40,130.00 | 12-17-2018 | 1000 | $38.54 | $38,540.00 | - | - | - | $38.58 | | $1,590.00 | |
| 12-17-2018 | 1000 | 38.68 | $38,680.00 | 12-17-2018 | 1000 | $38.51 | $38,510.00 | - | - | - | $38.58 | | $170.00 | |
| 12-17-2018 | 1000 | 38.66 | $38,660.00 | 12-17-2018 | 1000 | $38.51 | $38,510.00 | - | - | - | $38.58 | | $150.00 | |
| 12-21-2018 | 1000 | 36.64 | $36,640.00 | 12-21-2018 | 1000 | $36.66 | $36,660.00 | - | - | - | $38.58 | | -$20.00 | -$20.00 |
| 12-26-2018 | 3000 | 36.9 | $110,700.00 | 12-26-2018 | 3000 | $37.22 | $111,660.00 | - | - | - | $38.58 | | -$960.00 | -$960.00 |
| 12-26-2018 | 3000 | 36.74 | $110,220.00 | 12-26-2018 | 3000 | $37.01 | $111,030.00 | - | - | - | $38.58 | | -$810.00 | -$810.00 |
| 12-27-2018 | 100 | 38.29 | $3,829.00 | 12-31-2018 | 100 | $40.97 | $4,097.00 | - | - | - | $38.58 | | -$268.00 | -$268.00 |
| 12-27-2018 | 200 | 38.29 | $7,658.00 | 12-31-2018 | 200 | $40.96 | $8,192.00 | - | - | - | $38.58 | | -$534.00 | -$534.00 |
| 12-27-2018 | 119 | 38.29 | $4,556.51 | 12-31-2018 | 119 | $40.96 | $4,874.24 | - | - | - | $38.58 | | -$317.73 | -$317.73 |
| 12-27-2018 | 81 | 38.29 | $3,101.49 | 12-31-2018 | 81 | $40.95 | $3,316.95 | - | - | - | $38.58 | | -$215.46 | -$215.46 |
| 12-27-2018 | 100 | 38.29 | $3,829.00 | 12-31-2018 | 100 | $40.94 | $4,094.00 | - | - | - | $38.58 | | -$265.00 | -$265.00 |
| 12-27-2018 | 2400 | 38.29 | $91,896.00 | 12-31-2018 | 2400 | $40.93 | $98,232.00 | - | - | - | $38.58 | | -$6,336.00 | -$6,336.00 |
| 12-27-2018 | 3000 | 38.25 | $114,750.00 | 12-31-2018 | 3000 | $41.06 | $123,180.00 | - | - | - | $38.58 | | -$8,430.00 | -$8,430.00 |
| 12-28-2018 | 2700 | 39.26 | $106,002.00 | 12-31-2018 | 2700 | $41.10 | $110,970.00 | - | - | - | $38.58 | | -$4,968.00 | -$4,968.00 |
| 12-28-2018 | 300 | 39.25 | $11,775.00 | 12-31-2018 | 300 | $41.10 | $12,330.00 | - | - | - | $38.58 | | -$555.00 | -$555.00 |
| 12-28-2018 | 2600 | 39.17 | $101,842.00 | 12-31-2018 | 2600 | $41.13 | $106,938.00 | - | - | - | $38.58 | | -$5,096.00 | -$5,096.00 |
| 12-28-2018 | 400 | 39.17 | $15,668.00 | 12-31-2018 | 400 | $41.12 | $16,448.00 | - | - | - | $38.58 | | -$780.00 | -$780.00 |
| 12-28-2018 | 3000 | 40.15 | $120,450.00 | 12-31-2018 | 3000 | $40.87 | $122,610.00 | - | - | - | $38.58 | | -$2,160.00 | -$2,160.00 |
| 01-02-2019 | 500 | 41.22 | $20,610.00 | | | | | - | 500 | 500 | $38.58 | $19,291.89 | $1,318.11 | $1,318.11 |
| 01-02-2019 | 500 | 41.16 | $20,580.00 | | | | | - | 500 | 500 | $38.58 | $19,291.89 | $1,288.11 | $1,288.11 |
| 01-02-2019 | 500 | 41.23 | $20,615.00 | | | | | - | 500 | 500 | $38.58 | $19,291.89 | $1,323.11 | $1,323.11 |
| 01-02-2019 | 750 | 41.66 | $31,245.00 | | | | | - | 750 | 750 | $38.58 | $28,937.83 | $2,307.17 | $2,307.17 |
| 01-03-2019 | 200 | 40.33 | $8,066.00 | 01-04-2019 | 200 | $41.96 | $8,392.00 | - | - | - | $38.58 | | -$326.00 | -$326.00 |
| 01-03-2019 | 300 | 40.33 | $12,099.00 | 01-04-2019 | 300 | $43.13 | $12,939.00 | - | - | - | $38.58 | | -$840.00 | -$840.00 |
| 01-03-2019 | 500 | 40.33 | $20,165.00 | | | | | - | 500 | 500 | $38.58 | $19,291.89 | $873.11 | $873.11 |
| 01-03-2019 | 200 | 40.16 | $8,032.00 | 01-04-2019 | 200 | $41.74 | $8,348.00 | - | - | - | $38.58 | | -$316.00 | -$316.00 |
