UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN SCHELLER, on behalf of himself and all others similarly situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>                              Defendants. | No. 5:19-cv-01651-WHO<br><br>**[PROPOSED] ORDER GRANTING THE MOTION OF MAMOOD SABAHI FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**<br><br>Date:          July 10, 2019<br>Time:          2:00 p.m.<br>Courtroom:  2, 17th Floor<br>Judge:         Hon. William H. Orrick<br><br>ORAL ARGUMENT REQUESTED |
| TIM MAUTER, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>NUTANIX, INC. DHEERAJ PANDEY and DUSTON M. WILLIAMS,<br><br>                              Defendants. | Case No. 3:19-CV-02442-RS |

[Caption continued on following page]

JOSEPH S. MAROUN, Individually and on Behalf of All Others Similarly Situated,

                       Plaintiff,

      v.

NUTANIX, INC. DHEERAJ PANDEY and DUSTON M. WILLIAMS,

                       Defendants.

Case No. 3:19-cv-02744-RS

HEIDI ZAPF, Individually and on Behalf of All Others Similarly Situated,

                       Plaintiff,

      v.

NUTANIX, INC. DHEERAJ PANDEY, and DUSTON M. WILLIAMS,

                       Defendants.

Case No. 3:19-cv-02781-SI

Having considered the motion of Mamood Sabahi for entry of an Order: (1) consolidating the above-captioned related actions; (2) appointing Mamood Sabahi as lead plaintiff in this action pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4, et seq., and (3) approving its selection of the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as lead counsel, and with good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.    Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned actions (the "Consolidated Action") are consolidated for all purposes into Case No. 5:19-cv-01651-WHO.  This Order applies to the Consolidated Action and each subsequently filed case in this Court that relates to the same subject matter as the Consolidated Action.

2.    A Master File is established for this proceeding.  The Master File shall be Case No. 5:19-cv-01651-WHO.  The Clerk shall file all pleadings in the Master File and note such filings on the Master Docket.  The caption for the Consolidated Action is changed to: *In re. Nutanix, Inc. Securities Litigation*.

3.    The Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case which might properly be consolidated as part of the Consolidated Action.

4.    When a case that arises out of the same subject matter as the Consolidated Action is hereinafter filed in this Court or transferred from another court, the Clerk of this Court shall:

a.    File a copy of this Order in the separate file for such action;

b.    Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case, and to any new defendant(s) in the newly-filed case; and

c.    Make the appropriate entry in the Master Docket for the Consolidated Action.

5.    Each new case that arises out of the subject matter of the Consolidated Action shall be consolidated with the Consolidated Action.  This Order shall apply thereto, unless a party objects to any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party by filing an application for relief, and this Court deems it

appropriate to grant such application.  Nothing in the foregoing shall be construed as a waiver of Defendants' right to object to the consolidation of any subsequently-filed or transferred related action.

6.     The Court hereby appoints Mamood Sabahi as Lead Plaintiff in this action.  Mamood Sabahi satisfies the requirements for lead plaintiff appointment under the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act;

7.     Lead Plaintiff has selected and retained Hagens Berman Sobol Shapiro LLP as Lead Counsel, and the Court approves those selections;

8.     Lead Counsel shall have the following responsibilities and duties:

   a.     to coordinate the briefing and argument of motions;

   b.     to coordinate the conduct of discovery proceedings;

   c.     to coordinate the examination of witnesses in depositions;

   d.     to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

   e.     to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

   f.     to coordinate all settlement negotiations with counsel for defendants;

   g.     to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

   h.     to supervise any other matters concerning the prosecution, resolution or settlement of this action.

9.     No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs.  No settlement negotiations shall be conducted without the approval of Lead Counsel;

10. Counsel in any related action that is consolidated with this action shall be bound by this selection of Lead Counsel;

11. Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices;

12. Defendants may effect service of papers on plaintiffs by filing such papers with the Court's CM/ECF system.

IT IS SO ORDERED.

DATED: _____, 2019         _____
                                 THE HONORABLE WILLIAM H. ORRICK
                                 UNITED STATES DISTRICT JUDGE


May 28, 2019

Respectfully submitted,

*/s/ Reed R. Kathrein*
Reed R. Kathrein (139304)
Danielle Smith (291237)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
kristenm@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOLS SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Attorneys for Proposed Lead Plaintiff Mamood Sabahi*