Reed R. Kathrein (139304)
Danielle Smith (291237)
Lucas Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Proposed Lead Plaintiff Mamood Sabahi*
[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN SCHELLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>Defendants. | No. 5:19-cv-01651-WHO<br><br>**DECLARATION OF REED R. KATHREIN IN SUPPORT OF MOTION OF MAMOOD SABAHI FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTINFF, AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**<br><br>Date: July 10, 2019<br>Time: 2:00 p.m.<br>Courtroom: 2, 17th Floor<br>Judge: Hon. William H. Orrick<br><br>ORAL ARGUMENT REQUESTED |
| TIM MAUTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NUTANIX, INC. DHEERAJ PANDEY and DUSTON M. WILLIAMS,<br><br>Defendants. | Case No. 3:19-CV-02442-RS |

[Caption continued on following page]

JOSEPH S. MAROUN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

NUTANIX, INC. DHEERAJ PANDEY and DUSTON M. WILLIAMS,

Defendants.

Case No. 3:19-cv-02744-RS

HEIDI ZAPF, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

NUTANIX, INC. DHEERAJ PANDEY, and DUSTON M. WILLIAMS,

Defendants.

Case No. 3:19-cv-02781-SI

I, Reed R. Kathrein, declare as follows:

1.     I am a Partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for Mamood Sabahi ("Mr. Sabahi" or "Movant").  I am an attorney licensed to practice law in the United States District Court for the Northern District of California, as well as in the States of California, Illinois and Florida.  I make this declaration in support of Mr. Sabahi's motion: (1) to consolidate the above-captioned related actions; (2) to be appointed as Lead Plaintiff in the above-captioned case and any others the Court may deem related pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3); (3) to approve Mr. Sabahi's selection of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the Class; and (4) for any such other and further relief as the Court may deem just and proper.

2.     Attached hereto as Exhibits A through D are true and correct copies of the following documents:

**Exhibit A**:   Notice of Pendency of *Scheller v. Nutanix, Inc., et al.*, Case No. 5:19-cv-01651, published on March 29, 2019;

**Exhibit B**:   Movant's Certification;

**Exhibit C**:   Movant's Loss Calculation; and

**Exhibit D**:   The firm résumé of Hagens Berman Sobol Shapiro LLP.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 28th day of May, 2019 at Berkeley, California.


/s/ Reed R. Kathrein
REED R. KATHREIN

KATHREIN DECL. ISO MOT. TO CONSOL. REL. CASES, APPOINT LEAD PL.
AND APPROVE SELECTION OF COUNSEL                                                                 - 1
Case No.: 5:19-cv-01651-WHO