# Exhibit C

**Loss Analysis for Mamood Sabani - Nutanix, Inc. (NTNX)**
**Class Period 03/02/18 - 02/28/19**

| | | PURCHASES | | | | | SALES | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period Purchases | 06/14/18 | 7,600 | $63.2000 | $480,320.00 | | 06/26/18 | 700 | $51.7000 | $36,190.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Post Class Purchases | | | | | Post Class Sales | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Total Shares Acquired in CP | 7,600 | Total Amount Paid in CP | $480,320.00 | Total Shares Sold in CP | 700 | Total Amount Sold in CP | $36,190.00 |

Total Shares Sold in CP 700  Total Amount Sold in CP $36,190.00
Post CP Shares Sold 0  Post CP Amount Sold $0.00
Total Shares Sold to Current 700  Total Amount Sold to Current $36,190.00 ALTERNATIVE

Actual Net Shares Acquired in CP 6,900 (CP Retained Shares)

Net Amount Paid in CP $444,130.00
Net Amount Paid in CP Minus Sold to Current Date $444,130.00 ALTERNATIVE

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares) 6,900 Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date 6,900 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP $38.58459

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price $266,233.67
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price $266,233.67 ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price $177,896.33 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) $177,896.33
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) $177,896.33 ALTERNATIVE