Nicole Lavallee (SBN 165755)
A. Chowning Poppler (SBN 272870)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
         cpoppler@bermantabacco.com

*Counsel for Movant Jose Flores*
*and Proposed Liaison Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN SCHELLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>Defendants. | Case No. 3:19-cv-01651-WHO<br><br>CLASS ACTION<br><br>**DECLARATION OF ROBERT C. FINKEL IN SUPPORT OF JOSE FLORES'S MOTION FOR RELATION AND CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>DATE:        July 10, 2019<br>TIME:        2:00 p.m.<br>CTRM:        2 – 17th Floor<br>JUDGE:      Hon. William H. Orrick |
| TIM MAUTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>Defendants. | Case No. 3:19-cv-02442-RS<br><br>CLASS ACTION<br><br>CTRM:        3 – 17th Floor<br>JUDGE:      Hon. Richard Seeborg PF |

[CASE NO. 3:19-cv-01651-WHO] DECL. OF ROBERT C. FINKEL ISO JOSE FLORES'S MOTION FOR RELATION AND CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL

| JOSEPH S. MAROUN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>Defendants. | Case No. 3:19-cv-02744-RS<br><br>CLASS ACTION<br><br>CTRM:  3 – 17th Floor<br>JUDGE:  Hon. Richard Seeborg |
|---|---|
| HEIDI ZAPF, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>Defendants. | Case No. 3:19-cv-02781-SI<br><br>CLASS ACTION<br><br>CTRM:  1 – 17th Floor<br>JUDGE:  Hon. Susan Illston |

[CASE NO. 3:19-cv-01651-WHO] DECL. OF ROBERT C. FINKEL ISO JOSE FLORES'S MOTION FOR RELATION AND CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL

I, Robert C. Finkel declare as follows:

1.    I am an attorney licensed to practice law before the courts of the State of New York. I am a partner in Wolf Popper LLP, counsel for Jose Flores and proposed lead counsel for the Class in the above-captioned actions. I submit this declaration in support of the Motion of Jose Flores to Relate and Consolidate, for Appointment as Lead Plaintiff, and Approval of Selection of Lead and Liaison Counsel.

2.    I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.    Attached hereto are true and correct copies of the following exhibits:

| Exhibit A: | Notice published in *PR Newswire* on March 29, 2019 |
| --- | --- |
| Exhibit B: | Sworn Certification of Jose Flores |
| Exhibit C: | Chart of Estimated Losses of Jose Flores |
| Exhibit D: | Resume of Wolf Popper LLP |
| Exhibit E: | Resume of Berman Tabacco |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of May, 2019, in New York, New York.

Robert C. Finkel

[CASE NO. 3:19-cv-01651-WHO] DECL. OF ROBERT C. FINKEL ISO JOSE FLORES'S MOTION FOR RELATION AND CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL