# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SCHELLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>Defendants. | Case No. 3:19-cv-01651-WHO<br><br>Judge William H. Orrick III<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Date:  July 10, 2019<br>Time: 2:00 p.m.<br>Courtroom: 2 – 17th Floor<br>Judge: William H. Orrick |
| TIM MAUTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NUTANIX, INC., DHEERAJ PANDEY and DUSTON M. WILLIAMS,<br><br>Defendants. | Case No.  3:19-cv-02442-RS<br><br>Judge Richard G. Seeborg |
| JOSEPH S. MAROUN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NUTANIX, INC., DHEERAJ PANDEY and DUSTON M. WILLIAMS,<br><br>Defendants. | Case No.  3:19-cv-02744-RS<br><br>Judge Richard G. Seeborg |
| HEIDI ZAPF, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>Defendants. | Case No.   3:19-cv-02781-SI<br><br>Judge Susan Y. Illston |

Having considered the motion of Bristol County Retirement System and Joseph S. Maroun ("Bristol and Maroun") for consolidation of the above-captioned actions, appointment as Lead Plaintiff, and approval of selection of Counsel (the "Motion"), and good cause appearing therefore, the Court ORDERS as follows:

1. The Motion is granted.

2. The above-captioned actions are consolidated for all purposes (the "Consolidated Action"). This Order (the "Order") shall apply to the Consolidated Action and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court, and is consolidated with the Action.

3. A Master File is established for this proceeding. The Master File shall be Civil Action No. 3:19-cv-01651-WHO. The Clerk shall file all pleadings in the Master File and note such filings on the Master Docket.

4. Every pleading in the Action shall have the following caption:

| IN RE NUTANIX, INC. SECURITIES LITIGATION | Civil Action 3:19-cv-01651-WHO |
|---|---|

5. Each new case that arises out of the subject matter of the Consolidated Action shall be consolidated with the Consolidated Action. This Order shall apply thereto, unless a party objects to consolidation (as provided for herein), or to any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party by filing an application for relief, and this Court deems it appropriate to grant such application. Nothing in the foregoing shall be construed as a waiver of Defendants' right to object to consolidation of any subsequently-filed or transferred related action.

6. Bristol and Maroun are appointed to serve as Lead Plaintiff in the Consolidated Action pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

7. Bristol and Maroun's selection of Labaton Sucharow LLP as Lead Counsel and Wagstaffe, Von Loewenfeldt, Busch & Radwick, LLP as Liaison Counsel for the Class in the Consolidated Action is approved pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v). Lead Counsel shall

have the authority to speak for all Plaintiffs and Class members in all matters regarding the litigation, including, but not limited to, pretrial proceedings, motion practice, trial, and settlement. Lead Counsel shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation, and to avoid duplicative or unproductive effort. Additionally, Lead Counsel shall have the following responsibilities:

a. to brief and argue motions;

b. to initiate and conduct discovery, including, but not limited to, coordination of discovery with Defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

c. to direct and coordinate the examination of witnesses in depositions;

d. to act as spokesperson at pretrial conferences;

e. to call and chair meetings of Plaintiffs' counsel as appropriate or necessary from time to time;

f. to initiate and conduct any settlement negotiations with Defendants' counsel;

g. to provide general coordination of the activities of Plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required, in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

h. to consult with and employ experts;

i. to receive and review periodic time reports of all attorneys on behalf of Plaintiffs, to determine if the time is being spent appropriately and for the benefit of Plaintiffs, and to determine and distribute Plaintiffs' attorneys' fees; and

j. to perform such other duties as may be expressly authorized by further order of this Court.

**IT IS SO ORDERED.**

DATED: _____            _____

HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA