James M. Wagstaffe (#95535)
Frank Busch (#258288)
**WAGSTAFFE, VON LOEWENFELDT,**
**BUSCH & RADWICK, LLP**
100 Pine Street, Suite 725
San Francisco, California 94111
Telephone: (415) 357-8900
Facsimile: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Proposed Liaison Counsel for the Class*

**LABATON SUCHAROW LLP**
Christopher J. Keller (*pro hac vice* forthcoming)
Eric J. Belfi (*pro hac vice* forthcoming)
Francis P. McConville (*pro hac vice* forthcoming)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com

*Counsel for Bristol County Retirement System and*
*Joseph S. Maroun and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN SCHELLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>Defendants. | Case No. 3:19-cv-01651-WHO<br><br>Judge William H. Orrick III<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JAMES M. WAGSTAFFE IN SUPPORT OF MOTION OF BRISTOL COUNTY RETIREMENT SYSTEM AND JOSEPH S. MAROUN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Date: July 10, 2019<br>Time: 2:00 p.m.<br>Courtroom: 2 – 17th Floor<br>Judge: William H. Orrick |

DECLARATION OF JAMES M. WAGSTAFFE
CASE NO. 3:19-cv-01651-WHO

| | |
|---|---|
| TIM MAUTER, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>NUTANIX, INC., DHEERAJ PANDEY and DUSTON M. WILLIAMS,<br><br>                    Defendants. | Case No.  3:19-cv-02442-RS<br><br>Judge Richard G. Seeborg |
| JOSEPH S. MAROUN, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>NUTANIX, INC., DHEERAJ PANDEY and DUSTON M. WILLIAMS,<br><br>                    Defendants. | Case No.  3:19-cv-02744-RS<br><br>Judge Richard G. Seeborg |
| HEIDI ZAPF, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>                    Defendants. | Case No.   3:19-cv-02781-SI<br><br>Judge  Susan Y. Illston |

I, James M. Wagstaffe, declare as follows:

I am a member in good standing of the bar of the State of California and am admitted to practice before this Court.  I am a partner at Wagstaffe, Von Loewenfeldt, Busch & Radwick, LLP ("WVBR LLP"), proposed Liaison Counsel for the Class.  I submit this declaration in support of the motion filed by Bristol County Retirement System and Joseph S. Maroun ("Bristol and Maroun") for the entry of an Order: (1) consolidating the above-captioned actions pursuant to Rule 42 of the Federal Rules of Civil Procedure; (2) appointing Bristol and Maroun as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4, *et seq*.; (3) approving their selection of Labaton Sucharow LLP ("Labaton Sucharow") as Lead Counsel and WVBR LLP as Liaison Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

Attached as Exhibits A through G are true and correct copies of the following documents:

EXHIBIT A:  Signed Certifications of Bristol and Maroun, pursuant to the requirements of the PSLRA, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:  A chart reflecting Bristol and Maroun's Class Period transactions in Nutanix, Inc. securities and approximate losses;

EXHIBIT C:  Notice of pendency of *Scheller v. Nutanix, Inc.*, No. 3:19-cv-01651 (N.D. Cal. Mar 29, 2019), published on March 29, 2019;

EXHIBIT D:  Notice of pendency of *Maroun v. Nutanix, Inc.*, No. 3:19-cv-02744 (N.D. Cal. May 20, 2019), published on May 20, 2019;

EXHIBIT E:  Joint Declaration;

EXHIBIT F:  Firm resume of Labaton Sucharow; and

EXHIBIT G:  Biography of James M. Wagstaffe.

I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: May 28, 2019                                    */s/ James M. Wagstaffe*
                                                                   James M. Wagstaffe

DECLARATION OF JAMES M. WAGSTAFFE                                                           3
CASE NO. 3:19-cv-01651-WHO

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 28, 2019, I was authorized to electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ James M. Wagstaffe
James M. Wagstaffe