# Exhibit A

## CERTIFICATION

I, Roxanne L. Donovan, as Executive Director of the Bristol County Retirement System ("Bristol"), hereby certify as follows:

1.     I am fully authorized to enter into and execute this Certification on behalf of Bristol. I have reviewed a complaint filed against Nutanix, Inc. ("Nutanix") alleging violations of the federal securities laws, and generally adopt its allegations without waiving the right to alter the allegations in a consolidated and/or amended complaint;

2.     Bristol did not purchase securities of Nutanix at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.     Bristol is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary;

4.     Bristol's transactions in Nutanix securities during the Class Period are reflected in Exhibit A, attached hereto;

5.     Bristol sought to serve as a lead plaintiff in the following class actions filed under the federal securities laws during the last three years:

> *Hessefort v. Super Micro Computer, Inc.*, No. 3:18-cv-00838 (N.D. Cal.)
> *Kipling v. Flex Ltd.*, No. 5:18-cv-02706 (N.D. Cal.)
> *In re Adient plc Securities Litigation*, No. 1:18-cv-9116 (S.D.N.Y.)

6.     Bristol sought to serve as a representative party but not a lead plaintiff in the following class action filed under the federal securities laws during the last three years:

> *Bristol County Retirement System v. Telefonaktiebolaget LM Ericsson*, No. 1:18-cv-03021 (S.D.N.Y.)
> *Bristol County Retirement System v. Quarate Retail, Inc.*, No. 1:18-cv-2300 (D. Colo.)

7.     Beyond its pro rata share of any recovery, Bristol will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 28th day of May, 2019.

Roxanne L. Donovan
*Executive Director*
*Bristol County Retirement System*

2

## EXHIBIT A

## TRANSACTIONS IN NUTANIX, INC.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 10/03/18 | 890.00 | $43.41 | ($38,630.98) |
| Purchase | 10/03/18 | 120.00 | $43.40 | ($5,208.23) |
| Purchase | 10/03/18 | 310.00 | $43.42 | ($13,460.05) |
| Purchase | 10/05/18 | 70.00 | $42.42 | ($2,969.37) |
| Purchase | 10/05/18 | 620.00 | $42.54 | ($26,377.03) |
| Purchase | 10/08/18 | 560.00 | $40.82 | ($22,859.82) |
| Purchase | 10/10/18 | 730.00 | $39.32 | ($28,704.91) |
| Purchase | 10/12/18 | 30.00 | $40.55 | ($1,216.50) |
| Purchase | 10/12/18 | 470.00 | $40.81 | ($19,180.14) |
| Purchase | 10/15/18 | 150.00 | $40.55 | ($6,081.96) |
| Purchase | 10/19/18 | 740.00 | $38.05 | ($28,154.19) |
| Purchase | 10/22/18 | 37.00 | $38.75 | ($1,433.69) |
| Purchase | 10/23/18 | 13.00 | $38.79 | ($504.33) |
| Purchase | 10/26/18 | 153.00 | $36.31 | ($5,555.84) |
| Purchase | 10/26/18 | 58.00 | $36.00 | ($2,087.73) |
| Purchase | 10/26/18 | 62.00 | $35.83 | ($2,221.37) |
| Purchase | 10/26/18 | 607.00 | $36.32 | ($22,044.84) |
| Purchase | 12/17/18 | 260.00 | $38.68 | ($10,056.70) |
| Purchase | 12/17/18 | 258.00 | $39.15 | ($10,099.87) |
| Purchase | 12/17/18 | 92.00 | $40.15 | ($3,694.06) |

**CERTIFICATION**

I, Joseph S. Maroun, hereby certify as follows:

1.    I have reviewed a complaint prepared against Nutanix, Inc. ("Nutanix") alleging violations of the federal securities laws, and generally adopt its allegations without waiving the right to alter the allegations in a consolidated and/or amended complaint.  I authorize the filing of this complaint;

2.    I did not transact in the securities of Nutanix at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.    I am willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.    My transactions in Nutanix securities are reflected in Exhibit A attached hereto;

5.    I have not sought to serve as a lead plaintiff and/or representative party in any class action filed under the federal securities laws during the last three years;

6.    Beyond my pro rata share of any recovery, I will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this /0th day of May, 2019.

Joe Maroun

2

**EXHIBIT A**

**TRANSACTIONS IN NUTANIX, INC.**

| Option | Transaction Type | Trade Date | Quantity | Unit Price | Cost/Proceeds |
|---|---|---|---|---|---|
| NTNX 3/15/19 C52.5 | Purchase | 1/31/2019 | 22 | $3.50 | ($7,700.00) |
| NTNX 3/15/19 C52.5 | Purchase | 1/31/2019 | 1 | $3.50 | ($350.00) |
| NTNX 3/15/19 C52.5 | Purchase | 1/31/2019 | 177 | $3.60 | ($63,720.00) |
| NTNX 3/15/19 C52.5 | Purchase | 1/31/2019 | 12 | $3.48 | ($4,176.00) |
| NTNX 3/15/19 C52.5 | Purchase | 1/31/2019 | 40 | $3.49 | ($13,960.00) |
| NTNX 3/15/19 C52.5 | Purchase | 1/31/2019 | 148 | $3.50 | ($51,800.00) |
| NTNX 3/15/19 C52.5 | Purchase | 1/31/2019 | 100 | $3.44 | ($34,400.00) |