# Exhibit B

**LOSS ANALYSIS**
**Class Period: 3/2/2018 to 2/28/2019**

**Bristol County Retirement System**
**Nutanix, Inc. Common Stock**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| NTNX | 67059N108 | BYQBFT8 | US67059N1081 | $38.5846 [1] |

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Price Per Share** | **Cost/Proceeds** |
| Open | 06/27/18 | 0 | | |
| Purchase | 10/03/18 | 890 | $43.4056 | ($38,630.98) |
| Purchase | 10/03/18 | 120 | $43.4019 | ($5,208.23) |
| Purchase | 10/03/18 | 310 | $43.4195 | ($13,460.05) |
| Purchase | 10/05/18 | 70 | $42.4195 | ($2,969.37) |
| Purchase | 10/05/18 | 620 | $42.5436 | ($26,377.03) |
| Purchase | 10/08/18 | 560 | $40.8211 | ($22,859.82) |
| Purchase | 10/10/18 | 730 | $39.3218 | ($28,704.91) |
| Purchase | 10/12/18 | 30 | $40.5500 | ($1,216.50) |
| Purchase | 10/12/18 | 470 | $40.8088 | ($19,180.14) |
| Purchase | 10/15/18 | 150 | $40.5464 | ($6,081.96) |
| Purchase | 10/19/18 | 740 | $38.0462 | ($28,154.19) |
| Purchase | 10/22/18 | 37 | $38.7484 | ($1,433.69) |
| Purchase | 10/23/18 | 13 | $38.7949 | ($504.33) |
| Purchase | 10/26/18 | 153 | $36.3127 | ($5,555.84) |
| Purchase | 10/26/18 | 58 | $35.9954 | ($2,087.73) |
| Purchase | 10/26/18 | 62 | $35.8285 | ($2,221.37) |
| Purchase | 10/26/18 | 607 | $36.3177 | ($22,044.84) |
| Purchase | 12/17/18 | 260 | $38.6796 | ($10,056.70) |
| Purchase | 12/17/18 | 258 | $39.1468 | ($10,099.87) |
| Purchase | 12/17/18 | 92 | $40.1528 | ($3,694.06) |
| ***Class Period purchases:*** | | ***6,230*** | | ***($250,541.61)*** |
| None | | 0 | | $0.00 |
| ***Class Period sales (matched to Class Period purchases):*** | | ***0*** | | ***$0.00*** |
| | Shares Held: | 6,230 | $38.5846 | $240,381.99 |
| | | | **LIFO Gain/(Loss):** | **($10,159.61)** |

**Joseph S. Maroun**
**NTNX Mar 15 19 52.5 Call Option**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| n/a | n/a | n/a | n/a | $0.0433 [1] |

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Units** | **Price Per Unit** | **Cost/Proceeds** |
| Purchase | 01/31/19 | 22 | $3.5000 | ($7,700.00) |
| Purchase | 01/31/19 | 1 | $3.5000 | ($350.00) |

[1] *Value of units/shares held is the mean trading price from 3/1/2019 to 5/28/2019.*

| Transaction Type | Trade Date | Units | Price Per Unit | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 01/31/19 | 177 | $3.6000 | ($63,720.00) |
| Purchase | 01/31/19 | 12 | $3.4800 | ($4,176.00) |
| Purchase | 01/31/19 | 40 | $3.4900 | ($13,960.00) |
| Purchase | 01/31/19 | 148 | $3.5000 | ($51,800.00) |
| Purchase | 01/31/19 | 100 | $3.4400 | ($34,400.00) |
| *Class Period purchases:* | | *500* | | *($176,106.00)* |
| | | | | |
| None | | 0 | | $0.00 |
| *Class Period sales (matched to Class Period purchases):* | | *0* | | *$0.00* |
| | Units Held: | 500 | $0.0433 | $2,166.67 |
| | | | **LIFO Gain/(Loss):** | **($173,939.33)** |
| | | | **Total LIFO Gain/(Loss):** | **($184,098.95)** |