# Exhibit D

Case 3:19-cv-01651-WHO Document 36-4 Filed 05/28/19 Page 2 of 3



# Labaton Sucharow LLP Files Securities Class Action Lawsuit Against Nutanix, Inc. (NTNX)

f  🐦  in  G+  📌  |  @ Email  |  🖨 Print Friendly  |  ◁ Share

May 20, 2019 19:22 ET | **Source:** Labaton Sucharow LLP

NEW YORK, May 20, 2019 (GLOBE NEWSWIRE) -- Labaton Sucharow LLP ("Labaton Sucharow") announces that on May 20, 2019, it filed a securities class action lawsuit, captioned *Maroun v. Nutanix, Inc.*, No. 19-cv-2744 (N.D. Cal.) (the "Action"), on behalf of its client Joseph S. Maroun ("Maroun") against Nutanix, Inc. (NASDAQ: NTNX) ("Nutanix" or the "Company") and certain officers and directors (collectively, "Defendants").

The Action expands the class definition in the actions captioned *Scheller v. Nutanix, Inc.*, No. 19-cv-1651 (N.D. Cal.), and *Mauter v. Nutanix, Inc.* No. 19-cv-2442 (N.D. Cal.), to include all those who purchased or sold Nutanix securities during the period from March 2, 2018 through February 28, 2019, inclusive (the "Class Period"), who were damaged thereby (the "Class") seeking remedies under the Securities Exchange Act of 1934 (the "Exchange Act").

Nutanix is a Delaware corporation headquartered in San Jose, California. Nutanix specializes in providing integrated cloud computing software solutions for business applications and end user services across a range of industries.

The Action alleges that throughout the Class Period, Defendants repeatedly made false and/or misleading statements that Nutanix was investing heavily in growth and increasing sales and marketing activities, while also improving upon gross margins due to changes being made to the Company's business model, including the shift from hardware to software and the change from licensing to subscription platforms. Specifically, Defendants failed to disclose that Nutanix had substantially reduced lead generation spending and fallen behind on sales hiring goals, thereby negatively impacting Nutanix's sales pipeline and slowing sales growth; and that the improvement in the Company's gross margins was a result of the unsustainable reduction in lead generation spending, as opposed to changes to the Company's business model.

Case 3:19-cv-01651-WHO   Document 36-4   Filed 05/28/19   Page 3 of 3

Then, on February 28, 2019, Defendants announced the Company's financial results for the second quarter of fiscal 2019, issuing significantly lower-than-expected guidance for Nutanix's third fiscal quarter of 2019. Defendants attributed this disappointing guidance to significant reductions in lead generation spending and the failure to keep pace with sales hiring goals negatively impacting the Company's sales pipeline. As a result of these disclosures, the price of Nutanix common stock dropped $16.39 per share to close at $33.70 per share on March 1, 2019, a decline of over 32 percent.

If you purchased or sold Nutanix securities during the Class Period and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as Lead Plaintiff. Lead Plaintiff motion papers must be filed with the U.S. District Court for the Northern District of California no later than **May 28, 2019.** The Lead Plaintiff is a court-appointed representative for absent members of the Class. You do not need to seek appointment as Lead Plaintiff to share in any Class recovery in the Action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member. You may retain counsel of your choice to represent you in the Action.

If you would like to consider serving as Lead Plaintiff or have any questions about this lawsuit, you may contact Francis P. McConville, Esq. of Labaton Sucharow, at (800) 321-0476, or via email at **fmcconville@labaton.com**.

Maroun is represented by Labaton Sucharow, which represents many of the largest pension funds in the United States and internationally with combined assets under management of more than $2 trillion. Labaton Sucharow has been recognized for its excellence by the courts and peers, and it is consistently ranked in leading industry publications. Offices are located in New York, NY, Wilmington, DE, and Washington, D.C. More information about Labaton Sucharow is available at **www.labaton.com**.

You can view a copy of the complaint **here**.

---

## Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

## About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.