Dillon Hagius SBN 319632
Richard W. Gonnello (*pro hac vice forthcoming*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
E-mail: dhagius@faruqilaw.com
        rgonnello@faruqilaw.com

*Attorneys for Proposed Lead Plaintiff Frank H. May*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SCHELLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>Defendants. | Case No. 3:19-cv-01651-WHO<br><br>**DECLARATION OF DILLON HAGIUS IN SUPPORT OF MOTION OF FRANK H. MAY** |
| TIM MAUTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>Defendants. | <u>**CLASS ACTION**</u><br><br>Judge:  Hon. William H. Orrick<br>Date:    July 10, 2019<br>Time:   2:00 p.m.<br>Courtroom:   2 – 17th Floor<br><br>Case No. 3:19-cv-02442-RS |
| *(captions continue on next page)* | |

**DECLARATION OF DILLON HAGIUS IN SUPPORT OF MOTION OF FRANK H. MAY**
**NO. 3:19-cv-01651-WHO**

| JOSEPH S. MAROUN, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:19-cv-02744-RS |
|---|---|
| Plaintiff, | |
| vs. | |
| NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS, | |
| Defendants. | |
| HEIDI ZAPF, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:19-cv-02781-SI |
| Plaintiff, | |
| vs. | |
| NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS, | |
| Defendants. | |

I, Dillon Hagius, declare as follows:

1.  I am a member in good standing of the bar of the State of California and am admitted in this Court.  I am an associate in the law firm of Faruqi & Faruqi, LLP.  I submit this declaration in support of the motion filed by Frank H. May ("May") for consolidation, appointment as Lead Plaintiff, and approval of Bishop's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the putative Class.

2.  Attached as Exhibits 1 through 4 are true and correct copies of the following documents:

Exhibit 1:  First Notice of Pendency of a Class Action

Exhibit 2:  PSLRA Certification of May

Exhibit 3:  Chart of May's Losses

Exhibit 4:  Firm Resume of Faruqi & Faruqi, LLP

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 28th day of May 2019 at New York, New York.

By: /s/ *Dillon Hagius*
Dillon Hagius

1

**DECLARATION OF DILLON HAGIUS IN SUPPORT OF MOTION OF FRANK H. MAY**
**NO. 3:19-cv-01651-WHO**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

By:     */s/ Dillon Hagius*
Dillon Hagius