# EXHIBIT 3

| | |
|---|---|
| **Losses in:** | Nutanix, Inc. |
| **90-Day Price:** | $38.5846 (as of 5/28/2019) |
| **Class Period:** | 3/2/2018 - 2/28/2019 |
| **Investor:** | Frank May |



**F&F  FARUQI & FARUQI LLP**

| OPEN TRANSACTIONS | | | | | | Remainders | CLOSE TRANSACTIONS | | | | | | Matched Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction | Security | Date | Quantity | Price | Total | | Transaction | Security | Date | Quantity | Price | Total | |
| Purchase | Common Stock | 12/04/2017 | 500 | $33.9400 | $16,970.00 | | | | | | | | |
| Purchase | Common Stock | 01/24/2018 | 1,000 | $36.3628 | $36,362.800 | | | | | | | | |
| Purchase | Common Stock | 01/25/2018 | 1,000 | $33.9200 | $33,920.00 | | | | | | | | |
| Purchase | Common Stock | 01/25/2018 | 1,000 | $35.00 | $35,000.00 | | | | | | | | |
| Purchase | Common Stock | 01/26/2018 | 1,000 | $33.3724 | $33,372.400 | 500 | | | | | | | |
| Purchase | Common Stock | 01/30/2018 | 1,000 | $31.6700 | $31,670.00 | | | | | | | | |
| Purchase | Common Stock | 01/30/2018 | 1,000 | $32.1850 | $32,185.00 | | | | | | | | |
| Purchase | Common Stock | 01/30/2018 | 1,000 | $31.6700 | $31,670.00 | | | | | | | | |
| Purchase | Common Stock | 01/30/2018 | 1,000 | $32.1850 | $32,185.00 | | | | | | | | |
| Purchase | Common Stock | 02/02/2018 | 98 | $31.3100 | $3,068.3800 | | | | | | | | |
| Purchase | Common Stock | 02/02/2018 | 902 | $31.3099 | $28,241.5298 | | | | | | | | |
| Purchase | Common Stock | 02/02/2018 | 1,000 | $31.9728 | $31,972.800 | | | | | | | | |
| Purchase | Common Stock | 03/23/2018 | 2,000 | $51.7660 | $103,532.00 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 04/12/2018 | (2,000) | $53.200 | ($106,400.00) | ($2,868.00) |
| Purchase | Common Stock | 04/13/2018 | 1,000 | $52.7630 | $52,763.00 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 04/17/2018 | (1,000) | $55.500 | ($55,500.00) | ($2,737.00) |
| Purchase | Common Stock | 04/24/2018 | 1,000 | $54.1162 | $54,116.200 | | | | | | | | |
| Purchase | Common Stock | 04/25/2018 | 500 | $51.1132 | $25,556.600 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 05/04/2018 | (500) | $54.00 | ($27,000.00) | |
| | | | | | | | Sale | Common Stock | 05/07/2018 | (1,000) | $55.8468 | ($55,846.80) | ($3,174.00) |
| Purchase | Common Stock | 05/14/2018 | 1,000 | $57.4500 | $57,450.00 | | | | | | | | |
| Purchase | Common Stock | 05/15/2018 | 500 | $56.3124 | $28,156.200 | | | | | | | | |
| Purchase | Common Stock | 05/25/2018 | 2,000 | $52.6736 | $105,347.200 | | | | | | | | |
| Purchase | Common Stock | 05/29/2018 | 500 | $51.6365 | $25,818.2500 | | | | | | | | |
| Purchase | Common Stock | 08/20/2018 | 1,000 | $52.3770 | $52,377.00 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 08/21/2018 | (100) | $54.1883 | ($5,418.83) | |
| | | | | | | | Sale | Common Stock | 08/21/2018 | (100) | $54.1923 | ($5,419.23) | |
| | | | | | | | Sale | Common Stock | 08/21/2018 | (100) | $54.1942 | ($5,419.42) | |
| | | | | | | | Sale | Common Stock | 08/21/2018 | (100) | $54.1880 | ($5,418.80) | |
| | | | | | | | Sale | Common Stock | 08/21/2018 | (100) | $54.1891 | ($5,418.91) | |
