UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SCHELLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAM,<br><br>Defendants. | No.: 3:19-cv-01651-WHO<br><br>**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD PLAINTIFF, AND APPROVING LEAD COUNSEL**<br><br><u>CLASS ACTION</u><br><br>Judge: William H. Orrick<br>Hearing Date: July 10, 2019<br>Time: 2:00 p.m.<br>Ctrm: 2, 17th Floor |
| TIM MAUTER, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAM,<br><br>Defendants. | No.: 3:19-cv-02442-RS<br><br><u>CLASS ACTION</u> |
| JOSEPH S. MAROUN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and | No.: 3:19-cv-02744-RS<br><br><u>CLASS ACTION</u> |

1

[Proposed] Order Consolidating Related Actions, Appointing Lead Plaintiff and Counsel

| | |
|---|---|
| DUSTON M. WILLIAM,<br><br>Defendants. | |
| HEIDI ZAPF, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAM,<br><br>Defendants. | No.: 3:19-cv-02781<br><br>CLASS ACTION |

WHEREAS, the above-captioned Related Actions (the "Related Actions") have been filed against Nutanix, Inc. *et al.* (collectively "Defendants"), alleging violations of the federal securities laws;

WHEREAS, Federal Rule of Civil Procedure 42(a) provides that a court may order all actions consolidated if they involve "common issues of law or fact." The Related Actions involve common legal and factual issues; thus, efficiency and consistency will result from their consolidation;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i), on March 29, 2019, plaintiff in the first-filed action issued a notice to potential class members of the action informing them of their right to move to serve as lead plaintiff within 60 days of the date of the issuance of said notice;

WHEREAS, on May 28, 2019, class members John Barnes, Heidi Zapf, and Ronald Castillo (collectively, the "Nutanix Investor Group") timely filed a motion for consolidation of the Related Actions, appointment as Lead Plaintiff, and approval of their selection Pomerantz LLP as Lead Counsel;

[Proposed] Order Consolidating Related Actions, Appointing Lead Plaintiff and Counsel

WHEREAS, the PSLRA provides, *inter alia,* that the most-adequate plaintiff to serve as lead plaintiff is the person or group of persons that has either filed a complaint or has made a motion in response to a notice and has the largest financial interest in the relief sought by the Class and satisfies the requirements of Fed. R. Civ. P. 23;

WHEREAS, 15 U.S.C. § 78u-4(a)(3)(B) provides, *inter alia*, that as soon as practicable after the decision on consolidation is rendered, the Court shall appoint the most adequate plaintiff as lead plaintiff for the consolidated actions;

WHEREAS, the Court finding that the Nutanix Investor Group has the largest financial interest in this action and *prima facie* satisfy the typicality and adequacy requirements of Fed. R. Civ. P. 23. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I); and

**IT IS HEREBY ORDERED THAT:**

### CONSOLIDATION OF RELATED ACTIONS

1.      The Related Actions are consolidated for all purposes including, but not limited to, discovery, pretrial proceedings and trial proceedings pursuant to Fed. R. Civ. P. 42(a).

### MASTER DOCKET AND CAPTION

2.      The docket in Case No. 3:19-cv-01320-WHO shall constitute the Master Docket for this action.

3.      Every pleading filed in the consolidated action shall bear the following caption:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

--------------------------------------------------------X

In re Nutanix Inc. Securities Litigation

Master File No. 3:19-cv-01651-WHO

CLASS ACTION

--------------------------------------------------------X

This Document Relates To:

3

4. The file in civil action no. 3:19-cv-01651-WHO shall constitute a master file for every action in the consolidated action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action.

5. All related actions subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the date on which a copy of this Order is mailed to the party's counsel.

6. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

### APPOINTMENT OF LEAD PLAINTIFF AND COUNSEL

7. Pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B), the Nutanix Investor Group are appointed as Lead Plaintiff of the class, as it has the largest financial interest in this litigation and otherwise satisfies the requirements of Fed. R. Civ. P. 23.

8. The Nutanix Investor Group's choice of counsel is approved, and Pomerantz LLP is appointed as Lead Counsel.

9. Lead Counsel, after being appointed by the Court, shall manage the prosecution of this litigation. Lead Counsel are to avoid duplicative or unproductive activities and are hereby vested by the Court with the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) prepare the case for trial; and (5) to engage in settlement negotiations on behalf of Lead Plaintiff and the Class.

SO ORDERED:

Dated: _____ ___, 2019

_____
HON. WILLIAM H. ORRICK
U.S. DISTRICT JUDGE

[Proposed] Order Consolidating Related Actions, Appointing Lead Plaintiff and Counsel