Jennifer Pafiti (SBN 282790)
**POMERANTZ LLP**
1100 Glendon Avenue
Suite 1558
Los Angeles, CA 90024
Telephone: (310) 405-7190
E-mail: jpafiti@pomlaw.com
*Attorney for Movants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SCHELLER, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAM,<br><br><br>                    Defendants. | No.: 3:19-cv-01651-WHO<br><br>**DECLARATION OF JENNIFER PAFITI IN SUPPORT OF THE MOTION OF THE NUTANIX INVESTOR GROUP FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>CLASS ACTION<br><br>Judge: William H. Orrick<br>Hearing Date: July 10, 2019<br>Time: 2:00 p.m.<br>Ctrm: 2, 17th Floor |
| TIM MAUTER, Individually And On Behalf Of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAM,<br><br>                    Defendants. | No.: 3:19-cv-02442-RS<br><br><br>CLASS ACTION |

| JOSEPH S. MAROUN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAM,<br><br>Defendants. | No.:  3:19-cv-02744-RS<br><br>CLASS ACTION |
|---|---|
| HEIDI ZAPF, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAM,<br><br>Defendants. | No.: 3:19-cv-02781<br><br>CLASS ACTION |

I, Jennifer Pafiti, hereby declare as follows:

1.    I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of John Barnes, Heidi Zapf, and Ronald Castillo (collectively, the "Nutanix Investor Group" or "Movant") and have personal knowledge of the facts set forth herein.  I make this Declaration in support Movant's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class and approval of Movant's selection of Pomerantz as Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Press release published over *PR Newsire* on March 29, 2019, announcing the pendency of the first of the Related Actions to be filed;

DECLARATION OF JENNIFER PAFITI

Exhibit B:    Shareholder Certifications executed by the members of the Nutanix Investor Group;

Exhibit C:    Loss Chart of the Nutanix Investor Group; and

Exhibit D:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 28, 2019, at Calabasas, California.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

DECLARATION OF JENNIFER PAFITI

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 28, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/Jennifer Pafiti*
Jennifer Pafiti
