# EXHIBIT C

**Nutanix, Inc. (NTNX)**
**Class Period: Mar 02, 2018 through Feb 28, 2019**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 85-Day* Mean Price $38.7042 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Barnes, John E. | 8/28/2018 | 1,000 | $60.2400 | ($60,240) | | | | | | | |
| Barnes, John E. | 9/5/2018 | 1,000 | $53.5300 | ($53,530) | | | | | | | |
| **Barnes, John E.** | | **2,000** | | **($113,770)** | | | | | **2,000** | **$77,408** | **($36,362)** |
| | | | | | | | | | | | |
| Zapf, Heidi | 3/6/2018 | 1,280 | $42.3600 | ($54,221) | | | | | | | |
| Zapf, Heidi | 3/13/2018 | 600 | $52.7000 | ($31,620) | | | | | | | |
| Zapf, Heidi | 3/14/2018 | 430 | $53.2500 | ($22,898) | | | | | | | |
| Zapf, Heidi | 3/23/2018 | 200 | $50.0500 | ($10,010) | | | | | | | |
| **Zapf, Heidi** | | **2,510** | | **($118,748)** | | | | | **2,510** | **$97,147** | **($21,601)** |
| | | | | | | | | | | | |
| Castillo, Ronald | 8/31/2018 | 521 | $59.4000 | ($30,947) | | | | | | | |
| Castillo, Ronald | 9/12/2018 | 570 | $51.9698 | ($29,623) | | | | | | | |
| Castillo, Ronald | 9/17/2018 | 14 | $49.3200 | ($690) | | | | | | | |
| Castillo, Ronald | 9/18/2018 | 300 | $49.7290 | ($14,919) | | | | | | | |
| Castillo, Ronald | 12/20/2018 | 202 | $38.1134 | ($7,699) | | | | | | | |
| **Castillo, Ronald** | | **1,607** | | **($83,878)** | | | | | **1,607** | **$62,198** | **($21,681)** |
| | | | | | | | | | | | |
| Summary | | | | | | | | | | | |
| Barnes, John E. | | 2,000 | | ($113,770) | | | | | 2,000 | | ($36,362) |
| Castillo, Ronald | | 1,607 | | ($83,878) | | | | | 1,607 | | ($21,681) |
| Zapf, Heidi | | 2,510 | | ($118,748) | | | | | 2,510 | | ($21,601) |
| **Total** | | **6,117** | | **($316,397)** | | | | | **6,117** | | **($79,643)** |

*Avg Closing Prices from March 1 to May 24