**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue
Suite 1558
Los Angeles, CA 90024
Telephone:  (310) 405-7190
jpafiti@pomlaw.com

(*additional counsel on signature page*)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN SCHELLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAM,<br><br><br>Defendants. | No.: 3:19-cv-01651-WHO<br><br>**NOTICE OF NON-OPPOSITION OF THE NUTANIX INVESTOR GROUP TO COMPETING MOTIONS FOR CONSOLIDATION OF RELATED ACTIONS,  APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>Judge: William H. Orrick<br>Hearing Date: July 10, 2019<br>Time: 2:00 p.m.<br>Ctrm: 2, 17th Floor |
| TIM MAUTER, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAM,<br><br>Defendants. | No.: 3:19-cv-02442-RS<br><br><br><u>CLASS ACTION</u> |

NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS

| | |
|---|---|
| JOSEPH S. MAROUN, Individually And On Behalf Of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAM,<br><br>        Defendants. | No.:  3:19-cv-02744-RS<br><br><br>CLASS ACTION |
| HEIDI ZAPF, Individually And On Behalf Of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAM,<br><br>        Defendants. | No.: 3:19-cv-02781<br><br><br>CLASS ACTION |

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

On May 28, 2019, John Barnes, Heidi Zapf, and Ronald Castillo (collectively, the "Nutanix Investor Group") filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Rule 42 of the Federal Rules of Civil Procedure, for the entry of an Order: (i) consolidating the above-captioned actions (the "Related Actions"); (ii) appointing the Nutanix Investor Group as Lead Plaintiff for the Class; and (iii) approving the Nutanix Investor Group's selection of Pomerantz LLP as Lead Counsel for the Class.  Dkt. No. 47.

Having reviewed the competing motions before the Court, the Nutanix Investor Group does not appear to have the largest financial interest in the Related Actions within the meaning of the PSLRA. This notice of non-opposition shall have no impact on the membership of the Nutanix Investor Group's members in the proposed class or their right to share in any recovery obtained for the benefit of class members.

Dated: June 5, 2019                                        Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue
Suite 1558
Los Angeles, CA 90024
Telephone: (310) 405-7190
E-mail: jpafiti@pomlaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
          ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Counsel for the Nutanix Investor Group*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Jennifer Pafiti*
Jennifer Pafiti