GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Lesley F. Portnoy (#304851)
Charles H. Linehan (#307439)
Pavithra Rajesh (#323055)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: lportnoy@glancylaw.com

*Counsel for Movant David Panczner*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SCHELLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>Defendants. | Case No. 3:19-cv-01651-WHO |
| TIM MAUTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>Defendants. | Case No. 3:19-cv-02442-RS |

[Caption Continued on Next Page]

NOTICE OF WITHDRAWAL OF LEAD PLAINTIFF MOTION

JOSEPH S. MAROUN, Individually and on Behalf of All Others Similarly Situated,

                        Plaintiff,

          v.

NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,

                      Defendants.

Case No. 3:19-cv-02744-RS

HEIDI ZAPF, Individually and on Behalf of All Others Similarly Situated,

                        Plaintiff,

          v.

NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,

                      Defendants.

Case No. 3:19-cv-02781-SI

## NOTICE OF WITHDRAWAL OF LEAD PLAINTIFF MOTION BY DAVID PANCZNER

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE,** after having reviewed the various submissions to the Court, it appears that proposed lead plaintiff movant David Panczner ("Movant") does not have the largest financial interest in the above captioned actions. As such, Movant hereby withdraws his motion for appointment of lead plaintiff, and approval of selection of lead and liaison counsel filed on May 28, 2019. *See* ECF Dkt. No. 17.

DATED: June 5, 2019                          **GLANCY PRONGAY & MURRAY LLP**

By /s/ *Lesley Portnoy*
Lionel Z. Glancy
Robert V. Prongay
Lesley Portnoy
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
lglancy@glancylaw.com
rprongay@glancylaw.com

*Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I, Lesley Portnoy, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 5, 2019.

Dated: June 5, 2019                                    /s/ *Lesley Portnoy*
                                                                  Lesley Portnoy

---

NOTICE OF WITHDRAWAL OF LEAD PLAINTIFF MOTION