EXHIBIT C

# Contact Us

Reach out to us if you have any questions or comments.
We'll respond as soon as we can.

Full Name *

E-mail *

Phone number

City

State

# Our Locations

**New York**
55 Broadway, 10th Floor
New York, NY 10006
Toll Free : 877-363-5972
Tel : 212-363-7500
Fax : 212-363-7171
View map

**Washington, D.C.**
1101 30th Street NW, Suite 115
Washington, D.C. 20007
Tel : 202-524-4290
Fax : 202-333-2121
View map

**Connecticut**
733 Summer Street, Suite 304
Stamford, CT 06901
Tel : 203-992-4523
View map

**California**
***Los Angeles***
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel : 213-985-7290
View map

***San Francisco***
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel : 415-373-1671
Fax : 415-484-1294
View map

EXHIBIT C

EXHIBIT C pg 1

EXHIBIT C

# Contact Korsinsky & Klein, LLP

## New York Attorney

## Phone: 212-495-8133

## Direct Fax: 212-419-3893

Main Address: 2926 Avenue L, Brooklyn, NY 11210
New York Office: 55 Broadway, 10th Floor, New York, NY 10006
New Jersey Office: 1072 Madison Avenue, Lakewood, NJ 08701



## Case Evaluation

### Arrange a Consultation with a New York Lawyer

Name *

Email *

Phone *

How did you find us?

Statement of Case

Comments

I'm not a robot — reCAPTCHA — Privacy - Terms

SUBMIT

## Practice Areas

Civil Litigation

Elder Law

 

EXHIBIT C pg 2