Nicole Lavallee (SBN 165755)
A. Chowning Poppler (SBN 272870)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
          cpoppler@bermantabacco.com

*Counsel for Movant Jose Flores*
*and Proposed Liaison Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN SCHELLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>Defendants. | Case No. 3:19-cv-01651-WHO<br><br>CLASS ACTION<br><br>**PROOF OF SERVICE**<br><br>DATE:      July 10, 2019<br>TIME:      2:00 p.m.<br>CTRM:      2 – 17th Floor<br>JUDGE:    Hon. William H. Orrick |
| TIM MAUTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>Defendants. | Case No. 3:19-cv-02442-RS<br><br>CLASS ACTION<br><br>CTRM:      3 – 17th Floor<br>JUDGE:    Hon. Richard Seeborg |

[CASE NO. 3:19-cv-01651-WHO] PROOF OF SERVICE

| JOSEPH S. MAROUN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>Defendants. | Case No. 3:19-cv-02744-RS<br><br>CLASS ACTION<br><br>CTRM:    3 – 17th Floor<br>JUDGE:    Hon. Richard Seeborg |
| --- | --- |
| HEIDI ZAPF, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>Defendants. | Case No. 3:19-cv-02781-SI<br><br>CLASS ACTION<br><br>CTRM:    1 – 17th Floor<br>JUDGE:    Hon. Susan Illston |

I, Kathy Becker, hereby declare as follows.

I am employed by Berman Tabacco, 44 Montgomery Street, Suite 650, San Francisco, California, 94104. I am over the age of 18 years and am not a party to this action. On Tuesday, June 11, 2019, using the Northern District of California's Electronic Case Filing System ("ECF"), with the ECF ID registered to Nicole Lavallee, and at her direction, I filed and served true and correct copies of the document(s) described as follows:

1. **MOVANT JOSE FLORES'S MEMORANDUM OF POINTS AND AUTHORITIES IN RESPONSE TO THE COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF; and**

2. **PROOF OF SERVICE.**

The E-filing System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service.

I further declare that on June 11, 2019, I served true and correct copies of the document(s) listed above by transmitting a true and correct Portable Document Format (PDF) copy via electronic mail from email address kbecker@bermantabacco.com on this date to the person(s) at the email address(es) below:

**See Attached Service List.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at San Francisco, California, on June 11, 2019.

Kathy Becker

[CASE NO. 3:19-cv-01651-WHO] PROOF OF SERVICE

## SERVICE LIST

Boris Feldman
Ignacio E. Salceda
**WILSON SONSINI GOODRICH & ROSATI**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: boris.feldman@wsgr.com
          ISalceda@wsgr.com

*Counsel for Defendants Nutanix, Inc.,
Dheeraj Pandey, and Duston M. Williams*

Shawn A. Williams
**ROBBINS GELLER RUDMAN & DOWD LLP**
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534
Email: shawnw@rgrdlaw.com

SAMUEL H. RUDMAN
VICKI M. DIAMOND
**ROBBINS GELLER RUDMAN & DOWD LLP**
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173
Email:  srudman@rgrdlaw.com
          vdiamond@rgrdlaw.com

Frank J. Johnson
**JOHNSON FISTEL, LLP**
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
Email:  frankj@johnsonfistel.com

*Counsel for Plaintiff Tim Mauter in
Mauter v. Nutanix, Inc., et al., No. 3:19-cv-
02442-RS*

Christopher J. Keller
Eric J. Belfi
Francis P. McConville
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email:  ckeller@labaton.com
         ebelfi@labaton.com
         fmcconville@labaton.com

*Counsel for Plaintiff Joseph S. Maroun in
Maroun v. Nutanix, Inc., et al., No. 3:19-cv-
02744-RS*

James M. Wagstaffe
Frank Busch
**WAGSTAFFE, VON LOEWENFELDT,
BUSCH & RADWICK LLP**
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 357-8900
Facsimile: (415) 357-8910
Email:  wagstaffe@wvbrlaw.com
         busch@wvbrlaw.com

*Liaison Counsel for Plaintiff Joseph S.
Maroun in Maroun v. Nutanix, Inc., et al.,
No. 3:19-cv-02744-RS*

Jennifer Pafiti
**POMERANTZ, LLP**
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

Jeremy A. Lieberman
J. Alexander Hood II
Jonathan D. Lindenfeld
**POMERANTZ, LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
        ahood@pomlaw.com
        jlindenfeld@pomlaw.com

Patrick V. Dahlstrom
**POMERANTZ, LLP**
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Counsel for Plaintiff Heidi Zapf in
Zapf v. Nutanix, Inc., et al., No. 3:19-cv-02781-SI*