Benjamin Heikali SBN 307466
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
E-mail: bheikali@faruqilaw.com

Richard W. Gonnello (*pro hac vice* pending)
Sherief Morsy (*pro hac vice* pending)
Dillon Hagius SBN 319632
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
E-mail: rgonnello@faruqilaw.com
           smorsy@faruqilaw.com
           dhagius@faruqilaw.com

*Attorneys for Proposed Lead Plaintiff Frank May*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SCHELLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>Defendants. | Case No. 3:19-cv-01651-WHO<br><br>**DECLARATION OF BENJAMIN HEIKALI IN SUPPORT OF FRANK MAY'S RESPONSE TO COMPETING LEAD PLAINTIFF MOTIONS** |
| TIM MAUTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>Defendants. | **CLASS ACTION**<br><br>Judge: Hon. William H. Orrick<br>Date:    July 10, 2019<br>Time:   2:00 p.m.<br>Courtroom:   2 – 17th Floor<br><br>Case No. 3:19-cv-02442-RS |
| *(captions continue on next page)* | |

JOSEPH S. MAROUN, Individually and on Behalf of All Others Similarly Situated,

                    Plaintiff,

    vs.

NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,

Defendants.

Case No. 3:19-cv-02744-RS

HEIDI ZAPF, Individually and on Behalf of All Others Similarly Situated,

                    Plaintiff,

    vs.

NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,

                    Defendants.

Case No. 3:19-cv-02781-SI

I, Benjamin Heikali, declare as follows:

1.      I am a member in good standing of the bar of the State of California and am admitted in this Court.  I am a partner in the law firm of Faruqi & Faruqi, LLP.  I submit this declaration in support of Frank May's ("May") Response To Competing Lead Plaintiff Motions.

2.      For the Court's convenience, counsel has highlighted the relevant portions of and added pagination to the exhibits set forth below.

3.      Attached as Exhibit A is a true and correct copy of the historical volume at price data for Nutanix, Inc. securities as seen on a Bloomberg LP Terminal, along with relevant pages from Shimon Hedvat's certification in this Action.

4.      Attached as Exhibit B are true and correct copies of investor press releases issued by the Klein Law Firm ("Klein") directing investors to contact L&K or depicting L&K's logo in the Health Insurance Innovations, Inc., Novan, Inc., and Intellipharmaceutics International Inc. cases.

5.      Attached as Exhibit C is a true and correct copy of L&K's and Korsinsky & Klein LLP's addresses, as found at https://www.zlk.com/contact-us and https://www.kklawfirm.com/contact-us/, respectively.

6.      Attached as Exhibit D is a true and correct copy of the press release issued on November 15, 2017 regarding Intercept Pharmaceuticals, Inc. by The Law Offices of Vincent Wong ("Wong") bearing the name and logo of L&K.

7.      Attached as Exhibit E a true and correct copy of the press release issued on November 15, 2017 regarding Navient Corporation by Wong bearing the name and logo of L&K.

8.      Attached as Exhibit F is a compilation of press releases issued by Klein and Wong regarding Nutanix, Inc.

9.      Attached as Exhibit G is a true and correct copy of the "Nutanix, Inc. Loss Form" available on L&K's website, as found at https://www.zlk.com/pslra-1/nutanix-inc-loss-form.

10.      Attached as Exhibit H is a true and correct copy of an order issued in *DeSmet v. Intercept Pharmaceuticals, Inc.*, No. 1:17-cv-07371-LAK (S.D.N.Y. June 1, 2018), ECF No. 51.

1

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 11th day of June 2019 at Los Angeles, California.

By: /s/ *Benjamin Heikali*
Benjamin Heikali

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

By:   */s/ Benjamin Heikali*
Benjamin Heikali