# EXHIBIT A

| ‹ › | NUTANIX INC - A Equity ▾ | VAP ▾ | Related Functions Menu ⌄ | | ✉ Message | ★▾ ⤴▾ ⚙▾ ? |

NTNX US $ ↑28.74 +0.72 ~~~~ Q28.73/28.75Q 4×6

At 11:40 d Vol 938,819   O 28.41Q   H 28.86J   L 28.235D   Val 26.933M

| NTNX US Equity | UW | 98) Actions ▾ | 99) Settings ▾ | Price and Volume Dashboard |

| 09:36 | 12/28/18 | - | Price Filter | 39 | - | 39.2 | Calculation | Bloomberg Definition | ▾ |
| 11:09 | 12/28/18 | | Vol Filter | | - | | Amount | | @ Part% |

| Calculation | | | VWAP | Volume | Value Traded | Trades | Avg Size | Std Dev |
|---|---|---|---|---|---|---|---|---|
| Bloomberg | ⓘ | d | 39.1248 | 50,102 | 1.96MLN | 222 | 226 | 0.07788 |
| Custom | ▾ ⤳ | d | 39.1248 | 50,102 | 1.96MLN | 222 | 226 | 0.07788 |

1) Summary   2) Top Trades (AQR)   3) Volume at Price (VAP)   4) Trade Summary Matrix (TSM)

11) By Trade Side   12) By Exchange

| Interval 0.0001 | Type Volume ▾ | Format Net ▾ | 21) Charts |

| Price Buckets | Trades | Volume | UD | UQ | VK | Others |
|---|---|---|---|---|---|---|
| Totals | 222 | 50,102 | 15,384 | 14,018 | 11,200 | 9,500 |
| 39.2000 | 37 | 17,777 | 700 | 4,877 | 10,600 | 1,600 |
| 39.1984 | 1 | 221 | 221 | 0 | 0 | 0 |
| 39.1955 | 1 | 114 | 114 | 0 | 0 | 0 |
| 39.1900 | 7 | 1,100 | 0 | 600 | 100 | 400 |
| 39.1854 | 1 | 177 | 177 | 0 | 0 | 0 |
| 39.1850 | 1 | 300 | 300 | 0 | 0 | 0 |
| 39.1800 | 9 | 900 | 0 | 100 | 100 | 700 |
| 39.1768 | 2 | 317 | 317 | 0 | 0 | 0 |
| 39.1750 | 1 | 100 | 100 | 0 | 0 | 0 |
| 39.1700 | 9 | 1,125 | 225 | 200 | 0 | 700 |
| 39.1697 | 1 | 3,000 | 3,000 | 0 | 0 | 0 |
| 39.1650 | 1 | 100 | 100 | 0 | 0 | 0 |

*Source: Bloomberg Terminal*

| NTNX US $ | ↓ 28.74 | +0.72 | | Q28.73/28.74Z | | 3x1 | |
|---|---|---|---|---|---|---|---|

At 11:43 d Vol 962,375   O 28.41Q   H 28.86J   L 28.235D   Val 27.61M

| NTNX US Equity | UW | 98) Actions ▾ | 99) Settings ▾ | Price and Volume Dashboard |
|---|---|---|---|---|

| 10:38 | 01/17/19 | - | Price Filter | 49 - 49.1 | Calculation | Bloomberg Definition |
| 10:52 | 01/17/19 | | Vol Filter | - | Amount | @ Part% |

| Calculation | | | VWAP | Volume | Value Traded | Trades | Avg Size | Std Dev |
|---|---|---|---|---|---|---|---|---|
| Bloomberg | ⓘ | d | 49.0705 | 40,269 | 1.976MLN | 205 | 196 | 0.023338 |
| Custom | ▾ ➡ | d | 49.0705 | 40,269 | 1.976MLN | 205 | 196 | 0.023338 |

1) Summary   2) Top Trades (AQR)   3) Volume at Price (VAP)   4) Trade Summary Matrix (TSM)

