# EXHIBIT B



ABOUT US    NEWSROOM    PRODUCTS    BECOME A CLIENT    LOGIN    888.952.4446
cs@accesswire.com



**The Klein Law Firm**

Industry:
Business &
Professional Services

f Share   ▾ Tweet

# The Klein Law Firm Reminds Investors of a Class Action on Behalf of Health Insurance Innovations, Inc. Shareholders and a Lead Plaintiff Deadline of November 13, 2017 (HIIQ)

NEW YORK, NY / ACCESSWIRE / October 29, 2017 / The following statement is being issued by Levi & Korsinsky, LLP:

To: All persons or entities who purchased or otherwise acquired securities of Health Insurance Innovations, Inc. ("Health Insurance Innovations") (NASDAQ: HIIQ) between March 4, 2016 and September 11, 2017. You are hereby notified that Levi & Korsinsky has commenced the class action *Kavra v. Health Insurance Innovations, Inc., et al.* (Case No. 8:17-cv-02186-EAK-MAP) in the United States District Court for the Middle District of Florida. To get more information, **go to:**

http://www.zlk.com/pslra-sbm/health-insurance-innovations?wire=1

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500, toll-free: (877) 363-5972. **There is no cost or obligation to you.**

The complaint alleges that, throughout the class period Defendants issued materially false and/or misleading statements and/or failed to disclose that: (1) Health Insurance Innovations' application for a third-party insurance administrators license with the Florida Office of Insurance Regulation was denied due in part to material errors and omissions; (2) the Florida Office of Insurance Regulation's rejection of Health Insurance Innovations' application for a third-party insurance administrators license could result in its losing licenses in the other states; (3) said rejection was substantially harming the Company's ability to conduct its core business; and (4) as a result, Health Insurance Innovations' public statements were materially false and misleading at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

If you suffered a loss in Health Insurance Innovations, you have until November 13, 2017 to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

CONTACT:

Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
30 Broad Street - 24th Floor
New York, NY 10004
Tel: (212) 363-7500
Toll-Free: (877) 363-5972
Fax: (212) 363-7171
www.zlk.com

SOURCE: Levi & Korsinsky, LLP

Klein Law Firm ...                5:06 PM
1/18/2018



**The Klein Law Firm** Notifies Investors of a Class Action Filed on Behalf of Novan, Inc. Shareholders and a Lead Plaintiff Deadline of January 2, 2018 (NOVN)

November 20, 2017 15:15 ET | Source: Levi & Korsinsky, LLP

NEW YORK, Nov. 20, 2017 (GLOBE NEWSWIRE) -- The Klein Law Firm announces that a class action complaint has been filed on behalf of shareholders of Novan, Inc. (NASDAQ:NOVN) who purchased shares (1) pursuant and/or traceable to Novan's IPO on or about September 26, 2016 or (2) between September 26, 2016 and January 26, 2017. The action, which was filed in the USDC for the Middle District of North Carolina, alleges that the Company violated federal securities laws.

In particular, the complaint alleges the Company made materially false and/or misleading statements in its Registration Statement and Prospectus for the IPO, and made false statements throughout the class period. In particular, among other allegations, the complaint alleges that the Company repeatedly falsely stated that two Phase 3 clinical trials for the treatment SB204 were identical and omitted specific facts as to why the two critical trials were, in fact, not identical; as a result of these false statements, the Company's outlook and expected financial performance were not accurately represented.

Shareholders have until **January 2, 2018** to petition the court for lead plaintiff status. Your ability to share in any recovery does not require that you serve as lead plaintiff. You may choose to be an absent class member.

If you suffered a loss during the class period and wish to obtain additional information, please contact Joseph Klein, Esq. by telephone at 212-616-4899 or visit http://www.kleinstocklaw.com/pslra-sbm/novan-inc?wire=3.

Joseph Klein, Esq. represents investors and participates in securities litigations involving financial fraud throughout the nation. Attorney advertising. Prior results do not guarantee similar outcomes.

CONTACT:
Joseph Klein, Esq.
Empire State Building
350 Fifth Avenue
59th Floor
New York, NY 10118
Telephone: (212) 616-4899
Fax: (347) 558-9665

**Profile**
Levi & Korsinsky, LLP

Subscribe via RSS
Subscribe via ATOM
Javascript

New York, New York, UNITED STATES

**Media Files**
Levi & Korsinsky, LLP Logo

**Tags**
Class Action



EXHIBIT B

## SHAREHOLDER ALERT: Levi & Korsinsky, LLP reminds shareholders it filed a Complaint to Recover Losses Suffered by Investors in Intellipharmaceutics International Inc. and Set a Lead Plaintiff Deadline of September 29, 2017 -- IPCI

**ACCESSWIRE**  September 18, 2017

NEW YORK, NY / ACCESSWIRE / September 18, 2017 / The Klein Law Firm announces that a class action complaint has been filed on behalf of shareholders of Intellipharmaceutics International Inc. (IPCI) who purchased shares between January 14, 2016 and July 26, 2017.

According to the complaint, throughout the Class Period, the Company issued materially false and misleading statements and/or failed to disclose that: (1) Intellipharmaceutics failed to conduct a human abuse liability study to support its Rexista New Drug Application ("NDA"); (2) the Company did not include abuse-deterrent studies conducted to support abuse-deterrent label claims related to abuse of the drug by various pathways; (3) the Company was not submitting sufficient data to support approval of the NDA; and (4) as a result, Defendants' statements about Intellipharmaceutics' business, operations, and prospects were false and misleading and/or lacked a reasonable basis.

If you suffered a loss in Intellipharmaceutics, you have until **September 29, 2017** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

If you suffered a loss during the class period and wish to obtain additional information, please contact Joseph Klein, Esq. by telephone at 212-616-4899 or visit http://www.kleinstocklaw.com/pslra-sbm/intellipharmaceutics-international-inc?wire=1.

Joseph Klein, Esq. is an experienced attorney and has also practiced as a Certified Public Accountant. Mr. Klein represents investors and participates in securities litigations involving financial fraud throughout the nation. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Joseph Klein, Esq.

EXHIBIT B pg 3

EXHIBIT B

Empire State Building

350 Fifth Avenue

59th Floor

New York, NY 10118

Telephone: (212) 616-4899

Fax: (347) 558-9665

[www.kleinstocklaw.com](http://www.kleinstocklaw.com)

**SOURCE:** The Klein Law Firm



**The Relationship That Cost Harrison Ford $8 Mill**

IFLMyLife  Sponsored



**5 things to know about what's next for wireless internet**

Yahoo Finance

## Rates

**Mortgage**   CDs   Savings   Auto Loans

| Lender | APR | Rate | Cost and Fees |
|---|---|---|---|
| Sebonic Financial | 3.564% | 3.375% at 1.100 pts Mon Sep 18 | Est payment: $884 Lender fees: $2,454 |
| Mortgage Capital Associates Inc | 3.576% | 3.375% at 2.000 pts Mon Sep 18 | Est payment: $884 Lender fees: $950 State Lic # 24511 NMLS # 3294 |
| Mortgage Capital Associates Inc | 3.620% | 3.500% at 1.000 pts Mon Sep 18 | Est payment: $898 Lender fees: $950 State Lic # 24511 NMLS # 3294 |

**Product:** 30 Year Fixed Refi, All Points
**Loan Amount:** $200,000
**Search Criteria:** 20% down, 740+ credit score



---

💬 **Start the conversation**

Sign in to post a message.

Sprint works for me

EXHIBIT B pg 4