# EXHIBIT D

**EXHIBIT D**



ICPT EQUITY ALERT: The Law Offices of Vincent Wong Reminds Investors of Commencement of a Class Action Involving Intercept Pharmaceuticals, Inc. and a Lead Plaintiff Deadline of November 27, 2017

*November 15, 2017 17:44 ET* | **Source:** Levi & Korsinsky, LLP

NEW YORK, Nov. 15, 2017 (GLOBE NEWSWIRE) -- The Law Offices of Vincent Wong announce that a class action lawsuit has been commenced in the United States District Court for the Southern District of New York on behalf of investors who purchased Intercept Pharmaceuticals, Inc. ("Intercept") (NASDAQ:ICPT) securities between May 31, 2016 and September 20, 2017.

Click here to learn about the case: http://www.wongesq.com/pslra-sb/intercept-pharmaceuticals-inc?wire=3. There is no cost or obligation to you.

According to the complaint, throughout the Class Period, the Company issued materially false and misleading statements and/or failed to disclose that: (i) the Company's lead product candidate, Ocaliva, entailed undisclosed safety risks, including death, to patients suffering from primary biliary cholangitis; and (ii) as a result of the foregoing, Intercept's public statements were materially false and misleading at all relevant times. On September 12, 2017, Intercept issued a letter warning physicians against overdosing patients with Ocaliva, advising them that the drug has been tied to liver injuries and death among patients suffering from PBC. On September 21, 2017, the FDA issued a safety announcement warning doctors after reports of multiple deaths linked to the drug.

If you suffered a loss in Intercept you have until **November 27, 2017** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff. To obtain additional information, contact Vincent Wong, Esq. either via email vw@wongesq.com, by telephone at 212.425.1140, or visit http://www.wongesq.com/pslra-sb/intercept-pharmaceuticals-inc?wire=3.

**EXHIBIT D pg. 1**

EXHIBIT D

1/15/2018     ICPT EQUITY ALERT: The Law Offices of Vincent Wong Reminds Investors of Commencement of a Class Action Involving Intercept Pharmace…

Case 3:19-cv-01651-WHO   Document 71-4   Filed 06/11/19   Page 3 of 3

Vincent Wong, Esq. is an experienced attorney that has represented investors in securities litigations involving financial fraud and violations of shareholder rights. Attorney advertising. Prior results do not guarantee similar outcomes.

Vincent Wong, Esq.

39 East Broadway

Suite 304

New York, NY 10002

Tel. 212.425.1140

Fax. 866.699.3880

E-Mail: vw@wongesq.com

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2018 GlobeNewswire, Inc. All Rights Reserved.

EXHIBIT D pg.2