# EXHIBIT E

Case 3:19-cv-01651-WHO   Document 71-5   Filed 06/11/19   Page 2 of 3

**EXHIBIT E**



## NAVI SHAREHOLDER ALERT: The Law Offices of Vincent Wong Reminds Investors of a Class Action Involving Navient Corporation and a Lead Plaintiff Deadline of December 15, 2017

*November 15, 2017 17:50 ET* | **Source:** Levi & Korsinsky, LLP

NEW YORK, Nov. 15, 2017 (GLOBE NEWSWIRE) -- The Law Offices of Vincent Wong announce that a class action lawsuit has been commenced in the United States District Court for the District of New Jersey on behalf of investors who purchased Navient Corporation ("Navient") (NASDAQ:NAVI) securities between February 25, 2016 and October 4, 2017.

Click here to learn about the case: http://www.wongesq.com/pslra-sb/navient-corporation-2?wire=3. There is no cost or obligation to you.

According to the complaint, throughout the Class Period, the Company issued materially false and misleading statements and/or failed to disclose that: (1) Navient engaged in deceptive practices to facilitate the origination of subprime loans; (2) Navient committed unfair and deceptive acts by steering student borrowers into payment plans that postponed bills, allowing interest to accumulate, rather than helping them enroll in income-driven repayment plans; and (3) as a result, Navient's public statements were materially false and misleading at all relevant times.

If you suffered a loss in Navient you have until **December 15, 2017** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff. To obtain additional information, contact Vincent Wong, Esq. either via email vw@wongesq.com, by telephone at 212.425.1140, or visit http://www.wongesq.com/pslra-sb/navient-corporation-2?wire=3.

Vincent Wong, Esq. is an experienced attorney that has represented investors in securities litigations involving financial fraud and violations of shareholder rights. Attorney advertising. Prior results do not guarantee similar outcomes.

EXHIBIT E pg. 1

EXHIBIT E

1/15/2018     NAVI SHAREHOLDER ALERT: The Law Offices of Vincent Wong Reminds Investors of a Class Action Involving Navient Corporation and a Lea…

CONTACT:

Vincent Wong, Esq.

39 East Broadway

Suite 304

New York, NY 10002

Tel. 212.425.1140

Fax. 866.699.3880

E-Mail: vw@wongesq.com

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

---

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2018 GlobeNewswire, Inc. All Rights Reserved.

EXHIBIT E pg. 2