# EXHIBIT F

EXHIBIT F



# The Klein Law Firm Reminds Investors of Class Actions on Behalf of Shareholders of ZIV, ASTE, NIO and NTNX



f  🐦  in  G+  📌    @ Email    🖶 Print Friendly    ❮ Share

April 01, 2019 16:58 ET | **Source:** The Klein Law Firm

NEW YORK, April 01, 2019 (GLOBE NEWSWIRE) -- The Klein Law Firm announces that class action complaints have been filed on behalf of shareholders of the following companies. If you suffered a loss you have until the lead plaintiff deadline to request that the court appoint you as lead plaintiff.

**VelocityShares Daily Inverse VIX Medium Term Exchange Traded Notes (NASDAQGM: ZIV)**
Class Period: June 30, 2017 to February 5, 2018
Lead Plaintiff Deadline: April 5, 2019

The filed complaint alleges that throughout the class period defendants made materially false or misleading statements relating to the risks of investing in ZIV including that: (i) the inverse ETNs was not appropriate for managing daily trading risks; (ii) Credit Suisse had designed the ZIV to fail under certain market conditions; (iii) Credit Suisse had offered and sold more inverse ETNs than the market could bear, which would enable Credit Suisse to cause the collapse of the inverse ETNs when the opportunity presented itself; and (iv) Credit Suisse could actively manipulate inverse ETNs by precipitating an acute liquidity event in volatility markets including markets for VIX futures.

Get additional information about the **ZIV** lawsuit: **http://www.kleinstocklaw.com/pslra-1/velocityshares-daily-inverse-vix-medium-term-exchange-traded-notes-loss-submission-form?wire=3**

**Astec Industries, Inc. (NASDAQ: ASTE)**
Class Period: July 26, 2016 to October 22, 2018
Lead Plaintiff Deadline: April 2, 2019

The complaint alleges that throughout the Class Period, defendants made false and misleading statements and/or failed to disclose adverse information regarding Astec's business, operations and prospects, including that its wood pellet plants suffered from significant and costly problems that prevented them from running at their promised

EXHIBIT F pg.1

production capacity, posing a threat to the Company's pellet plant business, its overall financial performance, and its financial outlook. As a result of this information being withheld from the market, the price of Astec stock was artificially inflated to a high of nearly $70 per share during the Class Period.

Get additional information about the **ASTE** lawsuit: http://www.kleinstocklaw.com/pslra-1/astec-industries-inc-loss-submission-form?wire=3

**NIO Inc. (NYSE: NIO)**
Class Period: Purchasers of American Depositary Shares between September 12, 2018 and March 5, 2019
Lead Plaintiff Deadline: May 13, 2019

Throughout the class period, NIO Inc. allegedly made materially false and/or misleading statements and/or failed to disclose that: (1) NIO would not be building its own manufacturing plant and would instead continue to rely on JAC Auto to manufacture its vehicles; (2) reductions in government subsidies for electric cars would materially impact NIO's sales; and (3) as a result, Defendants' statements about NIO's business, operations, and prospects were materially false and misleading at all  relevant times.

Get additional information about the **NIO** lawsuit: http://www.kleinstocklaw.com/pslra-1/nio-inc-loss-submission-form?wire=3

**Nutanix, Inc. (NASDAQGS: NTNX)**
Class Period: Class A shares purchased between March 2, 2018 and February 28, 2019
Lead Plaintiff Deadline: May 28, 2019

The complaint concerns on whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins.  On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

Get additional information about the **NTNX** lawsuit: http://www.kleinstocklaw.com/pslra-1/nutanix-inc-loss-submission-form?wire=3

Your ability to share in any recovery doesn't require that you serve as a lead plaintiff. There is no cost or obligation to you. If you suffered a loss during the class period and wish to obtain additional information, please contact J. Klein, Esq. by telephone at 212-616-4899 or visit the webpages provided.

J. Klein, Esq. represents investors and participates in securities litigations involving financial fraud throughout the nation. Attorney advertising. Prior results do not guarantee similar outcomes.

EXHIBIT F pg.2

CONTACT:

J. Klein, Esq.

Empire State Building

350 Fifth Avenue

59th Floor

New York, NY 10118

**jk@kleinstocklaw.com**

Telephone: (212) 616-4899

Fax: (347) 558-9665

**www.kleinstocklaw.com**

---

## Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

## About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.

EXHIBIT F pg.3



# CLASS ACTION UPDATE for CORT, CVS, USX and NTNX: Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareholders



f   🐦   in   G+   📌   |   @   Email   |   🖨   Print Friendly   |   ⬇   Share

April 02, 2019 17:15 ET | **Source:** Levi & Korsinsky, LLP

NEW YORK, April 02, 2019 (GLOBE NEWSWIRE) -- Levi & Korsinsky, LLP announces that class action lawsuits have commenced on behalf of shareholders of the following publicly-traded companies. Shareholders interested in serving as lead plaintiff have until the deadlines listed to petition the court and further details about the cases can be found at the links provided. There is no cost or obligation to you.

**Corcept Therapeutics Incorporated (NASDAQCM: CORT)**
**Class Period:** August 2, 2017 - February 5, 2019
**Lead Plaintiff Deadline:** May 13, 2019
Join the action: **https://www.zlk.com/pslra-1/corcept-therapeutics-incorporated-loss-form?wire=3**

About the lawsuit: Throughout the class period, Corcept Therapeutics Incorporated allegedly made materially false and/or misleading statements and/or failed to disclose that: (1) the Company had improperly paid doctors to promote its drug Korlym; (2) the Company aggressively promoted Korlym for off-label uses; (3) the Company's sole specialty pharmacy was a related party; (4) the Company artificially inflated its revenue and sales using illicit sales practices through a related party; (5) such practices are reasonably likely to lead to regulatory scrutiny; and (6) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

To learn more about the **Corcept Therapeutics Incorporated** class action contact **jlevi@levikorsinsky.com**.

<span style="color:red">EXHIBIT F pg.4</span>

Case 3:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 6 of 120

**CVS Health Corporation (NYSE: CVS)**
**Class Period:** May 21, 2015 - February 20, 2019
**Lead Plaintiff Deadline:** April 26, 2019
Join the action: **https://www.zlk.com/pslra-1/cvs-health-corporation-loss-form?wire=3**

About the lawsuit: During the class period, CVS Health Corporation allegedly made materially false and/or misleading statements and/or failed to disclose that: (i) CVS Health's financial condition and expected earnings were deteriorating as a result of rising costs and poor results associated with the Omnicare Acquisition; and (ii) as a result, CVS Health's public statements were materially false and misleading at all relevant times.

To learn more about the **CVS Health Corporation** class action contact **jlevi@levikorsinsky.com**.

**U.S. Xpress Enterprises, Inc. (NYSE: USX)**
**Class Period:** Purchasers of common stock pursuant/and or traceable to the initial public offering completed in June 2018
**Lead Plaintiff Deadline:** May 10, 2019
Join the action: **https://www.zlk.com/pslra-1/u-s-xpress-enterprises-inc-loss-form-2?wire=3**

The complaint alleges that the Offering Documents failed to disclose that: (1) a shortage of trucks was negatively impacting U.S. Xpress's dedicated division; (2) (a) certain shipping patterns had been performing differently than expected and, as a result, (b) utilization, driver retention and hiring were being negatively affected, and as a result, (c) U.S. Xpress's dedicated accounts, including one large account, were being negatively impacted; and as a result, (d) U.S. Xpress's OTR division was providing continued support to the dedicated division; (3) (a) U.S. Xpress failed to stay informed regarding two large liability events; and as a result (b) U.S. Xpress's insurance claim expense was understated; and (4) U.S. Xpress's cost per mile for driver wages and independent contractors was exceeding the Company's internal expectations.

To learn more about the **U.S. Xpress Enterprises, Inc.** class action contact **jlevi@levikorsinsky.com**.

**Nutanix, Inc. (NASDAQGS: NTNX)**
**Class Period:** Class A shares purchased between March 2, 2018 and February 28, 2019
**Lead Plaintiff Deadline:** May 28, 2019
Join the action: **https://www.zlk.com/pslra-1/nutanix-inc-loss-form?wire=3**

The complaint concerns on whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins. On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak

EXHIBIT F pg.5

Case 3:19-cv-01651-WHO   Document 71-6   Filed 06/11/19   Page 7 of 120

guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

To learn more about the **Nutanix, Inc.** class action contact **jlevi@levikorsinsky.com**.

You have until the lead plaintiff deadlines to request the court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

CONTACT:
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
55 Broadway, 10th Floor
New York, NY 10006
**jlevi@levikorsinsky.com**
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
**www.zlk.com**

---

Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.

EXHIBIT F pg.6

Case 3:18-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 8 of 120



# SHAREHOLDER ALERT: AMRN CTL USX NTNX: The Law Offices of Vincent Wong Reminds Investors of Important Class Action Deadlines

f    in  G+  P     @ Email    Print Friendly    Share

April 02, 2019 11:04 ET | **Source:** The Law Offices of Vincent Wong

NEW YORK, April 02, 2019 (GLOBE NEWSWIRE) -- The Law Offices of Vincent Wong announce that class actions have commenced on behalf of shareholders of the following companies. If you suffered a loss you have until the lead plaintiff deadline to request that the court appoint you as lead plaintiff.

**Amarin Corporation** (NASDAQGM: AMRN)
Lead Plaintiff Deadline: April 23, 2019
Class Period: September 24, 2018 and November 9, 2018

Get additional information about AMRN: **http://www.wongesq.com/pslra-1/amarin-corporation-loss-submission-form?wire=3**

**CenturyLink, Inc.** (NYSE: CTL)
Lead Plaintiff Deadline: May 6, 2019
Class Period: May 10, 2018 and March 4, 2019

Get additional information about CTL: **http://www.wongesq.com/pslra-1/centurylink-inc-loss-submission-form?wire=3**

**U.S. Xpress Enterprises, Inc.** (NYSE: USX)
Lead Plaintiff Deadline: May 10, 2019
Class Period: Purchasers of common stock pursuant/and or traceable to the initial public offering completed in June 2018

Get additional information about USX: **http://www.wongesq.com/pslra-1/u-s-xpress-enterprises-inc-loss-submission-form?wire=3**

<span style="color:red">EXHIBIT F pg.7</span>

**Nutanix, Inc.** (NASDAQGS: NTNX)
Lead Plaintiff Deadline: May 28, 2019
Class Period: Class A shares purchased between March 2, 2018 and February 28, 2019

Get additional information about NTNX: **http://www.wongesq.com/pslra-1/nutanix-inc-loss-submission-form?wire=3**

To learn more contact Vincent Wong, Esq. either via email **vw@wongesq.com** or by telephone at 212.425.1140.

Vincent Wong, Esq. is an experienced attorney that has represented investors in securities litigations involving financial fraud and violations of shareholder rights. Attorney advertising. Prior results do not guarantee similar outcomes.

CONTACT:
Vincent Wong, Esq.
39 East Broadway
Suite 304
New York, NY 10002
Tel. 212.425.1140
Fax. 866.699.3880
E-Mail: **vw@wongesq.com**

---

Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.

EXHIBIT F pg.8

Case 3:19-cv-01651-WHO　Document 71-6　Filed 06/11/19　Page 10 of 120



# CLASS ACTION UPDATE for CORT, CVS, USX and NTNX: Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareholders

f　🐦　in　G+　📌　|　@ Email　|　🖨 Print Friendly　|　❮ Share

April 02, 2019 17:15 ET | **Source:** Levi & Korsinsky, LLP

NEW YORK, April 02, 2019 (GLOBE NEWSWIRE) -- Levi & Korsinsky, LLP announces that class action lawsuits have commenced on behalf of shareholders of the following publicly-traded companies. Shareholders interested in serving as lead plaintiff have until the deadlines listed to petition the court and further details about the cases can be found at the links provided. There is no cost or obligation to you.

**Corcept Therapeutics Incorporated (NASDAQCM: CORT)**
**Class Period:** August 2, 2017 - February 5, 2019
**Lead Plaintiff Deadline:** May 13, 2019
Join the action: **https://www.zlk.com/pslra-1/corcept-therapeutics-incorporated-loss-form?wire=3**

About the lawsuit: Throughout the class period, Corcept Therapeutics Incorporated allegedly made materially false and/or misleading statements and/or failed to disclose that: (1) the Company had improperly paid doctors to promote its drug Korlym; (2) the Company aggressively promoted Korlym for off-label uses; (3) the Company's sole specialty pharmacy was a related party; (4) the Company artificially inflated its revenue and sales using illicit sales practices through a related party; (5) such practices are reasonably likely to lead to regulatory scrutiny; and (6) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

To learn more about the **Corcept Therapeutics Incorporated** class action contact **jlevi@levikorsinsky.com**.

<span style="color:red">EXHIBIT F pg.9</span>

**CVS Health Corporation (NYSE: CVS)**
**Class Period:** May 21, 2015 - February 20, 2019
**Lead Plaintiff Deadline:** April 26, 2019
Join the action: **https://www.zlk.com/pslra-1/cvs-health-corporation-loss-form?wire=3**

About the lawsuit: During the class period, CVS Health Corporation allegedly made materially false and/or misleading statements and/or failed to disclose that: (i) CVS Health's financial condition and expected earnings were deteriorating as a result of rising costs and poor results associated with the Omnicare Acquisition; and (ii) as a result, CVS Health's public statements were materially false and misleading at all relevant times.

To learn more about the **CVS Health Corporation** class action contact **jlevi@levikorsinsky.com**.

**U.S. Xpress Enterprises, Inc. (NYSE: USX)**
**Class Period:** Purchasers of common stock pursuant/and or traceable to the initial public offering completed in June 2018
**Lead Plaintiff Deadline:** May 10, 2019
Join the action: **https://www.zlk.com/pslra-1/u-s-xpress-enterprises-inc-loss-form-2?wire=3**

The complaint alleges that the Offering Documents failed to disclose that: (1) a shortage of trucks was negatively impacting U.S. Xpress's dedicated division; (2) (a) certain shipping patterns had been performing differently than expected and, as a result, (b) utilization, driver retention and hiring were being negatively affected, and as a result, (c) U.S. Xpress's dedicated accounts, including one large account, were being negatively impacted; and as a result, (d) U.S. Xpress's OTR division was providing continued support to the dedicated division; (3) (a) U.S. Xpress failed to stay informed regarding two large liability events; and as a result (b) U.S. Xpress's insurance claim expense was understated; and (4) U.S. Xpress's cost per mile for driver wages and independent contractors was exceeding the Company's internal expectations.

To learn more about the **U.S. Xpress Enterprises, Inc.** class action contact **jlevi@levikorsinsky.com**.

**Nutanix, Inc. (NASDAQGS: NTNX)**
**Class Period:** Class A shares purchased between March 2, 2018 and February 28, 2019
**Lead Plaintiff Deadline:** May 28, 2019
Join the action: **https://www.zlk.com/pslra-1/nutanix-inc-loss-form?wire=3**

The complaint concerns on whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins.  On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak

EXHIBIT F pg.10

Case 3:19-cv-01651-WHO   Document 71-6   Filed 06/11/19   Page 12 of 120

guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

To learn more about the **Nutanix, Inc.** class action contact **jlevi@levikorsinsky.com**.

You have until the lead plaintiff deadlines to request the court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

CONTACT:
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
55 Broadway, 10th Floor
New York, NY 10006
**jlevi@levikorsinsky.com**
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
**www.zlk.com**

---

## Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

## About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.

EXHIBIT F pg.11



# The Klein Law Firm Reminds Investors of Class Actions on Behalf of Shareholders of VNDA, SYNH, CRBP and NTNX



f 　y 　in 　G+ 　p 　｜　@ Email 　｜　🖶 Print Friendly 　｜　⦻ Share

April 03, 2019 11:36 ET | **Source:** The Klein Law Firm

NEW YORK, April 03, 2019 (GLOBE NEWSWIRE) -- The Klein Law Firm announces that class action complaints have been filed on behalf of shareholders of the following companies. If you suffered a loss you have until the lead plaintiff deadline to request that the court appoint you as lead plaintiff.

**Vanda Pharmaceuticals Inc. (NASDAQ: VNDA)**
Class Period: November 4, 2015 to February 11, 2019
Lead Plaintiff Deadline: April 26, 2019

The lawsuit alleges that throughout the class period, Vanda Pharmaceuticals Inc. made materially false and/or misleading statements and/or failed to disclose that: (1) Vanda was engaged in a fraudulent scheme in which it promoted the off-label use of Fanapt and Hetlioz; (2) Vanda was fraudulently receiving drug reimbursements from the government by abusing Medicare, Medicaid, and Tricare programs; (3) as a result of the scheme, Vanda faced legal action from the government; (4) Vanda's promotional materials for Fanapt and Hetlioz were false and misleading, garnering regulatory scrutiny from the U.S. Food and Drug Administration; and (5) as a result, defendants' statements about Vanda's business, operations and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

Get additional information about the **VNDA** lawsuit: **http://www.kleinstocklaw.com/pslra-1/vanda-pharmaceuticals-inc-loss-submission-form?wire=3**

**Syneos Health, Inc. (NASDAQ: SYNH)**
Class Period: May 10, 2017 to February 27, 2019
Lead Plaintiff Deadline: April 30, 2019

The lawsuit alleges Syneos Health, Inc. made materially false and/or misleading statements and/or failed to disclose during the class period that: (1) Syneos Health's internal control over financial reporting was inadequate; (2) concerns regarding Syneos Health's internal control over financial reporting would result in heightened regulatory scrutiny and an SEC

<span style="color:red">EXHIBIT F pg.12</span>

Case 3:19-cv-01651-WHO   Document 71-6   Filed 06/11/19   Page 14 of 120

investigation into the company's revenue accounting policies, internal controls and related matters; and (3) as a result, defendants' statements about Syneos Health's business, operations, and prospects were materially false and/or misleading and/or lacked a reasonable basis at all relevant times.

Get additional information about the **SYNH** lawsuit: **http://www.kleinstocklaw.com/pslra-1/syneos-health-inc-loss-submission-form?wire=3**

**Corbus Pharmaceuticals Holdings, Inc. (NASDAQGM: CRBP)**
Class Period: November 14, 2016 to February 28, 2019
Lead Plaintiff Deadline: May 13, 2019

According to the complaint, Corbus Pharmaceuticals Holdings, Inc. allegedly made materially false and/or misleading statements and/or failed to disclose that: (1) Corbus improperly changed the primary efficacy endpoint for the clinical study of its drug candidate, Lenabasum, after the results were unblinded to Corbus; (2) Corbus reported a one-sided p value, not the traditional two-sided p value normally reported in clinical trials, in an effort to conceal the fact that the study results did not have statistical significance; and (3) as a result, Corbus' public statements were materially false and misleading at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

Get additional information about the **CRBP** lawsuit: **http://www.kleinstocklaw.com/pslra-1/corbus-pharmaceutical-holdings-inc-loss-submission-form?wire=3**

**Nutanix, Inc. (NASDAQGS: NTNX)**
Class Period: Class A shares purchased between March 2, 2018 and February 28, 2019
Lead Plaintiff Deadline: May 28, 2019

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins.

On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

Get additional information about the **NTNX** lawsuit: **http://www.kleinstocklaw.com/pslra-1/nutanix-inc-loss-submission-form?wire=3**

Your ability to share in any recovery doesn't require that you serve as a lead plaintiff. There is no cost or obligation to you. If you suffered a loss during the class period and wish to obtain additional information, please contact J. Klein, Esq. by telephone at 212-616-4899 or visit the webpages provided.

EXHIBIT F pg.13

Case 3:19-cv-01651-WHO   Document 71-6   Filed 06/11/19   Page 15 of 120

J. Klein, Esq. represents investors and participates in securities litigations involving financial fraud throughout the nation. Attorney advertising. Prior results do not guarantee similar outcomes.

CONTACT:

J. Klein, Esq.

Empire State Building

350 Fifth Avenue

59th Floor

New York, NY 10118

jk@kleinstocklaw.com

Telephone: (212) 616-4899

Fax: (347) 558-9665

www.kleinstocklaw.com

---

Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.

EXHIBIT F pg.14

Case 3:19-cv-01651-WHS   Document 71-6   Filed 06/11/19   Page 16 of 120



# CLASS ACTION UPDATE for MHLD, BRS, CNDT and NTNX: Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareholders



f　🐦　in　G+　📌　｜　@ Email　｜　🖨 Print Friendly　｜　❮ Share

April 08, 2019 10:52 ET | **Source:** Levi & Korsinsky, LLP

NEW YORK, April 08, 2019 (GLOBE NEWSWIRE) -- Levi & Korsinsky, LLP announces that class action lawsuits have commenced on behalf of shareholders of the following publicly-traded companies. Shareholders interested in serving as lead plaintiff have until the deadlines listed to petition the court and further details about the cases can be found at the links provided. There is no cost or obligation to you.

**Maiden Holdings, Ltd. (NASDAQGS: MHLD)**
**Class Period:** March 4, 2014 - November 9, 2018
**Lead Plaintiff Deadline:** April 12, 2019
Join the action: **https://www.zlk.com/pslra-1/maiden-holdings-ltd-loss-form?wire=3**

The complaint alleges that during the Class Period, defendants misrepresented the quality and nature of Maiden's underwriting and risk management policies and practices and the risks of its reinsurance portfolio. In particular, defendants misleadingly claimed that they were subjecting AmTrust's insurance portfolio to robust analysis and cross-checks to ensure that the Company had appropriately priced the risk of reinsuring AmTrust's insurance portfolio. In truth, the Company had failed to employ sufficient underwriting and risk management protocols and had largely abdicated its responsibility to ensure that its AmTrust Reinsurance segment priced policies commensurate with the risk assumed by the Company.

To learn more about the **Maiden Holdings, Ltd.** class action contact **jlevi@levikorsinsky.com**.

**Bristow Group Inc. (NYSE: BRS)**
**Class Period:** February 8, 2018 - February 12, 2019

EXHIBIT F pg.15

**Lead Plaintiff Deadline:** April 15, 2019
Join the action: **https://www.zlk.com/pslra-1/bristow-group-inc-loss-form?wire=3**

Allegations: Bristow Group Inc. made materially false and/or misleading statements throughout the class period and/or failed to disclose that: (1) Bristow lacked adequate monitoring processes related to non-financial covenants within its secured financing and lease agreements; (2) Bristow could not reasonably assure compliance with certain non-financial covenants; (3) Bristow was reasonably likely to breach certain agreements; (4) Bristow had understated its short-term debt; (5) the required corrections would materially impact financial statements; (6) there was a material weakness in Bristow's internal controls over financial reporting; and (7) as a result of the foregoing, defendants' positive statements about Bristow's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

To learn more about the **Bristow Group Inc.** class action contact **jlevi@levikorsinsky.com**.

**Conduent Incorporated (NYSE: CNDT)**
**Class Period:** February 21, 2018 - November 6, 2018
**Lead Plaintiff Deadline:** May 7, 2019
Join the action: **https://www.zlk.com/pslra-1/conduent-incorporated-loss-form?wire=3**

The complaint alleges that by February 2018, defendants began to represent to investors that Conduent had exited the transformation phase and had cured inefficiencies caused by operating on multiple information resource platforms. However, as demonstrated by defendants' admissions on November 7, 2018, those representations were false, and Conduent remained mired in inadequate technology and third-party agreements that it had been saddled with upon its divestiture from Xerox.

During a November 7, 2018 conference call, CEO Ashok Vemuri stated "we have had continued suboptimal performance from an inherited legacy technology vendor. The performance issues stem from the vendors inability to deliver on service level agreements, lack of responsiveness to Conduent's needs, and poorly structured contracts which we inherited." Vemuri also noted that an "outdated and historically under-invested legacy IT infrastructure has caused major disruptions to our operations and impacted client and delivery performance."

