# EXHIBIT G

EXHIBIT G

WE GIVE SHAREHOLDERS A VOICE

# Nutanix, Inc. Loss Form

## See If You Qualify For Monetary Reward

*Levi & Korsinsky, LLP does not share your information with others. There is no cost or obligation for you to submit.*

Name *

Email *

Address

City

State

Zip

Daytime Phone

Evening Phone

Shares Owned

Purchase Date

Loss

⊖ Submit Transaction Detail Now (Optional)

Statement Information

- OR -

Upload Files

ⓘ *This submission does not create an attorney-client relationship. If we believe that you might be an appropriate lead plaintiff, we will contact you to discuss whether to establish an attorney-client relationship.*

Submit Loss

EXHIBIT G pg. 1

TOLL FREE: 877-363-5972  FAX: 212-363-7171

Levi & Korsinsky announces that a class action has commenced in the USDC for the Northern District of California on behalf of Class A shareholders of Nutanix, Inc. (NASDAQGS: NTNX) who purchased shares between March 2, 2018 through February 28, 2019.

If you suffered a loss in Nutanix you have until May 28, 2019 to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

# $522M

# $79M

# $42M

# $36.5M

## WINS

In re Google Inc. Class C Shareholder Litigation

Freudenberg v. E*TRADE Financial Corp.

In re CNX Gas Corp. Shareholder Litigation

In re Bluegreen Co Shareholder Litigat



THE POWERHOUSE

All Rights Reserved. © 2019 Levi & Korsinsky, LLP | 55 Broadway, 10th Floor New York, NY 10006

Attorney Advertising. No part of this website or any of its content or images may be reproduced, copied, modified or adapted,without the prior express written consent of Levi & Korsinsky, LLP.
Prior results do not guarantee a similar outcome. Read the complete Terms and Conditions & Privacy here.

EXHIBIT G pg. 2