# EXHIBIT H

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUDITH DESMET,

                    Plaintiff,

          -against-                                        17-cv-7371 (LAK)


INTERCEPT PHARMACEUTICALS GROUP, INC., et al.,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


                              **ORDER**


LEWIS A. KAPLAN, *District Judge.*

          There have been a number of competing motions for appointment as lead plaintiff
and approval of proposed lead counsel in these securities class actions, some of which remain
pending and one of which has been withdrawn but is the subject of a motion to withdraw the
withdrawal and to push once again for appointment as lead plaintiff, etc.  The litigation of these
motions has revealed behavior by some of the counsel that is unseemly if not worse and that clearly
suggests to the undersigned that the counsel involved should not serve as lead counsel. *See* DI 25,
31, 38.

          In all the circumstances, the motion of Hou Liu and Amy Fu to serve as lead
plaintiffs and to approve their selection of Richard Gonnello of Faruqui & Faruqui as lead counsel
[DI 14] is granted.  All other pending motions in this case are denied and the Clerk shall terminate
them.

          SO ORDERED.

Dated:          June 1, 2018

                                        _____
                                              Lewis A. Kaplan
                                        United States District Judge