**LEVI & KORSINSKY, LLP**
Gregory M. Nespole (admitted *pro hac vice*)
55 Broadway, 10th floor
New York, New York 10006
Tel.: (212) 363-7500
Email: gnespole@zlk.com

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 291-2420
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Movant Shimon Hedvat*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SCHELLER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>Defendants. | No. 3:19-cv-01651-WHO<br><br>Hon. William H. Orrick<br><br>**DECLARATION OF GREGORY M. NESPOLE IN SUPPORT OF THE REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF MOTION OF SHIMON HEDVAT FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**<br><br>Date: July 10, 2019<br>Time: 9:00 a.m.<br>Courtroom: 2-17th Floor |
| TIM MAUTER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>Defendants. | No. 3:19-cv-02442-RS<br><br>Hon. Richard Seeborg |

| JOSEPH S. MAROUN, Individually and on behalf of all others similarly situated, | No. 3:19-cv-02744-RS |
|---|---|
| Plaintiff | Hon. Richard Seeborg |
| vs. | |
| NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS, | |
| Defendants. | |
| HEIDI ZAPF, Individually and on behalf of all others similarly situated, | No. 3:19-cv-02781-SI |
| Plaintiff | Hon. Susan Illston |
| vs. | |
| NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS, | |
| Defendants. | |

DECLARATION OF GREGORY M. NESPOLE IN SUPPORT OF THE REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF MOTION OF SHIMON HEDVAT FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL
Nos. 3:19-cv-01651-WHO; 3:19-cv-02442-RS; 3:19-cv-02744-RS; 3:19-cv-02781-SI

I, Gregory M. Nespole, hereby declare as follows:

1.    I am an attorney with the law firm of Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for Shimon Hedvat ("Movant"), and admitted to practice *pro hac vice* to the bar of the State of California. Dkt. No. 53. I respectfully submit this declaration in support of Movant's Reply Memorandum of Points and Authorities in Further Support of Motion of Shimon Hedvat for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel.  This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto collectively as **Exhibit A** is a true and correct copy of the Transcript of Proceedings held before the Honorable James Donato in *Sawicki v. Stitch Fix, Inc. et al*., Case No. 3:18-cv-6208 (N.D. Cal.) on January 17, 2019.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 18th day of June, 2019.

/s/ *Gregory Mark Nespole*  
Gregory Mark Nespole (*admitted pro hac vice*)

DECLARATION OF GREGORY M. NESPOLE IN SUPPORT OF THE REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF MOTION OF SHIMON HEDVAT FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL  
Nos. 3:19-cv-01651-WHO; 3:19-cv-02442-RS; 3:19-cv-02744-RS; 3:19-cv-02781-SI