Benjamin Heikali SBN 307466
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
E-mail: bheikali@faruqilaw.com

Richard W. Gonnello (*pro hac vice* pending)
Sherief Morsy (*pro hac vice* pending)
Dillon Hagius SBN 319632
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
E-mail: rgonnello@faruqilaw.com
         smorsy@faruqilaw.com
         dhagius@faruqilaw.com

*Attorneys for Proposed Lead Plaintiff Frank May*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SCHELLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>Defendants. | Case No. 3:19-cv-01651-WHO<br><br>**DECLARATION OF BENJAMIN HEIKALI IN SUPPORT OF FRANK MAY'S REPLY** |
| TIM MAUTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>Defendants. | **CLASS ACTION**<br><br>Judge: Hon. William H. Orrick<br>Date:   July 10, 2019<br>Time:   9:00 a.m.<br>Courtroom:   2 – 17th Floor<br><br>Case No. 3:19-cv-02442-RS |
| *(captions continue on next page)* | |

DECLARATION OF BENJAMIN HEIKALI IN SUPPORT OF FRANK MAY'S REPLY
NO. 3:19-cv-01651-WHO

| JOSEPH S. MAROUN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>Defendants. | Case No. 3:19-cv-02744-RS |
| HEIDI ZAPF, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>Defendants. | Case No. 3:19-cv-02781-SI |

**DECLARATION OF BENJAMIN HEIKALI IN SUPPORT OF FRANK MAY'S REPLY**
**NO. 3:19-cv-01651-WHO**

I, Benjamin Heikali, declare as follows:

1.      I am a member in good standing of the bar of the State of California and am admitted in this Court.  I am a partner in the law firm of Faruqi & Faruqi, LLP.  I submit this declaration in support of Frank May's ("May") Reply In Support Of His Lead Plaintiff Motion.

2.      Attached as Exhibit 1 is a true and correct copy of May's losses calculated under certain of *Dura Pharmaceuticals, Inc. v. Broudo*, 544 U.S. 336 (2005) constraints, and which highlights the quantity of May's retained shares.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of June 2019 at Los Angeles, California.

By: /s/ *Benjamin Heikali*
Benjamin Heikali

**DECLARATION OF BENJAMIN HEIKALI IN SUPPORT OF FRANK MAY'S REPLY**
**NO. 3:19-cv-01651-WHO**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

By:     */s/ Benjamin Heikali*
Benjamin Heikali