# Exhibit 1
# Dura Constrained Loss Calculation

**Losses in:** Nutanix, Inc.
**90-Day Price:** $38.5056
**Class Period:** 3/2/2018 - 2/28/2019
**Investor:** Frank May

**FARUQI & FARUQI**

| OPEN TRANSACTIONS | | | | | | | CLOSE TRANSACTIONS | | | | | | Matched Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction | Security | Date | Quantity | Price | Total | | Transaction | Security | Date | Quantity | Price | Total | |
| Purchase | Common Stock | 12/04/2017 | 500 | $33.9400 | $16,970.00 | | | | | | | | |
| Purchase | Common Stock | 01/24/2018 | 1,000 | $36.3628 | $36,362.800 | | | | | | | | |
| Purchase | Common Stock | 01/25/2018 | 1,000 | $33.9200 | $33,920.00 | | | | | | | | |
| Purchase | Common Stock | 01/25/2018 | 1,000 | $35.00 | $35,000.00 | | | | | | | | |
| Purchase | Common Stock | 01/26/2018 | 1,000 | $33.3724 | $33,372.400 | 500 | | | | | | | |
| Purchase | Common Stock | 01/30/2018 | 1,000 | $31.6700 | $31,670.00 | | | | | | | | |
| Purchase | Common Stock | 01/30/2018 | 1,000 | $32.1850 | $32,185.00 | | | | | | | | |
| Purchase | Common Stock | 01/30/2018 | 1,000 | $31.6700 | $31,670.00 | | | | | | | | |
| Purchase | Common Stock | 01/30/2018 | 1,000 | $32.1850 | $32,185.00 | | | | | | | | |
| Purchase | Common Stock | 02/02/2018 | 98 | $31.3100 | $3,068.3800 | | | | | | | | |
| Purchase | Common Stock | 02/02/2018 | 902 | $31.3099 | $28,241.5298 | | | | | | | | |
| Purchase | Common Stock | 02/02/2018 | 1,000 | $31.9728 | $31,972.800 | | | | | | | | Start of Class Period |
| Purchase | Common Stock | 03/23/2018 | 2,000 | $51.7660 | $103,532.00 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 04/12/2018 | (2,000) | $53.200 | ($106,400.00) | ($2,868.00) |
| Purchase | Common Stock | 04/13/2018 | 1,000 | $52.7630 | $52,763.00 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 04/17/2018 | (1,000) | $55.500 | ($55,500.00) | ($2,737.00) |
| Purchase | Common Stock | 04/24/2018 | 1,000 | $54.1162 | $54,116.200 | | | | | | | | |
| Purchase | Common Stock | 04/25/2018 | 500 | $51.1132 | $25,556.600 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 05/04/2018 | (500) | $54.00 | ($27,000.00) | |
| | | | | | | | Sale | Common Stock | 05/07/2018 | (1,000) | $55.8468 | ($55,846.80) | ($3,174.00) |
| Purchase | Common Stock | 05/14/2018 | 1,000 | $57.4500 | $57,450.00 | | | | | | | | |
| Purchase | Common Stock | 05/15/2018 | 500 | $56.3124 | $28,156.200 | | | | | | | | |
| Purchase | Common Stock | 05/25/2018 | 2,000 | $52.6736 | $105,347.200 | | | | | | | | |
| Purchase | Common Stock | 05/29/2018 | 500 | $51.6365 | $25,818.2500 | | | | | | | | |
| Purchase | Common Stock | 08/20/2018 | 1,000 | $52.3770 | $52,377.00 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 08/21/2018 | (100) | $54.1883 | ($5,418.83) | |
| | | | | | | | Sale | Common Stock | 08/21/2018 | (100) | $54.1923 | ($5,419.23) | |
| | | | | | | | Sale | Common Stock | 08/21/2018 | (100) | $54.1942 | ($5,419.42) | |
| | | | | | | | Sale | Common Stock | 08/21/2018 | (100) | $54.1880 | ($5,418.80) | |
| | | | | | | | Sale | Common Stock | 08/21/2018 | (100) | $54.1891 | ($5,418.91) | |
| | | | | | | | Sale | Common Stock | 08/21/2018 | (100) | $54.1907 | ($5,419.07) | |
| | | | | | | | Sale | Common Stock | 08/21/2018 | (200) | $54.1800 | ($10,836.00) | |
| | | | | | | | Sale | Common Stock | 08/21/2018 | (200) | $54.1701 | ($10,834.02) | ($1,807.28) |
| Purchase | Common Stock | 08/22/2018 | 1,000 | $53.7500 | $53,750.00 | | | | | | | | |
| Purchase | Common Stock | 09/05/2018 | 2,000 | $53.3479 | $106,695.800 | | | | | | | | |
