Nicole Lavallee (SBN 165755)
A. Chowning Poppler (SBN 272870)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
cpoppler@bermantabacco.com

*Counsel for Plaintiff Ryan Scheller and Movant Jose Flores and Proposed Liaison Counsel for the Class*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN SCHELLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>Defendants. | Case No. 3:19-cv-01651-WHO<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>DATE: July 10, 2019<br>TIME: 9:00 a.m.<br>CTRM: 2 – 17th Floor<br>JUDGE: Hon. William H. Orrick |

1      WHEREAS, on March 29, 2019, Plaintiff Ryan Scheller, individually and on behalf of all others similarly situated, filed a Class Action Complaint for Violations of the Federal Securities Laws against Nutanix, Inc. ("Nutanix") and certain of its current executives, Dheeraj Pandey and Duston M. Williams (collectively, "Defendants");

     WHEREAS, on March 29, 2019, the Court entered an Order setting the initial case management conference for July 2, 2019 as well as deadlines tied to the initial case management conference (ECF No. 8);

     WHEREAS, on May 28, 2019, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4 *et seq.,* investors, including Mr. Jose Flores, filed motions to consolidate related actions, appoint lead plaintiff and approval of lead plaintiff's selection of lead counsel (see e.g., ECF No. 32);

     WHEREAS, on May 30, 2019, Plaintiff Ryan Scheller and Defendants filed a stipulation and proposed order agreeing to defer setting a schedule for the filing of an amended complaint or designation of an operative complaint and a briefing schedule for Defendants' anticipated motion(s) to dismiss until after a lead plaintiff was appointed (ECF No. 54). The Court ordered lead plaintiff and Defendants to submit a joint stipulation with a proposed schedule no later than ten (10) business days following the appointment of lead plaintiff (ECF No. 55);

     WHEREAS, on June 13, 2019, the initial case management conference was re-set to July 10, 2019, the same date as the motions to consolidate, appoint lead plaintiff and approval of lead plaintiff's selection of counsel (ECF No. 72). Both the case management conference and the hearing on the motions are set for 9:00 a.m.; and

     WHEREAS, counsel for Plaintiff Ryan Scheller and counsel for Defendants agree that efficiency dictates that the initial case management conference and dates related to it should be deferred until after the cases are consolidated and a lead plaintiff and lead counsel are appointed.

     THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff Ryan Scheller and Defendants, that:

1.  The initial case management conference should be continued to a date after the Court issues an order consolidating the cases and appointing a lead plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B).

2.  The court-appointed lead plaintiff and Defendants will meet and confer about (a) the timing of the initial case management conference; (b) the schedule for filing a consolidated complaint or designating an operative complaint; and (c) the briefing schedule for Defendants' anticipated motion(s) to dismiss.

3.  The parties' joint stipulation with a proposed schedule that will be filed no later than ten (10) business days following the appointment of lead plaintiff, in accordance with the Court's prior order dated May 31, 2019 (ECF No. 55), will also address the timing of the initial case management conference.

IT IS SO STIPULATED.

DATED: June 26, 2019

Respectfully submitted,

**BERMAN TABACCO**

By: _/s/ Nicole Lavallee_
    Nicole Lavallee

A. Chowning Poppler
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
       cpoppler@bermantabacco.com

| | |
|---|---|
| 1 | Robert C. Finkel (Admitted *Pro Hac Vice*) |
| | **WOLF POPPER LLP** |
| 2 | 845 Third Avenue |
| | New York, NY 10022 |
| 3 | Telephone: (212) 759-4600 |
| | Facsimile: (212) 459-2093 |
| 4 | Email: rfinkel@wolfpopper.com |

*Counsel for Plaintiff Ryan Scheller and Movant Jose Flores and Proposed Lead Counsel for the Class*

DATED: June 26, 2019

**WILSON SONSINI GOODRICH & ROSATI, PC**

By: */s/ Ignacio E. Salceda*
Ignacio E. Salceda (SBN 164017)

Boris Feldman (SBN 128838)
650 Page Mill Road
Palo Alto, CA 94304
Telephone (650) 493-9300
Facsimile: (650) 565-5100
Email: isalceda@wsgr.com
boris.feldman@wsgr.com

*Attorneys for Defendants Nutanix Inc., Dheeraj Pandey and Duston M. Williams*

### ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

This certifies, pursuant to Local Rule 5-1(i)(3), that Ignacio E. Salceda of Wilson Sonsini Goodrich & Rosati, PC, concurs in its content and has authorized this filing.

DATED: June 26, 2019

*/s/ Nicole Lavallee*
Nicole Lavallee

**[PROPOSED] ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that:

1. The initial case management conference currently set for July 10, 2019 at 9:00 a.m. is continued to a date after the cases are consolidated and a lead plaintiff is appointed pursuant to 15 U.S.C. §78u-4(a)(3)(B).

2. The court-appointed lead plaintiff and Defendants will meet and confer about (a) the timing of the initial case management conference; (b) the schedule for filing a consolidated complaint or designating an operative complaint; and (c) the briefing schedule for Defendants' anticipated motion(s) to dismiss.

3. The parties' joint stipulation with a proposed schedule that will be filed no later than ten (10) business days following the appointment of lead plaintiff, in accordance with the Court's prior order dated May 31, 2019 (ECF No. 55), will also address the timing of the initial case management conference.

IT IS SO ORDERED.

DATED: June 27, 2019

HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE