1  James M. Wagstaffe (#95535)
   Frank Busch (#258288)
2  **WAGSTAFFE, VON LOEWENFELDT,**
   **BUSCH & RADWICK, LLP**
3  100 Pine Street, Suite 725
4  San Francisco, California 94111
   Telephone: (415) 357-8900
5  Facsimile: (415) 357-8910
   wagstaffe@wvbrlaw.com
6  busch@wvbrlaw.com

7  **LABATON SUCHAROW LLP**
8  Christopher J. Keller
   Eric J. Belfi
9  Francis P. McConville (admitted *pro hac vice*)
   140 Broadway
10 New York, New York 10005
   Telephone: (212) 907-0700
11 Facsimile: (212) 818-0477
12 ckeller@labaton.com
   ebelfi@labaton.com
13 fmcconville@labaton.com

14 *Counsel for Bristol County Retirement System and*
15 *Joseph S. Maroun*

16              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
17

18 RYAN SCHELLER, on behalf of himself and   | Case No. 3:19-cv-01651-WHO
   all others similarly situated,
19                                            | **CLASS ACTION**
                          Plaintiff,
20                                            | **NOTICE OF NON-OPPOSITION OF**
                                              | **BRISTOL COUNTY RETIREMENT**
21         v.                                 | **SYSTEM AND JOSEPH S. MAROUN TO**
                                              | **COMPETING MOTIONS FOR**
22 NUTANIX, INC., DHEERAJ PANDEY, and         | **APPOINTMENT AS LEAD PLAINTIFF**
   DUSTON M. WILLIAMS,                        | **AND APPROVAL OF SELECTION OF**
23                                            | **LEAD COUNSEL**
                          Defendants.
24                                            | Date:  July 10, 2019
                                              | Time: 9:00 a.m.
25                                            | Courtroom: 2 – 17th Floor
                                              | Judge: William H. Orrick III
26

27

28

| | |
|---|---|
| TIM MAUTER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>NUTANIX, INC., DHEERAJ PANDEY and DUSTON M. WILLIAMS,<br><br>    Defendants. | Case No.  3:19-cv-02442-RS |
| JOSEPH S. MAROUN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>NUTANIX, INC., DHEERAJ PANDEY and DUSTON M. WILLIAMS,<br><br>    Defendants. | Case No.  3:19-cv-02744-RS |
| HEIDI ZAPF, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>    Defendants. | Case No.   3:19-cv-02781-SI |

**NOTICE OF NON-OPPOSITION**

Proposed Lead Plaintiff Bristol County Retirement System and Joseph S. Maroun ("Bristol and Maroun") respectfully submit this notice of non-opposition with respect to the pending motions for appointment as Lead Plaintiff and approval of selection of Lead Counsel in the above-captioned securities class actions (the "Action").

On May 28, 2019, Bristol and Maroun filed a motion for appointment as Lead Plaintiff and approval of selection of Lead Counsel for the Class. *See* ECF No. 35.  On that date, Shimon Hedvat (ECF No. 22); Frank H. May (ECF No. 37); Jose Flores (ECF No. 32); Mamood Sabahi (ECF No. 26); City of Birmingham Retirement and Relief System (ECF No. 19); John Barnes, Heidi Zapf, and Ronald Castillo (ECF No. 47); and David Panczner (ECF No. 17), also filed competing motions for appointment as Lead Plaintiff and approval of selection of Lead Counsel.

The Private Securities Litigation Reform Act ("PSLRA") provides that the "court shall adopt a presumption that the most adequate plaintiff" is the movant with "the largest financial interest in the relief sought by the class" that "otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).  Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as Lead Plaintiff, it does not appear that Bristol and Maroun possess the largest financial interest as required by the PSLRA.

However, were the Court to determine that any of the other movants seeking appointment as Lead Plaintiff are incapable or inadequate to represent the Class in this litigation, Bristol and Maroun stand ready, willing, and able to serve as Lead Plaintiff of the Action.  Bristol and Maroun reserve any and all rights to participate in any recovery in the Action.

DATED:  July 8, 2019

Respectfully submitted,

*/s/ James M. Wagstaffe*

James M. Wagstaffe (#95535)
Frank Busch (#258288)
**WAGSTAFFE, VON LOEWENFELDT,
BUSCH & RADWICK, LLP**
100 Pine Street, Suite 725
San Francisco, California 94111
Telephone: (415) 357-8900

Facsimile: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

**LABATON SUCHAROW LLP**
Christopher J. Keller
Eric J. Belfi
Francis P. McConville (admitted *pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com

*Counsel for Bristol County Retirement System and Joseph S. Maroun*

**THORNTON LAW FIRM LLP**
Guillaume Buell
1 Lincoln Street
Boston, Massachusetts 02111
Telephone: (617) 720-1333
gbuell@tenlaw.com

*Additional Counsel for Bristol County Retirement System*

**THE SCHALL LAW FIRM**
Brian Schall (#290685)
Rina Restaino (#285415)
1880 Century Park East, Suite 404
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (310) 388-0192
brian@schallfirm.com
rina@schallfirm.com

*Additional Counsel for Joseph S. Maroun*

**CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on July 8, 2019, I was authorized to electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ James M. Wagstaffe*
James M. Wagstaffe
