**LEVI & KORSINSKY, LLP**
Adam C. McCall (SBN 302130)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 291-2420
Email: amccall@zlk.com

*Attorneys for Lead Plaintiff Shimon Hedvat*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | Master File No. 3:19-cv-01651-WHO <br><br> Hon. William H. Orrick <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING** |

1  Subject to this Court's approval, the parties have agreed to the following stipulation:

2      1.    This case is a putative securities class action and therefore is governed in various
3  respects by the Private Securities Litigation Reform Act of 1995 ("PSLRA").

4      2.    On March 29, 2019, plaintiff Ryan Scheller filed a class action complaint against
5  Defendants for violation of federal securities laws under Sections 10(b) and 20(a) of the Securities
6  Exchange Act of 1934 ("Exchange Act") and Securities and Exchange Commission Rule 10b-5.

7      3.    Pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i), plaintiff Scheller published notice of
8  his putative class action suit on March 28, 2019.

9      4.    Three actions were subsequently filed, which also alleged violations of federal
10 securities laws under Sections 10(b) and 20(a) of the Exchange Act and SEC Rule 10b-5, which
11 were based upon the same facts and actions alleged in the *Scheller* action. *See Mauter v. Nutanix*,
12 No. 3:19-cv-02442 (filed May 6, 2019); *Maroun v. Nutanix*, No. 3:19-cv-02744 (filed May 20,
13 2019); *Zapf v. Nutanix, Inc.*, No. 3:19-cv-02781 (filed May 22, 2019).

14     5.    Pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i)(II), any member of the putative class
15 had to move to serve as lead plaintiff of the class no later than sixty (60) days after the date on
16 which notice of the class was published. In this case, the deadline for filing a motion to be
17 appointed lead plaintiff was March 28, 2019.

18     6.    On July 10, 2019, pursuant to Section 21D(a)(3)(B) of the PSLRA, 15 U.S.C. §
19 78u-4(a)(3)(B), the Court appointed Shimon Hedvat as Lead Plaintiff and Levi & Korsinsky, LLP
20 as Lead Counsel and consolidated the four filed actions above [Dkt. No. 87] (the "Order").

21     7.    On or before August 26, 2019, forty-five (45) days from the Order appointing lead
22 plaintiff and lead counsel, Lead Plaintiff shall file a consolidated amended complaint or notify
23 defendants in writing that Lead Plaintiff intends to rely on a current complaint.

24     8.    In view of the fact that a consolidated amended complaint is anticipated,
25 Defendants shall not be required to answer or otherwise respond in this matter until October 10,
26 2019, forty-five (45) days after Lead Plaintiff has filed a consolidated amended complaint or has
27 otherwise designated in writing the operative complaint.

28     9.    In the event that defendants move to dismiss the operative complaint, Lead

1  Plaintiff shall have until November 25, 2019, forty-five (45) days from the date defendants file
2  such motions to file response briefs, to file response briefs. Defendants shall have until December
3  24, 2019, twenty-nine (29) days from the date the Lead Plaintiff files response briefs, to file reply
4  briefs.

5      10.    Pursuant to 15 U.S.C. § 78u-4(b)(3)(B), all discovery shall be stayed pending
6  resolution of defendants' motion(s) to dismiss the operative complaint. During the pendency of
7  the PSLRA's discovery stay, the parties shall comply with the 15 U.S.C. § 78u-4(b)(3)(C)(i)
8  provisions concerning document preservation.

9      11.    The parties agree that this stipulation is made in the interests of efficiently
10 proceeding with this action, not to delay the proceedings, and will not prejudice any party.

13 STIPULATED AND AGREED this 15th day of July, 2019:

| LEVI & KORSINSKY, LLP | WILSON SONSINI GOODRICH & ROSATI |
|---|---|
| /s/ Adam C. McCall | /s/ Ignacio E. Salceda |
| Adam C. McCall (SBN 302130) | Ignacio E. Salceda |
| 44 Montgomery Street, Suite 650 | Boris Feldman |
| San Francisco, California 94104 | 650 Page Mill Road |
| Tel.: (415) 291-2420 | Palo Alto , CA  94304 |
| Email: amccall@zlk.com | Tel: (650) 493-9300 |
|  | Email: isalceda@wsgr.com |
| Shannon L. Hopkins | Email: boris.feldman@wsgr.com |
| (*to be admitted pro hac vice*) |  |
| 1111 Summer Street, Suite 403 | *Attorneys for Defendants* |
| Stamford, CT 06905 |  |
| Tel: (203) 992-4523 |  |
| Email: shopkins@zlk.com |  |

*Attorneys for Lead Plaintiff Shimon Hedvat
and Lead Counsel for the Class*

1  SO ORDERED this ___ day of _____, 2019

_____
Hon. William H. Orrick
United States District Judge