ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsarroyo.com
CRAIG W. SMITH (164886)
csmith@robbinsarroyo.com
SHANE P. SANDERS (237146)
ssanders@robbinsarroyo.com
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for Plaintiffs Aravind Bhonagiri
and Ashwin Juneja

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | Master File No. 3:19-CV-01651-WHO<br><br>Hon. William H. Orrick<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL L.R. 3-12)** |
| ARAVIND BHONAGIRI, Derivatively on Behalf of NUTANIX, INC.,<br><br>                Plaintiff,<br>     v.<br><br>DHEERAJ PANDEY, DUSTON M. WILLIAMS, DAVID SANGSTER, TYLER WALL, JEFFREY T. PARKS, MICHAEL P. SCARPELLI, STEVEN J. GOMO, RAVI MHATRE, JOHN MCADAM, SUSAN L. BOSTROM, CRAIG CONWAY, SUDHEESH N. VADAKKEDATH, LOUIS J. ATTANASIO, and KENNETH W. LONG III,<br><br>                Defendants,<br>     -and-<br><br>NUTANIX, INC., a Delaware corporation,<br><br>              Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 5:19-cv-03817-LHK<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Judge: Lucy. H. Koh<br>Date Action Filed: July 1, 2019 |

[Caption continued on next page.]

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL L.R. 3-12)

ASHWIN JUNEJA, Derivatively on Behalf of NUTANIX, INC.,

Plaintiff,

v.

DHEERAJ PANDEY, DUSTON M. WILLIAMS, DAVID SANGSTER, TYLER WALL, JEFFREY T. PARKS, MICHAEL P. SCARPELLI, STEVEN J. GOMO, RAVI MHATRE, JOHN MCADAM, SUSAN L. BOSTROM, CRAIG CONWAY, SUDHEESH N. VADAKKEDATH, LOUIS J. ATTANASIO, and KENNETH W. LONG III,

Defendants,

-and-

NUTANIX, INC., a Delaware corporation,

Nominal Defendant.

Case No. 5:19-cv-03821-EJD

Judge: Edward J. Davila
Date Action Filed: July 1, 2019

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL L.R. 3-12)

Plaintiffs Aravind Bhonagiri and Ashwin Juneja (collectively, "Plaintiffs") respectively file this motion pursuant to Civil Local Rule 3-12.

The following actions were filed in the following order:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *In Nutanix, Inc. Securities Litigation* (the "Securities Action") | 3:19-cv-01651-WHO | March 29, 2019 |
| *Bhonagiri v. Pandey, et al.* | 5:19-cv-03817-LHK | July 1, 2019 |
| *Juneja v. Pandey, et al.* | 5:19-cv-03821-EJD | July 1, 2019 |

The *Bhonagiri* and the *Juneja* actions (collectively, the "Derivative Actions") should be deemed related to the Securities Action.

Civil Local Rule 3-12(a) provides that an action is related to another when: "(1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  Both criteria are met here.  The Securities Action and the Derivative Actions address some of the same transactions and similar and overlapping sets of facts and involve some of the same parties.  Specifically, the Securities Action and the Derivative Actions arise, at least in part, from similar challenged statements made by executives of Nutanix, Inc.

Given that similar parties, transactions and events are involved in the Securities Action and the Derivative Actions, relating these actions before the same judge will serve the interests of judicial economy and avoid the potential for conflicting results, consistent with Civil Local Rule 3-12(a). Plaintiffs respectfully request this Court relate the Derivative Actions and the Securities Action.

Dated: August 13, 2019

Respectfully submitted,

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
CRAIG W. SMITH
SHANE P. SANDERS

/s/ Shane P. Sanders
SHANE P. SANDERS

5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile (619) 525-3991

- 1 -

E-mail: brobbins@robbinsarroyo.com
csmith@robbinsarroyo.com
ssanders@robbinsarroyo.com

*Attorneys for Plaintiffs Aravind Bhonagiri and Ashwin Juneja*

LAW OFFICES OF TIMOTHY L. MILES
TIMOTHY L. MILES
124 Shiloh Ridge
Hendersonville, TN 37075
Telephone:  (855) 846-6529
E-mail: tmiles@timmileslaw.com

*Attorney for Plaintiff Ashwin Juneja*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.

I further certify that I caused and true and correct copy of the foregoing to be sent via express delivery and e-mail to the following:

Ignacio E. Salceda
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
E-mail: ISalceda@wsgr.com

*Counsel for Defendants Dheeraj Pandey, Duston M. Williams, David Sangster, Tyler Wall, Jeffrey T. Parks, Michael P. Scarpelli, Steven J. Gomo, Ravi Mhatre, John McAdam, Susan L. Bostrom, Craig Conway, Sudheesh N. Vadakkedath, Louis J. Attanasio, Kenneth W. Long III, and Nutanix, Inc. in the Derivative Actions and the Securities Action*

Adam C. McCall
LEVI & KORSINSKY, LLP
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Email: amccall@zlk.com

Shannon L. Hopkins
LEVI & KORSINSKY, LLP
1111 Summer Street, Suite 403
Stamford, CT 06905
Email: shopkins@zlk.com

*Counsel for Lead Plaintiff Shimon Hedvat and Lead Counsel for the Class in the Securities Action*

1376097

- 3 -
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL L.R. 3-12)