ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsarroyo.com
CRAIG W. SMITH (164886)
csmith@robbinsarroyo.com
SHANE P. SANDERS (237146)
ssanders@robbinsarroyo.com
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for Plaintiffs Aravind Bhonagiri
and Ashwin Juneja

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | Master File No. 3:19-CV-01651-WHO <br><br> Hon. William H. Orrick <br><br> **DECLARATION OF SHANE P. SANDERS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL L.R. 3-12)** |
| ARAVIND BHONAGIRI, Derivatively on Behalf of NUTANIX, INC., <br><br> Plaintiff, <br> v. <br><br> DHEERAJ PANDEY, DUSTON M. WILLIAMS, DAVID SANGSTER, TYLER WALL, JEFFREY T. PARKS, MICHAEL P. SCARPELLI, STEVEN J. GOMO, RAVI MHATRE, JOHN MCADAM, SUSAN L. BOSTROM, CRAIG CONWAY, SUDHEESH N. VADAKKEDATH, LOUIS J. ATTANASIO, and KENNETH W. LONG III, <br><br> Defendants, <br> -and- <br><br> NUTANIX, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 5:19-cv-03817-LHK <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Judge: Lucy. H. Koh <br> Date Action Filed: July 1, 2019 |

[Caption continued on next page.]

DECL. OF SHANE P. SANDERS IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER
CASES SHOULD BE RELATED (CIVIL L.R. 3-12)

ASHWIN JUNEJA, Derivatively on Behalf of NUTANIX, INC.,

       Plaintiff,

  v.

DHEERAJ PANDEY, DUSTON M. WILLIAMS, DAVID SANGSTER, TYLER WALL, JEFFREY T. PARKS, MICHAEL P. SCARPELLI, STEVEN J. GOMO, RAVI MHATRE, JOHN MCADAM, SUSAN L. BOSTROM, CRAIG CONWAY, SUDHEESH N. VADAKKEDATH, LOUIS J. ATTANASIO, and KENNETH W. LONG III,

       Defendants,
  -and-

NUTANIX, INC., a Delaware corporation,

      Nominal Defendant.

Case No. 5:19-cv-03821-EJD

Judge: Edward J. Davila
Date Action Filed: July 1, 2019

I, Shane P. Sanders, hereby declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am Of Counsel at the law firm Robbins Arroyo LLP ("Robbins Arroyo"), counsel for plaintiffs Aravind Bhonagiri and Ashwin Juneja ("Plaintiffs").  I submit this declaration in support of Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related (Civil L.R. 3.12) (the "Administrative Motion").  I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

2.    I conferred with counsel for all of the defendants regarding this Administrative Motion.  The defendants agree with the relief sought in the Administrative Motion and believe that the following cases should be deemed related to *In Nutanix, Inc. Securities Litigation*, Case No. 3:19-cv-01651-WHO: (i) *Bhonagiri v. Pandey, et al.*, Case No. 5:19-cv-03817-LHK; and (ii) *Juneja v. Pandey, et al.*, Case No. 5:19-cv-03821-EJD.

3.    I have also conferred with counsel for the plaintiffs in the related securities action, *In Nutanix, Inc. Securities Litigation*, Case No. 3:19-cv-01651-WHO, who have indicated they take no position in the matter.

4.    I submit this Declaration in lieu of a stipulation to the same effect.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 13th day of August, 2019, at San Diego, California.

/s/ Shane P. Sanders
SHANE P. SANDERS

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.

I further certify that I caused and true and correct copy of the foregoing to be sent via express delivery and e-mail to the following:

Ignacio E. Salceda
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
E-mail: ISalceda@wsgr.com

*Counsel for Defendants Dheeraj Pandey, Duston M. Williams, David Sangster, Tyler Wall, Jeffrey T. Parks, Michael P. Scarpelli, Steven J. Gomo, Ravi Mhatre, John McAdam, Susan L. Bostrom, Craig Conway, Sudheesh N. Vadakkedath, Louis J. Attanasio, Kenneth W. Long III, and Nutanix, Inc. in the Derivative Actions and the Securities Action*

Adam C. McCall
LEVI & KORSINSKY, LLP
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Email: amccall@zlk.com

Shannon L. Hopkins
LEVI & KORSINSKY, LLP
1111 Summer Street, Suite 403
Stamford, CT 06905
Email: shopkins@zlk.com

*Counsel for Lead Plaintiff Shimon Hedvat and Lead Counsel for the Class in the Securities Action*

1376097

- 2 -

DECL. OF SHANE P. SANDERS IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL L.R. 3-12)