UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | ) Master File No. 3:19-CV-01651-WHO |
| | ) |
| | ) Hon. William H. Orrick |
| | ) |
| | ) **[PROPOSED] ORDER GRANTING** |
| | ) **PLAINTIFFS' ADMINISTRATIVE** |
| | ) **MOTION TO CONSIDER WHETHER** |
| | ) **CASES SHOULD BE RELATED** |
| | ) **(CIVIL L.R. 3-12)** |
| | ) |
| ARAVIND BHONAGIRI, Derivatively on Behalf of NUTANIX, INC., | ) Case No. 5:19-cv-03817-LHK |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| DHEERAJ PANDEY, DUSTON M. WILLIAMS, DAVID SANGSTER, TYLER WALL, JEFFREY T. PARKS, MICHAEL P. SCARPELLI, STEVEN J. GOMO, RAVI MHATRE, JOHN MCADAM, SUSAN L. BOSTROM, CRAIG CONWAY, SUDHEESH N. VADAKKEDATH, LOUIS J. ATTANASIO, and KENNETH W. LONG III, | ) |
| | ) |
| Defendants, | ) |
| -and- | ) |
| | ) |
| NUTANIX, INC., a Delaware corporation, | ) |
| | ) |
| Nominal Defendant. | ) Judge: Lucy. H. Koh |
| | ) Date Action Filed: July 1, 2019 |

[Caption continued on next page.]

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD
BE RELATED (CIVIL L.R. 3-12)

ASHWIN JUNEJA, Derivatively on Behalf of NUTANIX, INC.,

Plaintiff,

v.

DHEERAJ PANDEY, DUSTON M. WILLIAMS, DAVID SANGSTER, TYLER WALL, JEFFREY T. PARKS, MICHAEL P. SCARPELLI, STEVEN J. GOMO, RAVI MHATRE, JOHN MCADAM, SUSAN L. BOSTROM, CRAIG CONWAY, SUDHEESH N. VADAKKEDATH, LOUIS J. ATTANASIO, and KENNETH W. LONG III,

Defendants,

-and-

NUTANIX, INC., a Delaware corporation,

Nominal Defendant.

Case No. 5:19-cv-03821-EJD

Judge: Edward J. Davila
Date Action Filed: July 1, 2019

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL L.R. 3-12)

The Court having considered stockholder derivative plaintiffs Aravind Bhonagiri and Ashwin Juneja's Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil L.R. 3-12, HEREBY ORDERS as follows:

1.    The stockholder derivative actions captioned *Bhonagiri v. Pandey, et al.*, Case No. 5:19-cv-03817-LHK (the "*Bhonagiri* Action"), and *Juneja v. Pandey, et al.*, Case No. 5:19-cv-03821-EJD (the "*Juneja* Action") are deemed related to *In Nutanix, Inc. Securities Litigation*, Case No. 3:19-cv-01651-WHO.

2.    The *Bhonagiri* Action and the *Juneja* Action are hereby reassigned to Judge William H. Orrick.

3.    Pursuant to Civil L.R. 3-12(g), the Initial Case Management Conferences currently scheduled in the *Bhonagiri* and the *Juneja* actions will be rescheduled by this Court, and the parties shall adjust the dates for the conference, disclosures, and report required by Fed. R. Civ. P. 16 and 26 accordingly.

**IT IS SO ORDERED.**

DATED:

HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

1383579

- 3 -
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL L.R. 3-12)