## CERTIFICATION OF PLAINTIFF CITY OF MIAMI FIRE FIGHTERS' AND POLICE OFFICERS' RETIREMENT TRUST PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Omel Cotera, on behalf of the City of Miami Fire Fighters' and Police Officers' Retirement Trust ("Miami F&P"), for which I serve as Board Chairman and am duly authorized to act, duly certify and say, as to the claims asserted under the federal securities laws, that:

1.    I am fully authorized to enter into and execute this Certification on behalf of Miami F&P. I have reviewed the Consolidated Amended Complaint for Violations of the Federal Securities Laws (the "Complaint") and authorize its filing.

2.    Miami F&P did not purchase the securities that are the subject of this Action at the direction of its counsel, or to participate in any private action under the federal securities laws in this or any other litigation under the securities laws of the United States.

3.    Miami F&P is willing to serve as a plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4.    Miami F&P's transactions in Nutanix, Inc. ("Nutanix"), which are the subject of this litigation, between November 30, 2017 and May 30, 2019, inclusive, the ("Class Period") are set forth in the Schedule A, attached hereto.

5.    Within the last three years as of the date of this Certification, Miami F&P has sought to serve or has been appointed as a lead plaintiff and representative party for a class action arising under the federal securities laws of the United States in the following actions:

- *Anarkat v. CVS Health Corporation et al.*, Case No. 1:19-cv-00437 (D.R.I.)
- *Bristol County Retirement System v. Qurate Retail. Inc. et al.*, Case No. 1:18-cv-02300 (D. Colo.)
- *Danker v. Papa John's International, Inc. et al.*, Case No. 1:18-cv-07927 (S.D.N.Y.)
- *Metzler Asset Management GmbH et al., v. Kingsley et al.*, Case No. 1:16-12101 (D. Mass.)
- *Shoemaker v. Cardiovascular Systems, Inc. et al.*, Case No. 0:16-cv-00568 (D. Minn.)

1

- *In Re: Penn West Petroleum Ltd. Securities Litigation*, Case No. 1:14-cv-06046 (S.D.N.Y.)
- *In re Quality Systems, Inc. Securities Litigation*, Case No. 8:13-cv-01818 (C.D. Cal.)

6.    Miami F&P will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except as ordered or approved by the Court, including any award for reasonable costs and expenses directly relating to the representation of the Class.

I certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 9, 2019.

_____

Ornel Cotera, Board Chairman

2

**Schedule A**

Transactions of City of Miami Fire Fighters' and Police Officers' Retirement Trust in Nutanix, Inc. (NTNX)

| **Client Name** | City of Miami Fire Fighters' and Police Officers' Retirement Trust |
|---|---|
| **Company Name** | Nutanix, Inc. |
| **Ticker Symbol** | NTNX |
| **Class Period Start** | 11/30/2017 |
| **Class Period End** | 5/30/2019 |

| Date of Transaction | Purchase or Sale | Quantity | Price per Security |
|---|---|---|---|
| 10/2/2018 | Purchase | 550 | $ 41.83 |
| 10/2/2018 | Purchase | 965 | $ 41.89 |
| 10/3/2018 | Purchase | 820 | $ 43.25 |
| 10/4/2018 | Purchase | 60 | $ 42.52 |
| 10/4/2018 | Purchase | 305 | $ 42.88 |
| 10/10/2018 | Purchase | 1,450 | $ 39.17 |
| 12/31/2018 | Purchase | 3,700 | $ 42.23 |
| 1/15/2019 | Sale | (350) | $ 48.24 |
| 5/3/2019 | Purchase | 2,000 | $ 38.74 |
| 5/29/2019 | Purchase | 1,885 | $ 33.43 |
| 5/30/2019 | Purchase | 1,365 | $ 33.94 |