# Exhibit B

*In re Nutanix, Inc. Securities Litigation*, **Master File No. 5:19-cv-01651-WHO**

## EXHIBIT B

|  | **FY 2017 (8/1/2016-7/31/2017)** | **FY2018 (8/1/2017-7/31/2018)** | **FY2019[1] (8/1/2018-7/31/2019)** |
|---|---|---|---|
| Dell Sales as a % of Total Revenue[2] | 10% | 9% | 7% |
| Dell Sales[3] | $84.6 million | $104 million | $86.5 million |

[1] The FY2019 figures were taken from Nutanix, Inc.'s ("Nutanix") annual report on Form 10-K for the fiscal year-ended July 31, 2019 (the "FY2019 Form 10-K"). As discussed in Plaintiffs' Opposition to Defendants' Request for Judicial Notice and Consideration of Documents Incorporated by Reference, the FY2019 Form 10-K was filed on September 24, 2019, *after* Plaintiffs filed their Consolidated Amended Complaint for Violations of the Federal Securities Laws on September 9, 2019 ("AC"). Plaintiffs do not cite nor rely upon the FY2019 Form 10-K in their AC. Thus, the FY2019 Form 10-K may not be incorporated by reference and the contents therein may not be taken for their truth.

[2] *See* Dkt No. 108-2 at 81/209 (reported Dell percentage of total sales for FY 2016, FY2017 and FY2018 of 11%, 10% and 9%, respectively); Dkt. No. 108-4 at 11 (reported Dell percentage of total sales for FY 2018 and 2019 of 9% and 7%, respectively).

[3] Calculated as total revenue times the percentage Nutanix disclosed in its SEC filings accounting for Dell sales.