# Exhibit C

*In re Nutanix, Inc. Securities Litigation*, **Master File No. 5:19-cv-01651-WHO**

**EXHIBIT C**

| | Q2 2018 Ending 1/31/18 | Q3 2018 Ending 4/30/18 | Q4 2018 Ending 7/31/18 | Q1 2019 Ending 10/31/18 | Q2 2019 Ending 1/31/19 | Q3 2019 Ending 4/30/19 |
|---|---|---|---|---|---|---|
| Revenue[1] | $286,744 | $289,744 | $303,748 | $313,748 | $335,360 | $287,624 |
| Revenue Growth Year-Over-Year as Compared to the Same Quarter for the Previous Year | 44% | 41% | 20% | 14% | 17% | (1%) |
| Reported Customers[2] | 8,870 | 9,689 | 10,610 | 11,490 | 12,410 | 13,190 |
| Percentage Year-Over-Year as Compared to the Same Quarter for the Previous Year | 14% | 9% | 9% | 8% | 8% | 6% |

---

[1] *See* Dkt. No. 108-2 at 96/209 (2018 annual reported revenue figures); *Id.* at 113/209 (Q1 2019 reported revenue figures); *Id.* at 137/209 (Q2 2018 and Q2 2019 reported revenue figures); *Id.* at 163/209 (Q3 2018 and Q3 2019 reported revenue figures).

[2] *See* AC, ¶259 (2018 reported Total end customers); Dkt. No. 108-2 at 57/209 (Q3 2018 reported Total end customers); *Id.* at113/209 (Q1 2019 reported Total End Customers); *Id.* at 137/209 (Q2 2018 and Q2 2019 reported Total end customers); Dkt. 108-3 at 33/188 (Q3 2019 reported Total end customers).