BORIS FELDMAN, State Bar No. 128838
IGNACIO E. SALCEDA, State Bar No. 164017
LAURA G. AMADON, State Bar No. 321524
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100
Email: boris.feldman@wsgr.com
        isalceda@wsgr.com
        lamadon@wsgr.com

*Attorneys for Defendants*
*Nutanix, Inc., Dheeraj Pandey, and Duston M.*
*Williams*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | CASE NO.:  5:19-cv-01651-WHO |
| | **SUPPLEMENTAL DECLARATION OF IGNACIO E. SALCEDA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT** |
| | Hearing Date: February 12, 2020 |
| | Time: 2:00 p.m. |
| | Courtroom: 2 |
| | Hon. William H. Orrick |

SUPP. SALCEDA DECL. ISO MTD AMENDED COMPLAINT
CASE: 5:19-CV-01651-WHO

I, Ignacio E. Salceda, hereby declare:

1.      I am an attorney admitted to practice before this Court and a member of the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for defendants Nutanix, Inc. ("Nutanix" or the "Company"), Dheeraj Pandey, and Duston M. Williams in this action.  I have personal knowledge of the matters set forth in this supplemental declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein.

2.      Attached hereto as Exhibit 26 is a true and correct copy of excerpts of Nutanix's Form S-1/A, filed with the Securities & Exchange Commission on September 28, 2016.

I declare under penalty of perjury under the laws of the United States, that to the best of my knowledge, the foregoing is true and correct.

Executed this 14th day of January, 2020, in Palo Alto, California.

s/  Ignacio E. Salceda
Ignacio E. Salceda

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Boris Feldman, am the ECF User whose identification and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: January 14, 2020                          */s/ Boris Feldman*
                                                                    Boris Feldman

SUPP. SALCEDA DECL. ISO MTD AMENDED COMPLAINT
CASE: 5:19-CV-01651-WHO                          1

# Exhibit 26

| Company: | NUTANIX, INC. |
|---|---|
| Document: | S-1/A • 9/28/2016 |
| Section: | Entire Document |
| File Number: | 333-208711 |
| Pages: | 222 |

10/24/2019 10:54:09 AM

Table of Contents

Index to Financial Statements

As filed with the Securities and Exchange Commission on September 28, 2016

Registration No. 333-208711

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## AMENDMENT NO. 6
## TO
## FORM S-1
## REGISTRATION STATEMENT
## UNDER
## THE SECURITIES ACT OF 1933

# NUTANIX, INC.
**(Exact name of Registrant as specified in its charter)**

| Delaware | 7372 | 27-0989767 |
|---|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(Primary Standard Industrial Classification Code Number)** | **(I.R.S. Employer Identification Number)** |

**1740 Technology Drive, Suite 150**
**San Jose, California 95110**
**(408) 216-8360**
**(Address, including zip code, and telephone number, including area code, of Registrant's principal executive offices)**

**Dheeraj Pandey**
**Chief Executive Officer and Chairman**
**Nutanix, Inc.**
**1740 Technology Drive, Suite 150**
**San Jose, California 95110**
**(408) 216-8360**
**(Name, address, including zip code, and telephone number, including area code, of agent for service)**

*Copies to:*

| | | |
|---|---|---|
| **Jeffrey D. Saper, Esq.** | **Eric S. Whitaker, Esq.** | **Jeffrey R. Vetter, Esq.** |
| **Mark B. Baudler, Esq.** | **Olive Huang, Esq.** | **James D. Evans, Esq.** |
| **Andrew D. Hoffman, Esq.** | **Nutanix, Inc.** | **Fenwick & West LLP** |
| **Wilson Sonsini Goodrich & Rosati, P.C.** | **1740 Technology Drive, Suite 150** | **801 California Street** |
| **650 Page Mill Road** | **San Jose, California 95110** | **Mountain View, California 94041** |
| **Palo Alto, California 94304** | **(408) 216-8360** | **(650) 988-8500** |
| **(650) 493-9300** | | |

**Approximate date of commencement of proposed sale to the public:** As soon as practicable after this Registration Statement becomes effective.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act, check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☐                                      Accelerated filer  ☐
Non-accelerated filer ☒          (Do not check if a smaller reporting company)                                      Smaller reporting company  ☐

### CALCULATION OF REGISTRATION FEE

| Title of Each Class of Securities to be Registered | Amount to be Registered(1) | Proposed Maximum Aggregate Offering Price Per Share(2) | Proposed Maximum Aggregate Offering Price(1)(2) | Amount of Registration Fee(3) |
|---|---|---|---|---|
| Class A Common Stock, $0.000025 par value per share | 16,100,000 | $15.00 | $241,500,000 | $21,077 |

(1) Includes an additional 2,100,000 shares of Class A common stock that the underwriters have the option to purchase.
(2) Estimated pursuant to Rule 457(a) under the Securities Act of 1933, as amended, solely for the purpose of calculating the registration fee.
(3) Previously paid. Pursuant to Rule 457(a), no additional fee is payable as a result of the increase in the proposed maximum aggregate offering price per share reflected herein.

