**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
Stephanie A. Bartone (admitted *pro hac vice*)
Gregory M. Potrepka (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: sbartone@zlk.com
Email: gpotrepka@zlk.com

*Attorneys for Lead Plaintiff Shimon Hedvat,*
*Plaintiff City of Miami Fire Fighters' and*
*Police Officers' Retirement Trust, and the Class*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | Master File No. 3:19-cv-01651-WHO |
| | Hon. William H. Orrick |
| | **CLASS ACTION** |
| | **DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |
| | Hearing Date: August 12, 2020 Time: 2:00 p.m. Courtroom: 2 Hon. William H. Orrick |

I, Shannon L. Hopkins, hereby declare as follows:

1.      I am a partner at the law firm of Levi & Korsinsky, LLP, counsel for Shimon Hedvat, City of Miami Fire Fighters' and Police Officers' Retirement Trust, and the Class. I was admitted *pro hac vice* by this Court on July 15, 2019. Dkt. No. 92.

2.      I respectfully submit this Declaration and the Exhibits attached hereto in support of Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss the Second Amended Complaint. Dkt. No. 125.

3.      Attached hereto as Exhibit A is a chart containing each alleged false statement, the reasons why it is alleged to be false and the applicable supporting scienter facts.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: June 26, 2020                                     **LEVI & KORSINSKY, LLP**

                                                        /s/ *Shannon L. Hopkins*
                                                        Shannon L. Hopkins (admitted *pro hac vice*)
                                                        Stephanie A. Bartone (admitted *pro hac vice*)
                                                        Gregory M. Potrepka (admitted *pro hac vice*)
                                                        1111 Summer Street, Suite 403
                                                        Stamford, CT 06905
                                                        Tel: (203) 992-4523
                                                        Email: shopkins@zlk.com
                                                        Email: sbartone@zlk.com
                                                        Email: gpotrepka@zlk.com

                                                        Adam M. Apton (SBM 316506)
                                                        Adam C. McCall (SBN 302130)
                                                        388 Market Street, Suite 1300
                                                        San Francisco, CA 94111
                                                        Tel.: (415) 373-1671
                                                        Email: aapton@zlk.com
                                                        Email: amccall@zlk.com

                                                        *Lead Counsel for Plaintiffs and the Class*

DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT