IGNACIO E. SALCEDA, State Bar No. 164017
LAURA G. AMADON, State Bar No. 321524
MEGAN ELYSE DAWSON, State Bar No. 331984
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100
Email: isalceda@wsgr.com
           lamadon@wsgr.com
           mdawson@wsgr.com

*Attorneys for Defendants*
*Nutanix, Inc., Dheeraj Pandey, and Duston M. Williams*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | CASE NO. 3:19-cv-01651-WHO <br><br> **NOTICE OF CHANGE IN COUNSEL** |

PLEASE TAKE NOTICE that Defendants Nutanix, Inc., Dheeraj Pandey, and Duston M. Williams ("Defendants") hereby request that the Court remove attorney Boris Feldman as counsel of record in this matter and from the service list.

All other listed counsel from Wilson Sonsini Goodrich & Rosati, P.C. will continue to represent Defendants. Accordingly, the withdrawal of Mr. Feldman from this matter will impose no delay of the case or prejudice any party.

Dated: September 4, 2020              */s/ Ignacio E. Salceda*
                                              Ignacio E. Salceda

                                      *Attorneys for Defendants*