# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | Master File No. 3:19-cv-01651-WHO<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO WITHDRAW AS LEAD PLAINTIFF AND SUBSTITUTE LEAD PLAINTIFF**<br><br>Date: March 3, 2021<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: William H. Orrick |

Having considered the papers filed in support of the Motion of Lead Plaintiff Shimon Hedvat ("Hedvat"), Movant Jose Flores ("Flores"), and Plaintiff City of Miami Fire Fighters' and Police Officers' Retirement Trust's ("Trust") to: (1) withdraw Mr. Hedvat as Lead Plaintiff; (2) appoint Mr. Flores and the Trust as substitute co-lead plaintiffs; and (3) approve Mr. Flores' and he Trust's selection of Levi & Korsinsky, LLP ("Levi & Korsinsky") and Wolf Popper LLP ("Wolf Popper") as co-lead counsel pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), and for good cause shown, the Court hereby enters the following Order:

## I.    WITHDRAWAL OF LEAD PLAINTIFF APPOINTMENT

1.    The Court previously appointed Mr. Hedvat as Lead Plaintiff pursuant to the provisions of Section 21D(a)(3)(B) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B), by written order dated July 10, 2019. Dkt. No. 87.

2.    Mr. Hedvat has moved the Court pursuant to Federal Rule of Civil Procedure 21 to be withdrawn as lead plaintiff.

3.    Having considered the provisions of Federal Rule of Civil Procedure 21 and the applicable jurisprudence thereto, Mr. Hedvat is allowed to withdraw as Lead Plaintiff.

## II.    APPOINTMENT AS CO-LEAD PLAINTIFFS AND CO-LEAD COUNSEL

4.    Mr. Flores and the Trust have asked this Court to be appointed as Co-Lead Plaintiffs in the above-captioned action (the "Action") and to approve the counsel they retained to be Co-Lead Counsel.

5.    Having considered the provisions of Section 21D(a)(3)(B) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B), the Court hereby determines that Mr. Flores and the Trust are the most adequate lead plaintiffs and satisfy the requirements of the PSLRA. The Court hereby appoints Mr. Flores and the Trust as Co-Lead Plaintiffs to represent the interests of the class.

6.    Pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, 15 U.S.C. § 78u4(a)(3)(B)(v), Mr. Flores and the Trust have selected and retained the law firms of Wolf Popper and Levi & Korsinsky to serve as Co-Lead Counsel. The Court approves Movant's selection of Co-Lead Counsel for the Action.

7.    Co-Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Co-Lead Counsel shall designate:

[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO WITHDRAW AS LEAD PLAINTIFF AND SUBSTITUTE LEAD PLAINTIFF

a. to coordinate the briefing and argument of any and all motions;

b. to coordinate the conduct of any and all discovery proceedings;

c. to coordinate the examination of any and all witnesses in depositions;

d. to coordinate the selection of counsel to act as spokesperson at all pretrial conferences;

e. to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

f. to coordinate all settlement negotiations with counsel for defendants;

g. to coordinate and direct the pretrial discovery proceedings and the preparation for trail and the trial of this matter, and to delegate work responsibilities to selected counsel as may be required;

h. to coordinate the preparation and filings of all pleadings; and

i. to supervise all other matters concerning the prosecution or resolution of the claims asserted in the Action.

8. No motion, discovery request, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Co-Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Co-Lead Counsel.

9. Service upon any plaintiff of all pleadings, motions, or other papers in the Action, except those specifically addressed to a plaintiff other than the Co-Lead Plaintiffs, shall be completed upon service of Co-Lead Counsel.

10. Co-Lead Counsel shall be the contact between plaintiffs' and defendants' counsel, as well as the spokespersons for all plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel. Co-Lead Counsel shall be the contact between the Court and plaintiffs and their counsel.

**IT IS SO ORDERED.**

Dated: _____    _____

William H. Orrick
United States District Judge

[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO WITHDRAW AS LEAD PLAINTIFF AND SUBSTITUTE LEAD PLAINTIFF