**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
Kristina M. Mentone (admitted *pro hac vice*)
Gregory M. Potrepka (admitted *pro hac vice*)
Andrew W. Rocco (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: kmentone@zlk.com
Email: gpotrepka@zlk.com
Email: arocco@zlk.com

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 291-2420
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Lead Plaintiff Shimon Hedvat,*
*Plaintiff City of Miami Fire Fighters',*
*and the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | Master File No. 3:19-cv-01651-WHO |
| | **CLASS ACTION** |
| | **DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO WITHDRAW AS LEAD PLAINTIFF AND SUBSTITUTE LEAD PLAINTIFF** |
| | Date: March 3, 2021<br>Time: 2:00 p.m<br>Courtroom: 2<br>Judge: William H. Orrick |

1

I, SHANNON L. HOPKINS, declare:

1. I am an attorney at law admitted to practice *pro hac vice* in the State of California before this Court and admitted to practice law in the states of Massachusetts, New York and Connecticut. I am a partner at Levi & Korsinsky, LLP ("Levi & Korsinsky"), attorneys of record for Court-appointed Lead Plaintiff Shimon Hedvat and Plaintiff Miami Fire Fighters' and Police Officers' Retirement Trust (the "Trust"), and Court-appointed Lead Counsel for the putative class in the above-captioned securities class action (the "Action"). I make this declaration in support of Lead Plaintiff's Motion to Withdraw as Lead Plaintiff and Substitute Lead Plaintiff.

2. Over the course of this litigation, Lead Plaintiff Shimon Hedvat, the Trust, and Lead Counsel have vigorously prosecuted this Action on behalf of the proposed Class. Lead Plaintiff and the Trust, through Lead Counsel, filed two thoroughly pleaded amended complaints, and briefed and argued in opposition to two motions to dismiss. The complaints were the product of extensive investigation by Lead Counsel that included, among other things, review and analysis of: (i) documents publicly filed by Nutanix, Inc. ("Nutanix" or the "Company") with the United States Securities and Exchange Commission ("SEC"); (ii) publicly available information, including press releases, news articles, and other public statements issued by or concerning the Company; (iii) research reports issued by financial and industry analysts concerning the Company; (iv) other publicly available information and data concerning the Company and its subsidiaries, including information concerning Nutanix's competitors; (v) interviews conducted with former employees of Nutanix; (vi) damages analyses prepared by experts; and (vii) the applicable law governing the claims and potential defenses in this action;

3. After the Court's denial of Defendants' motion to dismiss Plaintiffs, through Lead Counsel, commenced a comprehensive discovery plan, including: (i) successful negotiation with Defendants over the joint case management statement, and participation by Lead Counsel at the Court's case management conference on October 27, 2020; (ii) successful negotiation with Defendants over a stipulated protective order and a stipulated protocol for the discovery of electronically-stored information; (iii) the service on Defendants of Plaintiffs' sixty-eight Requests for Production, ten Interrogatories, and twenty-four Requests for Admission; (iv) numerous meet and confer discussions with Defendants via telephone, videoconference, and e-mail; (v) the service of thirty third-party

2

DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF MOTION TO WITHDRAW AS LEAD PLAINTIFF AND SUBSTITUTE LEAD PLAINTIFF

subpoenas, and subsequent meet and confer discussions; (vi) the review of over 10,000 documents produced by over fifteen third parties to date; (vii) serving the Trust's objections and responses to Defendants' requests for production; (viii) engaging in the collection of the Trust's documents for production; and (ix) the retention of a market efficiency and damages expert for Plaintiffs' forthcoming class certification motion;

4.      Lead Counsel has spent nearly 3,500 to date hours vigorously prosecuting this case on behalf of the Class;

5.      Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Shimon Hedvat in Support of Motion to Withdraw as Lead Plaintiff and Appoint Substitute;

6.      Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Jose Flores in Support of Lead Plaintiff's Motion to Withdraw as Lead Plaintiff and Substitute Lead Plaintiff;

7.      Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Miami Fire Fighters' and Police Officers' Retirement Trust in Support of Lead Plaintiff's Motion to Withdraw as Lead Plaintiff and Substitute Lead Plaintiff;

8.      Attached hereto as Exhibit 4 is a true and correct copy of the firm résumé of Wolf Popper LLP;

9.      Attached hereto as Exhibit 5 is a true and correct copy of the firm résumé of Levi & Korsinsky, LLP;

I declare under penalty of perjury that the facts stated herein are true and correct. Executed on this 27th day of January 2021 at Stamford, Connecticut.

/s/ *Shannon L. Hopkins*
Shannon L Hopkins

3

DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF MOTION TO WITHDRAW AS LEAD PLAINTIFF AND SUBSTITUTE LEAD PLAINTIFF