# Exhibit 1

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
Kristina M. Mentone (admitted *pro hac vice*)
Gregory M. Potrepka (admitted *pro hac vice*)
Andrew W. Rocco (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: kmentone@zlk.com
Email: gpotrepka@zlk.com
Email: arocco@zlk.com

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 291-2420
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Lead Plaintiff Shimon Hedvat,*
*Plaintiff City of Miami Fire Fighters' and*
*Police Officers' Retirement Trust, and Lead*
*Counsel for the Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | Master File No. 3:19-cv-01651-WHO<br><br>Hon. William H. Orrick<br><br>**CLASS ACTION**<br><br>**DECLARATION OF SHIMON HEDVAT IN SUPPORT OF MOTION TO WITHDRAW AS LEAD PLAINTIFF AND APPOINT SUBSTITUTE** |

1

DECLARATION OF SHIMON HEDVAT IN SUPPORT OF MOTION TO WITHDRAW AS LEAD
PLAINTIFF AND APPOINT SUBSTITUTE

I, Shimon Hedvat, declare as follows:

1.      On July 10, 2019, the Court appointed me as lead plaintiff in this action, and my attorneys Levi & Korsinsky, LLP as lead counsel.

2.      Since my appointment as lead plaintiff, I have participated in the litigation of this lawsuit, including:

- Approving the addition of named plaintiff City of Miami Fire Fighters' and Police Officers' Retirement Trust to this lawsuit;

- Reviewing drafts of all pleadings on behalf of myself and the Class; and

- Communicating with my counsel to stay informed of developments in this case, including with regard to key developments in the litigation and case management deadlines.

3.      Since the filing of my motion for appointment as lead plaintiff, the country has suffered an unprecedented pandemic and my personal circumstances, and availability to represent the Class as a fiduciary, have evolved. Despite my significant losses in Nutanix, Inc. securities due to the defendants' misconduct as alleged in the Second Amended Complaint for Violations of the Federal Securities Laws (Dkt. No. 124), I no longer wish to serve as Lead Plaintiff or in a representative role. Accordingly, I have instructed my attorneys to seek my withdrawal as Lead Plaintiff.

4.      I believe that my co-plaintiff City of Miami Fire Fighters' and Police Officers' Retirement Trust, or Mr. Jose Flores who filed a competing motion for lead plaintiff and possessed the second largest financial interest of any original lead plaintiff movant in this action, or both, if appointed as lead plaintiffs, will adequately and capably represent the interests of the Class.

I, Shimon Hedvat, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:___1/27/2021___                                    _____

                                                            Shimon Hedvat

2

DECLARATION OF SHIMON HEDVAT IN SUPPORT OF MOTION TO WITHDRAW AS LEAD
PLAINTIFF AND APPOINT SUBSTITUTE