# Exhibit 2

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
Kristina M. Mentone (admitted *pro hac vice*)
Gregory M. Potrepka (admitted *pro hac vice*)
Andrew W. Rocco (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: kmentone@zlk.com
Email: gpotrepka@zlk.com
Email: arocco@zlk.com

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 291-2420
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Lead Plaintiff Shimon Hedvat,*
*Plaintiff City of Miami Fire Fighters' and*
*Police Officers' Retirement Trust, and Lead*
*Counsel for the Class*

**WOLF POPPER LLP**
Robert C. Finkel (admitted *pro hac vice*)
Joshua W. Ruthizer (admitted *pro hac vice*)
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 459-2093
Email: rfinkel@wolfpopper.com
Email: jruthizer@wolfpopper.com

*Attorneys for Movant Jose Flores and*
*Proposed Co-Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | Master File No. 3:19-cv-01651-WHO |
| | Hon. William H. Orrick |
| | **CLASS ACTION** |
| | **DECLARATION OF JOSE FLORES IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO WITHDRAW AS LEAD PLAINTIFF AND SUBSTITUTE LEAD PLAINTIFF** |
| | Date:         March 3, 2021 |
| | Time:         2:00 p.m. |
| | Courtroom: 2 |
| | Judge:        Hon. William H. Orrick |

I, JOSE FLORES, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I respectfully submit this declaration in support of Lead Plaintiff's Motion to Withdraw as Lead Plaintiff and Substitute Lead Plaintiff (the "Motion").

2.     I reside in Lakeview Terrace, California.

3.     I received a Bachelor's Degree in Computer Science Engineering from California State University Long Beach in Long Beach, California in 2000.

4.     I am currently employed by Legalzoom.com as a Salesforce Marketing Cloud Administrator.

5.     I timely moved for appointment as lead plaintiff in this Action on May 28, 2019. *See* ECF 32-34, 70, and 74.

6.     Although I was not appointed lead plaintiff, I have monitored the progress of the litigation. To date, even though I am not the Court-appointed lead plaintiff, I have received periodic updates from my counsel on the status of the litigation. I have reviewed, among other Court filings, the Consolidated Amended Complaint for Violations of the Federal Securities Laws, the Second Amended Complaint for Violations of the Federal Securities Laws ("SAC"), and the Court's decisions concerning Defendants' motions to dismiss those complaints. At this time, I generally adopt the key substantive allegations of the SAC as they concern publicly available information, as found to be actionable by the Court's decision concerning Defendants' motion to dismiss that complaint.

7.     I believe that the Action is meritorious and that the Defendants made materially false and misleading statements in violation of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b), 78t(a).

8.     I understand that the Court-appointed Lead Plaintiff, Mr. Shimon Hedvat, is withdrawing as Lead Plaintiff in this Action.

9.     I am willing to serve as lead plaintiff on behalf of the Class, as defined in the SAC and as modified by the Court's Order Regarding Motion to Dismiss dated September 11, 2020, of all

[NO. 3:19-cv-01651-WHO] DECLARATION OF JOSE FLORES IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO WITHDRAW AS LEAD PLAINTIFF AND SUBSTITUTE LEAD PLAINTIFF

1

persons or entities that purchased or otherwise acquired Nutanix securities between March 1, 2018 and May 30, 2019, inclusive, and who were damaged thereby.

10.     As I stated in my motion for appointment as lead plaintiff, my response to the competing motions for appointment as lead plaintiff, and my reply (ECF 32-34, 70, 74), I suffered a substantial loss of $396,176 on the 22,340 shares of Nutanix common stock that I purchased during the class period initially alleged in the consolidated actions of March 2, 2018 to February 28, 2019 and retained through February 28, 2019.  As I understand, this was the second largest asserted financial interest of all the competing lead plaintiff movants, and only Mr. Hedvat had asserted a larger financial interest.

11.     I have been investing in securities for approximately 15 years.  The Nutanix common stock that I purchased was purchased in one brokerage account and one Individual Retirement Account ("IRA") that I manage through an online brokerage.

12.     I understand that, if appointed as lead plaintiff, I will have fiduciary duties to the proposed class.  I am motivated to serve as a representative party in this Action not only to recover the significant losses I personally suffered, but also the losses of absent Class members who similarly suffered losses due to the allegations of securities fraud against the Defendants.  Among other things, I want to ensure that the largest possible recovery is obtained from all culpable parties, minimize any delay that Mr. Hedvat's withdrawal may cause to this litigation, and ensure an efficient and vigorous prosecution of this Action.

13.     I understand that The City of Miami Fire Fighters' and Police Officers' Retirement Trust (the "Trust") is a named plaintiff in this Action, and that the Trust is represented by Levi & Korsinsky, LLP ("Levi & Korsinsky").

14.     I have authorized Wolf Popper LLP ("Wolf Popper") and Levi & Korsinsky to file a motion requesting the Court appoint me and the Trust as co-lead plaintiffs.  I have also authorized Wolf Popper and Levi & Korsinsky to seek appointment as co-lead counsel.

