NINA F. LOCKER (SBN 123838)
IGNACIO E. SALCEDA (SBN 164017)
EVAN L. SEITE (SBN 274641)
LAURA G. AMADON (SBN 321524)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:     (650) 493-9300
Facsimile:     (650) 565-5100
Email:          nlocker@wsgr.com
                isalceda@wsgr.com
                eseite@wsgr.com
                lamadon@wsgr.com

*Attorneys for Defendants Nutanix, Inc.,
Dheeraj Pandey, and Duston M. Williams*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | Case No. 3:19-cv-01651-WHO<br><br>**CLASS ACTION**<br><br>**DECLARATION OF IGNACIO E. SALCEDA IN SUPPORT OF DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S MOTION TO WITHDRAW AS LEAD PLAINTIFF AND SUBSTITUTE LEAD PLAINTIFF**<br><br>Hearing Date: March 3, 2021<br>Time: 2:00 P.M.<br>Courtroom: 2<br>Hon. William H. Orrick |

SALCEDA DECLARATION ISO DEFENDANTS'
OPPOSITION TO LEAD PLAINTIFF'S
MOTION TO WITHDRAW
CASE: 3:19-CV-01651-WHO

I, Ignacio E. Salceda, hereby declare:

I am an attorney licensed to practice law in the State of California and before this Court. I am a member of the law firm of Wilson Sonsini Goodrich & Rosati, Professional Corporation ("WSGR"), counsel for Defendants Nutanix, Inc., Dheeraj Pandey, and Duston M. Williams (collectively, "Defendants") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein.

1.    Starting in November 2020, Lead Plaintiff Shimon Hedvat issued various discovery requests, including requests for productions, interrogatories, and admissions, on Defendants and thirty-one (31) subpoenas on third parties.

2.    Specifically, on November 4, 2020, counsel for Mr. Hedvat, Levi & Korsinsky, LLP ("Lead Counsel"), served (1) Plaintiffs' First Set of Requests for Production of Documents on Defendants, (2) Plaintiffs' First Set of Interrogatories to Defendants, and (3) Plaintiffs' First Set of Requests for Admission Directed at Defendants.

3.    Lead Counsel also served (1) Plaintiffs' Notice of Subpoenas *Duces Tecum* for Production of Documents that indicated Mr. Hedvat issued twenty-nine (29) subpoenas on third-parties on or around November 6, 2020, and (2) Plaintiffs' Notice of Subpoena for Production of Documents that indicated Mr. Hedvat issued one further subpoena on a third party on or around December 14, 2020.

4.    On November 18, 2020, Defendants served their First Set of Requests for Production to Plaintiffs, with responses due December 18, 2020.

5.    On December 17, 2020, Lead Counsel requested an extension of time to respond and object to Defendants' first set of requests for production until January 4, 2021. Defendants accorded that professional courtesy.

6.    On January 4, 2021, Lead Counsel conveyed to me that Mr. Hedvat was unable to respond to discovery and had become nonresponsive to Lead Counsel's inquiries. Lead Counsel

also expressed anticipation that Mr. Hedvat would not be willing to continue to serve as Lead Plaintiff in the litigation.

7.    In that conversation, I agreed that Mr. Hedvat would have an additional week extension to respond to the discovery requests and to allow for Lead Counsel to determine definitively whether Mr. Hedvat would continue as Lead Plaintiff.

8.    On January 18, 2021, Lead Counsel served a Notice of Subpoena directed to another third party.

9.    Well after the second extension expired, having heard no update from Lead Counsel, I sent a letter to Lead Counsel on January 19, 2021, requesting that Lead Counsel promptly notify the Court of Mr. Hedvat's apparent withdrawal as Lead Plaintiff and to explain to the Court the circumstances surrounding Mr. Hedvat's decision so the Court could appoint a new lead plaintiff pursuant to the PSLRA.  Attached hereto as Exhibit 1 is a true and correct copy of the letter from me to Lead Counsel, dated January 19, 2021.

10.    Attached hereto as Exhibit 2 is a true and correct copy of the order in *In re HealthSouth Corp. Sec. Litig.*, No. CV-03-BE-1501-S (N.D. Ala. Dec. 1, 2004).

11.    Attached hereto as Exhibit 3 is a true and correct copy of the order in *Morgan v. AXT, Inc.*, No. 3:04-cv-04362-MJJ (N.D. Cal. Mar. 14, 2007).

12.    Attached hereto as Exhibit 4 is a true and correct copy of Defendants' Statement of Nonopposition to Motion to Substitute Lead Plaintiff, filed in *In re Rackable Systems, Inc. Sec. Litig.*, No. 4:09-cv-00222-CW (N.D. Cal. Feb. 18, 2019).

13.     Attached hereto as Exhibit 5 is a true and correct copy of the order in *In re Rackable Systems, Inc. Sec. Litig.*, No. 4:09-cv-00222-CW (N.D. Cal. Mar. 22, 2010).

I declare under penalty of perjury under the laws of the United States, that to the best of my knowledge, the foregoing is true and correct.

Executed this 10th day of February 2021 in Menlo Park, California.

*/s/ Ignacio E. Salceda*
Ignacio E. Salceda