**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
Kristina M. Mentone (admitted *pro hac vice*)
Gregory M. Potrepka (admitted *pro hac vice*)
Andrew W. Rocco (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: kmentone@zlk.com
Email: gpotrepka@zlk.com
Email: arocco@zlk.com

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 291-2420
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Lead Plaintiff Shimon Hedvat,*
*Plaintiff City of Miami Fire Fighters' and*
*Police Officers' Retirement Trust, and the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | Master File No. 3:19-cv-01651-WHO <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF MOTION TO WITHDRAW AS LEAD PLAINTIFF AND SUBSTITUTE LEAD PLAINTIFF** <br><br> Date: March 3, 2021 <br> Time: 2:00 p.m. <br> Courtroom: 2 <br> Judge: William H. Orrick |

1

DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF MOTION TO WITHDRAW AS LEAD
PLAINTIFF AND SUBSTITUTE LEAD PLAINTIFF

I, SHANNON L. HOPKINS, declare:

1.    I am an attorney at law admitted to practice *pro hac vice* in the State of California before this Court and admitted to practice law in the states of Massachusetts, New York and Connecticut. I am a partner at Levi & Korsinsky, LLP ("Levi & Korsinsky"), attorneys of record for Court-appointed Lead Plaintiff Shimon Hedvat and additional named plaintiff Miami Fire Fighters' and Police Officers' Retirement Trust (the "Trust"), and Court-appointed Lead Counsel for the putative class in the above-captioned securities class action (the "Action"). I make this declaration in support of Lead Plaintiff Hedvat's Motion to Withdraw as Lead Plaintiff and Substitute Lead Plaintiff.

2.    Except as otherwise noted, I have personal knowledge of the information set forth below, and I would competently testify thereto if called upon to do so.

3.    In March 2020, this country effectively shut down for several months due to an unprecedented pandemic.

4.    On March 20, 2020, Melissa Muller, an associate with Levi & Korsinsky working on the Nutanix matter, received a call from Mr. Hedvat requesting an update on the status of the litigation. Levi & Korsinsky provided the requested information.

5.    On April 17, 2020, Ms. Muller sent Mr. Hedvat a draft of the Second Amended Complaint ("SAC").

6.    On April 20, 2020, Ms. Muller sent Mr. Hedvat the filed SAC.

7.    On June 25, 2020, Ms. Muller sent Mr. Hedvat the draft opposition to Defendants' motion to dismiss the SAC.

8.    On September 11, 2020, after the Court ruled on Defendants' motion to dismiss earlier that day, Ms. Muller contacted Mr. Hedvat via email to inform him of the Court's ruling on Defendants' motion to dismiss and to discuss the status of the litigation.

9.    On September 15, 2020, Ms. Muller sent a text message to Mr. Hedvat's cell phone summarizing her September 11, 2020 email.

10.    With Rosh Hashana about to start on September 19, 2020, Mr. Hedvat responded to Ms. Muller's text message on September 17, 2020 indicating he would be in touch shortly.

11.    On September 18, 2020, Mr. Hedvat sent Ms. Muller a text message, which Lead Counsel

2

understood as Mr. Hedvat's intention to proceed with discovery.

12. On October 5, 2018, after the Rosh Hashanah and Sukkot holidays, which Mr. Hedvat and attorneys at Levi & Korsinsky observe, Ms. Muller sent Mr. Hedvat a text message requesting to speak with Mr. Hedvat about his discovery obligations in this Action.

13. On October 5, 2020, Mr. Hedvat replied to Ms. Muller via text message requesting that Ms. Muller send him another text message with what discovery he would need to provide in this case.

14. Ms. Muller sent a text message to Mr. Hedvat on October 5, 2020 regarding his specific document discovery obligations as a plaintiff in a securities class action.

15. Ms. Muller sent a follow-up text message to Mr. Hedvat on October 28, 2020 to inquire about the status of his document collection.

16. On November 18, 2020, Defendants served their First Set of Requests for Production of Documents and Electronically Stored Information ("Defendants' Requests for Production") on Mr. Hedvat and the Trust.

17. On December 1, 2020, I called Mr. Hedvat's cell phone and left a voice message requesting to speak with him regarding his discovery responses to Defendants' Requests for Production that were due December 18, 2020. Mr. Hedvat returned my call shortly thereafter on December 1, 2020 but abruptly ended the call.

18. Thereafter, Lead Counsel spent several weeks trying to reach Mr. Hedvat to confirm whether he intended to continue as lead plaintiff.

19. Being unable to reach Mr. Hedvat, I reached out to defense counsel on December 17, 2020 and obtained a short extension on Mr. Hedvat's discovery responses until January 4, 2021.

20. Not being able to reach Mr. Hedvat by the January 4, 2021 deadline for serving his discovery responses and obections, I reached out to counsel for Defendants again on January 4, 2021 and obtained an additional one-week extension on Mr. Hedvat's discovery responses.

21. Thereafter, on January 12, 2021, Joseph Levi, the founding partner of Levi & Korsinsky, reached out to Mr. Hedvat via WhatsApp Messenger to discuss the Action and confirm whether Mr. Hedvat desired to continue as Lead Plaintiff.

22. On January 13 and 20, 2021, Ms. Muller sent follow-up text messages to Mr. Hedvat.

3

23.    On January 21, 2021, Ms. Muller sent Mr. Hedvat another email.

24.    On January 27, 2021, Mr. Levi reached Mr. Hedvat by telephone. During their conversation, Mr. Hedvat informed Mr. Levi that he wished to withdraw as lead plaintiff and requested that Levi & Korsinsky file a motion for Mr. Hedvat's withdraw.

I declare under penalty of perjury that the facts stated herein are true and correct. Executed on this 17th day of February 2021 at Stamford, Connecticut.

/s/ *Shannon L. Hopkins*
Shannon L Hopkins

4

DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF MOTION TO WITHDRAW AS LEAD PLAINTIFF AND SUBSTITUTE LEAD PLAINTIFF