NINA F. LOCKER (SBN 123838)
IGNACIO E. SALCEDA (SBN 164017)
EVAN L. SEITE (SBN 274641)
LAURA G. AMADON (SBN 321524)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:    (650) 493-9300
Facsimile:    (650) 565-5100
Email:        nlocker@wsgr.com
              isalceda@wsgr.com
              eseite@wsgr.com
              lamadon@wsgr.com

*Attorneys for Defendants Nutanix, Inc.,*
*Dheeraj Pandey, and Duston M. Williams*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | Case No. 3:19-cv-01651-WHO<br><br>**CLASS ACTION**<br><br>**DECLARATION OF IGNACIO E. SALCEDA IN SUPPORT OF DEFENDANTS' RESPONSE TO LEAD COUNSEL'S OFFER TO PRODUCE CORRESPONDENCE WITH LEAD PLAINTIFF FOR *IN CAMERA* REVIEW; REQUEST FOR ORDER THAT LEAD PLAINTIFF ATTEND HEARING**<br><br>Hearing Date: March 3, 2021<br>Time: 2:00 P.M.<br>Courtroom: 2<br>Hon. William H. Orrick |

SALCEDA DECLARATION ISO
DEFENDANTS' RESPONSE
TO LEAD COUNSEL'S OFFER
RE: *IN CAMERA* REVIEW
CASE: 3:19-CV-01651-WHO

I, Ignacio E. Salceda, hereby declare:

I am an attorney licensed to practice law in the State of California and before this Court. I am a member of the law firm of Wilson Sonsini Goodrich & Rosati, Professional Corporation ("WSGR"), counsel for Defendants Nutanix, Inc., Dheeraj Pandey, and Duston M. Williams (collectively, "Defendants") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein.

1.    Attached hereto as Exhibit 1 is a true and correct copy of the order in *Felix v. Symantec Corp.*, No. C 18-02902 WHA (N.D. Cal. Aug. 7, 2018).

2.    Attached hereto as Exhibit 2 is a true and correct copy of the order in *Evellard v. LendingClub Corp.*, No. C 16-02670 WHA (N.D. Cal. Aug. 12, 2016).

3.    Attached hereto as Exhibit 3 is a true and correct copy of the order in *Kennedy v. Petroleo Brasileiro S.A.*, No. 1:15-cv-00093 JSR (S.D.N.Y. Feb. 9, 2015).

I declare under penalty of perjury under the laws of the United States, that to the best of my knowledge, the foregoing is true and correct.

Executed this 22nd day of February 2021 in Menlo Park, California.

*/s/ Ignacio E. Salceda*
Ignacio E. Salceda

SALCEDA DECLARATION ISO
DEFENDANTS' RESPONSE
TO LEAD COUNSEL'S OFFER
RE: *IN CAMERA* REVIEW
CASE: 3:19-CV-01651-WHO

1

# EXHIBIT 1

**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES FELIX, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SYMANTEC CORPORATION, GREGORY S. CLARK, and NICHOLAS R. NOVIELLO,

Defendants.

No. C 18-02902 WHA

**ORDER RE HEARING ON MOTIONS TO APPOINT LEAD PLAINTIFF**

Each remaining candidate for lead plaintiff must attend the hearing on **AUGUST 23, 2018**, and be prepared to answer questions.

**IT IS SO ORDERED.**

Dated: August 7, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

# EXHIBIT 2

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEEVE EVELLARD, Individually and on
Behalf of All Others Similarly Situated,

      Plaintiff,

  v.

LENDINGCLUB CORPORATION, RENAUD
LAPLANCHE, and CARRIE L. DOLAN,

      Defendants.

No. C 16-02627 WHA

/

NICOLE WERTZ, individually and on behalf of all
others similarly situated,

      Plaintiff,

  v.

LENDINGCLUB CORPORATION, RENAUD
LAPLANCHE, and CARRIE L. DOLAN,

      Defendants.

No. C 16-02670 WHA

**NOTICE REGARDING
HEARING RE APPOINTMENT
OF LEAD PLAINTIFF**

/

In light of the fact that all lead plaintiff candidates but one have either withdrawn or

submitted statements of non-opposition, counsel should be prepared to explain the full extent to

which any agreements or deals of any type, formal or informal, have been made between counsel

or lead plaintiff candidates.

The Water and Power Employees' Retirement System, Disability and Death Plan of the

City of Los Angeles has identified Jeremy Wolfson, Chief Investment Officer, as the individual

who would be primarily in charge of managing litigation responsibilities.  The Court expects Mr. Wolfson to be present at the hearing on August 15, 2016.

**IT IS SO ORDERED.**

Dated:  August 12, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2

# EXHIBIT 3

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- x
PETER KALTMAN,
                Plaintiff,   :
                         :
           -v-           :    14-cv-9662 (JSR)
                         :
PETROLEO BRASILEIRO S.A. - PETROBRAS, :
                Defendant.  :
------------------------------------------- x
KEN NGO,
                         :
                Plaintiff,   :
                         :
           -v-           :
                         :    14-cv-9760 (JSR)
PETROLEO BRASILEIRO S.A. - PETROBRAS, :
                         :
                Defendant.   :
------------------------------------------- x
JONATHAN MESSING,
                         :
                Plaintiff,   :
                         :
           -v-           :    14-cv-9847 (JSR)
                         :
PETROLEO BRASILEIRO S.A. - PETROBRAS, :
                         :
                Defendant.   :
------------------------------------------- x
CITY OF PROVIDENCE,
                         :
                Plaintiff,   :
                         :
           -v-           :    14-cv-10117 (JSR)
                         :
PETROLEO BRAILEIRO S.A. - PETROBRAS, :
et al.
                Defendants.  :
------------------------------------------- x
LOUIS KENNEDY,
                Plaintiff,   :
                         :
           -v-           :    15-cv-93 (JSR)
                         :
PETROLEO BRASILEIRO S.A. - PETROBRAS, :    ORDER
                         :
                Defendant.   :
------------------------------------------- x

JED S. RAKOKFF, U.S.D.J.

A hearing on the motions for appointment of lead plaintiff and lead counsel, previously scheduled for February 19, 2015 at 4:00 pm, will be held on February 20, 2015 at 2:00 pm. In addition to counsel, proposed lead plaintiffs must personally appear at that time, failing which they will not be appointed. No appearances by telephone will be permitted.

SO ORDERED.

Dated:    New York, NY
         February 9, 2015

JED S. RAKOFF, U.S.D.J.