NINA F. LOCKER (SBN 123838)
IGNACIO E. SALCEDA (SBN 164017)
EVAN L. SEITE (SBN 274641)
LAURA G. AMADON (SBN 321524)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: nlocker@wsgr.com
isalceda@wsgr.com
eseite@wsgr.com
lamadon@wsgr.com

*Attorneys for Defendants Nutanix, Inc.,
Dheeraj Pandey, and Duston M. Williams*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | Case No. 3:19-cv-01651-WHO<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CLASS CERTIFICATION DEADLINES AND CASE MANAGEMENT CONFERENCE** |

WHEREAS, this action is a consolidated securities class action alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Securities Exchange Commission Rule 10b-5;

WHEREAS, on May 28, 2019, Shimon Hedvat filed a motion, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(i)(II), to (a) appoint himself as the lead plaintiff in this action and (b) to appoint his counsel, Levi & Korsinsky, LLP, as lead counsel in this action (ECF No. 22);

WHEREAS, on July 10, 2019, the Court granted Mr. Hedvat's motion, appointed Mr. Hedvat as Lead Plaintiff, and appointed his counsel, Levi & Korsinsky, LLP, as Lead Counsel (ECF No. 87);

WHEREAS, on September 9, 2019, Mr. Hedvat filed the Consolidated Amended Complaint for Violation of the Federal Securities Laws ("FAC") against Defendants Nutanix, Inc., Dheeraj Pandey, and Duston M. Williams (collectively, the "Defendants") (ECF No. 102);

WHEREAS, the FAC added the City of Miami Fire Fighters' and Police Officers' Retirement Trust (the "Trust") as a named plaintiff and proposed class representative;

WHEREAS, on October 24, 2019, Defendants moved to dismiss the FAC (ECF No. 108), and after briefing and oral argument (ECF Nos. 111, 113, 115), the Court granted Defendants' motion to dismiss with leave to amend on March 9, 2020 (ECF No. 121);

WHEREAS, on April 17, 2020, Mr. Hedvat and the Trust filed a Second Amended Complaint for Violation of the Federal Securities Laws ("SAC") against Defendants (ECF No. 124);

WHEREAS, on May 22, 2020, Defendants moved to dismiss the SAC (ECF No. 125), and after briefing and oral argument (ECF Nos. 127, 129, 134), the Court denied Defendants' motion to dismiss the SAC on September 11, 2020 (ECF No. 140);

WHEREAS on October 27, 2020, the Court held a case management conference ("CMC") and entered a scheduling order that, among other things, set a further CMC for May 4, 2021 at 2:00 p.m. and set a schedule for Lead Plaintiff's Motion for Class Certification such that the deadline for Lead Plaintiff to file his Motion for Class Certification was February 26, 2021, the deadline for Defendants to file any response was April 30, 2021, the deadline for Lead Plaintiff to file any reply was June 30, 2021, and the date set for hearing on the motion was July 21, 2021 at 2:00 p.m. (ECF No. 152);

STIPULATION AND [PROPOSED] ORDER
MODIFYING CLASS CERTIFICATION DEADLINES
AND CASE MANAGEMENT CONFERENCE
CASE: 3:19-CV-01651-WHO

1

WHEREAS, on January 27, 2021, Mr. Hedvat, Jose Flores, and the Trust filed a joint Motion to Withdraw as Lead Plaintiff and Substitute Lead Plaintiff (ECF Nos. 161-162);

WHEREAS, on January 28, 2021, the Clerk of Court set the Motion to Withdraw as Lead Plaintiff and Substitute Lead Plaintiff for hearing on March 3, 2021 (ECF No. 163);

WHEREAS, on February 4, 2021, by stipulation of the parties the Court modified the deadline for Lead Plaintiff to file his Motion for Class Certification from February 26, 2021 to March 10, 2021, and the deadline for Defendants to file any response from April 30, 2021 to May 12, 2021, but left all other deadlines and the date set for hearing on the Motion for Class Certification in place (ECF No. 165);

WHEREAS, on March 1, 2021, after briefing by the parties (ECF Nos. 161-162, 167-170), the Court granted the Motion to Withdraw Lead Plaintiff and re-opened the lead plaintiff application process for 21 days (ECF No. 171);

WHEREAS, lead plaintiff applications must be filed with the Court on or before March 22, 2021 (ECF No. 171);

WHEREAS, the Trust remains a plaintiff in this action and Lead Counsel remains its counsel;

WHEREAS, in light of the current procedural posture and, in particular, the fact that a new lead plaintiff must be appointed, Lead Counsel and Defendants respectfully request that the class certification briefing be continued as set forth below;

WHEREAS, Lead Counsel and Defendants also respectfully request the CMC and related CMC deadlines be continued as set forth below;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO APPROVAL BY THIS COURT**, by Lead Counsel and Defendants, subject to Court approval, as follows:

1. Within ten (10) days of the Court's order appointing a new lead plaintiff, the lead plaintiff(s) and Defendants shall confer and submit to the Court for approval a proposed schedule, including, if appropriate, a schedule for the filing of a Motion for Class Certification and a briefing schedule for that motion.

2. The CMC scheduled for May 4, 2021 is vacated pending the appointment of a lead plaintiff. Likewise, the deadline for filing a Case Management Statement is continued accordingly.

3. Nothing in this Stipulation shall be construed as a waiver of any party's rights or positions in law or in equity.

**IT IS SO STIPULATED.**

Dated: March 4, 2021                     **WILSON SONSINI GOODRICH & ROSATI**
                                         Professional Corporation


                                         /s/  Ignacio E. Salceda
                                              Ignacio E. Salceda

                                         650 Page Mill Road
                                         Palo Alto, CA  94304
                                         Tel: (650) 493-9300
                                         Email: isalceda@wsgr.com

                                         *Attorneys for Defendants Nutanix, Inc.,*
                                         *Dheeraj Pandey, and Duston M. Williams*


Dated: March 4, 2021                     **LEVI & KORSINSKY, LLP**

                                         /s/  Shannon L. Hopkins
                                              Shannon L. Hopkins (admitted *pro hac vice*)

                                         1111 Summer Street, Suite 403
                                         Stamford, CT 06905
                                         Tel: (203) 992-4523
                                         Email: shopkins@zlk.com

                                         *Attorneys for Named Plaintiff City of Miami Fire*
                                         *Fighters' and Police Officers' Retirement Trust and*
                                         *Lead Counsel for the Class*

**IT IS SO ORDERED.**


Dated:_____                    _____
                                         Honorable William H. Orrick
                                         United States District Judge

# ATTESTATION

I, Ignacio E. Salceda, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Modifying Certification Deadlines and Case Management Conference. In compliance with Local Rule 5-1(i)(3), I hereby attest that Lead Counsel, Levi & Korsinsky, concurs in this filing.

Dated:  March 4, 2021

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation

/s/  Ignacio E. Salceda
     Ignacio E. Salceda

*Attorneys for Defendants Nutanix, Inc.,
Dheeraj Pandey, and Duston M. Williams*