**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Telephone:     (858) 997-0860
Facsimile:     (858) 369-0096

*Counsel for Proposed Lead Plaintiff City of
Birmingham Retirement and Relief System
and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | No. 3:19-cv-01651-WHO |
| | CLASS ACTION |
| | **[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING OF SELECTION OF COUNSEL** |
| | DATE: April 28, 2021 TIME: 2:00 p.m. COURTROOM: 2 – 17ᵗʰ Floor JUDGE: William H. Orrick |

Upon consideration of (1) the Motion by Proposed Lead Plaintiff City of Birmingham Retirement and Relief System ("Birmingham") for Appointment as Lead Plaintiff and Approval of its Selection of Counsel; (2) the Memorandum of Points and Authorities in support thereof; (3) the Declaration of David R. Kaplan with exhibits submitted in support thereof; and (4) all other pleadings and arguments submitted to this Court, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. Birmingham's Motion is **GRANTED.**

2. Birmingham is **APPOINTED** to serve as Lead Plaintiff pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action.

3. Birmingham's selection of Lead Counsel is **APPROVED**. Saxena White P.A. is **APPOINTED** as Lead Counsel for the Class in the above-captioned action.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOT. FOR APPT.
OF LEAD PLAINTIFF AND LEAD COUNSEL
CASE NO. 3:19-CV-01651-WHO