**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Telephone:     (858) 997-0860
Facsimile:      (858) 369-0096

*Counsel for Proposed Lead Plaintiff City of
Birmingham Retirement and Relief System
and Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | No. 3:19-cv-01651-WHO<br><br>CLASS ACTION<br><br>**DECLARATION OF DAVID R. KAPLAN IN SUPPORT OF MOTION OF CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF COUNSEL**<br><br>DATE: April 28, 2021<br>TIME: 2:00 p.m.<br>COURTROOM: 2 – 17th Floor<br>JUDGE: William H. Orrick |

I, David R. Kaplan, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1.    I am a Director with the law firm of Saxena White P.A. and a member in good standing of the Bar of the State of California and the Bar of the Northern District of California. I represent Proposed Lead Plaintiff, City of Birmingham Retirement and Relief System ("Birmingham") in the above-captioned matter. I submit this Declaration in support of the motion by Birmingham for an order (1) appointing Birmingham as Lead Plaintiff; (2) approving Birmingham's selection of Saxena White P.A. to serve as Lead Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

2.    Attached as Exhibit A is a true and correct copy of Birmingham's Certification.

3.    Attached as Exhibit B is a true and correct copy of Birmingham's estimated losses.

4.    Attached as Exhibit C is a true and correct copy of the firm resume of proposed Lead Counsel, Saxena White P.A.

Dated: March 22, 2021

Respectfully submitted,

*/s/ David R. Kaplan*

DECLARATION OF DAVID R. KAPLAN
CASE NO. 3:19-CV-01651-WHO