# EXHIBIT A

## CERTIFICATION AND AUTHORIZATION

I, Jay P. Turner, on behalf of the City of Birmingham Retirement and Relief System ("Birmingham"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed the Second Amended Complaint in this matter, and I am authorized in my capacity as Assistant City Attorney of Birmingham to initiate litigation and to execute this Certification on behalf of Birmingham. I have authorized Saxena White P.A. to file a lead plaintiff motion in this action or any related actions on Birmingham's behalf.

2. Birmingham did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. Birmingham is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Birmingham's transactions in Nutanix, Inc. common stock during the operative class period of March 2, 2018 to May 30, 2019, as specified in the Second Amended Complaint and sustained by the Court in its Order dated September 11, 2020 [ECF #140], are set forth in the attached Schedule A.

5. Birmingham has sought to serve and was appointed as lead plaintiff or representative party on behalf of an asserted class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *In re BRF S.A. Sec. Litig.*, No. 1:18-cv-02213 (S.D.N.Y.)

   *City of Birmingham Firemen's and Policemen's Supplemental Pension Sys. v. Ryanair Holdings plc*, No. 1:18-cv-10330 (S.D.N.Y.)

   *Keippel v. Health Ins. Innovations, Inc.*, No. 8:19-cv-0421 (M.D. Fla.)

   *City of Sterling Heights Gen. Employees' Ret. And Relief Sys. v. Anheuser-Busch InBev SA/NV*, No. 1:19-cv-05854 (S.D.N.Y.)

   *City of Birmingham Ret. and Relief Sys. v. A.O. Smith Corp.*, No. 2:19-cv-01198 (E.D. Wis.)

   *City of Sterling Heights Police & Fire Ret. Sys. v. Reckitt Benckiser Grp. plc.*, No. 2:19-cv-15382 (D.N.J.)

6. Birmingham has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but withdrew its motion for lead plaintiff, was not appointed lead plaintiff, or the lead plaintiff motion is still pending:

*Koch v. Healthcare Services Grp., Inc.*, No. 2:19-cv-01227 (E.D. Pa.)

*Scheller v. Nutanix, Inc.*, No. 3:19-cv-01651 (N.D. Cal.)

*Batter et al. v. Hecla Mining Co*, No. 1:19-cv-04883 (S.D.N.Y.)

*City of Birmingham Firemen's & Policemen's Supplemental Pension Sys. v. Pluralsight, Inc.*, No. 1:19-cv-7563 (S.D.N.Y.); transferred to *Ind. Pub. Ret. Sys. v. Pluralsight, Inc.*, No. 1:19-cv-00128 (D. Utah)

*In re Wells Fargo & Co. Sec. Litig.*, No. 1:20-cv-04494 (S.D.N.Y.)

7.    Birmingham will not accept any payment for serving as a representative party on behalf of the Class beyond Birmingham's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of March, 2021.

*City of Birmingham Retirement and Relief System*

Jay P. Turner, Assistant City Attorney

### SCHEDULE A
**City of Birmingham Retirement and Relief System**
**Class Period: 03/2/2018 - 5/30/2019**

| Common Stock Purchases | | | Common Stock Sales | | |
|---|---|---|---|---|---|
| Date | Shares | Price | Date | Shares | Price |
| 03/20/18 | 11,401 | $53.28 | 08/21/18 | 3,639 | $53.87 |
| 06/22/18 | 850 | $54.34 | 08/22/18 | 300 | $55.26 |
| 12/21/18 | 200 | $36.47 | | | |
| 02/20/19 | 1,788 | $53.70 | | | |
| 03/20/19 | 5,528 | $40.20 | | | |
| 03/26/19 | 2,518 | $39.95 | | | |