# EXHIBIT B

**City of Birmingham Retirement and Relief System**
**Nutanix Inc. (NASDAQ: NTNX)**
Class Period: 3/2/2018 - 5/30/2019
Look-Back Price:    $23.8898    (through 8/28/19)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | **0** | | | | | | | |
| | | | | | Applied to Pre-CP Holdings: | | **0** | | **$0** |
| Purchase | 03/20/18 | 11,401 | $53.28 | $607,424 | Sale | 08/21/18 | 3,639 | $53.87 | $196,048 |
| Purchase | 06/22/18 | 850 | $54.34 | $46,189 | Sale | 08/22/18 | 300 | $55.26 | $16,578 |
| Purchase | 12/21/18 | 200 | $36.47 | $7,294 | *Sale** | *07/12/19* | *100* | *$27.36* | *$2,736* |
| Purchase | 02/20/19 | 1,788 | $53.70 | $96,022 | *Sale** | *08/20/19* | *17,596* | *$24.34* | *$428,318* |
| Purchase | 03/20/19 | 5,528 | $40.20 | $222,232 | | | | | |
| Purchase | 03/26/19 | 2,518 | $39.95 | $100,586 | Retained | | 650 | $23.89 | $15,528 |
| | | **22,285** | | **$1,079,746** | | | **22,285** | | **$659,208** |
| | | | | | | | **LIFO Gain / (Loss)** | | **($420,538)** |

*\* Post CP Sale; used the higher of actual sale price vs average price from end of Class Period through sale date*