David Bricker (Cal. State Bar No. 158896)
**THORNTON LAW FIRM LLP**
9595 Wilshire Boulevard, Suite 900
Beverly Hills, California 90212
Telephone: (310) 282-8676
Facsimile: (310) 388-5316
dbricker@tenlaw.com

*Proposed Liaison Counsel for the Class*

**LABATON SUCHAROW LLP**
Christopher J. Keller (*pro hac vice* forthcoming)
Eric J. Belfi (*pro hac vice* forthcoming)
Francis P. McConville (*pro hac vice* forthcoming)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com

*Counsel for Lead Plaintiff Movant Bristol County Retirement System
and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | Case No. 3:19-cv-01651-WHO |
| | **CLASS ACTION** |
| | **DECLARATION OF DAVID BRICKER, ESQ. IN SUPPORT OF BRISTOL COUNTY RETIREMENT SYSTEM'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** |
| | Date:  April 28, 2021<br>Time: 2:00 p.m.<br>Courtroom: 2 – 17th Floor<br>Judge: William H. Orrick |

DECLARATION OF DAVID BRICKER, ESQ.
CASE NO. 3:19-cv-01651-WHO

**DECLARATION OF DAVID BRICKER, ESQ.**

I, David Bricker, Esq. declare as follows:

I am Of Counsel at the Thornton Law Firm LLP ("Thornton Law"), proposed Liaison Counsel for the Class. I submit this declaration in support of the motion filed by Bristol County Retirement System ("Bristol") for the entry of an Order: (1) appointing Bristol as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4, *et seq.*; (2) approving Bristol's selection of Labaton Sucharow LLP ("Labaton Sucharow") as Lead Counsel for the Class and Thornton Law Firm as Liaison Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

Attached as Exhibits A through C are true and correct copies of the following documents:

EXHIBIT A:  Signed Certification of Bristol, pursuant to the requirements of the PSLRA, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:  A chart reflecting Bristol's Class Period transactions in Nutanix, Inc. securities and approximate losses; and

EXHIBIT C:  Firm resume of Labaton Sucharow.

I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED:  March 22, 2021                          */s/ David Bricker*
                                                                David Bricker

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 22, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ David Bricker
David Bricker