**Exhibit B**

**LOSS ANALYSIS**
**Class Period: 3/1/2018 to 5/30/2019**

**Bristol County Retirement System**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| NTNX | 67059N108 | BYQBFT8 | US67059N1081 | $23.8898 [1] |

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Open | 03/01/18 | 0 | | |
| Purchase | 10/03/18 | 890 | $43.4056 | ($38,630.98) |
| Purchase | 10/03/18 | 120 | $43.4019 | ($5,208.23) |
| Purchase | 10/03/18 | 310 | $43.4195 | ($13,460.05) |
| Purchase | 10/05/18 | 70 | $42.4195 | ($2,969.37) |
| Purchase | 10/05/18 | 620 | $42.5436 | ($26,377.03) |
| Purchase | 10/08/18 | 560 | $40.8211 | ($22,859.82) |
| Purchase | 10/10/18 | 730 | $39.3218 | ($28,704.91) |
| Purchase | 10/12/18 | 30 | $40.5500 | ($1,216.50) |
| Purchase | 10/12/18 | 470 | $40.8088 | ($19,180.14) |
| Purchase | 10/15/18 | 150 | $40.5464 | ($6,081.96) |
| Purchase | 10/19/18 | 740 | $38.0462 | ($28,154.19) |
| Purchase | 10/22/18 | 37 | $38.7484 | ($1,433.69) |
| Purchase | 10/23/18 | 13 | $38.7949 | ($504.33) |
| Purchase | 10/26/18 | 153 | $36.3127 | ($5,555.84) |
| Purchase | 10/26/18 | 58 | $35.9954 | ($2,087.73) |
| Purchase | 10/26/18 | 62 | $35.8285 | ($2,221.37) |
| Purchase | 10/26/18 | 607 | $36.3177 | ($22,044.84) |
| Purchase | 12/17/18 | 260 | $38.6796 | ($10,056.70) |
| Purchase | 12/17/18 | 258 | $39.1468 | ($10,099.87) |
| Purchase | 12/17/18 | 92 | $40.1528 | ($3,694.06) |
| Purchase | 03/01/19 | 880 | $34.2147 | ($30,108.94) |
| Purchase | 03/12/19 | 60 | $37.2388 | ($2,234.33) |
| Purchase | 03/12/19 | 440 | $37.2740 | ($16,400.56) |
| Purchase | 03/28/19 | 57 | $36.6491 | ($2,089.00) |
| Purchase | 03/28/19 | 56 | $36.6979 | ($2,055.08) |
| Purchase | 03/28/19 | 399 | $36.7331 | ($14,656.51) |
| Purchase | 03/28/19 | 12 | $36.8900 | ($442.68) |
| Purchase | 03/28/19 | 16 | $37.0500 | ($592.80) |
| ***Class Period purchases:*** | | ***8,150*** | | ***($319,121.50)*** |
| Sale | 04/17/19 | -350 | $41.9957 | $14,698.50 |
| ***Class Period sales (matched to Class Period purchases):*** | | ***-350*** | | ***$14,698.50*** |
| | Shares Held: | 7,800 | $23.8898 | $186,340.76 |

**LIFO Gain/(Loss):**  **($118,082.24)**

| | |
|---|---|
| Total Shares Bought: | 8,150 |
| Total Net Shares: | 7,800 |
| Total Net Expenditures: | ($304,423.00) |

[1]  *Value of units/shares held is the mean trading price from 5/31/2019 to 8/28/2019.*