**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | Case No. 3:19-cv-01651-WHO |
| | <u>**CLASS ACTION**</u> |
| | **[PROPOSED] ORDER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

Having considered the motion of Bristol County Retirement System ("Bristol") for appointment as Lead Plaintiff and approval of selection of Labaton Sucharow LLP ("Labaton Sucharow") as Lead Counsel for the Class and Thornton Law Firm LLP ("Thornton Law") as Liaison Counsel for the Class (the "Motion"), and good cause appearing therefore, the Court ORDERS as follows:

1. The Motion is granted.

2. Bristol is appointed to serve as Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

3. Bristol's selection of Labaton Sucharow as Lead Counsel is approved pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

4. Lead Counsel shall have the authority to speak for all Plaintiffs and Class members in all matters regarding the litigation, including, but not limited to, pretrial proceedings, motion practice, trial, and settlement. Lead Counsel shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation, and to avoid duplicative or unproductive effort. Additionally, Lead Counsel shall have the following responsibilities:

    a. to brief and argue motions;

    b. to initiate and conduct discovery, including, but not limited to, coordination of discovery with Defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

    c. to direct and coordinate the examination of witnesses in depositions;

    d. to act as spokesperson at pretrial conferences;

    e. to initiate and conduct any settlement negotiations with Defendants' counsel;

    f. to provide general coordination of the activities of Liaison Counsel and to delegate work responsibilities to selected counsel as may be required, in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

    g. to consult with and employ experts;

h.  to receive and review periodic time reports of all attorneys on behalf of Plaintiffs, to determine if the time is being spent appropriately and for the benefit of Plaintiffs, and to determine and distribute Plaintiffs' attorneys' fees; and

i.  to perform such other duties as may be expressly authorized by further order of this Court.

5.    Bristol's selection of Thornton Law as Liaison Counsel is approved pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA