**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
Kristina Mentone (admitted *pro hac vice*)
Gregory Potrepka (admitted *pro hac vice*)
Andrew Rocco (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: kmentone@zlk.com
Email: gpotrepka@zlk.com
Email: arocco@zlk.com

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | Master File No. 3:19-cv-01651-WHO |
| | Hon. William H. Orrick |
| | **DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF MOTION OF THE NUTANIX INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |
| | Date: April 28, 2021 <br> Time: 2:00 p.m. <br> Courtroom: 2-17th Floor |

DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF MOTION OF THE NUTANIX INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL
No. 3:19-cv-01651-WHO

I, Shannon L. Hopkins, hereby declare as follows:

1.  I am a partner at the law firm of Levi & Korsinsky, LLP, counsel for Jose Flores, the City of Miami Fire Fighters' and Police Officers' Retirement Trust and John P. Norton, on behalf of the Norton Family Living Trust UAD 11/15/2002 (collectively the "Nutanix Investor Group"), and a member in good standing for the bars of the states of Connecticut, New York, and Massachussets. I am admitted *pro hac vice* in this Action. I respectfully submit this declaration in support of the Nutanix Investor Group's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel.

2.  Attached hereto as **Exhibit 1** are true and correct copies of the sworn certifications signed by the members of the Nutanix Investor Group.

3.  Attached hereto as **Exhibit 2** is a true and correct copy of the loss chart detailing the losses sustained by the Nutanix Investor Group.

4.  Attached hereto as **Exhibit 3** is a true and correct copy of the Joint Declaration signed by each member of the Nutanix Investor Group.

5.  Attached hereto as **Exhibit 4** is a true and correct copy of the firm resume of Levi & Korsinsky, LLP.

6.  Attached hereto as **Exhibit 5** is a true and correct copy of the firm resume of Wolf Popper LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 22nd day of March, 2021.

/s/ *Shannon L. Hopkins*
Shannon L. Hopkins

DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF MOTION OF THE NUTANIX INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL
No. 3:19-cv-01651-WHO
2