# Exhibit 1

**CERTIFICATION OF JOHN P. NORTON, ON BEHALF OF THE NORTON FAMILY LIVING TRUST UAD 11/15/2002, PURSUANT TO FEDERAL SECURITIES LAWS**

I, John P. Norton, on behalf of the Norton Family Living Trust UAD 11/15/2002 (the "Norton Trust"), for which I am the trustee and duly authorized to act, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1.  I have reviewed the Second Amended Complaint for Violations of the Federal Securities Laws (the "Complaint," ECF 124) and the Court's Order Regarding Motion to Dismiss (the "MTD Order," ECF 140) in *In re Nutanix, Inc. Securities Litigation*, Master File No. 3:19-cv-01651-WHO (N.D. Cal.) (the "Action"). I adopt the allegations of the Complaint.

2.  I have authorized Levi & Korsinsky, LLP to file a joint motion for appointment as lead plaintiff on behalf of the Norton Trust with the City of Miami Fire Fighters' and Police Officers' Retirement Trust and Jose Flores and for appointment of Levi & Korsinsky, LLP as lead counsel in this Action.

3.  As trustee of the Norton Trust, I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.  A list of the Norton Trust's transactions in Nutanix, Inc. securities made during the Class Period alleged in the Complaint that are the subject of this Action are set forth in the chart attached hereto as Exhibit A. The Norton Trust has made no transactions during that period in Nutanix, Inc. securities that are the subject of this Action except those set forth in Exhibit A.

5.  The Norton Trust did not engage in transactions in the securities which are the subject of this Action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

6.  The Norton Trust has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except as set forth in this certificate.

7.  The Norton Trust will not accept any payment for serving as representative on behalf of a class beyond my pro rata share of any recovery, unless ordered or approved by the Court pursuant to section 27(a)(4) of the Securities Act, 15 U.S.C. § 77z-1(a)(4), or section 21D(a)(4) of the Securities Exchange Act, 15 U.S.C. § 78u-4(a)(4).

I certify under penalty of perjury that the foregoing is true and correct.

Executed this __19th__ day of March, 2021.

By: _____

John P. Norton, on behalf of the Norton

Family Living Trust UAD 11/15/2002

## EXHIBIT A: Transactions in Nutanix, Inc. Securities from
## November 30, 2017 through May 30, 2019

| Case Name | Nutanix, Inc. |
|---|---|
| Ticker | NTNX |
| Class Period | 11-30-2017 to 05-30-2019 |

**Stock**

**Client Name**

Norton Family Living Trust
UAD 11/15/2002

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 10/2/2018 | P | 44,300 | $ 55.00 |
| 10/4/2018 | P | 2,500 | $ 55.00 |
| 10/8/2018 | P | 3,900 | $ 55.00 |
| 10/10/2018 | P | 1,400 | $ 55.00 |
| 10/12/2018 | P | 2,800 | $ 55.00 |
| 10/19/2018 | P | 45,100 | $ 55.00 |

