# Exhibit 2

| Client Name | Norton Family Living Trust UAD 11/15/2002 |
|---|---|
| Company Name | Nutanix, Inc. |
| Ticker Symbol | NTNX |
| Security Type | |
| Class Period Start | 11-30-2017 |
| Class Period End | 05-30-2019 |
| 90-DAY Lookback Period Start | 05-31-2019 |
| 90-DAY Lookback Period End | 08-28-2019 |
| 90-DAY Lookback Average | $ 23.89 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $3,111,015.87 |
| DURA LIFO* Total | $3,111,015.87 |
| Gross Shares Purchased | 100,000 |
| Net Shares Retained | 100,000 |
| Net Funds Expended | $5,500,000.00 |

### Norton Family Living Trust UAD 11/15/2002

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 10-02-2018 | 44300 | 55 | $ 2,436,500.00 | | | | | | - | 44300 | 44300 | $ 23.89 | $ 1,058,319.97 | $ 1,378,180.03 | $ 1,378,180.03 |
| 10-04-2018 | 2500 | 55 | $ 137,500.00 | | | | | | - | 2500 | 2500 | $ 23.89 | $ 59,724.60 | $ 77,775.40 | $ 77,775.40 |
| 10-08-2018 | 3900 | 55 | $ 214,500.00 | | | | | | - | 3900 | 3900 | $ 23.89 | $ 93,170.38 | $ 121,329.62 | $ 121,329.62 |
| 10-10-2018 | 1400 | 55 | $ 77,000.00 | | | | | | - | 1400 | 1400 | $ 23.89 | $ 33,445.78 | $ 43,554.22 | $ 43,554.22 |
| 10-12-2018 | 2800 | 55 | $ 154,000.00 | | | | | | - | 2800 | 2800 | $ 23.89 | $ 66,891.56 | $ 87,108.44 | $ 87,108.44 |
| 10-19-2018 | 45100 | 55 | $ 2,480,500.00 | | | | | | - | 45100 | 45100 | $ 23.89 | $ 1,077,431.84 | $ 1,403,068.16 | $ 1,403,068.16 |
| **Total:** | **100,000** | | **$5,500,000.00** | | | | | | | **100,000.00** | **100,000.00** | | **$2,388,984.13** | **$3,111,015.87** | **$3,111,015.87** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.

**NORTON FAMILY LIVING TRUST UAD 11/15/2002**
**Transactions in NUTANIX, INC. (NTNX) Securities**
Class Period: 11/30/2017 and 05/30/2019, inclusive
Buy (B), Sell (S), Sell to Open (SO), Buy to Open (BO), Sell to Close (SC), Buy to Close (BC)

| | | |
|---|---|---|
| LIFO Losses/(Gain) Options | ($544,526.00) |
| Dura LIFO Losses/(Gain)* Options | ($724,334.00) |

