Benjamin Heikali SBN 307466
Email: bheikali@faruqilaw.com
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885

Richard W. Gonnello (*pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
E-mail: rgonnello@faruqilaw.com

*Attorneys for Proposed Lead Plaintiff Frank H. May*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | Case No. 3:19-cv-01651-WHO<br><br>**DECLARATION OF RICHARD W. GONNELLO IN SUPPORT OF MOTION OF FRANK H. MAY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>**CLASS ACTION**<br><br>Judge:  Hon. William H. Orrick<br>Date:    April 28, 2021<br>Time:   2:00 p.m.<br>Courtroom:   2 – 17th Floor |

**DECLARATION OF RICHARD W. GONNELLO IN SUPPORT OF MOTION OF FRANK H. MAY**
**NO. 3:19-cv-01651-WHO**

I, Richard W. Gonnello, declare as follows:

1.  I am a member in good standing of the bar of the State of New York and have been admitted *pro hac vice* to practice before the bar of the Northern District of California.  I am a partner in the law firm of Faruqi & Faruqi, LLP.  I submit this declaration in support of the motion filed by Frank H. May ("May") for appointment as Lead Plaintiff and approval of May's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the putative Class.

2.  Attached as Exhibits A through C are true and correct copies of the following documents:

Exhibit A:    PSLRA Certification of May

Exhibit B:    Chart of May's Losses

Exhibit C:    Firm Resume of Faruqi & Faruqi, LLP

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of March, 2021 at New York, New York.

By: /s/ *Richard W. Gonnello*
Richard W. Gonnello

1

**DECLARATION OF RICHARD W. GONNELLO IN SUPPORT OF MOTION OF FRANK H. MAY**
**NO. 3:19-cv-01651-WHO**