# EXHIBIT A

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, Frank H. May, ("Movant"), declare, as to the claims asserted under the federal securities laws, that:

1.    Movant has reviewed a complaint filed against Nutanix, Inc. and adopts its allegations.

2.    Movant selects and retains Faruqi & Faruqi, LLP as counsel for purposes of prosecuting this action and claims against the defendants.

3.    Movant understands that, consistent with Movant's fiduciary duties, Movant will, among other things, monitor and supervise counsel, and obtain legal advice from counsel in order to make decisions in the best interest of the class.

4.    Movant did not purchase the security that is the subject of the complaint at the direction of Movant's counsel or in order to participate in any private action arising under the federal securities laws.

5.    Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

6.    Movant's transactions in Nutanix, Inc. securities that are the subject of the complaint during the class period specified in the complaint are set forth in the chart attached hereto.

7.    In the past three years, Movant has not sought to serve nor has served as a representative party on behalf of a class in an action filed under the federal securities laws, except as specified below:


8.    Movant will not accept any payment for serving as a representative party on behalf of a class beyond plaintiff's pro rata share of any recovery, unless ordered or approved by the Court pursuant to section 27(a)(4) of the Securities Act, 15 U.S.C. § 77z-1(a)(4), or section 21D(a)(4) of the Securities Exchange Act, 15 U.S.C. § 78u-4(a)(4). Movant further understands that this is not a claim form and that Movant's ability to share in any recovery as a member of the class is unaffected by Plaintiff's decision to serve as a representative party.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

Signed _____

| Transaction (Purchase or Sale) | Trade Date | Quantity | Price Per Share |
|---|---|---|---|
| Purchase | 03/23/2018 | 2,000 | $51.7660 |
| Sale | 04/12/2018 | (2,000) | $53.2000 |
| Purchase | 04/13/2018 | 1,000 | $52.7630 |
| Sale | 04/17/2018 | (1,000) | $55.5000 |
| Purchase | 04/24/2018 | 1,000 | $54.1162 |
| Purchase | 04/25/2018 | 500 | $51.1132 |
| Sale | 05/04/2018 | (500) | $54.0000 |
| Sale | 05/07/2018 | (1,000) | $55.8468 |
| Purchase | 05/14/2018 | 1,000 | $57.4500 |
| Purchase | 05/15/2018 | 500 | $56.3124 |
| Purchase | 05/25/2018 | 2,000 | $52.6736 |
| Purchase | 05/29/2018 | 500 | $51.6365 |
| Purchase | 07/24/2018 | 13 | $53.1300 |
| Purchase | 07/24/2018 | 200 | $53.1290 |
| Purchase | 07/24/2018 | 787 | $53.1070 |
| Purchase | 07/27/2018 | 2,000 | $51.3311 |
| Purchase | 08/20/2018 | 1,000 | $52.3770 |
| Sale | 08/21/2018 | (100) | $54.1883 |
| Sale | 08/21/2018 | (100) | $54.1923 |
| Sale | 08/21/2018 | (100) | $54.1942 |
| Sale | 08/21/2018 | (100) | $54.1880 |
| Sale | 08/21/2018 | (100) | $54.1891 |
| Sale | 08/21/2018 | (100) | $54.1907 |
| Sale | 08/21/2018 | (200) | $54.1800 |
| Sale | 08/21/2018 | (200) | $54.1701 |
| Purchase | 08/22/2018 | 1,000 | $53.7500 |
| Purchase | 09/05/2018 | 2,000 | $53.3479 |
| Purchase | 09/07/2018 | 500 | $52.1926 |
| Sale | 09/17/2018 | (100) | $46.9200 |
| Sale | 09/17/2018 | (400) | $47.3300 |
| Sale | 09/17/2018 | (1,161) | $47.3501 |
| Sale | 09/17/2018 | (4,439) | $47.3128 |
| Sale | 09/17/2018 | (7,900) | $46.8900 |
| Purchase | 09/18/2018 | 3,500 | $49.8291 |
| Purchase | 09/21/2018 | 1,000 | $46.8000 |
| Purchase | 09/25/2018 | 1,000 | $42.8000 |
| Purchase | 10/02/2018 | 1,000 | $42.0234 |
| Purchase | 10/04/2018 | 1,000 | $42.6138 |
| Purchase | 10/11/2018 | 500 | $38.9220 |
| Purchase | 11/08/2018 | 500 | $45.5384 |
| Purchase | 11/16/2018 | 500 | $42.4485 |
| Sale | 11/27/2018 | (500) | $41.6772 |
| Sale | 11/27/2018 | (1,000) | $41.2900 |
| Purchase | 11/28/2018 | 1,000 | $43.0000 |
| Purchase | 12/04/2018 | 500 | $42.6699 |

