**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE NUTANIX, INC. SECURITIES
LITIGATION

Case No. 3:19-cv-01651-WHO

**[PROPOSED] ORDER GRANTING**
**MOTION OF FRANK H. MAY FOR**
**APPOINTMENT AS LEAD PLAINTIFF**
**AND APPROVAL OF LEAD COUNSEL**

<u>**CLASS ACTION**</u>

Judge:  Hon. William H. Orrick
Date:    April 28, 2021
Time:   2:00 p.m.
Courtroom:  2 – 17th Floor

---

**[PROPOSED] ORDER GRANTING MOTION OF FRANK H. MAY FOR APPOINTMENT AS LEAD**
**PLAINTIFF AND APPROVAL OF LEAD COUNSEL    NO. 3:19-cv-01651-WHO**

WHEREAS, the above-captioned putative class action under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") was filed in the Northern District of California; and

WHEREAS, Frank H. May ("May") filed a timely motion to be appointed Lead Plaintiff; and

WHEREAS, May has the largest financial interest in the relief sought by the Class and otherwise satisfies the requirements of Section 21 of the Exchange Act and Rule 23 of the Federal Rules of Civil Procedure; and

WHEREAS, in accordance with Section 21(a)(3)(B)(v) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(v), May seeks approval of his selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class.

AND NOW THIS ____ day of _____ 2021, the Court having considered the motion of May For Appointment as Lead Plaintiff and Approval of Lead Counsel and all supporting documents, it is hereby ORDERED as follows:

**LEAD PLAINTIFF**

1.    The motion of May to serve as Lead Plaintiff in the Action is GRANTED.  Pursuant to Section 21 of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), May is appointed as Lead Plaintiff for the putative Class.

**LEAD COUNSEL**

2.    The motion of May for approval of his counsel as Lead Counsel is GRANTED. Pursuant to Section 21 of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(v), Faruqi & Faruqi, LLP is approved to serve the Lead Plaintiff and the Class as Lead Counsel.

IT IS SO ORDERED.

DATED:  _____

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE