UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re NUTANIX, INC. SECURITIES LITIGATION | Case No. 3:19-cv-01651-WHO |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] ORDER GRANTING CALIFORNIA IRONWORKERS FIELD PENSION TRUST'S MOTION FOR |
| ALL ACTIONS. | APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

4816-4523-7474.v1

Having considered California Ironworkers Field Pension Trust's (the "Pension Trust") Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED.

2. The Pension Trust is appointed Lead Plaintiff of the consolidated action pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

3. The Pension Trust's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is hereby approved, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). Robbins Geller shall assume the responsibilities and duties of Lead Counsel enumerated in §II.7-10 of the Court's July 10, 2019 Order Consolidating Cases and Appointing Lead Plaintiff (ECF No. 87), namely:

7. Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Lead Counsel shall designate:

a. to coordinate the briefing and argument of any and all motions;

b. to coordinate the conduct of any and all discovery proceedings;

c. to coordinate the examination of any and all witnesses in depositions;

d. to coordinate the selection of counsel to act as spokesperson at all pretrial conferences;

e. to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

f. to coordinate all settlement negotiations with counsel for defendants;

g. to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and to delegate work responsibilities to selected counsel as may be required;

h. to coordinate the preparation and filings of all pleadings; and

i. to supervise all other matters concerning the prosecution or resolution of the claims asserted in the Action.

8. No motion, discovery request, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of the Lead Counsel.

9. Service upon any plaintiff of all pleadings, motions, or other papers in the Action, except those specifically addressed to a plaintiff other than Lead Plaintiff, shall be completed upon service of Lead Counsel.

[PROPOSED] ORDER GRANTING CALIFORNIA IRONWORKERS FIELD PENSION TRUST'S MOTION FOR APPT AS LEAD PLTF & APPROVAL OF LEAD PLTF'S SELECTION OF LEAD COUNSEL - 3:19-cv-01651-WHO                                              - 1 -
4816-4523-7474.v1

10. Lead Counsel shall be the contact between plaintiffs' counsel and defendants' counsel, as well as the spokespersons for all plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel. Lead Counsel shall be the contact between the Court and plaintiffs and their counsel.

IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING CALIFORNIA IRONWORKERS FIELD PENSION TRUST'S
MOTION FOR APPT AS LEAD PLTF & APPROVAL OF LEAD PLTF'S SELECTION OF LEAD
COUNSEL - 3:19-cv-01651-WHO                                                          - 2 -
4816-4523-7474.v1