# EXHIBIT B

Movant's Purchases and Losses     Class Period: 03/01/2018 - 05/30/2019     Nutanix

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **California Ironworkers Field Pension Trust** | 10/02/2018 | 1,800 | $41.83 | $75,299.94 | 07/25/2019 | 820 | $26.27 | $21,542.06 | |
| | 10/02/2018 | 3,170 | $41.89 | $132,799.23 | 07/26/2019 | 3,980 | $26.23 | $104,381.47 | |
| | 10/03/2018 | 2,680 | $43.25 | $115,905.18 | held | 37,000 | $23.89 | $883,924.13 | |
| | 10/04/2018 | 700 | $42.52 | $29,761.34 | | | | | |
| | 10/04/2018 | 4,140 | $42.88 | $177,531.89 | | | | | |
| | 10/05/2018 | 4,610 | $42.53 | $196,055.46 | | | | | |
| | 10/16/2018 | 60 | $41.91 | $2,514.30 | | | | | |
| | 10/16/2018 | 1,075 | $42.08 | $45,231.06 | | | | | |
| | 10/17/2018 | 160 | $41.94 | $6,710.40 | | | | | |
| | 10/17/2018 | 940 | $42.00 | $39,482.54 | | | | | |
| | 10/18/2018 | 465 | $41.97 | $19,517.31 | | | | | |
| | 10/23/2018 | 1,800 | $38.56 | $69,401.52 | | | | | |
| | 10/29/2018 | 1,720 | $37.28 | $64,123.66 | | | | | |
| | 10/30/2018 | 280 | $38.42 | $10,758.05 | | | | | |
| | 12/11/2018 | 1,470 | $44.84 | $65,916.71 | | | | | |
| | 12/12/2018 | 430 | $45.42 | $19,532.19 | | | | | |
| | 01/08/2019 | 375 | $45.29 | $16,985.55 | | | | | |
| | 01/09/2019 | 555 | $45.24 | $25,105.81 | | | | | |
| | 01/14/2019 | 110 | $46.01 | $5,060.55 | | | | | |
| | 01/14/2019 | 1,755 | $45.84 | $80,456.04 | | | | | |
| | 01/15/2019 | 310 | $47.90 | $14,848.29 | | | | | |
| | 01/16/2019 | 275 | $48.92 | $13,452.12 | | | | | |
| | 02/25/2019 | 620 | $51.37 | $31,848.16 | | | | | |
| | 03/26/2019 | 595 | $40.38 | $24,027.35 | | | | | |
| | 03/27/2019 | 4,575 | $37.36 | $170,932.98 | | | | | |
| | 03/28/2019 | 1,530 | $36.80 | $56,297.73 | | | | | |
| | 04/04/2019 | 2,100 | $36.98 | $77,652.54 | | | | | |
| | 04/12/2019 | 1,500 | $40.69 | $61,036.95 | | | | | |
| | 05/29/2019 | 1,160 | $33.43 | $38,782.74 | | | | | |
| | 05/30/2019 | 840 | $33.94 | $28,511.03 | | | | | |
| **Movant's Total** | | **41,800** | | **$1,715,538.61** | | **41,800** | | **$1,009,847.65** | **($705,690.95)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $23.89 as of August 28, 2019 for common stock.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

Prices listed are rounded to two decimal places.