**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
Kristina M. Mentone (admitted *pro hac vice*)
Gregory M. Potrepka (admitted *pro hac vice*)
Andrew W. Rocco (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: kmentone@zlk.com
Email: gpotrepka@zlk.com
Email: arocco@zlk.com

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 291-2420
Email: aapton@zlk.com
Email: amccall@zlk.com

*Proposed Lead Counsel the Class*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | ) Case No.: 3:19-cv-01651-WHO )<br>) Hon. William H. Orrick )<br>)<br>)<br>) **JOINT DECLARATION IN FURTHER**<br>) **SUPPORT OF MOTION FOR**<br>) **APPOINTMENT AS LEAD PLAINTIFF**<br>) |

We, Jose Flores ("Flores"), the City of Miami Fire Fighters' and Police Officers' Retirement Trust ("Miami F&P"), and John P. Norton ("Norton"), on behalf of the Norton Family Living Trust UAD 11/15/2002 (altogether the "Nutanix Investor Group"), pursuant to 28 U.S.C. § 1746, declare as follows:

1.     We respectfully submit this Joint Declaration in further support of our March 22, 2021 motion, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for appointment

- 1 -

as lead plaintiff and approval of our selection of Levi & Korsinsky, LLP ("Levi & Korsinsky") as lead counsel in the above captioned securities class action, with Wolf Popper LLP ("Wolf Popper") to serve as additional counsel for Mr. Flores and the Class. ECF 177-78.

2.    We, as the Nutanix Investor Group, seek to be appointed lead plaintiff in this securities class action to represent the proposed Class alleged in the Second Amended Complaint consisting of all persons or entities that purchased or otherwise acquired Nutanix, Inc. ("Nutanix") securities between November 30, 2017 and May 30, 2019, inclusive (the "Class Period") pursuing remedies under the Securities Exchange Act of 1934 (the "Class"). We understand that the Court's Order Regarding Motion to Dismiss dated September 11, 2020, effectively dismissed claims on behalf of class members who purchased Nutanix securities prior to March 1, 2018. However, to the extent that those claims are no longer extant in this Action, those Class members still maintain appeal rights and their financial interests will be considered in further proceedings, including settlement negotiations.

3.    Each of us has personal knowledge about the information in this Joint Declaration relating to ourselves.

4.    Since the filing of our Lead Plaintiff motion on March 22, 2021, we have remained informed about the status of the Action and the progression of the lead plaintiff motions via phone and email communications with attorneys at Levi & Korsinsky and Wolf Popper.

5.    On March 30, 2021, we met with our counsel Levi & Korsinsky and Wolf Popper via video teleconference to discuss, among other things, the competing motions for appointment as lead plaintiff and approval of counsel that were filed on March 22, 2021.

6.    On that telephone call, we discussed and re-affirmed our intention and desire to work together as a cohesive group, serve as the lead plaintiff in this securities class action, and prosecute this action with the goal of obtaining the greatest possible recovery for the proposed class.

7.    We remain committed to litigating this Action and to recover the damages we and the entire class of Nutanix investors suffered.

JOINT DECLARATION IN FURTHER SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

Pursuant to 28 U.S.C. § 1746, I, Jose Flores, declare under penalty of perjury that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed this date:   4-5-21

Name

JOINT DECLARATION

Pursuant to 28 U.S.C. § 1746, I, Dania L. Orta, on behalf of Miami F&P, declare under penalty of perjury that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed this date:   April 5, 2021

Dania L. Orta

JOINT DECLARATION IN FURTHER SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

Pursuant to 28 U.S.C. § 1746, I, and John P. Norton ("Norton"), on behalf of the Norton Family Living Trust UAD 11/15/2002, declare under penalty of perjury that the foregoing statements relating to myself are true and correct to the best of my knowledge.


Executed this date: __April 5, 2021____


_____

John P. Norton

JOINT DECLARATION IN FURTHER SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF