**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Telephone:     (858) 997-0860
Facsimile:     (858) 369-0096

*Counsel for Proposed Lead Plaintiff City of
Birmingham Retirement and Relief System
and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | No. 3:19-cv-01651-WHO<br><br>CLASS ACTION<br><br>**DECLARATION OF DAVID R. KAPLAN IN SUPPORT OF CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM'S OPPOSITION TO THE COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF**<br><br>DATE: April 28, 2021<br>TIME: 2:00 p.m.<br>COURTROOM: 2 – 17th Floor<br>JUDGE: William H. Orrick |

I, David R. Kaplan, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1.     I am an attorney and Director with the law firm of Saxena White P.A. and a member in good standing of the Bar of the State of California and the Bar of the Northern District of California. I represent proposed Lead Plaintiff, City of Birmingham Retirement and Relief System ("Birmingham") in the above-captioned matter. I submit this Declaration in support Birmingham's opposition to the competing motions for appointment as Lead Plaintiff.

2.     Attached as Exhibit A is a true and correct copy of Bloomberg Terminal screenshot displaying the daily trading range of the market price of Nutanix common stock between October 2, 2018 and October 19, 2018.

3.     Attached as Exhibit B is a chart comparing the prices paid by the Norton Family Living Trust UAD 11/15/2002 for its asserted purchases of Nutanix common stock between October 2, 2018 and October 19, 2018, to the market prices for Nutanix common stock during the same period.

Dated: April 5, 2021

Respectfully submitted,

*/s/ David R. Kaplan*

DECLARATION OF DAVID R. KAPLAN ISO BIRMINGHAM'S
OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS
CASE NO. 3:19-CV-01651-WHO

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 5, 2021, I was authorized to electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ David R. Kaplan*