# Exhibit A



Copyright 2021 Bloomberg Finance L.P.