# Exhibit B

## *Norton Family Living Trust UAD 11/15/2002*

*Asserted Transactions in Nutanix Common Stock Between October 2, 2018 and October 19, 2018*

| Date of Transaction | Transaction Type | Quantity | Price per Security | | % Trade Price Above Intraday High | | Intraday High | Intraday Low |
|---|---|---|---|---|---|---|---|---|
| 10/2/2018 | P | 44,300 | $55.00 | | 26.2% | | $43.58 | $41.70 |
| 10/4/2018 | P | 2,500 | $55.00 | | 24.2% | | $44.30 | $42.10 |
| 10/8/2018 | P | 3,900 | $55.00 | | 28.6% | | $42.76 | $38.88 |
| 10/10/2018 | P | 1,400 | $55.00 | | 36.7% | | $40.24 | $38.73 |
| 10/12/2018 | P | 2,800 | $55.00 | | 32.5% | | $41.52 | $39.75 |
| 10/19/2018 | P | 45,100 | $55.00 | | 33.5% | | $41.21 | $37.44 |
| | | **100,000** | | | | | | |