**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
Kristina M. Mentone (admitted *pro hac vice*)
Gregory M. Potrepka (admitted *pro hac vice*)
Andrew W. Rocco (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: kmentone@zlk.com
Email: gpotrepka@zlk.com
Email: arocco@zlk.com

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 291-2420
Email: aapton@zlk.com
Email: amccall@zlk.com

*Proposed Lead Counsel the Class*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | ) Case No.: 3:19-cv-01651-WHO<br>)<br>) Hon. William H. Orrick<br>)<br>)<br>) **JOHN P. NORTON'S SUPPLEMENTAL**<br>) **DECLARATION IN FURTHER SUPPORT**<br>) **OF MOTION FOR APPOINTMENT AS**<br>) **LEAD PLAINTIFF** |

I, John P. Norton, on behalf of the Norton Family Living Trust UAD 11/15/2002, a member of the Nutanix Investor Group, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I respectfully submit this Supplemental Declaration in further support of the Nutanix Investor Group's March 22, 2021 motion in the above-captioned securities class action ("Action") for appointment as the lead plaintiff, the approval of the Nutanix Investor Group's selection of Levi

- 1 -

& Korsinsky, LLP as lead counsel for the class with Wolf Popper LLP to serve as additional counsel for Jose Flores and the class.

2.     In March 2021, I contacted Levi & Korsinsky in response to their advertisement concerning the reopening of the lead plaintiff process in the Action. I contacted Levi & Korsinsky to inquire about how I may participate in the Action and to evaluate the qualifications of the firm.

3.     When seeking lead counsel to represent myself and the class, I considered other firms aside from Levi & Korsinsky. When evaluating Levi & Korsinsky, I considered its efforts and successes to date in the Action and their extensive experience and track record with complex securities class action litigation. Ultimately, I concluded that Levi & Korsinsky would be the best firm to represent my interests and the interests of the class because of its significant knowledge of the Action, its successful litigation of the Action to date, and the expected benefits to the class from the efficiency and continuity it would provide to the Action.

4.     I understood that I could have filed a motion with the Court seeking only my appointment as the lead plaintiff in the Action. I further understood that had I sought appointment as the sole lead plaintiff given my significant losses that the Court may have appointed me as the lead plaintiff to represent the interests of the class. I, however, believed and continue to believe that the class would benefit the collective appointment of the Nutanix Investor Group given each members' unique attributes and the benefits they would bestow upon the class.

5.     In particular, I chose to seek appointment with City of Miami Fire Fighters' and Police Officers' Retirement Trust ("Miami F&P") as part of a small group of investors because I believed and continue to believe that Miami F&P's appointment as a co-lead plaintiff would provide significant and material benefits on the class. It is my understanding that Miami F&P has vigorously represented the class as a plaintiff in the Action since becoming a named plaintiff in the Action in September 2019. It is also my understanding that Miami F&P is a sophisticated institutional investor with experience in successfully overseeing similar complex securities class action litigations. I believe that Miami F&P's appointment as a co-lead plaintiff would benefit the class by providing continuity and efficiency to the litigation through its past experience and knowledge of the Action and the added

JOHN P. NORTON'S SUPPLEMENTAL DECLARATION IN FURTHER SUPPORT OF MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF

sophistication and perspective that a seasoned institutional investor with experience in securities class actions would provide.

6.      I chose to seek appointment with Mr. Jose Flores as part of a small group of investors because I believed and continue to believe that Mr. Flores' education and industry experience as a software engineer would benefit the class given the business and industry in which Nutanix operates. Further, I believe that the class would benefit from Mr. Flores' commitment to this Action as demonstrated by him having sought appointment as the lead plaintiff in May 2019 and staying informed about the Action for approximately two years. In summary, I believe that Mr. Flores' education, industry experience, and demonstrated commitment to this Action would confer additional benefits upon the class.

7.      Even though I believe that the appointment of the Nutanix Investor Group as the lead plaintiff would be in the best interests of the class, I understand that Court may elect to consider us individually and appoint one of us as the sole lead plaintiff. In the event that the Court selects me to serve as the sole lead plaintiff, I am ready, willing, and able to discharge the fiduciary duties of the lead plaintiff by, amongst other things: vigorously representing the interests of the class; conferring with and overseeing counsel; attending court proceedings, depositions, settlement mediations, trial, and any other hearings as necessary; and seeking the best possible recovery of the class.

8.      There is nothing to my current knowledge that would prevent me from fully discharging my duty as the sole lead plaintiff if the Court believes that my appointment as the sole lead plaintiff is in the best interests of the class. If appointed as the sole lead plaintiff, I am committed to satisfying my fiduciary obligations to the class and will make decisions concerning the Action that I believe are in best interests of the class.

9.      Furthermore, in the event that I am appointed as the sole lead plaintiff, I intend to keep Miami F&P active in the litigation not only through their role as a class member and named plaintiff, but also by proposing that it serve as a class representative as part of any forthcoming motion for class certification. For the reasons set forth above, I believe the class would benefit from Miami F&P serving as a class representative.  Similarly, I also intend to include Mr. Flores as a proposed class

- 3 -

representative. Again, I believe that the continued involvement of both Miami F&P and Mr. Flores in this Action will confer a benefit to the class.

10.    I remain committed to litigating this Action individually and as part of the Nutanix Investor Group. If appointed as a co-lead plaintiff or as the sole lead plaintiff, I am committed to obtaining the best possible outcome for the class.

Pursuant to 28 U.S.C. § 1746, I, John P. Norton ("Norton"), on behalf of the Norton Family Living Trust UAD 11/15/2002, declare under penalty of perjury that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed this 12th day of April 2021.

By: _____

John P. Norton, individually and on behalf of the Norton Family Living Trust UAD 11/15/2002

- 4 -