ROBBINS GELLER RUDMAN
 & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
         – and –
DANIELLE S. MYERS (259916)
TRICIA L. McCORMICK (199239)
MICHAEL ALBERT (301120)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
tmccormick@rgrdlaw.com
malbert@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re NUTANIX, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:19-cv-01651-WHO <u>CLASS ACTION</u> DECLARATION OF MICHAEL ALBERT IN SUPPORT OF CALIFORNIA IRONWORKERS FIELD PENSION TRUST'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS LEAD PLAINTIFF MOTION |
| This Document Relates To: ALL ACTIONS. | |

DATE:        Wednesday, April 28, 2021
TIME:        2:00 P.M.
CTRM:        2, 17th Floor
JUDGE:       Hon. William H. Orrick

4842-8630-7557.v1

I, MICHAEL ALBERT, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am associated with the law firm Robbins Geller Rudman & Dowd LLP, counsel of record for California Ironworkers Field Pension Trust, and proposed lead counsel for the class.  I make this declaration in support of the Pension Trust's Reply Memorandum of Law in Further Support of Its Lead Plaintiff Motion.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit 1:    *Sawicki v. Stitch Fix, Inc.*, No. 3:18-cv-06208-JD, Second Joint Declaration of the Stitch Fix Investor Group in Support of Its Motion for: (1) Consolidation of Related Actions; (2) Appointment as Lead Plaintiff; and (3) Approval of Lead Counsel (N.D. Cal. December 24, 2018); and

Exhibit 2:    *Tan v. NIO Inc.*, No. 1:19-cv-01424-NGG-VMS, Second Joint Declaration of the Nio Investor Group in Support of Its Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel (E.D.N.Y. May 28, 2019).

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 12th day of April, 2021.

s/ Michael Albert
_____
MICHAEL ALBERT

DECL OF MICHAEL ALBERT IN SUPPORT OF CALIFORNIA IRONWORKERS FIELD PENSION TRUST'S REPLY MEMO OF LAW IN FURTHER SUPPORT OF ITS LEAD PLAINTIFF MOTION - 3:19-cv-01651-WHO                                                                                                - 1 -
4842-8630-7557.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 12, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Michael Albert
MICHAEL ALBERT

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  malbert@rgrdlaw.com

4842-8630-7557.v1

## Mailing Information for a Case 3:19-cv-01651-WHO Scheller v. Nutanix, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com,MAlbert@ecf.courtdrive.com

- **Laura G. Amadon**
  lamadon@wsgr.com,vshreve@wsgr.com

- **Adam Marc Apton**
  aapton@zlk.com,Files@zlk.com

- **Stephanie A. Bartone**
  sbartone@zlk.com,files@zlk.com,shalliday@zlk.com

- **David Bricker**
  dbricker@tenlaw.com

- **Robert C. Finkel**
  RFinkel@wolfpopper.com,cdunleavy@wolfpopper.com

- **Richard W. Gonnello**
  rgonnello@faruqilaw.com,ecf@faruqilaw.com,dbehnke@faruqilaw.com

- **Benjamin Heikali**
  Bheikali@faruqilaw.com,ealdo@faruqilaw.com,rglezakos@faruqilaw.com,ecf@faruqilaw.com,tpeter@faruqilaw.com

- **Shannon L Hopkins**
  shopkins@zlk.com,mkeating@zlk.com,shalliday@zlk.com,ecf@zlk.com

- **John T. Jasnoch**
  jjasnoch@scott-scott.com,scott-scott@ecf.courtdrive.com,efile@scott-scott.com

- **David Reuven Lev Kaplan**
  dkaplan@saxenawhite.com,e-file@saxenawhite.com,lmix@saxenawhite.com

- **Nancy A. Kulesa**
  nkulesa@bfalaw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermantabacco.com,sfservice@bermantabacco.com

- **Katherine M. Lenahan**
  klenahan@faruqilaw.com

- **Nina F. Locker**
  nlocker@wsgr.com,lkoontz@wsgr.com,calendar@wsgr.com

- **Adam Christopher McCall**
  amccall@zlk.com

- **Francis P. McConville**
  fmcconville@labaton.com,HChang@labaton.com,lpina@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Kristina M Mentone**
  kmentone@zlk.com,files@zlk.com,shalliday@zlk.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Gregory Mark Nespole**
  gnespole@zlk.com,ecf@zlk.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,egoodman@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,jalieberman@pomlaw.com,tcrockett@poml

- **Aidan Chowning Poppler**
  cpoppler@bermantabacco.com,sfservice@bermantabacco.com

- **Lesley F. Portnoy**
  LPortnoy@glancylaw.com,info@glancylaw.com,clinehan@glancylaw.com,lesley-portnoy-3007@ecf.pacerpro.com,charles-linehan-8383@ecf.pacerpro.com

- **Gregory M Potrepka**
  gpotrepka@zlk.com,files@zlk.com,shalliday@zlk.com

- **Andrew W. Rocco**
  arocco@zlk.com,files@zlk.com,shalliday@zlk.com

- **Joshua Wolf Ruthizer**
  jruthizer@wolfpopper.com,cdunleavy@wolfpopper.com

- **Ignacio Evaristo Salceda**
  isalceda@wsgr.com,rlustan@wsgr.com

- **Shane Palmesano Sanders**
  ssanders@robbinsllp.com,notice@robbinsllp.com

- **Evan L Seite**
  eseite@wsgr.com,vhernandez@wsgr.com

- **James Matthew Wagstaffe**
  wagstaffe@wvbrlaw.com,johnson@wvbrlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)