# EXHIBIT 1

# Exhibit B

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| GREG SAWICKI, on behalf of himself and all others similarly situated, | Case No. 3:18-cv-06208-JD |
| Plaintiff, | **CLASS ACTION** |
| vs. | **SECOND JOINT DECLARATION OF THE STITCH FIX INVESTOR GROUP IN SUPPORT OF ITS MOTION FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL** |
| STITCH FIX, INC., KATRINA LAKE, PAUL YEE, and MIKE C. SMITH, | |
| Defendants. | |

Date:        January 17, 2019
Time:        10:00 a.m.
Courtroom:   11, 9th Floor
Judge:       Hon. James Donato

---

**This document also relates to:**

STEVEN WEISMANN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

STITCH FIX, INC., KATRINA LAKE, PAUL YEE, and MIKE C. SMITH,

Defendants.

Case No.  4:18-cv-06565-HSG

[*Caption continues on next page.*]

Case No. 3:18-cv-06208-JD

SECOND JOINT DECLARATION OF THE STITCH FIX INVESTOR GROUP IN SUPPORT OF
ITS MOTION FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS
LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL

**This document also relates to:**

FREDERIC SAN GIORGI, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

     vs.

STITCH FIX, INC., KATRINA LAKE, PAUL YEE, and MIKE C. SMITH,

        Defendants.

Case No. 3:18-cv-06965-JD

**This document also relates to:**

RONALD G. BISHOP, SR. Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

STITCH FIX, INC., KATRINA LAKE, PAUL YEE, and MIKE C. SMITH,

Defendants.

Case No. 3:18-cv-07427-JD

Case No. 3:18-cv-06208-JD

SECOND JOINT DECLARATION OF THE STITCH FIX INVESTOR GROUP IN SUPPORT OF ITS MOTION FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL

The Stitch Fix Investor Group declares as follow:

1.     We, Paul Phillips, Jeffrey Burke, and Dennis Slater, respectfully submit this Second Joint Declaration in support of our Motion for Appointment as Lead Plaintiff.

2.     On December 11, 2018, we received an update from counsel via email, as to the status of our motion. Jeffrey Burke requested, and the rest of us agreed, that we should participate in a call to further discuss our motion, the motions filed by competing movants, and the court's schedule moving forward.

3.     On December 18, 2018, we all participated in a call with each other and with counsel from Levi & Korsinsky. We understand that we have the highest collective loss of any other movant and that Paul Phillips claims the highest loss of any individual investor. Based on this, we feel we have the most to gain from the lawsuit and should be appointed as lead plaintiff.

4.     We also discussed that we, unlike other movants, have trades in both common stock and options. We understand that oppositions to motions are due on December 24, 2018, and that replies are due on December 31, 2018. We requested drafts of the briefs in advance to review and propose any edits we may have.

5.     We also discussed attorney fees and came to an agreement with Levi & Korsinsky. We also understand that ultimately any attorney fee award will have to be approved by the court.

6.     Finally, we are aware of and discussed the letter sent by counsel for opposing movant Ronald G. Bishop.

7.     We remain committed to litigating this action and to recover the damages we and the entire Class of Stitch Fix, Inc. investors suffered.

SECOND JOINT DECLARATION OF THE STITCH FIX INVESTOR GROUP IN SUPPORT OF ITS MOTION FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements related to myself are true and correct.

Executed December 22, 2018.

*Paul D. Phillips*

Paul Phillips

SECOND JOINT DECLARATION OF THE STITCH FIX INVESTOR GROUP IN SUPPORT OF ITS MOTION FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements related to myself are true and correct.

Executed December 21, 2018.

Jeffrey M. Burke

SECOND JOINT DECLARATION OF THE STITCH FIX INVESTOR GROUP IN SUPPORT OF ITS MOTION FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements related to myself are true and correct.

Executed December 21, 2018.

Dennis J. Slater

SECOND JOINT DECLARATION OF THE STITCH FIX INVESTOR GROUP IN SUPPORT OF ITS MOTION FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL