# EXHIBIT A



| Losses in: | Nutanix, Inc. |
| 90-Day Price: | $23.8898 as of 8/28/2019 |
| Class Period: | 3/1/2018 - 5/30/2019 |
| Investor: | Frank May |

| | OPEN TRANSACTIONS | | | | | | CLOSE TRANSACTIONS | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction | Security | Date | Quantity | Price | Total | Remainder | Transaction | Security | Date | Quantity | Price | Total | Matched Loss |
| *Opening Balance* | *Common Stock* | 03/01/2018 | *55,000* | | | | | | | | | | |
| Purchase | Common Stock | 03/23/2018 | 2,000 | $51.7660 | $103,532.0000 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 04/12/2018 | (2,000) | $53.2000 | ($106,400.0000) | ($2,868.0000) |
| Purchase | Common Stock | 04/13/2018 | 1,000 | $52.7630 | $52,763.0000 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 04/17/2018 | (1,000) | $55.5000 | ($55,500.0000) | ($2,737.0000) |
| Purchase | Common Stock | 04/24/2018 | 1,000 | $54.1162 | $54,116.2000 | | | | | | | | |
| Purchase | Common Stock | 04/25/2018 | 500 | $51.1132 | $25,556.6000 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 05/04/2018 | (500) | $54.0000 | ($27,000.0000) | |
| | | | | | | | Sale | Common Stock | 05/07/2018 | (1,000) | $55.8468 | ($55,846.8000) | ($3,174.0000) |
| Purchase | Common Stock | 05/14/2018 | 1,000 | $57.4500 | $57,450.0000 | | | | | | | | |
| Purchase | Common Stock | 05/15/2018 | 500 | $56.3124 | $28,156.2000 | | | | | | | | |
| Purchase | Common Stock | 05/25/2018 | 2,000 | $52.6736 | $105,347.2000 | | | | | | | | |
| Purchase | Common Stock | 05/29/2018 | 500 | $51.6365 | $25,818.2500 | | | | | | | | |
| Purchase | Common Stock | 07/24/2018 | 13 | $53.1300 | $690.6900 | | | | | | | | |
| Purchase | Common Stock | 07/24/2018 | 200 | $53.1290 | $10,625.8000 | | | | | | | | |
| Purchase | Common Stock | 07/24/2018 | 787 | $53.1070 | $41,795.2090 | | | | | | | | |
| Purchase | Common Stock | 07/27/2018 | 2,000 | $51.3311 | $102,662.2000 | | | | | | | | |
| Purchase | Common Stock | 08/20/2018 | 1,000 | $52.3770 | $52,377.0000 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 08/21/2018 | (100) | $54.1883 | ($5,418.8300) | |
| | | | | | | | Sale | Common Stock | 08/21/2018 | (100) | $54.1923 | ($5,419.2300) | |
| | | | | | | | Sale | Common Stock | 08/21/2018 | (100) | $54.1942 | ($5,419.4200) | |
| | | | | | | | Sale | Common Stock | 08/21/2018 | (100) | $54.1880 | ($5,418.8000) | |
| | | | | | | | Sale | Common Stock | 08/21/2018 | (100) | $54.1891 | ($5,418.9100) | |
| | | | | | | | Sale | Common Stock | 08/21/2018 | (100) | $54.1907 | ($5,419.0700) | |
| | | | | | | | Sale | Common Stock | 08/21/2018 | (200) | $54.1800 | ($10,836.0000) | |
| | | | | | | | Sale | Common Stock | 08/21/2018 | (200) | $54.1701 | ($10,834.0200) | ($1,807.2800) |
| Purchase | Common Stock | 08/22/2018 | 1,000 | $53.7500 | $53,750.0000 | | | | | | | | |
| Purchase | Common Stock | 09/05/2018 | 2,000 | $53.3479 | $106,695.8000 | | | | | | | | |
| Purchase | Common Stock | 09/07/2018 | 500 | $52.1926 | $26,096.3000 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 09/17/2018 | (100) | $46.9200 | ($4,692.0000) | |
| | | | | | | | Sale | Common Stock | 09/17/2018 | (400) | $47.3300 | ($18,932.0000) | |
| | | | | | | | Sale | Common Stock | 09/17/2018 | (1,161) | $47.3501 | ($54,973.4661) | |
| | | | | | | | Sale | Common Stock | 09/17/2018 | (4,439) | $47.3128 | ($210,021.5192) | |
| | | | | | | *(3,500)* | Sale | Common Stock | 09/17/2018 | (7,900) | $46.8900 | ($370,431.0000) | $64,152.6637 |
| Purchase | Common Stock | 09/18/2018 | 3,500 | $49.8291 | $174,401.8500 | | | | | | | | |
| Purchase | Common Stock | 09/21/2018 | 1,000 | $46.8000 | $46,800.0000 | 500 | | | | | | | |
| Purchase | Common Stock | 09/25/2018 | 1,000 | $42.8000 | $42,800.0000 | | | | | | | | |
| Purchase | Common Stock | 10/02/2018 | 1,000 | $42.0234 | $42,023.4000 | | | | | | | | |
| Purchase | Common Stock | 10/04/2018 | 1,000 | $42.6138 | $42,613.8000 | | | | | | | | |
| Purchase | Common Stock | 10/11/2018 | 500 | $38.9220 | $19,461.0000 | | | | | | | | |
| Purchase | Common Stock | 11/08/2018 | 500 | $45.5384 | $22,769.2000 | | | | | | | | |
| Purchase | Common Stock | 11/16/2018 | 500 | $42.4485 | $21,224.2500 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 11/27/2018 | (500) | $41.6772 | ($20,838.6000) | |

| Transaction | Security | Date | Shares | Price | Amount |
|---|---|---|---|---|---|
| Purchase | Common Stock | 11/28/2018 | 1,000 | $43.0000 | $43,000.0000 |
| Purchase | Common Stock | 12/04/2018 | 500 | $42.6699 | $21,334.9500 |
| Purchase | Common Stock | 12/21/2018 | 2,000 | $37.2600 | $74,520.0000 |
| Purchase | Common Stock | 12/27/2018 | 1,000 | $38.4000 | $38,400.0000 |
| Purchase | Common Stock | 12/28/2018 | 1,000 | $39.2000 | $39,200.0000 |
| Purchase | Common Stock | 01/02/2019 | 1,000 | $41.6000 | $41,600.0000 |
| Purchase | Common Stock | 01/03/2019 | 1,000 | $40.6000 | $40,600.0000 |
| Purchase | Common Stock | 01/03/2019 | 1,000 | $40.4720 | $40,472.0000 |
| Purchase | Common Stock | 01/03/2019 | 1,000 | $41.0000 | $41,000.0000 |
| Purchase | Common Stock | 01/08/2019 | 1,000 | $45.3000 | $45,300.0000 |
| Purchase | Common Stock | 01/08/2019 | 1,000 | $45.5000 | $45,500.0000 |
| Purchase | Common Stock | 01/08/2019 | 1,000 | $45.1000 | $45,100.0000 |
| Purchase | Common Stock | 01/09/2019 | 1,000 | $45.3000 | $45,300.0000 |
| Purchase | Common Stock | 01/09/2019 | 1,000 | $45.1000 | $45,100.0000 |
| Purchase | Common Stock | 01/09/2019 | 1,000 | $45.1000 | $45,100.0000 |
| Purchase | Common Stock | 01/09/2019 | 1,000 | $45.0623 | $45,062.3000 |
| Purchase | Common Stock | 01/10/2019 | 1,000 | $44.5500 | $44,550.0000 |
| Purchase | Common Stock | 01/11/2019 | 1,000 | $44.7000 | $44,700.0000 |
| Purchase | Common Stock | 01/11/2019 | 100 | $44.9550 | $4,495.5000 |
| Purchase | Common Stock | 01/11/2019 | 400 | $44.9610 | $17,984.4000 |
| Purchase | Common Stock | 01/11/2019 | 500 | $44.9556 | $22,477.8000 |
| Purchase | Common Stock | 01/14/2019 | 1,000 | $45.1000 | $45,100.0000 |
| Purchase | Common Stock | 01/14/2019 | 1,000 | $45.2942 | $45,294.2000 |
| Purchase | Common Stock | 01/16/2019 | 1,000 | $49.2000 | $49,200.0000 |
| Purchase | Common Stock | 01/16/2019 | 1,000 | $48.5500 | $48,550.0000 |
| Purchase | Common Stock | 01/17/2019 | 1,000 | $48.7500 | $48,750.0000 |
| Purchase | Common Stock | 01/22/2019 | 1,000 | $50.7000 | $50,700.0000 |
| Purchase | Common Stock | 01/22/2019 | 1,000 | $50.7000 | $50,700.0000 |
| Purchase | Common Stock | 01/22/2019 | 1,000 | $50.4500 | $50,450.0000 |
| Purchase | Common Stock | 01/22/2019 | 1,000 | $50.8917 | $50,891.7000 |
| Purchase | Common Stock | 01/22/2019 | 1,000 | $50.4000 | $50,400.0000 |
| Purchase | Common Stock | 01/22/2019 | 1,000 | $50.3000 | $50,300.0000 |
| Purchase | Common Stock | 01/22/2019 | 1,000 | $50.5000 | $50,500.0000 |

