UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** April 28, 2021 | **Time:** 38 minutes 2:00 p.m. to 2:38 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 19-cv-01651-WHO | **Case Name:** Scheller v. Nutanix, Inc. | |

**Attorneys for Plaintiffs:**  David R. Kaplan, Richard W. Gonnello, Katherine M. Lenahan, Joshua Ruthizer, Shannon Hopkins, and Michael Albert

**Attorneys for Defendant:**  Nina Locker and Ignacio Salceda

**Deputy Clerk:** Jean Davis     **Court Reporter:** JoAnn Bryce

PROCEEDINGS

Motion hearing conducted via videoconference.  Argument of counsel heard as to appropriate lead plaintiff/counsel.  Motion taken under submission; written order to follow.