**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
Kristina Mentone (admitted *pro hac vice*)
Gregory Potrepka (admitted *pro hac vice*)
Andrew Rocco (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: kmentone@zlk.com
Email: gpotrepka@zlk.com
Email: arocco@zlk.com

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for the Nutanix Investor Group and*
*Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE NUTANIX, INC. SECURITIES LITIGATION | Master File No. 3:19-cv-01651-WHO |
|---|---|
| | Hon. William H. Orrick |
| | **DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF THE NUTANIX INVESTOR GROUP'S SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR APPOINTMENT AS THE LEAD PLAINTIFF** |

DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF THE NUTANIX INVESTOR GROUP'S
SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR
APPOINTMENT AS THE LEAD PLAINTIFF
No. 3:19-cv-01651-WHO

I, Shannon L. Hopkins, hereby declare as follows:

1.   I am a partner at the law firm of Levi & Korsinsky, LLP, counsel for Jose Flores, the City of Miami Fire Fighters' and Police Officers' Retirement Trust and John P. Norton, on behalf of the Norton Family Living Trust UAD 11/15/2002 (collectively the "Nutanix Investor Group"), and a member in good standing of the bars of the states of Connecticut, New York, and Massachussetts. I am admitted *pro hac vice* in this Action. I respectfully submit this declaration in support of the Nutanix Investor Group's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel.

2.   Attached hereto as **Exhibit A** is a true and correct copy of the Order dated February 17, 2009 issued in the *Lifschitz v. Hexion Specialty Chemicals, Inc.*, 1:08-cv-06394 matter in the Southern District of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 20th day of May, 2021.

/s/ *Shannon L. Hopkins*
Shannon L. Hopkins

DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF MOTION OF THE NUTANIX INVESTOR GROUP'S SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR APPOINTMENT AS THE LEAD PLAINTIFF

1