UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | Master File No. 3:19-cv-01651-WHO<br><br>Hon. William H. Orrick<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF JOHN P. NORTON, ON BEHALF OF THE NORTON FAMILY LIVING TRUST UAD 11/15/2002, PURSUANT TO CIVIL L.R. 3-12 AND 7-11 TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Before the Court is the Administrative Motion of John P. Norton, on behalf of the Norton Family Living Trust UAD 11/15/2002 Pursuant to Civil L.R. 3-12 and 7-11 to Consider Whether Cases Should be Related. The time for filing an opposition or statement of support has passed. The Court, having considered this motion, finds the motion is well taken and accordingly, it is hereby:

ORDERED that the motion is GRANTED.

1.      The action captioned *Norton v. Nutanix, Inc., et al.*, No. 3:21-cv-04080-VC (N.D. Cal.) (the "*Norton* Action") is related to the above-captioned action *In re Nutanix, Inc. Securities*

*Class Action*, No. 3:19-cv-01651-WHO (N.D. Cal.);

2.    The action captioned *Norton* Action is therefore hereby assigned to this Court; and

3.    The parties are instructed that all future filings in the related *Norton* Action are to bear my initials immediately after the case number.

Dated: _____          _____

William H. Orrick
United States District Judge

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF JOHN P. NORTON, ON BEHALF OF THE NORTON FAMILY LIVING TRUST UAD 11/15/2002, PURSUANT TO CIVIL L.R. 3-12 AND 7-11 TO CONSIDER WHETHER CASES SHOULD BE RELATED
No. 3:19-cv-01651-WHO
1