**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
Kristina Mentone (admitted *pro hac vice*)
Gregory Potrepka (admitted *pro hac vice*)
Andrew Rocco (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: kmentone@zlk.com
Email: gpotrepka@zlk.com
Email: arocco@zlk.com

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Counsel for John P. Norton, on behalf of the*
 *Norton Family Living Trust UAD 11/15/2002*

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | Case No. 3:19-cv-01651-WHO |
| | **STIPULATION REGARDING RELATION OF CASES** |

WHEREAS, this action (the "*Nutanix* Action") is a consolidated securities class action alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") and Securities and Exchange Commission ("SEC") Rule 10b-5 against defendants Nutanix, Inc., Dheeraj Pandey, and Duston M. Williams ("Defendants");

WHEREAS, on May 28, 2021, John P. Norton ("Norton"), on behalf of the Norton Family Living

Trust UAD 11/15/2002 and all others similarly situated, filed a complaint in this District alleging violations of Sections 10(b) and 20(a) of the Exchange Act and SEC Rule 10b-5 against Defendants captioned *Norton v. Nutanix, Inc., et al.*, No. 3:21-cv-04080-VC (N.D. Cal.) (the "*Norton* Action");

WHEREAS, the *Norton* Action is presently pending before the Hon. Vince Chhabria;

WHEREAS, pursuant to Civil Local Rule 3-12(a), an action is related to another when: (1) the actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges;

WHEREAS, simultaneously herewith, Norton is filing the Administrative Motion of John P. Norton, on Behalf of the Norton Family Living Trust UAD 11/15/2002, Pursuant to Civil L.R. 3-12 and 7-11 to Consider Whether Cases Should be Related (the "Administrative Motion");

WHEREAS, Norton, through counsel, conferred with counsel for Defendants, pursuant to Civil Local Rules 3-12(b) and 7-11(a) to determine whether the *Norton* Action should be related to the *Nutanix* action and reassigned to this Court;

WHEREAS, Defendants stipulate that the *Nutanix* Action and *Norton* Action should be related under Civil Local Rule 3-12.  Defendants do not adopt any of the assertions in the Administrative Motion regarding the purpose, propriety, or effect of the filing of the *Norton* Action, and Defendants expressly reserve all rights and defenses to the *Norton* Action.

WHEREAS, Norton and Defendants stipulate to the entry of the proposed order filed simultaneously herewith;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO APPROVAL BY THIS COURT**, by Norton and Defendants, through counsel, as follows:

1.      The proposed order accompanying the Administrative Motion should be entered;

2.      The *Norton* Action is related to the *Nutanix* Action;

3.      The *Norton* Action should be reassigned to this Court;

4.      Upon reassignment, any future filings in the *Norton* Action shall bear the initials of the Hon. William H. Orrick.

**SO STIPULATED.**

Dated:  June 1, 2021

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
Kristina M. Mentone (admitted *pro hac vice*)
Gregory M. Potrepka (admitted *pro hac vice*)
Andrew W. Rocco (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: kmentone@zlk.com
Email: gpotrepka@zlk.com
Email: arocco@zlk.com

Adam C. McCall (SBN 302130)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Fax: (415) 484-1294
Email:  amccall@zlk.com

*Counsel for John P. Norton, on behalf of the Norton Family Living Trust UAD 11/15/2002*

By: //Shannon L. Hopkins

Dated:  June 1, 2021

**WILSON SONSINI GOODRICH & ROSATI**
Nina Locker
Ignacio E. Salceda
Evan L. Seite
Laura Amadon
650 Page Mill Road
Palo Alto, CA  94304
Tel: (650) 493-9300
Email: nlocker@wsgr.com
Email: isalceda@wsgr.com
Email: eseite@wsgr.com
Email: lamadon@wsgr.com

*Counsel for Defendants*

By:  // Ignacio E. Salceda

STIPULATION REGARDING RELATION OF CASES

## <u>ATTESTATION</u>

I, Shannon L. Hopkins, am the ECF User whose identification and password are being used to file this Stipulation Regarding Relation of Cases.  In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for Defendants, Ignacio E. Salceda, concurs in this filing.

Dated: June 1, 2021                                      **LEVI & KORSINSKY LLP**

By: // Shannon L. Hopkins
Shannon L. Hopkins (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com

*Counsel for John P. Norton, on behalf of the Norton Family Living Trust UAD 11/15/2002*

STIPULATION REGARDING RELATION OF CASES