ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
         – and –
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re NUTANIX, INC. SECURITIES LITIGATION | ) ) ) ) |
| | Case No. 3:19-cv-01651-WHO |
| | CLASS ACTION |
| This Document Relates To: | ) ) ) ) ) | 
| ALL ACTIONS. | LEAD PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT THE SECOND AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS |

4829-8412-3887.v1

Pursuant to Rule 15(d) of the Federal Rules of Civil Procedure, Lead Plaintiff California Ironworkers Field Pension Trust (the "Pension Trust") hereby moves for leave to supplement the operative Second Amended Complaint for Violations of the Federal Securities Laws (ECF No. 124) (the "Complaint") to conform the Complaint to events that occurred following its filing. More specifically, after then-lead plaintiff Shimon Hedvat filed the Complaint on April 17, 2020, Mr. Hedvat withdrew from the litigation. ECF No. 161. On June 10, 2021, the Court appointed the Pension Trust as the new Lead Plaintiff. ECF No. 224. The Pension Trust hereby submits Attachment A, the [Proposed] Supplement to the Second Amended Complaint for Violations of the Federal Securities Laws, only to conform the Complaint to these events.

Motions to supplement are governed by Federal Rule of Civil Procedure 15(d), which provides, in part: "On motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." Fed. R. Civ. P. 15(d). "The purpose of subdivision (d) is to promote as complete an adjudication of the dispute between the parties as is possible." 6A Charles A. Wright *et al., Federal Practice & Procedure* §1504 (3d ed. 2021).

Supplemental pleadings "are within the [District C]ourt's sound discretion to permit 'on just terms.'" *Arizona Yage Assembly v. Barr*, 2020 WL 5629833, at *9 (N.D. Cal. Sept. 21, 2020). "'The legal standard for granting or denying a motion to supplement under Rule 15(d) is the same as for amending one under 15(a).'" *Lyon v. U.S. Immigr. & Customs Enf't*, 308 F.R.D. 203, 214 (N.D. Cal. 2015) (quoting *Paralyzed Veterans of Am. v. McPherson*, 2008 WL 4183981, at *26 (N.D. Cal. Sept. 9, 2008)). Leave to supplement is "favored" and supplemental pleadings "'ought to be allowed as of course, unless some particular reason for disallowing them appears.'" *Arizona Yage*, 2020 WL 5629833, at *9 (quoting *Keith v. Volpe*, 858 F.2d 467, 473 (9th Cir. 1988)). Here, the proposed supplement should be allowed, as it incorporates events that occurred after the filing of the Complaint, namely, the appointment of the Pension Trust as Lead Plaintiff, and there is no particular reason for disallowing the supplement. *See Food & Water Watch, Inc. v. United States Env't Prot. Agency*, 2021 WL 1893063, at *3-*4 (N.D. Cal. May 11, 2021) ("New claims, new parties, and

allegations regarding events that occurred after the original complaint was filed are all properly permitted under Rule 15(d).").

For all these reasons, the Pension Trust respectfully requests that the Court grant it leave to supplement the Complaint as set forth in the proposed order filed herewith.

DATED: July 8, 2021                                Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS


                                s/ Shawn A. Williams
                                SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

Lead Counsel for Lead Plaintiff

LEAD PLAINTIFF'S MTN FOR LEAVE TO SUPPLEMENT THE SECOND
AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES
LAWS - 3:19-cv-01651-WHO                                                              - 2 -
4829-8412-3887.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on July 8, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Shawn A. Williams
SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
& DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:  shawnw@rgrdlaw.com

4829-8412-3887.v1

# Mailing Information for a Case 3:19-cv-01651-WHO In re Nutanix, Inc. Securities Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com,MAlbert@ecf.courtdrive.com

- **Laura G. Amadon**
  lamadon@wsgr.com,vshreve@wsgr.com

- **Adam Marc Apton**
  aapton@zlk.com,Files@zlk.com

- **Stephanie A. Bartone**
  sbartone@zlk.com,shalliday@zlk.com,ecf@zlk.com

- **David Bricker**
  dbricker@tenlaw.com

- **Robert C. Finkel**
  RFinkel@wolfpopper.com,cdunleavy@wolfpopper.com

- **Richard W. Gonnello**
  rgonnello@faruqilaw.com,ecf@faruqilaw.com,dbehnke@faruqilaw.com

- **Benjamin Heikali**
  Bheikali@faruqilaw.com,rglezakos@faruqilaw.com,ecf@faruqilaw.com,tpeter@faruqilaw.com

- **Shannon L Hopkins**
  shopkins@zlk.com,mkeating@zlk.com,shalliday@zlk.com,ecf@zlk.com

- **John T. Jasnoch**
  jjasnoch@scott-scott.com,scott-scott@ecf.courtdrive.com,efile@scott-scott.com

- **David Reuven Lev Kaplan**
  dkaplan@saxenawhite.com,e-file@saxenawhite.com,lmix@saxenawhite.com

- **Nancy A. Kulesa**
  nkulesa@bfalaw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermantabacco.com,sfservice@bermantabacco.com

- **Katherine M. Lenahan**
  klenahan@faruqilaw.com,ecf@faruqilaw.com

- **Nina F. Locker**
  nlocker@wsgr.com,lkoontz@wsgr.com,calendar@wsgr.com

- **Adam Christopher McCall**
  amccall@zlk.com

- **Francis P. McConville**
  fmcconville@labaton.com,HChang@labaton.com,lpina@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Kristina M Mentone**
  kmentone@zlk.com,shalliday@zlk.com,ecf@zlk.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Gregory Mark Nespole**
  gnespole@zlk.com,ecf@zlk.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,egoodman@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,jalieberman@pomlaw.com,asoto@pomlaw.c

- **Aidan Chowning Poppler**
  cpoppler@bermantabacco.com,sfservice@bermantabacco.com

- **Lesley F. Portnoy**
  LPortnoy@glancylaw.com,info@glancylaw.com,clinehan@glancylaw.com,lesley-portnoy-3007@ecf.pacerpro.com,charles-linehan-8383@ecf.pacerpro.com

- **Gregory M Potrepka**
  gpotrepka@zlk.com,shalliday@zlk.com,ecf@zlk.com

- **Andrew W. Rocco**
  arocco@zlk.com,shalliday@zlk.com,ecf@zlk.com

- **Joshua Wolf Ruthizer**
  jruthizer@wolfpopper.com,cdunleavy@wolfpopper.com

- **Ignacio Evaristo Salceda**
  isalceda@wsgr.com,rlustan@wsgr.com

- **Shane Palmesano Sanders**
  ssanders@robbinsllp.com,notice@robbinsllp.com

- **Evan L Seite**
  eseite@wsgr.com,vhernandez@wsgr.com

- **James Matthew Wagstaffe**
  wagstaffe@wvbrlaw.com,johnson@wvbrlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,kennyb@rgrdlaw.com,mburch@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)