# ATTACHMENT A

ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re NUTANIX, INC. SECURITIES LITIGATION | ) ) ) ) | Case No. 3:19-cv-01651-WHO CLASS ACTION |
|---|---|---|
| This Document Relates To: | ) ) ) ) ) | [PROPOSED] SUPPLEMENT TO THE SECOND AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS |
| ALL ACTIONS. | ) ) | |

4829-9336-4463.v1

Pursuant to Federal Rule of Civil Procedure 15(d), Lead Plaintiff California Ironworkers Field Pension Trust hereby supplements the Second Amended Complaint for Violations of the Federal Securities Laws (ECF No. 124) (the "Complaint").

Through this supplement, the words "Shimon Hedvat" on page 1 of the Complaint are replaced with "California Ironworkers Field Pension Trust," the words "undersigned Lead Counsel" on page 1 of the Complaint are replaced with "counsel," and ¶40 of the Complaint is replaced in its entirety with the following:

40.    Lead Plaintiff California Ironworkers Field Pension Trust purchased Nutanix common stock during the Class Period, as set forth in the certification filed with its lead plaintiff application (ECF No. 185-1), incorporated by reference herein, and was damaged thereby.

DATED:  July 8, 2021

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS


                               s/ Shawn A. Williams
                             SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[PROPOSED] SUPPLEMENT TO THE SECOND AMENDED COMPLAINT FOR
VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:19-cv-01651-WHO        - 1 -
4829-9336-4463.v1