ROBBINS GELLER RUDMAN
    & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
          – and –
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re NUTANIX, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) | Case No. 3:19-cv-01651-WHO<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT THE SECOND AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS |
| This Document Relates To:<br><br>    ALL ACTIONS. | | |

4848-4495-3327.v1

WHEREAS, on July 8, 2021, Lead Plaintiff California Ironworkers Field Pension Trust (the "Pension Trust") filed a Motion for Leave to Supplement the Second Amended Complaint for Violations of the Federal Securities Laws (the "Motion");

WHEREAS, the Court has considered the Motion and found good cause therefor,

IT IS HEREBY ORDERED as follows:

1.    The Motion is GRANTED; and

2.    Lead Plaintiff Pension Trust shall promptly file the Supplement to the Second Amended Complaint for Violations of the Federal Securities Laws as a separate docket entry.

DATED:  July 8, 2021

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS


                          s/ Shawn A. Williams
                       SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT THE SECOND AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:19-cv-01651-WHO                                    - 1 -
4848-4495-3327.v1

*     *     *

**O R D E R**

IT IS SO ORDERED.

DATED: _____     _____
THE HONORABLE WILLIAM H. ORRICK III
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT THE SECOND AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:19-cv-01651-WHO          - 2 -
4848-4495-3327.v1