NINA F. LOCKER (SBN 123838)
IGNACIO E. SALCEDA (SBN 164017)
EVAN L. SEITE (SBN 274641)
LAURA G. AMADON (SBN 321524)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:    (650) 493-9300
Facsimile:    (650) 565-5100
Email:        nlocker@wsgr.com
              isalceda@wsgr.com
              eseite@wsgr.com
              lamadon@wsgr.com

*Attorneys for Defendants Nutanix, Inc.,
Dheeraj Pandey, and Duston M. Williams*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | Case No. 3:19-cv-01651-WHO<br><br>**CLASS ACTION**<br><br>**DECLARATION OF EVAN L. SEITE IN SUPPORT OF DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT THE SECOND AMENDED COMPLAINT**<br><br>Hearing Date: August 18, 2021<br>Time: 2:00 P.M.<br>Hon. William H. Orrick |

I, Evan L. Seite, hereby declare:

1. I am an attorney licensed to practice law in the State of California and before this Court. I am an associate attorney at the law firm of Wilson Sonsini Goodrich & Rosati, Professional Corporation ("WSGR"), counsel for Defendants Nutanix, Inc. ("Nutanix" or the "Company"), Dheeraj Pandey, and Duston M. Williams (collectively, "Defendants") in this action. I submit this Declaration in connection with Defendants' opposition to Lead Plaintiff's Motion for Leave to Supplement the Second Amended Complaint for Violations of the Federal Securities Laws (the "Motion to Supplement"; ECF No. 229). I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein.

2. After Robbins Geller Rudman & Dowd LLP ("Robbins Geller") was appointed Lead Counsel and California Ironworkers Field Pension Trust ("Ironworkers") was appointed Lead Plaintiff, I participated in teleconferences with counsel from Robbins Geller to discuss the case schedule in this action.

3. During those teleconferences, defense counsel took the position that Lead Plaintiff should file a complaint in this action on its own behalf. Counsel from Robbins Geller initially took the position that no complaint was required to be filed. However, Robbins Geller proposed to file the Motion to Supplement, stating that the Motion to Supplement would have the practical effect of amending the SAC to add their client.

4. In June 2021, I had telephone calls with certain individuals understood to be unrepresented confidential witnesses ("CWs") cited in the Second Amended Complaint for Violations of the Federal Securities Laws (the "SAC"; ECF No. 124). My colleague, Shanna A. Lehrman, an associate attorney at WSGR, was also on some of the calls with me. During each of the initial calls with CWs, I identified myself as an attorney with WSGR and stated that WSGR represents the Defendants in connection with this lawsuit.

5. Three of the CWs stated on the phone calls that they had no understanding that they would be CWs cited in a complaint. These three CWs are referenced over fifty times in the SAC.

SEITE DECLARATION ISO
DEFENDANTS' OPPOSITION
CASE: 3:19-CV-01651-WHO

1

6.    One CW I spoke to did not recall making the statements attributed to him/her in the SAC and did not think that s/he was ever questioned about lead generation activities at Nutanix. The CW stated that s/he did not use certain phrases that were attributed to him/her in the SAC, so statements using those phrases did not sound like something s/he would say.  The CW said s/he was really surprised to be used in a case against Nutanix because s/he had no issues with the Company.

7.    Another CW I spoke to confirmed that s/he never spoke to plaintiffs' counsel regarding Nutanix and never gave permission to be used as a CW.  The CW volunteered that s/he only had a single short conversation with an investigator and stated that s/he was led to believe that s/he would be contacted again to obtain his/her specific consent to be part of the litigation. S/he never gave that consent and reported feeling frustrated and misled that s/he was used in the SAC.  The CW only learned of his/her involvement in the action when s/he later received a copy of the SAC in the mail.  S/he found the fact that s/he was cited in the SAC very upsetting and confirmed there were absolutely attributions to him/her in the SAC that s/he did not agree with or were not correct.  The CW is cited in over two dozen paragraphs and is directly quoted in the SAC.

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge the foregoing is true and correct.

Executed this 21st day of July 2021 in Redwood City, California.

*/s/ Evan L. Seite*
Evan L. Seite

**ATTESTATION**

I, Ignacio E. Salceda, am the ECF User whose identification and password are being used to file Defendants' Opposition to Lead Plaintiff's Motion for Leave to Supplement the Second Amended Complaint.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Evan L. Seite concurs in this filing.


Dated:  July 21, 2021                          /s/  Ignacio E. Salceda
                                               Ignacio E. Salceda