ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
KENNETH J. BLACK (291871)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
kblack@rgrdlaw.com
        – and –
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re NUTANIX, INC. SECURITIES LITIGATION | Case No. 3:19-cv-01651-WHO |
| | CLASS ACTION |
| This Document Relates To: | DECLARATION OF KENNETH J. BLACK IN SUPPORT OF REPLY IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT THE SECOND AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS |
| ALL ACTIONS. | |

DATE:       Wednesday, August 18, 2021
TIME:       2:00 p.m.
CTRM:      2, 17th Floor
JUDGE:     Hon. William H. Orrick

4841-3646-7700.v1

I, KENNETH J. BLACK, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am associated with the law firm Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), counsel of record for California Ironworkers Field Pension Trust ("Pension Trust") and Lead Counsel for the class.  I make this declaration in support of the Pension Trust's Reply in Support of its Motion for Leave to Supplement the Second Amended Complaint for Violations of the Federal Securities Laws (ECF No. 229, "Motion").  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      After the Pension Trust was appointed Lead Plaintiff (ECF No. 224), I participated in teleconferences with counsel from Wilson Sonsini Goodrich & Rosati, P.C. ("WSGR"), counsel for Defendants.

3.      On June 14, 2021, counsel for Pension Trust, including myself, had an initial call with counsel from WSGR, during which counsel from WSGR indicated their belief that Pension Trust may have to file a new complaint.

4.      On June 17, 2021, I emailed a proposed schedule to counsel from WSGR, proposing, for example, an October 15, 2021 deadline for substantial completion of document production, a November 12, 2021 deadline for Lead Plaintiff's motion for class certification (with briefing thereafter), a December 17, 2021 deadline to amend without leave of Court, and a May 27, 2022 cutoff for fact discovery.

5.      On June 18, 2021, counsel for Pension Trust, including myself, met and conferred with counsel from WSGR.  During that meet and confer, counsel from WSGR took the position that they would not discuss a schedule until Pension Trust filed an amended complaint to make it a party to the case.  Counsel for Pension Trust stated that it disagreed, and requested any authority requiring a later-appointed lead plaintiff to file a new complaint.  Counsel for the parties thereafter exchanged

calls and emails, during which counsel for the Pension Trust, in an attempt to reach a resolution so scheduling discussions could begin, raised the possibility of a Rule 15(d) supplement to add Pension Trust as lead plaintiff in the operative complaint.

6.      On June 29, 2021, counsel for Pension Trust, including myself, again met and conferred with counsel from WSGR.  Prior to that discussion, I exchanged emails with counsel from WSGR, during which I agreed to provide a draft Rule 15(d) motion and supplement for discussion purposes, reserving all rights to revise.  Counsel from WSGR stated that since Pension Trust was reserving all rights to revise, Defendants would not be in a position to stipulate, so it probably did not make sense to send a draft, and the parties could discuss further during the June 29, 2021 call.

7.      During the June 29, 2021 meet and confer, counsel from WSGR confirmed that they did not want to see a draft of Pension Trust's proposed motion for discussion purposes.  Counsel for Pension Trust asked counsel from WSGR to describe the basis for maintaining that Pension Trust must file a complaint.  In response, counsel from WSGR only identified Fed. R. Civ. P. 10 and Fed. R. Civ. P. 11.  Counsel for Pension Trust disagreed, but to try to resolve the issue, thereafter described the content and intent of the Rule 15(d) motion and the supplement to be filed therewith, including the intent to use the proposed Rule 15(d) supplement to replace the former Lead Plaintiff, Shimon Hedvat, with Pension Trust.  Counsel from WSGR indicated that they would wait to see the filed Motion and related documents before deciding whether those would resolve their concerns, and proposed a briefing schedule that would include an opportunity for Defendants to file a statement of non-opposition after reviewing the filed motion and supplement.

8.      Attached are true and correct copies of the following exhibits:

Exhibit A:      First Supplemental Complaint, *Patkins v. Lisk, et al.*, No. 5:16-cv-04347, ECF No. 52 (N.D. Cal. Sept. 30, 2020);

Exhibit B:      First Supplemental Complaint, *Martin v. Naval Crim. Investigative Serv., et al.*, No. 3:10-cv-01879, ECF No. 68 (S.D. Cal. May 7, 2012);

Exhibit C:    Order Granting Motion for Leave to Supplement the Complaint, *Caudle v. AAC Holdings, Inc., et al.*, No. 3:19-CV-00407, ECF No. 47 (M.D. Tenn. Jan. 13, 2020);

