# EXHIBIT A

LYNN H. PASAHOW (CSB No. 54283)
lpasahow@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

WILLIAM BRENC (CSB No. 318544)
wbrenc@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Plaintiff
David C. Patkins

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DAVID C. PATKINS, | Case No.: 16-cv-04347-TSH |
|---|---|
| Plaintiff, | **PLAINTIFF DAVID C. PATKINS' FIRST SUPPLEMENTAL COMPLAINT** |
| v. | |
| A. LISK and CRAIG KOENIG, | **DEMAND FOR JURY TRIAL** |
| Defendants. | Judge: Honorable Thomas S. Hixson |

## **INTRODUCTION**

1.     In Plaintiff's initial complaint he seeks relief against defendant A. Lisk in both her official and individual capacity. Since the filing of this action defendant Lisk ceased her employment by the California Department of Corrections and Rehabilitation ("CDCR"). Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiff therefore files this supplemental complaint adding a necessary defendant able to provide the equitable relief he seeks.

FENWICK & WEST LLP
ATTORNEYS AT LAW

**JURISDICTION AND VENUE**

2.      The claim asserted in the initial Complaint and this Supplement Complaint arises pursuant to 42 U.S.C. § 1983.  The Court therefore has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1343.

3.      The events giving rise to the claim alleged in the initial Complaint and this Supplemental Complaint occurred in Soledad, California.  Accordingly, venue is proper in the Northern District of California.

**ADDITIONAL PARTY**

4.      Defendant Craig Koenig is employed by the CDCR as Warden at the Correctional Training Facility, Soledad, California, where the events involved in this action occurred and where Plaintiff is currently incarcerated.

**ALLEGATIONS**

5.      In his initial Complaint, Plaintiff alleges, among other things, that defendant Lisk filed false rules violation reports ("RVRs") regarding Patkins in retaliation for Plaintiff's filing complaints against her harassing conduct.  The Complaint seeks, in part, that the Court "award reversal of injury-guilt of false, RVR's . . . and expunge all references to the disciplinary actions from Plaintiff's prison file." (Docket Entry No. 1, Complaint, at 13.)

6.      As a result of defendant Lisk's cessation of employment by CDCR, it is necessary that a current employee of CDCR by added as a defendant in order to provide this relief.  Solely for this purpose, defendant Koenig is added as a defendant to this action.

Dated:    September 30, 2020            FENWICK & WEST LLP


By:  ___*/s/ William Brenc*_____
        William Brenc
        Attorneys for Plaintiff
        David C. Patkins

FENWICK & WEST LLP
ATTORNEYS AT LAW