# EXHIBIT C

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| DAVID BROWN CAUDLE, Individually and on Behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) vs. ) ) AAC HOLDINGS, INC., et al., ) ) Defendants. ) ) ) | Civil Action No. 3:19-cv-00407 CLASS ACTION Judge Eli J. Richardson Magistrate Judge Alistair E. Newbern ORDER GRANTING LEAD PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT THE COMPLAINT |

WHEREAS, on January 13, 2020, Lead Plaintiff Indiana Public Retirement System filed an Unopposed Motion for Leave to Supplement the Complaint (the "Motion");

WHEREAS, Defendants do not oppose the Motion; and

WHEREAS, the Court has considered the Motion and found good cause therefor,

IT IS HEREBY ORDERED as follows:

1.    The Motion is GRANTED;

2.    Lead Plaintiff shall promptly file the Supplement to Consolidated Complaint for Violations of the Securities Exchange Act of 1934 (the "Supplemental Complaint") as a separate docket entry;

3.    Defendants' response to the Consolidated Complaint for Violations of the Securities Exchange Act of 1934 and the Supplemental Complaint will be due February 12, 2020;

4.    If Defendants move to dismiss, Lead Plaintiff's opposition to Defendants' motion to dismiss will be due on April 10, 2020; and

5.    If Defendants move to dismiss, Defendants' reply to Lead Plaintiff's opposition will be due on May 12, 2020.

IT IS SO ORDERED.

DATED:    January 13, 2020  _____

_____
THE HONORABLE ALISTAIR E. NEWBERN
UNITED STATES MAGISTRATE JUDGE

- 1 -