# EXHIBIT F

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| DAVID BROWN CAUDLE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> AAC HOLDINGS, INC., et al., <br><br> Defendants. | ) Civil Action No. 3:19-cv-00407 <br> ) <br> ) CLASS ACTION <br> ) <br> ) Judge Eli J. Richardson <br> ) Magistrate Judge Alistair E. Newbern <br> ) <br> ) SECOND SUPPLEMENT TO <br> ) CONSOLIDATED COMPLAINT FOR <br> ) VIOLATIONS OF THE SECURITIES <br> ) EXCHANGE ACT OF 1934 <br> ) |

Pursuant to Federal Rule of Civil Procedure 15(d), Lead Plaintiff hereby supplements its Consolidated Complaint for Violations of the Securities Exchange Act of 1934 (ECF No. 45) ("Complaint" or "Compl."). For convenience and ease of reference, Plaintiff has copied below the portions of the Complaint being supplemented (¶¶15 and 17, and §VII(D)), and maintained the existing paragraph numbering while inserting supplemental allegations demarcated in bold in ¶¶15, 17, and 148.

15.     Defendant Michael T. Cartwright ("Cartwright") served as AAC's Chief Executive Officer ("CEO") **from June 2013 until January 24, 2020**. Defendant Cartwright has served as the Chairman of AAC's Board of Directors (including that of Forterus, Inc., the predecessor to AAC's operating subsidiary American Addiction Centers, Inc.) since 2011. Cartwright continued to own approximately 26.3% of AAC's shares following the October 2014 initial public offering of AAC common stock, making him the Company's largest shareholder. As of April 24, 2019, Cartwright was AAC's largest shareholder, with about 19% of the outstanding shares.

17.     Defendant Andrew W. McWilliams ("McWilliams") served as AAC's CFO **from** January 1, 2018 **until January 24, 2020, when he became CEO. McWilliams previously** served as its Chief Accounting Officer between August 2014 and January 1, 2018. From October 1998 through August 2014, McWilliams worked as an auditor with Ernst & Young LLP. While at Ernst & Young LLP, Mr. McWilliams worked with multiple healthcare clients, and worked on public offerings of securities as well as mergers and acquisitions.

A.     **Numerous AAC Executives and a Majority of the Board of Directors Have Resigned**

148.     During and following the Class Period, an unprecedented number of senior AAC executives and directors resigned. On November 9, 2017, AAC announced that Manz would be resigning as CFO. On March 12, 2019, AAC announced that Thomas W. Doub, Ph.D, the Company's Chief Compliance Officer and Chief Clinical Officer, would be resigning. On May 31,

- 1 -

2019, David C. Kloeppel resigned from AAC's board of directors immediately and without notice. On June 14, 2019, Michael Nanko, AAC's President and Chief Operating Officer, who had joined AAC just sixteen months earlier, resigned. On October 1, 2019, the majority of AAC's board of directors – Darrell S. Freeman, Sr., Michael J. Blackburn, W. Larry Cash, and David W. Hillis – resigned immediately and without notice. AAC failed to disclose their resignations until October 7, 2019, when the NYSE notified the Company that, in light of the resignations of Cash and Freeman, who (following Kloeppel's resignation) were the only members of the Company's Audit Committee, the Company was not in compliance with §303A.07 of the NYSE Listed Company Manual, which states that audit committees of listed companies must have a minimum of three members. **In addition, on January 8, 2020 defendant Michael T. Cartwright delivered to the Board his conditional resignation as Chief Executive Officer. Cartwright's resignation was to become effective upon the Company: (i) entering into amendments to its two previously reported forbearance agreements, each dated October 30, 2019, entered into between the Company and the lenders under the Company's two primary credit facilities; and (ii) receiving $10 million of incremental funding under the Company's previously disclosed credit facility entered into by the Company in March 2019. On January 29, 2020, AAC disclosed that it had entered into an amendment to the March 2019 credit facility, providing for an additional $10 million of funding under that facility, and an amendment to AAC's forbearance agreements extending the "Forbearance Periods" through February 21, 2020. AAC and its lenders closed on those amendments on January 24, 2020, satisfying the conditions to Cartwright's resignation as CEO. Accordingly, on January 24, 2020, Cartwright's resignation became effective and McWilliams became CEO.**

Cases\4828-0219-8451.v1-2/5/20

DATED:  February 5, 2020

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER M. WOOD, #032977
CHRISTOPHER H. LYONS, #034853


s/ CHRISTOPHER M. WOOD
CHRISTOPHER M. WOOD

414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com
clyons@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com

Lead Counsel for Indiana Public Retirement
System

BARRETT JOHNSTON MARTIN
      & GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2202
615/252-3798 (fax)
jmartin@barrettjohnston.com

Local Counsel

- 3 -