NINA F. LOCKER (SBN 123838)
IGNACIO E. SALCEDA (SBN 164017)
EVAN L. SEITE (SBN 274641)
LAURA G. AMADON (SBN 321524)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:    (650) 493-9300
Facsimile:    (650) 565-5100
Email:        nlocker@wsgr.com
              isalceda@wsgr.com
              eseite@wsgr.com
              lamadon@wsgr.com

*Attorneys for Defendants Nutanix, Inc.,*
*Dheeraj Pandey, and Duston M. Williams*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | Master File No. 3:19-cv-01651-WHO<br><br>Hon. William H. Orrick<br><br>**CLASS ACTION**<br><br>**JOINT SUPPLEMENT TO THE STIPULATED PROTECTIVE ORDER** |

1

Lead Plaintiff California Ironworkers Field Pension Trust ("Ironworkers") and Defendants Nutanix, Inc. ("Nutanix"), Dheeraj Pandey, and Duston M. Williams (collectively, "Defendants"), by and through their respective undersigned counsel, hereby stipulate and agree to jointly supplement the Stipulated Protective Order (ECF No. 151) entered in this Action ("Protective Order") as follows:

WHEREAS, Defendants; Defendants' Counsel, Wilson Sonsini Goodrich & Rosati, P.C.; the former Lead Counsel, Levi & Korsinsky LLP; and the former Lead Plaintiff, Shimon Hedvat; previously agreed to be bound by the terms of the Protective Order entered by the Court on October 26, 2020 (ECF No. 151);

WHEREAS, on March 1, 2021, this Court granted Mr. Hedvat's withdrawal as Lead Plaintiff and reopened the lead plaintiff application process (ECF No. 171);

WHEREAS, on June 10, 2021, this Court appointed Ironworkers as the new Lead Plaintiff and Robbins Geller Rudman & Dowd LLP ("Robbins Geller") as new Lead Counsel (ECF No. 224);

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by Lead Plaintiff Ironworkers and Defendants, and their undersigned counsel, subject to Court approval, as follows:

1.   Lead Counsel, Robbins Geller, and Lead Plaintiff Ironworkers hereby agree to be bound by the terms of the Protective Order entered by the Court on October 26, 2020 (ECF No. 151).

JOINT SUPPLEMENT TO THE STIPULATED PROTECTIVE ORDER

DATED: October 27, 2021

**ROBBINS GELLER RUDMAN & DOWD LLP**

*/s/ Kenneth J. Black*

SHAWN A. WILLIAMS (213113)
KENNETH J. BLACK (291871)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

– and –

JAMES E. BARZ (*pro hac vice*)
FRANK A. RICHTER (*pro hac vice*)
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*
*California Ironworkers Field Pension Trust*

DATED: October 27, 2021

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

*/s/ Nina F. Locker*

Nina F. Locker (SBN 123838)
Ignacio E. Salceda (SBN 164017)
Evan L. Seite (SBN 274641)
Laura G. Amadon (SBN 321524)
650 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 493-9300
Facsimile:       (650) 565-5100
Email:            nlocker@wsgr.com
                      isalceda@wsgr.com
                      eseite@wsgr.com
                      lamadon@wsgr.com

*Attorneys for Defendants Nutanix, Inc.,*
*Dheeraj Pandey, and Duston M. Williams*

3

JOINT SUPPLEMENT TO THE STIPULATED PROTECTIVE ORDER

## ATTESTATION

I, Nina F. Locker, am the ECF User whose identification and password are being used to file this Joint Supplement to the Stipulated Protective Order.  In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for Lead Plaintiff, Kenneth J. Black, concurs in this filing.

Dated: October 27, 2021                              By: */s/ Nina F. Locker*

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

Nina F. Locker (SBN 123838)
650 Page Mill Road
Palo Alto, CA  94304
Telephone:     (650) 493-9300
Facsimile:     (650) 565-5100
Email:          nlocker@wsgr.com

*Attorneys for Defendants Nutanix, Inc., Dheeraj Pandey, and Duston M. Williams*

\*   \*   \*

**SO ORDERED.**

DATED:_____            _____

Hon. William H. Orrick
United States District Judge

JOINT SUPPLEMENT TO THE STIPULATED PROTECTIVE ORDER