NINA F. LOCKER (SBN 123838)
IGNACIO E. SALCEDA (SBN 164017)
EVAN L. SEITE (SBN 274641)
LAURA G. AMADON (SBN 321524)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:    (650) 493-9300
Facsimile:    (650) 565-5100
Email:        nlocker@wsgr.com
              isalceda@wsgr.com
              eseite@wsgr.com
              lamadon@wsgr.com

*Attorneys for Defendants Nutanix, Inc.,*
*Dheeraj Pandey, and Duston M. Williams*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CASE NO. 3:19-cv-01651-WHO

**CLASS ACTION**

**STIPULATED REQUEST AND [PROPOSED] ORDER TO CONSOLIDATE CASE MANAGEMENT CONFERENCES**

The Honorable William H. Orrick

This Document Relates To: All Actions

STIPULATED REQUEST AND [PROPOSED] ORDER TO
CONSOLIDATE CASE MANAGEMENT CONFERENCES
No. 3:19-cv-01651-WHO

Lead Plaintiff California Ironworkers Field Pension Trust ("Lead Plaintiff"), named plaintiff City of Miami Fire Fighters' and Police Officers' Retirement Trust, and Defendants Nutanix, Inc. ("Nutanix"), Dheeraj Pandey, and Duston Williams (together, Defendants), who are the parties in this action (the "*Nutanix* Action"), by and through their counsel, as well as lead plaintiff in the related case *Norton Family Living Trust v. Nutanix, Inc. et al.*, (the "*Norton* Action"), John P. Norton, on behalf of the Norton Family Living Trust UAD 11/15/2002 (collectively, the "Parties") hereby stipulate and request as follows:

WHEREAS, on June 2, 2021, this Court issued an order relating the *Nutanix* and *Norton* Actions and reassigned the *Norton* Action to this Court (*Nutanix* Action ECF No. 233);

WHEREAS, on October 14, 2021, this Court issued an order coordinating the discovery in both actions through the *Nutanix* Action (*Norton* Action ECF No. 39-1);

WHEREAS, the Case Management Conference in the *Nutanix* Action is currently set for January 11, 2022;

WHEREAS, the Case Management Conference in the *Norton* Action is currently set for January 12, 2022;

WHEREAS, the Parties believe that consolidating the schedule for the two Case Management Conferences will serve the interest of judicial efficiency and will preserve the resources of the Parties and this Court;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties and their undersigned counsel, subject to Court approval, as follows:

1. The Case Management Conference for both the *Nutanix* and *Norton* Actions shall be set for January 12, 2022 at 2pm.

2. All related deadlines will be adjusted accordingly.

STIPULATED REQUEST AND [PROPOSED] ORDER TO
CONSOLIDATE CASE MANAGEMENT CONFERENCES
CASE NO. 3:19-cv-01651-WHO

**IT IS SO STIPULATED.**

DATED:  December 21, 2021

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation

*/s/ Nina F. Locker*
        Nina F. Locker

Nina F. Locker (SBN 123838)
Ignacio E. Salceda (SBN 164017)
Evan L. Seite (SBN 274641)
Laura G. Amadon (SBN 321524)
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email:     nlocker@wsgr.com
           isalceda@wsgr.com
           eseite@wsgr.com
           lamadon@wsgr.com

*Attorneys for Defendants Nutanix, Inc.,*
*Dheeraj Pandey, and Duston M. Williams*

DATED:  December 21, 2021

**ROBBINS GELLER RUDMAN & DOWD LLP**

*/s/  Frank A. Richter*
        Frank A. Richter

SHAWN A. WILLIAMS (213113)
KENNETH J. BLACK (291871)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

JAMES E. BARZ (pro hac vice)
FRANK A. RICHTER (pro hac vice)
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

STIPULATED REQUEST AND [PROPOSED] ORDER TO
CONSOLIDATE CASE MANAGEMENT CONFERENCES
CASE NO. 3:19-CV-01651-WHO

*Lead Counsel for Lead Plaintiff*
*California Ironworkers Field Pension Trust*

DATED:  December 21, 2021     **LEVI & KORSINSKY, LLP**

*/s/  Shannon L. Hopkins*
    Shannon L. Hopkins

Shannon L. Hopkins (admitted *pro hac vice*)
Kristina M. Mentone (admitted *pro hac vice*)
Gregory M. Potrepka (admitted *pro hac vice*)
Andrew W. Rocco (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: kmentone@zlk.com
Email: gpotrepka@zlk.com
Email: arocco@zlk.com

Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Fax: (415) 484-1294
Email: amccall@zlk.com

*Lead Counsel for John P. Norton, on behalf of*
*the Norton Family Living Trust UAD*
*11/15/2002*

**ATTESTATION**

I, Nina F. Locker, am the ECF User whose identification and password are being used to file this Joint Supplement to the Stipulated Protective Order. In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for Lead Plaintiff in the *Nutanix* Action, Frank A. Richter, and counsel in the *Norton* Action, Shannon L. Hopkins, concur in this filing.

DATED:  December 21, 2021

**WILSON SONSINI GOODRICH & ROSAT**I
Professional Corporation

*/s/ Nina F. Locker*
    Nina F. Locker

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email:        nlocker@wsgr.com

*Attorneys for Defendants Nutanix, Inc.,*
*Dheeraj Pandey, and Duston M. Williams*

*   *   *

**IT IS SO ORDERED.**

Dated:  _____

_____
Honorable William H. Orrick
United States District Judge

STIPULATED REQUEST AND [PROPOSED] ORDER TO
CONSOLIDATE CASE MANAGEMENT CONFERENCES
CASE NO. 3:19-CV-01651-WHO