| 01-16-2019 | 1000 | 48.72 | $48,720.00 | | | | | - | 1000 | 1000 | $38.58 | $38,583.77 | $10,136.23 | $10,136.23 |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | | Shares | Shares | Price | Amount | Value | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-16-2019 | 1000 | 48.61 | $48,610.00 | | | | | - | 1000 | 1000 | $38.58 | $38,583.77 | $10,026.23 | $10,026.23 |
| 01-16-2019 | 1000 | 48.65 | $48,650.00 | | | | | - | 1000 | 1000 | $38.58 | $38,583.77 | $10,066.23 | $10,066.23 |
| 01-16-2019 | 700 | 48.61 | $34,027.00 | | | | | - | 700 | 700 | $38.58 | $27,008.64 | $7,018.36 | $7,018.36 |
| 01-16-2019 | 300 | 48.6 | $14,580.00 | | | | | - | 300 | 300 | $38.58 | $11,575.13 | $3,004.87 | $3,004.87 |
| 01-16-2019 | 1000 | 48.63 | $48,630.00 | | | | | - | 1000 | 1000 | $38.58 | $38,583.77 | $10,046.23 | $10,046.23 |
| 01-16-2019 | 1000 | 48.76 | $48,760.00 | | | | | - | 1000 | 1000 | $38.58 | $38,583.77 | $10,176.23 | $10,176.23 |
| 01-17-2019 | 1800 | 49.05 | $88,290.00 | | | | | - | 1800 | 1800 | $38.58 | $69,450.79 | $18,839.21 | $18,839.21 |
| 01-17-2019 | 200 | 50.22 | $10,044.00 | | | | | - | 200 | 200 | $38.58 | $7,716.75 | $2,327.25 | $2,327.25 |
| 01-17-2019 | 500 | 50.19 | $25,095.00 | | | | | - | 500 | 500 | $38.58 | $19,291.89 | $5,803.11 | $5,803.11 |
| 01-17-2019 | 700 | 49.94 | $34,958.00 | | | | | - | 700 | 700 | $38.58 | $27,008.64 | $7,949.36 | $7,949.36 |
| 01-17-2019 | 60 | 49.73 | $2,983.80 | | | | | - | 60 | 60 | $38.58 | $2,315.03 | $668.77 | $668.77 |
| 01-17-2019 | 40 | 49.71 | $1,988.40 | | | | | - | 40 | 40 | $38.58 | $1,543.35 | $445.05 | $445.05 |
| 01-17-2019 | 600 | 49.69 | $29,814.00 | | | | | - | 600 | 600 | $38.58 | $23,150.26 | $6,663.74 | $6,663.74 |
| 01-17-2019 | 700 | 49.6 | $34,720.00 | | | | | - | 700 | 700 | $38.58 | $27,008.64 | $7,711.36 | $7,711.36 |
| 01-17-2019 | 700 | 49.62 | $34,734.00 | | | | | - | 700 | 700 | $38.58 | $27,008.64 | $7,725.36 | $7,725.36 |
| 01-17-2019 | 200 | 49.58 | $9,916.00 | | | | | - | 200 | 200 | $38.58 | $7,716.75 | $2,199.25 | $2,199.25 |
| 01-17-2019 | 200 | 49.54 | $9,908.00 | | | | | - | 200 | 200 | $38.58 | $7,716.75 | $2,191.25 | $2,191.25 |
| 01-17-2019 | 300 | 49.53 | $14,859.00 | | | | | - | 300 | 300 | $38.58 | $11,575.13 | $3,283.87 | $3,283.87 |
| 01-17-2019 | 700 | 49.56 | $34,692.00 | | | | | - | 700 | 700 | $38.58 | $27,008.64 | $7,683.36 | $7,683.36 |
| 01-17-2019 | 700 | 49.6 | $34,720.00 | | | | | - | 700 | 700 | $38.58 | $27,008.64 | $7,711.36 | $7,711.36 |
| 01-17-2019 | 1200 | 49.52 | $59,424.00 | | | | | - | 1200 | 1200 | $38.58 | $46,300.52 | $13,123.48 | $13,123.48 |
| 01-17-2019 | 900 | 49.4 | $44,460.00 | | | | | - | 900 | 900 | $38.58 | $34,725.39 | $9,734.61 | $9,734.61 |
| 01-17-2019 | 100 | 49.39 | $4,939.00 | | | | | - | 100 | 100 | $38.58 | $3,858.38 | $1,080.62 | $1,080.62 |
| 01-17-2019 | 200 | 49.39 | $9,878.00 | | | | | - | 200 | 200 | $38.58 | $7,716.75 | $2,161.25 | $2,161.25 |
| 01-17-2019 | 241 | 49.35 | $11,893.35 | | | | | - | 241 | 241 | $38.58 | $9,298.69 | $2,594.66 | $2,594.66 |