| | | | | | | | Sale | Common Stock | 08/21/2018 | (100) | $54.1907 | ($5,419.07) | |
| | | | | | | | Sale | Common Stock | 08/21/2018 | (200) | $54.1800 | ($10,836.00) | |
| | | | | | | | Sale | Common Stock | 08/21/2018 | (200) | $54.1701 | ($10,834.02) | ($1,807.28) |
| Purchase | Common Stock | 08/22/2018 | 1,000 | $53.7500 | $53,750.00 | | | | | | | | |
| Purchase | Common Stock | 09/05/2018 | 2,000 | $53.3479 | $106,695.800 | | | | | | | | |
| Purchase | Common Stock | 09/07/2018 | 500 | $52.1926 | $26,096.300 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 09/17/2018 | (100) | $46.9200 | ($4,692.00) | |
| | | | | | | | Sale | Common Stock | 09/17/2018 | (400) | $47.3300 | ($18,932.00) | |
| | | | | | | | Sale | Common Stock | 09/17/2018 | (1,161) | $47.3501 | ($54,973.47) | |
| | | | | | | | Sale | Common Stock | 09/17/2018 | (4,439) | $47.3128 | ($210,021.52) | |
| | | | | | | (6,500)*** | Sale | Common Stock | 09/17/2018 | (7,900) | $46.8900 | ($370,431.00) | $49,048.76 |
| Purchase | Common Stock | 09/18/2018 | 3,500 | $49.8291 | $174,401.8500 | | | | | | | | |
| Purchase | Common Stock | 09/21/2018 | 1,000 | $46.800 | $46,800.00 | 500 | | | | | | | |
| Purchase | Common Stock | 09/25/2018 | 1,000 | $42.800 | $42,800.00 | | | | | | | | |
| Purchase | Common Stock | 10/02/2018 | 1,000 | $42.0234 | $42,023.400 | | | | | | | | |
| Purchase | Common Stock | 10/04/2018 | 1,000 | $42.6138 | $42,613.800 | | | | | | | | |
| Purchase | Common Stock | 10/11/2018 | 500 | $38.9220 | $19,461.00 | | | | | | | | |
| Purchase | Common Stock | 11/08/2018 | 500 | $45.5384 | $22,769.200 | | | | | | | | |
| Purchase | Common Stock | 11/16/2018 | 500 | $42.4485 | $21,224.2500 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 11/27/2018 | (500) | $41.6772 | ($20,838.60) | |
| | | | | | | | Sale | Common Stock | 11/27/2018 | (1,000) | $41.2900 | ($41,290.00) | $1,325.85 |
| Purchase | Common Stock | 11/28/2018 | 1,000 | $43.00 | $43,000.00 | | | | | | | | |
| Purchase | Common Stock | 12/04/2018 | 500 | $42.6699 | $21,334.9500 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 12/20/2018 | (5,000) | $37.2583 | ($186,291.50) | $28,880.65 |
| Purchase | Common Stock | 12/21/2018 | 2,000 | $37.2600 | $74,520.00 | (4,000)*** | Sale | Common Stock | 12/24/2018 | (10,000) | $36.00 | ($360,000.00) | $56,321.85 |
| Purchase | Common Stock | 12/27/2018 | 1,000 | $38.400 | $38,400.00 | | | | | | | | |
| Purchase | Common Stock | 12/28/2018 | 1,000 | $39.200 | $39,200.00 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 12/28/2018 | (1,000) | $39.600 | ($39,600.00) | ($400.00) |
| Purchase | Common Stock | 01/02/2019 | 1,000 | $41.600 | $41,600.00 | | | | | | | | |
| Purchase | Common Stock | 01/03/2019 | 1,000 | $40.600 | $40,600.00 | | | | | | | | |
| Purchase | Common Stock | 01/03/2019 | 1,000 | $40.4720 | $40,472.00 | | | | | | | | |
| Purchase | Common Stock | 01/03/2019 | 1,000 | $41.00 | $41,000.00 | | | | | | | | |
| Purchase | Common Stock | 01/08/2019 | 1,000 | $45.300 | $45,300.00 | | | | | | | | |
| Purchase | Common Stock | 01/08/2019 | 1,000 | $45.500 | $45,500.00 | | | | | | | | |