11) By Trade Side   12) By Exchange

Interval 0.0001   Type Volume ▾   Format Net ▾   21) Charts

| Price Buckets | Trades | Volume | UD | UQ | UF | Others |
|---|---|---|---|---|---|---|
| Totals | 205 | 40,269 | 18,425 | 10,679 | 4,100 | 7,065 |
| 49.0700 | 42 | 6,665 | 400 | 1,101 | 2,600 | 2,564 |
| 49.0600 | 4 | 700 | 300 | 100 | 100 | 200 |
| 49.0500 | 15 | 1,900 | 600 | 400 | 300 | 600 |
| 49.0400 | 13 | 2,326 | 1,226 | 700 | 0 | 400 |
| 49.0388 | 1 | 700 | 700 | 0 | 0 | 0 |
| 49.0300 | 9 | 1,000 | 100 | 900 | 0 | 0 |
| 49.0250 | 1 | 100 | 100 | 0 | 0 | 0 |
| 49.0200 | 3 | 300 | 0 | 200 | 100 | 0 |
| 49.0169 | 1 | 700 | 700 | 0 | 0 | 0 |
| 49.0100 | 6 | 600 | 100 | 100 | 0 | 400 |
| 49.0080 | 1 | 100 | 100 | 0 | 0 | 0 |
| 49.0000 | 8 | 899 | 299 | 200 | 0 | 400 |

*Source: Bloomberg Terminal*

| Date | Type | Quantity | Price |
|---|---|---|---|
| 12-12-2018 | P | 100 | $ 44.59 |
| 12-12-2018 | P | 2000 | $ 44.47 |
| 12-12-2018 | S | -2000 | $ 45.51 |
| 12-12-2018 | S | -2000 | $ 45.61 |
| 12-13-2018 | P | 2000 | $ 44.57 |
| 12-13-2018 | P | 2000 | $ 44.57 |
| 12-13-2018 | P | 2000 | $ 44.48 |
| 12-17-2018 | P | 1000 | $ 42.48 |
| 12-17-2018 | P | 1000 | $ 42.30 |
| 12-17-2018 | P | 1000 | $ 42.02 |
| 12-17-2018 | P | 1000 | $ 41.46 |
| 12-17-2018 | P | 1000 | $ 40.46 |
| 12-17-2018 | P | 1000 | $ 40.10 |
| 12-17-2018 | P | 1000 | $ 39.98 |
| 12-17-2018 | P | 1000 | $ 39.85 |
| 12-17-2018 | P | 1000 | $ 39.90 |
| 12-17-2018 | P | 1000 | $ 40.17 |
| 12-17-2018 | P | 1000 | $ 40.02 |
| 12-17-2018 | P | 1000 | $ 40.13 |
| 12-17-2018 | P | 1000 | $ 38.68 |
| 12-17-2018 | P | 1000 | $ 38.66 |
| 12-17-2018 | S | -2000 | $ 38.51 |
| 12-17-2018 | S | -2000 | $ 38.54 |
| 12-21-2018 | P | 1000 | $ 36.64 |
| 12-21-2018 | S | -1000 | $ 36.66 |
| 12-26-2018 | P | 3000 | $ 36.90 |
| 12-26-2018 | P | 3000 | $ 36.74 |
| 12-26-2018 | S | -3000 | $ 37.01 |
| 12-26-2018 | S | -3000 | $ 37.22 |
| 12-26-2018 | S | -3000 | $ 37.08 |
| 12-27-2018 | P | 3000 | $ 38.29 |
| 12-27-2018 | P | 3000 | $ 38.25 |
| 12-28-2018 | P | 2700 | $ 39.26 |
| 12-28-2018 | P | 300 | $ 39.25 |
| 12-28-2018 | P | 3000 | $ 39.17 |
| 12-28-2018 | P | 3000 | $ 40.15 |
| 12-31-2018 | S | -3000 | $ 40.87 |
| 12-31-2018 | S | -2600 | $ 41.13 |
| 12-31-2018 | S | -400 | $ 41.12 |
| 12-31-2018 | S | -3000 | $ 41.10 |
| 12-31-2018 | S | -3000 | $ 41.06 |
| 12-31-2018 | S | -100 | $ 40.97 |
| 12-31-2018 | S | -200 | $ 40.96 |
| 12-31-2018 | S | -119 | $ 40.96 |
| 12-31-2018 | S | -81 | $ 40.95 |
| 12-31-2018 | S | -100 | $ 40.94 |
| 12-31-2018 | S | -2400 | $ 40.93 |
| 12-31-2018 | S | -3000 | $ 41.30 |
| 12-31-2018 | S | -3000 | $ 41.48 |
| 01-02-2019 | P | 500 | $ 41.22 |
| 01-02-2019 | P | 500 | $ 41.16 |
| 01-02-2019 | P | 500 | $ 41.23 |