To learn more about the **Conduent Incorporated** class action contact **jlevi@levikorsinsky.com**.

**Nutanix, Inc. (NASDAQGS: NTNX)**
**Class Period:** Class A shares purchased between March 2, 2018 and February 28, 2019
**Lead Plaintiff Deadline:** May 28, 2019
Join the action: **https://www.zlk.com/pslra-1/nutanix-inc-loss-form?wire=3**

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins.  On February 28, 2019, Nutanix announced its second

EXHIBIT F pg.16

Case 3:19-cv-01651-MHS   Document 71-6   Filed 06/11/19   Page 18 of 120

quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

To learn more about the **Nutanix, Inc.** class action contact **jlevi@levikorsinsky.com**.

You have until the lead plaintiff deadlines to request the court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

CONTACT:
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
55 Broadway, 10th Floor
New York, NY 10006
**jlevi@levikorsinsky.com**
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
**www.zlk.com**

---

## Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

## About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.

EXHIBIT F pg.17



# The Klein Law Firm Reminds Investors of Class Actions on Behalf of Shareholders of CAG, CVS, CNDT and NTNX



f  🐦 in  G+  📌  |  @ Email  |  🖶 Print Friendly  |  ⧉ Share

April 08, 2019 13:31 ET | **Source:** The Klein Law Firm

NEW YORK, April 08, 2019 (GLOBE NEWSWIRE) -- The Klein Law Firm announces that class action complaints have been filed on behalf of shareholders of the following companies. If you suffered a loss you have until the lead plaintiff deadline to request that the court appoint you as lead plaintiff.

**Conagra Brands, Inc. (NYSE: CAG)**
Class Period: Pursuant to the SPO on or about October 9, 2018 and/or between June 27, 2018 and December 19, 2018
Lead Plaintiff Deadline: April 23, 2019

The complaint alleges that defendants failed to disclose material information, including that (i) Conagra inadequately performed proper due diligence in connection with the acquisition of Pinnacle; (ii) the performance of Pinnacle's three leading brands was not deteriorating due to intensified competition, but to self-inflicted subpar innovation and executional missteps; (iii) Pinnacle's business was performing so poorly that it had resorted to pushing promotional deals to retailers in an effort to boost sales; and (iv) as a result of the foregoing, Defendant's public statements were materially false and/or misleading and/or lacked a reasonable basis when made.

Get additional information about the **CAG** lawsuit: **http://www.kleinstocklaw.com/pslra-1/conagra-brands-inc-loss-submission-form?wire=3**

**CVS Health Corporation (NYSE: CVS)**
Class Period: May 21, 2015 to February 20, 2019
Lead Plaintiff Deadline: April 26, 2019

The lawsuit alleges that CVS Health Corporation made materially false and/or misleading statements and/or failed to disclose that: (i) CVS Health's financial condition and expected earnings were deteriorating as a result of rising costs and poor results associated with the Omnicare Acquisition; and (ii) as a result, CVS Health's public statements were materially false and misleading at all relevant times.

EXHIBIT F pg.18

Case 3:19-cv-01651-WHO   Document 71-6   Filed 06/11/19   Page 20 of 120

Get additional information about the **CVS** lawsuit: http://www.kleinstocklaw.com/pslra-1/cvs-health-corporation-loss-submission-form?wire=3

**Conduent Incorporated (NYSE: CNDT)**
Class Period: February 21, 2018 to November 6, 2018
Lead Plaintiff Deadline: May 7, 2019

The complaint alleges that by February 2018, defendants began to represent to investors that Conduent had exited the transformation phase and had cured inefficiencies caused by operating on multiple information resource platforms. However, as demonstrated by defendants' admissions on November 7, 2018, those representations were false, and Conduent remained mired in inadequate technology and third-party agreements that it had been saddled with upon its divestiture from Xerox. During a November 7, 2018 conference call, CEO Ashok Vemuri stated "we have had continued suboptimal performance from an inherited legacy technology vendor. The performance issues stem from the vendors inability to deliver on service level agreements, lack of responsiveness to Conduent's needs, and poorly structured contracts which we inherited." Vemuri also noted that an "outdated and historically under-invested legacy IT infrastructure has caused major disruptions to our operations and impacted client and delivery performance."

Get additional information about the **CNDT** lawsuit: http://www.kleinstocklaw.com/pslra-1/conduent-incorporated-loss-submission-form?wire=3

**Nutanix, Inc. (NASDAQGS: NTNX)**
Class Period: Class A shares purchased between March 2, 2018 and February 28, 2019
Lead Plaintiff Deadline: May 28, 2019

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins. On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

Get additional information about the **NTNX** lawsuit: http://www.kleinstocklaw.com/pslra-1/nutanix-inc-loss-submission-form?wire=3

Your ability to share in any recovery doesn't require that you serve as a lead plaintiff. There is no cost or obligation to you. If you suffered a loss during the class period and wish to obtain additional information, please contact J. Klein, Esq. by telephone at 212-616-4899 or visit the webpages provided.

J. Klein, Esq. represents investors and participates in securities litigations involving financial fraud throughout the nation. Attorney advertising. Prior results do not guarantee similar outcomes.

EXHIBIT F pg.19

CONTACT:

J. Klein, Esq.

Empire State Building

350 Fifth Avenue

59th Floor

New York, NY 10118

**jk@kleinstocklaw.com**

Telephone: (212) 616-4899

Fax: (347) 558-9665

www.kleinstocklaw.com

---

Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.

EXHIBIT F pg.20

Case 3:19-cv-01651-WHG   Document 71-6   Filed 06/11/19   Page 22 of 120



# CLASS ACTION UPDATE for MHLD, BRS, CNDT and NTNX: Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareholders



f 🐦 in G+ 📌 | @ Email | 🖨 Print Friendly | ⬦ Share

April 08, 2019 10:52 ET | **Source:** Levi & Korsinsky, LLP

NEW YORK, April 08, 2019 (GLOBE NEWSWIRE) -- Levi & Korsinsky, LLP announces that class action lawsuits have commenced on behalf of shareholders of the following publicly-traded companies. Shareholders interested in serving as lead plaintiff have until the deadlines listed to petition the court and further details about the cases can be found at the links provided. There is no cost or obligation to you.

**Maiden Holdings, Ltd. (NASDAQGS: MHLD)**
**Class Period:** March 4, 2014 - November 9, 2018
**Lead Plaintiff Deadline:** April 12, 2019
Join the action: **https://www.zlk.com/pslra-1/maiden-holdings-ltd-loss-form?wire=3**

The complaint alleges that during the Class Period, defendants misrepresented the quality and nature of Maiden's underwriting and risk management policies and practices and the risks of its reinsurance portfolio. In particular, defendants misleadingly claimed that they were subjecting AmTrust's insurance portfolio to robust analysis and cross-checks to ensure that the Company had appropriately priced the risk of reinsuring AmTrust's insurance portfolio. In truth, the Company had failed to employ sufficient underwriting and risk management protocols and had largely abdicated its responsibility to ensure that its AmTrust Reinsurance segment priced policies commensurate with the risk assumed by the Company.

To learn more about the **Maiden Holdings, Ltd.** class action contact **jlevi@levikorsinsky.com**.

**Bristow Group Inc. (NYSE: BRS)**
**Class Period:** February 8, 2018 - February 12, 2019

EXHIBIT F pg.21

**Lead Plaintiff Deadline:** April 15, 2019

Join the action: **https://www.zlk.com/pslra-1/bristow-group-inc-loss-form?wire=3**

Allegations: Bristow Group Inc. made materially false and/or misleading statements throughout the class period and/or failed to disclose that: (1) Bristow lacked adequate monitoring processes related to non-financial covenants within its secured financing and lease agreements; (2) Bristow could not reasonably assure compliance with certain non-financial covenants; (3) Bristow was reasonably likely to breach certain agreements; (4) Bristow had understated its short-term debt; (5) the required corrections would materially impact financial statements; (6) there was a material weakness in Bristow's internal controls over financial reporting; and (7) as a result of the foregoing, defendants' positive statements about Bristow's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

To learn more about the **Bristow Group Inc.** class action contact **jlevi@levikorsinsky.com**.

**Conduent Incorporated (NYSE: CNDT)**
**Class Period:** February 21, 2018 - November 6, 2018
**Lead Plaintiff Deadline:** May 7, 2019
Join the action: **https://www.zlk.com/pslra-1/conduent-incorporated-loss-form?wire=3**

The complaint alleges that by February 2018, defendants began to represent to investors that Conduent had exited the transformation phase and had cured inefficiencies caused by operating on multiple information resource platforms. However, as demonstrated by defendants' admissions on November 7, 2018, those representations were false, and Conduent remained mired in inadequate technology and third-party agreements that it had been saddled with upon its divestiture from Xerox.

During a November 7, 2018 conference call, CEO Ashok Vemuri stated "we have had continued suboptimal performance from an inherited legacy technology vendor. The performance issues stem from the vendors inability to deliver on service level agreements, lack of responsiveness to Conduent's needs, and poorly structured contracts which we inherited." Vemuri also noted that an "outdated and historically under-invested legacy IT infrastructure has caused major disruptions to our operations and impacted client and delivery performance."

To learn more about the **Conduent Incorporated** class action contact **jlevi@levikorsinsky.com**.

**Nutanix, Inc. (NASDAQGS: NTNX)**
**Class Period:** Class A shares purchased between March 2, 2018 and February 28, 2019
**Lead Plaintiff Deadline:** May 28, 2019
Join the action: **https://www.zlk.com/pslra-1/nutanix-inc-loss-form?wire=3**

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins.  On February 28, 2019, Nutanix announced its second

EXHIBIT F pg.22

Case 3:19-cv-01651-MHS   Document 71-6   Filed 06/11/19   Page 24 of 120

quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

To learn more about the **Nutanix, Inc.** class action contact **jlevi@levikorsinsky.com**.

You have until the lead plaintiff deadlines to request the court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

CONTACT:
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
55 Broadway, 10th Floor
New York, NY 10006
**jlevi@levikorsinsky.com**
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
**www.zlk.com**

---

## Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

## About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.

EXHIBIT F pg.23

Case 3:19-cv-01651-WHO   Document 71-6   Filed 06/11/19   Page 25 of 120



# SHAREHOLDER ALERT: STMP T VNDA NTNX: The Law Offices of Vincent Wong Reminds Investors of Important Class Action Deadlines

f  🐦  in  G+  📌  |  @ Email  |  🖶 Print Friendly  |  ◁ Share

April 09, 2019 15:30 ET | **Source:** The Law Offices of Vincent Wong

NEW YORK, April 09, 2019 (GLOBE NEWSWIRE) -- The Law Offices of Vincent Wong announce that class actions have commenced on behalf of shareholders of the following companies. If you suffered a loss you have until the lead plaintiff deadline to request that the court appoint you as lead plaintiff.

**Stamps.com Inc.** (NASDAQ: STMP)
Lead Plaintiff Deadline: April 29, 2019
Class Period: May 3, 2017 and February 21, 2019

Get additional information about STMP: **http://www.wongesq.com/pslra-1/stamps-com-inc-loss-submission-form?wire=3**

**AT&T Inc.** (NYSE: T)
Lead Plaintiff Deadline: May 31, 2019
Class Period: (A) Shares purchased pursuant to the June 2018 acquisition of and merger with Time Warner and/or (B) shares purchased between October 22, 2016 and October 24, 2018

Get additional information about T: **http://www.wongesq.com/pslra-1/att-inc-loss-submission-form?wire=3**

**Vanda Pharmaceuticals Inc.** (NASDAQ: VNDA)
Lead Plaintiff Deadline: April 26, 2019
Class Period: November 4, 2015 and February 11, 2019

EXHIBIT F pg.24

Get additional information about VNDA: **http://www.wongesq.com/pslra-1/vanda-pharmaceuticals-inc-loss-submission-form?wire=3**

**Nutanix, Inc.** (NASDAQGS: NTNX)
Lead Plaintiff Deadline: May 28, 2019
Class Period: Class A shares purchased between March 2, 2018 and February 28, 2019

Get additional information about NTNX: **http://www.wongesq.com/pslra-1/nutanix-inc-loss-submission-form?wire=3**

To learn more contact Vincent Wong, Esq. either via email **vw@wongesq.com** or by telephone at 212.425.1140.

Vincent Wong, Esq. is an experienced attorney that has represented investors in securities litigations involving financial fraud and violations of shareholder rights. Attorney advertising. Prior results do not guarantee similar outcomes.

CONTACT:
Vincent Wong, Esq.
39 East Broadway
Suite 304
New York, NY 10002
Tel. 212.425.1140
Fax. 866.699.3880
E-Mail: vw@wongesq.com

---

Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.

Case 3:19-cv-01651-WHO   Document 71-6   Filed 06/11/19   Page 27 of 120



# SHAREHOLDER ALERT: CAG USX CRBP NTNX: The Law Offices of Vincent Wong Reminds Investors of Important Class Action Deadlines

f  🐦  in  G+  📌  │  @ Email  │  🖨 Print Friendly  │  ◀ Share

April 09, 2019 10:55 ET | **Source:** The Law Offices of Vincent Wong

NEW YORK, April 09, 2019 (GLOBE NEWSWIRE) -- The Law Offices of Vincent Wong announce that class actions have commenced on behalf of shareholders of the following companies. If you suffered a loss you have until the lead plaintiff deadline to request that the court appoint you as lead plaintiff.

**Conagra Brands, Inc.** (NYSE: CAG)
Lead Plaintiff Deadline: April 23, 2019
Class Period: Pursuant to the SPO on or about October 9, 2018 and/or between June 27, 2018 and December 19, 2018

Get additional information about CAG: **http://www.wongesq.com/pslra-1/conagra-brands-inc-loss-submission-form?wire=3**

**U.S. Xpress Enterprises, Inc.** (NYSE: USX)
Lead Plaintiff Deadline: May 10, 2019
Class Period: Purchasers of common stock pursuant/and or traceable to the initial public offering completed in June 2018

Get additional information about USX: **http://www.wongesq.com/pslra-1/u-s-xpress-enterprises-inc-loss-submission-form?wire=3**

**Corbus Pharmaceuticals Holdings, Inc.** (NASDAQGM: CRBP)
Lead Plaintiff Deadline: May 13, 2019
Class Period: November 14, 2016 and February 28, 2019

EXHIBIT F pg.26

Get additional information about CRBP: **http://www.wongesq.com/pslra-1/corbus-pharmaceutical-holdings-inc-loss-submission-form?wire=3**

**Nutanix, Inc.** (NASDAQGS: NTNX)
Lead Plaintiff Deadline: May 28, 2019
Class Period: Class A shares purchased between March 2, 2018 and February 28, 2019

Get additional information about NTNX: **http://www.wongesq.com/pslra-1/nutanix-inc-loss-submission-form?wire=3**

To learn more contact Vincent Wong, Esq. either via email **vw@wongesq.com** or by telephone at 212.425.1140.

Vincent Wong, Esq. is an experienced attorney that has represented investors in securities litigations involving financial fraud and violations of shareholder rights. Attorney advertising. Prior results do not guarantee similar outcomes.

CONTACT:
Vincent Wong, Esq.
39 East Broadway
Suite 304
New York, NY 10002
Tel. 212.425.1140
Fax. 866.699.3880
E-Mail: **vw@wongesq.com**

---

Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.

EXHIBIT F pg.27

Case 3:19-cv-01651-WHC　Document 71-6　Filed 06/11/19　Page 29 of 120



# CLASS ACTION UPDATE for CVS, UMC, NTNX and BA: Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareholders



f  🐦  in  G+  📌  |  @ Email  |  🖨 Print Friendly  |  ⤵ Share

April 17, 2019 09:31 ET | **Source:** Levi & Korsinsky, LLP

NEW YORK, April 17, 2019 (GLOBE NEWSWIRE) -- Levi & Korsinsky, LLP announces that class action lawsuits have commenced on behalf of shareholders of the following publicly-traded companies. Shareholders interested in serving as lead plaintiff have until the deadlines listed to petition the court and further details about the cases can be found at the links provided. There is no cost or obligation to you.

**CVS Health Corporation (NYSE: CVS)**
**Class Period:** May 21, 2015 - February 20, 2019
**Lead Plaintiff Deadline:** April 26, 2019
Join the action: **https://www.zlk.com/pslra-1/cvs-health-corporation-loss-form?wire=3**

About the lawsuit: Throughout the class period, CVS Health Corporation allegedly made materially false and/or misleading statements and/or failed to disclose that: (i) CVS Health's financial condition and expected earnings were deteriorating as a result of rising costs and poor results associated with the Omnicare Acquisition; and (ii) as a result, CVS Health's public statements were materially false and misleading at all relevant times.

To learn more about the **CVS Health Corporation** class action contact **jlevi@levikorsinsky.com**.

**United Microelectronics Corporation (NYSE: UMC)**
**Class Period:** October 28, 2015 - November 1, 2018
**Lead Plaintiff Deadline:** May 13, 2019
Join the action: **https://www.zlk.com/pslra-1/united-microelectronics-corporation-loss-form?wire=3**

EXHIBIT F pg.28

Case 3:19-cv-01651-WHC    Document 71-6    Filed 06/11/19    Page 30 of 120

About the lawsuit: United Microelectronics Corporation allegedly made materially false and/or misleading statements and/or failed to disclose that: (i) UMC conspired with Fujian to steal trade secrets from Micron relating to its research and development of Dynamic Random-Access Memory ("DRAM"); (ii) UMC hired former Micron employees for the purpose of stealing such information from Micron; (iii) the foregoing conduct placed UMC and certain of its employees at an increased risk of criminal and regulatory investigation by the U.S. government; and (iv) as a result, UMC's public statements were materially false and misleading at all relevant times.

To learn more about the **United Microelectronics Corporation** class action contact **jlevi@levikorsinsky.com**.

**Nutanix, Inc. (NASDAQGS: NTNX)**
**Class Period:** Class A shares purchased between March 2, 2018 and February 28, 2019
**Lead Plaintiff Deadline:** May 28, 2019
Join the action: **https://www.zlk.com/pslra-1/nutanix-inc-loss-form?wire=3**

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins.  On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

To learn more about the **Nutanix, Inc.** class action contact **jlevi@levikorsinsky.com**.

**The Boeing Company (NYSE: BA)**
**Class Period:** January 8, 2019 - March 21, 2019
**Lead Plaintiff Deadline:** June 10, 2019
Join the action: **https://www.zlk.com/pslra-1/the-boeing-company-loss-form-2?wire=3**

About the lawsuit: During the class period, The Boeing Company allegedly made materially false and/or misleading statements and/or failed to disclose that: (1) Boeing's 737 MAX airplanes were not as safe as previous models, therefore Boeing included undisclosed "hacks" created by engineering compromises and the lack of safety features which Boeing sold as "optional" add-ons which were designed to help address these safety concerns; (2) most airlines did not purchase these safety "options"; (3) the Federal Aviation Administration granted Boeing its own oversight and certification of Boeing's new flight control system, or Maneuvering Characteristics Augmentation Systems, which was a clear conflict of interest as Boeing was rushing the 737 MAX airplanes to market; and (4) as a result of the foregoing, Boeing's public statement were materially false and misleading at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

EXHIBIT F pg.29

Case 3:19-cv-01651-WHO   Document 71-6   Filed 06/11/19   Page 31 of 120

To learn more about the **The Boeing Company** class action contact **jlevi@levikorsinsky.com**.

You have until the lead plaintiff deadlines to request the court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

CONTACT:
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
55 Broadway, 10th Floor
New York, NY 10006
**jlevi@levikorsinsky.com**
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
**www.zlk.com**

---

## Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

## About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.

EXHIBIT F pg.30

Case 3:19-cv-01651-WHO   Document 71-6   Filed 06/11/19   Page 32 of 120



# The Klein Law Firm Reminds Investors of Class Actions on Behalf of Shareholders of BPI, CRCM, NTNX and FSNN



f　🐦　in　G+　📌　｜　@ Email　｜　🖨 Print Friendly　｜　< Share

April 19, 2019 09:35 ET | **Source:** The Klein Law Firm

NEW YORK, April 19, 2019 (GLOBE NEWSWIRE) -- The Klein Law Firm announces that class action complaints have been filed on behalf of shareholders of the following companies. If you suffered a loss you have until the lead plaintiff deadline to request that the court appoint you as lead plaintiff.

**Bridgepoint Education Inc. (NYSE: BPI)**
Class Period: March 8, 2016 to March 7, 2019
Lead Plaintiff Deadline: May 10, 2019

The lawsuit alleges that Bridgepoint Education Inc. made materially false and/or misleading statements and/or failed to disclose that: (i) Bridgepoint's processes for recording revenue for its FTG program were inaccurate; (ii) Bridgepoint maintained deficient internal controls; (iii) due to the foregoing deficiencies, Bridgepoint was prone to and did commit material accounting errors related to revenue, provision for bad debts, accounts receivable and deferred revenue, which resulted in the overstatement of revenue and expenses; and (iv) as a result, Bridgepoint's public statements were materially false and misleading at all relevant times.

Get additional information about the **BPI** lawsuit: **http://www.kleinstocklaw.com/pslra-1/bridgepoint-education-inc-loss-submission-form?wire=3**

**Care.com, Inc. (NYSE: CRCM)**
Class Period: March 27, 2015 to April 1, 2019
Lead Plaintiff Deadline: June 3, 2019

The complaint alleges that Defendants made false and/or misleading statements, as well as failed to disclose material adverse facts, with respect to the manner in which the Company vets the caregivers and daycare providers listed on its website.

Get additional information about the **CRCM** lawsuit: **http://www.kleinstocklaw.com/pslra-1/care-com-inc-loss-submission-form?wire=3**

EXHIBIT F pg.31

**Nutanix, Inc. (NASDAQGS: NTNX)**
Class Period: Class A shares purchased between March 2, 2018 and February 28, 2019
Lead Plaintiff Deadline: May 28, 2019

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins. On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

Get additional information about the **NTNX** lawsuit: http://www.kleinstocklaw.com/pslra-1/nutanix-inc-loss-submission-form?wire=3

**Fusion Connect, Inc. (NASDAQCM: FSNN)**
Class Period: August 14, 2018 to April 2, 2019
Lead Plaintiff Deadline: June 17, 2019

The complaint alleges that Fusion made materially false and misleading statements, later admitting that the process used by certain of its Birch subsidiaries for capitalizing costs associated with the customer on-boarding process and the related judgments and estimates were not designed with sufficient precision, leading to an overstatement of the Company's earnings (or net loss) of between $1.7 million and $2.3 million in the quarter ending on June 30, 2018, and between $3.4 million and $4.1 million in the quarter ending September 30, 2018.

Get additional information about the **FSNN** lawsuit: http://www.kleinstocklaw.com/pslra-1/fusion-connect-inc-loss-submission-form?wire=3

Your ability to share in any recovery doesn't require that you serve as a lead plaintiff. There is no cost or obligation to you. If you suffered a loss during the class period and wish to obtain additional information, please contact J. Klein, Esq. by telephone at 212-616-4899 or visit the webpages provided.

J. Klein, Esq. represents investors and participates in securities litigations involving financial fraud throughout the nation. Attorney advertising. Prior results do not guarantee similar outcomes.