| Purchase | Common Stock | 09/07/2018 | 500 | $52.1926 | $26,096.300 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 09/17/2018 | (100) | $46.9200 | ($4,692.00) | |
| | | | | | | | Sale | Common Stock | 09/17/2018 | (400) | $47.3300 | ($18,932.00) | |
| | | | | | | | Sale | Common Stock | 09/17/2018 | (1,161) | $47.3501 | ($54,973.47) | |
| | | | | | | | Sale | Common Stock | 09/17/2018 | (4,439) | $47.3128 | ($210,021.52) | |
| | | | | | | (6,500)*** | Sale | Common Stock | 09/17/2018 | (7,900) | $46.8900 | ($370,431.00) | $49,048.76 |
| Purchase | Common Stock | 09/18/2018 | 3,500 | $49.8291 | $174,401.8500 | | | | | | | | |
| Purchase | Common Stock | 09/21/2018 | 1,000 | $46.800 | $46,800.00 | 500 | | | | | | | |
| Purchase | Common Stock | 09/25/2018 | 1,000 | $42.800 | $42,800.00 | | | | | | | | |
| Purchase | Common Stock | 10/02/2018 | 1,000 | $42.0234 | $42,023.400 | | | | | | | | |
| Purchase | Common Stock | 10/04/2018 | 1,000 | $42.6138 | $42,613.800 | | | | | | | | |
| Purchase | Common Stock | 10/11/2018 | 500 | $38.9220 | $19,461.00 | | | | | | | | |
| Purchase | Common Stock | 11/08/2018 | 500 | $45.5384 | $22,769.200 | | | | | | | | |
| Purchase | Common Stock | 11/16/2018 | 500 | $42.4485 | $21,224.2500 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 11/27/2018 | (500) | $41.6772 | ($20,838.60) | |
| | | | | | | | Sale | Common Stock | 11/27/2018 | (1,000) | $41.2900 | ($41,290.00) | $1,325.85 |
| Purchase | Common Stock | 11/28/2018 | 1,000 | $43.00 | $43,000.00 | | | | | | | | |
| Purchase | Common Stock | 12/04/2018 | 500 | $42.6699 | $21,334.9500 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 12/20/2018 | (5,000) | $37.2583 | ($186,291.50) | $28,880.65 |
| Purchase | Common Stock | 12/21/2018 | 2,000 | $37.2600 | $74,520.00 | | | | | | | | |
| | | | | | | (4,000)*** | Sale | Common Stock | 12/24/2018 | (10,000) | $36.00 | ($360,000.00) | $56,321.85 |
| Purchase | Common Stock | 12/27/2018 | 1,000 | $38.400 | $38,400.00 | | | | | | | | |
| Purchase | Common Stock | 12/28/2018 | 1,000 | $39.200 | $39,200.00 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 12/28/2018 | (1,000) | $39.600 | ($39,600.00) | ($400.00) |
| Purchase | Common Stock | 01/02/2019 | 1,000 | $41.600 | $41,600.00 | | | | | | | | |
| Purchase | Common Stock | 01/03/2019 | 1,000 | $40.600 | $40,600.00 | | | | | | | | |
| Purchase | Common Stock | 01/03/2019 | 1,000 | $40.4720 | $40,472.00 | | | | | | | | |
| Purchase | Common Stock | 01/03/2019 | 1,000 | $41.00 | $41,000.00 | | | | | | | | |
| Purchase | Common Stock | 01/08/2019 | 1,000 | $45.300 | $45,300.00 | | | | | | | | |
| Purchase | Common Stock | 01/08/2019 | 1,000 | $45.500 | $45,500.00 | | | | | | | | |
| Purchase | Common Stock | 01/08/2019 | 1,000 | $45.100 | $45,100.00 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 01/08/2019 | (1,000) | $45.500 | ($45,500.00) | ($400.00) |
| Purchase | Common Stock | 01/09/2019 | 1,000 | $45.300 | $45,300.00 | | | | | | | | |
| Purchase | Common Stock | 01/09/2019 | 1,000 | $45.100 | $45,100.00 | | | | | | | | |
| Purchase | Common Stock | 01/09/2019 | 1,000 | $45.100 | $45,100.00 | | | | | | | | |
| Purchase | Common Stock | 01/09/2019 | 1,000 | $45.0623 | $45,062.300 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 01/09/2019 | (1,000) | $45.5734 | ($45,573.40) | |
| | | | | | | | Sale | Common Stock | 01/09/2019 | (1,000) | $45.7500 | ($45,750.00) | |
| | | | | | | | Sale | Common Stock | 01/09/2019 | (1,000) | $45.400 | ($45,400.00) | |