**The Registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, as amended, or until the Registration Statement shall become effective on such date as the Commission, acting pursuant to said Section 8(a), may determine.**

Table of Contents

Index to Financial Statements

- the average weekly trading volume of the Class A common stock during the four calendar weeks preceding the filing of a notice on Form 144 with respect to such sale.

Sales under Rule 144 by our affiliates or persons selling shares on behalf of our affiliates are also subject to certain manner of sale provisions and notice requirements and to the availability of current public information about us. Notwithstanding the availability of Rule 144, the holders of substantially all of Class B common stock have entered into lock-up or market stand-off agreements as described below, and their restricted securities will become eligible for sale (subject to the above limitations under Rule 144) upon the expiration of the restrictions set forth in those agreements.

**Rule 701**

Rule 701, as currently in effect, generally allows a stockholder who purchased shares of our Class A or Class B common stock pursuant to a written compensatory plan or contract and who is not deemed to have been an affiliate of our company during the immediately preceding 90 days to sell these shares (subject to the requirements of the lock-up or market stand-off agreements, as described below) in reliance upon Rule 144, but without being required to comply with the public information, holding period, volume limitation or notice provisions of Rule 144. Rule 701 also permits affiliates of our company to sell their Rule 701 shares under Rule 144 without complying with the holding period requirements of Rule 144. However, all holders of Rule 701 shares are required to wait until 90 days after the date of this prospectus (or until such later date that is required by the lock-up or market stand-off agreements, as described below) before selling such shares pursuant to Rule 701.

**Lock-Up and Market Stand-off Agreements**

We, all of our directors and officers and holders of substantially all of our common stock, or securities exercisable for or convertible into our common stock outstanding immediately prior to this offering, have agreed that, without the prior written consent of Goldman, Sachs & Co. and Morgan Stanley & Co. LLC on behalf of the underwriters, we and they will not, during the period ending 180 days after the date of this prospectus:

- offer, pledge, sell, contract to sell, sell any option or contract to purchase, purchase any option or contract to sell, grant any option, right or warrant to purchase, lend or otherwise transfer or dispose of, directly or indirectly, any shares of common stock or any securities convertible into or exercisable or exchangeable for shares of common stock;

- file any registration statement with the SEC relating to the offering of any shares of common stock or any securities convertible into or exercisable or exchangeable for common stock; or

- enter into any swap or other arrangement that transfers to another, in whole or in part, any of the economic consequences of ownership of our common stock;

whether any such transaction described above is to be settled by delivery of shares of our common stock or such other securities, in cash or otherwise, subject to certain exceptions set forth in the section titled "Underwriting."

In addition to the restrictions contained in the lock-up agreements described above, we have entered into agreements with certain security holders, including the amended and restated investors' rights agreement and our standard form of stock purchase agreement, option agreement and restricted stock unit agreement, that contain certain market stand-off provisions imposing restrictions on the ability of such security holders to offer, sell or transfer our equity securities for a period of 180 days following the date of this prospectus.

158

**Table of Contents**

**Index to Financial Statements**

**SIGNATURES**

Pursuant to the requirements of the Securities Act of 1933, the Registrant has duly caused this Registration Statement on Form S-1 to be signed on its behalf by the undersigned, thereunto duly authorized, in San Jose, California on the 28th day of September, 2016.

**NUTANIX, INC.**

By:  /S/ DHEERAJ PANDEY

Dheeraj Pandey
*Chief Executive Officer and Chairman*

Pursuant to the requirements of the Securities Act of 1933, this Registration Statement on Form S-1 has been signed by the following persons in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /S/ DHEERAJ PANDEY<br>Dheeraj Pandey | Chief Executive Officer and Chairman<br>(Principal Executive Officer) | September 28, 2016 |
| /S/ DUSTON M. WILLIAMS<br>Duston M. Williams | Chief Financial Officer<br>(Principal Financial Officer) | September 28, 2016 |
| /S/ KENNETH W. LONG III<br>Kenneth W. Long III | Vice President, Corporate Controller and<br>Chief Accounting Officer<br>(Principal Accounting Officer) | September 28, 2016 |
| *<br>Steven J. Gomo | Director | September 28, 2016 |
| *<br>John McAdam | Director | September 28, 2016 |
| *<br>Ravi Mhatre | Director | September 28, 2016 |
| *<br>Jeffrey T. Parks | Director | September 28, 2016 |
| *<br>Michael P. Scarpelli | Director | September 28, 2016 |
| *<br>Bipul Sinha | Director | September 28, 2016 |

*By:  /S/ DHEERAJ PANDEY

Dheeraj Pandey
Attorney-in-Fact

II-5