15.     I support the application of my counsel, Wolf Popper, to be appointed co-lead counsel in this Action with Levi & Korsinsky, or in the alternative for Levi & Korsinsky to remain

[NO. 3:19-cv-01651-WHO] DECLARATION OF JOSE FLORES IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO WITHDRAW AS LEAD PLAINTIFF AND SUBSTITUTE LEAD PLAINTIFF

2

involved in this litigation as additional counsel under the supervision of me and my counsel. I understand that Levi & Korsinsky has prosecuted this Action to date on behalf of Mr. Hedvat, the Trust, and the Class and that Levi & Korsinsky's knowledge will provide a significant benefit to the Class by ensuring efficient prosecution of the Action going forward, minimizing any delays due to Mr. Hedvat's withdrawal, and limiting duplicative efforts of new counsel's acclimation to the claims and defenses. Therefore, I support the application of Wolf Popper and Levi & Korsinsky to be appointed co-lead counsel. If the Court appoints Wolf Popper as sole lead counsel, I support Levi & Korsinsky continuing to work on the litigation under the supervision of me and Wolf Popper.

16.     I will supervise Wolf Popper and Levi & Korsinsky to ensure efficient and zealous prosecution of this Action.

17.     I understand that the Private Securities Litigation Reform Act of 1995 ("PSLRA") and courts in this District permit groups to serve as lead plaintiff when the group can function cohesively and proves that it will actively monitor the litigation to represent the interests of the Class. I intend to prosecute the Action against Nutanix and the other Defendants in such a manner with the Trust. I believe that our combined resources and ability to deliberate and engage in joint decision-making will materially benefit and advance the interests of the Class in this case.

18.     I believe that the Trust's participation in this Action to date and the knowledge gained through that participation will benefit the proposed Class going forward. Moreover, I understand that the Trust has significant experience as a sophisticated institutional investor participating in legal and financial matters, including experience overseeing class counsel in previous securities class actions. I also understand that the Trust served as a lead plaintiff in multiple securities class actions that resulted in excellent recoveries on behalf of class members. I believe that the Trust's wealth of experience in shareholder litigation will benefit the putative class as this case proceeds into complex discovery, and potentially in any negotiations to resolve the Action. The Trust and I share a common interest in prosecuting the Class's claims and obtaining the highest possible recovery in this Action. As such, I support the application of the Trust to be

[NO. 3:19-cv-01651-WHO] DECLARATION OF JOSE FLORES IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO WITHDRAW AS LEAD PLAINTIFF AND SUBSTITUTE LEAD PLAINTIFF

3

appointed as co-lead plaintiff in this Action, or in the alternative to continue to serve as a named plaintiff and class representative in this Action.

19. I, through counsel, have communicated with the Trust to discuss: (i) the progression of the Action thus far and the claims against Defendants; (ii) the upcoming motion for class certification; (iii) discovery and litigation efforts to date; (iv) the desire to maximize the recovery for the Class and minimize delay; (v) the desire to ensure efficient and continued litigation without delay and duplication of costs; (vi) the benefits the Class would receive from the leadership of a committed institutional investor and an individual investor, including diversity of representation and the sharing of experience and resources; and (vii) the shared interests in prosecuting the case in a collaborative and efficient fashion.

20. The Trust and I also discussed the importance of selecting qualified counsel to represent the interests of the Class and ensure continued representation of the Class in a diligent and efficient manner.  The Trust selected Levi & Korsinsky as its counsel.  I am familiar with Levi & Korsinsky's work in this Action and believe the Class had already significantly benefited from Levi & Korsinsky's experience and expertise in prosecuting securities class actions like this, as evidenced by Levi & Korsinsky's efforts to date, including defeating Defendants' motion to dismiss.

21. The Trust and I have also discussed and agreed that if we are appointed co-lead plaintiffs we will exercise joint decision-making and will jointly communicate with proposed co-lead counsel (Levi & Korsinsky and Wolf Popper) regarding the progress and prosecution of this Action on a regular basis as well as when important decisions need to be made related to the Action. To that end, the Trust and I have agreed that proposed co-lead counsel will provide us with periodic status reports and hold regular joint calls to discuss: (i) new developments in the Action; (ii) all significant decisions concerning the prosecution of the Action; (iii) litigation and settlement strategies; (iv) significant pleadings and briefs; (v) important discovery issues; (vi) attorney and expert work being performed; and (vii) any other issues bearing on the effective and efficient prosecution of this matter.

[NO. 3:19-cv-01651-WHO] DECLARATION OF JOSE FLORES IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO WITHDRAW AS LEAD PLAINTIFF AND SUBSTITUTE LEAD PLAINTIFF

4

22. On January 25, 2021, the Trust through counsel and I held a call to become personally acquainted and to go over, among other things, the foregoing items we had previously discussed through counsel, listed above in paragraphs 19-21.

23. Given our obligations to the Class and our shared common interest in maximizing the recovery for all investors, I fully expect to reach a consensus with the Trust regarding litigation decisions. However, in the unlikely event that a disagreement arises that cannot be mutually resolved, we agree to present our respective positions to a qualified independent arbitrator who has previously served as a state or federal judge and to be bound by any decisions made by the arbitrator.

24. We also agreed that we will respond to discovery requests and make ourselves available for depositions and other necessary appearances and meetings necessary for the prosecution of this Action.

25. I understand that if I am appointed the sole lead plaintiff, then I am responsible to make all decisions concerning the litigation and to supervise counsel. In the event I am appointed sole lead plaintiff, I support the Trust's continued involvement as a named plaintiff and additional class representative.

26. I have exchanged contact information with the Trust so that we can communicate with each other without counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___ day of January, 2021.

_____

Jose Flores

[NO. 3:19-cv-01651-WHO] DECLARATION OF JOSE FLORES IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO WITHDRAW AS LEAD PLAINTIFF AND SUBSTITUTE LEAD PLAINTIFF

5