**Options**

| Date of Transaction | Transaction Type | Quantity | Price ($) | Security |
|---|---|---|---|---|
| 12/28/2018 | SO | -80.00 | $ 00.20 | CALL NTNX 01/18/2019 50 NTNX |
| 12/28/2018 | SO | -11.00 | $ 00.20 | CALL NTNX 01/18/2019 50 NTNX |
| 12/28/2018 | SO | -27.00 | $ 00.20 | CALL NTNX 01/18/2019 50 NTNX |
| 12/28/2018 | SO | -74.00 | $ 00.20 | CALL NTNX 01/18/2019 50 NTNX |
| 12/28/2018 | SO | -83.00 | $ 00.20 | CALL NTNX 01/18/2019 50 NTNX |
| 12/28/2018 | SO | -34.00 | $ 00.20 | CALL NTNX 01/18/2019 50 NTNX |
| 12/28/2018 | SO | -1.00 | $ 00.20 | CALL NTNX 01/18/2019 50 NTNX |
| 12/28/2018 | SO | -16.00 | $ 00.20 | CALL NTNX 01/18/2019 50 NTNX |
| 12/28/2018 | SO | -36.00 | $ 00.20 | CALL NTNX 01/18/2019 50 NTNX |
| 12/28/2018 | SO | -101.00 | $ 00.20 | CALL NTNX 01/18/2019 50 NTNX |
| 12/28/2018 | SO | -92.00 | $ 00.20 | CALL NTNX 01/18/2019 50 NTNX |
| 12/28/2018 | SO | -33.00 | $ 00.20 | CALL NTNX 01/18/2019 50 NTNX |
| 12/28/2018 | SO | -399.00 | $ 00.20 | CALL NTNX 01/18/2019 50 NTNX |
| 12/28/2018 | SO | -13.00 | $ 00.20 | CALL NTNX 01/18/2019 50 NTNX |
| 12/28/2018 | SO | -80.00 | $ 00.20 | CALL NTNX 01/18/2019 50 NTNX |
| 12/28/2018 | SO | -11.00 | $ 00.20 | CALL NTNX 01/18/2019 50 NTNX |
| 12/28/2018 | SO | -27.00 | $ 00.20 | CALL NTNX 01/18/2019 50 NTNX |
| 12/28/2018 | SO | -74.00 | $ 00.20 | CALL NTNX 01/18/2019 50 NTNX |
| 12/28/2018 | SO | -83.00 | $ 00.20 | CALL NTNX 01/18/2019 50 NTNX |
| 12/28/2018 | SO | -34.00 | $ 00.20 | CALL NTNX 01/18/2019 50 NTNX |
| 12/28/2018 | SO | -1.00 | $ 00.20 | CALL NTNX 01/18/2019 50 NTNX |
| 12/28/2018 | SO | -16.00 | $ 00.20 | CALL NTNX 01/18/2019 50 NTNX |
| 12/28/2018 | SO | -36.00 | $ 00.20 | CALL NTNX 01/18/2019 50 NTNX |
| 12/28/2018 | SO | -101.00 | $ 00.20 | CALL NTNX 01/18/2019 50 NTNX |
| 12/28/2018 | SO | -92.00 | $ 00.20 | CALL NTNX 01/18/2019 50 NTNX |
| 12/28/2018 | SO | -33.00 | $ 00.20 | CALL NTNX 01/18/2019 50 NTNX |
| 12/28/2018 | SO | -399.00 | $ 00.20 | CALL NTNX 01/18/2019 50 NTNX |
| 12/28/2018 | SO | -13.00 | $ 00.20 | CALL NTNX 01/18/2019 50 NTNX |
| 1/18/2019 | BC | 5.00 | $ 01.30 | CALL NTNX 01/18/2019 50 NTNX |
| 1/18/2019 | BC | 195.00 | $ 01.31 | CALL NTNX 01/18/2019 50 NTNX |
| 1/18/2019 | BC | 410.00 | $ 01.32 | CALL NTNX 01/18/2019 50 NTNX |
| 1/18/2019 | BC | 53.00 | $ 01.89 | CALL NTNX 01/18/2019 50 NTNX |
| 1/18/2019 | BC | 337.00 | $ 01.88 | CALL NTNX 01/18/2019 50 NTNX |
| 1/18/2019 | Expiration | 1,000.00 | $ 00.00 | CALL NTNX 01/18/2019 50 NTNX |
| 1/18/2019 | SO | -610.00 | $ 03.92 | CALL NTNX 04/18/2019 55 NTNX |
| 4/18/2019 | Expiration | 610.00 | $ 00.00 | CALL NTNX 04/18/2019 55 NTNX |
| 1/18/2019 | SO | -1.00 | $ 03.20 | CALL NTNX 04/18/2019 57.50 NTNX |
| 1/18/2019 | SO | -52.00 | $ 03.19 | CALL NTNX 04/18/2019 57.50 NTNX |
| 1/18/2019 | SO | -337.00 | $ 03.18 | CALL NTNX 04/18/2019 57.50 NTNX |
| 4/18/2019 | Expiration | 390.00 | $ 00.00 | CALL NTNX 04/18/2019 57.50 NTNX |