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 12/28/2018 | SO | (80) | CALL NTNX 01/18/2019 50 NTNX | 0.20 | ($1,600.00) |
| 12/28/2018 | SO | (11) | CALL NTNX 01/18/2019 50 NTNX | 0.20 | ($220.00) |
| 12/28/2018 | SO | (27) | CALL NTNX 01/18/2019 50 NTNX | 0.20 | ($540.00) |
| 12/28/2018 | SO | (74) | CALL NTNX 01/18/2019 50 NTNX | 0.20 | ($1,480.00) |
| 12/28/2018 | SO | (83) | CALL NTNX 01/18/2019 50 NTNX | 0.20 | ($1,660.00) |
| 12/28/2018 | SO | (34) | CALL NTNX 01/18/2019 50 NTNX | 0.20 | ($680.00) |
| 12/28/2018 | SO | (1) | CALL NTNX 01/18/2019 50 NTNX | 0.20 | ($20.00) |
| 12/28/2018 | SO | (16) | CALL NTNX 01/18/2019 50 NTNX | 0.20 | ($320.00) |
| 12/28/2018 | SO | (36) | CALL NTNX 01/18/2019 50 NTNX | 0.20 | ($720.00) |
| 12/28/2018 | SO | (101) | CALL NTNX 01/18/2019 50 NTNX | 0.20 | ($2,020.00) |
| 12/28/2018 | SO | (92) | CALL NTNX 01/18/2019 50 NTNX | 0.20 | ($1,840.00) |
| 12/28/2018 | SO | (33) | CALL NTNX 01/18/2019 50 NTNX | 0.20 | ($660.00) |
| 12/28/2018 | SO | (399) | CALL NTNX 01/18/2019 50 NTNX | 0.20 | ($7,980.00) |
| 12/28/2018 | SO | (13) | CALL NTNX 01/18/2019 50 NTNX | 0.20 | ($260.00) |
| 12/28/2018 | SO | (80) | CALL NTNX 01/18/2019 50 NTNX | 0.20 | ($1,600.00) |
| 12/28/2018 | SO | (11) | CALL NTNX 01/18/2019 50 NTNX | 0.20 | ($220.00) |
| 12/28/2018 | SO | (27) | CALL NTNX 01/18/2019 50 NTNX | 0.20 | ($540.00) |
| 12/28/2018 | SO | (74) | CALL NTNX 01/18/2019 50 NTNX | 0.20 | ($1,480.00) |
| 12/28/2018 | SO | (83) | CALL NTNX 01/18/2019 50 NTNX | 0.20 | ($1,660.00) |
| 12/28/2018 | SO | (34) | CALL NTNX 01/18/2019 50 NTNX | 0.20 | ($680.00) |
| 12/28/2018 | SO | (1) | CALL NTNX 01/18/2019 50 NTNX | 0.20 | ($20.00) |
| 12/28/2018 | SO | (16) | CALL NTNX 01/18/2019 50 NTNX | 0.20 | ($320.00) |
| 12/28/2018 | SO | (36) | CALL NTNX 01/18/2019 50 NTNX | 0.20 | ($720.00) |
| 12/28/2018 | SO | (101) | CALL NTNX 01/18/2019 50 NTNX | 0.20 | ($2,020.00) |
| 12/28/2018 | SO | (92) | CALL NTNX 01/18/2019 50 NTNX | 0.20 | ($1,840.00) |
| 12/28/2018 | SO | (33) | CALL NTNX 01/18/2019 50 NTNX | 0.20 | ($660.00) |
| 12/28/2018 | SO | (399) | CALL NTNX 01/18/2019 50 NTNX | 0.20 | ($7,980.00) |
| 12/28/2018 | SO | (13) | CALL NTNX 01/18/2019 50 NTNX | 0.20 | ($260.00) |
| 1/18/2019 | BC | 5 | CALL NTNX 01/18/2019 50 NTNX | 1.30 | $650.00 |
| 1/18/2019 | BC | 195 | CALL NTNX 01/18/2019 50 NTNX | 1.31 | $25,545.00 |
| 1/18/2019 | BC | 410 | CALL NTNX 01/18/2019 50 NTNX | 1.32 | $54,120.00 |
| 1/18/2019 | BC | 53 | CALL NTNX 01/18/2019 50 NTNX | 1.89 | $10,017.00 |
| 1/18/2019 | BC | 337 | CALL NTNX 01/18/2019 50 NTNX | 1.88 | $63,356.00 |
| 1/18/2019 | Expiration | 1000 | CALL NTNX 01/18/2019 50 NTNX | 0.00 | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 1/18/2019 | SO | (610) | CALL NTNX 04/18/2019 55 NTNX | 3.92 | ($239,120.00) |
| 4/18/2019 | Expiration | 610 | CALL NTNX 04/18/2019 55 NTNX | 0.00 | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 1/18/2019 | SO | (1) | CALL NTNX 04/18/2019 57.50 NTNX | 3.20 | ($320.00) |
| 1/18/2019 | SO | (52) | CALL NTNX 04/18/2019 57.50 NTNX | 3.19 | ($16,588.00) |
| 1/18/2019 | SO | (337) | CALL NTNX 04/18/2019 57.50 NTNX | 3.18 | ($107,166.00) |
| 4/18/2019 | Expiration | 390 | CALL NTNX 04/18/2019 57.50 NTNX | 0.00 | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 10/30/2018 | SO | (557) | CALL NTNX 11/16/2018 50 NTNX | 0.20 | ($11,140.00) |
| 11/16/2018 | Expiration | 557 | CALL NTNX 11/16/2018 50 NTNX | 0.00 | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 11/28/2018 | SO | (1000) | CALL NTNX 12/21/2018 50 NTNX | 0.70 | ($70,000.00) |
| 11/28/2018 | Expiration | 1000 | CALL NTNX 12/21/2018 50 NTNX | 0.00 | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/27/2018 | BO | 551 | CALL NTNX 09/21/2018 65 NTNX | 1.80 | $99,180.00 |
| 8/31/2018 | SC | (551) | CALL NTNX 09/21/2018 65 NTNX | 0.60 | ($33,060.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/27/2018 | SO | (1000) | PUT NTNX 10/19/2018 55 NTNX | 2.80 | ($280,000.00) |
| 10/2/2018 | Assignment | 443 | PUT NTNX 10/19/2018 55 NTNX | 0.00 | $0.00 |
| 10/4/2018 | Assignment | 25 | PUT NTNX 10/19/2018 55 NTNX | 0.00 | $0.00 |
| 10/8/2018 | Assignment | 39 | PUT NTNX 10/19/2018 55 NTNX | 0.00 | $0.00 |
| 10/10/2018 | Assignment | 14 | PUT NTNX 10/19/2018 55 NTNX | 0.00 | $0.00 |
| 10/12/2018 | Assignment | 28 | PUT NTNX 10/19/2018 55 NTNX | 0.00 | $0.00 |
| 10/19/2018 | Assignment | 451 | PUT NTNX 10/19/2018 55 NTNX | 0.00 | $0.00 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **Norton Family Trust Stock + Options** | |
| | |
| **LIFO Loss Total (Stock)** | $3,111,015.87 |
| *DURA* **LIFO Total (Stock)** | $3,111,015.87 |
| | |
| **LIFO Loss Total (Options)** | **($544,526.00)** |
| *DURA* **LIFO Total (Options)** | **($724,334.00)** |
| **LIFO Loss Total (Stock + Options)** | $2,566,489.87 |
| *DURA* **LIFO Loss Total (Stock + Options)** | $2,386,681.87 |

| Client Name | Jose Flores |
| --- | --- |
| Company Name | Nutanix, Inc. |
| Ticker Symbol | NTNX |
| Security Type | |
| Class Period Start | 11-30-2017 |
| Class Period End | 05-30-2019 |
| 90-DAY Lookback Period Start | 05-31-2019 |
| 90-DAY Lookback Period End | 08-28-2019 |
| 90-DAY Lookback Average | $ 23.89 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
| --- | --- |
| LIFO Loss Total | $86,612.76 |
| *DURA LIFO* Total | $70,770.21 |
| Gross Shares Purchased | 167,135 |
| Net Shares Retained | 0 |
| Net Funds Expended | $86,612.76 |