| Transaction (Purchase or Sale) | Trade Date | Quantity | Price Per Share |
|---|---|---|---|
| Sale | 12/20/2018 | (5,000) | $37.2583 |
| Purchase | 12/21/2018 | 2,000 | $37.2600 |
| Sale | 12/24/2018 | (10,000) | $36.0000 |
| Purchase | 12/27/2018 | 1,000 | $38.4000 |
| Purchase | 12/28/2018 | 1,000 | $39.2000 |
| Sale | 12/28/2018 | (1,000) | $39.6000 |
| Purchase | 01/02/2019 | 1,000 | $41.6000 |
| Purchase | 01/03/2019 | 1,000 | $40.6000 |
| Purchase | 01/03/2019 | 1,000 | $40.4720 |
| Purchase | 01/03/2019 | 1,000 | $41.0000 |
| Purchase | 01/08/2019 | 1,000 | $45.3000 |
| Purchase | 01/08/2019 | 1,000 | $45.5000 |
| Purchase | 01/08/2019 | 1,000 | $45.1000 |
| Sale | 01/08/2019 | (1,000) | $45.5000 |
| Purchase | 01/09/2019 | 1,000 | $45.3000 |
| Purchase | 01/09/2019 | 1,000 | $45.1000 |
| Purchase | 01/09/2019 | 1,000 | $45.1000 |
| Purchase | 01/09/2019 | 1,000 | $45.0623 |
| Sale | 01/09/2019 | (1,000) | $45.5734 |
| Sale | 01/09/2019 | (1,000) | $45.7500 |
| Sale | 01/09/2019 | (1,000) | $45.4000 |
| Sale | 01/09/2019 | (1,000) | $45.2500 |
| Purchase | 01/10/2019 | 1,000 | $44.5500 |
| Sale | 01/10/2019 | (1,000) | $45.2500 |
| Purchase | 01/11/2019 | 1,000 | $44.7000 |
| Purchase | 01/11/2019 | 100 | $44.9550 |
| Purchase | 01/11/2019 | 400 | $44.9610 |
| Purchase | 01/11/2019 | 500 | $44.9556 |
| Sale | 01/11/2019 | (1,000) | $45.4786 |
| Sale | 01/11/2019 | (1,000) | $45.1741 |
| Sale | 01/11/2019 | (1,000) | $44.9700 |
| Purchase | 01/14/2019 | 1,000 | $45.1000 |
| Purchase | 01/14/2019 | 1,000 | $45.2942 |
| Sale | 01/14/2019 | (1,000) | $45.4500 |
| Sale | 01/14/2019 | (1,000) | $45.5000 |
| Sale | 01/14/2019 | (1,000) | $46.1000 |
| Purchase | 01/16/2019 | 1,000 | $49.2000 |
| Purchase | 01/16/2019 | 1,000 | $48.5500 |
| Sale | 01/16/2019 | (1,000) | $48.9500 |
| Purchase | 01/17/2019 | 1,000 | $48.7500 |
| Sale | 01/17/2019 | (1,000) | $49.9000 |
| Sale | 01/17/2019 | (1,000) | $49.7717 |
| Purchase | 01/22/2019 | 1,000 | $50.7000 |
| Purchase | 01/22/2019 | 1,000 | $50.7000 |
| Purchase | 01/22/2019 | 1,000 | $50.4500 |
| Purchase | 01/22/2019 | 1,000 | $50.8917 |

| Transaction (Purchase or Sale) | Trade Date | Quantity | Price Per Share |
|---|---|---|---|
| Purchase | 01/22/2019 | 1,000 | $50.4000 |
| Purchase | 01/22/2019 | 1,000 | $50.3000 |
| Purchase | 01/22/2019 | 1,000 | $50.5000 |
| Sale | 01/22/2019 | (1,000) | $50.5860 |
| Sale | 01/22/2019 | (1,000) | $50.9311 |
| Sale | 01/22/2019 | (1,000) | $50.6145 |
| Sale | 01/22/2019 | (1,000) | $50.7500 |
| Purchase | 01/23/2019 | 1,000 | $50.7827 |
| Purchase | 01/23/2019 | 1,000 | $50.4000 |
| Purchase | 01/23/2019 | 1,000 | $50.1043 |
| Purchase | 01/23/2019 | 1,000 | $50.3000 |
| Sale | 01/23/2019 | (1,000) | $50.2006 |
| Sale | 01/24/2019 | (1,000) | $50.8500 |
| Sale | 01/24/2019 | (1,000) | $50.9500 |
| Sale | 01/24/2019 | (1,000) | $51.1500 |
| Sale | 01/24/2019 | (1,000) | $50.9491 |
| Sale | 01/24/2019 | (1,000) | $51.0272 |
| Sale | 01/24/2019 | (1,000) | $50.9531 |
| Purchase | 01/25/2019 | 1,000 | $51.6000 |
| Purchase | 01/25/2019 | 1,000 | $51.5000 |
| Purchase | 01/25/2019 | 1,000 | $51.4000 |
| Purchase | 01/25/2019 | 1,000 | $51.3370 |
| Purchase | 01/25/2019 | 1,000 | $51.2843 |
| Sale | 01/25/2019 | (1,000) | $51.5000 |
| Sale | 01/25/2019 | (1,000) | $51.4500 |
| Sale | 01/25/2019 | (1,000) | $51.7000 |
| Sale | 01/25/2019 | (1,000) | $51.8000 |
| Purchase | 01/28/2019 | 1,000 | $51.3000 |
| Purchase | 01/28/2019 | 1,000 | $51.3000 |
| Purchase | 01/28/2019 | 100 | $51.2950 |
| Purchase | 01/28/2019 | 206 | $51.3100 |
| Purchase | 01/28/2019 | 794 | $51.3000 |
| Purchase | 01/28/2019 | 900 | $51.2995 |
| Purchase | 01/28/2019 | 1,000 | $51.4900 |
| Purchase | 01/28/2019 | 1,000 | $51.2000 |
| Purchase | 01/28/2019 | 1,000 | $51.3200 |
| Purchase | 01/28/2019 | 1,000 | $51.2613 |
| Purchase | 01/28/2019 | 1,000 | $51.3191 |
| Purchase | 01/28/2019 | 1,000 | $51.3500 |
| Sale | 01/28/2019 | (1,000) | $51.4500 |
| Sale | 01/28/2019 | (1,000) | $51.5000 |
| Sale | 01/28/2019 | (1,000) | $51.5000 |
| Sale | 01/28/2019 | (1,000) | $51.6000 |
| Sale | 01/28/2019 | (1,000) | $51.5000 |
| Sale | 01/28/2019 | (1,000) | $51.4500 |
| Sale | 01/28/2019 | (2,000) | $52.0000 |