*(4,000)*

| Transaction | Security | Date | Shares | Price | Amount | Total |
|---|---|---|---|---|---|---|
| Sale | Common Stock | 11/27/2018 | (1,000) | $41.2900 | ($41,290.0000) | $1,325.8500 |
| Sale | Common Stock | 12/20/2018 | (5,000) | $37.2583 | ($186,291.5000) | $28,880.6500 |
| Sale | Common Stock | 12/24/2018 | (10,000) | $36.0000 | ($360,000.0000) | $56,321.8500 |
| Sale | Common Stock | 12/28/2018 | (1,000) | $39.6000 | ($39,600.0000) | ($400.0000) |
| Sale | Common Stock | 01/08/2019 | (1,000) | $45.5000 | ($45,500.0000) | ($400.0000) |
| Sale | Common Stock | 01/09/2019 | (1,000) | $45.5734 | ($45,573.4000) | |
| Sale | Common Stock | 01/09/2019 | (1,000) | $45.7500 | ($45,750.0000) | |
| Sale | Common Stock | 01/09/2019 | (1,000) | $45.4000 | ($45,400.0000) | |
| Sale | Common Stock | 01/09/2019 | (1,000) | $45.2500 | ($45,250.0000) | ($1,411.1000) |
| Sale | Common Stock | 01/10/2019 | (1,000) | $45.2500 | ($45,250.0000) | ($700.0000) |
| Sale | Common Stock | 01/11/2019 | (1,000) | $45.4786 | ($45,478.6000) | |
| Sale | Common Stock | 01/11/2019 | (1,000) | $45.1741 | ($45,174.1000) | |
| Sale | Common Stock | 01/11/2019 | (1,000) | $44.9700 | ($44,970.0000) | ($465.0000) |
| Sale | Common Stock | 01/14/2019 | (1,000) | $45.4500 | ($45,450.0000) | |
| Sale | Common Stock | 01/14/2019 | (1,000) | $45.5000 | ($45,500.0000) | |
| Sale | Common Stock | 01/14/2019 | (1,000) | $46.1000 | ($46,100.0000) | ($1,355.8000) |
| Sale | Common Stock | 01/16/2019 | (1,000) | $48.9500 | ($48,950.0000) | ($400.0000) |
| Sale | Common Stock | 01/17/2019 | (1,000) | $49.9000 | ($49,900.0000) | |
| Sale | Common Stock | 01/17/2019 | (1,000) | $49.7717 | ($49,771.7000) | ($1,721.7000) |
| Sale | Common Stock | 01/22/2019 | (1,000) | $50.5860 | ($50,586.0000) | |

| Type | Security | Date | Quantity | Price | Amount | Total |
|---|---|---|---|---|---|---|
| Purchase | Common Stock | 01/23/2019 | 1,000 | $50.7827 | $50,782.7000 | |
| Purchase | Common Stock | 01/23/2019 | 1,000 | $50.4000 | $50,400.0000 | |
| Purchase | Common Stock | 01/23/2019 | 1,000 | $50.1043 | $50,104.3000 | |
| Purchase | Common Stock | 01/23/2019 | 1,000 | $50.3000 | $50,300.0000 | |
| Purchase | Common Stock | 01/25/2019 | 1,000 | $51.6000 | $51,600.0000 | |
| Purchase | Common Stock | 01/25/2019 | 1,000 | $51.5000 | $51,500.0000 | |
| Purchase | Common Stock | 01/25/2019 | 1,000 | $51.4000 | $51,400.0000 | |
| Purchase | Common Stock | 01/25/2019 | 1,000 | $51.3370 | $51,337.0000 | |
| Purchase | Common Stock | 01/25/2019 | 1,000 | $51.2843 | $51,284.3000 | |
| Purchase | Common Stock | 01/28/2019 | 1,000 | $51.3000 | $51,300.0000 | |
| Purchase | Common Stock | 01/28/2019 | 1,000 | $51.3000 | $51,300.0000 | |
| Purchase | Common Stock | 01/28/2019 | 100 | $51.2950 | $5,129.5000 | |
| Purchase | Common Stock | 01/28/2019 | 206 | $51.3100 | $10,569.8600 | |
| Purchase | Common Stock | 01/28/2019 | 794 | $51.3000 | $40,732.2000 | |
| Purchase | Common Stock | 01/28/2019 | 900 | $51.2995 | $46,169.5500 | |
| Purchase | Common Stock | 01/28/2019 | 1,000 | $51.4900 | $51,490.0000 | |
| Purchase | Common Stock | 01/28/2019 | 1,000 | $51.2000 | $51,200.0000 | |
| Purchase | Common Stock | 01/28/2019 | 1,000 | $51.3200 | $51,320.0000 | |
| Purchase | Common Stock | 01/28/2019 | 1,000 | $51.2613 | $51,261.3000 | |
| Purchase | Common Stock | 01/28/2019 | 1,000 | $51.3191 | $51,319.1000 | |
| Purchase | Common Stock | 01/28/2019 | 1,000 | $51.3500 | $51,350.0000 | |
| Purchase | Common Stock | 01/29/2019 | 79 | $49.9442 | $3,945.5918 | |
| Purchase | Common Stock | 01/29/2019 | 300 | $49.9385 | $14,981.5500 | |
| Purchase | Common Stock | 01/29/2019 | 300 | $49.3862 | $14,815.8600 | |
| Purchase | Common Stock | 01/29/2019 | 621 | $49.9485 | $31,018.0185 | |
| Purchase | Common Stock | 01/29/2019 | 700 | $49.3856 | $34,569.9200 | |
| Purchase | Common Stock | 01/29/2019 | 1,000 | $51.7800 | $51,780.0000 | |
| Purchase | Common Stock | 01/29/2019 | 1,000 | $51.0100 | $51,010.0000 | |
| Purchase | Common Stock | 01/30/2019 | 1,000 | $49.8395 | $49,839.5000 | |
| Sale | Common Stock | 01/22/2019 | (1,000) | $50.9311 | ($50,931.1000) | |
| Sale | Common Stock | 01/22/2019 | (1,000) | $50.6145 | ($50,614.5000) | |
| Sale | Common Stock | 01/22/2019 | (1,000) | $50.7500 | ($50,750.0000) | ($789.9000) |
| Sale | Common Stock | 01/23/2019 | (1,000) | $50.2006 | ($50,200.6000) | |
| Sale | Common Stock | 01/24/2019 | (1,000) | $50.8500 | ($50,850.0000) | |
| Sale | Common Stock | 01/24/2019 | (1,000) | $50.9500 | ($50,950.0000) | |
| Sale | Common Stock | 01/24/2019 | (1,000) | $51.1500 | ($51,150.0000) | |
| Sale | Common Stock | 01/24/2019 | (1,000) | $50.9491 | ($50,949.1000) | |
| Sale | Common Stock | 01/24/2019 | (1,000) | $51.0272 | ($51,027.2000) | |
| Sale | Common Stock | 01/24/2019 | (1,000) | $50.9531 | ($50,953.1000) | ($2,643.0000) |
| Sale | Common Stock | 01/25/2019 | (1,000) | $51.5000 | ($51,500.0000) | |
| Sale | Common Stock | 01/25/2019 | (1,000) | $51.4500 | ($51,450.0000) | |
| Sale | Common Stock | 01/25/2019 | (1,000) | $51.7000 | ($51,700.0000) | |
| Sale | Common Stock | 01/25/2019 | (1,000) | $51.8000 | ($51,800.0000) | ($928.7000) |
| Sale | Common Stock | 01/28/2019 | (1,000) | $51.4500 | ($51,450.0000) | |
| Sale | Common Stock | 01/28/2019 | (1,000) | $51.5000 | ($51,500.0000) | |
| Sale | Common Stock | 01/28/2019 | (1,000) | $51.5000 | ($51,500.0000) | |
| Sale | Common Stock | 01/28/2019 | (1,000) | $51.6000 | ($51,600.0000) | |
| Sale | Common Stock | 01/28/2019 | (1,000) | $51.5000 | ($51,500.0000) | |
| Sale | Common Stock | 01/28/2019 | (1,000) | $51.4500 | ($51,450.0000) | |
| Sale | Common Stock | 01/28/2019 | (2,000) | $52.0000 | ($104,000.0000) | ($2,458.4900) |
| Sale | Common Stock | 01/30/2019 | (1,000) | $50.4504 | ($50,450.4000) | |
| Sale | Common Stock | 01/30/2019 | (1,000) | $50.4106 | ($50,410.6000) | |
| Sale | Common Stock | 01/30/2019 | (1,000) | $50.0000 | ($50,000.0000) | $1,768.5000 |