Exhibit D:    Supplement to Consolidated Complaint, *Caudle v. AAC Holdings, Inc., et al.*, No. 3:19-CV-00407, ECF No. 48 (M.D. Tenn. Jan. 13, 2020);

Exhibit E:    Order Granting Second Motion for Leave to Supplement the Complaint, *Caudle v. AAC Holdings, Inc., et al.*, No. 3:19-CV-00407, ECF No. 50 (M.D. Tenn. Feb. 5, 2020); and

Exhibit F:    Second Supplement to Consolidated Complaint, *Caudle v. AAC Holdings, Inc., et al.*, No. 3:19-CV-00407, ECF No. 51 (M.D. Tenn. Feb. 5, 2020).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 29, 2021, at San Francisco, California.

_____
KENNETH J. BLACK

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on July 29, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Kenneth J. Black
KENNETH J. BLACK

ROBBINS GELLER RUDMAN
& DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:  kblack@rgrdlaw.com

4841-3646-7700.v1

## Mailing Information for a Case 3:19-cv-01651-WHO In re Nutanix, Inc. Securities Litigation

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com,MAlbert@ecf.courtdrive.com

- **Laura G. Amadon**
  lamadon@wsgr.com,vshreve@wsgr.com

- **Adam Marc Apton**
  aapton@zlk.com,Files@zlk.com

- **Stephanie A. Bartone**
  sbartone@zlk.com,shalliday@zlk.com,ecf@zlk.com

- **Kenneth Joseph Black**
  KennyB@rgrdlaw.com

- **David Bricker**
  dbricker@tenlaw.com

- **Robert C. Finkel**
  RFinkel@wolfpopper.com,cdunleavy@wolfpopper.com

- **Richard W. Gonnello**
  rgonnello@faruqilaw.com,ecf@faruqilaw.com,dbehnke@faruqilaw.com

- **Benjamin Heikali**
  Bheikali@faruqilaw.com,rglezakos@faruqilaw.com,ecf@faruqilaw.com,tpeter@faruqilaw.com

- **Shannon L Hopkins**
  shopkins@zlk.com,mkeating@zlk.com,shalliday@zlk.com,ecf@zlk.com

- **John T. Jasnoch**
  jjasnoch@scott-scott.com,scott-scott@ecf.courtdrive.com,efile@scott-scott.com

- **David Reuven Lev Kaplan**
  dkaplan@saxenawhite.com,e-file@saxenawhite.com,lmix@saxenawhite.com

- **Nancy A. Kulesa**
  nkulesa@bfalaw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermantabacco.com,sfservice@bermantabacco.com

- **Katherine M. Lenahan**
  klenahan@faruqilaw.com,ecf@faruqilaw.com

- **Nina F. Locker**
  nlocker@wsgr.com,lkoontz@wsgr.com,calendar@wsgr.com

- **Adam Christopher McCall**
  amccall@zlk.com

- **Francis P. McConville**
  fmcconville@labaton.com,HChang@labaton.com,lpina@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Kristina M Mentone**
  kmentone@zlk.com,shalliday@zlk.com,ecf@zlk.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Gregory Mark Nespole**
  gnespole@zlk.com,ecf@zlk.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,egoodman@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,jalieberman@pomlaw.com,asoto@pomlaw.c

- **Aidan Chowning Poppler**
  cpoppler@bermantabacco.com,sfservice@bermantabacco.com

- **Lesley F. Portnoy**
  LPortnoy@glancylaw.com,info@glancylaw.com,clinehan@glancylaw.com,lesley-portnoy-3007@ecf.pacerpro.com,charles-linehan-8383@ecf.pacerpro.com

- **Gregory M Potrepka**
  gpotrepka@zlk.com,shalliday@zlk.com,ecf@zlk.com

- **Andrew W. Rocco**
  arocco@zlk.com,shalliday@zlk.com,ecf@zlk.com

- **Joshua Wolf Ruthizer**
  jruthizer@wolfpopper.com,cdunleavy@wolfpopper.com

- **Ignacio Evaristo Salceda**
  isalceda@wsgr.com,rlustan@wsgr.com

- **Shane Palmesano Sanders**
  ssanders@robbinsllp.com,notice@robbinsllp.com

- **Evan L Seite**
  eseite@wsgr.com,vhernandez@wsgr.com

- **James Matthew Wagstaffe**
  wagstaffe@wvbrlaw.com,johnson@wvbrlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,kennyb@rgrdlaw.com,mburch@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)