| 01-17-2019 | 100 | 49.35 | $4,935.00 | | | | | - | 100 | 100 | $38.58 | $3,858.38 | $1,076.62 | $1,076.62 |
| 01-17-2019 | 100 | 49.34 | $4,934.00 | | | | | - | 100 | 100 | $38.58 | $3,858.38 | $1,075.62 | $1,075.62 |
| 01-17-2019 | 100 | 49.34 | $4,934.00 | | | | | - | 100 | 100 | $38.58 | $3,858.38 | $1,075.62 | $1,075.62 |
| 01-17-2019 | 100 | 49.33 | $4,933.00 | | | | | - | 100 | 100 | $38.58 | $3,858.38 | $1,074.62 | $1,074.62 |
| 01-17-2019 | 100 | 49.32 | $4,932.00 | | | | | - | 100 | 100 | $38.58 | $3,858.38 | $1,073.62 | $1,073.62 |
| 01-17-2019 | 100 | 49.31 | $4,931.00 | | | | | - | 100 | 100 | $38.58 | $3,858.38 | $1,072.62 | $1,072.62 |
| 01-17-2019 | 100 | 49.3 | $4,930.00 | | | | | - | 100 | 100 | $38.58 | $3,858.38 | $1,071.62 | $1,071.62 |
| 01-17-2019 | 59 | 49.3 | $2,908.70 | | | | | - | 59 | 59 | $38.58 | $2,276.44 | $632.26 | $632.26 |
| 01-17-2019 | 100 | 49.3 | $4,930.00 | | | | | - | 100 | 100 | $38.58 | $3,858.38 | $1,071.62 | $1,071.62 |
| 01-17-2019 | 100 | 49.3 | $4,930.00 | | | | | - | 100 | 100 | $38.58 | $3,858.38 | $1,071.62 | $1,071.62 |
| 01-17-2019 | 600 | 49.29 | $29,574.00 | | | | | - | 600 | 600 | $38.58 | $23,150.26 | $6,423.74 | $6,423.74 |
| 01-17-2019 | 100 | 49.28 | $4,928.00 | | | | | - | 100 | 100 | $38.58 | $3,858.38 | $1,069.62 | $1,069.62 |
| 01-17-2019 | 700 | 49.23 | $34,461.00 | | | | | - | 700 | 700 | $38.58 | $27,008.64 | $7,452.36 | $7,452.36 |
| 01-17-2019 | 700 | 49.1 | $34,370.00 | | | | | - | 700 | 700 | $38.58 | $27,008.64 | $7,361.36 | $7,361.36 |
| 01-17-2019 | 100 | 49.18 | $4,918.00 | | | | | - | 100 | 100 | $38.58 | $3,858.38 | $1,059.62 | $1,059.62 |
| 01-17-2019 | 100 | 49.18 | $4,918.00 | | | | | - | 100 | 100 | $38.58 | $3,858.38 | $1,059.62 | $1,059.62 |
| 01-17-2019 | 100 | 49.18 | $4,918.00 | 01-24-2019 | 100 | $51.12 | $5,112.00 | - | - | - | $38.58 | | -$194.00 | -$194.00 |
| 01-17-2019 | 900 | 49.18 | $44,262.00 | | | | | - | 900 | 900 | $38.58 | $34,725.39 | $9,536.61 | $9,536.61 |
| 01-17-2019 | 700 | 49.02 | $34,314.00 | 01-24-2019 | 700 | $51.12 | $35,784.00 | - | - | - | $38.58 | | -$1,470.00 | -$1,470.00 |
| 01-17-2019 | 500 | 49.04 | $24,520.00 | 01-24-2019 | 500 | $51.01 | $25,505.00 | - | - | - | $38.58 | | -$985.00 | -$985.00 |
| 01-17-2019 | 200 | 49.04 | $9,808.00 | 01-24-2019 | 200 | $51.12 | $10,224.00 | - | - | - | $38.58 | | -$416.00 | -$416.00 |
| 01-17-2019 | 700 | 50.05 | $35,035.00 | 01-17-2019 | 700 | $49.88 | $34,916.00 | - | - | - | $38.58 | | $119.00 | |
| 01-17-2019 | 500 | 50.05 | $25,025.00 | 01-24-2019 | 500 | $51.01 | $25,505.00 | - | - | - | $38.58 | | -$480.00 | -$480.00 |
| 01-25-2019 | 800 | 51.95 | $41,560.00 | | | | | - | 800 | 800 | $38.58 | $30,867.02 | $10,692.98 | $10,692.98 |
| 01-25-2019 | 800 | 51.91 | $41,528.00 | | | | | - | 800 | 800 | $38.58 | $30,867.02 | $10,660.98 | $10,660.98 |
| 01-25-2019 | 800 | 51.94 | $41,552.00 | | | | | - | 800 | 800 | $38.58 | $30,867.02 | $10,684.98 | $10,684.98 |
| 01-25-2019 | 800 | 51.94 | $41,552.00 | | | | | - | 800 | 800 | $38.58 | $30,867.02 | $10,684.98 | $10,684.98 |
| 01-25-2019 | 800 | 51.94 | $41,552.00 | | | | | - | 800 | 800 | $38.58 | $30,867.02 | $10,684.98 | $10,684.98 |