| Type | Security | Date | Shares | Price | Amount |
|---|---|---|---|---|---|
| Purchase | Common Stock | 01/08/2019 | 1,000 | $45.100 | $45,100.00 |
| Purchase | Common Stock | 01/09/2019 | 1,000 | $45.300 | $45,300.00 |
| Purchase | Common Stock | 01/09/2019 | 1,000 | $45.100 | $45,100.00 |
| Purchase | Common Stock | 01/09/2019 | 1,000 | $45.100 | $45,100.00 |
| Purchase | Common Stock | 01/09/2019 | 1,000 | $45.0623 | $45,062.300 |
| Purchase | Common Stock | 01/10/2019 | 1,000 | $44.5500 | $44,550.00 |
| Purchase | Common Stock | 01/11/2019 | 1,000 | $44.700 | $44,700.00 |
| Purchase | Common Stock | 01/11/2019 | 100 | $44.9550 | $4,495.500 |
| Purchase | Common Stock | 01/11/2019 | 400 | $44.9610 | $17,984.400 |
| Purchase | Common Stock | 01/11/2019 | 500 | $44.9556 | $22,477.800 |
| Purchase | Common Stock | 01/14/2019 | 1,000 | $45.100 | $45,100.00 |
| Purchase | Common Stock | 01/14/2019 | 1,000 | $45.2942 | $45,294.200 |
| Purchase | Common Stock | 01/16/2019 | 1,000 | $49.200 | $49,200.00 |
| Purchase | Common Stock | 01/16/2019 | 1,000 | $48.5500 | $48,550.00 |
| Purchase | Common Stock | 01/17/2019 | 1,000 | $48.7500 | $48,750.00 |
| Purchase | Common Stock | 01/22/2019 | 1,000 | $50.700 | $50,700.00 |
| Purchase | Common Stock | 01/22/2019 | 1,000 | $50.700 | $50,700.00 |
| Purchase | Common Stock | 01/22/2019 | 1,000 | $50.4500 | $50,450.00 |
| Purchase | Common Stock | 01/22/2019 | 1,000 | $50.8917 | $50,891.700 |
| Purchase | Common Stock | 01/22/2019 | 1,000 | $50.400 | $50,400.00 |
| Purchase | Common Stock | 01/22/2019 | 1,000 | $50.300 | $50,300.00 |
| Purchase | Common Stock | 01/22/2019 | 1,000 | $50.500 | $50,500.00 |
| Purchase | Common Stock | 01/23/2019 | 1,000 | $50.7827 | $50,782.700 |
| Purchase | Common Stock | 01/23/2019 | 1,000 | $50.400 | $50,400.00 |
| Purchase | Common Stock | 01/23/2019 | 1,000 | $50.1043 | $50,104.300 |
| Purchase | Common Stock | 01/23/2019 | 1,000 | $50.300 | $50,300.00 |
| Purchase | Common Stock | 01/25/2019 | 1,000 | $51.600 | $51,600.00 |
| Purchase | Common Stock | 01/25/2019 | 1,000 | $51.500 | $51,500.00 |
| Purchase | Common Stock | 01/25/2019 | 1,000 | $51.400 | $51,400.00 |
| Purchase | Common Stock | 01/25/2019 | 1,000 | $51.3370 | $51,337.00 |
| Purchase | Common Stock | 01/25/2019 | 1,000 | $51.2843 | $51,284.300 |
| Purchase | Common Stock | 01/28/2019 | 1,000 | $51.300 | $51,300.00 |
| Purchase | Common Stock | 01/28/2019 | 1,000 | $51.300 | $51,300.00 |
| Purchase | Common Stock | 01/28/2019 | 100 | $51.2950 | $5,129.500 |
| Purchase | Common Stock | 01/28/2019 | 206 | $51.3100 | $10,569.8600 |
| Purchase | Common Stock | 01/28/2019 | 794 | $51.300 | $40,732.200 |
| Purchase | Common Stock | 01/28/2019 | 900 | $51.2995 | $46,169.5500 |
| Purchase | Common Stock | 01/28/2019 | 1,000 | $51.4900 | $51,490.00 |
| Purchase | Common Stock | 01/28/2019 | 1,000 | $51.200 | $51,200.00 |
| Purchase | Common Stock | 01/28/2019 | 1,000 | $51.3200 | $51,320.00 |
| Purchase | Common Stock | 01/28/2019 | 1,000 | $51.2613 | $51,261.300 |
| Purchase | Common Stock | 01/28/2019 | 1,000 | $51.3191 | $51,319.100 |
| Purchase | Common Stock | 01/28/2019 | 1,000 | $51.3500 | $51,350.00 |