| | | | |
|---|---|---|---|
| 01-02-2019 | P | 750 | $ 41.66 |
| 01-03-2019 | P | 1000 | $ 40.33 |
| 01-03-2019 | P | 200 | $ 40.16 |
| 01-04-2019 | S | -200 | $ 41.74 |
| 01-04-2019 | S | -200 | $ 41.96 |
| 01-04-2019 | S | -300 | $ 43.13 |
| 01-16-2019 | P | 1000 | $ 48.72 |
| 01-16-2019 | P | 1000 | $ 48.61 |
| 01-16-2019 | P | 1000 | $ 48.65 |
| 01-16-2019 | P | 700 | $ 48.61 |
| 01-16-2019 | P | 300 | $ 48.60 |
| 01-16-2019 | P | 1000 | $ 48.63 |
| 01-16-2019 | P | 1000 | $ 48.76 |
| 01-17-2019 | P | 1800 | $ 49.05 |
| 01-17-2019 | P | 200 | $ 50.22 |
| 01-17-2019 | P | 500 | $ 50.19 |
| 01-17-2019 | P | 700 | $ 49.94 |
| 01-17-2019 | P | 60 | $ 49.73 |
| 01-17-2019 | P | 40 | $ 49.71 |
| 01-17-2019 | P | 600 | $ 49.69 |
| 01-17-2019 | P | 700 | $ 49.60 |
| 01-17-2019 | P | 700 | $ 49.62 |
| 01-17-2019 | P | 200 | $ 49.58 |
| 01-17-2019 | P | 200 | $ 49.54 |
| 01-17-2019 | P | 300 | $ 49.53 |
| 01-17-2019 | P | 700 | $ 49.56 |
| 01-17-2019 | P | 700 | $ 49.60 |
| 01-17-2019 | P | 1200 | $ 49.52 |
| 01-17-2019 | P | 900 | $ 49.40 |
| 01-17-2019 | P | 100 | $ 49.39 |
| 01-17-2019 | P | 200 | $ 49.39 |
| 01-17-2019 | P | 241 | $ 49.35 |
| 01-17-2019 | P | 100 | $ 49.35 |
| 01-17-2019 | P | 100 | $ 49.34 |
| 01-17-2019 | P | 100 | $ 49.34 |
| 01-17-2019 | P | 100 | $ 49.33 |
| 01-17-2019 | P | 100 | $ 49.32 |
| 01-17-2019 | P | 100 | $ 49.31 |
| 01-17-2019 | P | 100 | $ 49.30 |
| 01-17-2019 | P | 59 | $ 49.30 |
| 01-17-2019 | P | 100 | $ 49.30 |
| 01-17-2019 | P | 100 | $ 49.30 |
| 01-17-2019 | P | 600 | $ 49.29 |
| 01-17-2019 | P | 100 | $ 49.28 |
| 01-17-2019 | P | 700 | $ 49.23 |
| 01-17-2019 | P | 700 | $ 49.10 |
| 01-17-2019 | P | 100 | $ 49.18 |
| 01-17-2019 | P | 100 | $ 49.18 |
| 01-17-2019 | P | 1000 | $ 49.18 |
| 01-17-2019 | P | 700 | $ 49.02 |
| 01-17-2019 | P | 700 | $ 49.04 |
| 01-17-2019 | P | 1200 | $ 50.05 |