CONTACT:
J. Klein, Esq.
Empire State Building
350 Fifth Avenue
59th Floor
New York, NY 10118
jk@kleinstocklaw.com

EXHIBIT F pg.32

Telephone: (212) 616-4899

Fax: (347) 558-9665

**www.kleinstocklaw.com**

---

## Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

## About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.

EXHIBIT F pg.33

← Back to Newsroom (/newsroom)



**Levi & Korsinsky, LLP**

# CLASS ACTION UPDATE for AMRN, NTNX and BA: Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareholders

*Monday, April 22, 2019 3:55 PM*

**NEW YORK, NY / ACCESSWIRE / April 22, 2019 /** Levi & Korsinsky, LLP announces that class action lawsuits have commenced on behalf of shareholders of the following publicly-traded companies. Shareholders interested in serving as lead plaintiff have until the deadlines listed to petition the court and further details about the cases can be found at the links provided.

### Amarin Corporation (NASDAQGM: AMRN)

**Class Period**: September 24, 2018 - November 9, 2018
**Lead Plaintiff Deadline** : April 23, 2019
Join the action: https://www.zlk.com/pslra-1/amarin-corporation-loss-form?prid=1219&wire=1 (http://pr.report/MC2wy5RY)

Allegations: Amarin Corporation made materially false and/or misleading statements throughout the class period and/or failed to disclose that: (1) the top-line results Amarin touted about its REDUCE-IT trial for Vascepa were not as positive as the company represented; (2) the placebo given to patients in the control arm of REDUCE-IT may have increased the incidence of cardiovascular events in those patients; (3) as a result, Amarin's public statements were materially false and misleading at all relevant times.

To learn more about the **Amarin Corporation** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

### Nutanix, Inc. (NASDAQGS: NTNX)

**Class Period**: Class A shares purchased between March 2, 2018 and February 28, 2019
**Lead Plaintiff Deadline** : May 28, 2019
Join the action: https://www.zlk.com/pslra-1/nutanix-inc-loss-form?prid=1219&wire=1 (http://pr.report/mj4vJyW1)

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins.

On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

To learn more about the **Nutanix, Inc.** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

### The Boeing Company (NYSE: BA)

**Class Period**: January 8, 2019 - March 21, 2019
**Lead Plaintiff Deadline** : June 10, 2019
Join the action: https://www.zlk.com/pslra-1/the-boeing-company-loss-form-2?prid=1219&wire=1 (http://pr.report/m34GJf8S)

Allegations: The Boeing Company made materially false and/or misleading statements and/or failed to disclose that: (1) Boeing's 737 MAX airplanes were not as safe as previous models, therefore Boeing included undisclosed "hacks" created by engineering compromises and the lack of safety features which Boeing sold as "optional" add-ons which were designed to help address these safety concerns; (2) most

EXHIBIT F pg.34

airlines did not purchase these safety "options"; (3) the Federal Aviation Administration granted Boeing its own oversight and certification of Boeing's new flight control system, or Maneuvering Characteristics Augmentation Systems, which was a clear conflict of interest as Boeing was rushing the 737 MAX airplanes to market; and (4) as a result of the foregoing, Boeing's public statement were materially false and misleading at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

To learn more about the **The Boeing Company** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

You have until the lead plaintiff deadlines to request the court appoint as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation, and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
55 Broadway, 10th Floor
New York, NY 10006
jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com)
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
www.zlk.com (http://pr.report/oJQtv8Tu)

**SOURCE:** Levi & Korsinsky, LLP

---

SHARE ARTICLE

   

CONNECT WITH US

ABOUT US            PRODUCTS

NEWSROOM            BECOME A CLIENT

(https://www.linkedin.com/company-
(https://twitter.com/Accesswire)(mailto:accesswire)facebook.com/966956Accesswire)(https://www.instagram.com/accesswire/)
pathWildcard=966956)

SALES                        EDITORIAL
Toll Free: 888.952.4446 Opt 2    Toll Free: 888.952.4446 Opt 1
sales@accesswire.com             cs@accesswire.com
(mailto:sales@accesswire.com)    (mailto:cs@accesswire.com)

Copyright 2019 © ACCESSWIRE. All rights reserved. Privacy Policy (/privacy-policy) | Terms and Conditions (/terms)

EXHIBIT F pg.35

← Back to Newsroom (/newsroom)



**The Law Offices of Vincent Wong**

# SHAREHOLDER ALERT: AMRN BPI NTNX: The Law Offices of Vincent Wong Reminds Investors of Important Class Action Deadlines

*Monday, April 22, 2019 1:20 PM*

**NEW YORK, NY / ACCESSWIRE / April 22, 2019 /** The Law Offices of Vincent Wong announce that class actions have commenced on behalf of shareholders of the following companies. If you suffered a loss you have until the lead plaintiff deadline to request that the court appoint you as lead plaintiff.

**Amarin Corporation (NASDAQGM: AMRN)**
**Lead Plaintiff Deadline**: April 23, 2019
**Class Period**: September 24, 2018 and November 9, 2018

Get additional information about AMRN: http://www.wongesq.com/pslra-1/amarin-corporation-loss-submission-form?prid=1215&wire=1 (http://pr.report/vbdWAarl)

**Bridgepoint Education Inc. (NYSE: BPI)**
**Lead Plaintiff Deadline**: May 10, 2019
**Class Period**: March 8, 2016 and March 7, 2019

Get additional information about BPI: http://www.wongesq.com/pslra-1/bridgepoint-education-inc-loss-submission-form?prid=1215&wire=1 (http://pr.report/Qs6YSu85)

**Nutanix, Inc. (NASDAQGS: NTNX)**
**Lead Plaintiff Deadline**: May 28, 2019
**Class Period**: Class A shares purchased between March 2, 2018 and February 28, 2019

Get additional information about NTNX: http://www.wongesq.com/pslra-1/nutanix-inc-loss-submission-form?prid=1215&wire=1 (http://pr.report/e25MGHsO)

To learn more contact Vincent Wong, Esq. either via email vw@wongesq.com (mailto:vw@wongesq.com) or by telephone at 212.425.1140.

Vincent Wong, Esq. is an experienced attorney that has represented investors in securities litigations involving financial fraud and violations of shareholder rights. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Vincent Wong, Esq.
39 East Broadway
Suite 304
New York, NY 10002
Tel. 212.425.1140
Fax. 866.699.3880
E-Mail: vw@wongesq.com (mailto:vw@wongesq.com)

**SOURCE:** The Law Offices of Vincent Wong

SHARE ARTICLE

   

CONNECT WITH US

EXHIBIT F pg.36

ABOUT US

NEWSROOM

PRODUCTS

BECOME A CLIENT

(https://www.linkedin.com/company-
(https://twitter.com/Accesswire)(https://www.facebook.com/Accesswire)(https://www.instagram.com/accesswire/)
pathWildcard=966956)

**SALES**

Toll Free: 888.952.4446 Opt 2

sales@accesswire.com

(mailto:sales@accesswire.com)

**EDITORIAL**

Toll Free: 888.952.4446 Opt 1

cs@accesswire.com

(mailto:cs@accesswire.com)

Copyright 2019 © ACCESSWIRE. All rights reserved. Privacy Policy (/privacy-policy) | Terms and Conditions (/terms)

EXHIBIT F pg.37

← Back to Newsroom (/newsroom)

**The Klein Law Firm**

# The Klein Law Firm Reminds Investors of Class Actions on Behalf of Shareholders of T, INGN and NTNX

*Tuesday, April 23, 2019 5:20 PM*

NEW YORK, NY / ACCESSWIRE / April 23, 2019 / The Klein Law Firm announces that class action complaints have been filed on behalf of shareholders of the following companies. If you suffered a loss you have until the lead plaintiff deadline to request that the court appoint you as lead plaintiff.

### AT&T Inc. (NYSE: T)
Class Period: (a) Shares purchased pursuant to the June 2018 acquisition of and merger with Time Warner and/or (b) shares purchased between October 22, 2016 and October 24, 2018
Lead Plaintiff Deadline: May 31, 2019

AT&T Inc. allegedly made materially false and/or misleading statements and/or failed to disclose that: (i) AT&T had substantially increased prices, while at the same time discontinuing promotional discounts for its DirecTV Now service; (ii) as a result, DirecTV Now subscribers were leaving (i.e., not renewing) as soon as their promotional discount periods expired, while at the same time new potential DirecTV Now customers were unwilling to pay the higher prices and therefore not subscribing at all; and (iii) as a result, the Company's public statements were materially false and misleading at all relevant times.

Get additional information about the T lawsuit: http://www.kleinstocklaw.com/pslra-1/att-inc-loss-submission-form?id=1238&from=1 (http://pr.report/TbCFrg-O)

### Inogen, Inc. (NASDAQGS: INGN)
Class Period: November 8, 2017 to February 26, 2019
Lead Plaintiff Deadline: May 6, 2019

Throughout the class period, Inogen, Inc. allegedly made materially false and/or misleading statements and/or failed to disclose that: (i) Inogen had overstated the true size of the total addressable market ("TAM") for its portable oxygen concentrators and had misstated the basis for its calculation of the TAM; (ii) Inogen had falsely attributed its sales growth to the strong sales acumen of its salesforce, when in reality it was due in large part to sales tactics designed to deceive its elderly customer base; (iii) the growth in Inogen's domestic business-to-business sales to home medical equipment ("HME") providers was inflated, unsustainable and was eroding direct-to-consumer sales; and (iv) very little of Inogen's business was actually coming from the more stable Medicare market.

Get additional information about the INGN lawsuit: http://www.kleinstocklaw.com/pslra-1/inogen-inc-loss-submission-form?id=1238&from=1 (http://pr.report/5aG40Syz)

### Nutanix, Inc. (NASDAQGS: NTNX)
Class Period: Class A shares purchased between March 2, 2018 and February 28, 2019
Lead Plaintiff Deadline: May 28, 2019

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins.

On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

Get additional information about the NTNX lawsuit: http://www.kleinstocklaw.com/pslra-1/nutanix-inc-loss-submission-form?id=1238&from=1 (http://pr.report/SoXg9kuV)

EXHIBIT F pg.38

Case 3:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 40 of 120

Your ability to share in any recovery doesn't require that you serve as a lead plaintiff. There is no cost or obligation to you. If you suffered a loss during the class period and wish to obtain additional information, please contact J. Klein, Esq. by telephone at 212-616-4899 or visit the webpages provided.

J. Klein, Esq. represents investors and participates in securities litigations involving financial fraud throughout the nation. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

J. Klein, Esq.
Empire State Building
350 Fifth Avenue
59th Floor
New York, NY 10118
jk@kleinstocklaw.com (mailto:jk@kleinstocklaw.com)
Telephone: (212) 616-4899
Fax: (347) 558-9665
www.kleinstocklaw.com (http://pr.report/Iz3VP01q)

**SOURCE:** The Klein Law Firm

SHARE ARTICLE

   

**CONNECT WITH US**

**ABOUT US**

**NEWSROOM**

**PRODUCTS**

**BECOME A CLIENT**

(https://www.linkedin.com/company-
(https://twitter.com/Accesswire)(https://www.facebook.com/AccessWire/)(https://www.instagram.com/accesswire/)
pathWildcard=966956)

**SALES**
Toll Free: 888.952.4446 Opt 2
sales@accesswire.com
(mailto:sales@accesswire.com)

**EDITORIAL**
Toll Free: 888.952.4446 Opt 1
cs@accesswire.com
(mailto:cs@accesswire.com)

Copyright 2019 © ACCESSWIRE. All rights reserved. Privacy Policy (/privacy-policy) | Terms and Conditions (/terms)

EXHIBIT F pg.39

← Back to Newsroom (/newsroom)

The Klein Law Firm

**The Klein Law Firm**

# The Klein Law Firm Reminds Investors of Class Actions on Behalf of Shareholders of AVEO, INGN and NTNX

*Wednesday, April 24, 2019 12:40 PM*

**NEW YORK, NY / ACCESSWIRE / April 24, 2019 /** The Klein Law Firm announces that class action complaints have been filed on behalf of shareholders of the following companies. If you suffered a loss you have until the lead plaintiff deadline to request that the court appoint you as lead plaintiff.

### AVEO Pharmaceuticals, Inc. (NASDAQ: AVEO)
Class Period: August 4, 2016 to January 31, 2019
Lead Plaintiff Deadline: April 26, 2019

The complaint alleges that throughout the class period AVEO Pharmaceuticals, Inc. made materially false and/or misleading statements and/or failed to disclose that: (i) the TIVO-3 trial was inadequately designed to address the OS concerns regarding AVEO's lead candidate drug, tivozanib, from the TIVO-1 trial presented in June 2013; (ii) tivozanib had insufficient survival data to meet FDA approval following its initial 2013 rejection; (iii) this lack of sufficient survival data would put tivozanib at greater risk of delayed FDA approval; and (iv) as a result, AVEO's public statements were materially false and misleading at all relevant times.

Get additional information about the **AVEO** lawsuit: http://www.kleinstocklaw.com/pslra-1/aveo-pharmaceuticals-inc-loss-submission-form?id=1251&from=1 (http://pr.report/7T25BGfc).

### Inogen, Inc. (NASDAQGS: INGN)
Class Period: November 8, 2017 to February 26, 2019
Lead Plaintiff Deadline: May 6, 2019

Throughout the class period, Inogen, Inc. allegedly made materially false and/or misleading statements and/or failed to disclose that: (i) Inogen had overstated the true size of the total addressable market ("TAM") for its portable oxygen concentrators and had misstated the basis for its calculation of the TAM; (ii) Inogen had falsely attributed its sales growth to the strong sales acumen of its salesforce, when in reality it was due in large part to sales tactics designed to deceive its elderly customer base; (iii) the growth in Inogen's domestic business-to-business sales to home medical equipment ("HME") providers was inflated, unsustainable and was eroding direct-to-consumer sales; and (iv) very little of Inogen's business was actually coming from the more stable Medicare market.

Get additional information about the **INGN** lawsuit: http://www.kleinstocklaw.com/pslra-1/inogen-inc-loss-submission-form?id=1251&from=1 (http://pr.report/cPsABzX3).

### Nutanix, Inc. (NASDAQGS: NTNX)
Class Period: Class A shares purchased between March 2, 2018 and February 28, 2019
Lead Plaintiff Deadline: May 28, 2019

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins.

On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

Get additional information about the **NTNX** lawsuit: http://www.kleinstocklaw.com/pslra-1/nutanix-inc-loss-submission-form?id=1251&from=1 (http://pr.report/FiR1lpu-).

EXHIBIT F pg.40

Case 3:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 42 of 120

Your ability to share in any recovery doesn't require that you serve as a lead plaintiff. There is no cost or obligation to you. If you suffered a loss during the class period and wish to obtain additional information, please contact J. Klein, Esq. by telephone at 212-616-4899 or visit the webpages provided.

J. Klein, Esq. represents investors and participates in securities litigations involving financial fraud throughout the nation. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

J. Klein, Esq.
Empire State Building
350 Fifth Avenue
59th Floor
New York, NY 10118
jk@kleinstocklaw.com (mailto:jk@kleinstocklaw.com)
Telephone: (212) 616-4899
Fax: (347) 558-9665
www.kleinstocklaw.com (http://pr.report/TpoeflWH)

**SOURCE:** The Klein Law Firm

---

SHARE ARTICLE

   

CONNECT WITH US

| ABOUT US | PRODUCTS |
| NEWSROOM | BECOME A CLIENT |

(https://www.linkedin.com/company-
(https://twitter.co(mt/tpacc/ewswwirfae)cebbtowk8.6co9m5/8/Xccesswiphteps://www.instagram.com/accesswire/)
pathWildcard=966956)

**SALES**
Toll Free: 888.952.4446 Opt 2
sales@accesswire.com
(mailto:sales@accesswire.com)

**EDITORIAL**
Toll Free: 888.952.4446 Opt 1
cs@accesswire.com
(mailto:cs@accesswire.com)

Copyright 2019 © ACCESSWIRE. All rights reserved. Privacy Policy (/privacy-policy) | Terms and Conditions (/terms)

EXHIBIT F pg.41

Case 3:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 43 of 120

← Back to Newsroom (/newsroom)



The Law Offices of Vincent Wong

# SHAREHOLDER ALERT: T EB NTNX: The Law Offices of Vincent Wong Reminds Investors of Important Class Action Deadlines

*Wednesday, April 24, 2019 7:40 AM*

**NEW YORK, NY / ACCESSWIRE / April 24, 2019 /** The Law Offices of Vincent Wong announce that class actions have commenced on behalf of shareholders of the following companies. If you suffered a loss you have until the lead plaintiff deadline to request that the court appoint you as lead plaintiff.

**AT&T Inc. (NYSE: T)**
**Lead Plaintiff Deadline** : May 31, 2019
**Class Period**: (a) Shares purchased pursuant to the June 2018 acquisition of and merger with Time Warner and/or (b) shares purchased between October 22, 2016 and October 24, 2018

Get additional information about T: http://www.wongesq.com/pslra-1/att-inc-loss-submission-form?prid=1245&wire=1 (http://pr.report/SN4LQjnR)

**Eventbrite, Inc. (NYSE: EB)**
**Lead Plaintiff Deadline** : June 17, 2019
**Class Period**: Purchasers of shares (a) pursuant and/or traceable to the Company's September 2018 initial public offering; and/or (b) between September 20, 2018 and March 7, 2019

Get additional information about EB: http://www.wongesq.com/pslra-1/eventbrite-inc-loss-submission-form?prid=1245&wire=1 (http://pr.report/IQ4Rwj6n)

**Nutanix, Inc. (NASDAQGS: NTNX)**
**Lead Plaintiff Deadline** : May 28, 2019
**Class Period**: Class A shares purchased between March 2, 2018 and February 28, 2019

Get additional information about NTNX: http://www.wongesq.com/pslra-1/nutanix-inc-loss-submission-form?prid=1245&wire=1 (http://pr.report/Q8F2fMup)

To learn more contact Vincent Wong, Esq. either via email vw@wongesq.com (mailto:vw@wongesq.com) or by telephone at 212.425.1140.

Vincent Wong, Esq. is an experienced attorney that has represented investors in securities litigations involving financial fraud and violations of shareholder rights. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Vincent Wong, Esq.
39 East Broadway
Suite 304
New York, NY 10002
Tel. 212.425.1140
Fax. 866.699.3880
E-Mail: vw@wongesq.com (mailto:vw@wongesq.com)

**SOURCE:** The Law Offices of Vincent Wong

SHARE ARTICLE



EXHIBIT F pg.42

6/6/2019     SHAREHOLDER ALERT - EB NTNX: The Law Offices of Vincent Wong Reminds Investors of Important Class Action Deadlines

Case 3:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 44 of 120

## CONNECT WITH US

**ABOUT US**

**NEWSROOM**

**PRODUCTS**

**BECOME A CLIENT**

(https://www.linkedin.com/company-
(https://twitter.com/Accesswire)(https://www.facebook.com/AccessWire/)(https://www.instagram.com/accesswire/)
pathWildcard=966956)

**SALES**

Toll Free: 888.952.4446 Opt 2

sales@accesswire.com

(mailto:sales@accesswire.com)

**EDITORIAL**

Toll Free: 888.952.4446 Opt 1

cs@accesswire.com

(mailto:cs@accesswire.com)

Copyright 2019 © ACCESSWIRE. All rights reserved. Privacy Policy (/privacy-policy) | Terms and Conditions (/terms)

EXHIBIT F pg.43

Case 3:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 45 of 120

← Back to Newsroom (/newsroom)



**Levi & Korsinsky, LLP**

---

# CLASS ACTION UPDATE for NTNX, APYX and INVVY: Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareholders

*Thursday, April 25, 2019 5:00 PM*

**NEW YORK, NY / ACCESSWIRE / April 25, 2019 /** Levi & Korsinsky, LLP announces that class action lawsuits have commenced on behalf of shareholders of the following publicly-traded companies. Shareholders interested in serving as lead plaintiff have until the deadlines listed to petition the court and further details about the cases can be found at the links provided.

### Nutanix, Inc. (NASDAQGS: NTNX)

**Class Period**: Class A shares purchased between March 2, 2018 and February 28, 2019
**Lead Plaintiff Deadline** : May 28, 2019
Join the action: https://www.zlk.com/pslra-1/nutanix-inc-loss-form?prid=1278&wire=1 (http://pr.report/0nMA7hcB)

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins.

On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

To learn more about the **Nutanix, Inc.** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

### Apyx Medical Corporation (NASDAQ: APYX)

**Class Period**: August 1, 2018 - April 1, 2019
**Lead Plaintiff Deadline** : June 17, 2019
Join the action: https://www.zlk.com/pslra-1/apyx-medical-corporation-loss-form?prid=1278&wire=1 (http://pr.report/JqcpagUf)

Allegations: Apyx Medical Corporation made materially false and/or misleading statements and/or failed to disclose that: (1) the clinical study on the use of J-Plasma for dermal resurfacing had not met its primary efficacy endpoint; (2) as a result, the clinical study did not support the Company's application for regulatory clearance; (3) as a result, the Company was unlikely to receive regulatory approval of J-Plasma for dermal resurfacing; and (4) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially false and/or misleading and/or lacked a reasonable basis.

To learn more about the **Apyx Medical Corporation** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

### Indivior PLC (OTC Pink: INVVY)

**Class Period**: March 10, 2015 - April 9, 2019
**Lead Plaintiff Deadline** : June 24, 2019
Join the action: https://www.zlk.com/pslra-1/indivior-plc-loss-form?prid=1278&wire=1 (http://pr.report/e90INHQk)

EXHIBIT F pg.44

Allegations: Indivior PLC made materially false and/or misleading statements throughout the class period and/or failed to disclose that: (1) Indivior and its executives engaged in an illicit nationwide scheme to increase prescriptions of Suboxone Film; (2) Indivior illegally obtained billions of dollars in revenue from Suboxone Film prescriptions by deceiving health care providers and health care benefit programs; (3) as a result of the aforementioned misconduct, Indivior would face felony charges; and (4) due to the foregoing, Defendants' statements about its business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times.

To learn more about the **Indivior PLC** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

You have until the lead plaintiff deadlines to request the court appoint as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation, and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
55 Broadway, 10th Floor
New York, NY 10006
jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com)
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
www.zlk.com (http://pr.report/jVcxKbFM)

**SOURCE:** Levi & Korsinsky, LLP

---

SHARE ARTICLE

   

## CONNECT WITH US

|  |  |
| --- | --- |
| ABOUT US | PRODUCTS |
| NEWSROOM | BECOME A CLIENT |

(https://www.linkedin.com/company-
(https://twitter.com/AccessWire)(https://www.facebook.com/AccessWire)(https://www.instagram.com/accesswire/)
pathWildcard=966956)

| SALES | EDITORIAL |
| --- | --- |
| Toll Free: 888.952.4446 Opt 2 | Toll Free: 888.952.4446 Opt 1 |
| sales@accesswire.com | cs@accesswire.com |
| (mailto:sales@accesswire.com) | (mailto:cs@accesswire.com) |

Copyright 2019 © ACCESSWIRE. All rights reserved. Privacy Policy (/privacy-policy) | Terms and Conditions (/terms)

EXHIBIT F pg.45

Case 3:19-cv-01651-WHO    Document 71-6    Filed 06/11/19    Page 47 of 120

← Back to Newsroom (/newsroom)



**Levi & Korsinsky, LLP**

# CLASS ACTION UPDATE for WTW, INGN and NTNX: Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareholders

*Monday, April 29, 2019 10:50 AM*

**NEW YORK, NY / ACCESSWIRE / April 29, 2019 /** Levi & Korsinsky, LLP announces that class action lawsuits have commenced on behalf of shareholders of the following publicly-traded companies. Shareholders interested in serving as lead plaintiff have until the deadlines listed to petition the court and further details about the cases can be found at the links provided.