1

**Purchases**

| Type | Security | Date | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Purchase | Common Stock | 01/10/2019 | 1,000 | $44.5500 | $44,550.00 |
| Purchase | Common Stock | 01/11/2019 | 1,000 | $44.700 | $44,700.00 |
| Purchase | Common Stock | 01/11/2019 | 100 | $44.9550 | $4,495.500 |
| Purchase | Common Stock | 01/11/2019 | 400 | $44.9610 | $17,984.400 |
| Purchase | Common Stock | 01/11/2019 | 500 | $44.9556 | $22,477.800 |
| Purchase | Common Stock | 01/14/2019 | 1,000 | $45.100 | $45,100.00 |
| Purchase | Common Stock | 01/14/2019 | 1,000 | $45.2942 | $45,294.200 |
| Purchase | Common Stock | 01/16/2019 | 1,000 | $49.200 | $49,200.00 |
| Purchase | Common Stock | 01/16/2019 | 1,000 | $48.5500 | $48,550.00 |
| Purchase | Common Stock | 01/17/2019 | 1,000 | $48.7500 | $48,750.00 |
| Purchase | Common Stock | 01/22/2019 | 1,000 | $50.700 | $50,700.00 |
| Purchase | Common Stock | 01/22/2019 | 1,000 | $50.700 | $50,700.00 |
| Purchase | Common Stock | 01/22/2019 | 1,000 | $50.4500 | $50,450.00 |
| Purchase | Common Stock | 01/22/2019 | 1,000 | $50.8917 | $50,891.700 |
| Purchase | Common Stock | 01/22/2019 | 1,000 | $50.400 | $50,400.00 |
| Purchase | Common Stock | 01/22/2019 | 1,000 | $50.300 | $50,300.00 |
| Purchase | Common Stock | 01/22/2019 | 1,000 | $50.500 | $50,500.00 |
| Purchase | Common Stock | 01/23/2019 | 1,000 | $50.7827 | $50,782.700 |
| Purchase | Common Stock | 01/23/2019 | 1,000 | $50.400 | $50,400.00 |
| Purchase | Common Stock | 01/23/2019 | 1,000 | $50.1043 | $50,104.300 |
| Purchase | Common Stock | 01/23/2019 | 1,000 | $50.300 | $50,300.00 |
| Purchase | Common Stock | 01/25/2019 | 1,000 | $51.600 | $51,600.00 |
| Purchase | Common Stock | 01/25/2019 | 1,000 | $51.500 | $51,500.00 |
| Purchase | Common Stock | 01/25/2019 | 1,000 | $51.400 | $51,400.00 |
| Purchase | Common Stock | 01/25/2019 | 1,000 | $51.3370 | $51,337.00 |
| Purchase | Common Stock | 01/25/2019 | 1,000 | $51.2843 | $51,284.300 |
| Purchase | Common Stock | 01/28/2019 | 1,000 | $51.300 | $51,300.00 |
| Purchase | Common Stock | 01/28/2019 | 1,000 | $51.300 | $51,300.00 |
| Purchase | Common Stock | 01/28/2019 | 100 | $51.2950 | $5,129.500 |
| Purchase | Common Stock | 01/28/2019 | 206 | $51.3100 | $10,569.8600 |
| Purchase | Common Stock | 01/28/2019 | 794 | $51.300 | $40,732.200 |
| Purchase | Common Stock | 01/28/2019 | 900 | $51.2995 | $46,169.5500 |
| Purchase | Common Stock | 01/28/2019 | 1,000 | $51.4900 | $51,490.00 |
| Purchase | Common Stock | 01/28/2019 | 1,000 | $51.200 | $51,200.00 |
| Purchase | Common Stock | 01/28/2019 | 1,000 | $51.3200 | $51,320.00 |
| Purchase | Common Stock | 01/28/2019 | 1,000 | $51.2613 | $51,261.300 |
| Purchase | Common Stock | 01/28/2019 | 1,000 | $51.3191 | $51,319.100 |
| Purchase | Common Stock | 01/28/2019 | 1,000 | $51.3500 | $51,350.00 |
| Purchase | Common Stock | 01/29/2019 | 79 | $49.9442 | $3,945.5918 |
| Purchase | Common Stock | 01/29/2019 | 300 | $49.9385 | $14,981.5500 |
| Purchase | Common Stock | 01/29/2019 | 300 | $49.3862 | $14,815.8600 |
| Purchase | Common Stock | 01/29/2019 | 621 | $49.9485 | $31,018.0185 |
| Purchase | Common Stock | 01/29/2019 | 700 | $49.3856 | $34,569.9200 |
| Purchase | Common Stock | 01/29/2019 | 1,000 | $51.7800 | $51,780.00 |
| Purchase | Common Stock | 01/29/2019 | 1,000 | $51.0100 | $51,010.00 |
| Purchase | Common Stock | 01/30/2019 | 1,000 | $49.8395 | $49,839.500 |
| Purchase | Common Stock | 01/31/2019 | 1,000 | $50.300 | $50,300.00 |