| 10/30/2018 | SO | -557.00 | $ 00.20 | CALL NTNX 11/16/2018 50 NTNX |
| 11/16/2018 | Expiration | 557.00 | $ 00.00 | CALL NTNX 11/16/2018 50 NTNX |
| 11/28/2018 | SO | -1,000.00 | $ 00.70 | CALL NTNX 12/21/2018 50 NTNX |
| 12/21/2018 | Expiration | 1,000.00 | $ 00.00 | CALL NTNX 12/21/2018 50 NTNX |
| 8/27/2018 | BO | 551.00 | $ 01.80 | CALL NTNX 09/21/2018 65 NTNX |
| 8/31/2018 | SC | -551.00 | $ 00.60 | CALL NTNX 09/21/2018 65 NTNX |
| 8/27/2018 | SO | -1,000.00 | $ 02.80 | PUT NTNX 10/19/2018 55 NTNX |
| 10/2/2018 | Assignment | 443.00 | $ 00.00 | PUT NTNX 10/19/2018 55 NTNX |
| 10/4/2018 | Assignment | 25.00 | $ 00.00 | PUT NTNX 10/19/2018 55 NTNX |
| 10/8/2018 | Assignment | 39.00 | $ 00.00 | PUT NTNX 10/19/2018 55 NTNX |
| 10/10/2018 | Assignment | 14.00 | $ 00.00 | PUT NTNX 10/19/2018 55 NTNX |
| 10/12/2018 | Assignment | 28.00 | $ 00.00 | PUT NTNX 10/19/2018 55 NTNX |
| 10/19/2018 | Assignment | 451.00 | $ 00.00 | PUT NTNX 10/19/2018 55 NTNX |

**CERTIFICATION OF JOSE FLORES PURSUANT TO FEDERAL SECURITIES LAWS**

I, Jose Flores, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1.  I have reviewed the Second Amended Complaint for Violations of the Federal Securities Laws (the "Complaint," ECF 124) and the Court's Order Regarding Motion to Dismiss (the "MTD Order," ECF 140) in *In re Nutanix, Inc. Securities Litigation*, Master File No. 3:19-cv-01651-WHO (N.D. Cal.) (the "Action"). At this time, I generally adopt the key substantive allegations of the Complaint that are based on publicly available information.

2.  I have authorized Wolf Popper LLP and Levi & Korsinsky, LLP to file a joint motion for appointment as lead plaintiff on my behalf with the City of Miami Fire Fighters' and Police Officers' Retirement Trust and John P. Norton, on behalf of the Norton Family Living Trust UAD 11/15/2002, and for appointment of Levi & Korsinsky, LLP as lead counsel in this Action.

3.  I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.  A list of my transactions in Nutanix, Inc. securities made during the Class Period alleged in the Complaint that are the subject of this Action are set forth in the chart attached hereto as Exhibit A. I have made no transactions during that period in Nutanix, Inc. securities that are the subject of this Action except those set forth in Exhibit A.

5.  I did not engage in transactions in the securities which are the subject of this Action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

6.  On May 28, 2019 (ECF 32) and January 27, 2021 (ECF 161), I sought appointment as lead plaintiff in this Action. I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except my prior applications in this Action.

7.  I will not accept any payment for serving as representative on behalf of a class beyond my pro rata share of any recovery, unless ordered or approved by the Court pursuant to section 27(a)(4) of the Securities Act, 15 U.S.C. § 77z-1(a)(4), or section 21D(a)(4) of the Securities Exchange Act, 15 U.S.C. § 78u-4(a)(4).

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of March, 2021.

By: _____
                                 Jose Flores

**CERTIFICATION OF JOSE FLORES PURSUANT TO FEDERAL SECURITIES LAWS**

EXHIBIT A: Transactions in Nutanix, Inc. Securities from November 30, 2017 through May 30, 2019