Jose Flores - Acct 1

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 03-19-2018 | 2940 | 52.5 | $ 154,350.00 | 04-12-2018 | 2940 | | $ 53.59 | $ 157,557.54 | - | - | - | $ 23.89 | | -$ 3,207.54 | -$ 3,207.54 |
| 04-24-2018 | 2940 | 52.3 | $ 153,762.00 | 05-04-2018 | 2940 | | $ 53.75 | $ 158,025.00 | - | - | - | $ 23.89 | | -$ 4,263.00 | -$ 4,263.00 |
| 09-12-2018 | 2900 | 50.7895 | $ 147,289.55 | 12-14-2018 | 2900 | | $ 45.40 | $ 131,660.00 | - | - | - | $ 23.89 | | $ 15,629.55 | |
| 12-04-2018 | 1630 | 42.95 | $ 70,008.50 | 12-06-2018 | 1630 | | $ 44.40 | $ 72,367.93 | - | - | - | $ 23.89 | | -$ 2,359.43 | -$ 2,359.43 |
| 12-07-2018 | 1700 | 42.1 | $ 71,570.00 | 12-10-2018 | 1700 | | $ 43.26 | $ 73,549.65 | - | - | - | $ 23.89 | | -$ 1,979.65 | -$ 1,979.65 |
| 01-02-2019 | 100 | 41.524 | $ 4,152.40 | 01-02-2019 | 100 | | $ 42.16 | $ 4,216.00 | - | - | - | $ 23.89 | | -$ 63.60 | -$ 63.60 |
| 01-02-2019 | 100 | 41.524 | $ 4,152.40 | 01-02-2019 | 100 | | $ 42.14 | $ 4,214.14 | - | - | - | $ 23.89 | | -$ 61.74 | -$ 61.74 |
| 01-02-2019 | 5180 | 41.524 | $ 215,094.32 | 01-02-2019 | 5180 | | $ 42.14 | $ 218,265.00 | - | - | - | $ 23.89 | | -$ 3,170.68 | -$ 3,170.68 |
| 01-02-2019 | 100 | 41.524 | $ 4,152.40 | 01-02-2019 | 100 | | $ 42.13 | $ 4,213.14 | - | - | - | $ 23.89 | | -$ 60.74 | -$ 60.74 |
| 01-02-2019 | 100 | 41.524 | $ 4,152.40 | 01-02-2019 | 100 | | $ 42.13 | $ 4,213.01 | - | - | - | $ 23.89 | | -$ 60.61 | -$ 60.61 |
| 01-08-2019 | 3500 | 45.4965 | $ 159,237.75 | 01-09-2019 | 3500 | | $ 45.59 | $ 159,577.25 | - | - | - | $ 23.89 | | -$ 339.50 | -$ 339.50 |
| 01-08-2019 | 100 | 45.4965 | $ 4,549.65 | 01-09-2019 | 100 | | $ 45.59 | $ 4,558.69 | - | - | - | $ 23.89 | | -$ 09.04 | -$ 09.04 |
| 01-08-2019 | 200 | 45.4965 | $ 9,099.30 | 01-09-2019 | 200 | | $ 45.59 | $ 9,117.32 | - | - | - | $ 23.89 | | -$ 18.02 | -$ 18.02 |
| 01-08-2019 | 100 | 45.4965 | $ 4,549.65 | 01-09-2019 | 100 | | $ 45.58 | $ 4,558.13 | - | - | - | $ 23.89 | | -$ 08.48 | -$ 08.48 |
| 01-08-2019 | 1400 | 45.4965 | $ 63,695.10 | 01-09-2019 | 1400 | | $ 45.57 | $ 63,798.14 | - | - | - | $ 23.89 | | -$ 103.04 | -$ 103.04 |
| 01-10-2019 | 5460 | 44.4899 | $ 242,914.85 | 01-10-2019 | 5460 | | $ 44.75 | $ 244,335.00 | - | - | - | $ 23.89 | | -$ 1,420.15 | -$ 1,420.15 |
| 01-17-2019 | 400 | 49.25 | $ 19,700.00 | 01-17-2019 | 400 | | $ 50.00 | $ 20,000.00 | - | - | - | $ 23.89 | | -$ 300.00 | -$ 300.00 |
| 01-17-2019 | 4500 | 49.2403 | $ 221,581.35 | 01-17-2019 | 4500 | | $ 50.00 | $ 225,000.00 | - | - | - | $ 23.89 | | -$ 3,418.65 | -$ 3,418.65 |
| 01-17-2019 | 600 | 49.21 | $ 29,526.00 | 01-17-2019 | 600 | | $ 50.00 | $ 30,000.00 | - | - | - | $ 23.89 | | -$ 474.00 | -$ 474.00 |
| 01-22-2019 | 5560 | 50.5 | $ 280,780.00 | 01-22-2019 | 5560 | | $ 50.70 | $ 281,892.00 | - | - | - | $ 23.89 | | -$ 1,112.00 | -$ 1,112.00 |
| 01-29-2019 | 800 | 50.02 | $ 40,016.00 | 01-30-2019 | 800 | | $ 50.50 | $ 40,400.00 | - | - | - | $ 23.89 | | -$ 384.00 | -$ 384.00 |
| 01-29-2019 | 5050 | 50.01 | $ 252,550.50 | 01-30-2019 | 5050 | | $ 50.50 | $ 255,025.00 | - | - | - | $ 23.89 | | -$ 2,474.50 | -$ 2,474.50 |
| 02-06-2019 | 100 | 52.25 | $ 5,225.00 | 02-06-2019 | 100 | | $ 52.54 | $ 5,254.00 | - | - | - | $ 23.89 | | -$ 29.00 | -$ 29.00 |
| 02-06-2019 | 100 | 52.24 | $ 5,224.00 | 02-06-2019 | 100 | | $ 52.54 | $ 5,254.00 | - | - | - | $ 23.89 | | -$ 30.00 | -$ 30.00 |
| 02-06-2019 | 100 | 52.3631 | $ 5,236.31 | 02-06-2019 | 100 | | $ 52.54 | $ 5,254.00 | - | - | - | $ 23.89 | | -$ 17.69 | -$ 17.69 |
| 02-06-2019 | 100 | 52.36 | $ 5,236.00 | 02-06-2019 | 100 | | $ 52.54 | $ 5,254.00 | - | - | - | $ 23.89 | | -$ 18.00 | -$ 18.00 |
| 02-06-2019 | 5200 | 52.3567 | $ 272,254.84 | 02-06-2019 | 5200 | | $ 52.54 | $ 273,208.00 | - | - | - | $ 23.89 | | -$ 953.16 | -$ 953.16 |