| Transaction (Purchase or Sale) | Trade Date | Quantity | Price Per Share |
|---|---|---|---|
| Purchase | 01/29/2019 | 79 | $49.9442 |
| Purchase | 01/29/2019 | 300 | $49.9385 |
| Purchase | 01/29/2019 | 300 | $49.3862 |
| Purchase | 01/29/2019 | 621 | $49.9485 |
| Purchase | 01/29/2019 | 700 | $49.3856 |
| Purchase | 01/29/2019 | 1,000 | $51.7800 |
| Purchase | 01/29/2019 | 1,000 | $51.0100 |
| Purchase | 01/30/2019 | 1,000 | $49.8395 |
| Sale | 01/30/2019 | (1,000) | $50.4504 |
| Sale | 01/30/2019 | (1,000) | $50.4106 |
| Sale | 01/30/2019 | (1,000) | $50.0000 |
| Purchase | 01/31/2019 | 1,000 | $50.3000 |
| Sale | 01/31/2019 | (1,000) | $51.1237 |
| Purchase | 02/01/2019 | 200 | $51.4286 |
| Purchase | 02/01/2019 | 200 | $51.4282 |
| Purchase | 02/01/2019 | 200 | $51.4075 |
| Purchase | 02/01/2019 | 200 | $51.4474 |
| Purchase | 02/01/2019 | 200 | $51.4500 |
| Purchase | 02/01/2019 | 1,000 | $51.4000 |
| Purchase | 02/01/2019 | 1,000 | $51.1972 |
| Sale | 02/01/2019 | (1,000) | $51.7000 |
| Sale | 02/01/2019 | (200) | $51.8500 |
| Sale | 02/01/2019 | (800) | $51.8655 |
| Sale | 02/01/2019 | (1,000) | $51.5317 |
| Sale | 02/01/2019 | (1,000) | $51.5274 |
| Sale | 02/01/2019 | (1,000) | $51.7500 |
| Sale | 02/01/2019 | (1,000) | $51.9500 |
| Sale | 02/04/2019 | (1,000) | $52.2000 |
| Sale | 02/04/2019 | (1,000) | $52.4000 |
| Purchase | 02/05/2019 | 1,000 | $52.8883 |
| Purchase | 02/06/2019 | 26 | $51.9800 |
| Purchase | 02/06/2019 | 100 | $51.8350 |
| Purchase | 02/06/2019 | 100 | $51.8390 |
| Purchase | 02/06/2019 | 200 | $51.9833 |
| Purchase | 02/06/2019 | 236 | $51.9500 |
| Purchase | 02/06/2019 | 300 | $51.8500 |
| Purchase | 02/06/2019 | 500 | $51.8599 |
| Purchase | 02/06/2019 | 538 | $51.9900 |
| Purchase | 02/06/2019 | 1,000 | $51.7914 |
| Purchase | 02/06/2019 | 1,000 | $52.4500 |
| Purchase | 02/06/2019 | 1,000 | $52.1500 |
| Purchase | 02/06/2019 | 1,000 | $52.2490 |
| Purchase | 02/06/2019 | 1,000 | $51.7540 |
| Purchase | 02/06/2019 | 1,000 | $51.7867 |
| Purchase | 02/06/2019 | 1,000 | $51.9250 |
| Purchase | 02/06/2019 | 1,000 | $51.7500 |