| Type | Security | Date | Shares | Price | Amount |
|---|---|---|---|---|---|
| Purchase | Common Stock | 01/31/2019 | 1,000 | $50.3000 | $50,300.0000 |
| Purchase | Common Stock | 02/01/2019 | 200 | $51.4286 | $10,285.7200 |
| Purchase | Common Stock | 02/01/2019 | 200 | $51.4282 | $10,285.6400 |
| Purchase | Common Stock | 02/01/2019 | 200 | $51.4075 | $10,281.5000 |
| Purchase | Common Stock | 02/01/2019 | 200 | $51.4474 | $10,289.4800 |
| Purchase | Common Stock | 02/01/2019 | 200 | $51.4500 | $10,290.0000 |
| Purchase | Common Stock | 02/01/2019 | 1,000 | $51.4000 | $51,400.0000 |
| Purchase | Common Stock | 02/01/2019 | 1,000 | $51.1972 | $51,197.2000 |
| Purchase | Common Stock | 02/05/2019 | 1,000 | $52.8883 | $52,888.3000 |
| Purchase | Common Stock | 02/06/2019 | 26 | $51.9800 | $1,351.4800 |
| Purchase | Common Stock | 02/06/2019 | 100 | $51.8350 | $5,183.5000 |
| Purchase | Common Stock | 02/06/2019 | 100 | $51.8390 | $5,183.9000 |
| Purchase | Common Stock | 02/06/2019 | 200 | $51.9833 | $10,396.6600 |
| Purchase | Common Stock | 02/06/2019 | 236 | $51.9500 | $12,260.2000 |
| Purchase | Common Stock | 02/06/2019 | 300 | $51.8500 | $15,555.0000 |
| Purchase | Common Stock | 02/06/2019 | 500 | $51.8599 | $25,929.9500 |
| Purchase | Common Stock | 02/06/2019 | 538 | $51.9900 | $27,970.6200 |
| Purchase | Common Stock | 02/06/2019 | 1,000 | $51.7914 | $51,791.4000 |
| Purchase | Common Stock | 02/06/2019 | 1,000 | $52.4500 | $52,450.0000 |
| Purchase | Common Stock | 02/06/2019 | 1,000 | $52.1500 | $52,150.0000 |
| Purchase | Common Stock | 02/06/2019 | 1,000 | $52.2490 | $52,249.0000 |
| Purchase | Common Stock | 02/06/2019 | 1,000 | $51.7540 | $51,754.0000 |
| Purchase | Common Stock | 02/06/2019 | 1,000 | $51.7867 | $51,786.7000 |
| Purchase | Common Stock | 02/06/2019 | 1,000 | $51.9250 | $51,925.0000 |
| Purchase | Common Stock | 02/06/2019 | 1,000 | $51.7500 | $51,750.0000 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.8000 | $51,800.0000 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.8495 | $51,849.5000 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.9319 | $51,931.9000 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.5000 | $51,500.0000 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.9763 | $51,976.3000 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.8000 | $51,800.0000 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.7907 | $51,790.7000 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.6818 | $51,681.8000 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.5886 | $51,588.6000 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.5822 | $51,582.2000 |
| Purchase | Common Stock | 02/07/2019 | 1,000 | $51.3000 | $51,300.0000 |

| Type | Security | Date | Shares | Price | Amount | Net |
|---|---|---|---|---|---|---|
| Sale | Common Stock | 01/31/2019 | (1,000) | $51.1237 | ($51,123.7000) | ($823.7000) |
| Sale | Common Stock | 02/01/2019 | (1,000) | $51.7000 | ($51,700.0000) | |
| Sale | Common Stock | 02/01/2019 | (200) | $51.8500 | ($10,370.0000) | |
| Sale | Common Stock | 02/01/2019 | (800) | $51.8655 | ($41,492.4000) | |
| Sale | Common Stock | 02/01/2019 | (1,000) | $51.5317 | ($51,531.7000) | |
| Sale | Common Stock | 02/01/2019 | (1,000) | $51.5274 | ($51,527.4000) | |
| Sale | Common Stock | 02/01/2019 | (1,000) | $51.7500 | ($51,750.0000) | |
| Sale | Common Stock | 02/01/2019 | (1,000) | $51.9500 | ($51,950.0000) | |
| Sale | Common Stock | 02/04/2019 | (1,000) | $52.2000 | ($52,200.0000) | |
| Sale | Common Stock | 02/04/2019 | (1,000) | $52.4000 | ($52,400.0000) | ($7,361.0197) |
| Sale | Common Stock | 02/06/2019 | (1,000) | $53.6000 | ($53,600.0000) | |
| Sale | Common Stock | 02/06/2019 | (2,000) | $52.3451 | ($104,690.2000) | ($2,828.5000) |
| Sale | Common Stock | 02/07/2019 | (1,000) | $51.9500 | ($51,950.0000) | |
| Sale | Common Stock | 02/07/2019 | (1,000) | $52.0000 | ($52,000.0000) | |
| Sale | Common Stock | 02/07/2019 | (1,000) | $52.1000 | ($52,100.0000) | |
| Sale | Common Stock | 02/07/2019 | (1,000) | $52.1000 | ($52,100.0000) | |
| Sale | Common Stock | 02/07/2019 | (1,000) | $51.6000 | ($51,600.0000) | |

**Purchases**

| Transaction | Security | Date | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Purchase | Common Stock | 02/08/2019 | 1,000 | $51.6331 | $51,633.1000 |
| Purchase | Common Stock | 02/08/2019 | 1,500 | $51.8729 | $77,809.3500 |
| Purchase | Common Stock | 02/11/2019 | 1,000 | $53.0000 | $53,000.0000 |
| Purchase | Common Stock | 02/11/2019 | 1,000 | $52.9000 | $52,900.0000 |
| Purchase | Common Stock | 02/11/2019 | 1,000 | $52.9000 | $52,900.0000 |
| Purchase | Common Stock | 02/11/2019 | 1,000 | $52.8000 | $52,800.0000 |
| Purchase | Common Stock | 02/11/2019 | 1,000 | $53.0000 | $53,000.0000 |
| Purchase | Common Stock | 02/11/2019 | 1,000 | $52.8000 | $52,800.0000 |
| Purchase | Common Stock | 02/11/2019 | 1,000 | $52.9500 | $52,950.0000 |
| Purchase | Common Stock | 02/13/2019 | 1,000 | $53.7245 | $53,724.5000 |
| Purchase | Common Stock | 02/13/2019 | 1,000 | $53.8000 | $53,800.0000 |
| Purchase | Common Stock | 02/13/2019 | 1,000 | $53.9861 | $53,986.1000 |
| Purchase | Common Stock | 02/13/2019 | 1,000 | $53.9350 | $53,935.0000 |
| Purchase | Common Stock | 02/13/2019 | 1,000 | $53.9539 | $53,953.9000 |
| Purchase | Common Stock | 02/13/2019 | 1,000 | $53.8699 | $53,869.9000 |
| Purchase | Common Stock | 02/13/2019 | 1,000 | $53.7640 | $53,764.0000 |
| Purchase | Common Stock | 02/13/2019 | 1,000 | $53.7000 | $53,700.0000 |
| Purchase | Common Stock | 02/13/2019 | 1,000 | $53.7690 | $53,769.0000 |
| Purchase | Common Stock | 02/14/2019 | 1,000 | $53.8000 | $53,800.0000 |
| Purchase | Common Stock | 02/14/2019 | 1,000 | $53.4000 | $53,400.0000 |
| Purchase | Common Stock | 02/14/2019 | 1,000 | $53.7758 | $53,775.8000 |
| Purchase | Common Stock | 02/14/2019 | 1,000 | $53.8000 | $53,800.0000 |
| Purchase | Common Stock | 02/15/2019 | 1,000 | $53.7000 | $53,700.0000 |
| Purchase | Common Stock | 02/15/2019 | 1,000 | $53.6000 | $53,600.0000 |
| Purchase | Common Stock | 02/15/2019 | 1,000 | $53.5428 | $53,542.8000 |
| Purchase | Common Stock | 02/15/2019 | 1,000 | $53.4278 | $53,427.8000 |
| Purchase | Common Stock | 02/15/2019 | 1,000 | $53.2855 | $53,285.5000 |
| Purchase | Common Stock | 02/15/2019 | 1,000 | $53.4600 | $53,460.0000 |