| 01-25-2019 | 800 | 51.91 | $41,528.00 | | | | | - | 800 | 800 | $38.58 | $30,867.02 | $10,660.98 | $10,660.98 |
| 01-25-2019 | 800 | 51.91 | $41,528.00 | | | | | - | 800 | 800 | $38.58 | $30,867.02 | $10,660.98 | $10,660.98 |
| 01-25-2019 | 1200 | 51.97 | $62,364.00 | | | | | - | 1200 | 1200 | $38.58 | $46,300.52 | $16,063.48 | $16,063.48 |
| 01-25-2019 | 200 | 51.8 | $10,360.00 | 01-31-2019 | 200 | $51.45 | $10,290.00 | - | - | - | $38.58 | | $70.00 | |
| 01-25-2019 | 1000 | 51.8 | $51,800.00 | | | | | - | 1000 | 1000 | $38.58 | $38,583.77 | $13,216.23 | $13,216.23 |
| 01-25-2019 | 800 | 52.12 | $41,696.00 | 01-31-2019 | 800 | $51.45 | $41,160.00 | - | - | - | $38.58 | | $536.00 | |
| 01-25-2019 | 500 | 51.81 | $25,905.00 | 01-28-2019 | 500 | $51.82 | $25,910.00 | - | - | - | $38.58 | | -$05.00 | -$05.00 |
| 01-25-2019 | 300 | 51.81 | $15,543.00 | 01-31-2019 | 300 | $51.24 | $15,372.00 | - | - | - | $38.58 | | $171.00 | |
| 01-25-2019 | 800 | 51.32 | $41,056.00 | 01-25-2019 | 800 | $52.08 | $41,664.00 | - | - | - | $38.58 | | -$608.00 | -$608.00 |
| 01-25-2019 | 400 | 51.38 | $20,552.00 | 01-25-2019 | 400 | $52.06 | $20,824.00 | - | - | - | $38.58 | | -$272.00 | -$272.00 |
| 01-25-2019 | 400 | 51.38 | $20,552.00 | 01-25-2019 | 400 | $52.08 | $20,832.00 | - | - | - | $38.58 | | -$280.00 | -$280.00 |
| 01-25-2019 | 400 | 51.2 | $20,480.00 | 01-25-2019 | 400 | $52.06 | $20,824.00 | - | - | - | $38.58 | | -$344.00 | -$344.00 |
| 01-28-2019 | 700 | 51 | $35,700.00 | 01-28-2019 | 700 | $51.82 | $36,274.00 | - | - | - | $38.58 | | -$574.00 | -$574.00 |
| 01-28-2019 | 1200 | 51.05 | $61,260.00 | 01-28-2019 | 1200 | $51.82 | $62,184.00 | - | - | - | $38.58 | | -$924.00 | -$924.00 |
| 01-28-2019 | 1200 | 50.92 | $61,104.00 | 01-28-2019 | 1200 | $51.88 | $62,256.00 | - | - | - | $38.58 | | -$1,152.00 | -$1,152.00 |
| 01-28-2019 | 1200 | 51.43 | $61,716.00 | 01-28-2019 | 1200 | $51.88 | $62,256.00 | - | - | - | $38.58 | | -$540.00 | -$540.00 |
| 01-30-2019 | 700 | 50.13 | $35,091.00 | 01-31-2019 | 700 | $51.24 | $35,868.00 | - | - | - | $38.58 | | -$777.00 | -$777.00 |
| 01-30-2019 | 1000 | 50.31 | $50,310.00 | 01-31-2019 | 1000 | $51.41 | $51,410.00 | - | - | - | $38.58 | | -$1,100.00 | -$1,100.00 |
| 01-30-2019 | 1000 | 50.33 | $50,330.00 | 01-31-2019 | 1000 | $51.01 | $51,010.00 | - | - | - | $38.58 | | -$680.00 | -$680.00 |
| 01-30-2019 | 200 | 50.33 | $10,066.00 | 01-31-2019 | 200 | $51.03 | $10,206.00 | - | - | - | $38.58 | | -$140.00 | -$140.00 |

| Date | Qty | Price | Amount | Date | Qty | Price | Amount | | Qty | Qty | Price | Amount | Gain/Loss | Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-30-2019 | 200 | 50.33 | $10,066.00 | 01-31-2019 | 200 | $51.00 | $10,200.00 | - | | | $38.58 | | -$134.00 | -$134.00 |
| 01-30-2019 | 600 | 50.33 | $30,198.00 | 01-31-2019 | 600 | $50.99 | $30,594.00 | - | - | - | $38.58 | | -$396.00 | -$396.00 |
| 01-30-2019 | 1000 | 50.33 | $50,330.00 | 01-31-2019 | 1000 | $51.37 | $51,370.00 | - | - | - | $38.58 | | -$1,040.00 | -$1,040.00 |
| 01-30-2019 | 1000 | 50.32 | $50,320.00 | 01-31-2019 | 1000 | $51.14 | $51,140.00 | - | - | - | $38.58 | | -$820.00 | -$820.00 |