| Type | Security | Date | Shares | Price | Amount | Total |
|---|---|---|---|---|---|---|
| Sale | Common Stock | 01/08/2019 | (1,000) | $45.500 | ($45,500.00) | ($400.00) |
| Sale | Common Stock | 01/09/2019 | (1,000) | $45.5734 | ($45,573.40) | |
| Sale | Common Stock | 01/09/2019 | (1,000) | $45.7500 | ($45,750.00) | |
| Sale | Common Stock | 01/09/2019 | (1,000) | $45.400 | ($45,400.00) | |
| Sale | Common Stock | 01/09/2019 | (1,000) | $45.2500 | ($45,250.00) | ($1,411.10) |
| Sale | Common Stock | 01/10/2019 | (1,000) | $45.2500 | ($45,250.00) | ($700.00) |
| Sale | Common Stock | 01/11/2019 | (1,000) | $45.4786 | ($45,478.60) | |
| Sale | Common Stock | 01/11/2019 | (1,000) | $45.1741 | ($45,174.10) | |
| Sale | Common Stock | 01/11/2019 | (1,000) | $44.9700 | ($44,970.00) | ($465.00) |
| Sale | Common Stock | 01/14/2019 | (1,000) | $45.4500 | ($45,450.00) | |
| Sale | Common Stock | 01/14/2019 | (1,000) | $45.500 | ($45,500.00) | |
| Sale | Common Stock | 01/14/2019 | (1,000) | $46.100 | ($46,100.00) | ($1,355.80) |
| Sale | Common Stock | 01/16/2019 | (1,000) | $48.9500 | ($48,950.00) | ($400.00) |
| Sale | Common Stock | 01/17/2019 | (1,000) | $49.900 | ($49,900.00) | |
| Sale | Common Stock | 01/17/2019 | (1,000) | $49.7717 | ($49,771.70) | ($1,721.70) |
| Sale | Common Stock | 01/22/2019 | (1,000) | $50.5860 | ($50,586.00) | |
| Sale | Common Stock | 01/22/2019 | (1,000) | $50.9311 | ($50,931.10) | |
| Sale | Common Stock | 01/22/2019 | (1,000) | $50.6145 | ($50,614.50) | |
| Sale | Common Stock | 01/22/2019 | (1,000) | $50.7500 | ($50,750.00) | ($789.90) |
| Sale | Common Stock | 01/23/2019 | (1,000) | $50.2006 | ($50,200.60) | |
| Sale | Common Stock | 01/24/2019 | (1,000) | $50.8500 | ($50,850.00) | |
| Sale | Common Stock | 01/24/2019 | (1,000) | $50.9500 | ($50,950.00) | |
| Sale | Common Stock | 01/24/2019 | (1,000) | $51.1500 | ($51,150.00) | |
| Sale | Common Stock | 01/24/2019 | (1,000) | $50.9491 | ($50,949.10) | |
| Sale | Common Stock | 01/24/2019 | (1,000) | $51.0272 | ($51,027.20) | |
| Sale | Common Stock | 01/24/2019 | (1,000) | $50.9531 | ($50,953.10) | ($2,643.00) |
| Sale | Common Stock | 01/25/2019 | (1,000) | $51.500 | ($51,500.00) | |
| Sale | Common Stock | 01/25/2019 | (1,000) | $51.4500 | ($51,450.00) | |
| Sale | Common Stock | 01/25/2019 | (1,000) | $51.700 | ($51,700.00) | |
| Sale | Common Stock | 01/25/2019 | (1,000) | $51.800 | ($51,800.00) | ($928.70) |
| Sale | Common Stock | 01/28/2019 | (1,000) | $51.4500 | ($51,450.00) | |