### Weight Watchers International, Inc. (NASDAQ: WTW)

**Class Period**: May 4, 2018 - February 26, 2019
**Lead Plaintiff Deadline** : May 3, 2019
Join the action: https://www.zlk.com/pslra-1/weight-watchers-international-inc-loss-form?prid=1299&wire=1 (http://pr.report/r2KnNDeW)

The lawsuit alleges: Weight Watchers International, Inc. made materially false and/or misleading statements and/or failed to disclose that: (a) Weight Watchers was experiencing diminished subscriber demand attributable due to the onslaught of new competing smartphone fitness apps, meal-delivery services, and other tech advances, which were driving down Weight Watchers' new subscriber growth and its subscriber retention rates; (b) diminished subscriber growth, when coupled with the much larger number of fourth quarter subscription lapses that Weight Watchers typically experiences, made it highly unlikely that the Company would retain four million subscribers by the end of 2018; (c) Weight Watchers was not on track to grow its subscriber count to five million or to drive annual revenues to more than $2 billion by the end of 2020; (d) a decreased subscriber count would result in decreased revenues and profits; and (e) as a result, Defendants' statements about Weight Watchers' business metrics and financial prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

To learn more about the **Weight Watchers International, Inc.** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

### Inogen, Inc. (NASDAQGS: INGN)

**Class Period**: November 8, 2017 - February 26, 2019
**Lead Plaintiff Deadline** : May 6, 2019
Join the action: https://www.zlk.com/pslra-1/inogen-inc-loss-form?prid=1299&wire=1 (http://pr.report/HNtKXf91)

The lawsuit alleges that, during the class period, Inogen, Inc. made materially false and/or misleading statements and/or failed to disclose that: (i) Inogen had overstated the true size of the total addressable market ("TAM") for its portable oxygen concentrators and had misstated the basis for its calculation of the TAM; (ii) Inogen had falsely attributed its sales growth to the strong sales acumen of its salesforce, when in reality it was due in large part to sales tactics designed to deceive its elderly customer base; (iii) the growth in Inogen's domestic business-to-business sales to home medical equipment ("HME") providers was inflated, unsustainable and was eroding direct-to-consumer sales; and (iv) very little of Inogen's business was actually coming from the more stable Medicare market.

To learn more about the **Inogen, Inc.** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

### Nutanix, Inc. (NASDAQGS: NTNX)

EXHIBIT F pg.46

**Class Period**: Class A shares purchased between March 2, 2018 and February 28, 2019
**Lead Plaintiff Deadline** : May 28, 2019
Join the action: https://www.zlk.com/pslra-1/nutanix-inc-loss-form?prid=1299&wire=1
(http://pr.report/qaGe1psl)

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins.

On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

To learn more about the **Nutanix, Inc.** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

You have until the lead plaintiff deadlines to request the court appoint as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation, and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
55 Broadway, 10th Floor
New York, NY 10006
jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com)
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
www.zlk.com (http://pr.report/AGZPm3HS)

**SOURCE:** Levi & Korsinsky, LLP

SHARE ARTICLE

   

**CONNECT WITH US**

ABOUT US          PRODUCTS

NEWSROOM          BECOME A CLIENT

(https://www.linkedin.com/company-
(https://twitter.com/Accesswire)(https://www.facebook.com/accesswire/)(https://www.instagram.com/accesswire/)
pathWildcard=966956)

SALES                    EDITORIAL
Toll Free: 888.952.4446 Opt 2    Toll Free: 888.952.4446 Opt 1
sales@accesswire.com          cs@accesswire.com
(mailto:sales@accesswire.com)  (mailto:cs@accesswire.com)

Copyright 2019 © ACCESSWIRE. All rights reserved. Privacy Policy (/privacy-policy) | Terms and Conditions (/terms)

EXHIBIT F pg.47

← Back to Newsroom (/newsroom)

The Klein Law Firm

# The Klein Law Firm Reminds Investors of Class Actions on Behalf of Shareholders of WTW, NTNX and BA

*Wednesday, May 1, 2019 6:30 PM*

**NEW YORK, NY / ACCESSWIRE / May 1, 2019 /** The Klein Law Firm announces that class action complaints have been filed on behalf of shareholders of the following companies. If you suffered a loss you have until the lead plaintiff deadline to request that the court appoint you as lead plaintiff.

### Weight Watchers International, Inc. (NASDAQ: WTW)
Class Period: May 4, 2018 to February 26, 2019
Lead Plaintiff Deadline: May 3, 2019

According to the complaint, Weight Watchers International, Inc. allegedly made materially false and/or misleading statements and/or failed to disclose that: (a) Weight Watchers was experiencing diminished subscriber demand attributable due to the onslaught of new competing smartphone fitness apps, meal-delivery services, and other tech advances, which were driving down Weight Watchers' new subscriber growth and its subscriber retention rates; (b) diminished subscriber growth, when coupled with the much larger number of fourth quarter subscription lapses that Weight Watchers typically experiences, made it highly unlikely that the Company would retain four million subscribers by the end of 2018; (c) Weight Watchers was not on track to grow its subscriber count to five million or to drive annual revenues to more than $2 billion by the end of 2020; (d) a decreased subscriber count would result in decreased revenues and profits; and (e) as a result, Defendants' statements about Weight Watchers' business metrics and financial prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

Get additional information about the **WTW** lawsuit: http://www.kleinstocklaw.com/pslra-1/weight-watchers-international-inc-loss-submission-form?id=1355&from=1 (http://pr.report/SENkL8g3)

### Nutanix, Inc. (NASDAQGS: NTNX)
Class Period: Class A shares purchased between March 2, 2018 and February 28, 2019
Lead Plaintiff Deadline: May 28, 2019

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins.

On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

Get additional information about the **NTNX** lawsuit: http://www.kleinstocklaw.com/pslra-1/nutanix-inc-loss-submission-form?id=1355&from=1 (http://pr.report/bNWQ1o78)

### The Boeing Company (NYSE: BA)
Class Period: January 8, 2019 to March 21, 2019
Lead Plaintiff Deadline: June 10, 2019

The complaint alleges that during the class period The Boeing Company made materially false and/or misleading statements and/or failed to disclose that: (1) Boeing's 737 MAX airplanes were not as safe as previous models, therefore Boeing included undisclosed "hacks" created by engineering compromises and the lack of safety features which Boeing sold as "optional" add-ons which were designed to help address these safety concerns; (2) most airlines did not purchase these safety "options"; (3) the Federal Aviation Administration granted Boeing its own oversight and certification of Boeing's new flight control system, or

EXHIBIT F pg.48

Case 3:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 50 of 120

Maneuvering Characteristics Augmentation Systems, which was a clear conflict of interest as Boeing was rushing the 737 MAX airplanes to market; and (4) as a result of the foregoing, Boeing's public statement were materially false and misleading at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

Get additional information about the BA lawsuit: http://www.kleinstocklaw.com/pslra-1/the-boeing-company-loss-submission-form-2?id=1355&from=1 (http://pr.report/xAhZnwVG)

Your ability to share in any recovery doesn't require that you serve as a lead plaintiff. There is no cost or obligation to you. If you suffered a loss during the class period and wish to obtain additional information, please contact J. Klein, Esq. by telephone at 212-616-4899 or visit the webpages provided.

J. Klein, Esq. represents investors and participates in securities litigations involving financial fraud throughout the nation. Attorney advertising. Prior results do not guarantee similar outcomes.

CONTACT:

J. Klein, Esq.
Empire State Building
350 Fifth Avenue
59th Floor
New York, NY 10118
jk@kleinstocklaw.com (mailto:jk@kleinstocklaw.com)
Telephone: (212) 616-4899
Fax: (347) 558-9665
www.kleinstocklaw.com (http://pr.report/jgHOUC1D)

SOURCE: The Klein Law Firm

SHARE ARTICLE

   

CONNECT WITH US

ABOUT US

NEWSROOM

PRODUCTS

BECOME A CLIENT

(https://www.linkedin.com/company-
(https://twitter.com/Access wire(https://www.facebook.com/Accesswire/(https://www.instagram.com/accesswire/)
pathWildcard=966956)

SALES
Toll Free: 888.952.4446 Opt 2
sales@accesswire.com
(mailto:sales@accesswire.com)

EDITORIAL
Toll Free: 888.952.4446 Opt 1
cs@accesswire.com
(mailto:cs@accesswire.com)

Copyright 2019 © ACCESSWIRE. All rights reserved. Privacy Policy (/privacy-policy) | Terms and Conditions (/terms)

EXHIBIT F pg.49

← Back to Newsroom (/newsroom)



**Levi & Korsinsky, LLP**

# CLASS ACTION UPDATE for HCSG, BV and NTNX: Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareholders

*Wednesday, May 1, 2019 1:35 PM*

**NEW YORK, NY / ACCESSWIRE / May 1, 2019 /** Levi & Korsinsky, LLP announces that class action lawsuits have commenced on behalf of shareholders of the following publicly-traded companies. Shareholders interested in serving as lead plaintiff have until the deadlines listed to petition the court and further details about the cases can be found at the links provided.

### Healthcare Services Group, Inc. (NASDAQ: HCSG)

**Class Period**: April 11, 2017 - March 4, 2019
**Lead Plaintiff Deadline** : May 21, 2019
Join the action: https://www.zlk.com/pslra-1/healthcare-services-group-inc-loss-form?prid=1345&wire=1 (http://pr.report/pxKdf39G)

Allegations: Healthcare Services Group, Inc. made materially false and/or misleading statements and/or failed to disclose that: (a) Defendant Wahl either knew or was reckless in not knowing that the Company had been accused of strategically rounding quarterly earnings per share, and therefore investors could not rely upon the Company's track record without conducting a thorough investigation into the allegations; (b) Defendants concealed that the SEC had written to the Company in November 2017 to inquire into the Company's earnings per share rounding practices; and (c) the Company concealed that the SEC delivered a subpoena to the Company in March 2018 demanding the Company produce documents in connection with how it calculated earnings per share.

To learn more about the **Healthcare Services Group, Inc.** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

### BrightView Holdings, Inc. (NYSE: BV)

**Class Period**: Purchasers of common stock pursuant to the IPO completed around July 2, 2018
**Lead Plaintiff Deadline** : June 14, 2019
Join the action: https://www.zlk.com/pslra-1/brightview-holdings-inc-loss-form?prid=1345&wire=1 (http://pr.report/E2XFlkgY)

The complaint alleges that the defendants made materially false and/or misleading statements in the Offering Documents relating to the IPO, including omitting or failing to disclose that: (i) a material portion of BrightView's contracts were underperforming and/or represented undesirable costs to the Company; (ii) as a result of the foregoing, BrightView would implement a "managed exit" strategy to end its low margin and non-profitable contracts with customers; (iii) this "managed exit" strategy would negatively impact BrightView's future revenue throughout 2018, and would continue to do so well into fiscal year 2019; and (iv) as a result, the Offering Documents were materially false and/or misleading and failed to state information required to be stated therein.

To learn more about the **BrightView Holdings, Inc.** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

### Nutanix, Inc. (NASDAQGS: NTNX)

**Class Period**: Class A shares purchased between March 2, 2018 and February 28, 2019
**Lead Plaintiff Deadline** : May 28, 2019
Join the action: https://www.zlk.com/pslra-1/nutanix-inc-loss-form?prid=1345&wire=1 (http://pr.report/-F9I5o7j)

EXHIBIT F pg.50

Case 3:19-cv-01651-WHO   Document 71-6   Filed 06/11/19   Page 52 of 120

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins.

On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

To learn more about the **Nutanix, Inc.** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

You have until the lead plaintiff deadlines to request the court appoint as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation, and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
55 Broadway, 10th Floor
New York, NY 10006
jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com)
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
www.zlk.com (http://pr.report/ih8VlsYj)

**SOURCE:** Levi & Korsinsky, LLP

---

SHARE ARTICLE

   

## CONNECT WITH US

ABOUT US

NEWSROOM

PRODUCTS

BECOME A CLIENT

(https://www.linkedin.com/company-
(https://twitter.com/Accesswire)(https://www.facebook.com/AccesswirePR)(https://www.instagram.com/accesswire/)
pathWildcard=966956)

### SALES
Toll Free: 888.952.4446 Opt 2
sales@accesswire.com
(mailto:sales@accesswire.com)

### EDITORIAL
Toll Free: 888.952.4446 Opt 1
cs@accesswire.com
(mailto:cs@accesswire.com)

Copyright 2019 © ACCESSWIRE. All rights reserved. Privacy Policy (/privacy-policy) | Terms and Conditions (/terms)

EXHIBIT F pg.51

Case 3:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 53 of 120



# CLASS ACTION UPDATE for UMC, NTNX, FSNN and S: Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareholders



f  🐦  in  G+  📌  |  @ Email  |  🖨 Print Friendly  |  ⬍ Share

May 02, 2019 10:04 ET | **Source:** Levi & Korsinsky, LLP

NEW YORK, May 02, 2019 (GLOBE NEWSWIRE) -- Levi & Korsinsky, LLP announces that class action lawsuits have commenced on behalf of shareholders of the following publicly-traded companies. Shareholders interested in serving as lead plaintiff have until the deadlines listed to petition the court and further details about the cases can be found at the links provided. There is no cost or obligation to you.

**United Microelectronics Corporation (NYSE: UMC)**
**Class Period:** October 28, 2015 - November 1, 2018
**Lead Plaintiff Deadline:** May 13, 2019
Join the action: **https://www.zlk.com/pslra-1/united-microelectronics-corporation-loss-form?wire=3**

The lawsuit alleges: United Microelectronics Corporation made materially false and/or misleading statements throughout the class period and/or failed to disclose that: (i) UMC conspired with Fujian to steal trade secrets from Micron relating to its research and development of Dynamic Random-Access Memory ("DRAM"); (ii) UMC hired former Micron employees for the purpose of stealing such information from Micron; (iii) the foregoing conduct placed UMC and certain of its employees at an increased risk of criminal and regulatory investigation by the U.S. government; and (iv) as a result, UMC's public statements were materially false and misleading at all relevant times.

To learn more about the **United Microelectronics Corporation** class action contact **jlevi@levikorsinsky.com**.

EXHIBIT F pg.52

Case 3:19-cr-01651-WHO, Document 71-6, Filed 06/11/19, Page 54 of 120

**Nutanix, Inc. (NASDAQGS: NTNX)**
**Class Period:** Class A shares purchased between March 2, 2018 and February 28, 2019
**Lead Plaintiff Deadline:** May 28, 2019
Join the action: **https://www.zlk.com/pslra-1/nutanix-inc-loss-form?wire=3**

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins. On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

To learn more about the **Nutanix, Inc.** class action contact **jlevi@levikorsinsky.com**.

**Fusion Connect, Inc. (OTCMKTS: FSNN)**
**Class Period:** August 14, 2018 - April 2, 2019
**Lead Plaintiff Deadline:** June 17, 2019
Join the action: **https://www.zlk.com/pslra-1/fusion-connect-inc-loss-form?wire=3**

The complaint alleges that Fusion made materially false and misleading statements, later admitting that the process used by certain of its Birch subsidiaries for capitalizing costs associated with the customer on-boarding process and the related judgments and estimates were not designed with sufficient precision, leading to an overstatement of the Company's earnings (or net loss) of between $1.7 million and $2.3 million in the quarter ending on June 30, 2018, and between $3.4 million and $4.1 million in the quarter ending September 30, 2018.

To learn more about the **Fusion Connect, Inc.** class action contact **jlevi@levikorsinsky.com**.

**Sprint Corporation (NYSE: S)**
**Class Period:** January 31, 2019 - April 16, 2019
**Lead Plaintiff Deadline:** June 21, 2019
Join the action: **https://www.zlk.com/pslra-1/sprint-corporation-loss-form?wire=3**

The complaint alleges that Sprint made materially false and misleading statements and/or failed to disclose material information. In particular, the complaint alleges that throughout the class period Sprint misrepresented the number of net postpaid subscriber additions in its Form 10-Q for the period ending December 31, 2018. Sprint would later admit that the data was "incomplete," and "not a substitute for a realistic analysis of the key factors that are most probative of Sprint's overall competitive position and prospects," because "postpaid net additions recently have been driven by 'free lines' offered to Sprint customers and the inclusion of less valuable tablet and other non-phone devices, as well as pre to post migrations that do not represent 'new' Sprint customers."

Case 3:19-cr-01651-W-NC Document 71-6 Filed 06/11/19 Page 55 of 120

To learn more about the **Sprint Corporation** class action contact **jlevi@levikorsinsky.com**.

You have until the lead plaintiff deadlines to request the court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

CONTACT:
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
55 Broadway, 10th Floor
New York, NY 10006
**jlevi@levikorsinsky.com**
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
www.zlk.com

---

## Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

## About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.

EXHIBIT F pg.54

Case 3:19-cv-01651-WHO   Document 71-6   Filed 06/11/19   Page 56 of 120

← Back to Newsroom (/newsroom)

The Klein Law Firm

# The Klein Law Firm Reminds Investors of Class Actions on Behalf of Shareholders of EB, NTNX and MWA

*Friday, May 3, 2019 6:20 PM*

**NEW YORK, NY / ACCESSWIRE / May 3, 2019 /** The Klein Law Firm announces that class action complaints have been filed on behalf of shareholders of the following companies. If you suffered a loss you have until the lead plaintiff deadline to request that the court appoint you as lead plaintiff.

### Eventbrite, Inc. (NYSE: EB)
Class Period: Purchasers of shares (a) pursuant and/or traceable to the Company's September 2018 initial public offering; and/or (b) between September 20, 2018 and March 7, 2019
Lead Plaintiff Deadline: June 17, 2019

The complaint alleges that during the class period Eventbrite, Inc. made materially false and/or misleading statements and/or failed to disclose that: (1) the Company's migration of customers from Ticketfly to Eventbrite was progressing slower than expected; (2) as a result, the Ticketfly integration would take longer than expected; (3) as a result, the Company's revenue and growth would be negatively impacted; and (4) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

Get additional information about the **EB** lawsuit: http://www.kleinstocklaw.com/pslra-1/eventbrite-inc-loss-submission-form?id=1391&from=1 (http://pr.report/UVQjw1nD)

### Nutanix, Inc. (NASDAQGS: NTNX)
Class Period: Class A shares purchased between March 2, 2018 and February 28, 2019
Lead Plaintiff Deadline: May 28, 2019

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins.

On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

Get additional information about the **NTNX** lawsuit: http://www.kleinstocklaw.com/pslra-1/nutanix-inc-loss-submission-form?id=1391&from=1 (http://pr.report/35-GWITL)

### Mueller Water Products, Inc. (NYSE: MWA)
Class Period: May 9, 2016 to August 6, 2018
Lead Plaintiff Deadline: June 10, 2019

The lawsuit alleges Mueller Water Products, Inc. made materially false and/or misleading statements and/or failed to disclose during the class period that: (1) the Company lacked adequate testing for product quality; (2) certain products with radio components were susceptible to fail prematurely; (3) as a result, the Company was reasonably likely to incur increased expenses, including warranty costs; (4) these costs would materially impact the Company's financial statements; (5) the Company lacked adequate internal controls over warranty costs and estimates; and (6) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Get additional information about the **MWA** lawsuit: http://www.kleinstocklaw.com/pslra-1/mueller-water-products-inc-loss-submission-form?id=1391&from=1 (http://pr.report/NoMuljZi)

EXHIBIT F pg.55

Your ability to share in any recovery doesn't require that you serve as a lead plaintiff. There is no cost or obligation to you. If you suffered a loss during the class period and wish to obtain additional information, please contact J. Klein, Esq. by telephone at 212-616-4899 or visit the webpages provided.

J. Klein, Esq. represents investors and participates in securities litigations involving financial fraud throughout the nation. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

J. Klein, Esq.
Empire State Building
350 Fifth Avenue
59th Floor
New York, NY 10118
jk@kleinstocklaw.com (mailto:jk@kleinstocklaw.com)
Telephone: (212) 616-4899
Fax: (347) 558-9665
www.kleinstocklaw.com (http://pr.report/SrlR8Y9a)

**SOURCE:** The Klein Law Firm

---

SHARE ARTICLE

  

## CONNECT WITH US

| ABOUT US | PRODUCTS | (https://www.linkedin.com/company- |
| NEWSROOM | BECOME A CLIENT | (https://twitter.com/Accesswire)(https://www.facebook.com/AccessWire)(https://www.instagram.com/accesswire/) pathWildcard=966956) |

### SALES
Toll Free: 888.952.4446 Opt 2
sales@accesswire.com
(mailto:sales@accesswire.com)

### EDITORIAL
Toll Free: 888.952.4446 Opt 1
cs@accesswire.com
(mailto:cs@accesswire.com)

Copyright 2019 © ACCESSWIRE. All rights reserved. Privacy Policy (/privacy-policy) | Terms and Conditions (/terms)

EXHIBIT F pg.56

Case 3:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 58 of 120



# SHAREHOLDER ALERT: UMC HCSG EB NTNX: The Law Offices of Vincent Wong Reminds Investors of Important Class Action Deadlines

f  ✔  in  G+  ⓟ  |  @ Email  |  🖶 Print Friendly  |  ⌣ Share

May 03, 2019 10:45 ET | **Source:** The Law Offices of Vincent Wong

NEW YORK, May 03, 2019 (GLOBE NEWSWIRE) -- The Law Offices of Vincent Wong announce that class actions have commenced on behalf of shareholders of the following companies. If you suffered a loss you have until the lead plaintiff deadline to request that the court appoint you as lead plaintiff.

**United Microelectronics Corporation** (NYSE: UMC)
Lead Plaintiff Deadline: May 13, 2019
Class Period: October 28, 2015 to November 1, 2018

Get additional information about UMC: **http://www.wongesq.com/pslra-1/united-microelectronics-corporation-loss-submission-form?wire=3**

**Healthcare Services Group, Inc.** (NASDAQ: HCSG)
Lead Plaintiff Deadline: May 21, 2019
Class Period: April 11, 2017 to March 4, 2019

Get additional information about HCSG: **http://www.wongesq.com/pslra-1/healthcare-services-group-inc-loss-submission-form?wire=3**

**Eventbrite, Inc.** (NYSE: EB)
Lead Plaintiff Deadline: June 17, 2019
Class Period: Purchasers of shares (a) pursuant and/or traceable to the Company's September 2018 initial public offering; and/or (b) between September 20, 2018 and March 7, 2019

EXHIBIT F pg.57

Get additional information about EB: **http://www.wongesq.com/pslra-1/eventbrite-inc-loss-submission-form?wire=3**

**Nutanix, Inc.** (NASDAQGS: NTNX)
Lead Plaintiff Deadline: May 28, 2019
Class Period: Class A shares purchased between March 2, 2018 and February 28, 2019

Get additional information about NTNX: **http://www.wongesq.com/pslra-1/nutanix-inc-loss-submission-form?wire=3**

To learn more contact Vincent Wong, Esq. either via email **vw@wongesq.com** or by telephone at 212.425.1140.

Vincent Wong, Esq. is an experienced attorney that has represented investors in securities litigations involving financial fraud and violations of shareholder rights. Attorney advertising. Prior results do not guarantee similar outcomes.

CONTACT:
Vincent Wong, Esq.
39 East Broadway
Suite 304
New York, NY 10002
Tel. 212.425.1140
Fax. 866.699.3880
E-Mail: **vw@wongesq.com**

---

Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.