**Sales**

| Type | Security | Date | Quantity | Price | Amount | Net |
|---|---|---|---|---|---|---|
| Sale | Common Stock | 01/09/2019 | (1,000) | $45.2500 | ($45,250.00) | ($1,411.10) |
| Sale | Common Stock | 01/10/2019 | (1,000) | $45.2500 | ($45,250.00) | ($700.00) |
| Sale | Common Stock | 01/11/2019 | (1,000) | $45.4786 | ($45,478.60) | |
| Sale | Common Stock | 01/11/2019 | (1,000) | $45.1741 | ($45,174.10) | |
| Sale | Common Stock | 01/11/2019 | (1,000) | $44.9700 | ($44,970.00) | ($465.00) |
| Sale | Common Stock | 01/14/2019 | (1,000) | $45.4500 | ($45,450.00) | |
| Sale | Common Stock | 01/14/2019 | (1,000) | $45.500 | ($45,500.00) | |
| Sale | Common Stock | 01/14/2019 | (1,000) | $46.100 | ($46,100.00) | ($1,355.80) |
| Sale | Common Stock | 01/16/2019 | (1,000) | $48.9500 | ($48,950.00) | ($400.00) |
| Sale | Common Stock | 01/17/2019 | (1,000) | $49.900 | ($49,900.00) | |
| Sale | Common Stock | 01/17/2019 | (1,000) | $49.7717 | ($49,771.70) | ($1,721.70) |
| Sale | Common Stock | 01/22/2019 | (1,000) | $50.5860 | ($50,586.00) | |
| Sale | Common Stock | 01/22/2019 | (1,000) | $50.9311 | ($50,931.10) | |
| Sale | Common Stock | 01/22/2019 | (1,000) | $50.6145 | ($50,614.50) | |
| Sale | Common Stock | 01/22/2019 | (1,000) | $50.7500 | ($50,750.00) | ($789.90) |
| Sale | Common Stock | 01/23/2019 | (1,000) | $50.2006 | ($50,200.60) | |
| Sale | Common Stock | 01/24/2019 | (1,000) | $50.8500 | ($50,850.00) | |
| Sale | Common Stock | 01/24/2019 | (1,000) | $50.9500 | ($50,950.00) | |
| Sale | Common Stock | 01/24/2019 | (1,000) | $51.1500 | ($51,150.00) | |
| Sale | Common Stock | 01/24/2019 | (1,000) | $50.9491 | ($50,949.10) | |
| Sale | Common Stock | 01/24/2019 | (1,000) | $51.0272 | ($51,027.20) | |
| Sale | Common Stock | 01/24/2019 | (1,000) | $50.9531 | ($50,953.10) | ($2,643.00) |
| Sale | Common Stock | 01/25/2019 | (1,000) | $51.500 | ($51,500.00) | |
| Sale | Common Stock | 01/25/2019 | (1,000) | $51.4500 | ($51,450.00) | |
| Sale | Common Stock | 01/25/2019 | (1,000) | $51.700 | ($51,700.00) | |
| Sale | Common Stock | 01/25/2019 | (1,000) | $51.800 | ($51,800.00) | ($928.70) |
| Sale | Common Stock | 01/28/2019 | (1,000) | $51.4500 | ($51,450.00) | |
| Sale | Common Stock | 01/28/2019 | (1,000) | $51.500 | ($51,500.00) | |
| Sale | Common Stock | 01/28/2019 | (1,000) | $51.500 | ($51,500.00) | |
| Sale | Common Stock | 01/28/2019 | (1,000) | $51.600 | ($51,600.00) | |
| Sale | Common Stock | 01/28/2019 | (1,000) | $51.500 | ($51,500.00) | |
| Sale | Common Stock | 01/28/2019 | (1,000) | $51.4500 | ($51,450.00) | |
| Sale | Common Stock | 01/28/2019 | (2,000) | $52.00 | ($104,000.00) | ($2,458.49) |
| Sale | Common Stock | 01/30/2019 | (1,000) | $50.4504 | ($50,450.40) | |
| Sale | Common Stock | 01/30/2019 | (1,000) | $50.4106 | ($50,410.60) | |
| Sale | Common Stock | 01/30/2019 | (1,000) | $50.00 | ($50,000.00) | $1,768.50 |