| ACCOUNT 1 – INDIVIDUAL RETIREMENT ACCOUNT | | | |
|---|---|---|---|
| **TRADE DATE** | **PURCHASE OR SALE** | **QUANTITY** | **PRICE PER SHARE** |
| 3/19/2018 | Purchase | 2,940 | $52.50 |
| 4/12/2018 | Sale | 2,940 | $53.59 |
| 4/24/2018 | Purchase | 2,940 | $52.30 |
| 5/4/2018 | Sale | 2,940 | $53.75 |
| 9/12/2018 | Purchase | 2,900 | $50.79 |
| 12/4/2018 | Purchase | 1,630 | $42.95 |
| 12/6/2018 | Sale | 1,630 | $44.40 |
| 12/7/2018 | Purchase | 1,700 | $42.10 |
| 12/10/2018 | Sale | 1,700 | $43.26 |
| 12/14/2018 | Sale | 2,900 | $45.40 |
| 1/2/2019 | Purchase | 5,580 | $41.52 |
| 1/2/2019 | Sale | 100 | $42.16 |
| 1/2/2019 | Sale | 100 | $42.14 |
| 1/2/2019 | Sale | 5,180 | $42.14 |
| 1/2/2019 | Sale | 100 | $42.13 |
| 1/2/2019 | Sale | 100 | $42.13 |
| 1/8/2019 | Purchase | 5,300 | $45.50 |
| 1/9/2019 | Sale | 3,500 | $45.59 |
| 1/9/2019 | Sale | 100 | $45.59 |
| 1/9/2019 | Sale | 200 | $45.59 |
| 1/9/2019 | Sale | 100 | $45.58 |
| 1/9/2019 | Sale | 1,400 | $45.57 |
| 1/10/2019 | Purchase | 5,460 | $44.49 |
| 1/10/2019 | Sale | 5,460 | $44.75 |
| 1/17/2019 | Purchase | 400 | $49.25 |
| 1/17/2019 | Purchase | 4,500 | $49.24 |
| 1/17/2019 | Purchase | 600 | $49.21 |
| 1/17/2019 | Sale | 5,500 | $50.00 |
| 1/22/2019 | Purchase | 5,560 | $50.50 |
| 1/22/2019 | Sale | 5,560 | $50.70 |
| 1/29/2019 | Purchase | 800 | $50.02 |
| 1/29/2019 | Purchase | 5,050 | $50.01 |
| 1/30/2019 | Sale | 5,850 | $50.50 |

**CERTIFICATION OF JOSE FLORES PURSUANT TO FEDERAL SECURITIES LAWS**

| ACCOUNT 1 – INDIVIDUAL RETIREMENT ACCOUNT | | | |
|---|---|---|---|
| TRADE DATE | PURCHASE OR SALE | QUANTITY | PRICE PER SHARE |
| 2/6/2019 | Purchase | 100 | $52.25 |
| 2/6/2019 | Purchase | 100 | $52.24 |
| 2/6/2019 | Purchase | 100 | $52.36 |
| 2/6/2019 | Purchase | 100 | $52.36 |
| 2/6/2019 | Purchase | 5,200 | $52.36 |
| 2/6/2019 | Purchase | 200 | $52.34 |
| 2/6/2019 | Sale | 5,800 | $52.54 |
| 2/6/2019 | Purchase | 5,940 | $51.84 |
| 2/6/2019 | Sale | 5,540 | $52.26 |
| 2/6/2019 | Sale | 400 | $52.25 |
| 2/20/2019 | Purchase | 6,000 | $53.80 |
| 2/22/2019 | Sale | 6,000 | $53.98 |
| 2/22/2019 | Purchase | 6,145 | $53.29 |
| 2/25/2019 | Sale | 6,145 | $53.55 |
| 2/26/2019 | Purchase | 8,000 | $50.95 |
| 2/26/2019 | Sale | 8,000 | $51.25 |
| 2/26/2019 | Purchase | 14,400 | $51.00 |
| 2/26/2019 | Sale | 14,400 | $51.28 |
| 2/26/2019 | Purchase | 7,200 | $50.50 |
| 2/27/2019 | Purchase | 7,100 | $50.60 |
| 2/27/2019 | Sale | 14,300 | $50.57 |
| 2/28/2019 | Purchase | 7,300 | $50.05 |
| 2/28/2019 | Sale | 7,200 | $50.26 |
| 2/28/2019 | Purchase | 7,200 | $50.10 |
| 2/28/2019 | Sale | 100 | $50.48 |
| 2/28/2019 | Sale | 685 | $50.47 |
| 2/28/2019 | Sale | 239 | $50.46 |
| 2/28/2019 | Sale | 200 | $50.46 |
| 2/28/2019 | Sale | 6,076 | $50.45 |
| 2/28/2019 | Purchase | 7,440 | $50.01 |
| 3/1/2019 | Purchase | 4401 | $ 33.96 |
| 3/1/2019 | Purchase | 2203 | $ 33.95 |
| 3/1/2019 | Purchase | 1468 | $ 33.94 |
| 3/1/2019 | Purchase | 859 | $ 33.94 |
| 3/1/2019 | Purchase | 1111 | $ 33.93 |
| 3/1/2019 | Purchase | 258 | $ 33.91 |