| 02-06-2019 | 200 | 52.34 | $ 10,468.00 | 02-06-2019 | 200 | | $ 52.54 | $ 10,508.00 | - | - | - | $ 23.89 | | -$ 40.00 | -$ 40.00 |
| 02-06-2019 | 5540 | 51.8396 | $ 287,191.38 | 02-06-2019 | 5540 | | $ 52.26 | $ 289,496.02 | - | - | - | $ 23.89 | | -$ 2,304.64 | -$ 2,304.64 |
| 02-06-2019 | 400 | 51.8396 | $ 20,735.84 | 02-06-2019 | 400 | | $ 52.25 | $ 20,900.92 | - | - | - | $ 23.89 | | -$ 165.08 | -$ 165.08 |
| 02-20-2019 | 6000 | 53.8 | $ 322,800.00 | 02-22-2019 | 6000 | | $ 53.98 | $ 323,880.00 | - | - | - | $ 23.89 | | -$ 1,080.00 | -$ 1,080.00 |
| 02-22-2019 | 6145 | 53.29 | $ 327,467.05 | 02-25-2019 | 6145 | | $ 53.55 | $ 329,064.75 | - | - | - | $ 23.89 | | -$ 1,597.70 | -$ 1,597.70 |
| 02-26-2019 | 8000 | 50.95 | $ 407,600.00 | 02-26-2019 | 8000 | | $ 51.25 | $ 410,000.00 | - | - | - | $ 23.89 | | -$ 2,400.00 | -$ 2,400.00 |
| 02-26-2019 | 14400 | 51 | $ 734,400.00 | 02-26-2019 | 14400 | | $ 51.28 | $ 738,432.00 | - | - | - | $ 23.89 | | -$ 4,032.00 | -$ 4,032.00 |
| 02-26-2019 | 7200 | 50.5 | $ 363,600.00 | 02-27-2019 | 7200 | | $ 50.57 | $ 364,104.00 | - | - | - | $ 23.89 | | -$ 504.00 | -$ 504.00 |
| 02-27-2019 | 7100 | 50.6 | $ 359,260.00 | 02-27-2019 | 7100 | | $ 50.57 | $ 359,047.00 | - | - | - | $ 23.89 | | $ 213.00 | |
| 02-28-2019 | 7200 | 50.05 | $ 360,360.00 | 02-28-2019 | 7200 | | $ 50.26 | $ 361,877.76 | - | - | - | $ 23.89 | | -$ 1,517.76 | -$ 1,517.76 |
| 02-28-2019 | 100 | 50.05 | $ 5,005.00 | 02-28-2019 | 100 | | $ 50.45 | $ 5,045.00 | - | - | - | $ 23.89 | | -$ 40.00 | -$ 40.00 |
| 02-28-2019 | 100 | 50.1 | $ 5,010.00 | 02-28-2019 | 100 | | $ 50.48 | $ 5,048.00 | - | - | - | $ 23.89 | | -$ 38.00 | -$ 38.00 |
| 02-28-2019 | 685 | 50.1 | $ 34,318.50 | 02-28-2019 | 685 | | $ 50.47 | $ 34,571.95 | - | - | - | $ 23.89 | | -$ 253.45 | -$ 253.45 |
| 02-28-2019 | 239 | 50.1 | $ 11,973.90 | 02-28-2019 | 239 | | $ 50.46 | $ 12,059.94 | - | - | - | $ 23.89 | | -$ 86.04 | -$ 86.04 |
| 02-28-2019 | 200 | 50.1 | $ 10,020.00 | 02-28-2019 | 200 | | $ 50.46 | $ 10,091.00 | - | - | - | $ 23.89 | | -$ 71.00 | -$ 71.00 |
| 02-28-2019 | 5976 | 50.1 | $ 299,397.60 | 02-28-2019 | 5976 | | $ 50.45 | $ 301,489.20 | - | - | - | $ 23.89 | | -$ 2,091.60 | -$ 2,091.60 |
| 02-28-2019 | 7440 | 50.01 | $ 372,074.40 | 03-01-2019 | 7440 | | $ 34.35 | $ 255,564.00 | - | - | - | $ 23.89 | | $ 116,510.40 | $ 116,510.40 |
| 03-01-2019 | 4401 | 33.96 | $ 149,457.96 | 03-01-2019 | 4401 | | $ 34.50 | $ 151,834.50 | - | - | - | $ 23.89 | | -$ 2,376.54 | -$ 2,376.54 |
| 03-01-2019 | 2203 | 33.95 | $ 74,791.85 | 03-01-2019 | 2203 | | $ 34.50 | $ 76,003.50 | - | - | - | $ 23.89 | | -$ 1,211.65 | -$ 1,211.65 |
| 03-01-2019 | 1468 | 33.94 | $ 49,823.92 | 03-01-2019 | 1468 | | $ 34.50 | $ 50,646.00 | - | - | - | $ 23.89 | | -$ 822.08 | -$ 822.08 |
| 03-01-2019 | 859 | 33.935 | $ 29,150.17 | 03-01-2019 | 859 | | $ 34.50 | $ 29,635.50 | - | - | - | $ 23.89 | | -$ 485.33 | -$ 485.33 |
| 03-01-2019 | 1111 | 33.93 | $ 37,696.23 | 03-01-2019 | 1111 | | $ 34.50 | $ 38,329.50 | - | - | - | $ 23.89 | | -$ 633.27 | -$ 633.27 |
| 03-01-2019 | 258 | 33.91 | $ 8,748.78 | 03-01-2019 | 258 | | $ 34.50 | $ 8,901.00 | - | - | - | $ 23.89 | | -$ 152.22 | -$ 152.22 |
| 03-01-2019 | 100 | 33.1 | $ 3,310.00 | 03-01-2019 | 100 | | $ 34.35 | $ 3,435.00 | - | - | - | $ 23.89 | | -$ 125.00 | -$ 125.00 |
| 03-01-2019 | 10500 | 33.1 | $ 347,550.00 | 03-01-2019 | 10500 | | $ 34.35 | $ 360,675.00 | - | - | - | $ 23.89 | | -$ 13,125.00 | -$ 13,125.00 |
| 03-01-2019 | 10000 | 33.95 | $ 339,500.00 | 03-04-2019 | 10000 | | $ 33.00 | $ 330,000.00 | - | - | - | $ 23.89 | | $ 9,500.00 | $ 9,500.00 |
| 03-01-2019 | 7444 | 33.75 | $ 251,235.00 | 03-04-2019 | 7444 | | $ 33.00 | $ 245,652.00 | - | - | - | $ 23.89 | | $ 5,583.00 | $ 5,583.00 |
| 03-01-2019 | 400 | 33.74 | $ 13,496.00 | 03-04-2019 | 400 | | $ 33.00 | $ 13,200.00 | - | - | - | $ 23.89 | | $ 296.00 | $ 296.00 |