| Transaction (Purchase or Sale) | Trade Date | Quantity | Price Per Share |
|---|---|---|---|
| Sale | 02/06/2019 | (1,000) | $53.6000 |
| Sale | 02/06/2019 | (2,000) | $52.3451 |
| Purchase | 02/07/2019 | 1,000 | $51.8000 |
| Purchase | 02/07/2019 | 1,000 | $51.8495 |
| Purchase | 02/07/2019 | 1,000 | $51.9319 |
| Purchase | 02/07/2019 | 1,000 | $51.5000 |
| Purchase | 02/07/2019 | 1,000 | $51.9763 |
| Purchase | 02/07/2019 | 1,000 | $51.8000 |
| Purchase | 02/07/2019 | 1,000 | $51.7907 |
| Purchase | 02/07/2019 | 1,000 | $51.6818 |
| Purchase | 02/07/2019 | 1,000 | $51.5886 |
| Purchase | 02/07/2019 | 1,000 | $51.5822 |
| Purchase | 02/07/2019 | 1,000 | $51.3000 |
| Sale | 02/07/2019 | (1,000) | $51.9500 |
| Sale | 02/07/2019 | (1,000) | $52.0000 |
| Sale | 02/07/2019 | (1,000) | $52.1000 |
| Sale | 02/07/2019 | (1,000) | $52.1000 |
| Sale | 02/07/2019 | (1,000) | $51.6000 |
| Sale | 02/07/2019 | (1,000) | $51.8000 |
| Sale | 02/07/2019 | (700) | $51.9534 |
| Sale | 02/07/2019 | (1,000) | $52.0804 |
| Sale | 02/07/2019 | (1,000) | $52.2500 |
| Sale | 02/07/2019 | (1,300) | $51.9500 |
| Purchase | 02/08/2019 | 1,000 | $51.6331 |
| Purchase | 02/08/2019 | 1,500 | $51.8729 |
| Sale | 02/08/2019 | (1,000) | $52.1800 |
| Sale | 02/08/2019 | (200) | $52.3112 |
| Sale | 02/08/2019 | (1,000) | $52.1989 |
| Sale | 02/08/2019 | (1,300) | $52.2953 |
| Purchase | 02/11/2019 | 1,000 | $53.0000 |
| Purchase | 02/11/2019 | 1,000 | $52.9000 |
| Purchase | 02/11/2019 | 1,000 | $52.9000 |
| Purchase | 02/11/2019 | 1,000 | $52.8000 |
| Purchase | 02/11/2019 | 1,000 | $53.0000 |
| Purchase | 02/11/2019 | 1,000 | $52.8000 |
| Purchase | 02/11/2019 | 1,000 | $52.9500 |
| Sale | 02/11/2019 | (1,000) | $53.2000 |
| Sale | 02/11/2019 | (1,000) | $53.2500 |
| Sale | 02/11/2019 | (1,000) | $53.4000 |
| Sale | 02/11/2019 | (1,000) | $53.2000 |
| Sale | 02/11/2019 | (1,000) | $53.1778 |
| Sale | 02/12/2019 | (2,000) | $53.9000 |
| Purchase | 02/13/2019 | 1,000 | $53.7245 |
| Purchase | 02/13/2019 | 1,000 | $53.8000 |
| Purchase | 02/13/2019 | 1,000 | $53.9861 |
| Purchase | 02/13/2019 | 1,000 | $53.9350 |

| Transaction (Purchase or Sale) | Trade Date | Quantity | Price Per Share |
|---|---|---|---|
| Purchase | 02/13/2019 | 1,000 | $53.9539 |
| Purchase | 02/13/2019 | 1,000 | $53.8699 |
| Purchase | 02/13/2019 | 1,000 | $53.7640 |
| Purchase | 02/13/2019 | 1,000 | $53.7000 |
| Purchase | 02/13/2019 | 1,000 | $53.7690 |
| Sale | 02/13/2019 | (1,000) | $54.2500 |
| Sale | 02/13/2019 | (1,000) | $54.3000 |
| Sale | 02/13/2019 | (1,000) | $54.0000 |
| Sale | 02/13/2019 | (1,000) | $54.1000 |
| Sale | 02/13/2019 | (1,000) | $54.2000 |
| Purchase | 02/14/2019 | 1,000 | $53.8000 |
| Purchase | 02/14/2019 | 1,000 | $53.4000 |
| Purchase | 02/14/2019 | 1,000 | $53.7758 |
| Purchase | 02/14/2019 | 1,000 | $53.8000 |
| Sale | 02/14/2019 | (1,000) | $54.3500 |
| Sale | 02/14/2019 | (1,000) | $54.1000 |
| Sale | 02/14/2019 | (1,000) | $53.9017 |
| Sale | 02/14/2019 | (1,000) | $54.1000 |
| Purchase | 02/15/2019 | 1,000 | $53.7000 |
| Purchase | 02/15/2019 | 1,000 | $53.6000 |
| Purchase | 02/15/2019 | 1,000 | $53.5428 |
| Purchase | 02/15/2019 | 1,000 | $53.4278 |
| Purchase | 02/15/2019 | 1,000 | $53.2855 |
| Purchase | 02/15/2019 | 1,000 | $53.4600 |
| Sale | 02/15/2019 | (1,000) | $53.6601 |
| Sale | 02/15/2019 | (1,000) | $53.6040 |
| Sale | 02/15/2019 | (1,000) | $53.8000 |
| Sale | 02/19/2019 | (1,000) | $54.2500 |
| Sale | 02/19/2019 | (1,000) | $54.5000 |
| Purchase | 02/20/2019 | 1,000 | $54.0097 |
| Purchase | 02/20/2019 | 1,000 | $53.9590 |
| Purchase | 02/20/2019 | 1,000 | $53.8000 |
| Purchase | 02/20/2019 | 1,000 | $53.6000 |
| Purchase | 02/20/2019 | 1,000 | $53.3000 |
| Purchase | 02/20/2019 | 1,000 | $53.2348 |
| Sale | 02/20/2019 | (236) | $53.3053 |
| Sale | 02/20/2019 | (446) | $53.3253 |
| Sale | 02/20/2019 | (1,318) | $53.3153 |
| Purchase | 02/21/2019 | 1,000 | $53.0880 |
| Purchase | 02/21/2019 | 1,500 | $53.0000 |
| Purchase | 02/22/2019 | 2,000 | $53.3231 |
| Purchase | 02/25/2019 | 1,000 | $52.6000 |
| Purchase | 02/25/2019 | 1,000 | $52.4827 |
| Purchase | 02/25/2019 | 1,000 | $52.0680 |
| Sale | 02/28/2019 | (753) | $50.1267 |
| Sale | 02/28/2019 | (943) | $50.1467 |