500

**Sales**

| Transaction | Security | Date | Quantity | Price | Amount | Net |
|---|---|---|---|---|---|---|
| Sale | Common Stock | 02/07/2019 | (1,000) | $51.8000 | ($51,800.0000) | |
| Sale | Common Stock | 02/07/2019 | (700) | $51.9534 | ($36,367.3800) | |
| Sale | Common Stock | 02/07/2019 | (1,000) | $52.0804 | ($52,080.4000) | |
| Sale | Common Stock | 02/07/2019 | (1,000) | $52.2500 | ($52,250.0000) | |
| Sale | Common Stock | 02/07/2019 | (1,300) | $51.9500 | ($67,535.0000) | ($2,781.7800) |
| Sale | Common Stock | 02/08/2019 | (1,000) | $52.1800 | ($52,180.0000) | |
| Sale | Common Stock | 02/08/2019 | (200) | $52.3112 | ($10,462.2400) | |
| Sale | Common Stock | 02/08/2019 | (1,000) | $52.1989 | ($52,198.9000) | |
| Sale | Common Stock | 02/08/2019 | (1,300) | $52.2953 | ($67,983.8900) | ($1,582.5800) |
| Sale | Common Stock | 02/11/2019 | (1,000) | $53.2000 | ($53,200.0000) | |
| Sale | Common Stock | 02/11/2019 | (1,000) | $53.2500 | ($53,250.0000) | |
| Sale | Common Stock | 02/11/2019 | (1,000) | $53.4000 | ($53,400.0000) | |
| Sale | Common Stock | 02/11/2019 | (1,000) | $53.2000 | ($53,200.0000) | |
| Sale | Common Stock | 02/11/2019 | (1,000) | $53.1778 | ($53,177.8000) | |
| Sale | Common Stock | 02/12/2019 | (2,000) | $53.9000 | ($107,800.0000) | ($3,677.8000) |
| Sale | Common Stock | 02/13/2019 | (1,000) | $54.2500 | ($54,250.0000) | |
| Sale | Common Stock | 02/13/2019 | (1,000) | $54.3000 | ($54,300.0000) | |
| Sale | Common Stock | 02/13/2019 | (1,000) | $54.0000 | ($54,000.0000) | |
| Sale | Common Stock | 02/13/2019 | (1,000) | $54.1000 | ($54,100.0000) | |
| Sale | Common Stock | 02/13/2019 | (1,000) | $54.2000 | ($54,200.0000) | ($1,793.2000) |
| Sale | Common Stock | 02/14/2019 | (1,000) | $54.3500 | ($54,350.0000) | |
| Sale | Common Stock | 02/14/2019 | (1,000) | $54.1000 | ($54,100.0000) | |
| Sale | Common Stock | 02/14/2019 | (1,000) | $53.9017 | ($53,901.7000) | |
| Sale | Common Stock | 02/14/2019 | (1,000) | $54.1000 | ($54,100.0000) | ($1,675.9000) |
| Sale | Common Stock | 02/15/2019 | (1,000) | $53.6601 | ($53,660.1000) | |

**Purchases**

| Type | Security | Date | Shares | Price | Amount |
|---|---|---|---|---|---|
| Purchase | Common Stock | 02/20/2019 | 1,000 | $54.0097 | $54,009.7000 |
| Purchase | Common Stock | 02/20/2019 | 1,000 | $53.9590 | $53,959.0000 |
| Purchase | Common Stock | 02/20/2019 | 1,000 | $53.8000 | $53,800.0000 |
| Purchase | Common Stock | 02/20/2019 | 1,000 | $53.6000 | $53,600.0000 |
| Purchase | Common Stock | 02/20/2019 | 1,000 | $53.3000 | $53,300.0000 |
| Purchase | Common Stock | 02/20/2019 | 1,000 | $53.2348 | $53,234.8000 |
| Purchase | Common Stock | 02/21/2019 | 1,000 | $53.0880 | $53,088.0000 |
| Purchase | Common Stock | 02/21/2019 | 1,500 | $53.0000 | $79,500.0000 |
| Purchase | Common Stock | 02/22/2019 | 2,000 | $53.3231 | $106,646.2000 |
| Purchase | Common Stock | 02/25/2019 | 1,000 | $52.6000 | $52,600.0000 |
| Purchase | Common Stock | 02/25/2019 | 1,000 | $52.4827 | $52,482.7000 |
| Purchase | Common Stock | 02/25/2019 | 1,000 | $52.0680 | $52,068.0000 |

*Corrective Disclosure - 2/28/2019*

| Type | Security | Date | Shares | Price | Amount |
|---|---|---|---|---|---|
| Purchase | Common Stock | 03/01/2019 | 3 | $34.7100 | $104.1300 |
| Purchase | Common Stock | 03/01/2019 | 500 | $34.3497 | $17,174.8500 |
| Purchase | Common Stock | 03/01/2019 | 500 | $34.3500 | $17,175.0000 |
| Purchase | Common Stock | 03/01/2019 | 997 | $34.7200 | $34,615.8400 |
| Purchase | Common Stock | 03/01/2019 | 1,000 | $34.3221 | $34,322.1000 |
| Purchase | Common Stock | 03/01/2019 | 1,000 | $34.6400 | $34,640.0000 |
| Purchase | Common Stock | 03/01/2019 | 1,000 | $34.6300 | $34,630.0000 |
| Purchase | Common Stock | 03/01/2019 | 1,000 | $34.5159 | $34,515.9000 |
| Purchase | Common Stock | 03/01/2019 | 1,000 | $34.4165 | $34,416.5000 |
| Purchase | Common Stock | 03/01/2019 | 1,000 | $34.7001 | $34,700.1000 |
| Purchase | Common Stock | 03/01/2019 | 1,000 | $34.5321 | $34,532.1000 |
| Purchase | Common Stock | 03/04/2019 | 1,000 | $33.0846 | $33,084.6000 |
| Purchase | Common Stock | 03/04/2019 | 1,000 | $33.5500 | $33,550.0000 |
| Purchase | Common Stock | 03/04/2019 | 1,000 | $33.2232 | $33,223.2000 |
| Purchase | Common Stock | 03/04/2019 | 1,000 | $33.8452 | $33,845.2000 |
| Purchase | Common Stock | 03/04/2019 | 5,000 | $33.8243 | $169,121.5000 |

**Sales**

| Type | Security | Date | Shares | Price | Amount | Subtotal |
|---|---|---|---|---|---|---|
| Sale | Common Stock | 02/15/2019 | (1,000) | $53.6040 | ($53,604.0000) | |
| Sale | Common Stock | 02/15/2019 | (1,000) | $53.8000 | ($53,800.0000) | |
| Sale | Common Stock | 02/19/2019 | (1,000) | $54.2500 | ($54,250.0000) | |
| Sale | Common Stock | 02/19/2019 | (1,000) | $54.5000 | ($54,500.0000) | ($2,498.0000) |
| Sale | Common Stock | 02/20/2019 | (236) | $53.3053 | ($12,580.0508) | |
| Sale | Common Stock | 02/20/2019 | (446) | $53.3253 | ($23,783.0838) | |
| Sale | Common Stock | 02/20/2019 | (1,318) | $53.3153 | ($70,269.5654) | ($97.9000) |
| Sale | Common Stock | 02/28/2019 | (753) | $50.1267 | ($37,745.4051) | |
| Sale | Common Stock | 02/28/2019 | (943) | $50.1467 | ($47,288.3381) | |
| Sale | Common Stock | 02/28/2019 | (1,000) | $50.0600 | ($50,060.0000) | |
| Sale | Common Stock | 02/28/2019 | (1,000) | $50.0900 | ($50,090.0000) | |
| Sale | Common Stock | 02/28/2019 | (1,304) | $50.1367 | ($65,378.2568) | $13,234.9000 |
| Sale | Common Stock | 03/01/2019 | (1,000) | $34.9500 | ($34,950.0000) | |
| Sale | Common Stock | 03/01/2019 | (1,000) | $34.5000 | ($34,500.0000) | |
| Sale | Common Stock | 03/01/2019 | (1,000) | $34.7500 | ($34,750.0000) | |
| Sale | Common Stock | 03/01/2019 | (1,000) | $34.8500 | ($34,850.0000) | |
| Sale | Common Stock | 03/01/2019 | (1,400) | $33.0900 | ($46,326.0000) | |
| Sale | Common Stock | 03/01/2019 | (4,000) | $33.6488 | ($134,595.2000) | $4,314.8400 |
| Sale | Common Stock | 03/01/2019 | (8,600) | $33.0800 | ($284,488.0000) | |
| Sale | Common Stock | 03/01/2019 | (1,000) | $34.6500 | ($34,650.0000) | |
| Sale | Common Stock | 03/04/2019 | (1,000) | $33.2000 | ($33,200.0000) | |
| Sale | Common Stock | 03/04/2019 | (1,000) | $33.6500 | ($33,650.0000) | |
| Sale | Common Stock | 03/04/2019 | (1,000) | $33.2000 | ($33,200.0000) | |
| Sale | Common Stock | 03/04/2019 | (110) | $33.7200 | ($3,709.2000) | |
| Sale | Common Stock | 03/04/2019 | (300) | $33.7600 | ($10,128.0000) | |