| 01-30-2019 | 1000 | 50.33 | $50,330.00 | 01-31-2019 | 1000 | $51.11 | $51,110.00 | - | - | - | $38.58 | | -$780.00 | -$780.00 |
| 01-30-2019 | 1000 | 50.27 | $50,270.00 | 01-30-2019 | 1000 | $50.48 | $50,480.00 | - | - | - | $38.58 | | -$210.00 | -$210.00 |
| 01-30-2019 | 1000 | 50.26 | $50,260.00 | 01-30-2019 | 1000 | $50.48 | $50,480.00 | - | - | - | $38.58 | | -$220.00 | -$220.00 |
| 01-30-2019 | 900 | 50.27 | $45,243.00 | 01-30-2019 | 900 | $50.47 | $45,423.00 | - | - | - | $38.58 | | -$180.00 | -$180.00 |
| 01-30-2019 | 100 | 50.27 | $5,027.00 | 01-30-2019 | 100 | $50.47 | $5,047.00 | - | - | - | $38.58 | | -$20.00 | -$20.00 |
| 01-31-2019 | 1000 | 50.97 | $50,970.00 | 01-31-2019 | 1000 | $51.11 | $51,110.00 | - | - | - | $38.58 | | -$140.00 | -$140.00 |
| 01-31-2019 | 1000 | 50.97 | $50,970.00 | 01-31-2019 | 1000 | $50.95 | $50,950.00 | - | - | - | $38.58 | | $20.00 | |
| 01-31-2019 | 1000 | 51.03 | $51,030.00 | 01-31-2019 | 1000 | $50.97 | $50,970.00 | - | - | - | $38.58 | | $60.00 | |
| 01-31-2019 | 1000 | 51.02 | $51,020.00 | 01-31-2019 | 1000 | $50.93 | $50,930.00 | - | - | - | $38.58 | | $90.00 | |
| 01-31-2019 | 100 | 51.15 | $5,115.00 | 01-31-2019 | 100 | $51.23 | $5,123.00 | - | - | - | $38.58 | | -$08.00 | -$08.00 |
| 01-31-2019 | 458 | 51.15 | $23,426.70 | 01-31-2019 | 458 | $51.23 | $23,463.34 | - | - | - | $38.58 | | -$36.64 | -$36.64 |
| 01-31-2019 | 142 | 51.15 | $7,263.30 | 01-31-2019 | 142 | $51.23 | $7,274.66 | - | - | - | $38.58 | | -$11.36 | -$11.36 |
| 01-31-2019 | 100 | 51.15 | $5,115.00 | 01-31-2019 | 100 | $51.23 | $5,123.00 | - | - | - | $38.58 | | -$08.00 | -$08.00 |
| 01-31-2019 | 200 | 51.14 | $10,228.00 | 01-31-2019 | 200 | $51.23 | $10,246.00 | - | - | - | $38.58 | | -$18.00 | -$18.00 |
| 01-31-2019 | 1000 | 51.16 | $51,160.00 | 01-31-2019 | 1000 | $51.16 | $51,160.00 | - | - | - | $38.58 | | | |
| 01-31-2019 | 100 | 51.17 | $5,117.00 | 01-31-2019 | 100 | $51.05 | $5,105.00 | - | - | - | $38.58 | | $12.00 | |
| 01-31-2019 | 48 | 51.17 | $2,456.16 | 01-31-2019 | 48 | $51.05 | $2,450.40 | - | - | - | $38.58 | | $05.76 | |
| 01-31-2019 | 852 | 51.17 | $43,596.84 | 01-31-2019 | 852 | $51.05 | $43,494.60 | - | - | - | $38.58 | | $102.24 | |
| 02-01-2019 | 700 | 51.17 | $35,819.00 | | | | | - | 700 | 700 | $38.58 | $27,008.64 | $8,810.36 | $8,810.36 |
| 02-01-2019 | 100 | 51.05 | $5,105.00 | | | | | - | 100 | 100 | $38.58 | $3,858.38 | $1,246.62 | $1,246.62 |
| 02-01-2019 | 900 | 51.04 | $45,936.00 | | | | | - | 900 | 900 | $38.58 | $34,725.39 | $11,210.61 | $11,210.61 |
| 02-01-2019 | 1000 | 51.2 | $51,200.00 | | | | | - | 1000 | 1000 | $38.58 | $38,583.77 | $12,616.23 | $12,616.23 |
| 02-01-2019 | 300 | 51.17 | $15,351.00 | | | | | - | 300 | 300 | $38.58 | $11,575.13 | $3,775.87 | $3,775.87 |
| 02-01-2019 | 700 | 51.16 | $35,812.00 | | | | | - | 700 | 700 | $38.58 | $27,008.64 | $8,803.36 | $8,803.36 |
| 02-01-2019 | 1500 | 51.31 | $76,965.00 | | | | | - | 1500 | 1500 | $38.58 | $57,875.66 | $19,089.34 | $19,089.34 |
| 02-01-2019 | 1500 | 51.67 | $77,505.00 | | | | | - | 1500 | 1500 | $38.58 | $57,875.66 | $19,629.34 | $19,629.34 |
| 02-01-2019 | 1500 | 51.72 | $77,580.00 | | | | | - | 1500 | 1500 | $38.58 | $57,875.66 | $19,704.34 | $19,704.34 |