### Purchases

| Type | Security | Date | Shares | Price | Amount |
|---|---|---|---|---|---|
| Purchase | Common Stock | 01/29/2019 | 79 | $49.9442 | $3,945.5918 |
| Purchase | Common Stock | 01/29/2019 | 300 | $49.9385 | $14,981.5500 |
| Purchase | Common Stock | 01/29/2019 | 300 | $49.3862 | $14,815.8600 |
| Purchase | Common Stock | 01/29/2019 | 621 | $49.9485 | $31,018.0185 |
| Purchase | Common Stock | 01/29/2019 | 700 | $49.3856 | $34,569.9200 |
| Purchase | Common Stock | 01/29/2019 | 1,000 | $51.7800 | $51,780.00 |
| Purchase | Common Stock | 01/29/2019 | 1,000 | $51.0100 | $51,010.00 |
| Purchase | Common Stock | 01/30/2019 | 1,000 | $49.8395 | $49,839.500 |
| Purchase | Common Stock | 01/31/2019 | 1,000 | $50.300 | $50,300.00 |
| Purchase | Common Stock | 02/01/2019 | 200 | $51.4286 | $10,285.7200 |
| Purchase | Common Stock | 02/01/2019 | 200 | $51.4282 | $10,285.6400 |
| Purchase | Common Stock | 02/01/2019 | 200 | $51.4075 | $10,281.500 |
| Purchase | Common Stock | 02/01/2019 | 200 | $51.4474 | $10,289.4800 |
| Purchase | Common Stock | 02/01/2019 | 200 | $51.4500 | $10,290.00 |
| Purchase | Common Stock | 02/01/2019 | 1,000 | $51.400 | $51,400.00 |
| Purchase | Common Stock | 02/01/2019 | 1,000 | $51.1972 | $51,197.200 |
| Purchase | Common Stock | 02/05/2019 | 1,000 | $52.8883 | $52,888.300 |
| Purchase | Common Stock | 02/06/2019 | 26 | $51.9800 | $1,351.4800 |
| Purchase | Common Stock | 02/06/2019 | 100 | $51.8350 | $5,183.500 |
| Purchase | Common Stock | 02/06/2019 | 100 | $51.8390 | $5,183.900 |
| Purchase | Common Stock | 02/06/2019 | 200 | $51.9833 | $10,396.6600 |
| Purchase | Common Stock | 02/06/2019 | 236 | $51.9500 | $12,260.200 |
| Purchase | Common Stock | 02/06/2019 | 300 | $51.8500 | $15,555.00 |
| Purchase | Common Stock | 02/06/2019 | 500 | $51.8599 | $25,929.9500 |
| Purchase | Common Stock | 02/06/2019 | 538 | $51.9900 | $27,970.6200 |
| Purchase | Common Stock | 02/06/2019 | 1,000 | $51.7914 | $51,791.400 |
| Purchase | Common Stock | 02/06/2019 | 1,000 | $52.4500 | $52,450.00 |
| Purchase | Common Stock | 02/06/2019 | 1,000 | $52.1500 | $52,150.00 |
| Purchase | Common Stock | 02/06/2019 | 1,000 | $52.2490 | $52,249.00 |
| Purchase | Common Stock | 02/06/2019 | 1,000 | $51.7540 | $51,754.00 |
| Purchase | Common Stock | 02/06/2019 | 1,000 | $51.7867 | $51,786.700 |
| Purchase | Common Stock | 02/06/2019 | 1,000 | $51.9250 | $51,925.00 |
| Purchase | Common Stock | 02/06/2019 | 1,000 | $51.7500 | $51,750.00 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.800 | $51,800.00 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.8495 | $51,849.500 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.9319 | $51,931.900 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.500 | $51,500.00 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.9763 | $51,976.300 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.800 | $51,800.00 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.7907 | $51,790.700 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.6818 | $51,681.800 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.5886 | $51,588.600 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.5822 | $51,582.200 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.300 | $51,300.00 |