EXHIBIT F pg.58

Case 3:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 60 of 120

← Back to Newsroom (/newsroom)

**The Klein Law Firm**

# The Klein Law Firm Reminds Investors of Class Actions on Behalf of Shareholders of NTNX, AAPL and S

*Monday, May 6, 2019 4:25 PM*

**NEW YORK, NY / ACCESSWIRE / May 6, 2019 /** The Klein Law Firm announces that class action complaints have been filed on behalf of shareholders of the following companies. If you suffered a loss you have until the lead plaintiff deadline to request that the court appoint you as lead plaintiff.

### Nutanix, Inc. (NASDAQGS: NTNX)

Class Period: Class A shares purchased between March 2, 2018 and February 28, 2019
Lead Plaintiff Deadline: May 28, 2019

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins.

On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

Get additional information about the **NTNX** lawsuit: http://www.kleinstocklaw.com/pslra-1/nutanix-inc-loss-submission-form?id=1411&from=1 (http://pr.report/msIJugLM)

### Apple Inc. (NASDAQGS: AAPL)

Class Period: November 2, 2018 to January 2, 2019
Lead Plaintiff Deadline: June 17, 2019

Throughout the class period, Apple Inc. allegedly made materially false and/or misleading statements and/or failed to disclose that: (a) the U.S.-China trade war had negatively impacted demand for iPhones and Apple's pricing power in greater China, one of Apple's most important growth markets; (b) the rate at which Apple customers were replacing their batteries in older iPhones rather than purchasing new iPhones was negatively impacting Apple's iPhone sales growth; (c) as a result of slowing demand, Apple had slashed production orders from suppliers for the new 2018 iPhone models and cut prices to reduce inventory; (d) unit sales for iPhone and other hardware was relevant to investors and the Company's financial performance, and the decision to withhold such unit sales was designed to and would mask declines in unit sales of the Company's flagship product; and (e) as a result of the foregoing, defendants lacked a reasonable basis in fact when issuing the Company's revenue outlook for the first quarter 2019 and/or making the related statements concerning demand for its products, as Apple's business metrics and financial prospects were not as strong as defendants had led the market to believe.

Get additional information about the **AAPL** lawsuit: http://www.kleinstocklaw.com/pslra-1/apple-inc-loss-submission-form-2?id=1411&from=1 (http://pr.report/NCPHLqUo)

### Sprint Corporation (NYSE: S)

Class Period: January 31, 2019 to April 16, 2019
Lead Plaintiff Deadline: June 21, 2019

The complaint alleges that Sprint made materially false and misleading statements and/or failed to disclose material information. In particular, the complaint alleges that throughout the class period Sprint misrepresented the number of net postpaid subscriber additions in its Form 10-Q for the period ending December 31, 2018. Sprint would later admit that the data was "incomplete," and "not a substitute for a realistic analysis of the key factors that are most probative of Sprint's overall competitive position and

EXHIBIT F pg.59

prospects," because "postpaid net additions recently have been driven by 'free lines' offered to Sprint customers and the inclusion of less valuable tablet and other non-phone devices, as well as pre to post migrations that do not represent 'new' Sprint customers."

Get additional information about the S lawsuit: http://www.kleinstocklaw.com/pslra-1/sprint-corporation-loss-submission-form?id=1411&from=1 (http://pr.report/x5kD218V)

Your ability to share in any recovery doesn't require that you serve as a lead plaintiff. There is no cost or obligation to you. If you suffered a loss during the class period and wish to obtain additional information, please contact J. Klein, Esq. by telephone at 212-616-4899 or visit the webpages provided.

J. Klein, Esq. represents investors and participates in securities litigations involving financial fraud throughout the nation. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

J. Klein, Esq.
Empire State Building
350 Fifth Avenue
59th Floor
New York, NY 10118
jk@kleinstocklaw.com (mailto:jk@kleinstocklaw.com)
Telephone: (212) 616-4899
Fax: (347) 558-9665
www.kleinstocklaw.com (http://pr.report/H9F3Qs2B)

**SOURCE:** The Klein Law Firm

SHARE ARTICLE

   

**CONNECT WITH US**

| ABOUT US | PRODUCTS |
| --- | --- |
| NEWSROOM | BECOME A CLIENT |

(https://www.linkedin.com/company-
(https://twitter.com/Accesswire)(https://www.facebook.com/accesswire)(https://www.instagram.com/accesswire/)
pathWildcard=966956)

| SALES | EDITORIAL |
| --- | --- |
| Toll Free: 888.952.4446 Opt 2 | Toll Free: 888.952.4446 Opt 1 |
| sales@accesswire.com | cs@accesswire.com |
| (mailto:sales@accesswire.com) | (mailto:cs@accesswire.com) |

Copyright 2019 © ACCESSWIRE. All rights reserved. Privacy Policy (/privacy-policy) | Terms and Conditions (/terms)

EXHIBIT F pg.60

Case 3:19-cv-01651-WHO  Document 71-6  Filed 06/11/19  Page 62 of 120

← Back to Newsroom (/newsroom)



**Levi & Korsinsky, LLP**

# CLASS ACTION UPDATE for CRCM, NTNX and MWA: Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareholders

*Tuesday, May 7, 2019 11:40 AM*

**NEW YORK, NY / ACCESSWIRE / May 7, 2019 /** Levi & Korsinsky, LLP announces that class action lawsuits have commenced on behalf of shareholders of the following publicly-traded companies. Shareholders interested in serving as lead plaintiff have until the deadlines listed to petition the court and further details about the cases can be found at the links provided.

### Care.com, Inc. (NYSE: CRCM)

**Class Period**: March 27, 2015 - April 1, 2019
**Lead Plaintiff Deadline** : June 3, 2019
Join the action: https://www.zlk.com/pslra-1/care-com-inc-loss-form?prid=1420&wire=1 (http://pr.report/qdx02jGl).

The complaint alleges that Defendants made false and/or misleading statements, as well as failed to disclose material adverse facts, with respect to the manner in which the Company vets the caregivers and daycare providers listed on its website.

To learn more about the **Care.com, Inc.** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

### Nutanix, Inc. (NASDAQGS: NTNX)

**Class Period**: Class A shares purchased between March 2, 2018 and February 28, 2019
**Lead Plaintiff Deadline** : May 28, 2019
Join the action: https://www.zlk.com/pslra-1/nutanix-inc-loss-form?prid=1420&wire=1 (http://pr.report/m9HtONkg).

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins.

On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

To learn more about the **Nutanix, Inc.** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

### Mueller Water Products, Inc. (NYSE: MWA)

**Class Period**: May 9, 2016 - August 6, 2018
**Lead Plaintiff Deadline** : June 10, 2019
Join the action: https://www.zlk.com/pslra-1/mueller-water-products-inc-loss-form?prid=1420&wire=1 (http://pr.report/GlmdXgzA).

Allegations: Mueller Water Products, Inc. made materially false and/or misleading statements and/or failed to disclose that: (1) the Company lacked adequate testing for product quality; (2) certain products with radio components were susceptible to fail prematurely; (3) as a result, the Company was reasonably likely to incur increased expenses, including warranty costs; (4) these costs would materially impact the

EXHIBIT F pg.61

Case 3:19-cr-01651-WHO Document 71-6 Filed 06/11/19 Page 63 of 120

Company's financial statements; (5) the Company lacked adequate internal controls over warranty costs and estimates; and (6) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

To learn more about the **Mueller Water Products, Inc.** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

You have until the lead plaintiff deadlines to request the court appoint as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation, and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
55 Broadway, 10th Floor
New York, NY 10006
jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com)
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
www.zlk.com (http://pr.report/IfMGB3Xj)

**SOURCE:** Levi & Korsinsky, LLP

SHARE ARTICLE

   

**CONNECT WITH US**

ABOUT US     PRODUCTS

NEWSROOM     BECOME A CLIENT

(https://www.linkedin.com/company-
(https://twitter.com/accesswire)(https://facebook.com/AccessWire/)(https://www.instagram.com/accesswire/)
pathWildcard=966956)

**SALES**     **EDITORIAL**
Toll Free: 888.952.4446 Opt 2     Toll Free: 888.952.4446 Opt 1
sales@accesswire.com     cs@accesswire.com
(mailto:sales@accesswire.com)     (mailto:cs@accesswire.com)

Copyright 2019 © ACCESSWIRE. All rights reserved. Privacy Policy (/privacy-policy) | Terms and Conditions (/terms)

EXHIBIT F pg.62

← Back to Newsroom (/newsroom)



Levi & Korsinsky, LLP

# CLASS ACTION UPDATE for CRBP, ARA and NTNX: Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareholders

*Tuesday, May 7, 2019 3:50 PM*

**NEW YORK, NY / ACCESSWIRE / May 7, 2019 /** Levi & Korsinsky, LLP announces that class action lawsuits have commenced on behalf of shareholders of the following publicly-traded companies. Shareholders interested in serving as lead plaintiff have until the deadlines listed to petition the court and further details about the cases can be found at the links provided.

### Corbus Pharmaceuticals Holdings, Inc. (NASDAQGM: CRBP)

**Class Period**: November 14, 2016 - February 28, 2019
**Lead Plaintiff Deadline** : May 13, 2019
Join the action: https://www.zlk.com/pslra-1/corbus-pharmaceutical-holdings-inc-loss-form?prid=1422&wire=1 (http://pr.report/V8sN-kgP)

About the lawsuit: Throughout the class period, Corbus Pharmaceuticals Holdings, Inc. allegedly made materially false and/or misleading statements and/or failed to disclose that: (1) Corbus improperly changed the primary efficacy endpoint for the clinical study of its drug candidate, Lenabasum, after the results were unblinded to Corbus; (2) Corbus reported a one-sided p value, not the traditional two-sided p value normally reported in clinical trials, in an effort to conceal the fact that the study results did not have statistical significance; and (3) as a result, Corbus' public statements were materially false and misleading at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

To learn more about the **Corbus Pharmaceuticals Holdings, Inc.** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

### American Renal Associates Holdings, Inc. (NYSE: ARA)

**Class Period**: August 10, 2016 - March 27, 2019
**Lead Plaintiff Deadline** : May 28, 2019
Join the action: https://www.zlk.com/pslra-1/american-renal-associates-holdings-inc-loss-form?prid=1422&wire=1 (http://pr.report/iHl46Bx5)

EXHIBIT F pg.63

About the lawsuit: American Renal Associates Holdings, Inc. allegedly made materially false and/or misleading statements during the class period and/or failed to disclose that: (1) issues with American Renal's accounting process for revenue recognition, collections, and related matters would give rise to a U.S. Securities and Exchange Commission ("SEC") investigation into the same, and increased regulatory scrutiny by the SEC; (2) financial statements for the fiscal years 2014, 2015, 2016 and 2017 contained in its Annual Reports for the years ended December 31, 2016 and 2017, and its condensed consolidated financial statements in quarterly reports from 2016 through 2018, were false and could not be relied upon; (3) American Renal had material weaknesses in its internal control over financial reporting; and (4) as a result, defendants' public statements were materially false and misleading at all relevant times.

To learn more about the **American Renal Associates Holdings, Inc.** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

## Nutanix, Inc. (NASDAQGS: NTNX)

**Class Period**: Class A shares purchased between March 2, 2018 and February 28, 2019
**Lead Plaintiff Deadline** : May 28, 2019
Join the action: https://www.zlk.com/pslra-1/nutanix-inc-loss-form?prid=1422&wire=1 (http://pr.report/dRplNW0-)

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins.

On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

To learn more about the **Nutanix, Inc.** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

You have until the lead plaintiff deadlines to request the court appoint as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation, and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

## CONTACT:

Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
55 Broadway, 10th Floor
New York, NY 10006
jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com)
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
www.zlk.com (http://pr.report/fGiYHIxa)

**SOURCE:** Levi & Korsinsky, LLP

---

SHARE ARTICLE

EXHIBIT F pg.64



ABOUT US                    PRODUCTS                         CONNECT WITH US

NEWSROOM                    BECOME A CLIENT

(https://www.linkedin.com/company-
(https://twitter.com/accesswire) (https://www.facebook.com/AccessWire) (https://www.instagram.com/
pathWildcard=966956)

SALES                          EDITORIAL

Toll Free: 888.952.4446 Opt 2     Toll Free: 888.952.4446 Opt 1
sales@accesswire.com              cs@accesswire.com
(mailto:sales@accesswire.com)     (mailto:cs@accesswire.com)

Copyright 2019 © ACCESSWIRE. All rights reserved. Privacy Policy (/privacy-policy) | Terms and Conditions (/terms)

EXHIBIT F pg.65

Case 3:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 67 of 120

← Back to Newsroom (/newsroom)



## The Law Offices of Vincent Wong

# SHAREHOLDER ALERT: CORT EB NTNX: The Law Offices of Vincent Wong Reminds Investors of Important Class Action Deadlines

*Wednesday, May 8, 2019 9:05 PM*

**NEW YORK, NY / ACCESSWIRE / May 8, 2019 /** The Law Offices of Vincent Wong announce that class actions have commenced on behalf of shareholders of the following companies. If you suffered a loss you have until the lead plaintiff deadline to request that the court appoint you as lead plaintiff.

### Corcept Therapeutics Incorporated (NASDAQCM: CORT)

**Lead Plaintiff Deadline** : May 13, 2019
**Class Period**: August 2, 2017 to February 5, 2019

Get additional information about CORT: http://www.wongesq.com/pslra-1/corcept-therapeutics-incorporated-loss-submission-form?prid=1444&wire=1 (http://pr.report/Vq8rIyhc)

### Eventbrite, Inc. (NYSE: EB)

**Lead Plaintiff Deadline** : June 17, 2019
**Class Period**: Purchasers of shares (a) pursuant and/or traceable to the Company's September 2018 initial public offering; and/or (b) between September 20, 2018 and March 7, 2019

Get additional information about EB: http://www.wongesq.com/pslra-1/eventbrite-inc-loss-submission-form?prid=1444&wire=1 (http://pr.report/zxIWC9d0)

### Nutanix, Inc. (NASDAQGS: NTNX)

**Lead Plaintiff Deadline** : May 28, 2019
**Class Period**: Class A shares purchased between March 2, 2018 and February 28, 2019

Get additional information about NTNX: http://www.wongesq.com/pslra-1/nutanix-inc-loss-submission-form?prid=1444&wire=1 (http://pr.report/-vT7opRc)

To learn more contact Vincent Wong, Esq. either via email vw@wongesq.com (mailto:vw@wongesq.com) or by telephone at 212.425.1140.

Vincent Wong, Esq. is an experienced attorney that has represented investors in securities litigations involving financial fraud and violations of shareholder rights. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Vincent Wong, Esq.
39 East Broadway
Suite 304
New York, NY 10002
Tel. 212.425.1140
Fax. 866.699.3880
E-Mail: vw@wongesq.com (mailto:vw@wongesq.com)

**SOURCE:** The Law Offices of Vincent Wong

SHARE ARTICLE

   

EXHIBIT F pg.66

Case 3:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 68 of 120

## CONNECT WITH US

ABOUT US

NEWSROOM

PRODUCTS

BECOME A CLIENT

(https://www.linkedin.com/company-
(https://twitter.com/accesswire)(https://www.facebook.com/AccessWire)(https://www.instagram.com/accesswire/)
pathWildcard=966956)

### SALES
Toll Free: 888.952.4446 Opt 2

sales@accesswire.com

(mailto:sales@accesswire.com)

### EDITORIAL
Toll Free: 888.952.4446 Opt 1

cs@accesswire.com

(mailto:cs@accesswire.com)

Copyright 2019 © ACCESSWIRE. All rights reserved. Privacy Policy (/privacy-policy) | Terms and Conditions (/terms)

EXHIBIT F pg.67

Case 3:19-cv-01651-WHO　Document 71-6　Filed 06/11/19　Page 69 of 120

← Back to Newsroom (/newsroom)



Levi & Korsinsky, LLP

# CLASS ACTION UPDATE for HCSG, USX and NTNX: Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareholders

*Wednesday, May 8, 2019 3:30 PM*

**NEW YORK / ACCESSIWIRE / May 8, 2019 /** Levi & Korsinsky, LLP announces that class action lawsuits have commenced on behalf of shareholders of the following publicly-traded companies. Shareholders interested in serving as lead plaintiff have until the deadlines listed to petition the court and further details about the cases can be found at the links provided.

### Healthcare Services Group, Inc. (NASDAQ: HCSG)

**Class Period**: April 11, 2017 - March 4, 2019
**Lead Plaintiff Deadline** : May 21, 2019
Join the action: https://www.zlk.com/pslra-1/healthcare-services-group-inc-loss-form?prid=1438&wire=1 (http://pr.report/DuPxFwV1)

About the lawsuit: Healthcare Services Group, Inc. allegedly made materially false and/or misleading statements during the class period and/or failed to disclose that: (a) Defendant Wahl either knew or was reckless in not knowing that the Company had been accused of strategically rounding quarterly earnings per share, and therefore investors could not rely upon the Company's track record without conducting a thorough investigation into the allegations; (b) Defendants concealed that the SEC had written to the Company in November 2017 to inquire into the Company's earnings per share rounding practices; and (c) the Company concealed that the SEC delivered a subpoena to the Company in March 2018 demanding the Company produce documents in connection with how it calculated earnings per share.

To learn more about the **Healthcare Services Group, Inc.** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

### U.S. Xpress Enterprises, Inc. (NYSE: USX)

**Class Period**: Purchasers of common stock pursuant/and or traceable to the initial public offering completed in June 2018
**Lead Plaintiff Deadline** : May 10, 2019

EXHIBIT F pg.68

Case 3:19-cv-01651-WHO   Document 71-6   Filed 06/11/19   Page 70 of 120

Join the action: https://www.zlk.com/pslra-1/u-s-xpress-enterprises-inc-loss-form-2?prid=1438&wire=1 (http://pr.report/gwt3lGQI)

The complaint alleges that the Offering Documents failed to disclose that: (1) a shortage of trucks was negatively impacting U.S. Xpress's dedicated division; (2) (a) certain shipping patterns had been performing differently than expected and, as a result, (b) utilization, driver retention and hiring were being negatively affected, and as a result, (c) U.S. Xpress's dedicated accounts, including one large account, were being negatively impacted; and as a result, (d) U.S. Xpress's OTR division was providing continued support to the dedicated division; (3) (a) U.S. Xpress failed to stay informed regarding two large liability events; and as a result (b) U.S. Xpress's insurance claim expense was understated; and (4) U.S. Xpress's cost per mile for driver wages and independent contractors was exceeding the Company's internal expectations.

To learn more about the **U.S. Xpress Enterprises, Inc.** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

### Nutanix, Inc. (NASDAQGS: NTNX)

**Class Period**: Class A shares purchased between March 2, 2018 and February 28, 2019
**Lead Plaintiff Deadline** : May 28, 2019
Join the action: https://www.zlk.com/pslra-1/nutanix-inc-loss-form?prid=1438&wire=1 (http://pr.report/KzfZq-l1)

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins.
On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

To learn more about the **Nutanix, Inc.** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

You have until the lead plaintiff deadlines to request the court appoint as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation, and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
55 Broadway, 10th Floor
New York, NY 10006
jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com)
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
www.zlk.com (http://pr.report/X9kUSI5V)

**SOURCE:** Levi & Korsinsky, LLP

EXHIBIT F pg.69

6/5/2019 CLASS ACTION UPDATE for HCSG, USX and NTNX Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareholders

Case 3:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 71 of 120

## SHARE ARTICLE

 

| ABOUT US | PRODUCTS | CONNECT WITH US |
|---|---|---|
| NEWSROOM | BECOME A CLIENT | |

(https://www.linkedin.com/company-
(https://twitter.com/accesswire)(https://www.facebook.com/366956Accesswire)(https://www.instagram.com
pathWildcard=966956)

### SALES   EDITORIAL

Toll Free: 888.952.4446 Opt 2    Toll Free: 888.952.4446 Opt 1

sales@accesswire.com    cs@accesswire.com

(mailto:sales@accesswire.com)    (mailto:cs@accesswire.com)

Copyright 2019 © ACCESSWIRE. All rights reserved. Privacy Policy (/privacy-policy) | Terms and Conditions (/terms)

EXHIBIT F pg.70



# CLASS ACTION UPDATE for T, HCSG, BPI and NTNX: Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareholders



f  🐦  in  G+  📌  │  @ Email  │  🖶 Print Friendly  │  ◁ Share

May 09, 2019 09:28 ET | **Source:** Levi & Korsinsky, LLP

NEW YORK, May 09, 2019 (GLOBE NEWSWIRE) -- Levi & Korsinsky, LLP announces that class action lawsuits have commenced on behalf of shareholders of the following publicly-traded companies. Shareholders interested in serving as lead plaintiff have until the deadlines listed to petition the court and further details about the cases can be found at the links provided. There is no cost or obligation to you.

**AT&T Inc. (NYSE: T)**
**Class Period:** (a) Shares purchased pursuant to the June 2018 acquisition of and merger with Time Warner and/or (b) shares purchased between October 22, 2016 and October 24, 2018
**Lead Plaintiff Deadline:** May 31, 2019
Join the action: **https://www.zlk.com/pslra-1/att-inc-loss-form?wire=3**

Allegations: AT&T Inc. made materially false and/or misleading statements throughout the class period and/or failed to disclose that: (i) AT&T had substantially increased prices, while at the same time discontinuing promotional discounts for its DirecTV Now service; (ii) as a result, DirecTV Now subscribers were leaving (i.e., not renewing) as soon as their promotional discount periods expired, while at the same time new potential DirecTV Now customers were unwilling to pay the higher prices and therefore not subscribing at all; and (iii) as a result, the Company's public statements were materially false and misleading at all relevant times.

To learn more about the **AT&T Inc.** class action contact **jlevi@levikorsinsky.com**.

EXHIBIT F pg.71

**Healthcare Services Group, Inc. (NASDAQ: HCSG)**
**Class Period:** April 11, 2017 - March 4, 2019
**Lead Plaintiff Deadline:** May 21, 2019
Join the action: **https://www.zlk.com/pslra-1/healthcare-services-group-inc-loss-form?wire=3**

Allegations: During the class period, Healthcare Services Group, Inc. made materially false and/or misleading statements and/or failed to disclose that: (a) Defendant Wahl either knew or was reckless in not knowing that the Company had been accused of strategically rounding quarterly earnings per share, and therefore investors could not rely upon the Company's track record without conducting a thorough investigation into the allegations; (b) Defendants concealed that the SEC had written to the Company in November 2017 to inquire into the Company's earnings per share rounding practices; and (c) the Company concealed that the SEC delivered a subpoena to the Company in March 2018 demanding the Company produce documents in connection with how it calculated earnings per share.

To learn more about the **Healthcare Services Group, Inc.** class action contact **jlevi@levikorsinsky.com**.

**Zovio Inc. (NASDAQ: ZVO) f/k/a Bridgepoint Education Inc. (NYSE: BPI)**
**Class Period:** March 8, 2016 - March 7, 2019
**Lead Plaintiff Deadline:** May 10, 2019
Join the action: **https://www.zlk.com/pslra-1/bridgepoint-education-inc-loss-form?wire=3**

Allegations: Zovio Inc. f/k/a Bridgepoint Education Inc. made materially false and/or misleading statements and/or failed to disclose that: (i) Bridgepoint's processes for recording revenue for its FTG program were inaccurate; (ii) Bridgepoint maintained deficient internal controls; (iii) due to the foregoing deficiencies, Bridgepoint was prone to and did commit material accounting errors related to revenue, provision for bad debts, accounts receivable and deferred revenue, which resulted in the overstatement of revenue and expenses; and (iv) as a result, Bridgepoint's public statements were materially false and misleading at all relevant times.

To learn more about the **Zovio Inc. f/k/a Bridgepoint Education Inc.** class action contact **jlevi@levikorsinsky.com**.