**Purchases**

| Type | Security | Date | Shares | Price | Amount |
|---|---|---|---|---|---|
| Purchase | Common Stock | 02/01/2019 | 200 | $51.4286 | $10,285.7200 |
| Purchase | Common Stock | 02/01/2019 | 200 | $51.4282 | $10,285.6400 |
| Purchase | Common Stock | 02/01/2019 | 200 | $51.4075 | $10,281.500 |
| Purchase | Common Stock | 02/01/2019 | 200 | $51.4474 | $10,289.4800 |
| Purchase | Common Stock | 02/01/2019 | 200 | $51.4500 | $10,290.00 |
| Purchase | Common Stock | 02/01/2019 | 1,000 | $51.400 | $51,400.00 |
| Purchase | Common Stock | 02/01/2019 | 1,000 | $51.1972 | $51,197.200 |
| Purchase | Common Stock | 02/05/2019 | 1,000 | $52.8883 | $52,888.300 |
| Purchase | Common Stock | 02/06/2019 | 26 | $51.9800 | $1,351.4800 |
| Purchase | Common Stock | 02/06/2019 | 100 | $51.8350 | $5,183.500 |
| Purchase | Common Stock | 02/06/2019 | 100 | $51.8390 | $5,183.900 |
| Purchase | Common Stock | 02/06/2019 | 200 | $51.9833 | $10,396.6600 |
| Purchase | Common Stock | 02/06/2019 | 236 | $51.9500 | $12,260.200 |
| Purchase | Common Stock | 02/06/2019 | 300 | $51.8500 | $15,555.00 |
| Purchase | Common Stock | 02/06/2019 | 500 | $51.8599 | $25,929.9500 |
| Purchase | Common Stock | 02/06/2019 | 538 | $51.9900 | $27,970.6200 |
| Purchase | Common Stock | 02/06/2019 | 1,000 | $51.7914 | $51,791.400 |
| Purchase | Common Stock | 02/06/2019 | 1,000 | $52.4500 | $52,450.00 |
| Purchase | Common Stock | 02/06/2019 | 1,000 | $52.1500 | $52,150.00 |
| Purchase | Common Stock | 02/06/2019 | 1,000 | $52.2490 | $52,249.00 |
| Purchase | Common Stock | 02/06/2019 | 1,000 | $51.7540 | $51,754.00 |
| Purchase | Common Stock | 02/06/2019 | 1,000 | $51.7867 | $51,786.700 |
| Purchase | Common Stock | 02/06/2019 | 1,000 | $51.9250 | $51,925.00 |
| Purchase | Common Stock | 02/06/2019 | 1,000 | $51.7500 | $51,750.00 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.800 | $51,800.00 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.8495 | $51,849.500 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.9319 | $51,931.900 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.500 | $51,500.00 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.9763 | $51,976.300 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.800 | $51,800.00 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.7907 | $51,790.700 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.6818 | $51,681.800 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.5886 | $51,588.600 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.5822 | $51,582.200 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.300 | $51,300.00 |
| Purchase | Common Stock | 02/08/2019 | 1,000 | $51.6331 | $51,633.100 |
| Purchase | Common Stock | 02/08/2019 | 1,500 | $51.8729 | $77,809.3500 |
| Purchase | Common Stock | 02/11/2019 | 1,000 | $53.00 | $53,000.00 |
| Purchase | Common Stock | 02/11/2019 | 1,000 | $52.900 | $52,900.00 |
| Purchase | Common Stock | 02/11/2019 | 1,000 | $52.900 | $52,900.00 |
| Purchase | Common Stock | 02/11/2019 | 1,000 | $52.800 | $52,800.00 |
| Purchase | Common Stock | 02/11/2019 | 1,000 | $53.00 | $53,000.00 |
| Purchase | Common Stock | 02/11/2019 | 1,000 | $52.800 | $52,800.00 |
| Purchase | Common Stock | 02/11/2019 | 1,000 | $52.9500 | $52,950.00 |
| Purchase | Common Stock | 02/13/2019 | 1,000 | $53.7245 | $53,724.500 |
| Purchase | Common Stock | 02/13/2019 | 1,000 | $53.800 | $53,800.00 |
| Purchase | Common Stock | 02/13/2019 | 1,000 | $53.9861 | $53,986.100 |
| Purchase | Common Stock | 02/13/2019 | 1,000 | $53.9305 | $53,930.500 |
| Purchase | Common Stock | 02/13/2019 | 1,000 | $53.9539 | $53,953.900 |
| Purchase | Common Stock | 02/13/2019 | 1,000 | $53.8699 | $53,869.900 |
| Purchase | Common Stock | 02/13/2019 | 1,000 | $53.7640 | $53,764.00 |