**CERTIFICATION OF JOSE FLORES PURSUANT TO FEDERAL SECURITIES LAWS**

| ACCOUNT 1 – INDIVIDUAL RETIREMENT ACCOUNT | | | |
|---|---|---|---|
| TRADE DATE | PURCHASE OR SALE | QUANTITY | PRICE PER SHARE |
| 3/1/2019 | Sale | 10300 | $ 34.50 |
| 3/1/2019 | Purchase | 100 | $ 33.10 |
| 3/1/2019 | Purchase | 10500 | $ 33.10 |
| 3/1/2019 | Sale | 18040 | $ 34.35 |
| 3/1/2019 | Purchase | 10000 | $ 33.95 |
| 3/1/2019 | Purchase | 7444 | $ 33.75 |
| 3/1/2019 | Purchase | 400 | $ 33.74 |
| 3/1/2019 | Purchase | 506 | $ 33.73 |
| 3/4/2019 | Sale | 18350 | $ 33.00 |

**CERTIFICATION OF JOSE FLORES PURSUANT TO FEDERAL SECURITIES LAWS**

| ACCOUNT 2 – BROKERAGE ACCOUNT | | | |
|---|---|---|---|
| TRADE DATE | PURCHASE OR SALE | QUANTITY | PRICE PER SHARE |
| 10/8/2018 | Purchase | 1000 | $39.96 |
| 10/8/2018 | Sale | 1000 | $40.54 |
| 12/31/2018 | Purchase | 6300 | $41.41 |
| 12/31/2018 | Sale | 6300 | $41.52 |
| 1/2/2019 | Purchase | 5700 | $41.80 |
| 1/2/2019 | Purchase | 500 | $41.79 |
| 1/2/2019 | Purchase | 6900 | $41.55 |
| 1/2/2019 | Sale | 25 | $42.19 |
| 1/2/2019 | Sale | 300 | $42.18 |
| 1/2/2019 | Sale | 200 | $42.17 |
| 1/2/2019 | Sale | 100 | $42.15 |
| 1/2/2019 | Sale | 405 | $42.14 |
| 1/2/2019 | Sale | 1000 | $42.11 |
| 1/2/2019 | Sale | 1000 | $42.10 |
| 1/2/2019 | Sale | 1405 | $42.09 |
| 1/2/2019 | Sale | 700 | $42.07 |
| 1/2/2019 | Sale | 509 | $42.06 |
| 1/2/2019 | Sale | 210 | $42.05 |
| 1/2/2019 | Sale | 7246 | $42.03 |
| 1/8/2019 | Purchase | 6200 | $45.64 |
| 1/8/2019 | Purchase | 2700 | $45.40 |
| 1/8/2019 | Purchase | 3800 | $45.37 |
| 1/9/2019 | Sale | 205 | $45.74 |
| 1/9/2019 | Sale | 200 | $45.73 |
| 1/9/2019 | Sale | 200 | $45.72 |
| 1/9/2019 | Sale | 10399 | $45.69 |
| 1/10/2019 | Purchase | 11150 | $44.51 |
| 1/10/2019 | Purchase | 300 | $44.49 |
| 1/10/2019 | Purchase | 100 | $44.48 |
| 1/10/2019 | Sale | 13246 | $44.75 |
| 1/17/2019 | Purchase | 6545 | $49.50 |
| 1/17/2019 | Purchase | 94 | $49.32 |
| 1/17/2019 | Purchase | 5550 | $49.31 |
| 1/17/2019 | Purchase | 206 | $49.31 |
| 1/17/2019 | Sale | 500 | $50.01 |
| 1/17/2019 | Sale | 11895 | $50.00 |
| 1/22/2019 | Purchase | 10000 | $50.50 |