| 03-01-2019 | 506 | 33.73 | $17,067.38 | 03-04-2019 | 506 | $33.00 | $16,698.00 | | | | $23.89 | | $369.38 | $369.38 |
| **Total:** | **167,135** | | **$7,703,569.23** | | **167,135** | | **$7,616,956.48** | | | | | | **$86,612.76** | **$70,770.21** |

| Client Name | Jose Flores |
|---|---|
| Company Name | Nutanix, Inc. |
| Ticker Symbol | NTNX |
| Security Type | |
| Class Period Start | 11-30-2017 |
| Class Period End | 05-30-2019 |
| 90-DAY Lookback Period Start | 05-31-2019 |
| 90-DAY Lookback Period End | 08-28-2019 |
| 90-DAY Lookback Average | $ 23.89 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $257,275.48 |
| *DURA LIFO\* Total* | $255,764.51 |
| Gross Shares Purchased | 152,375.00 |
| Net Shares Retained | 0 |
| Net Funds Expended | $257,275.48 |

### Jose Flores - Acct 2

| | Purchases | | | | Sales | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO\* |
| 10-08-2018 | 1000 | 39.9592 | $ 39,959.20 | 10-08-2018 | 1000 | | $ 40.54 | $ 40,536.80 | - | - | - | $ 23.89 | | -$ 577.60 | -$ 577.60 |
| 12-31-2018 | 6300 | 41.4099 | $ 260,882.37 | 12-31-2018 | 6300 | | $ 41.52 | $ 261,581.04 | - | - | - | $ 23.89 | | -$ 698.67 | -$ 698.67 |
| 01-02-2019 | 5700 | 41.7972 | $ 238,244.04 | 01-02-2019 | 5700 | | $ 42.03 | $ 239,571.00 | - | - | - | $ 23.89 | | -$ 1,326.96 | -$ 1,326.96 |
| 01-02-2019 | 500 | 41.7929 | $ 20,896.45 | 01-02-2019 | 500 | | $ 42.03 | $ 21,015.00 | - | - | - | $ 23.89 | | -$ 118.55 | -$ 118.55 |
| 01-02-2019 | 25 | 41.55 | $ 1,038.75 | 01-02-2019 | 25 | | $ 42.19 | $ 1,054.75 | - | - | - | $ 23.89 | | -$ 16.00 | -$ 16.00 |
| 01-02-2019 | 300 | 41.55 | $ 12,465.00 | 01-02-2019 | 300 | | $ 42.18 | $ 12,654.00 | - | - | - | $ 23.89 | | -$ 189.00 | -$ 189.00 |
| 01-02-2019 | 200 | 41.55 | $ 8,310.00 | 01-02-2019 | 200 | | $ 42.17 | $ 8,434.00 | - | - | - | $ 23.89 | | -$ 124.00 | -$ 124.00 |
| 01-02-2019 | 100 | 41.55 | $ 4,155.00 | 01-02-2019 | 100 | | $ 42.15 | $ 4,215.00 | - | - | - | $ 23.89 | | -$ 60.00 | -$ 60.00 |
| 01-02-2019 | 405 | 41.55 | $ 16,827.75 | 01-02-2019 | 405 | | $ 42.14 | $ 17,066.70 | - | - | - | $ 23.89 | | -$ 238.95 | -$ 238.95 |
| 01-02-2019 | 1000 | 41.55 | $ 41,550.00 | 01-02-2019 | 1000 | | $ 42.11 | $ 42,110.00 | - | - | - | $ 23.89 | | -$ 560.00 | -$ 560.00 |
| 01-02-2019 | 1000 | 41.55 | $ 41,550.00 | 01-02-2019 | 1000 | | $ 42.10 | $ 42,100.00 | - | - | - | $ 23.89 | | -$ 550.00 | -$ 550.00 |
| 01-02-2019 | 1405 | 41.55 | $ 58,377.75 | 01-02-2019 | 1405 | | $ 42.09 | $ 59,136.45 | - | - | - | $ 23.89 | | -$ 758.70 | -$ 758.70 |
| 01-02-2019 | 700 | 41.55 | $ 29,085.00 | 01-02-2019 | 700 | | $ 42.07 | $ 29,449.00 | - | - | - | $ 23.89 | | -$ 364.00 | -$ 364.00 |
| 01-02-2019 | 509 | 41.55 | $ 21,148.95 | 01-02-2019 | 509 | | $ 42.06 | $ 21,408.54 | - | - | - | $ 23.89 | | -$ 259.59 | -$ 259.59 |
| 01-02-2019 | 210 | 41.55 | $ 8,725.50 | 01-02-2019 | 210 | | $ 42.05 | $ 8,830.50 | - | - | - | $ 23.89 | | -$ 105.00 | -$ 105.00 |
| 01-02-2019 | 1046 | 41.55 | $ 43,461.30 | 01-02-2019 | 1046 | | $ 42.03 | $ 43,963.38 | - | - | - | $ 23.89 | | -$ 502.08 | -$ 502.08 |
| 01-08-2019 | 4504 | 45.6409 | $ 205,566.61 | 01-09-2019 | 4504 | | $ 45.69 | $ 205,787.76 | - | - | - | $ 23.89 | | -$ 221.15 | -$ 221.15 |
| 01-08-2019 | 1696 | 45.6409 | $ 77,406.97 | 01-10-2019 | 1696 | | $ 44.75 | $ 75,896.00 | - | - | - | $ 23.89 | | $ 1,510.97 | |