| Transaction (Purchase or Sale) | Trade Date | Quantity | Price Per Share |
|---|---|---|---|
| Sale | 02/28/2019 | (1,000) | $50.0600 |
| Sale | 02/28/2019 | (1,000) | $50.0900 |
| Sale | 02/28/2019 | (1,304) | $50.1367 |
| Purchase | 03/01/2019 | 3 | $34.7100 |
| Purchase | 03/01/2019 | 500 | $34.3497 |
| Purchase | 03/01/2019 | 500 | $34.3500 |
| Purchase | 03/01/2019 | 997 | $34.7200 |
| Purchase | 03/01/2019 | 1,000 | $34.3221 |
| Purchase | 03/01/2019 | 1,000 | $34.6400 |
| Purchase | 03/01/2019 | 1,000 | $34.6300 |
| Purchase | 03/01/2019 | 1,000 | $34.5159 |
| Purchase | 03/01/2019 | 1,000 | $34.4165 |
| Purchase | 03/01/2019 | 1,000 | $34.7001 |
| Purchase | 03/01/2019 | 1,000 | $34.5321 |
| Sale | 03/01/2019 | (1,000) | $34.9500 |
| Sale | 03/01/2019 | (1,000) | $34.5000 |
| Sale | 03/01/2019 | (1,000) | $34.7500 |
| Sale | 03/01/2019 | (1,000) | $34.8500 |
| Sale | 03/01/2019 | (1,400) | $33.0900 |
| Sale | 03/01/2019 | (4,000) | $33.6488 |
| Sale | 03/01/2019 | (8,600) | $33.0800 |
| Sale | 03/01/2019 | (1,000) | $34.6500 |
| Purchase | 03/04/2019 | 1,000 | $33.0846 |
| Purchase | 03/04/2019 | 1,000 | $33.5500 |
| Purchase | 03/04/2019 | 1,000 | $33.2232 |
| Purchase | 03/04/2019 | 1,000 | $33.8452 |
| Purchase | 03/04/2019 | 5,000 | $33.8243 |
| Sale | 03/04/2019 | (1,000) | $33.2000 |
| Sale | 03/04/2019 | (1,000) | $33.6500 |
| Sale | 03/04/2019 | (1,000) | $33.2000 |
| Sale | 03/04/2019 | (110) | $33.7200 |
| Sale | 03/04/2019 | (300) | $33.7600 |
| Sale | 03/04/2019 | (630) | $34.0100 |
| Sale | 03/04/2019 | (800) | $33.7400 |
| Sale | 03/04/2019 | (950) | $34.0200 |
| Sale | 03/04/2019 | (1,095) | $34.0450 |
| Sale | 03/04/2019 | (1,200) | $34.0410 |
| Sale | 03/04/2019 | (2,533) | $33.7410 |
| Sale | 03/04/2019 | (5,440) | $34.0000 |
| Sale | 03/04/2019 | (10,000) | $34.2000 |
| Sale | 03/04/2019 | (10,685) | $34.0400 |
| Sale | 03/04/2019 | (28,257) | $33.7000 |
| Purchase | 03/05/2019 | 1,000 | $33.9062 |
| Sale | 03/05/2019 | (2,000) | $33.8600 |
| Purchase | 03/06/2019 | 2,000 | $33.6572 |
| Purchase | 03/06/2019 | 2,000 | $33.4400 |

| Transaction (Purchase or Sale) | Trade Date | Quantity | Price Per Share |
|---|---|---|---|
| Sale | 03/06/2019 | (2,000) | $33.7400 |
| Sale | 03/06/2019 | (2,000) | $33.8500 |
| Purchase | 03/07/2019 | 30 | $34.4743 |
| Purchase | 03/07/2019 | 100 | $35.0885 |
| Purchase | 03/07/2019 | 170 | $34.4843 |
| Purchase | 03/07/2019 | 200 | $34.5900 |
| Purchase | 03/07/2019 | 200 | $35.7000 |
| Purchase | 03/07/2019 | 212 | $35.4800 |
| Purchase | 03/07/2019 | 400 | $35.1200 |
| Purchase | 03/07/2019 | 400 | $34.4825 |
| Purchase | 03/07/2019 | 700 | $35.6200 |
| Purchase | 03/07/2019 | 788 | $35.4700 |
| Purchase | 03/07/2019 | 902 | $35.0330 |
| Purchase | 03/07/2019 | 1,000 | $34.8500 |
| Purchase | 03/07/2019 | 1,000 | $35.4871 |
| Purchase | 03/07/2019 | 1,000 | $35.2362 |
| Purchase | 03/07/2019 | 1,000 | $35.6584 |
| Purchase | 03/07/2019 | 1,000 | $36.0679 |
| Purchase | 03/07/2019 | 1,000 | $36.1044 |
| Purchase | 03/07/2019 | 1,000 | $36.0400 |
| Purchase | 03/07/2019 | 1,300 | $35.6099 |
| Purchase | 03/07/2019 | 1,400 | $34.4851 |
| Purchase | 03/07/2019 | 1,755 | $35.0700 |
| Purchase | 03/07/2019 | 1,900 | $35.0899 |
| Purchase | 03/07/2019 | 2,000 | $34.5253 |
| Purchase | 03/07/2019 | 2,000 | $34.6646 |
| Purchase | 03/07/2019 | 2,000 | $34.9452 |
| Purchase | 03/07/2019 | 2,000 | $35.9999 |
| Purchase | 03/07/2019 | 2,500 | $35.1499 |
| Purchase | 03/07/2019 | 3,000 | $34.3544 |
| Purchase | 03/07/2019 | 3,395 | $35.0800 |
| Purchase | 03/07/2019 | 4,098 | $35.0385 |
| Purchase | 03/07/2019 | 7,355 | $34.6000 |
| Purchase | 03/07/2019 | 9,600 | $35.1300 |
| Purchase | 03/07/2019 | 9,850 | $35.0900 |
| Purchase | 03/07/2019 | 10,000 | $35.0000 |
| Purchase | 03/07/2019 | 10,000 | $35.1000 |
| Purchase | 03/07/2019 | 12,445 | $34.6100 |
| Purchase | 03/07/2019 | 1,000 | $34.1000 |
| Sale | 03/07/2019 | (2,000) | $35.7000 |
| Sale | 03/07/2019 | (100) | $35.0000 |
| Sale | 03/07/2019 | (170) | $35.0500 |
| Sale | 03/07/2019 | (200) | $34.9207 |
| Sale | 03/07/2019 | (201) | $34.9000 |
| Sale | 03/07/2019 | (300) | $34.9201 |
| Sale | 03/07/2019 | (300) | $35.0700 |