Annotation: (400)

Dura Loss: $203,880.2800

| Type | Security | Date | Shares | Price | Amount | | |
|---|---|---|---|---|---|---|---|
| Sale | Common Stock | 03/04/2019 | (630) | $34.0100 | ($21,426.3000) | | |
| Sale | Common Stock | 03/04/2019 | (800) | $33.7400 | ($26,992.0000) | | |
| Sale | Common Stock | 03/04/2019 | (950) | $34.0200 | ($32,319.0000) | | |
| Sale | Common Stock | 03/04/2019 | (1,095) | $34.0450 | ($37,279.2750) | | |
| Sale | Common Stock | 03/04/2019 | (1,200) | $34.0410 | ($40,849.2000) | | |
| Sale | Common Stock | 03/04/2019 | (2,533) | $33.7410 | ($85,465.9530) | (1,618) | ($801.4900) |
| Sale | Common Stock | 03/04/2019 | (5,440) | $34.0000 | ($184,960.0000) | | |
| Sale | Common Stock | 03/04/2019 | (10,000) | $34.2000 | ($342,000.0000) | (2,558) | Dura Loss $205,741.1720 |
| Sale | Common Stock | 03/04/2019 | (10,685) | $34.0400 | ($363,717.4000) | | |
| Sale | Common Stock | 03/04/2019 | (28,257) | $33.7000 | ($952,260.9000) | | |
| Sale | Common Stock | 03/05/2019 | (2,000) | $33.8600 | ($67,720.0000) | (1,000) | $46.2000 |
| Sale | Common Stock | 03/06/2019 | (2,000) | $33.7400 | ($67,480.0000) | | |
| Sale | Common Stock | 03/06/2019 | (2,000) | $33.8500 | ($67,700.0000) | | ($985.6000) |

| Type | Security | Date | Shares | Price | Amount | |
|---|---|---|---|---|---|---|
| Purchase | Common Stock | 03/05/2019 | 1,000 | $33.9062 | $33,906.2000 | |
| Purchase | Common Stock | 03/06/2019 | 2,000 | $33.6572 | $67,314.4000 | |
| Purchase | Common Stock | 03/06/2019 | 2,000 | $33.4400 | $66,880.0000 | |
| Purchase | Common Stock | 03/07/2019 | 30 | $34.4743 | $1,034.2290 | |
| Purchase | Common Stock | 03/07/2019 | 100 | $35.0885 | $3,508.8500 | |
| Purchase | Common Stock | 03/07/2019 | 170 | $34.4843 | $5,862.3310 | |
| Purchase | Common Stock | 03/07/2019 | 200 | $34.5900 | $6,918.0000 | |
| Purchase | Common Stock | 03/07/2019 | 200 | $35.7000 | $7,140.0000 | |
| Purchase | Common Stock | 03/07/2019 | 212 | $35.4800 | $7,521.7600 | |
| Purchase | Common Stock | 03/07/2019 | 400 | $35.1200 | $14,048.0000 | |
| Purchase | Common Stock | 03/07/2019 | 400 | $34.4825 | $13,793.0000 | |
| Purchase | Common Stock | 03/07/2019 | 700 | $35.6200 | $24,934.0000 | |
| Purchase | Common Stock | 03/07/2019 | 788 | $35.4700 | $27,950.3600 | |
| Purchase | Common Stock | 03/07/2019 | 902 | $35.0330 | $31,599.7660 | |
| Purchase | Common Stock | 03/07/2019 | 1,000 | $34.8500 | $34,850.0000 | |
| Purchase | Common Stock | 03/07/2019 | 1,000 | $35.4871 | $35,487.1000 | |
| Purchase | Common Stock | 03/07/2019 | 1,000 | $35.2362 | $35,236.2000 | |
| Purchase | Common Stock | 03/07/2019 | 1,000 | $35.6584 | $35,658.4000 | |
| Purchase | Common Stock | 03/07/2019 | 1,000 | $36.0679 | $36,067.9000 | |
| Purchase | Common Stock | 03/07/2019 | 1,000 | $36.1044 | $36,104.4000 | |
| Purchase | Common Stock | 03/07/2019 | 1,000 | $36.0400 | $36,040.0000 | |
| Purchase | Common Stock | 03/07/2019 | 1,300 | $35.6099 | $46,292.8700 | |
| Purchase | Common Stock | 03/07/2019 | 1,400 | $34.4851 | $48,279.1400 | |
| Purchase | Common Stock | 03/07/2019 | 1,755 | $35.0700 | $61,547.8500 | |
| Purchase | Common Stock | 03/07/2019 | 1,900 | $35.0899 | $66,670.8100 | |
| Purchase | Common Stock | 03/07/2019 | 2,000 | $34.5253 | $69,050.6000 | |
| Purchase | Common Stock | 03/07/2019 | 2,000 | $34.6646 | $69,329.2000 | |
| Purchase | Common Stock | 03/07/2019 | 2,000 | $34.9452 | $69,890.4000 | |
| Purchase | Common Stock | 03/07/2019 | 2,000 | $35.9999 | $71,999.8000 | 25 |
| Purchase | Common Stock | 03/07/2019 | 2,500 | $35.1499 | $87,874.7500 | |
| Purchase | Common Stock | 03/07/2019 | 3,000 | $34.3544 | $103,063.2000 | |
| Purchase | Common Stock | 03/07/2019 | 3,395 | $35.0800 | $119,096.6000 | |
| Purchase | Common Stock | 03/07/2019 | 4,098 | $35.0385 | $143,587.7730 | |
| Purchase | Common Stock | 03/07/2019 | 7,355 | $34.6000 | $254,483.0000 | |
| Purchase | Common Stock | 03/07/2019 | 9,600 | $35.1300 | $337,248.0000 | |
| Purchase | Common Stock | 03/07/2019 | 9,850 | $35.0900 | $345,636.5000 | |
| Purchase | Common Stock | 03/07/2019 | 10,000 | $35.0000 | $350,000.0000 | |
| Purchase | Common Stock | 03/07/2019 | 10,000 | $35.1000 | $351,000.0000 | |
| Purchase | Common Stock | 03/07/2019 | 12,445 | $34.6100 | $430,721.4500 | |
| Purchase | Common Stock | 03/07/2019 | 1,000 | $34.1000 | $34,100.0000 | |