| 02-01-2019 | 100 | 51.82 | $5,182.00 | 02-04-2019 | 100 | $53.16 | $5,316.00 | - | - | - | $38.58 | | -$134.00 | -$134.00 |
| 02-01-2019 | 300 | 51.82 | $15,546.00 | 02-04-2019 | 300 | $52.83 | $15,849.00 | - | - | - | $38.58 | | -$303.00 | -$303.00 |
| 02-01-2019 | 800 | 51.82 | $41,456.00 | 02-04-2019 | 800 | $52.82 | $42,256.00 | - | - | - | $38.58 | | -$800.00 | -$800.00 |
| 02-01-2019 | 100 | 51.82 | $5,182.00 | 02-04-2019 | 100 | $52.82 | $5,282.00 | - | - | - | $38.58 | | -$100.00 | -$100.00 |
| 02-01-2019 | 200 | 51.82 | $10,364.00 | | | | | - | 200 | 200 | $38.58 | $7,716.75 | $2,647.25 | $2,647.25 |
| 02-01-2019 | 300 | 51.82 | $15,546.00 | 02-04-2019 | 300 | $53.08 | $15,924.00 | - | - | - | $38.58 | | -$378.00 | -$378.00 |
| 02-01-2019 | 100 | 51.82 | $5,182.00 | 02-04-2019 | 100 | $53.08 | $5,308.00 | - | - | - | $38.58 | | -$126.00 | -$126.00 |
| 02-01-2019 | 400 | 51.82 | $20,728.00 | 02-04-2019 | 400 | $53.07 | $21,228.00 | - | - | - | $38.58 | | -$500.00 | -$500.00 |
| 02-01-2019 | 100 | 51.82 | $5,182.00 | 02-04-2019 | 100 | $53.06 | $5,306.00 | - | - | - | $38.58 | | -$124.00 | -$124.00 |
| 02-01-2019 | 600 | 51.82 | $31,092.00 | 02-04-2019 | 600 | $53.16 | $31,896.00 | - | - | - | $38.58 | | -$804.00 | -$804.00 |
| 02-01-2019 | 700 | 51.39 | $35,973.00 | 02-04-2019 | 700 | $53.19 | $37,233.00 | - | - | - | $38.58 | | -$1,260.00 | -$1,260.00 |
| 02-01-2019 | 300 | 51.39 | $15,417.00 | 02-04-2019 | 300 | $53.08 | $15,924.00 | - | - | - | $38.58 | | -$507.00 | -$507.00 |
| 02-01-2019 | 100 | 51.38 | $5,138.00 | 02-04-2019 | 100 | $53.19 | $5,319.00 | - | - | - | $38.58 | | -$181.00 | -$181.00 |
| 02-01-2019 | 200 | 51.38 | $10,276.00 | 02-04-2019 | 200 | $53.24 | $10,648.00 | - | - | - | $38.58 | | -$372.00 | -$372.00 |
| 02-01-2019 | 300 | 51.38 | $15,414.00 | 02-04-2019 | 300 | $53.24 | $15,972.00 | - | - | - | $38.58 | | -$558.00 | -$558.00 |
| 02-01-2019 | 200 | 51.38 | $10,276.00 | 02-04-2019 | 200 | $53.19 | $10,638.00 | - | - | - | $38.58 | | -$362.00 | -$362.00 |
| 02-01-2019 | 200 | 51.36 | $10,272.00 | 02-04-2019 | 200 | $53.24 | $10,648.00 | - | - | - | $38.58 | | -$376.00 | -$376.00 |
| 02-01-2019 | 700 | 51.56 | $36,092.00 | 02-04-2019 | 700 | $53.24 | $37,268.00 | - | - | - | $38.58 | | -$1,176.00 | -$1,176.00 |
| 02-01-2019 | 1000 | 51.56 | $51,560.00 | 02-04-2019 | 1000 | $53.24 | $53,240.00 | - | - | - | $38.58 | | -$1,680.00 | -$1,680.00 |
| 02-01-2019 | 300 | 51.56 | $15,468.00 | 02-04-2019 | 300 | $53.24 | $15,972.00 | - | - | - | $38.58 | | -$504.00 | -$504.00 |
| 02-01-2019 | 700 | 51.53 | $36,071.00 | 02-04-2019 | 700 | $53.00 | $37,100.00 | - | - | - | $38.58 | | -$1,029.00 | -$1,029.00 |
| 02-01-2019 | 300 | 51.53 | $15,459.00 | 02-04-2019 | 300 | $53.24 | $15,972.00 | - | - | - | $38.58 | | -$513.00 | -$513.00 |
| 02-01-2019 | 500 | 51.53 | $25,765.00 | 02-04-2019 | 500 | $52.96 | $26,480.00 | - | - | - | $38.58 | | -$715.00 | -$715.00 |
| 02-01-2019 | 500 | 51.53 | $25,765.00 | 02-04-2019 | 500 | $53.00 | $26,500.00 | - | - | - | $38.58 | | -$735.00 | -$735.00 |
| 02-01-2019 | 250 | 51.55 | $12,887.50 | 02-04-2019 | 250 | $53.06 | $13,265.00 | - | - | - | $38.58 | | -$377.50 | -$377.50 |