### Sales

| Type | Security | Date | Shares | Price | Amount | Gain/Loss |
|---|---|---|---|---|---|---|
| Sale | Common Stock | 01/28/2019 | (1,000) | $51.500 | ($51,500.00) | |
| Sale | Common Stock | 01/28/2019 | (1,000) | $51.500 | ($51,500.00) | |
| Sale | Common Stock | 01/28/2019 | (1,000) | $51.600 | ($51,600.00) | |
| Sale | Common Stock | 01/28/2019 | (1,000) | $51.500 | ($51,500.00) | |
| Sale | Common Stock | 01/28/2019 | (1,000) | $51.4500 | ($51,450.00) | |
| Sale | Common Stock | 01/28/2019 | (2,000) | $52.00 | ($104,000.00) | ($2,458.49) |
| Sale | Common Stock | 01/30/2019 | (1,000) | $50.4504 | ($50,450.40) | |
| Sale | Common Stock | 01/30/2019 | (1,000) | $50.4106 | ($50,410.60) | |
| Sale | Common Stock | 01/30/2019 | (1,000) | $50.00 | ($50,000.00) | $1,768.50 |
| Sale | Common Stock | 01/31/2019 | (1,000) | $51.1237 | ($51,123.70) | ($823.70) |
| Sale | Common Stock | 02/01/2019 | (1,000) | $51.700 | ($51,700.00) | |
| Sale | Common Stock | 02/01/2019 | (200) | $51.8500 | ($10,370.00) | |
| Sale | Common Stock | 02/01/2019 | (800) | $51.8655 | ($41,492.40) | |
| Sale | Common Stock | 02/01/2019 | (1,000) | $51.5317 | ($51,531.70) | |
| Sale | Common Stock | 02/01/2019 | (1,000) | $51.5274 | ($51,527.40) | |
| Sale | Common Stock | 02/01/2019 | (1,000) | $51.7500 | ($51,750.00) | |
| Sale | Common Stock | 02/01/2019 | (1,000) | $51.9500 | ($51,950.00) | |
| Sale | Common Stock | 02/04/2019 | (1,000) | $52.200 | ($52,200.00) | |
| Sale | Common Stock | 02/04/2019 | (1,000) | $52.400 | ($52,400.00) | ($7,361.02) |
| Sale | Common Stock | 02/06/2019 | (1,000) | $53.600 | ($53,600.00) | |
| Sale | Common Stock | 02/06/2019 | (2,000) | $52.3451 | ($104,690.20) | ($2,828.50) |
| Sale | Common Stock | 02/07/2019 | (1,000) | $51.9500 | ($51,950.00) | |
| Sale | Common Stock | 02/07/2019 | (1,000) | $52.00 | ($52,000.00) | |
| Sale | Common Stock | 02/07/2019 | (1,000) | $52.100 | ($52,100.00) | |
| Sale | Common Stock | 02/07/2019 | (1,000) | $52.100 | ($52,100.00) | |
| Sale | Common Stock | 02/07/2019 | (1,000) | $51.600 | ($51,600.00) | |
| Sale | Common Stock | 02/07/2019 | (1,000) | $51.800 | ($51,800.00) | |
| Sale | Common Stock | 02/07/2019 | (700) | $51.9534 | ($36,367.38) | |
| Sale | Common Stock | 02/07/2019 | (1,000) | $52.0804 | ($52,080.40) | |
| Sale | Common Stock | 02/07/2019 | (1,000) | $52.2500 | ($52,250.00) | |

| Type | Security | Date | Shares | Price | Amount | | Lookback |
|------|----------|------|--------|-------|--------|---|----------|
| Purchase | Common Stock | 02/08/2019 | 1,000 | $51.6331 | $51,633.100 | Sale Common Stock 02/07/2019 (1,300) $51.9500 ($67,535.00) | ($2,781.78) |
| Purchase | Common Stock | 02/08/2019 | 1,500 | $51.8729 | $77,809.3500 | | |

| Purchase | Common Stock | 02/11/2019 | 1,000 | $53.00 | $53,000.00 |
| Purchase | Common Stock | 02/11/2019 | 1,000 | $52.900 | $52,900.00 |
| Purchase | Common Stock | 02/11/2019 | 1,000 | $52.900 | $52,900.00 |
| Purchase | Common Stock | 02/11/2019 | 1,000 | $52.800 | $52,800.00 |
| Purchase | Common Stock | 02/11/2019 | 1,000 | $53.00 | $53,000.00 |
| Purchase | Common Stock | 02/11/2019 | 1,000 | $52.800 | $52,800.00 |
| Purchase | Common Stock | 02/11/2019 | 1,000 | $52.9500 | $52,950.00 |