**Nutanix, Inc. (NASDAQGS: NTNX)**
**Class Period:** Class A shares purchased between March 2, 2018 and February 28, 2019
**Lead Plaintiff Deadline:** May 28, 2019
Join the action: **https://www.zlk.com/pslra-1/nutanix-inc-loss-form?wire=3**

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins. On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts'

EXHIBIT F pg.72

expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

To learn more about the **Nutanix, Inc.** class action contact **jlevi@levikorsinsky.com**.

You have until the lead plaintiff deadlines to request the court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

CONTACT:
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
55 Broadway, 10th Floor
New York, NY 10006
**jlevi@levikorsinsky.com**
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
**www.zlk.com**

---

Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.

EXHIBIT F pg.73

Case 3:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 75 of 120

← Back to Newsroom (/newsroom)



**The Law Offices of Vincent Wong**

# SHAREHOLDER ALERT: BV NTNX AAPL: The Law Offices of Vincent Wong Reminds Investors of Important Class Action Deadlines

*Friday, May 10, 2019 3:05 PM*

**NEW YORK, NY / ACCESSWIRE / May 10, 2019 /** The Law Offices of Vincent Wong announce that class actions have commenced on behalf of shareholders of the following companies. If you suffered a loss you have until the lead plaintiff deadline to request that the court appoint you as lead plaintiff.

**BrightView Holdings, Inc. (NYSE: BV)**
**Lead Plaintiff Deadline** : June 14, 2019
**Class Period**: Purchasers of common stock pursuant to the IPO completed around July 2, 2018

Get additional information about BV: http://www.wongesq.com/pslra-1/brightview-holdings-inc-loss-submission-form?prid=1473&wire=1 (http://pr.report/GgHldkTK)

**Nutanix, Inc. (NASDAQGS: NTNX)**
**Lead Plaintiff Deadline** : May 28, 2019
**Class Period**: Class A shares purchased between March 2, 2018 and February 28, 2019

Get additional information about NTNX: http://www.wongesq.com/pslra-1/nutanix-inc-loss-submission-form?prid=1473&wire=1 (http://pr.report/r-empP6R)

**Apple Inc. (NASDAQGS: AAPL)**
**Lead Plaintiff Deadline** : June 17, 2019
**Class Period**: November 2, 2018 to January 2, 2019

Get additional information about AAPL: http://www.wongesq.com/pslra-1/apple-inc-loss-submission-form-3?prid=1473&wire=1 (http://pr.report/pnV5oquz)

To learn more contact Vincent Wong, Esq. either via email vw@wongesq.com (mailto:vw@wongesq.com) or by telephone at 212.425.1140.

Vincent Wong, Esq. is an experienced attorney that has represented investors in securities litigations involving financial fraud and violations of shareholder rights. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Vincent Wong, Esq.
39 East Broadway
Suite 304
New York, NY 10002
Tel. 212.425.1140
Fax. 866.699.3880
E-Mail: vw@wongesq.com (mailto:vw@wongesq.com)

**SOURCE:** The Law Offices of Vincent Wong

SHARE ARTICLE

   

CONNECT WITH US

EXHIBIT F pg.74

Case 3:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 76 of 120

ABOUT US

NEWSROOM

PRODUCTS

BECOME A CLIENT

(https://www.linkedin.com/company-
(https://twitter.com/accesswire)(https://www.facebook.com/AccessWire/)(https://www.instagram.com/accesswire/)
pathWildcard=966956)

### SALES

Toll Free: 888.952.4446 Opt 2

sales@accesswire.com

(mailto:sales@accesswire.com)

### EDITORIAL

Toll Free: 888.952.4446 Opt 1

cs@accesswire.com

(mailto:cs@accesswire.com)

Copyright 2019 © ACCESSWIRE. All rights reserved. Privacy Policy (/privacy-policy) | Terms and Conditions (/terms)

EXHIBIT F pg.75

Case 3:19-cv-01651-WHO   Document 71-6   Filed 06/11/19   Page 77 of 120



# The Klein Law Firm Reminds Investors of Class Actions on Behalf of Shareholders of NIO, CRBP, ARA and NTNX



f   🐦   in   G+   📌   |   @ Email   |   🖶 Print Friendly   |   ⌁ Share

May 13, 2019 09:32 ET | **Source:** The Klein Law Firm

NEW YORK, May 13, 2019 (GLOBE NEWSWIRE) -- The Klein Law Firm announces that class action complaints have been filed on behalf of shareholders of the following companies. If you suffered a loss you have until the lead plaintiff deadline to request that the court appoint you as lead plaintiff.

**NIO Inc. (NYSE: NIO)**
Class Period: Purchasers of American Depositary Shares between September 12, 2018 and March 5, 2019
Lead Plaintiff Deadline: May 13, 2019

The lawsuit alleges that NIO Inc. made materially false and/or misleading statements and/or failed to disclose that: (1) NIO would not be building its own manufacturing plant and would instead continue to rely on JAC Auto to manufacture its vehicles; (2) reductions in government subsidies for electric cars would materially impact NIO's sales; and (3) as a result, Defendants' statements about NIO's business, operations, and prospects were materially false and misleading at all  relevant times.

Get additional information about the **NIO** lawsuit: **http://www.kleinstocklaw.com/pslra-1/nio-inc-loss-submission-form?wire=3**

**Corbus Pharmaceuticals Holdings, Inc. (NASDAQGM: CRBP)**
Class Period: November 14, 2016 to February 28, 2019
Lead Plaintiff Deadline: May 13, 2019

Throughout the class period, Corbus Pharmaceuticals Holdings, Inc. allegedly made materially false and/or misleading statements and/or failed to disclose that: (1) Corbus improperly changed the primary efficacy endpoint for the clinical study of its drug candidate, Lenabasum, after the results were unblinded to Corbus; (2) Corbus reported a one-sided p value, not the traditional two-sided p value normally reported in clinical trials, in an effort to conceal the fact that the study results did not have statistical significance; and (3) as a result,

EXHIBIT F pg.76

Corbus' public statements were materially false and misleading at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

Get additional information about the **CRBP** lawsuit: http://www.kleinstocklaw.com/pslra-1/corbus-pharmaceutical-holdings-inc-loss-submission-form?wire=3

### American Renal Associates Holdings, Inc. (NYSE: ARA)

Class Period: August 10, 2016 to March 27, 2019
Lead Plaintiff Deadline: May 28, 2019

During the class period, American Renal Associates Holdings, Inc. allegedly made materially false and/or misleading statements and/or failed to disclose that: (1) issues with American Renal's accounting process for revenue recognition, collections, and related matters would give rise to a U.S. Securities and Exchange Commission ("SEC") investigation into the same, and increased regulatory scrutiny by the SEC; (2) financial statements for the fiscal years 2014, 2015, 2016 and 2017 contained in its Annual Reports for the years ended December 31, 2016 and 2017, and its condensed consolidated financial statements in quarterly reports from 2016 through 2018, were false and could not be relied upon; (3) American Renal had material weaknesses in its internal control over financial reporting; and (4) as a result, defendants' public statements were materially false and misleading at all relevant times.

Get additional information about the **ARA** lawsuit: http://www.kleinstocklaw.com/pslra-1/american-renal-associates-holdings-inc-loss-submission-form?wire=3

### Nutanix, Inc. (NASDAQGS: NTNX)

Class Period: Class A shares purchased between March 2, 2018 and February 28, 2019
Lead Plaintiff Deadline: May 28, 2019

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins.  On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

Get additional information about the **NTNX** lawsuit: http://www.kleinstocklaw.com/pslra-1/nutanix-inc-loss-submission-form?wire=3

Your ability to share in any recovery doesn't require that you serve as a lead plaintiff. There is no cost or obligation to you. If you suffered a loss during the class period and wish to obtain additional information, please contact J. Klein, Esq. by telephone at 212-616-4899 or visit the webpages provided.

J. Klein, Esq. represents investors and participates in securities litigations involving financial fraud throughout the nation. Attorney advertising. Prior results do not guarantee similar

EXHIBIT F pg.77

outcomes.

CONTACT:

J. Klein, Esq.

Empire State Building

350 Fifth Avenue

59th Floor

New York, NY 10118

**jk@kleinstocklaw.com**

Telephone: (212) 616-4899

Fax: (347) 558-9665

www.kleinstocklaw.com

---

## Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

## About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.

EXHIBIT F pg.78



# The Klein Law Firm Reminds Investors of Class Actions on Behalf of Shareholders of NIO, CRBP, ARA and NTNX



f  🐦  in  G+  📌  |  @ Email  |  🖨 Print Friendly  |  ◁ Share

May 13, 2019 09:32 ET | **Source:** The Klein Law Firm

NEW YORK, May 13, 2019 (GLOBE NEWSWIRE) -- The Klein Law Firm announces that class action complaints have been filed on behalf of shareholders of the following companies. If you suffered a loss you have until the lead plaintiff deadline to request that the court appoint you as lead plaintiff.

**NIO Inc. (NYSE: NIO)**
Class Period: Purchasers of American Depositary Shares between September 12, 2018 and March 5, 2019
Lead Plaintiff Deadline: May 13, 2019

The lawsuit alleges that NIO Inc. made materially false and/or misleading statements and/or failed to disclose that: (1) NIO would not be building its own manufacturing plant and would instead continue to rely on JAC Auto to manufacture its vehicles; (2) reductions in government subsidies for electric cars would materially impact NIO's sales; and (3) as a result, Defendants' statements about NIO's business, operations, and prospects were materially false and misleading at all  relevant times.

Get additional information about the **NIO** lawsuit: **http://www.kleinstocklaw.com/pslra-1/nio-inc-loss-submission-form?wire=3**

**Corbus Pharmaceuticals Holdings, Inc. (NASDAQGM: CRBP)**
Class Period: November 14, 2016 to February 28, 2019
Lead Plaintiff Deadline: May 13, 2019

Throughout the class period, Corbus Pharmaceuticals Holdings, Inc. allegedly made materially false and/or misleading statements and/or failed to disclose that: (1) Corbus improperly changed the primary efficacy endpoint for the clinical study of its drug candidate, Lenabasum, after the results were unblinded to Corbus; (2) Corbus reported a one-sided p value, not the traditional two-sided p value normally reported in clinical trials, in an effort to conceal the fact that the study results did not have statistical significance; and (3) as a result, Corbus' public statements were materially false and misleading at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

Get additional information about the **CRBP** lawsuit: **http://www.kleinstocklaw.com/pslra-1/corbus-pharmaceutical-holdings-inc-loss-submission-form?wire=3**

**American Renal Associates Holdings, Inc. (NYSE: ARA)**
Class Period: August 10, 2016 to March 27, 2019
Lead Plaintiff Deadline: May 28, 2019

During the class period, American Renal Associates Holdings, Inc. allegedly made materially false and/or misleading statements and/or failed to disclose that: (1) issues with American Renal's accounting process for revenue recognition, collections, and related matters would give rise to a U.S. Securities and Exchange Commission ("SEC") investigation into the same, and increased regulatory scrutiny by the SEC; (2) financial statements for the fiscal years 2014, 2015, 2016 and 2017 contained in its Annual Reports for the years ended December 31, 2016 and 2017, and its condensed consolidated financial statements in quarterly reports from 2016 through 2018, were false and could not be relied upon; (3) American Renal had material weaknesses in its internal control over financial reporting; and (4) as a result, defendants' public statements were materially false and misleading at all relevant times.

Get additional information about the **ARA** lawsuit: **http://www.kleinstocklaw.com/pslra-1/american-renal-associates-holdings-inc-loss-submission-form?wire=3**

**Nutanix, Inc. (NASDAQGS: NTNX)**
Class Period: Class A shares purchased between March 2, 2018 and February 28, 2019
Lead Plaintiff Deadline: May 28, 2019

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins.  On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

Get additional information about the **NTNX** lawsuit: **http://www.kleinstocklaw.com/pslra-1/nutanix-inc-loss-submission-form?wire=3**

<span style="color:red">EXHIBIT F pg.79</span>

Case 3:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 81 of 120

Your ability to share in any recovery doesn't require that you serve as a lead plaintiff. There is no cost or obligation to you. If you suffered a loss during the class period and wish to obtain additional information, please contact J. Klein, Esq. by telephone at 212-616-4899 or visit the webpages provided.

J. Klein, Esq. represents investors and participates in securities litigations involving financial fraud throughout the nation. Attorney advertising. Prior results do not guarantee similar outcomes.

CONTACT:
J. Klein, Esq.
Empire State Building
350 Fifth Avenue
59th Floor
New York, NY 10118
**jk@kleinstocklaw.com**
Telephone: (212) 616-4899
Fax: (347) 558-9665
www.kleinstocklaw.com

---

Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.

EXHIBIT F pg.80

Case 3:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 82 of 120

**THE LAW OFFICES OF
VINCENT WONG**
黄 德 勝 律 師 事 務 所

## SHAREHOLDER ALERT: MBT NTNX ZGNX INVVY: The Law Offices of Vincent Wong Reminds Investors of Important Class Action Deadlines

f   🐦   in   G+   📌   |   @ Email   |   🖶 Print Friendly   |   ⏴ Share

May 13, 2019 16:20 ET | **Source:** The Law Offices of Vincent Wong

NEW YORK, May 13, 2019 (GLOBE NEWSWIRE) -- The Law Offices of Vincent Wong announce that class actions have commenced on behalf of shareholders of the following companies. If you suffered a loss you have until the lead plaintiff deadline to request that the court appoint you as lead plaintiff.

**Mobile TeleSystems PJSC** (NYSE: MBT)
Lead Plaintiff Deadline: May 20, 2019
Class Period: March 19, 2014 and March 7, 2019

Get additional information about MBT: http://www.wongesq.com/pslra-1/mobile-telesystems-pjsc-loss-submission-form?wire=3

**Nutanix, Inc.** (NASDAQGS: NTNX)
Lead Plaintiff Deadline: May 28, 2019
Class Period: Class A shares purchased between March 2, 2018 and February 28, 2019

Get additional information about NTNX: http://www.wongesq.com/pslra-1/nutanix-inc-loss-submission-form?wire=3

**Zogenix, Inc.** (NASDAQ: ZGNX)
Lead Plaintiff Deadline: June 11, 2019
Class Period: February 6, 2019 and April 8, 2019

Get additional information about ZGNX: http://www.wongesq.com/pslra-1/zogenix-inc-loss-submission-form-2?wire=3

**Indivior PLC** (OTCMKTS: INVVY)
Lead Plaintiff Deadline: June 24, 2019
Class Period: March 10, 2015 and April 9, 2019

Get additional information about INVVY: http://www.wongesq.com/pslra-1/indivior-plc-loss-submission-form?wire=3

To learn more contact Vincent Wong, Esq. either via email vw@wongesq.com or by telephone at 212.425.1140.

Vincent Wong, Esq. is an experienced attorney that has represented investors in securities litigations involving financial fraud and violations of shareholder rights. Attorney advertising. Prior results do not guarantee similar outcomes.

CONTACT:
Vincent Wong, Esq.
39 East Broadway
Suite 304
New York, NY 10002
Tel. 212.425.1140
Fax. 866.699.3880
E-Mail: vw@wongesq.com

Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

EXHIBIT F pg.81

About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.

EXHIBIT F pg.82

Case 3:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 84 of 120



# CLASS ACTION UPDATE for T, HCSG, NTNX and ZGNX: Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareholders



f   🐦   in   G+   📌  |  @ Email  |  🖨 Print Friendly  |  ⦉ Share

May 15, 2019 09:47 ET | **Source:** Levi & Korsinsky, LLP

NEW YORK, May 15, 2019 (GLOBE NEWSWIRE) -- Levi & Korsinsky, LLP announces that class action lawsuits have commenced on behalf of shareholders of the following publicly-traded companies. Shareholders interested in serving as lead plaintiff have until the deadlines listed to petition the court and further details about the cases can be found at the links provided. There is no cost or obligation to you.

**AT&T Inc. (NYSE: T)**
**Class Period:** (a) Shares purchased pursuant to the June 2018 acquisition of and merger with Time Warner and/or (b) shares purchased between October 22, 2016 and October 24, 2018
**Lead Plaintiff Deadline:** May 31, 2019
Join the action: **https://www.zlk.com/pslra-1/att-inc-loss-form?wire=3**

About the lawsuit: During the class period, AT&T Inc. allegedly made materially false and/or misleading statements and/or failed to disclose that: (i) AT&T had substantially increased prices, while at the same time discontinuing promotional discounts for its DirecTV Now service; (ii) as a result, DirecTV Now subscribers were leaving (i.e., not renewing) as soon as their promotional discount periods expired, while at the same time new potential DirecTV Now customers were unwilling to pay the higher prices and therefore not subscribing at all; and (iii) as a result, the Company's public statements were materially false and misleading at all relevant times.

To learn more about the **AT&T Inc.** class action contact **jlevi@levikorsinsky.com**.

EXHIBIT F pg.83

**Healthcare Services Group, Inc. (NASDAQ: HCSG)**
**Class Period:** April 11, 2017 - March 4, 2019
**Lead Plaintiff Deadline:** May 21, 2019
Join the action: **https://www.zlk.com/pslra-1/healthcare-services-group-inc-loss-form?wire=3**

About the lawsuit: Healthcare Services Group, Inc. allegedly made materially false and/or misleading statements during the class period and/or failed to disclose that: (a) Defendant Wahl either knew or was reckless in not knowing that the Company had been accused of strategically rounding quarterly earnings per share, and therefore investors could not rely upon the Company's track record without conducting a thorough investigation into the allegations; (b) Defendants concealed that the SEC had written to the Company in November 2017 to inquire into the Company's earnings per share rounding practices; and (c) the Company concealed that the SEC delivered a subpoena to the Company in March 2018 demanding the Company produce documents in connection with how it calculated earnings per share.

To learn more about the **Healthcare Services Group, Inc.** class action contact **jlevi@levikorsinsky.com**.

**Nutanix, Inc. (NASDAQGS: NTNX)**
**Class Period:** Class A shares purchased between March 2, 2018 and February 28, 2019
**Lead Plaintiff Deadline:** May 28, 2019
Join the action: **https://www.zlk.com/pslra-1/nutanix-inc-loss-form?wire=3**

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins.  On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

To learn more about the **Nutanix, Inc.** class action contact **jlevi@levikorsinsky.com**.

**Zogenix, Inc. (NASDAQ: ZGNX)**
**Class Period:** February 6, 2019 - April 8, 2019
**Lead Plaintiff Deadline:** June 11, 2019
Join the action: **https://www.zlk.com/pslra-1/zogenix-inc-loss-form?wire=3**

About the lawsuit: Throughout the class period, Zogenix, Inc. allegedly made materially false and/or misleading statements and/or failed to disclose that: (i) Zogenix's NDA for FINTEPLA contained inadequate non-clinical data and an incorrect version of a clinical dataset; (ii) consequently, Zogenix's NDA for FINTEPLA was unlikely to gain FDA approval; and (iii) as a

EXHIBIT F pg.84

result, the Company's public statements were materially false and misleading at all relevant times.

To learn more about the **Zogenix, Inc.** class action contact **jlevi@levikorsinsky.com**.

You have until the lead plaintiff deadlines to request the court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

CONTACT:
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
55 Broadway, 10th Floor
New York, NY 10006
**jlevi@levikorsinsky.com**
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
**www.zlk.com**

---

## Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

## About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.

Case 3:19-cv-01651-WHO   Document 71-6   Filed 06/11/19   Page 87 of 120

← Back to Newsroom (/newsroom)



Levi & Korsinsky, LLP

# CLASS ACTION UPDATE for HCSG, EB and NTNX: Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareholders

*Thursday, May 16, 2019 2:20 PM*

**NEW YORK, NY / ACCESSWIRE / May 16, 2019 /** Levi & Korsinsky, LLP announces that class action lawsuits have commenced on behalf of shareholders of the following publicly-traded companies. Shareholders interested in serving as lead plaintiff have until the deadlines listed to petition the court and further details about the cases can be found at the links provided.

### Healthcare Services Group, Inc. (NASDAQ: HCSG)

**Class Period**: April 11, 2017 - March 4, 2019
**Lead Plaintiff Deadline** : May 21, 2019
Join the action: https://www.zlk.com/pslra-1/healthcare-services-group-inc-loss-form?prid=1539&wire=1 (http://pr.report/6SHtCbWv)

About the lawsuit: Healthcare Services Group, Inc. allegedly made materially false and/or misleading statements during the class period and/or failed to disclose that: (a) Defendant Wahl either knew or was reckless in not knowing that the Company had been accused of strategically rounding quarterly earnings per share, and therefore investors could not rely upon the Company's track record without conducting a thorough investigation into the allegations; (b) Defendants concealed that the SEC had written to the Company in November 2017 to inquire into the Company's earnings per share rounding practices; and (c) the Company concealed that the SEC delivered a subpoena to the Company in March 2018 demanding the Company produce documents in connection with how it calculated earnings per share.

To learn more about the **Healthcare Services Group, Inc.** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

### Eventbrite, Inc. (NYSE: EB)

**Class Period**: Purchasers of shares (a) pursuant and/or traceable to the Company's September 2018 initial public offering; and/or (b) between September 20, 2018 and March 7, 2019
**Lead Plaintiff Deadline** : June 17, 2019

EXHIBIT F pg.86

Case 3:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 88 of 120

Join the action: https://www.zlk.com/pslra-1/eventbrite-inc-loss-form?prid=1539&wire=1 (http://pr.report/dl5KTZec)

About the lawsuit: Eventbrite, Inc. allegedly made materially false and/or misleading statements and/or failed to disclose that: (1) the Company's migration of customers from Ticketfly to Eventbrite was progressing slower than expected; (2) as a result, the Ticketfly integration would take longer than expected; (3) as a result, the Company's revenue and growth would be negatively impacted; and (4) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

To learn more about the **Eventbrite, Inc.** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

## Nutanix, Inc. (NASDAQGS: NTNX)

**Class Period**: Class A shares purchased between March 2, 2018 and February 28, 2019
**Lead Plaintiff Deadline** : May 28, 2019
Join the action: https://www.zlk.com/pslra-1/nutanix-inc-loss-form?prid=1539&wire=1 (http://pr.report/DZG38dCY)

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins.

On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

To learn more about the **Nutanix, Inc.** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

You have until the lead plaintiff deadlines to request the court appoint as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation, and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

## CONTACT:

Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
55 Broadway, 10th Floor
New York, NY 10006
jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com)
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
www.zlk.com (http://pr.report/E3Id4TMe)

**SOURCE:** Levi & Korsinsky, LLP

SHARE ARTICLE

EXHIBIT F pg.87

6/5/2019 CLASS ACTION UPDATE for HCSG, EB and NTNX: Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareholders

Case 3:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 89 of 120



## ABOUT US

## NEWSROOM

## PRODUCTS

## BECOME A CLIENT

## CONNECT WITH US

(https://www.linkedin.com/company-
(https://twitter.com/Accesswire)(https://www.facebook.com/AccessWire)(https://www.instagram.com/
pathWildcard=966956)

## SALES

Toll Free: 888.952.4446 Opt 2

sales@accesswire.com
(mailto:sales@accesswire.com)

## EDITORIAL

Toll Free: 888.952.4446 Opt 1

cs@accesswire.com
(mailto:cs@accesswire.com)

Copyright 2019 © ACCESSWIRE. All rights reserved. Privacy Policy (/privacy-policy) | Terms and Conditions (/terms)

EXHIBIT F pg.88

Case 3:19-cv-01651-WHO   Document 71-6   Filed 06/11/19   Page 90 of 120

← Back to Newsroom (/newsroom)



Levi & Korsinsky, LLP

# CLASS ACTION UPDATE for CRCM, NTNX and INVVY: Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareholders

*Friday, May 17, 2019 9:25 AM*

**NEW YORK, NY / ACCESSWIRE / May 17, 2019 /** Levi & Korsinsky, LLP announces that class action lawsuits have commenced on behalf of shareholders of the following publicly-traded companies. Shareholders interested in serving as lead plaintiff have until the deadlines listed to petition the court and further details about the cases can be found at the links provided.