**Sales**

| Type | Security | Date | Shares | Price | Amount | Gain/(Loss) |
|---|---|---|---|---|---|---|
| Sale | Common Stock | 01/31/2019 | (1,000) | $51.1237 | ($51,123.70) | ($823.70) |
| Sale | Common Stock | 02/01/2019 | (1,000) | $51.700 | ($51,700.00) | |
| Sale | Common Stock | 02/01/2019 | (200) | $51.8500 | ($10,370.00) | |
| Sale | Common Stock | 02/01/2019 | (800) | $51.8655 | ($41,492.40) | |
| Sale | Common Stock | 02/01/2019 | (1,000) | $51.5317 | ($51,531.70) | |
| Sale | Common Stock | 02/01/2019 | (1,000) | $51.5274 | ($51,527.40) | |
| Sale | Common Stock | 02/01/2019 | (1,000) | $51.7500 | ($51,750.00) | |
| Sale | Common Stock | 02/01/2019 | (1,000) | $51.9500 | ($51,950.00) | |
| Sale | Common Stock | 02/04/2019 | (1,000) | $52.200 | ($52,200.00) | |
| Sale | Common Stock | 02/04/2019 | (1,000) | $52.400 | ($52,400.00) | ($7,361.02) |
| Sale | Common Stock | 02/06/2019 | (1,000) | $53.600 | ($53,600.00) | |
| Sale | Common Stock | 02/06/2019 | (2,000) | $52.3451 | ($104,690.20) | ($2,828.50) |
| Sale | Common Stock | 02/07/2019 | (1,000) | $51.9500 | ($51,950.00) | |
| Sale | Common Stock | 02/07/2019 | (1,000) | $52.00 | ($52,000.00) | |
| Sale | Common Stock | 02/07/2019 | (1,000) | $52.100 | ($52,100.00) | |
| Sale | Common Stock | 02/07/2019 | (1,000) | $52.100 | ($52,100.00) | |
| Sale | Common Stock | 02/07/2019 | (1,000) | $51.600 | ($51,600.00) | |
| Sale | Common Stock | 02/07/2019 | (1,000) | $51.800 | ($51,800.00) | |
| Sale | Common Stock | 02/07/2019 | (700) | $51.9534 | ($36,367.38) | |
| Sale | Common Stock | 02/07/2019 | (1,000) | $52.0804 | ($52,080.40) | |
| Sale | Common Stock | 02/07/2019 | (1,000) | $52.2500 | ($52,250.00) | |
| Sale | Common Stock | 02/07/2019 | (1,300) | $51.9500 | ($67,535.00) | ($2,781.78) |
| Sale | Common Stock | 02/08/2019 | (1,000) | $52.1800 | ($52,180.00) | |
| Sale | Common Stock | 02/08/2019 | (200) | $52.3112 | ($10,462.24) | |
| Sale | Common Stock | 02/08/2019 | (1,000) | $52.1989 | ($52,198.90) | |
| Sale | Common Stock | 02/08/2019 | (1,300) | $52.2953 | ($67,983.89) | ($1,582.58) |
| Sale | Common Stock | 02/11/2019 | (1,000) | $53.200 | ($53,200.00) | |
| Sale | Common Stock | 02/11/2019 | (1,000) | $53.2500 | ($53,250.00) | |
| Sale | Common Stock | 02/11/2019 | (1,000) | $53.400 | ($53,400.00) | |
| Sale | Common Stock | 02/11/2019 | (1,000) | $53.200 | ($53,200.00) | |
| Sale | Common Stock | 02/11/2019 | (1,000) | $53.1778 | ($53,177.80) | |
| Sale | Common Stock | 02/12/2019 | (2,000) | $53.900 | ($107,800.00) | ($3,677.80) |