**CERTIFICATION OF JOSE FLORES PURSUANT TO FEDERAL SECURITIES LAWS**

| ACCOUNT 2 – BROKERAGE ACCOUNT | | | |
|---|---|---|---|
| TRADE DATE | PURCHASE OR SALE | QUANTITY | PRICE PER SHARE |
| 1/22/2019 | Sale | 10000 | $50.70 |
| 1/29/2019 | Purchase | 12100 | $50.01 |
| 1/29/2019 | Purchase | 100 | $50.00 |
| 1/29/2019 | Purchase | 800 | $49.99 |
| 1/29/2019 | Purchase | 490 | $49.75 |
| 1/30/2019 | Sale | 13490 | $50.50 |
| 2/6/2019 | Purchase | 1290 | $52.30 |
| 2/6/2019 | Purchase | 6411 | $52.46 |
| 2/6/2019 | Purchase | 690 | $52.45 |
| 2/6/2019 | Purchase | 200 | $52.44 |
| 2/6/2019 | Purchase | 1007 | $52.42 |
| 2/6/2019 | Purchase | 200 | $52.41 |
| 2/6/2019 | Purchase | 700 | $52.40 |
| 2/6/2019 | Purchase | 200 | $52.37 |
| 2/6/2019 | Purchase | 702 | $52.36 |
| 2/6/2019 | Purchase | 200 | $52.35 |
| 2/6/2019 | Purchase | 200 | $52.35 |
| 2/6/2019 | Purchase | 200 | $52.34 |
| 2/6/2019 | Sale | 12000 | $52.55 |
| 2/6/2019 | Purchase | 12000 | $51.90 |
| 2/6/2019 | Purchase | 1640 | $51.76 |
| 2/6/2019 | Sale | 700 | $52.29 |
| 2/6/2019 | Sale | 1000 | $52.28 |
| 2/6/2019 | Sale | 300 | $52.27 |
| 2/6/2019 | Sale | 100 | $52.26 |
| 2/6/2019 | Sale | 789 | $52.25 |
| 2/6/2019 | Sale | 811 | $52.24 |
| 2/6/2019 | Sale | 803 | $52.23 |
| 2/6/2019 | Sale | 597 | $52.22 |
| 2/6/2019 | Sale | 8540 | $52.21 |
| 2/20/2019 | Purchase | 13600 | $53.80 |
| 2/20/2019 | Purchase | 200 | $53.79 |
| 2/20/2019 | Purchase | 200 | $53.78 |
| 2/22/2019 | Sale | 14000 | $53.98 |
| 2/22/2019 | Purchase | 5633 | $53.30 |
| 2/22/2019 | Purchase | 500 | $53.29 |
| 2/22/2019 | Purchase | 1867 | $53.28 |
| 2/25/2019 | Sale | 8000 | $53.50 |

**CERTIFICATION OF JOSE FLORES PURSUANT TO FEDERAL SECURITIES LAWS**

| ACCOUNT 2 – BROKERAGE ACCOUNT | | | |
|---|---|---|---|
| TRADE DATE | PURCHASE OR SALE | QUANTITY | PRICE PER SHARE |
| 2/25/2019 | Purchase | 9300 | $53.35 |
| 2/25/2019 | Sale | 9300 | $53.50 |
| 2/25/2019 | Purchase | 5200 | $53.00 |
| 2/25/2019 | Purchase | 9700 | $52.01 |
| 3/4/2019 | Sale | 14900 | $ 32.55 |

## CERTIFICATION OF THE CITY OF MIAMI FIRE FIGHTERS' AND POLICE OFFICERS' RETIREMENT TRUST PURSUANT TO FEDERAL SECURITIES LAWS

I, Dania L. Orta, on behalf of the City of Miami Fire Fighters' and Police Officers' Retirement Trust ("Miami F&P"), for which I serve as Administrator and am duly authorized to act, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1.    I have reviewed the Second Amended Complaint for Violations of the Federal Securities Laws (the "Complaint," ECF 124) and the Court's Order Regarding Motion to Dismiss (the "MTD Order," ECF 140) in *In re Nutanix, Inc. Securities Litigation*, Master File No. 3:19-cv-01651-WHO (N.D. Cal.) (the "Action"). I adopt the allegations of the Complaint.

2.    I have authorized Levi & Korsinsky, LLP to file a joint motion for appointment as lead plaintiff on Miami F&P's behalf with Jose Flores and John P. Norton, on behalf of the Norton Family Living Trust UAD 11/15/2002, and for appointment of Levi & Korsinsky, LLP as lead counsel in this Action.