| 01-08-2019 | 2700 | 45.4 | $ 122,580.00 | 01-09-2019 | 2700 | | $ 45.69 | $ 123,363.00 | - | - | - | $ 23.89 | | -$ 783.00 | -$ 783.00 |
| 01-08-2019 | 205 | 45.37 | $ 9,300.85 | 01-09-2019 | 205 | | $ 45.74 | $ 9,376.70 | - | - | - | $ 23.89 | | -$ 75.85 | -$ 75.85 |
| 01-08-2019 | 200 | 45.37 | $ 9,074.00 | 01-09-2019 | 200 | | $ 45.73 | $ 9,146.00 | - | - | - | $ 23.89 | | -$ 72.00 | -$ 72.00 |
| 01-08-2019 | 200 | 45.37 | $ 9,074.00 | 01-09-2019 | 200 | | $ 45.72 | $ 9,144.00 | - | - | - | $ 23.89 | | -$ 70.00 | -$ 70.00 |
| 01-08-2019 | 3195 | 45.37 | $ 144,957.15 | 01-09-2019 | 3195 | | $ 45.69 | $ 145,979.55 | - | - | - | $ 23.89 | | -$ 1,022.40 | -$ 1,022.40 |
| 01-10-2019 | 11150 | 44.51 | $ 496,286.50 | 01-10-2019 | 11150 | | $ 44.75 | $ 498,962.50 | - | - | - | $ 23.89 | | -$ 2,676.00 | -$ 2,676.00 |
| 01-10-2019 | 300 | 44.49 | $ 13,347.00 | 01-10-2019 | 300 | | $ 44.75 | $ 13,425.00 | - | - | - | $ 23.89 | | -$ 78.00 | -$ 78.00 |
| 01-10-2019 | 100 | 44.48 | $ 4,448.00 | 01-10-2019 | 100 | | $ 44.75 | $ 4,475.00 | - | - | - | $ 23.89 | | -$ 27.00 | -$ 27.00 |
| 01-17-2019 | 6545 | 49.5 | $ 323,977.50 | 01-17-2019 | 6545 | | $ 50.00 | $ 327,250.00 | - | - | - | $ 23.89 | | -$ 3,272.50 | -$ 3,272.50 |
| 01-17-2019 | 94 | 49.3176 | $ 4,635.85 | 01-17-2019 | 94 | | $ 50.00 | $ 4,700.00 | - | - | - | $ 23.89 | | -$ 64.15 | -$ 64.15 |
| 01-17-2019 | 294 | 49.3095 | $ 14,496.99 | 01-17-2019 | 294 | | $ 50.01 | $ 14,701.47 | - | - | - | $ 23.89 | | -$ 204.48 | -$ 204.48 |
| 01-17-2019 | 5256 | 49.3095 | $ 259,170.73 | 01-17-2019 | 5256 | | $ 50.00 | $ 262,800.00 | - | - | - | $ 23.89 | | -$ 3,629.27 | -$ 3,629.27 |
| 01-17-2019 | 206 | 49.3076 | $ 10,157.37 | 01-17-2019 | 206 | | $ 50.01 | $ 10,301.03 | - | - | - | $ 23.89 | | -$ 143.66 | -$ 143.66 |
| 01-22-2019 | 10000 | 50.5 | $ 505,000.00 | 01-22-2019 | 10000 | | $ 50.70 | $ 507,000.00 | - | - | - | $ 23.89 | | -$ 2,000.00 | -$ 2,000.00 |
| 01-29-2019 | 12100 | 50.01 | $ 605,121.00 | 01-30-2019 | 12100 | | $ 50.50 | $ 611,050.00 | - | - | - | $ 23.89 | | -$ 5,929.00 | -$ 5,929.00 |
| 01-29-2019 | 100 | 50 | $ 5,000.00 | 01-30-2019 | 100 | | $ 50.50 | $ 5,050.00 | - | - | - | $ 23.89 | | -$ 50.00 | -$ 50.00 |
| 01-29-2019 | 800 | 49.99 | $ 39,992.00 | 01-30-2019 | 800 | | $ 50.50 | $ 40,400.00 | - | - | - | $ 23.89 | | -$ 408.00 | -$ 408.00 |
| 01-29-2019 | 490 | 49.75 | $ 24,377.50 | 01-30-2019 | 490 | | $ 50.50 | $ 24,745.00 | - | - | - | $ 23.89 | | -$ 367.50 | -$ 367.50 |
| 02-06-2019 | 1290 | 52.3 | $ 67,467.00 | 02-06-2019 | 1290 | | $ 52.55 | $ 67,789.50 | - | - | - | $ 23.89 | | -$ 322.50 | -$ 322.50 |
| 02-06-2019 | 6411 | 52.46 | $ 336,321.06 | 02-06-2019 | 6411 | | $ 52.55 | $ 336,898.05 | - | - | - | $ 23.89 | | -$ 576.99 | -$ 576.99 |
| 02-06-2019 | 690 | 52.45 | $ 36,190.50 | 02-06-2019 | 690 | | $ 52.55 | $ 36,259.50 | - | - | - | $ 23.89 | | -$ 69.00 | -$ 69.00 |
| 02-06-2019 | 200 | 52.44 | $ 10,488.00 | 02-06-2019 | 200 | | $ 52.55 | $ 10,510.00 | - | - | - | $ 23.89 | | -$ 22.00 | -$ 22.00 |
| 02-06-2019 | 1007 | 52.42 | $ 52,786.94 | 02-06-2019 | 1007 | | $ 52.55 | $ 52,917.85 | - | - | - | $ 23.89 | | -$ 130.91 | -$ 130.91 |
| 02-06-2019 | 200 | 52.41 | $ 10,482.00 | 02-06-2019 | 200 | | $ 52.55 | $ 10,510.00 | - | - | - | $ 23.89 | | -$ 28.00 | -$ 28.00 |
| 02-06-2019 | 700 | 52.4 | $ 36,680.00 | 02-06-2019 | 700 | | $ 52.55 | $ 36,785.00 | - | - | - | $ 23.89 | | -$ 105.00 | -$ 105.00 |