| Transaction (Purchase or Sale) | Trade Date | Quantity | Price Per Share |
|---|---|---|---|
| Sale | 03/07/2019 | (300) | $35.0601 |
| Sale | 03/07/2019 | (400) | $34.9801 |
| Sale | 03/07/2019 | (400) | $35.4850 |
| Sale | 03/07/2019 | (500) | $34.9250 |
| Sale | 03/07/2019 | (500) | $35.0400 |
| Sale | 03/07/2019 | (600) | $35.4832 |
| Sale | 03/07/2019 | (1,000) | $34.3000 |
| Sale | 03/07/2019 | (1,000) | $34.9561 |
| Sale | 03/07/2019 | (1,000) | $35.3500 |
| Sale | 03/07/2019 | (1,000) | $35.5800 |
| Sale | 03/07/2019 | (1,000) | $35.8000 |
| Sale | 03/07/2019 | (1,000) | $36.2000 |
| Sale | 03/07/2019 | (1,000) | $35.1560 |
| Sale | 03/07/2019 | (1,100) | $34.9100 |
| Sale | 03/07/2019 | (1,730) | $35.0300 |
| Sale | 03/07/2019 | (2,000) | $34.5000 |
| Sale | 03/07/2019 | (2,699) | $34.8900 |
| Sale | 03/07/2019 | (3,939) | $35.0500 |
| Sale | 03/07/2019 | (4,400) | $35.0600 |
| Sale | 03/07/2019 | (5,000) | $35.0039 |
| Sale | 03/07/2019 | (17,718) | $35.2000 |
| Sale | 03/07/2019 | (21,661) | $35.0400 |
| Sale | 03/07/2019 | (2,000) | $34.8600 |
| Purchase | 03/08/2019 | 200 | $34.4900 |
| Purchase | 03/08/2019 | 1,000 | $34.7100 |
| Purchase | 03/08/2019 | 1,000 | $34.7100 |
| Purchase | 03/08/2019 | 1,000 | $34.9000 |
| Purchase | 03/08/2019 | 1,000 | $34.7100 |
| Purchase | 03/08/2019 | 2,000 | $34.8480 |
| Purchase | 03/08/2019 | 2,000 | $34.7673 |
| Purchase | 03/08/2019 | 3,000 | $34.9721 |
| Purchase | 03/08/2019 | 5,800 | $34.5100 |
| Purchase | 03/08/2019 | 1,000 | $34.8000 |
| Purchase | 03/08/2019 | 1,000 | $34.7600 |
| Sale | 03/08/2019 | (2,000) | $34.9000 |
| Sale | 03/08/2019 | (2,000) | $34.8900 |
| Sale | 03/08/2019 | (300) | $34.4310 |
| Sale | 03/08/2019 | (1,000) | $34.7861 |
| Sale | 03/08/2019 | (5,700) | $34.4351 |
| Sale | 03/08/2019 | (1,000) | $34.7800 |
| Sale | 03/08/2019 | (1,000) | $34.8900 |
| Sale | 03/11/2019 | (3) | $36.1501 |
| Sale | 03/11/2019 | (100) | $35.9050 |
| Sale | 03/11/2019 | (200) | $35.9500 |
| Sale | 03/11/2019 | (200) | $35.9650 |
| Sale | 03/11/2019 | (300) | $35.9600 |