| | | | | | |
|---|---|---|---|---|---|
| Sale | Common Stock | 03/07/2019 | (2,000) | $35.7000 | ($71,400.0000) |
| Sale | Common Stock | 03/07/2019 | (100) | $35.0000 | ($3,500.0000) |
| Sale | Common Stock | 03/07/2019 | (170) | $35.0500 | ($5,958.5000) |
| Sale | Common Stock | 03/07/2019 | (200) | $34.9207 | ($6,984.1400) |
| Sale | Common Stock | 03/07/2019 | (201) | $34.9000 | ($7,014.9000) |
| Sale | Common Stock | 03/07/2019 | (300) | $34.9201 | ($10,476.0300) |
| Sale | Common Stock | 03/07/2019 | (300) | $35.0700 | ($10,521.0000) |
| Sale | Common Stock | 03/07/2019 | (300) | $35.0601 | ($10,518.0300) |
| Sale | Common Stock | 03/07/2019 | (400) | $34.9801 | ($13,992.0400) |
| Sale | Common Stock | 03/07/2019 | (400) | $35.4850 | ($14,194.0000) |
| Sale | Common Stock | 03/07/2019 | (500) | $34.9250 | ($17,462.5000) |
| Sale | Common Stock | 03/07/2019 | (500) | $35.0400 | ($17,520.0000) |
| Sale | Common Stock | 03/07/2019 | (600) | $35.4832 | ($21,289.9200) |
| Sale | Common Stock | 03/07/2019 | (1,000) | $34.3000 | ($34,300.0000) |
| Sale | Common Stock | 03/07/2019 | (1,000) | $34.9561 | ($34,956.1000) |
| Sale | Common Stock | 03/07/2019 | (1,000) | $35.3500 | ($35,350.0000) |
| Sale | Common Stock | 03/07/2019 | (1,000) | $35.5800 | ($35,580.0000) |
| Sale | Common Stock | 03/07/2019 | (1,000) | $35.8000 | ($35,800.0000) |
| Sale | Common Stock | 03/07/2019 | (1,000) | $36.2000 | ($36,200.0000) |
| Sale | Common Stock | 03/07/2019 | (1,000) | $35.1560 | ($35,156.0000) |
| Sale | Common Stock | 03/07/2019 | (1,100) | $34.9100 | ($38,401.0000) |
| Sale | Common Stock | 03/07/2019 | (1,730) | $35.0300 | ($60,601.9000) |
| Sale | Common Stock | 03/07/2019 | (2,000) | $34.5000 | ($69,000.0000) |
| Sale | Common Stock | 03/07/2019 | (2,699) | $34.8900 | ($94,168.1100) |
| Sale | Common Stock | 03/07/2019 | (3,939) | $35.0500 | ($138,061.9500) |
| Sale | Common Stock | 03/07/2019 | (4,400) | $35.0600 | ($154,264.0000) |
| Sale | Common Stock | 03/07/2019 | (5,000) | $35.0039 | ($175,019.5000) |
| Sale | Common Stock | 03/07/2019 | (17,718) | $35.2000 | ($623,673.6000) |
| Sale | Common Stock | 03/07/2019 | (21,661) | $35.0400 | ($759,001.4400) |
| Sale | Common Stock | 03/07/2019 | (2,000) | $34.8600 | ($69,720.0000) |

($12,173.5845)

| | | | | | |
|---|---|---|---|---|---|
| Purchase | Common Stock | 03/08/2019 | 200 | $34.4900 | $6,898.0000 |
| Purchase | Common Stock | 03/08/2019 | 1,000 | $34.7100 | $34,710.0000 |
| Purchase | Common Stock | 03/08/2019 | 1,000 | $34.7100 | $34,710.0000 |
| Purchase | Common Stock | 03/08/2019 | 1,000 | $34.9000 | $34,900.0000 |
| Purchase | Common Stock | 03/08/2019 | 1,000 | $34.7100 | $34,710.0000 |
| Purchase | Common Stock | 03/08/2019 | 2,000 | $34.8480 | $69,696.0000 |
| Purchase | Common Stock | 03/08/2019 | 2,000 | $34.7673 | $69,534.6000 |
| Purchase | Common Stock | 03/08/2019 | 3,000 | $34.9721 | $104,916.3000 |
| Purchase | Common Stock | 03/08/2019 | 5,800 | $34.5100 | $200,158.0000 |
| Purchase | Common Stock | 03/08/2019 | 1,000 | $34.8000 | $34,800.0000 |
| Purchase | Common Stock | 03/08/2019 | 1,000 | $34.7600 | $34,760.0000 |