| 02-01-2019 | 250 | 51.55 | $12,887.50 | 02-04-2019 | 250 | $52.96 | $13,240.00 | - | - | - | $38.58 | | -$352.50 | -$352.50 |
| 02-01-2019 | 500 | 51.54 | $25,770.00 | 02-04-2019 | 500 | $53.06 | $26,530.00 | - | - | - | $38.58 | | -$760.00 | -$760.00 |
| 02-06-2019 | 700 | 52.16 | $36,512.00 | | | | | - | 700 | 700 | $38.58 | $27,008.64 | $9,503.36 | $9,503.36 |
| 02-06-2019 | 700 | 52.24 | $36,568.00 | | | | | - | 700 | 700 | $38.58 | $27,008.64 | $9,559.36 | $9,559.36 |
| 02-06-2019 | 1000 | 52.39 | $52,390.00 | | | | | - | 1000 | 1000 | $38.58 | $38,583.77 | $13,806.23 | $13,806.23 |
| 02-06-2019 | 798 | 52.33 | $41,759.34 | | | | | - | 798 | 798 | $38.58 | $30,789.85 | $10,969.49 | $10,969.49 |
| 02-06-2019 | 100 | 52.32 | $5,232.00 | | | | | - | 100 | 100 | $38.58 | $3,858.38 | $1,373.62 | $1,373.62 |
| 02-06-2019 | 102 | 52.32 | $5,336.64 | | | | | - | 102 | 102 | $38.58 | $3,935.54 | $1,401.10 | $1,401.10 |
| 02-06-2019 | 1000 | 52.34 | $52,340.00 | | | | | - | 1000 | 1000 | $38.58 | $38,583.77 | $13,756.23 | $13,756.23 |
| 02-06-2019 | 1000 | 52.37 | $52,370.00 | | | | | - | 1000 | 1000 | $38.58 | $38,583.77 | $13,786.23 | $13,786.23 |
| 02-06-2019 | 248 | 52.19 | $12,943.12 | | | | | - | 248 | 248 | $38.58 | $9,568.78 | $3,374.34 | $3,374.34 |
| 02-06-2019 | 100 | 52.18 | $5,218.00 | | | | | - | 100 | 100 | $38.58 | $3,858.38 | $1,359.62 | $1,359.62 |
| 02-06-2019 | 390 | 52.16 | $20,342.40 | 02-13-2019 | 390 | $54.02 | $21,067.80 | - | - | - | $38.58 | | -$725.40 | -$725.40 |
| 02-06-2019 | 252 | 52.16 | $13,144.32 | | | | | - | 252 | 252 | $38.58 | $9,723.11 | $3,421.21 | $3,421.21 |
| 02-06-2019 | 10 | 52.15 | $521.50 | 02-13-2019 | 10 | $54.02 | $540.20 | - | - | - | $38.58 | | -$18.70 | -$18.70 |
| 02-06-2019 | 100 | 52.09 | $5,209.00 | 02-13-2019 | 100 | $54.02 | $5,402.00 | - | - | - | $38.58 | | -$193.00 | -$193.00 |
| 02-06-2019 | 600 | 52.08 | $31,248.00 | 02-13-2019 | 600 | $53.99 | $32,394.00 | - | - | - | $38.58 | | -$1,146.00 | -$1,146.00 |

| Date | Shares | Price | Amount | Sale Date | Shares | Price | Amount | | Shares | Shares | Price | Amount | Loss | Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-06-2019 | 200 | 52.08 | $10,416.00 | 02-19-2019 | 200 | $54.02 | $10,804.00 | - | | | $38.58 | | -$388.00 | -$388.00 |
| 02-06-2019 | 100 | 52.08 | $5,208.00 | 02-13-2019 | 100 | $53.99 | $5,399.00 | - | - | - | $38.58 | | -$191.00 | -$191.00 |
| 02-06-2019 | 700 | 52.03 | $36,421.00 | 02-13-2019 | 700 | $53.98 | $37,786.00 | - | - | - | $38.58 | | -$1,365.00 | -$1,365.00 |
| 02-25-2019 | 180 | 51.28 | $9,230.40 | | | | | - | 180 | 180 | $38.58 | $6,945.08 | $2,285.32 | $2,285.32 |
| 02-26-2019 | 1200 | 51.18 | $61,416.00 | | | | | - | 1200 | 1200 | $38.58 | $46,300.52 | $15,115.48 | $15,115.48 |
| 02-26-2019 | 100 | 51.19 | $5,119.00 | | | | | - | 100 | 100 | $38.58 | $3,858.38 | $1,260.62 | $1,260.62 |
| 02-26-2019 | 93 | 51.19 | $4,760.67 | | | | | - | 93 | 93 | $38.58 | $3,588.29 | $1,172.38 | $1,172.38 |
| 02-26-2019 | 200 | 51.19 | $10,238.00 | | | | | - | 200 | 200 | $38.58 | $7,716.75 | $2,521.25 | $2,521.25 |