**Sales (right column)**

| Type | Security | Date | Shares | Price | Amount | Lookback |
|------|----------|------|--------|-------|--------|----------|
| Sale | Common Stock | 02/07/2019 | (1,300) | $51.9500 | ($67,535.00) | ($2,781.78) |
| Sale | Common Stock | 02/08/2019 | (1,000) | $52.1800 | ($52,180.00) | |
| Sale | Common Stock | 02/08/2019 | (200) | $52.3112 | ($10,462.24) | |
| Sale | Common Stock | 02/08/2019 | (1,000) | $52.1989 | ($52,198.90) | |
| Sale | Common Stock | 02/08/2019 | (1,300) | $52.2953 | ($67,983.89) | ($1,582.58) |
| Sale | Common Stock | 02/11/2019 | (1,000) | $53.200 | ($53,200.00) | |
| Sale | Common Stock | 02/11/2019 | (1,000) | $53.2500 | ($53,250.00) | |
| Sale | Common Stock | 02/11/2019 | (1,000) | $53.400 | ($53,400.00) | |
| Sale | Common Stock | 02/11/2019 | (1,000) | $53.200 | ($53,200.00) | |
| Sale | Common Stock | 02/11/2019 | (1,000) | $53.1778 | ($53,177.80) | |
| Sale | Common Stock | 02/12/2019 | (2,000) | $53.900 | ($107,800.00) | ($3,677.80) |
| Sale | Common Stock | 02/13/2019 | (1,000) | $54.2500 | ($54,250.00) | |
| Sale | Common Stock | 02/13/2019 | (1,000) | $54.300 | ($54,300.00) | |
| Sale | Common Stock | 02/13/2019 | (1,000) | $54.00 | ($54,000.00) | |
| Sale | Common Stock | 02/13/2019 | (1,000) | $54.100 | ($54,100.00) | |
| Sale | Common Stock | 02/13/2019 | (1,000) | $54.200 | ($54,200.00) | ($1,793.20) |
| Sale | Common Stock | 02/14/2019 | (1,000) | $54.3500 | ($54,350.00) | |
| Sale | Common Stock | 02/14/2019 | (1,000) | $54.100 | ($54,100.00) | |
| Sale | Common Stock | 02/14/2019 | (1,000) | $53.9017 | ($53,901.70) | |
| Sale | Common Stock | 02/14/2019 | (1,000) | $54.100 | ($54,100.00) | ($1,675.90) |
| Sale | Common Stock | 02/15/2019 | (1,000) | $53.6601 | ($53,660.10) | |
| Sale | Common Stock | 02/15/2019 | (1,000) | $53.6040 | ($53,604.00) | |
| Sale | Common Stock | 02/15/2019 | (1,000) | $53.800 | ($53,800.00) | |
| Sale | Common Stock | 02/19/2019 | (1,000) | $54.2500 | ($54,250.00) | |
| Sale | Common Stock | 02/19/2019 | (1,000) | $54.500 | ($54,500.00) | ($2,498.00) |
| Sale | Common Stock | 02/20/2019 | (236) | $53.3053 | ($12,580.05) | |
| Sale | Common Stock | 02/20/2019 | (446) | $53.3253 | ($23,783.08) | |
| Sale | Common Stock | 02/20/2019 | (1,318) | $53.3153 | ($70,269.57) | ($97.90) |
| Sale | Common Stock | 02/28/2019 | (753) | $50.1267 | ($37,745.41) | |
| Sale | Common Stock | 02/28/2019 | (943) | $50.1467 | ($47,288.34) | |
| Sale | Common Stock | 02/28/2019 | (1,000) | $50.0600 | ($50,060.00) | |
| Sale | Common Stock | 02/28/2019 | (1,000) | $50.0900 | ($50,090.00) | |
| Sale | Common Stock | 02/28/2019 | (1,304) | $50.1367 | ($65,378.26) | |