**Care.com, Inc. (NYSE: CRCM)**

**Class Period**: March 27, 2015 - April 1, 2019
**Lead Plaintiff Deadline** : June 3, 2019
Join the action: https://www.zlk.com/pslra-1/care-com-inc-loss-form?prid=1551&wire=1 (http://pr.report/t-vweZJ6)

The complaint alleges that Defendants made false and/or misleading statements, as well as failed to disclose material adverse facts, with respect to the manner in which the Company vets the caregivers and daycare providers listed on its website.

To learn more about the **Care.com, Inc.** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

**Nutanix, Inc. (NASDAQGS: NTNX)**

**Class Period**: Class A shares purchased between March 2, 2018 and February 28, 2019
**Lead Plaintiff Deadline** : May 28, 2019
Join the action: https://www.zlk.com/pslra-1/nutanix-inc-loss-form?prid=1551&wire=1 (http://pr.report/eQ9iczkb)

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins.

EXHIBIT F pg.89

On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

To learn more about the **Nutanix, Inc.** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

### Indivior PLC (OTCMKTS: INVVY)

**Class Period**: March 10, 2015 - April 9, 2019
**Lead Plaintiff Deadline** : June 24, 2019
Join the action: https://www.zlk.com/pslra-1/indivior-plc-loss-form?prid=1551&wire=1 (http://pr.report/iCYroW1d)

The lawsuit alleges: Indivior PLC made materially false and/or misleading statements throughout the class period and/or failed to disclose that: (1) Indivior and its executives engaged in an illicit nationwide scheme to increase prescriptions of Suboxone Film; (2) Indivior illegally obtained billions of dollars in revenue from Suboxone Film prescriptions by deceiving health care providers and health care benefit programs; (3) as a result of the aforementioned misconduct, Indivior would face felony charges; and (4) due to the foregoing, Defendants' statements about its business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times.

To learn more about the **Indivior PLC** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

You have until the lead plaintiff deadlines to request the court appoint as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation, and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

### CONTACT:

Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
55 Broadway, 10th Floor
New York, NY 10006
jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com)
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
www.zlk.com (http://pr.report/Aaf8opPd)

**SOURCE:** Levi & Korsinsky, LLP

---

SHARE ARTICLE

    

ABOUT US          PRODUCTS          CONNECT WITH US

EXHIBIT F pg.90

Case 3:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 92 of 120

NEWSROOM　　　　　BECOME A CLIENT

(https://www.linkedin.com/company-
(https://twitter.com/Accesswire)(https://www.facebook.com/AccesswireUSA/)(https://www.instagram.com/pathWildcard=966956)

SALES　　　　　EDITORIAL

Toll Free: 888.952.4446 Opt 2　　Toll Free: 888.952.4446 Opt 1
sales@accesswire.com　　　　cs@accesswire.com
(mailto:sales@accesswire.com)　(mailto:cs@accesswire.com)

Copyright 2019 © ACCESSWIRE. All rights reserved. Privacy Policy (/privacy-policy) | Terms and Conditions (/terms)

EXHIBIT F pg.91

← Back to Newsroom (/newsroom)



**The Law Offices of Vincent Wong**

---

# SHAREHOLDER ALERT: ARA NTNX MWA: The Law Offices of Vincent Wong Reminds Investors of Important Class Action Deadlines

*Monday, May 20, 2019 7:15 PM*

**NEW YORK, NY / ACCESSWIRE / May 20, 2019 /** The Law Offices of Vincent Wong announce that class actions have commenced on behalf of shareholders of the following companies. If you suffered a loss you have until the lead plaintiff deadline to request that the court appoint you as lead plaintiff.

**American Renal Associates Holdings, Inc. (NYSE: ARA)**
**Lead Plaintiff Deadline** : May 28, 2019
**Class Period**: August 10, 2016 to March 27, 2019

Get additional information about ARA: http://www.wongesq.com/pslra-1/american-renal-associates-holdings-inc-loss-submission-form?prid=1595&wire=1 (http://pr.report/36QSqnIA)

**Nutanix, Inc. (NASDAQGS: NTNX)**
**Lead Plaintiff Deadline** : May 28, 2019
**Class Period**: Class A shares purchased between March 2, 2018 and February 28, 2019

Get additional information about NTNX: http://www.wongesq.com/pslra-1/nutanix-inc-loss-submission-form?prid=1595&wire=1 (http://pr.report/3hLytwQN)

**Mueller Water Products, Inc. (NYSE: MWA)**
**Lead Plaintiff Deadline** : June 10, 2019
**Class Period**: May 9, 2016 to August 6, 2018

Get additional information about MWA: http://www.wongesq.com/pslra-1/mueller-water-products-inc-loss-submission-form?prid=1595&wire=1 (http://pr.report/YRkGWHXL)

To learn more contact Vincent Wong, Esq. either via email vw@wongesq.com (mailto:vw@wongesq.com) or by telephone at 212.425.1140.

Vincent Wong, Esq. is an experienced attorney that has represented investors in securities litigations involving financial fraud and violations of shareholder rights. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Vincent Wong, Esq.
39 East Broadway
Suite 304
New York, NY 10002
Tel. 212.425.1140
Fax. 866.699.3880
E-Mail: vw@wongesq.com (mailto:vw@wongesq.com)

**SOURCE:** The Law Offices of Vincent Wong

---

SHARE ARTICLE

   

CONNECT WITH US

EXHIBIT F pg.92

6/6/2019 SHAREHOLDER ALERT ARA NTNX MWA: The Law Offices of Vincent Wong Reminds Investors of Important Class Action Deadlines

Case 3:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 94 of 120

PRODUCTS

BECOME A CLIENT

ABOUT US

NEWSROOM

(https://www.linkedin.com/company-
(https://twitter.com/AccessWire)(https://www.facebook.com/AccessWire/)(https://www.instagram.com/accesswire/)
pathWildcard=966956)

**SALES**

Toll Free: 888.952.4446 Opt 2

sales@accesswire.com

(mailto:sales@accesswire.com)

**EDITORIAL**

Toll Free: 888.952.4446 Opt 1

cs@accesswire.com

(mailto:cs@accesswire.com)

Copyright 2019 © ACCESSWIRE. All rights reserved. Privacy Policy (/privacy-policy) | Terms and Conditions (/terms)

EXHIBIT F pg.93

Case 3:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 95 of 120



# CLASS ACTION UPDATE for WSR, NTNX, BA and XENT: Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareholders



f  🐦 in  G+  📌  |  @ Email  |  🖨 Print Friendly  |  ❮ Share

May 21, 2019 09:44 ET | **Source:** Levi & Korsinsky, LLP

NEW YORK, May 21, 2019 (GLOBE NEWSWIRE) -- Levi & Korsinsky, LLP announces that class action lawsuits have commenced on behalf of shareholders of the following publicly-traded companies. Shareholders interested in serving as lead plaintiff have until the deadlines listed to petition the court and further details about the cases can be found at the links provided. There is no cost or obligation to you.

**Whitestone REIT (NYSE: WSR)**
**Class Period:** May 9, 2018 - February 27, 2019
**Lead Plaintiff Deadline:** June 17, 2019
Join the action: **https://www.zlk.com/pslra-1/whitestone-reit-loss-form?wire=3**

Allegations: Whitestone REIT made materially false and/or misleading statements throughout the class period and/or failed to disclose that: (1) the Company lacked effective internal control over financial reporting; (2) Whitestone was incorrectly recognizing assets and liabilities associated with its contribution to Pillarstone Capital REIT Operating Partnership LP; (3) the Company's financial statements for the fiscal year 2018 were overstating revenues; (4) the Company's financial statements for the fiscal year 2018 could no longer be relied upon; and (5) as a result of the foregoing, the Company's financial statements were materially false and misleading at all relevant times.

To learn more about the **Whitestone REIT** class action contact **jlevi@levikorsinsky.com**.

**Nutanix, Inc. (NASDAQGS: NTNX)**
**Class Period:** Class A shares purchased between March 2, 2018 and February 28, 2019

EXHIBIT F pg.94

**Lead Plaintiff Deadline:** May 28, 2019

Join the action: **https://www.zlk.com/pslra-1/nutanix-inc-loss-form?wire=3**

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins.  On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

To learn more about the **Nutanix, Inc.** class action contact **jlevi@levikorsinsky.com**.

**The Boeing Company (NYSE: BA)**
**Class Period:** January 8, 2019 - March 21, 2019
**Lead Plaintiff Deadline:** June 10, 2019
Join the action: **https://www.zlk.com/pslra-1/the-boeing-company-loss-form-2?wire=3**

Allegations: During the class period, The Boeing Company made materially false and/or misleading statements and/or failed to disclose that: (1) Boeing's 737 MAX airplanes were not as safe as previous models, therefore Boeing included undisclosed "hacks" created by engineering compromises and the lack of safety features which Boeing sold as "optional" add-ons which were designed to help address these safety concerns; (2) most airlines did not purchase these safety "options"; (3) the Federal Aviation Administration granted Boeing its own oversight and certification of Boeing's new flight control system, or Maneuvering Characteristics Augmentation Systems, which was a clear conflict of interest as Boeing was rushing the 737 MAX airplanes to market; and (4) as a result of the foregoing, Boeing's public statement were materially false and misleading at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

To learn more about the **The Boeing Company** class action contact **jlevi@levikorsinsky.com**.

**Intersect ENT, Inc. (NASDAQGM: XENT)**
**Class Period:** August 1, 2018 - May 6, 2019
**Lead Plaintiff Deadline:** July 15, 2019
Join the action: **https://www.zlk.com/pslra-1/intersect-ent-inc-loss-form?wire=3**

Allegations: Intersect ENT, Inc. made materially false and/or misleading statements throughout the class period and/or failed to disclose that: (1) Intersect lacked adequate reimbursement representatives to ensure physicians had access to SINUVA, Intersect's sinus implant; (2) Intersect's sales force would focus on ensuring reimbursement; (3) Intersect's sales representatives were less focused on driving sales; (4) physicians were less likely to adopt Intersect's SINUVA due to transaction costs associated with seeking reimbursement; (5) Intersect would increase staffing to address these issues; and (6) as a result of the

EXHIBIT F pg.95

6/5/2019 CLASS ACTION UPDATE for WSR, NTNX, BA and XENT Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareh…

Case 3:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 97 of 120

foregoing, defendants' positive statements about Intersect's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

To learn more about the **Intersect ENT, Inc.** class action contact jlevi@levikorsinsky.com.

You have until the lead plaintiff deadlines to request the court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

CONTACT:
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
55 Broadway, 10th Floor
New York, NY 10006
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
www.zlk.com

---

Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.

EXHIBIT F pg.96

Case 3:19-cv-01651-WHO   Document 71-6   Filed 06/11/19   Page 98 of 120



# The Klein Law Firm Reminds Investors of Class Actions on Behalf of Shareholders of BV, WSR, NTNX and LYFT



f  🐦  in  G+  📌  |  @ Email  |  🖨 Print Friendly  |  ◀ Share

May 22, 2019 10:29 ET | **Source:** The Klein Law Firm

NEW YORK, May 22, 2019 (GLOBE NEWSWIRE) -- The Klein Law Firm announces that class action complaints have been filed on behalf of shareholders of the following companies. If you suffered a loss you have until the lead plaintiff deadline to request that the court appoint you as lead plaintiff.

**BrightView Holdings, Inc. (NYSE: BV)**
Class Period: Purchasers of common stock pursuant to the IPO completed around July 2, 2018
Lead Plaintiff Deadline: June 14, 2019

The complaint alleges that the defendants made materially false and/or misleading statements in the Offering Documents relating to the IPO, including omitting or failing to disclose that: (i) a material portion of BrightView's contracts were underperforming and/or represented undesirable costs to the Company; (ii) as a result of the foregoing, BrightView would implement a "managed exit" strategy to end its low margin and non-profitable contracts with customers; (iii) this "managed exit" strategy would negatively impact BrightView's future revenue throughout 2018, and would continue to do so well into fiscal year 2019; and (iv) as a result, the Offering Documents were materially false and/or misleading and failed to state information required to be stated therein.

Get additional information about the **BV** lawsuit: http://www.kleinstocklaw.com/pslra-1/brightview-holdings-inc-loss-submission-form?wire=3

**Whitestone REIT (NYSE: WSR)**
Class Period: May 9, 2018 to February 27, 2019
Lead Plaintiff Deadline: June 17, 2019

Whitestone REIT allegedly made materially false and/or misleading statements and/or failed to disclose that: (1) the Company lacked effective internal control over financial reporting; (2) Whitestone was incorrectly recognizing assets and liabilities associated with its contribution to Pillarstone Capital REIT Operating Partnership LP; (3) the Company's financial statements for the fiscal year 2018 were overstating revenues; (4) the Company's financial statements for the fiscal year 2018 could no longer be relied upon; and (5) as a result of the foregoing, the Company's financial statements were materially false and misleading at all relevant times.

Get additional information about the **WSR** lawsuit: http://www.kleinstocklaw.com/pslra-1/whitestone-reit-loss-submission-form?wire=3

**Nutanix, Inc. (NASDAQGS: NTNX)**
Class Period: Class A shares purchased between March 2, 2018 and February 28, 2019
Lead Plaintiff Deadline: May 28, 2019

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins.  On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

Get additional information about the **NTNX** lawsuit: http://www.kleinstocklaw.com/pslra-1/nutanix-inc-loss-submission-form?wire=3

**Lyft, Inc. (NASDAQGS: LYFT)**
Class Period: pursuant or traceable to the Company's Offering and Registration Statement issued in relation to the March 28, 2019 IPO
Lead Plaintiff Deadline: July 16, 2019

According to the lawsuit, Lyft's Offering materials issued in connection with its IPO failed to disclose that: (1) Lyft's claimed ridesharing position was overstated; (2) more than 1,000 of the bicycles in Lyft's rideshare program suffered from safety issues that would lead to their recall; (3) Lyft's drivers were becoming disincentivized from driving for Lyft; (4) Lyft failed to warn investors that a labor disruption could affect its operations; and (5) as a result, Lyft's public statements were materially false and misleading at all relevant times.

Get additional information about the **LYFT** lawsuit: http://www.kleinstocklaw.com/pslra-1/lyft-inc-loss-submission-form?wire=3

<span style="color:red">EXHIBIT F pg.97</span>

Case 3:19-cv-01651-WHO   Document 71-6   Filed 06/11/19   Page 99 of 120

Your ability to share in any recovery doesn't require that you serve as a lead plaintiff. There is no cost or obligation to you. If you suffered a loss during the class period and wish to obtain additional information, please contact J. Klein, Esq. by telephone at 212-616-4899 or visit the webpages provided.

J. Klein, Esq. represents investors and participates in securities litigations involving financial fraud throughout the nation. Attorney advertising. Prior results do not guarantee similar outcomes.

CONTACT:
J. Klein, Esq.
Empire State Building
350 Fifth Avenue
59th Floor
New York, NY 10118
**jk@kleinstocklaw.com**
Telephone: (212) 616-4899
Fax: (347) 558-9665
**www.kleinstocklaw.com**

---

Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.

EXHIBIT F pg.98



# The Klein Law Firm Reminds Investors of Class Actions on Behalf of Shareholders of BV, WSR, NTNX and LYFT



f  🐦  in  G+  📌  |  @ Email  |  🖨 Print Friendly  |  ⌁ Share

May 22, 2019 10:29 ET | **Source:** The Klein Law Firm

NEW YORK, May 22, 2019 (GLOBE NEWSWIRE) -- The Klein Law Firm announces that class action complaints have been filed on behalf of shareholders of the following companies. If you suffered a loss you have until the lead plaintiff deadline to request that the court appoint you as lead plaintiff.

**BrightView Holdings, Inc. (NYSE: BV)**
Class Period: Purchasers of common stock pursuant to the IPO completed around July 2, 2018
Lead Plaintiff Deadline: June 14, 2019

The complaint alleges that the defendants made materially false and/or misleading statements in the Offering Documents relating to the IPO, including omitting or failing to disclose that: (i) a material portion of BrightView's contracts were underperforming and/or represented undesirable costs to the Company; (ii) as a result of the foregoing, BrightView would implement a "managed exit" strategy to end its low margin and non-profitable contracts with customers; (iii) this "managed exit" strategy would negatively impact BrightView's future revenue throughout 2018, and would continue to do so well into fiscal year 2019; and (iv) as a result, the Offering Documents were materially false and/or misleading and failed to state information required to be stated therein.

Get additional information about the **BV** lawsuit: **http://www.kleinstocklaw.com/pslra-1/brightview-holdings-inc-loss-submission-form?wire=3**

**Whitestone REIT (NYSE: WSR)**
Class Period: May 9, 2018 to February 27, 2019
Lead Plaintiff Deadline: June 17, 2019

Whitestone REIT allegedly made materially false and/or misleading statements and/or failed to disclose that: (1) the Company lacked effective internal control over financial reporting; (2) Whitestone was incorrectly recognizing assets and liabilities associated with its contribution to Pillarstone Capital REIT Operating Partnership LP; (3) the Company's financial statements

EXHIBIT F pg.99

for the fiscal year 2018 were overstating revenues; (4) the Company's financial statements for the fiscal year 2018 could no longer be relied upon; and (5) as a result of the foregoing, the Company's financial statements were materially false and misleading at all relevant times.

Get additional information about the **WSR** lawsuit: **http://www.kleinstocklaw.com/pslra-1/whitestone-reit-loss-submission-form?wire=3**

### Nutanix, Inc. (NASDAQGS: NTNX)

Class Period: Class A shares purchased between March 2, 2018 and February 28, 2019
Lead Plaintiff Deadline: May 28, 2019

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins.  On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

Get additional information about the **NTNX** lawsuit: **http://www.kleinstocklaw.com/pslra-1/nutanix-inc-loss-submission-form?wire=3**

### Lyft, Inc. (NASDAQGS: LYFT)

Class Period: pursuant or traceable to the Company's Offering and Registration Statement issued in relation to the March 28, 2019 IPO
Lead Plaintiff Deadline: July 16, 2019

According to the lawsuit, Lyft's Offering materials issued in connection with its IPO failed to disclose that: (1) Lyft's claimed ridesharing position was overstated; (2) more than 1,000 of the bicycles in Lyft's rideshare program suffered from safety issues that would lead to their recall; (3) Lyft's drivers were becoming disincentivized from driving for Lyft; (4) Lyft failed to warn investors that a labor disruption could affect its operations; and (5) as a result, Lyft's public statements were materially false and misleading at all relevant times.

Get additional information about the **LYFT** lawsuit: **http://www.kleinstocklaw.com/pslra-1/lyft-inc-loss-submission-form?wire=3**

Your ability to share in any recovery doesn't require that you serve as a lead plaintiff. There is no cost or obligation to you. If you suffered a loss during the class period and wish to obtain additional information, please contact J. Klein, Esq. by telephone at 212-616-4899 or visit the webpages provided.

J. Klein, Esq. represents investors and participates in securities litigations involving financial fraud throughout the nation. Attorney advertising. Prior results do not guarantee similar outcomes.

EXHIBIT F pg.100

CONTACT:

J. Klein, Esq.

Empire State Building

350 Fifth Avenue

59th Floor

New York, NY 10118

**jk@kleinstocklaw.com**

Telephone: (212) 616-4899

Fax: (347) 558-9665

**www.kleinstocklaw.com**

---

## Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

## About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.

EXHIBIT F pg.101

Case 8:19-cv-01651-WHO    Document 71-6    Filed 06/11/19    Page 103 of 120

← Back to Newsroom (/newsroom)



**Levi & Korsinsky, LLP**

# CLASS ACTION UPDATE for MBT, NTNX and INVVY: Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareholders

*Monday, May 20, 2019 10:50 AM*

**NEW YORK, NY / ACCESSWIRE / May 20, 2019 /** Levi & Korsinsky, LLP announces that class action lawsuits have commenced on behalf of shareholders of the following publicly-traded companies. Shareholders interested in serving as lead plaintiff have until the deadlines listed to petition the court and further details about the cases can be found at the links provided.

### Mobile TeleSystems PJSC (NYSE: MBT)

**Class Period**: March 19, 2014 - March 7, 2019
**Lead Plaintiff Deadline** : May 20, 2019
Join the action: https://www.zlk.com/pslra-1/mobile-telesystems-pjsc-loss-form?prid=1578&wire=1 (http://pr.report/PYLtNWGd)

About the lawsuit: Throughout the class period, Mobile TeleSystems PJSC allegedly made materially false and/or misleading statements and/or failed to disclose that: (1) MTS and its subsidiary were involved in a scheme to pay $420 million in bribes in Uzbekistan; (2) consequently, MTS knew or should have known it would be forced to pay substantial fines to the U.S. government after disclosing in 2014 that the U.S. Department of Justice and Securities and Exchange Commission were investigating its Uzbekistan operations; (3) MTS' level of cooperation with the U.S. government and remediation was lacking; (4) due to the aforementioned misconduct, MTS would be forced to pay approximately $850 million in criminal penalties to the U.S. government; and (5) as a result, defendants' public statements were materially false and/or misleading at all relevant times.

To learn more about the **Mobile TeleSystems PJSC** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

### Nutanix, Inc. (NASDAQGS: NTNX)

**Class Period**: Class A shares purchased between March 2, 2018 and February 28, 2019
**Lead Plaintiff Deadline** : May 28, 2019
Join the action: https://www.zlk.com/pslra-1/nutanix-inc-loss-form?prid=1578&wire=1 (http://pr.report/uv4lCRO3)

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins.

On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

To learn more about the **Nutanix, Inc.** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

### Indivior PLC (OTC PINK: INVVY)

**Class Period**: March 10, 2015 - April 9, 2019
**Lead Plaintiff Deadline** : June 24, 2019
Join the action: https://www.zlk.com/pslra-1/indivior-plc-loss-form?prid=1578&wire=1 (http://pr.report/w-

EXHIBIT F pg.102

Case 8:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 104 of 120

V1l0kJ)

About the lawsuit: Indivior PLC allegedly made materially false and/or misleading statements during the class period and/or failed to disclose that: (1) Indivior and its executives engaged in an illicit nationwide scheme to increase prescriptions of Suboxone Film; (2) Indivior illegally obtained billions of dollars in revenue from Suboxone Film prescriptions by deceiving health care providers and health care benefit programs; (3) as a result of the aforementioned misconduct, Indivior would face felony charges; and (4) due to the foregoing, Defendants' statements about its business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times.