3

| Type | Security | Date | Shares | Price | Value | Loss |
|---|---|---|---|---|---|---|
| Purchase | Common Stock | 02/13/2019 | 1,000 | $53.700 | $53,700.00 | |
| Purchase | Common Stock | 02/13/2019 | 1,000 | $53.7690 | $53,769.00 | |
| Purchase | Common Stock | 02/14/2019 | 1,000 | $53.800 | $53,800.00 | |
| Purchase | Common Stock | 02/14/2019 | 1,000 | $53.400 | $53,400.00 | |
| Purchase | Common Stock | 02/14/2019 | 1,000 | $53.7758 | $53,775.800 | |
| Purchase | Common Stock | 02/14/2019 | 1,000 | $53.800 | $53,800.00 | |
| Purchase | Common Stock | 02/15/2019 | 1,000 | $53.700 | $53,700.00 | |
| Purchase | Common Stock | 02/15/2019 | 1,000 | $53.600 | $53,600.00 | |
| Purchase | Common Stock | 02/15/2019 | 1,000 | $53.5428 | $53,542.800 | |
| Purchase | Common Stock | 02/15/2019 | 1,000 | $53.4278 | $53,427.800 | |
| Purchase | Common Stock | 02/15/2019 | 1,000 | $53.2855 | $53,285.500 | |
| Purchase | Common Stock | 02/15/2019 | 1,000 | $53.4600 | $53,460.00 | |
| Purchase | Common Stock | 02/20/2019 | 1,000 | $54.0097 | $54,009.70 | |
| Purchase | Common Stock | 02/20/2019 | 1,000 | $53.9590 | $53,959.00 | |
| Purchase | Common Stock | 02/20/2019 | 1,000 | $53.800 | $53,800.00 | |
| Purchase | Common Stock | 02/20/2019 | 1,000 | $53.600 | $53,600.00 | |
| Purchase | Common Stock | 02/20/2019 | 1,000 | $53.300 | $53,300.00 | |
| Purchase | Common Stock | 02/20/2019 | 1,000 | $53.2348 | $53,234.800 | |
| Purchase | Common Stock | 02/21/2019 | 1,000 | $53.0885 | $53,088.50 | |
| Purchase | Common Stock | 02/21/2019 | 1,500 | $53.00 | $79,500.00 | |
| Purchase | Common Stock | 02/22/2019 | 2,000 | $53.3231 | $106,646.20 | |
| Purchase | Common Stock | 02/25/2019 | 1,000 | $52.600 | $52,600.00 | |
| Purchase | Common Stock | 02/25/2019 | 1,000 | $52.4827 | $52,482.70 | |
| Purchase | Common Stock | 02/25/2019 | 1,000 | $52.0680 | $52,068.00 | |