3.    Miami F&P is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    A list of Miami F&P's transactions in Nutanix, Inc. securities made during the Class Period alleged in the Complaint that are the subject of this Action are set forth in the chart attached hereto as Exhibit A. Miami F&P has made no transactions during that period in Nutanix, Inc. securities that are the subject of this Action except those set forth in Exhibit A.

5.    Miami F&P did not engage in transactions in the securities which are the subject of this Action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

6.    Miami F&P has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except as set forth below:

   a.   *In re Nutanix, Inc. Sec. Litig.*, Master File No. 3:19-cv-01651-WHO (N.D. Cal.), *see* ECF 161 (Lead Plaintiff's Notice of Motion and Motion to Withdraw as Lead Plaintiff and Substitute Lead Plaintiff)

   b.   *In re MGP Ingredients Inc., Sec. Litig.,* Case No. 2:20-cv-02090 (D. Kan.)

   c.   *City of Miami Fire Fighters' and Police Officers' Retirement Trust v. MGP Ingredients, Inc. et. al.*, Case No. 2:20-cv-02180 (D. Kan.)

   d.   *Meitav Dash Provident Funds And Pension Ltd., et. al., V. Spirit AeroSystems Holdings, Inc. et. al.,* Case No. 4:20-cv-00054 (N.D. Okla.)

   e.   *Smith v. Spirit AeroSystems Holdings, Inc.,* Case No. 4:20-cv-00077 (N.D. Okla.)

   f.   *Employees' Retirement System of the City of Providence v. Spirit*

**CERTIFICATION OF THE CITY OF MIAMI FIRE FIGHTERS' AND POLICE OFFICERS' RETIREMENT TRUST PURSUANT TO FEDERAL SECURITIES LAWS**

*AeroSystems Holdings, Inc. et. al.*, Case No. 4:20-cv-00117 (N.D. Okla.)

g.   *In re Cloudera, Inc. Sec. Litig.*, Case No. 5:19-cv-03221 (N.D. Cal.)

h.   *Anarkat v. CVS Health Corporation et al.*, Case No. 1:19-cv-00437 (D.R.I.)

i.   *Bristol County Retirement System v. Qurate Retail, Inc. et al.*, Case No. 1:18-cv-02300 (D. Colo.)

j.   *Danker v. Papa John's International, Inc. et al.*, Case No. 1:18-cv-07927 (S.D.N.Y.)

7.   Miami F&P will not accept any payment for serving as representative on behalf of a class beyond its pro rata share of any recovery, unless ordered or approved by the Court pursuant to section 27(a)(4) of the Securities Act, 15 U.S.C. § 77z-1(a)(4), or section 21D(a)(4) of the Securities Exchange Act, 15 U.S.C. § 78u-4(a)(4).

I certify under penalty of perjury that the foregoing is true and correct.

Executed this _19th_ day of March, 2021.

By: _____

Dana L. Orta

Administrator

*City of Miami Fire Fighters' and Police*

*Officers' Retirement Trust*

EXHIBIT A: Transactions in Nutanix, Inc. Securities from
November 30, 2017 through May 30, 2019

| Case Name | Nutanix, Inc. |
| Ticker | NTNX |
| Class Period | 11-30-2017 to 05-30-2019 |

**Client Name**

City of Miami Fire Fighters'
and Police Officers'
Retirement Trust

| Date of Transaction | Transaction Type | Quantity | Price per Security |
| --- | --- | --- | --- |
| 10-02-2018 | P | 550 | $ 41.83 |
| 10-02-2018 | P | 965 | $ 41.89 |
| 10-03-2018 | P | 820 | $ 43.25 |
| 10-04-2018 | P | 60 | $ 42.52 |
| 10-04-2018 | P | 305 | $ 42.88 |
| 10-10-2018 | P | 1450 | $ 39.17 |
| 12-31-2018 | P | 3700 | $ 42.23 |
| 01-15-2019 | S | -350 | $ 48.24 |
| 05-03-2019 | P | 2000 | $ 38.74 |
| 05-29-2019 | P | 1885 | $ 33.43 |
| 05-30-2019 | P | 1365 | $ 33.94 |