| 02-06-2019 | 200 | 52.37 | $ 10,474.00 | 02-06-2019 | 200 | | $ 52.55 | $ 10,510.00 | - | - | - | $ 23.89 | | -$ 36.00 | -$ 36.00 |
| 02-06-2019 | 702 | 52.36 | $ 36,756.72 | 02-06-2019 | 702 | | $ 52.55 | $ 36,890.10 | - | - | - | $ 23.89 | | -$ 133.38 | -$ 133.38 |
| 02-06-2019 | 200 | 52.35 | $ 10,470.00 | 02-06-2019 | 200 | | $ 52.55 | $ 10,510.00 | - | - | - | $ 23.89 | | -$ 40.00 | -$ 40.00 |
| 02-06-2019 | 200 | 52.348 | $ 10,469.60 | 02-06-2019 | 200 | | $ 52.55 | $ 10,510.00 | - | - | - | $ 23.89 | | -$ 40.40 | -$ 40.40 |
| 02-06-2019 | 200 | 52.34 | $ 10,468.00 | 02-06-2019 | 200 | | $ 52.55 | $ 10,510.00 | - | - | - | $ 23.89 | | -$ 42.00 | -$ 42.00 |
| 02-06-2019 | 60 | 51.9 | $ 3,114.00 | 02-06-2019 | 60 | | $ 52.28 | $ 3,136.80 | - | - | - | $ 23.89 | | -$ 22.80 | -$ 22.80 |
| 02-06-2019 | 300 | 51.9 | $ 15,570.00 | 02-06-2019 | 300 | | $ 52.27 | $ 15,681.00 | - | - | - | $ 23.89 | | -$ 111.00 | -$ 111.00 |
| 02-06-2019 | 100 | 51.9 | $ 5,190.00 | 02-06-2019 | 100 | | $ 52.26 | $ 5,226.00 | - | - | - | $ 23.89 | | -$ 36.00 | -$ 36.00 |
| 02-06-2019 | 789 | 51.9 | $ 40,949.10 | 02-06-2019 | 789 | | $ 52.25 | $ 41,225.25 | - | - | - | $ 23.89 | | -$ 276.15 | -$ 276.15 |
| 02-06-2019 | 811 | 51.9 | $ 42,090.90 | 02-06-2019 | 811 | | $ 52.24 | $ 42,366.64 | - | - | - | $ 23.89 | | -$ 275.74 | -$ 275.74 |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | | | | $ 23.89 | Loss | Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-06-2019 | 803 | 51.9 | $ 41,675.70 | 02-06-2019 | 803 | $ 52.25 | $ 41,940.69 | - | - | - | $ 23.89 | -$ 264.99 | -$ 264.99 |
| 02-06-2019 | 597 | 51.9 | $ 30,984.30 | 02-06-2019 | 597 | $ 52.22 | $ 31,175.34 | - | - | - | $ 23.89 | -$ 191.04 | -$ 191.04 |
| 02-06-2019 | 8540 | 51.9 | $ 443,226.00 | 02-06-2019 | 8540 | $ 52.21 | $ 445,873.40 | - | - | - | $ 23.89 | -$ 2,647.40 | -$ 2,647.40 |
| 02-06-2019 | 700 | 51.76 | $ 36,232.00 | 02-06-2019 | 700 | $ 52.29 | $ 36,603.00 | - | - | - | $ 23.89 | -$ 371.00 | -$ 371.00 |
| 02-06-2019 | 940 | 51.76 | $ 48,654.40 | 02-06-2019 | 940 | $ 52.28 | $ 49,143.20 | - | - | - | $ 23.89 | -$ 488.80 | -$ 488.80 |
| 02-20-2019 | 13600 | 53.8 | $ 731,680.00 | 02-22-2019 | 13600 | $ 53.98 | $ 734,128.00 | - | - | - | $ 23.89 | -$ 2,448.00 | -$ 2,448.00 |
| 02-20-2019 | 200 | 53.79 | $ 10,758.00 | 02-22-2019 | 200 | $ 53.98 | $ 10,796.00 | - | - | - | $ 23.89 | -$ 38.00 | -$ 38.00 |
| 02-20-2019 | 200 | 53.78 | $ 10,756.00 | 02-22-2019 | 200 | $ 53.98 | $ 10,796.00 | - | - | - | $ 23.89 | -$ 40.00 | -$ 40.00 |
| 02-22-2019 | 5633 | 53.3 | $ 300,238.90 | 02-25-2019 | 5633 | $ 53.50 | $ 301,365.50 | - | - | - | $ 23.89 | -$ 1,126.60 | -$ 1,126.60 |
| 02-22-2019 | 500 | 53.29 | $ 26,645.00 | 02-25-2019 | 500 | $ 53.50 | $ 26,750.00 | - | - | - | $ 23.89 | -$ 105.00 | -$ 105.00 |
| 02-22-2019 | 1867 | 53.28 | $ 99,473.76 | 02-25-2019 | 1867 | $ 53.50 | $ 99,884.50 | - | - | - | $ 23.89 | -$ 410.74 | -$ 410.74 |
| 02-25-2019 | 9300 | 53.35 | $ 496,155.00 | 02-25-2019 | 9300 | $ 53.50 | $ 497,550.00 | - | - | - | $ 23.89 | -$ 1,395.00 | -$ 1,395.00 |
| 02-25-2019 | 5200 | 53 | $ 275,600.00 | 03-04-2019 | 5200 | $ 32.55 | $ 169,260.00 | - | - | - | $ 23.89 | $ 106,340.00 | $ 106,340.00 |
| 02-25-2019 | 9700 | 52.01 | $ 504,497.00 | 03-04-2019 | 9700 | $ 32.55 | $ 315,735.00 | - | - | - | $ 23.89 | $ 188,762.00 | $ 188,762.00 |
| **Total:** | **152,375** | | **$7,523,190.97** | | **152,375** | | **$7,265,915.49** | | | | | **$257,275.48** | **$255,764.51** |