| Transaction (Purchase or Sale) | Trade Date | Quantity | Price Per Share |
|---|---|---|---|
| Sale | 03/11/2019 | (314) | $35.9200 |
| Sale | 03/11/2019 | (414) | $35.9100 |
| Sale | 03/11/2019 | (500) | $36.1500 |
| Sale | 03/11/2019 | (786) | $35.9400 |
| Sale | 03/11/2019 | (1,100) | $35.9000 |
| Sale | 03/11/2019 | (1,214) | $35.9300 |
| Sale | 03/11/2019 | (5,000) | $36.4000 |
| Sale | 03/11/2019 | (10,000) | $36.0000 |
| Sale | 03/11/2019 | (11,172) | $35.8900 |
| Sale | 03/11/2019 | (3,000) | $36.6000 |
| Purchase | 03/12/2019 | 455 | $37.2800 |
| Purchase | 03/12/2019 | 745 | $37.2599 |
| Purchase | 03/12/2019 | 1,000 | $37.2700 |
| Purchase | 03/12/2019 | 2,800 | $37.2900 |
| Purchase | 03/12/2019 | 5,000 | $37.2240 |
| Purchase | 03/12/2019 | 5,000 | $35.4300 |
| Purchase | 03/12/2019 | 10,000 | $35.5500 |
| Purchase | 03/12/2019 | 10,000 | $35.4500 |
| Purchase | 03/12/2019 | 10,000 | $35.3500 |
| Sale | 03/12/2019 | (200) | $36.7400 |
| Sale | 03/12/2019 | (900) | $36.6900 |
| Sale | 03/12/2019 | (950) | $36.7000 |
| Sale | 03/12/2019 | (1,300) | $36.6800 |
| Sale | 03/12/2019 | (1,325) | $36.7450 |
| Sale | 03/12/2019 | (1,600) | $36.6700 |
| Sale | 03/12/2019 | (1,700) | $36.7100 |
| Sale | 03/12/2019 | (1,900) | $36.7200 |
| Sale | 03/12/2019 | (5,000) | $37.2700 |
| Sale | 03/12/2019 | (5,000) | $37.2863 |
| Sale | 03/12/2019 | (5,000) | $35.9400 |
| Sale | 03/12/2019 | (5,000) | $36.2400 |
| Sale | 03/12/2019 | (10,125) | $36.6600 |
| Sale | 03/12/2019 | (5,000) | $35.9300 |
| Purchase | 03/13/2019 | 25 | $38.3100 |
| Purchase | 03/13/2019 | 193 | $38.7800 |
| Purchase | 03/13/2019 | 200 | $38.5400 |
| Purchase | 03/13/2019 | 470 | $38.3200 |
| Purchase | 03/13/2019 | 500 | $38.3900 |
| Purchase | 03/13/2019 | 500 | $38.3700 |
| Purchase | 03/13/2019 | 600 | $38.3500 |
| Purchase | 03/13/2019 | 600 | $38.7700 |
| Purchase | 03/13/2019 | 800 | $38.3300 |
| Purchase | 03/13/2019 | 1,100 | $38.3600 |
| Purchase | 03/13/2019 | 2,163 | $38.5300 |
| Purchase | 03/13/2019 | 2,300 | $38.3800 |
| Purchase | 03/13/2019 | 2,529 | $38.5500 |

| Transaction (Purchase or Sale) | Trade Date | Quantity | Price Per Share |
|---|---|---|---|
| Purchase | 03/13/2019 | 3,705 | $38.4000 |
| Purchase | 03/13/2019 | 5,108 | $38.5600 |
| Purchase | 03/13/2019 | 9,207 | $38.7900 |
| Sale | 03/13/2019 | (10,000) | $38.7800 |
| Sale | 03/13/2019 | (10,000) | $38.6000 |
| Sale | 03/13/2019 | (10,000) | $38.5000 |
| Purchase | 03/14/2019 | 2,000 | $38.2300 |
| Purchase | 03/14/2019 | 3,000 | $38.0000 |
| Purchase | 03/14/2019 | 5,000 | $37.9500 |
| Purchase | 03/14/2019 | 1 | $38.4482 |
| Purchase | 03/14/2019 | 4 | $38.4500 |
| Purchase | 03/14/2019 | 100 | $38.2650 |
| Purchase | 03/14/2019 | 100 | $38.2850 |
| Purchase | 03/14/2019 | 180 | $38.3600 |
| Purchase | 03/14/2019 | 300 | $38.4599 |
| Purchase | 03/14/2019 | 300 | $37.9100 |
| Purchase | 03/14/2019 | 502 | $38.3700 |
| Purchase | 03/14/2019 | 700 | $37.8899 |
| Purchase | 03/14/2019 | 937 | $38.3500 |
| Purchase | 03/14/2019 | 1,314 | $38.2900 |
| Purchase | 03/14/2019 | 1,393 | $38.4000 |
| Purchase | 03/14/2019 | 1,400 | $38.3900 |
| Purchase | 03/14/2019 | 1,700 | $38.2600 |
| Purchase | 03/14/2019 | 2,000 | $37.8890 |
| Purchase | 03/14/2019 | 2,000 | $37.9000 |
| Purchase | 03/14/2019 | 2,100 | $38.2700 |
| Purchase | 03/14/2019 | 2,416 | $38.2500 |
| Purchase | 03/14/2019 | 3,300 | $38.2800 |
| Purchase | 03/14/2019 | 4,695 | $38.4683 |
| Purchase | 03/14/2019 | 5,588 | $38.3800 |
| Purchase | 03/14/2019 | 13,970 | $38.3000 |
| Purchase | 03/14/2019 | 27,500 | $38.0100 |
| Sale | 03/14/2019 | (100) | $38.0910 |
| Sale | 03/14/2019 | (100) | $38.0503 |
| Sale | 03/14/2019 | (700) | $38.0300 |
| Sale | 03/14/2019 | (900) | $38.0500 |
| Sale | 03/14/2019 | (1,200) | $38.0400 |
| Sale | 03/14/2019 | (1,200) | $38.0100 |
| Sale | 03/14/2019 | (1,250) | $38.0600 |
| Sale | 03/14/2019 | (1,316) | $38.0900 |
| Sale | 03/14/2019 | (1,543) | $38.0800 |
| Sale | 03/14/2019 | (2,350) | $38.0700 |
| Sale | 03/14/2019 | (2,500) | $38.0950 |
| Sale | 03/14/2019 | (2,770) | $38.0500 |
| Sale | 03/14/2019 | (2,807) | $38.0200 |
| Sale | 03/14/2019 | (8,171) | $38.0400 |