| | | | | | |
|---|---|---|---|---|---|
| Sale | Common Stock | 03/08/2019 | (2,000) | $34.9000 | ($69,800.0000) |
| Sale | Common Stock | 03/08/2019 | (2,000) | $34.8900 | ($69,780.0000) |
| Sale | Common Stock | 03/08/2019 | (300) | $34.4310 | ($10,329.3000) |
| Sale | Common Stock | 03/08/2019 | (1,000) | $34.7861 | ($34,786.1000) |
| Sale | Common Stock | 03/08/2019 | (5,700) | $34.4351 | ($196,280.0700) |
| Sale | Common Stock | 03/08/2019 | (1,000) | $34.7800 | ($34,780.0000) |
| Sale | Common Stock | 03/08/2019 | (1,000) | $34.8900 | ($34,890.0000) |
| Sale | Common Stock | 03/11/2019 | (3) | $36.1501 | ($108.4503) |
| Sale | Common Stock | 03/11/2019 | (100) | $35.9050 | ($3,590.5000) |
| Sale | Common Stock | 03/11/2019 | (200) | $35.9500 | ($7,190.0000) |
| Sale | Common Stock | 03/11/2019 | (200) | $35.9650 | ($7,193.0000) |
| Sale | Common Stock | 03/11/2019 | (300) | $35.9600 | ($10,788.0000) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sale | Common Stock | 03/11/2019 | (314) | $35.9200 | ($11,278.8800) | | |
| Sale | Common Stock | 03/11/2019 | (414) | $35.9100 | ($14,866.7400) | | |
| Sale | Common Stock | 03/11/2019 | (500) | $36.1500 | ($18,075.0000) | | |
| Sale | Common Stock | 03/11/2019 | (786) | $35.9400 | ($28,248.8400) | | |
| Sale | Common Stock | 03/11/2019 | (1,100) | $35.9000 | ($39,490.0000) | | |
| Sale | Common Stock | 03/11/2019 | (1,214) | $35.9300 | ($43,619.0200) | | |
| Sale | Common Stock | 03/11/2019 | (5,000) | $36.4000 | ($182,000.0000) | | |
| Sale | Common Stock | 03/11/2019 | (10,000) | $36.0000 | ($360,000.0000) | | |
| *(1,821)* | | | | | | | |
| Sale | Common Stock | 03/11/2019 | (11,172) | $35.8900 | ($400,963.0800) | | ($27,193.2268) |
| *Sale* | *Common Stock* | *03/11/2019* | *(3,000)* | *$36.6000* | *($109,800.0000)* | | |
| Purchase | Common Stock | 03/12/2019 | 455 | $37.2800 | $16,962.4000 | | |
| Purchase | Common Stock | 03/12/2019 | 745 | $37.2599 | $27,758.6255 | | |
| Purchase | Common Stock | 03/12/2019 | 1,000 | $37.2700 | $37,270.0000 | | |
| Purchase | Common Stock | 03/12/2019 | 2,800 | $37.2900 | $104,412.0000 | | |
| Purchase | Common Stock | 03/12/2019 | 5,000 | $37.2240 | $186,120.0000 | | |
| Purchase | Common Stock | 03/12/2019 | 5,000 | $35.4300 | $177,150.0000 | | |
| Purchase | Common Stock | 03/12/2019 | 10,000 | $35.5500 | $355,500.0000 | | |
| Purchase | Common Stock | 03/12/2019 | 10,000 | $35.4500 | $354,500.0000 | | |
| Purchase | Common Stock | 03/12/2019 | 10,000 | $35.3500 | $353,500.0000 | | |
| Sale | Common Stock | 03/12/2019 | (200) | $36.7400 | ($7,348.0000) | | |
| Sale | Common Stock | 03/12/2019 | (900) | $36.6900 | ($33,021.0000) | | |
| Sale | Common Stock | 03/12/2019 | (950) | $36.7000 | ($34,865.0000) | | |
| Sale | Common Stock | 03/12/2019 | (1,300) | $36.6800 | ($47,684.0000) | | |
| Sale | Common Stock | 03/12/2019 | (1,325) | $36.7450 | ($48,687.1250) | | |
| Sale | Common Stock | 03/12/2019 | (1,600) | $36.6700 | ($58,672.0000) | | |
| Sale | Common Stock | 03/12/2019 | (1,700) | $36.7100 | ($62,407.0000) | | |
| Sale | Common Stock | 03/12/2019 | (1,900) | $36.7200 | ($69,768.0000) | | |
| Sale | Common Stock | 03/12/2019 | (5,000) | $37.2700 | ($186,350.0000) | | |
| Sale | Common Stock | 03/12/2019 | (5,000) | $37.2863 | ($186,431.5000) | | |
| Sale | Common Stock | 03/12/2019 | (5,000) | $35.9400 | ($179,700.0000) | | |
| Sale | Common Stock | 03/12/2019 | (5,000) | $36.2400 | ($181,200.0000) | | |
| Sale | Common Stock | 03/12/2019 | (10,125) | $36.6600 | ($371,182.5000) | | |
| Sale | Common Stock | 03/12/2019 | (5,000) | $35.9300 | ($179,650.0000) | | ($33,793.0995) |
| Purchase | Common Stock | 03/13/2019 | 25 | $38.3100 | $957.7500 | | |
| Purchase | Common Stock | 03/13/2019 | 193 | $38.7800 | $7,484.5400 | | |
| Purchase | Common Stock | 03/13/2019 | 200 | $38.5400 | $7,708.0000 | | |
| Purchase | Common Stock | 03/13/2019 | 470 | $38.3200 | $18,010.4000 | | |
| Purchase | Common Stock | 03/13/2019 | 500 | $38.3900 | $19,195.0000 | | |
| Purchase | Common Stock | 03/13/2019 | 500 | $38.3700 | $19,185.0000 | | |
| Purchase | Common Stock | 03/13/2019 | 600 | $38.3500 | $23,010.0000 | | |
| Purchase | Common Stock | 03/13/2019 | 600 | $38.7700 | $23,262.0000 | | |
| Purchase | Common Stock | 03/13/2019 | 800 | $38.3300 | $30,664.0000 | | |
| Purchase | Common Stock | 03/13/2019 | 1,100 | $38.3600 | $42,196.0000 | | |
| Purchase | Common Stock | 03/13/2019 | 2,163 | $38.5300 | $83,340.3900 | | |
| Purchase | Common Stock | 03/13/2019 | 2,300 | $38.3800 | $88,274.0000 | | |
| Purchase | Common Stock | 03/13/2019 | 2,529 | $38.5500 | $97,492.9500 | | |
| Purchase | Common Stock | 03/13/2019 | 3,705 | $38.4000 | $142,272.0000 | | |
| Purchase | Common Stock | 03/13/2019 | 5,108 | $38.5600 | $196,964.4800 | | |
| Purchase | Common Stock | 03/13/2019 | 9,207 | $38.7900 | $357,139.5300 | | |
| Sale | Common Stock | 03/13/2019 | (10,000) | $38.7800 | ($387,800.0000) | | |
| Sale | Common Stock | 03/13/2019 | (10,000) | $38.6000 | ($386,000.0000) | | |
| Sale | Common Stock | 03/13/2019 | (10,000) | $38.5000 | ($385,000.0000) | | ($1,643.9600) |
| Purchase | Common Stock | 03/14/2019 | 2,000 | $38.2300 | $76,460.0000 | 900 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Purchase | Common Stock | 03/14/2019 | 3,000 | $38.0000 | $114,000.0000 | | |
| Purchase | Common Stock | 03/14/2019 | 5,000 | $37.9500 | $189,750.0000 | | |
| Purchase | Common Stock | 03/14/2019 | 1 | $38.4482 | $38.4482 | | |
| Purchase | Common Stock | 03/14/2019 | 4 | $38.4500 | $153.8000 | | |
| Purchase | Common Stock | 03/14/2019 | 100 | $38.2650 | $3,826.5000 | | |
| Purchase | Common Stock | 03/14/2019 | 100 | $38.2850 | $3,828.5000 | | |
| Purchase | Common Stock | 03/14/2019 | 180 | $38.3600 | $6,904.8000 | | |
| Purchase | Common Stock | 03/14/2019 | 300 | $38.4599 | $11,537.9700 | | |
| Purchase | Common Stock | 03/14/2019 | 300 | $37.9100 | $11,373.0000 | | |
| Purchase | Common Stock | 03/14/2019 | 502 | $38.3700 | $19,261.7400 | | |
| Purchase | Common Stock | 03/14/2019 | 700 | $37.8899 | $26,522.9300 | | |
| Purchase | Common Stock | 03/14/2019 | 937 | $38.3500 | $35,933.9500 | | |
| Purchase | Common Stock | 03/14/2019 | 1,314 | $38.2900 | $50,313.0600 | | |
| Purchase | Common Stock | 03/14/2019 | 1,393 | $38.4000 | $53,491.2000 | | |
| Purchase | Common Stock | 03/14/2019 | 1,400 | $38.3900 | $53,746.0000 | | |
| Purchase | Common Stock | 03/14/2019 | 1,700 | $38.2600 | $65,042.0000 | | |
| Purchase | Common Stock | 03/14/2019 | 2,000 | $37.8890 | $75,778.0000 | | |
| Purchase | Common Stock | 03/14/2019 | 2,000 | $37.9000 | $75,800.0000 | | |
| Purchase | Common Stock | 03/14/2019 | 2,100 | $38.2700 | $80,367.0000 | | |
| Purchase | Common Stock | 03/14/2019 | 2,416 | $38.2500 | $92,412.0000 | | |
| Purchase | Common Stock | 03/14/2019 | 3,300 | $38.2800 | $126,324.0000 | 2,453 | |
| Purchase | Common Stock | 03/14/2019 | 4,695 | $38.4683 | $180,608.6685 | | |
| Purchase | Common Stock | 03/14/2019 | 5,588 | $38.3800 | $214,467.4400 | 4,058 | |
| Purchase | Common Stock | 03/14/2019 | 13,970 | $38.3300 | $535,051.0000 | 1,470 | |
| Purchase | Common Stock | 03/14/2019 | 27,500 | $38.0100 | $1,045,275.0000 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sale | Common Stock | 03/14/2019 | (100) | $38.0910 | ($3,809.1000) | |
| Sale | Common Stock | 03/14/2019 | (100) | $38.0503 | ($3,805.0300) | |
| Sale | Common Stock | 03/14/2019 | (700) | $38.0300 | ($26,621.0000) | |
| Sale | Common Stock | 03/14/2019 | (900) | $38.0500 | ($34,245.0000) | |
| Sale | Common Stock | 03/14/2019 | (1,200) | $38.0400 | ($45,648.0000) | |
| Sale | Common Stock | 03/14/2019 | (1,200) | $38.0100 | ($45,612.0000) | |
| Sale | Common Stock | 03/14/2019 | (1,250) | $38.0600 | ($47,575.0000) | |
| Sale | Common Stock | 03/14/2019 | (1,316) | $38.0900 | ($50,126.4400) | |
| Sale | Common Stock | 03/14/2019 | (1,543) | $38.0800 | ($58,757.4400) | |
| Sale | Common Stock | 03/14/2019 | (2,350) | $38.0700 | ($89,464.5000) | |
| Sale | Common Stock | 03/14/2019 | (2,500) | $38.0950 | ($95,237.5000) | |
| Sale | Common Stock | 03/14/2019 | (2,770) | $38.0500 | ($105,398.5000) | |
| Sale | Common Stock | 03/14/2019 | (2,807) | $38.0200 | ($106,722.1400) | |
| Sale | Common Stock | 03/14/2019 | (8,171) | $38.0400 | ($310,824.8400) | |
| Sale | Common Stock | 03/14/2019 | (13,093) | $38.0000 | ($497,534.0000) | $2,644.5100 |

| | | | | | |
|---|---|---|---|---|---|
| Purchase | Common Stock | 03/15/2019 | 200 | $38.3950 | $7,679.0000 |
| Purchase | Common Stock | 03/15/2019 | 275 | $38.3900 | $10,557.2500 |
| Purchase | Common Stock | 03/15/2019 | 853 | $38.3800 | $32,738.1400 |
| Purchase | Common Stock | 03/15/2019 | 2,000 | $38.4000 | $76,800.0000 |
| Purchase | Common Stock | 03/15/2019 | 8,672 | $38.4000 | $333,004.8000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sale | Common Stock | 03/15/2019 | (5,000) | $38.6500 | ($193,250.0000) | |
| Sale | Common Stock | 03/15/2019 | (5,000) | $38.7231 | ($193,615.5000) | |
| Sale | Common Stock | 03/15/2019 | (5,000) | $38.7867 | ($193,933.5000) | ($4,997.4100) |