| 02-26-2019 | 807 | 51.19 | $41,310.33 | | | | | - | 807 | 807 | $38.58 | $31,137.10 | $10,173.23 | $10,173.23 |
| 02-26-2019 | 100 | 51.18 | $5,118.00 | | | | | - | 100 | 100 | $38.58 | $3,858.38 | $1,259.62 | $1,259.62 |
| 02-26-2019 | 1100 | 51.18 | $56,298.00 | | | | | - | 1100 | 1100 | $38.58 | $42,442.15 | $13,855.85 | $13,855.85 |
| 02-26-2019 | 1200 | 51.23 | $61,476.00 | | | | | - | 1200 | 1200 | $38.58 | $46,300.52 | $15,175.48 | $15,175.48 |
| 02-27-2019 | 1200 | 51.2 | $61,440.00 | | | | | - | 1200 | 1200 | $38.58 | $46,300.52 | $15,139.48 | $15,139.48 |
| 02-27-2019 | 1200 | 50.99 | $61,188.00 | | | | | - | 1200 | 1200 | $38.58 | $46,300.52 | $14,887.48 | $14,887.48 |
| 02-27-2019 | 1200 | 51.06 | $61,272.00 | | | | | - | 1200 | 1200 | $38.58 | $46,300.52 | $14,971.48 | $14,971.48 |
| 02-27-2019 | 1200 | 50.91 | $61,092.00 | | | | | - | 1200 | 1200 | $38.58 | $46,300.52 | $14,791.48 | $14,791.48 |
| 02-27-2019 | 300 | 51.39 | $15,417.00 | | | | | - | 300 | 300 | $38.58 | $11,575.13 | $3,841.87 | $3,841.87 |
| 02-28-2019 | 1200 | 50.08 | $60,096.00 | | | | | - | 1200 | 1200 | $38.58 | $46,300.52 | $13,795.48 | $13,795.48 |
| 02-28-2019 | 100 | 50.04 | $5,004.00 | | | | | - | 100 | 100 | $38.58 | $3,858.38 | $1,145.62 | $1,145.62 |
| 02-28-2019 | 283 | 50.03 | $14,158.49 | | | | | - | 283 | 283 | $38.58 | $10,919.21 | $3,239.28 | $3,239.28 |
| 02-28-2019 | 817 | 50.03 | $40,874.51 | | | | | - | 817 | 817 | $38.58 | $31,522.94 | $9,351.57 | $9,351.57 |
| 02-28-2019 | 1200 | 50.05 | $60,060.00 | | | | | - | 1200 | 1200 | $38.58 | $46,300.52 | $13,759.48 | $13,759.48 |
| 02-28-2019 | 1000 | 50.08 | $50,080.00 | | | | | - | 1000 | 1000 | $38.58 | $38,583.77 | $11,496.23 | $11,496.23 |
| 02-28-2019 | 200 | 50.08 | $10,016.00 | | | | | - | 200 | 200 | $38.58 | $7,716.75 | $2,299.25 | $2,299.25 |
| 02-28-2019 | 400 | 50.08 | $20,032.00 | | | | | - | 400 | 400 | $38.58 | $15,433.51 | $4,598.49 | $4,598.49 |
| 02-28-2019 | 6 | 50.08 | $300.48 | | | | | - | 6 | 6 | $38.58 | $231.50 | $68.98 | $68.98 |
| 02-28-2019 | 94 | 50.08 | $4,707.52 | | | | | - | 94 | 94 | $38.58 | $3,626.87 | $1,080.65 | $1,080.65 |
| 02-28-2019 | 100 | 50.08 | $5,008.00 | | | | | - | 100 | 100 | $38.58 | $3,858.38 | $1,149.62 | $1,149.62 |
| 02-28-2019 | 100 | 50.08 | $5,008.00 | | | | | - | 100 | 100 | $38.58 | $3,858.38 | $1,149.62 | $1,149.62 |
| 02-28-2019 | 100 | 50.07 | $5,007.00 | | | | | - | 100 | 100 | $38.58 | $3,858.38 | $1,148.62 | $1,148.62 |
| 02-28-2019 | 400 | 50.07 | $20,028.00 | | | | | - | 400 | 400 | $38.58 | $15,433.51 | $4,594.49 | $4,594.49 |
| 02-28-2019 | 1200 | 50.2 | $60,240.00 | | | | | - | 1200 | 1200 | $38.58 | $46,300.52 | $13,939.48 | $13,939.48 |
| 02-28-2019 | 600 | 50.13 | $30,078.00 | | | | | - | 600 | 600 | $38.58 | $23,150.26 | $6,927.74 | $6,927.74 |
| 02-28-2019 | 600 | 50.05 | $30,030.00 | | | | | - | 600 | 600 | $38.58 | $23,150.26 | $6,879.74 | $6,879.74 |
| **Total:** | **216,930.00** | | **$10,044,574.08** | | **108,500.00** | | **$4,926,402.19** | | **108,430.00** | **108,430.00** | | **$4,183,638.23** | **$934,533.66** | **$909,489.66** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.