**Purchases (left column, continued)**

| Type | Security | Date | Shares | Price | Amount |
|------|----------|------|--------|-------|--------|
| Purchase | Common Stock | 02/13/2019 | 1,000 | $53.7245 | $53,724.500 |
| Purchase | Common Stock | 02/13/2019 | 1,000 | $53.800 | $53,800.00 |
| Purchase | Common Stock | 02/13/2019 | 1,000 | $53.9861 | $53,986.100 |
| Purchase | Common Stock | 02/13/2019 | 1,000 | $53.9305 | $53,930.500 |
| Purchase | Common Stock | 02/13/2019 | 1,000 | $53.9539 | $53,953.900 |
| Purchase | Common Stock | 02/13/2019 | 1,000 | $53.8699 | $53,869.900 |
| Purchase | Common Stock | 02/13/2019 | 1,000 | $53.7640 | $53,764.00 |
| Purchase | Common Stock | 02/13/2019 | 1,000 | $53.700 | $53,700.00 |
| Purchase | Common Stock | 02/13/2019 | 1,000 | $53.7690 | $53,769.00 |
| Purchase | Common Stock | 02/14/2019 | 1,000 | $53.800 | $53,800.00 |
| Purchase | Common Stock | 02/14/2019 | 1,000 | $53.400 | $53,400.00 |
| Purchase | Common Stock | 02/14/2019 | 1,000 | $53.7758 | $53,775.800 |
| Purchase | Common Stock | 02/14/2019 | 1,000 | $53.800 | $53,800.00 |
| Purchase | Common Stock | 02/15/2019 | 1,000 | $53.700 | $53,700.00 |
| Purchase | Common Stock | 02/15/2019 | 1,000 | $53.600 | $53,600.00 |
| Purchase | Common Stock | 02/15/2019 | 1,000 | $53.5428 | $53,542.800 |
| Purchase | Common Stock | 02/15/2019 | 1,000 | $53.4278 | $53,427.800 |
| Purchase | Common Stock | 02/15/2019 | 1,000 | $53.2855 | $53,285.500 |
| Purchase | Common Stock | 02/15/2019 | 1,000 | $53.4600 | $53,460.00 |
| Purchase | Common Stock | 02/20/2019 | 1,000 | $54.0097 | $54,009.700 |
| Purchase | Common Stock | 02/20/2019 | 1,000 | $53.9590 | $53,959.00 |
| Purchase | Common Stock | 02/20/2019 | 1,000 | $53.800 | $53,800.00 |
| Purchase | Common Stock | 02/20/2019 | 1,000 | $53.600 | $53,600.00 |
| Purchase | Common Stock | 02/20/2019 | 1,000 | $53.300 | $53,300.00 |
| Purchase | Common Stock | 02/20/2019 | 1,000 | $53.2348 | $53,234.800 |
| Purchase | Common Stock | 02/21/2019 | 1,000 | $53.0885 | $53,088.500 |
| Purchase | Common Stock | 02/21/2019 | 1,500 | $53.00 | $79,500.00 |
| Purchase | Common Stock | 02/22/2019 | 2,000 | $53.3231 | $106,646.200 |
| Purchase | Common Stock | 02/25/2019 | 1,000 | $52.600 | $52,600.00 |
| Purchase | Common Stock | 02/25/2019 | 1,000 | $52.4827 | $52,482.700 |
| Purchase | Common Stock | 02/25/2019 | 1,000 | $52.0680 | $52,068.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sale | Common Stock | 03/01/2019 | (400) | $33.6488 | ($13,459.52) | $33.700001 | |
| Sale | Common Stock | 03/01/2019 | (8,600) | $33.0800 | ($284,488.00) | $33.700001 | |
| Sale | Common Stock | 03/01/2019 | (1,000) | $34.6500 | ($34,650.00) | $33.700001 | |
| Sale | Common Stock | 03/04/2019 | (1,618) | $33.7410 | ($54,592.94) | $33.6049995 | |
| Sale | Common Stock | 03/04/2019 | (5,440) | $34.00 | ($184,960.00) | $33.6049995 | |
| Sale | Common Stock | 03/04/2019 | (7,442) | $34.200 | ($254,516.40) | $33.6049995 | $417,499.86 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Class Period Purchases | 145,500 | Total Costs | $7,333,272.5503 | Class Period Sales | (131,500) | Total Proceeds | ($6,444,573.0753) | Matched Loss* | $505,465.1280 |
| | | | | Remaining Shares | 0 | | | Unmatched Loss** | $0.00 |
| | | | | | | | | Total Loss | $505,465.1280 |

| Lax Factors | |
|---|---|
| Total Shares Purchased | 145,500 |
| Net Shares Purchased | 14,000 |
| Net Funds Expended | $888,699.4750 |
| Approximate LIFO Loss | $505,465.1280 |

*LIFO calculates losses by assuming the first stocks to be sold are the stocks purchased most recently prior to that sale.

**Under a LIFO calculation, unmatched purchased shares retained at the end of the the Class Period (those which are not offset by matching sales) are matched against a value equal to the 90-day post-Class Period average price. See 15 U.S.C. § 78u-4(e). Here, the unmatched loss is calculated by subtracting the value of the shares held at the end of the Class Period (i.e., the number of shares held multiplied by the 90-day average) from the cost basis of those shares.

***These excess sales match to pre-class period purchases.