To learn more about the **Indivior PLC** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

You have until the lead plaintiff deadlines to request the court appoint as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation, and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
55 Broadway, 10th Floor
New York, NY 10006
jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com)
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
www.zlk.com (http://pr.report/sNvacmX0)

**SOURCE:** Levi & Korsinsky, LLP

SHARE ARTICLE

   

**CONNECT WITH US**

| ABOUT US | PRODUCTS |
|---|---|
| NEWSROOM | BECOME A CLIENT |

(https://www.linkedin.com/company-
(https://twitter.com/Accesswire)(https://www.facebook.com/966956?Accesswire/)(https://www.instagram.com/accesswire/)
pathWildcard=966956)

| SALES | EDITORIAL |
|---|---|
| Toll Free: 888.952.4446 Opt 2 | Toll Free: 888.952.4446 Opt 1 |
| sales@accesswire.com | cs@accesswire.com |
| (mailto:sales@accesswire.com) | (mailto:cs@accesswire.com) |

Copyright 2019 © ACCESSWIRE. All rights reserved. Privacy Policy (/privacy-policy) | Terms and Conditions (/terms)

EXHIBIT F pg.103

← Back to Newsroom (/newsroom)



## The Law Offices of Vincent Wong

# SHAREHOLDER ALERT: BV NTNX LYFT: The Law Offices of Vincent Wong Reminds Investors of Important Class Action Deadlines

*Thursday, May 23, 2019 2:25 PM*

**NEW YORK, NY / ACCESSWIRE / May 23, 2019 /** The Law Offices of Vincent Wong announce that class actions have commenced on behalf of shareholders of the following companies. If you suffered a loss you have until the lead plaintiff deadline to request that the court appoint you as lead plaintiff.

**BrightView Holdings, Inc. (NYSE: BV)**
**Lead Plaintiff Deadline** : June 14, 2019
**Class Period**: Purchasers of common stock pursuant to the IPO completed around July 2, 2018

Get additional information about BV: http://www.wongesq.com/pslra-1/brightview-holdings-inc-loss-submission-form?prid=1644&wire=1 (http://pr.report/oR3qwDN9)

**Nutanix, Inc. (NASDAQGS: NTNX)**
**Lead Plaintiff Deadline** : May 28, 2019
**Class Period**: Class A shares purchased between March 2, 2018 and February 28, 2019

Get additional information about NTNX: http://www.wongesq.com/pslra-1/nutanix-inc-loss-submission-form?prid=1644&wire=1 (http://pr.report/-3gTmcYZ)

**Lyft, Inc. (NASDAQGS: LYFT)**
**Lead Plaintiff Deadline** : July 16, 2019
**Class Period**: pursuant or traceable to the Company's Offering and Registration Statement issued in relation to the March 28, 2019 IPO

Get additional information about LYFT: http://www.wongesq.com/pslra-1/lyft-inc-loss-submission-form?prid=1644&wire=1 (http://pr.report/CMdfVTJA)

To learn more contact Vincent Wong, Esq. either via email vw@wongesq.com (mailto:vw@wongesq.com) or by telephone at 212.425.1140.

Vincent Wong, Esq. is an experienced attorney that has represented investors in securities litigations involving financial fraud and violations of shareholder rights. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Vincent Wong, Esq.
39 East Broadway
Suite 304
New York, NY 10002
Tel. 212.425.1140
Fax. 866.699.3880
E-Mail: vw@wongesq.com (mailto:vw@wongesq.com)

**SOURCE:** The Law Offices of Vincent Wong

SHARE ARTICLE



EXHIBIT F pg.104

Case 8:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 106 of 120

CONNECT WITH US

ABOUT US

NEWSROOM

PRODUCTS

BECOME A CLIENT

(https://www.linkedin.com/company-
(https://twitter.com/Accesswire)(https://www.facebook.com/AccessWire)(https://www.instagram.com/accesswire/)
pathWildcard=966956)

**SALES**

Toll Free: 888.952.4446 Opt 2

sales@accesswire.com

(mailto:sales@accesswire.com)

**EDITORIAL**

Toll Free: 888.952.4446 Opt 1

cs@accesswire.com

(mailto:cs@accesswire.com)

Copyright 2019 © ACCESSWIRE. All rights reserved. Privacy Policy (/privacy-policy) | Terms and Conditions (/terms)

EXHIBIT F pg.105

← Back to Newsroom (/newsroom)



Levi & Korsinsky, LLP

# CLASS ACTION UPDATE for WSR, NTNX and MWA: Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareholders

*Friday, May 24, 2019 3:25 PM*

**NEW YORK, NY / ACCESSWIRE / May 24, 2019 /** Levi & Korsinsky, LLP announces that class action lawsuits have commenced on behalf of shareholders of the following publicly-traded companies. Shareholders interested in serving as lead plaintiff have until the deadlines listed to petition the court and further details about the cases can be found at the links provided.

### Whitestone REIT (NYSE: WSR)

**Class Period**: May 9, 2018 - February 27, 2019
**Lead Plaintiff Deadline** : June 17, 2019
Join the action: https://www.zlk.com/pslra-1/whitestone-reit-loss-form?prid=1664&wire=1 (http://pr.report/KoDZOFmb)

Allegations: Whitestone REIT made materially false and/or misleading statements throughout the class period and/or failed to disclose that: (1) the Company lacked effective internal control over financial reporting; (2) Whitestone was incorrectly recognizing assets and liabilities associated with its contribution to Pillarstone Capital REIT Operating Partnership LP; (3) the Company's financial statements for the fiscal year 2018 were overstating revenues; (4) the Company's financial statements for the fiscal year 2018 could no longer be relied upon; and (5) as a result of the foregoing, the Company's financial statements were materially false and misleading at all relevant times.

To learn more about the **Whitestone REIT** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

### Nutanix, Inc. (NASDAQGS: NTNX)

**Class Period**: Class A shares purchased between March 2, 2018 and February 28, 2019
**Lead Plaintiff Deadline** : May 28, 2019
Join the action: https://www.zlk.com/pslra-1/nutanix-inc-loss-form?prid=1664&wire=1 (http://pr.report/c0bwCZzv)

EXHIBIT F pg.106

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins.

On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

To learn more about the **Nutanix, Inc.** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

## Mueller Water Products, Inc. (NYSE: MWA)

**Class Period**: May 9, 2016 - August 6, 2018
**Lead Plaintiff Deadline** : June 10, 2019
Join the action: https://www.zlk.com/pslra-1/mueller-water-products-inc-loss-form?prid=1664&wire=1 (http://pr.report/FH53K0dR)

Allegations: During the class period, Mueller Water Products, Inc. made materially false and/or misleading statements and/or failed to disclose that: (1) the Company lacked adequate testing for product quality; (2) certain products with radio components were susceptible to fail prematurely; (3) as a result, the Company was reasonably likely to incur increased expenses, including warranty costs; (4) these costs would materially impact the Company's financial statements; (5) the Company lacked adequate internal controls over warranty costs and estimates; and (6) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

To learn more about the **Mueller Water Products, Inc.** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

You have until the lead plaintiff deadlines to request the court appoint as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation, and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

## CONTACT:

Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
55 Broadway, 10th Floor
New York, NY 10006
jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com)
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
www.zlk.com (http://pr.report/8waoOq5h)

**SOURCE:** Levi & Korsinsky, LLP

---

SHARE ARTICLE

EXHIBIT F pg.107

6/5/2019 CLASS ACTION UPDATE for WSR, NTNX and MWA Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareholders

Case 2:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 109 of 120



ABOUT US          PRODUCTS               CONNECT WITH US

NEWSROOM          BECOME A CLIENT

(https://www.linkedin.com/company-

(https://twitter.com/Accesswire)(https://www.facebook.com/AccessWire)(https://www.instagram.c

pathWildcard=966956)

SALES                     EDITORIAL

Toll Free: 888.952.4446 Opt 2      Toll Free: 888.952.4446 Opt 1

sales@accesswire.com          cs@accesswire.com

(mailto:sales@accesswire.com)   (mailto:cs@accesswire.com)

Copyright 2019 © ACCESSWIRE. All rights reserved. Privacy Policy (/privacy-policy) | Terms and Conditions (/terms)

EXHIBIT F pg.108

← Back to Newsroom (/newsroom)



## Levi & Korsinsky, LLP

# CLASS ACTION UPDATE for T, CRCM and NTNX: Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareholders

*Friday, May 24, 2019 11:00 AM*

**NEW YORK, NY / ACCESSWIRE / May 24, 2019 /** Levi & Korsinsky, LLP announces that class action lawsuits have commenced on behalf of shareholders of the following publicly-traded companies. Shareholders interested in serving as lead plaintiff have until the deadlines listed to petition the court and further details about the cases can be found at the links provided.

### AT&T Inc. (NYSE: T)

**Class Period**: (a) Shares purchased pursuant to the June 2018 acquisition of and merger with Time Warner and/or (b) shares purchased between October 22, 2016 and October 24, 2018
**Lead Plaintiff Deadline** : May 31, 2019
Join the action: https://www.zlk.com/pslra-1/att-inc-loss-form?prid=1658&wire=1 (http://pr.report/F5TP94si)

About the lawsuit: During the class period, AT&T Inc. allegedly made materially false and/or misleading statements and/or failed to disclose that: (i) AT&T had substantially increased prices, while at the same time discontinuing promotional discounts for its DirecTV Now service; (ii) as a result, DirecTV Now subscribers were leaving (i.e., not renewing) as soon as their promotional discount periods expired, while at the same time new potential DirecTV Now customers were unwilling to pay the higher prices and therefore not subscribing at all; and (iii) as a result, the Company's public statements were materially false and misleading at all relevant times.

To learn more about the **AT&T Inc.** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

### Care.com, Inc. (NYSE: CRCM)

**Class Period**: March 27, 2015 - April 1, 2019
**Lead Plaintiff Deadline** : June 3, 2019
Join the action: https://www.zlk.com/pslra-1/care-com-inc-loss-form?prid=1658&wire=1 (http://pr.report/KaY67XlR)

EXHIBIT F pg.109

Case 3:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 111 of 120

The complaint alleges that Defendants made false and/or misleading statements, as well as failed to disclose material adverse facts, with respect to the manner in which the Company vets the caregivers and daycare providers listed on its website.

To learn more about the **Care.com, Inc.** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

## Nutanix, Inc. (NASDAQGS: NTNX)

**Class Period**: Class A shares purchased between March 2, 2018 and February 28, 2019
**Lead Plaintiff Deadline** : May 28, 2019
Join the action: https://www.zlk.com/pslra-1/nutanix-inc-loss-form?prid=1658&wire=1 (http://pr.report/YIPC6M0N)

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins.

On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

To learn more about the **Nutanix, Inc.** class action contact jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com).

You have until the lead plaintiff deadlines to request the court appoint as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation, and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

## CONTACT:

Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
55 Broadway, 10th Floor
New York, NY 10006
jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com)
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
www.zlk.com (http://pr.report/hsNyKp0H)

**SOURCE:** Levi & Korsinsky, LLP

---

SHARE ARTICLE

   

| ABOUT US | PRODUCTS | CONNECT WITH US |
| --- | --- | --- |
| NEWSROOM | BECOME A CLIENT | |

EXHIBIT F pg.110

Case 3:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 112 of 120

(https://twitter.com/Accesswire) (https://www.facebook.com/Accesswire/) (https://www.linkedin.com/company-beta/966956?
pathWildcard=966956)

(https://www.instagram.c

---

### SALES

Toll Free: 888.952.4446 Opt 2

sales@accesswire.com
(mailto:sales@accesswire.com)

### EDITORIAL

Toll Free: 888.952.4446 Opt 1

cs@accesswire.com
(mailto:cs@accesswire.com)

Copyright 2019 © ACCESSWIRE. All rights reserved. Privacy Policy (/privacy-policy) | Terms and Conditions (/terms)

EXHIBIT F pg.111

Case 3:19-cv-01651-WHO   Document 71-6   Filed 06/11/19   Page 113 of 120

← Back to Newsroom (/newsroom)



## The Klein Law Firm

# The Klein Law Firm Reminds Investors of Class Actions on Behalf of Shareholders of NTNX, EQBK and HL

*Tuesday, May 28, 2019 3:40 PM*

**NEW YORK, NY / ACCESSWIRE / May 28, 2019 /** The Klein Law Firm announces that class action complaints have been filed on behalf of shareholders of the following companies. If you suffered a loss you have until the lead plaintiff deadline to request that the court appoint you as lead plaintiff.

### Nutanix, Inc. (NASDAQGS: NTNX)
Class Period: Class A shares purchased between March 2, 2018 and February 28, 2019
Lead Plaintiff Deadline: May 28, 2019

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins.

On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

Get additional information about the **NTNX** lawsuit: http://www.kleinstocklaw.com/pslra-1/nutanix-inc-loss-submission-form?id=1701&from=1 (http://pr.report/3-n7Cwst)

### Equity Bancshares, Inc. (NASDAQ: EQBK)
Class Period: May 11, 2018 to April 22, 2019
Lead Plaintiff Deadline: July 12, 2019

Throughout the class period, Equity Bancshares, Inc. allegedly made materially false and/or misleading statements and/or failed to disclose that: (1) the Company lacked adequate internal controls to assess credit risk; (2) as a result, certain of the Company's loans posed an increased risk of loss; (3) as a result, the Company was reasonably likely to incur significant losses for certain substandard loans; and (4) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Get additional information about the **EQBK** lawsuit: http://www.kleinstocklaw.com/pslra-1/equity-bancshares-inc-loss-submission-form?id=1701&from=1 (http://pr.report/8SVstB-7)

<span style="color:red">EXHIBIT F pg.112</span>

## Hecla Mining Company (NYSE: HL)

Class Period: March 19, 2018 to May 8, 2019
Lead Plaintiff Deadline: July 23, 2019

The complaint alleges that during the class period Hecla Mining Company made materially false and/or misleading statements and/or failed to disclose that: (a) the Nevada operations were hemorrhaging cash due to a multitude of material problems identified by Defendants during Hecla's extensive due diligence of the Nevada mines before the Class Period, and (b) as a result of these material problems, Defendants had no reasonable basis for their representations that the Nevada operations would be in a position to have positive or self-funding cash flow.

Get additional information about the **HL** lawsuit: http://www.kleinstocklaw.com/pslra-1/hecla-mining-company-loss-submission-form?id=1701&from=1 (http://pr.report/16hmRICs)

Your ability to share in any recovery doesn't require that you serve as a lead plaintiff. There is no cost or obligation to you. If you suffered a loss during the class period and wish to obtain additional information, please contact J. Klein, Esq. by telephone at 212-616-4899 or visit the webpages provided.

J. Klein, Esq. represents investors and participates in securities litigations involving financial fraud throughout the nation. Attorney advertising. Prior results do not guarantee similar outcomes.

### CONTACT:

J. Klein, Esq.
Empire State Building
350 Fifth Avenue
59th Floor
New York, NY 10118
jk@kleinstocklaw.com (mailto:jk@kleinstocklaw.com)
Telephone: (212) 616-4899
Fax: (347) 558-9665
www.kleinstocklaw.com (http://pr.report/TLg9whx7)

**SOURCE:** The Klein Law Firm

---

SHARE ARTICLE

   

| ABOUT US | PRODUCTS | CONNECT WITH US |
|----------|----------|------------------|
| NEWSROOM | BECOME A CLIENT | |

(https://www.linkedin.com/company-
(https://twitter.co(https://www.facebook.com/966956)Accesswire/)www.instagram.co
pathWildcard=966956)

| SALES | EDITORIAL |
|-------|-----------|
| Toll Free: 888.952.4446 Opt 2 | Toll Free: 888.952.4446 Opt 1 |
| sales@accesswire.com | cs@accesswire.com |
| (mailto:sales@accesswire.com) | (mailto:cs@accesswire.com) |

<span style="color:red">EXHIBIT F pg.113</span>

Copyright 2019 © ACCESSWIRE. All rights reserved. Privacy Policy (/privacy-policy) | Terms and Conditions (/terms)

EXHIBIT F pg.114



## CLASS ACTION UPDATE for NTNX, APYX, NOK and KSHB: Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareholders

f   ✗   in   G+   🅿   |   @ Email   |   🖶 Print Friendly   |   ❮ Share



May 28, 2019 09:21 ET | **Source:** Levi & Korsinsky, LLP

NEW YORK, May 28, 2019 (GLOBE NEWSWIRE) -- Levi & Korsinsky, LLP announces that class action lawsuits have commenced on behalf of shareholders of the following publicly-traded companies. Shareholders interested in serving as lead plaintiff have until the deadlines listed to petition the court and further details about the cases can be found at the links provided. There is no cost or obligation to you.

**Nutanix, Inc. (NASDAQGS: NTNX)**
**Class Period:** Class A shares purchased between March 2, 2018 and February 28, 2019
**Lead Plaintiff Deadline:** May 28, 2019
Join the action: **https://www.zlk.com/pslra-1/nutanix-inc-loss-form?wire=3**

The complaint concerns whether the Company and its executives violated federal securities laws by making false and/or misleading statements about its investments in growth and its maintenance of high profit margins. On February 28, 2019, Nutanix announced its second quarter fiscal 2019 results and reported third quarter guidance that was below analysts' expectations. Management acknowledged that "inadequate marketing spend for pipeline generation and slower than expected sales hiring" were the reasons for the weak guidance. On this news, Nutanix's share price fell from $50.09 per share on February 28, 2019 to a closing price of $33.70 on March 1, 2019.

To learn more about the **Nutanix, Inc.** class action contact **jlevi@levikorsinsky.com**.

**Apyx Medical Corporation (NASDAQ: APYX)**
**Class Period:** August 1, 2018 - April 1, 2019
**Lead Plaintiff Deadline:** June 17, 2019

<span style="color:red">EXHIBIT F pg.115</span>

6/5/2019 CLASS ACTION UPDATE for NTNX, APYX, NOK and KSHB: Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shar…

Case 3:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 117 of 120

Join the action: **https://www.zlk.com/pslra-1/apyx-medical-corporation-loss-form?wire=3**

About the lawsuit: During the class period, Apyx Medical Corporation allegedly made materially false and/or misleading statements and/or failed to disclose that: (1) the clinical study on the use of J-Plasma for dermal resurfacing had not met its primary efficacy endpoint; (2) as a result, the clinical study did not support the Company's application for regulatory clearance; (3) as a result, the Company was unlikely to receive regulatory approval of J-Plasma for dermal resurfacing; and (4) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially false and/or misleading and/or lacked a reasonable basis.

To learn more about the **Apyx Medical Corporation** class action contact **jlevi@levikorsinsky.com**.

**Nokia Corporation (NYSE: NOK)**
**Class Period:** April 15, 2015 - March 21, 2019
**Lead Plaintiff Deadline:** June 19, 2019
Join the action: **https://www.zlk.com/pslra-1/nokia-corporation-loss-form?wire=3**

About the lawsuit: Nokia Corporation allegedly made materially false and/or misleading statements and/or failed to disclose that: (i) Alcatel-Lucent S.A. ("Alcatel") maintained insufficient internal controls and was materially non-compliant in its business practices; (ii) Nokia had failed to conduct adequate due diligence into Alcatel prior to its acquisition; (iii) subsequent to the completion of Nokia's acquisition of Alcatel, the Company maintained insufficient internal controls over the integration of Alcatel's businesses; (iv) as a result of the foregoing, at all relevant times, Nokia was at risk of serious criminal and civil penalties; and (v) as a result, the Company's public statements were materially false and misleading at all relevant times.

To learn more about the **Nokia Corporation** class action contact **jlevi@levikorsinsky.com**.

**KushCo Holdings, Inc. (OTCMKTS: KSHB)**
**Class Period:** July 13, 2017 - April 9, 2019
**Lead Plaintiff Deadline:** July 1, 2019
Join the action: **https://www.zlk.com/pslra-1/kushco-holdings-inc-loss-form?wire=3**

About the lawsuit: During the class period, KushCo Holdings, Inc. allegedly made materially false and/or misleading statements and/or failed to disclose that: (i) KushCo made material accounting errors in connection with its acquisitions of CMP Wellness, Summit, and Hybrid; (ii) as a result, KushCo's previously issued financial statements as of and for the fiscal years ended August 31, 2018 and August 31, 2017, included in the Company's Annual Reports on Form 10-K for such periods, and financial statements as of and for the quarterly periods ended May 31, 2017, November 30, 2017, February 28, 2018, May 31, 2018 and November 30, 2018, included in the Company's Quarterly Reports on Form 10-Q for such periods, could not be relied upon; (iii) KushCo's net loss for the fiscal year ended August 31, 2018, was

EXHIBIT F pg.116

Case 3:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 118 of 120

more than twice as high than previously reported; (iv) KushCo and its management's assurances that its financial statements for those fiscal years and periods were accurate and fairly reported could not be relied upon; and (v) as a result, the Company's public statements were materially false and misleading at all relevant times.

To learn more about the **KushCo Holdings, Inc.** class action contact **jlevi@levikorsinsky.com**.

You have until the lead plaintiff deadlines to request the court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

CONTACT:
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
55 Broadway, 10th Floor
New York, NY 10006
**jlevi@levikorsinsky.com**
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
**www.zlk.com**

---

Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

## About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.

EXHIBIT F pg.117

Case 3:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 119 of 120

← Back to Newsroom (/newsroom)



The Law Offices of Vincent Wong

# SHAREHOLDER ALERT: NTNX LYFT NOK: The Law Offices of Vincent Wong Reminds Investors of Important Class Action Deadlines

*Tuesday, May 28, 2019 12:06 PM*

**NEW YORK, NY / ACCESSWIRE / May 28, 2019 /** The Law Offices of Vincent Wong announce that class actions have commenced on behalf of shareholders of the following companies. If you suffered a loss you have until the lead plaintiff deadline to request that the court appoint you as lead plaintiff.

**Nutanix, Inc. (NASDAQGS: NTNX)**
**Lead Plaintiff Deadline** : May 28, 2019
**Class Period**: Class A shares purchased between March 2, 2018 and February 28, 2019

Get additional information about NTNX: http://www.wongesq.com/pslra-1/nutanix-inc-loss-submission-form?prid=1695&wire=1 (http://pr.report/cEJWCpYv)

**Lyft, Inc. (NASDAQGS: LYFT)**
**Lead Plaintiff Deadline** : July 16, 2019
**Class Period**: pursuant or traceable to the Company's Offering and Registration Statement issued in relation to the March 28, 2019 IPO

Get additional information about LYFT: http://www.wongesq.com/pslra-1/lyft-inc-loss-submission-form?prid=1695&wire=1 (http://pr.report/6oGnPRx4)

**Nokia Corporation (NYSE: NOK)**
**Lead Plaintiff Deadline** : June 19, 2019
**Class Period**: April 15, 2015 to March 21, 2019

Get additional information about NOK: http://www.wongesq.com/pslra-1/nokia-corporation-loss-submission-form?prid=1695&wire=1 (http://pr.report/SvZDOmlL)

To learn more contact Vincent Wong, Esq. either via email vw@wongesq.com (mailto:vw@wongesq.com) or by telephone at 212.425.1140.

EXHIBIT F pg.118

Case 3:19-cv-01651-WHO Document 71-6 Filed 06/11/19 Page 120 of 120

Vincent Wong, Esq. is an experienced attorney that has represented investors in securities litigations involving financial fraud and violations of shareholder rights. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Vincent Wong, Esq.
39 East Broadway
Suite 304
New York, NY 10002
Tel. 212.425.1140
Fax. 866.699.3880
E-Mail: vw@wongesq.com (mailto:vw@wongesq.com)

**SOURCE:** The Law Offices of Vincent Wong

SHARE ARTICLE

   

**ABOUT US**          **PRODUCTS**                    **CONNECT WITH US**

**NEWSROOM**          **BECOME A CLIENT**

(https://www.linkedin.com/company-
(https://twitter.com/accesswire) (https://facebook.com/Accesswire) (https://www.instagram.com/
pathWildcard=966956)

**SALES**                    **EDITORIAL**

Toll Free: 888.952.4446 Opt 2     Toll Free: 888.952.4446 Opt 1
sales@accesswire.com              cs@accesswire.com
(mailto:sales@accesswire.com)     (mailto:cs@accesswire.com)

Copyright 2019 © ACCESSWIRE. All rights reserved. Privacy Policy (/privacy-policy) | Terms and Conditions (/terms)

EXHIBIT F pg.119