| Type | Security | Date | Shares | Price | Value | Loss | Lookback**** |
|---|---|---|---|---|---|---|---|
| Sale | Common Stock | 02/13/2019 | (1,000) | $54.2500 | ($54,250.00) | | |
| Sale | Common Stock | 02/13/2019 | (1,000) | $54.300 | ($54,300.00) | | |
| Sale | Common Stock | 02/13/2019 | (1,000) | $54.00 | ($54,000.00) | | |
| Sale | Common Stock | 02/13/2019 | (1,000) | $54.100 | ($54,100.00) | | |
| Sale | Common Stock | 02/13/2019 | (1,000) | $54.200 | ($54,200.00) | ($1,793.20) | |
| Sale | Common Stock | 02/14/2019 | (1,000) | $54.3500 | ($54,350.00) | | |
| Sale | Common Stock | 02/14/2019 | (1,000) | $54.100 | ($54,100.00) | | |
| Sale | Common Stock | 02/14/2019 | (1,000) | $53.9017 | ($53,901.70) | | |
| Sale | Common Stock | 02/14/2019 | (1,000) | $54.100 | ($54,100.00) | ($1,675.90) | |
| Sale | Common Stock | 02/15/2019 | (1,000) | $53.6601 | ($53,660.10) | | |
| Sale | Common Stock | 02/15/2019 | (1,000) | $53.6040 | ($53,604.00) | | |
| Sale | Common Stock | 02/15/2019 | (1,000) | $53.800 | ($53,800.00) | | |
| Sale | Common Stock | 02/19/2019 | (1,000) | $54.2500 | ($54,250.00) | | |
| Sale | Common Stock | 02/19/2019 | (1,000) | $54.500 | ($54,500.00) | ($2,498.00) | |
| Sale | Common Stock | 02/20/2019 | (236) | $53.3053 | ($12,580.05) | | |
| Sale | Common Stock | 02/20/2019 | (446) | $53.3253 | ($23,783.08) | | |
| Sale | Common Stock | 02/20/2019 | (1,318) | $53.3153 | ($70,269.57) | ($97.90) | |
| Sale | Common Stock | 02/28/2019 | (753) | $50.1267 | ($37,745.41) | | |
| Sale | Common Stock | 02/28/2019 | (943) | $50.1467 | ($47,288.34) | | |
| Sale | Common Stock | 02/28/2019 | (1,000) | $50.0600 | ($50,060.00) | | |
| Sale | Common Stock | 02/28/2019 | (1,000) | $50.0900 | ($50,090.00) | | |
| Sale | Common Stock | 02/28/2019 | (1,304) | $50.1367 | ($65,378.26) | $13,234.90 | *End of Class Period* |
| Sale | Common Stock | 03/01/2019 | (400) | $33.6488 | ($13,459.52) | | **$33.700001** |
| Sale | Common Stock | 03/01/2019 | (8,600) | $33.0800 | ($284,488.00) | | **$33.700001** |
| Sale | Common Stock | 03/01/2019 | (1,000) | $34.6500 | ($34,650.00) | | $33.700001 |
| Sale | Common Stock | 03/04/2019 | (1,618) | $33.7410 | ($54,592.94) | | $33.6049995 |
| Sale | Common Stock | 03/04/2019 | (5,440) | $34.00 | ($184,960.00) | | $33.6049995 |
| Sale | Common Stock | 03/04/2019 | (7,442) | $34.200 | ($254,516.40) | $404,264.96 | $33.6049995 |

| | | | | |
|---|---|---|---|---|
| Class Period Purchases | 145,500 | Total Costs | $7,333,272.5503 | |
| Class Period Sales | (131,500) | Total Proceeds | ($6,444,573.08) | Matched Loss* $505,465.13 |
| Remaining Shares | 0 | | | Unmatched Loss** $0.00 |
| Shares Retained: | 24,500 | | | Total Loss $505,465.13 |
| | | | | Dura Loss $404,264.96 |

| Lax Factors | |
|---|---|
| Total Shares Purchased | 145,500 |
| Net Shares Purchased | 14,000 |
| Net Funds Expended | $888,699.4750 |
| Approximate LIFO Loss | $505,465.1280 |

*LIFO calculates losses by assuming the first stocks to be sold are the stocks purchased most recently prior to that sale.

**Under a LIFO calculation, unmatched purchased shares retained at the end of the the Class Period (those which are not offset by matching sales) are matched against a value equal to the 90-day post-Class Period average price. See 15 U.S.C. § 78u-4(e). Here, the unmatched loss is calculated by subtracting the value of the shares held at the end of the Class Period (i.e., the number of shares held multiplied by the 90-day average) from the cost basis of those shares.

***These excess sales match to pre-class period holdings.

****Shares acquired during the class period that are sold during the 90-day period are matched against the greater of the actual sale price or the mean trading price of the share during the period beginning immediately after dissemination of information correcting the misstatement or omission and ending on the date on which the share is sold.