| SUMMARY OF FINANCIAL INTEREST - ALL FUNDS | |
|---|---|
| LIFO Loss Total | $343,888.23 |
| *DURA  LIFO* Total* | $326,534.71 |
| Gross Shares Purchased | 319,510.00 |
| Net Shares Retained | 0 |
| Net Funds Expended | $343,888.23 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

\* Disregarding losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.

| | |
|---|---|
| **Client Name** | City of Miami Fire Fighters' and Police Officers' Retirement Trust |
| **Company Name** | Nutanix, Inc. |
| **Ticker Symbol** | NTNX |
| **Security Type** | |
| **Class Period Start** | 11-30-2017 |
| **Class Period End** | 05-30-2019 |
| **90-DAY Lookback Period Start** | 05-31-2019 |
| **90-DAY Lookback Period End** | 08-28-2019 |
| **90-DAY Lookback Average** | $ 23.89 |
| **Pre Class Period Holdings** | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $192,447.19 |
| *DURA LIFO* Total* | $192,447.19 |
| **Gross Shares Purchased** | 13,100.00 |
| **Net Shares Retained** | 12,750.00 |
| **Net Funds Expended** | $497,512.10 |

**City of Miami Fire Fighters' and Police Officers' Retirement Trust**

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 10-02-2018 | 550 | 41.83 | $ 23,006.50 | | | | | | - | 550 | 550 | $ 23.89 | $ 13,139.41 | $ 9,867.09 | $ 9,867.09 |
| 10-02-2018 | 965 | 41.89 | $ 40,423.85 | | | | | | - | 965 | 965 | $ 23.89 | $ 23,053.70 | $ 17,370.15 | $ 17,370.15 |
| 10-03-2018 | 820 | 43.25 | $ 35,465.00 | | | | | | - | 820 | 820 | $ 23.89 | $ 19,589.67 | $ 15,875.33 | $ 15,875.33 |
| 10-04-2018 | 60 | 42.52 | $ 2,551.20 | | | | | | - | 60 | 60 | $ 23.89 | $ 1,433.39 | $ 1,117.81 | $ 1,117.81 |
| 10-04-2018 | 305 | 42.88 | $ 13,078.40 | | | | | | - | 305 | 305 | $ 23.89 | $ 7,286.40 | $ 5,792.00 | $ 5,792.00 |
| 10-10-2018 | 1450 | 39.17 | $ 56,796.50 | | | | | | - | 1450 | 1450 | $ 23.89 | $ 34,640.27 | $ 22,156.23 | $ 22,156.23 |
| 12-31-2018 | 350 | 42.23 | $ 14,780.50 | 1-15-201 | 350 | | $ 48.24 | $ 16,884.00 | - | - | - | $ 23.89 | | -$ 2,103.50 | -$ 2,103.50 |
| 12-31-2018 | 3350 | 42.23 | $ 141,470.50 | | | | | | - | 3350 | 3350 | $ 23.89 | $ 80,030.97 | $ 61,439.53 | $ 61,439.53 |
| 05-03-2019 | 2000 | 38.74 | $ 77,480.00 | | | | | | - | 2000 | 2000 | $ 23.89 | $ 47,779.68 | $ 29,700.32 | $ 29,700.32 |
| 05-29-2019 | 1885 | 33.43 | $ 63,015.55 | | | | | | - | 1885 | 1885 | $ 23.89 | $ 45,032.35 | $ 17,983.20 | $ 17,983.20 |
| 05-30-2019 | 35 | 33.94 | $ 1,187.90 | 7-25-2019 | | 35 | $ 26.27 | | $ 919.45 | 35 | - | $ 23.89 | | $ 268.45 | $ 268.45 |
| 05-30-2019 | 165 | 33.94 | $ 5,600.10 | 7-26-2019 | | 165 | $ 26.23 | | $ 4,327.95 | 165 | - | $ 23.89 | | $ 1,272.15 | $ 1,272.15 |
| 05-30-2019 | 1165 | 33.94 | $ 39,540.10 | | | | | | - | 1165 | 1165 | $ 23.89 | $ 27,831.67 | $ 11,708.43 | $ 11,708.43 |
| **Total:** | **13,100** | | **$ 514,396.10** | | **350** | **200** | | **$16,884.00** | **$5,247.40** | **12,750** | **12,550** | | **$ 299,817.51** | **$ 192,447.19** | **$ 192,447.19** |

Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.

| | **Nutanix Investor Group's Financial Interest** | | | | | |
|---|---|---|---|---|---|---|
| Member | Shares Purchased | Net Shares Purchased 2/28/2019 | Net Shares Purchased 5/30/2019 | Net Funds Expended on Common Stock | *Dura* LIFO Loss | LIFO Loss |
| Norton | 100,000 | 100,000.00 | 100,000 | $5,500,000 | $2,386,682 | $2,566,490 |
| Flores | 319,510 | 22,340.00 | 0 | $343,888 | $326,535 | $343,888 |
| Miami F&P | 13,100 | 7,500.00 | 12,750 | $497,512 | $192,447 | $197,447 |
| **Nutanix Investor Group** | **432,610** | **129,840.00** | **112,750** | **$6,341,400** | **$2,905,664** | **$3,102,825** |