| Transaction (Purchase or Sale) | Trade Date | Quantity | Price Per Share |
|---|---|---|---|
| Sale | 03/14/2019 | (13,093) | $38.0000 |
| Purchase | 03/15/2019 | 200 | $38.3950 |
| Purchase | 03/15/2019 | 275 | $38.3900 |
| Purchase | 03/15/2019 | 853 | $38.3800 |
| Purchase | 03/15/2019 | 2,000 | $38.4000 |
| Purchase | 03/15/2019 | 8,672 | $38.4000 |
| Sale | 03/15/2019 | (5,000) | $38.6500 |
| Sale | 03/15/2019 | (5,000) | $38.7231 |
| Sale | 03/15/2019 | (5,000) | $38.7867 |
| Purchase | 03/18/2019 | 535 | $38.0500 |
| Purchase | 03/18/2019 | 4,000 | $38.2000 |
| Purchase | 03/18/2019 | 1,000 | $38.0467 |
| Purchase | 03/18/2019 | 1,000 | $38.0585 |
| Purchase | 03/18/2019 | 1,000 | $38.2786 |
| Purchase | 03/18/2019 | 2,000 | $38.3000 |
| Sale | 03/18/2019 | (535) | $38.6132 |
| Sale | 03/18/2019 | (2,000) | $38.6500 |
| Sale | 03/18/2019 | (5,000) | $38.7500 |
| Sale | 03/18/2019 | (2,000) | $38.1000 |
| Purchase | 03/19/2019 | 2,000 | $38.2221 |
| Purchase | 03/19/2019 | 2,000 | $38.3233 |
| Sale | 03/19/2019 | (2,000) | $38.4000 |
| Sale | 03/19/2019 | (9,600) | $38.7500 |
| Sale | 03/19/2019 | (2,000) | $38.4500 |
| Purchase | 03/20/2019 | 7,000 | $38.6000 |
| Purchase | 03/22/2019 | 50 | $41.8790 |
| Purchase | 03/22/2019 | 200 | $41.8650 |
| Purchase | 03/22/2019 | 750 | $41.8799 |
| Purchase | 03/22/2019 | 2,000 | $42.0100 |
| Purchase | 03/27/2019 | 1,000 | $39.5000 |
| Sale | 03/27/2019 | (120) | $37.7200 |
| Sale | 03/27/2019 | (200) | $37.7400 |
| Sale | 03/27/2019 | (209) | $37.7500 |
| Sale | 03/27/2019 | (275) | $37.6900 |
| Sale | 03/27/2019 | (360) | $37.6800 |
| Sale | 03/27/2019 | (900) | $37.6700 |
| Sale | 03/27/2019 | (920) | $37.7600 |
| Sale | 03/27/2019 | (1,100) | $37.6600 |
| Sale | 03/27/2019 | (1,365) | $37.7300 |
| Sale | 03/27/2019 | (1,810) | $37.7100 |
| Sale | 03/27/2019 | (1,811) | $37.6500 |
| Sale | 03/27/2019 | (3,647) | $37.7000 |
| Sale | 03/27/2019 | (27,283) | $37.6400 |
| Purchase | 04/02/2019 | 22,500 | $37.5000 |
| Purchase | 04/03/2019 | 3,000 | $37.3194 |
| Sale | 04/03/2019 | (3,000) | $37.4500 |

| Transaction (Purchase or Sale) | Trade Date | Quantity | Price Per Share |
|---|---|---|---|
| Purchase | 04/04/2019 | 2,000 | $37.2100 |
| Sale | 04/08/2019 | (2,000) | $37.8000 |
| Sale | 04/08/2019 | (2,000) | $37.4000 |
| Purchase | 04/09/2019 | 2,000 | $37.5000 |
| Sale | 04/16/2019 | (400) | $41.0100 |
| Sale | 04/16/2019 | (23,100) | $41.0000 |
| Purchase | 04/22/2019 | 140 | $43.4400 |
| Purchase | 04/22/2019 | 200 | $43.4000 |
| Purchase | 04/22/2019 | 240 | $43.4500 |
| Purchase | 04/22/2019 | 368 | $43.4800 |
| Purchase | 04/22/2019 | 923 | $43.4300 |
| Purchase | 04/22/2019 | 1,158 | $43.4100 |
| Purchase | 04/22/2019 | 1,491 | $43.4600 |
| Purchase | 04/22/2019 | 12,980 | $43.4700 |
| Purchase | 05/02/2019 | 2,000 | $42.8000 |
| Purchase | 05/02/2019 | 1,000 | $41.1918 |
| Purchase | 05/03/2019 | 1,000 | $40.0000 |
| Purchase | 05/09/2019 | 1,000 | $37.0000 |
| Sale | 05/15/2019 | (1,000) | $38.3483 |
| Purchase | 05/17/2019 | 1,000 | $38.4300 |
| Purchase | 05/20/2019 | 500 | $38.0000 |
| Sale | 05/21/2019 | (500) | $38.7500 |
| Purchase | 05/22/2019 | 500 | $38.0000 |
| Purchase | 05/22/2019 | 500 | $37.5000 |
| Sale | 05/28/2019 | (200) | $33.9538 |
| Sale | 05/28/2019 | (2,800) | $33.9540 |
| Sale | 05/30/2019 | (20,579) | $27.0000 |