| | | | | | |
|---|---|---|---|---|---|
| Purchase | Common Stock | 03/18/2019 | 535 | $38.0500 | $20,356.7500 |
| Purchase | Common Stock | 03/18/2019 | 4,000 | $38.2000 | $152,800.0000 |
| Purchase | Common Stock | 03/18/2019 | 1,000 | $38.0467 | $38,046.7000 |
| Purchase | Common Stock | 03/18/2019 | 1,000 | $38.0585 | $38,058.5000 |
| Purchase | Common Stock | 03/18/2019 | 1,000 | $38.2786 | $38,278.6000 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | Common Stock | 03/18/2019 | 2,000 | $38.3000 | $76,600.0000 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 03/18/2019 | (535) | $38.6132 | ($20,658.0620) | |
| | | | | | | | Sale | Common Stock | 03/18/2019 | (2,000) | $38.6500 | ($77,300.0000) | |
| | | | | | | | Sale | Common Stock | 03/18/2019 | (5,000) | $38.7500 | ($193,750.0000) | |
| | | | | | | | Sale | Common Stock | 03/18/2019 | (2,000) | $38.1000 | ($76,200.0000) | ($3,767.5120) |
| Purchase | Common Stock | 03/19/2019 | 2,000 | $38.2221 | $76,444.2000 | | | | | | | | |
| Purchase | Common Stock | 03/19/2019 | 2,000 | $38.3233 | $76,646.6000 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 03/19/2019 | (2,000) | $38.4000 | ($76,800.0000) | |
| | | | | | | | Sale | Common Stock | 03/19/2019 | (9,600) | $38.7500 | ($372,000.0000) | |
| | | | | | | | Sale | Common Stock | 03/19/2019 | (2,000) | $38.4500 | ($76,900.0000) | ($3,831.3315) |
| Purchase | Common Stock | 03/20/2019 | 7,000 | $38.6000 | $270,200.0000 | | | | | | | | |
| Purchase | Common Stock | 03/22/2019 | 50 | $41.8790 | $2,093.9500 | | | | | | | | |
| Purchase | Common Stock | 03/22/2019 | 200 | $41.8650 | $8,373.0000 | | | | | | | | |
| Purchase | Common Stock | 03/22/2019 | 750 | $41.8799 | $31,409.9250 | | | | | | | | |
| Purchase | Common Stock | 03/22/2019 | 2,000 | $42.0100 | $84,020.0000 | | | | | | | | |
| Purchase | Common Stock | 03/27/2019 | 1,000 | $39.5000 | $39,500.0000 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 03/27/2019 | (120) | $37.7200 | ($4,526.4000) | |
| | | | | | | | Sale | Common Stock | 03/27/2019 | (200) | $37.7400 | ($7,548.0000) | |
| | | | | | | | Sale | Common Stock | 03/27/2019 | (209) | $37.7500 | ($7,889.7500) | |
| | | | | | | | Sale | Common Stock | 03/27/2019 | (275) | $37.6900 | ($10,364.7500) | |
| | | | | | | | Sale | Common Stock | 03/27/2019 | (360) | $37.6800 | ($13,564.8000) | |
| | | | | | | | Sale | Common Stock | 03/27/2019 | (900) | $37.6700 | ($33,903.0000) | |
| | | | | | | | Sale | Common Stock | 03/27/2019 | (920) | $37.7600 | ($34,739.2000) | |
| | | | | | | | Sale | Common Stock | 03/27/2019 | (1,100) | $37.6600 | ($41,426.0000) | |
| | | | | | | | Sale | Common Stock | 03/27/2019 | (1,365) | $37.7300 | ($51,501.4500) | |
| | | | | | | | Sale | Common Stock | 03/27/2019 | (1,810) | $37.7100 | ($68,255.1000) | |
| | | | | | | | Sale | Common Stock | 03/27/2019 | (1,811) | $37.6500 | ($68,184.1500) | |
| | | | | | | | Sale | Common Stock | 03/27/2019 | (3,647) | $37.7000 | ($137,491.9000) | |
| | | | | | | | Sale | Common Stock | 03/27/2019 | (27,283) | $37.6400 | ($1,026,932.1200) | $35,304.9932 |
| Purchase | Common Stock | 04/02/2019 | 22,500 | $37.5000 | $843,750.0000 | 20,500 | | | | | | | |
| Purchase | Common Stock | 04/03/2019 | 3,000 | $37.3194 | $111,958.2000 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 04/03/2019 | (3,000) | $37.4500 | ($112,350.0000) | ($391.8000) |
| Purchase | Common Stock | 04/04/2019 | 2,000 | $37.2100 | $74,420.0000 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 04/08/2019 | (2,000) | $37.8000 | ($75,600.0000) | |
| | | | | | | | Sale | Common Stock | 04/08/2019 | (2,000) | $37.4000 | ($74,800.0000) | ($980.0000) |
| Purchase | Common Stock | 04/09/2019 | 2,000 | $37.5000 | $75,000.0000 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 04/16/2019 | (400) | $41.0100 | ($16,404.0000) | |
| | | | | | | *(100)* | Sale | Common Stock | 04/16/2019 | (23,100) | $41.0000 | ($947,100.0000) | ($81,247.0000) |
| Purchase | Common Stock | 04/22/2019 | 140 | $43.4400 | $6,081.6000 | | | | | | | | |
| Purchase | Common Stock | 04/22/2019 | 200 | $43.4000 | $8,680.0000 | | | | | | | | |
| Purchase | Common Stock | 04/22/2019 | 240 | $43.4500 | $10,428.0000 | | | | | | | | |
| Purchase | Common Stock | 04/22/2019 | 368 | $43.4800 | $16,000.6400 | | | | | | | | |
| Purchase | Common Stock | 04/22/2019 | 923 | $43.4300 | $40,085.8900 | | | | | | | | |
| Purchase | Common Stock | 04/22/2019 | 1,158 | $43.4100 | $50,268.7800 | | | | | | | | |
| Purchase | Common Stock | 04/22/2019 | 1,491 | $43.4600 | $64,798.8600 | | | | | | | | |
| Purchase | Common Stock | 04/22/2019 | 12,980 | $43.4700 | $564,240.6000 | | | | | | | | |
| Purchase | Common Stock | 05/02/2019 | 2,000 | $42.8000 | $85,600.0000 | | | | | | | | |
| Purchase | Common Stock | 05/02/2019 | 1,000 | $41.1918 | $41,191.8000 | | | | | | | | |
| Purchase | Common Stock | 05/03/2019 | 1,000 | $40.0000 | $40,000.0000 | | | | | | | | |
| Purchase | Common Stock | 05/09/2019 | 1,000 | $37.0000 | $37,000.0000 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 05/15/2019 | (1,000) | $38.3483 | ($38,348.3000) | ($1,348.3000) |
| Purchase | Common Stock | 05/17/2019 | 1,000 | $38.4300 | $38,430.0000 | | | | | | | | |
| Purchase | Common Stock | 05/20/2019 | 500 | $38.0000 | $19,000.0000 | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Sale | Common Stock | 05/21/2019 | (500) | $38.7500 | ($19,375.0000) | | ($375.0000) |
| Purchase | Common Stock | 05/22/2019 | 500 | $38.0000 | $19,000.0000 | | | | | |
| Purchase | Common Stock | 05/22/2019 | 500 | $37.5000 | $18,750.0000 | | | | | |
| | | | | | | Sale | Common Stock | 05/28/2019 | (200) | $33.9538 | ($6,790.7600) | |
| | *Corrective Disclosure - 5/30/2019* | | | | | Sale | Common Stock | 05/28/2019 | (2,800) | $33.9540 | ($95,071.2000) | | $14,318.0400 |
| | | | | | *(79)* | Sale | Common Stock | 5/30/2019*** | (20,579) | $27.0000 | ($555,633.0000) | Dura Loss | $333,876.1700 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Class Period Purchases | 537,735 | Total Costs | $21,881,109.0655 | Class Period Sales | (572,156) | Total Proceeds | ($22,509,400.7006) | Matched Loss* | $742,900.9549 |
| | | | | Remaining Shares | 0 | | | Unmatched Loss** | $0.0000 |
| | | | | | | | | Total Loss | $742,900.9549 |
| | | | | | | | | Dura Loss | $743,497.6220 |

| Lax Factors | |
|---|---|
| Total Shares Purchased | 537,735 |
| Net Shares Purchased | (34,421) |
| Net Funds Expended | ($628,291.6351) |
| Approximate LIFO Loss | $742,900.9549 |

*LIFO calculates losses by assuming the first stocks to be sold are the stocks purchased most recently prior to that sale.

**Under a LIFO calculation, unmatched purchased shares retained at the end of the the Class Period (those which are not offset by matching sales) are matched against a value equal to the 90-day post-Class Period average price. See 15 U.S.C. § 78u-4(e). Here, the unmatched loss is calculated by subtracting the value of the shares held at the end of the Class Period (i.e., the number of shares held multiplied by the 90-day average) from the cost basis of those shares.

***Sale transaction was executed after market hours on May 30, 2019 at 4:41pm Eastern Time.