NINA F. LOCKER, State Bar No. 123838
IGNACIO E. SALCEDA, State Bar No. 164017
EVAN L. SEITE, State Bar No. 274641
BETTY CHANG ROWE, State Bar No. 214068
LAURA G. AMADON, State Bar No. 321524
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:   (650) 493-9300
Facsimile:   (650) 565-5100
Email: nlocker@wsgr.com
        isalceda@wsgr.com
        eseite@wsgr.com
        browe@wsgr.com
        lamadon@wsgr.com

*Attorneys for Defendants Nutanix, Inc.,*
*Dheeraj Pandey, and Duston M. Williams*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | CASE NO.:  3:19-cv-01651-WHO |
| | **DECLARATION OF BETTY CHANG ROWE IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS UNDER FED. R. CIV. P. 12(c)** |
| | Hearing Date: September 14, 2022 |
| | Time: 2:00 p.m. |
| | Courtroom: 2 |
| | Hon. William H. Orrick |

ROWE DECL. ISO MOT. FOR JUDGMT ON PLEADINGS
CASE: 3:19-CV-01651-WHO

I, Betty Chang Rowe, hereby declare:

1.      I am an attorney duly licensed to practice law in the State of California and before this Court.  I am an attorney at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendants Nutanix, Inc. ("Nutanix"), Dheeraj Pandey, and Duston M. Williams in this action.  I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the S&P Global's Transcript of Nutanix's Q2 2019 Earnings Conference Call dated February 28, 2019.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the S&P Global's Transcript of Nutanix's Analyst Investor Day Conference Call dated March 20, 2019.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the S&P Global's Transcript of Nutanix's Q3 2019 Earnings Conference Call dated May 30, 2019.

5.      Attached hereto as Exhibit 4 is a true and correct copy of Nutanix's press release dated February 28, 2019, filed with the Securities & Exchange Commission ("SEC") as Exhibit 99.1 to SEC Form 8-K on February 28, 2019.

6.      Attached hereto as Exhibit 5 is a true and correct copy of Nutanix's press release dated May 30, 2019, filed with the SEC as Exhibit 99.1 to SEC Form 8-K on May 30, 2019.

7.      Attached hereto as Exhibit 6 is a true and correct copy of the analyst report by Wells Fargo Securities, titled "NTNX: Transition From Momentum to Prove-It Story – Downgrade to MP," dated February 28, 2019.

8.      Attached hereto as Exhibit 7 is a true and correct copy of the analyst report by Jefferies Group, titled "Nutanix (NTNX) F2Q19: Mismanaged Lead Generation but Swift Transition to Recurring Revenue," dated March 1, 2019.

9.      Attached hereto as Exhibit 8 is a true and correct copy of the analyst report by William Blair & Co., titled "When It Rains It Pours; Recovery Taking Longer Than Expected but All Is Not Lost," dated May 31, 2019,

ROWE DECL. ISO MOT. FOR JUDGMT ON PLEADINGS
CASE: 3:19-CV-01651-WHO                         1

10.     Attached hereto as Exhibit 9 is a true and correct copy of the analyst report by Raymond James & Associates, titled "F3Q19 Report; Miss and Guide Down, Patience Required," dated May 30, 2019.

11.     Attached hereto as Exhibit 10 is a true and correct copy of the analyst report by Piper Jaffray & Co., titled "Downgrading to Neutral on Continued Execution Issues and Competition," dated May 31, 2019.

12.     Attached hereto as Exhibit 11 is a true and correct copy of Nutanix's press release dated November 27, 2018, filed with the SEC as Exhibit 99.1 to SEC Form 8-K on November 27, 2018.

I declare under penalty of perjury under the laws of the United States, that to the best of my knowledge, the foregoing is true and correct.

Executed this 27th day of May, 2022, in Palo Alto, California.

/s/ Betty Chang Rowe
Betty Chang Rowe

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Nina F. Locker, am the ECF User whose identification and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: May 27, 2022                     /s/ Nina F. Locker
Nina F. Locker

# EXHIBIT 1

**S&P Global**
Market Intelligence

# Nutanix, Inc. NasdaqGS:NTNX
# FQ2 2019 Earnings Call Transcripts
## Thursday, February 28, 2019 9:30 PM GMT
### S&P Global Market Intelligence Estimates

| | -FQ2 2019- | | | -FQ3 2019- | | -FY 2019- | -FY 2020- |
|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | GUIDANCE | CONSENSUS | CONSENSUS |
| EPS Normalized | (0.25) | (0.23) | NM | (0.28) | (0.60) | (0.87) | (0.67) |
| Revenue (mm) | 331.21 | 335.36 | ▲1.25 | 347.56 | - | 1385.56 | 1822.35 |

Currency: USD
Consensus as of  Feb-27-2019 8:59 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ3 2018 | (0.19) | (0.21) | NM |
| FQ4 2018 | (0.22) | (0.11) | NM |
| FQ1 2019 | (0.27) | (0.13) | NM |
| FQ2 2019 | (0.25) | (0.23) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ..................................................................................... | **3** |
| **Presentation** | ..................................................................................... | **4** |
| **Question and Answer** | ..................................................................................... | **10** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

**Duston M. Williams**
*Chief Financial Officer*

**Tonya Chin**
*Vice President of Corporate Communications & IR*

## ANALYSTS

**Aaron Christopher Rakers**
*Wells Fargo Securities, LLC, Research Division*

**Adam Charles Bergere**
*JP Morgan Chase & Co, Research Division*

**Alexander Kurtz**
*KeyBanc Capital Markets Inc., Research Division*

**Jason Noah Ader**
*William Blair & Company L.L.C., Research Division*

**Jon Philip Andrews**
*Needham & Company, LLC, Research Division*

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

**Matthew George Hedberg**
*RBC Capital Markets, LLC, Research Division*

**Roderick B. Hall**
*Goldman Sachs Group Inc., Research Division*

**Unknown Analyst**

**W. Chiu**
*Raymond James & Associates, Inc., Research Division*

**Wamsi Mohan**
*BofA Merrill Lynch, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good afternoon. My name is Amy, and I will be your conference operator today.

At this time, I would like to welcome everyone to the Nutanix Second Quarter Fiscal Year 2019 Earnings Conference Call. [Operator Instructions] Tonya Chin, VP of Investor Relations and Corporate Communications, you may begin your conference.

**Tonya Chin**
*Vice President of Corporate Communications & IR*

Good afternoon, and welcome to today's conference call to discuss the results of our second quarter of fiscal 2019. This call is also being broadcast over the web and can be accessed in the Investor Relations section of the Nutanix website.

Joining me today are Dheeraj Pandey, Nutanix' CEO; and Duston Williams, Nutanix' CFO.

After the market closed today, Nutanix issued a press release announcing the financial results for its second quarter of fiscal 2019. If you'd like a copy of the release, you can find it in the press releases section of the company's website.

We'd like to remind you that during today's call, management will make forward-looking statements within the meaning of the safe harbor provision of federal securities laws, regarding the company's anticipated future revenue, billings, gross margin, operating expenses, net loss, net loss per share, free cash flow, our business plans and objectives, demand for and customer adoption of our products and services, plans for and timing for the impact of our transition to a subscription-based and recurring revenue business model, our continued investment in technology, talent and sales and marketing efforts, and any expected impacts from these investments, the benefits and capabilities of our platform, competitive and industry dynamics, market size and potential market opportunities, and other financial and business-related information.

These forward-looking statements involve a number of risks and uncertainties, some of which are beyond our control, which could cause actual results to differ materially and adversely from those anticipated by these statements. These forward-looking statements apply as of today, and you should not rely on them as representing our views in the future. We undertake no obligation to update these statements after this call. For a more detailed description of these risks and uncertainties, please refer to our Form 10-Q for the first quarter of fiscal 2019 filed with the SEC on December 10, 2018 as well as our earnings release posted a few minutes ago on our website. Copies of these documents may be obtained from the SEC or by visiting the IR section of our website.

Also, please note that unless otherwise specifically referenced, all financial measures we use on this call today are expressed on a non-GAAP basis, and have been adjusted to exclude certain charges. We've provided reconciliations of these non-GAAP financial measures to GAAP financial measures in the Investor Relations section of our website and in our earnings press release.

Lastly, Nutanix will be hosting its Investor Day 2019 in New York City on Wednesday, March 20. The event will be webcast on our Investor Relations website. Institutional investors and sell-side analysts interested in attending in person should please contact IR for registration information.

With that, I'll turn it over to Dheeraj. Dheeraj?

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Thank you, Tonya. Good afternoon, everyone.

Q2 was a good quarter for us as we continue to transform to a subscription business with a meaningful extended product portfolio.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Our continued shift to a recurring revenue model resulted in 57% of our billings coming from subscription, up from 38% in the year ago period. And our subscription revenue is up 112% year-over-year to $157 million. Continued execution in product, customer support and enterprise selling resulted in a number of new large deals, strong continued penetration into our existing customers and record AHV penetration. Our differentiated product offering helps us drive continued standardization within customer accounts.

In Q2, we again saw strength in large deals, closing 57 deals worth more than $1 million and 6 deals worth more than $5 million in the quarter, 3 of which were from customers who also spent more than $5 million just a quarter ago. We now have 17 customers with a lifetime spend of more than $15 million and nearly 800 customers with a lifetime spend of more than $1 million. Global 2000 customers continue to recognize the value of our platform, the simplicity it brings to their infrastructure. We now count more than 760 as customers, including 2 of the Forbes Global 5; 6 of the Global 10; and 40 of the Global 50. And even as we add to our diverse customer base, we remain committed to providing an outstanding customer experience, which continues to be a strong differentiating factor between us and our competitors.

The market we address remains very strong and our win rates and pipeline conversion have remained consistent. We feel there is a very large opportunity to continue to sell our industry-recognized Nutanix Core offering to customers, who are looking to modernize their IT environments with the greatest choice. And increasingly, we see demand from both new and existing customers for solutions outside our core offering. As we look forward to and plan for the continued growth of our business, we're constantly examining every aspect of our business execution.

In that way, I'd like to take you through 3 key areas of our business where we're making adjustments to maximize our strong market opportunity. First, we recently identified some imbalances in our lead generation spending that were beginning to impact our sales pipeline. We recognize these imbalances in Q2 and have adjusted our lead generation spend accordingly. Despite these, these actions will take some time to take effect and therefore, our Q3 guidance reflects the short term impact of these imbalances. The changes we implemented are already showing early positive signs at the top of the funnel, and we expect to see increasing traction in our sales pipeline over the coming quarters. Duston will provide more details on these imbalances and our actions taken later in the call.

Second, over the past few quarters, we have not kept pace with our bullish sales hiring goals. This plays a role in our sales pipeline development. Hiring at this scale is an art and there's an ebb and flow to the process. We've been putting more focus on this aspect of our execution as we don't foresee any macro weakness in the horizon.

Finally, we're in the process of addressing a few opportunities to improve our sales execution in the Americas region. To address this, we have promoted Chris Kaddaras, our current Head of EMEA Sales to lead both the Americas and EMEA Sales organizations. Chris has led our EMEA Sales engine to tremendous growth over the past 2.5 years, turning around a business that was initially challenged. And we expect that he'll bring the same execution excellence to North America. He's in the process of moving back to the U.S., and he'll lead both the Americas and EMEA regions, which are effectively 80% to 85% of our business. He has the wisdom and a healthy paranoia for operations that are key to success for a high-growth company such as ours. We're in excellent hands with him leading these 2 important geographies as we try to build an iconic company at such high velocity.

As we make these operational adjustments to our business, our sales force continues to have the benefit of selling our best-in-class software. Just this quarter, our database-as-a-service offering, Era, was named 2018 Product of the Year by CRN. And for the second year in a row, Gartner has recognized our platform as the leader in the market in its Magic Quadrant for HCI systems. In fact, our software has been ranked as the top HCI solution by Gartner for the past 6 years across 2 different Magic Quadrant reports. These achievements are based not just on the excellence of our engineering organization, but also our commitment to providing our customers with unparalleled choice of platform, hypervisor and deployment model and our industry-leading customer support organization. Our commitment to excellence in both our product and our customer success organization has clearly paid off, and we are proud of the continued recognition in the industry.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Additionally, we have seen several large new customers coming to us in the past couple of quarters after trying good enough competitive solutions.

I'd like to highlight a few key wins from the quarter. We saw a continued adoption of our products globally and across many verticals in the quarter, including a deal worth more than $5 million with an office within the U.S. Department of Defense. This customer has a lifetime spend of more than $15 million and continues to expand its investment in our software. This customer has gone all-in on AHV, our hypervisor, contributing to the record 40% adoption of our hypervisor this quarter.

Another deal this quarter worth more than $5 million was with a Global 50 American multinational retailer. Three large teams within this customer's organization have now standardized on our platform. This customer already has a lifetime spend of more than $10 million in just 2 quarters, with many more projects in scope.

Our largest deal, worth more than $5 million was with an American for-profit operator for healthcare facilities. This competitive win against traditional 3-tier expands on an existing customer deployment to bring a new workload, Splunk, on to the Nutanix platform. This particular deal is a great example of our ability to win trust in large accounts 1 workload at a time. They first purchased our software through a free facility more than 2 years ago. The field operation was looking to streamline its IT infrastructure for production workloads and chose our software amid an extremely competitive process. Over time, our software now runs across its facilities and this customer has a lifetime spend of more than $20 million.

We have seen this type of life cycle progression with another of our large deal this quarter, more than -- worth more than $5 million. With this customer, a Global 500 French multinational investment bank and financial services company, we converted a small private cloud deployment 4 years ago into a lifetime spend of more than $15 million, more than 30,000 virtual machines running on our software globally, an expansion into new workloads like VDI. As this customer expands its workload mix, it has also begun evaluating solutions beyond our core offering and into the Essentials and Enterprise segments, which include Era, Calm, Beam and Xi IoT.

We're increasingly seeing customers looking not only to modernize their infrastructure with our core HCI offering, but also to take advantage of our new solutions that deliver a true hybrid cloud experience. Within our own customer base, IT leaders are thoroughly evaluating and often purchasing our solutions that expand the reach of Nutanix Core, delivering new solutions including our database-as-a-service offering, our cloud cost control and governance platform, our DevOps platform and our Edge computing IoT service.

A great example of this is a deal worth more than $1 million with one of the largest insurance companies in the world based in Italy. This Global 500 company is continuing to expand its adoption for Core HCI platform. But perhaps most notably, this customer is also taking advantage of one of our Essentials offerings, Files, to collapse the traditional file server silo into a pure software offering running as an app on the commodity server grid. Another example is -- it's one of our Global 500 customers, an American multinational financial services corporation that has a lifetime spend of more than $5 million. This customer is relying on our software as it modernizes its data center infrastructure, using it to run server virtualization, desktops and database workloads.

It is also exploring services in addition to our Nutanix Core. And as part of its $1 million purchase in Q2, made a significant investment in Files, which was the largest Files purchase since the solution became generally available.

This shift beyond Core HCI is notable in the public sector as well. One of our largest deals of the quarter, and the first with this customer worth more than $5 million, was with the service component command within the U.S. Army. Using Flow, our micro segmentation product with the Nutanix Essentials, the customer is able to run a large-scale farm on AHV and maintain strict isolation for workloads and networks, ensuring that strict data classification requirements are followed and users can access information even at an untrusted network.

This is our largest Flow deal since we introduced the service in Q4 of fiscal 2018.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And we also had a great win with a British multinational contract food service company in the Global 1000 that purchased our Xi IoT solution to power an innovative machine learning-driven computer vision project within its facilities. In this deal worth $2 million, the customer will use Xi IoT, a product within our Enterprise segment to build a solution that will allow our customer in a restaurant to proceed through checkout without any human interaction.

Xi IoT is just one of our Xi Cloud Services offering that shows a promising start.

Xi Leap, our DR service, which became generally available just 3 months ago, has already been adopted by several customers.

In conclusion, this September we'll be 10 years old. In these last 9-plus years, we have sold more than $4 billion worth of product and services; built a proven product portfolio; assembled a hungry and humble employee base; captured the imagination of a trusting customer base and yet, we're only a good company. Well, from good to great is a decade-long journey and that decade is about to begin.

With that, I'll turn it over to Duston to provide more details in the quarter and guidance. Duston?

**Duston M. Williams**
*Chief Financial Officer*

Thanks, Dheeraj. Before we get into the other specific deals around our Q2 performance, let me first provide an overview on 2 items that we were particularly pleased with in Q2: our recurring subscription business and large deals.

We made great progress in Q2 with our recurring subscription business. Subscription billings accounted for 57% of total billings, up from 51% in Q1. And additionally, subscription revenues now account for 47% of total revenue.

In Q2, $57 million in bookings were based on our new term base subscription licensing methodology, up from $20 million in Q1. And almost 50% of the $57 million came from existing customers, who had previously purchased nonportable licenses. In the quarter, we saw over 500 customers purchase term-based licenses and approximately 40% came from large enterprises.

We remain on track to have our recurring subscription business represent 70% to 75% of total billings in 3 to 5 quarters. We also executed well in closing large deals in Q2. Specifically, we had a record number of deals greater than $500,000 and a record number of deals greater than $5 million. Large deals greater than $500,000 averaged $1.2 million, up from $1 million in Q2 '18. About 1/3 of our total Q2 bookings came from customers booking deals greater than $1 million, and almost 20% of our total large deals came from new customers.

We had a record number of G2K customers transacting deals greater than $500,000. And almost 50% of our total G2K customer base transacted business with us in Q2, showing continued standardization in our Enterprise OS platform. Excluding our federal business, G2K customers accounted for over 40% of total bookings, with large G2K deals averaging approximately $1.6 million in the quarter.

Now move on to some other Q2 financial highlights. Revenue for the second quarter was $335 million, up 17% from a year ago and up 7% from the previous quarter, and at the top end of our guidance of $325 million to $335 million. Software and support revenue was $297 million in Q2, up 42% from the year ago quarter, and up 6% from the prior quarter. Total billings were $414 million in the quarter, representing a 16% increase from the year ago quarter, and up 8% from Q1. Software and support billings were $375 million, up 37% from the year ago quarter and up 7% from the prior quarter. And the bill to revenue ratio in Q2 was 1.23, slightly higher than the 1.22 last quarter.

We continue to defer a large percentage of our revenue. And our Q2 deferred revenue increased by $78 million from Q1, an increase of 63% from a year ago, and up 11% from the previous quarter, ending the quarter at $780 million. New customer bookings represented 25% of total bookings in the quarter, down from 35% in Q2 '18, which included 1 $12 million deal. In Q2, our software and support bookings from our international regions were 49% of total software and support bookings, up from 46% in Q2 '18.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Our strong international performance was driven by EMEA. In fact, the strong EMEA performance drove that region to a record 28% of total bookings. Our EMEA region also had a record number of large deals greater than $1 million, and we are pleased that the EMEA ramp rep productivity has increased 70% over the past 6 quarters from a low point in Q1 '18. Our non-GAAP gross margin was -- in Q2 was 76.8% versus 63.5% in the year ago quarter and 78.6% in the prior quarter, reflecting a slightly higher-than-expected hardware mix in Q2. And while the hardware billings were within the 5% to 10% we guided, it was at the higher end of this range and above what we had planned for in Q2. Other cost of goods sold were also slightly higher than planned.

Operating expenses were $297 million, slightly lower than our guidance range of $300 million to $305 million and fewer headcount additions accounted for most of the shortfall. Our non-GAAP net loss was $40 million for the quarter, a loss of $0.23 per share.

Now a few balance sheet highlights. We closed the quarter with cash and short-term investments of $966 million, it was up $1 million from Q1. DSOs, based on a straight average, were 68 days, an improvement of 1 day from the last quarter. The weighted average DSO was 26 days in Q2 and we generated $38 million cash from operations in Q2, which was positively impacted by $17 million of ESPP inflow. Free cash flow in the quarter was negative $4 million, the performance was also slightly -- positively impacted by the $17 million of ESPP inflow in the quarter. And important to note that both operating and free cash flow were negatively impacted by an $18 million tax payment related to moving our non-U.S. intellectual property back to the U.S. Nearly all of this $18 million will be refunded within a 4-year period.

Now turning to the guidance for the third quarter. And before getting into the line item detail, let me step back a bit and provide some additional context for our Q2 performance and our third quarter guidance.

In Q2, while we were pleased with our progress with moving to a recurring subscription business as well as with our large deals and EMEA performance, we were disappointed to miss our pipeline targets. Generally speaking, our Q2 quarter, that should afford us to build backlog and that did not happen this year.

As Dheeraj discussed at the beginning of the call, we recently identified some imbalances in our lead generation spending that were beginning to impact our sales pipeline. Lead generation spending is a key component to building pipeline, which ultimately, significantly impacts bookings, billings and revenue. In fiscal '18 -- I'm sorry in fiscal '17, we had increased lead generation spend by 75% over the prior year. This increase drove strong pipeline generation in fiscal '17 and fiscal '18 as well as improved efficiencies within the lead generation spend during fiscal '18.

Encouraged by our overall company performance, in fiscal '18, we reallocated some of our lead generation spending to other priorities. As a result, there was a 4 quarter period from Q4 '17 to Q3 '18 that we basically kept lead generation spend flat, all while the company continued to perform quite well. Based on lead generation spend efficiencies we experienced in FY '18, we assumed further efficiencies would take place in FY '19 and we again reallocated capital away from lead generation spend during our planning process.

In Q2, we noticed a pattern that some of our lead generation efficiencies that we had planned for were not being realized. We began taking actions to reallocate capital back to lead generation spending, while at the same time dialing back on non-sales hiring. We have continued these actions into Q3.

Our quota-carrying sales reps also contribute to pipeline build, and our pipeline targets were further impacted by a shortage of sales reps in the first half of the fiscal year, resulting in an underspend by several million dollars.

It's important to note that all this shifting of spend back to lead generation is not an insignificant amount, the magnitude of the shift is in a few tens of millions. Although we started making this adjustment in Q2, we expect it to take a couple of quarters to show meaningful results.

In the meantime, we will double down on driving further business from within our large existing Enterprise customer base, while the augmented lead generation spending works its way into the pipeline.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

This brings us to our guidance for Q3, where we expect significant impact from an imbalance in lead generation spending earlier in the year and slower-than-expected sales hiring. However, we believe that our actions to address these factors, combined with better sales execution, will drive improved pipeline build into Q4, which we expect to leave us in a solid position as we enter FY '20.

Now turning to specific details of the guidance. On a non-GAAP basis, we expect -- for Q3, we expect the following: billings between $360 million and $370 million; revenue between $290 million and $300 million; gross margins between 75% and 76%; operating expenses between $330 million and $340 million; and a per-share loss of approximately $0.60, using weighted average shares outstanding of $183 million.

I'll finish up with a quick comment on our $3 billion FY '21 software and support billings target as well as the Rule of 40. And we have further analysis to perform, however, based on the planned increase and lead generation spending, combined with the incremental growth that we expect from license refreshes and new Essentials and Enterprise products, we remain encouraged by our growth potential into FY '20 and '21. And we'll provide additional detail and thoughts around our $3 billion billings target at our upcoming Investor Day on March 20. And regarding the Rule of 40, we will dip below our target score of 40 over the next couple of quarters. With the objective of -- to return to 40 as soon as practical.
And with that, Operator, if you could now open the call up for questions, that'd be great. Thank you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Your first question comes from the line of Rod Hall with Goldman Sachs.

**Roderick B. Hall**
*Goldman Sachs Group Inc., Research Division*

I guess I wanted to go back to this lead generation issue as I'm sure you expected to get a few questions on it. I'd just ask, if you could give us a little bit more color on why the efficiencies deteriorated so much in this past quarter and maybe a little bit of an example of where these leads are coming from, and have you changed the source of leads, anything like that? Then I have a follow-up to that.

**Duston M. Williams**
*Chief Financial Officer*

Yes, why don't I start, Rod. And I'm sure Dheeraj would want to pitch in here also. Now let me just again kind of reiterate a few things that I had said in the script and maybe a few more things. But if you back up again, back to FY '17, where we increased spending 75% year-over-year, effectively allowed us to build some pretty good backlog, pretty good pipeline in FY '17 and into FY '18. And then in '18, we started to see some pretty good efficiencies within that spend and we talk about efficiencies as how much pipeline we built and ultimately how much bookings we get out of a demand dollar spend. And we saw some pretty good efficiencies there in '18. Now looking back at it, we probably over-rotated a bit to the existing customer base and large customers there, where those efficiency dollars are easier to get, and probably underspent a little bit on new customers, which -- those efficiencies are a little tougher to get on new customers. But the cost at the company was doing fine in FY '18 and then we go into FY '19 and we have a lot of spending demands and a lot of pressure on spending and a lot of people looking for leverage. And we made a decision at that point that we figured those efficiencies would not only continue but to increase in FY '19. And we reallocated spending away from demand gen to a certain degree into headcount.

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Yes. I think one other thing I'll also add to this is that it's like building this business is like building a software. This go-to market is like an operating system. And things emerge, like, in the last 3 months, we saw the aspect of the business around how we needed to have actually spent in demand gen in '18 to make these new customers as existing customers of '19. And as you know from the last 2 years of -- a lot of our go-to market has been around making our existing customers even more successful. And it camouflaged some of the things that we needed to do in terms of adding to the cohort of existing every year so that next year you can go reap that customer base itself.

**Duston M. Williams**
*Chief Financial Officer*

So we took some action in December and we reallocated dollars in December, we did the same thing in January. And we're doing the same thing in now in Q3 and then we'll repeat that in Q4, reallocating more dollars to demand gen and some away from nonsales hiring.

**Roderick B. Hall**
*Goldman Sachs Group Inc., Research Division*

Okay. Okay. And then my follow-up to that, and I wanted to, I guess, follow-up and see -- NetApp called out this weakness in January and I'm wondering if you -- if there's any possibility in your mind that this lead generation efficiency, as you perceive it, might be due to external factors like competition or maybe demand disruption as a result of the [ trade ] and the other issues, the government shutdown, et cetera, if you can just think that there's any external forces that might be affecting what you're seeing.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Yes, I mean, obviously there are things there we don't know -- that we don't know, but based on everything that we analyze in this business, we first look internally, and it's about inputs and outputs and we ended up focusing too much in outputs in '18 based on what we were getting from our existing customers. So we went back and did some first principles thinking to say, "Hey, why was '17 like that?" Because '16 we had slowed down quite a bit in demand spending, too, because of those 3 quarters of macro issues with China and oil crisis and Brexit and everything. So '16 was a slow year for us and then we woke up in '17 and said we've got to do this thing around demand as well and that really helped us in '17 and '18. So right now, we are really thinking about this as an internal issue. I mean, we've looked at our win rates closely, and if anything, they've actually had a steady, a little bit of an uptick. Our pipeline conversion rates have actually stayed pretty steady. We look at our Global 2000 customer base and they continue to buy. This was a record quarter for us in terms of number of $1 million deals, number of $5 million deals, number of more than $0.5 million deals. So many of those things actually point in the direction of internal stuff as opposed to external. And you know competition, I mean, I've talked about this forever on this call and to pretty much anybody who's willing to hear, there are few things in competitive stuff that have -- that change every year, I mean. And so there's a give-and-take that goes on, competitively speaking, like, if you think about our competitive landscape, obviously there is the public cloud. There's a need to think about the hybrid cloud. There's OpEx versus CapEx stuff that everybody's thinking about. And those are new things in the last 2 years, but then there are things that we also got along the way like our product is 10x better than 3 years ago. We used to run on 1 or 2 workloads 4 years ago, now we run pretty much every workload. We used to run on 1 server 4 years ago, now we run on a multitude of servers and we have all these different software-only form factors and subscription form factors. We have a much bigger customer base than 3, 4 years ago. Our repeat business is way better than 3, 4 years ago. The brand is bigger, the Gartner Magic Quadrant is being new in the last couple of years. We used to have Vblock and FlexPod 2, 3 years and that's been totally dismantled. Our portfolio of the product is much bigger. And so when you look at all these things, you're like, well, you get some and you give some. And competitively so, I think the waxing and waning of a few things, one way or the other, goes on all the time, actually.

**Duston M. Williams**
*Chief Financial Officer*

I think ultimately, Rod, we squeezed too hard. We squeezed too hard on lead generation spend, and we shouldn't have done that. And we've corrected it.

**Operator**

Your next question comes from the line of Matt Hedberg with RBC Capital Markets.

**Matthew George Hedberg**
*RBC Capital Markets, LLC, Research Division*

I want to dig in a little bit more on the sort of the questions that were just asked. I'm curious, what areas did you reallocate capital to versus lead gen? And is the plan, sort of beyond this Q3, to increase the overall level of spending or is it just reallocating back? And then maybe secondarily, is this primarily a U.S. issue, given your comments on EMEA and the sales commentary as well, the sales head commentary?

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

So I'll actually take the latter question and, Duston, you can take the first one. So EMEA is obviously probably 12 months behind the U.S., and it reaped the existing customer base really well and continued to do so in these next 6 to 9 months. But they will start to see the effects as well probably in the next 12 months. America is 12 months ahead, they reap the benefits of existing customers over the course of the last year as well. But obviously, there was execution stuff that EMEA did well as well under Chris's leadership and that's why we're giving him both Americas and EMEA as well. But all in all, I think, I would say that the spend issue was a global issue for us across the board between EMEA, APAC and U.S. itself.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Duston M. Williams**
*Chief Financial Officer*

And on the expenses, where we reallocate, clearly, to headcount, a lot went to engineering, some new products and things like that. And if you look at the -- this quarter-over-quarter now it did $297 million in Q2. We've guided to $330 million, $340 million in Q3 here. Almost 75% of the expense increased quarter-over-quarter projected is in the run rate effectively, and there's not a whole lot that we can do about that. We expect the top line to be bigger, it would have absorbed that spending easily. And that then only real -- we've added a little headcount in the current quarter here, and we upped lead generation spend in the quarter. So I think if you fast-forward to Q4, obviously we're just guiding a quarter at a time at this point, but you won't see a similar increase in expenses from 3 to 4 as you did from 2 to -- or we're projecting from 2 to 3.

**Matthew George Hedberg**
*RBC Capital Markets, LLC, Research Division*

That's helpful. And then I assume we might get into this more at Analyst Day. But I'm curious, looking I guess, a little longer term here, when you think about this move from nonportable to subscription revenue, I'm curious, it seems like you're having some success there. Can you help us with sort of the puts and takes for a customer as well as yourself, sort of, the unit economics of that decision because it seems like that's critical to this subscription mix that you sort of reiterated, 70%, 75%?

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Yes, I think on the customer front, it's all about flexibility and choice, because imagine in the next 12, 18 months if there's a recession and there's macro issues to deal with, we can at least go and start with a 1-year subscription, a 1 year term with these folks that we could not have done without having the 1-year entitlement itself. So getting a foot in the door when the purse strings are tight, I think it's a great way to get there. In some point Xi Leap, for example, can do monthly subscription and quarterly subscription, and all those things are now up for grabs, which is basically the, sort of, what cloud is all about. It's like traction consumption down to the last month, if possible. I think in the spectrum on premise, still, people are buying 100k at a time, so it looks like 1-year terms are good enough. But over time, I think as things actually get tougher because of a bad macro, I think it'll open us up for getting foot in the door with many customers. Many of the people are actually always looking at OpEx versus CapEx. It gives us flexibility on OpEx versus CapEx, like, federal in the last couple of years, especially because of these continuing resolutions, the CRs, many of the budgets are only flowing because of key -- I mean, sorry the O&M spend, which is operation maintenance stuff, so subscription helps there as well. So it just gives us a lot of flexibility in many which ways. And then customers can -- we can go back to the customers when it's time to refresh and actually have a better discussion. It gives us better predictability in forecasting as well.

**Operator**

Your next question comes from the line of Alex Kurtz with KeyBanc Capital Markets.

**Alexander Kurtz**
*KeyBanc Capital Markets Inc., Research Division*

A quick comment then a question. I would say, given Chris's strong reputation in the industry, his time at EMC, I think investors could really benefit from hearing from him at the Analyst event. And if not, maybe on the next earnings call. He has a lot of perspective in the industry, and I think it would be helpful to kind of have him weigh in on sort of these changes that we're seeing in the marketplace and internally within the sales organization. My question, Duston is, I think, historically you've talked about rep productivity and so the historical hires and sort of the upside opportunity from reps getting to fuller productivity. I didn't really hear you talk about that today. That's always been a kind of repetitive view and narrative from the team. So could you comment on what that looks like and how that's sort of played into this change in bookings growth?

**Duston M. Williams**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

NUTANIX, INC. FQ2 2019 EARNINGS CALL | FEB 28, 2019

*Chief Financial Officer*

Yes, so again, we, because we've got stronger and weaker quarters 1 and 3 and 2 and 4, we'll always look at rep productivity on a rolling 6-month basis. So on a rolling 6-month basis ending Q2 here, productivity -- and we always look at it on ramp rep basis, obviously, EMEA ramp rep productivity went up in the quarter. APAC ramp rep productivity went up a little bit in the quarter and North America ex fed came down in the quarter.

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Yes. By the way one thing I would also like to add is that productivity is still a derived variable, Alex, it's not real input. The inputs are salespeople and pipeline spend, the demand gen spend that we've talked about earlier.

**Operator**

Your next question comes from the line of Jason Ader with William Blair.

**Jason Noah Ader**
*William Blair & Company L.L.C., Research Division*

Guys, I wanted to -- I know that Allegiant is going to dominate the conversation here, but I wanted to understand a little bit more about whether you think, number one, you may have over-rotated a little bit much to the -- too much to the large Enterprise, and also whether you think you took too much on in terms of new products in 2018, which may have affected the demand gen just from the standpoint of maybe the sales force and the channel being a little bit confused with all of these new products.

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Yes, I think on the -- thanks, Jason, for the questions. On the first one, it does camouflage stuff, and the fact that we had large deals and large customers, it does come in the way of thinking. So now looking back, running at high velocity, I wish we didn't have to think about this as an afterthought, but it does come up. And I think how we go and really segment commercial select and look at the top 12,000 customers of America, not just the top 3,000, 5,000, I think those things have been things that we have looked at in the last 3 to 6 months. But before I get to the product, there's -- people also probably will realize that in the last 18 months, this company has gone through 2 big transformations. And our sales force has gone through the transformation, has been the people that have really gone through this, which is software-only and in subscription now. So in the last 18 months, we've had a big payload of transformation and it probably does count towards simple things like hiring and stuff like that, they're like, man, it's a big change. So I think how we do a better job of absorbing all the stuff while we become a software company, while we become a subscription company, while we become a cloud company, I think does come up. On the product portfolio, yes, I mean, obviously I'm a big fan of Andy Grove and the way he wrote the 2 chapters in the book, Let Chaos Reign, and Then Rein in Chaos (sic) [ Let Chaos Reign, Then Rein In Chaos ]. So we let chaos reign in the first half of '18 with the product portfolio in terms of lack of Chris messaging and then obviously when we realize that we had to do a better job of messaging and classification and things of that nature, I think, the core Essentials Enterprise has been a great sort of storytelling methodology for everybody. And people need to realize that we can't just sell things because Beam is a thing and IoT is a thing and Calm is a thing, but they have to really think about the customer journey and really empathize on behalf of the customer, say, "Look, start with Core, then Essentials, then Enterprise." So I think it's helped a lot in the last 4, 5 months. But yes, it comes up, we are a high-velocity company and sometimes we let chaos reign, and then we go and rein in the chaos. But I think the most important sort of, at least in my head, is how our sales force has actually gone through 2 big transformations in the last 18, 24 months.

**Jason Noah Ader**
*William Blair & Company L.L.C., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Okay, then one quick follow-up. Do you get a sense at all, Dheeraj, whether the Amazon Outposts announcement and just the hybrid cloud story, overall has impacted demand generation, just as customers sort of maybe pause and think about what they're going to do and look at their options, et cetera, whereas that didn't really exist a year ago?

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Yes, I mean, it's too far-fetched for us to look at our data in terms of our -- opportunities created. Right now, we are doing first principle thinking, which is input, output. What was the input to the system and what are the intermediate outputs and what's the final output. And in that sense, I think we are still blaming ourselves more than looking at things that could be 3, 4 orders out. Honestly, again, maybe because I have a cognitive bias towards this stuff, I feel like it's great for Amazon to say cloud is everywhere. Outposts needs to come on-prem because then we don't have to have people saying, but cloud is all about renting and it only is off-prem, and things like that. I think the market is going to become bigger once Outposts is there. And then it's going to be about multicloud and flexibility and choice and running on multiple servers and all sorts of things. And Amazon will also have to realize that miniaturizing and atomizing a cloud is actually harder than anything else. And Intel realized this with ARM and low-power processors and things of that nature. So I think this market is not given on a platter to them. I think we'll actually -- we would love for cloud to be dispersed and distributed in many, many, many more regions of the world than just 100 data centers actually.

**Operator**

Your next question comes from the line of Katy Huberty with Morgan Stanley.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

Duston, can you give us some clarity as to how much backlog was down year-on-year exiting the second quarter, and which quarter do you think you can get backlog back to growth? And then I have a follow-up.

**Duston M. Williams**
*Chief Financial Officer*

Yes, I don't want to give the specific details, again, usually we build backlog in Q2. We took a little down in the quarter, and it's a reflection of not having enough pipeline generated in the quarter. I would hope, obviously, that the Q3 guidance affords us the ability to start that path in Q3.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

Okay. And Dheeraj, 21% of customers are buying software beyond the core. How long do you think it takes to get that to 50% or something more significant that would message that Nutanix isn't an HCI company anymore, it's a true cloud software company?

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Yes, thanks for the question, Katy. I mean, if you look at AHV, which we introduced almost 4 years ago, so it took 4 years to get to 40%, and one good thing, we have a good track record for introducing products and then doubling down on them and doing a good job. And I think that what we did with AHV, what we're doing with Files, what we're doing with all these different products, they've probably gone through their first year in the next 2 to 3 years. And especially talking about 2021, we definitely feel like getting to 40%, 50% would not be unachievable. Now the important thing is how we don't just share-shift from Core to Essential to Enterprise because it's relatively easy to just share-shift and say, look, we can account this as Essentials and account that as Enterprise, but how do we go create new earth is a hard problem. And most companies, who are still growing, need to find them to be growth engines, rather than shifting it from the left pocket to the right pocket, actually. So that's the challenge that we have upon us, and we have to really do a good job of creating new earth.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Operator**

Your next question come from the line of Aaron Rakers with Wells Fargo.

**Aaron Christopher Rakers**
*Wells Fargo Securities, LLC, Research Division*

Obviously on the lead generation side, I want to go back to if you were to look at your breakdown between existing and new customers, how would you characterize the challenges that you've had in lead generation over this period of kind of a reset? Is it more gaining the new customer momentum or is it -- have you seen it show up also in your kind of repeat business at existing customers? And really what I'm trying to get at is how, Duston, has your kind of assumptions around the $3 billion billings number changed relative to what you provided at the Analyst Day back in last March?

**Duston M. Williams**
*Chief Financial Officer*

Yes, I mean, just the run -- we'll show you, actually, Aaron, the assumptions that we made relative to the $3 billion back -- a year ago now, as far as repeat purchases, average ASP for new customers, the cohorts and stuff like that. So I mean, we'll go back in a few weeks here, show you what we had suggested that might look like, and a year later, after another year of history, go compare what we told you. And there's nothing there that's off. We've got puts and takes but there's nothing real different from that perspective. And relative to the $3 billion, I made some comments there, but effectively we probably pushed things a quarter or 2. And I think the good news is we've got a big refresh piece. I really haven't talked too much about that there's a lot of that entitlement, if you will, in FY '21, so we'll show you what that looks like. We haven't talked much about the potential of Essentials and Enterprise growth there. We'll show you some potentials there, but yes, I mean, we'll be pretty open as far as what we think there. And ultimately, we're probably off a quarter or 2 maybe.

**Aaron Christopher Rakers**
*Wells Fargo Securities, LLC, Research Division*

Okay. And then as a quick follow-up, just kind of curious on the headcount investment side. As -- first of all, how short do you think you've been in terms of headcount hiring? And just remind us again how long it takes to see those investments, once they come in, turn to -- or what your views on getting to the right productivity levels on those new hires.

**Duston M. Williams**
*Chief Financial Officer*

Yes, on the new hires, again, depending on what type of hire it is, it varies anywhere from 4 quarters or in Enterprise or GAM from 6 to potentially 8 quarters, depending on the scale of customer they are going after there. So that's kind of the range. That hasn't changed much from that perspective.

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

The volume of the hires are still commercial select and...

**Duston M. Williams**
*Chief Financial Officer*

Correct.

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Territory guys. And Enterprise and GAMs are obviously not that many. And I think in terms of -- as we're mentioning before as well that our sales force has gone through a lot in the last 2 years, and there's a little bit of a sales prioritization issue, but also to do it in the way that is empathetic to them about subscription software only, segmentation, all these things. There's some indirect consequences with a

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

lower marketing spend on how they actually perceive new heads versus existing heads. And also there was some calendar year and a hiring seasonality as well that we have not taken into consideration. Many salespeople actually wait till January, so I think we probably will have a back-end loaded hiring schedule.

**Operator**

Your next question comes from the line of Wamsi Mohan with Bank of America Merrill Lynch.

**Wamsi Mohan**
*BofA Merrill Lynch, Research Division*

Duston, your commentary suggest you might have about 6 quarters of underspending in this lead generation element. Can you talk about the cumulative amount of underspend? It sounded like tens of millions, but can you be a little more specific? And how fast can you normalize that spend, and does revenue re-acceleration just take as long as the time when you redeployed into this? And I have a follow-up.

**Duston M. Williams**
*Chief Financial Officer*

Oh, certainly not in 4 quarters, no. I mean, we made a decision back then based on, again, efficiencies and how the company was doing in general that ultimately we kept it flat there. But I mean the spending going forward, we said a couple -- a few tens of millions, so we've allocated, call it, 20-ish, plus or minus there, million dollars back to lead gen. And we'll continue to monitor that to make sure that's enough. But that we'll -- I mean, there's massive focus, as you might expect, throughout the company on this, that Dheeraj mentioned we're seeing some early signs there. It takes a while to flush through the funnel, but we would expect to see some pretty good progress going into Q4 and then, hopefully, setting us up into FY '20 to have a pretty good year. The cumulative amount, I don't know exactly what you mean there. We underspent but we don't need to, obviously, increase the spend by history of what we've underspent. It's not that kind of spend profile.

**Wamsi Mohan**
*BofA Merrill Lynch, Research Division*

Okay. And correct me if I'm misstating this, but when you say that some shift went from lead gen to headcount, does this mean that your longer-term OpEx structure is just structurally higher? And can you also just comment perhaps about the customer acquisition cost, should that be higher than what we have calibrated to over the past couple of years?

**Duston M. Williams**
*Chief Financial Officer*

The lead generation spend that we're talking about in the scheme of things for our company that just spend $300 million a quarter isn't a massive amount. That's another thing that we hope to show you at Investor Day, is effectively lifetime value of customer to cost of acquisition of customer. And I think we look pretty good from that perspective. So maybe in the short term we get a little blip here, but again, depending on the growth profile, and the faster you grow, the more you're going to spend, but I don't think anything has been meaningly shifted one way or another.

**Operator**

Your next question come from the line of Jack Andrews with Needham.

**Jon Philip Andrews**
*Needham & Company, LLC, Research Division*

I was wondering if you could drill down a little bit more on the specific tactical marketing spending that you're talking about, examples of what exactly do you mean by spending on lead generation? Because you mentioned that the product is 10x better than it was a few years ago, you obviously have a much higher customer base. So I'm just wondering are you essentially going to be rolling out a similar playbook

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

that was working a few years ago? Or do you need to change what is actually happening from a tactical perspective around this initiative?

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Yes, I think it starts with -- I just had 2 simple inputs, it's time and money. And time is what sales force actually puts in and money is what we give them to go and do all sorts of events and how do you set up meetings. So we start looking at these different tiers of the funnel, starting from marketing qualified leads to meeting set up to opportunities created to things below that in the funnel itself. And in that sense, I don't think the methodology has changed. It's just that the input, which is the most basic input is dollars and that has a certain formula to that how those dollars convert to leads and to meetings and to opportunity and things of that nature. So I think we are dispersing a lot of this stuff across the world in, like, 17 different regions of the world. And it's very similar to what we did almost 18 months ago.

**Operator**

Your next question comes from the line of John DiFucci with Jefferies.

**Unknown Analyst**

This is [ Julie ] calling for John DiFucci. I was just wondering, you had been touching on retention rate previously but you didn't touch on it here today. Has anything significant happened with retention rate?

**Duston M. Williams**
*Chief Financial Officer*

It's a great question. We probably should've mentioned that. After we put that in the investor deck last quarter, I think we did ourselves a disservice. We showed our retention rate of roughly 90%. But we did that on a cumulative basis and we should have been doing it on an annual basis like everybody else was doing it. So again, we'll roll that out at Investor Day, it's much better than the 90%, so -- but we'll just -- we'll show you that in a few weeks.

**Operator**

Your next question comes from the line of Mark Murphy with JPMorgan.

**Adam Charles Bergere**
*JP Morgan Chase & Co, Research Division*

This is Adam Bergere on behalf of Mark Murphy. Aside from the huge deal with the Department of Defense, did you guys see any material impact due to the long government shutdown this past quarter?

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Yes, I think DoD was still funded and Intel is funded, was funded. It was civilian and, obviously, civilian, a lot of the stuff was up for grabs. And I think the thing, actually, the government shutdown, was kind of completed a couple of days or a few days before the quarter closed, but -- and apart from 1 $5 million deal, I don't we actually saw an effect from civilian.

**Duston M. Williams**
*Chief Financial Officer*

No, if it was -- if the civilian was funded we probably could've done a little better but not meaningful.

**Operator**

Our final question for today comes from the line of Simon Leopold with Raymond James.

**W. Chiu**
*Raymond James & Associates, Inc., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

This is Victor Chiu in for Simon. Can we isolate the impact to results exclusively to lead generation, meaning if you hadn't reduced the lead generation allocation, how confident are you that you could've driven results near the consensus expectation on like the 20%-ish year-over-year growth?

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

I think with sales hiring and lead generation, were the 2 inputs that we were shy of. And most of it, in an 80-20 kind of argument, I think 80% of it can be contributed to these 2, actually. 20% obviously relates to better sales execution. With the same inputs, could we have derived better outputs? I think Americas could have done better there as well.

**W. Chiu**
*Raymond James & Associates, Inc., Research Division*

Have you seen any changes in the competitive landscape or secular demand? I know Dell reported results and I haven't had a chance to weigh in on there yet but I know HCI is an area that they continue to focus on. So is there any changes in the competitive landscape that you're seeing?

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Not really. I mean, obviously in the last 18 months, our relationship with them has also evolved. Now we meet in the channel and our products look really, really good. I mean, I can tell you that the few things that we feel proud about is being competitive. Now obviously, they're also going and cannibalizing their existing storage business, which comes in the way of things like gross margin and such for them, but the more they actually go ship VxRail, the better it is for us. Because we need, like, a lot more marketing dollars to be spent on market enablement and education than we can do just on our own.

**Operator**
This concludes today's conference call. On behalf of Nutanix, we would like to thank you for your participation. You may now disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

NUTANIX, INC. FQ2 2019 EARNINGS CALL | FEB 28, 2019

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

# EXHIBIT 2

**S&P Global**
Market Intelligence

# Nutanix, Inc. NasdaqGS:NTNX

# Analyst/Investor Day

## Wednesday, March 20, 2019 5:00 PM GMT

**S&P Global**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ...................................................................................... | 3 |
| Presentation | ...................................................................................... | 4 |
| Question and Answer | ...................................................................................... | 40 |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Benjamin Gibson**
*Chief Marketing Officer*

**Chris Kaddaras**
*Senior Vice President of Americas Sales*

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

**Duston M. Williams**
*Chief Financial Officer*

**Inder Sidhu**
*Executive Vice President of Customer Success & Business Operations*

**Rajiv Mirani**
*Chief Technology Officer of Cloud Platforms*

**Sunil Potti**
*Former Chief Product & Development Officer*

**Tonya Chin**
*Vice President of Corporate Communications & IR*

**Unknown Executive**

**ANALYSTS**

**Ittai Kidron**
*Oppenheimer & Co. Inc., Research Division*

**John Stephen DiFucci**
*Jefferies LLC, Research Division*

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

**Mark Ronald Murphy**
*JP Morgan Chase & Co, Research Division*

**Matthew George Hedberg**
*RBC Capital Markets, LLC, Research Division*

**Roderick B. Hall**
*Goldman Sachs Group Inc., Research Division*

**Simon Matthew Leopold**
*Raymond James & Associates, Inc., Research Division*

**ATTENDEES**

**Unknown Attendee**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good afternoon. We'd like to remind you that during today's presentation, management will make forward-looking statements within the meaning of the safe harbor provision of federal securities laws regarding the company's expected results and targets of our financial and operating model, including billings, revenue growth, subscription revenue and product mix, gross margin, non-GAAP operating margin and free cash flow, and assumptions made in our financial and operating model, plans and timing for and the impact of our transition to a subscription-based business model, our investment in lead generation and sales and marketing efforts, comparisons of our financial and operating metrics against industry peers and other financial and business-related information.

All fiscal 2019 estimates of Nutanix billings and revenue shown in this presentation are based on Wall Street sell-side analyst consensus estimates as of March 15, 2019, which are provided for illustrative purposes only and should not be construed as company-issued guidance for fiscal 2019 financial results. These forward-looking statements involve a number of risks and uncertainties, some of which are beyond our control, which could cause actual results to differ materially and adversely from those anticipated by these statements. These forward-looking statements apply as of today, and you should not rely on them as representing our views in the future. We undertake no obligation to update these statements after this meeting.

For a more detailed description of these risks and uncertainties, please refer to our Form 10-Q for the second quarter of fiscal 2019 filed with the SEC on March 12, 2019. Copies of these documents may be obtained from the SEC or by visiting the Investor Relations section of the Nutanix website.

**Unknown Executive**

Ladies and gentlemen, please welcome Vice President, Investor Relations and Corporate Communications, Tonya Chin.

**Tonya Chin**
*Vice President of Corporate Communications & IR*

Hi, everybody. Thank you so much for coming today. We're excited to have you. And whether you came from across town or across the country, we're super excited to spend a half-day really digging into Nutanix, and we're thanking you so much for taking the time to be with us. For those in the room, we know it's a little tight. So thanks so much for being -- having a little grace with one another. We had a -- we're a little bit oversubscribed this year. And for those joining on the webcast, welcome.

We have a packed schedule today with -- so I'm going to quickly go through it. So Dheeraj will start the day on the strategy, followed by Duston, talking about our finance update. Ben Gibson will give you an update on go to market. Chris Kaddaras is here to talk about our sales team. And Inder Sidhu will be doing customer success. And we're going to wrap the day up with Sunil Potti who'll be talking about our product road map as well as kind of an update on what we've been up to. We've saved lots of time for the end so that we can have a robust Q&A, so we're looking forward to that with you guys.

So with that, I'm going to bring Dheeraj up. Come on up, Dheeraj.

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Thank you, Tonya, and thank you, all of you, for being here. Time is a most precious resource we can all invest more than money. So the very fact that you folks over here means a lot, means you care. And our team is here too, so thanks to the team for really making it all possible. We live in a polyglot multicloud world, so you'll see some of us in dapper suits, and yet, others with suits without ties, and yes, people like me and Sunil in folded shirts. So hopefully, we'll actually make this an entertaining next few hours.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And the most important thing is being spirited and asking questions. And no question is a blunt question. Obviously, I can't say that enough in New York. So please keep it that way as well in the Q&A.

So I just want to take a step back and say a few things before I get into my deck. This September, we'll be 10 years as a business since the beginning of time, and a lot has happened in the last 10 years, mostly good, some bad. Success has not been a straight line, but it never is. And just in the last 2 years, we were an appliance company 2 years ago, and we are now a software company talking about subscription. And a lot of that was needed not just for Wall Street, but more importantly, for Main Street because we realized that becoming a subscription company was important for this hybrid-consumption model that would really go and harmonize on-prem and off-prem, so it was really important for us to be a subscription company.

In the last 2 years, we also focused quite a bit on the enterprise customer. Large deals show that you can be a platform company, prove that you can actually run all workloads, prove that you have a customer success and a customer service team that can really cater to the large customers and so on. And on and on, so we did a lot in the last 2 years with that respect.

And now in the last 6 months, the barbell is asserting you. There's the existing customer and the fact that we've done so well in the last couple of years with these new customers, like how do you acquire new customers. And we found that out in the last quarter or 2. It was like, look it's important to keep the flywheel going. You kept the margins from the existing customers and you plowed back into the business and really have a balanced business. So we'll talk a lot about that over the course of these coming couple of hours as well.

Now, as a company, we have multiple gears in the engine. If you look at the bottom right, this is about 3 to 6 months, like, how do you get that -- the most pressing things in the next 3 to 6 months right? And then on the bottom left, you see the most pressing things in the next 3 to 6 years, right. And it needs to be a balance. There is performance stuff for the next year and then transformation for the next 18 months. And we live these 4 lives all the time. So thanks to Geoffrey Moore for really bringing this out in his recent book, and we'll really go and talk about these 4 things as more speakers come on board as well.

So if you think about performance, as a company, we've done a pretty good job. Customers have talked to Gartner and Forrester, and that's how we are where we are. Customers have told us that they'd like to buy more from us, customers love our customer support. So Main Street has given all this feedback that we are performing quite okay when it comes to really doing high-quality business with them.

And if you think of transformation, again, a very important part of the journey for the next 18 months, subscription was key. Now why do I say that this is important? And not as much for Wall Street as it's for Main Stream because we had to become a hybrid cloud operating system company. And in that, we had to balance the consumption models of on-prem and off-prem. This is a thing that Microsoft did a much better job than Oracle. And if you go back in time last 6, 7 years, both companies had the opportunity to really go and figure out a hybrid consumer model. And one of them did, the other one didn't. So this is a precursor to everything that we are incubating in this company and talking about services and what kind of off-prem services are we going to offer, and what's so special about our services compared to everything that's out there in the public cloud itself, really, really important. Hard problem. I know the way I talk about it makes it look easy, but very few companies have gone from appliance to software to subscription in a matter of couple of years. But the journey is that hard, if you look at what computing and infrastructure's all about.

So I want to spend a little bit of time on incubation before I talk about productivity, at which time I'll hand over to Duston as well. This piece is obviously getting noisier by the day. The word cloud is more than a buzzword now. It's beyond the hype cycle. Everybody knows what it means to rent. And things are happening where one of the questions that came from one of you was like tell us a little bit about why you will win in this world that's going to be polyglot, it's going to be multicloud.

So I figured we'll take a step back and think about how have the enterprise behaved in the last 20, 25, 30 years of IT itself. Did we ever have this polyglot architecture in the last 30 years or are we talking about this for the first time? Is this new or is this more of the same?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

So in that, I took a step back and looked at how things were in the '90s. There were different stacks for different apps. There were back-office apps that people just couldn't move and they kept running on Unix. There were new ecommerce apps that people said, hey, it's -- actually, Solaris is a great platform for the ecommerce apps and it could run databases in Oracle and a lot of the mid-tier, web tier on Solaris and finally, there was this new thing emerging with x86 and people said, there's a new set of office apps that could actually run on Windows itself. And a common theme across all these 3 was the fact that there was a portable software called Oracle that basically catered to all 3. And they were running on 94 platforms and that was the strength of Oracle's platform story itself.

A decade later, something very similar -- what was happening is there were different stacks for different apps. There was Test and Dev. There was non-Microsoft apps and running databases that people are using Linux for. And finally, there was the Microsoft apps, but there was one thing in common. The enterprise really craved for portability and the fact that they could run apps on any platform itself, and this is why Java was born. We overdid Windows and Win32 and a lot of the things around Windows. And people said there's a need to actually do Linux as a way to have a portable operating system across Intel and have a virtual machine language called Java, really have it be portable.

So what is our conjecture over the next 10 years? There's going to be different clouds for different apps in the next 10 years. The more things change, the more they remain the same, especially in large markets. So what's the opportunity of multicloud? What does multicloud even mean? It means you've got to virtualize. What Oracle did in the '90s, what Java did in the 2000s, there is that opportunity to go and really harmonize and virtualize across these different clouds.

And there's different apps that will run in different clouds itself. So, I mean, the public cloud will run things that are unpredictable and elastic, probably even some digital applications. There'll be things running on-prem that'll be around things that have been running for the last 20 years need to be cloudified, will run in the core cloud. And then there are apps that have been built for the edge because machines are taking over and the best place they'll take over is the edge. That's where a lot of human inspectors work and you'll start to see a lot of image recognition and AI and ML happen at the edge which will require an operating system and a cloud-like model as well.

So what's been our journey towards portability? And by the way, this is a really hard problem because one of the things about software is that it is omnipresent, it's ubiquitous if you want it to be, otherwise it can just run on one server or one hardware and that's why it's called appliance. So there's a lot of companies out there who actually say, the value's in software, even though they're an appliance company, but they didn't have to take this difficult journey of really porting it to anything and everything.

And that's the journey that we have been for the last 5, 6 years. If you think of the first 6 years of this company, we built an appliance. And we had to build an appliance because nobody was willing to buy this architecture. They said, look, it's a science project, why would anybody want to put compute and storage together? And first of all, none of these server guys were willing to support us because it cannibalized their storage business.

So we had to do what we had to do by building our own appliance and said, we'll take a white box, which had a Taiwan-like form factor and put software on it and really go and build this new architecture. It was the first version of what cloud could have been.

Then we said, we're going to do this with OEMs. And this was, again, a difficult decision because things were going well for us in 2015, '16. And this question of, are we cannibalizing ourselves? Are we cannibalizing our top line? Are we really going to be able to do justice to this new form factor? But we said we'll do it because eventually, this thing has to be about a software and operating system approach. So we went with OEMs, and we also went to the periphery of the enterprise with remote office, branch office, data centers as well.

Then in the last couple of years, we said we'll go with third-party and meet in the channels so we don't have to really go and share the economics with the OEM. But it's become simple enough where these things can actually be integrated late and downstream in the channel as opposed to in the factory of the OEM itself. And we can still go and support it because we understand the pots really well. We understand

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

commodity hardware, we understand flash, we understand spindles, we understand compute and things of that nature. So this really helped us in the last couple of years. And in fact, some of the OEMs have morphed to this model in the last 12 to 18 months itself.

And then this year, we said we'll go and port our software to run on Google metal. There's a virtual metal that GCP runs, and can we go and do tests in their workloads and GCP itself? And at the same time, we also went and took our core software and said, can it be used as a cloud service for disaster recovery?

Now you'll see that there's this whole line for hybrid cloud itself where we're going to make a case that just like SaaS, there is a room for these specialized services to transcend the boundaries of on-prem and off-prem. Disaster recovery is just one of them. It's the first elastic -- highly elastic unpredictable workload that gives us a way to teleport the enterprise from on-prem to off-prem in a one-click fashion. There's nothing harder to do in a hybrid world than migration. So if you can really do replication right, if you can do one-click automation of applications coming from on-prem to off-prem, we have a pretty good ground here. In fact, the public cloud right now is sort of leaving it to SIs to do this, like, well, you have Accenture come and do this or have IBM come and do this, but it has to be automated, and DR as a service does that.

Over the course of the next 2 years, you'll see us go and port our software to the bare metal of Amazon and Azure as well. In fact, we are already tinkering with Amazon right now, testing a lot of that stuff, but in a way that's commodity servers. We're not bringing our own fleet of hardware and having it be its own island and say, well, this is what public cloud should look like. It has to be just like hyperconvergence itself. We are not building a form of converged infrastructure that the world saw in the last 5 years that we went after and said, look, that is a kludge. It's a Band-Aid. You can't just bring 2 or 3 software components together and call it hybrid. It has to be done the way we did it with hyperconvergence itself.

And over the course of the next 2 years, you'll see us go and do other hybrid services, desktop-as-a-service is another one. But then all our products, Calm, which is our automation as a service; files as a service; objects as a service; all these things that will transcend the boundaries of public and private, and that's a real journey towards portability. This is what we mean by multicloud. The fact that you can run software on our own appliances, on third-party and OEMs, on the metal of the public cloud and run them in different locations, and at the same time, make these services be available both on-prem and off-prem itself.

Now why would we win? There's a question. It's going to be a noisy market, it's going to be a lot of hype around what multicloud even means. So we have to go and assign meaning to multicloud. Two things are really important: the data, which is like how do you store, manage data, and then how do you go and control applications? What does it mean to orchestrate? What does it mean to manage different provisioning and backups and replication, a lot of things around management and administration become important. And these are the 2 things that we've done such a good job of over the course of the last 10 years that we think we can bring with our value to this multicloud world itself.

The first one is this idea that it's all about software. We run on commodity servers, and this company has seen nothing but commodity servers in its DNA and its heritage. In the last 10 years, we've never tried to spill over our work into an existing proprietary hardware. Everything runs in pure software, everything runs on commodity servers and commodity hardware.

The second one is the fact that all our services are pure software. So we don't go and really use proprietary hardware for anything, but more importantly, all these services run and are deployed and managed by developers. So files can be spun up by a developer because it's highly automated. Volumes is our block storage. Again, you don't need boxes and people to rack and stack and mound these things because developers should be able to consume them. Same thing with databases and desktops, it's pure software or it's cloud-native. The way we have done Frame, as you can see from some of the demos that you might have encountered an hour ago, it's a true cloud-native architecture. We cannot take a 20-year-old application and say, let's make it a cloud software anymore. So desktop itself is a very large market in that sense for us.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

And most importantly, I think the fact that our software can be deployed at small scale. Again, this is the journey of computing. And look at the last 30 years, we've taken big things and we've made them smaller. We took mainframes and made them into PCs and PCs into virtual machines, to containers, to functions. So we're making things smaller and smaller. Cloud has to be about small things as well because there's a lot of stuff that's happening at the edge.

The other one is control plane. And again, I'd mentioned this before, it's about being cloud-native, it's multitenancy, it's multicloud things that you cannot bolt on later on. So we have our Infrastructure as a Service console, we have cloud management console, we have our security and cost governance management plane monitoring, edge, desktop, everything is cloud-native, multitenant and multicloud.

If anything, I think one of the key design principles of Calm, which is our orchestration and automation engine, is to cannibalize our data plane. We're like, well, let our data plane compete with other data planes out there. Let our substrate, which is what you see on the left here, which is our Acropolis Hypervisor and our back in storage, let all of it compete with the rest of the peers out here, both public cloud as well as VMware. We have built it such that Calm can be the best control plane across all data planes. And that's the design point that'll make Calm successful as opposed to make something that only works on your stack and no one else's stack itself.

This, by the way, is a really hard problem, migration, in the multicloud world, just like it was in the multiserver world. What was the killer app for virtualization 10, 15 years ago? When we started to see a proliferation of different kinds of server brands coming from HP and Dell and IBM and others, the killer application was mobility. The fact that it can drag and drop a running application from one server to another is what created the value around virtualization. And that will be the biggest mechanism, biggest requirement, biggest value-add of multicloud software. Can you migrate applications across different clouds? We've done a lot of work with what we call Nutanix Move to take running applications across different stacks, even out of Nutanix, not just in Nutanix, but out of Nutanix as well.

And last but not the least, I'm going to draw this up. There's a lot of mundaneness around multicloud, which is just as important. These things appear mundane, but they're just as important, cost and identity and governance, testing, billing, sizing. These things we've actually worked on for the last 10 years because we had to operate in a multiserver, multi-hypervisor world that we embraced. We said, look, it's not just about our stack, can we work -- have our software work in someone else's stack. And those things created these tools for sizing and identity and security that we've been able to use across a multicloud journey as well.

So with that -- and I know there will be a ton of questions on multicloud as well, I would love for you to think about what those questions could be, and let's go and have a spirited discussion on Nutanix' future in the multicloud too.

I want to move to this last piece on productivity, and obviously, a lot on your minds in the last 3-plus months. There's going to be questions and competition, and I want to really take a view, which is more philosophical. And I'm sure there'll be questions that'll come to Sunil and others as well about what about this company and that company and so on? I'll spend some time on the how, which is one of the things that we have come to realize about the flywheel of the business actually gets better if we take the margins of our existing customers and put that margin back to acquire new customers. So Ben will come and talk about the how of putting more things at the top of the funnel. And then both Ben and Chris will talk about go-to market. Chris will spend a lot of time on sales architecture, go-to-market, his lessons from Europe, why Europe has worked so well and Middle East and Africa has worked so well for him? And then how does he intend to then apply some of these principles to Americas too.

So yes, I mean, this is probably one of the biggest, I would say, things that have been going on in the company about the journey of the customer. Like what does the journey of the customer look like? We start with the core Nutanix value proposition, which is about web-scale engineering consumer-grade design. Can we build a public cloud like architecture on-prem? And people lap it. We start with a single workload; go to multiple workloads from that. And from then on the question is, what's the opportunity to really go and sell them unstructured data, sell them security, and finally, go and talk about Xi itself.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

This is the discipline of the marketing and sales team that we've been honing on for the last 6, 9 months. We created some noise around lots of products. And then put it all back together into a framework, we call it Core Essentials Enterprise. So as we get more sellers, as we get more customers, we're telling them to actually crawl, then walk, then run as opposed to starting to run right away. By using our Enterprise services, go start with crawling. And by the way, this is the foundation of the business. 90% of the business still comes from the foundation, the core itself. So having every new customer first taste Nutanix Core is a discipline of sales and marketing that we've actually deployed that both Ben and Chris will talk about.

And in particular, the priorities for sales, you'll see Chris come and say a few things about hiring, about the pipeline culture and a very important discipline in any growing company that you stop selling technology after a point and really start to figure out that there's more to selling than just technology itself. We've been great at products, great at creating differentiation in terms of the storytelling, but there's a method behind the madness of scale that Chris really has a very passionate view about it.

And lastly, this transformation to subscription, which is an equally important piece for transformation of the sales force as well. Like how do you go from just doing CapEx to doing CapEx and OpEx? What does it mean to really go from life of device, which is basically the way we had been selling for the first 5 years to something which is more term based?

So taking a step back to competition. This is my slide. And this is what -- personally, I have a cognitive bias towards large markets. In large markets, you really don't compete with anybody but yourself. And the key question is, are you making the market large enough over time? Five years ago, our market was $0. Today according to Gartner, it's $10 billion in the next 2 years. Our goal is to make into a larger and larger market. And if we can do that, then the real competition, the real enemy is not outside, it's actually within. Now we obviously navigate, and we use substitutes, and we are substituted at other places. So there's going to be substitution effects because it's a large market, but really, the issue that all of you should be concerned about is not the competition. It's really, are these guys doing a good job and really doing justice to the market with better execution itself?

So in the competitive landscape, some things have faded away. Converged infrastructure, which was massively large companies doing networking and storage and compute, they came together, they formed these alliances with common 800 numbers for support, they put it all in a rack, they said we're going to compete with the channel and do our own professional services. And that's what was called converged infrastructure. And it was a pretty big market. It was probably doing at least $6 billion, $7 billion, $8 billion just until about 2 years ago. And that thing is fading away because people have come to realize that this thing was basically just a Band-Aid put together.

Virtualization itself is no more an end in itself, it's a means to an end. Now we have virtualization to deliver cloud, but we're really talking about a layer of software that is above virtualization. So these things are fading away. In fact, one of our goals with our own virtualization software is to completely commoditize it, saying, why do you have to pay for it? Why do you have to have people trained on it? Why do you have to have people certify for virtualization and things of that nature? Because in the public cloud, you don't go through that. You don't pay for things that are around hypervisors and such. So why should the private cloud be any different?

So while some of these have actually faded, other things have emerged. The notion of a private cloud, the fact that there is a lot of software-defined infrastructure, which is a good thing for the business. And of course, the public cloud, the fact that people want to rent it from somewhere outside, bypass people and procurement and have developers swipe credit cards and do things without really having to deal with people. I think it's a move that has transformed our entire industry.

And this industry, the nascent public cloud industry, is also having to adjust. If you think about it, there's customers who are now weighing in with things like, well, I have data at the edge so how can I actually pull computing to a large data center because I don't have the network? I'm going to be defying the laws of physics, if I were to put all this data in a large data center. I can't have 100 data centers in the world, really deliver computing needs of 8 billion people.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Data sovereignty is another one, especially in the last 3 to 5 years. Globalization is shrinking, nations are asserting, laws of the land are asserting. So people are really asking questions about the architecture of the cloud vis-à-vis GDPR, and all these other laws that nations are actually coming up with. And finally, the fact that it's unpredictable. You can't plan because of the monthly bills that you might get because of various reasons. I mean, the sprawl is real now.

So given all that, I think we have seen even the best companies, and I have a lot of respect for Amazon, even the best companies have had to adjust a lot. And in fact, every year, they adjusted their strategy. Think about it. First year, everything will be public, second year, by the way, this is when we went -- when we were going public is when all the questions were here -- up here, like, well, everything is going to the public cloud. Everything will be public, but it's going to take a while.

Well, here's some edged stuff you can buy from us. Here is a hybrid cloud you can buy from us, here's a private cloud. So what does it say about everything that's happening around us? It's going to be complicated. It's going to be complicated because enterprises are complicated. It's going to be complicated because laws of the land are complicated. It's complicated because computing cannot defy the laws of physics. It's complicated because many a time, depreciating capital is way simpler than getting monthly bills. So for a lot of reasons, this competitive landscape with the public cloud is actually a tailwind for us. And I'll talk about -- we'll talk about some of that as Sunil comes here as well.

But there's one more thing that has happened around us, which is a tailwind for the company, and it's unsaid. But it's very important for all of you as investors and analysts to actually take note of; that our own product has gotten 10x better in the last 4 years. So given all the headwinds that you might have heard of, like all the messaging, the noise, oh, this company is going to come and kill Nutanix, we've been hearing this for the last 5, 6 years. But what has happened is an inner strength of the business, of the company itself. Our workloads, we were a 1-workload company just 4 or 5 years ago. Well, 4 years ago, 80% of our business was virtual desktops. Today, that business is 26%, 27%, 28%, and a lot of the other stuff has just been a progression. And you can see how rapid it has been from summer of '15 to where we are in 2019. We have expanded the surface area of this company by just going and making sure that this becomes a true platform.

The fact that we went from being a single form factor company with only running for virtual desktops to where we are today, where we basically compete with ourselves, the customers who actually buy appliances from us, even though we recognize pure software and that yet others were saying, I already have contracts with these other companies, so why don't you just fulfill with software? Not an easy transition in the last 4 years. But this has also grown our surface area because now, the customers' opinion and our opinion can merge together in one solution.

Of course, in the last 6 years, our coverage has grown 10x as well. Now we are operating entities in 60 countries. We have customers in 150 countries. We have customers in the most remote parts of the world where we actually go and do support. And all of this actually makes our Enterprise business that much more possible.

Awareness, by the way, this is a subtle point but just as important. Obviously, one of it is repeat business. The fact that our expansion multiples have gone up within our large customers. But also that happy customers when they switch jobs, they actually bring Nutanix along the way as well. It's really important to realize that this is a multiplicative effect. Customers or people who really like Nutanix, they move jobs, they go to new companies, they actually bring us in. That flywheel is actually starting to happen as we speak. And none of these things existed 4 years ago. Verticals, the kind of applications we've actually certified, integrated in verticals like construction and health care and such. Manufacturing has really helped us in the last 4 years too.

And again, we talk about this a lot, but it's worthwhile to mention that this is a big tailwind for the company, as we all try to embrace and understand what competitive landscape looks like. This is our biggest friend. But the biggest friend of this company is employees and customers and then investors, right? In that, -- all right, at the end of the day, our customers are the ones who actually go buy so much from us. And you've done such a good job, such an honest job with them, not just from product point of view, but from migration, professional services, customer support in every which way without throwing too

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

many people at the problem, which is actually very important observation that I'll make in the next couple of slides that we are not throwing people at the problem. There's lots of companies that used to be public until about 5, 6 years ago, they were throwing so many people, so many overlays, so many specialists at the problem that they could not remain a public company for too long.

And of course, Gartner, I think we've done a pretty good job in having our customers speak about us from 2014 to how we ended up in 2015 as a leader, to the fact that we have continued to plow through despite all the noise and competitive things around us. Customers spoke on our behalf, and this has been our journey in the last 4 years itself. It definitely helps a lot when customers go and talk about Nutanix as opposed to we having to go and create a technical report out of nothing. So this is one of the things I feel really proud about.

Now the other thing that's also helpful, and I -- it's a very contrarian view is that large companies create markets for smaller companies. Think of IBM, had it not been for its marketing dollars and the fact that they went and marketed relation databases, Oracle wouldn't have been as big a company. Same thing can be said about OS/2. Without OS/2 and IBM's marketing dollars, Microsoft wouldn't have been as big as a company that it eventually became because they didn't have the marketing dollars. Microsoft talking about Java; all day long, they would talk about Java and it actually made Java a pretty ubiquitous platform as well. Microsoft talking about Linux, like all day long, they've -- this is the [ U.S. Obama ], they would talk about Linux all day long, and actually, created a massive effect around Linux. People said, I'm curious to understand what this thing is.

Despite all the marketing dollars being spent by Microsoft, Linux became what it is because of the marketing spend of Microsoft, Microsoft with VMware. Well, we're going to go completely commoditize the virtualization. They didn't even make a dent into VMware's business. All they did was create more awareness for what this other company was doing with a lot more honesty and a lot better products and a lot better customer support. Oracle talking about Salesforce; Oracle talking about Workday. SaaS became big because of Oracle's marketing. The way they actually poopooed the cloud is how people said, look, you know what, I think we should try out this thing they call Salesforce or Workday itself. So it's helping in many which ways, the fact that we're growing as a business and the competitors are talking, their dollars help Nutanix quite a bit, which is something that you probably are not able to see from your point of view, but we see a lot as we operate a business.

Now this is probably one of the proudest slides that I actually can bring in front of you. The fact that we have a single code base for all applications. The reason why NetApp stayed as a public company and EMC went private is because EMC had way too many code bases, way too many boxes, way too many operating systems for different workloads and way too many people and specialists and overlays going and helping out a customer. At some point, it becomes unsustainable. When you look at the clean slate of NetApp, the reason why it's a public company is because they had the leverage of a single operating system. And that's what we had to create over the course of the last 9, 10 years. We had to say if Linux is one operating system for all workloads, if Oracle was one data base code base for all workloads, if VMware was one workload, one operating system for all workloads, why would we actually have different code bases for different workloads? And this leverage is probably one of the biggest reasons why Nutanix Core continues to be the underbelly of the business. Nutanix Core is the reason why we actually are able to get so much leverage. And on top of which we have built things like files and objects and all these things that otherwise the companies then do themselves. The reason why we've been able to do that in the last 3, 4 years is because of the leverage that we bought from Nutanix Core itself.

And of course, in the last 5 years, I mean, this has also happened. Look, people don't buy boxes anymore. In the world of cloud, they are looking for a cloud portfolio. They're saying, okay, show me the journey where I can start with modernizing my infrastructure, but also, what does it mean to go and operate it? And what about unstructured data? What about databases? What about desktops? There's a lot of things that they need, and if we can't converse that language, we're a box company, we should fold shop and $2 billion of business, start to milk the cash cow and move on. The very reason why we think we have a chance in this multicloud world is because this portfolio resonates really, really well with our customers. We go in and start having a discussion, and especially in the large enterprise, Global 5000, they're pretty nuanced buyers. They don't buy boxes. They don't buy point products. They're looking for platform

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

products. This creates that story. And of course, the onus is on us to make these things not be bundled software that just is given as freeware as part of the financial engineering of a company, it's to really go and make each of these successful. So the organizational structure, the release structure of the software, the way we look at KPIs of these different products is very unique. We're trying to create new worth with these new products. Have them go and be independent by themselves is the big test for this company over the coming couple of years actually.

Of course, leading to all of this is the $3 billion number that you'll see Duston talk about. We have made a subtle change here because of our weakness in the last 6 months as we've gone from fiscal to calendar, and we'll have a ton of questions to talk about. But you'll see the anatomy of the $3 billion emerge when Duston comes and speaks about these things, about Core and Essentials and refresh and things like that.

So with that, I just want to summarize that as a company that is building an operating system for the next decade, we live multiple lives. Obviously, the most important one is winning the battle over the next 6 to 12 months that's productivity, but these other 3 are equally important.

So without further ado, Duston Williams. Thank you.

**Duston M. Williams**
*Chief Financial Officer*

Good afternoon. We decided to mix up the order a little bit here. Maybe this is the first Investor Day or Analyst Day that the finance person didn't go last. So we decided to move it up a little bit. Before I get into meat of the presentation maybe, which we've got I think 5 -- 4 or 5 pretty interesting topics for you, I thought maybe we'd just backup a little bit.

We had our earnings call roughly 3 weeks ago almost. And at that time, we were talking about, obviously, some shortfall pipeline and lead gen and things like that. And at that time, we had mentioned we had increased some spending, and marketing-qualified leads at the top of the funnel were starting to show some signs, but that's just one piece of the equation. And maybe just I'll refer a little bit here and Ben will go, obviously, deeper on this, but in the pecking order in the funnel here, you've got a marketing-qualified lead. If that lead's good, turns into a meeting. If a meeting's good, turns into opportunity/pipeline. And if that's good, turns into a booking. So we had some reasonable good signs there. And over the last 2 weeks -- and obviously, Ben and his team have been 100% focused on this. Over the last 2 weeks, we've got some reasonable data points, but it's just 2 data points, and we need a lot of these data points. But in the last 2 weeks, the actual opportunities in the pipeline have shown some pretty good progress. Now this is all for Q4 -- for the most part, Q4 and beyond, but we see some signs here of that building. Matter of fact, last week -- 2 weeks ago, it was pretty good. Last week, we had a record opportunity-creation week. So it was the biggest number of opportunities created in a single week, last week. So that's all good. But again, we need a lot of those data points, and this week looks reasonably well also. So some encouraging points. But again, it's going to take a few quarters to flush through this. But at least, we're seeing some signs of improvement from that perspective.

We're also continuing to move through the software subscription transition. This is our second transition here. That continues to go well. When we went into this -- we're finally at scale now, that we have enough scale to really dig into some of the data. And at the time when we first started, we assumed we could go fairly rapidly, but it wasn't clearly going to be as rapid as the hardware transition. But it's exceeded our plan, so that's all good. So lots of good stuff happening there. We assumed Americas would lead the effort, that's happened, EMEA would be closely following and APAC right after that. And that's pretty much what's happened there. We thought it would be good for customers, it'd be good for us, gives us a lot of flexibility to run our business, customers the same way. So a lot of good stuff happening there. So most of it's played out.

The one thing that we are -- now that we've got some scale to look at, and as you'll recall, there's 2 absolutely different pricing mechanisms. The life-of-device licenses were done on a per-node basis. And the new subscription licenses are done on core and SSD capacity. So we made some assumptions there that the equivalency of a life-of-device would take about 3.5-year CBL or a subscription equivalent. And so we're working through some data. And that may be off by a bit, so there may be some headwinds there.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We'll go get all that value, maybe even more of it over time. But there may be a, I don't know, 5% to 10% headwind there. We've got us to -- it's very confusing to pair 2 distinctly pricing models -- different pricing models there, but we're working through that. We will figure that out.

But the subscription transition, again, I'll show you. I've got a bunch of -- or several new software-specific metrics for you today here. So we're really excited about the transition. We'll try to go as fast as we can on this transition. But it's good for the business, and I think you'll see some pretty encouraging statistics here.

So let me get into the presentation itself here, really 4 or 5 topics here. Obviously, we got to review what we told you last year from a $3 billion perspective. Dheeraj showed you a summary slide there, but we'll show you some details there. We'll get into analyzing a little bit further. And this is the unit economics and free cash flow, some new metrics that we haven't really shown before. They're very top level, how we look at kind of contribution margin, associated free cash flow based on new and existing customers. So this is brand-new information here. And then a bunch of things on software subscription and that transition and what we're thinking there.

So first of all, the $3 billion. Again, last year, we talked about $3 billion at the end of FY '21. So if you back up now and you look at fast forward, where do we stand kind of, in the last year, we gave you a G2K, a non-G2K and a worldwide view. Out of simplicity here, this is a worldwide view. I'll be happy to, in Q&A, talk about the pieces and good and bad of the 2 pieces there, but this happens to be a worldwide view here.

And the initial deal size, again, we broke it initial deal size, number of new customers, repeat purchase, things like that. So the initial deal size and the repeat purchase remain pretty much intact, and I'll show you how that looks there, and so that's all good news.

And we've been a little bit behind on the customer adds, so we've kind of shifted that 2 quarters to the right. And then the billings, as Dheeraj showed you, instead of FY '21, CY '21, which was effectively 6 months later or our Q2, FY '22. So that's kind of the summary on those pieces.

And these next couple of slides here, Investor Day 2018 on the left, the current view on the right. Again, at the time we give you at year-to-date '18 last year and our FY '21 estimate, initial deal size aggregate. So this is Global 2000 and on a Global 2000. And that was about 115,000, you fast forward to today, FY '19 year-to-date, that's about 120,000. So some good -- a little -- pretty good pop there. For this modeling purposes, we left it at 115,000. Now intuitively, over time, you would think that, that even 120,000 with new products and a bunch of things there would increase but we kept it at the 115,000 for now.

And this is the repeat purchase multiples. As you recall, last year we showed the years and the multiples of the initial purchase, that's in the light blue from last year. And then how -- where are we today a year later? And how have those repeat purchase multiples progressed? There's some puts and takes, but effectively, they wash out. And it's pretty much the same as it was last year.

And then on the new customers, again, we had showed you 23,600 customers at the end of FY '21. We pushed that out to CY '21. So last year, that delta from 8,870 to the 26 -- 23,600 was roughly, I think, an aggregate between the 2 pieces, about 1,050 per quarter. This new view here pushed out is about 930. Now if you look at the delta between the year and delta between FY '18 year-to-date and FY '19 year-to-date, that equates to about 890 actual customers for the last year per quarter. So the 932, the 890, we feel pretty good about that from that perspective.

So and then all leads to the $3 billion. Again, last year, we had bridged it from '18. Again, this FY '19 is a consensus estimate. We thought it was important to bridge this from a more recent number because that FY '19, obviously, is down from prior numbers. So this shows you the growth from FY '19 consensus to the $3 billion in CY '21 or a 33% growth through that period. So that's the quick overview of the $3 billion.

And then if you look at it in its pieces here, we have the core, obviously. And now that's getting augmented by not only refresh purchases but and new products. So we've got a view here on Essentials and Enterprise, how that looks as we go forward. And then the refresh cycle, we've had very little refresh

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

today just because the appliance hasn't timed out end of life for most of our deals because it's only been 4 or 5 years. So we now have a refresh pool here to go tap. And obviously, subscription could even help to accelerate this a little bit because now there's more flexibility that we can work with the customer. Chris might talk about that a little bit from that perspective, but those are the 3 pieces. So when you look at it on a core basis and a core basis only, about $1.4 billion in FY '19 and about $2.1 billion in the CY '21 time frame.

And then we've taken a look at the Essentials and Enterprise this year, $110 million or so we'll do of Essentials and Enterprise over the next -- through FY '19. And this is where it gets a little complicated here because now we've taken a stab at, obviously, the individual products within Enterprise and Essentials. And some of these are term -- on-prem licenses and some are, obviously, ratable.

So we've assumed, of the $500 million of billings, about 35% of that would be ARR base, if you will, and 65% would be term based. So we've got kind of apples and oranges in there. And we've -- what we've said in the parenthesis there is if that 35% was signed up on a 3-year deal, what would the equivalent TCV, or total contract value of that $500 million, and that would be the $850 million there.

And then refreshes, we haven't talked in specifics about refreshes. We've done a little, as you can see here, in FY '19 we'll do a little. But there just hasn't been many appliances end of life-ing, quite honestly, just because of the time frame. And then fast forward to FY -- or CY '21 here, we think the pool available could be around $400 million. And this is without any potential upsell and a few things that we can do with licensing and subscription. And this is about 90% of the pool or something along those lines, but again, with no real upsell there.

So then you fast-forward, this is the slide that Dheeraj showed you here. And the 3 pieces adding up again to the $3 billion, and then we've just bracketed it. This piece was -- the ARR piece was on a 3-year deal what the TCV would be on the -- total contract value on the $3 billion. So that's the -- that's the $3 billion as we see it in the various pieces. So I'll go into a little bit, this is a -- yes?

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

The last slide?

**Duston M. Williams**
*Chief Financial Officer*

Yes.

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

I think we have a color coding. If you like, that should be -- the green should be orange. Essentials and Enterprise.

**Duston M. Williams**
*Chief Financial Officer*

Refresh for -- and I think it's okay, Dheeraj.

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

It's okay?

**Duston M. Williams**
*Chief Financial Officer*

I think so.

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Refresh is 0 basically. Like you said, for '19, so it should be [indiscernible].

**Duston M. Williams**
*Chief Financial Officer*

Oh, '19. You're talking about '19?

**Unknown Attendee**

Yes.

**Duston M. Williams**
*Chief Financial Officer*

Yes, yes. I was looking at the '21. Yes, we'll do a correction there. Thanks.

Okay, so going into unit economics free cash flow. This is again at a very high level, but it's kind of a interesting way, and how we're looking at it internally here, how free cash flow moves as the new customer, existing customer mix moves going forward here. So let me just get into it here.

So no surprise that acquiring customers are costly. We all know that. This cost is clearly, in our case anyway, offset by sticky customers and high retention rates. And we'll get into some details there. Obviously, the existing customers, repeat customers are much less costly as you would expect. And the new business mix is highly correlated to customer growth, so how fast do we grow in those new customers, the 23,600. And then the contribution margins and free cash flow are clearly inversely related to the new and existing customer mix.

So we've taken a shot here and to say what does it cost us to acquire a new customer? So we've estimated, we back-solved this with prior years, and it comes up pretty close. We know we probably need about 3x the pipeline and all this stuff. So it back-solves reasonably nicely when we do that. But in this case, what we're saying, to get $1 of revenue for a new customer, we're going to spend $1.15 to $1.20 to get that new customer.

On the flip side, once we have a customer, the existing customer, roughly $0.35, $0.40 to get that $1 of revenue. And in this case, when we talk about new customers and new customer percent, we're talking about a new customer as a cohort for the entire year. So if a customer comes in, in Q4 and they purchase just in Q4, that's the new customer percent for that customer. Or if somebody comes in Q1 of a year and they buy for the full year, they're a new customer for that year. So we've looked at it in cohort chunks when we look at percentages. But this is how we look at it from what it cost us to get both new customers and then existing cost to grow a customer.

And we feel good about that because, again, from a retention rate perspective, we've got a 97% retention rate. And I think we had a calculation we had put out before which really didn't sync with how other people were doing this calc. This is an annual number now. We had done a lifetime retention but this is more of an annual number here, so a 97%. So once we get a customer, we know we're going to keep that customer. And as Dheeraj mentioned on repeat purchases, once we get that customer, that customer on average is going to buy a lot. And so here is a net dollar-based expansion rate of 141%. We haven't shown you this data before, and we'll stack it up against some other software companies but, clearly, that's an outstanding metric.

So we feel good about this profile based on this profile. And once you know the cost to acquire a customer and the cost to grow a customer, you can easily calculate contribution margin. So here, we know we've taken, obviously, no hardware, but gross margin, less that cost. So in this case, if you did the math at $1.15, you had 85% margin there, you know it's going to have a contribution margin of negative 30%.

On the flip side, for an existing customer, it's roughly 50% positive. And then based on the current mix when we ended FY '18, you get a contribution margin of roughly 20%. And we know that, that contribution margin should vary as the new customer mix comes down. I mean the slower you grow new customers, obviously, that percentage changes here of the new business. And then as it goes from 40% to 30% and 20% to 10%, the contribution margin obviously goes up in the reverse direction there.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

So from a CY '21 perspective, we put in an assumed 20% new business mix. Again, this is customers that are coming in, in that current year. They represent roughly 20% of the business mix. And we know that would roughly equal a contribution margin of 30% based on the cost to acquire and cost to grow the customers.

And then we've really done nothing with leverage. I think that 35% today is roughly 37%, 38%. So we've put a couple of points of leverage in there but it was really very little leverage. And you come out to a non-GAAP operating loss of 5%. And if we know we're around 5% based on how we collect cash and things like that, it's a free cash flow, probably, at least 10% based on that. So that's how we look at it.

And if you want to fast-forward it even further, and at some point in the future, you get to a 10% mix based on -- that was cost profiles, you'd have a contribution where we added a little leverage here, we added, I think, only 5 points of leverage there. So that 40% you saw on the slide, we added 5% there. And then we gave about 10% over an extended period of time R&D and G&A leverage. And that's where you get your 20% non-GAAP operating margin and roughly 20%, 25% free cash flow.

So again, that's from a modeling perspective kind of how we've started to look at things over time. We put a little leverage as I say in the sales and marketing piece, cost-type leverage, rather than business mix leverage, but not a ton there. So that would be beyond, in this case, CY '21.

So the next, really, substantial section here is about software and the subscription business that we're building here, which we're really excited about. So 4 main points here. Obviously, we're in the midst of a pretty rapid shift to the software subscription. You'll see that we believe that the metrics compare very favorably to some of the peers here. So we've got some strong economics, and we believe, over time, these type of transitions ultimately get rewarded in the marketplace properly executed.

When we talk about some peers, these would, for the most part, be the peers that we're talking about, the averages, so just application infrastructure peer group. So that's the list of those folks there.

So here's how we kind of see it playing out again over the next couple of years. The -- again, on the left is billings, so our term-based subscription type business and, on the right, revenue. The Q2 '19 should be a familiar figure to you, 57% of the billings were term-based. And last quarter, 47% of the revenues were term-based. And we see that as you get into CY '21 of at least 80% on the billings and at least 75% on the revenue piece there. And it's in our best interests. I think it's in everybody's best interest to really make this accelerate as fast as we can. And that's what we'll clearly do there. So that's how we see that progressing.

Just look at it from a peer group, what do those peers have for an average revenue mix from a recurring perspective, 85%. We'll be up at least 75% by that CY '21, which leads to, obviously, accelerated annual contract value growth here.

So what we've done here is we've just taken the term-based billings, the 57% of the billings and assumed that, that was ratable and just waterfall-ed it out, and that's what this is. So here, you can see roughly -- I don't know what the exact number is, $400-and-something million of annual contract value, just on the term-based piece of the business. And this is actual here, so Q2 '19, if it was, obviously, ratable.

Now what this doesn't include is all the life of device licenses, ultimately, that will refresh. We believe with a 90% we have to do that, but with a 97% retention rate, you would think that most of that business, one way or another, will refresh. So we haven't included that. But if you assumed or if you put that in there and assume that, that was ratable over a 4-year life of device, I think this number here would be more like $800 million on an annual contract value perspective. So if you think about multiples and all that other stuff, that would be 2 sets of numbers there that would be interesting.

And this is just the peer group. Obviously, they grew 32% last quarter; we grew 42%. And even with a depressed '19 on a 3-year basis, FY '19 to FY -- or CY '18 to CY '20, still, based on consensus estimates here, we'd be at 26% and the peer group at 23%.

I talked about the retention rate at 97% roughly here. If you look at that peer group, it's about 90% compared to those peers.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And here's the net dollar-based expansion rate, here, compared to those -- most of -- we showed data here, where the data is available. So we haven't shown all those peers because there are some that we don't have the data for here, but this is how we stack up on a net dollar-based expansion rate.

So again, this calc is -- it's reasonably standard. So for a specific cohort, the prior year, you look at the retained total contract value, you go and look at upsells for the current year, less churn. And obviously, we take out any support renewals or life-of-device license.

Maybe if we could hold the questions for the end, just because I think we'll get it bogged down if we start going for questions, but so noted with the hand there. So I'm sure there'll be lots of questions actually at the end, but I think it's just best if we could keep it to the end here.

So yes, this is how we look from that -- from my perspective, it's not surprising. We always knew the repeat purchase rates are good, just putting it in a different view, I think, is helpful.

Now a couple of things here, I'm not going to go through this, obviously, calculation here. This is simply long-term value of a customer, so what's the value over the life of a customer compared to how much it cost to acquire a customer and what's that ratio and what's that payback. And what we've learned pretty much is that everybody calcs it differently. And so we went through a bunch of sell-side research and we did this calc on about 5 or 6 different models.

We kind of took 2 extremes here. This is method 1 and method 2. Some of you will recognize method 1 and method 2 because that's your method 1 and method 2. So we just picked a couple here because I didn't want to bring through 5. But this is the exact calculation. And then what we did is we took that calculation and say how does Nutanix stack up on an LTV to CAC ratio based on methodology 1. And this is the latest fiscal year for everybody.

And then we -- in this period, in FY '18, we're growing faster. So we growth-adjusted it a little bit. So you've got the 8 there, not growth-adjusted. Obviously, we were higher growth here, so we tweaked the growth, adjusted a little bit up to 10. Now what you would say is, well, you didn't growth-adjust everybody else, so that's not fair. Well, there's only a couple of folks here that you would growth-adjust to. And in this case, we might -- and this growth-adjusted, if you did everybody on the same growth-adjusted, we'd probably move 2 bars to the right. But still, obviously, very favorable from that perspective.

And then here is methodology 2. As I say, we kind of picked pick 2 extremes, how do we look there? Obviously, very favorable from this perspective. And in this case, if we growth-adjusted the folks that needed to be growth-adjusted, we would go to the left, and we'd be the first on this one. So again, 2 different methodologies. As I say, there's tons of methodologies, we just picked 2 that was kind of on the extreme there, but, again, why we feel good about investing in new customers.

And then subscription businesses, obviously, enjoy premium valuations. Now we still have a lot of work to do in front of us, but I'm not personally sure, we're supposed to be quite valued as maybe closer to a hardware company, but we've got a lot of execution to do. And this just shows how, obviously, the peer group would look like on this metric here. And this just is a kind of a generic view of people that have gone through a software subscription transition over time or in a generic nature. You can see the companies at the bottom there and how their market cap or enterprise value has changed over time as they get through these transitions. So again, we're in the midst of this, we'll continue to drive this as hard as we can. We think it's great for the business, for us, we think it's great for the customers, and we'll continue to hit this as hard as can.

And then on the final slide here, this just shows you again, the FY '19 number is a consensus, pretty much, number here for '19. And then what that would look like for CY '21 with growth basically, greater than 50 -- or 30% subscription percentage, I showed you there, gross margin, nonoperating margin and free cash flow, because this pretty much syncs up to the prior slides there.

So that's what I have for you today. Basically, in summary, the takeaway on the $3 billion, we've shifted it 2 quarters to the right, so CY '21 instead of FY '21. But a lot going on with levers here for growth now with refresh that we haven't had and a new product set that we've heavily invested in that will start to pay rewards there. Some pretty good cash flow, we believe, based on that new customer mix in CY '21. And a

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

real strong -- I think what we're building here is a pretty strong and exciting subscription business, which we're really excited about.

So with that, I'm going to turn it over to Ben Gibson, who will get into lead gen and everything else there, so thank you.

**Benjamin Gibson**
*Chief Marketing Officer*

Thank you. Good afternoon, everyone. Thanks for joining. This tool's actually for me. I'm suffering a rather significant ear infection and I figured there's downside and upside to it. The downside is I can't really hear well in this ear and there's some pain. The upside is I can have selective hearing on questions about lead gen and the like later on during the formal Q&A session. So just in case my equilibrium gets a little off, I've got that as backup.

But what I'd like to talk about today is go-to-market, specifically, lead gen, because I know that's been a conversation over the past few weeks. But really start this with the discussion about customer journey, and Dheeraj touched on this earlier. And it really serves as the guide post for how we architect our overall go-to-market strategy here. And so we look at this as a core -- the core portfolio, the journey stage is about modernizing data center environments. And there's a tremendous significant upside with that core market still. And I'm going to show you a little more data behind this that dictates for us go-to-market and investment is going heavily after this core opportunity, because there's a lot of customers in that journey that are still scratching the surface. There's a market here that's still relatively in the early innings in terms of where we think not just hyper convergence as a market but our growth ambitions can really fulfill here.

And then as our customers deploy us, as they run us, as they start to migrate more and more workloads onto Nutanix, they graduate up to this next stage in the journey. And that is about standardizing on a private cloud infrastructure. That gives you that AWS-like experience and consumption model and the agility in terms of the operations model that CIOs are really resonating with, to move up to that next stage of the journey.

And then the graduation, if you will, from there is to move to Enterprise. And with Enterprise, for us, that's really about moving towards this multicloud operational environment. And Dheeraj talked about this earlier in terms of application mobility. And it's not just the mobility piece, it's also cost-driven. It's also governance-driven. And so moving up in this graduated tiers of the journey here, really, is the foundation or the nucleus, if you will, in terms of how we architect and then pull together the strategy for our go-to-market.

Now when you talk to go to -- about go-to-market, you start with opportunity. Now the hyper convergence market in and of itself, which is really just a segment of these big markets here, it's going quite well. Conservatively, some analysts peg it about 35% CAGR over the next 4 to 5 years, could be higher. It's -- those reports tend to be kind of lagging indicators because they're reporting on actual revenue that's been reported. But what you see here, and this is an important point, is that with all of the market conversation about public cloud, about moving to hyper convergence and different models, you still see market projections here with storage $46 billion in forecasted spend. That's traditional 3-tier data center architecture-based storage, $40 billion-plus in servers; $24 billion in OS and subsystems. And then starting to see more and more growth on this front.

When you put that all together, obviously, that's a significant core TAM, and it's a TAM that's been modernized. It's a TAM that you're seeing more and more investments migrate from traditional 3-tier architecture to more modernized data center environment represented by hyper convergence.

And one important point here. When you take a look at the percentage of our competitive scenarios in the market, I know there's a lot of conversation about, "Okay, is there -- what's the competitive environment within the hyper convergence space?" Here's a zoomed out bigger perspective. Roughly, give or take, over the past 6 to 8 quarters, and we anticipate this to continue over the next year, roughly 2/3 of our primary competitive scenarios are against that 3-tier architecture. So when Dheeraj talked earlier about some of

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the things that some of the competition out there, EMC, Dell and others, are contending with in terms of this shift from, in their case, a cash cow to a new modernized approach, we see that playing out in the market as well.

And so when I think about opportunities and what that tells me, what that tells Chris Kaddaras in sales, and we worked this in concert together, is that we need a lot more add backs, right. And we look for leverage in that but we also look -- as we talked about a few weeks ago, we've looked to increase our lead generation, our overall go-to-market investment and make sure our sales hiring keeps up with that because the size of this spend. And this doesn't include public cloud services yet, the size of this spend represents a lot of early innings, as I would call it, disruption and rightsizing and moving from legacy to a modernized infrastructure base. And so just that alone, we see both horizontally in terms of starting to move up and migrate more workloads on to existing customer bases, paints a rather critical picture for us in terms of how we can grow and expand. And when we talk about increasing investment in lead generation, when we talk about the sales hiring goals that we have and how we execute, there's an intense focus on taking advantage of a lot of greenfield and a lot of conversion opportunity here.

I think this customer example really brings this to life. And I want to tell this story, you're going to hear a lot about great customer stories today. This is a great story, it's $50 million-plus in lifetime spend with Nutanix. It's our largest AHV deployment running VDI but also big database workloads.

But the last point is the one I want to highlight here. When you think about lead generation, when you think about how do we go out and articulate value proposition, the size and scope of what this customer is doing, and this is a scaled-out core customer for us, they manage and operate it with 2 people. And for all the conversations about technology and technology differentiation and how do you roll out and CapEx versus OpEx and the like, 2 people to operate, manage, upgrade a lifetime spend of $50 million-plus. And when you think about that, that turns into a rather stark value proposition that resonates from an operator perspective, all the way up to a CIO. So that's the message, that's education in the market that we're increasing investment in to make sure that more and more prospects out there understand that particular value proposition, in addition to everything else that's represented in terms of this customer example.

Now as we move out and as customers move up on the journey, let's talk about market opportunities here. So these are clear adjacent opportunities, not as large as the core, what I call, legacy IT spend but across automation, virtual networking, storage services, this ties to what we're doing with Files, with Flow, with Calm, these represent very natural opportunities for us to expand, by and large, within the same go-to-market model.

With the same kind of sales organization and the sales specialization and looking at the partners that we have in place, this is a classic upsell opportunity, upselling from our Core base, adding on new products and, certainly, this is an area as well that's not as robustly, I would say, and it's horizontally as we're investing in this core market, when we talk with lead gen and go-to-market investment and the like. But as we start to expand out without having to adjust materially the go-to-market model, we're able to open up access to these new adjacent market opportunities for us. And that adds to the stack itself.

So this is natural upsell motion for us and we feed that with the combination of the right data targeted to the right customer, with the right channel partner, fueled by increase in lead gen spend to really start to gain more and more traction here, and we are seeing that traction. Here's example, a large Global 2000 multinational financial services company, lifetime spend $5 million-plus, they're standardizing on Nutanix for a combination of different workloads, server virtualization, VDI, moving database workloads here, robustly so. But the upsell here is now they're our largest Files customer. So this isn't necessarily an early adopter, kind of, profile here. This is a mainstream Global 2k financial services multinational betting and standardizing their private cloud model on Nutanix.

And so when I talk about available market opportunity, then also how do we drive more of this, definitely as we move up and start to penetrate with our Essentials products into the market, there's a bit of show-me to it. Show me and give me the confidence that you can see more and more of these workloads running at scale with the kind of SLAs that are required for a very discriminating customer like this, that's there. Deploying out Essentials products, in this case Files, at this kind of scale, that's there. So again, it's

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

about educating the market. It's about then targeting with sales engineer plays that I work in concert with Chris and our sales organization to drive more and more of these type of opportunities.

So then you move to Enterprise. And Dheeraj talked earlier about incubation in this space. Lots of interesting new market candidates for us to enter. And with these products that are earlier on in their life cycle, the go-to-market that we prosecute here is really about identifying some key beachheads, I'll borrow a Geoffrey Moore term again. This is about beachheading into a particular vertical or particular customer profile and looking at how do we land. And this customer profile, will be a core customer, they're expanding and standardizing with Essentials and then they take that next step with us. And so it could be with VDI. We've got a great demo out there about -- with Frame. And we're starting to see some good interest that we're targeting specific to some key verticals and areas.

And instead of going horizontally everywhere, we're taking a targeted specialized approach to make sure that we retain focus on the core expansive market opportunity but land with these new opportunities here. So virtual desktops is one with what we're doing with Frame. Another one, which has been, I think, well-conversed over the last while, is IoT. And here's bringing this opportunity to life so you can see adding the stack on here. When you put this all together, given some of the inorganic additions to the portfolio over the past year, combined with the both core market and then the natural adjacencies, we're actually a little bit up versus what I presented last year at Investor Day here. And the blue represents opportunities for us to incubate and explore and see where we can get the right traction. And that's the idea behind not only the journey, but then the journey for how we assess new markets as well.

And bringing that to life, here's an example of what we call a graduated PhD-level Nutanix Enterprise customer, lifetime spend $2 million-plus, leveraging Core platform for multiple workloads, uses Essential. They're now going hybrid with us, doing their disaster recovery as a service with our Xi Leap service. So they're running in the hybrid cloud, private cloud onto on- off-prem with this. But then also, this customer is now utilizing what we're doing with Xi IoT. And the interesting point here is the use case, is they're using our platform in building their applications on top of that, in this case, it's a foodservice company. They're trying to modernize and take a lot of friction out of their transactions process, automated checkout for food as the customer brings it to the front and checks it out. So there's line busting involved with this, in retail language. There's analytics that go behind this.

And it's an example then, for us, if you think about the go-to-market motion, it's different than Core, because in Core, we're modernizing infrastructure. In Essentials, we're upselling and standardizing and bringing more and more workloads on top. This is about now connecting the dots between infrastructure enablement and line-of-business use case. And you're going to hear from Inder Sidhu a little bit later this afternoon, talking about with his customer success organization, how we deepen those relationships.

When you think about the topic of lead gen, the investment goes into, clearly, the focus on the Core, selectively to upsell into Essentials. And then, when we get into these kind of scenarios, it's how do we work in concert to educate and to open new doors with account-based marketing tactics, things of that nature, to surgically try to land in some of these new beachheads.

And then to summarize, we do not lack for opportunity in this market. We have to make sure that we have the right investment level, that we balance existing business stickiness, which is, definitely, as Duston talked about earlier, a lot more efficient in building pipeline and expanding our growth, balance that with making sure we're investing to get into these new opportunities, these net new logos, which is more work, and particularly, as you move up in the segmentation chain into higher-end enterprises, there's more complexity to get into those as well.

Dheeraj touched on this already. Opportunities there, we've never felt better about our market position. There may be different reports out there back and forth, fundamentally, the reports that are represented here represent a tremendous amount of rigor in the analyst community, it's not just opinion, it's data, it's validation, it's a heavy amount of input from thousands and thousands of customers that give a lot of detail to these firms that measure how we're delivering on road map, how are we solving for scale, how are we doing in terms of onboarding more diverse set of workloads onto these environments.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So this is just one point example of this but one that serves to set the tone in the market that also demands that we make sure that we take advantage to get more of those as bats because we're armed with not only best-in-class product, world-class service support, but also validation across the industry for our position and leadership in this market.

So then, how do we then go out and grab more of this opportunity, given our opportunity and the positioning that we have in the market? Classic segmentation, it's something you can see from many different vendors. The point I want start in making here is that the transformation we're making within Nutanix, I've been here for a year and a quarter now, the transformation that we're making together with the sales organization and channels is how do we drive far greater levels of automation, which was good to start with when I arrived, to drive far greater levels of granularity in terms of getting down not just at a theater level but at a regional level and then down to even a customer level and looking within larger customers on how and where we go with highest propensity to buy modeling to open up the right door for Chris's team to go in and execute.

And we look at that across these key segments here, and so there is definitely, within Nutanix and Nutanix marketing 2.0 in concert with sales and channel to make sure that we're getting more granular so we can scale, kind of like how the company technically, the architectures, the distributed architecture to give you web scale, we're taking a rather similar motivation approach here on how we do this here. There's change involved, but the output of this is it gives us increasingly better predictability because whenever you talk about lead gen spend, there is a lag effect. You spend, say, in a Q1, you tend to see the output from that in Q3 plus, right? And so as we get more predictable and as we look at more customer data coming in, uses data and the like, this is our next stage within marketing and go-to market of transformation zone, like Dheeraj talked about earlier at the company level.

I also want to make the point, pipeline is a big topic. Pipeline at Nutanix and many companies' enterprise B2B space, there tends to be 3 legs to the stool that are contributing roughly in similar levels. You have marketing-sourced pipeline, that's all about leads that are qualified, they come in through digital, through web, traffic, through executed campaigns, through channel leverage activities and the like, generate new lead, qualify it, set the meeting, hold the meeting, we hand it off to Chris's sales organization, they close. That's one leg of the stool.

Another leg to the -- of the stool, a critical one, and Chris is going to share with you some more insight on this of how we get even better on this front, is sale source pipeline, which is a lot, it leans existing business and it leans more upmarket in the segmentation chart here, and this is really about how we go in and open doors to new opportunities, marketing supports so make -- I don't want to be unclear on this, lead gen spend is fuel source for sale source pipeline, and so this is all done in concert together but there's a lot of sale source pipeline and when we talk about making sure that our ramp -- rep growth is commensurate with the growth ambitions we have, it's a critical part of making sure that pipeline is where it needs to be in combination with lead gen.

And then we have a channel base that every quarter I think we improve and mature in terms of how we enable our partners to go out and autonomously source net new business for us. Some theaters like Asia-Pacific, it's even much more of a factor than it is in others, but these 3 cogs to the engine create an architecture for how we go out, invest in and drive new pipeline and new opportunities. Sales-led, lean sales-led in globals and enterprise and then it graduates as we move into mid-market more one to many and then into SMB into our marketing-led and channel-led.

We look at this in terms of new business that we have to generate. It became clear to us in Q2 that our new business pipeline generation and again, keeping in mind the lag effect wasn't yielding quite to what we needed it to be at, and so a good deal of the increase that Duston has talked about in terms of lead generation spend is really focused on the left side here and how we can generate more pipeline here, and we do this across each segment, new versus existing in activities.

The percentages you see here are an estimate in terms of how much of the marketing and the lead gen OpEx that we're applying to each one of these segments. So for new business, particularly for globals, I described some earlier customer examples, this is a lot about account-based marketing, identifying different budget centers within larger organizations, and it's also about and we've had a lot of good

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

progress here which requires investment, opening a lot of new doors and engaging with more the VP and CIO level within these organizations, because the deeper and more specialized an IT organization may be with that existing core TAM spend that I talked about earlier, the more you have to engage both at the technical operator level as well as at the higher level to break through and to get that landing zone or that beachhead I talked about.

On the existing business side, lead gen is also about working, and this tends to be sales-led that we support with product marketing and solution engineering and the like, to make the case for the next workload to move over to Nutanix to expand, and so we need to see that continue to run a pace and that's an opportunity for us to have greater leverage in the overall pipeline investment that we have in place.

As we move down the market, we have a substantial amount of spend focused on how do we penetrate into the enterprise segment across each theater. We have a good deal of effort going to identifying whitespace accounts, where we don't have that penetration in yet, we bring data to the equation, we run campaigns into the equation, through digital, through events, through targeted campaigns, open up new doors for Chris and his organization to go in and convert.

Now on that existing business side, you're going to hear more about this from Chris, we think there's a nice leverage point for pipeline generation that's shorter term around refresh, and we're just to the point now with our growth trajectory where we think this year and moving into subsequent years, this could be an interesting, almost an automated-machine, kind of, approach we can have with the strong and differentiated sales approach to create some new opportunities there as well as the upsell to new products that I talked about.

As we move into mid-market, this is where it moves from more marketing-led through digital, through web, and other activities, and again, this is an area that we are also increasing investment in with what Duston talked about, and we do that direct and we do that with our channel partners.

When you talk about channel marketing, you market to them to get more affinity and more preference and then you market through them, with channel marketing activities and campaigns that gets us more one to many into the mid-market environments.

SMB, we see business there, we don't optimize for that here, for this segment, I think, over time, particularly, as we move towards more as-a-service models and certainly in international markets, we can see that start to be more of a focus area for us, but the top 3 are the big parts of the architecture here with existing business where we continue to drive new leverage. But the new requires more investment, that's a decision we made. We thought we had more leverage to do this. As we moved out of FY '18 into FY '19, what became apparent to us is we needed to up the investment level, combined with the trajectory we have with sales hiring and the like to make sure we get to where we need to here.

So hopefully, this gives you a little bit of more insight baseball here in terms of how we architect and how we go after pipeline generation within Nutanix.

At a summary level, all this needs to be served by expanded brand awareness, and we've got more aggressive here on this front, and I'll share an example of this in just a second.

The investment increase for lead generation focused leaning towards new logo acquisition. We will continue to drive for leverage and we want to see that and we expect it to improve from existing business pipeline growth. And then you see the blue arrow on the bottom, that's the big play, data center modernization, going after that substantial traditional IT spend that I showed at the beginning of my presentation. And the green arrows are the new upsell plays that we run together with sales, with channel down market to drive the new pipeline that we need.

So that's -- frames it all up for you in terms of how we do this and we do this with far deeper rigor, with far deeper automation day by day and then, increasingly better predictability for us as we've scaled so quickly in terms of being able to anticipate where we target, how much we target with and where we need to push on the business to make that happen.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

I mentioned brand awareness. We have gotten a lot more aggressive, both in terms of investment and, in some cases, in terms of messaging of how we go out to market and create not just the lead generation, which is more about prosecuting down a funnel, but that's going to be more effective if more prospects out there from CIO level down to a data center operations manager know who we are. And as a company that's grown rapidly, we still have a lot of work to do on this front to a degree that people understand who we are on our value proposition and problems we solve, that's going to make our lead generation spend all the more effective. And we've gone out and we've gotten aggressive on this front. We've gone out to major markets, we've talked a lot more, we tend to use the leverage weight by going where there's existing industry events and dialogue, so other folks are spending a lot of money to get our target prospects there and then we hit them with our message.

One particular story I've enjoyed here, we've had aggressive messaging because we've seen in the market a lot of customer headache and pain point about being surprised about true-up builds and looking at renewing ELAs and things of that nature.

So we have examples with this more aggressive branding approach of CIOs, one in particular from a pretty large organization enterprise, who was having a rather difficult meeting with her staff about some of these surprised true-up situations and moving licensing from traditional IT and virtualization and what to do there, literally looked out the window, we had deployed this campaign targeted to some of our major prospects in Global 2000 we wanted to hit, saw our branding, she said she almost -- it really took her back and she was shocked like how did they know, we got a call, we had 2 straight days of EBCs within 2 days, and we're seeing that start to happen here so it's not just the lead generation, it's setting a tone that sometimes has to be more aggressive in the market, and so we've done that and we're seeing this start to pay off, and Duston talked about early signs. We're targeting prospects that are utilizing, what I call, traditional data center and virtualization services, targeting those customers, going out with this kind of you-decide messaging, we do prospecting days tactically, together with Chris's sales organization, generated about 3x, the quality meeting set within a 24-hour period when we do these than we were seeing prior to this.

So aggression in brand message at the right time, at the right place, with the right conversation is part of us making sure we get in front and get as many as bats as possible.

So to summarize, not constrained by market opportunity, still in the early earnings, in terms of, again, a reminder, roughly 2/3s of our competitive scenarios are against traditional 3-tier architecture.

We're very pleased and comfortable with our market-leading position. The lead gen investment increase, we're really leaning that towards net new logo acquisition, which is harder work, and as Duston mentioned, it takes some time, there's some physics involved to see this manifest throughout -- through the system. And then lastly, as Duston mentioned, based on the increase that we saw -- that we realized and started actioning in Q2, we are seeing some good encouraging signs in terms of lead boost as well as quality meetings.

So that's it for me right now. We are going to go on a 10-minute break and then we'll be back. Thank you.

[Break]

**Chris Kaddaras**
*Senior Vice President of Americas Sales*

Thank you. So thanks for having me. I'm going to go through 3 things today. The first is, I'm going to do a little bit of an introduction, talk about who I am and what I've done. We have a little bit of a nuance with me that I'm new to this forum. I've spent the last 2.5 years with Nutanix in the EMEA region and now, I'm just moving my family to the Americas, so I'll give you kind of some context and color as to what I've done in the past.

The second thing I'm going to discuss is sales management framework, and I'm sure you're all happy to hear about philosophy around sales management framework, I'll try not to bore you with this topic, but just to give you, again, color around what are we looking to do to achieve our goals as a sales organization.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And then the last thing I'm going to talk about is real near-term priorities with the sales organization, I'll spend more time on the Americas business as to what we're going to do there. Now, I've been in the Americas business for going on now 3 weeks. So I still have a lot of to do, to learn, to seek to understand, so it's just some initial thoughts for the Americas business.

All right, so getting started, the way to look at this is, just a view of my career, I've spent -- at the bottom, you can see I've spent about 25 years within IT, I've spent 16 of those years within the Americas, and I've been 9 years in EMEA based out of the U.K., out of London specifically.

Of those years within IT, I started at Cabletron Systems, I was there for about 7 years, I moved on to EMC, I was there for just over 16, and then I've been at Nutanix for about 2.5. All of those organizations very strong, very strong sales DNA organizations.

I've done every job in sales for the most part. I started in inside sales actually telemarketing in to New York City to get appointments for my sales rep, this was back in the early '90s, in the IP space for Cabletron. I was sold over the phone for them, I moved to New York, I spend most of my formative years selling here for about 5 years to the financial district in New York in the IP space in the mid-'90s, and then I took on sales leadership roles, various associate sales leadership roles. From there, I ran the sales organization in the Northeast, and then I ran half of the country for EMC for about 7 years based out of San Francisco.

I did get lucky. This is probably the most interesting move, is I was the Chief of Staff for the Americas business at EMC. We had a huge transformation, how do we take a business that was slowing in growth, how do we transform that business, transform those people, transform the go-to-market to make sure we can reaccelerate growth within EMC. So I did that job for about 2 years based out of, of all places, Hopkinton, Massachusetts where EMC was based.

That allowed me to leverage a role within EMEA. They moved me over to the EMEA theater, that was by the board of EMC, moved me over to regenerate the EMEA business, come up with a new strategy. So I did that role for about 2 years, how do we take a business, again, that was slowing in growth? How do we build new businesses and fix some of the business that is there? So I did that for about 2 years and I took on an actual business for them in EMEA. I built the commercial business, which was about flexing about $150 million to $200 million at the time, and we brought it to about $1 billion over the period of about 4 years. So I ran that business everywhere from South Africa to Russia.

At the same time, I actually took on -- after I had done that, I take on a sales leadership -- or a sales engineering leadership position, this is about diversification of my brain, I did that for 2 years for the business. I would join the EMEA management board and then last year, as I was doing these 2 jobs, sales engineering and the management board, I was responsible for the Dell EMC acquisition with Dell to actually run that acquisition and run the integration for the EMEA region, so that was my role before I left EMC about 2.5 years ago.

The last 2.5 years, I've spent leading the team for Nutanix in EMEA, and I'll talk you through some of those numbers.

Moving forward, I'm going to go through the sales management framework, there's 3 components and this is by order of importance: talent, coverage and quality of sale. If we get the talent thing right, which I think we do, for the most part, get that right, and there's always room for improvement here, then these other 2 things typically take care of themselves in any sales organization.

I will -- as I go through these 3 things, I will discuss some observations on how this management framework played itself out in EMEA for the last 2.5 years. The reason I do that is because this management framework is going to be architected within the Americas business as I take over and we start to run this business with my sales leadership team and my extended leadership team.

All right. In regards to talent, talent starts with recruiting, as I mentioned, if you get this right, usually everything takes care of itself. The biggest part to recruiting is to building -- is building a bench.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

This is an area of improvement that we can always do within the sales leadership organization. If you're hiring at this scale, this level of growth, not many companies have done this before, to hire this many people and get it right, to hire the right people, you have to build a bench, and this is something where you have to put some rigor to within the Americas business. We still have a lot of improvement in the EMEA business here, but this is something that we did to help us achieve our goals.

We also actually built -- when I say hiring to plan, we built a 12-month plan in EMEA. We looked out 12 months, so we identified way ahead of time where we were going to put sales teams, and if you don't have that vision, then sometimes you may get behind in hiring sales heads, so this is something that we'll do.

Now, you can see one of the data points in EMEA, we achieved 98% of our goal for hiring against our plan, now that's excluding Germany, some of you who've worked in Germany before know that, you have to measure 2 or 3x before you cut, right? You just don't want to make mistakes based upon labor laws in Germany, so we're building on a strong foundation and we'll catch this up in Germany within the next 2 quarters but excluding Germany, we would have been in about 95% with the German numbers put in there.

The next piece of talent is enablement. We have a lot of work to do as a company here. I think this is a significant investment area for us, right? We've done a great job of selling core HCI, now as Ben had mentioned, we need to go up the stack, right? This is all around training, this is all around enablement to help our sales teams understand how to sell different technologies and sell it in a way different consumption models, all right.

And the last piece is around support. You could always get better here from a sales organization perspective, this is around coaching our sales teams that are underperforming and sometimes making the tough decisions that we have to. So this is the architecture that we'll develop within the Americas sales organization and continue with in EMEA.

The next topic is coverage. So what do we do around coverage? The first part of coverage starts with segmentation, how do we make sure that our resources, be them sales teams, are focused on the part of the market that's going to pay back the most, have the most productivity, right? And 2 years ago, 2.5 years ago, when I started EMEA, we started this journey.

For the most part, we were a mid-market sales organization, even dipping down into SMB. We weren't created, we didn't structure the structure to move us up the pyramid. When you move up the pyramid, your ASPs go up, your average sale price goes up, your return in productivity goes up. So we did that 2.5 years ago. You can see the data point that in EMEA, in the first half of this year, we grew deals over $500,000 by 100% compared to where Americas, they grew it by 10%.

Now the Americas business, they're doing a great job, they actually have gone through segmentation in the last 2 quarters, right? So it's a journey. It takes some time. The good thing is, a lot of the hard work has been done, and it will pay off.

Pipeline rigor is the second part of coverage. So this is around how do you make sure you get your balance of quality and quantity right? Now, there's a whole philosophy around how you drive pipeline and I'll spare you some of the details because I could be here for all day discussing it. What we put in place from an EMEA perspective, you can see the stats, for the last 6 quarters, the growth in the EMEA business has surpassed the total company growth, all right? I believe that's a testament to the rigor we put in place on qualified pipeline, how we build it, holding everybody accountable to building pipeline on a daily, weekly, monthly and quarterly basis, all right? Make sure it was quality pipeline.

The last piece of coverage is how do we do this with our partner community? How do we make sure that we expand within the channel and within our OEMs? This is another part that we -- I think we got the mix right in EMEA, and we still have some room for improvement in Americas and other parts of the world. In EMEA, we drove 29% of our bookings from the OEM relationships. Now this was diversified OEM relationships. This wasn't 1 OEM, it wasn't 2. We did this across 4, 5 OEM relationships in the business, so this is something that we made sure that all the eggs weren't in 1 basket, we made sure we drove

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

it across Fujitsu, across HPE software, right, software on HPE, which we've done consistently within the EMEA market, customers buying our software on HPE compute, right?

I guess, Dell, we have a very good business with Dell within the EMEA market, it actually was at #1 -- it was a -- not #1, it was the largest growth year-over-year, it's the biggest factor for Dell within the EMEA market, and then with Lenovo as well, huge growth on the Lenovo business.

Okay. The next piece is quality of sale of the management framework. So the first part starts with deal coaching. Again, this is management philosophy, sales philosophy. There's a coaching mechanism that we use, you can see it on the left-hand side of the slide called MEDDPICC. I've been using this philosophy going on 16 years now. This is a way that we help our sales teams increase their win rate.

How do we continually get better in the market? This is something that we started at Nutanix about a year ago. I started it 2.5 years ago when I came into the team because it was something that I brought in as well, and we're working this through the Americas business right now, and it's effectively, how do we get better at addressing our corporate customer opportunities and our customer pain.

The other piece that we can actually bring into the model is strategic use of term-based Enterprise purchase agreements, all right? So these are everything from ELAs to VPAs. We have a huge opportunity to present this to our customers. I'll repeat, they're term-based, they have, what I call, rails, which is basically let's make sure we can leverage this for new product growth. So we may do a term-based EPA on our core product offering and then allow us to upsell multiproducts over time onto that EPA vehicle, it's the way that a lot of our customers buy licensing today, and it's something that we can expand off of in the future.

A data point here is that we started this around a year ago within EMEA, looking at this as a strategic objective. I went out and I hired a team of what we call dealmakers, 5 of them, financial sellers, they get in front of CTOs, CIOs, CFOs, and they cost-justify our fire solutions and bring them into constructs that customers understand and they consume more and they have more stickiness for our product. So this is something that we're going to spend a lot of time on in the Americas business. It's really ramping within EMEA, and I think we can start to ramp it within the Americas business.

All right. So now I'll transition beyond the sales management framework and I'll talk about our top priorities. First one, we need to boost the sales hiring engine, I'll actually dive into this in the next slide. Second, we need to continue and iterate on the pipeline culture, get better around building pipeline, quality and quantity. And the third one, is we need to make sure we industrialize subscription transformation, all right, and I'll now talk about what that means.

All right. Number one, boost the sales hiring engine. So the first thing that I did mention is plan ahead. This takes some time, we've already started that within the Americas business where we're looking at, all right, what's our plan for the next 12 months, right? Let me give my sales leadership team their headcount now. Build it, structure it, what are the territories, where you're going to hire, all right, just so we can get ahead of the plan.

Second part of this, is we do have some short-term wins within the Americas business, we've already identified those. The public sector is a huge short-term win for us, both in Fed and state local and education. So we've already identified a plan to start to hire more heads here.

The second place is in mid-market. There's a huge mid-market in the Americas business that we've, for the most part, moved a lot of our reps to Enterprise, which is going to pay off, but we left a gap in the mid-market space, specifically mid-market high. We can put a lot more resource in that space and we're building plans to do that now.

And then we're going to make some strategic bets on global accounts, we're starting to see a lot of ramp on some of the big globals, the top 100 accounts in the world. So we're going to make more strategic bets here, some of the big financials, some of the big pharmas as well, right?

Okay. The next area that we're going to focus on is to improve pipeline rigor. We talked about this a little bit before. I've given you some stats, but these are things that we need to make more institutionalized

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

into the sales organization, 3x cover, but it has to be of a high conversion rate. We need to hold ourselves honest as to how we build pipeline, and that's something that we'll do.

We have flashes of brilliance within the Americas business just like in EMEA, and we have areas that we need improvement on, so we'll spend a lot of time on this.

We'll install guidelines, what I call, why now, why Nutanix, so this is about compelling events, and why do we win?

And then one of the key philosophies, and this maybe goes a little too far into sales management philosophy, is the sales teams need to own the plan. When you do this top-down human nature, people reject, right? So this is something that I've done within the EMEA region that we'll do in the Americas, this needs to be owned by the sales team, and I'm confident they will. It's around coaching, it's around helping them build these plans with Ben's help, with the channels help and with inside sales help, all right?

The last focus area that I mention is industrializing subscription transformation. So as Duston mentioned, we need to continue our progress on subscription. We're doing a great job there. It showed the marker as to where we're going to in 2021, which I think was 75%.

We have an opportunity here, and Duston mentioned this as well, around existing life of device transformation, so let me go through a little bit more detail. We have a lot of customers who bought from us over the last -- other than about a year ago, we have a lot of customers who spent the last 5, 6 years buying from Nutanix, they have life of device appliances, so that means they bought the hardware and the software together, and when that hardware becomes end-of-life or old or slow, it's a dead-end license, right? So our ability to go to that customer and say, why are you paying support on that, you know within the next year or 2, that's a dead-end license. Why wouldn't you refresh that license? Put you on another 3- or 4-year run, okay? So it's a new license, you give it new life, then it's portable. It breaks from the appliance, you can put it on any of the computer infrastructures you want that Nutanix supports. So you get a portable license, very happy about that and you get to refresh your license moving forward, right? You also possibly get some ability to do an OpEx-CapEx shift with a -- which a lot of customers want to do.

This is something we haven't even tapped. We're starting to build this pipeline within EMEA. We've seen a huge pipeline build in the last -- we literally have looked at this within the last 30 to 60 days, we've seen a huge pipeline build here, and we're starting to institutionalize this in the Americas, right? So this is something that I think is a real short-term win for us that we're going to start to work on.

The next piece I've mentioned, which is strategic term-based Enterprise purchase agreements. Again, let's make sure that they're term-based, they have rails, we can upsell, based upon all of our new products within Essentials, within Enterprise.

Right. So in conclusion, I discussed a little bit about me, what is my experience? Why am I here? What am I going to bring to the Americas business for Nutanix? The second piece is framework, we do have a sales management framework. It will be instituted within the America business and we've already started that. I met with my team about 3 weeks ago. Everybody's on board. It takes some time though, right? This is a coaching thing, it's not a top-down thing, it's how do you coach your teams to do this and everybody seems to be taking it up very well.

And the last piece is around priorities. We're going to hire faster. We're going to build pipeline in a quality-based way, and we're going to look at making sure we accelerate our subscription business.

So that's all I have. Great. Thank you for having me here and I appreciate your time.

**Unknown Executive**

Please welcome Executive Vice President, Global Customer Success, Inder Sindhu.

**Inder Sidhu**
*Executive Vice President of Customer Success & Business Operations*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

I got to say, at the break, I was checking our stock price and it's up $3. Up is good. I guess, you guys must be liking what you're hearing. Slow and steady up is even better because we still have Q3 and a whole lot of hard work ahead of us, so we will be staying focused on that.

I'm the Customer Success guy, I noticed that Chris Kaddaras shared a bit of his background, I should have put a slide like that for myself as well but let me just quickly tell you about myself. Been at Nutanix only for about 1.5 year. I started my career as an auto mechanic, then became a television mechanic -- not a mechanic, a repairman, I would call it, this was back in the time when televisions used to actually get repaired. Some of you few younger folks have a little surprised look in your eyes, but that's what I started doing. Eventually became an engineer, started working at Intel for several years then did a start-up in Silicon Valley, which we took public back in 1986. That was the time when you needed 5 quarters of profitability before going public.

We did that, and after that, I worked at Mackenzie as a consultant for several years and then John Chambers got -- became the CEO of Cisco. 1995, he hired me to be the strategy guy, worked with him in a variety of roles over the next 20 years at Cisco, that included building and running our worldwide professional services engine, thousands of people, also got to redefine their channels, I was responsible for strategic -- for the entire go-to-market strategy for their sales engine and, of course, eventually, ended up running the enterprise business, about $16 billion eventually with very, very high profitability as you all know. So that's a little bit about my background.

Customer success today, let's talk about that, and Dheeraj shared with you this framework about the various zones. Customer success, which by the way, at Nutanix, we broadly define as professional services, customer support, customer success managers, customer training, anything that is in our kit bag to make customers successful, that's what we're talking about, and there's only 3 key messages I want to tell you about customer success, and I'm going to run into some detail on each of those.

The first is that customer adoption as in no shelf there, retention and expansion are key to Nutanix' growth. Duston shared some numbers, I'll elaborate on that a little bit more. Second, Nutanix has a world-class capability to drive customer success, this is not my opinion, I have a bias towards it, but we hear this from customers every single day. There isn't a week that goes by without some customer passionately telling us why we are so much better than just about anybody else, and so I'm starting to even believe it myself now. This capability is actually accelerating customer value, which, in turn, drives Nutanix' growth.

So let's drill down into this a little bit and talk about it. As you know from our earnings announcements, 12,000 customers, about 760 of them are the global -- from among the Global 2000, which means we have about 38% or so of the Global 2000 as our customers, that number obviously goes up every quarter. And among these customers, as Duston said, we tend not to lose too many of them. 3% in a year, much better than what you would see. And when we have those customers, we have a tendency to expand quite a lot with them, almost best-in-class over here. So remember those 2 numbers: retaining 97% of our customers; getting $141 out of everyone, who'll spend $140 lifetime with us over the course of the next 12 months.

How do we do that? What is it that drives the 97% and the 141% (sic) [ $141 ], that's where I want to drill down, and that's what customer success is all about. And that's what drives our company's success. So what is customer success? Let's talk about it. Adoption of our technology, a positive experience with it, and then expansion of value that customers derive from that technology and, of course, we do that with phenomenal talent, but it's not just the talent, we actually do it not by throwing bodies at it, we do it by actually making that talent 10x better in terms of its effectiveness by giving them data and analytics and insights and artificial intelligence-based algorithms that will make them a lot better.

In fact, let's drill down that on insights piece for a second. I'll use our customer support organization that's run by David Sangster and Deepak Chawla, who built that organization by handpicking people, over 500 people in that organization.

They have something called watchtower, which we actually expose to our customers. Almost 2/3 of our customers give us real-time pulse data that comes from their Nutanix infrastructure every day, every hour, hundreds and thousands of pieces of data from every customer in the form of pulse that comes to us.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Now there's some dark sites that can't give it to us, that's why that number is 2/3 rather than a higher number, but we get that information very transparently about everything, versions of software, hardware failure, software -- just a wealth of information. We use that information very proactively and that kind of telemetry allows us to open cases even before the customer knows something is wrong.

If capacity is reaching a limit, if a piece of hardware is about to fail or has failed, things such as that, they automatically trigger cases, in fact, 10% of our cases even before the customer knows it, we know about it, we've opened a case about it, we're ready to ship a part, we're just calling the customer and saying, is your address the right address? Should we ship a part? Do you need a technician? And the customer is delighted about it because they didn't even realize they were about to have a problem or have had a problem. 10% of cases auto-generated.

Another thing that we do is something called case deflection. We use artificial intelligence and machine learning where we have taken our entire knowledge base, and this is not just our knowledge base about HCI, this is our knowledge base about the entire Nutanix stack all the way up and down hypervisor and all the wide variety of products, and we've mined that information and made it available, it's a little bit like when you start typing on Google and it kind of auto fills.

We actually will prompt the customer while they're trying to open a case with all the things that could actually solve the case for them, so much so that 1 out of every 3 instances, the customer never even submits the case because we've given them enough information to actually resolve their issue online by pointing them to our knowledge base of intellectual capital that we've generated over the last 10 years of serving our customers. Phenomenal capability, customers who experience it, absolutely love it. I don't think they see it from anyone else. And oh, by the way, this mining of intellectual property to make our people more effective, 40% faster resolution with our own engineers, our own SREs, system reliability engineers, when they leverage that information, they can do it 40% faster. So absolutely a case of insights in our customer support area.

Now also, we do this more proactively. We give customers complete transparency and complete visibility in terms of their assets, in terms of activation of licenses, their Net Promoter Scores, their customer satisfaction, what workloads they're running, how they compare with their peers in those workloads, how well they're doing on Essentials versus advanced, what their utilization is for, their CPU memory storage, we even tell them what features they've licensed and haven't used, so that they can start to derive true value out of our infrastructure. We do an enterprise readiness assessment of their entire operational environment and organizational environment, and we give that capability to them, absolutely something that customers love.

And now what we've done is we've added to that a proactive, predictive capability where essentially, what we're doing is telling customers things like, look you've got 3 clusters that are 70% capacity, there are some that are going to reach full capacity. Here's licenses you haven't activated. Here's features you haven't adopted. Here's field advisories that we have based on your software versions customized to the specific cluster that you're running, that you should apply in order proactively to avoid a situation.

One of the biggest frustration in my 20 years at Cisco dealing with customers was when a customer would come up and say, gosh, I have an issue but you knew about it. You had a fix for it. You even had a field adviser, why didn't you tell me? This systems-based approach avoids that and that's what makes customer see real value, real value from what we're doing and that's an example of, again, insights, data analytics, artificial intelligence and machine learning in order to make our people 10x more effective.

I'll give you another sort of data point on it just by way of comparison. We have these guys called technical account managers with sort of white-glove treatment to take care of customers when they have issues, and I'll use this as a comparison point to one of our larger competitors, a software company that's about 7x as large as us. They're 7x as large as us and therefore, they should have 7x as many customer support or customer success technical account managers.

Turns out they don't have 7x, they have 70x as many as we do. Now some of you might say, that's not a fair comparison because clearly, ours is a more modern product. It's much better designed, it's operationally much simpler to operate and it's much easier to deploy.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So I'll grant you all of that but still 10 to 1, the reason for that is also because we are empowering our support people, our services people with all of these insights, and that's what makes it 10x better in terms of capability.

Let's move forward from there. And by the way, just to wrap what I said, systems of record in the form of telemetry and customer data, systems of engagement in terms of capturing every piece of work flow and automating it and systems of intelligence in terms of proactive recommendations that mine our intellectual property and put it at the hands of our customers. All that gets put together by our customer success managers in the form of a customer success plan. This is not something that we do for ourselves, this is something we do jointly with the customer. A customer success plan is jointly owned by the customer and by us, jointly signed off by both with action items assigned to people from our side and the customer side, which becomes a document, a living breathing document, which jointly defines our joint success moving forward. So that's an example of doing customer success, customer support, et cetera, in a modern new-world kind of way.

Let me talk about adoption now. For adoption, we have the professional services organization. It's not a large organization, but it's an amazing organization. We've done engagements in 60 countries and 48% almost, half the people in that organization carry an expert-level certification. An expert-level certification, for those of you who might not be familiar, is like a CCIE certification from Cisco, a certification like VCDX from VMware or NPX from us or CTP from Citrix. Very, very hard to get, half our people have that.

And for every person that we have in our professional services organization, we get partner leverage because every one of them has trained 9 to 10x that many people in our services methodology about how to take care of customers. It's an amazing capability, which is very deep in terms of its expertise where we try to get breath and leverage through partners. And the results of that are actually very good. If you look just at our 760 customers from the Global 2000, which is predominantly where we would apply this professional services capability, when we apply that professional services capability, the size of the deals that we get with services is almost 6 to 7x larger, and we actually realize those opportunity 26% faster in terms of the sales cycle of those opportunities. By the way, the time to second purchase with services is 58% higher than it is without services. So an amazing capability in order to drive the adoption, in order to make sure that the customers actually don't sit on shelfware as they do with many of our larger software competitors.

Next, experience. This is the world-class support capabilities that I mentioned Deepak Chawla and David Sangster have built. We have 10 support centers around the globe, providing follow-the-sun support. 500 engineers, not technicians, these are hard-core very qualified engineers, 150 countries, 20 languages, very, very capable support. And these people measure their effectiveness very, very proactively, 9.6 on a 10-point scale over thousands and thousands of incidents. And of course, as you already know, as a company, we have a Net Promoter Score of about 90 for 5 years running.

Finally, expansion. So we talked about adoption, experience. Finally, expansion. All of them driven by insights. Expansion for us can happen along 3 dimensions, along 3 dimensions. It's expansion along the footprint. So this would be a case where a customer actually has 1,000 VDI seats, and they want to get 5,000. Certainly, we see a lot of that. But in addition to that customers' footprints expand, they go from one data center to another to a backup data center, they go out to remote sites, they go out to branches of banks, they go out all the way to the edge. We're working with the customer on their drill operations all the way out to their drilling devices that they have. All the while what we're doing is we're preserving the architectural integrity of the operating system, the software footprint that we built. The form factor might change, the architectural integrity is preserved. Therefore, all investments in operational readiness are leveraged. So that's one dimension along which we have expansion.

The second one, which we talk about is in the workload area. So there isn't a Tier-1, Tier-2, mode-1, mode-2, any kind of workload that some Nutanix customer somewhere is not running at scale. It's not just all your classic things like Exchange and SQL Server and the databases like in Oracle and SAP, et cetera, it's also things like Elasticsearch and Kafka and vertical applications like Epic and Meditech and so on and so forth. We've got all sorts of workloads. We work with customers to proactively get them to deploy more and more workloads on their existing Nutanix investments, kind of like getting more passengers into the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

same car that you've already paid for. It's a source of tremendous value for our customers, and we see a huge amount of expansion occurring in this dimension.

The third dimension is along the product dimension that people talked about earlier. Ben, Dheeraj, Duston all touched about this notion of Core, Essentials and Enterprise. So those are the 3 dimensions along which we expand customer value and, therefore, Nutanix with.

I want to conclude by sharing with you 4 examples of customers where this has happened along at least 2 dimensions in each if not all 3. The first one is a major national retailer, and this is a customer that started out with us in the Test and Dev environment. They were only doing server virtualization. Relatively quickly, they expanded to their corporate data centers and they added Citrix and SQL Server. From there, they expanded to their distribution centers. They are now using us for order management, they've got SharePoint, Linux, et cetera. And more recently, they've expanded it all the way out to their call centers with robotic -- with RPA and robotics and automation and also all their production apps, for which we are a standard. Now they're now going international with us even beyond that. And as they've expanded along this workload dimension and this footprint dimension, this is a customer who started out with $0.5 million worth of business for us. Today, they're doing $34.5 million or $34 million of business with us, software. And oh, by the way, one quick thing to note is that out of every dollar that they spend on our kind of stuff that we sell, we're only capturing today 1 out of every 8. So the opportunity is tremendous as you start to make these customers successful and they start to standardize on us. Major national retailer.

There's another example. This one's a major health care provider. Similar kinds of story. Started out with remote office, then corporate data center, then disaster recovery sites. They started out with Microsoft SCCM and VDI. They went to some imaging environments with PACS, eventually SQL Server health care and most recently, about a $5 million deal with us for Splunk. Very similar to the previous one except what you might have noticed is that the previous customer took 5 years to get there. This one got there in half the time. Half the time, so there's an acceleration that is happening. Dheeraj talked about our product becoming 10x better. Our people becoming 10x more effective at data. Our customers becoming 10x more successful with the standardization that they see. And just so you know, this is a customer where they have 0.25 million employees. We have 38,000 physicians. We have 9% of their VDI, 9% and that's consumed 600 nodes. We could be 10x. This customer could be 10x bigger. There's going to be a time, perhaps not too far in the distant future when we're going to be talking with you about customers' lifetime have spent with us in the triple-digit millions not double-digit millions. And by the way, this was a customer where I was talking to the customer and they said to me, they said, "Look, your 1 customer success manager delivers more value to me than 8 guys who I have and who I'm paying for from" -- I'll leave it unnamed legacy vendor, right? So we're seeing that effectiveness and so 5% wallet share, lot more to go.

Here's another one, it's a major biotech services company, and here I decided to show products rather than the footprint expansion. Started out with AOS, added AHV and more recently, has added additional products. Of course, you see the workload expansion over there with Splunk, Citrix, Kafka, SQL Server, SAP and all the infrastructure servers. But again, they've started to add more products and you're seeing an acceleration. By the way, here is an interesting thing. You see a big spike about 5 quarters ago. What happened over there was this customer decided that instead of being -- instead of buying appliances from us, they were going do a software-only deal of the kind that Chris talked about, a 3-year deal to buy software only from us. 600 licenses, whatever it was, $8 million, $9 million expensive -- not expensive, large-value deal, and that was their plan, 600 licenses to be consumed over a period of the next 3 years, software-only. We're 11 months into the deal and they have consumed all 600.

My point over here is quite simple, which is that when you offer customers choice, their consumption can match whatever their internal environment is. So if they know they've got a server procurement strategy and you put Nutanix on top of that, they are consuming much faster than we or they thought. So they're back again wanting to talk about how we can procure more licenses because we moved at a velocity that was 3x faster, because you gave us a frictionless mechanism to consume your technology and you gave us choice that matches our procurement patterns.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Last customer over here is a major auto retailer. Again, this was someone with AOS, sever virtualization, they've done SQL Server, UC, Oracle, et cetera. This was a customer that used to have many outages. Ever since they've gone to Nutanix, they have not had a single outage, they have 200 stores all across the country. They decided to go with AHV. They actually saved $3.5 million when they moved their virtualization over to AHV. By the way, that's not too dissimilar. Our CIO used to work for me and she had a $4.7 million bill from a major virtualization provider, which very quickly, we were able to get to less than $400,000 and were able to kind of move ourselves to AHV some time ago.

But again, what you see over here is that as these companies start to adopt new product, this is one where there's need for micro segmentation and security, so they adopted the Flow product. They also have adopted the Files product. And as you can see, relatively quickly, less than 2 years, they've gone from almost nothing to being a $7 million customer. Phenomenal results.

So those are 4 customers. Again, I wanted to show you the major retailer because of the breadth of workload, footprint. I wanted to show you the health services company because of the velocity, twice the speed. I wanted to show you the biotech company because the frictionless adoption of our technology because of choice. And I wanted to show you this one because as you add more products to the portfolio, you get greater degrees of success. Hopefully, that starts to give you a little bit of the flavor of what we're trying to do.

So just in summary then, I reiterate what I started out with, which is adoption, retention, expansion. Very key to Nutanix growth, we're very focused on them. We have absolutely, without a shadow of doubt, a world-class capability in making our customers successful. And this capability, as you saw from these last 4 examples, and I could have picked 20 others by the way. But it's accelerating customer value and it's driving Nutanix growth at a very rapid rate.

So with that, I think we're on to our next break for is it 10 minutes, Tonya? 10 minutes break and then we'll be back, and Sunil Potti will be here, our Chief Product Officer. Thank you.

[Break][Presentation]

**Unknown Executive**

Ladies and gentlemen, please welcome, Chief Product and Development Officer, Sunil Potti.

**Sunil Potti**
*Former Chief Product & Development Officer*

Okay, last half an hour before Q&A. So let's get right into it. So this particular slide hasn't really changed. In fact, my own team keeps reminding me all you do is keep moving the years out, which I keep reminding them that's actually a good thing if our vision hasn't fundamentally changed over the last 3 or 4 years.

And so if you break this down, this is pretty self-explanatory. The part that we ended last year's Investor Day deck on the product side, which I'm sure all of you guys have memorized by now, was this slide, which is we have a reasonably rich product portfolio. How are we actually taking it to market, and we normally break it down into 2 dimensions. Cross-sell and upsell. Cross-sell is once you land in an enterprise customer, how deep can you go. And upsell is across those 3 acts that we just talked about: invisible infrastructure, which is HCI; invisible data centers, which is private cloud; and invisible clouds, which is the upcoming multicloud journey, okay?

And so when we talk about our product stack, just to level set. So we have our core offering; AOS, Prism, AHV. And then we have a series of products, some of this have been around for a while, some of these have been released more recently, like Flow for network security, taken on NSX in the Enterprise, right? 1/10 the cost, 1/10 the complexity, there were same similar use cases. And then on top of that, there's a bunch of services for the multicloud work.

And if you think about the left-hand side being simplified, and this is what our sales guys are now being enabled. It's HCI everywhere. Shift to private cloud as -- with HCI as the foundation and then

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

opportunistically upsell to the multicloud where it makes sense. And we'll talk more about some of that stuff later in this presentation.

So we started the journey obviously, on VDI, and we've have gone deeper into the Enterprise as well as with respect to new customers, and so landing on VDI, increasingly, we land on databases sometimes. We land on Microsoft apps all the time, we land on remote office, branch offices and so forth, right?

On other hand, of course, as we'll talk about, Duston already shared some new product revenue numbers already, the upsell momentum is already picking up. And ultimately, if we do our job correctly, our goal, if we execute the plan, is to become the standard for cloud platform within the company, okay? And so I'll -- there's 2 ways to build these product slides. One is called what we call deductive reasoning where we build a case and we lead to the answer or inductive reasoning where we give you the answer and kind of explain the rest or you can take a break after that, which is what we're doing here.

So today, if somebody said, look inside-out where do we stand, not from a product capability but from a readiness in sales teams and customer adoption, we stand somewhere in the middle of private cloud in terms of a repetitive sales motion that we think we can educate every salesperson, every channel partner and potentially the appetite for every customer in our current cohort base.

So we will talk more and we'll come back to this particular slide in more detail. But just to level set it a little back because I think Dheeraj covered it about 2.5 hours ago about our overall vision of the company and more simplistically, it's about taking this construct of hyperconverging infrastructure to hyperconverging clouds. And if you think about what does that actually mean, the easiest way to understand this is to simply talk about what does hyperconvergence do that convergence didn't accomplish. That's why we really should have called it really converged structure. What does converged infrastructure do? All it did was it wrapped in sheet metal, which is hardware or some level of packaged productization, virtualization compute storage and, et cetera. And what did we do 7, 8 years ago, instead of doing it in this superficial manner, we used software to actually rewrite these as application building blocks. And so we think the same opportunity exists in the next decade in the world of many clouds. And what does that mean? Because right now, everybody talks about hybrid cloud, everybody talks about multicloud, and the simplest way to understand it, and this in itself is a longer discussion, is that when people talk about hybrid cloud or multicloud, they talk about what we call management sheet metal, which is, oh, each of the clouds have their own operational construct. So let me give you some nice fancy management plane consolidation across these clouds so that it looks like I am monitoring across all clouds -- provisioning across all clouds.

The reality -- just like the last 10 years, the reality of multicloud or hybrid cloud is the fact that the hard problem is not just in the management plane, the hard problem is in your network convergence, in your security policies, in your data, right? And so the whole goal of our long-term road map, therefore, is that we fundamentally believe that this world of different clouds for different apps needs to be hyperconverged with an operating system that does both data and control plane, not just superficial management plane. And that's sort of like the long-term road map for our portfolio.

So with that as a higher-level setup, obviously, this will take a few years to kind of build towards. Nobody has that magic sort of like turnkey solution right now for that multicloud thing, but you will see how we are slowly building towards it. And the way we think about it is this 3-phase journey. Again, this has not changed as well over the last few years. Product-wise, we're calling it Core, Essentials and Enterprise. In plain English, it's HCI, private cloud and multicloud, okay?

And so let's talk a little about Core because there's a lot of things that have changed in Core as well over the last year, across our Core, if I can call it AOS, AHV and Prism products. And one of the fundamental things that has become sort of obvious to us 2 years ago that we invested our first 10 engineers that built the core data path, were focused on an innovation behind the scene, where we realized that there was a variety of apps fundamentally transforming, like the database world is completely being transformed to a next-generation database world. The data warehousing world, and most of you guys know this already, is certainly now not just Hadoop or Spark or next-generation analytics and AI and ML and so forth, right? And so that led us to investing, while we have talked about Xi and a bunch of other products, behind

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the scene. In the last couple of years, we've been investing our Core team to re-engineer our operating system ground-up.

And we just released the first version of that late last year and every dot release, we are introducing more updates to it, which is essentially, the next generation of our operating system that allows us to essentially, double our performance while improving latencies but, more importantly, being the consistent platform for all kinds of workloads, not just say, the medium-sized traditional workloads that we were running into.

And so this product, called AES, was the foundation behind how we got SAP HANA certified. Because HANA is an example of a good scale-up database not suited for hyperconvergence and it took us a while to work with SAP themselves. But ultimately, I think we got the best of both worlds, which is you can now make HANA perform as in your traditional architectures, but operated at a much lower cost because of our hyperconvergence capabilities, right?

And some of this is manifested in the way that we've actually grown HCI as a global standard now. This is one example of a customer that started with their own traditional production systems and has then added on many apps. In fact, they've added on SAP way before they've added on DR in this particular example, right?

Another example is a customer who came to us more recently. They were a large vSAN shop, ton of failures, upgrade related issues and so forth. We took them on and in the last year itself, less than a year, they've started expanding into a variety of applications. Again, this is just HCI everywhere without changing anything else in your data center environment.

And the last example, what I have there is a customer who has essentially started with us, as it says, a few years ago and really hit the accelerator button in terms of expansion. They have 185 hospitals now on us, standardized on HCI on Nutanix. So pretty much now as they spin up more and more applications, whether it be health care applications, back-end operations applications, whatever it is, or front-end applications, it's now all standardized on Nutanix.

So the point being what, that the core has been doubled down on from our perspective in the last 1.5 years and from a go-to-market perspective, as Ben said, and I'll explain later, it's still now the first and most important priority is to make sure that we can standardize as many customers as possible on HCI. Now, along the way, obviously, we need to upsell folks on value-added capabilities. And one of the most common things, and we are increasingly seeing the second sort of, if I can call it, Essentials opportunity converge with Core where somebody who is re-platforming with HCI says look, HCI is going to be the foundation of a private cloud, why don't I just take the lead and just do private cloud, which is about securing it, provisioning it, automating and so forth, right? And that's where the Essentials opportunity comes in.

And so if you think about this particular example as a simple example of a customer, smaller company, smaller installation at least, right, as compared to some of the other examples, and they went to AHV but also replaced their file servers from other competitors and now have built what they call a research cloud using Calm and Flow as well. Much larger deployment on the other extreme, which is probably more of what we are seeing in the million-dollar deals that Duston talked about on earnings call and so forth, right, have more of these multiproduct capabilities, specifically from Essentials oriented where a customer is buying HCI but essentially, buying a few more because they want to build an automated secure private cloud.

In this particular example, customer went, in a short period of time, to more than 200 stores, as it says, 1,000-plus nodes and all their "distributor locations" is on AHV and Flow. And the compatible alternative there would have been buying a vSphere, a vSAN stack with NSX, right? And you can do the math there to figure out how this is working in favor of this particular customer or should I say buying a full-blown stack like that, right?

So the point being that with our Essentials product portfolio, in particular, it allows us now building on top of our next-generation AOS to now serve all workloads. And we didn't spend too much time on cloud-

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

native stack with Karbon buckets and a bunch of other things that obviously is an arsenal too. But the bottom line is what the Dheeraj was talking about is this is the one thing that gets us true leverage is that it is still a single operating system, a single console, a single installation, a single upgrade, a single throw to show from the support side, okay?

Bringing us to the last portion, which is multicloud. And of course, this is various products here, different stages of maturity. And if you go back to our Core premise is that it's going to be a world of many clouds, clouds are not our destination, clouds are our experience, and we need this hyperconvergence across these various cloud form factors, right? And to do that, we've started offering a bunch of services that work together. Again, they have the same look and feel, the same billing interface, the same monitoring, the same support, it's consistently being built from the ground-up so that they feel like they're all part of the same body. And an example of that that we're doing, which is some of these services run on our own Xi data centers, some of them run on Amazon, some of them run on Azure, like Frame runs on Azure as well Amazon. Test Drive is about running Nutanix natively inside GCP. Initially, we are using that to actually power our entire POC environment. We are using that to power our entire R&D environment right now, okay? But one of the core things that we also started with, which is what we've been building over the last few years, is how do you actually build native services from the ground-up that is fused into our on-premise deployments. And people ask us this question. So what did Xi do or why Xi and so forth.

Fundamentally, Xi is about enabling customers to migrate to public cloud where it matters. What I mean by that is today, if you really talk to practitioners, even though there's a ton of workloads moving to Amazon and Azure and Google for all the right reasons, migration is still hard and in many cases, may not make sense based on economics or privacy or re-architecture, whatever reasons, right?

Our fundamental philosophy is that while there is an easy fall for some workloads a majority of the workloads are much better served going to public cloud inside-out, rather than outside-in. And what we mean by that is, suppose you built your entire enterprise data center to look and feel like a real cloud without changing your security, without changing your firewalls, without moving your data and you've got like 60%, 70% of the cloud economics and the cloud value, then over a period of time, you could slowly move the slider without changing a lot of the operations, without changing a lot of the security facts and so forth, by moving things to an operating system like Xi, which essentially, says it's like my iPhone and when I want to store my photos in the cloud, I use iCloud, I don't use Dropbox. In fact, a really well-architected hybrid cloud doesn't even have an app, right, because that's how you make public clouds invisible. Inside an iPhone, there is no app for an iCloud. You just turn it on, things are sucked up. It doesn't apply for every app, right? But for many workloads, such as DR, it makes total sense. And you just go around the world and you ask people how many enterprises exist, how many of them have secondary data centers or how many actually want to do DR even if you don't do DR, ton of hands go up. And you go and offer them this iCloud for the iPhone construct, which truly has to be simple, it has to be easy to use and it has to be built-in.

And so that's really what we've done with Xi Leap and still early stages. But I can tell you there's a bunch of customers. Obviously, all of them have to be Nutanix customers in some way, in this particular example is a good school district that started with us. That actually moved from VMware stack to AHV stack and then they wanted DR, they didn't have a data center. They said, "Look, instead of just doing backup, can I do DR?" And without a whole lot of lift and shift, a whole lot of investment, they were able to turn on DR for their environments. Same thing is happening with a bunch of other customers that have signed up in our early access program that are now converting step-by-step. Because these things -- by the way, I didn't want to share a lot of their feedback directly but they are just -- I mean our goal is literally to say, look, here's my 50 VMs, 100 VMs right-click protect, end of story. We take care of data replication, we take care of security conflicts, network synchronization, everything is done under the cover. And so even though it's not as simple as that because they may have to change some firewall rules and so forth in reality, the experience that all these guys have come back with so far is, look, I can do this in a day, I couldn't believe that we could do this in a day, we actually got a DR up in such a short period of time. And they can test DR anytime they want. They don't have to go wait for 6 months of planning and at the end of the day when the DR actually happens, they don't even know if it works or not.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

And this is just the starting of what we call this inside-out hybrid strategy. And again, like we talked about, it may not apply to every workload, but it should work for DR, it should work for desktops, it should work for databases eventually over time. So we think fundamentally that this architecture of Xi, which is about going inside-out from the enterprise, is going to be a meaningful way to accomplish that true experience of providing an iCloud or an iTunes to an iPhone kind of construct.

So, so far we've have talked about IaaS, right? So far we've talked IaaS. Ultimately, in the last few years, people have been moving up the stack, whether it be the public clouds or best-of-breed companies, right? And this, sort of like relates to in a world of multicloud, in a world where AWS has a full-stack services, in a world where Azure has full-stack services or Google has full-stack services, without having all those services, how does Nutanix do well, maybe 5 years from now or 10 years from now? Our philosophy is simple, is that as you move up the stack, customers covet best-of-breed path services. Customers covet the freedom to choose an elastic, a confluent, a Cloudera, and the reason being it's both best-of-breed but it's also not locking me into one particular cloud stack. Because if I build my app on a combination of those 3 or 4 curated services, I can deploy them on Nutanix inside, Xi outside, Amazon or Google and I don't have to change my app. If I build that on a full stack of Azure or full stack of Amazon and I might do that for some customers, it's extremely hard to move to any other cloud.

So that's the foundational premise of our path's offerings, which is if you could provide a layer that unlocks an enterprise customer to choose those best-in-class services and make it simpler for customers to run those on either Nutanix or non-Nutanix and over a period of time provide our own services as best-in-class, then we have a meaningful opportunity in the multicloud era. And the first such product that's a game changer as far as we are concerned because of early customer traction is the hardest problem right now, inside a mainstream enterprise, is managing Oracle, both from a budgetary side as well as from a long-term transition side, right?

And to talk more about Nutanix and give us a little bit of a demo before you guys completely fall asleep, here's Rajiv coming up on stage. Some claps for him. So give him a couple minutes on Era.

**Rajiv Mirani**
*Chief Technology Officer of Cloud Platforms*

And don't fall asleep yet so solid. So everything about databases is complicated, right? So managing databases, provisioning databases, ongoing backups, clones, upgrades, everything is pretty complicated. And if you look at it from the point of view of say, I'm a developer and I want to create a new database, it takes a lot of steps today. Have to work with the DBA to configure the database, to specify it, then work with the computer admin to allocate a server for it, network admin, storage admin to do their portions, go back to the DBA, to now work on creating a cluster, on configuring the database and then, maybe with the data protection admin to create backup policies for this. So it's not just a lot of steps, it's a lot of different teams involved in just this one simple thing that I want to do. And because it's a lot of teams involved, it can take days if not weeks.

What Era does is it takes all of this, completely automates it and presents it as a self-service capability to the end developer. So something that used to take weeks can now be done in minutes. So let's take a look at that.

So that -- our demo is up over there, this is the Era dashboard. And as you can see, I have about 6 databases here, a bunch of clones, I can see what I've been doing with those databases, alerts over the last few days. And then because the clones that I have are actually used to underline AOS snapshot capabilities, they result in significant space savings because we aren't actually creating entire copies of these databases. I have almost a 7x space savings here. I can go look at the individual databases and you can see they are backed by different engines. You can pick your choice of engines and Era to back up your database. So we support Oracle, PostgresSQL Server and so on.

Let me go ahead and create a new database. So let's go and provision a new database. Let's say, you're going to use Oracle as the engine for this one. We give -- we've first got to create a database server, I'll just call it Investor Day. Let's select that. We've got a few more things. Let's say this is going to be a production database, I want to say, have a medium-sized server. From a network profile point of view, I

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

want this to run on the production network and this, by the way, has -- had a whole bunch of complexity behind it we have completely hidden away. An Oracle database is going to require several IP addresses and several network adapters, all of that gets taken care of. I can leave all the rest of this as defaults, click next over here. Give a database name, SID and then the size of the database, 2 terabytes sounds pretty good, so let's leave that as is. I need a password. Let me just select a password over here. And again, I don't have to involve a storage admin, I don't have to involve a database admin to do any of this stuff. And the last step is to select a backup policy for this. So a backup schedule I have by default over here is a daily snapshot at 1 in the morning, 1 snapshot a day, looks pretty good. I can go ahead and click provision. And that's pretty much it. At this point, the database has already provisioning. So here's our InvDay database. There's a bunch of steps that'll happen, virtual machines will be created, storage will be allocated, network will be allocated, configuration will happen, backup will be configured. But all of this takes just minutes, and by the end of this presentation, we probably would be done with this. So that is how simple it is to provision databases.

### Sunil Potti
*Former Chief Product & Development Officer*

And by the way, this isn't a mainstream Oracle database that's just on MySQL or something. It normally would take a bunch of people not just the database.

### Rajiv Mirani
*Chief Technology Officer of Cloud Platforms*

Right, right. I can also show you how simple it is to do some day-to-day operations. So if I pick one of these databases and say, I have a problem with this database, my developer wants to debug it. What's the first thing they ask for? They want a copy of the database, or the production database that they can diagnose. Copying a production database isn't easy. What we do is with our snapshot technology, we have a bunch of snapshots available from which I can restore a clone. In fact, I have the capability for the last month, these green snapshots over here, I have an ability to continuous updates, continuous clone. So I can pick any arbitrary moment in time in the last month and say restore the database to that particular point. The blue ones are daily snapshots, purple ones are weekly and so on. So let's say I want to clone this database I selected, and I'll pick, say the 10th of March and I can pick a precise second to which I want to replicate -- to clone this to. So let's say it was 45 seconds past 2:25 in the afternoon. Click next. Again, I want to do -- create a new server. In this particular case, it's a development database, let's say, so small instance is okay. I'll use a development network this time instead of the production network. Click next. Everything here looks okay, I just need to give a password again because you don't want to use a production password and I hit clone. And again, as simple as that, I have started that operation. Again, a whole bunch of things will happen, a database server is created, a snapshot is taken of the whole database, we recover the logs, we catch up to the specified time that we want and then it will be ready to go. And again, this will happen in a few minutes. And so that's how simple Era makes database management from a day-to-day perspective.

### Sunil Potti
*Former Chief Product & Development Officer*

Thanks man. Thank you. So what Rajiv just showed you, by the way, I mean just if I -- I mean, there is a product called, Amazon RDS, which is as some of you guys know is one of the most popular products in the Amazon catalog. Essentially, we've brought that capability in 2 ways: one on-premise, so you can apply it to most of where your pain is today and in the near term, which is Oracle RAC as well as SQL Server and then potentially even transition those workloads from Oracle RAC and SQL Server to the next-generation database, so whether it be no SQL databases or next-generation SQL databases, right? And applying that same layer as you could see the way that has been built is to not to be tied to just the on-premise fabric but I should be able to leverage that inside any cloud formats, right? And databases just happens to be our first foray into the PaaS layer. And you should expect us to do more. Desktops is another example that you've seen. And over a period of time, we will increasingly add more capabilities in terms of this PaaS curation stack so that ultimately, that's really where true multicloud arbitrage/ intermediation really helps, okay?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So if I come back to this slide, we started this presentation with this slide as I wrap things up. If you think about it, seems like a lot of products. Obviously, there's been some questions on is it too complex, too many products. Of course, every time somebody says that, I point them to the Amazon catalog, which has 10x our products or Azure or somebody like that, right? But ultimately, through our sales team and our channel team, we have boiled it down, as Ben said, to 4 key plays. The primary key play is to take our Core and go global with it, standardize on HCI everywhere across every workload on the plan. Because we fundamentally now believe, especially, with our second-generation architecture, that it can now suit every workload out there. While doing that, in a targeted way, make sure that we shift the conversation to private cloud and this is happening more and more for obvious reasons. But then where appropriate, consolidate file services, consolidate object services because unstructured data momentum is growing. And then in a much more opportunistic way, whether it be Frame, whether it be Era or IoT or any of these examples, upsell our multicloud services. That in itself is the nutshell of our go-to-market approach based on our multiproduct portfolio. And this is evident if you think about a simple bank, very conservative bank in Europe. Last few years, they started off with just the European section, globally standardized on Nutanix across more than 1 product, but more importantly, they have -- look at the size and scale, they have 37,000 VMs now being operationalized using the Nutanix fabric. This is to us a standardization play. This is what we mean by saying be the enterprise standard.

And so when we think about our full quarter portfolio now -- and I go back to the question of people might think that are we chewing off more than we could handle, normally comes down to 2 questions around, at least in the product side, if messaging and go-to-market was simple and clear, as we've just talked about before, the execution side comes down to look, are you taking on more from a velocity side, is that suffering on quality or vice versa. And when we talk about velocity, again, some of you guys who have followed us more deeply know that this is one of our core tenets of this company, right? Is to play offense. And many of the products that we've talked about over the last year or 1.5 years have started shipping. We have a few still outstanding which will come out early part of this year. But most of the portfolio is up. But how are we balancing this in this next-generation economy, right? Because you could say, look, how is the team and engineering doing? And I wanted to share some insights of how we had to rearchitect our team as well. Remember, the days when Windows 95 shipped and Windows whatever 1997 or something. Those were the days where you had 1 large release because you were funding everything into 1 large team. In the last few years, we've been able to create these small teams that were forked off independently, control their own destiny but kept the core stable. So our core product may have release once a 6 months or 9 months and so forth, but Calm comes out soon. Revisions of Calm come out every month in these days, right? So all the early products get a faster velocity to get to market.

Then how are we balancing quality then, would be the other question. So here's some detailed views of essentially, the primary TV that we run on all of our floors. This TV basically is a sign, is like many signals or quality. A core signal that we've always run in engineering is to take number of customer-found defects. These are defects that missed in engineering that a customer found and map it to the number of nodes that have shipped, which is essentially the size of your customer base. World-class companies have less than 5%. It all depends on the type of the software and capabilities. And as you could see, it's not a straight line, it's not like it's coming way down. We're not -- this is not a movie. So what you will see is the fact that there are some peaks. In fact, more recently, we had a peak because of the velocity of new features coming in. We've had changes to our upgrade system, we've had changes to our core architecture. But the system is correcting things as we've done in the past, okay?

And that's manifested, of course, in our NPS score. So fundamentally, that's our belief, is that the way we win from a product side is that good companies try to balance velocity or quality, great companies do both. We've all -- I know some of you guys have probably heard this but this is what we believe in. And this is what we have to keep doing to kind of take the ball to the next level with our road map.

So if you think about our journey then, this is how we see the path evolving. It's an s-curve, where for the first 10 years, we've had to grow on the Core product as broadly as possible. And then after a certain point, we expect upsell to kick in before we get to becoming the standard. Because some of the platforms such as edge and truly cloud native will take another 5, 10 years to really blossom out in the Enterprise. So that allows us the opportunity to kind of go and now start upselling products faster than what we've done in the last 5 years.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And so that's the summary view. I don't know -- it's all product stuff, but I wanted to leave you guys with one thought though. And it sounds a little -- it'll be a little goofy. If you thought the presentation was already goofier, this will be even worser, so be warned. We were thinking about what is a good way that you guys can think about Nutanix when you go home, or talk to the colleagues and all. And people talk about, oh, Nutanix, the iPhone for data center or Amazon inside, or the usual comparisons. I was flying to New York on Sunday, and each of you have some snacks in front of you, which I hope will sort of relate to what you think of Nutanix. So there's this product called Skinny Dipped Almonds. I know, as I said, it was goofy. It's a great story if you read up on it. It's founded -- the founder and her daughter, started the company a few years ago, it's now the de facto product on many airlines. And you -- some of you, if you ever taste it, you'll know what I mean. And they have a lot of things that go into making this product but summarized in this slide. Tons of protein, lots of fiber, especially for folks like Inder. Real organic finishes, ethically sourced, dark chocolate, okay? And in many ways, we are similar, right? Except for the Inder part, but it is -- lots of performance, enterprise-grade capabilities. It's got craftsmanship built from the ground up on Prism. Clearly, we've done a lot of work from the ground up. If you don't build it with real architecture, it's never going to last.

And then last but not least, the health of the system is maintained because of our NPS. But the one thing -- hopefully, when you guys take this home and you take a bite and assuming -- I think you will like it. Hopefully, you'll see that the tagline doesn't need to change. That's what we stand for. That's what Nutanix is about, it's about making sure that we have a genuine approach, balance delight with value, and of course, in the Q&A, hopefully, you'll know that there's nothing but too scary about it.
So thanks a lot, and let's get into Q&A.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Unknown Executive**

And now, please welcome back to the stage our management team for Q&A.

**Tonya Chin**
*Vice President of Corporate Communications & IR*

All right. We're excited to get started with Q&A. Hopefully, we've answered a number of your questions today. But I bet you still have more, something tells me. So we're going to get everybody up here. I know Shane has a mic, and who's got the other one? Cynthia, right here. Ittai has one right here, Cynthia, so if we get started there. And if you could just -- we know who you are, Ittai, but for everybody else, name and -- thank you.

**Ittai Kidron**
*Oppenheimer & Co. Inc., Research Division*

All right. Ittai from Oppenheimer. You did mention it's 230 calories, so I don't know if it's good for you, like that. But Sunil...

**Sunil Potti**
*Former Chief Product & Development Officer*

You'll find out.

**Ittai Kidron**
*Oppenheimer & Co. Inc., Research Division*

Yes, you did ask the right question, but it didn't quite answer it, which is, are you biting too much than you can chew? And I understand the vision and I understand why you want to go after all those things, but I want to talk about it from a business standpoint. Help us understand how do you think about the products that you want to launch, not just from a technology standpoint, from dollar standpoint. How big does a product need to be for you to say, an opportunity you need to be -- for you to say, let's go after it? Because over the last 12 months, you've introduce -- I don't have enough fingers to count the number of products you've introduced over the last year. And clearly, from Duston's slides, over the next 4 years, or in the next 2 years actually, it's going to go from $100 million to $500 million, right, the Enterprise and the Essentials. But I'd like to think that right here right now, still Prism Pro is probably the bulk of that $110 million revenue. So when you get to $500 million, what is really important in that bucket? What is not so important? And why not cut some of those things off and go deep instead of go wide?

**Sunil Potti**
*Former Chief Product & Development Officer*

Yes. I mean, I'll start maybe and a bunch of folks can chime in. I think -- look, I think, it's -- first of all, we have to move up the stack because that's what customers want in terms of consuming our platform. Because if we just kept it to compute and storage and take the easy route, we wouldn't have done virtualization with AHV. So the first real product, that could you -- you could have argued that we have swallowed too much, as you could see in the last 3, 4 years that we've been able to be reasonably successful is AHV. And then, of course, we've added Prism Pro as you talked about. We have been doing reasonably well with Files. As we look at these products that we get into, there obviously has to be a reasonably tangible size of market, that Ben was building out, right? So we didn't get into desktops just for the sake of getting into desktops, right. The easy answer was to just stay under horizon, stay under Citrix, and we can get into those details. But each of these are not just meaningful market segments, but they are being demanded by customers to further hyperconverge or simplify. And so we have chosen -- the features that you look at are either in the spirit of, look, I need to complete the offering the way AWS is completing the offering for the core stack, or where some workloads that are running on us are still complicated, can you help us? And that's essentially the 2 dimensions that we apply. Obviously, both

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

of them have to have big enough market segments, right? So that's why you see Flow. If you see Calm, why wouldn't I want to have high-level automation in the enterprise data center? Why wouldn't I want to make it secure? It's all -- there's no -- we don't have to go and sell that to a customer, right? It's being demanded by a customer to say, if you don't provide it, I might have to go buy it from somebody else and that'll look like it's not integrated.

**Ittai Kidron**
*Oppenheimer & Co. Inc., Research Division*

I guess, how many of them though are critical to executing your strategic importance and I'm…

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Well, let me take the question another way. Anything that is a system of record has a large TAM. So Files is about managing data. It has a large TAM, it's $10 plus billion TAM. And you look at objects, is another large TAM when it comes to objects storage. The systems of engagement, the control planes that are not $10 billion TAMs, they'll not be incomparable to what the TAM of managing data itself is. So the revenue will actually split that way anyway. Look, it's not like we expect Calm to be a $10 billion product. But the reason why it's important is because that then becomes the place from where Nutanix becomes delightful. People are like, you know what, I can use this for doing Amazon and Azure and on-prem and VMware and AHV and everything else together. So it might be hundreds of millions without shifting money from this pocket to that pocket, but it's a really sticky product. So people come to us, they're like, well, it's hard to move. I mean, why do you think people talk about competition it's Nutanix or any other infrastructure player? It's because people think that it's imminently migratable from here to someone else, and in fact, it's happening in the public cloud; Azure going and buying an Amazon customer, Amazon going and buying a Google customer and Google going and buying another Azure customer. So it just keeps going that way. That's why the control plane matters. It might not be as big a market as file storage, but it's really important to go upmarket to the place where the workflows of a customer are basically tied to Nutanix's applications. Their workflows become that important for us. They're like, how can I move out? And that's the reason why it's important actually. Now, they are not all created the same just like the fingers of a palm. Again, they are all different kinds of things. Some of these are aspirational. We have a 70%, 20%, 10% kind of investment thesis on this. 70% still goes towards Core and Essentials, which is low-risk stuff. There's 20% that goes towards Essentials and Enterprise that's mid risk, which is really technology execution risk as opposed to Core and Essentials low risk is really a go-to-market execution risk. And then finally, the real high-risk stuff is 10%. So IoT is there, Frame is there. They are real market risks for us. There is a view of the company, look, the last 6 months of slowness, I think was because of lack of ambition. It's not the opposite. The fact that we didn't think hard about new customers, and I just got a text from a really, really renowned CEO of the Valley, who just left his company. He was managing a $30 billion company. He said, you know the one thing I bemoan, after he saw me on Cramer yesterday is the fact that it didn't invest in growth faster. And that's what everybody is telling us. Where is your ambition? What happened to your ambition in the last 6 months? Go and figure that out first. So in that sense, the counterpoint to ambition is attention to detail. And that's what customers slow us down. Customers will slow us down if a product's not working. David Sangster and Inder will slow us down if our products are not working. There's a lot of checks and balances built in. And the GMs have been told, there's no share shifting of dollars going on between Core and you. You go figure out your own dollar, go figure out your own market, go figure out your own marketing, things of that nature. And finally, you have to go and talk to our Main Street customers to know why this portfolio is important. They are not buying a box. They are thinking about their cloud journey, so they're looking for a cloud portfolio from us as well. Now we don't have 120 of those like Amazon does. But there's 10 that really matter, 10 that probably is 99% of Amazon's revenue as well. But they're looking for some version or the other. We go and uptake open-source a lot too actually, so it's not like we're going and creating a lot of this stuff from scratch, but to make it reliable and fast and easy to use, that's where a lot of the real sort of money is actually.

**Tonya Chin**
*Vice President of Corporate Communications & IR*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

All right. Do you want to take one on this side of the room, while we find somebody over there? I do want to let you know that the slides from today are on our IR website in the events section. So you can find them there.

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Yes, one thing I will say, and Duston and I talked about this. Inder actually reminded me of this. I mean, we saw a stock movement in the last 2, 3 hours, we just wanted to be tempered down, folks. We still have a lot of hard work ahead of us. Q3 and Q4 is going to be a lot of hard work because we're still paying the dues of the last 6 months. I don't know if you want to add something more to it.

**Duston M. Williams**
*Chief Financial Officer*

Yes. No, I think, we mentioned a couple of data points, and again, I don't get excited about a couple of data points. When I see 13 have been rolled then I might show some excitement, whatever level of excitement I do show. And at earnings, we mentioned Q3 is going to be tough and somewhat messy quarter, and Q3 is going to be a tough, somewhat messy quarter. I mean, nothing has changed from that view. The exciting thing is, we've got a couple of data points now that maybe Q4 and certainly beyond that we can start looking at to see that the spend and things are starting to play in there, but Dheeraj is just right, it's not a -- nothing's instant, and if it was instant, we would have done it a long time ago.

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

I mean, Chris just came on board. There's a lot of work ahead for just taking care of Americas. I mean, you saw that there's fundamental things that we have to go and create discipline in the sales force as well. So there's work here. So please don't walk away from here that this is all done and these guys actually sounded all good. There's real work here. The good thing that everybody's together, we understand the problems. The first, sort of, I would say, cognitive bias of Wall Street is its competition. And the cognitive bias of us as a company, as operators, as builders, when we look at Main Street, it's nothing to do with that, it's just a lot of internal stuff that you have pay some dues and taxes on.

**Roderick B. Hall**
*Goldman Sachs Group Inc., Research Division*

Yes, it's Rod Hall with Goldman Sachs. So I got a backward-looking and forward-looking question. So a lot of people that I spoke to, coming in here, just kind of want to put the whole lead generation thing behind them, and I think don't fully understand it. And so the first question is, could you guys take us back maybe to the end of '17, '18 and just walk us through maybe layer 2 or layer 3 of what happened there. Just kind of give a little bit of history so people can leave here and feel like, hey, I really understand what happened there, and now I can look forward. And then the forward-looking question, I thought, Chris, your point about the installed base, that not being tapped for upgrades, I wonder could you quantify that at all? Like what proportion of that installed base is aged to a point where it might make sense to go knock on the door and see about upgrading them?

**Duston M. Williams**
*Chief Financial Officer*

Yes, let me take a shot, Dheeraj, probably on the first piece. Dheeraj might want to jump in too. Just to go back, I look at it somewhat analogous, never the same, but somewhat analogous back to FY '17, this, I think ironically, exactly 2 years ago. And we had an issue at that point that the numbers were getting so big and sales reps could only do so many deals that we lost our sight on worrying about big deals. And at that time, we were pretty open and pretty candid. We thought that was the issue. It was same time that HyperFlex was coming out, and HPE was buying SimpliVity and VxRail announced [ PVUs as ] that's competition. And we said, well, this is what we believe, I don't know if it's 60% of the issue or 90% of the issue but we know this is a big issue we're going to go solve. And we spent a few quarters go solving that, and we've had a pretty good run with big customers. Fast-forward now, we obviously made some

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

decisions spending wise and allocation wise from a capital perspective. And obviously, in hindsight, didn't invest enough in lead gen. Is that 60% of the issue? Is that 90%? I don't know, but I know there's enough data points that more lead gen is going to help. And don't forget, we've been through 2 transitions of the model here growing rapidly. There's a lot of moving parts. There's no denying there's a lot of moving parts. And we're not perfect, we've been pretty good. But we got that going on. We know that lead gen is a big piece of what we've got to go solve, but there's other things too, right? There's a lot of moving parts. Again, on '17, as I go back to '17, FY '17, again, we increased demand gen a lot, 75%.

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

And that's because '16 was a pretty -- a year of uncertainty, because for 3 quarters, we had our filed S1 and didn't go public because of China and oil and Brexit and all those reasons.

**Duston M. Williams**
*Chief Financial Officer*

So we ramped it up. We saw some good efficiencies in '18. We backed off spending in '18, roughly 35% I think it, annual growth year-over-year and lead gen spend in '18. And then we got some good efficiencies and probably over-rotated on existing customers as you heard, and under-allocated. And we have a lot of demands on spend and we were increasing spending 50%, where something had to give. And we were comfortable with that. We had seen some good efficiencies. Now, may be too comfortable because they were efficiencies coming a lot from existing customers. And now we've rotated and the plan plus the increment now in '19 will probably equal roughly a 75% increase in lead gen spend, again. Now again, there's a lag there and it'll take few quarters or so, 2 or 3 whatever quarters to work through that. But that's kind of where we stand today and we've given you 1 or 2 data points. Again, that's just 1 or 2 data points. And everybody is working really, really hard. Ben's doing an outstanding job with the team. And everybody is 100% focused on those 2 data points.

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Yes, I don't know if, Chris, you want to add something to the -- I mean, it's early to quantify your upsell stuff as well, but obviously, the best sellers will know how to really take advantage of it.

**Chris Kaddaras**
*Senior Vice President of Americas Sales*

Yes, because I think it's 2 things. There's obviously a market opportunity within our existing base, and there's also the training and enablement to get people ready to position us with customers. I have some indicative data, which we've only done some analysis fully on one country at this point in time, we're kind of rolling it out as we go. But in a place like the U.K., we've generated about $20 million of pipeline. Now that's over now until the end of time, right? So it takes -- and then there's a conversion rate you have to overlay on top of that. So right away, we looked at around $20 million pipeline just from this life advice refresh. U.K. is somewhere around 5% of our total company business at this point in time, right? So it gives you kind of a redirection piece, right? But we still have to do a lot of analysis. The biggest install is in the Americas, right? So we got to do a lot of work there. In Europe, the U.K. is probably third in regard to the biggest install base of other customers, right? France is #1, then we got -- Netherlands is probably #2 with Benelux. So we still have to do the analysis and we'll…

**Roderick B. Hall**
*Goldman Sachs Group Inc., Research Division*

Have you got any feel for how old something needs to be before it sort of comes into range of this?

**Chris Kaddaras**
*Senior Vice President of Americas Sales*

3 or 4 years. Yes, because we're talking about -- customers will look at a compute platform that's about 3 or 4 years old then they'll want a refresh for a number of different reasons, right? So then they just have

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

to look at the TCO and say, right, what's my support payment on that? And do I want the ability to extend my license out because I'm committed to Nutanix? We a huge refresh rate for customers, they stay with us. So do I want to look at extending 3 or 4 years out? With my TCO paying support, I can get a flexible license, right, that portable license. So usually it's just a TCO calculation, it's pretty easy to do but we usually see around 3 or 4 years.

**Tonya Chin**
*Vice President of Corporate Communications & IR*

I think we have one over here.

**Matthew George Hedberg**
*RBC Capital Markets, LLC, Research Division*

Yes. Matt Hedberg from RBC. Really appreciate all the color today. It was super helpful. I guess, I have a two pointer for -- two-part question for Duston. Clearly, the movement from non-portable to subscription is a significant opportunity for both customers. OpEx, you alluded OpEx versus CapEx maybe more sort of flexibility obviously. For you guys, you get the predictability of the renewals. I guess, I'm wondering, could you talk about some of the puts and takes to growth to revenue and billings on that transition to more subscription versus non-portable. And then the second question would be, as that progresses and we get more ratable to the $3 billion, how should that billings-to-revenue ratio trend? Right now, it's what, like, 1.23, 1.23-ish? How would you expect that to trend through kind of this curve to subscription revenue?

**Duston M. Williams**
*Chief Financial Officer*

Yes, on the first question, if I understand it correctly, how does, I think, billings get impacted and a few things there. And I alluded to that earlier today a little bit. Our first assumption, again, we're just starting to get to scale, we did $20 million of these new licenses 2 quarters ago; did about $57 million last quarter. We'll do a lot more this quarter. And I kind of alluded to that our original assumption and basis there was roughly a 3.5-year-ish license, new term deal would equal the same software and support value, if you will, of a life of device appliance sale. And right now, there may be some indications that, that might be a little bit less. And I had mentioned the 5% to 10% or something like that. So we're kind of playing with them. And again, it's 2 different pricing methodologies, so to go look at it apples-to-apples takes a little thought there. But we're looking through that, so there may be some level of headwind there. But again, it's all good from our perspective because the faster we get there -- obviously, we're going to get all that value, it's just do we get it all upfront or we do get 90% of upfront, 85%, 95% upfront? And we'll get the rest obviously, on a renewal there. On the -- and do you want to add to that?

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Well, and also, right now, infrastructure at least on-prem is still being sold 4 years at a time. As the public cloud movement actually grows and people are looking at 1-year terms, I think we'll come back and tell you more about it. But it's still 3 to 4 is what we are seeing as people want to really go and use CapEx and flush budgets and things of that nature as well.

**Duston M. Williams**
*Chief Financial Officer*

Just need a few more data points there too, but initial thought, maybe it's not quite there. On the bill to revenue, I don't think there's any significant shift quickly. I mean what's going to...

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Unless we do an unbuild revenue, which, like we have noncancelable contracts and…

**Duston M. Williams**
*Chief Financial Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Yes. No, that will be a little bit time to kick in, in size, so it's not going to be impactful. The reason why it will start to mitigate a little bit naturally is because when we went and eliminated hardware, as you may recall, the deferral amount became greater on a software-only transaction. So we had this quick buildup. And you didn't have the corresponding stuff coming off the balance sheet. So sooner or later, we'll have enough of this incremental deferrals that the deferred coming off the balance sheet is going to kind of offset some of those deferrals upfront, so it's naturally going to take that down. But I don't think it's going to come down substantially -- not substantially and not soon, I mean, it's got a natural trend down over time.

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Katy had a question.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

Katie Huberty, Morgan Stanley. I want to go back to the lead gen discussion and just understand operationally, culturally how this came to be. Because if you look back a year-plus ago, you knew you were shifting to Global 2000. Over the last year, you've said many times that it's costing more money and it's harder to monetize some of the software assets that you bought. You saw the new customer numbers, which were sort of hovering around 900 a quarter versus over a 1,000, so a lot of data was there. And so I just want to understand a little bit more why some of those anecdotes and data points were ignored, and why there weren't people speaking up and saying, this is going to become a problem and you get ahead of it versus all of a sudden surprising the market. So that and then I'll just as a quick follow up. Duston, I think I asked last year whether the $3 billion of billings included anything from the new software products. And if I remember correctly, the answer was no, which would imply that the new $3 billion comparable would really be $2.5 billion or $2.6 billion that you're committing to, sort of comping it to the last year's number without any of the new software. So I just want to understand, is that the right way to think about it or not?

**Duston M. Williams**
*Chief Financial Officer*

You want to take the first?

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Yes, on the first one, I think I'm going start with the more philosophical thing. Sometimes you find bugs in the software, like -- and you just didn't see it like they were like, tremors on the top. And this is an operating system. I mean, honestly, unlike most of the companies, like even the ones that got acquired by other companies, they got a boost because the parent company gave them marketing and all this stuff. We really had to build this like an engine as an independent business, which has both mid-market and large customer base. It's like these 2 ends of the barbell are difficult to balance some, and it's just a much harder engine to build than if you're just doing Global 2000 and only had 2,000 or 3,000 customers versus, oh, we have to get to 25,000 customers. It's testing the limits of the engine in terms of marketing and sales and everything else. So all I'd say that we got a little carried away that look, our large customers are continuing to do this anyway, so maybe we don't need a 1,000, 1,100 or whatever else. And they grow at a certain pace. I mean, they grow -- like, as you see, CAGR-wise they have grown like 25% year-over-year. But if we need to grow 40%, 50%, we need to get that additional 10%, 15%, 20% from somebody from mid-market, actually. And it just happened to dawn on us by December -- November, December that hey, this is actually happening in the business, and the quickest we could act was just when Christmas and January was coming together. The best thing is that there was consensus relatively quickly that look, this is happening, let's go and figure this out, actually.

**Duston M. Williams**
*Chief Financial Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

On your second part, maybe Dheeraj and Sunil can chime in too.

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

On the second part, there's one thing I will say, is that there is pressure on us to bundle and I will tell you what I mean by that. Global 2000 is saying simplify your pricing stuff. I don't want to buy 10 different products all at once. And we are telling them look, you'll buy shelfware. They're like, don't worry about it, I just don't want to buy 10 different products. So can you give me for this kind of an ELA, all these products coming together? So I think it's the challenge that we have to really balance between simplify for the buyer and really make your general managers highly accountable for are you really getting money or are you just shifting from here to there? I think it's going to go for at least another 6 months. I know there's some pricing discussions happening where the sellers are coming forward and saying, folks, you need to bundle Essentials, you need to bundle Enterprise. And I think in that sense, some of that will actually come into play as well in the coming...

**Sunil Potti**
*Former Chief Product & Development Officer*

Yes, but I think in reality, okay, as you know, in some ways if Essentials converges with Core, it's good because HCI becomes private cloud. Does that mean that how much of that multiproduct revenue, right -- so I think that's the reality. We're just trying to hold execution accountability by that split for now.

**Tonya Chin**
*Vice President of Corporate Communications & IR*

I think James got the mic over there.

**Mark Ronald Murphy**
*JP Morgan Chase & Co, Research Division*

Mark Murphy with JP Morgan. Trying to tie together Ittai's question with Rod's question. I feel as though collectively, we may be wondering if you are perhaps structurally overspending a bit on R&D and underspending a bit on the lead generation. I think we get this question -- and by the way, it's amazing, the product road map. I don't think I've ever seen a company take on so much in terms of software development. It's truly incredible. But if the spending on lead generation has this much of an impact, I think we get this question, what if you tap the brakes on a couple of the product initiatives and tripled or quadrupled the...

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

That's what we've done in the last 3, 4 months actually. Our general managers are actually complaining already.

**Mark Ronald Murphy**
*JP Morgan Chase & Co, Research Division*

You have tripled or quadrupled the lead gen?

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Not quadrupled. Because after a while, look, it cannot be just dollars. People need to spend the dollars, activities need to happen. There's the field marketing manager, the channel managers, there's CDR. So humans need to consume the dollars and make it efficient. So there's no point just throwing money at the problem. And I don't know if you want to add something more to it, Ben, about just the structure of people that need to be trained and enabled.

**Benjamin Gibson**
*Chief Marketing Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Yes, sure. I think lead generation investment, right, there's dollars and program dollars involved with it. There are sales reps which when you heard Chris and I talked earlier, is a very key part of this, that has to work in concert, how enabled are channel partners to do the same. And so what Dheeraj just said, it's people and dollars, and they both have to grow but grow with leverage accordingly to make this all work together, right? And so I think part of it, as Dheeraj mentioned, the OS tuning is around -- there's some leading indicators and lagging indicators, when you combine dollars and people and enablement and how that executes in the market, right? And I think that's some of the adjustments we're making. So we don't think it's a dollar-for-dollar investment build to make that happen. We absolutely think there's leverage to realize, particularly on existing business as well as kind of connecting the dots to lead gen for new products. I think it's an important point to make that go-to-market is not homogenous, particularly as you move up this journey, right? And so you never want to think that and we don't say, look at all these new products and then homogenously bring that all to market together and hit all of our reps with that, train all of our reps with that and get that out the door with programs or design to go horizontally into the market, right? And so I mentioned during my talk that the big focus on lead gen investment, which think of that as fuel to activate and support and trigger the sales organization and channels, when we go into some of these new products, we're not going with every part to everyone, we graduate to that. And there's only a rather small subset of this engine that would only be surgically targeting certain areas, right? And so that way, it's not this everything has to grow, and that's part of the tuning we're doing.

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Also, and you talk about -- Chris, do you want to talk about...

**Chris Kaddaras**
*Senior Vice President of Americas Sales*

Sure. I think the nice thing about what we've done. So we have hyper-invested in demand gen spend and what we're doing is we're testing the machine. Literally, we're testing it to its limits and we're building muscle memory and connected tissue. We're getting better, right? When we first got a lot more demand gen dollars, I looked at these guys and I said, I don't think I can spend it, at first, because I didn't have the systems, the tools, the process, the people. But what it did, the nice thing, the byproduct is we got better, right? As a field organization, as a marketing organization, as a channel organization, we figured out how to consume this at a very productive rate. So the next time we invest, we've got that machinery that's been built. So I would agree, if we grew -- if we threw more money at it, we would have -- it would have been a little bit of waste. So I think we got the right amount now and it's helped kind of build some support structure.

**Mark Ronald Murphy**
*JP Morgan Chase & Co, Research Division*

And just what is the scale of the lead gen spend then? I think, Duston, you had said it's going to grow 75% this year.

**Duston M. Williams**
*Chief Financial Officer*

Yes, we haven't given out a number there. See, we already had -- this is the important thing too. We had, for various reasons, in the fiscal '19 plan, under-allocated the first half. And the second half spend, we already had going up like 45% half-over-half. So we've added this $20-ish million on top of a big increment anyway that was baked into the plan. So when Chris says, I don't know what I'm going to do it, that's -- right now, we can't put any more to it from that perspective, so -- but we don't give out the exact spend.

**Tonya Chin**
*Vice President of Corporate Communications & IR*

Okay. So we have about 10 more minutes. So maybe 3 or 4 more questions. We'll start on this side.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

In fact, that side is a little bit ignored.

**Simon Matthew Leopold**
*Raymond James & Associates, Inc., Research Division*

Simon Leopold with Raymond James. So Duston, you gave us the new long-term targets and I think, at least speaking for myself, maybe others, I'm struggling with how to think about the glide path from forecasts you've given us for April to this long-term target, if we should think about this as more of a linear trend. What I'm noticing is you forecast April operating expenses in excess of sales. That's not a sustainable long-term trend but how long does it take to right the ship? How long do you have this elevated investment period versus the period where we get the productivity out of sales and the new products gain traction? So trying to get a better sense of the recovery period.

**Duston M. Williams**
*Chief Financial Officer*

Yes. I mean, we've got obviously, a decline in FY '19, right? The growth rates aren't nearly what we thought they were going to be, and that's going to damage productivity and things like that. It's all about obviously, regenerating the growth here. And yes, we need to continue to add more heads, but we have reps ready to go take on more pipeline too. So that will kick in and I don't know if it's 2 quarters, 3 quarters or whatever it is there, but...

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Also, fiscal '19, you talked about like what the free cash flow would look like, actually.

**Duston M. Williams**
*Chief Financial Officer*

For fiscal '19, yes. I mean, we're not going to -- we'd probably use somewhere around $50 million of cash maybe this year, max, I think, depending on some capital and things like that. So even in kind of a downturn here, we're not going to -- because we're putting a lot back on to balance sheet deferred-wise it distorts things. So we'll have a little downturn here but it's not going to be an enormous use of cash even here. And that growth is going to have to get built up obviously, over FY '20. But again, you've got the CY '21 model. We've given a negative 5% and a 10% approximate free cash flow. '19 is depressed, you've got consensus numbers and other things you saw here today, and then we'll start building it up in FY '20.

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

And we keep thinking about like FedEx's forecast yesterday or Apple's like 2 months ago and Delta's and things like that. Like independent of what the macro is, we think that this engine will actually serve us well in a recession, better than what we -- I mean we can't see when a macro could actually become soft or whatever, but the very least, I think we're prepared for the worst times because of the fact that this engine has actually come to build very well.

**Duston M. Williams**
*Chief Financial Officer*

And just on that, Simon, one more thing and we didn't show it here today and I don't want to talk exact numbers, but we're spending, as you might expect, a fair amount of R&D dollars on new products, right? I mean, if you look at just the Core business itself, if we weren't doing all these other projects, the Core business is doing okay even in a down period. So obviously, we've got big vision and we're spending a fair amount of money, a lot on R&D and future products, which is great. But the Core business is doing, cash flow-wise, not too bad even in, as I say, a down FY '19 period here.

**John Stephen DiFucci**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

*Jefferies LLC, Research Division*

It's John DiFucci from Jefferies. And really, the question I think, is for Ben and Chris and maybe Duston and Dheeraj, if you want to join in. But I want to make sure I understand this because it doesn't make a lot of sense to me. Like, Ben, when you were up there, it seemed to me that you were saying we're going to do what we've done but we're just going to spend more on it. And Chris, like when I heard you talking, other than hiring more people and when I look at my model, you've hired a lot of people in sales and marketing. It's not like it's a dramatic drop off. It's -- you talked about things like ensuring pipeline rigor, like framework, guidelines, ownership which sounds to me like sales 101. Like, I don't think -- I'm sure that's not different than what you tried to do previously. But Duston just said something a little while ago when he talked about something that is really important, is you've had so many changes to your go-to-market strategy, major changes, which I remember, I was in your office a few months ago with Tonya and you, Duston. And I was sitting there and we walked out and I was like wow, I'm a little confused on what's happening. It all makes sense as to why you're doing it but we walked out thinking wow, this could cause a lot of confusion with the sales force and especially the customer base. And I just wonder how much it's that versus lead generation. And listen, I've never worked in sales and I know lead generation is important, but it doesn't sound like you're doing anything different here. It just sounds like you're throwing more money at that and...

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Maybe that's one thing, Ben, you should just like, answer right away.

**Benjamin Gibson**
*Chief Marketing Officer*

Yes, yes. So certainly, there is an increased investment, right? And it starts with that but the operating system, if you will, that Dheeraj talked about earlier, it requires us first of all, to simplify by making sure there's an intense focus in that core market opportunity, right? And so ensuring that we both simplify and drive with more dollars behind it to drive marketing sourced to enable what we need to do in sales to get that to happen, right? It's better automation and systems. We think there's even more efficiency we can get by marrying up the data on product usage, tied to customer buying behaviors and make sure we get better -- even better conversion rates than we've seen out of our lead gen practice out of that. And so there's a lot of continual tuning to get that done. And combined with that is not managing the game board at a theater-by-theater level, but really getting down and managing theater by -- sorry, region-by-region and get a lot more specific with that. Making sure we've got the right channel partners enabled to get this done, making sure that we're hitting the right customer at the right time, we can turn around and make sure that we've got the right enabled reps to churn that through. So I'm trying to give you more detail under the covers here.

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Well, let me just say it this way. Every billion is a new billion, okay? The thing that you did for the last billion is not good enough for this new billion. We are not good enough for this billion, and we've become -- trying to become good enough for this billion. The next billion will come with its own opportunities and challenges. Sales force had how many -- you saw the transitions in 2009 and '12. It's one of those like where we're really plowing through this and talking about are we doing more of the same? I think there's a reason why we believe that Chris' leadership will actually bring a lot of change. In terms of the ball in hand, let's go do a better job with that as well.

**John Stephen DiFucci**
*Jefferies LLC, Research Division*

So the main thing that changed recently was you had several -- I'm sorry.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The main thing that changed recently was not how you went -- was not these things. The main thing that changed was you had several major changes to your go-to-market strategy in succession, and I -- and they all made sense. It really makes sense, but I could see how that could disrupt your go-to-market.

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

No, no, I mean, look, to be empathetic to sales force, I don't know if you want...

**Chris Kaddaras**
*Senior Vice President of Americas Sales*

Yes, yes, yes. So I agree, there were a lot of changes. The only data point that I can give you is in EMEA, which is 28% of our business in the last quarter, we powered through that and hit our goals, right, and we grew faster than the company. So we powered through all of those challenges and we hit the numbers we needed to. The comment I'll also link back is I've been in sales for a long time. This 101 stuff is never 101. It hardly ever happens, right? So we look at it and say well, that's basic, you should be doing that as a sales organization. Everywhere I go, people say it, it doesn't happen to the level that we need to. So I'm not saying that the Americas organization wasn't doing it across the piece. There's a lot of room in EMEA to get better, we just have to do a lot more around execution around sales. I don't see a market constraint, I don't see a complexity constraint, I don't see a product complexity constraint. This is around pure execution and I feel that we can turn out that around.

**John Stephen DiFucci**
*Jefferies LLC, Research Division*

So you don't see a complexity in go-to-market? Because -- and that's what you stand for, that's what your represent, making complex things easier. But it just seemed like the go-to-market is...

**Chris Kaddaras**
*Senior Vice President of Americas Sales*

Yes, so we got to say also, nobody's doing this. We're in a really high growth market, doing innovative transformational things. So is it complex? Hell, yes, it is. So I'm not going to tell you that it's not complex. Hiring at this rate and as you bring in all these new people, getting them, let's call it, indoctrinated into the culture of what we need to drive is not an easy thing. Not many companies have done it at this size and scale. So I think we can do it but it's not something that is impossible, that's for sure, right? We've done it in other theaters and we have some proof points.

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

And look, there's a bell curve of sellers, bell curve of marketers. Not everybody takes all the products upfront. There's enough people who will be laggards, there's enough people will be innovators and there's people in the middle with the early majority and all that. You look at the bell curve of our customers, it's because the sellers have self-selected themselves to go and do what they're doing. It's not like hey, we should just have everybody go do this. So there's a bell curve in this end number of salespeople that we actually have out there, including field marketing people as well, actually.

**Tonya Chin**
*Vice President of Corporate Communications & IR*

Okay, you guys. Thank you so much for your questions. We have some time outside with all the management team for informal Q&A. So stick around if you still have some more. Thanks so much for joining us.

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*
Thank you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

# EXHIBIT 3

**S&P Global**
Market Intelligence

# Nutanix, Inc. NasdaqGS:NTNX
# FQ3 2019 Earnings Call Transcripts

## Thursday, May 30, 2019 8:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2019- | | | -FQ4 2019- | | -FY 2019- | -FY 2020- |
|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | GUIDANCE | CONSENSUS | CONSENSUS |
| EPS Normalized | (0.60) | (0.56) | NM | (0.49) | (0.65) | (1.45) | (1.55) |
| Revenue (mm) | 297.20 | 287.62 | ▼(3.22 %) | 332.87 | - | 1278.68 | 1558.75 |

Currency: USD
Consensus as of  May-29-2019 11:42 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ4 2018 | (0.22) | (0.11) | NM |
| FQ1 2019 | (0.27) | (0.13) | NM |
| FQ2 2019 | (0.25) | (0.23) | NM |
| FQ3 2019 | (0.60) | (0.56) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | .................................................................................. | **3** |
| **Presentation** | .................................................................................. | **4** |
| **Question and Answer** | .................................................................................. | **10** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

**Duston M. Williams**
*Chief Financial Officer*

**Tonya Chin**
*Vice President of Corporate Communications & IR*

**ANALYSTS**

**Aaron Christopher Rakers**
*Wells Fargo Securities, LLC, Research Division*

**Alexander Kurtz**
*KeyBanc Capital Markets Inc., Research Division*

**Erik Loren Suppiger**
*JMP Securities LLC, Research Division*

**Julia Louise Karl**
*Jefferies LLC, Research Division*

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

**Matthew John Swanson**
*RBC Capital Markets, LLC, Research Division*

**Roderick B. Hall**
*Goldman Sachs Group Inc., Research Division*

**Simon Matthew Leopold**
*Raymond James & Associates, Inc., Research Division*

**Steven Mark Milunovich**
*Wolfe Research, LLC*

**Wamsi Mohan**
*BofA Merrill Lynch, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good afternoon. My name is Julianne, and I will be your conference operator today. At this time, I would like to welcome everyone to the Nutanix Q3 Fiscal Year 2019 Earnings Conference Call. [Operator Instructions] Tonya Chin, Vice President of Investor Relations and Corporate Communications, you may begin your conference.

**Tonya Chin**
*Vice President of Corporate Communications & IR*

Thank you. Good afternoon, and welcome to today's conference call to discuss the results of our third quarter of fiscal 2019.

This call is also being broadcast over the web and can be accessed in the Investor Relations section of the Nutanix website. Joining me today are Dheeraj Pandey, Nutanix' CEO; and Duston Williams, Nutanix' CFO. After the market closed today, Nutanix issued a press release announcing the financial results for its third quarter of fiscal 2019. If you'd like a copy of the release, you can find it in the Press Releases section of the company's website.

We'd like to remind you that during today's call, management will make forward-looking statements within the meaning of the safe harbor provision of federal securities laws, regarding the company's anticipated future revenue, billings, gross margin, operating expenses, net loss, net loss per share, free cash flow, our business plans and objectives, demand for and customer adoption of our products and customer -- our products and services, plans and timing for and the impact of our transition to a subscription-based and recurring revenue business model, the impact of recent leadership changes, plans for and timing of the release of new products, technologies and services, our continued investment in technology, talent and sales and marketing effort and any expected impact from these investments, the benefit and capabilities of our platform, competitive and industry dynamics, market size and potential market opportunity and other financial and business-related information.

These forward-looking statements involve a number of risks and uncertainties, some of which are beyond our control, which could cause actual results to differ materially and adversely from those anticipated by these statements. These forward-looking statements apply as of today, and you should not rely on them as representing our views in the future. We undertake no obligation to update these statements after this call.

For a more detailed description of these risks and uncertainties, please refer to our Form 10-Q for the second quarter of fiscal 2019 filed with the SEC on March 12, 2019 as well as our earnings release posted a few minutes ago on our website. Copies of these documents may be obtained from the SEC or by visiting the Investor Relations section of our website. Also please note that unless specifically referenced, all financial measures we use on this call today are expressed on a non-GAAP basis and have been adjusted to exclude certain charges. We have provided reconciliations of these non-GAAP financial measures to GAAP financial measures in our Investor Relations section of our website and in our earnings press release.

Lastly, Nutanix will be at the Bank of America Merrill Lynch Global Technology Conference on June 5 in San Francisco; the William Blair Conference in Chicago also on June 5; and the Stifel Cross Sector Conference on June 11 in Boston. We hope to see many of you there.

And with that, I'll turn the call over to Dheeraj. Dheeraj?

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

NUTANIX, INC. FQ3 2019 EARNINGS CALL | MAY 30, 2019

Thank you, Tonya. In my remarks today, I'll focus on 3 key themes: one, our transition to subscription is ahead of schedule; two, our field execution is improving in terms of pipeline and sales hiring; and three, our customers love us because of our products and customer service.

Looking back, Q3 was a mixed quarter for us as we delivered better-than-expected gross margins and EPS and strong growth in our subscription-based revenues, indicating an acceleration of our business model transition, while also delivering billings and revenue below our guidance range.

As you may recall, our guidance last quarter was less than expected as we needed to rebuild our pipeline by doubling down on lead generation and increasing our focus on sales hiring and execution, especially in the Americas.

At the Investor Day in March, we also talked about a 5% to 10% compression in top line due to our transition to a subscription model. We believe that our outperformance and our transition to an increasingly subscription-based model this quarter highlighted for us a key difference in contracted revenue amounts between our life of device versus subscription licenses, which we are now factoring into our strategy and outlook.

This transition to increase subscription-based revenue is a core aspect of our strategy that we expect will deliver increased predictability and leverage to our business over time, and we're making significant efforts to predict the impact that these changes will have to our revenue and other financial metrics moving forward. Duston will provide more details on this later in the call.

During Q3, we executed well on our strong plan to ramp lead generation and, thus, improve sales execution. As we noted in both our Q2 earnings call and at our Investor Day in March, we continue to believe our actions to address this will drive improved business into FY '20, as these changes take a couple of quarters to show results. We'll be watchful and conservative in the near term as we give the new Americas sales leadership time to effect change, and as we understand the top line impact of even higher subscription.

We saw a number of enterprise successes in Q3, which highlights the fact that the fundamentals of our business and competitive positioning in the large and growing HCI and hybrid cloud markets remain strong.

During the quarter, we continued to see momentum in large deals, closing 50, worth more than $1 million, including 8 worth more than $3 million. We now have 18 customers with a lifetime spend of more than $15 million and nearly 850 customers with a lifetime spend of more than $1 million. And our customers remain enthusiastic about AHV, our hypervisor, increasing adoption of our hypervisor to 42% this quarter on a rolling 4-quarter basis. We were also encouraged to see continued growth for our new solutions outside of Core HCI platform, with 23% of our deals in the quarter, including Essentials and Enterprise offerings.

As I mentioned, we are further along in our transition to a subscription business than anticipated. Our continued shift to a recurring revenue model resulted in 65% of our billings coming from subscriptions, up from 41% in the year ago period, and our subscription revenue is now 59% of total, up from 28% a year ago. Our transition to a subscription revenue model is driven by the needs of our customers, who are increasingly moving toward a hybrid cloud environment, and therefore, want the same licensing flexibility within their private cloud deployments that they get in the public cloud.

Based on feedback from our customer base and the lessons learned from the software industry where large vendors that ignored subscription business now suffer, we are confident that this transition will allow us to drive higher quality, more predictable revenue over time, while also making it more flexible for our customers to purchase and consume our software.

Our customers are already responding well to the new flexibility this model provides as evident in our deal this quarter with a Global 2000 French multinational hospitality company that has a lifetime spend of more than $7 million with us. This customer, which has previously purchased life-of-device licenses, spent nearly $4 million on new term-based subscription licenses in Q3. As part of this deal, this hospitality company will expand its use of our core platform to run new VDI and database workloads and adopt additional services

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

NUTANIX, INC. FQ3 2019 EARNINGS CALL | MAY 30, 2019

outside of our core platform, including Prism Pro, our multicloud orchestration software comp, our new object storage services of Buckets and our database service Era.

New customers are also taking advantage of this subscription-based licensing model as evidenced by a win with one of the global big core accounting firms. This initial deal, which was worth nearly $6 million, is the largest term subscription deal we've ever received from a new customer. This customer will replace its existing traditional infrastructure with our enterprise cloud platform for VDI, Test and Dev, business intelligence and ROBO workloads running AHV.

As we undergo this transition, we also continue to provide our customers with new options for how to run our software within their data center infrastructure. In Q3, we announced an exciting new partnership with HPE that enables our channel partners to directly sell HPE servers combined with Nutanix' enterprise cloud OS software so that customers can purchase a fully-integrated appliance and also provide a new as-a-service delivery model for customers through HPE's GreenLake offering. This offering is an example of how large partners can transform a company like ours into monthly ratable business models that take us further down the path of subscription.

Earlier this month, we held a target -- our largest .NEXT user conference to date, hosting nearly 6,000 attendees in Anaheim, California over 3 days. This flagship conference is one of many .NEXT events we host worldwide throughout the year, reaching more than 26,000 attendees.

For existing customer base, .NEXT serves as an opportunity to deepen their understanding of our platform and contribute their feedback, helping to drive continued growth within accounts. One example of this growth was a deal worth more than $3 million this quarter, with an entity within the U.S. Department of Defense, that has a lifetime spend of nearly $20 million. With this deal, this customer continued a transition that began 3 years ago replacing traditional infrastructure architectures with our platform across its remote sites. And for our prospects, .NEXT provides an opportunity to learn more from our existing customer base about how we help them overcome the legacy infrastructure challenges that have kept their IT teams from creating value for the organization.

In one deal worth more than $1 million this quarter, a new customer, one of the largest publishers in the world, Meredith Corp. initiated a complete rearchitecture strategy for its data center, beginning the process of replacing its traditional infrastructure with our enterprise cloud platform.

Our .NEXT event also serve as a platform to checkpoint our ongoing product innovation. In prior years, we've added to our core platform with new services that address every aspect of our customers' IT needs like object storage with Buckets, database services with error, file services with files and disaster recovery services with Xi Leap.

This year, we focused on the work we have done to strengthen our platform and existing Essentials in enterprise products so that they integrate better. Nutanix Mine is a new offering that in partnership with leading secondary storage vendors like Veeam and HYCU, Commvault and Veritas integrates backup operations into our platform so customers can manage their primary and secondary storage operations from within our Prism management plane.

We also announced a powerful new capability in Nutanix Frame, our SaaS VDI offering, to support desktops on-prem. If enterprise apps are on-prem, so should the desktop. Hybrid desktop-as-a-service, or DaaS, will be a killer application for hybrid cloud computing over the next few years. We also previewed Xi Clusters, a hybrid cloud offering that delivers the Nutanix stack directly on AWS EC2 bare metal instances, a killer use case for multicloud is lift and shift of legacy applications and Xi Clusters offer a simple one-click way to move on-prem applications to a public cloud data center. By delivering our software as a complete stack on AWS, customers will enjoy the same simplicity of running Nutanix, but with all the benefits of a public cloud deployment, including subscription licensing flexibility.

These recent product innovations allow us to further differentiate ourselves in the large and strongly growing HCI and hybrid cloud markets. Before handing the call over to Duston, I want to touch briefly on 2 additional announcements that we made today. First, we announced that Sunil Potti, our Chief Product Officer, has decided to leave the company to pursue another opportunity. Sunil joined Nutanix

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

at a critical moment over 4 years ago, and has shepherded our product organization through a period of significant growth. The last 4 years have been memorable, and I will miss the leader in him, who was fun, collaborative and deeply empathetic. We're grateful to have benefited from his leadership as we've grown over the years, and we wish him the very best in his future endeavors.

In the past 18 months, as engineering grew, we split the engineering ranks between Sunil and David Sangster, our COO; David and Rajiv Mirani, our CTO; and 2 of our SVPs of Engineering, who helped bring billions of dollars of core revenue as well as our Founder GMs have graciously agreed to step up to lead. As we go deeper into large enterprise accounts, we'll need their rigor and curiosity to take the company into a new era of product and engineering.

I'm also pleased to announce that we continue to add industry expertise and visionary leadership to our Board of Directors. Brian Stevens will join our Board on June 1, coinciding with his last day as VP and CTO of Google Cloud, will bolster our already talented team, with his perspective built on nearly 5 years of experience at Google and nearly 13 years of experience at Red Hat, including as their EVP and CTO.

As we approach our 10th anniversary as a company, we are very excited about the opportunities ahead, while remaining focused, nimble and creative as we solve for the challenges that come with scaling a business to drive our next 10 years of growth. Great businesses are built over time on a foundation of exceptional products, outstanding customer support and an entrepreneurial employee base that is constantly learning. These have been the foundation of our success at Nutanix.

We've made mistakes along the way, but we have also acted swiftly to address them. From being a hardware company not too long ago and being compared to converged infrastructure, we have come a long way to being identified as an emerging operating systems software company that is plowing through a much-needed transformation toward subscription and hybrid cloud. Much needs to be done in the coming quarters as we flush through our pipeline and sales execution issues and leverage the new subscription model to improve predictability and sales leverage.

With that, I'll turn it over to Duston to provide more details on the quarter and guidance. Duston?

**Duston M. Williams**
*Chief Financial Officer*

Thank you, Dheeraj. During Q3, we made significant progress with 2 of our major focus areas. Specifically, our shift to our recurring subscription business accelerated and our pipeline generation for the quarter met our expectations.

In Q3, subscription billings accounted for 65% of total billings, up from 57% in Q2. Subscription revenue now accounts for 59% of total revenue, up substantially from 47% in Q2. In Q3, our new term-based subscription bookings were $90 million, up from $57 million in Q2. Approximately 55% of the $90 million came from existing customers who had previously purchased nonportable licenses. In the quarter, we saw over 600 customers purchase new term-based licenses. We remain very excited about the transition to a subscription-based business as there are many long-term benefits to the business associated with this shift.

Some of these benefits include ultimately a more predictable recurring billings and revenue stream, allowing customers to choose their software license term rather than paying for the entire license fee upfront as occurs in a life-of-device type purchase, providing license portability for our customers both on-prem and off-prem and the lower go-to-market cost that is inherent with subscription business models.

Now while there are substantial benefits to the business associated with this transition to a subscription-based model, there are also clearly some friction points to our top line as a result of this transition. As we approach the first cumulative $200 million in new term-based subscription billings, we are now at a level of scale where we have a better understanding of the impacts of this shift on our business.

During our Investor Day back in March, I mentioned that with the additional scale and subscription billings, we were getting into a better position to analyze the full impact from the 2 very different pricing

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

mechanisms between the old life-of-device node-based licenses versus the new term-based subscription licenses based on cores and flash capacity.

At the meeting in March, I also mentioned that there may be some top line differential between these 2 offerings. And at that time, we stated this differential could be 5% to 10%. Some of the top line impacting subscription-related friction points include, life-of-device software licenses have a perceived duration of 5-plus years versus a new term-based capacity license, which averages less than 4 years in duration.

Although we expect to collect the 5th year and beyond upon renewal, this duration impact and other factors result in some upfront top line billings and revenue compression. The new term-based software licenses also have a higher revenue deferral rate versus a life-of-device license based on the inherent support term differential that exist among the 2 offerings. This deferral impact reduces the upfront in-quarter revenue recognition.

This transaction -- transition has also invoked some friction in the field selling process. The selling impact has the potential to slow down and extend sales cycles as the Nutanix sales rep, the channel rep, the [ disti ] and the Nutanix customer all must become educated on the benefits of this new licensing methodology versus the prior life-of-device licensing structure. We expect this friction from -- will naturally dissipate over time as our new term-based subscription offerings become the norm.

And lastly, although not significantly top line impacting today, we will over time experience some additional top line impact as we gradually shift to a more ratable recurring revenue stream. This ratable impact will occur when our SaaS products, such as Frame, Era, Xi and others, including the HPE GreenLake offering become a greater percentage of our total billings -- or bookings.

Regarding the duration impact and other factors affecting Q3 billings and revenue, while it is very difficult to predict the exact impact as every transaction is different with variations in price, mix and volume, our best estimates would suggest that we are receiving approximately 10% less upfront value from the new term-based licenses versus the traditional life-of-device licenses. And the deferral impact, driven by a higher revenue deferral rate from the new subscriptions, can yield up to 20% less in-quarter revenue recognized versus what would have been recognized based on the traditional life-of-device licenses.

In summary, our transition to subscription has impacted our top line. We are currently experiencing the trade-offs of some top line strength, all for the long-term benefits of building a more predictable recurring subscription business. And quite candidly, some of these top line impacts are different than our previous expectations. As many of you know, subscription transitions are often unpredictable and Nutanix' subscription transition is no different. For this reason, we continue to push towards a subscription-based business as soon as possible. In the meantime, the quarterly results will be a bit more volatile than normal.

Ultimately, as our subscription base grows, reporting results based on more traditional subscription metrics, such as ACV and ARR will naturally equalize some of the volatility associated with our subscription transition.

The other area of great focus during the quarter was leveraging our incremental lead-generation spending into increased pipeline build. Our pipeline that we generated in Q3 met our internal targets and grew almost 40% sequentially from Q2. This was the highest sequential growth in pipeline generation that we have experienced since our very early days, well over 5 years ago. While we're pleased with the performance of our pipeline generation in Q3, we also acknowledge that we have a significant amount of work in front of us to ensure that this type of pipeline generation performance can be repeated each and every quarter.

I'll now move on to a few specific Q3 financial highlights. Revenue for the third quarter was $288 million, down slightly from a year ago and down 14% from the previous quarter, and slightly off the low end of our guidance of $290 million. The revenue performance in the quarter was impacted by the following items. We shipped approximately $8 million less hardware than planned. Hardware as a percentage of total revenue was at a historic low of less than 8%. As previously mentioned, we believe we're receiving

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

less upfront value from the new term-based licenses versus the traditional life-of-device licenses, which likely impacted Q3 term-based revenue by up to 10%.

Higher deferral rates associated with a new term-based licenses versus the life-of-device licenses reduced the new term-based Q3 license revenue by 20%. And the sales leadership changes that have occurred at a worldwide and Americas level, have also clearly impacted the results for the quarter.

Software and support revenue was $266 million in Q3, up 17% from the year ago quarter and down 11% from the prior quarter. Total billings were $346 million in the quarter, representing a 1% decrease from the year ago quarter and down 16% from Q2. The billings were also impacted by the lower-than-expected hardware shipments and the lower upfront value received from the new term-based licenses. Software and support billings were $324 million, up 11% from the year ago quarter and down 14% from the prior quarter.

Bill to revenue ratio in Q3 was 1.2, slightly lower than our -- than 1.23 last quarter. New customer bookings represented 25% of total bookings in the quarter, down from 29% in Q3 of '18. In Q3, our software and support bookings from international regions were 45% of total software and support bookings, the same as Q3 '18. Our non-GAAP gross margin in Q3 was 77.1% versus our guidance of 75% to 76%, reflecting a lower-than-expected hardware mix.

Operating expenses were $327 million, slightly lower than our guidance range of $330 million to $340 million. Our non-GAAP net loss was $103 million for the quarter or a loss of $0.56 per share. A few balance sheet highlights. We closed the quarter with cash and short-term investments of $941 million, down $25 million from Q2. DSOs based on a straight average were 76 days versus 68 days from last quarter. The weighted average DSO was 23 days in Q3. We used $36 million of cash flow from operations in Q3, which was negatively impacted by $17 million of ESPP outflow and free cash flow during the quarter was negative $59 million. This performance was also negatively impacted by the $17 million of ESPP outflow.

Now turning to the details of our Q4 guidance on a non-GAAP basis. We expect the following for 4Q. Billings between $350 million and $380 million, revenue between $280 million and $310 million, gross margins of approximately 77%, operating expenses between $340 million and $350 million and a per share loss of approximately $0.65 using weighted average shares outstanding of 187 million.

The guidance for the quarter assumes the following: a continued aggressive push to a greater percentage of subscription-based business; lower hardware revenue as a percent of total revenue, sub-7%. From a subscription transition perspective, we expect a continued imbalance between the upfront value where we see for new term-based license versus the prior life-of-device licenses, a higher revenue deferral rate on new term-based licenses versus the prior life-of-device licenses and some residual friction in the field that's associated with selling the new term-based subscription offerings, and the backdrop of substantial sales leadership changes that were made during the quarter at both worldwide and Americas level. Although we're excited about the progress that our leadership is making within the Americas region, some of these foundational changes will take a few more quarters to see material improvement, even though pipeline build in the enterprise is hardening.

In closing, as Dheeraj mentioned upfront, we want to summarize our key messages. One, our transition to subscription is ahead of schedule. Two, our field execution is improving with lead generation and pipeline build and sales -- improved sales hiring. And three, we are a leader in a large and quickly evolving market. And with that, operator, if you could now open the call up for questions, that would be great. Thank you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Your first question comes from Rod Hall from Goldman Sachs.

**Roderick B. Hall**
*Goldman Sachs Group Inc., Research Division*

I guess I had 2. I wanted to just make sure we understood, Duston and Dheeraj, I guess both of you, this change in the upfront value versus your expectation. You said it's 10% impact on total revenue, deferred revenue is impacted by more than that. Could you give us any more color on what's changing there, or what's different from what you expected?

And then I also -- just bigger picture, I wanted to see, Dheeraj, if you could comment on -- it's always been a balance between large enterprise and medium-sized enterprises for you guys. And my perception was you kind of tilted towards larger enterprise. And I'm just wondering strategically, given where the business stands right now today, are you thinking of tilting back a little bit more towards midsized businesses? Or are you pretty much unchanged in terms of your strategy on the size of businesses you want to go after?

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

In fact, I'll take the second one first, and then we can talk about the first one. Thanks, Rod, for the question. I think if you look at what we have built for the product portfolio, there's definitely a big demand for core in the commercial mid-market gas well, and mostly in the commercial select, I would say, because that's where they actually buy more than just a box. I mean there are competitors out there who are actually doing it at a server cost plus gross margins. And that's not the business that we can sustain. Our product portfolio, our R&D investments cannot sustain that.

But definitely in the commercial select, we have a big focus. And with some of the partnerships that we've made, including with partners like HPE, that's the exact game plan, that we go with HPE's partners to really go and focus on some of the commercial segment itself.

Obviously, international is -- as you can see, 45% of the business is international. There it's a much bigger mix of commercial. And in Americas, I think we have a pretty good foothold and a very, very good opportunity with the large enterprises because that's where most of the good enough doesn't work in terms of products and customer support and such. But we definitely feel like partnerships like HPE will help us with the mid-market. And we've continued to do really well with some of our channel partners, CDW, EBT, SHI, Sirius, and all these partners have done pretty well for us so we want to double down on that as well.

**Duston M. Williams**
*Chief Financial Officer*

And Rod, on your first question there, the 2 quantifiable pieces which we mentioned obviously is that we're getting less upfront on the initial transaction. And as I mentioned, it appears now that the perceived duration of those appliances and folks' view of those appliances are probably 5-plus years, and the average new term-based deals are a little less than 4 years. So you've got that impact, and it's hard to understand exactly how that was going to play out, quite honestly, from that perspective.

And on the deferral piece there -- and the other impact is obviously magnified by the outperformance in the subscription transition during the quarter. So there's more of this revenue than expected that was impacted. But on the -- again, on the deferral piece, when you cut back through it and finally you get to scale and you can go back and get into the details because really pretty much every product offering has some type of different deferral rate, is that now when you are at a 5-plus on a life of device, you've got maybe an average support contract when you do that deal of 3 years, so you've got support, effectively

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

60% of that 5 years. But on a new term-based, the support is effectively -- we ripped out and we spread it over the entire -- in this case, a little less than 4 years, so you've got a bigger piece of that product being deferred.

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

And as you also mentioned, the pricing model is different.

**Roderick B. Hall**
*Goldman Sachs Group Inc., Research Division*

Very different.

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

We used to have [ T-shirt ] sizes of 20 different models and we used to basically charge for software value that included not just CPU but a storage of both kinds, flash and spindles, and we used to charge for higher RAM versus lower RAM. And all that now is much simpler, so we're only charging for CPU and flash actually. And I think at some level, there is a simplification for our customers. And if you were to take a bottom-up view of all our deals that we have done, while it's become simpler and it's going to be great in the mid- to long term, I think there's some apples and oranges comparison with respect to pricing as well.

**Operator**

Your next question comes Aaron Rakers from Wells Fargo.

**Aaron Christopher Rakers**
*Wells Fargo Securities, LLC, Research Division*

I wanted to go back to the issues that you guys have highlighted last quarter around the lead generation as well as the sales hiring. So I guess -- the first question in that context, can you just give us an update of what you've done this quarter, how that's improved? And in the context of the pipeline build up 40% quarter-over-quarter, that sounds great, but I'm just curious how do I think about that in the context of how much the pipeline was down last quarter? And what assumptions are you making in terms of closure rates?

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

So you know, as Rod asked this question as well about our sales force, I think we definitely have an enterprise-heavy pipeline, and this is what we said last time as well that it will take a couple of quarters to flush. Just because we build a pipeline, it doesn't mean we can actually go and "spend" it this quarter itself. But I think we've done a pretty good job of the enterprise build itself. And I think you asked about how worse it was last quarter. I think we were flat.

**Duston M. Williams**
*Chief Financial Officer*

Yes, it's basically flat. So we're coming from a flat. It wasn't a big decrease that we're building back from. So it was basically flat.

**Aaron Christopher Rakers**
*Wells Fargo Securities, LLC, Research Division*

Okay. And then just as a -- go ahead.

**Duston M. Williams**
*Chief Financial Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes, just answering your question on sales hiring, obviously a lot of focus going on there. And this quarter we got over net adds of over 50 sales reps, which is a big improvement from the prior quarter. So there continues to be a lot of focus on that, and we would expect that to continue to improve going forward here.

**Aaron Christopher Rakers**
*Wells Fargo Securities, LLC, Research Division*

Okay. And then just as a real quick follow-up, can you discuss what you're seeing currently in the competitive landscape? It looks like one of your key competitors tonight reported continuing kind of solid bookings growth year-over-year. So I'm just -- has there been any change? Have you seen an acceleration in terms of competitive meet rates and price aggression in the market?

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Yes. I think for us, we're going through a subscription model change that probably competitors are deferring or kicking the can ahead on because it's hard. It's very difficult. But it's the right thing to do for the long term. I mean imagine 2 years ago, we were a hardware company. And I think in just 2 years, we have said, look, if you want to be a relevant cloud operating system software company that runs on on-prem and off-prem, you've got to go through this change. There is no other way to do this. And I think that is just something that is built for the long term with respect to Nutanix versus anybody else.

I think competitively, obviously there is a lot going on in the overall landscape with the public cloud providers coming and trying to do things on-prem. And again, we are finding optionality to let our software run anywhere. We just talked about AWS. We have some very good discussions going on with GCP. They already have a virtual bare metal. And we'll actually do physical bare metal as well as they open up that offering. HP has been a very good optionality for us as well. There's some really good large customer discussions and openings of conversations that we never saw before is going on.

But I think we are opening up our optionality. Fujitsu, Lenovo, all these other server vendors as well actually want a second vendor to really go and keep it honest for the hybrid cloud business. So all in all, I think we are focused on things that we can control and the things that we control today are the fact that we have to go through the subscription transformation sooner, faster than ourselves and better than anybody else. And secondly, some of the fixes that we talked about in the last quarter.

**Operator**

Your next question comes from Wamsi Mohan from Bank of America Merrill Lynch.

**Wamsi Mohan**
*BofA Merrill Lynch, Research Division*

One for Duston, one for Dheeraj. So Duston, as you look at the sort of deceleration and growth rates, but look at sort of where OpEx spend levels are, I'm wondering, is this -- this is a couple of quarter phenomena, but it also sounds like structurally because of subscription, there's going to be maybe some deceleration in sort of out-year growth rate as well. So when do you do -- what's your best guess in terms of when we should start to see some operating leverage in the model?

And second, for Dheeraj, could you be more specifically talk about how you think about the TAM, post the VMware announcement with Azure, do you think that shrinks up the TAM or Nutanix? Or how are you thinking about it?

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Yes. So I'll take the second one. I think all the cloud providers will do these deals with everybody, and there is only 2 in everybody. There's VMware and there's Nutanix. So in that sense, being the first is not the only way to do this. At the end of day, customers want to either use their Azure credits, and they'll say, I want to use it with Nutanix or I want to use it with VMware. So in that way, we also want

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

to differentiate in the way we bring it to the market. So it won't be a siloed bare metal offering, but really going and using the right automation and APIs to do this within a customer's bubble, and that's what we did with Amazon as well. It's truly hyper-converged with the VPC that Amazon has actually built as opposed to a managed service like the way VMware is doing it. And we don't have to peer it to a customer's VPC and only be able to use a few services, not others.

So I think what happened with Vblock and FlexPod, 5, 6, 7 years ago, the exact same thing is going to happen with hyperconvergence of public and private as well. So in that sense, you can expect us to actually go and do this with all the cloud providers as well as doing with service providers on our own.

And I think on the second one, the first question that you had, there's definitely a plan for us to even look at cost of distribution as we think about subscription transition, because there will be a way to segment the sales force even further with hunters and gatherers, people who actually get paid for first year terms and maybe a little bit of the second year terms and then renewal people come in to actually do second, third, fourth and so on. And then we pay our hunters again on refreshing it either on-prem or bringing it to off-prem itself. But I think subscription transition itself will have immense leverage as we go through the next phase of this transition.

**Operator**

Your next question comes from Katy Huberty from Morgan Stanley.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

I'm wondering if you can give us some color around the HPE partnership. Dell, at peak, I think was a little over 10% of the business. HPE's server business is about 80% the size of Dell. So is it fair to think that, that partnership could account for 8% of billings or revenue at some point in the future? Or is there another way to think about it? And then just on that same topic, what was the thought process behind committing to certain volumes that could require you to make a cash payment to HPE, if you don't hit them, which I don't think is an element of other OEM partnership that you've announced in the past.

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Yes. Yes. So on the first question obviously it's early, but there is enthusiasm because HPE channel partners are actually looking for a solution as they compete more with Dell as well. So in that sense, even in very large accounts where we sometimes have to go direct, we'd rather go through HPE as well and we're seeing some of that activity, as we speak, in this quarter as well.

I think it's going to be very good partnership, but there's is a lot of execution to get this from an inertia of rest because right now, it's actually at rest, and we have made some great announcements. There's some great early activity. The channel is actually really looking forward. There's quite a few of them that showed up at our .NEXT user conference. These are channel partners that we never had signed up in the past. But there's a lot of goodness, but I think we've just got to go and put our heads down and execute on that.

On the second question, which you asked about the liability. It's basically a way to say how do we really leverage and balance both our current OEM -- ODM provider and HP as well. Because there is value in using the HP -- at least recommending the HP hardware to our channel partners, as then the HP sellers at least make $0.25 to $1 in that case. And given the fact that they actually have feet on the ground, it makes for a better lead generation and partnership in the field as well.

So in the big scheme of things, it's not a substantial percentage of our overall nodes. We have been relatively cautious in that. And at the same time, it's over a 3-year period, it's actually a relatively small number, given how much we have to do cumulatively in pure software over the next 3 years.

**Operator**

Your next question comes from John DiFucci from Jefferies.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Julia Louise Karl**
*Jefferies LLC, Research Division*

This is Julia Karl on for John. We just wanted to know about when we're thinking about the transition to term or subscription license, are you incentivizing the sales force using commissions or the end customer using discounts to kind of motivate or like speed up the transition?

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Yes, this is definitely a way of converting some of the folks who are close to end of life of device and providing them ways to see how this portable license is better for them. And we have been incentivizing folks who are within the boundary of a year to life-of-device exploration to really use this new licensing mechanism itself. And overall, the story is actually sticking well, although there's still a need for enablement and understanding that some customers don't like it because they still believe in CapEx, and there's many who like it because they like the OpEx model itself. So there's still going to be 2 kinds of customers, and we don't want to force this down the throat of those that would rather depreciate capital and use the old method itself.

**Operator**

Your next question comes from Alex Kurtz from KeyBanc Capital.

**Alexander Kurtz**
*KeyBanc Capital Markets Inc., Research Division*

Just looking back at the quarter, Duston, do you feel like -- you gave a bunch of reasons about what impacted the top line from -- and billings from the subscription change. I just want to be really clear, were you guys on plan for the quarter as far as what you expected to hit, just from a transaction perspective, outside of all these changes that we're doing to the subscription?

**Duston M. Williams**
*Chief Financial Officer*

Well, clearly, the quarter should have been better overall. Some of this, again, was impacted. We -- on the software, the subscription transition, we outperformed what we originally thought by well over 25%. So that clearly had some impacts there. But clearly, we've got some issues we're working through, and the pipeline, we said, we were going to go work on that, and that's up 40% quarter-over-quarter. We said we were going to go work on sales hiring, that's improved substantially quarter-over-quarter. We've got some leadership changes we're working through. And that's clearly impacted Q3 and it will, as I said, impact also Q4.

**Alexander Kurtz**
*KeyBanc Capital Markets Inc., Research Division*

And do you feel for the -- you feel like for the next -- the upcoming quarters' guide as you just provided today, you feel like the new leadership in Americas has had the ability to dig into what they see as the raw pipeline, and have a good view into that? Or it's still a little bit of on the fly as they the transition into the roles?

**Duston M. Williams**
*Chief Financial Officer*

No, they are deeply involved in the business. Trust me.

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

He's an architect of the business, not just a manager of the business.

**Operator**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Your next question comes from Steve Milunovich from Wolfe Research.

**Steven Mark Milunovich**
*Wolfe Research, LLC*

Two questions. Number one, you admit that you are not the cheapest solution on the block. And I'm just wondering in this macro environment and with EMC VxRail probably bundling and discounting quite a bit, if you're getting any pushback in terms of pricing and if you're, therefore, having to maybe discount more than you expected?

And second, the storage vendors claim that hyper-converged is great for small companies but doesn't scale beyond that. And I'm assuming you disagree with that, but what proof points can you give us that you're seeing an architectural shift from 3-tier to HCI, including at large enterprises?

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Yes. On the second one, we've basically been going through this for the last 6, 7 years now. And every year, the market actually grows and there are more and more vendors who want to provide offerings in the space as well. There's a reason why NetApp has an offering of this kind and everybody wants to actually get into a space where you can sell it to the application folks. This infrastructure is supposed to be invisible enough that app folks can actually administer it. So there's definitely a lot of value in this. And if you look at all the stories that we actually talk about or wins and everything else, these are not like $200,000 deals or something, we're really going and doing very large deals with our customers. And if you think about it, 200 of our customers pay a pretty substantial portion of our overall bills every year. And then 850 of these, which I talked about also pay out like a very, very large percentage of our overall bills every year. And that can only happen if there's an architectural shift happening.

But then folks have talked about this about public cloud as well in the last 3, 4, 5 years and over time. As we get into more workloads, as we get into more geographies, as we get into different surface areas, like a wider surface area of not just our own appliances but software running on every server vendor out there, that's the way you actually grow the TAM. The TAM only grows in these 3 ways. More workloads, larger surface area and more geographies.

And then you had a question on pricing. Yes. I think we have been pretty flexible on that, and our salespeople have taken advantage of that flexibility. Now in the lower end of the mid-market, we probably don't appear to be that cheap. And I think the story is still -- relatively evangelical. It's not a rip and replace. It's really hard to say that it could be done with 0 touch. But I think in the higher end of the mid-market and in the enterprise, I think we definitely have a ton of flexibility for our sellers to -- and our channel partners to go make money with the kind of discounting regime we actually have today.

**Operator**

Your next question comes from Matt Hedberg from RBC Capital Markets.

**Matthew John Swanson**
*RBC Capital Markets, LLC, Research Division*

This is actually Matt Swanson on for Matt. Dheeraj, when we think about the strong quarter for pipeline generation, can you give us a sense of how much of that pipeline is now subscription versus term? And just kind of what that could do to sales cycles if you're introducing some optionality, maybe later on in the sales process?

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Yes, most of that discussion actually happens in the later stages of a sales campaign. And I think many of our salespeople are embracing it, and some of them when they realize that customers are CapEx friendly, they don't bring it up. I think looking at the pipe, it's very hard to say which is what. As Duston said that we'd rather flush through this whole thing, rather than be in this limbo for a long time. I think the goal of

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the company is be on the other side of this, rather than be in the middle for a long, long time, unless the customer doesn't want it.

So I would say that there is also an incentive for the customer because now they can really do 1-year terms and 3-year terms and they can make it portable. And the fact that with this kind of optionality, they can actually even use the public cloud for Nutanix. Those are the kind of things that our sellers are using to go and entice the customers.

**Matthew John Swanson**
*RBC Capital Markets, LLC, Research Division*

That's really helpful. And then Duston, you mentioned some friction in the sales force with net adds around -- or over 50. Could you give us some sense if the gross number was a lot different than that? I know just with some management changes and changes in your sales model, if there was any planned or unplanned turnover? And then just a quick reminder on how long you usually think of it takes rep to ramp to productivity?

**Duston M. Williams**
*Chief Financial Officer*

Sure. There's always obviously churn in anybody's sales force. So that number was obviously bigger than 50. So -- but if you look at the attrition rates over the last 4 quarters, they have moved around here and there, but they have been basically on a direct quota-carrying rep pretty flat when you annualize those over a trended 4-quarter period there. And then on a rep, again, depending on the rep, but an average rep, 4 quarters roughly, after 4 quarters during the fourth quarter there. And then if you are global account manager or something like that, clearly a little bit longer as those sales cycles are longer.

**Operator**

Your next question come from Simon Leopold from Raymond James.

**Simon Matthew Leopold**
*Raymond James & Associates, Inc., Research Division*

I wanted to ask about the revenue forecast for the July quarter. Specifically, I'm noticing a broader range, the $30 million range that you've offered. In the past, it's been typically around $10 million, sometimes a small size, sometimes $15 million, but a bigger range. Just could you help us understand what you're thinking and what are the levers that could make it towards the high end versus the low end? And why this is a broader range than we've heard from you in the past?

**Duston M. Williams**
*Chief Financial Officer*

Sure. I mean we just went through a lot of that with subscription. And some of the unknowns that have come with that, some volatility that has been associated with that. So we clearly thought that a bigger range was much more prudent based on what we're seeing there.

So your question of what can swing that, big deals obviously solve a lot of issues. And there's no shortage of big deals. It looks interesting for Q4. It looks interesting for Q1, but we have to close those deals and things like that. But it is around big deals. And then continuing to get a healthy pipeline. Obviously that has to happen quarter-over-quarter, and we've got 1 quarter out of the chute and we've got some pretty good results that we were very happy with for Q3.

**Simon Matthew Leopold**
*Raymond James & Associates, Inc., Research Division*

That makes sense. Could you maybe help us understand perhaps the duration or how long it typically takes to close the big deals versus the smaller deals to maybe give a little bit of perspective around the delta of the close time?

**Dheeraj Pandey**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Co-Founder, Chairman & CEO*

You mean the pipeline's color itself?

**Simon Matthew Leopold**
*Raymond James & Associates, Inc., Research Division*

Yes, so I would tend to think that it would take longer to close a large deal, that the sales cycles are just simply a longer process on large deals given the complexity, maybe the buying patterns of those bigger customers, I assume are different. So I'm imagining that, that's part of it, but I'm trying to understand if that's -- if I'm really leaping to too big a conclusion there?

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Well, compared to 3-tier, it's very different. We've gotten to customers with $15 million of spend in 18 months, but not in a single chunk, but we do it like maybe the first deal will come in 3 to 5 months with a $0.5 million deal and then it grew to $2 million and $4 million. In fact, even one of the large deals last quarter came over like 6 or 8 deals. And that's the way I think the value of the scale-out architecture is such that we don't have to really be all about selling a big refrigerator or a big mainframe like hardware or something.

So that's very helpful. And that's the way we've actually gone and built trust with our large customers. But as it gets to these same customers going and doing very, very large EPAs or ELAs, that's when we start to bring in financial selling concepts and total cost of ownership and many of these things that are really about understanding the commercial aspects of the company and the transaction rather than the technical aspects of the company and the transaction.

**Simon Matthew Leopold**
*Raymond James & Associates, Inc., Research Division*

That's helpful. And just as a follow-up. On the partnership with HP Enterprise, my understanding is that the company is still leading with its own SimpliVity-based solution and then essentially partnering with you when the opportunities arise and present themselves. Do you see that you are getting in a better position as the lead sale for HPE or simply a partnership when customers are seeking Nutanix with the HP servers?

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

So obviously our stack in the product portfolio is very different. This is really a compete with VMware more than anything else. The core Essentials enterprise are not what SimpliVity is. And so if the HP sellers need to go and really talk about modernizing infrastructure, including the hypervisor software and building a private cloud with orchestration and automation and software-defined filers and microsegmentation and operations management, that's Essentials. And then obviously there is the enterprise services we have.

So I think at the end of the day, it's really apples to oranges. I think the use cases are different and the workloads are different and the size of the enterprise or mid-market is actually also very different from the 2 companies.

**Operator**

Your next question comes from Erik Suppiger from JMP.

**Erik Loren Suppiger**
*JMP Securities LLC, Research Division*

Yes, you had noted that 23% of your deals have more than HCI in them. Give us some context on what that has been historically?

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So maybe about -- until about a year ago, a lot of it was Prism Pro, which is our operations management software, and we ceded this. This is the oldest of the new guard in some sense because we ceded Prism Pro almost 4 years ago. And now, increasingly, I think in the last 12 months I would say and more so in the last 6 months than ever before, there's new products like files and files as a system of record as opposed to system of engagement or intelligence. So we believe that files are a very large opportunity for us. And then with automation, which is a system of engagement for our automation orchestration,

Comm is actually becoming pretty successful as well. And Flow is a natural attach to AHV. So microsegmentation is -- you're saying, if we can make this very, very simple, then it doesn't have to be expensive 12-month professional services and rollout of a big kind when it can be done with a few clicks actually. So I think most of the Essentials portfolio actually is a relatively natural attach to the core, where with the core we talk about modernizing infrastructure and then with Essentials we go talk about building a private cloud itself. I think the Enterprise is still, I would say, more aspirational. We've done some good work with desktop-as-a-service and IoT and some of the other products, but I think, right now, most of the focus is on Essentials beyond the core.

**Erik Loren Suppiger**
*JMP Securities LLC, Research Division*

Can you give us a sense in those deals, how much contribution is coming from outside of HCI?

**Dheeraj Pandey**
*Co-Founder, Chairman & CEO*

We haven't broken it down, but in many accounts, like for example, a system integrator in India, where there was no way we could have gotten in without Comm. Comm was the reason why they actually opened up the whole discussion because they had to deliver it to developers.

Similarly, there are others. We talked about a deal last quarter that was -- not this quarter but the quarter before this, where one of the largest cafeteria companies in the world did $2.5 million, and it was actually led with IoT.

But I think by and large, I would say that 95-plus percent of the things are still around core. Let's go and modernize infrastructure, and then make it sticky and make it competitive because if you are only going and talking about a core alone, then many of these folks are saying what about the public cloud-like experience. And in that, it has to be beyond web-scale engineering and consumer grid design, which is what core is good at, web-scale engineering and consumer grid design. But on top of it, what if I have to really compare this to a public cloud experience, what if I needed to store application data, what if I really needed multisite operations management, which is what Prism Pro does among other things. And same thing at microsegmentation. So I think the discussion has become more richer with the large enterprises once we go and talk about the private cloud story.

**Operator**

And there are no further question at this time. I will turn the call back over to the presenters.

**Tonya Chin**
*Vice President of Corporate Communications & IR*

Thank you so much for joining us today, you guys. We hope to see you at the 3 conferences that we're at in June and look forward to speaking to you next quarter.

**Operator**
This concludes today's conference call. You may now disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

# EXHIBIT 4



| | |
|---|---|
| **Company:** | NUTANIX, INC. |
| **Document:** | 8-K (Items: 2.02, 9.01) · 02/28/2019 |
| **Section:** | Entire Document |
| **File Number:** | 001-37883 |
| **Pages:** | 3 |

5/19/2020 1:03:40 PM

Intelligize, Inc.    info@intelligize.com    1-888-925-8627

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

### CURRENT REPORT
**Pursuant to Section 13 or 15(d) of
The Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported)

**February 28, 2019**

# NUTANIX, INC.
(Exact name of registrant as specified in its charter)

| **Delaware** | **001-37883** | **27-0989767** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**1740 Technology Drive, Suite 150
San Jose, California 95110**
(Address of principal executive offices, including zip code)

**(408) 216-8360**
(Registrant's telephone number, including area code)

**Not Applicable**
(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02. Results of Operations and Financial Condition**

On February 28, 2019, Nutanix, Inc. (the "Company") issued a press release announcing the Company's financial results for its second fiscal quarter ended January 31, 2019. A copy of the Company's press release is attached hereto as Exhibit 99.1.

The information in this Form 8-K (including Exhibit 99.1) shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or incorporated by reference in any filing under the Securities Act of 1933, as amended, except as expressly set forth by specific reference in such a filing.

**Item 9.01. Financial Statements and Exhibits.**

(d) Exhibits.

| Exhibit Number | Description |
|---|---|
| 99.1 | Press release issued by Nutanix, Inc. on February 28, 2019 |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

|                                   | **NUTANIX, INC.**          |
|-----------------------------------|----------------------------|
| Date:   February 28, 2019         | By: */s/ Duston M. Williams* |
|                                   | Duston M. Williams         |
|                                   | Chief Financial Officer    |

**EXHIBIT INDEX**

| Exhibit Number | Description |
| --- | --- |
| 99.1 | Press release issued by Nutanix, Inc. on February 28, 2019 |

**Exhibit 99.1**

### Nutanix Reports Second Quarter Fiscal 2019 Financial Results

#### *--Continued Shift to Recurring Revenue Model with 57% of Billings from Subscriptions*

#### *--Subscription Revenue Up 112% YoY to $157 Million*

#### *--21% of Deals Include Offerings Beyond Core HCI[1]*

#### *--Record AHV adoption of 40%[1]*

SAN JOSE, Calif.--(BUSINESS WIRE)--February 28, 2019--Nutanix, Inc. (NASDAQ: NTNX), a leader in enterprise cloud computing, today announced financial results for its second quarter of fiscal 2019, ended January 31, 2019.

**Q2 Fiscal 2019 Financial Highlights**

- **Revenue:** $335.4 million (at 76.8% non-GAAP gross margin), up from $286.7 million (at 63.5% non-GAAP gross margin) in the second quarter of fiscal 2018

- **Billings:** $413.4 million, up from $355.9 million in the second quarter of fiscal 2018

- **Software and Support Revenue:** $297.4 million, growing 42% year-over-year from $208.7 million in the second quarter of fiscal 2018

- **Software and Support Billings:** $375.5 million, growing 37% year-over-year from $274.5 million in the second quarter of fiscal 2018

- **Gross Margin:** GAAP gross margin of 74.4%, up from 62.2% in the second quarter of fiscal 2018; Non-GAAP gross margin of 76.8%, up from 63.5% in the second quarter of fiscal 2018

- **Net Loss:** GAAP net loss of $122.8 million, compared to a GAAP net loss of $62.6 million in the second quarter of fiscal 2018; Non-GAAP net loss of $40.4 million, compared to a non-GAAP net loss of $23.2 million in the second quarter of fiscal 2018

- **Net Loss Per Share:** GAAP net loss per share of $0.68, compared to a GAAP net loss per share of $0.39 in the second quarter of fiscal 2018; Non-GAAP net loss per share of $0.23, compared to a non-GAAP net loss per share of $0.14 in the second quarter of fiscal 2018

- **Cash and Short-term Investments:** $965.9 million, up from $918.3 million in the second quarter of fiscal 2018

- **Deferred Revenue:** $779.9 million, up 63% from the second quarter of fiscal 2018

- **Operating Cash Flow:** $38.5 million, compared to $46.4 million in the second quarter of fiscal 2018

- **Free Cash Flow:** Use of $4.1 million, compared to the generation of $32.4 million in the second quarter of fiscal 2018

Reconciliations between GAAP and non-GAAP financial measures and key performance measures are provided in the tables of this press release.

"Our product portfolio is coming together really well as we double down on simplicity and reliability. On a trailing four quarter basis, Q2 saw a record 40 percent adoption of AHV, and 21 percent of deals included Essentials and Enterprise product offerings beyond the Core," said Dheeraj Pandey, Chairman, Founder and CEO of Nutanix. "We also saw growing momentum toward a recurring revenue model, delivering 57 percent of billings from subscriptions this quarter. And we are also pleased to announce the promotion of Chris Kaddaras to lead our sales organization in the Americas region in addition to his existing EMEA responsibilities."

"We were pleased with our large deal activity and our progress in moving toward a subscription model," said Duston Williams, CFO of Nutanix. "Looking ahead, our third quarter guidance reflects the impact of inadequate marketing spending for pipeline generation and slower than expected sales hiring. We took a critical look at these areas and have taken actions to address them."

**Recent Company Highlights**

- **Expanded Customer Base:** Nutanix ended Q2 FY'19 with 12,410 end-customers, adding 920 new end-customers during the quarter. Customer wins included Apache Corporation, GS Energy Corporation, Harris Corporation, IHG, Komatsu America Corp., and Nedbank.

- **Continued Momentum in $1 Million+ Customers:** Our number of customers with at least $1 million in lifetime spend reached 779 during Q2 FY'19, growing 44% year-over-year. Six customers purchased at least $5 million of products and services during the quarter as they continued their datacenter modernization journey with Nutanix.

- **Launched "You Decide" Campaign to Expand Brand Reach into Market:** This new campaign promotes expanded customer choice in server vendor, hypervisor and cloud provider. It is designed to increase lead generation returns by highlighting the financial, operational and personal benefits of the Nutanix platform.

- **Received 2018 Product of the Year for Nutanix Era:** CRN honored Nutanix Era as the winner of the publication's Hyperconverged Infrastructure category for its 2018 Product of the Year Awards. This award recognizes products and services that demonstrate best-in-breed technological innovation, financial opportunity for partners, and customer demand.

- **Recognized by Forbes on its Just 100:** Forbes recognized Nutanix on its Just 100 list, which honors America's best corporate citizens among the Russell 1000 based on positive employee treatment, customer treatment and job creation.

- **Named a Leader in the Gartner Magic Quadrant for Hyperconverged Infrastructure[2]:** Nutanix believes its placement as a Leader for the second time in a row is strong validation of its continued dominance in the market it pioneered and its vision to deliver a true hybrid cloud experience so IT teams can seamlessly deliver applications across platforms.

**Q3 Fiscal 2019 Financial Outlook**

For the third quarter of fiscal 2019, Nutanix expects:

- Revenue between $290 million and $300 million;

- Billings between $360 million and $370 million;

- Non-GAAP gross margin between 75% and 76%;

- Non-GAAP operating expenses between $330 million and $340 million; and

- Non-GAAP net loss per share of approximately $0.60, using approximately 183 million weighted shares outstanding

[1]*Based on a trailing four-quarter average.*

[2]*The Gartner reference(s) described herein, (the "Gartner Reference(s)") represent(s) research opinion or viewpoints published, as part of a syndicated subscription service, by Gartner, Inc. ("Gartner"), and are not representations of fact. Each Gartner Reference speaks as of its original publication date (and not as of the date of this press release) and the opinions expressed in the Gartner Reference(s) are subject to change without notice. Gartner does not endorse any vendor, product or service depicted in its research publications, and does not advise technology users to select only those vendors with the highest ratings or other designation. Gartner research publications consist of the opinions of Gartner's research organization and should not be construed as statements of fact. Gartner disclaims all warranties, expressed or implied, with respect to this research, including any warranties of merchantability or fitness for a particular purpose.*

Supplementary materials to this earnings release, including the company's second quarter fiscal 2019 investor presentation, can be found at https://ir.nutanix.com/company/financial.

All forward-looking non-GAAP financial measures contained in the section titled "Q3 Fiscal 2019 Financial Outlook" exclude stock-based compensation expense and amortization of intangible assets and may also exclude, as applicable, other special items. The company has not reconciled guidance for billings, non-GAAP gross margin, non-GAAP operating expenses and non-GAAP loss per share to their most directly comparable GAAP measures because such items that impact these measures are not within its control and are subject to constant change. While the actual amounts of such items will have a significant impact on the company's billings, non-GAAP gross margin, non-GAAP operating expenses and non-GAAP loss per share, a reconciliation of the non-GAAP financial measure guidance to the corresponding GAAP measures is not available without unreasonable effort.

**Webcast and Conference Call Information**

Nutanix executives will discuss the company's second quarter fiscal 2019 financial results on a conference call at 4:30 p.m. Eastern Time/1:30 p.m. Pacific Time today. To listen to the call via telephone, dial 1-833-227-5841 in the United States or 1-647-689-4068 from outside the United States. The conference ID is 6887822. This call will be webcast live and available to all interested parties on our Investor Relations website at ir.nutanix.com. Shortly after the conclusion of the conference call, a replay of the audio webcast will be available on the Nutanix Investor Relations website. A telephonic replay will be available for one week by calling 1-800-585-8367 or 1-416-621-4642, and entering the conference ID 6887822.

**Non-GAAP Financial Measures and Other Key Performance Measures**

To supplement our condensed consolidated financial statements, which are prepared and presented in accordance with GAAP, we use the following non-GAAP financial and other key performance measures: billings, non-GAAP gross margin, non-GAAP operating expenses, non-GAAP net loss, non-GAAP net loss per share, free cash flow, software and support revenue, software and support billings, and subscription and professional services billings. In computing these non-GAAP financial measures and key performance measures, we exclude certain items such as stock-based compensation and the related income tax impact, costs associated with our acquisitions (such as amortization of acquired intangible assets, revaluation of contingent consideration, income tax-related impact, and other acquisition-related costs), amortization of debt discount and issuance costs, other non-recurring transactions and the related tax impact, and the revenue and billings associated with pass-through hardware sales. Billings is a performance measure which our management believes provides useful information to investors because it represents the amounts under binding purchase orders received by us during a given period that have been billed, and we calculate billings by adding the change in deferred revenue between the start and end of the period to total revenue recognized in the same period. Free cash flow is a performance measure that our management believes provides useful information to management and investors about the amount of cash generated by the business after necessary capital expenditures, and we define free cash flow as net cash (used in) provided by operating activities less purchases of property and equipment. Non-GAAP gross margin, non-GAAP operating expenses, non-GAAP net loss, and non-GAAP net loss per share are financial measures which our management believes provide useful information to investors because they provide meaningful supplemental information regarding our performance and liquidity by excluding certain expenses and expenditures such as stock-based compensation expense that may not be indicative of our ongoing core business operating results. Software and support revenue and software and support billings are performance measures that our management believes provide useful information to our management and investors as it allows us to better track the true growth of our software business by excluding the amounts attributable to the pass-through hardware sales that we use to deliver our solutions. Subscription and professional services billings are performance measures that our management believes provide useful information to our management and investors as it allows us to better track the growth of the subscription-based portion of our business, which is a critical part of our business plan. We use these non-GAAP financial and key performance measures for financial and operational decision-making and as a means to evaluate period-to-period comparisons. However, these non-GAAP financial and key performance measures have limitations as analytical tools and you should not consider them in isolation or as substitutes for analysis of our results as reported under GAAP. Billings, non-GAAP gross margin, non-GAAP operating expenses, non-GAAP net loss, non-GAAP net loss per share, and free cash flow are not substitutes for total revenue, gross margin, operating expenses, net loss, net loss per share, or net cash (used in) provided by operating activities, respectively, software and support revenue and software and support billings are not substitutes for total revenue, and subscription and professional services billings are not a substitute for subscription and professional services revenue. In addition, other companies, including companies in our industry, may calculate non-GAAP financial measures and key performance measures differently or may use other measures to evaluate their performance, all of which could reduce the usefulness of our non-GAAP financial measures and key performance measures as tools for comparison. We urge you to review the reconciliation of our non-GAAP financial measures and key performance measures to the most directly comparable GAAP financial measures included below in the tables captioned "Reconciliation of Revenue to Billings," "Disaggregation of Revenue and Billings," "Reconciliation of Subscription and Professional Services Revenue to Subscription and Professional Services Billings," "Reconciliation of Software and Support Revenue to Software and Support Billings," "Reconciliation of GAAP to Non-GAAP Profit Measures," and "Reconciliation of GAAP Net Cash Provided By Operating Activities to Non-GAAP Free Cash Flow," and not to rely on any single financial measure to evaluate our business.

**Forward-Looking Statements**

This press release contains express and implied forward-looking statements, including, but not limited to, statements regarding our business plans and objectives, the benefits and capabilities of our platform, products, services and technology, our continued investment in talent, technology, and marketing, our plans and timing for, and the success and impact of, our transition to a subscription-based and recurring revenue business model, any impact of the actions we have undertaken to address inadequate marketing spending for pipeline generation and slower than expected sales hiring, and anticipated future financial results, including but not limited to our guidance on estimated revenues, billings, non-GAAP gross margin, non-GAAP operating expenses and non-GAAP net loss per share for future fiscal periods. These forward-looking statements are not historical facts and instead are based on our current expectations, estimates, opinions, and beliefs. Consequently, you should not rely on these forward-looking statements. The accuracy of such forward-looking statements depends upon future events and involves risks, uncertainties, and other factors beyond our control that may cause these statements to be inaccurate and cause our actual results, performance or achievements to differ materially and adversely from those anticipated or implied by such statements, including, among others: failure to develop, or unexpected difficulties or delays in developing, new products, services, product features or technology in a timely or cost-effective basis; delays in or lack of customer or market acceptance of our new products, services, product features or technology; delays in the transition to focus primarily on software-only transactions and a subscription-based and recurring revenue business model; failure of the actions we have undertaken to address inadequate marketing spending for pipeline generation and slower than expected sales hiring to yield the results we expect; the rapid evolution of the markets in which we compete; our ability to sustain or manage future growth effectively; factors that could result in the significant fluctuation of our future quarterly operating results, including, among other things, anticipated changes to our revenue and product mix which will slow revenue growth during such transition and make forecasting future performance more difficult, the timing and magnitude of orders, shipments and acceptance of our solutions in any given quarter, our ability to attract new and retain existing end-customers, changes in the pricing of certain components of our solutions, and fluctuations in demand and competitive pricing pressures for our solutions; the introduction, or acceleration of adoption of, competing solutions, including public cloud infrastructure; and other risks detailed in our quarterly report on Form 10-Q for the fiscal quarter ended October 31, 2018, filed with the SEC on December 10, 2018. Additional information will also be set forth in our Form 10-Q that will be filed for the quarter ended January 31, 2019, which should be read in conjunction with these financial results. Our SEC filings are available on the Investor Relations section of the company's website at ir.nutanix.com and on the SEC's website at www.sec.gov. These forward-looking statements speak only as of the date of this press release and, except as required by law, we assume no obligation to update forward-looking statements to reflect actual results or subsequent events or circumstances.

**About Nutanix**

Nutanix is a global leader in cloud software and hyperconverged infrastructure solutions, making infrastructure invisible so that IT can focus on the applications and services that power their business. Companies around the world use Nutanix Enterprise Cloud OS platform to bring one-click application management and mobility across public, private and distributed edge clouds so they can run any application at any scale with a dramatically lower total cost of ownership. The result is organizations that can rapidly deliver a high-performance IT environment on demand, giving application owners a true cloud-like experience. Learn more at www.nutanix.com or follow us on Twitter @nutanix.

© 2019 Nutanix, Inc. All rights reserved. Nutanix, the Nutanix logo, Nutanix Era, and all product and service names mentioned herein are registered trademarks or trademarks of Nutanix, Inc. in the United States and other countries. All other brand names mentioned herein are for identification purposes only and may be the trademarks of their respective holder(s).

**NUTANIX, INC.**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(Unaudited)**

| | As of | | | |
|---|---|---|---|---|
| | **July 31, 2018** | | **January 31, 2019** | |
| | (in thousands) | | | |
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 305,975 | $ | 466,010 |
| Short-term investments | | 628,328 | | 499,915 |
| Accounts receivable, net | | 258,289 | | 247,600 |
| Deferred commissions-current | | 33,691 | | 36,934 |
| Prepaid expenses and other current assets | | 36,818 | | 49,456 |
| Total current assets | | 1,263,101 | | 1,299,915 |
| Property and equipment, net | | 85,111 | | 125,924 |
| Deferred commissions-non-current | | 80,688 | | 93,100 |
| Intangible assets, net | | 45,366 | | 75,473 |
| Goodwill | | 87,759 | | 184,819 |
| Other assets-non-current | | 37,855 | | 41,907 |
| Total assets | $ | 1,599,880 | $ | 1,821,138 |
| **Liabilities and Stockholders' Equity** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 65,503 | $ | 69,045 |
| Accrued compensation and benefits | | 85,398 | | 86,460 |
| Accrued expenses and other current liabilities | | 31,682 | | 16,424 |
| Deferred revenue-current | | 275,648 | | 337,424 |
| Total current liabilities | | 458,231 | | 509,353 |
| Deferred revenue-non-current | | 355,559 | | 442,435 |
| Convertible senior notes, net | | 429,598 | | 444,012 |
| Other liabilities-non-current | | 29,713 | | 39,807 |
| Total liabilities | | 1,273,101 | | 1,435,607 |
| Stockholders' equity: | | | | |
| Common stock | | 4 | | 4 |
| Additional paid-in capital | | 1,355,907 | | 1,630,834 |
| Accumulated other comprehensive loss | | (1,002 ) | | (149 ) |
| Accumulated deficit | | (1,028,130 ) | | (1,245,158 ) |
| Total stockholders' equity | | 326,779 | | 385,531 |
| Total liabilities and stockholders' equity | $ | 1,599,880 | $ | 1,821,138 |

**NUTANIX, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(Unaudited)**

| | Three Months Ended January 31, | | Six Months Ended January 31, | |
|---|---|---|---|---|
| | 2018 | 2019 | 2018 | 2019 |
| | (in thousands, except share and per share data) | | | |
| Revenue: | | | | |
| Product | $ 223,170 | $ 236,932 | $ 442,222 | $ 461,278 |
| Support, entitlements and other services | 63,574 | 98,428 | 120,074 | 187,365 |
| Total revenue | 286,744 | 335,360 | 562,296 | 648,643 |
| Cost of revenue: | | | | |
| Product [1][2] | 83,217 | 45,966 | 168,379 | 85,227 |
| Support, entitlements and other services [1] | 25,311 | 40,016 | 48,771 | 74,861 |
| Total cost of revenue | 108,528 | 85,982 | 217,150 | 160,088 |
| Gross profit | 178,216 | 249,378 | 345,146 | 488,555 |
| Operating expenses: | | | | |
| Sales and marketing [1][2] | 151,201 | 213,707 | 296,606 | 410,204 |
| Research and development [1] | 70,924 | 123,037 | 135,436 | 233,568 |
| General and administrative [1] | 15,948 | 28,788 | 32,000 | 56,127 |
| Total operating expenses | 238,073 | 365,532 | 464,042 | 699,899 |
| Loss from operations | (59,857 ) | (116,154 ) | (118,896 ) | (211,344 ) |
| Other expense, net | (861 ) | (4,399 ) | (1,050 ) | (7,102 ) |
| Loss before provision for (benefit from) income taxes | (60,718 ) | (120,553 ) | (119,946 ) | (218,446 ) |
| Provision for (benefit from) income taxes | 1,913 | 2,210 | 4,172 | (1,418 ) |
| Net loss | $ (62,631 ) | $ (122,763 ) | $ (124,118 ) | $ (217,028 ) |
| Net loss per share attributable to Class A and Class B common stockholders-basic and diluted | $ (0.39 ) | $ (0.68 ) | $ (0.78 ) | $ (1.22 ) |
| Weighted average shares used in computing net loss per share attributable to Class A and Class B common stockholders-basic and diluted | 161,737,428 | 179,444,648 | 159,251,964 | 177,428,029 |

_____

(1)    Includes the following stock-based compensation expense:

| | Three Months Ended January 31, | | Six Months Ended January 31, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2019 | 2018 | 2019 |
| | (in thousands) | | | |
| Product cost of revenue | $ 684 | $ 872 | $ 1,254 | $ 1,570 |
| Support, entitlements and other services cost of revenue | 2,133 | 3,373 | 4,205 | 6,530 |
| Sales and marketing | 15,942 | 23,462 | 29,708 | 46,068 |
| Research and development | 17,023 | 34,679 | 32,565 | 65,688 |
| General and administrative | 6,229 | 10,179 | 9,794 | 18,634 |
| Total stock-based compensation expense | $ 42,011 | $ 72,565 | $ 77,526 | $ 138,490 |

_____

(2)    Includes the following amortization of intangible assets:

| | Three Months Ended January 31, | | Six Months Ended January 31, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2019 | 2018 | 2019 |
| | (in thousands) | | | |
| Product cost of sales | $ 1,164 | $ 3,692 | $ 2,059 | $ 6,860 |
| Sales and marketing | 192 | 666 | 403 | 1,216 |
| Total amortization of intangible assets | $ 1,356 | $ 4,358 | $ 2,462 | $ 8,076 |

**NUTANIX, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(Unaudited)**

| | Six Months Ended January 31, | |
|---|---|---|
| | **2018** | **2019** |
| | (in thousands) | |
| **Cash flows from operating activities:** | | |
| Net loss | $ (124,118 ) | $ (217,028 ) |
| Adjustments to reconcile net loss to net cash provided by operating activities: | | |
| Depreciation and amortization | 23,015 | 35,005 |
| Stock-based compensation | 77,526 | 138,490 |
| Amortization of debt discount and debt issuance costs | 738 | 14,415 |
| Change in fair value of contingent consideration | (3,955 ) | (795 ) |
| Other | 141 | (1,121 ) |
| Changes in operating assets and liabilities: | | |
| Accounts receivable, net | (490 ) | 13,579 |
| Deferred commissions | (26,101 ) | (15,655 ) |
| Prepaid expenses and other assets [1] | (2,832 ) | (16,495 ) |
| Accounts payable | (16,560 ) | 7,554 |
| Accrued compensation and benefits | 17,789 | 1,062 |
| Accrued expenses and other liabilities | 2,415 | (19,029 ) |
| Deferred revenue | 108,944 | 148,332 |
| Net cash provided by operating activities [1] | 56,512 | 88,314 |
| **Cash flows from investing activities:** | | |
| Maturities of investments | 84,927 | 297,596 |
| Purchases of investments | (183,102 ) | (167,066 ) |
| Purchases of property and equipment | (31,993 ) | (72,383 ) |
| Payment for an acquisition, net of cash and restricted cash acquired | - | (18,662 ) |
| Net cash (used in) provided by investing activities | (130,168 ) | 39,485 |
| **Cash flows from financing activities:** | | |
| Proceeds from sales of shares through employee equity incentive plans, net of repurchases | 36,819 | 33,364 |
| Payment of debt in conjunction with an acquisition | - | (991 ) |
| Proceeds from issuance of convertible senior notes, net | 564,219 | (75 ) |
| Proceeds from issuance of warrants | 87,975 | - |
| Payments for the cost of convertible note hedges | (143,175 ) | - |
| Payments of offering costs | (85 ) | - |
| Net cash provided by financing activities | 545,753 | 32,298 |
| Net increase in cash, cash equivalents and restricted cash [1] | $ 472,097 | $ 160,097 |
| Cash, cash equivalents and restricted cash-beginning of period [1] | 139,497 | 307,098 |
| Cash, cash equivalents and restricted cash-end of period [1] | $ 611,594 | $ 467,195 |
| Restricted cash [1] [2] | 1,148 | 1,185 |
| Cash and cash equivalents-end of period | $ 610,446 | $ 466,010 |
| **Supplemental disclosures of cash flow information:** | | |
| Cash paid for income taxes | $ 4,077 | $ 24,023 |
| **Supplemental disclosures of non-cash investing and financing information:** | | |
| Issuance of common stock for business combinations | $ - | $ 102,978 |
| Purchases of property and equipment included in accounts payable and accrued liabilities | $ 4,673 | $ 9,026 |
| Vesting of early exercised stock options | $ 435 | $ 120 |
| Convertible notes issuance costs included in accounts payable and accrued liabilities | $ 707 | $ - |

_____

(1)  During the first quarter of fiscal 2019, we adopted Accounting Standards Update (ASU) No. 2016-18, which requires that the statement of cash flows explain the change during the period in the total of cash, cash equivalents and restricted cash. We adopted the standard retrospectively for the prior period presented. Our adoption of ASU 2016-18 did not have any significant impact on our consolidated statement of cash flows.

(2)  Included within other assets-non-current in the condensed consolidated balance sheets.

**NUTANIX, INC.**
**Reconciliation of Revenue to Billings**
**(Unaudited)**

| | Three Months Ended January 31, | | Six Months Ended January 31, | |
|---|---|---|---|---|
| | 2018 | 2019 | 2018 | 2019 |
| | (in thousands) | | | |
| Total revenue | $ 286,744 | $ 335,360 | $ 562,296 | $ 648,643 |
| Change in deferred revenue, net of acquisitions [1] | 69,156 | 78,059 | 108,944 | 148,332 |
| Total billings | $ 355,900 | $ 413,419 | $ 671,240 | $ 796,975 |

_____

(1)  Amount for the six months ended January 31, 2019 excludes approximately $0.3 million of deferred revenue assumed in the Frame acquisition.

**Disaggregation of Revenue and Billings**
**(Unaudited)**

| | Three Months Ended January 31, | | Six Months Ended January 31, | |
|---|---|---|---|---|
| | 2018 | 2019 | 2018 | 2019 |
| | (in thousands) | | | |
| **Disaggregation of Revenue:** | | | | |
| Subscription | $ 74,187 | $ 157,356 | $ 136,563 | $ 284,332 |
| Non-portable software | 129,210 | 131,621 | 256,107 | 278,191 |
| Hardware | 77,999 | 37,919 | 158,837 | 70,466 |
| Professional services | 5,348 | 8,464 | 10,789 | 15,654 |
| Total revenue | $ 286,744 | $ 335,360 | $ 562,296 | $ 648,643 |
| **Disaggregation of Billings:** | | | | |
| Subscription | $ 136,577 | $ 233,616 | $ 235,479 | $ 428,380 |
| Non-portable software | 130,997 | 131,621 | 257,894 | 278,191 |
| Hardware | 81,387 | 37,919 | 162,225 | 70,466 |
| Professional services | 6,939 | 10,263 | 15,642 | 19,938 |
| Total billings | $ 355,900 | $ 413,419 | $ 671,240 | $ 796,975 |

*Subscription* - Subscription revenue is generated from the sales of software entitlement and support subscriptions, separately purchased software term-based licenses and cloud-based Software as a Service, or SaaS offerings. We recognize revenue from software entitlement and support subscriptions and SaaS offerings ratably over the contractual service period, while revenue from our separately purchased software term-based licenses is generally recognized upon transfer of control to the customer, which is when we make the software available to our customers.

*Non-portable software* - Non-portable software revenue includes sales of our software operating system when delivered on a configured to order appliance by us, or one of our OEM partners. The software licenses associated with these sales are typically non-portable and have a term equal to the life of the appliance it is delivered on. Revenue from our non-portable software products is generally recognized upon transfer of control to the customer.

*Hardware* - In transactions where we deliver the hardware appliance, we consider ourselves to be the principal in the transaction and we record revenue and costs of goods sold on a gross basis. We consider the amount allocated to hardware revenue to be equivalent to the cost of the hardware procured. Hardware revenue is generally recognized upon transfer of control to the customer.

*Professional services* - We also sell professional services with our products. We recognize revenue related to professional services as they are performed.

**NUTANIX, INC.**
**Reconciliation of Subscription and Professional Services Revenue to Subscription and Professional Services Billings**
**(Unaudited)**

| | Three Months Ended January 31, | | Six Months Ended January 31, | |
|---|---|---|---|---|
| | 2018 | 2019 | 2018 | 2019 |
| | (in thousands) | | | |
| Subscription revenue | $ 74,187 | $ 157,356 | $ 136,563 | $ 284,332 |
| Change in subscription deferred revenue, net of acquisitions [1] | 62,390 | 76,260 | 98,916 | 144,048 |
| Subscription billings | $ 136,577 | $ 233,616 | $ 235,479 | $ 428,380 |
| Professional services revenue | $ 5,348 | $ 8,464 | $ 10,789 | $ 15,654 |
| Change in professional services deferred revenue | 1,591 | 1,799 | 4,853 | 4,284 |
| Professional services billings | $ 6,939 | $ 10,263 | $ 15,642 | $ 19,938 |

_____

(1)  Amount for the six months ended January 31, 2019 excludes approximately $0.3 million of deferred revenue assumed in the Frame acquisition.

**Reconciliation of Software and Support Revenue to Software and Support Billings**
**(Unaudited)**

| | Three Months Ended January 31, | | Six Months Ended January 31, | |
|---|---|---|---|---|
| | 2018 | 2019 | 2018 | 2019 |
| | (in thousands) | | | |
| Software revenue | $ 145,171 | $ 199,013 | $ 283,385 | $ 390,812 |
| Hardware revenue | 77,999 | 37,919 | 158,837 | 70,466 |
| Product revenue | 223,170 | 236,932 | 442,222 | 461,278 |
| Support, entitlements and other services revenue | 63,574 | 98,428 | 120,074 | 187,365 |
| Total revenue | $ 286,744 | $ 335,360 | $ 562,296 | $ 648,643 |
| Total software and support revenue [3] | $ 208,745 | $ 297,441 | $ 403,459 | $ 578,177 |
| Change in software and support deferred revenue, net of acquisitions [1][2] | 65,765 | 78,059 | 105,553 | 148,332 |
| Software and support billings [3] | $ 274,510 | $ 375,500 | $ 509,012 | $ 726,509 |

_____

(1)  Amount for the six months ended January 31, 2019 excludes approximately $0.3 million of deferred revenue assumed in the Frame acquisition.

(2)  Approximately $3.4 million of hardware was included in deferred revenue as of January 31, 2018.

(3)  Software and support revenue and billings include software and support, entitlements and other services revenue and billings.

**NUTANIX, INC.**
**Reconciliation of GAAP to Non-GAAP Profit Measures**
**(Unaudited)**

| | GAAP Three Months Ended January 31, 2019 | Non-GAAP Adjustments | | | | | | Non-GAAP Three Months Ended January 31, 2019 |
|---|---|---|---|---|---|---|---|---|
| | | (1) | (2) | (3) | (4) | (5) | (6) | |
| | | (in thousands, except share and per share data) | | | | | | |
| Gross profit | $ 249,378 | $ 4,245 | $ 3,692 | $ - | $ 163 | $ - | $ - | $ 257,478 |
| Gross margin | 74.4 % | 1.3 % | 1.1 % | - | - | - | - | 76.8 % |
| Operating expenses: | | | | | | | | |
| Sales and marketing | 213,707 | (23,462 ) | (666 ) | - | - | - | - | 189,579 |
| Research and development | 123,037 | (34,679 ) | - | - | - | - | - | 88,358 |
| General and administrative | 28,788 | (10,179 ) | - | (40 ) | (4 ) | - | - | 18,565 |
| Total operating expenses | 365,532 | (68,320 ) | (666 ) | (40 ) | (4 ) | - | - | 296,502 |
| Loss from operations | (116,154 ) | 72,565 | 4,358 | 40 | 167 | - | - | (39,024 ) |
| Net loss | $ (122,763 ) | $ 72,565 | $ 4,358 | $ 40 | $ 167 | $ 7,267 | $ (2,044 ) | $ (40,410 ) |
| Weighted shares outstanding, basic and diluted | 179,444,648 | | | | | | | 179,444,648 |
| Net loss per share, basic and diluted | $ (0.68 ) | $ 0.40 | $ 0.02 | $ - | $ - | $ 0.04 | $ (0.01 ) | $ (0.23 ) |

_____

(1)    Stock-based compensation expense

(2)    Amortization of intangible assets

(3)    Acquisition-related costs

(4)    Other

(5)    Amortization of debt discount and issuance costs

(6)    Tax effect of a change in law

| | GAAP | Non-GAAP Adjustments | | | | | | | Non-GAAP |
| | Six Months Ended January 31, 2019 | (1) | (2) | (3) | (4) | (5) | (6) | (7) | Six Months Ended January 31, 2019 |
|---|---|---|---|---|---|---|---|---|---|
| | | (in thousands, except share and per share data) | | | | | | | |
| Gross profit | $ 488,555 | $ 8,100 | $ 6,860 | $ - | $ - | $ - | $ 163 | $ - | $ 503,678 |
| Gross margin | 75.3 % | 1.3 % | 1.1 % | - | - | - | - | - | 77.7 % |
| Operating expenses: | | | | | | | | | |
| Sales and marketing | 410,204 | (46,068 ) | (1,216 ) | - | - | - | - | - | 362,920 |
| Research and development | 233,568 | (65,688 ) | | - | - | - | - | - | 167,880 |
| General and administrative | 56,127 | (18,634 ) | | (521 ) | 795 | - | - | - | 37,767 |
| Total operating expenses | 699,899 | (130,390 ) | (1,216 ) | (521 ) | 795 | - | - | - | 568,567 |
| Loss from operations | (211,344 ) | 138,490 | 8,076 | 521 | (795 ) | - | 163 | - | (64,889 ) |
| Net loss | $ (217,028 ) | $ 138,490 | $ 8,076 | $ 521 | $ (795 ) | $ 14,415 | $ 163 | $ (7,904 ) | $ (64,062 ) |
| Weighted shares outstanding, basic and diluted | 177,428,029 | | | | | | | | 177,428,029 |
| Net loss per share, basic and diluted | $ (1.22 ) | $ 0.78 | $ 0.05 | $ - | $ - | $ 0.08 | $ - | $ (0.05 ) | $ (0.36 ) |

_____

(1)  Stock-based compensation expense

(2)  Amortization of intangible assets

(3)  Acquisition-related costs

(4)  Change in fair value of contingent consideration assumed in the PernixData acquisition

(5)  Amortization of debt discount and issuance costs

(6)  Other

(7)  Partial release of valuation allowance from acquisition and tax effect of a change in law

| | GAAP | Non-GAAP Adjustments | | | | | | Non-GAAP |
| | Three Months Ended January 31, 2018 | (1) | (2) | (3) | (4) | (5) | (6) | Three Months Ended January 31, 2018 |
|---|---|---|---|---|---|---|---|---|
| | (in thousands, except share and per share data) | | | | | | | |
| Gross profit | $   178,216 | $   2,817 | $ 1,164 | $        - | $     - | $     - | $     - | $   182,197 |
| Gross margin | 62.2 % | 0.9 % | 0.4 % | - | - | - | - | 63.5 % |
| Operating expenses: | | | | | | | | |
| Sales and marketing | 151,201 | (15,942 ) | (192 ) | - | - | - | - | 135,067 |
| Research and development | 70,924 | (17,023 ) | - | - | - | - | - | 53,901 |
| General and administrative | 15,948 | (6,229 ) | - | 4,237 | - | (528 ) | - | 13,428 |
| Total operating expenses | 238,073 | (39,194 ) | (192 ) | 4,237 | - | (528 ) | - | 202,396 |
| Loss from operations | (59,857 ) | 42,011 | 1,356 | (4,237 ) | - | 528 | - | (20,199 ) |
| Net loss | $   (62,631 ) | $ 42,011 | $ 1,356 | $ (4,237 ) | $ 738 | $ 528 | $ (940 ) | $   (23,175 ) |
| Weighted shares outstanding, basic and diluted | 161,737,428 | | | | | | | 161,737,428 |
| Net loss per share, basic and diluted | $        (0.39 ) | $   0.26 | $   0.01 | $   (0.03 ) | $ 0.01 | $ 0.01 | $ (0.01 ) | $        (0.14 ) |

_____

(1)   Stock-based compensation expense

(2)   Amortization of intangible assets

(3)   Change in fair value of contingent consideration assumed in the PernixData acquisition

(4)   Amortization of debt discount and debt issuance costs

(5)   Acquisition-related costs

(6)   Income tax effect primarily related to stock-based compensation expense

| | GAAP | Non-GAAP Adjustments | | | | | | Non-GAAP |
|---|---|---|---|---|---|---|---|---|
| | Six Months Ended January 31, 2018 | (1) | (2) | (3) | (4) | (5) | (6) | Six Months Ended January 31, 2018 |
| | | (in thousands, except share and per share data) | | | | | | |
| Gross profit | $ 345,146 | $ 5,459 | $ 2,059 | $ - | $ - | $ - | $ 352,664 |
| Gross margin | 61.4 % | 1.0 % | 0.3 % | - | | - | | 62.7 % |
| Operating expenses: | | | | | | | | |
| Sales and marketing | 296,606 | (29,708 ) | (403 ) | - | - | - | - | 266,495 |
| Research and development | 135,436 | (32,565 ) | - | - | - | - | - | 102,871 |
| General and administrative | 32,000 | (9,794 ) | - | 3,955 | - | (528 ) | - | 25,633 |
| Total operating expenses | 464,042 | (72,067 ) | (403 ) | 3,955 | - | (528 ) | - | 394,999 |
| Loss from operations | (118,896 ) | 77,526 | 2,462 | (3,955 ) | - | 528 | - | (42,335 ) |
| Net loss | $ (124,118 ) | $ 77,526 | $ 2,462 | $ (3,955 ) | $ 738 | $ 528 | $ (1,072 ) | $ (47,891 ) |
| Weighted shares outstanding, basic and diluted | 159,251,964 | | | | | | | 159,251,964 |
| Net loss per share, basic and diluted | $ (0.78 ) | $ 0.49 | $ 0.02 | $ (0.02 ) | $ - | $ - | $ (0.01 ) | $ (0.30 ) |

_____

(1) Stock-based compensation expense

(2) Amortization of intangible assets

(3) Change in fair value of contingent consideration assumed in the PernixData acquisition

(4) Amortization of debt discount and debt issuance costs

(5) Acquisition-related costs

(6) Income tax effect primarily related to stock-based compensation expense

**NUTANIX, INC.**
**Reconciliation of GAAP Net Cash Provided by Operating Activities to Non-GAAP Free Cash Flow**
**(Unaudited)**

| | Three Months Ended January 31, | | Six Months Ended January 31, | |
| | 2018 | 2019 | 2018 | 2019 |
|---|---|---|---|---|
| | (in thousands) | | | |
| Net cash provided by operating activities | $ 46,414 | $ 38,490 | $ 56,512 | $ 88,314 |
| Purchases of property and equipment | (14,028 ) | (42,551 ) | (31,993 ) | (72,383 ) |
| Free cash flow | $ 32,386 | $ (4,061 ) | $ 24,519 | $ 15,931 |

CONTACT:
**Investor Contact:**
Tonya Chin
408-560-2675
tonya@nutanix.com

**Media Contact:**
Kate Reed
973-534-9292
kreed@nutanix.com

# EXHIBIT 5



| | |
|---|---|
| **Company:** | NUTANIX, INC. |
| **Document:** | 8-K (Items: 2.02, 5.02, 9.01) · 05/30/2019 |
| **Section:** | Entire Document |
| **File Number:** | 001-37883 |
| **Pages:** | 3 |

4/24/2020 7:33:57 PM

Intelligize, Inc.    info@intelligize.com    1-888-925-8627

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

### CURRENT REPORT
### Pursuant to Section 13 or 15(d) of
### The Securities Exchange Act of 1934

Date of Report (Date of earliest event reported)

**May 28, 2019**

# NUTANIX, INC.
(Exact name of registrant as specified in its charter)

| **Delaware** | **001-37883** | **27-0989767** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**1740 Technology Drive, Suite 150**
**San Jose, California 95110**
(Address of principal executive offices, including zip code)

**(408) 216-8360**
(Registrant's telephone number, including area code)

**Not Applicable**
(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A Common Stock, $0.000025 par value per share | NTNX | NASDAQ Global Select Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02. Results of Operations and Financial Condition**

On May 30, 2019, Nutanix, Inc. (the "Company") issued a press release announcing the Company's financial results for its third fiscal quarter ended April 30, 2019. A copy of the Company's press release is attached hereto as Exhibit 99.1.

**Item 5.02. Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.**

*(b) Departure of Sunil Potti, Chief Product and Development Officer*

On May 28, 2019, Sunil Potti notified the Company that he will resign from his position as the Company's Chief Product and Development Officer to pursue another opportunity, effective June 21, 2019. The Company thanks Mr. Potti for his years of service to the Company.

*(d) Appointment of Brian Stevens to Nutanix Board of Directors*

On May 29, 2019, the Board of Directors of the Company (the "Board") approved the expansion of the size of the Board from eight (8) to nine (9) members and the appointment of Brian M. Stevens as a Class II director, where both actions are expected to be effective June 1, 2019. The Board determined that Mr. Stevens is an independent director under the applicable rules and regulations of the Securities and Exchange Commission ("SEC") and within the meaning of the NASDAQ Global Select Market's listing standards. There is no arrangement or understanding between Mr. Stevens and any other persons pursuant to which Mr. Stevens was selected as a director. Mr. Stevens does not have any direct or indirect material interest in any transaction required to be disclosed pursuant to Item 404(a) of Regulation S-K.

Mr. Stevens will receive the standard compensation and equity awards provided to non-employee directors of the Company and committee members for their service pursuant to the Company's Outside Director Compensation Policy, which was filed as Exhibit 10.4 to the Company's Quarterly Report on Form 10-Q for the fiscal quarter ended October 31, 2018 filed with the SEC on December 10, 2018. In addition, it is expected that Mr. Stevens will enter into the Company's standard form of director indemnification agreement, which was filed as Exhibit 10.1 to the Company's Registration Statement on Form S-1 filed with the SEC on December 22, 2015.

A copy of the Company's press release announcing Mr. Stevens' appointment is attached hereto as Exhibit 99.2.

The information in Item 2.02 of this Form 8-K and Exhibits 99.1 and 99.2 attached to this Form 8-K shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or incorporated by reference in any filing under the Securities Act of 1933, as amended, except as expressly set forth by specific reference in such a filing.

**Item 9.01. Financial Statements and Exhibits.**

(d) Exhibits.

| Exhibit Number | Description |
| --- | --- |
| 99.1 | Press release issued by Nutanix, Inc. on May 30, 2019 |
| 99.2 | Press release issued by Nutanix, Inc. on May 30, 2019 |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**NUTANIX, INC.**

Date:   May 30, 2019                                  By:  */s/ Duston M. Williams*

                                                             Duston M. Williams
                                                             Chief Financial Officer

**EXHIBIT INDEX**

| Exhibit Number | Description |
| --- | --- |
| 99.1 | Press release issued by Nutanix, Inc. on May 30, 2019 |
| 99.2 | Press release issued by Nutanix, Inc. on May 30, 2019 |

Exhibit 99.1

# Nutanix Reports Third Quarter Fiscal 2019 Financial Results

## --Delivers Strong Growth in Subscription Revenue as Company Accelerates Business Model Transition

## --Increases Billings from Subscriptions to 65% of Total Billings, Up from 41% in Q3'18

## --Grows Deals that Include Offerings Beyond Core HCI to 23%[1]

SAN JOSE, Calif.--(BUSINESS WIRE)--May 30, 2019--Nutanix, Inc. (NASDAQ: NTNX), a leader in enterprise cloud computing, today announced financial results for its third quarter of fiscal 2019, ended April 30, 2019.

**Q3 Fiscal 2019 Financial Highlights**

- **Revenue:** $287.6 million (at 77.1% non-GAAP gross margin), down from $289.4 million (at 68.4% non-GAAP gross margin) in the third quarter of fiscal 2018

- **Billings:** $346.0 million, down from $351.2 million in the third quarter of fiscal 2018

- **Software and Support Revenue:** $265.8 million, up 17% year-over-year from $226.8 million in the third quarter of fiscal 2018

- **Software and Support Billings:** $324.2 million, up 11% year-over-year from $292.0 million in the third quarter of fiscal 2018

- **Gross Margin:** GAAP gross margin of 73.9%, up from 67.0% in the third quarter of fiscal 2018; Non-GAAP gross margin of 77.1%, up from 68.4% in the third quarter of fiscal 2018

- **Net Loss:** GAAP net loss of $209.8 million, compared to a GAAP net loss of $85.7 million in the third quarter of fiscal 2018; Non-GAAP net loss of $103.0 million, compared to a non-GAAP net loss of $34.6 million in the third quarter of fiscal 2018

- **Net Loss Per Share:** GAAP net loss per share of $1.15, compared to a GAAP net loss per share of $0.51 in the third quarter of fiscal 2018; Non-GAAP net loss per share of $0.56, compared to a non-GAAP net loss per share of $0.21 in the third quarter of fiscal 2018

- **Cash and Short-term Investments:** $940.8 million, up from $923.5 million in the third quarter of fiscal 2018

- **Deferred Revenue:** $838.3 million, up 55% from the third quarter of fiscal 2018

- **Operating Cash Flow:** Use of $36.5 million, compared to generation of $13.3 million in the third quarter of fiscal 2018

- **Free Cash Flow:** Use of $58.9 million, compared to use of $0.8 million in the third quarter of fiscal 2018

Reconciliations between GAAP and non-GAAP financial measures and key performance measures are provided in the tables of this press release.

"While we faced a top-line impact in our third quarter as we continue to execute our strategic shift toward a recurring revenue business model, our strong foundation and commitment to our customers position us well for the long term," said Dheeraj Pandey, Chairman, Founder and CEO of Nutanix. "Successful businesses are built over time on a bedrock of exceptional products, outstanding customer support and talented and committed employees. With solid sales hiring in Q3 and increased adoption of our AHV hypervisor, indicating a strong product and enthusiastic customers, I truly believe Nutanix has that foundation in place."

"We are encouraged by the momentum and growth of our subscription business as we transform to a recurring revenue model, which will enable a more predictable revenue stream over time and provide our customers greater flexibility for their hybrid cloud deployments," said Duston Williams, CFO of Nutanix. "We believe the actions we have been taking to strengthen lead generation and enhance sales execution will position us well for the future."

**Recent Company Highlights**

- **Accelerated Our Shift to Subscription Recurring Revenue Model:** Q3 FY'19 subscription billings increased to 65% of total billings, up 8 percentage points from the previous quarter, and Q3 FY'19 subscription revenue reached $168.4 million, representing a year-over-year increase of 110%. Nutanix signed a deal worth nearly $6 million with a new customer, which is one of the global Big Four accounting firms. This deal represents the largest subscription deal in company history with a new customer.

- **Expanded Customer Base:** Nutanix ended the third quarter of fiscal 2019 with 13,190 end-customers. Third quarter customer wins included Cyxtera Technologies, Lessor Group, Los Angeles County Museum of Art, Meredith Corporation, Tokyo Stock Exchange, Inc., Unum Group, Whole Foods Market and more.

- **Signed Global Agreement with HPE:** Nutanix entered an agreement with HPE, the world's second largest server vendor, to deliver hybrid cloud as-a-service fueled by Nutanix's AHV hypervisor and an integrated appliance running Nutanix Enterprise Cloud OS software on HPE servers to the market. These two joint solutions are expected to be available in calendar Q3 2019.

- **Hosted Eighth .NEXT User Conference in Anaheim, CA:** Nearly 6,000 attendees, including customers, prospects and partners, joined Nutanix in Anaheim for the eighth annual .NEXT Conference where attendees heard from Nutanix customers about transforming their business with the Nutanix Enterprise Cloud Platform. The venue was also the location for the 3rd and largest Partner Xchange to date, with 1,600 Nutanix channel attendees.

- **Announced Nutanix Mine**: Nutanix announced a new open solution that integrates secondary storage operations with the Nutanix Enterprise Cloud Platform, allowing customers to manage their primary and secondary storage operations from within the same management plane. Working with leading backup providers like Veeam, HYCU, Commvault, Veritas and Unitrends, Nutanix Mine will eliminate the complexity of managing a separate silo for backup operations while preserving the ability for customers to use the backup solution that is the best fit for their business operations.

- **Announced Nutanix Xi Frame on AHV:** Nutanix introduced the extension of its desktop-as-a-service offering to Nutanix-powered private clouds, expanding its availability beyond the public clouds of AWS and Azure. With full support for Nutanix AHV, IT teams can now select the right cloud, public or private, for their VDI initiatives.

- **Introduced Nutanix Xi Clusters:** Nutanix announced a first-of-its-kind hybrid cloud offering that provides true hybridity and elasticity by delivering the complete Nutanix HCI stack directly on AWS EC2 bare metal instances. Xi Clusters running in AWS can be managed by Prism deployed on-premises or on Xi Clusters in AWS.

- **Announced Global Availability of Nutanix Enterprise Cloud OS Software on Fujitsu:** Nutanix and Fujitsu, the largest server vendor in Japan, announced the global availability of Nutanix Enterprise OS software on Fujitsu's PRIMERGY® servers. With this announcement, Nutanix brings greater choice of hardware platforms to our customers in Japan and around the world, and once again demonstrates the power of its Enterprise OS software capabilities.

- **Launched The Forecast by Nutanix:** Nutanix introduced a new site focused on delivering news articles with insights, interviews and tech trends for its customers, partners, prospects and enterprise cloud industry at large.

- **Added Experienced Cloud Executive to Board of Directors:** In a separate announcement today, Nutanix announced that Brian Stevens, who recently served as VP and CTO of Google Cloud, is joining the Nutanix Board of Directors effective June 1, 2019. Brian also served as EVP and CTO of Red Hat during his 13-year tenure at the company.

**Q4 Fiscal 2019 Financial Outlook**

For the fourth quarter of fiscal 2019, Nutanix expects:

- Revenue between $280 million and $310 million;

- Billings between $350 million and $380 million;

- Non-GAAP gross margin of approximately 77%;

- Non-GAAP operating expenses between $340 million and $350 million; and

- Non-GAAP net loss per share of approximately $0.65, using approximately 187 million weighted shares outstanding

[1]*Based on a trailing four-quarter average.*

Supplementary materials to this earnings release, including the company's third quarter fiscal 2019 investor presentation, can be found at https://ir.nutanix.com/company/financial.

All forward-looking non-GAAP financial measures contained in the section titled "Q4 Fiscal 2019 Financial Outlook" exclude stock-based compensation expense and amortization of intangible assets and may also exclude, as applicable, other special items. The company has not reconciled guidance for billings, non-GAAP gross margin, non-GAAP operating expenses and non-GAAP loss per share to their most directly comparable GAAP measures because such items that impact these measures are not within its control and are subject to constant change. While the actual amounts of such items will have a significant impact on the company's billings, non-GAAP gross margin, non-GAAP operating expenses and non-GAAP loss per share, a reconciliation of the non-GAAP financial measure guidance to the corresponding GAAP measures is not available without unreasonable effort.

**Webcast and Conference Call Information**

Nutanix executives will discuss the company's third quarter fiscal 2019 financial results on a conference call at 4:30 p.m. Eastern Time/1:30 p.m. Pacific Time today. To listen to the call via telephone, dial 1-833-227-5841 in the United States or 1-647-689-4068 from outside the United States. The conference ID is 8889111. This call will be webcast live and available to all interested parties on our Investor Relations website at ir.nutanix.com. Shortly after the conclusion of the conference call, a replay of the audio webcast will be available on the Nutanix Investor Relations website. A telephonic replay will be available for one week by calling 1-800-585-8367 or 1-416-621-4642, and entering the conference ID 8889111.

**Non-GAAP Financial Measures and Other Key Performance Measures**

To supplement our condensed consolidated financial statements, which are prepared and presented in accordance with GAAP, we use the following non-GAAP financial and other key performance measures: billings, non-GAAP gross margin, non-GAAP operating expenses, non-GAAP net loss, non-GAAP net loss per share, free cash flow, software and support revenue, subscription revenue, software and support billings, and subscription and professional services billings. In computing these non-GAAP financial measures and key performance measures, we exclude certain items such as stock-based compensation and the related income tax impact, costs associated with our acquisitions (such as amortization of acquired intangible assets, revaluation of contingent consideration, income tax-related impact, and other acquisition-related costs), amortization of debt discount and issuance costs, other non-recurring transactions and the related tax impact, and the revenue and billings associated with pass-through hardware sales. Billings is a performance measure which our management believes provides useful information to investors because it represents the amounts under binding purchase orders received by us during a given period that have been billed, and we calculate billings by adding the change in deferred revenue between the start and end of the period to total revenue recognized in the same period. Free cash flow is a performance measure that our management believes provides useful information to management and investors about the amount of cash generated by the business after necessary capital expenditures, and we define free cash flow as net cash (used in) provided by operating activities less purchases of property and equipment. Non-GAAP gross margin, non-GAAP operating expenses, non-GAAP net loss, and non-GAAP net loss per share are financial measures which our management believes provide useful information to investors because they provide meaningful supplemental information regarding our performance and liquidity by excluding certain expenses and expenditures such as stock-based compensation expense that may not be indicative of our ongoing core business operating results. Software and support revenue and software and support billings are performance measures that our management believes provide useful information to our management and investors as it allows us to better track the true growth of our software business by excluding the amounts attributable to the pass-through hardware sales that we use to deliver our solutions. Subscription revenue, subscription billings, and professional services billings are performance measures that our management believes provide useful information to our management and investors as it allows us to better track the growth of the subscription-based portion of our business, which is a critical part of our business plan. We use these non-GAAP financial and key performance measures for financial and operational decision-making and as a means to evaluate period-to-period comparisons. However, these non-GAAP financial and key performance measures have limitations as analytical tools and you should not consider them in isolation or as substitutes for analysis of our results as reported under GAAP. Billings, non-GAAP gross margin, non-GAAP operating expenses, non-GAAP net loss, non-GAAP net loss per share, and free cash flow are not substitutes for total revenue, gross margin, operating expenses, net loss, net loss per share, or net cash (used in) provided by operating activities, respectively, software and support revenue and software and support billings are not substitutes for total revenue, and subscription and professional services billings are not a substitute for subscription and professional services revenue. In addition, other companies, including companies in our industry, may calculate non-GAAP financial measures and key performance measures differently or may use other measures to evaluate their performance, all of which could reduce the usefulness of our non-GAAP financial measures and key performance measures as tools for comparison. We urge you to review the reconciliation of our non-GAAP financial measures and key performance measures to the most directly comparable GAAP financial measures included below in the tables captioned "Reconciliation of Revenue to Billings," "Disaggregation of Revenue and Billings," "Reconciliation of Subscription and Professional Services Revenue to Subscription and Professional Services Billings," "Reconciliation of Software and Support Revenue to Software and Support Billings," "Reconciliation of GAAP to Non-GAAP Profit Measures," and "Reconciliation of GAAP Net Cash Provided By Operating Activities to Non-GAAP Free Cash Flow," and not to rely on any single financial measure to evaluate our business.

**Forward-Looking Statements**

This press release contains express and implied forward-looking statements, including, but not limited to, statements regarding our business plans and objectives, the benefits and capabilities of our platform, products, services and technology, our plans and expectations regarding new products, services, product features and technology that are under development or in process, our continued investment in talent, technology, and marketing, our plans and timing for, and the success and impact of, our transition to a subscription-based and recurring revenue business model, any impact of the actions we have undertaken to strengthen lead generation and enhance sales execution, and anticipated future financial results, including but not limited to our guidance on estimated revenues, billings, non-GAAP gross margin, non-GAAP operating expenses and non-GAAP net loss per share for future fiscal periods. These forward-looking statements are not historical facts and instead are based on our current expectations, estimates, opinions, and beliefs. Consequently, you should not rely on these forward-looking statements. The accuracy of such forward-looking statements depends upon future events and involves risks, uncertainties, and other factors beyond our control that may cause these statements to be inaccurate and cause our actual results, performance or achievements to differ materially and adversely from those anticipated or implied by such statements, including, among others: failure to develop, or unexpected difficulties or delays in developing, new products, services, product features or technology in a timely or cost-effective basis; delays in or lack of customer or market acceptance of our new products, services, product features or technology; delays in the transition to a subscription-based and recurring revenue business model; failure of the actions we have undertaken to strengthen lead generation and enhance sales execution; the rapid evolution of the markets in which we compete; our ability to sustain or manage future growth effectively; factors that could result in the significant fluctuation of our future quarterly operating results, including, among other things, anticipated changes to our revenue and product mix which will slow revenue growth during such transition and make forecasting future performance more difficult, the timing and magnitude of orders, shipments and acceptance of our solutions in any given quarter, our ability to attract new and retain existing end-customers, changes in the pricing of certain components of our solutions, and fluctuations in demand and competitive pricing pressures for our solutions; the introduction, or acceleration of adoption of, competing solutions, including public cloud infrastructure; and other risks detailed in our quarterly report on Form 10-Q for the fiscal quarter ended January 31, 2019, filed with the SEC on March 12, 2019. Additional information will also be set forth in our Form 10-Q that will be filed for the quarter ended April 30, 2019, which should be read in conjunction with these financial results. Our SEC filings are available on the Investor Relations section of the company's website at ir.nutanix.com and on the SEC's website at www.sec.gov. These forward-looking statements speak only as of the date of this press release and, except as required by law, we assume no obligation to update forward-looking statements to reflect actual results or subsequent events or circumstances.

**About Nutanix**

Nutanix is a global leader in cloud software and hyperconverged infrastructure solutions, making infrastructure invisible so that IT can focus on the applications and services that power their business. Companies around the world use Nutanix Enterprise Cloud OS platform to bring one-click application management and mobility across public, private and distributed edge clouds so they can run any application at any scale with a dramatically lower total cost of ownership. The result is organizations that can rapidly deliver a high-performance IT environment on demand, giving application owners a true cloud-like experience. Learn more at www.nutanix.com or follow us on Twitter @nutanix.

© 2019 Nutanix, Inc. All rights reserved. Nutanix, the Nutanix logo, Nutanix Era, and all product and service names mentioned herein are registered trademarks or trademarks of Nutanix, Inc. in the United States and other countries. All other brand names mentioned herein are for identification purposes only and may be the trademarks of their respective holder(s).

**NUTANIX, INC.**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(Unaudited)**

| | | As of | | |
|---|---|---|---|---|
| | | July 31, 2018 | | April 30, 2019 |
| | | (in thousands) | | |
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 305,975 | $ | 445,119 |
| Short-term investments | | 628,328 | | 495,633 |
| Accounts receivable, net | | 258,289 | | 244,445 |
| Deferred commissions-current | | 33,691 | | 40,309 |
| Prepaid expenses and other current assets | | 36,818 | | 73,744 |
| Total current assets | | 1,263,101 | | 1,299,250 |
| Property and equipment, net | | 85,111 | | 134,562 |
| Deferred commissions-non-current | | 80,688 | | 98,889 |
| Intangible assets, net | | 45,366 | | 71,118 |
| Goodwill | | 87,759 | | 185,180 |
| Other assets-non-current | | 37,855 | | 12,820 |
| Total assets | $ | 1,599,880 | $ | 1,801,819 |
| **Liabilities and Stockholders' Equity** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 65,503 | $ | 82,597 |
| Accrued compensation and benefits | | 85,398 | | 75,032 |
| Accrued expenses and other current liabilities | | 31,682 | | 20,019 |
| Deferred revenue-current | | 275,648 | | 361,432 |
| Total current liabilities | | 458,231 | | 539,080 |
| Deferred revenue-non-current | | 355,559 | | 476,830 |
| Convertible senior notes, net | | 429,598 | | 451,399 |
| Other liabilities-non-current | | 29,713 | | 29,064 |
| Total liabilities | | 1,273,101 | | 1,496,373 |
| Stockholders' equity: | | | | |
| Common stock | | 4 | | 5 |
| Additional paid-in capital | | 1,355,907 | | 1,760,083 |
| Accumulated other comprehensive (loss) income | | (1,002 ) | | 329 |
| Accumulated deficit | | (1,028,130 ) | | (1,454,971 ) |
| Total stockholders' equity | | 326,779 | | 305,446 |
| Total liabilities and stockholders' equity | $ | 1,599,880 | $ | 1,801,819 |

**NUTANIX, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(Unaudited)**

| | Three Months Ended April 30, | | Nine Months Ended April 30, | |
|---|---|---|---|---|
| | 2018 | 2019 | 2018 | 2019 |
| | (in thousands, except share and per share data) | | | |
| Revenue: | | | | |
| Product | $ 221,117 | $ 184,794 | $ 663,339 | $ 646,072 |
| Support, entitlements and other services | 68,296 | 102,830 | 188,370 | 290,195 |
| Total revenue | 289,413 | 287,624 | 851,709 | 936,267 |
| Cost of revenue: | | | | |
| Product [1][2] | 66,680 | 29,528 | 235,059 | 114,755 |
| Support, entitlements and other services [1] | 28,935 | 45,549 | 77,706 | 120,410 |
| Total cost of revenue | 95,615 | 75,077 | 312,765 | 235,165 |
| Gross profit | 193,798 | 212,547 | 538,944 | 701,102 |
| Operating expenses: | | | | |
| Sales and marketing [1][2] | 169,860 | 245,703 | 466,466 | 655,907 |
| Research and development [1] | 81,291 | 137,982 | 216,727 | 371,550 |
| General and administrative [1] | 24,929 | 33,040 | 56,929 | 89,167 |
| Total operating expenses | 276,080 | 416,725 | 740,122 | 1,116,624 |
| Loss from operations | (82,282 ) | (204,178 ) | (201,178 ) | (415,522 ) |
| Other expense, net | (4,235 ) | (3,212 ) | (5,285 ) | (10,314 ) |
| Loss before (benefit from) provision for income taxes | (86,517 ) | (207,390 ) | (206,463 ) | (425,836 ) |
| (Benefit from) provision for income taxes | (843 ) | 2,423 | 3,329 | 1,005 |
| Net loss | $ (85,674 ) | $ (209,813 ) | $ (209,792 ) | $ (426,841 ) |
| Net loss per share attributable to Class A and Class B common stockholders-basic and diluted | $ (0.51 ) | $ (1.15 ) | $ (1.30 ) | $ (2.38 ) |
| Weighted average shares used in computing net loss per share attributable to Class A and Class B common stockholders-basic and diluted | 166,845,544 | 182,962,921 | 161,709,365 | 179,235,498 |

_____

(1)    Includes the following stock-based compensation expense:

| | Three Months Ended April 30, | | Nine Months Ended April 30, | |
|---|---|---|---|---|
| | 2018 | 2019 | 2018 | 2019 |
| | (in thousands) | | | |
| Product cost of revenue | $ 634 | $ 953 | $ 1,888 | $ 2,523 |
| Support, entitlements and other services cost of revenue | 1,951 | 4,542 | 6,156 | 11,072 |
| Sales and marketing | 18,051 | 35,257 | 47,759 | 81,325 |
| Research and development | 16,474 | 42,265 | 49,039 | 107,953 |
| General and administrative | 7,836 | 11,815 | 17,630 | 30,449 |
| Total stock-based compensation expense | $ 44,946 | $ 94,832 | $ 122,472 | $ 233,322 |

_____

(2)    Includes the following amortization of intangible assets:

| | Three Months Ended April 30, | | Nine Months Ended April 30, | |
|---|---|---|---|---|
| | 2018 | 2019 | 2018 | 2019 |
| | (in thousands) | | | |
| Product cost of sales | $ 1,447 | $ 3,694 | $ 3,506 | $ 10,554 |
| Sales and marketing | 222 | 661 | 625 | 1,877 |
| Total amortization of intangible assets | $ 1,669 | $ 4,355 | $ 4,131 | $ 12,431 |

**NUTANIX, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(Unaudited)**

| | | Nine Months Ended April 30, | | |
|---|---|---|---|---|
| | | 2018 | | 2019 |
| | | (in thousands) | | |
| **Cash flows from operating activities:** | | | | |
| Net loss | $ | (209,792 ) | $ | (426,841 ) |
| Adjustments to reconcile net loss to net cash provided by operating activities: | | | | |
| Depreciation and amortization | | 36,013 | | 55,740 |
| Stock-based compensation | | 122,472 | | 233,322 |
| Amortization of debt discount and debt issuance costs | | 7,654 | | 21,802 |
| Change in fair value of contingent consideration | | (3,371 ) | | (832 ) |
| Other | | (186 ) | | (1,837 ) |
| Changes in operating assets and liabilities: | | | | |
| Accounts receivable, net | | (15,307 ) | | 16,734 |
| Deferred commissions | | (29,201 ) | | (24,819 ) |
| Prepaid expenses and other assets [1] | | (5,333 ) | | (5,095 ) |
| Accounts payable | | (6,407 ) | | 18,461 |
| Accrued compensation and benefits | | 3,700 | | (10,366 ) |
| Accrued expenses and other liabilities | | (1,147 ) | | (31,180 ) |
| Deferred revenue | | 170,709 | | 206,735 |
| Net cash provided by operating activities [1] | | 69,804 | | 51,824 |
| **Cash flows from investing activities:** | | | | |
| Maturities of investments | | 147,868 | | 460,563 |
| Purchases of investments | | (485,777 ) | | (324,581 ) |
| Purchases of property and equipment | | (46,089 ) | | (94,815 ) |
| Payments for acquisitions, net of cash and restricted cash acquired | | (22,792 ) | | (19,017 ) |
| Net cash (used in) provided by investing activities | | (406,790 ) | | 22,150 |
| **Cash flows from financing activities:** | | | | |
| Proceeds from sales of shares through employee equity incentive plans, net of repurchases | | 68,186 | | 67,277 |
| Payment of contingent consideration associated with acquisitions | | - | | (1,040 ) |
| Payment of debt in conjunction with acquisitions | | (1,428 ) | | (991 ) |
| Proceeds from issuance of convertible senior notes, net | | 563,937 | | (75 ) |
| Proceeds from issuance of warrants | | 87,975 | | - |
| Payments for the cost of convertible note hedges | | (143,175 ) | | - |
| Payment of offering costs | | (85 ) | | - |
| Net cash provided by financing activities | | 575,410 | | 65,171 |
| Net increase in cash, cash equivalents and restricted cash [1] | $ | 238,424 | $ | 139,145 |
| Cash, cash equivalents and restricted cash-beginning of period [1] | | 139,497 | | 307,098 |
| Cash, cash equivalents and restricted cash-end of period [1] | $ | 377,921 | $ | 446,243 |
| Restricted cash [1] [2] | | 1,132 | | 1,124 |
| Cash and cash equivalents-end of period | $ | 376,789 | $ | 445,119 |
| **Supplemental disclosures of cash flow information:** | | | | |
| Cash paid for income taxes | $ | 8,038 | $ | 26,731 |
| **Supplemental disclosures of non-cash investing and financing information:** | | | | |
| Issuance of common stock for acquisitions | $ | 63,780 | $ | 103,305 |
| Purchases of property and equipment included in accounts payable and accrued liabilities | $ | 9,285 | $ | 11,671 |
| Vesting of early exercised stock options | $ | 570 | $ | 157 |
| Convertible notes issuance costs included in accounts payable and accrued liabilities | $ | 425 | $ | - |

———————————————

(1) During the first quarter of fiscal 2019, we adopted Accounting Standards Update (ASU) No. 2016-18, which requires that the statement of cash flows explain the change during the period in the total of cash, cash equivalents and restricted cash. We adopted the standard retrospectively for the prior period presented. Our adoption of ASU 2016-18 did not have any significant impact on our consolidated statement of cash flows.

(2) Included within other assets-non-current in the condensed consolidated balance sheets.

**Reconciliation of Revenue to Billings**
**(Unaudited)**

| | | Three Months Ended April 30, | | | Nine Months Ended April 30, | | |
|---|---|---|---|---|---|---|---|
| | | 2018 | | 2019 | 2018 | | 2019 |
| | | | | (in thousands) | | | |
| Total revenue | $ | 289,413 | $ | 287,624 | $ 851,709 | $ | 936,267 |
| Change in deferred revenue, net of acquisitions [1] | | 61,765 | | 58,403 | 170,709 | | 206,735 |
| Total billings | $ | 351,178 | $ | 346,027 | $ 1,022,418 | $ | 1,143,002 |

_____

(1)  Amount for the nine months ended April 30, 2019 excludes approximately $0.3 million of deferred revenue assumed in the Frame acquisition.

**Disaggregation of Revenue and Billings**
**(Unaudited)**

| | | Three Months Ended April 30, | | | Nine Months Ended April 30, | | |
|---|---|---|---|---|---|---|---|
| | | 2018 | | 2019 | 2018 | | 2019 |
| | | | | (in thousands) | | | |
| **Disaggregation of Revenue:** | | | | | | | |
| Subscription | $ | 80,105 | $ | 168,447 | $ 216,668 | $ | 452,779 |
| Non-portable software | | 140,879 | | 88,719 | 396,986 | | 366,910 |
| Hardware | | 62,617 | | 21,853 | 221,454 | | 92,319 |
| Professional services | | 5,812 | | 8,605 | 16,601 | | 24,259 |
| Total revenue | $ | 289,413 | $ | 287,624 | $ 851,709 | $ | 936,267 |
| **Disaggregation of Billings:** | | | | | | | |
| Subscription | $ | 142,965 | $ | 224,312 | $ 378,444 | $ | 652,692 |
| Non-portable software | | 139,092 | | 88,719 | 396,986 | | 366,910 |
| Hardware | | 59,226 | | 21,853 | 221,451 | | 92,319 |
| Professional services | | 9,895 | | 11,143 | 25,537 | | 31,081 |
| Total billings | $ | 351,178 | $ | 346,027 | $ 1,022,418 | $ | 1,143,002 |

*Subscription* - Subscription revenue is generated from the sales of software entitlement and support subscriptions, separately purchased software term-based licenses and cloud-based Software as a Service, or SaaS offerings. We recognize revenue from software entitlement and support subscriptions and SaaS offerings ratably over the contractual service period, while revenue from our separately purchased software term-based licenses is generally recognized upon transfer of control to the customer, which is when we make the software available to our customers.

*Non-portable software* - Non-portable software revenue includes sales of our software operating system when delivered on a configured to order appliance by us, or one of our OEM partners. The software licenses associated with these sales are typically non-portable and have a term equal to the life of the appliance it is delivered on. Revenue from our non-portable software products is generally recognized upon transfer of control to the customer.

*Hardware* - In transactions where we deliver the hardware appliance, we consider ourselves to be the principal in the transaction and we record revenue and costs of goods sold on a gross basis. We consider the amount allocated to hardware revenue to be equivalent to the cost of the hardware procured. Hardware revenue is generally recognized upon transfer of control to the customer.

*Professional services* - We also sell professional services with our products. We recognize revenue related to professional services as they are performed.

### Reconciliation of Subscription and Professional Services Revenue to Subscription and Professional Services Billings
#### (Unaudited)

| | Three Months Ended April 30, | | Nine Months Ended April 30, | |
|---|---|---|---|---|
| | 2018 | 2019 | 2018 | 2019 |
| | (in thousands) | | | |
| Subscription revenue | $ 80,105 | $ 168,447 | $ 216,668 | $ 452,779 |
| Change in subscription deferred revenue, net of acquisitions [1] | 62,860 | 55,865 | 161,776 | 199,913 |
| Subscription billings | $ 142,965 | $ 224,312 | $ 378,444 | $ 652,692 |
| Professional services revenue | $ 5,812 | $ 8,605 | $ 16,601 | $ 24,259 |
| Change in professional services deferred revenue | 4,083 | 2,538 | 8,936 | 6,822 |
| Professional services billings | $ 9,895 | $ 11,143 | $ 25,537 | $ 31,081 |

_____

(1)  Amount for the nine months ended April 30, 2019 excludes approximately $0.3 million of deferred revenue assumed in the Frame acquisition.

**Reconciliation of Software and Support Revenue to Software and Support Billings**
**(Unaudited)**

| | Three Months Ended April 30, | | Nine Months Ended April 30, | |
|---|---|---|---|---|
| | **2018** | **2019** | **2018** | **2019** |
| | (in thousands) | | | |
| Software revenue | $ 158,500 | $ 162,941 | $ 441,885 | $ 553,753 |
| Hardware revenue | 62,617 | 21,853 | 221,454 | 92,319 |
| Product revenue | 221,117 | 184,794 | 663,339 | 646,072 |
| Support, entitlements and other services revenue | 68,296 | 102,830 | 188,370 | 290,195 |
| Total revenue | $ 289,413 | $ 287,624 | $ 851,709 | $ 936,267 |
| Total software and support revenue (2) | $ 226,796 | $ 265,771 | $ 630,255 | $ 843,948 |
| Change in software and support deferred revenue, net of acquisitions (1) (3) | 65,156 | 58,403 | 170,709 | 206,735 |
| Software and support billings (2) | $ 291,952 | $ 324,174 | $ 800,964 | $ 1,050,683 |

––––––––––––––––––––

(1)  Amount for the nine months ended April 30, 2019 excludes approximately $0.3 million of deferred revenue assumed in the Frame acquisition.

(2)  Software and support revenue and billings include software and support, entitlements and other services revenue and billings.

(3)  Approximately $3.4 million of hardware was included in deferred revenue as of January 31, 2018.

**Reconciliation of GAAP to Non-GAAP Profit Measures**
**(Unaudited)**

| | GAAP Three Months Ended April 30, 2019 | Non-GAAP Adjustments | | | | | | Non-GAAP Three Months Ended April 30, 2019 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | (1) | (2) | (3) | (4) | (5) | (6) | |
| | | (in thousands, except share and per share data) | | | | | | |
| Gross profit | $ 212,547 | $ 5,495 | $ 3,694 | $ - | $ - | $ - | $ - | $ 221,736 |
| Gross margin | 73.9 % | 1.9 % | 1.3 % | - | - | - | - | 77.1 % |
| Operating expenses: | | | | | | | | |
| Sales and marketing | 245,703 | (35,257 ) | (661 ) | - | - | - | - | 209,785 |
| Research and development | 137,982 | (42,265 ) | - | - | - | - | - | 95,717 |
| General and administrative | 33,040 | (11,815 ) | - | (200 ) | (11 ) | - | - | 21,014 |
| Total operating expenses | 416,725 | (89,337 ) | (661 ) | (200 ) | (11 ) | - | - | 326,516 |
| Loss from operations | (204,178 ) | 94,832 | 4,355 | 200 | 11 | - | - | (104,780 ) |
| Net loss | $ (209,813 ) | $ 94,832 | $ 4,355 | $ 200 | $ 11 | $ 7,387 | $ 66 | $ (102,962 ) |
| Weighted shares outstanding, basic and diluted | 182,962,921 | | | | | | | 182,962,921 |
| Net loss per share, basic and diluted | $ (1.15 ) | $ 0.52 | $ 0.03 | $ - | $ - | $ 0.04 | $ - | $ (0.56 ) |

_____

(1)    Stock-based compensation expense
(2)    Amortization of intangible assets
(3)    Acquisition-related costs
(4)    Other
(5)    Amortization of debt discount and issuance costs
(6)    Partial release of valuation allowance in connection with an acquisition

| | GAAP Nine Months Ended April 30, 2019 | | Non-GAAP Adjustments | | | | | | | Non-GAAP Nine Months Ended April 30, 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) | (2) | (3) | (4) | (5) | (6) | (7) | | |
| | | | | (in thousands, except share and per share data) | | | | | | |
| Gross profit | $ 701,102 | $ 13,595 | $ 10,554 | $ - | $ - | $ - | $ 163 | $ - | $ | 725,414 |
| Gross margin | 74.9 % | 1.5 % | 1.1 % | - | - | - | - | - | | 77.5 % |
| Operating expenses: | | | | | | | | | | |
| Sales and marketing | 655,907 | (81,325 ) | (1,877 ) | - | - | - | - | - | | 572,705 |
| Research and development | 371,550 | (107,953 ) | | - | - | - | - | - | | 263,597 |
| General and administrative | 89,167 | (30,449 ) | | (721 ) | 832 | - | (48 ) | | | 58,781 |
| Total operating expenses | 1,116,624 | (219,727 ) | (1,877 ) | (721 ) | 832 | - | (48 ) | - | | 895,083 |
| Loss from operations | (415,522 ) | 233,322 | 12,431 | 721 | (832 ) | - | 211 | - | | (169,669 ) |
| Net loss | $ (426,841 ) | $ 233,322 | $ 12,431 | $ 721 | $ (832 ) | $ 21,802 | $ 211 | $ (7,838 ) | $ | (167,024 ) |
| Weighted shares outstanding, basic and diluted | 179,235,498 | | | | | | | | | 179,235,498 |
| Net loss per share, basic and diluted | $ (2.38 ) | $ 1.30 | $ 0.07 | $ - | $ - | $ 0.12 | $ - | $ (0.04 ) | $ | (0.93 ) |

_____

(1) Stock-based compensation expense
(2) Amortization of intangible assets
(3) Acquisition-related costs
(4) Change in fair value of contingent consideration assumed in the PernixData acquisition
(5) Amortization of debt discount and issuance costs
(6) Other
(7) Partial release of valuation allowance in connection with an acquisition and tax effect of a change in law

| | GAAP Three Months Ended April 30, 2018 | | Non-GAAP Adjustments | | | | | | Non-GAAP Three Months Ended April 30, 2018 |
|---|---|---|---|---|---|---|---|---|---|
| | | (1) | (2) | (3) | (4) | (5) | (6) | | |
| | | | | (in thousands, except share and per share data) | | | | | |
| Gross profit | $ 193,798 | $ 2,585 | $ 1,447 | $ - | $ - | $ - | $ - | $ | 197,830 |
| Gross margin | 67.0 % | 0.9 % | 0.5 % | - | - | - | - | | 68.4 % |
| Operating expenses: | | | | | | | | | |
| Sales and marketing | 169,860 | (18,051 ) | (222 ) | - | - | - | - | | 151,587 |
| Research and development | 81,291 | (16,474 ) | - | - | - | - | - | | 64,817 |
| General and administrative | 24,929 | (7,836 ) | - | (584 ) | (515 ) | - | - | | 15,994 |
| Total operating expenses | 276,080 | (42,361 ) | (222 ) | (584 ) | (515 ) | - | - | | 232,398 |
| Loss from operations | (82,282 ) | 44,946 | 1,669 | 584 | 515 | - | - | | (34,568 ) |
| Net loss | $ (85,674 ) | $ 44,946 | $ 1,669 | $ 584 | $ 515 | $ 6,916 | $ (3,581 ) | $ | (34,625 ) |
| Weighted shares outstanding, basic and diluted | 166,845,544 | | | | | | | | 166,845,544 |
| Net loss per share, basic and diluted | $ (0.51 ) | $ 0.27 | $ 0.01 | $ - | $ - | $ 0.04 | $ (0.02 ) | $ | (0.21 ) |

_____

(1) Stock-based compensation expense
(2) Amortization of intangible assets
(3) Change in fair value of contingent consideration assumed in the PernixData acquisition
(4) Acquisition-related costs
(5) Amortization of debt discount and debt issuance costs
(6) Partial release of valuation allowance in connection with acquisitions and income tax effect primarily related to stock-based compensation expense

| | GAAP Nine Months Ended April 30, 2018 | (1) | (2) | (3) | (4) | (5) | (6) | Non-GAAP Nine Months Ended April 30, 2018 |
|---|---|---|---|---|---|---|---|---|
| | | Non-GAAP Adjustments | | | | | | |
| | (in thousands, except share and per share data) | | | | | | | |
| Gross profit | $ 538,944 | $ 8,044 | $ 3,506 | $ - | $ - | $ - | $ - | $ 550,494 |
| Gross margin | 63.3 % | 0.9 % | 0.4 % | - | - | - | - | 64.6 % |
| Operating expenses: | | | | | | | | |
| Sales and marketing | 466,466 | (47,759 ) | (625 ) | - | - | - | - | 418,082 |
| Research and development | 216,727 | (49,039 ) | - | - | - | - | - | 167,688 |
| General and administrative | 56,929 | (17,630 ) | - | 3,371 | (1,043 ) | - | - | 41,627 |
| Total operating expenses | 740,122 | (114,428 ) | (625 ) | 3,371 | (1,043 ) | - | - | 627,397 |
| Loss from operations | (201,178 ) | 122,472 | 4,131 | (3,371 ) | 1,043 | - | - | (76,903 ) |
| Net loss | $ (209,792 ) | $ 122,472 | $ 4,131 | $ (3,371 ) | $ 1,043 | $ 7,654 | $ (4,653 ) | $ (82,516 ) |
| Weighted shares outstanding, basic and diluted | 161,709,365 | | | | | | | 161,709,365 |
| Net loss per share, basic and diluted | $ (1.30 ) | $ 0.76 | $ 0.02 | $ (0.02 ) | $ 0.01 | $ 0.05 | $ (0.03 ) | $ (0.51 ) |

_____

(1)  Stock-based compensation expense

(2)  Amortization of intangible assets

(3)  Change in fair value of contingent consideration assumed in the PernixData acquisition

(4)  Acquisition-related costs

(5)  Amortization of debt discount and debt issuance costs

(6)  Partial release of valuation allowance in connection with acquisitions and income tax effect primarily related to stock-based compensation expense

**Reconciliation of GAAP Net Cash Provided by Operating Activities to Non-GAAP Free Cash Flow**
**(Unaudited)**

| | Three Months Ended April 30, | | Nine Months Ended April 30, | |
|---|---|---|---|---|
| | 2018 | 2019 | 2018 | 2019 |
| | (in thousands) | | | |
| Net cash provided by (used in) operating activities | $ 13,292 | $ (36,490 ) | $ 69,804 | $ 51,824 |
| Purchases of property and equipment | (14,096 ) | (22,432 ) | (46,089 ) | (94,815 ) |
| Free cash flow | $ (804 ) | $ (58,922 ) | $ 23,715 | $ (42,991 ) |

CONTACT:
**Investor Contact:**
Tonya Chin
408-560-2675
tonya@nutanix.com

**Media Contact:**
Kate Reed
973-534-9292
kreed@nutanix.com

# EXHIBIT 6

February 28, 2019 | Equity Research



# Nutanix, Inc.

## NTNX: Transition From Momentum To Prove-It Story - Downgrade To MP

- **Our Call – Downgrade to MP:** We're downgrading Nutanix from Outperform to Market Perform following the company's disappointing outlook reflective of sales under-investment. While we maintain a positive long-term bias to Nutanix's evolution toward an enterprise *platform story*, the fact that the productivity ramp of new sales hires take time (4-8+ quarters), and given our meaningful estimate reductions (see below), leaves us to believe shares to remain range bound as we / investors will need to see meaningful signs of a growth / momentum recovery before subscribing to a compelling risk / reward. Nutanix's upcoming (3/20) Analyst Day will be an important event – i.e., the company is now a *prove-it story* in our view as it relates to its plans / ability to drive incremental platform monetization; validation that its previously noted "*at least $3B*" billings target by F2021 has only slipped by 1-2 quarters.

- **What Happened?** Nutanix reported that after a 75% increase in lead generation spending in F2017, it reallocated F2018 spending as a result of efficiency; however, F2019 spending efficiencies have thus far resulted in below-expected pipeline builds. Combined with under hiring of sales reps in 1HF2019 (note: ramp to productivity takes approx. 4-8 quarters), Nutanix is now in the process of reallocating capital to lead generation spend (estimated at "a few $10s of millions"; commenced in December) and slowing its non-sales hiring. With backlog noted as slightly declining during the January quarter, Nutanix believes these actions will drive improved pipeline build into that July quarter.

- **F3Q19 Guidance:** Nutanix F3Q19 revenue guide at $290M-$300M compares to our prior $331M est. (street: $348M); billings guided to $360M-$370M vs. our prior $404M est. F3Q19 GM% is guided at 75%-76% vs. our prior 80.1% est. (street: 79.0%); higher hardware contributions a driver. Non-GAAP opex at $330M-$340M is above our prior $323.5M (street: $326.4M). Non-GAAP EPS of ($0.60) compares to our prior estimate of ($0.32) and the street at ($0.28).

- **F2Q19 Highlights: (1)** Subscription (including support + entitlements) at 47% of total revenue grew 112% y/y to $157.4M. Subscription billings of $233.6M was +71% y/y (vs. +97% in F1Q19). As a comparison, VMware reported tonight that vSAN bookings grew +60% y/y (vs. +50% y/y in the Oct quarter). Subscription Software only revenue of $67.4M was up from $45.2M and $16M in the prior and year ago periods. **(2)** Nutanix reported 112 customers with >$5M in lifetime billings (+96% y/y), 105 customers with between $3-5MM (+54% y/y), and 562 customers with between $1-$3M of lifetime billings (+35% y/y). **(3)** Nutanix exited F2Q19 with 760 cumulative Global 2000 customers, +120 y/y. G2K customers accounted for ~40% of bookings (ex-Federal), with ~50% of customers transacting with the company in F2Q19. **(4)** Trailing 4-Qtr AHV adoption reached 40%, up from 30% a year ago.

## Market Perform/V/$45

IT Hardware & Communications Networking
Market Weight

**Rating Change**

| $ EPS | 2018A | 2019E Curr. | 2019E Prior | 2020E Curr. | 2020E Prior |
|---|---|---|---|---|---|
| Q1 (Oct.) | (0.16) | (0.13) A | NC | (0.53) | (0.18) |
| Q2 (Jan.) | (0.14) | **(0.23) A** | (0.25) | **(0.51)** | (0.11) |
| Q3 (Apr.) | (0.21) | **(0.60)** | (0.32) | **(0.54)** | (0.08) |
| Q4 (July) | (0.11) | **(0.53)** | (0.18) | **(0.39)** | 0.10 |
| FY | (0.62) | **(1.48)** | (0.89) | **(1.96)** | (0.27) |
| CY | (0.68) | (2.16) | | (1.38) | |
| FY P/EPS | NM | NM | | NM | |
| Rev.(MM) | 1,155 | 1,279 | | 1,506 | |

*Source: Company Data, Wells Fargo Securities, LLC estimates, and Reuters*
*NA = Not Available, NC = No Change, NE = No Estimate, NM = Not Meaningful*
*V = Volatile*

| Ticker | NTNX |
|---|---|
| **Price Target/Prior:** | **$45/$70** |
| **Price (02/28/2019)** | **$50.09** |
| 52-Week Range: | $35-65 |
| Shares Outstanding: (MM) | 183.6 |
| Market Cap.: (MM) | $9,196.5 |
| S&P 500: | 2,784.49 |
| Avg. Daily Vol.: | 1,660,860 |
| Dividend/Yield: | $0.00/0.0% |
| LT Debt: (MM) | $444.0 |
| LT Debt/Total Cap.: | 4.0% |
| ROE: | NE |
| 3-5 Yr. Est. Growth Rate: | NE |
| CY 2019 Est. P/EPS-to-Growth: | NM |
| Last Reporting Date: | 02/28/2019 After Close |

*NC = No Change*
*Source: Company Data, Wells Fargo Securities, LLC estimates, and Reuters*

**Aaron Rakers, CFA**
Senior Analyst|314-875-2508
aaron.rakers@wellsfargo.com

**Joe Quatrochi, CFA**
Associate Analyst|314-875-2055
joe.quatrochi@wellsfargo.com

**Jake Wilhelm, CFA, CPA**
Associate Analyst|314-875-2502
jake.wilhelm@wellsfargo.com

**Michael Tsvetanov**
Associate Analyst|314-875-2558
michael.tsvetanov@wellsfargo.com

**Please see page 8 for rating definitions, important disclosures and required analyst certifications. All estimates/forecasts are as of 02/28/19 unless otherwise stated. 02/28/19 23:57:32 ET**

Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.

Together we'll go far



IT Hardware & Communications Networking                                                    Equity Research

| What Matters | Wells Fargo Notes / Thoughts (please see tables & charts on following pages): |
|---|---|
| **F3Q19 Guide (April '19)** | • **Revenue:** Nutanix is guiding F3Q19 revenue between $290M-$300M vs. our prior $331M estimate (street: $348M).<br>• **Billings:** F3Q19 billings are expected to be $360M-$370M vs. our prior $404M estimate. Nutanix's guide implies F3Q19 billings-to-revenue ratio at 1.22x-1.25x vs. 1.21x using the guided revenue midpoint.<br>• **GM%/Opex:** Non-GAAP GM% guide between 75%-76% (LT model: +75%) vs. our prior mix-driven estimate of 80.1% (street: 79.0%). Non-GAAP opex is expected to be between $330M-$340M, above our prior estimate of $323.5M (street: $326.4M).<br>• **Non-GAAP EPS:** Non-GAAP EPS of ($0.60) compares to our prior estimate of ($0.32) and the street at ($0.28). Nutanix expects FD shares of 183M. |
| **F2Q19 Results (Jan. '19)** | • **Revenue:** Revenue of $335.36M (+17% y/y and +7% seq.) compared to our $329.2M estimate (street: $331.2M); guide at $325-$335M. **Software-only revenue:** $199M was +37% y/y and +4% seq.; versus our $201.4M estimate. Pass-thru hardware revenue of $37.9M was above our estimate of $30M. **Support revenue:** $98.4M vs. our $97.8M estimate and $63.6M in the year ago period.<br>• **Billings:** Nutanix billings of $413.4M was +16% y/y and +8% q/q and compares to guide of $410M-$420M; **more importantly, <u>Software + Support billings of $377.9M, +38% y/y.</u>**<br>• **<u>Subscription (including support + entitlements)</u>** revenue of $157.4M +112% y/y and +26% q/q with billings of $233.6M (+71% y/y). We would note VMware reported vSAN booking growth of +60% y/y (vs. +50% y/y in the October quarter). Nutanix's weighted avg. subscription contract durations stand at ~3.6 yrs, flat sequentially. **<u>Non-portable software</u>** revenue of $131.6M +2 y/y but down 10% q/q. **<u>We estimate subscription software-only revenue at $69.8M, up from $45M and $16M in the prior and year ago periods.</u>** Nutanix reported that its new term-based licensing accounted for $57M in bookings in the quarter vs. $20M with ~50% coming from existing customers. **<u>Professional Services</u>** revenue of $8.5M +60% y/y with billings of $10.3M +49% y/y.<br>• **Non-GAAP EPS:** Non-GAAP EPS: Nutanix reported ($0.23)/sh. versus our/street ($0.25)/sh. estimate. Opex was $296.5M, slightly lower than our $306.1M estimate (vs. $300-$310M guide).<br>• **Customer Growth:** Nutanix reported that it exited F2Q19 with <u>12,410 total cumulative customers</u> (adding approximately 920 new customers during the quarter) versus 11,490 cumulative customers exiting F1Q19 and 8,870 a year ago. As a reminder, Nutanix is targeting >23,600 cumulative customers by F2021. |
| **Large Deal Traction** | • Nutanix exited F2Q19 with 760 cumulative Global 2000 customers, +120 y/y (reminder: Nutanix is targeting 1,100 by F2021). Global 2000 lifetime purchase multiple at 11.0x, up from 10.6x and 9.0x in the prior and year ago quarters; Nutanix is targeting expansion to 19x by F2021. As a reminder, the company is targeting average G2000 deal size to expand to $650k (vs. ~$450k in 1HF2018). <u>Nutanix reported Global 2000 customers accounted for ~40% of bookings excluding the company's federal business and large G2K deals averaged approximately $1.6M.</u> Large deals greater than $500K averaged $1.2M up from $1M in F2Q18.<br>• Nutanix reported 112 customers with >$5M in lifetime billings (+96% y/y), 105 customers with between $3-5MM (+54% y/y), and 562 customers with between $1-$3M of lifetime billings (+35% y/y).<br>• Total cumulative customers spending over $1 million on Nutanix totaled 779 customers in F2Q19, up from 714 and 541 customers in the prior and year ago quarters, respectively. |
| **Other Metrics** | • **Headcount:** 4,700 employees exiting F2Q19, +320 q/q and +1,470 yr/yr. S&M headcount grew by ~110 q/q vs. +70 and +178 q/q in F4Q18 and F1Q19, respectively. Average annualized revenue per average sales & marketing employee at $622K in the quarter, compared to approximately $622k in the prior quarter. The company noted that it would have a back-end loaded hiring pattern in F2019 with a focus on sales.<br>• **Acropolis Hypervisor (AHV) Adoption - Positive:** Nutanix reported that on a trailing 4-qtr average, 40% of nodes on Nutanix were deployed with the company's Acropolis hypervisor (AHV), up from 30% a year ago.<br>• **Beyond Nutanix Core:** <u>Nutanix disclosed that on a trailing 4 quarter average, 21% of deals included one or more products beyond Nutanix core vs. 19% in F1Q19</u>.<br>• **Geographical:** Nutanix reported 57% of F2Q19 software and support bookings in the Americas, 28% in Europe, Middle East, & Asia (EMEA), and 15% in Asia-Pac / Japan. EMEA was strong with rep productivity increasing 70% over the past six quarters while North America dropped. |
| **Balance Sheet & Cash Flow** | • **Cash & Investments:** $966M exiting F2Q19 vs. $918M in the year ago period; $522M net cash vs. $528M exiting F1Q19.<br>• **Working Capital:** -14 day CCC; DSO at 68 days and days payable outstanding at 82 days.<br>• **CFO / FCF:** $38.5M in CFO vs. $46.4M in the year ago period; negative $4.1M FCF vs. positive $32.4M in the year ago period. Management said FCF was positively impacted by a $17M ESPP inflow and negatively impacted by $18M of tax payments related to international IP that it expects to recover within four years. |

Nutanix, Inc.  

Equity Research

## Nutanix Results Summary:

**Key Income Statement, Cash Flow, & Balance Sheet Results:**

| | F3Q16 | F4Q16 | F1Q17 (IPO Qtr) | F2Q17 | F3Q17 | F4Q17 | F1Q18 | F2Q18 | F3Q18 | F4Q18 | F1Q19 | F2Q19 NTNX Rptd | F2Q19 Wells | F2Q19 Street | F3Q19E Wells New | F3Q19E Prior | F3Q19E Street | F2019E Wells New | F2019E Prior | F2019E Street | F2020E Wells New | F2020E Prior | F2020E Street |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Apr-16 | Jul-16 | Oct-16 | Jan-17 | Apr-17 | Jul-17 | Oct-17 | Jan-18 | Apr-18 | Jul-18 | Oct-18 | Jan-19 | | | Apr-19 | | | Jul-19 | | | Jul-20 | | |
| Est. Pass-Thru Hardware Revenue * | $30.9 | $40.6 | $48.8 | $55.4 | $59.3 | $72.9 | $80.8 | $78.0 | $62.6 | $35.9 | $32.5 | $37.9 | $30.0 | n/a | $33.0 | $25.0 | n/a | $135.5 | $117.5 | n/a | $129.0 | $120.0 | n/a |
| Est. Software-Only Revenue * | $71.5 | $91.0 | $104.7 | $102.8 | $100.8 | $128.6 | $138.2 | $145.2 | $158.5 | $188.8 | $191.8 | $199.0 | $201.4 | n/a | $166.2 | $203.4 | n/a | $748.1 | $833.6 | n/a | $873.9 | $1,078.4 | n/a |
| Total Product Revenue | $102.4 | $131.5 | $153.5 | $158.2 | $160.1 | $201.5 | $219.1 | $223.2 | $221.1 | $224.7 | $224.3 | $236.9 | $231.4 | $234.3 | $199.2 | $228.4 | $245.6 | $883.5 | $951.1 | $984.8 | $1,002.9 | $1,198.4 | $1,281.4 |
| Support Revenue | $23.6 | $29.0 | $35.0 | $41.0 | $45.6 | $51.0 | $56.5 | $63.6 | $68.3 | $79.1 | $88.9 | $98.4 | $97.8 | $96.7 | $99.4 | $102.7 | $102.1 | $395.1 | $401.5 | $401.3 | $503.0 | $519.7 | $547.0 |
| **Total Revenue** | **$126.0** | **$160.5** | **$188.6** | **$199.2** | **$205.7** | **$252.5** | **$275.6** | **$286.7** | **$289.4** | **$303.7** | **$313.3** | **$335.4** | **$329.2** | **$331.2** | **$298.6** | **$331.1** | **$347.7** | **$1,278.7** | **$1,352.6** | **$1,385.6** | **$1,505.9** | **$1,718.1** | **$1,822.3** |
| Yr/Yr % Change | 95.3% | 116.6% | 87.5% | 71.2% | 63.3% | 57.3% | 46.1% | 43.9% | 40.7% | 20.3% | 13.7% | 17.0% | 14.8% | 15.5% | 3.2% | 14.4% | 20.1% | 10.7% | 17.1% | 19.9% | 17.8% | 27.0% | 31.5% |
| Q/Q % Change | 8.2% | 27.4% | 17.5% | 5.6% | 3.2% | 22.7% | 9.1% | 4.1% | 0.9% | 5.0% | 3.1% | 7.0% | (11.0%) | 0.6% | 3.7% | | | | | | | | |
| Software Rev. Yr/Yr % Change * | | | | 53.0% | 41.0% | 41.4% | 32.0% | 41.2% | 57.2% | 46.8% | 38.8% | 37.1% | 38.7% | n/a | 4.8% | 28.3% | n/a | 18.6% | 32.2% | n/a | 16.8% | 29.4% | n/a |
| - Software + Support % of Revenue | 75.5% | 74.7% | 74.1% | 72.2% | 71.2% | 71.1% | 70.7% | 72.8% | 78.4% | 88.2% | 89.6% | 88.7% | 90.9% | | 88.9% | 92.4% | | 89.4% | 91.3% | | 91.4% | 93.0% | |
| **Total Deferred Revenue** | **$172.4** | **$218.5** | **$275.7** | **$303.9** | **$332.3** | **$369.1** | **$408.8** | **$478.0** | **$539.9** | **$631.2** | **$701.8** | **$779.9** | | | | | | | | | | | |
| - Q/Q Absolute Change | $33.5 | $46.1 | $57.2 | $28.2 | $28.4 | $36.7 | $39.8 | $69.2 | $61.9 | $91.3 | $70.6 | $78.1 | | | | | | | | | | | |
| Billings (Rev. + Chg. in Deferred) | $159.5 | $206.6 | $239.8 | $227.4 | $234.1 | $289.2 | $315.3 | $355.9 | $351.3 | $395.1 | $383.9 | $413.4 | | | | | | | | | | | |
| Yr/Yr % Change | Not Adj. for ASC 606 | | 87.0% | 58.6% | 46.8% | 40.0% | 31.5% | 56.5% | 50.1% | 36.6% | 21.7% | 16.2% | | | | | | | | | | | |
| **Gross Income** | **$82.9** | **$106.4** | **$123.4** | **$126.0** | **$125.9** | **$158.1** | **$170.5** | **$182.2** | **$197.8** | **$236.1** | **$246.2** | **$257.5** | **$259.5** | **$260.9** | **$225.1** | **$265.1** | **$274.7** | **$981.1** | **$1,073.5** | **$1,094.5** | **$1,172.4** | **$1,383.6** | **$1,451.7** |
| Gross Margin % | 65.8% | 66.3% | 65.4% | 63.2% | 61.2% | 62.6% | 61.9% | 63.5% | 68.4% | 77.7% | 78.6% | 76.8% | 78.8% | 78.8% | 75.4% | 80.1% | 79.0% | 76.7% | 79.4% | 79.0% | 77.9% | 80.5% | 79.7% |
| **Total Operating Expenses** | **$111.2** | **$128.7** | **$145.8** | **$147.9** | **$169.7** | **$182.0** | **$192.6** | **$202.4** | **$232.4** | **$255.8** | **$272.1** | **$296.5** | **$306.1** | **$307.2** | **$336.8** | **$323.5** | **$326.4** | **$1,256.7** | **$1,239.0** | **$1,254.7** | **$1,563.5** | **$1,434.3** | **$1,563.7** |
| Opex % of Revenue | 88.2% | 80.2% | 77.3% | 74.2% | 82.5% | 72.1% | 69.9% | 70.6% | 80.3% | 84.2% | 86.8% | 88.4% | 93.0% | 92.8% | 112.8% | 97.7% | 93.9% | 98.3% | 91.6% | 90.6% | 103.8% | 83.5% | 85.8% |
| **EBIT** | **($28.3)** | **($22.3)** | **($22.5)** | **($21.9)** | **($43.8)** | **($23.8)** | **($22.1)** | **($20.2)** | **($34.6)** | **($19.7)** | **($25.9)** | **($39.0)** | **($46.7)** | **($46.3)** | **($111.7)** | **($58.4)** | **($51.7)** | **($275.6)** | **($165.4)** | **($160.2)** | **($391.0)** | **($50.7)** | **($112.0)** |
| EBIT Margin | (22.4%) | (13.9%) | (11.9%) | (11.0%) | (21.3%) | (9.4%) | (8.0%) | (7.0%) | (11.9%) | (6.5%) | (8.3%) | (11.6%) | (14.2%) | (14.0%) | (37.4%) | (17.6%) | (14.9%) | (21.6%) | (12.2%) | (11.6%) | (26.0%) | (3.0%) | (6.1%) |
| Other Income | ($0.8) | ($2.4) | ($1.3) | ($0.4) | $0.3 | ($0.5) | ($0.2) | ($0.1) | ($0.9) | $3.0 | ($1.4) | $2.9 | ($1.2) | $1.7 | $0.0 | ($1.2) | $1.3 | $0.7 | ($4.6) | $4.3 | ($1.9) | ($1.9) | ($36.3) |
| Tax Rate | (0.0%) | (4.2%) | (9.2%) | (3.0%) | (4.8%) | (6.4%) | (10.7%) | (14.0%) | 2.4% | (13.6%) | 13.3% | (11.8%) | 5.2% | 2.5% | 2.2% | 4.2% | 3.4% | 1.6% | 5.2% | 6.2% | 5.0% | 6.2% | 3.8% |
| **Net Income** | **($29.1)** | **($25.7)** | **($25.9)** | **($23.0)** | **($45.6)** | **($25.9)** | **($24.7)** | **($23.2)** | **($34.6)** | **($19.0)** | **($23.7)** | **($40.4)** | **($45.4)** | **($45.1)** | **($109.2)** | **($57.1)** | **($52.1)** | **($270.6)** | **($158.9)** | **($158.9)** | **($373.2)** | **($49.4)** | **($122.2)** |
| Non-GAAP EPS | ($0.24) | ($0.21) | ($0.20) | ($0.16) | ($0.32) | ($0.17) | ($0.24) | ($0.16) | ($0.21) | ($0.11) | ($0.13) | ($0.23) | ($0.25) | ($0.25) | ($0.60) | ($0.32) | ($0.28) | ($1.48) | ($0.89) | ($0.87) | ($1.96) | ($0.27) | ($0.63) |
| Fully Shares Outstanding | 178.0 | 180.2 | 183.4 | 185.6 | 188.9 | 192.0 | 194.6 | 196.8 | 200.1 | 202.3 | 204.3 | 206.3 | 206.3 | n/a | 208.3 | 208.3 | n/a | 207.3 | 207.3 | n/a | 215.3 | 215.3 | n/a |
| Basic Shares Outstanding | 120.8 | 121.3 | 128.3 | 142.0 | 144.1 | 152.6 | 156.8 | 161.7 | 166.8 | 171.2 | 175.4 | 179.4 | 178.4 | 180.4 | 183.2 | 180.4 | 186.1 | 180.8 | 179.2 | 182.6 | 190.2 | 187.4 | 194.0 |
| Cash Flow from Operations | $2.4 | $2.4 | $4.2 | $19.8 | ($16.0) | $5.9 | $10.1 | $46.4 | $13.3 | $22.7 | $49.8 | $38.5 | | | | | | | | | | | |
| - Capital Expenditures | $13.4 | $8.9 | $11.9 | $12.7 | $13.2 | $12.4 | $18.0 | $14.0 | $14.1 | $16.3 | $29.8 | $42.6 | | | | | | | | | | | |
| **Free Cash Flow** | **($11.0)** | **($6.5)** | **($7.8)** | **$7.1** | **($29.2)** | **($6.5)** | **($7.9)** | **$32.4** | **($0.8)** | **$6.5** | **$20.0** | **($4.1)** | | | | | | | | | | | |
| - TTM Free Cash Flow | ($44.7) | ($38.7) | ($31.2) | ($18.2) | ($36.4) | ($36.4) | ($36.5) | ($11.1) | $17.3 | $30.2 | $58.0 | $21.6 | | | | | | | | | | | |
| - TTM FCF per Share (avg) | ($0.30) | ($0.24) | ($0.17) | ($0.10) | ($0.20) | ($0.19) | ($0.19) | ($0.06) | $0.09 | $0.15 | $0.29 | $0.11 | | | | | | | | | | | |
| Ending Cash & Investments | $191.8 | $185.2 | $347.1 | $355.2 | $350.3 | $349.1 | $365.9 | $918.3 | $923.5 | $934.3 | $965.0 | $965.9 | | | | | | | | | | | |
| - Total Debt | $73.2 | $73.3 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $415.7 | $422.6 | $429.6 | $436.8 | $444.0 | | | | | | | | | | | |
| **Net Cash** | **$118.7** | **$111.9** | **$347.1** | **$355.2** | **$350.3** | **$349.1** | **$365.9** | **$502.6** | **$500.9** | **$504.7** | **$528.2** | **$521.9** | | | | | | | | | | | |
| - Net Cash per Share | $0.67 | $0.62 | $1.89 | $1.91 | $1.85 | $1.82 | $1.88 | $2.55 | $2.50 | $2.49 | $2.59 | $2.53 | | | | | | | | | | | |
| **Cash Conversion Cycle:** | | | | | | | | | | | | | | | | | | | | | | | |
| Days Sales Outstanding (DSO) | 45.4 | 63.4 | 70.5 | 69.8 | 76.2 | 65.2 | 57.3 | 57.5 | 61.1 | 77.4 | 69.0 | 68.0 | | | | | | | | | | | |
| - Nutanix's disclosed Weighted Avg. DSO | 30.0 | 31.0 | 24.0 | 24.0 | 23.0 | 27.0 | 27.0 | 28.0 | 26.0 | 23.0 | 24.0 | 28.0 | | | | | | | | | | | |
| Days Payables Outstanding (DPO) | 55.3 | 88.6 | 79.1 | 81.9 | 96.7 | 71.9 | 60.1 | 49.5 | 71.0 | 88.1 | 94.2 | 81.6 | | | | | | | | | | | |
| **Total Cash Conversion Cycle (CCC)** | **-9.9** | **-25.2** | **-8.6** | **-12.1** | **-20.5** | **-6.7** | **-2.8** | **8.0** | **-9.8** | **-10.7** | **-25.2** | **-13.5** | | | | | | | | | | | |

*\* Software-only revenue disclosed in 10-Q filing for F1Q18 and F1Q17; other quarters reflect Wells Fargo Securities, LLC Estimates*

### Nutanix Quarterly Guide History vs. Reported:

| | F3Q16 | F4Q16 | F1Q17 | F2Q17 | F3Q17 | F4Q17 | F1Q18 | F2Q18 | F3Q18 | F4Q18 | F1Q19 | F2Q19 | | F3Q19E | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue:** | | | | | | | | | | | | | | | |
| Low-End | | | | $175.0 | $180.0 | $215.0 | $240.0 | $280.0 | $275.0 | $295.0 | $295.0 | $325.0 | | $290.0 | |
| High-End | | | | $180.0 | $190.0 | $220.0 | $250.0 | $285.0 | $280.0 | $300.0 | $310.0 | $335.0 | | $300.0 | |
| **Reported vs. Midpoint** | | | | 2.6% | 3.7% | 4.0% | 12.5% | 1.5% | 4.3% | 2.1% | 3.6% | 1.6% | | 1.2% | |
| **Gross Margin:** | | | | | | | | | | | | | | | |
| Low-End | | | | 60.0% | 57.0% | 58.0% | 58.0% | 62.5% | 67.0% | 73.0% | 78.0% | 78.0% | | 75.0% | |
| High-End | | | | | 58.0% | | | 63.5% | 68.0% | 74.0% | 79.0% | 79.0% | | 76.0% | |
| Reported vs. Midpoint | | | | 3.23 bp | 3.72 bp | 4.64 bp | 3.86 bp | 0.54 bp | 0.86 bp | 4.23 bp | 0.09 bp | -1.72 bp | | -0.10 bp | |
| **Operating Expenses** | | | | | | | | | | | | | | | |
| Low-End | | | | | $195 | | $210 | | $218 | $250 | $280 | $300.0 | | $330.0 | |
| High-End | | | | | $200 | | | | $220 | $260 | $290 | $310.0 | | $340.0 | |
| Reported vs. Midpoint | n/a | n/a | n/a | (2.5%) | (3.6%) | 6.1% | 0.3% | (4.5%) | | | | -2.8% | | 0.5% | |
| **Non-GAAP EPS** | | | | | | | | | | | | | | | |
| Low-End | | | | ($0.36) | ($0.48) | ($0.38) | ($0.37) | ($0.22) | ($0.21) | ($0.22) | ($0.28) | ($0.25) | | ($0.60) | |
| High-End | | | | ($0.35) | ($0.45) | | ($0.37) | ($0.20) | ($0.19) | ($0.20) | ($0.26) | | | | |
| **Reported vs. Midpoint** | | | | 21.1% | 9.7% | 13.2% | 57.4% | 31.8% | (3.8%) | 47.1% | 50.1% | 9.9% | | 0.7% | |

*Source: Company Data; FactSet (Consensus) Estimates; Wells Fargo Securities, LLC Estimates*



**Nutanix - Quarterly Revenue ($MM); Yr/Yr % Change**

*Source: Company Data; Wells Fargo Securities, LLC Estimates*



**Nutanix - Annual Revenue ($B); Yr/Yr % Change**

*Source: Company Data; Wells Fargo Securities, LLC Estimates*















## Nutanix - Key Performance Metrics

| | | | | IPO QTR | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | F2Q16 | F3Q16 | F4Q16 | F1Q17 | F2Q17 | F3Q17 | F4Q17 | F1Q18 | F2Q18 | F3Q18 | F4Q18 | F1Q19 | F2Q19 |
| | Jan-16 | Apr-16 | Jul-16 | Oct-16 | Jan-17 | Apr-17 | Jul-17 | Oct-17 | Jan-18 | Apr-18 | Jul-18 | Oct-18 | Jan-19 |
| **Total Customers** | **2,638** | **3,111** | **3,768** | **4,473** | **5,382** | **6,172** | **7,051** | **7,813** | **8,870** | **9,690** | **10,610** | **11,490** | **12,410** |
| - Yr/Yr Absolute Change | 1,473 | 1,708 | 1,969 | 2,329 | 2,744 | 3,061 | 3,283 | 3,340 | 3,488 | 3,518 | 5,228 | 5,318 | 5,359 |
| - Q/Q Absolute Change | 494 | 473 | 657 | 705 | 909 | 790 | 879 | 762 | 1,057 | 820 | 2,797 | 2,620 | 2,720 |
| **# of Customers: +$1MM Cumulative Purchases** | **136** | **154** | **207** | **256** | **295** | **341** | **404** | **478** | **541** | **593** | **645** | **714** | **779** |
| - Q/Q Absolute Change | 28 | 18 | 53 | 49 | 39 | 46 | 63 | 74 | 63 | 52 | 52 | 69 | 65 |
| Cumulative +$1 Million Customer Breakdown: | | | | | | | | | | | | | |
| $1-$3 Million | | | | | | 269 | 313 | 375 | 415 | 446 | 472 | 509 | 562 |
| >$2 Million | | | | | | - | 166 | 206 | - | - | - | - | - |
| $3-$5 Million | | | | | | 40 | 52 | 56 | 69 | 80 | 90 | 106 | 105 |
| >$5 Million | | | | | | 32 | 39 | 47 | 57 | 67 | 83 | 99 | 112 |
| >$10 Million | | | | | | - | 11 | 16 | 18 | 22 | 26 | - | - |
| **Total Global 2000 Customers** | **290** | **330** | **390** | **430** | **480** | **530** | **560** | **600** | **640** | **660** | **700** | **720** | **760** |
| - Q/Q Absolute Change | 40 | 40 | 60 | 40 | 50 | 50 | 30 | 40 | 40 | 20 | 40 | 20 | 40 |
| Repeat Customers - % of *Bookings* | 60% | 65% | 64% | 65% | 60% | 68% | 70% | 75% | 66% | 73% | 70% | 76% | 75% |
| **Repeat Purchase Multiples for 18-Mos. Post Initial Purchase:** | | | | | | | | | | | | | |
| All Customers | 3.7x | 3.7x | 3.6x | 3.9x | 3.8x | 4.0x | 4.1x | 4.1x | 4.1x | 4.0x | 4.1x | n/a | 0.0x |
| Global 2000 Customers | 7.4x | 7.6x | 7.2x | 7.1x | 7.2x | 7.3x | 7.7x | 8.1x | 9.0x | 9.7x | 10.2x | 10.6x | 11.0x |
| Top 25 Customers | 9.5x | 11.5x | 14.1x | 15.5x | 16.1x | 18.2x | 19.4x | 21.3x | 22.5x | 24.2x | 25.0x | n/a | 0.0x |
| **Acropolis Hypervisor (AHV) % of NX-Nodes (4-Qtr Avg.)** | **8%** | **10%** | **15%** | **20%** | **24%** | **26%** | **26%** | **28%** | **30%** | **33%** | **35%** | **38%** | **40%** |
| **Nutanix Headcount Breakdown:** | | | | | | | | | | | | | |
| Sales & Marketing | 798 | 894 | 968 | 1,127 | 1,226 | 1,299 | 1,362 | 1,493 | 1,606 | 1,855 | 1,925 | 2,102 | 2,209 |
| Research & Development | 470 | 528 | 598 | 737 | 782 | 810 | 850 | 868 | 933 | 1,076 | 1,203 | 1,314 | 1,410 |
| Support & Services | 168 | 212 | 242 | 305 | 344 | 357 | 387 | 422 | 450 | 519 | 602 | 657 | 705 |
| General & Administrative | 153 | 164 | 172 | 188 | 207 | 206 | 214 | 226 | 244 | 260 | 281 | 307 | 376 |
| **Total Employees** | **1,589** | **1,798** | **1,980** | **2,357** | **2,559** | **2,672** | **2,813** | **3,009** | **3,233** | **3,710** | **4,010** | **4,380** | **4,700** |
| Annualized Revenue per Avg. S&M Employee | $627,450 | $595,593 | $689,603 | $720,042 | $677,311 | $651,628 | $758,987 | $772,125 | $740,223 | $668,970 | $642,887 | $622,334 | $622,276 |
| Annualized Software Revenue per Avg. S&M Employee | $362,264 | $338,061 | $390,763 | $399,981 | $349,664 | $319,398 | $386,564 | $387,290 | $374,756 | $366,368 | $399,577 | $381,007 | $369,254 |
| Annualized Billings per Avg. S&M Employee | $773,003 | $753,986 | $887,669 | $915,689 | $773,188 | $741,608 | $869,442 | $883,615 | $918,748 | $812,024 | $836,163 | $762,567 | $767,118 |
| **Annualized Software + Support Billings per Avg. S&M Employee** | **$410,739** | **$415,924** | **$496,907** | **$538,620** | **$423,524** | **$422,210** | **$482,877** | **$496,325** | **$543,992** | **$445,656** | **$436,586** | **$381,559** | **$397,840** |

*Source: Company Data; Wells Fargo Securities, LLC Estimates*



### Nutanix - Total Cumulative Customers

*Source: Company Data; Wells Fargo Securities, LLC*



### Nutanix - Global 2000 vs. >$1M Cumulative Spend Customers

*Source: Company Data; Wells Fargo Securities, LLC Estimates*

5 | Wells Fargo Securities, LLC

Nutanix, Inc.

Equity Research

6 | Wells Fargo Securities, LLC

## Nutanix
### Income Statement Summary
*($ in Millions; Except per Share)*

| | F1Q18 | F2Q18 | F3Q18 | F4Q18 | F1Q19 | Last Rptd F2Q19 | F3Q19E | F4Q19E | F1Q20E | F2Q20E | F3Q20E | F4Q20E | F1Q21E | F2Q21E | F3Q21E | F4Q21E | F2018 | F2019E | F2020E | F2021E | C2017 | C2018 | C2019E | C2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Oct-17 | Jan-18 | Apr-18 | Jul-18 | Oct-18 | Jan-19 | Apr-19 | Jul-19 | Oct-19 | Jan-20 | Apr-20 | Jul-20 | Oct-20 | Jan-21 | Apr-21 | Jul-21 | Jul-18 | Jul-19 | Aug-19 | Sep-19 | Jan-18 | Jan-19 | Feb-19 | Mar-19 |
| **Product Revenue** | $219.05 | $223.17 | $221.12 | $224.65 | $224.35 | $236.93 | $199.17 | $223.09 | $225.87 | $245.50 | $249.56 | $281.97 | $287.46 | $310.12 | $303.72 | $350.63 | $887.99 | $883.53 | $1,002.89 | $1,251.93 | $803.77 | $907.05 | $893.62 | $1,129.11 |
| - Yr/Yr % Δ - | 42.7% | 41.1% | 38.1% | 11.5% | 2.4% | 6.2% | -9.9% | -0.7% | -4.7% | 23.3% | 11.9% | 24.8% | 17.1% | 24.3% | 7.7% | 22.0% | 31.9% | -0.5% | 13.5% | 24.8% | 47.3% | 12.8% | -1.5% | 26.4% |
| - Seq. % Δ - | 8.7% | 1.9% | -0.9% | 1.6% | -0.1% | 5.6% | -15.9% | 12.0% | 1.2% | 8.7% | 1.7% | 13.0% | 4.0% | 5.5% | -2.5% | 12.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| - % of Total Revenue - | 79.5% | 77.8% | 76.4% | 74.0% | 71.6% | 70.7% | 66.7% | 67.3% | 66.1% | 67.3% | 65.9% | 67.0% | 66.5% | 67.3% | 66.0% | 67.8% | 76.9% | 69.1% | 66.6% | 66.9% | 78.8% | 73.0% | 66.8% | 66.7% |
| **Support Revenue** | $56.50 | $63.57 | $68.30 | $79.10 | $88.94 | $98.43 | $99.41 | $108.36 | $115.94 | $119.42 | $128.98 | $138.65 | $144.89 | $150.68 | $156.71 | $166.90 | $267.47 | $395.14 | $502.99 | $619.18 | $216.65 | $334.76 | $443.14 | $563.20 |
| - Yr/Yr % Δ - | 61.3% | 55.1% | 49.8% | 55.1% | 57.4% | 54.8% | 45.6% | 37.0% | 17.8% | 20.1% | 19.0% | 28.0% | 21.3% | 16.8% | 13.0% | 20.4% | 55.0% | 47.7% | 27.3% | 23.1% | 68.5% | 54.5% | 32.4% | 27.1% |
| - Seq. % Δ - | 10.8% | 12.5% | 7.4% | 15.8% | 12.4% | 10.7% | 1.0% | 9.0% | 7.0% | 3.0% | 8.0% | 7.5% | 4.5% | 4.0% | 4.0% | 6.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| - % of Total Revenue - | 20.5% | 22.2% | 23.6% | 26.0% | 28.4% | 29.3% | 33.3% | 32.7% | 33.9% | 32.7% | 34.1% | 33.0% | 33.5% | 32.7% | 34.0% | 32.2% | 23.1% | 30.9% | 33.4% | 33.1% | 21.2% | 27.0% | 33.2% | 33.3% |
| **Total Revenue** | $275.55 | $286.74 | $289.41 | $303.75 | $313.28 | $335.36 | $298.58 | $331.45 | $341.81 | $364.92 | $378.54 | $420.62 | $432.35 | $460.81 | $460.43 | $517.53 | $1,155.46 | $1,278.67 | $1,505.88 | $1,871.11 | $1,020.42 | $1,241.80 | $1,336.76 | $1,692.31 |
| - Yr/Yr % Δ - | 46.1% | 43.9% | 40.7% | 20.3% | 13.7% | 17.0% | 3.2% | 9.1% | 1.9% | 22.2% | 14.2% | 26.9% | 18.5% | 21.7% | 9.5% | 23.0% | 36.6% | 10.7% | 17.8% | 24.3% | 51.3% | 21.7% | 7.6% | 26.6% |
| - Seq. % Δ - | 9.1% | 4.1% | 0.9% | 5.0% | 3.1% | 7.0% | -11.0% | 11.0% | 3.1% | 6.8% | 3.7% | 11.1% | 2.8% | 6.6% | -0.1% | 12.4% | | | | | | | | |
| *Revenue + Seq. Δ in Def. Revenue (Billings)* | $315.34 | $355.90 | $351.30 | $395.07 | $383.88 | $413.42 | $367.25 | $404.37 | $410.17 | $430.60 | $439.11 | $483.71 | $497.21 | $539.14 | $552.52 | $595.15 | $1,417.61 | $1,568.91 | $1,763.59 | $2,184.02 | $1,194.51 | $1,543.66 | $1,612.39 | $1,959.16 |
| - Yr/Yr % Δ - | 31.5% | 56.5% | 50.1% | 36.6% | 21.7% | 16.2% | 4.5% | 2.4% | 6.9% | 4.2% | 19.6% | 19.6% | 21.2% | 25.2% | 25.8% | 23.0% | 36.6% | 10.7% | 17.8% | 24.3% | 51.3% | 21.7% | 7.6% | 26.6% |
| - Seq. % Δ - | 9.0% | 12.9% | -1.3% | 12.5% | -2.8% | 7.7% | -11.2% | 10.1% | 1.4% | 5.0% | 2.0% | 10.2% | 2.8% | 8.4% | 2.5% | 7.7% | | | | | | | | |
| Cost of Product Sales | $83.70 | $81.37 | $64.60 | $38.24 | $35.40 | $41.24 | $36.16 | $35.82 | $32.94 | $36.27 | $39.29 | $37.00 | $34.63 | $35.04 | $36.89 | $34.81 | $267.91 | $148.61 | $145.50 | $141.38 | $301.88 | $179.47 | $141.19 | $145.97 |
| Cost of Services | $21.39 | $23.18 | $26.98 | $29.41 | $31.69 | $36.64 | $37.28 | $43.34 | $44.06 | $44.78 | $46.43 | $52.69 | $54.33 | $55.75 | $56.42 | $59.25 | $100.96 | $148.95 | $187.96 | $225.75 | $81.84 | $124.72 | $169.47 | $209.21 |
| **Cost of Sales** | $105.09 | $104.55 | $91.58 | $67.65 | $67.08 | $77.88 | $73.44 | $79.17 | $77.00 | $81.05 | $85.72 | $89.69 | $88.97 | $90.80 | $93.31 | $94.06 | $368.86 | $297.57 | $333.46 | $367.13 | $383.72 | $304.20 | $310.65 | $355.17 |
| Product Gross Income | $135.36 | $141.80 | $156.52 | $186.41 | $188.95 | $195.69 | $163.01 | $187.27 | $192.93 | $209.23 | $210.27 | $244.97 | $252.83 | $275.08 | $266.83 | $315.82 | $620.08 | $734.92 | $857.39 | $1,110.55 | $501.89 | $727.57 | $752.43 | $983.15 |
| Service Gross Income | $35.11 | $40.40 | $41.31 | $49.69 | $57.25 | $61.79 | $62.13 | $65.02 | $71.89 | $74.64 | $82.55 | $85.96 | $90.56 | $94.93 | $100.30 | $107.65 | $166.51 | $246.18 | $315.03 | $393.43 | $134.82 | $210.04 | $273.67 | $354.00 |
| **Gross Income ($M)** | $170.47 | $182.20 | $197.83 | $236.10 | $246.20 | $257.48 | $225.14 | $252.28 | $264.81 | $283.86 | $292.82 | $330.93 | $343.39 | $370.01 | $367.12 | $423.47 | $786.59 | $981.10 | $1,172.42 | $1,503.99 | $636.71 | $937.61 | $1,026.10 | $1,337.14 |
| **Gross Margin (%; Approx)** | 61.9% | 63.5% | 68.4% | 77.7% | 78.6% | 76.8% | 75.4% | 76.1% | 77.5% | 77.8% | 77.4% | 78.7% | 79.4% | 80.3% | 79.7% | 81.8% | 68.1% | 76.7% | 77.9% | 80.4% | 62.4% | 75.5% | 76.8% | 79.0% |
| - Product GM% (8/13: LT Model = Mid-60%) | 61.8% | 63.5% | 70.8% | 83.0% | 84.2% | 82.6% | 81.8% | 83.9% | 85.4% | 85.2% | 84.3% | 86.9% | 88.0% | 88.7% | 87.9% | 90.1% | 69.8% | 83.2% | 85.5% | 88.7% | 62.4% | 80.2% | 84.2% | 87.1% |
| - Service GM% (8/13: LT Model = 60%) | 62.1% | 63.5% | 60.5% | 62.8% | 64.4% | 62.8% | 62.5% | 60.0% | 62.0% | 62.5% | 64.0% | 62.0% | 62.5% | 63.0% | 64.0% | 64.5% | 62.3% | 62.3% | 62.6% | 63.5% | 62.2% | 62.7% | 61.8% | 62.9% |
| Sales & Marketing Expense | $131.43 | $135.07 | $151.59 | $165.60 | $173.34 | $189.58 | $214.38 | $225.39 | $232.43 | $240.85 | $244.16 | $260.78 | $263.74 | $267.27 | $267.05 | $269.11 | $583.68 | $802.68 | $978.22 | $1,067.17 | $498.23 | $680.11 | $913.04 | $1,035.94 |
| R&D Expense | $48.97 | $53.90 | $64.82 | $71.70 | $79.52 | $88.36 | $103.01 | $104.41 | $112.80 | $120.42 | $128.70 | $134.60 | $134.03 | $138.24 | $142.73 | $150.08 | $239.39 | $375.30 | $496.52 | $565.09 | $199.04 | $304.40 | $440.64 | $535.57 |
| G&A Expense | $12.21 | $13.43 | $15.99 | $18.55 | $19.20 | $18.57 | $19.41 | $21.54 | $19.83 | $21.17 | $24.61 | $23.13 | $21.62 | $23.04 | $23.02 | $25.88 | $60.17 | $78.72 | $88.73 | $93.56 | $49.39 | $72.31 | $81.94 | $92.40 |
| **Total Operating Expenses** | $192.60 | $202.40 | $232.40 | $255.85 | $272.07 | $296.50 | $336.80 | $351.34 | $365.05 | $382.43 | $397.47 | $418.51 | $419.38 | $428.55 | $432.80 | $445.07 | $883.24 | $1,256.70 | $1,563.47 | $1,725.81 | $746.66 | $1,056.81 | $1,435.62 | $1,663.91 |
| S&M % of Rev. (LT Model: 28%-31%) | 47.7% | 47.1% | 52.4% | 54.5% | 55.3% | 56.5% | 71.8% | 68.0% | 68.0% | 66.0% | 64.5% | 62.0% | 61.0% | 58.0% | 58.0% | 52.0% | 50.5% | 62.8% | 65.0% | 57.0% | 48.8% | 54.8% | 68.3% | 61.2% |
| R&D % of Rev. (LT Model: 11%-13%) | 17.8% | 18.8% | 22.4% | 23.6% | 25.4% | 26.3% | 34.5% | 31.5% | 33.0% | 33.0% | 34.0% | 32.0% | 31.0% | 30.0% | 31.0% | 29.0% | 20.7% | 29.4% | 33.0% | 30.2% | 19.5% | 24.5% | 33.0% | 31.6% |
| G&A % of Rev. (LT Model: 5%-6%) | 4.4% | 4.7% | 5.5% | 6.1% | 6.1% | 5.5% | 6.5% | 6.5% | 5.8% | 5.8% | 6.5% | 5.5% | 5.0% | 5.0% | 5.0% | 5.0% | 5.2% | 6.2% | 5.9% | 5.0% | 4.8% | 5.8% | 6.1% | 5.5% |
| *Total Opex - % of Rev. (44%-50%)* | 69.9% | 70.6% | 80.3% | 84.2% | 86.8% | 88.4% | 112.8% | 106.0% | 106.8% | 104.8% | 105.0% | 99.5% | 97.0% | 93.0% | 94.0% | 86.0% | 76.4% | 98.3% | 103.8% | 92.2% | 73.2% | 85.1% | 107.4% | 98.3% |
| **Operating Income (LT Model: 16%-20%)** | (22.14) | (20.20) | (34.57) | (19.75) | (25.87) | (39.02) | (111.65) | (99.05) | (100.24) | (98.57) | (104.65) | (87.58) | (76.00) | (58.54) | (65.68) | (21.60) | (96.65) | (275.60) | (391.04) | (221.82) | (109.95) | (119.21) | (409.52) | (326.77) |
| - Operating Margin (%) | -8% | -7% | -12% | -7% | -8% | -12% | -37% | -30% | -29% | -27% | -28% | -21% | -18% | -13% | -14% | -4% | -8% | -22% | -26% | -12% | -11% | -10% | -31% | -19% |
| - EBITDA Margin (%) | -4% | -3% | -7% | -2% | -3% | -6% | -37% | -30% | -29% | -27% | -28% | -21% | -18% | -13% | -14% | -4% | -24% | -40% | -46% | -30% | -27% | -26% | -51% | -39% |
| Other Income | (0.19) | (0.12) | (0.90) | 3.01 | (1.42) | 2.87 | - | (0.80) | (0.70) | (0.60) | - | (0.60) | (0.40) | (0.40) | (0.35) | (0.35) | 1.80 | 0.65 | (1.90) | (1.50) | (0.56) | 3.56 | (2.10) | (1.40) |
| **Pre-Tax Income** | (22.33) | (20.32) | (35.47) | (16.74) | (27.28) | (36.16) | (111.65) | (99.85) | (100.94) | (99.17) | (104.65) | (88.18) | (76.40) | (58.94) | (66.03) | (21.95) | (94.85) | (274.94) | (392.94) | (223.32) | (110.50) | (115.64) | (411.62) | (328.17) |
| Taxes | $2.39 | $2.85 | -$0.84 | $2.28 | -$3.63 | $4.25 | -$2.50 | -$2.50 | -$2.50 | -$2.00 | -$2.00 | -$13.23 | -$19.10 | -$14.73 | -$16.51 | -$5.49 | $6.69 | -$4.37 | -$19.73 | -$55.83 | $8.92 | $2.07 | -$9.50 | -$49.06 |
| **Net Income** | (24.72) | (23.18) | (34.63) | (19.02) | (23.65) | (40.41) | (109.15) | (97.35) | (98.44) | (97.17) | (102.65) | (74.96) | (57.30) | (44.20) | (49.52) | (16.47) | (101.54) | (270.57) | (373.22) | (167.49) | (119.42) | (117.71) | (402.12) | (279.11) |
| - % of Revenue - | -9.0% | -8.1% | -12.0% | -6.3% | -7.5% | -12.0% | -36.6% | -29.4% | -28.8% | -26.6% | -27.1% | -17.8% | -13.3% | -9.6% | -10.8% | -3.2% | -8.8% | -21.2% | -24.8% | -9.0% | -11.7% | -9.5% | -30.1% | -16.5% |
| **Non-GAAP EPS** | ($0.16) | ($0.14) | ($0.21) | ($0.11) | ($0.13) | ($0.23) | ($0.60) | ($0.53) | ($0.53) | ($0.51) | ($0.54) | ($0.39) | ($0.26) | ($0.20) | ($0.22) | ($0.07) | ($0.62) | ($1.48) | ($1.96) | ($0.75) | ($0.78) | ($0.68) | ($2.16) | ($1.38) |
| - Basic Shares - | 156.78 | 161.74 | 166.85 | 171.20 | 175.45 | 179.44 | 183.24 | 185.24 | 187.24 | 189.24 | 191.24 | 193.24 | 195.24 | 197.24 | 199.24 | 201.24 | 164.14 | 180.84 | 190.24 | 198.24 | 153.79 | 173.23 | 186.24 | 194.24 |

*Source: Company Data; Wells Fargo Securities, LLC Estimates*

IT Hardware & Communications Networking

Equity Research

Nutanix, Inc.                                                                                      Equity Research

## Price Target

Price Target: $45 from $70

Our price target of $45 reflects approximately 5.3x EV/sales on our CY2020 estimates. Nutanix has risk from: 1) Aggressive competitive landscape, 2) Emphasis on top-line growth vs. operating leverage, 3) Sales productivity expansion, and 4) Execution risks.

## Investment Thesis

While Nutanix is a leader in the fast growing hyper-converged infrastructure (HCI) market, we remain cautious on near term sales execution as the company looks to re-accelerate pipeline growth and transition to a subscription-based model in a continually competitive market.

## Company Description

Nutanix is a leading provider of next generation hyper-converged storage solutions, which provide an enterprise cloud platform that converges traditional silos of server, virtualization and storage into a single integrated solution that can also connect to public cloud services. Nutanix has focused its R&D efforts on software that resides above the hypervisor (virtualization) kernel. This has resulted in an offering the company notes as having no hardware crutch (e.g., hardware-agnostic) and thus, can be deployed within any x86 server / compute environment - allowing Nutanix to be easily integrated with OEM / partner hardware solutions (currently Dell & Lenovo). The company's software-driven platform delivers the agility, scalability and pay-as-you-grow economics of the public cloud, while also providing enterprise requirements of application mobility, security, data integrity and control. The company was founded in 2009 and is headquartered in San Jose, California.

# Required Disclosures



### Nutanix, Inc. (NTNX) 3-yr. Price Performance

| | Date | Published Price ($) | Rating Code | Price Target | Val. Rng. Low | Val. Rng. High | Close Price ($) |
|---|---|---|---|---|---|---|---|
| | 9/30/2016 | | IPO priced at $16.00 | | | | |
| | 11/14/2017 | | Rakers | | | | |
| ♦ | 11/14/2017 | 28.30 | 1 | 40 | NE | NE | 28.30 |
| ● | 11/30/2017 | 32.80 | 1 | 43 | NE | NE | 32.80 |
| ● | 3/1/2018 | 36.20 | 1 | 52 | NE | NE | 36.20 |
| ● | 3/12/2018 | 51.48 | 1 | 60 | NE | NE | 51.48 |
| ● | 5/9/2018 | 58.50 | 1 | 65 | NE | NE | 58.50 |
| ● | 6/22/2018 | 56.48 | 1 | 70 | NE | NE | 54.34 |

Source: Wells Fargo Securities, LLC estimates and Reuters data

**Symbol Key**
▼ Rating Downgrade
▲ Rating Upgrade
● Price Target/Val Range Change
♦ Initiation, Resumption, Drop or Suspend
■ Analyst Change
▫ Split Adjustment

**Rating Code Key**
1   Outperform/Buy          SR   Suspended
2   Market Perform/Hold     NR   Not Rated
3   Underperform/Sell       NE   No Estimate

## Additional Information Available Upon Request

I certify that:
1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and
2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

- Wells Fargo Securities, LLC and/or its affiliates, have beneficial ownership of 0.5% or more of any class of the common stock of Nutanix, Inc..
- Wells Fargo Securities, LLC, or any of its affiliates, intends to seek or expects to receive compensation for investment banking

services from Nutanix, Inc. in the next three months.
- Wells Fargo Securities, LLC maintains a market in the common stock of Nutanix, Inc..
- Wells Fargo Securities, LLC or its affiliates has a significant financial interest in Nutanix, Inc..

**NTNX:** Nutanix has risk from: 1) Aggressive competitive landscape, 2) Emphasis on top-line growth vs. operating leverage, 3) Sales productivity expansion, and 4) Execution risks.

Wells Fargo Securities, LLC does not compensate its research analysts based on specific investment banking transactions. Wells Fargo Securities, LLC's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

**STOCK RATING**
**1=Outperform:** The stock appears attractively valued, and we believe the stock's total return will exceed that of the market over the next 12 months. BUY
**2=Market Perform:** The stock appears appropriately valued, and we believe the stock's total return will be in line with the market over the next 12 months. HOLD
**3=Underperform:** The stock appears overvalued, and we believe the stock's total return will be below the market over the next 12 months. SELL

**SECTOR RATING**
**O=Overweight:** Industry expected to outperform the relevant broad market benchmark over the next 12 months.
**M=Market Weight:** Industry expected to perform in-line with the relevant broad market benchmark over the next 12 months.
**U=Underweight:** Industry expected to underperform the relevant broad market benchmark over the next 12 months.

**VOLATILITY RATING**
**V =** A stock is defined as volatile if the stock price has fluctuated by +/-20% or greater in at least 8 of the past 24 months or if the analyst expects significant volatility. All IPO stocks are automatically rated volatile within the first 24 months of trading.

As of: February 28, 2019

| | |
|---|---|
| 48% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Outperform. | Wells Fargo Securities, LLC has provided investment banking services for 38% of its Equity Research Outperform-rated companies. |
| 50% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Market Perform. | Wells Fargo Securities, LLC has provided investment banking services for 27% of its Equity Research Market Perform-rated companies. |
| 2% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Underperform. | Wells Fargo Securities, LLC has provided investment banking services for 12% of its Equity Research Underperform-rated companies. |

**Important Disclosure for U.S. Clients**
This report was prepared by Wells Fargo Securities Global Research Department ("WFS Research") personnel associated with Wells Fargo Securities and Structured Asset Investors, LLC ("SAI"), a subsidiary of Wells Fargo & Co. and an investment adviser registered with the SEC.   If research payments are made separately from commission payments, this report is being provided by SAI.  For all other recipients in the U.S. this report is being provided by Wells Fargo Securities.

**Important Disclosure for International Clients**
**EEA** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the EEA, this report is distributed by Wells Fargo Securities International Limited ("WFSIL"). WFSIL is a U.K. incorporated investment firm authorized and regulated by the Financial Conduct Authority. For the purposes of Section 21 of the UK Financial Services and Markets Act 2000 ("the Act"), the content of this report has been approved by WFSIL, an authorized person under the Act. WFSIL does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). The FCA rules made under the Financial Services and Markets Act 2000 for the protection of retail clients will therefore not apply, nor will the Financial Services Compensation Scheme be available. This report is not intended for, and should not be relied upon by, retail clients.

**Australia** – Wells Fargo Securities, LLC is exempt from the requirements to hold an Australian financial services license in respect of the financial services it provides to wholesale clients in Australia. Wells Fargo Securities, LLC is regulated under U.S. laws which differ from Australian laws. Any offer or documentation provided to Australian recipients by Wells Fargo Securities, LLC in the course of providing the financial services will be prepared in accordance with the laws of the United States and not Australian laws.

**Canada** – This report is distributed in Canada by Wells Fargo Securities Canada, Ltd., a registered investment dealer in Canada and member of the Investment Industry Regulatory Organization of Canada (IIROC) and Canadian Investor Protection Fund (CIPF). Wells Fargo Securities, LLC's research analysts may participate in company events such as site visits but are generally prohibited from accepting payment or reimbursement by the subject companies for associated expenses unless pre-authorized by members of Research Management.

Equity Research

Nutanix, Inc.

**Hong Kong** – This report is issued and distributed in Hong Kong by Wells Fargo Securities Asia Limited ("WFSAL"), a Hong Kong incorporated investment firm licensed and regulated by the Securities and Futures Commission of Hong Kong ("SFC") to carry on types 1, 4, 6 and 9 regulated activities (as defined in the Securities and Futures Ordinance (Cap. 571 of The Laws of Hong Kong), "the SFO"). This report is not intended for, and should not be relied on by, any person other than professional investors (as defined in the SFO). Any securities and related financial instruments described herein are not intended for sale, nor will be sold, to any person other than professional investors (as defined in the SFO).  The author or authors of this report may or may not be licensed by the SFC.  Professional investors who receive this report should direct any queries regarding its contents to Mark Jones at WFSAL (email: wfsalresearch@wellsfargo.com ).

**Japan** – This report is distributed in Japan by Wells Fargo Securities (Japan) Co., Ltd, registered with the Kanto Local Finance Bureau to conduct broking and dealing of type 1 and type 2 financial instruments and agency or intermediary service for entry into investment advisory or discretionary investment contracts.  This report is intended for distribution only to professional investors (Tokutei Toushika) and is not intended for, and should not be relied upon by, ordinary customers (Ippan Toushika).

The ratings stated on the document are not provided by rating agencies registered with the Financial Services Agency of Japan (JFSA) but by group companies of JFSA-registered rating agencies.  These group companies may include Moody's Investors Services Inc., Standard & Poor's Rating Services and/or Fitch Ratings.  Any decisions to invest in securities or transactions should be made after reviewing policies and methodologies used for assigning credit ratings and assumptions, significance and limitations of the credit ratings stated on the respective rating agencies' websites.

Equity Research

**About Wells Fargo Securities**
Wells Fargo Securities is the trade name for the capital markets and investment banking services of Wells Fargo & Company and its subsidiaries, including but not limited to Wells Fargo Securities, LLC, a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of NYSE, FINRA, NFA and SIPC, Wells Fargo Prime Services, LLC, a member of FINRA, NFA and SIPC, Wells Fargo Securities Canada, Ltd., a member of IIROC and CIPF, Wells Fargo Bank, N.A. and Wells Fargo Securities International Limited, authorized and regulated by the Financial Conduct Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in this report. Interested parties are advised to contact the entity with which they deal, or the entity that provided this report to them, if they desire further information or they wish to effect transactions in the securities discussed in this report. The information in this report has been obtained or derived from sources believed by Wells Fargo Securities Global Research Department ("WFS Research"), to be reliable, but WFS Research does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of WFS Research, at this time, and are subject to change without notice. Certain text, images, graphics, screenshots and audio or video clips included in this report are protected by copyright law and owned by third parties (collectively, "Third Party Content"). Third Party Content is made available to clients by Wells Fargo under license or otherwise in accordance with applicable law. Any use or publication of Third Party Content included in this report for purposes other than fair use requires permission from the copyright owner. Any external website links included in this publication are not maintained, controlled or operated by Wells Fargo Securities. Wells Fargo Securities does not provide the products and services on these websites and the views expressed on these websites do not necessarily represent those of Wells Fargo Securities. Please review the applicable privacy and security policies and terms and conditions for the website you are visiting. All Wells Fargo Securities and SAI research reports published by WFS Research are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Additional distribution may be done by sales personnel via email, fax or regular mail. Clients may also receive our research via third party vendors. Not all research content is redistributed to our clients or available to third-party aggregators, nor is WFS Research responsible for the redistribution of our research by third party aggregators. Equity Strategists focus on investment themes across the equity markets and sectors.  Any discussion within an Equity Strategy report of specific securities is not intended to provide a fundamental analysis of any individual company described therein.  The information provided in Equity Strategy reports is subject to change without notice, and investors should not expect continuing information or additional reports relating to any security described therein. For research or other data available on a particular security, please contact your sales representative or go to http://www.wellsfargoresearch.com. For the purposes of the U.K. Financial Conduct Authority's rules, this report constitutes impartial investment research. Each of Wells Fargo Securities, LLC and Wells Fargo Securities International Limited is a separate legal entity and distinct from affiliated banks. Copyright © 2019 Wells Fargo Securities, LLC

SECURITIES: NOT FDIC-INSURED/NOT BANK-GUARANTEED/MAY LOSE VALUE

# EXHIBIT 7

**COMPANY NOTE**

| | |
|---|---|
| Target \| Estimate Change | |
| USA \| Technology \| Software | **March 1, 2019** |

# Jefferies

# Nutanix (NTNX)
## F2Q19: Mismanaged Lead Generation but Swift Transition to Recurring Revenue

**HOLD**
Price target $42.00
(from $48.00)
Price $50.09^

### Key Takeaway

**NTNX exceeded estimates this Q. While the transition to a recurring revenue model is moving faster than expected, management lowered next quarter's revenue guidance by over $50 below the street, due to restrictive lead generation spending that impacted the sales pipeline. As a result, we maintain our Hold rating and have lowered our Price Target to $42.**

**Details.** Non-GAAP EPS of ($0.23) on total revenue of $335M, product of $237M, and support of $98M, compared to Street estimates of ($0.25), $331M, $234M, and $97M, respectively. Total billings grew 16% y/y to $413M, just under the Street by $1.6M. Operating cash flow declined 17% y/y to $38M and was much better than the Street estimate of $22M. The company guided fiscal 3Q rev to between $290 and $300M, with the midpoint well below the street of $348M. Non-GAAP GMs were guided between 75-76% and operating expenses of $330 to $340M, versus the Street's roughly $300M. Non-GAAP EPS guidance was given at ($0.60); was dramatically different from the Street's ($0.28).

**Guidance.** As noted by management, the decrease in revenue guidance was mainly based on imbalanced spending on lead generation earlier in the year as well as slower than expected sales hiring. Additionally, management appeared confident that the problems have been addressed and that the pipeline should build into the fourth quarter, leaving the company in a good position to enter fiscal 2020.

**Transition to Subscription Software Model.** The company has been pushing to move to a subscription model. In order to make this transition, changes have to be made to how the software is packaged, *transitioning "non-portable" software sales into recurring term-based licensing.* We thought the company's second transition would take longer, with "non-portable" software sales continuing to grow as term-based licensing ramped. However, this quarter "non-portable" software sales declined 10% q/q and were relatively flat y/y (2% growth). While term-based licensing grew 314% y/y and 50% q/q. We note that while term-based licensing is still a little under half of the size of "non-portable" software we see the exceptional growth as a sign that the company is moving towards more of a renewable revenue stream.

**Fairly Valued.** We go into detail about how we calculate recurring revenue for Nutanix in our note dated January 14, 2019 New Model, New Year. Based on our current estimates and our $42 PT, the company should trade at 7.7x EV/NTM recurring revenue. Based on last night's closing price of $50.09, the company is currently trading at 9.5x EV/NTM recurring revenue.

### Financial Summary

| | |
|---|---|
| Net Debt (MM): | ($521.9) |

### Market Data

| | |
|---|---|
| 52 Week Range: | $64.87 - $35.24 |
| Total Entprs. Value: | $8.5B |
| Market Cap.: | $9.0B |
| Shares Out. (MM): | 179.4 |
| Float (MM): | 138.7 |
| Avg. Daily Vol.: | 2,333,705 |

**John DiFucci** *
Equity Analyst
(212) 284-2196 jdifucci@jefferies.com
**Julia Karl** *
Equity Associate
(212) 707-6479 jkarl1@jefferies.com
**Joseph Gallo** *
Equity Associate
(212) 336-7402 jgallo@jefferies.com
* Jefferies LLC / Jefferies Research Services, LLC

EQUITY RESEARCH AMERICAS

| USD | Prev. | 2017A | Prev. | 2018A | Prev. | 2019E | Prev. | 2020E |
|---|---|---|---|---|---|---|---|---|
| Rev. (MM) | -- | 845.9 | -- | 1,155.5 | *1,391.4* | 1,247.1 | *1,853.7* | 1,496.7 |
| EV/Rev | | 10.0x | | 7.3x | | 6.8x | | 5.7x |
| **EPS Non-GAAP** | | | | | | | | |
| Oct | -- | (0.20) | -- | (0.16) | -- | (0.13)A | *(0.23)* | (0.18) |
| Jan | -- | (0.16) | -- | (0.14) | *(0.26)* | (0.23)A | *(0.21)* | (0.17) |
| Apr | -- | (0.32) | -- | (0.21) | *(0.29)* | (0.60) | *(0.17)* | (0.13) |
| Jul | -- | (0.17) | -- | (0.11) | *(0.22)* | (0.44) | *(0.10)* | (0.08) |
| FY Jul | -- | (0.85) | -- | (0.62) | *(0.90)* | (1.41) | *(0.70)* | (0.55) |

### Price Performance



^Prior trading day's closing price unless otherwise noted.

Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 16 to 20 of this report.

Target | Estimate Change

March 1, 2019

# Hold: $42 Price Target

## Scenarios

### Base Case

- Business remains solid as Nutanix realizes growth with large enterprises and cloud service providers
- Continued adoption of term-base license products
- Company is able to rebuild pipeline within four quarters
- Target Price: $42, implies 7.7x EV/NTM recurring revenue

### Upside Scenario

- Nutanix sees better than anticipated adoption of Hyperconverged systems
- Competitive environment becomes more favorable for NTNX due to execution issues at larger competitors
- Sales productivity increases more quickly than expected
- Target Price: $83, implies 17.1x EV/NTM recurring revenue

### Downside Scenario

- Increased competition from large legacy vendors crimps sales growth and margins
- Competitors able to match ease of use/implementation
- Growth materially slows and profitability improvements are elusive
- Execution mishaps continue and result in margin pressure and multiple contraction
- Target Price $15, implies 2.3x EV/NTM recurring revenue

## Investment Thesis / Where We Differ

- Company has been going through the transition towards being a pure software company, which has helped recognize the value of the software content of the business.
- The company is now going through a transition towards a recurring revenue model, which will further aid revenue predictability and longer-term should be accretive to margins given high renewal rates.
- Nutanix is a relatively recent public company and therefore has a limited track record of execution against investor expectations.

## Catalysts

- Significant growth in the recurring revenue portion of the business (both software and maintenance)
- Successful transition towards a recurring revenue software model
- Continued adoption of hyperconverged infrastructure by enterprises
- Growth in deal sizes driven by focus on growing business with Global 2000 companies
- Improved profitably

## Long Term Analysis

### Long Term Financial Model Drivers

| LT Earnings CAGR | N/A |
|---|---|
| Organic Revenue Growth | 25% |
| Acquisition Contribution | 0% |
| Operating Margin Expansion | 4-6% |

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 16 - 20 of this report.

# Jefferies

# Executive Summary

Nutanix exceeded estimates for the fiscal second quarter, with a faster than expected transition towards a subscription model. Management guided down a lot based on restrictive lead generation spending that impacted the sales pipeline. While management has made adjustments, it will take time for the company to rebuild the pipeline. As a result the next quarters revenue guidance came down of a little over $50 million. While the revenue and EPS beat, due to lower than expected operating expenses, particularly as hiring sales reps was more difficult than expected. While the transition to an all-software model is largely complete and the transition to term-based license sales is moving faster than expected. We are still concerned about the long-term prospects of the core HCI business and while 21% of deals include products beyond the "Core" products of AOS, AHV and Prism, we still see risk in the company expanding beyond it. As a result, we maintain our Hold rating and have lowered our Price Target to $42 from $48.

Non-GAAP EPS of ($0.23) on total revenue of $335 million, product of $237 million, and support of $98 million, compared to Street estimates of ($0.25), $331 million, $234 million, and $97 million, respectively. Total billings grew 16% year-over-year to $413 million, just under the Street by $1.6 million. Operating cash flow declined 17% year-over-year to $38 million and was much better than the Street estimate of $22 million. The company guided fiscal third quarter revenue to between $290 and $300 million, with the midpoint well below the street of $348 million. Non-GAAP gross margins were guided between 75% and 76% and operating expenses of $330 to $340 million, versus the Street's roughly $300 million.  Non-GAAP EPS guidance was given at ($0.60); was dramatically different from the Street's ($0.28).  Please see Chart 1 for a summary of the quarter's results and guidance.

# Key Takeaways

We believe the following highlights, observations, and analyses should be of interest to investors:

- ▪ **Transition to Subscription Software Model.**  Initially, the company was in transition to a (almost) pure software model, which eliminated the sales of pass-through hardware which it associates with some of its appliances. The company utilizes commodity hardware and is therefore enabling the current appliance manufacturers to directly sell the hardware to appliance distributors. With this transition almost complete, as hardware sales come down to a fairly consistent low level, the company has been pushing to move to a subscription model.

  In order to make this transition, Nutanix has to make changes to how the software is packaged, *transitioning "non-portable" software sales into recurring term-based licensing*. We thought this second transition would take longer, with non-portable software sales continuing to grow as term-based licensing ramped. However, this quarter "non-portable" software sales declined 10% quarter-on-quarter and were relatively flat year-over-year (2% growth). While term-based licensing grew 314% year-over-year and 50% quarter-on-quarter. We note that while term-based licensing is still a little under half of the size of "non-portable" software we see the exceptional growth as a sign that the company is moving towards more of a renewable revenue stream.

- ▪ **Expanding Beyond "Core" Infrastructure.** The company defines its core business as the software-defined storage stack which includes AOS, Prism, and AHV. Other offerings that the company provides that fall into the "Essentials"

John DiFucci, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 16 - 20 of this report.

**Jefferies**

category are security, automation, data management and operational efficiencies. These are covered by products such as Calm, Flow, Files and Prism Pro. "Enterprise" is the multi-cloud and includes the Xi Cloud Services. 21% of the deals in this quarter included products outside of the "Core" (Essentials/Enterprise), versus the 19% of the deals the last quarter. This metric was 17% in fiscal 2018 and 7% in fiscal 2017.

▪ **Customer Growth.** The company noted that it currently had 760 of the Global 2000 as customers, up from 720 in the prior quarter and 710 in the year ago period. Overall, the company reported having 12,410 customers at the end of the fiscal second quarter, adding over 920 customers during the period versus 880 in the prior quarter and 1,060 in the year ago quarter.

▪ **Focus on Large Deals.** The total lifetime purchase multiple of Global 2000 customers (calculated as total lifetime purchase / initial purchase of software and support bookings, for customers that have been customers for over 18 months) increased this quarter to 11.0x up from 10.6x last quarter. Management also noted that it signed a record 106 deals each worth more than $500 thousand and a record number of deals over $5 million. The large deals over $500 thousand averaged $1.2 million up $200 thousand from the year ago quarter.

▪ **Guidance.** Revenue for the third quarter is expected to come in between $290 and $300 million, versus the Street's expectations of $348 million. Gross margins for the second quarter are expected between 75% and 76%. Operating expenses for the third quarter are expected between $330 million and $340 million. A per-share loss of approximately $0.60, was much lower than the Street's expectation of $0.28 using average shares outstanding of 183 million. Billings are expected between $360 million and $370 million.

As noted by management, the decrease in revenue guidance was mainly based on imbalanced spending on lead generation earlier in the year as well as slower than expected sales hiring. Additionally, management appeared confident that the problems have been addressed and that the pipeline should build into the fourth quarter, leaving the company in a good position to enter fiscal 2020.

▪ **Software Fairly Valued.** We go into detail about how we calculate recurring revenue for Nutanix in our note dated January 14, 2019 New Model, New Year. Based on our estimates and our $42 price target, the company should trade at 7.7x EV/NTM recurring revenue. Based on last night's closing price of $50.09, the company is currently trading at 9.5x EV/NTM recurring revenue. See Chart 1. We believe the intrinsic value of the current recurring revenue stream alone (assuming no growth) is represented by a 6.2x EV/NTM Recurring Revenue multiple. See our report, Valuation on Our Minds dated September 21, 2018.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 16 - 20 of this report.                                          **Jefferies**

**Chart 1: Nutanix Recurring Revenue**

| | LTM | NTM | 2 years out |
|---|---|---|---|
| Maintenance | 282.9 | 419.9 | 542.9 |
| Total Term-based License (Annualized) | 30.0 | 103.8 | 195.9 |
| SaaS | 1.4 | 7.2 | 13.7 |
| "Non-Portable" Software (Annualized) | 376.4 | 468.4 | 505.7 |
| **Total** | **690.7** | **999.4** | **1258.3** |

Price = $50.09
EV = $9460.5

| **EV/Recurring Revenue** | **13.7x** | **9.5x** | **7.5x** |
|---|---|---|---|

Source: Jefferies estimates, company data

# Other Points of Interest

- **Billings for Revenue Breakout.** While we appreciated this breakout, so we can see how subscription revenue is building up, we are still struggled to incorporate these numbers into our revenue forecasting because we lack the actual number for historical deferred revenue in each category as well as the breakout between short term and long term deferred. Additionally, we have no knowledge of how much of the deferred revenue in Subscription is broken up between support and entitlements and SaaS, although we note that most of deferred revenue is likely from support and entitlements as SaaS revenue is currently immaterial.

**Chart 2: Billings Breakdown from new Breakouts**

| Billings Breakdown | FY 2017 | | | | FY 2017 | FY 2018 | | | | FY 2018 | FY 2019 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cost of subscription & support | Oct-16 | Jan-17 | Apr-17 | Jul-17 | FY 2017 | Oct-17 | Jan-18 | Apr-18 | Jul-18 | FY 2018 | Oct-18 | Jan-19 |
| Subscription Revenue (related to Term-based License, SaaS and Support and Entitlements) Revenue | | | | | | 62.4 | 74.2 | 80.1 | 114.0 | 330.7 | 127.0 | 157.4 |
| + Change in Subscription Revenue (related to Term-based License, SaaS and Support and Entitlements) Deferred Revenue, net of Subscription Revenue (related to Term-based License, SaaS and Support and Entitlements) | | | | | | 36.5 | 62.4 | 62.9 | 89.5 | 251.3 | 67.8 | 76.3 |
| Billings | | | | | 307.1 | 98.9 | 136.6 | 143.0 | 203.5 | 582.0 | 194.8 | 233.6 |
| *% of total billings* | | | | | *31%* | *31%* | *38%* | *41%* | *52%* | *41%* | *51%* | *57%* |
| "Non-Portable" Software Revenue | | | | | | 126.9 | 129.2 | 140.9 | 147.0 | 544.0 | 146.6 | 131.6 |
| + Change in "Non-Portable" Software Deferred Revenue, net of acquisitions | | | | | | - | 1.8 | (1.8) | - | - | - | - |
| "Non-Portable" Software Billings | | | | | | 126.9 | 131.0 | 139.1 | 147.0 | 544.0 | 146.6 | 131.6 |
| *% of total billings* | | | | | | *40%* | *37%* | *40%* | *37%* | *38%* | *38%* | *32%* |
| Hardware Revenue | | | | | | 80.8 | 78.0 | 62.6 | 35.9 | 257.3 | 32.5 | 37.9 |
| + Change in Hardware Deferred Revenue, net of acquisitions | | | | | | - | 3.4 | (3.4) | - | - | - | - |
| Hardware Billings | | | | | | 80.8 | 81.4 | 59.2 | 35.9 | 257.3 | 32.5 | 37.9 |
| *% of total billings* | | | | | | *26%* | *23%* | *17%* | *9%* | *18%* | *8%* | *9%* |
| Professional Services Revenue | | | | | | 5.4 | 5.3 | 5.8 | 6.9 | 23.4 | 7.2 | 8.5 |
| + Change in Professional Services Deferred Revenue, net of acquisitions | | | | | | 3.3 | 1.6 | 4.1 | 1.8 | 10.8 | 2.5 | 1.8 |
| Professional Services Billings | | | | | | 8.7 | 6.9 | 9.9 | 8.7 | 34.2 | 9.7 | 10.3 |
| *% of total billings* | | | | | | *3%* | *2%* | *3%* | *2%* | *2%* | *3%* | *2%* |
| **Total Billings** | | | | | | **315.3** | **355.9** | **351.2** | **395.1** | **1417.5** | **383.6** | **413.4** |

Source: Jefferies, company data

- **Average Retention Rate.** Previously given as 90%, was notably not given on the call last night, we have maintained our model by keeping this retention rate

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 16 - 20 of this report.

**Jefferies**

stable. Management noted that investors would receive an update to this metric at the upcoming analyst day March 20th. We use this number to help forecast and explain Term-Based Software, Maintenance, "Non-Portable" Software and Hardware. Although there might be some variation between these categories we do not believe it's very much and feel comfortable estimating the same for all categories. Assuming an average term duration of 3.6 years, we calculate an *average annual retention rate of 97%* [= 100% - (100%-90%)/3.6 average duration]. In addition, we assume the average annual revenue retention rate is roughly equal to the average annual node retention rate.

- **Average Subscription Contract Length (or Duration.)** Was given as 3.6 year this quarter, consistent with last quarter and fiscal 2018. We note that this was 3.2 years in fiscal 2017. This is calculated on a trailing four-quarter weighted average.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 16 - 20 of this report.

**Jefferies**

**NTNX**

Target | Estimate Change

March 1, 2019

## Changes to the Model

See Chart 3 for a summary of changes to our model.  Please note that all guidance takes into accounts the ASC 606 accounting standards, which the company has adopted.

**Chart 3: Summary of Results and Changes to the Model**

**Nutanix, Inc.**

*in millions, except for per share items*

| Jan-19 | Actual | Jefferies Est. | Δ | Consensus | Guidance |
|---|---|---|---|---|---|
| Product | 236.9 | 232.1 | 4.8 | 234.3 | |
| Subscription & Support | 98.4 | 98.7 | (0.3) | 96.7 | |
| **Total Revenue** | **335.4** | **330.8** | **4.5** | **331.2** | **325 to 335** |
| Total Billings (1) | 413.4 | 415.0 | (1.6) | 416.5 | |
| | | | | | |
| Non-GAAP Gross Margin | 76.7% | 78.3% | (0.0) | 78.8% | 78% to 79% |
| Non-GAAP Operating Margin | (11.6%) | (13.7%) | 0.0 | (13.5%) | 300 to 310 Operating Expense |
| Non-GAAP Tax Rate | NA | NA | NA | | |
| **Non-GAAP EPS** | **(0.23)** | **(0.25)** | **0.02** | **(0.25)** | **(0.25) based on 180M shares** |
| | | | | | |
| Cash Flow from Ops | 38.5 | 23.5 | 15.0 | 22.1 | |
| Deferred Revenue | 779.9 | 786.0 | (6.2) | 780.8 | |

| Apr-19 | New Jef. Est. | Prev. Jef. Est. | Δ | Consensus | Guidance |
|---|---|---|---|---|---|
| Product | 194.2 | 247.7 | (53.4) | 245.6 | |
| Subscription & Support | 100.5 | 105.6 | (5.1) | 102.1 | |
| **Total Revenue** | **294.7** | **353.3** | **(58.6)** | **347.7** | **290 to 300** |
| Total Billings (1) | 364.9 | 436.3 | (71.4) | 430.2 | |
| | | | | | |
| Non-GAAP Gross Margin | 75.4% | 78.3% | (0.0) | 79.0% | 75% to 76% |
| Non-GAAP Operating Margin | (38.2%) | (16.7%) | (0.2) | 14.6% | 330 to 340 Operating Expense |
| Non-GAAP Tax Rate | NA | NA | NA | | |
| **Non-GAAP EPS** | **(0.60)** | **(0.30)** | **(0.30)** | **(0.28)** | **(0.60) based on 183M shares** |
| | | | | | |
| Cash Flow from Ops | (59.2) | 11.0 | (70.1) | 15.7 | |
| Deferred Revenue | 850.0 | 869.0 | (19.0) | 857.8 | |

| FY 2019 | New Jef. Est. | Prev. Jef. Est. | Δ | Consensus | New Guidance |
|---|---|---|---|---|---|
| Product | 850.6 | 984.9 | (134.3) | 984.8 | |
| Subscription & Support | 396.5 | 406.3 | (9.8) | 401.3 | |
| **Total Revenue** | **1,247.1** | **1,391.2** | **(144.1)** | **1,385.6** | |
| Total Billings (1) | 1,554.7 | 1,728.4 | (173.8) | 1,733.8 | |
| | | | | | |
| Non-GAAP Gross Margin | 77.1% | 78.4% | (0.0) | 79.0% | |
| Non-GAAP Operating Margin | (20.9%) | (13.4%) | (0.1) | (12.3%) | |
| Non-GAAP Tax Rate | NA | NA | NA | NA | |
| **Non-GAAP EPS** | **(1.41)** | **(0.98)** | **(0.44)** | **(0.87)** | |
| | | | | | |
| Cash Flow from Ops | 5.6 | 102.3 | (96.7) | 117.5 | |
| Deferred Revenue | 938.7 | 968.4 | (29.7) | 957.4 | |

| FY 2020 | New Jef. Est. | Prev. Jef. Est. | Δ | Consensus | New Guidance |
|---|---|---|---|---|---|
| Product | 986.1 | 1,329.6 | (343.5) | 1,281.4 | |
| Subscription & Support | 510.5 | 537.0 | (26.4) | 547.0 | |
| **Total Revenue** | **1,496.7** | **1,866.6** | **(369.9)** | **1,822.3** | |
| Total Billings (1) | 1,818.2 | 2,277.3 | (459.1) | 2,313.7 | |
| | | | | | |
| Non-GAAP Gross Margin | 79.8% | 78.5% | 0.0 | 79.7% | |
| Non-GAAP Operating Margin | (7.7%) | (9.9%) | 0.0 | (7.0%) | |
| Non-GAAP Tax Rate | NA | NA | NA | NA | |
| **Non-GAAP EPS** | **(0.55)** | **(1.05)** | **0.50** | **(0.63)** | |
| | | | | | |
| Cash Flow from Ops | 136.0 | 169.7 | (33.7) | 181.1 | |
| Deferred Revenue | 1,260.3 | 1,379.1 | (118.8) | 1,375.8 | |

*Note: (1) Billings = Total Revenue + Δ Deferred Revenue*

*Source: StreetAccount, FactSet2, Jefferies estimates.*

**Source: Jefferies, company data**

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 16 - 20 of this report.

**Jefferies**

# Financial Models

## Chart 4: Revenue Breakout

| Revenue Breakout / USD in Millions, except per share amounts | FY 2017 | Oct-17 | Jan-18 | Apr-18 | Jul-18 | FY 2018 | Oct-18 | Jan-19 | Apr-19E | Jul-19E | FY 2019 | Oct-19E | Jan-20E | Apr-20E | Jul-20E | FY 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | | | | |
| **Product estimate** | | | | | | | | | | | | | | | | |
| **Product** | 673.3 | 219.1 | 223.2 | 221.1 | 224.7 | 888.0 | 224.3 | 236.9 | 194.2 | 195.2 | 850.6 | 232.2 | 258.0 | 239.9 | 256.1 | 986.1 |
| *y/y change* | 63% | 43% | 41% | 38% | 11% | 32% | 2% | 6% | -12% | -13% | -4% | 4% | 9% | 24% | 31% | 16% |
| *q/q change* | | 9% | 2% | -1% | 2% | | 0% | 6% | -18% | 0% | | 19% | 11% | -7% | 7% | |
| | | | | | | | | | | | | | | | | |
| Software | 436.9 | 138.2 | 145.2 | 158.5 | 188.8 | 630.7 | 191.8 | 199.0 | 156.6 | 161.1 | 708.5 | 198.5 | 219.2 | 200.5 | 216.2 | 834.4 |
| *% of Product* | 65% | 63% | 65% | 72% | 84% | 71% | 85% | 84% | 81% | 83% | 83% | 85% | 85% | 84% | 84% | 85% |
| *Revenue Breakout* | 52% | 50% | 51% | 55% | 62% | 55% | 61% | 59% | 53% | 53% | 57% | 57% | 57% | 54% | 55% | 56% |
| *y/y change* | 52% | 32% | 41% | 57% | 47% | 44% | 39% | 37% | -1% | -15% | 12% | 3% | 10% | 28% | 34% | 18% |
| *q/q change* | | 7% | 5% | 9% | 19% | | 2% | 4% | -21% | 3% | | 23% | 10% | -9% | 8% | |
| | | | | | | | | | | | | | | | | |
| **Subscription Revenue (related to Term-based Li** | 174.8 | 62.4 | 74.2 | 80.1 | 114.0 | 330.7 | 127.0 | 157.4 | 145.5 | 166.5 | 596.4 | 169.3 | 207.7 | 197.8 | 226.0 | 800.7 |
| *% of Software* | 40% | 45% | 51% | 51% | 60% | 52% | 66% | 79% | 93% | 103% | 84% | 85% | 95% | 99% | 104% | 96% |
| *% of Product* | 26% | 28% | 33% | 36% | 51% | 37% | 57% | 66% | 75% | 85% | 70% | 73% | 80% | 82% | 88% | 81% |
| *% of Total Revenue* | 21% | 23% | 26% | 28% | 38% | 29% | 41% | 47% | 49% | 55% | 48% | 48% | 54% | 54% | 57% | 53% |
| *y/y change* | | 93% | 84% | 72% | 105% | | 104% | 112% | 82% | 46% | 80% | 33% | 32% | 36% | 36% | 34% |
| *q/q change* | | | 19% | 8% | 42% | | 11% | 24% | -8% | 14% | | 2% | 23% | -5% | 14% | |
| | | | | | | | | | | | | | | | | |
| Subscription ex. Maintenance | 16.0 | 11.3 | 15.9 | 17.6 | 41.8 | 86.6 | 45.3 | 67.4 | 53.5 | 65.3 | 231.5 | 60.0 | 90.2 | 77.6 | 94.9 | 322.6 |
| *% of Software* | 4% | 8% | 11% | 11% | 22% | 14% | 24% | 34% | 34% | 41% | 33% | 30% | 41% | 39% | 44% | 39% |
| *% of Product* | 2% | 5% | 7% | 8% | 19% | 10% | 20% | 28% | 28% | 33% | 27% | 26% | 35% | 32% | 37% | 33% |
| *% of Total Revenue* | 2% | 4% | 6% | 6% | 14% | 7% | 14% | 20% | 18% | 21% | 19% | 17% | 24% | 21% | 24% | 22% |
| *y/y change* | | 10305% | 511% | 281% | 381% | | 301% | 323% | 204% | 56% | 167% | 33% | 34% | 45% | 45% | 39% |
| *q/q change* | | 30% | 41% | 11% | 137% | | 8% | 49% | -21% | 22% | | -8% | 50% | -14% | 22% | |
| | | | | | | | | | | | | | | | | |
| Total Term-based License | 16.0 | 11.3 | 15.9 | 17.6 | 41.8 | 86.6 | 44.0 | 66.0 | 52.0 | 63.6 | 225.6 | 58.2 | 88.0 | 75.0 | 91.8 | 313.0 |
| *% of Software* | 4% | 8% | 11% | 11% | 22% | 14% | 23% | 33% | 33% | 40% | 32% | 29% | 40% | 37% | 42% | 38% |
| *% of Product* | 2% | 5% | 7% | 8% | 19% | 10% | 20% | 28% | 27% | 33% | 27% | 25% | 34% | 31% | 36% | 32% |
| *% of Total Revenue* | 2% | 4% | 6% | 6% | 14% | 7% | 14% | 20% | 18% | 21% | 18% | 17% | 23% | 20% | 23% | 21% |
| *y/y change* | | | 511% | 281% | 381% | 441% | 289% | 314% | 195% | 52% | 160% | 32% | 33% | 44% | 44% | 39% |
| *q/q change* | | 30% | 41% | 11% | 137% | | 5% | 50% | -21% | 22% | | -9% | 51% | -15% | 22% | |
| | | | | | | | | | | | | | | | | |
| SaaS | - | - | - | - | - | - | 1.3 | 1.4 | 1.5 | 1.7 | 5.9 | 1.8 | 2.1 | 2.6 | 3.1 | 9.6 |
| *% of Software* | | | | | | | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% |
| *% of Product* | | | | | | | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% |
| *% of Total Revenue* | | | | | | | 0% | 0% | 1% | 1% | 0% | 1% | 1% | 1% | 1% | 1% |
| *y/y change* | | | | | | | | | | | | 46% | 53% | 67% | 82% | |
| *q/q change* | | | | | | | | 10% | 10% | 10% | | 10% | 15% | 20% | 20% | |
| | | | | | | | | | | | | | | | | |
| Maintenance | 158.8 | 51.1 | 58.3 | 62.5 | 72.2 | 244.1 | 81.7 | 90.0 | 92.0 | 101.2 | 364.9 | 109.2 | 117.5 | 120.2 | 131.1 | 478.1 |
| *% of Product* | 24% | 23% | 26% | 28% | 32% | 27% | 36% | 38% | 47% | 52% | 43% | 47% | 46% | 50% | 51% | 48% |
| *% of Total Revenue* | 19% | 19% | 20% | 22% | 24% | 21% | 26% | 27% | 31% | 33% | 29% | 31% | 31% | 33% | 33% | 32% |
| *y/y change* | 77% | 59% | 54% | 49% | 54% | 54% | 60% | 54% | 47% | 40% | 50% | 34% | 31% | 31% | 29% | 31% |
| *q/q change* | | 9% | 14% | 7% | 16% | | 13% | 10% | 2% | 10% | 306% | 8% | 8% | 2% | 9% | 307% |
| | | | | | | | | | | | | | | | | |
| **"Non-Portable" Software** | 420.9 | 126.9 | 129.2 | 140.9 | 147.0 | 544.0 | 146.6 | 131.6 | 103.1 | 95.8 | 477.0 | 138.4 | 129.0 | 122.9 | 121.4 | 511.7 |
| *% of Software* | 96% | 92% | 89% | 89% | 78% | 86% | 76% | 66% | 66% | 59% | 67% | 70% | 59% | 61% | 56% | 61% |
| *% of Product* | 63% | 58% | 58% | 64% | 65% | 61% | 65% | 56% | 53% | 49% | 57279% | 60% | 50% | 51% | 47% | 60481% |
| *% of Total Revenue* | 50% | 46% | 45% | 49% | 48% | 47% | 47% | 39% | 35% | 32% | 155% | 40% | 34% | 33% | 31% | 162% |
| *y/y change* | | 21% | 29% | 46% | 23% | | 16% | 2% | -27% | -35% | -12% | -6% | -2% | 19% | 27% | 7% |
| *q/q change* | | 6% | 2% | 9% | 4% | | 0% | -10% | -22% | -7% | | 45% | -7% | -5% | -1% | |
| | | | | | | | | | | | | | | | | |
| **Hardware** | 236.4 | 80.8 | 78.0 | 62.6 | 35.9 | 257.3 | 32.5 | 37.9 | 37.6 | 34.1 | 142.2 | 33.7 | 38.8 | 39.4 | 39.9 | 151.8 |
| *% of Product* | 35% | 37% | 35% | 28% | 16% | 29% | 15% | 16% | 19% | 17% | 17% | 15% | 15% | 16% | 16% | 15% |
| *% of total revenue* | 28% | 29% | 27% | 22% | 12% | 22% | 10% | 11% | 13% | 11% | 11% | 10% | 10% | 11% | 10% | 10% |
| *y/y change* | 87% | 66% | 41% | 6% | -51% | 9% | -60% | -51% | -40% | -5% | -45% | 4% | 2% | 5% | 17% | 7% |
| *q/q change* | | 11% | -4% | -20% | -43% | | -9% | 17% | -1% | -9% | | -1% | 15% | 1% | 1% | |
| | | | | | | | | | | | | | | | | |
| **Professional Services** | 13.8 | 5.4 | 5.3 | 5.8 | 6.9 | 23.4 | 7.2 | 8.5 | 8.5 | 7.4 | 31.6 | 7.7 | 8.0 | 8.9 | 7.9 | 32.5 |
| *% of Product* | 2% | 2% | 2% | 3% | 3% | 3% | 3% | 4% | 4% | 4% | 4% | 3% | 3% | 4% | 3% | 3% |
| *% of Subscription and Support* | 8% | 10% | 8% | 8% | 9% | 9% | 8% | 9% | 9% | 7% | 8% | 7% | 6% | 7% | 6% | 6% |
| *y/y change* | | | | | | 69% | 33% | 60% | 47% | 7% | 35% | 6% | -6% | 4% | 7% | 3% |
| *q/q change* | | | -2% | 9% | 19% | | 4% | 18% | 1% | -13% | 35% | 3% | 4% | 11% | -11% | 3% |
| | | | | | | | | | | | | | | | | |
| **Subscription & Support** | 172.6 | 56.5 | 63.6 | 68.3 | 79.1 | 267.5 | 88.9 | 98.4 | 100.5 | 108.6 | 396.5 | 116.9 | 125.5 | 129.1 | 139.0 | 510.5 |
| *% of total revenue* | 20% | 21% | 22% | 24% | 26% | 23% | 28% | 29% | 34% | 36% | 32% | 33% | 33% | 35% | 35% | 34% |
| *y/y change* | 93% | 61% | 55% | 50% | 55% | 55% | 57% | 55% | 47% | 37% | 48% | 31% | 27% | 28% | 28% | 29% |
| *q/q change* | | 11% | 13% | 7% | 16% | | 12% | 11% | 2% | 8% | | 8% | 7% | 3% | 8% | |
| | 846.0 | | | | | | | | | | | | | | | |
| **Total Revenue** | 846.0 | 275.6 | 286.7 | 289.4 | 303.7 | 1,155.5 | 313.3 | 335.4 | 294.7 | 303.8 | 1,247.1 | 349.1 | 383.4 | 369.0 | 395.1 | 1,496.7 |
| *y/y change* | 68% | 46% | 44% | 41% | 20% | 37% | 14% | 17% | 2% | 0% | 8% | 11% | 14% | 25% | 30% | 20% |
| *q/q change* | | 9% | 4% | 1% | 5% | | 3% | 7% | -12% | 3% | | 15% | 10% | -4% | 7% | |

Source: Jefferies, company data

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 16 - 20 of this report.

Jefferies

**NTNX**

Target | Estimate Change

March 1, 2019

## Chart 5: GAAP Income Statement

| Revenue Breakout | FY 2017 | FY 2018 | | | | FY 2018 | FY 2019 | | | | FY 2019 | FY 2020 | | | | FY 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USD in Millions, except per share amounts | FY 2017 | Oct-17 | Jan-18 | Apr-18 | Jul-18 | FY 2018 | Oct-18 | Jan-19 | Apr-19E | Jul-19E | FY 2019 | Oct-19E | Jan-20E | Apr-20E | Jul-20E | FY 2020 |
| **Revenue** | | | | | | | | | | | | | | | | |
| Product estimate | | | | | | | | | | | | | | | | |
| **Product** | 673.3 | 219.1 | 223.2 | 221.1 | 224.7 | 888.0 | 224.3 | 236.9 | 194.2 | 195.2 | 850.6 | 232.2 | 258.0 | 239.9 | 256.1 | 986.1 |
| *y/y change* | 63% | 43% | 41% | 38% | 11% | 32% | 2% | 6% | -12% | -13% | -4% | 4% | 9% | 24% | 31% | 16% |
| *q/q change* | | 9% | 2% | -1% | 2% | | 0% | 6% | -18% | 0% | | 19% | 11% | -7% | 7% | |
| **Subscription & Support** | 172.6 | 56.5 | 63.6 | 68.3 | 79.1 | 267.5 | 88.9 | 98.4 | 100.5 | 108.6 | 396.5 | 116.9 | 125.5 | 129.1 | 139.0 | 510.5 |
| *% of total revenue* | 20% | 21% | 22% | 24% | 26% | 23% | 28% | 29% | 34% | 36% | 32% | 33% | 33% | 35% | 35% | 34% |
| *y/y change* | 93% | 61% | 55% | 50% | 55% | 55% | 57% | 55% | 47% | 37% | 48% | 31% | 27% | 28% | 28% | 29% |
| *q/q change* | | 11% | 13% | 7% | 16% | | 12% | 11% | 2% | 8% | | 8% | 7% | 3% | 8% | |
| | 846.0 | | | | | | | | | | | | | | | |
| **Total Revenue** | 846.0 | 275.6 | 286.7 | 289.4 | 303.7 | 1,155.5 | 313.3 | 335.4 | 294.7 | 303.8 | 1,247.1 | 349.1 | 383.4 | 369.0 | 395.1 | 1,496.7 |
| *y/y change* | 68% | 46% | 44% | 41% | 20% | 37% | 14% | 17% | 2% | 0% | 8% | 11% | 14% | 25% | 30% | 20% |
| *q/q change* | | 9% | 4% | 1% | 5% | | 3% | 7% | -12% | 3% | | 15% | 10% | -4% | 7% | |
| Cost of product | 249.4 | 85.2 | 83.2 | 66.7 | 41.1 | 276.1 | 39.3 | 46.0 | 35.7 | 30.1 | 151.0 | 30.8 | 34.2 | 31.9 | 34.0 | 131.0 |
| Cost of subscription & support | 77.9 | 23.5 | 25.3 | 28.9 | 32.2 | 109.9 | 34.8 | 40.0 | 40.5 | 42.2 | 157.5 | 42.3 | 45.4 | 46.6 | 50.1 | 184.4 |
| Total cost of revenue | 327.3 | 108.6 | 108.5 | 95.6 | 73.3 | 386.0 | 74.1 | 86.0 | 76.2 | 72.2 | 308.5 | 73.1 | 79.7 | 78.4 | 84.1 | 315.3 |
| Gross profit: product | 424.0 | 133.9 | 140.0 | 154.4 | 183.6 | 611.9 | 185.1 | 191.0 | 158.5 | 165.1 | 699.6 | 201.4 | 223.7 | 208.0 | 222.1 | 855.1 |
| *Product gross margin* | 63% | 61% | 63% | 70% | 82% | 69% | 82% | 81% | 82% | 85% | 82% | 87% | 87% | 87% | 87% | 87% |
| Gross profit: subscription & support | 94.7 | 33.0 | 38.3 | 39.4 | 46.9 | 157.6 | 54.1 | 58.4 | 60.0 | 66.5 | 239.0 | 74.6 | 80.1 | 82.6 | 88.9 | 326.2 |
| *Subscription & support gross margin* | 55% | 58% | 60% | 58% | 59% | 59% | 61% | 59% | 60% | 61% | 60% | 64% | 64% | 64% | 64% | 64% |
| **Gross profit** | 518.6 | 166.9 | 178.2 | 193.8 | 230.5 | 769.4 | 239.2 | 249.4 | 218.5 | 231.6 | 938.7 | 276.0 | 303.8 | 290.5 | 311.0 | 1,181.3 |
| *Gross margin* | 61% | 61% | 62% | 67% | 76% | 67% | 76% | 74% | 74% | 76% | 75% | 79% | 79% | 79% | 79% | 79% |
| Research & development | 288.6 | 64.5 | 70.9 | 81.3 | 97.1 | 313.8 | 110.5 | 123.0 | 124.8 | 119.5 | 477.9 | 107.9 | 120.4 | 119.6 | 128.1 | 476.0 |
| *% of total revenue* | 34% | 23% | 25% | 28% | 32% | 27% | 35% | 37% | 42% | 39% | 38% | 31% | 31% | 32% | 32% | 32% |
| *y/y change* | 148% | -14% | 0% | 9% | 43% | 9% | 71% | 73% | 54% | 23% | 52% | -2% | -2% | -4% | 7% | 0% |
| Sales & marketing | 145.4 | 145.4 | 151.2 | 169.9 | 183.2 | 649.7 | 196.5 | 213.7 | 234.6 | 227.8 | 872.6 | 230.5 | 245.4 | 225.1 | 229.2 | 930.2 |
| *% of total revenue* | 17% | 53% | 53% | 59% | 60% | 56% | 63% | 64% | 80% | 75% | 70% | 66% | 64% | 61% | 58% | 62% |
| *y/y change* | -49% | 13% | 36% | 34% | 36% | 347% | 35% | 41% | 38% | 24% | 34% | 17% | 15% | -4% | 1% | 7% |
| General & administrative | 77.3 | 16.1 | 15.9 | 24.9 | 29.5 | 86.4 | 27.3 | 28.8 | 35.5 | 33.5 | 125.1 | 28.5 | 31.3 | 30.2 | 32.3 | 122.3 |
| *% of total revenue* | 9% | 6% | 6% | 9% | 10% | 7% | 9% | 9% | 12% | 11% | 10% | 8% | 8% | 8% | 8% | 8% |
| *y/y change* | 126% | -45% | 3% | 60% | 75% | 12% | 70% | 81% | 42% | 14% | 45% | 4% | 9% | -15% | -4% | -2% |
| Legal settlement | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total operating expense | 511.4 | 226.0 | 238.1 | 276.1 | 309.7 | 1,049.8 | 334.4 | 365.5 | 394.8 | 380.9 | 1,475.6 | 366.9 | 397.2 | 374.9 | 389.6 | 1,528.5 |
| **Operating income** | 7.3 | (59.0) | (59.9) | (82.3) | (79.2) | (280.4) | (95.2) | (116.2) | (176.3) | (149.3) | (536.9) | (90.9) | (93.5) | (84.3) | (78.6) | (347.2) |
| *Operating margin* | 1% | -21% | -21% | -28% | -26% | -24% | -30% | -35% | -60% | -49% | -43% | -26% | -24% | -23% | -20% | -23% |
| Interest income (expense), net | - | | | | | | | | | | | | | | | |
| Other income (expense), net | (26.4) | (0.2) | (0.9) | (4.2) | (4.0) | (9.3) | (2.7) | (4.4) | (2.0) | (2.0) | (11.1) | (2.0) | (2.0) | (2.0) | (2.0) | (8.0) |
| Interest & other income (expense), net | (26.4) | (0.2) | (0.9) | (4.2) | (4.0) | (9.3) | (2.7) | (4.4) | (2.0) | (2.0) | (11.1) | (2.0) | (2.0) | (2.0) | (2.0) | (8.0) |
| Pretax income | (19.1) | (59.2) | (60.7) | (86.5) | (83.3) | (289.7) | (97.9) | (120.6) | (178.3) | (151.3) | (548.0) | (92.9) | (95.5) | (86.3) | (80.6) | (355.2) |
| Tax expense | 4.8 | 2.3 | 1.9 | (0.8) | 4.1 | 7.4 | (3.6) | 2.2 | 3.0 | 3.0 | 4.6 | 3.0 | 3.0 | 3.0 | 3.0 | 12.0 |
| *Effective tax rate* | -25% | -4% | -3% | 1% | -5% | -3% | 4% | -2% | -2% | -2% | -1% | -3% | -3% | -3% | -4% | -3% |
| **Net income, GAAP** | (23.9) | (61.5) | (62.6) | (85.7) | (87.4) | (297.2) | (94.3) | (122.8) | (181.3) | (154.3) | (552.6) | (95.9) | (98.5) | (89.3) | (83.6) | (367.2) |
| **EPS, GAAP** | ($0.19) | ($0.39) | ($0.39) | ($0.51) | ($0.51) | ($1.81) | ($0.54) | ($0.68) | ($0.99) | ($0.83) | ($3.06) | ($0.51) | ($0.51) | ($0.46) | ($0.42) | ($1.90) |
| Basic shares | 128.3 | 156.8 | 161.7 | 166.8 | 171.2 | 164.1 | 175.4 | 179.4 | 182.4 | 185.4 | 180.7 | 188.4 | 191.4 | 194.4 | 197.4 | 192.9 |

**Source: Jefferies, company data**

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 16 - 20 of this report.

**Jefferies**

## Chart 6: Non-GAAP Income Statement

| Non-GAAP Income Statement USD in Millions, except per share amounts | FY 2017 FY 2017 | FY 2018 Oct-17 | Jan-18 | Apr-18 | Jul-18 | FY 2018 FY 2018 | FY 2019 Oct-18 | Jan-19 | Apr-19E | Jul-19E | FY 2019 FY 2019 | FY 2020 Oct-19E | Jan-20E | Apr-20E | Jul-20E | FY 2020 FY 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | | | | |
| Product | 673.3 | 219.1 | 223.2 | 221.1 | 224.7 | 888.0 | 224.3 | 236.9 | 194.2 | 195.2 | 850.6 | 232.2 | 258.0 | 239.9 | 256.1 | 986.1 |
| *y/y change* | *63%* | *43%* | *41%* | *38%* | *11%* | *32%* | *2%* | *6%* | *-12%* | *-13%* | *-4%* | *4%* | *9%* | *24%* | *31%* | *16%* |
| *q/q change* | | *9%* | *2%* | *-1%* | *2%* | | *0%* | *6%* | *-18%* | *0%* | | *19%* | *11%* | *-7%* | *7%* | |
| | | | | | | | | | | | | | | | | |
| Subscription & Support | 172.6 | 56.5 | 63.6 | 68.3 | 79.1 | 267.5 | 88.9 | 98.4 | 100.5 | 108.6 | 396.5 | 116.9 | 125.5 | 129.1 | 139.0 | 510.5 |
| *y/y change* | *93%* | *61%* | *55%* | *50%* | *55%* | *55%* | *57%* | *55%* | *47%* | *37%* | *48%* | *31%* | *27%* | *28%* | *28%* | *29%* |
| *q/q change* | | *11%* | *13%* | *7%* | *16%* | | *12%* | *11%* | *2%* | *8%* | | *8%* | *7%* | *3%* | *8%* | |
| **Total Revenue** | **846.0** | **275.6** | **286.7** | **289.4** | **303.7** | **1,155.5** | **313.3** | **335.4** | **294.7** | **303.8** | **1,247.1** | **349.1** | **383.4** | **369.0** | **395.1** | **1,496.7** |
| *y/y change* | *68%* | *46%* | *44%* | *41%* | *20%* | *37%* | *14%* | *17%* | *2%* | *0%* | *8%* | *11%* | *14%* | *25%* | *30%* | *20%* |
| *q/q change* | | *9%* | *4%* | *1%* | *5%* | | *3%* | *7%* | *-12%* | *3%* | | *15%* | *10%* | *-4%* | *7%* | |
| | | | | | | | | | | | | | | | | |
| Cost of product | 245.7 | 83.7 | 81.4 | 64.6 | 38.2 | 267.9 | 35.4 | 41.4 | 35.0 | 29.3 | 141.0 | 30.2 | 33.5 | 31.2 | 33.3 | 128.2 |
| Cost of subscription & support | 67.6 | 21.4 | 23.2 | 27.0 | 29.4 | 101.0 | 31.7 | 36.6 | 37.5 | 39.1 | 144.9 | 39.7 | 42.7 | 43.9 | 47.3 | 173.6 |
| Total cost of revenue | 313.3 | 105.1 | 104.5 | 91.6 | 67.6 | 368.9 | 67.1 | 78.0 | 72.4 | 68.4 | 286.0 | 69.9 | 76.2 | 75.1 | 80.6 | 301.8 |
| | | | | | | | | | | | | | | | | |
| Gross profit: product, non-GAAP | 427.6 | 135.4 | 141.8 | 156.5 | 186.4 | 620.1 | 189.0 | 195.5 | 159.3 | 165.9 | 709.6 | 202.0 | 224.4 | 208.7 | 222.8 | 857.9 |
| *Product gross margin* | *64%* | *62%* | *64%* | *71%* | *83%* | *70%* | *84%* | *83%* | *82%* | *85%* | *83%* | *87%* | *87%* | *87%* | *87%* | *87%* |
| | | | | | | | | | | | | | | | | |
| Gross profit: subscription & support, non-GAAP | 105.0 | 35.1 | 40.4 | 41.3 | 49.7 | 166.5 | 57.2 | 61.8 | 63.0 | 69.5 | 251.6 | 77.2 | 82.8 | 85.2 | 91.7 | 336.9 |
| *Subscription & support gross margin* | *61%* | *62%* | *64%* | *60%* | *63%* | *62%* | *64%* | *63%* | *63%* | *64%* | *63%* | *66%* | *66%* | *66%* | *66%* | *66%* |
| **Gross profit, non-GAAP** | **532.7** | **170.5** | **182.2** | **197.8** | **236.1** | **786.6** | **246.2** | **257.3** | **222.3** | **235.4** | **961.2** | **279.2** | **307.2** | **293.9** | **314.6** | **1,194.9** |
| *Gross margin, non-GAAP* | *63%* | *62%* | *64%* | *68%* | *77.7%* | *68%* | *79%* | *77%* | *75.4%* | *77%* | *77%* | *80%* | *80%* | *80%* | *80%* | *80%* |
| | | | | | | | | | | | | | | | | |
| Research & development | 179.6 | 49.0 | 53.9 | 64.8 | 71.7 | 239.4 | 79.5 | 88.4 | 94.3 | 88.1 | 350.3 | 82.0 | 92.0 | 92.2 | 98.8 | 365.1 |
| *% of total revenue* | *21%* | *18%* | *19%* | *22%* | *24%* | *21%* | *25%* | *26%* | *32%* | *29%* | *28%* | *24%* | *24%* | *25%* | *25%* | *24%* |
| | | | | | | | | | | | | | | | | |
| Sales & marketing | 421.3 | 131.4 | 135.1 | 151.6 | 165.6 | 583.7 | 173.3 | 189.6 | 214.0 | 206.6 | 783.5 | 213.0 | 226.2 | 206.6 | 209.4 | 855.2 |
| *% of total revenue* | *50%* | *48%* | *47%* | *52%* | *55%* | *51%* | *55%* | *57%* | *73%* | *68%* | *63%* | *61%* | *59%* | *56%* | *53%* | *57%* |
| *as a % of Billings* | *42%* | *42%* | *38%* | *43%* | *42%* | *41%* | *45%* | *46%* | *59%* | *53%* | *50%* | *50%* | *49%* | *46%* | *43%* | *47%* |
| *% of Software* | *96%* | *95%* | *93%* | *96%* | *88%* | *93%* | *90%* | *95%* | *137%* | *128%* | *111%* | *107%* | *103%* | *103%* | *97%* | *103%* |
| | | | | | | | | | | | | | | | | |
| General & administrative | 43.9 | 12.2 | 13.4 | 16.0 | 18.5 | 60.2 | 19.2 | 18.4 | 26.5 | 24.3 | 88.4 | 20.9 | 23.0 | 22.1 | 23.7 | 89.8 |
| *% of total revenue* | *5%* | *4%* | *5%* | *6%* | *6%* | *5%* | *6%* | *5%* | *9%* | *8%* | *7%* | *6%* | *6%* | *6%* | *6%* | *6%* |
| | | | | | | | | | | | | | | | | |
| Total operating expense, non-GAAP | 644.8 | 192.6 | 202.4 | 232.4 | 255.8 | 883.2 | 272.1 | 296.3 | 334.8 | 319.0 | 1,222.2 | 315.9 | 341.3 | 321.0 | 331.9 | 1,310.1 |
| **Operating income, non-GAAP** | **(112.1)** | **(22.1)** | **(20.2)** | **(34.6)** | **(19.7)** | **(96.7)** | **(25.9)** | **(39.0)** | **(112.5)** | **(83.6)** | **(261.0)** | **(36.8)** | **(34.0)** | **(27.1)** | **(17.3)** | **(115.2)** |
| *Operating margin, non-GAAP* | *-13.3%* | *-8%* | *-7%* | *-12%* | *-7%* | *-8.4%* | *-8%* | *-12%* | *-38%* | *-28%* | *-20.9%* | *-11%* | *-9%* | *-7%* | *-4%* | *-7.7%* |
| | | | | | | | | | | | | | | | | |
| Interest & other income (expense), net, non-GAAP | (1.9) | (0.2) | (0.1) | (4.2) | 3.0 | (1.5) | (1.4) | 2.9 | 5.3 | 5.3 | 12.0 | 5.3 | 5.3 | 5.3 | 5.3 | 21.2 |
| | | | | | | | | | | | | | | | | |
| Pretax income, non-GAAP | (114.0) | (22.3) | (20.3) | (38.8) | (16.7) | (98.2) | (27.3) | (36.2) | (107.3) | (78.3) | (249.0) | (31.5) | (28.7) | (21.8) | (12.0) | (94.0) |
| | | | | | | | | | | | | | | | | |
| Tax expense, non-GAAP | 6.6 | 2.4 | 2.9 | (4.2) | 2.3 | 3.4 | (3.6) | 4.3 | 3.0 | 3.0 | 6.6 | 3.0 | 3.0 | 3.0 | 3.0 | 12.0 |
| *Effective tax rate* | *-6%* | *-11%* | *-14%* | *11%* | *-14%* | *-3%* | *13%* | *-12%* | *-3%* | *-4%* | *-3%* | *-10%* | *-10%* | *-14%* | *-25%* | *-13%* |
| **Net Income, non-GAAP** | **(120.6)** | **(24.7)** | **(23.2)** | **(34.6)** | **(19.0)** | **(101.5)** | **(23.7)** | **(40.4)** | **(110.3)** | **(81.3)** | **(255.6)** | **(34.5)** | **(31.7)** | **(24.8)** | **(15.0)** | **(106.0)** |
| **EPS, non-GAAP** | **($0.85)** | **($0.16)** | **($0.14)** | **($0.21)** | **($0.11)** | **($0.62)** | **($0.13)** | **($0.23)** | **($0.60)** | **($0.44)** | **($1.41)** | **($0.18)** | **($0.17)** | **($0.13)** | **($0.08)** | **($0.55)** |
| | | | | | | | | | | | | | | | | |
| Fully diluted shares | 146.1 | 158.9 | 161.7 | 166.8 | 173.6 | 178.1 | 192.2 | 199.3 | 200.4 | 203.4 | 198.8 | 196.4 | 199.4 | 202.4 | 205.4 | 200.9 |
| Basic shares | 141.7 | 156.8 | 161.7 | 166.8 | 171.2 | 164.1 | 175.4 | 179.4 | 182.4 | 185.4 | 180.7 | 188.4 | 191.4 | 194.4 | 197.4 | 192.9 |

**Source: Jefferies, company data**

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 16 - 20 of this report.

Jefferies

**NTNX**

Target | Estimate Change

March 1, 2019

## Chart 7: Balance Sheet

| Balance Sheet | FY 2017 | | | | FY 2017 | FY 2018 | | | | FY 2018 | FY 2019 | | | | FY 2019 | FY 2020 | | | | FY 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USD in Millions, except per share amounts | Oct-16 | Jan-17 | Apr-17 | Jul-17 | FY 2017 | Oct-17 | Jan-18 | Apr-18 | Jul-18 | FY 2018 | Oct-18 | Jan-19 | Apr-19E | Jul-19E | FY 2019 | Oct-19E | Jan-20E | Apr-20E | Jul-20E | FY 2020 |
| **Current Assets** | | | | | | | | | | | | | | | | | | | | |
| Cash and Equivalents | 225.5 | 226.0 | 200.8 | 138.4 | 138.4 | 132.5 | 610.4 | 376.8 | 306.0 | 306.0 | 399.8 | 466.0 | 369.5 | 307.0 | 307.0 | 311.4 | 330.7 | 343.5 | 349.0 | 349.0 |
| Short-Term Investments | 121.6 | 129.1 | 149.6 | 210.7 | 210.7 | 233.5 | 307.8 | 546.7 | 628.3 | 628.3 | 565.2 | 499.9 | 499.9 | 499.9 | 499.9 | 499.9 | 499.9 | 499.9 | 499.9 | 499.9 |
| Accounts Receivable - Net | 147.7 | 151.2 | 170.3 | 178.9 | 178.9 | 171.6 | 179.2 | 194.3 | 258.3 | 258.3 | 237.7 | 247.6 | 267.9 | 301.5 | 301.5 | 269.0 | 279.8 | 300.9 | 364.8 | 364.8 |
| Deferred Commissions | 15.0 | 16.0 | 19.5 | 23.8 | 23.8 | 26.5 | 33.5 | 30.3 | 33.7 | 33.7 | 34.7 | 36.9 | 35.4 | 39.5 | 39.5 | 41.9 | 46.0 | 44.3 | 47.4 | 47.4 |
| Prepaid Expenses and Other | 16.3 | 18.2 | 44.3 | 28.4 | 28.4 | 28.9 | 31.5 | 36.6 | 36.8 | 36.8 | 39.6 | 49.5 | 38.3 | 45.6 | 45.6 | 59.3 | 65.2 | 59.0 | 69.1 | 69.1 |
| **Total Current Assets** | **526.1** | **540.6** | **584.5** | **580.1** | **580.1** | **592.9** | **1,162.6** | **1,184.7** | **1,263.1** | **1,263.1** | **1,277.0** | **1,299.9** | **1,211.0** | **1,193.4** | **1,193.4** | **1,181.5** | **1,221.6** | **1,247.7** | **1,330.3** | **1,330.3** |
| | | | | | | | | | | | | | | | | | | | | |
| **Non-current Assets** | | | | | | | | | | | | | | | | | | | | |
| Property and Equipment - Net | 46.3 | 51.9 | 53.5 | 58.1 | 58.1 | 67.6 | 69.1 | 76.3 | 85.1 | 85.1 | 104.8 | 125.9 | 140.7 | 153.9 | 153.9 | 157.6 | 156.1 | 148.3 | 137.4 | 137.4 |
| Deferred Commissions | 39.3 | 41.6 | 44.7 | 49.7 | 49.7 | 55.5 | 66.1 | 72.5 | 80.7 | 80.7 | 87.4 | 93.1 | 85.5 | 91.1 | 91.1 | 104.7 | 118.9 | 114.4 | 116.6 | 116.6 |
| Intangible Assets - Net | 27.8 | 27.2 | 26.6 | 26.0 | 26.0 | 24.9 | 23.5 | 47.8 | 45.4 | 45.4 | 79.8 | 75.5 | 75.5 | 75.5 | 75.5 | 75.5 | 75.5 | 75.5 | 75.5 | 75.5 |
| Goodwill | 16.8 | 16.8 | 16.6 | 16.7 | 16.7 | 16.7 | 16.7 | 88.3 | 87.8 | 87.8 | 185.0 | 184.8 | 184.8 | 184.8 | 184.8 | 184.8 | 184.8 | 184.8 | 184.8 | 184.8 |
| Other Assets | 4.7 | 5.3 | 6.2 | 7.6 | 7.6 | 7.3 | 7.2 | 5.8 | 37.9 | 37.9 | 39.1 | 41.9 | 41.9 | 41.9 | 41.9 | 41.9 | 41.9 | 41.9 | 41.9 | 41.9 |
| **Total assets** | **661.0** | **683.4** | **732.2** | **738.2** | **738.2** | **764.9** | **1,345.2** | **1,475.4** | **1,599.9** | **1,599.9** | **1,773.1** | **1,821.1** | **1,739.3** | **1,740.7** | **1,740.7** | **1,746.0** | **1,798.8** | **1,812.5** | **1,886.4** | **1,886.4** |
| | | | | | | | | | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | | | | | | | | | |
| Accounts Payable | 57.3 | 65.2 | 83.9 | 73.7 | 73.7 | 68.6 | 56.3 | 71.4 | 65.5 | 65.5 | 69.5 | 69.0 | 54.9 | 40.0 | 40.0 | 38.3 | 42.0 | 28.3 | 19.5 | 19.5 |
| Accrued Compensation and Benefits | 28.4 | 36.6 | 56.8 | 57.5 | 57.5 | 50.3 | 75.3 | 61.2 | 85.4 | 85.4 | 65.7 | 86.5 | 67.8 | 85.1 | 85.1 | 62.8 | 80.5 | 59.0 | 76.7 | 76.7 |
| Accrued Expenses and Other | 6.8 | 6.6 | 9.2 | 9.7 | 9.7 | 9.4 | 11.2 | 11.6 | 31.7 | 31.7 | 28.6 | 16.4 | 14.7 | 13.7 | 13.7 | 7.0 | 1.9 | 1.8 | 2.0 | 2.0 |
| Deferred/Unearned Revenue (Short-Term) | 127.8 | 140.0 | 155.4 | 170.1 | 170.1 | 190.6 | 231.7 | 243.8 | 275.6 | 275.6 | 307.2 | 337.4 | 367.8 | 408.2 | 408.2 | 440.9 | 467.4 | 495.4 | 525.1 | 525.1 |
| **Total Current Liabilities** | **220.3** | **248.5** | **305.4** | **311.1** | **311.1** | **319.0** | **374.6** | **388.0** | **458.2** | **458.2** | **470.9** | **509.4** | **505.2** | **546.9** | **546.9** | **549.0** | **591.8** | **584.6** | **623.2** | **623.2** |
| | | | | | | | | | | | | | | | | | | | | |
| **Non-current Liabilities** | | | | | | | | | | | | | | | | | | | | |
| Deferred/Unearned Revenue (Long-Term) | 147.9 | 163.8 | 176.9 | 198.9 | 198.9 | 218.3 | 246.3 | 296.1 | 355.6 | 355.6 | 394.6 | 442.4 | 482.3 | 530.5 | 530.5 | 575.6 | 624.5 | 677.6 | 735.2 | 735.2 |
| Senior Notes | - | - | - | - | - | - | 415.7 | 422.6 | 429.6 | 429.6 | 436.7 | 444.0 | 444.0 | 444.0 | 444.0 | 444.0 | 444.0 | 444.0 | 444.0 | 444.0 |
| Convertible Preferred Stock Warrant Liability | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Early Exercise Stock Options Liability | 1.9 | 1.5 | 1.2 | 0.9 | 0.9 | 0.6 | 0.4 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Preferred Stock Warrant Liability | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Liabilities | 7.0 | 8.4 | 9.2 | 10.3 | 10.3 | 10.6 | 7.8 | 14.1 | 29.7 | 29.7 | 39.5 | 39.8 | 35.0 | 36.1 | 36.1 | 41.4 | 45.5 | 43.8 | 46.9 | 46.9 |
| | | | | | | | | | | | | | | | | | | | | |
| **Stockholder Equity** | | | | | | | | | | | | | | | | | | | | |
| Total Shareholders Equity | 284.0 | 261.1 | 239.6 | 217.1 | 217.1 | 216.6 | 300.5 | 354.6 | 326.8 | 326.8 | 431.3 | 385.5 | 272.8 | 183.2 | 183.2 | 136.0 | 92.9 | 62.5 | 37.1 | 37.1 |
| **Total Liabilities & Shareholders Equity** | **661.0** | **683.4** | **732.2** | **738.2** | **738.2** | **764.9** | **1,345.2** | **1,475.4** | **1,599.9** | **1,599.9** | **1,773.1** | **1,821.1** | **1,739.3** | **1,740.7** | **1,740.7** | **1,746.0** | **1,798.8** | **1,812.5** | **1,886.4** | **1,886.4** |

Source: Jefferies, company data

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 16 - 20 of this report.

Jefferies

**NTNX**

Target | Estimate Change

March 1, 2019

## Chart 8: Cash Flow Statement

| Cash Flow Statement | | FY 2017 | | | FY 2017 | | FY 2018 | | | FY 2018 | | FY 2019 | | | FY 2019 | | FY 2020 | | | FY 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USD in Millions, except per share amounts | Oct-16 | Jan-17 | Apr-17 | Jul-17 | FY 2017 | Oct-17 | Jan-18 | Apr-18 | Jul-18 | FY 2018 | Oct-18 | Jan-19 | Apr-19E | Jul-19E | FY 2019 | Oct-19E | Jan-20E | Apr-20E | Jul-20E | FY 2020 |
| **Cash From Operating Activities** | | | | | | | | | | | | | | | | | | | | |
| Net Income | (140.3) | (76.4) | (96.8) | (66.1) | (379.5) | (61.5) | (62.6) | (85.7) | (87.4) | (297.2) | (94.3) | (122.8) | (181.3) | (154.3) | (552.6) | (95.9) | (98.5) | (89.3) | (83.6) | (367.2) |
| Depreciation and Amortization | 8.6 | 9.6 | 9.8 | 10.5 | 38.4 | 11.3 | 11.7 | 13.0 | 14.3 | 50.3 | 16.2 | 18.8 | 22.7 | 25.3 | 83.0 | 27.7 | 28.4 | 28.1 | 26.7 | 110.8 |
| Stock-Based Compensation | 90.7 | 52.6 | 50.4 | 37.8 | 231.5 | 35.5 | 42.0 | 44.9 | 55.4 | 177.9 | 65.9 | 72.6 | 63.8 | 65.7 | 268.0 | 54.1 | 59.4 | 57.2 | 61.2 | 232.0 |
| Loss on Debt Extinguishment | 3.3 | - | - | - | 3.3 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Change in Fair Value of Convertible Preferred Sto | 21.1 | - | - | - | 21.1 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Change in Fair Value of Contingent Consideratic | 0.2 | 0.3 | (0.3) | 1.7 | 1.9 | 0.3 | (4.2) | 0.6 | 0.9 | (2.4) | (0.8) | 0.0 | - | - | (0.8) | - | - | - | - | - |
| Other | 0.2 | 0.2 | 0.1 | 0.2 | 0.7 | 0.1 | 0.7 | 6.6 | 6.3 | 13.7 | (0.8) | (0.4) | - | - | (1.1) | - | - | - | - | - |
| Changes in working capital & other assets/liabilities | | | | | | | | | | | | | | | | | | | | |
| Accounts Receivable - Net | (36.2) | (3.5) | (19.1) | (8.5) | (67.4) | 7.3 | (7.8) | (14.8) | (64.0) | (79.3) | 23.5 | (9.9) | (20.3) | (33.6) | (40.3) | 32.5 | (10.8) | (21.1) | (63.9) | (63.3) |
| Deferred Commission | (4.8) | (3.3) | (6.7) | (9.3) | (24.1) | (8.5) | (17.6) | (3.1) | (11.7) | (40.9) | (7.7) | (7.9) | 9.2 | (9.8) | (16.3) | (16.0) | (18.3) | 6.2 | (5.3) | (33.3) |
| Prepaid Expenses and Other Assets | 0.8 | (3.5) | (26.9) | 13.8 | (15.8) | (0.3) | (2.5) | (2.5) | (32.0) | (37.4) | (3.8) | (12.7) | 11.1 | (7.3) | (12.6) | (13.8) | (5.8) | 6.2 | (10.1) | (23.6) |
| Accounts Payable | 5.1 | 6.3 | 21.1 | (11.2) | 21.3 | (6.5) | (10.1) | 10.2 | (10.1) | (16.5) | 1.3 | 6.3 | (14.1) | (15.0) | (21.5) | (1.7) | 3.8 | (13.7) | (8.8) | (20.5) |
| Accrued Compensation and Benefits | 3.5 | 8.3 | 20.2 | 0.7 | 32.7 | (7.2) | 25.0 | (14.1) | 24.2 | 27.9 | (19.7) | 20.8 | (18.7) | 17.3 | (0.3) | (22.2) | 17.7 | (21.5) | 17.6 | (8.4) |
| Accrued Expenses and Other Liabilities | 0.7 | 0.9 | 3.7 | (0.3) | 4.9 | (0.3) | 2.7 | (3.6) | 35.4 | 34.3 | (7.4) | (11.6) | (1.7) | (1.1) | (21.8) | (6.7) | (5.1) | (0.1) | 0.1 | (11.7) |
| Deferred Revenue | 51.2 | 28.2 | 28.5 | 36.7 | 144.7 | 39.8 | 69.2 | 61.8 | 91.3 | 262.0 | 70.3 | 78.1 | 70.2 | 88.7 | 307.2 | 77.8 | 75.4 | 81.1 | 87.3 | 321.6 |
| **Cash from Operations** | **4.2** | **19.7** | **(16.0)** | **5.9** | **13.7** | **10.1** | **46.4** | **13.3** | **22.7** | **92.6** | **49.8** | **38.5** | **(59.2)** | **(24.0)** | **5.2** | **35.8** | **46.2** | **33.1** | **21.2** | **136.4** |
| *y/y change* | *N/A* | *338%* | *-788%* | *158%* | *294%* | *143%* | *136%* | *N/A* | *284%* | *575%* | *393%* | *-17%* | *-544%* | *-205%* | *-94%* | *-28%* | *20%* | *N/A* | *N/A* | *2521%* |
| **Cash From Investing Activities** | | | | | | | | | | | | | | | | | | | | |
| Purchases of Property and Equipment | (11.9) | (12.7) | (13.2) | (12.4) | (50.2) | (18.0) | (14.0) | (14.1) | (16.3) | (62.4) | (29.8) | (42.6) | (37.4) | (38.5) | (148.3) | (31.4) | (26.8) | (20.3) | (15.8) | (94.4) |
| Net proceeds (purchases) of investments | (35.9) | (7.9) | (20.5) | (61.5) | (125.7) | (23.2) | (75.0) | (239.7) | (81.0) | (419.0) | 63.6 | 66.9 | - | - | 130.5 | - | - | - | - | - |
| Acquisition of Business | (0.2) | - | - | - | (0.2) | - | - | (22.8) | 0.6 | (22.2) | (18.7) | - | - | - | (18.7) | - | - | - | - | - |
| **Cash From Investing Activities** | **(48.0)** | **(20.6)** | **(33.7)** | **(73.9)** | **(176.1)** | **(41.2)** | **(89.0)** | **(276.6)** | **(96.8)** | **(503.6)** | **15.1** | **24.3** | **(37.4)** | **(38.5)** | **(36.5)** | **(31.4)** | **(26.8)** | **(20.3)** | **(15.8)** | **(94.4)** |
| **Cash from Financing** | | | | | | | | | | | | | | | | | | | | |
| Sales of Shares Through Employee Equity Incenti | 1.5 | 0.7 | 24.5 | 5.6 | 32.3 | 25.2 | 11.6 | 31.4 | 3.8 | 72.0 | 29.9 | 3.5 | - | - | 33.4 | - | - | - | - | - |
| Proceeds from Initial Public Offering | 254.5 | - | - | - | 254.5 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Payment of Offering Costs | (2.2) | 0.6 | - | (0.1) | (1.7) | (0.1) | 0.1 | (0.1) | 0.1 | - | - | - | - | - | - | - | - | - | - | - |
| Repayment of Senior Notes | (75.0) | - | - | - | (75.0) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Debt Extinguishment Costs | (1.6) | - | - | - | (1.6) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Payment of Debt in Conjunction with a Business | (7.1) | - | - | - | (7.1) | - | - | (1.4) | (0.3) | (1.7) | (1.0) | - | - | - | (1.0) | - | - | - | - | - |
| Proceeds From Long-Term Debt - Net of Issuance Costs | | - | - | - | - | - | 564.2 | (0.3) | (0.4) | | (0.1) | (0.1) | - | - | (0.2) | - | - | - | - | - |
| Issuance of Common Stock | | | | | | - | 88.0 | - | - | 88.0 | - | - | - | - | - | - | - | - | - | - |
| Other | 0.1 | - | 0.0 | - | 0.1 | - | (143.2) | - | - | (143.2) | - | - | - | - | - | - | - | - | - | - |
| **Total Cash Flows From Financing** | **170.1** | **1.3** | **24.5** | **5.5** | **201.4** | **25.1** | **520.7** | **29.6** | **3.2** | **15.1** | **28.8** | **3.4** | **-** | **-** | **32.2** | **-** | **-** | **-** | **-** | **-** |
| **FX impact on cash** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Cash balance, beginning of period | 99.2 | 225.5 | 226.0 | 200.8 | 99.2 | 138.4 | 132.5 | 610.5 | 376.8 | 138.4 | 306.0 | 399.8 | 466.0 | 369.5 | 306.0 | 307.0 | 311.4 | 330.7 | 343.5 | 307.0 |
| **Net change in cash** | **126.3** | **0.4** | **(25.2)** | **(62.4)** | **39.0** | **(5.9)** | **478.1** | **(233.7)** | **(70.8)** | **167.6** | **93.8** | **66.2** | **(96.5)** | **(62.5)** | **1.0** | **4.4** | **19.3** | **12.8** | **5.4** | **42.0** |
| **Cash balance, end of period** | **225.5** | **226.0** | **200.8** | **138.4** | **138.3** | **132.5** | **610.5** | **376.8** | **306.0** | **306.0** | **399.8** | **466.0** | **369.5** | **307.0** | **307.0** | **311.4** | **330.7** | **343.5** | **349.0** | **349.0** |

Source: Jefferies, company data

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 16 - 20 of this report.

Jefferies

**NTNX**

Target | Estimate Change

March 1, 2019

## Chart 9: Discounted Cash Flow Analyses Scenario 1

| | Year 1 | Transition | Terminal |
|---|---|---|---|
| Current risk-free rate of return | 3.50% | | 3.50% |
| Historical risk-free rate of return | 5.00% | 5.00% | 5.00% |
| Beta | 1.56 | | 1.00 |
| Equity Risk Premium | 6.50% | | 6.50% |
| Market rate of return | 11.50% | 11.50% | 11.50% |
| Cost of equity | 13.64% | | 10.00% |
| Growth rate in perpetuity | | | 5.00% |
| Point in time (date of last earnings report) | 2/28/19 | | |
| | | | |
| Cash and Cash Equivalents | 965.9 | | |
| Total Debt | 444.0 | | |
| Net Cash and Cash Equivalents | 521.9 | | |
| LTM Revenues | 1,241.8 | | |
| Shares Outstanding (m) | 199.3 | | |
| **Net Cash/Share - 10% of Revenue** | **$  2.00** | | |

**Scenario 1: Bull case.**

| | HISTORICALS | | | | | | | | FORECAST PERIOD | | | | TRANSITIONARY PERIOD | | | | | TERMINAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2011A | 2012A | 2013A | 2014A | 2015A | 2016A | 2017A | 2018A | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | Perpetuity |
| Current risk-free rate of return | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | |
| Historical risk-free rate of return | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | |
| Beta | 1.56 | 1.56 | 1.56 | 1.56 | 1.56 | 1.56 | 1.56 | 1.56 | 1.56 | 1.56 | 1.56 | 1.56 | 1.47 | 1.37 | 1.28 | 1.19 | 1.09 | 1.00 | |
| Risk Premium | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | |
| Market rate of return | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | |
| Cost of equity | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.0% | 12.4% | 11.8% | 11.2% | 10.6% | 10.0% | |
| WACC | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.0% | 12.4% | 11.8% | 11.2% | 10.6% | 10.0% | |
| FCF Growth Rate (incl. stock buyback) | | | | N/A | N/A | N/A | N/A | N/A | -2133.5% | N/A | 200.0% | 100.0% | 84.2% | 68.3% | 52.5% | 36.7% | 20.8% | 5.0% | |
| Discount factor | | | | | | | | | 1.06 | 1.20 | 1.36 | 1.55 | 1.72 | 1.89 | 2.05 | 2.20 | 2.34 | 2.45 | |
| | | | | | | | | | | | | | | | | | | | |
| Free cash flow to the enterprise | | | (39) | (65) | (49) | (39) | (37) | 8 | (162) | 42 | 126 | 252 | 464 | 782 | 1,192 | 1,629 | 1968 | 2,067 | |
| Diluted Share Count | | - | - | - | - | - | 152.6 | 173.6 | 203.4 | 205.4 | 213.7 | 222.2 | 229.6 | 235.7 | 240.5 | 243.7 | 245.3 | 245.3 | |
| Actual Share Count Growth | | | | | | | | 13.8% | 17.2% | 1.0% | 4.0% | 4.0% | 3.3% | 2.7% | 2.0% | 1.3% | 0.7% | 0.0% | |
| FCFE / Share | | | | | | | | | (0.80) | 0.20 | 0.59 | 1.13 | 2.02 | 3.32 | 4.96 | 6.69 | 8.03 | 8.43 | 168.53 |
| NPV / Share of FCFE | | | | | | | | | (0.75) | 0.17 | 0.43 | 0.73 | 1.18 | 1.76 | 2.42 | 3.04 | 3.43 | | 68.67 |
| Cumulative NPV of FCFE / Share | | | | | | | | | (0.75) | (0.58) | (0.15) | 0.58 | 1.76 | 3.52 | 5.94 | 8.98 | 12.41 | | 81.08 |

| | | |
|---|---|---|
| Cumulative NPV of FCFE / Share | $ | 81.08 |
| Current Diluted Shares (M) | | 199.3 |
| Net cash/Share - 10% of revenue * | | 1.95 |
| **Total NPV/Share** | **$** | **83.03** |
| Current price/Share | $ | 38.91 |
| Upside potential | | 113% |

**Source: Jefferies, company data**

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 16 - 20 of this report.

Jefferies

## Chart 10: Discounted Cash Flow Analyses Scenario 2

| | Year 1 | Transition | Terminal |
|---|---|---|---|
| Current risk-free rate of return | 3.50% | | 3.50% |
| Historical risk-free rate of return | 5.00% | 5.00% | 5.00% |
| Beta | 1.56 | | 1.00 |
| Equity Risk Premium | 6.50% | | 6.50% |
| Market rate of return | 11.50% | 11.50% | 11.50% |
| Cost of equity | 13.64% | | 10.00% |
| Growth rate in perpetuity | | | 5.00% |
| Point in time (date of last earnings report) | 2/28/19 | | |
| | | | |
| Cash and Cash Equivalents | 965.9 | | |
| Total Debt | 444.0 | | |
| Net Cash and Cash Equivalents | 521.9 | | |
| LTM Revenues | 1,241.8 | | |
| Shares Outstanding (m) | 199.3 | | |
| **Net Cash/Share - 10% of Revenue** | **$ 2.00** | | |

**Scenario 2: Base case.**

| | HISTORICALS | | | | | | | | FORECAST PERIOD | | | | TRANSITIONARY PERIOD | | | | | TERMINAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2011A | 2012A | 2013A | 2014A | 2015A | 2016A | 2017A | 2018A | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | Perpetuity |
| Current risk-free rate of return | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | |
| Historical risk-free rate of return | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | |
| Beta | 1.56 | 1.56 | 1.56 | 1.56 | 1.56 | 1.56 | 1.56 | 1.56 | 1.56 | 1.56 | 1.56 | 1.56 | 1.47 | 1.37 | 1.28 | 1.19 | 1.09 | 1.00 | |
| Risk Premium | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | |
| Market rate of return | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | |
| Cost of equity | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.0% | 12.4% | 11.8% | 11.2% | 10.6% | 10.0% | |
| WACC | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.0% | 12.4% | 11.8% | 11.2% | 10.6% | 10.0% | |
| FCF Growth Rate | | | | N/A | N/A | N/A | N/A | N/A | -2133.5% | N/A | 150.0% | 75.0% | 63.3% | 51.7% | 40.0% | 28.3% | 16.7% | 5.0% | |
| Discount factor | | | | | | | | | 1.06 | 1.20 | 1.36 | 1.55 | 1.72 | 1.89 | 2.05 | 2.20 | 2.34 | 2.45 | |
| | | | | | | | | | | | | | | | | | | | |
| Free cash flow to the enterprise | | | (39) | (65) | (49) | (39) | (37) | 8 | (162) | 42 | 105 | 184 | 300 | 455 | 638 | 818 | 955 | 1,002 | |
| Diluted Share Count | | | | - | - | - | 152.6 | 173.6 | 203.4 | 205.4 | 213.7 | 222.2 | 229.6 | 235.7 | 240.5 | 243.7 | 245.3 | 245.3 | |
| Share Count Growth | | | | | | | | 13.8% | 17.2% | 1.0% | 4.0% | 4.0% | 3.3% | 2.7% | 2.0% | 1.3% | 0.7% | 0.0% | |
| FCFE / Share | | | | | | | | | (0.80) | 0.20 | 0.49 | 0.83 | 1.31 | 1.93 | 2.65 | 3.36 | 3.89 | 4.09 | 81.7 |
| NPV/Share of FCFE | | | | | | | | | (0.75) | 0.17 | 0.36 | 0.53 | 0.76 | 1.02 | 1.29 | 1.53 | 1.67 | | 33.30 |
| Cumulative NPV of FCFE / Share | | | | | | | | | (0.75) | (0.58) | (0.22) | 0.31 | 1.07 | 2.10 | 3.39 | 4.92 | 6.58 | | 39.89 |

| | | |
|---|---|---|
| Cumulative NPV of FCFE / Share | $ | 39.89 |
| Net cash/Share - 10% of revenue * | $ | 1.95 |
| **Total NPV/Share** | **$** | **41.84** |
| Current price/Share | $ | 38.91 |
| Upside potential | | 8% |

**Source: Jefferies, company data**

John DiFucci, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 16 - 20 of this report.

Jefferies

**NTNX**

Target | Estimate Change

March 1, 2019

## Chart 11: Discounted Cash Flow Analyses Scenario 3

| | Year 1 | Transition | Terminal |
|---|---|---|---|
| Current risk-free rate of return | 3.50% | | 3.50% |
| Historical risk-free rate of return | 5.00% | 5.00% | 5.00% |
| Beta | 1.56 | | 1.00 |
| Equity Risk Premium | 6.50% | | 6.50% |
| Market rate of return | 11.50% | 11.50% | 11.50% |
| Cost of equity | 13.64% | | 10.00% |
| Growth rate in perpetuity | | | 5.00% |
| Point in time (date of last earnings report) | 2/28/19 | | |
| | | | |
| Cash and Cash Equivalents | 965.9 | | |
| Total Debt | 444.0 | | |
| Net Cash and Cash Equivalents | 521.9 | | |
| LTM Revenues | 1,241.8 | | |
| Shares Outstanding (m) | 199.3 | | |
| **Net Cash/Share - 10% of Revenue** | **$ 2.00** | | |

**Scenario 3: Bear case.**

| | HISTORICALS | | | | | | | | FORECAST PERIOD | | | | TRANSITIONARY PERIOD | | | | | TERMINAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2011A | 2012A | 2013A | 2014A | 2015A | 2016A | 2017A | 2018A | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | Perpetuity |
| Current risk-free rate of return | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | |
| Historical risk-free rate of return | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | |
| Beta | 1.56 | 1.56 | 1.56 | 1.56 | 1.56 | 1.56 | 1.56 | 1.56 | 1.56 | 1.56 | 1.56 | 1.56 | 1.47 | 1.37 | 1.28 | 1.19 | 1.09 | 1.00 | |
| Risk Premium | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | 6.5% | |
| Market rate of return | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | |
| Cost of equity | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.0% | 12.4% | 11.8% | 11.2% | 10.6% | 10.0% | |
| WACC | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.6% | 13.0% | 12.4% | 11.8% | 11.2% | 10.6% | 10.0% | |
| FCF Growth Rate | | | | N/A | N/A | N/A | N/A | N/A | -2133.5% | N/A | 100.0% | 50.0% | 42.2% | 34.3% | 26.5% | 18.7% | 10.8% | 3.0% | |
| Discount factor | | | | | | | | | 1.06 | 1.20 | 1.36 | 1.55 | 1.72 | 1.89 | 2.05 | 2.20 | 2.34 | 2.45 | |
| | | | | | | | | | | | | | | | | | | | |
| Free cash flow to the enterprise | | | (39) | (65) | (49) | (39) | (37) | 8 | (162) | 42 | 84 | 126 | 179 | 241 | 305 | 361 | 401 | 413 | |
| Diluted Share Count | | | | - | - | - | 152.6 | 173.6 | 203.4 | 205.4 | 213.7 | 222.2 | 229.6 | 235.7 | 240.5 | 243.7 | 245.3 | 245.3 | |
| Share Count Growth | | | | | | | | 13.8% | 17.2% | 1.0% | 4.0% | 4.0% | 3.3% | 2.7% | 2.0% | 1.3% | 0.7% | 0.0% | |
| FCFE / Share | | | | | | | | | (0.80) | 0.20 | 0.39 | 0.57 | 0.78 | 1.02 | 1.27 | 1.48 | 1.63 | 1.68 | 24 |
| NPV/Share of FCFE | | | | | | | | | (0.75) | 0.17 | 0.29 | 0.37 | 0.45 | 0.54 | 0.62 | 0.67 | 0.70 | | 9.79 |
| Cumulative NPV of FCFE / Share | | | | | | | | | (0.75) | (0.58) | (0.29) | 0.07 | 0.53 | 1.07 | 1.69 | 2.36 | 3.06 | | 12.85 |

| | | |
|---|---|---|
| Cumulative NPV of FCFE / Share | $ | 12.85 |
| Net cash/Share - 10% of revenue * | $ | 1.95 |
| **Total NPV/Share** | **$** | **14.80** |
| Current price/Share | $ | 38.91 |
| Upside potential | | -62% |

\* We assume 10% of revenues is required as working capital to run the business

**Source: Jefferies, company data**

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 16 - 20 of this report.

Jefferies

## Company Description

**Nutanix**

Nutanix, Inc. provides enterprise virtualization and storage solutions. It offers infrastructure management, server virtualization, enterprise applications, virtual desktop infrastructure, cloud development, data protection, and unified communication services. The company provides products under the Prism and Acropolis trademarks. Nutanix was founded by Dheeraj Pandey, Ajeet Singh, and Mohit Aron in 2009 and is headquartered in San Jose, CA.

## Company Valuation/Risks

**Nutanix**

Our $42 PT is based on our DCF. Risks include aggressive pricing from larger competitors and a slowdown in global IT spending.

## Analyst Certification:

I, John DiFucci, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Julia Karl, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Joseph Gallo, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Investment Recommendation Record

**(Article 3(1)e and Article 7 of MAR)**

| | |
|---|---|
| Recommendation Published | March 1, 2019 , 02:19 ET. |
| Recommendation Distributed | March 1, 2019 , 02:19 ET. |

## Company Specific Disclosures

Jefferies Group LLC makes a market in the securities or ADRs of Nutanix, Inc.

Jefferies Group LLC, its affiliates or subsidiaries expect to receive or intend to seek compensation for investment banking services from Nutanix, Inc. within the next three months.

Within the past 12 months, Jefferies Group LLC, its affiliates or subsidiaries has received compensation from investment banking services from Nutanix, Inc..

Jefferies Group LLC, its affiliates or subsidiaries is acting as a manager or co-manager in the underwriting or placement of securities for Nutanix, Inc. or one of its affiliates.

Within the past twelve months, Nutanix, Inc. has been a client of Jefferies LLC and investment banking services are being or have been provided.

## Explanation of Jefferies Ratings

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.

Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.

Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.

The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.

NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 16 - 20 of this report.              **Jefferies**

Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

## Valuation Methodology

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

### Jefferies Franchise Picks

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

## Risks which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.

## Other Companies Mentioned in This Report

- Nutanix, Inc. (NTNX: $50.09, HOLD)



**Notes:** Each box in the Rating and Price Target History chart above represents actions over the past three years in which an analyst initiated on a company, made a change to a rating or price target of a company or discontinued coverage of a company.

Legend:

I: Initiating Coverage

D: Dropped Coverage

B: Buy

H: Hold

UP: Underperform

For Important Disclosure information on companies recommended in this report, please visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action or call 212.284.2300.

## Distribution of Ratings

| Rating | Count | Percent | IB Serv./Past 12 Mos. | | JIL Mkt Serv./Past 12 Mos. | |
|---|---|---|---|---|---|---|
| | | | Count | Percent | Count | Percent |
| **BUY** | 1143 | 55.06% | 97 | 8.49% | 14 | 1.22% |
| **HOLD** | 801 | 38.58% | 11 | 1.37% | 1 | 0.12% |
| **UNDERPERFORM** | 132 | 6.36% | 1 | 0.76% | 0 | 0.00% |

John DiFucci, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 16 - 20 of this report.

**Jefferies**

## Other Important Disclosures

Jefferies does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group LLC ("Jefferies") group companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: Vintners Place, 68 Upper Thames Street, London EC4V 3BJ; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Suite 2201, 22nd Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Hibiya Marine Bldg, 3F, 1-5-1 Yuraku-cho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), which is licensed by the Securities and Exchange Board of India as a Merchant Banker (INM000011443), Research Analyst (INH000000701) and a Stock Broker with Bombay Stock Exchange Limited (INB011491033) and National Stock Exchange of India Limited (INB231491037) in the Capital Market Segment; located at 42/43, 2 North Avenue, Maker Maxity, Bandra-Kurla Complex, Bandra (East) Mumbai 400 051, India; Tel +91 22 4356 6000.

This report was prepared by personnel who are associated with Jefferies (Jefferies International Limited, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Jefferies India Private Limited); or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA and other rules are set forth in this disclosure section.

* * *

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed.

JIL allows its analysts to undertake private consultancy work. JIL's conflicts management policy sets out the arrangements JIL employs to manage any potential conflicts of interest that may arise as a result of such consultancy work. Jefferies LLC, JIL and their affiliates, may make a market or provide liquidity in the financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "Designated Institution" as defined by the Securities Act (Ontario). In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, this material is provided by JSL pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act (Cap. 289 of Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this information is issued solely by JIL and is directed solely at wholesale clients within the meaning of the Corporations Act 2001 of Australia (the "Act"), in connection with their consideration of any investment or investment service that is the subject of this document. Any offer or issue that is the subject of this document does not require, and this document is not, a disclosure document or product disclosure statement within the meaning of the Act. JIL is authorised and regulated by the Financial Conduct Authority under the laws of the United Kingdom, which differ from Australian laws. JIL has obtained relief under Australian Securities and Investments Commission Class Order 03/1099, which conditionally exempts it from holding an Australian financial services license under the Act in respect of the provision of certain financial services to wholesale clients. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient,

page 19 of 20

**John DiFucci**, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 16 - 20 of this report.

**Jefferies**

and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities.

This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Jefferies. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2019 Jefferies Group LLC

page 20 of 20

John DiFucci, Equity Analyst, (212) 284-2196, jdifucci@jefferies.com

Please see important disclosure information on pages 16 - 20 of this report.

Jefferies

# EXHIBIT 8

Equity Research
**Technology, Media, and Communications | Enterprise and Cloud Infrastructure**

*William Blair*

May 31, 2019

# Nutanix, Inc.

## When It Rains It Pours; Recovery Taking Longer Than Expected but All Is Not Lost

**Jason Ader, CFA**  +1 617 235 7519
jader@williamblair.com

**Sebastien Naji**  +1 212 245 6508
SNaji@williamblair.com

**Billy Fitzsimmons**  +1 312 364 5112
BFitzsimmons@williamblair.com

**What You Need to Know**: Following another disappointing quarter in which revenue and billings came in below guidance, management pushed out the prospect of a full recovery with fourth-quarter revenue, billings, and non-GAAP EPS guided well below consensus. We believe a confluence of three factors is negatively impacting Nutanix's financial performance and stretching out its recovery: 1) weak sales execution, including disruptions related to changes in sales management globally and in the Americas, and customer, salesforce, and partner confusion related to the avalanche of new products introduced in the past year; 2) a faster-than-expected transition to a subscription business model (now 65% of billings), in which Nutanix management underestimated the near-term impact to revenue and friction in the selling motion; and 3) increased competition from main rival Dell/VMware (DELL $66.41; VMW $191.09, Outperform), which has improved its product and become more aggressive at the field level, driving HCI market share gains at Nutanix's expense (Dell reported on its earnings call that VxRail grew in the triple digits again).

While the situation at Nutanix is definitely worse than we expected, we take comfort in the following: 1) well-regarded EMEA sales leader Chris Kaddaras is now running Americas sales, and should have a positive impact on execution in coming quarters—though it is admittedly difficult to say how long this will take, Nutanix saw the highest sequential growth in pipeline generation in more than five years; 2) the transition to a subscription model is ultimately a good thing for revenue predictability—while it has created a larger-than-expected revenue headwind, it is better that Nutanix rips the band-aid off here; and 3) the HCI market remains largely a two-horse race (between VMware and Nutanix), and we still believe that Nutanix will capture its fair share based on the strength of its products and partnerships (we think the HPE [HPE $14.22] partnership could be a bigger positive than we originally anticipated).

While we do not expect year-over-year top-line reacceleration in the business to occur for another three quarters, and we are cognizant of rising near-term macroeconomic risks, we believe the stock is fairly washed out at this point. At the after-market price of roughly $27, NTNX shares trade at an enterprise-value-to-sales multiple of 3.4 times our revised calendar 2020 revenue estimate, presenting a favorable risk/reward equation, in our view.

| Stock Rating: | **Outperform** |
|---|---|

| | |
|---|---|
| Symbol: | NTNX (NASDAQ) |
| Price: | $32.67 (52-Wk.: $31-$65) |
| Market Value (M): | $5,949 |
| Dividend/Yield: | $0.00/0.00% |
| Fiscal Year End: | July |

| | | **2018A** | **2019E** | **2020E** |
|---|---|---|---|---|
| **Estimates** | | | | |
| EPS | Q1 | $(0.16) | $(0.13) | $(0.68) |
| | Q2 | $(0.14) | $(0.23) | $(0.63) |
| | Q3 | $(0.21) | $(0.56) | $(0.59) |
| | Q4 | $(0.11) | $(0.65) | $(0.51) |
| | FY | $(0.62) | $(1.57) | $(2.40) |
| | CY | $(0.68) | $(2.52) | $(2.18) |
| Sales (M) FY | | $1,155.5 | $1,231.3 | $1,331.0 |
| Sales (M) CY | | $1,241.8 | $1,208.6 | $1,457.0 |
| **Valuation** | | | | |
| EV/Sales | | 4.4x | 4.5x | 3.8x |

**Trading Data (FactSet)**

| | |
|---|---|
| Shares Outstanding (M): | 182.1 |
| Float (M): | 174.5 |
| Avg. Daily Volume (90-day): | 3,987,971 |

**Financial Data (FactSet)**

| | |
|---|---|
| Book Value Per Share (MRQ): | $2.12 |
| Return on Equity (TTM): | (113.7)% |
| Enterprise Value (M): | $5,488 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

Nutanix, Inc. develops and sells a hyperconverged solution that simplifies enterprise data center infrastructure by integrating server and storage resources into a turnkey platform.

**Please refer to important disclosures on pages 14 – 15. Analyst certification is on page 14.**
**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

William Blair

**Quarter Recap:** For its third quarter, Nutanix reported a slight miss on revenue, a bigger miss on billings, and slight beat on non-GAAP EPS ($9.6 million below, $13.4 million below, and $0.02 ahead of consensus, respectively). Perhaps most disappointing was that Nutanix failed to achieve its stated goal this quarter, which was to build backlog (backlog was flat versus last quarter). Management attributed the weakness to three main issues: 1) lower hardware shipments (approximately $8 million below expectations), which accounted for 8% of total revenue (a historical low); 2) greater-than-expected disruption related to sales leadership changes, which is expected to impact the fourth quarter as well; and 3) less upfront revenue (by about 30% compared to Nutanix's traditional licensing model) as the company accelerates its transition to a subscription model (now 65% of billings and 59% of revenue, up from 51% and 41% two quarters ago, respectively).

On the third point, management explained that the 30% headwind to revenue is greater than anticipated and results from: 1) lower duration for an initial term license compared to Nutanix's traditional life-of-device license, which creates a 10% revenue haircut on a like-for-like basis, and 2) lower in-quarter revenue as a term license has a higher percentage of deferred revenue compared to a traditional life-of-device license (an additional 20% revenue haircut on a like-for-like basis). The higher deferred element relates to the percentage of a term deal that needs to be carved out for support being lower than the support percentage that is carved out in a life-of-device deal (due to the mismatch here between software and support duration). Lastly, management admitted some friction in the selling motion related to the subscription model transition—more education needed for partners and customers—which has elongated sales cycles.

Back to the quarter, non-GAAP gross margin was 77.1%, slightly above the previous quarter as a result of the lower-than-expected hardware mix. Beyond the core infrastructure HCI offerings, Nutanix saw increased traction for newer solutions, with 23% of deals involving one or more products in Essentials/Enterprise (up from 17% in fiscal 2018). Repeat purchase activity was also respectable as customers with lifetime bookings over $1 million continued to increase (up 43% year-over-year) and customers with lifetime spending greater than $5 million were up 81% year-over-year.

Looking at next quarter's guidance, billings were more than $44 million below consensus, revenue was almost $38 million below consensus, and non-GAAP loss per share was $0.16 below consensus. The company, which had been reliably growing software and support billings and revenue by 50% and 40%, now expects a low-single-digit decline for total revenue and midsingle-digit decline in software and support billings in the July quarter as it continues to rebuild its pipeline and backlog. This new guidance appears to better bake in the impact of sales execution issues and headwinds related to the subscription model transition. Beyond the July quarter, we are further cutting our forward estimates for billings, revenue, and operating margin as Nutanix's recovery looks like it will take longer than we anticipated three months ago.

**Valuation—Reiterate Outperform Rating**: At the after-hours stock price of roughly $27, Nutanix trades at an enterprise-value-to-sales multiple of 3.4 times our revised calendar 2020 revenue estimate, which we believe continues to represent a favorable risk/reward equation. Though disappointed by the soft quarter and lower guidance, we continue to be optimistic about Nutanix's long-term growth opportunity, as the company evolves from an HCI appliance vendor into a broader, software platform play, with offerings extending from storage to hypervisor to hybrid cloud. We also see continued room for multiple expansion, especially as the business model carries more repeatable revenue over time (around 65% of billings today). Finally, we see Nutanix as a highly strategic asset with the potential for takeout interest from larger players that desire a best-of-breed private cloud/HCI platform.

**The Numbers:**

| Reported Revenue | WB Estimate | Street Consensus |
|---|---|---|
| $287.6 million | $295.0 million | $297.2 million |
| **Reported Billings** | **WB Estimate** | **Street Consensus** |
| $346.0 million | $365.2 million | $359.4 million |
| **Reported Non-GAAP EPS** | **WB Estimate** | **Street Consensus** |
| $-0.56 | $-0.60 | $-0.58 |

William Blair

**Guidance for Fourth Quarter of 2019:**

- Revenue is expected at $280 million to $310 million.
- Billings are expected at $350 million to $380 million.
- Non-GAAP gross margin is expected to be approximately 77%.
- Non-GAAP operating expenses are expected at $340 million to $350 million.
- Non-GAAP net loss per share is expected to be approximately $0.65.
- Weighted average basic and diluted shares outstanding are expected to be 187 million.

($ in millions, except per-share items)

| | Current Quarter | | | | | | |
| | F3Q 2019 | | | | | | |
| | Actual | Estimate | Dif. | Street | % of Rev. | Y/Y[1] | Q/Q[1] |
|---|---|---|---|---|---|---|---|
| Total Product Revenue | 184.8 | 190.0 | (5.2) | 200.7 | 64.2% | (16.4)% | (22.0)% |
| Support and Other Services Revenue | 102.8 | 105.0 | (2.2) | 96.5 | 35.8% | 50.6% | 4.5% |
| **Total Revenue** | **287.6** | **295.0** | **(7.4)** | **297.2** | **100.0%** | **(0.6)%** | **(14.2)%** |
| **Gross Profit** | **221.7** | **222.8** | **(1.0)** | | **77.1%** | **12.1%** | **(13.8)%** |
| **Gross Margin (Non-GAAP)** | **77.1%** | **75.5%** | **158 bps** | | **-** | **874 bps** | **36 bps** |
| Sales & Marketing | 209.8 | 221.3 | (11.5) | | 72.9% | 38.4% | 10.7% |
| Research and Development | 95.7 | 94.4 | 1.3 | | 33.3% | 47.7% | 8.3% |
| General & Administrative | 20.9 | 18.9 | 2.0 | | 7.3% | 30.8% | 12.7% |
| **Non-GAAP Operating Income** | **(104.7)** | **(111.8)** | **7.1** | | **(36.4)%** | **202.8%** | **167.1%** |
| Operating Margin | (36.4)% | (37.9)% | 149 bps | | - | (2,445) bps | (2,471) bps |
| Other Income (expense) | (3.2) | (4.4) | 1.19 | | (1.1)% | (24.2)% | (27.0)% |
| Non-GAAP Tax expense (benefit) | (4.90) | (4.90) | 0.00 | | (1.7)% | 17.3% | 62.6% |
| **Non-GAAP Net Income** | **(102.9)** | **(110.7)** | **7.8** | | **(35.8)%** | **197.1%** | **153.5%** |
| Net Margin | (35.8)% | (37.5)% | 175 bps | | - | (2,380) bps | (2,366) bps |
| **Non-GAAP EPS** | **($0.56)** | **($0.60)** | **$0.04** | **($0.58)** | **-** | **170.9%** | **148.7%** |
| Shares Out (Mil.) - basic and diluted | 183.0 | 183.0 | - | | - | - | - |

| | Guidance | | | | WB versus Street | | |
| | 4Q 2019 | | | | FY 2019 | | |
| | Guidance | Prior WB Estimate | Prior Street Estimate | | Guidance | Prior WB Estimate | Prior Street Estimate |
|---|---|---|---|---|---|---|---|
| Total Product Revenue | | 216.0 | 225.1 | | | 1012.2 | 887.0 |
| Support and Other Services Revenue | | 116.0 | 106.3 | | | 397.2 | 390.1 |
| **Total Revenue** | **280-310** | **332.0** | **332.9** | | | **1,409.4** | **1,278.6** |
| **Gross Margin (Non-GAAP)** | **77%** | **76.0%** | **-** | | | **78.9%** | **77.0%** |
| **Operating Margin (Non-GAAP)** | | **(27.0)%** | **-** | | | **(11.3)%** | |
| **Non-GAAP EPS** | **($0.65)** | **($0.52)** | **($0.49)** | | | **($0.93)** | **($1.45)** |

[1] Represents percentage change except in case of gross, operating and net margins

[2] Excludes effects of amortization and "non-recurring" expenses

Source: Company reports and William Blair & Company, L.L.C. estimates

William Blair

**Nutanix Inc.**
**William Blair Estimate Revisions**

| | 4Q19E new | 4Q19E old | ▲ | 4Q19E Street* |
|---|---|---|---|---|
| Revenue | $295.0 | $332.0 | ($37.0) | $332.9 |
| Y-Y Change % | (2.9%) | 9.3% | | |
| EPS* | ($0.65) | ($0.52) | ($0.13) | ($0.49) |
| Y-Y Change % | 0.0% | 0.0% | | |

| | FY19E new | FY19E new | ▲ | FY19E Street |
|---|---|---|---|---|
| Revenue | $1,231.3 | $1,275.6 | ($44.4) | $1,278.6 |
| Y-Y Change % | 6.6% | 10.4% | | |
| EPS* | ($1.57) | ($1.48) | ($0.09) | ($1.45) |
| Y-Y Change % | 0.0% | 0.0% | | |

| | FY20E new | FY20E new | ▲ | FY20E Street |
|---|---|---|---|---|
| Revenue | $1,331.0 | $1,547.0 | ($216.0) | $1,558.8 |
| Y-Y Change % | 8.1% | 21.3% | | |
| EPS* | ($2.40) | ($1.54) | ($0.86) | ($1.55) |
| Y-Y Change % | 0.0% | 0.0% | | |

\* EPS excludes effects of amortization and "non-recurring" expenses

Source: Company reports, Thomson and William Blair & Co., L.L.C. estimates

**Nutanix Metrics:**



Nutanix Total Revenue Results

William Blair





William Blair





William Blair





William Blair



**Breakdown of Repreatable / Non-Repeatable Billings**

■ Repeatable (Subscription-based)   ■ Non-Repeatable

William Blair

**Nutanix Inc.**  <span style="float:right">**Jason N. Ader, CFA  (617) 235-7520**</span>
**Rating: Outperform**

**Quarterly Earnings Model**
($ in millions, except per-share items)

| July Fiscal Year End | FY 2016A Year | FY 2017A Year | Oct-17A | Jan-18A | Apr-18A | Jul-18A | FY 2018A Year | Oct-18A | Jan-19A | Apr-19A | Jul-19E | FY 2019E Year | FY 2020E Year | FY 2021E Year | CY17A Year | CY18E Year | CY19E Year | CY20E Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Product Revenue** | 413.9 | 673.3 | 219.1 | 223.2 | 221.1 | 224.7 | 888.0 | 224.3 | 236.9 | 184.8 | 180.0 | 826.1 | 790.0 | 907.0 | 803.8 | 907.0 | 734.8 | 847.0 |
| % of sales | 82.2% | 79.6% | 79.5% | 77.8% | 76.4% | 74.0% | 76.9% | 71.6% | 70.7% | 64.2% | 61.0% | 67.1% | 59.4% | 57.1% | 78.8% | 73.0% | 60.8% | 58.1% |
| Year over Year Change % | | 62.7% | 42.7% | 41.1% | 38.1% | 11.5% | 31.9% | 2.4% | 6.2% | (16.4%) | (19.9%) | (7.0%) | (4.4%) | 14.8% | 47.3% | 12.8% | -19.0% | 15.3% |
| **Support and Other Services Revenue** | 89.5 | 172.6 | 56.5 | 63.6 | 68.3 | 79.1 | 267.5 | 88.9 | 98.4 | 102.8 | 115.0 | 405.2 | 541.0 | 682.0 | 216.7 | 334.8 | 473.8 | 610.0 |
| % of sales | 17.8% | 20.4% | 20.5% | 22.2% | 23.6% | 26.0% | 23.1% | 28.4% | 29.3% | 35.8% | 39.0% | 32.9% | 40.6% | 42.9% | 21.2% | 27.0% | 39.2% | 41.9% |
| Year over Year Change % | | 92.9% | 61.3% | 55.1% | 49.8% | 55.1% | 55.0% | 57.4% | 54.8% | 50.6% | 45.4% | 51.5% | 33.5% | 26.1% | 68.5% | 54.5% | 41.5% | 28.7% |
| **Total Software and Support Revenue** | | 609.6 | 194.6 | 208.7 | 226.8 | 267.9 | 898.0 | 280.7 | 297.4 | 265.8 | 275.0 | 1118.9 | 1251.0 | 1529.0 | 729.2 | 1,072.9 | 1,126.8 | 1,387.0 |
| % of sales | | 72.1% | 70.6% | 72.8% | 78.4% | 88.2% | 77.7% | 89.6% | 88.7% | 92.4% | 93.2% | 90.9% | 94.0% | 96.2% | 71.5% | 86.4% | 93.2% | 95.2% |
| Year over Year Change % | | | 39.4% | 44.7% | 54.9% | 49.3% | 47.3% | 44.3% | 42.5% | 17.2% | 2.7% | 24.6% | 11.8% | 22.2% | 156.9% | 47.1% | 5.0% | 23.1% |
| **Total Revenue** | 503.4 | 845.9 | 275.6 | 286.7 | 289.4 | 303.7 | 1,155.5 | 313.3 | 335.4 | 287.6 | 295.0 | 1,231.3 | 1,331.0 | 1,589.0 | 1,020.4 | 1,241.8 | 1,208.6 | 1,457.0 |
| Sequential Change % | - | - | 9.1% | 4.1% | 0.9% | 5.0% | - | 3.1% | 7.0% | (14.2%) | 2.6% | - | - | - | - | - | - | - |
| Year over Year Change % | | 68.0% | 46.1% | 43.9% | 40.7% | 20.3% | 36.6% | 13.7% | 17.0% | (0.6%) | (2.9%) | 6.6% | 8.1% | 19.4% | 51.3% | 21.7% | (2.7%) | 20.6% |
| **Product Cost of Sales** | 133.7 | 246.0 | 83.7 | 81.4 | 64.6 | 40.4 | 270.0 | 35.4 | 41.4 | 24.9 | 24.3 | 126.0 | 100.6 | 106.4 | 302.2 | 181.8 | 97.3 | 103.7 |
| Gross Margin | 67.7% | 63.5% | 61.8% | 63.5% | 70.8% | 82.0% | 69.6% | 84.2% | 82.5% | 86.5% | 86.5% | 84.7% | 87.3% | 88.3% | 62.4% | 80.0% | 86.8% | 87.8% |
| **Support Cost of Sales** | 36.3 | 67.5 | 21.4 | 23.2 | 27.0 | 29.4 | 101.0 | 31.7 | 36.6 | 41.0 | 43.1 | 152.5 | 200.2 | 245.5 | 81.8 | 124.7 | 178.9 | 222.5 |
| Gross Margin | 59.5% | 60.9% | 62.1% | 63.5% | 60.5% | 62.8% | 62.3% | 64.4% | 62.8% | 60.1% | 62.5% | 62.4% | 63.0% | 64.0% | 62.2% | 62.7% | 62.3% | 63.5% |
| **Total Cost of Sales** | 170.0 | 312.9 | 105.1 | 104.5 | 91.6 | 67.6 | 368.9 | 67.1 | 78.0 | 65.9 | 67.4 | 278.4 | 300.8 | 352.0 | 384.1 | 304.4 | 276.1 | 326.2 |
| Total Gross Margin | 66.0% | 61.7% | 61.9% | 63.5% | 68.4% | 77.7% | 68.1% | 78.6% | 76.7% | 77.1% | 77.1% | 77.4% | 77.4% | 77.9% | 62.1% | 75.5% | 77.2% | 77.6% |
| **Gross Profit** | 332.1 | 522.0 | 170.5 | 182.2 | 197.8 | 236.1 | 786.6 | 246.2 | 257.3 | 221.7 | 227.6 | 952.8 | 1,030.2 | 1,237.0 | 633.5 | 937.4 | 932.5 | 1,130.8 |
| **Sales & Marketing** | 278.6 | 422.0 | 131.4 | 135.1 | 151.6 | 165.6 | 583.7 | 173.3 | 189.6 | 209.8 | 222.7 | 795.4 | 934.9 | 1,018.7 | 498.3 | 680.1 | 892.3 | 971.2 |
| % of sales | 55.3% | 49.9% | 47.7% | 47.1% | 52.4% | 54.5% | 50.5% | 55.3% | 56.5% | 72.9% | 75.5% | 64.6% | 70.2% | 64.1% | 48.8% | 54.8% | 73.8% | 66.7% |
| **Research and Development** | 110.1 | 179.6 | 49.0 | 53.9 | 64.8 | 71.7 | 239.4 | 79.5 | 88.4 | 95.7 | 100.3 | 363.9 | 444.8 | 508.6 | 199.0 | 304.4 | 411.9 | 479.3 |
| % of sales | 21.9% | 21.2% | 17.8% | 18.8% | 22.4% | 23.6% | 20.7% | 25.4% | 26.3% | 33.3% | 34.0% | 29.6% | 33.4% | 32.0% | 19.5% | 24.5% | 34.1% | 32.9% |
| **General & Administrative** | 29.8 | 43.9 | 12.2 | 13.4 | 16.0 | 18.5 | 60.2 | 19.2 | 18.6 | 20.9 | 22.1 | 80.8 | 103.3 | 118.6 | 49.4 | 72.3 | 92.5 | 111.4 |
| % of sales | 5.9% | 5.2% | 4.4% | 4.7% | 5.5% | 6.1% | 5.2% | 6.1% | 5.5% | 7.3% | 7.5% | 6.6% | 7.8% | 7.5% | 4.8% | 5.8% | 7.7% | 7.6% |
| **Stock-Based Comp** | 18.7 | 225.1 | 33.4 | 39.7 | 47.7 | 59.5 | 180.2 | 62.3 | 69.0 | 90.3 | 92.9 | 314.6 | 379.3 | 416.5 | 160.7 | 238.5 | 366.2 | 395.5 |
| % of sales | 3.7% | 26.6% | 12.1% | 13.8% | 16.5% | 19.6% | 15.6% | 19.9% | 20.6% | 31.4% | 31.5% | 25.5% | 28.5% | 26.2% | 15.7% | 19.2% | 30.3% | 27.1% |
| **GAAP Operating Expenses** | 437.1 | 870.5 | 226.0 | 242.1 | 280.1 | 315.3 | 1,063.5 | 334.4 | 365.5 | 416.7 | 438.1 | 1,554.7 | 1,862.4 | 2,062.4 | 907.4 | 1,295.3 | 1,762.9 | 1,957.4 |
| % of sales | 86.8% | 102.9% | 82.0% | 84.4% | 96.8% | 103.8% | 92.0% | 106.7% | 109.0% | 144.9% | 148.5% | 126.3% | 139.9% | 129.8% | 88.9% | 104.3% | 145.9% | 134.3% |
| **Non-GAAP Operating Expenses** | 418.6 | 645.3 | 192.6 | 202.4 | 232.4 | 255.8 | 883.2 | 272.1 | 296.5 | 326.4 | 345.2 | 1,240.1 | 1,483.1 | 1,645.9 | 746.7 | 1,056.8 | 1,396.7 | 1,561.9 |
| % of sales | 83.1% | 76.3% | 69.9% | 70.6% | 80.3% | 84.2% | 76.4% | 86.8% | 88.4% | 113.5% | 117.0% | 100.7% | 111.4% | 103.6% | 73.2% | 85.1% | 115.6% | 107.2% |
| **GAAP Operating Income** | (105.1) | (348.5) | (59.0) | (59.9) | (82.3) | (79.2) | (280.4) | (95.2) | (116.2) | (204.2) | (210.5) | (626.0) | (832.1) | (825.4) | (277.4) | (372.9) | (839.6) | (826.6) |
| % of sales | -20.9% | -41.2% | -21.4% | -20.9% | -28.4% | -26.1% | -24.3% | -30.4% | -34.6% | -71.0% | -71.4% | -50.8% | -62.5% | -51.9% | -27.2% | -30.0% | -69.5% | -56.7% |
| **Non-GAAP Operating Income** | (85.1) | (111.5) | (22.1) | (20.2) | (34.6) | (19.7) | (96.7) | (25.9) | (39.2) | (104.7) | (117.6) | (287.3) | (452.8) | (408.9) | (109.4) | (119.4) | (464.2) | (431.0) |
| % of sales | -16.9% | -13.2% | -8.0% | -7.0% | -11.9% | -6.5% | -8.4% | -8.3% | -11.7% | -36.4% | -39.9% | -23.3% | -34.0% | -25.7% | -10.7% | -9.6% | -38.4% | -29.6% |
| Year over Year Change % | | 30.9% | -1.7% | -7.9% | -21.1% | -14.8% | -13.3% | 16.8% | 94.0% | 202.8% | 495.4% | 197.3% | 57.6% | -9.7% | 15.0% | 9.2% | 288.9% | -7.1% |
| **Earnings Before Taxes** | (106.7) | (374.9) | (59.2) | (60.7) | (86.5) | (83.3) | (289.7) | (97.9) | (120.6) | (207.4) | (213.7) | (639.5) | (845.0) | (838.2) | (278.7) | (388.2) | (852.4) | (839.4) |
| % of sales | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Tax expense (benefit)** | 2.2 | 4.7 | 2.3 | 1.9 | (0.8) | 4.1 | 7.4 | (3.6) | 2.2 | 2.4 | 0.0 | 1.0 | 6.0 | 6.0 | 8.3 | 1.9 | 5.4 | 6.0 |
| GAAP Tax rate | - | - | -3.8% | -3.2% | - | -5.2% | - | - | -1.9% | -1.2% | 0.0% | - | - | - | - | - | - | - |
| **Non-GAAP Tax expense (benefit)** | 2.2 | 7.8 | 2.4 | 2.1 | (4.2) | 2.3 | 2.6 | (4.9) | (3.0) | (5.0) | 0.0 | (13.0) | 12.0 | 12.0 | 8.2 | (9.8) | 1.0 | 12.0 |
| Non-GAAP Tax rate | - | - | -10.7% | -10.0% | - | -13.6% | - | - | - | - | 0.0% | - | - | - | - | - | - | - |
| **GAAP Net Income** | (108.7) | (379.7) | (61.5) | (62.6) | (85.7) | (87.4) | (297.2) | (94.3) | (122.8) | (209.8) | (213.7) | (640.6) | (851.0) | (844.2) | (287.0) | (390.1) | (857.8) | (845.4) |
| % of sales | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Non-GAAP Net Income** | (90.7) | (120.6) | (24.7) | (23.2) | (34.6) | (19.0) | (101.5) | (23.7) | (40.6) | (102.9) | (120.8) | (287.9) | (477.7) | (433.7) | (119.6) | (117.9) | (478.0) | (455.9) |
| % of sales | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **GAAP EPS** | (0.90) | (2.74) | (0.39) | (0.39) | (0.51) | (0.51) | (1.80) | (0.54) | (0.68) | (1.15) | (1.14) | (3.51) | (4.27) | (3.85) | (1.88) | (2.24) | (4.52) | (4.04) |
| Year over Year Change % | | | | | | | | | | | | | | | | | | |
| **Non-GAAP EPS** | (0.75) | (0.85) | (0.16) | (0.14) | (0.21) | (0.11) | (0.62) | (0.13) | (0.23) | (0.56) | (0.65) | (1.57) | (2.40) | (1.98) | (0.79) | (0.68) | (2.52) | (2.18) |
| Year over Year Change % | | | | | | | | | | | | | | | | | | |
| Shares Out (Mil.) - basic and diluted | 120.3 | 141.7 | 156.8 | 161.7 | 166.8 | 171.2 | 164.1 | 156.8 | 179.4 | 183.0 | 187.0 | 176.5 | 199.5 | 219.5 | 153.8 | 168.6 | 189.7 | 209.5 |
| Non-GAAP Fully Diluted Shares Out | 159.5 | 172.0 | 179.0 | 183.9 | 192.7 | 197.0 | 188.2 | 198.0 | 199.0 | 200.2 | 201.2 | 199.6 | 213.7 | 233.7 | 178.2 | 196.7 | 204.7 | 223.7 |

Source: Company reports and William Blair & Company, L.L.C. estimates

William Blair

| July Fiscal Year End | FY 2016A Year | FY 2017A Year | FY 2018A Oct-17A | Jan-18A | Apr-18A | Jul-18A | FY 2018A Year | FY 2019E Oct-18A | Jan-19A | Apr-19A | Jul-19E | FY 2019E Year | FY 2020E Year | FY 2021E Year | CY17A Year | CY18E Year | CY19E Year | CY20E Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Profitability Metrics** | | | | | | | | | | | | | | | | | | |
| **Non-GAAP Operating Income** | (85.2) | (111.5) | (22.1) | (20.2) | (34.6) | (19.7) | (96.7) | (25.9) | (39.2) | (104.7) | (117.6) | (287.3) | (452.8) | (408.9) | (109.4) | (119.4) | (464.2) | (431.0) |
| Depreciation & Amortization | 26.4 | 38.4 | 11.3 | 11.7 | 13.0 | 14.3 | 50.3 | 16.2 | 18.9 | 20.7 | 17.7 | 73.4 | 77.1 | 87.6 | 43.2 | 62.3 | 75.3 | 83.0 |
| % of Rev | 5.2% | 4.5% | 4.1% | 4.1% | 4.5% | 4.7% | 4.4% | 5.2% | 5.6% | 7.2% | 6.0% | 6.0% | 5.8% | 5.5% | 4.2% | 5.0% | 6.2% | 5.7% |
| **Non-GAAP EBITDA** | (58.84) | (73.06) | (10.80) | (8.52) | (21.57) | (5.46) | (46.3) | (9.7) | (20.3) | (84.0) | (99.9) | (213.9) | (375.8) | (321.3) | (66.1) | (57.0) | (388.9) | (348.1) |
| % of sales | -11.7% | -8.6% | -3.9% | -3.0% | -7.5% | -1.8% | -4.0% | -3.1% | -6.1% | -29.2% | -33.9% | -17.4% | -28.2% | -20.2% | -6.5% | -4.6% | -32.2% | -23.9% |
| SBC | 18.7 | 225.1 | 33.4 | 39.7 | 47.7 | 59.5 | 180.2 | 62.3 | 69.0 | 90.3 | 92.9 | 314.6 | 379.3 | 416.5 | 160.7 | 238.5 | 366.2 | 395.5 |
| % of Rev | 3.7% | 26.6% | 12.1% | 13.8% | 16.5% | 19.6% | 15.6% | 19.9% | 20.6% | 31.4% | 31.5% | 25.5% | 28.5% | 26.2% | 15.7% | 19.2% | 30.3% | 27.1% |
| **EBITDA (Inc. SBC)** | (77.5) | (298.1) | (44.2) | (48.2) | (69.3) | (64.9) | (226.6) | (72.0) | (89.4) | (174.3) | (192.8) | (528.4) | (755.1) | (737.8) | (226.8) | (295.6) | (755.1) | (743.6) |
| % of sales | -15.4% | -35.2% | -16.0% | -16.8% | -23.9% | -21.4% | -19.6% | -23.0% | -26.6% | -60.6% | -65.4% | -42.9% | -56.7% | -46.4% | -22.2% | -23.8% | -62.5% | -51.0% |
| **Cash From Operating Activities** | 63.3 | 95.5 | 10.1 | 46.4 | 13.3 | 22.7 | 92.6 | 49.8 | 38.5 | (36.5) | (54.3) | (2.4) | (239.6) | (130.9) | 86.1 | 124.4 | (192.2) | (175.1) |
| CapEx | (42.3) | (50.2) | (18.0) | (14.0) | (14.1) | (16.3) | (62.4) | (29.8) | (42.6) | (22.4) | (23.6) | (118.4) | (86.5) | (95.3) | (57.6) | (102.8) | (86.7) | (90.9) |
| % of Rev | 8.4% | 5.9% | 6.5% | 4.9% | 4.9% | 5.4% | 5.4% | 9.5% | 12.7% | 7.8% | 8.0% | 9.6% | 6.5% | 6.0% | 5.6% | 8.3% | 7.2% | 6.2% |
| **Free Cash Flow** | 21.02 | 45.31 | (7.86) | 32.37 | (0.79) | 6.46 | 30.2 | 20.0 | (4.0) | (59.0) | (77.9) | (120.9) | (326.1) | (226.2) | 28.6 | 21.7 | (278.9) | (266.0) |
| % of sales | 4.2% | 5.4% | -2.9% | 11.3% | -0.3% | 2.1% | 2.6% | 6.4% | -1.2% | -20.5% | -26.4% | -9.8% | -24.5% | -14.2% | 2.8% | 1.7% | -23.1% | -18.3% |
| SBC | 18.7 | 225.1 | 33.4 | 39.7 | 47.7 | 59.5 | 180.2 | 62.30 | 69.0 | 90.3 | 92.9 | 314.6 | 379.3 | 416.5 | 160.7 | 238.5 | 366.2 | 395.5 |
| % of Rev | 3.7% | 26.6% | 12.1% | 13.8% | 16.5% | 19.6% | 15.6% | 19.9% | 20.6% | 31.4% | 31.5% | 25.5% | 28.5% | 26.2% | 15.7% | 19.2% | 30.3% | 27.1% |
| **FCF (Inc. SBC)** | 2.3 | (179.8) | (41.2) | (7.3) | (48.5) | (53.0) | (150.0) | (42.3) | (73.0) | (149.3) | (170.8) | (435.4) | (705.4) | (642.7) | (132.1) | (216.9) | (645.1) | (661.5) |
| % of sales | 0.5% | -21.3% | -15.0% | -2.5% | -16.8% | -17.5% | -13.0% | -13.5% | -21.8% | -51.9% | -57.9% | -35.4% | -53.0% | -40.4% | -12.9% | -17.5% | -53.4% | -45.4% |

Source: Company reports and William Blair & Company, L.L.C. estimates

William Blair

**Nutanix Inc.**
**Jason N. Ader, CFA  (617) 235-7519**
**Rating: Outperform**
**Balance Sheet Model**

| July Fiscal Year End | FY2018E | | | | FY2019E | | | | FY2020E | | | | FY2021E | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (dollars in millions) | Oct-17A | Jan-18A | Apr-18A | Jul-18A | Oct-18A | Jan-19A | Apr-19A | Jul-19E | Oct-19E | Jan-20E | Apr-20E | Jul-20E | Oct-20E | Jan-21E | Apr-21E | Jul-21E |
| **Assets:** | | | | | | | | | | | | | | | | |
| Cash and equivalents | 132.5 | 610.4 | 376.8 | 306.0 | 399.8 | 466.0 | 445.1 | 367.3 | 302.6 | 225.2 | 123.6 | 41.2 | 11.9 | (40.8) | (123.2) | (185.0) |
| Short-term investments | 233.5 | 307.8 | 546.7 | 628.3 | 565.2 | 499.9 | 495.6 | 495.6 | 495.6 | 495.6 | 495.6 | 495.6 | 495.6 | 495.6 | 495.6 | 495.6 |
| Accounts receivable | 171.6 | 179.2 | 194.3 | 258.3 | 237.7 | 247.6 | 244.4 | 245.8 | 228.9 | 236.9 | 262.1 | 306.7 | 275.8 | 283.8 | 312.7 | 362.5 |
| Deferred commissions | 26.5 | 33.5 | 30.3 | 33.7 | 34.7 | 36.9 | 40.3 | 45.3 | 50.3 | 55.3 | 60.3 | 65.3 | 70.3 | 75.3 | 80.3 | 85.3 |
| Prepaid expenses and other assets | 28.9 | 31.5 | 36.6 | 36.8 | 39.6 | 49.5 | 73.7 | 78.7 | 83.7 | 88.7 | 98.7 | 103.7 | 108.7 | 113.7 | 123.7 | 128.7 |
| **Total Current Assets** | **592.9** | **1162.6** | **1184.7** | **1263.1** | **1277.0** | **1299.9** | **1299.3** | **1232.8** | **1161.2** | **1101.7** | **1040.4** | **1012.5** | **962.4** | **927.7** | **889.1** | **887.2** |
| | | | | | | | | | | | | | | | | |
| Property and equipment, Net | 67.6 | 69.1 | 76.3 | 85.1 | 104.8 | 125.9 | 134.6 | 144.6 | 156.1 | 165.7 | 175.7 | 185.7 | 197.2 | 206.8 | 216.8 | 226.8 |
| Intangible assets, Net | 24.9 | 23.5 | 47.8 | 45.4 | 79.8 | 75.5 | 71.1 | 71.1 | 71.1 | 71.1 | 71.1 | 71.1 | 71.1 | 71.1 | 71.1 | 71.1 |
| Goodwill | 16.7 | 16.7 | 88.3 | 87.8 | 185.0 | 184.8 | 185.2 | 185.2 | 185.2 | 185.2 | 185.2 | 185.2 | 185.2 | 185.2 | 185.2 | 185.2 |
| Deferred commissions | 55.5 | 66.1 | 72.5 | 80.7 | 87.4 | 93.1 | 98.9 | 108.9 | 121.9 | 134.9 | 147.9 | 160.9 | 175.9 | 190.9 | 205.9 | 220.9 |
| Other assets | 7.3 | 7.2 | 5.8 | 37.9 | 39.1 | 41.9 | 12.8 | 12.8 | 12.8 | 12.8 | 12.8 | 12.8 | 12.8 | 12.8 | 12.8 | 12.8 |
| **Total Assets** | **764.9** | **1345.2** | **1475.4** | **1599.9** | **1773.1** | **1821.1** | **1801.8** | **1755.3** | **1708.3** | **1671.4** | **1633.0** | **1628.2** | **1604.6** | **1594.4** | **1580.9** | **1603.9** |
| | | | | | | | | | | | | | | | | |
| **Liabilities and Equity:** | | | | | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | | | | | |
| Accounts payable | 68.6 | 56.3 | 71.4 | 65.5 | 69.5 | 69.0 | 82.6 | 63.7 | 65.1 | 69.8 | 71.5 | 77.7 | 77.2 | 81.7 | 83.5 | 90.1 |
| Accrued compensation & benefits | 50.3 | 75.3 | 61.2 | 85.4 | 65.7 | 86.5 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 |
| Accrued expenses and other liabilities | 9.4 | 11.2 | 11.6 | 31.7 | 28.6 | 16.4 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 |
| Deferred revenue | 190.6 | 231.7 | 243.8 | 275.6 | 307.2 | 337.4 | 361.4 | 380.0 | 410.0 | 435.0 | 455.0 | 480.0 | 600.0 | 650.0 | 690.0 | 740.0 |
| **Total Current Liabilities** | **319.0** | **374.6** | **388.0** | **458.2** | **470.9** | **509.4** | **539.1** | **538.7** | **570.1** | **599.9** | **621.5** | **652.7** | **772.2** | **826.8** | **868.5** | **925.1** |
| | | | | | | | | | | | | | | | | |
| Line of credit | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other liabilities | 10.6 | 7.8 | 14.1 | 29.7 | 39.5 | 39.8 | 29.1 | 29.1 | 29.1 | 29.1 | 29.1 | 29.1 | 29.1 | 29.1 | 29.1 | 29.1 |
| Early exercised stock options liabiliy | 0.6 | 0.4 | - | - | 0.0 | 0.0 | 0.0 | - | - | - | - | - | - | - | - | - |
| Deferred revenue | 218.3 | 246.3 | 296.1 | 355.6 | 394.6 | 442.4 | 476.8 | 528.5 | 568.2 | 617.5 | 668.2 | 735.2 | 699.2 | 738.2 | 782.6 | 841.4 |
| Preferred stock warrant liability | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Convertible senior notes-net | - | 415.7 | 422.6 | 429.6 | 436.7 | 444.0 | 451.4 | 451.4 | 451.4 | 451.4 | 451.4 | 451.4 | 451.4 | 451.4 | 451.4 | 451.4 |
| Total Convertible preferred stock and equity | 216.6 | 300.5 | 354.6 | 326.8 | 868.1 | 829.5 | 756.8 | 659.1 | 540.9 | 425.0 | 314.2 | 211.2 | 104.1 | 0.4 | (99.3) | (191.6) |
| **Total Liabilities and Equity** | **764.9** | **1345.2** | **1475.4** | **1599.9** | **1773.1** | **1821.1** | **1801.8** | **1755.3** | **1708.3** | **1671.4** | **1633.0** | **1628.2** | **1604.6** | **1594.4** | **1580.9** | **1603.9** |

Source: Company reports and William Blair & Company, L.L.C. estimates

William Blair

**Nutanix Inc.**

**Jason N. Ader, CFA  (617) 235-7519**
**Rating: Outperform**

**Cash Flow Model**

| July Fiscal Year End | FY2018E | | | | FY2019E | | | | FY2020E | | | | FY2021E | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (dollars in millions) | Oct-17A | Jan-18A | Apr-18A | Jul-18A | Oct-18A | Jan-19A | Apr-19A | Jul-19E | Oct-19E | Jan-20E | Apr-20E | Jul-20E | Oct-20E | Jan-21E | Apr-21E | Jul-21E |
| **Cash Flow from Operations** | | | | | | | | | | | | | | | | |
| Net income | (61.5) | (62.6) | (85.7) | (87.4) | (94.3) | (122.8) | (209.8) | (213.7) | (219.1) | (215.3) | (214.5) | (202.2) | (216.4) | (212.4) | (214.5) | (201.0) |
| *Adjustments* | | | | | | | | | | | | | | | | |
| Depreciation | 11.3 | 11.7 | 13.0 | 14.3 | 16.2 | 18.9 | 20.7 | 17.7 | 18.2 | 18.7 | 19.5 | 20.6 | 21.2 | 21.7 | 22.1 | 22.6 |
| SBC | 35.5 | 42.0 | 44.9 | 55.4 | 65.9 | 72.6 | 94.8 | 92.9 | 90.9 | 92.1 | 97.7 | 98.6 | 98.6 | 100.6 | 108.5 | 108.8 |
| Loss on debt extinguished | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Change in fair value of preferred stock warrants | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Change in fair value of contingent consideration | 0.3 | (0.3) | - | - | (0.8) | 0.8 | - | | | | | | | | | |
| Change in fair value of contingent consideration | | - | (3.4) | 0.9 | - | (0.8) | (0.0) | | | | | | | | | |
| Amortization of debt discount and debt issuance cost | | - | 7.7 | 7.0 | 7.1 | 7.3 | 7.4 | | | | | | | | | |
| Other | 0.1 | (3.2) | 2.9 | (0.8) | (0.8) | (0.4) | (0.7) | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| *Chg. In Operating Assets and Liabilities* | | | | | | | | | | | | | | | | |
| [Source (Use) of Funds] | | | | | | | | | | | | | | | | |
| Accounts Receivable | 7.3 | (7.8) | (14.8) | (64.0) | 23.5 | (9.9) | 3.2 | (1.4) | 16.9 | (7.9) | (25.2) | (44.6) | 30.9 | (8.0) | (28.9) | (49.8) |
| Deferred commission | (8.5) | (17.6) | (3.1) | (11.7) | (7.7) | (7.9) | (9.2) | (15.0) | (18.0) | (18.0) | (18.0) | (18.0) | (20.0) | (20.0) | (20.0) | (20.0) |
| Prepaid expenses and other current assets | (0.3) | (2.5) | (2.5) | (32.0) | (3.8) | (12.7) | 11.4 | (5.0) | (5.0) | (5.0) | (10.0) | (5.0) | (5.0) | (5.0) | (10.0) | (5.0) |
| | | | | | | | | | | | | | | | | |
| Accounts Payables | (6.5) | (10.1) | 10.2 | (10.1) | 1.3 | 6.3 | 10.9 | - | 1.4 | 4.7 | - | - | (0.5) | 4.5 | - | - |
| Accrued compensation and benefits | (7.2) | 25.0 | (14.1) | 24.2 | (19.7) | 20.8 | (11.4) | - | - | - | - | - | - | - | - | - |
| Accrued expenses | (0.3) | 2.7 | (3.6) | 35.4 | (7.4) | (11.6) | (12.2) | - | - | - | - | - | - | - | - | - |
| Deferred revenue | 39.8 | 69.2 | 61.8 | 91.3 | 70.3 | 78.1 | 58.4 | 70.2 | 69.7 | 74.3 | 70.8 | 92.0 | 84.0 | 89.0 | 84.4 | 108.8 |
| | | | | | | | | | | | | | | | | |
| **Net Current Change** | 24.3 | 58.8 | 33.9 | 33.2 | 56.4 | 63.0 | 51.1 | 48.8 | 65.0 | 48.1 | 17.5 | 24.4 | 89.3 | 60.5 | 25.6 | 33.9 |
| **Net Cash from Operations** | **10.1** | **46.4** | **13.3** | **22.7** | **49.8** | **38.5** | **(36.5)** | **(54.3)** | **(45.0)** | **(56.4)** | **(79.7)** | **(58.5)** | **(7.3)** | **(29.5)** | **(58.3)** | **(35.7)** |
| | | | | | | | | | | | | | | | | |
| **Cash flows from Investing** | | | | | | | | | | | | | | | | |
| [Source (Use) of Funds] | | | | | | | | | | | | | | | | |
| Purchase of investments | (59.1) | (124.0) | (302.7) | (230.6) | (79.8) | (87.3) | (157.5) | - | - | - | - | - | - | - | - | - |
| Maturities of short term investments | 35.9 | 49.0 | 62.9 | 149.6 | 143.4 | 154.2 | 163.0 | - | - | - | - | - | - | - | - | - |
| Sales of investments | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Purchases of property and equipment | (18.0) | (14.0) | (14.1) | (16.3) | (29.8) | (42.6) | (22.4) | (23.6) | (19.7) | (21.0) | (21.9) | (23.9) | (21.9) | (23.2) | (24.1) | (26.1) |
| Purchase of business net of cash acquired | - | - | (22.8) | 0.6 | (18.7) | - | (0.4) | - | - | - | - | - | - | - | - | - |
| **Net Cash from Investing** | **(41.2)** | **(89.0)** | **(276.6)** | **(96.8)** | **15.1** | **24.3** | **(17.3)** | **(23.6)** | **(19.7)** | **(21.0)** | **(21.9)** | **(23.9)** | **(21.9)** | **(23.2)** | **(24.1)** | **(26.1)** |
| | | | | | | | | | | | | | | | | |
| **Cash flows from Financing** | | | | | | | | | | | | | | | | |
| [Source (Use) of Funds] | | | | | | | | | | | | | | | | |
| Proceeds from issuance of convertible senior notes-net | - | 564.2 | (0.3) | (0.4) | - | (0.1) | - | - | - | - | - | - | - | - | - | - |
| Proceeds from issuance of warrants | - | 88.0 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Payments for the cost of convertible note hedges | - | (143.2) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Proceeds from line of credit | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Payment on line of credit | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Repayment of senior notes | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Debt extinguishment costs | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Payment of debt assumed in a business acquisition | - | - | (1.4) | (0.3) | (1.0) | - | - | - | - | - | - | - | - | - | - | - |
| Issuance of common stock | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Repurchase of common stock from early exercised stock options | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Proceeds from issuance of convertible preferred stock, net | - | 36.8 | (36.8) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Proceeds from IPO, net | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Payments of initial public offering costs | (0.1) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Proceeds from sales of shares through employee equity incentive | 25.2 | (25.2) | 68.2 | 3.8 | 29.9 | 3.5 | 33.9 | | | | | | | | | |
| Other | - | - | - | - | (0.1) | 0.1 | (1.0) | - | - | - | - | - | - | - | - | - |
| **Net Cash from Financing** | **25.1** | **11.6** | **29.9** | **3.6** | **28.8** | **3.5** | **32.9** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** |
| Effect of F/X rate changes on cash and cash equivalents | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | | | |
| **Net increase (decrease) in cash and equivalents** | **(5.9)** | **478.0** | **(233.7)** | **(70.5)** | **93.8** | **66.2** | **(20.9)** | **(77.9)** | **(64.7)** | **(77.4)** | **(101.6)** | **(82.4)** | **(29.2)** | **(52.8)** | **(82.4)** | **(61.8)** |
| **Cash and equivalents at beginning of period** | **138.4** | **132.5** | **610.4** | **376.8** | **307.1** | **400.9** | **467.1** | **446.2** | **368.4** | **303.7** | **226.3** | **124.7** | **42.3** | **13.0** | **(39.7)** | **(122.1)** |
| **Cash and equivalents at end of period** | **132.5** | **610.4** | **376.8** | **306.3** | **400.9** | **467.1** | **446.2** | **368.4** | **303.7** | **226.3** | **124.7** | **42.3** | **13.0** | **(39.7)** | **(122.1)** | **(183.9)** |

Source: Company reports and William Blair & Company, L.L.C. estimates

William Blair

**Additional Financial and Segment Information**

| July Fiscal Year End ($ in millions) | FY 2017A Jul-17 | FY 2018A Oct-17A | Jan-18A | Apr-18A | Jul-18A | FY 2018A Jul-18 | FY 2019E Oct-18A | Jan-19A | Apr-19A |
|---|---|---|---|---|---|---|---|---|---|
| **Revenue Breakdown** | | | | | | | | | |
| Hardware Pass-Through | 236.3 | 81.0 | 78.0 | 62.6 | 35.9 | 257.5 | 32.5 | 37.9 | 21.9 |
| % of sales | 28% | 29% | 27% | 22% | 12% | 22% | 10% | 11% | 8% |
| Sequential Change % | | | 11% | -4% | -20% | -43% | -9% | 17% | -42% |
| Year over Year Change % | | 65% | 42% | 6% | -51% | 9% | -60% | -51% | -65% |
| **Software** | 437.0 | 138.1 | 145.2 | 158.5 | 188.8 | 630.5 | 191.8 | 199.0 | 162.9 |
| % of sales | 52% | 50% | 51% | 55% | 62% | 55% | 61% | 59% | 57% |
| Sequential Change % | | | 7% | 5% | 9% | 19% | 2% | 4% | -18% |
| Year over Year Change % | | 32% | 41% | 57% | 47% | 44% | 39% | 37% | 3% |
| **Total Product Revenue** | 673.3 | 219.1 | 223.2 | 221.1 | 224.7 | 888.0 | 224.3 | 236.9 | 184.8 |
| % of sales | 80% | 79% | 78% | 76% | 74% | 77% | 72% | 71% | 64% |
| Sequential Change % | - | | 9% | 2% | -1% | 2% | 0% | 6% | -22% |
| Year over Year Change % | 63% | 43% | 41% | 38% | 12% | 32% | 2% | 6% | -16% |
| **Support and Other Services Revenue** | 172.6 | 56.5 | 63.6 | 68.3 | 79.1 | 267.5 | 88.9 | 98.4 | 102.8 |
| % of sales | 20% | 21% | 22% | 24% | 26% | 23% | 28% | 29% | 36% |
| Sequential Change % | - | | 11% | 13% | 7% | 16% | 12% | 11% | 4% |
| Year over Year Change % | 93% | 61% | 55% | 50% | 55% | 55% | 57% | 55% | 51% |
| **Combined Software amd Support Revenue** | 609.6 | 194.6 | 208.7 | 226.8 | 267.9 | 898.0 | 280.7 | 297.4 | 265.8 |
| % of sales | 72% | 71% | 73% | 78% | 88% | 78% | 90% | 89% | 92% |
| Sequential Change % | | | 8% | 7% | 9% | 18% | 5% | 6% | -11% |
| Year over Year Change % | | 39% | 45% | 55% | 49% | 47% | 44% | 42% | 17% |
| **Total Revenue** | 845.9 | 275.6 | 286.7 | 289.4 | 303.7 | 1155.5 | 313.3 | 335.4 | 287.6 |
| Sequential Change % | 85% | 87% | 81% | 82% | 77% | 82% | 82% | 81% | 83% |
| Year over Year Change % | 68% | 46% | 44% | 41% | 20% | 37% | 14% | 17% | -1% |
| **Revenue Mix** | | | | | | | | | |
| Total Subscription (Support + Term/SaaS | | 62.0 | 74.0 | 80.0 | 114.0 | 330.0 | 127.0 | 157.4 | 168.4 |
| % of sales | | 22% | 26% | 28% | 38% | 29% | 41% | 47% | 59% |
| Sequential Change % | | | 19% | 8% | 43% | | 11% | 24% | 7% |
| Year over Year Change % | | | | | | | 105% | 113% | 111% |
| **Non-Portable Software** | | 127.0 | 129.0 | 141.0 | 147.0 | 544.0 | 147.0 | 131.6 | 88.7 |
| % of sales | | 46% | 45% | 49% | 48% | 47% | 47% | 39% | 31% |
| Sequential Change % | | | 2% | 9% | 4% | | 0% | -76% | -33% |
| Year over Year Change % | | | | | | #DIV/0! | 16% | 2% | -37% |
| **Professional Services** | | 6.0 | 6.0 | 6.0 | 7.0 | 25.0 | 7.0 | 8.5 | 8.6 |
| % of sales | | 2% | 2% | 2% | 2% | 2% | 2% | 3% | 3% |
| Sequential Change % | | | 0% | 0% | 17% | - | 0% | 21% | 2% |
| Year over Year Change % | | | | | | | 17% | 41% | 43% |
| **Pass-thru Hardware** | | 81.0 | 78.0 | 62.0 | 36.0 | 257.0 | 32.0 | 37.9 | 21.9 |
| % of sales | | 29% | 27% | 21% | 12% | 22% | 10% | 11% | 8% |
| Sequential Change % | | | -4% | -21% | -42% | - | -11% | 18% | -42% |
| Year over Year Change % | | | | | | #DIV/0! | -60% | -51% | -65% |
| **Total Revenue** | | 276.0 | 287.0 | 289.0 | 304.0 | 1156.0 | 313.0 | 335.4 | 287.6 |
| Sequential Change % | | | | | | | 3% | 7% | -14% |
| Year over Year Change % | | | | | | | 13% | 17% | 0% |
| **Billings Mix** | | | | | | | | | |
| Subscription Billings | | 99.0 | 137.0 | 143.0 | 203.0 | 582.0 | 195.0 | 233.6 | 224.3 |
| % of total | | 31% | 38% | 41% | 51% | 41% | 51% | 57% | 65% |
| Sequential Change % | | | 38% | 4% | 42% | | -4% | 20% | -4% |
| Year over Year Change % | | | | | | | 97% | 71% | 57% |
| **Non-Portable Software Billings** | | 127.0 | 131.0 | 139.0 | 147.0 | 544.0 | 147.0 | 131.6 | 88.7 |
| % of total | | 40% | 37% | 40% | 37% | 38% | 38% | 32% | 26% |
| Sequential Change % | | | 3% | 6% | 6% | | 0% | -10% | -33% |
| Year over Year Change % | | | | | | | 16% | 0% | -36% |
| **Pro Service Billings** | | 8.0 | 7.0 | 10.0 | 9.0 | 34.0 | 10.0 | 10.3 | 11.1 |
| % of total | | 3% | 2% | 3% | 2% | 2.4% | 3% | 2% | 3% |
| Sequential Change % | | | -13% | 43% | -10% | - | 11% | 3% | 9% |
| Year over Year Change % | | | | | | | 25% | 47% | 11% |
| **Pass-thru Hardware Billings** | | 81.0 | 81.0 | 59.0 | 36.0 | 257.0 | 32.0 | 37.9 | 21.9 |
| % of total | | 26% | 23% | 17% | 9% | 18% | 8% | 9% | 6% |
| Sequential Change % | | | 0% | -27% | -39% | - | -11% | 18% | -42% |
| Year over Year Change % | | | | | | | -60% | -53% | -63% |
| **Total Billings** | | 315.0 | 356.0 | 351.0 | 395.0 | 1417.0 | 384.0 | 413.4 | 346.0 |
| Sequential Change % | | | | | | | -3% | 8% | -16% |
| Year over Year Change % | | | | | | | 22% | 16% | -1% |
| **AHV Adoption** | | | | | | | | | |
| % of NX Nodes (Rolling 4-qtr Avg) | | 28% | 30% | 33% | 35% | | 38% | 40% | 42% |
| **Deferred Revenue Trends** | | | | | | | | | |
| Deferred Revenue | 369 | 409 | 478 | 540 | 631 | 631 | 702 | 780 | 838 |
| Sequential Change % | - | 11% | 17% | 13% | 17% | - | 11% | 24% | 7% |
| Year over Year Change % | 69% | 48% | 57% | 63% | 71% | 71% | 72% | 63% | 55% |
| **ST Deferred Revenue** | 170 | 191 | 232 | 244 | 276 | 276 | 307 | 337 | 361 |
| Sequential Change % | - | 12% | 22% | 5% | 13% | - | 11% | 22% | 7% |
| Year over Year Change % | 67% | 49% | 66% | 57% | 62% | 62% | 61% | 46% | 48% |
| **LT Deferred Revenue** | 199 | 218 | 246 | 296 | 356 | 356 | 395 | 442 | 477 |
| Sequential Change % | - | 10% | 13% | 20% | 20% | - | 11% | 24% | 8% |
| Year over Year Change % | 70% | 47% | 50% | 67% | 79% | 79% | 81% | 80% | 61% |

William Blair

**IMPORTANT DISCLOSURES**

William Blair or an affiliate is a market maker in the security of Nutanix, Inc.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from Nutanix, Inc. or an affiliate within the next three months.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of Nutanix, Inc.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult williamblair.com/Research-and-Insights/Equity-Research/Coverage.aspx for all disclosures.

Jason Ader attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 25169.90
S&P 500: 2788.86
NASDAQ: 7567.72



Source: FactSet & William Blair

Additional information is available upon request.

**Current Rating Distribution (as of May 31, 2019):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 66 | Outperform (Buy) | 15 |
| Market Perform (Hold) | 33 | Market Perform (Hold) | 7 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

14 | Jason Ader +1 617 235 7519

William Blair

## OTHER IMPORTANT DISCLOSURES

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2019, William Blair & Company, L.L.C. All rights reserved.

# EXHIBIT 9

# RAYMOND JAMES

US RESEARCH | PUBLISHED BY
RAYMOND JAMES & ASSOCIATES

## NUTANIX, INC.  (NTNX-NASDAQ)

Data Infrastructure
**Simon Leopold** | (212) 856-5464 | simon.leopold@raymondjames.com
**Victor Chiu, Sr. Res. Assoc.** | (212) 856-4365 | victor.chiu@raymondjames.com
**Mauricio Munoz, CFA, Sr. Res. Assoc.** | (212) 856-5462 | mauricio.munoz@raymondjames.com

**MAY 30, 2019 | 10:26 PM EDT**
**COMPANY COMMENT**

### F3Q19 Report; Miss and Guide Down, Patience Required

**Market Perform 3**
**Target Price NM**

| Suitability | High Risk/Speculation |
|---|---|

#### RECOMMENDATION

We maintain our **Market Perform** rating following a F3Q19 miss and lower guidance. Although we think investors held a cautious bias, the report was worse than we expected, with cash burn and sales guidance down y/y at the midpoint. The departure of the Chief Product Development Office will further fuel investor concern. Shares were indicated down 16% after hours. We think it could take several quarters for Nutanix to return to double digit y/y growth, so the stock may lack catalysts. We see Nutanix as well positioned in a duopoly for Hyper-Converged Infrastructure, so we believe it can recover.

- **Event:** Nutanix reported F3Q19 sales of $287.6 million, below our $298.1 million estimate and also below the Street's $297.2 million. Sales were also below the low end of the prior guidance for $290-$300 million. Billings of $346 million were well below our $385 million estimate. The pro forma loss per share of $(0.56) was above our $(0.60) estimate, and also above the consensus estimate of $(0.58) and compared to the previous guidance for $(0.60). Management forecast F4Q19 sales of $280-$310 million. The non-GAAP loss per share was guided to $(0.65), below our prior $(0.59) estimate and also below consensus for $(0.49).

- **Nutanix faces multiple headwinds** The sales forecast featured a $30M range vs. the typical $10M, which we think reflects reduced confidence and visibility. The list of challenges include the ongoing transition to a software subscription business and adjustments to the sales team. Management considers the competitive landscape as unchanged, but we suspect VMware has gotten more aggressive in targeting Nutanix.

- **C-Level Departure:** The departure of Sunil Potti, Chief Product & Development officer concerns us, particularly in light of the company's recent challenges. Sunil engaged with the investment community frequently and served as an evangelist for the strategy and vision.

- **Key metrics soften** with billings down -1% y/y to $346M vs. our $385M estimate and deferred revenue grew $58M q/q vs. $78M last quarter. Nutanix added 780 customers vs. 920 last quarter. Nutanix continues to make progress transitioning customers towards subscription based licenses, with subscriptions at 65% of billings in F3Q19, up from 57% last quarter.

**Estimates:** Our F4Q19 sales estimate goes to $301.4M from $326.6M with a non-GAAP loss per share of $(0.62) from $(0.59) previously. Our FY19 sales go to $1,237.7M from $1,273.4M, with non-GAAP loss per share going of $(1.56), unchanged from our prior estimate and our FY20 sales go to $1,393.6M from $1,506.4M with non-GAAP loss per share going to $(2.33) from $(2.14) previously.

#### MARKET DATA

| | |
|---|---|
| Current Price (May-30-19) | $32.67 |
| Market Cap (mln) | $5,977 |
| Current Net Debt (mln) | $(522) |
| Enterprise Value (mln) | $5,455 |
| Shares Outstanding (mln) | 183.0 |
| 30-Day Avg. Daily Value (mln) | $127.5 |
| Dividend | $0.00 |
| Dividend Yield | 0.0% |
| 52-Week Range | $30.89 - $64.87 |

#### KEY FINANCIAL METRICS

| | 1Q | 2Q | 3Q | 4Q |
|---|---|---|---|---|
| Non-GAAP EPS ($, Jul FY) | | | | |
| 2018A | | | | |
| | **(0.16)** | **(0.14)** | **(0.21)** | **(0.11)** |
| 2019E | (0.13) | (0.23) | (0.60) | (0.59) |
| new | **(0.13) A** | **(0.23) A** | **(0.56) A** | **(0.62)** |
| 2020E | (0.52) | (0.47) | (0.54) | (0.61) |
| new | **(0.59)** | **(0.55)** | **(0.58)** | **(0.62)** |

| | 2018A | 2019E | 2020E |
|---|---|---|---|
| Non-GAAP EPS ($, Jul FY) | | | |
| old | (0.62) | (1.56) | (2.14) |
| new | **(0.62)** | **(1.56)** | **(2.33)** |
| P/E (Non-GAAP) | | | |
| | NM | NM | NM |
| GAAP EPS ($, Jul FY) | | | |
| old | (1.80) | (3.33) | (4.06) |
| new | **(1.80)** | **(3.56)** | **(4.69)** |
| Revenue (mln) ($, Jul FY) | | | |
| old | 1,155 | 1,273 | 1,506 |
| new | **1,155** | **1,238** | **1,394** |
| EV/Revenue (CY) (Jul FY) | | | |
| old | 5.3x | 4.9x | 4.0x |
| new | **5.2x** | **5.2x** | **4.2x** |

*Source: Thomson One, Raymond James & Associates. Quarterly figures may not add to full year due to rounding.*
*Non-GAAP EPS excludes stock based compensation expense.*

---

**Please read domestic and foreign disclosure/risk information beginning on page 4 and Analyst Certification on page 5.**

INTERNATIONAL HEADQUARTERS: THE RAYMOND JAMES FINANCIAL CENTER | 880 CARILLON PARKWAY | ST. PETERSBURG FLORIDA 33716

CONFIDENTIAL - RJA - 000028

**Color On The Quarter**

Nutanix reported F3Q19 sales of $287.6 million, below our $298.1 million estimate and also below the Street's $297.2 million estimate. Total product revenue of $184.8 million was below our $197.2 million estimate, and support revenue of $102.8 was above our $100.9 million estimate. Product software reached 57% of revenue this quarter, down from 59% last quarter.

The non-GAAP loss per share (excludes $94.9 stock based compensation expense, and $0.7 million in amortization of intangible assets) of $(0.56) was above our $(0.60) estimate and also above the Street's $(0.58) estimate. Non-GAAP operating margin of (36.4%) was below our (35.2%) estimate. The GAAP loss per share came in at ($1.15) vs our ($1.05) estimate.

**Guidance**

Management forecast F4Q19 sales in the range of $280-$310 million. Non-GAAP gross margin is expected to be in the range of 77%-77% and non-GAAP operating expenses are expected to be in the range of $340-$350 million. Non-GAAP loss per share was guided to $(0.65) based on 187 million of diluted shares, below our prior $(0.59) estimate at the midpoint and also below the consensus estimate for $(0.49).

**NTNX Comps**

| Comparables ($mm except per share) | Share Price | Market Cap | Net Cash | EV | Sales Growth | | | | CY19E Multiples | | | CY20E Multiples | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | CY17 | CY18 | CY19E | CY20E | EV/Sales | EV/EBITDA | PE | EV/Sales | EV/EBITDA | PE |
| **Software** | | | | | | | | | | | | | | |
| Rapid7 | $52.39 | $2,506 | $74 | $2,431 | na | 21% | 29% | 23% | 7.7x | NA | NA | 6.3x | 84.0x | 133.6x |
| New Relic | $101.78 | $5,793 | $339 | $5,454 | 36% | 35% | 28% | 26% | 9.5x | 66.8x | 165.7x | 7.6x | 48.2x | 105.0x |
| Paycom Software | $209.14 | $12,196 | $57 | $12,139 | 32% | 31% | 27% | 23% | 16.9x | 40.8x | 63.6x | 13.7x | 32.7x | 50.7x |
| Proofpoint | $114.73 | $6,349 | $257 | $6,091 | 37% | 39% | 22% | 21% | 6.9x | 44.6x | 78.1x | 5.7x | 33.8x | 57.4x |
| Average/Total | $119.51 | $6,711 | $182 | $6,529 | 35% | 32% | 27% | 23% | 10.3x | 50.7x | 102.4x | 8.3x | 49.7x | 86.7x |
| **Data Center** | | | | | | | | | | | | | | |
| Arista | $247.97 | $20,135 | $2,151 | $17,984 | 46% | 31% | 19% | 19% | 7.0x | 18.6x | 26.6x | 5.9x | NA | NA |
| F5 Networks | $136.03 | $8,166 | $1,314 | $6,852 | 4% | 3% | 3% | 4% | 3.1x | 8.2x | 12.8x | 2.9x | 8.0x | 12.3x |
| NVIDIA | $139.11 | $85,692 | $5,814 | $79,878 | 40% | 22% | -4% | 17% | 7.2x | NA | 25.7x | 6.2x | NA | 20.0x |
| Palo Alto Networks | $204.30 | $19,286 | $1,476 | $17,810 | 28% | 28% | 103% | 18% | 5.7x | 21.1x | 35.4x | 6.6x | 17.5x | 30.1x |
| Pure Storage | $16.20 | $4,342 | $748 | $3,594 | 61% | 33% | 28% | 23% | 2.1x | 24.2x | 70.8x | 1.7x | 0.0x | 34.9x |
| Splunk | $117.60 | $17,529 | $1,123 | $16,407 | 34% | 41% | 26% | 22% | 7.4x | 45.1x | 67.3x | 6.1x | 32.9x | 51.1x |
| Average/Total | $143.54 | $25,858 | $2,104 | $23,754 | 36% | 26% | 29% | 17% | 5.4x | 23.5x | 39.8x | 4.9x | 14.6x | 29.7x |
| **Nutanix*** | **$32.67** | **$6,990** | **$489** | **$6,501** | **51%** | **22%** | **1%** | **22%** | **5.2x** | **NMF** | **NMF** | **4.2x** | **NMF** | **NMF** |

Closing Prices: 05/30/2019

Source: FactSet, Raymond James Research.

**Balance Sheet Details**

In F3Q19 cash, cash equivalents, and short-term investments totaled $941 million, down from $966 million last quarter. Net cash and equivalents per share of $2.67 declined from $2.91 last quarter. DSOs increased to 76 days from 66 days last quarter. Operating cash outflow of ($37) million compared to $39 million CFO last quarter. FCF of ($59) million declined from ($4) million last quarter and compared to ($1) million from the year ago quarter.

CONFIDENTIAL - RJA - 000029

Case 3:19-cv-01651-WHO    Document 270-1    Filed 05/27/22    Page 193 of 232

NUTANIX, INC.

| Nutanix (NTNX) Income Statement | FY2018 | | | | FY2019 | | | | FY2020 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ($000 except per share) | OCT 17A | JAN 18A | APR 18A | JUL 18A | OCT 18A | JAN 19A | APR 19A | JUL 19E | OCT 19E | JAN 20E | Apr 20E | JUL 20E | FY2018A | FY2019E | FY2020E | CY2018A | CY2019E | CY2020E |
| Product Revenue | 219.1 | 223.2 | 221.1 | 224.7 | 224.3 | 236.9 | 184.8 | 192.4 | 204.0 | 224.0 | 224.6 | 234.5 | 888.0 | 838.5 | 887.1 | 907.0 | 805.2 | 968.9 |
| Support Revenue | 56.5 | 63.6 | 68.3 | 79.1 | 88.9 | 98.4 | 102.8 | 109.0 | 116.6 | 124.8 | 128.7 | 136.4 | 267.5 | 399.2 | 506.5 | 334.8 | 453.3 | 561.5 |
| Total Sales | 275.6 | 286.7 | 289.4 | 303.7 | 313.3 | 335.4 | 287.6 | 301.4 | 320.6 | 348.8 | 353.2 | 370.9 | 1,155.5 | 1,237.7 | 1,393.6 | 1,241.8 | 1,258.5 | 1,530.3 |
| Seq | 9% | 4% | 1% | 5% | 3% | 7% | -14% | 5% | 6% | 9% | 1% | 5% | | | | | | |
| YoY | 46% | 44% | 41% | 20% | 14% | 17% | -1% | -1% | 2% | 4% | 23% | 23% | 37% | 7% | 13% | 22% | 1% | 22% |
| Cost of Sales Product GAAP | 85.2 | 83.2 | 66.7 | 41.1 | 39.3 | 46.0 | 29.5 | 28.3 | 24.6 | 24.5 | 20.9 | 22.6 | 276.1 | 143.0 | 92.7 | 193.0 | 106.9 | 89.9 |
| Cost of Sales Support GAAP | 23.5 | 25.3 | 28.9 | 32.2 | 34.8 | 40.0 | 45.5 | 45.5 | 48.5 | 52.3 | 54.1 | 56.6 | 109.9 | 165.9 | 211.5 | 136.0 | 191.8 | 233.6 |
| Total Cost of sales GAAP | 108.6 | 108.5 | 95.6 | 73.3 | 74.1 | 86.0 | 75.1 | 73.7 | 73.2 | 76.8 | 75.1 | 79.2 | 386.0 | 308.9 | 304.2 | 329.0 | 298.8 | 323.5 |
| Cost of Product Sales Non-GAAP | 83.7 | 81.4 | 64.6 | 38.2 | 35.4 | 41.2 | 24.9 | 23.9 | 20.3 | 20.1 | 16.6 | 18.3 | 267.9 | 125.4 | 75.3 | 179.5 | 89.2 | 72.5 |
| Cost of Support and Service Sales Non-GAAP | 21.4 | 23.2 | 27.0 | 29.4 | 31.7 | 36.6 | 41.0 | 40.9 | 43.8 | 47.5 | 49.2 | 51.6 | 101.0 | 150.2 | 192.0 | 124.7 | 173.1 | 213.3 |
| Total Cost of sales Non-GAAP | 105.1 | 104.5 | 91.6 | 67.6 | 67.1 | 77.9 | 65.9 | 64.8 | 64.1 | 67.6 | 65.8 | 69.8 | 368.9 | 275.6 | 267.3 | 304.2 | 262.3 | 285.8 |
| Gross Profit GAAP | 166.9 | 178.2 | 193.8 | 230.5 | 239.2 | 249.4 | 212.5 | 227.7 | 247.4 | 272.0 | 278.2 | 291.7 | 769.4 | 928.8 | 1,089.4 | 912.8 | 959.7 | 1,206.9 |
| Pro forma Gross Profit | 170.5 | 182.2 | 197.8 | 236.1 | 246.2 | 257.5 | 221.7 | 236.7 | 256.5 | 281.2 | 287.4 | 301.1 | 786.6 | 962.1 | 1,126.3 | 937.6 | 996.1 | 1,244.6 |
| S&M | 131.4 | 135.1 | 151.6 | 165.6 | 173.3 | 189.6 | 209.8 | 226.6 | 244.7 | 252.0 | 262.1 | 277.8 | 583.7 | 799.3 | 1,036.7 | 680.1 | 933.1 | 1,132.3 |
| G&A | 12.2 | 13.4 | 16.0 | 18.5 | 19.2 | 18.6 | 21.0 | 21.9 | 22.3 | 22.7 | 23.0 | 24.8 | 60.2 | 80.6 | 92.8 | 72.3 | 87.9 | 98.9 |
| R&D | 49.0 | 53.9 | 64.8 | 71.7 | 79.5 | 88.4 | 95.7 | 98.1 | 103.0 | 107.1 | 110.4 | 115.3 | 239.4 | 361.7 | 435.8 | 304.4 | 404.0 | 470.3 |
| Total Oper Expenses GAAP | 226.0 | 238.1 | 276.1 | 309.7 | 334.4 | 365.5 | 416.7 | 438.7 | 465.2 | 480.0 | 496.5 | 522.1 | 1,049.8 | 1,555.3 | 1,963.8 | 1,285.7 | 1,800.6 | 2,124.3 |
| Total Operating Expenses Non-GAAP | 192.6 | 202.4 | 232.4 | 255.8 | 272.1 | 296.5 | 326.5 | 346.5 | 370.0 | 381.9 | 395.4 | 418.0 | 883.2 | 1,241.6 | 1,565.3 | 1,056.8 | 1,425.0 | 1,701.5 |
| Operating income (GAAP) | (59.0) | (59.9) | (82.3) | (79.2) | (95.2) | (116.2) | (204.2) | (211.0) | (217.8) | (207.9) | (218.3) | (230.4) | (280.4) | (626.5) | (874.4) | (372.9) | (840.9) | (917.5) |
| Operating income (non GAAP) | (22.1) | (20.2) | (34.6) | (19.7) | (25.9) | (39.0) | (104.8) | (109.9) | (113.5) | (100.7) | (108.0) | (116.9) | (96.7) | (279.5) | (439.0) | (119.2) | (428.8) | (457.0) |
| Other income and expense GAAP | (0.2) | (0.9) | (4.2) | (4.0) | (2.7) | (4.4) | (3.2) | (3.2) | (3.2) | (3.2) | (3.2) | (3.2) | (9.3) | (13.5) | (12.8) | (15.4) | (12.8) | (12.8) |
| Other income and expense non-GAAP | (0.2) | (0.1) | 2.7 | 3.0 | (1.4) | 0.8 | 4.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.4 | 3.6 | 0.0 | 5.1 | 4.2 | 0.0 |
| Pretax income (GAAP) | (59.2) | (60.7) | (86.5) | (83.3) | (97.9) | (120.6) | (207.4) | (214.2) | (221.0) | (211.2) | (221.5) | (233.6) | (289.7) | (640.0) | (887.3) | (388.2) | (853.8) | (930.3) |
| Pretax income | (22.3) | (20.3) | (31.9) | (16.7) | (27.3) | (38.2) | (100.6) | (109.9) | (113.5) | (100.7) | (108.0) | (116.9) | (91.3) | (275.9) | (439.0) | (114.1) | (424.6) | (457.0) |
| Taxes GAAP | 2.3 | 1.9 | (0.8) | 4.1 | (3.6) | 2.2 | 2.4 | 4.4 | (3.4) | 3.0 | 2.2 | 2.3 | 7.4 | 5.4 | 4.1 | 1.9 | 6.4 | 4.7 |
| Net income (GAAP) | (61.5) | (62.6) | (85.7) | (87.4) | (94.3) | (122.8) | (209.8) | (218.6) | (217.6) | (214.2) | (223.7) | (235.9) | (297.2) | (645.4) | (891.4) | (390.1) | (860.2) | (935.0) |
| Net income pro forma | (24.7) | (23.2) | (34.6) | (19.0) | (23.7) | (40.4) | (103.0) | (114.3) | (110.1) | (103.7) | (110.2) | (119.2) | (101.5) | (281.3) | (443.1) | (116.0) | (431.1) | (461.6) |
| EPS GAAP | ($0.39) | ($0.39) | ($0.51) | ($0.51) | ($0.54) | ($0.68) | ($1.15) | ($1.19) | ($1.16) | ($1.13) | ($1.17) | ($1.22) | ($1.80) | ($3.56) | ($4.69) | ($2.25) | ($4.64) | ($4.82) |
| EPS (Pro Forma) | ($0.16) | ($0.14) | ($0.21) | ($0.11) | ($0.13) | ($0.23) | ($0.56) | ($0.62) | ($0.59) | ($0.55) | ($0.58) | ($0.62) | ($0.62) | ($1.56) | ($2.33) | ($0.65) | ($2.32) | ($2.38) |
| | | | | | | | | | | | | | | | | | | |
| Pro forma Basic and Diluted Share Count | 156.8 | 161.7 | 166.8 | 171.2 | 175.4 | 179.4 | 183.0 | 185.0 | 187.0 | 189.0 | 191.0 | 193.0 | 164.1 | 180.7 | 190.0 | 177.4 | 186.0 | 194.0 |
| EBITDA | (10.8) | (8.5) | (21.6) | (5.5) | (9.7) | (20.2) | (84.0) | (88.1) | (90.6) | (76.7) | (82.8) | (90.4) | (46.3) | (202.0) | (340.5) | (56.9) | (339.4) | (348.3) |
| **Operating Metrics** | | | | | | | | | | | | | | | | | | |
| Gross Margin Product | 61.8% | 63.5% | 70.8% | 83.0% | 84.2% | 82.6% | 86.5% | 87.6% | 90.1% | 91.0% | 92.6% | 92.2% | 69.8% | 85.0% | 91.5% | 80.2% | 88.9% | 92.5% |
| Gross Margin Support | 62.1% | 63.5% | 60.5% | 62.8% | 64.4% | 62.8% | 60.1% | 62.5% | 62.4% | 62.0% | 61.8% | 62.2% | 62.3% | 62.4% | 62.1% | 62.7% | 61.8% | 62.0% |
| Total Gross Margin | 61.9% | 63.5% | 68.4% | 77.7% | 78.6% | 76.8% | 77.1% | 78.5% | 80.0% | 80.6% | 81.4% | 81.2% | 68.1% | 77.7% | 80.8% | 75.5% | 79.2% | 81.3% |
| S&M | 47.7% | 47.1% | 52.4% | 54.5% | 55.3% | 56.5% | 72.9% | 75.2% | 76.3% | 72.2% | 74.2% | 74.9% | 50.5% | 64.6% | 74.4% | 54.8% | 74.1% | 74.0% |
| G&A | 4.4% | 4.7% | 5.5% | 6.1% | 6.1% | 5.5% | 7.3% | 7.3% | 7.0% | 6.5% | 6.5% | 6.7% | 5.2% | 6.5% | 6.7% | 5.8% | 7.0% | 6.5% |
| R&D | 17.8% | 18.8% | 22.4% | 23.6% | 25.4% | 26.3% | 33.3% | 32.5% | 32.1% | 30.7% | 31.2% | 31.1% | 20.7% | 29.2% | 31.3% | 24.5% | 32.1% | 30.7% |
| Operating Expenses | 69.9% | 70.6% | 80.3% | 84.2% | 86.8% | 88.4% | 113.5% | 115.0% | 115.4% | 109.5% | 112.0% | 112.7% | 76.4% | 100.3% | 112.3% | 85.1% | 113.2% | 111.2% |
| Operating Margin | -8.0% | -7.0% | -11.9% | -6.5% | -8.3% | -11.6% | -36.4% | -36.4% | -35.4% | -28.9% | -30.6% | -31.5% | -8.4% | -22.6% | -31.5% | -9.6% | -34.1% | -29.9% |
| EBITDA Margin | -3.9% | -3.0% | -7.5% | -1.8% | -3.1% | -6.0% | -29.2% | -29.2% | -28.3% | -22.0% | -23.4% | -24.4% | -4.0% | -16.3% | -24.4% | -4.6% | -27.0% | -22.8% |
| Pretax income | -8.1% | -7.1% | -11.0% | -5.5% | -8.7% | -11.4% | -35.0% | -36.4% | -35.4% | -28.9% | -30.6% | -31.5% | -7.9% | -22.3% | -31.5% | -9.2% | -33.7% | -29.9% |
| Net Margin | -9.0% | -8.1% | -12.0% | -6.3% | -7.5% | -12.0% | -35.8% | -37.9% | -34.3% | -29.7% | -31.2% | -32.1% | -8.8% | -22.7% | -31.8% | -9.3% | -34.3% | -30.2% |
| Tax Rate | -10.7% | -14.0% | -8.6% | -13.6% | 13.3% | -5.8% | -4.0% | -4.0% | 3.0% | -3.0% | -2.0% | -2.0% | -11.2% | -1.9% | -0.9% | -1.6% | -1.5% | -1.0% |

Source: Raymond James Research

US RESEARCH | PAGE 4 OF 8

Case 3:19-cv-01651-WHO    Document 270-1    Filed 05/27/22    Page 194 of 232   NUTANIX, INC.

**COMPANY DESCRIPTION**

Nutanix is a leading vendor of hyperconverged data center solutions, which combine storage, servers and an open standards hypervisor into one appliance that is highly disruptive to traditional infrastructure architectures by providing ease of deployment and capacity expansion, simplification of management, and provisioning of compute and storage resources, all at a lower total cost of ownership (TCO).



## IMPORTANT INVESTOR DISCLOSURES

Raymond James & Associates (RJA) is a FINRA member firm and is responsible for the preparation and distribution of research created in the United States. Raymond James & Associates is located at The Raymond James Financial Center, 880 Carillon Parkway, St. Petersburg, FL 33716, (727) 567-1000. Non-U.S. affiliates, which are not FINRA member firms, include the following entities that are responsible for the creation or distribution of research in their respective areas: in Canada, Raymond James Ltd. (RJL), Suite 2100, 925 West Georgia Street, Vancouver, BC V6C 3L2, (604) 659-8200; in Europe, Raymond James Euro Equities SAS (also trading as Raymond James International), 40 rue La Boetie, 75008, Paris, France, +33 1 45 64 0500, and Raymond James Financial International Ltd., Broadwalk House, 5 Appold Street, London, England EC2A 2AG, +44 203 798 5600.

This document is not directed to, or intended for distribution to or use by, any person or entity that is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation. The securities discussed in this document may not be eligible for sale in some jurisdictions. This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. **Investors should consider this report as only a single factor in making their investment decision.**

For clients in the United States: Any foreign securities discussed in this report are generally not eligible for sale in the U.S. unless they are listed on a U.S. exchange. This report is being provided to you for informational purposes only and does not represent a solicitation for the purchase or sale of a security in any state where such a solicitation would be illegal. Investing in securities of issuers organized outside of the U.S., including ADRs, may entail certain risks. The securities of non-U.S. issuers may not be registered with, nor be subject to the reporting requirements of, the U.S., including ADRs, may entail certain risks. The securities of non-U.S. issuers may not be registered with, nor be subject to the reporting requirements of, the U.S. Securities and Exchange Commission. There may be limited information available on such securities mentioned in this report. Please ask your Financial Advisor for additional details and to determine if a particular security is eligible for purchase in your state.

The information provided is as of the date above and subject to change, and it should not be deemed a recommendation to buy or sell any security. Certain information has been obtained from third-party sources we consider reliable, but we do not guarantee that such information is accurate or complete. Persons within the Raymond James family of companies may have information that is not available to the contributors of the information contained in this publication. Raymond James, including affiliates and employees, may execute transactions in the securities listed in this publication that may not be consistent with the ratings appearing in this publication.

Raymond James ("RJ") research reports are disseminated and available to RJ's retail and institutional clients simultaneously via electronic publication to RJ's internal proprietary websites (RJ Client Access & RJ Capital Markets). Not all research reports are directly distributed to clients or third-party aggregators. Certain research reports may only be disseminated on RJ's internal Proprietary websites; however, such research reports will not contain estimates or changes to earnings forecasts, target price, valuation or investment or suitability rating. Individual Research Analysts may also opt to circulate published research to one or more clients electronically. This electronic communication is discretionary and is done only after the research has been publically disseminated via RJ's internal factors including, but not limited to, the client's individual preference as to the frequency and manner of receiving communications from Research Analysts. For research reports, models, or other data available on a particular security, please contact your Sales Representative or visit RJ Client Access or RJ Capital Markets.

Links to third-party websites are being provided for information purposes only. Raymond James is not affiliated with and does not endorse, authorize, or sponsor any of the listed websites or their respective sponsors. Raymond James is not responsible for the content of any third-party website or the collection of use of information regarding any website's users and/or members.

Additional information is available on request.

CONFIDENTIAL - RJA - 000031

## Analyst Information

**Registration of Non-U.S. Analysts:** The analysts listed on the front of this report who are not employees of Raymond James & Associates, Inc., are not registered/qualified as research analysts under FINRA rules, are not associated persons of Raymond James & Associates, Inc., and are not subject to FINRA Rule 2241 restrictions on communications with covered companies, public companies, and trading securities held by a research analyst account.

**Analysts Holdings and Compensation:** Equity analysts and their staffs at Raymond James are compensated based on a salary and bonus system. Several factors enter into the bonus determination, including quality and performance of research product, the analyst's success in rating stocks versus an industry index, and support effectiveness to trading and the retail and institutional sales forces. Other factors may include but are not limited to: overall ratings from internal (other than investment banking) or external parties and the general productivity and revenue generated in covered stocks.

**The analyst Simon Leopold, primarily responsible for the preparation of this research report, attests to the following: (1) that the views and opinions rendered in this research report reflect his or her personal views about the subject companies or issuers and (2) that no part of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views in this research report. In addition, said analyst(s) has not received compensation from any subject company in the last 12 months.**

## Ratings and Definitions

**Raymond James & Associates (U.S.) definitions: Strong Buy (SB1)** Expected to appreciate, produce a total return of at least 15%, and outperform the S&P 500 over the next six to 12 months. For higher yielding and more conservative equities, such as REITs and certain MLPs, a total return of 15% is expected to be realized over the next 12 months. **Outperform (MO2)** Expected to appreciate and outperform the S&P 500 over the next 12-18 months. For higher yielding and more conservative equities, such as REITs and certain MLPs, an Outperform rating is used for securities where we are comfortable with the relative safety of the dividend and expect a total return modestly exceeding the dividend yield over the next 12-18 months. **Market Perform (MP3)** Expected to perform generally in line with the S&P 500 over the next 12 months. **Underperform (MU4)** Expected to underperform the S&P 500 or its sector over the next six to 12 months and should be sold. Suspended (S) The rating and price target have been suspended temporarily. This action may be due to market events that made coverage impracticable, or to comply with applicable regulations or firm policies in certain circumstances, including when Raymond James may be providing investment banking services to the company. The previous rating and price target are no longer in effect for this security and should not be relied upon.

**Raymond James Ltd. (Canada) definitions: Strong Buy (SB1)** The stock is expected to appreciate and produce a total return of at least 15% and outperform the S&P/TSX Composite Index over the next six months. **Outperform (MO2)** The stock is expected to appreciate and outperform the S&P/TSX Composite Index over the next twelve months. **Market Perform (MP3)** The stock is expected to perform generally in line with the S&P/TSX Composite Index over the next twelve months and is potentially a source of funds for more highly rated securities. **Underperform (MU4)** The stock is expected to underperform the S&P/TSX Composite Index or its sector over the next six to twelve months and should be sold.

In transacting in any security, investors should be aware that other securities in the Raymond James research coverage universe might carry a higher or lower rating. Investors should feel free to contact their Financial Advisor to discuss the merits of other available investments.

| | Coverage Universe Rating Distribution* | | Investment Banking Relationships | |
|---|---|---|---|---|
| | **RJA** | **RJL** | **RJA** | **RJL** |
| **Strong Buy and Outperform (Buy)** | 57% | 66% | 21% | 24% |
| **Market Perform (Hold)** | 39% | 31% | 10% | 10% |
| **Underperform (Sell)** | 4% | 3% | 6% | 0% |

*\* Columns may not add to 100% due to rounding.*

**Suitability Ratings (SR)**

**Medium Risk/Income (M/INC)** Lower to average risk equities of companies with sound financials, consistent earnings, and dividend yields above that of the S&P 500. Many securities in this category are structured with a focus on providing a consistent dividend or return of capital.

**Medium Risk/Growth (M/GRW)** Lower to average risk equities of companies with sound financials, consistent earnings growth, the potential for long-term price appreciation, a potential dividend yield, and/or share repurchase program.

**High Risk/Income (H/INC)** Medium to higher risk equities of companies that are structured with a focus on providing a meaningful dividend but may face less predictable earnings (or losses), more leveraged balance sheets, rapidly changing market dynamics, financial and competitive issues, higher price volatility (beta), and potential risk of principal. Securities of companies in this category may have a less predictable income

CONFIDENTIAL - RJA - 000032

stream from dividends or distributions of capital.

**High Risk/Growth (H/GRW)** Medium to higher risk equities of companies in fast growing and competitive industries, with less predictable earnings (or losses), more leveraged balance sheets, rapidly changing market dynamics, financial or legal issues, higher price volatility (beta), and potential risk of principal.

**High Risk/Speculation (H/SPEC)** High risk equities of companies with a short or unprofitable operating history, limited or less predictable revenues, very high risk associated with success, significant financial or legal issues, or a substantial risk/loss of principal.

## Raymond James Relationship Disclosures

Certain affiliates of the RJ Group expect to receive or intend to seek compensation for investment banking services from all companies under research coverage within the next three months.

| Company Name | Disclosure |
|---|---|
| Nutanix, Inc. | Raymond James & Associates, Inc. makes a market in the shares of Nutanix, Inc.. |

## Stock Charts, Target Prices, and Valuation Methodologies

**Valuation Methodology:** The Raymond James methodology for assigning ratings and target prices includes a number of qualitative and quantitative factors, including an assessment of industry size, structure, business trends, and overall attractiveness; management effectiveness; competition; visibility; financial condition; and expected total return, among other factors. These factors are subject to change depending on overall economic conditions or industry- or company-specific occurrences.

**Target Prices:** The information below indicates our target price and rating changes for the subject companies over the past three years.



**Valuation Methodology**

**Nutanix, Inc.:**
Valuation Methodology: We value Nutanix based on a comparison to a peer group of data center focused suppliers' EV to forward sales.

## Risk Factors

**General Risk Factors:** Following are some general risk factors that pertain to the business of the subject companies and the projected target prices and recommendations included on Raymond James research: (1) Industry fundamentals with respect to customer demand or product/ service pricing could change and adversely impact expected revenues and earnings; (2) Issues relating to major competitors or market shares or new product expectations could change investor attitudes toward the sector or this stock; (3) Unforeseen developments with respect to the management, financial condition or accounting policies or practices could alter the prospective valuation; or (4) External factors that affect the U.S. economy, interest rates, the U.S. dollar or major segments of the economy could alter investor confidence and investment prospects. International investments involve additional risks such as currency fluctuations, differing financial accounting standards, and possible political and economic instability.

CONFIDENTIAL - RJA - 000033

**Company-Specific Risks**

**Nutanix, Inc.:**
**Company Specific Risks for Nutanix, Inc.**
**Threat From the Cloud** Nutanix faces the risk that enterprises will shift more and more applications to the public cloud, at a faster rate than anticipated, leading a structural shift that may be difficult to adjust to.
**Competition** Nutanix faces the risk of vendors of traditional storage solutions gaining traction in the hyperconverged data center market (EMC/VMware).
**Execution** Nutanix's results have been negatively impacted by a dis-proportionate allocation of sales resources towards lead generation. Management's ability to correct this issue, and the timing around this, will likely be one of the most important driver of results over the next several months.
**Loss of OEM Partners** The loss of OEM partners such as Dell and Lenovo could impact gross margins, as these sales are all software related.

**Additional Risk and Disclosure information, as well as more information on the Raymond James rating system and suitability categories, is available at** raymondjames.bluematrix.com/sellside/Disclosures.action. **Copies of research or Raymond James' summary policies relating to research analyst independence can be obtained by contacting any Raymond James & Associates or Raymond James Financial Services office (please see RaymondJames.com for office locations) or by calling 727-567-1000, toll free 800-237-5643.**

## International Disclosures

*For clients in the United Kingdom:*

**For clients of Raymond James Financial International Limited (RJFI):** This document and any investment to which this document relates is intended for the sole use of the persons to whom it is addressed, being persons who are Eligible Counterparties or Professional Clients as described in the FCA rules or persons described in Articles 19(5) (Investment professionals) or 49(2) (high net worth companies, unincorporated associations, etc.) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended)or any other person to whom this promotion may lawfully be directed. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons and may not be relied upon by such persons and is, therefore, not intended for private individuals or those who would be classified as Retail Clients.

**For clients of Raymond James Investment Services, Ltd.:** This report is for the use of professional investment advisers and managers and is not intended for use by clients.

For purposes of the Financial Conduct Authority requirements, this research report is classified as independent with respect to conflict of interest management. RJFI, and Raymond James Investment Services, Ltd. are authorised and regulated by the Financial Conduct Authority in the United Kingdom.

*For clients in France:*

This document and any investment to which this document relates is intended for the sole use of the persons to whom it is addressed, being persons who are Eligible Counterparties or Professional Clients as described in "Code Monetaire et Financier" and Reglement General de l'Autorite des marches Financiers. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons and may not be relied upon by such persons and is, therefore, not intended for private individuals or those who would be classified as Retail Clients.

**For clients of Raymond James Euro Equities:** Raymond James Euro Equities is authorised and regulated by the Autorite de Controle Prudentiel et de Resolution and the Autorite des Marches Financiers.

*For institutional clients in the European Economic Area (EEA) outside of the United Kingdom:*

This document (and any attachments or exhibits hereto) is intended only for EEA institutional clients or others to whom it may lawfully be submitted.

*For Canadian clients:*

This report is not prepared subject to Canadian disclosure requirements, unless a Canadian analyst has contributed to the content of the report. In the case where there is Canadian analyst contribution, the report meets all applicable IIROC disclosure requirements.

**Proprietary Rights Notice:** By accepting a copy of this report, you acknowledge and agree as follows:

This report is provided to clients of Raymond James only for your personal, noncommercial use. Except as expressly authorized by Raymond James, you may not copy, reproduce, transmit, sell, display, distribute, publish, broadcast, circulate, modify, disseminate, or commercially exploit the information contained in this report, in printed, electronic, or any other form, in any manner, without the prior express written consent of Raymond James. You also agree not to use the information provided in this report for any unlawful purpose.

This report and its contents are the property of Raymond James and are protected by applicable copyright, trade secret, or other intellectual

CONFIDENTIAL - RJA - 000034

Case 3:19-cv-01651-WHO   Document 270-1   Filed 05/27/22   Page 198 of 232

property laws (of the United States and other countries). United States law, 17 U.S.C. Sec. 501 et seq, provides for civil and criminal penalties for copyright infringement. No copyright claimed in incorporated U.S. government works.

CONFIDENTIAL - RJA - 000035

# RAYMOND JAMES®

## U.S. Research
Published by Raymond James & Associates

# Nutanix, Inc.

**September 17, 2018 (3:39 p.m. EDT)**

NTNX-NASDAQ | Outperform 2 | $52.50

**RJ Express**

**Simon Leopold,** (212) 856-5464, Simon.Leopold@RaymondJames.com
**Victor Chiu,** Sr. Res. Assoc., (212) 856-4365, Victor.Chiu@RaymondJames.com
**Mauricio Munoz,** CFA, Sr. Res. Assoc., (212) 856-5462, Mauricio.Munoz@RaymondJames.com

**Communications Equipment**

## RJ Express: NTNX Intraday Pressure Might be Linked to a Google Initiative

- A story in The Information suggests that Google may extend its cloud services into private data centers; thus potentially competing in the market for Hyper-Converge Infrastructure (HCI) led by Nutanix. We think the story has pressured the shares of Nutanix, down ~9% intraday.

- We envision the evolving market for HCI extending into multi-cloud opportunities as attractive, and appreciate why Google would want to extend its offer into private data centers, but we believe Nutanix along with competitors such as Cisco, VMware, HP Enterprise and NetApp have an inherent advantage of neutrality vs. the public cloud providers. Enterprises want the flexibility to move applications among the public cloud providers, private clouds and their own data centers.

- The HCI market presents an attractive opportunity and is expected to reach $3.7 billion in 2018, growing to $5.6 billion in 2019 and delivering a 40% CAGR through 2022 according to Gartner's latest forecast from May.

- The news might disappoint Nutanix investors because Nutanix had been thought to have a partnership with Google.

**Company Citations**

| Company Name | Ticker | Exchange | Currency | Closing Price | RJ Rating | RJ Entity |
|---|---|---|---|---|---|---|
| Alphabet Inc. | GOOG | NASDAQ | $ | 1172.53 | 2 | RJ & Associates |
| Cisco Systems | CSCO | NASDAQ | $ | 47.40 | 2 | RJ & Associates |
| Hewlett Packard Enterprise Company | HPE | NYSE | $ | 16.58 | 2 | RJ & Associates |
| NetApp, Inc. | NTAP | NASDAQ | $ | 85.77 | 3 | RJ & Associates |
| VMware, Inc. | VMW | NYSE | $ | 162.65 | 2 | RJ & Associates |

Notes:  Prices are as of the most recent close on the indicated exchange and may not be in US$.  See Disclosure section for rating definitions. Stocks that do not trade on a U.S. national exchange may not be registered for sale in all U.S. states. NC=not covered.

All statements in this report attributable to Gartner represent Raymond James' interpretation of data, research opinion or viewpoints published as part of a syndicated subscription service by Gartner, Inc., and have not been reviewed by Gartner. Each Gartner publication speaks as of its original publication date (and not as of the date of this research report). The opinions expressed in Gartner publications are not representations of fact, and are subject to change without notice.

**Please read domestic and foreign disclosure/risk information beginning on page 2 and Analyst Certification on page 3.**

© 2018 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

**International Headquarters:**  The Raymond James Financial Center  |  880 Carillon Parkway  |  St. Petersburg, Florida 33716  |  800-248-8863

CONFIDENTIAL - RJA - 000036

# EXHIBIT 10

**PiperJaffray®**

COMPANY NOTE
May 31, 2019

## Nutanix, Inc. (NTNX)                                          Neutral

### Downgrading to Neutral on Continued Execution Issues and Competition. N, $28

### CONCLUSION

We are downgrading shares of Nutanix to Neutral on continued execution issues, partially attributable to increasing competition. There were some positives in the quarter, including 110% growth in subscriptions, but the company continues to struggle with execution issues, which caused total revenue and billings to miss guidance. Looking ahead, management expects revenue to *decline* on a Y/Y basis, despite maintaining opex growth in the 40% range. It is clear that this model is unsustainable, requiring massive amounts of spending just to support modest revenue growth, which we believe is attributable to competition. As evidence, Dell reported another quarter of triple-digit growth for VxRail. While valuation at these levels looks attractive, we would wait for revenue growth and opex growth to stabilize before getting more constructive. As such, we are downgrading shares of Nutanix to Neutral and reducing our price target to $28 (prior $47).

- **Revenue Miss:** Nutanix reported FQ3 revenue of $287.6M (-0.6% Y/Y), which missed expectations (*$297.2M*) by 3.2% and was below guidance ($290-300M). Gross margin of 77.1% was above guidance (75-76%) due to the strength in software sales, while OpEx of $326.5M was below guidance ($330-340M). This resulted in EPS of $(0.56), which modestly exceeded the consensus estimate of $(0.58).

- **Subscription Software +110% Y/Y:** Billings of $346.0M (-1.5% Y/Y) were well below consensus ($359.4M), which management attributed to a higher-than-expected mix of subscription revenue and sales leadership changes in the quarter. Subscription billings (+56.9% Y/Y) now represents 64.8% of total billings, while subscription revenue grew 110.3% Y/Y to $168.4M. Term-based subscription billings were $90M, which is up from $70M in FQ2. Non-Portable Software revenue declined 37.0% Y/Y to $88.7M.

- **Pipeline Up 40% Q/Q:** Management noted the FQ3 pipeline grew 40% Q/Q due to the new lead-generation spending, but despite the increase, management still guided well below consensus, suggesting the pipeline will take a number of quarters before it has an impact. The new HPE partnership is still in the early days, with management noting that channel partners wanted a non-Dell solution.

- **FQ4 Guidance:** Nutanix guided FQ4 to billings of $350-380M (*cons $411.5M*), revenue of $280-310M (*cons $334.2M)*, gross margin of 77.0% (*cons 77.0%),* OpEx of $340-350M and EPS of $(0.65). Revenue and billings guidance implies 2.9% and 7.6% declines, resp.

### RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION

Changes in the IT spending environment, larger and well-funded competition, economic conditions, currency fluctuations and acquisition integration.

### COMPANY DESCRIPTION

Nutanix is a provider of a hyper-converged architecture that consolidates storage, compute and networking into a single appliance.

---

**PRICE: US$26.80**
Price after-hours on May 30, 2019.

**TARGET: US$28.00**
3.0x EV/CY20E Sales of $1.758B (assumes $489.4M in net cash and 206.5M s/o (fully diluted))

**Andrew J. Nowinski**
Sr. Research Analyst, Piper Jaffray & Co.
612 303-6933, andrew.j.nowinski@pjc.com

**James E. Fish**
Research Analyst, Piper Jaffray & Co.
612 303-6509, james.e.fish@pjc.com

| Changes | Previous | Current |
|---|---|---|
| Rating | Overweight | Neutral |
| Price Tgt | US$47.00 | US$28.00 |
| FY20E Rev (mil) | US$1,720.0 | US$1,544.0 |
| FY21E Rev (mil) | US$2,314.6 | US$1,963.0 |
| FY20E EPS | US$(1.22) | US$(1.74) |
| FY21E EPS | US$(0.41) | US$(1.37) |

| | |
|---|---|
| 52-Week High / Low | US$64.87 / US$30.89 |
| Shares Out (mil) | 183.0 |
| Market Cap. (mil) | US$4,904.4 |
| Total Assets ($mil) | 1,802 |
| Avg Daily Vol (000) | 4,896 |
| Net Cash Per Share | US$2.67 |
| Debt to Total Capital | 59.6% |
| Div (ann) | US$0.00 |
| Fiscal Year End | Jul |

**Price Performance - 1 Year**



*Source: Bloomberg*

---

| YEAR | REVENUE (US$ m) | | | | | | | | EARNINGS PER SHARE (US$) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Oct | Jan | Apr | Jul | FY | CY | FY RM | CY RM | Oct | Jan | Apr | Jul | FY | CY | FY P/E | CY P/E |
| **2019E** | 313.3A | 335.4A | 287.6A | 295.0 | 1,231.3 | — | 4.0x | NA | (0.13)A | (0.23)A | (0.56)A | (0.65) | (1.57) | (1.99) | NM | NM |
| **2020E** | 346.0 | 378.0 | 390.0 | 430.0 | 1,544.0 | — | 3.2x | NA | (0.38) | (0.40) | (0.51) | (0.45) | (1.74) | (1.61) | NM | NM |
| **2021E** | 455.0 | 483.0 | 490.0 | 535.0 | 1,963.0 | — | 2.5x | NA | (0.28) | (0.37) | (0.56) | (0.16) | (1.37) | — | NM | |

Piper Jaffray does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst certification, found on pages 8 - 9 of this report or at the following site: http://www.piperjaffray.com/researchdisclosures.

**PiperJaffray®**

COMPANY NOTE
May 31, 2019

| **Price Target Calculation** | We are downgrading shares of Nutanix from Overweight to Neutral, and lowering our price target to $28 (previously $47), which is based on 3.0x EV/CY20E Sales (previously 4.5x). Our price target assumes $1.785 billion in sales, $489.4 million in net cash and 206.5 million shares outstanding (fully diluted share count). We lowered our target multiple due to lower growth expectations, which align with management's guidance, and mis-execution. Our target multiple is a discount to the peer group average of 6.5x, but justified due to lower growth assumptions and substantially higher operating loss assumptions relative to the peer group. The following exhibit highlights the peer group valuation for Nutanix. |
|---|---|

Exhibit 1

**Peer Group Valuation**

Nutanix is trading at a discount to peers, which is justified due to lower growth and higher operating loss assumptions.

| Company Name | Ticker | Current Price | Market Cap(M) | Enterprise Value(M) | Short Interest | EV/Sales 2019E | EV/Sales 2020E | Y/Y Sales Growth 2019E | Y/Y Sales Growth 2020E | P/E 2019E | P/E 2020E | EV/FCF 2019E | EV/FCF 2020E | Y/Y EPS Growth 2019E | Y/Y EPS Growth 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Arista Networks | ANET | $247.97 | $20,135 | $20,099 | 3% | 7.8x | 6.6x | 19% | 19% | 26.6x | 23.3x | 27.2x | 22.6x | 17% | 14% |
| Palo Alto Networks | PANW | $204.30 | $20,348 | $18,613 | 6% | 6.0x | 5.0x | 21% | 18% | 35.4x | 30.1x | 18.2x | 14.7x | 26% | 18% |
| CyberArk Software | CYBR | $132.17 | $5,081 | $4,571 | 2% | 10.9x | 9.2x | 22% | 19% | NA | NA | 39.3x | 31.0x | 5% | 17% |
| VMWare | VMW | $191.09 | $79,580 | $80,938 | 6% | 8.1x | 7.4x | 11% | 10% | 29.4x | 26.3x | 22.4x | 20.3x | 5% | 12% |
| Salesforce.com | CRM | $155.66 | $122,349 | $121,383 | 1% | 7.6x | 6.4x | 20% | 20% | NA | 46.1x | 36.0x | 29.7x | 2% | 26% |
| Splunk | SPLK | $117.60 | $17,529 | $16,361 | 4% | 7.4x | 6.1x | 23% | 22% | NA | NA | NA | 38.5x | 38% | 32% |
| Tableau Software | DATA | $113.01 | $9,655 | $8,595 | 8% | 6.3x | 5.3x | 31% | 20% | NA | 49.4x | NA | 35.8x | 10% | 34% |
| Ultimate Software | ULTI | $331.37 | $10,650 | $10,561 | NA | 7.7x | 6.5x | 20% | 19% | NA | 48.9x | NA | NA | 4% | 11% |
| Varonis Systems | VRNS | $63.93 | $1,907 | $1,743 | 5% | 6.4x | 5.8x | 1% | 9% | NA | NA | NA | NA | NA | NA |
| **Peer Group Average** | | | | | 4% | 7.6x | 6.5x | 19% | 17% | 30.5x | 37.3x | 28.6x | 27.5x | 13% | 20% |
| **Peer Group Median** | | | | | 4% | 7.6x | 6.4x | 20% | 19% | 29.4x | 38.1x | 27.2x | 29.7x | 7% | 18% |
| **Nutanix** | **NTNX** | **$32.67** | **$6,746** | **$6,257** | **8%** | **4.5x** | **3.6x** | **12%** | **26%** | **NA** | **NA** | **NA** | **NA** | **NA** | **-9%** |

Source:  Piper Jaffray, FactSet. All prices as of market close on 5/30/2019. All estimates including those for Nutanix represent consensus estimates.

---

**Nutanix**
Income Statement
($ in millions, except per share)

**Andrew J. Nowinski**
(612) 303-6933
andrew.j.nowinski@pjc.com

| | FY17 | Oct Q1 18 | Jan Q2 18 | Apr Q3 18 | Jul Q4 18 | FY18 | Oct Q1 19 | Jan Q2 19 | Apr Q3 19 | Jul Q4 19E | FY19E | Oct Q1 20E | Jan Q2 20E | Apr Q3 20E | Jul Q4 20E | FY20E | Oct Q1 21E | Jan Q2 21E | Apr Q3 21E | Jul Q4 21E | FY21E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PRODUCT** | $673.3 | $219.1 | $223.2 | $221.1 | $224.7 | $888.0 | $224.3 | $236.9 | $184.8 | $185.0 | $831.1 | $226.4 | $249.1 | $259.6 | $283.9 | $1,019.0 | $305.9 | $326.1 | $330.2 | $363.4 | $1,325.6 |
| % Total | 80% | 79% | 78% | 76% | 74% | 77% | 72% | 71% | 64% | 63% | 67% | 65% | 66% | 67% | 66% | 66% | 67% | 68% | 67% | 68% | 68% |
| **SUPPORT AND SERVICES** | $172.6 | $56.5 | $63.6 | $68.3 | $79.1 | $267.5 | $88.9 | $98.4 | $102.8 | $110.0 | $400.2 | $119.6 | $128.9 | $130.4 | $146.1 | $525.0 | $149.1 | $156.9 | $159.8 | $171.6 | $637.4 |
| % Total | 20% | 21% | 22% | 24% | 26% | 23% | 28% | 29% | 36% | 37% | 33% | 35% | 34% | 33% | 34% | 34% | 33% | 32% | 33% | 32% | 32% |
| **TOTAL REVENUE** | $845.9 | $275.6 | $286.7 | $289.4 | $303.7 | $1,155.5 | $313.3 | $335.4 | $287.6 | $295.0 | $1,231.3 | $346.0 | $378.0 | $390.0 | $430.0 | $1,544.0 | $455.0 | $483.0 | $490.0 | $535.0 | $1,963.0 |
| Management Guidance | | | | | | | | | | | | | | | | | | | | | |
| **Low** | | $260 | $280 | $275 | $295 | | $295 | $325 | $290 | $280 | | | | | | | | | | | |
| **Mid** | | $265 | $283 | $278 | $298 | | $303 | $330 | $295 | $295 | | | | | | | | | | | |
| **High** | | $270 | $285 | $280 | $300 | | $310 | $335 | $300 | $310 | | | | | | | | | | | |
| Seq growth - low | | 3.0% | 1.6% | -4.1% | 1.9% | | -2.9% | 3.7% | -13.5% | -2.7% | | | | | | | | | | | |
| Seq growth - mid | | 5.0% | 2.5% | -3.2% | 2.8% | | -0.4% | 5.3% | -12.0% | 2.6% | | | | | | | | | | | |
| Seq growth - high | | 6.9% | 3.4% | -2.4% | 3.7% | | 2.1% | 6.9% | -10.5% | 7.8% | | | | | | | | | | | |
| *Consensus Revenue* | *$758.8* | *$266.9* | *$283.2* | *$278.7* | *$298.5* | *$1,150.2* | *$305.2* | *$331.2* | *$297.2* | *$324.4* | *$1,268.1* | *$345.0* | *$374.3* | *$383.0* | *$423.6* | *$1,518.2* | *$449.6* | *$478.5* | *$488.0* | *$545.7* | *$1,948.3* |
| Y/Y Growth | 50.7% | 41.6% | 42.2% | 35.5% | 18.2% | 36.0% | 10.8% | 15.5% | 2.7% | 6.8% | 9.8% | 13.0% | 13.0% | 28.9% | 30.6% | 19.7% | 30.3% | 27.9% | 27.4% | 28.8% | 28.3% |
| Q/Q Growth | | 22.4% | 6.1% | -1.6% | 7.1% | | 2.2% | 8.5% | -10.3% | 9.2% | | 6.3% | 8.5% | 2.3% | 10.6% | | 6.1% | 6.4% | 2.0% | 11.8% | |
| | | | | | | | | | | | | ($5.0) | $30.7 | $29.7 | $16.1 | | | | | | |
| COST OF SALES | $312.5 | $105.1 | $104.5 | $91.6 | $67.6 | $368.9 | $67.1 | $77.9 | $65.9 | $67.8 | $278.7 | $75.4 | $80.7 | $81.4 | $88.8 | $326.3 | $92.0 | $96.7 | $97.6 | $105.1 | $391.3 |
| % of rev | 37% | 38% | 36% | 32% | 22% | 32% | 21% | 23% | 23% | 23% | 23% | 22% | 21% | 21% | 21% | 21% | 20% | 20% | 20% | 20% | 20% |
| **GROSS PROFIT** | $533.4 | $170.5 | $182.2 | $197.8 | $236.1 | $786.6 | $246.2 | $257.5 | $221.7 | $227.2 | $952.6 | $270.6 | $297.3 | $308.7 | $341.1 | $1,217.6 | $363.0 | $386.3 | $392.4 | $430.0 | $1,571.7 |
| % of rev | 63.1% | 61.9% | 63.5% | 68.4% | 77.7% | 68.1% | 78.6% | 76.8% | 77.1% | 77.0% | 77.4% | 78.2% | 78.6% | 79.1% | 79.3% | 78.9% | 79.8% | 80.0% | 80.1% | 80.4% | 80.1% |
| *Consensus Gross Profit* | *$449.0* | *$160.2* | *$178.3* | *$188.3* | *$220.2* | *$770.7* | *$239.5* | *$260.9* | *$225.4* | *$253.1* | *$981.6* | *$273.2* | *$296.8* | *$302.9* | *$336.4* | *$1,202.6* | *$361.6* | *$384.7* | *$393.3* | *$444.0* | *$1,596.1* |
| *Consensus $ of Rev* | *59.2%* | *60.0%* | *63.0%* | *67.6%* | *73.8%* | *67.0%* | *78.5%* | *78.8%* | *75.8%* | *78.0%* | *77.4%* | *79.2%* | *79.3%* | *79.1%* | *79.4%* | *79.2%* | *80.4%* | *80.4%* | *80.6%* | *81.4%* | *81.9%* |
| SALES & MKTG | $422.0 | $131.4 | $135.1 | $151.6 | $165.6 | $583.7 | $173.3 | $189.6 | $209.8 | $221.3 | $794.0 | $218.0 | $238.1 | $257.4 | $266.6 | $980.1 | $268.4 | $292.2 | $313.6 | $321.0 | $1,195.3 |
| % of rev | 49.9% | 47.7% | 47.1% | 52.4% | 54.5% | 50.5% | 55.3% | 56.5% | 72.9% | 75.0% | 64.5% | 63.0% | 63.0% | 66.0% | 62.0% | 63.5% | 59.0% | 60.5% | 64.0% | 60.0% | 60.9% |
| R&D | $179.6 | $49.0 | $53.9 | $64.8 | $71.7 | $239.4 | $79.5 | $88.4 | $95.7 | $101.6 | $365.2 | $98.6 | $109.6 | $117.0 | $122.5 | $447.8 | $118.3 | $132.8 | $142.1 | $149.8 | $543.0 |
| % of rev | 21.2% | 17.8% | 18.8% | 22.4% | 23.6% | 20.7% | 25.4% | 26.3% | 33.3% | 34.4% | 29.7% | 28.5% | 29.0% | 30.0% | 28.5% | 29.0% | 26.0% | 27.5% | 29.0% | 28.0% | 27.7% |
| G&A | $43.9 | $12.2 | $13.4 | $16.0 | $18.5 | $60.2 | $19.2 | $18.6 | $21.0 | $22.1 | $80.9 | $23.5 | $23.1 | $26.1 | $27.5 | $100.2 | $28.4 | $28.0 | $31.8 | $33.7 | $122.0 |
| % of rev | 5.2% | 4.4% | 4.7% | 5.5% | 6.1% | 5.2% | 6.1% | 5.5% | 7.3% | 7.5% | 6.6% | 6.8% | 6.1% | 6.7% | 6.4% | 6.5% | 6.3% | 5.8% | 6.5% | 6.3% | 6.2% |
| **TOTAL OPERATING EXPENSES** | $645.5 | $192.6 | $202.4 | $232.4 | $255.8 | $883.2 | $272.1 | $296.5 | $326.5 | $345.0 | $1,240.1 | $340.1 | $370.8 | $400.5 | $416.7 | $1,528.1 | $415.2 | $453.1 | $487.5 | $504.5 | $1,860.3 |
| % of rev | 76% | 69.9% | 70.6% | 80.3% | 84.2% | 76% | 86.8% | 88.4% | 113.5% | 116.9% | 101% | 98.3% | 98.1% | 102.7% | 96.9% | 99% | 91.3% | 93.8% | 99.5% | 94.3% | 95% |
| **OPERATING INCOME** | ($112.1) | ($22.1) | ($20.2) | ($34.6) | ($19.7) | ($96.7) | ($25.9) | ($39.0) | ($104.8) | ($117.8) | ($287.5) | ($69.5) | ($73.5) | ($91.9) | ($75.5) | ($310.5) | ($52.2) | ($66.7) | ($95.1) | ($74.6) | ($288.6) |
| % of rev | -13.3% | -8.0% | -7.0% | -11.9% | -6.5% | -8.4% | -8.3% | -11.6% | -36.4% | -39.9% | -23.3% | -20.1% | -19.5% | -23.6% | -17.6% | -20.1% | -11.5% | -13.8% | -19.4% | -13.9% | -14.7% |
| *Consensus Operating Income* | *($198.1)* | *($38.9)* | *($31.5)* | *($30.7)* | *($35.5)* | *($112.5)* | *($46.0)* | *($44.7)* | *($105.4)* | *($89.9)* | *($260.6)* | *($77.4)* | *($69.7)* | *($80.0)* | *($62.5)* | *($300.1)* | *($61.0)* | *($51.8)* | *($68.5)* | *($29.3)* | *($224.8)* |
| *Consensus % of Rev* | *-26.1%* | *-14.6%* | *-11.1%* | *-11.0%* | *-11.9%* | *-9.8%* | *-15.1%* | *-13.5%* | *-35.5%* | *-27.7%* | *-20.6%* | *-22.4%* | *-18.6%* | *-20.9%* | *-14.8%* | *-19.8%* | *-13.6%* | *-10.8%* | *-14.0%* | *-5.4%* | *-11.5%* |
| INTEREST INCOME (EXPENSE), NET | ($1.9) | ($0.2) | ($0.9) | $2.7 | $3.0 | $4.6 | $4.4 | $2.9 | $4.2 | $4.2 | $15.7 | $4.2 | $4.2 | $4.2 | $4.2 | $16.7 | $4.2 | $4.2 | $4.2 | $4.2 | $16.7 |
| **PRE-TAX EARNINGS** | ($114.0) | ($22.3) | ($21.1) | ($31.9) | ($16.7) | ($92.0) | ($21.4) | ($36.2) | ($100.6) | ($113.6) | ($271.8) | ($65.4) | ($69.4) | ($87.7) | ($71.3) | ($293.8) | ($48.0) | ($62.5) | ($90.9) | ($70.4) | ($271.9) |
| TAXES | $6.5 | $2.4 | $2.1 | $2.7 | $2.3 | $9.5 | $2.2 | $4.3 | $2.4 | $8.0 | $16.8 | $6.5 | $8.3 | $12.3 | $20.0 | $47.1 | $9.6 | $13.8 | $27.3 | ($35.2) | $15.4 |
| Tax rate % | -5.7% | -10.7% | -10.0% | -8.6% | -13.6% | -10.4% | -10.4% | -11.8% | -2.3% | -7.0% | -6.2% | -10.0% | -12.0% | -14.0% | -28.0% | -16.0% | -20.0% | -22.0% | -30.0% | 50.0% | -5.7% |
| NET INCOME (GAAP) | ($379.6) | ($61.5) | ($62.6) | ($85.7) | ($87.4) | ($297.2) | ($94.3) | ($122.8) | ($209.8) | ($228.4) | ($655.3) | ($178.7) | ($184.5) | ($206.8) | ($198.2) | ($768.3) | ($164.5) | ($183.1) | ($225.1) | ($142.0) | ($714.7) |
| % of Total | 315% | 249% | 270% | 247% | 459% | 293% | 399% | 304% | 204% | 188% | 227% | 249% | 238% | 207% | 217% | 225% | 285% | 240% | 190% | 404% | 249% |
| **NET INCOME** | ($120.5) | ($24.7) | ($23.2) | ($34.6) | ($19.0) | ($101.5) | ($23.7) | ($40.4) | ($103.0) | ($121.6) | ($288.6) | ($71.9) | ($77.7) | ($100.0) | ($91.3) | ($340.9) | ($57.6) | ($76.3) | ($118.2) | ($35.2) | ($287.3) |
| % of rev | -14.3% | -9.0% | -8.1% | -12.0% | -6.3% | -8.8% | -7.5% | -12.0% | -35.8% | -41.2% | -23.4% | -20.8% | -20.6% | -25.6% | -21.2% | -22.1% | -12.7% | -15.8% | -24.1% | -6.6% | -14.6% |
| **NON-GAAP EPS** | ($0.85) | ($0.16) | ($0.14) | ($0.21) | ($0.11) | ($0.62) | ($0.13) | ($0.23) | ($0.56) | ($0.65) | ($1.57) | ($0.38) | ($0.40) | ($0.51) | ($0.45) | ($1.74) | ($0.28) | ($0.37) | ($0.56) | ($0.16) | ($1.37) |
| SHARES OUTSTANDING (MIL) | 141.7 | 156.8 | 161.7 | 166.8 | 171.2 | 164.1 | 175.4 | 179.4 | 183.0 | 187.0 | 181.2 | 190.5 | 194.0 | 197.5 | 201.0 | 195.8 | 204.5 | 208.0 | 211.5 | 215.0 | 209.8 |
| FULLY DILUTED (MIL) | 189.1 | 197.3 | 187.0 | 192.9 | 197.9 | 193.8 | 198.0 | 202.5 | 206.5 | 211.0 | 204.5 | 215.0 | 218.9 | 222.9 | 226.8 | 220.9 | 230.8 | 234.7 | 238.7 | 242.6 | 236.7 |
| **Management Guidance** | | | | | | | | | | | | | | | | | | | | | |
| **Lo** | | ($0.27) | ($0.22) | ($0.21) | ($0.22) | | ($0.28) | ($0.25) | ($0.60) | ($0.65) | | | | | | | | | | | |
| **Hi** | | ($0.27) | ($0.20) | ($0.19) | ($0.20) | | ($0.26) | ($0.25) | ($0.60) | ($0.65) | | | | | | | | | | | |
| *Consensus EPS* | *($1.45)* | *($0.26)* | *($0.20)* | *($0.19)* | *($0.22)* | *($0.73)* | *($0.27)* | *($0.25)* | *($0.58)* | *($0.51)* | *($1.45)* | *($0.44)* | *($0.39)* | *($0.43)* | *($0.34)* | *($1.64)* | *($0.31)* | *($0.27)* | *($0.32)* | *($0.16)* | *($1.28)* |
| *Y/Y Growth* | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |

Current disclosure information for this company can be found at http://www.piperjaffray.com/researchdisclosures.

**Nutanix**
Revenue and Gross Margin
($ in millions, except per share)

**Andrew J. Nowinski**
(612) 303-6933
andrew.j.nowinski@pjc.com

| | FY17 | Oct Q1 18 | Jan Q2 18 | Apr Q3 18 | Jul Q4 18 | FY18 | Oct Q1 19 | Jan Q2 19 | Apr Q3 19 | Jul Q4 19E | FY19E | Oct Q1 20E | Jan Q2 20E | Apr Q3 20E | Jul Q4 20E | FY20E | Oct Q1 21E | Jan Q2 21E | Apr Q3 21E | Jul Q4 21E | FY21E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales by Segment** | | | | | | | | | | | | | | | | | | | | | |
| PRODUCT | $673.3 | $219.1 | $223.2 | $221.1 | $224.7 | $888.0 | $224.3 | $236.9 | $184.8 | $185.0 | $831.1 | $226.4 | $249.1 | $259.6 | $283.9 | $1,019.0 | $305.9 | $326.1 | $330.2 | $363.4 | $1,325.6 |
| % total | 80% | 79% | 78% | 76% | 74% | 77% | 72% | 71% | 64% | 63% | 67% | 65% | 66% | 67% | 66% | 66% | 67% | 68% | 67% | 68% | 68% |
| Consensus Product | | $221.0 | $221.1 | $224.5 | | $887.8 | $221.8 | $234.3 | $200.7 | $221.7 | $882.0 | $233.2 | $253.6 | $259.4 | $288.0 | $1,033.8 | $310.1 | $329.6 | $345.7 | $392.5 | $1,353.3 |
| SOFTWARE REVENUE | $437.0 | $138.2 | $145.2 | $158.5 | $188.8 | $630.7 | $191.8 | $199.0 | $162.9 | $165.4 | $719.1 | $206.7 | $228.8 | $239.9 | $265.3 | $940.7 | $287.8 | $308.2 | $312.8 | $346.5 | $1,255.3 |
| % total | 52% | 50.2% | 50.6% | 54.8% | 62.2% | 55% | 61.2% | 59.3% | 56.7% | 56.0% | 58% | 59.7% | 60.5% | 61.5% | 61.7% | 61% | 63.3% | 63.8% | 63.8% | 64.8% | 64% |
| HARDWARE REVENUE | $236.3 | $80.8 | $78.0 | $62.6 | $35.9 | $257.3 | $32.5 | $37.9 | $21.9 | $19.7 | $112.0 | $19.7 | $20.3 | $19.6 | $18.7 | $78.2 | $18.1 | $17.9 | $17.4 | $16.9 | $70.3 |
| % total | 28% | 29.3% | 27.2% | 21.6% | 11.8% | 22% | 10.4% | 11.3% | 7.6% | 6.7% | 9% | 5.7% | 5.4% | 5.0% | 4.3% | 5% | 4.0% | 3.7% | 3.5% | 3.2% | 4% |
| NON-PORTABLE SOFTWARE | | $126.9 | $129.2 | $140.9 | $147.0 | $544.0 | $146.6 | $131.6 | $88.7 | | | | | | | | | | | | |
| % total | | 46.1% | 45.1% | 48.7% | 48.4% | 47% | 46.8% | 39.2% | 30.8% | | | | | | | | | | | | |
| SUBSCRIPTION SOFTWARE | | $62.4 | $74.2 | $80.1 | $114.0 | $330.7 | $127.0 | $157.4 | $168.4 | | | | | | | | | | | | |
| % total | | 22.6% | 25.9% | 27.7% | 37.5% | 29% | 40.5% | 46.9% | 58.6% | | | | | | | | | | | | |
| PROFESSIONAL SERVICES | | $5.4 | $5.3 | $5.8 | $6.9 | $23.5 | $7.2 | $8.5 | $8.6 | | | | | | | | | | | | |
| % total | | 2.0% | 1.9% | 2.0% | 2.3% | 2% | 2.3% | 2.5% | 3.0% | | | | | | | | | | | | |
| SUPPORT AND SERVICES | $172.6 | $56.5 | $63.6 | $68.3 | $79.1 | $267.5 | $88.9 | $98.4 | $102.8 | $110.0 | $400.2 | $119.6 | $128.9 | $130.4 | $146.1 | $525.0 | $149.1 | $156.9 | $159.8 | $171.6 | $637.4 |
| % total | 20% | 21% | 22% | 24% | 26% | 23% | 28% | 29% | 36% | 37% | 33% | 35% | 34% | 33% | 34% | 34% | 33% | 32% | 33% | 32% | 32% |
| Consensus Services | | $61.6 | $68.3 | $74.0 | | $262.3 | $83.5 | $96.7 | $96.5 | $106.0 | $390.1 | $115.0 | $124.8 | $127.3 | $139.0 | $509.2 | $145.0 | $152.8 | $154.8 | $165.9 | $656.7 |
| **TOTAL REVENUE** | $845.9 | $275.6 | $286.7 | $289.4 | $303.7 | $1,155.5 | $313.3 | $335.4 | $287.6 | $295.0 | $1,231.3 | $346.0 | $378.0 | $390.0 | $430.0 | $1,544.0 | $455.0 | $483.0 | $490.0 | $535.0 | $1,963.0 |
| Consensus | $758.8 | $266.9 | $283.2 | $278.7 | $298.5 | $1,150.2 | $305.2 | $331.2 | $297.2 | $324.4 | $1,268.1 | $345.0 | $374.3 | $383.0 | $423.6 | $1,518.2 | $449.6 | $478.5 | $488.0 | $545.7 | $1,948.3 |
| **Management Guidance** | | | | | | | | | | | | | | | | | | | | | |
| Low | | $260.0 | $280.0 | $275.0 | $295.0 | | $295.0 | $325.0 | $290.0 | $280.0 | | | | | | | | | | | |
| Mid | | $265.0 | $282.5 | $277.5 | $297.5 | | $302.5 | $330.0 | $295.0 | $295.0 | | | | | | | | | | | |
| High | | $270.0 | $285.0 | $280.0 | $300.0 | | $310.0 | $335.0 | $300.0 | $310.0 | | | | | | | | | | | |
| **Q/Q % CHG** | | | | | | | | | | | | | | | | | | | | | |
| PRODUCT | | 8.7% | 1.9% | -0.9% | 1.6% | | -0.1% | 5.6% | -22.0% | 0.1% | | 22.3% | 10.0% | 4.2% | 9.4% | | 7.7% | 6.6% | 1.3% | 10.1% | |
| SOFTWARE REVENUE | | 7.5% | 5.0% | 9.2% | 19.1% | | 1.6% | 3.8% | -18.1% | 1.5% | | 25.0% | 10.7% | 4.9% | 10.6% | | 8.5% | 7.1% | 1.5% | 10.8% | |
| HARDWARE REVENUE | | 10.9% | -3.5% | -19.7% | -42.7% | | -9.2% | 16.5% | -42.4% | -10.0% | | 0.0% | 3.0% | -3.0% | -5.0% | | -3.0% | -1.0% | -3.0% | -3.0% | |
| SUPPORT AND SERVICES | | 10.8% | 12.5% | 7.4% | 15.8% | | 12.4% | 10.7% | 4.5% | 7.0% | | 8.7% | 7.8% | 1.2% | 12.0% | | 2.1% | 5.3% | 1.9% | 7.4% | |
| NON-PORTABLE SOFTWARE | | | 1.8% | 9.1% | 4.3% | | -0.3% | -10.2% | -32.6% | | | | | | | | | | | | |
| SUBSCRIPTION SOFTWARE | | | 19.0% | 8.0% | 42.3% | | 11.4% | 23.9% | 7.0% | | | | | | | | | | | | |
| PROFESSIONAL SERVICES | | | -1.8% | 8.4% | 18.8% | | 4.4% | 17.7% | 1.7% | | | | | | | | | | | | |
| TOTAL | | 9.1% | 4.1% | 0.9% | 5.0% | | 3.1% | 7.0% | -14.2% | 2.6% | | 17.3% | 9.3% | 3.2% | 10.3% | | 5.8% | 6.2% | 1.4% | 9.2% | |
| **Y/Y % CHG** | | | | | | | | | | | | | | | | | | | | | |
| PRODUCT | 62.7% | 42.7% | 41.1% | 38.1% | 11.5% | 31.9% | 2.4% | 6.2% | -16.4% | -17.6% | -6.4% | 0.9% | 5.1% | 40.5% | 53.5% | 22.6% | 35.1% | 30.9% | 27.2% | 28.0% | 30.1% |
| SOFTWARE REVENUE | | 32.0% | 41.2% | 57.2% | 46.8% | 44.3% | 38.8% | 37.1% | 2.8% | -12.4% | 14.0% | 7.8% | 15.0% | 47.3% | 60.4% | 30.8% | 39.2% | 34.7% | 30.4% | 30.6% | 33.4% |
| HARDWARE REVENUE | | 65.7% | 40.9% | 5.7% | -50.8% | 8.9% | -59.7% | -51.4% | -65.1% | -45.2% | -56.5% | -39.6% | -46.6% | -10.1% | -5.1% | -30.1% | -7.9% | -11.5% | -11.5% | -9.6% | -10.2% |
| SUPPORT AND SERVICES | 92.9% | 61.3% | 55.1% | 49.8% | 55.1% | 55.0% | 57.4% | 54.8% | 50.6% | 39.1% | 49.6% | 34.5% | 31.0% | 26.8% | 32.7% | 31.2% | 24.6% | 21.7% | 22.5% | 17.5% | 21.4% |
| NON-PORTABLE SOFTWARE | | | | | | | 15.5% | 1.9% | -37.0% | | | | | | | | | | | | |
| SUBSCRIPTION SOFTWARE | | | | | | | 103.6% | 112.1% | 110.3% | | | | | | | | | | | | |
| PROFESSIONAL SERVICES | | | | | | | 32.1% | 58.4% | 48.5% | | | | | | | | | | | | |
| SOFTWARE + SUPPORT | | | | | | | 44.5% | 42.1% | 16.4% | | | | | | | | | | | | |
| TOTAL | 68.0% | 46.1% | 43.9% | 40.7% | 20.3% | 36.6% | 13.7% | 17.0% | -0.6% | -2.9% | 6.6% | 10.4% | 12.7% | 35.6% | 45.7% | 25.4% | 31.5% | 27.8% | 25.6% | 24.4% | 27.1% |
| **Gross Margin by Segment** | FY17 | Q1 18 | Q2 18 | Q3 18 | Q4 18 | FY18 | Q1 19 | Q2 19 | Q3 19 | Q4 19E | FY19E | Q1 20E | Q2 20E | Q3 20E | Q4 20E | FY20E | Q1 21E | Q2 21E | Q3 21E | Q4 21E | FY21E |
| PRODUCT | 63.6% | 61.8% | 63.5% | 70.8% | 83.0% | 69.8% | 84.2% | 82.6% | 86.5% | 86.0% | 84.7% | 86.5% | 87.0% | 87.5% | 88.0% | 87.3% | 88.2% | 88.4% | 88.6% | 88.8% | 88.5% |
| Y/Y Change (BP) | (422) | (499) | (31) | 928 | 2,030 | 622 | 2,243 | 1,906 | 1,575 | 302 | 1,484 | 228 | 441 | 96 | 200 | 263 | 170 | 140 | 110 | 80 | 122 |
| Q/Q Change (BP) | | (89) | 175 | 725 | 1,219 | | 125 | (163) | 394 | (54) | | 50 | 50 | 50 | 50 | | 20 | 20 | 20 | 20 | |
| SUPPORT AND SERVICES | 60.9% | 62.1% | 63.5% | 60.5% | 62.8% | 62.3% | 64.4% | 62.8% | 60.1% | 61.9% | 62.2% | 62.5% | 62.5% | 62.5% | 62.5% | 62.5% | 62.5% | 62.5% | 62.5% | 62.5% | 62.5% |
| Y/Y Change (BP) | 141 | 269 | 270 | 28 | 34 | 138 | 223 | (77) | (37) | (92) | (5) | (187) | (27) | 238 | 60 | 29 | 0 | 0 | 0 | 0 | 0 |
| Q/Q Change (BP) | | (34) | 140 | (305) | 233 | | 155 | (160) | (265) | 178 | | 60 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | |
| TOTAL | 63.1% | 61.9% | 63.5% | 68.4% | 77.7% | 68.1% | 78.6% | 76.8% | 77.1% | 77.0% | 77.4% | 78.2% | 78.6% | 79.0% | 79.3% | 78.9% | 79.8% | 80.0% | 80.1% | 80.4% | 80.1% |
| Consensus | 59.2% | 60.0% | 63.0% | 67.6% | 73.8% | 67.0% | 78.5% | 78.8% | 75.8% | 78.0% | 77.4% | 79.2% | 79.3% | 79.1% | 79.4% | 79.2% | 80.4% | 80.4% | 80.6% | 81.4% | 81.9% |
| **COGS by Segment** | FY17 | Q1 18 | Q2 18 | Q3 18 | Q4 18 | FY18 | Q1 19 | Q2 19 | Q3 19 | Q4 19E | FY19E | Q1 20E | Q2 20E | Q3 20E | Q4 20E | FY20E | Q1 21E | Q2 21E | Q3 21E | Q4 21E | FY21E |
| PRODUCT | $245.0 | $83.7 | $81.4 | $64.6 | $38.2 | $267.9 | $35.4 | $41.2 | $24.9 | $25.9 | $127.4 | $30.6 | $32.4 | $32.4 | $34.1 | $129.5 | $36.1 | $37.8 | $37.6 | $40.7 | $152.3 |
| SUPPORT AND SERVICES | $67.5 | $21.4 | $23.2 | $27.0 | $29.4 | $101.0 | $31.7 | $36.6 | $41.0 | $41.9 | $151.3 | $44.9 | $48.3 | $48.9 | $54.8 | $196.9 | $55.9 | $58.8 | $59.9 | $64.4 | $239.0 |
| TOTAL | $312.5 | $105.1 | $104.5 | $91.6 | $67.6 | $368.9 | $67.1 | $77.9 | $65.9 | $67.8 | $278.7 | $75.4 | $80.7 | $81.4 | $88.8 | $326.3 | $92.0 | $96.7 | $97.6 | $105.1 | $391.3 |
| **Gross Profit by Segment** | FY17 | Q1 18 | Q2 18 | Q3 18 | Q4 18 | FY18 | Q1 19 | Q2 19 | Q3 19 | Q4 19E | FY19E | Q1 20E | Q2 20E | Q3 20E | Q4 20E | FY20E | Q1 21E | Q2 21E | Q3 21E | Q4 21E | FY21E |
| PRODUCT | $428.3 | $135.4 | $141.8 | $156.5 | $186.4 | $620.1 | $189.0 | $195.7 | $159.9 | $159.1 | $703.7 | $195.8 | $216.7 | $227.1 | $249.9 | $889.5 | $269.8 | $288.3 | $292.6 | $322.7 | $1,173.4 |
| % total | 80% | 79% | 78% | 79% | 79% | 79% | 77% | 76% | 72% | 70% | 74% | 72% | 73% | 74% | 73% | 73% | 74% | 75% | 75% | 75% | 75% |
| SUPPORT AND SERVICES | $105.1 | $35.1 | $40.4 | $41.3 | $49.7 | $166.5 | $57.2 | $61.8 | $61.8 | $68.1 | $249.0 | $74.8 | $80.6 | $81.5 | $91.3 | $328.1 | $93.2 | $98.1 | $99.9 | $107.3 | $398.4 |
| % total | 20% | 21% | 22% | 21% | 21% | 21% | 23% | 24% | 28% | 30% | 26% | 28% | 27% | 26% | 27% | 27% | 26% | 25% | 25% | 25% | 25% |
| TOTAL | $533.4 | $170.5 | $182.2 | $197.8 | $236.1 | $786.6 | $246.2 | $257.5 | $221.7 | $227.2 | $952.6 | $270.6 | $297.3 | $308.7 | $341.1 | $1,217.6 | $363.0 | $386.3 | $392.4 | $430.0 | $1,571.7 |
| **Y/Y % CHG** | | | | | | | | | | | | | | | | | | | | | |
| PRODUCT | 52.5% | 32.0% | 40.4% | 59.0% | 47.6% | 44.8% | 39.6% | 38.0% | 2.2% | -14.6% | 13.5% | 3.6% | 10.7% | 42.0% | 57.0% | 26.4% | 37.8% | 33.0% | 28.8% | 29.2% | 31.9% |
| SUPPORT AND SERVICES | 97.4% | 68.6% | 61.9% | 50.5% | 56.0% | 58.5% | 63.0% | 52.9% | 49.6% | 37.1% | 49.5% | 30.6% | 30.4% | 31.8% | 34.0% | 31.8% | 24.6% | 21.7% | 22.5% | 17.5% | 21.4% |
| TOTAL | 59.7% | 38.2% | 44.6% | 57.1% | 49.3% | 47.5% | 44.4% | 41.3% | 12.1% | -3.8% | 21.1% | 9.9% | 15.5% | 39.2% | 50.1% | 27.8% | 34.2% | 30.0% | 27.1% | 26.0% | 29.1% |
| **Q/Q % CHG** | | | | | | | | | | | | | | | | | | | | | |
| PRODUCT | | 7.2% | 4.8% | 10.4% | 19.1% | | 1.4% | 3.6% | -18.3% | -0.5% | | 23.1% | 10.7% | 4.8% | 10.0% | | 8.0% | 6.8% | 1.5% | 10.3% | |
| SUPPORT AND SERVICES | | 10.2% | 15.0% | 2.3% | 20.3% | | 15.2% | 7.9% | 0.1% | 10.2% | | 9.8% | 7.8% | 1.1% | 12.0% | | 2.1% | 5.2% | 1.9% | 7.4% | |
| TOTAL | | 7.8% | 6.9% | 8.6% | 19.3% | | 4.3% | 4.6% | -13.9% | 2.5% | | 19.1% | 9.9% | 3.8% | 10.5% | | 6.4% | 6.4% | 1.6% | 9.6% | |

Current disclosure information for this company can be found at http://www.piperjaffray.com/researchdisclosures.

**Nutanix**
Balance Sheet
($ in millions, except per share)

**Andrew J. Nowinski**
(612) 303-6933
andrew.j.nowinski@pjc.com

| | FY17 | Oct Q1 18 | Jan Q2 18 | Apr Q3 18 | Jul Q4 18 | FY18 | Oct Q1 19 | Jan Q2 19 | Apr Q3 19 | Jul Q4 19E | FY19E | Oct Q1 20E | Jan Q2 20E | Apr Q3 20E | Jul Q4 20E | FY20E | Oct Q1 21E | Jan Q2 21E | Apr Q3 21E | Jul Q4 21E | FY21E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | | | | | | | | | |
| Cash and Cash Equivalents | $138.4 | $132.5 | $610.4 | $376.8 | $306.0 | $306.0 | $399.8 | $466.0 | $445.1 | $403.0 | $403.0 | $363.2 | $340.9 | $286.4 | $262.1 | $262.1 | $281.2 | $307.2 | $265.4 | $335.7 | $335.7 |
| Short Term Investments | 210.7 | 233.5 | 307.8 | 546.7 | 628.3 | 628.3 | 565.2 | 499.9 | 495.6 | 491.6 | 491.6 | 485.6 | 545.6 | 626.2 | 774.2 | 774.2 | 768.2 | 910.7 | 890.7 | 890.7 | 890.7 |
| Accounts Receivables, net | 178.9 | 171.6 | 179.2 | 194.3 | 258.3 | 258.3 | 237.7 | 247.6 | 244.4 | 232.8 | 232.8 | 257.8 | 265.1 | 294.9 | 329.9 | 329.9 | 334.1 | 333.5 | 365.2 | 404.6 | 404.6 |
| Deferred Commission, Current | 23.8 | 26.5 | 33.5 | 30.3 | 33.7 | 33.7 | 34.7 | 36.9 | 40.3 | 32.5 | 32.5 | 20.8 | 18.9 | 15.6 | 12.9 | 12.9 | 13.6 | 14.5 | 14.7 | 10.7 | 10.7 |
| Prepaid Expenses & Other Current Assets | 28.4 | 28.9 | 31.5 | 36.6 | 36.8 | 36.8 | 39.6 | 49.5 | 73.7 | 41.3 | 41.3 | 45.0 | 45.4 | 42.9 | 43.0 | 43.0 | 45.5 | 43.5 | 44.1 | 42.8 | 42.8 |
| **Total Current Assets** | $580.1 | $592.9 | $1,162.6 | $1,184.7 | $1,263.1 | $1,263.1 | $1,277.0 | $1,299.9 | $1,299.3 | $1,201.2 | $1,201.2 | $1,172.4 | $1,215.8 | $1,266.1 | $1,422.0 | $1,422.0 | $1,442.6 | $1,609.3 | $1,580.1 | $1,684.4 | $1,684.4 |
| Property and Equipment, net | $58.1 | $67.6 | $69.1 | $76.3 | $85.1 | $85.1 | $104.8 | $125.9 | $134.6 | $135.5 | $135.5 | $140.9 | $145.9 | $150.4 | $154.5 | $154.5 | $163.1 | $171.3 | $179.1 | $186.4 | $186.4 |
| Deferred Commission, Non-Current | 49.7 | 55.5 | 66.1 | 72.5 | 80.7 | 80.7 | 87.4 | 93.1 | 98.9 | 73.8 | 73.8 | 83.0 | 90.7 | 89.7 | 94.6 | 94.6 | 100.1 | 106.3 | 102.9 | 107.0 | 107.0 |
| Intangible Assets, Net | 0.0 | 0.0 | 0.0 | 47.8 | 45.4 | 45.4 | 79.8 | 75.5 | 71.1 | 69.0 | 69.0 | 66.8 | 64.6 | 62.3 | 60.0 | 60.0 | 57.6 | 55.2 | 52.7 | 50.2 | 50.2 |
| Goodwill | 0.0 | 0.0 | 0.0 | 88.3 | 87.8 | 87.8 | 185.0 | 184.8 | 185.2 | 185.2 | 185.2 | 185.2 | 185.2 | 185.2 | 185.2 | 185.2 | 185.2 | 185.2 | 185.2 | 185.2 | 185.2 |
| Other Long-Term Assets | 50.3 | 48.9 | 47.5 | 5.8 | 37.9 | 37.9 | 39.1 | 41.9 | 12.8 | 12.8 | 12.8 | 12.8 | 12.8 | 12.8 | 12.8 | 12.8 | 12.8 | 12.8 | 12.8 | 12.8 | 12.8 |
| **Total Assets** | $738.2 | $764.9 | $1,345.2 | $1,475.4 | $1,599.9 | $1,599.9 | $1,773.1 | $1,821.1 | $1,801.8 | $1,677.4 | $1,677.4 | $1,661.1 | $1,715.0 | $1,766.5 | $1,929.1 | $1,929.1 | $1,961.5 | $2,140.1 | $2,112.8 | $2,226.0 | $2,226.0 |
| **LIABILITIES** | | | | | | | | | | | | | | | | | | | | | |
| Accounts Payable | $73.7 | $68.6 | $56.3 | $71.4 | $65.5 | $65.5 | $69.5 | $69.0 | $82.6 | $55.7 | $55.7 | $60.3 | $63.7 | $62.4 | $68.2 | $68.2 | $70.6 | $74.1 | $74.8 | $80.6 | $80.6 |
| Accrued Compensation and Benefits | 57.5 | 50.3 | 75.3 | 61.2 | 85.4 | 85.4 | 65.7 | 86.5 | 75.0 | 77.0 | 77.0 | 90.2 | 98.6 | 101.7 | 112.2 | 112.2 | 118.7 | 126.0 | 127.8 | 139.6 | 139.6 |
| Deferred Revenue, Current Portion | 170.1 | 190.6 | 231.7 | 243.8 | 275.6 | 275.6 | 307.2 | 337.4 | 361.4 | 391.6 | 391.6 | 427.1 | 467.5 | 510.9 | 560.6 | 560.6 | 607.3 | 658.9 | 713.4 | 775.2 | 775.2 |
| Other Current Liabilities | 9.7 | 9.4 | 11.2 | 11.6 | 31.7 | 31.7 | 28.6 | 16.4 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 |
| **Total Current Liabilities** | $311.1 | $319.0 | $374.6 | $388.0 | $458.2 | $458.2 | $470.9 | $509.4 | $539.1 | $544.3 | $544.3 | $597.7 | $649.8 | $695.1 | $760.9 | $760.9 | $816.5 | $879.1 | $936.1 | $1,015.4 | $1,015.4 |
| Deferred Revenues, Non-Current Portion | $198.9 | 218.3 | 246.3 | 296.1 | 355.6 | $355.6 | 394.6 | 442.4 | 476.8 | 516.6 | $516.6 | 563.4 | 616.8 | 674.0 | 739.6 | $739.6 | 801.2 | 869.3 | 941.2 | 1,022.8 | $1,022.8 |
| Long-Term Debt | 0.0 | 0.0 | 415.7 | 422.6 | 429.6 | 429.6 | 436.7 | 444.0 | 451.4 | 451.4 | 451.4 | 451.4 | 451.4 | 451.4 | 451.4 | 451.4 | 451.4 | 451.4 | 451.4 | 451.4 | 451.4 |
| Other Long-Term Liabilities | 11.1 | 11.1 | 8.2 | 14.1 | 29.7 | 29.7 | 39.5 | 39.8 | 29.1 | 29.1 | 29.1 | 29.1 | 29.1 | 29.1 | 29.1 | 29.1 | 29.1 | 29.1 | 29.1 | 29.1 | 29.1 |
| **Total Liabilities** | $521.1 | $548.3 | $1,045 | $1,121 | $1,273.1 | $1,273.1 | $1,341.8 | $1,436 | $1,496 | $1,541 | $1,541 | $1,642 | $1,747 | $1,850 | $1,981 | $1,981 | $2,098 | $2,229 | $2,358 | $2,519 | $2,519 |
| **EQUITY** | | | | | | | | | | | | | | | | | | | | | |
| Shareholders' Equity | $217.1 | $216.6 | $300.5 | $354.6 | $326.8 | $326.8 | $431.3 | $385.5 | $305.4 | $136.0 | $136.0 | $19.6 | ($32.0) | ($83.0) | ($51.8) | ($51.8) | ($136.7) | ($88.7) | ($245.0) | ($292.6) | ($292.6) |
| **Total Liab & Shrhldrs Equity** | $738.2 | $764.9 | $1,345 | $1,475 | $1,599.9 | $1,599.9 | $1,773.1 | $1,821 | $1,802 | $1,677 | $1,677 | $1,661 | $1,715 | $1,766 | $1,929 | $1,929 | $1,961 | $2,140 | $2,113 | $2,226 | $2,226 |
| **BALANCE SHEET METRICS** | | | | | | | | | | | | | | | | | | | | | |
| Current Ratio | 1.9x | 1.9x | 3.1x | 3.1x | 2.8x | 2.8x | 2.7x | 2.6x | 2.4x | 2.2x | 2.2x | 2.0x | 1.9x | 1.8x | 1.9x | 1.9x | 1.8x | 1.8x | 1.7x | 1.7x | 1.7x |
| Quick Ratio | 1.0x | 1.0x | 1.0x | 1.0x | 1.0x | 1.2x | 1.2x | 1.2x | 1.2x | 1.2x | 1.2x | 1.2x | 1.2x | 1.2x | 1.2x | 0.8x | 1.2x | 1.2x | 1.2x | 1.2x | 0.7x |
| Debt to Capital | 0.0% | 0.0% | 58.0% | 54.4% | 56.8% | 0.0% | 50.3% | 53.5% | 59.6% | 76.8% | 76.8% | 95.8% | 107.6% | 122.5% | 113.0% | 113.0% | 143.4% | 124.5% | 218.7% | 284.3% | 284.3% |
| Debt to Assets | 0.0% | 0.0% | 30.9% | 28.6% | 0.0% | 0.0% | 0.0% | 24.4% | 25.1% | 26.9% | 26.9% | 27.2% | 26.3% | 25.6% | 23.4% | 23.4% | 23.0% | 21.1% | 21.4% | 20.3% | 20.3% |
| Return on Equity | NM | -11.4% | -7.7% | -9.8% | -5.8% | NM | -5.5% | -10.5% | -33.7% | -89.4% | -212.2% | -367.6% | 242.6% | 120.4% | 176.2% | 657.9% | 42.2% | 86.0% | 48.3% | 12.0% | 98.2% |
| **Days Sales Outstanding (DSO)** | 69 | 56 | 56 | 60 | 77 | 62 | 68 | 66 | 76 | 72 | 71 | 68 | 64 | 69 | 70 | 68 | 67 | 63 | 68 | 69 | 67 |
| **Days Payables Outstanding (DPO)** | 78 | 61 | 54 | 63 | 91 | 67 | 91 | 80 | 104 | 75 | 87 | 73 | 72 | 70 | 70 | 71 | 70 | 70 | 70 | 70 | 70 |
| Cash Conversion Cycle | -8 | -5 | 2 | -2 | -15 | -5 | -22 | -14 | -27 | -3 | -16 | -5 | -8 | -1 | 0 | -4 | -3 | -7 | -2 | -1 | -3 |
| Inventory Turns | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Book Value Per Share | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Deferred Revenue | $369.1 | $408.8 | $478.0 | $539.9 | $631.2 | $631.2 | $701.8 | $779.9 | $838.3 | $908.2 | $908.2 | $990.5 | $1,084.3 | $1,184.9 | $1,300.1 | $1,300.1 | $1,408.4 | $1,528.2 | $1,654.6 | $1,798.0 | $1,798.0 |
| **Net cash and Equivalents** | $349 | $366 | $503 | $501 | $505 | $505 | $528 | $522 | $489 | $443 | $443 | $397 | $435 | $461 | $585 | $585 | $598 | $766 | $705 | $775 | $775 |
| **Net Cash Per Share** | $2.46 | $2.33 | $3.11 | $3.00 | $2.95 | $3.07 | $3.01 | $2.91 | $2.67 | $2.37 | $2.45 | $2.09 | $2.24 | $2.34 | $2.91 | $2.99 | $2.92 | $3.68 | $3.33 | $3.60 | $3.69 |

Current disclosure information for this company can be found at http://www.piperjaffray.com/researchdisclosures.

**Nutanix**
Statement of Cash Flows
($ in millions, except per share)

**Andrew J. Nowinski**
(612) 303-6933
andrew.j.nowinski@pjc.com

| | FY17 | Oct Q1 18 | Jan Q2 18 | Apr Q3 18 | Jul Q4 18 | FY18 | Oct Q1 19 | Jan Q2 19 | Apr Q3 19 | Jul Q4 19E | FY19E | Oct Q1 20 | Jan Q2 20 | Apr Q3 20 | Jul Q4 20 | FY20E | Oct Q1 21E | Jan Q2 21E | Apr Q3 21E | Jul Q4 21E | FY21E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash flows from operating activities:** | | | | | | | | | | | | | | | | | | | | | |
| Net Income | ($379.6) | ($61.5) | ($62.6) | ($85.7) | ($87.4) | ($297.2) | ($94.3) | ($122.8) | ($209.8) | ($228.4) | ($655.3) | ($178.7) | ($184.5) | ($206.8) | ($198.2) | ($768.3) | ($164.5) | ($183.1) | ($225.1) | ($142.0) | ($714.7) |
| Depreciation | 38.4 | 11.3 | 11.7 | 13.0 | $14.3 | 50.3 | 16.2 | 18.8 | 20.7 | 21.2 | 77.0 | 21.7 | 22.2 | 22.7 | 23.2 | 89.9 | 23.7 | 24.2 | 24.7 | 25.2 | 97.9 |
| Stock Compensation | 231.5 | 35.5 | 42.0 | 44.9 | $55.4 | 177.9 | 65.9 | 72.6 | 94.8 | 59.0 | 292.3 | 62.3 | 68.0 | 70.2 | 77.4 | 277.9 | 79.6 | 83.6 | 83.8 | 90.4 | 337.4 |
| Change in Fair Value of Preferred Stock Warrants | 21.1 | 0.0 | (4.0) | 0.6 | $15.6 | 12.3 | 6.3 | 7.3 | 7.4 | | 21.0 | | | | | 0.0 | | | | | 0.0 |
| Other | 6.0 | 0.4 | 0.5 | 6.6 | ($8.4) | (1.0) | (0.8) | (0.4) | (0.7) | | (1.8) | | | | | 0.0 | | | | | 0.0 |
| **Changes in assets and liabilities:** | | | | | | | | | | | | | | | | | | | | | |
| Accounts Receivable | (67.4) | 7.3 | (7.8) | (14.8) | ($64.0) | (79.3) | 23.5 | (9.9) | 3.2 | 11.6 | 28.4 | (25.0) | (7.3) | (29.8) | (34.9) | (97.1) | (4.2) | 0.6 | (31.7) | (39.4) | (74.7) |
| Deferred Commissions | (24.5) | (8.5) | (17.6) | (3.1) | ($11.7) | (40.9) | (7.7) | (7.9) | (9.2) | 33.0 | 8.2 | 2.4 | (5.8) | 4.3 | (2.2) | (1.3) | (6.2) | (7.0) | 3.1 | (0.1) | (10.2) |
| Prepaid Expenses and Other Assets | (15.8) | (0.3) | (2.5) | (2.5) | ($32.0) | (37.4) | (3.8) | (12.7) | 11.4 | 32.4 | 27.3 | (3.7) | (0.4) | 2.5 | (0.1) | (1.7) | (2.5) | 2.0 | (0.6) | 1.3 | 0.2 |
| Accounts Payable | 21.3 | (6.5) | (10.1) | 10.2 | ($10.1) | (16.5) | 1.3 | 6.3 | 10.9 | (26.9) | (8.4) | 4.6 | 3.4 | (1.3) | 5.7 | 12.4 | 2.4 | 3.6 | 0.7 | 5.7 | 12.4 |
| Deferred Revenue | 145.2 | 39.8 | 69.2 | 61.8 | $91.3 | 262.0 | 70.3 | 78.1 | 58.4 | 69.9 | 276.7 | 82.3 | 93.7 | 100.6 | 115.2 | 391.9 | 108.3 | 119.8 | 126.4 | 143.4 | 497.9 |
| Accrued and Other liabilities | 37.6 | (7.5) | 27.7 | (17.7) | $59.6 | 62.2 | (27.1) | 9.2 | (23.6) | 1.9 | (39.6) | 13.3 | 8.4 | 3.1 | 10.4 | 35.2 | 6.5 | 7.3 | 1.8 | 11.7 | 27.4 |
| **Net cash provided by operating activities** | **$13.9** | **$10.1** | **$46.4** | **$13.3** | **$22.7** | **$92.6** | **$49.8** | **$38.5** | **($36.5)** | **($26.1)** | **$25.7** | **($20.8)** | **($2.3)** | **($34.5)** | **($3.4)** | **($60.9)** | **$43.2** | **$50.9** | **($16.8)** | **$96.3** | **$173.6** |
| | | | | | | | | | | | | | | | | | | | | | |
| **Cash flows from investing activities:** | | | | | | | | | | | | | | | | | | | | | |
| Purchases of Property and Equipment | ($50.2) | ($18.0) | ($14.0) | ($14.1) | ($16.3) | (62.4) | ($29.8) | ($42.6) | ($22.4) | ($20.0) | ($114.8) | ($25.0) | ($25.0) | ($25.0) | ($25.0) | ($100.0) | ($30.0) | ($30.0) | ($30.0) | ($30.0) | ($120.0) |
| Purchase of Investments | (242.5) | (59.1) | (124.0) | (302.7) | (230.6) | (716.4) | (79.8) | (87.3) | (157.5) | 4.0 | (320.6) | 6.0 | 5.0 | 5.0 | 4.0 | 20.0 | 6.0 | 5.0 | 5.0 | 4.0 | 20.0 |
| Acquisitions | (0.2) | 0.0 | 0.0 | (22.8) | $0.6 | (22.2) | (18.7) | 0.0 | (0.4) | | (19.0) | | | | | 0.0 | | | | | 0.0 |
| Maturities of Short-Term Investments | 116.8 | 35.9 | 49.0 | 62.9 | $149.6 | 297.5 | 143.4 | 154.2 | 163.0 | | 460.6 | | | | | | | | | | |
| **Net cash used in investing activities** | **($176.1)** | **($41.2)** | **($89.0)** | **($276.6)** | **($96.8)** | **($503.6)** | **$15.1** | **$24.3** | **($17.3)** | **($16.0)** | **$6.1** | **($19.0)** | **($20.0)** | **($20.0)** | **($21.0)** | **($80.0)** | **($24.0)** | **($25.0)** | **($25.0)** | **($26.0)** | **($100.0)** |
| | | | | | | | | | | | | | | | | | | | | | |
| **Cash flows from financing activities:** | | | | | | | | | | | | | | | | | | | | | |
| Proceeds from Line of Credit | $0.0 | $0.0 | $0.0 | 0.0 | $0.0 | 0.0 | $0.0 | $0.0 | 0.0 | | $0.0 | | | | | $0.0 | | | | | $0.0 |
| Payment on Line of Credit | 0.0 | 0.0 | 0.0 | 0.0 | $0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 | | | | | 0.0 | | | | | 0.0 |
| Issuance of Common Stock | 252.8 | 25.2 | 11.6 | 31.4 | $3.8 | 72.0 | (1.0) | 0.9 | 0.1 | | 0.0 | | | | | 0.0 | | | | | 0.0 |
| Proceeds from Exercise of Early Stock Options | 32.3 | (0.1) | 0.0 | (1.4) | ($0.3) | (1.8) | 29.9 | 3.5 | 31.9 | | 65.2 | | | | | 0.0 | | | | | 0.0 |
| Proceeds from Convertible Preferred Stock, Net | (83.6) | 0.0 | 509.0 | (0.3) | ($0.4) | 508.4 | (0.1) | (0.9) | 0.9 | | (0.1) | | | | | 0.0 | | | | | 0.0 |
| **Net cash provided by financing activities** | **$201.4** | **$25.1** | **$520.6** | **$29.7** | **$3.2** | **$578.6** | **$28.8** | **$3.5** | **$32.9** | **$0.0** | **$65.2** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0.0** |
| | | | | | | | | | | | | | | | | | | | | | |
| Effect of FX on cash / Rest. Cash | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | ($0.1) | $0.1 | $0.0 | ($0.0) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Net increase (decrease) in cash | $39.2 | ($5.9) | $478.0 | ($233.7) | ($70.8) | $167.6 | $93.8 | $66.2 | ($20.9) | ($42.1) | $97.0 | ($39.8) | ($22.3) | ($54.5) | ($24.4) | ($140.9) | $19.2 | $25.9 | ($41.8) | $70.3 | $73.6 |
| Cash, beginning of period | $99.2 | $138.4 | $132.5 | $610.4 | $376.8 | $138.4 | $306.0 | $399.8 | $466.0 | $445.1 | $306.0 | $403.0 | $363.2 | $340.9 | $286.4 | $403.0 | $262.1 | $281.2 | $307.2 | $265.4 | $262.1 |
| **Cash, end of period** | **$138.4** | **$132.5** | **$610.4** | **$376.8** | **$306.0** | **$306.0** | **$399.8** | **$466.0** | **$445.1** | **$403.0** | **$403.0** | **$363.2** | **$340.9** | **$286.4** | **$262.1** | **$262.1** | **$281.2** | **$307.2** | **$265.4** | **$335.7** | **$335.7** |

| **Free Cash Flow Analysis** | FY17 | Q1 18 | Q2 18 | Q3 18 | Q4 18 | FY18 | Q1 19 | Q2 19 | Q3 19 | Q4 19E | FY19E | Q1 20 | Q2 20 | Q3 20 | Q4 20 | FY20E | Q1 21E | Q2 21E | Q3 21E | Q4 21E | FY21E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash From Operations | $13.8 | $10.1 | $46.4 | $13.3 | $22.7 | $92.6 | $49.8 | $38.5 | ($36.5) | ($26.1) | $25.7 | ($20.8) | ($2.3) | ($34.5) | ($3.4) | ($60.9) | $43.2 | $50.9 | ($16.8) | $96.3 | $173.6 |
| Capex | (50.2) | (18.0) | (14.0) | (14.1) | (16.3) | (62.4) | (29.8) | (42.6) | (22.4) | (20.0) | (114.8) | (25.0) | (25.0) | (25.0) | (25.0) | (100.0) | (30.0) | (30.0) | (30.0) | (30.0) | (120.0) |
| **Free Cash Flow** | **($36.4)** | **($7.9)** | **$32.4** | **($0.8)** | **$6.5** | **$30.2** | **$20.0** | **($4.1)** | **($58.9)** | **($46.1)** | **($89.1)** | **($45.8)** | **($27.3)** | **($59.5)** | **($28.4)** | **($160.9)** | **$13.2** | **$20.9** | **($46.8)** | **$66.3** | **$53.6** |
| Y/Y Chg | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| *Consensus Free Cash Flow* | *($56.2)* | *($11.0)* | *($7.6)* | *($0.2)* | *$5.3* | *($13.5)* | *($5.0)* | *($2.6)* | *($42.6)* | *($37.9)* | *($88.2)* | *($25.3)* | *($11.8)* | *($30.8)* | *$11.7* | *($56.3)* | *$31.4* | *$21.1* | *$27.3* | *$56.3* | *$136.1* |
| | | | | | | | | | | | | | | | | | | | | | |
| **Free Cash Flow Margin** | (4.3%) | (2.9%) | 11.3% | -0.3% | 2.1% | 2.6% | 6.4% | -1.2% | -20.5% | -15.6% | -7.2% | -13.2% | -7.2% | -15.2% | -6.6% | -10.4% | 2.9% | 4.3% | -9.5% | 12.4% | 2.7% |
| *Consensus Free Cash Flow Margin* | *(7.4%)* | *(4.1%)* | *(2.7%)* | *(0.1%)* | *1.8%* | *(1.2%)* | *(1.7%)* | *(0.8%)* | *(14.3%)* | *(11.7%)* | *(7.0%)* | *(7.3%)* | *(3.2%)* | *(8.0%)* | *2.8%* | *(3.7%)* | *7.0%* | *4.4%* | *5.6%* | *10.3%* | *7.0%* |

Current disclosure information for this company can be found at http://www.piperjaffray.com/researchdisclosures.

**Nutanix**
Key Data
($ in Million, Except ASP is in Thousands)

**Andrew J. Nowinski**
(612) 303-6933
andrew.j.nowinski@pjc.com

| Billings | FY17 | Oct Q1 18 | Jan Q2 18 | Apr Q3 18 | Jul Q4 18 | FY18 | Oct Q1 19 | Jan Q2 19 | Apr Q3 19 | Jul Q4 19E | FY19E | Oct Q1 20 | Jan Q2 20E | Apr Q3 20E | Jul Q4 20E | FY20E | Oct Q1 21E | Jan Q2 21E | Apr Q3 21E | Jul Q4 21E | FY21E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL REVENUE | $845.9 | $275.6 | $286.7 | $289.4 | $303.7 | $1,155.5 | $313.3 | $335.4 | $287.6 | $295.0 | $1,231.3 | $346.0 | $378.0 | $390.0 | $430.0 | $1,544.0 | $455.0 | $483.0 | $490.0 | $535.0 | $1,963.0 |
| Consensus Revenue | $758.8 | $266.9 | $283.2 | $278.7 | $298.5 | $1,150.2 | $305.2 | $331.2 | $297.2 | $324.4 | $1,268.1 | $345.0 | $374.3 | $383.0 | $423.6 | $1,518.2 | $449.6 | $478.5 | $488.0 | $545.7 | $1,948.3 |
| (+) CHANGE IN S-T DEFERRED REVENUE | 68.5 | 20.5 | 41.1 | 12.0 | 31.9 | 105.5 | 31.5 | 30.2 | 24.0 | 30.2 | 115.9 | 35.5 | 40.4 | 43.4 | 49.7 | 169.0 | 46.7 | 51.6 | 54.5 | 61.8 | 214.7 |
| (+) CHANGE IN L-T DEFERRED REVENUE | 82.1 | 19.3 | 28.0 | 49.9 | 59.4 | 156.6 | 39.0 | 47.8 | 34.4 | 39.8 | 161.0 | 46.8 | 53.3 | 57.2 | 65.6 | 222.9 | 61.6 | 68.1 | 71.9 | 81.6 | 283.2 |
| (-) ACQUIRED DEFERRED REVENUE | (6.0) | 0.0 | 0.0 | (0.1) | 0.0 | (0.1) | (0.3) | 0.0 | 0.0 | 0.0 | (0.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| CHANGE IN TOTAL DEFERRED REVENUE | 144.6 | 39.8 | 69.2 | 61.8 | 91.3 | 262.0 | 70.3 | 78.1 | 58.4 | 69.9 | 276.7 | 82.3 | 93.7 | 100.6 | 115.2 | 391.9 | 108.3 | 119.8 | 126.4 | 143.4 | 497.9 |
| TOTAL BILLINGS | $990.5 | $315.3 | $355.9 | $351.2 | $395.1 | $1,417.5 | $383.6 | $413.4 | $346.0 | $365.0 | $1,508.0 | $428.3 | $471.7 | $490.6 | $545.2 | $1,935.9 | $563.3 | $602.8 | $616.4 | $678.4 | $2,460.9 |
| Consensus Billings | $1,000.5 | $307.0 | $321.9 | $351.2 | $372.4 | $1,394.9 | $383.8 | $416.5 | $359.4 | $406.0 | $1,561.0 | $430.0 | $470.3 | $483.1 | $530.8 | $1,925.7 | $566.3 | $607.2 | $631.4 | $701.4 | $2,529.0 |
| Billings:Revenue Ratio | 1.17 | 1.14 | 1.24 | 1.21 | 1.30 | 1.23 | 1.22 | 1.23 | 1.20 | 1.24 | 1.22 | 1.24 | 1.25 | 1.26 | 1.27 | 1.25 | 1.24 | 1.25 | 1.26 | 1.27 | 1.25 |
| Management Guidance | | | | | | | | | | | | | | | | | | | | | |
| Low | | | | | | | $370 | $410 | $360 | $350 | | | | | | | | | | | |
| Mid | | | | | | | $380 | $415 | $365 | $365 | | | | | | | | | | | |
| High | | | | | | | $390 | $420 | $370 | $380 | | | | | | | | | | | |

| Bookings by Customer | FY17 | Q1 18 | Q2 18 | Q3 18 | Q4 18 | FY18 | Q1 19 | Q2 19 | Q3 19 | Q4 19E | FY19E | Q1 20 | Q2 20E | Q3 20E | Q4 20E | FY20E | Q1 21E | Q2 21E | Q3 21E | Q4 21E | FY21E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOOKINGS FROM NEW CUSTOMERS | $329.5 | $78.8 | $121.0 | $94.8 | $118.5 | $413.2 | $92.1 | $103.4 | $86.5 | | | | | | | | | | | | |
| % of Billings | 33% | 25% | 34% | 27% | 30% | 29% | 24% | 25% | 25% | | | | | | | | | | | | |
| Y/Y Chg (%) | 44% | -6% | 33% | 40% | 37% | 25% | 17% | -15% | -9% | | | | | | | | | | | | |
| Q/Q Chg (%) | | -9% | 53% | -22% | 25% | | -78% | 12% | -16% | | | | | | | | | | | | |
| BOOKINGS FROM EXISTING CUSTOMERS | $660.9 | $236.5 | $234.9 | $256.4 | $276.5 | $1,004.3 | $291.5 | $310.1 | $259.5 | | | | | | | | | | | | |
| % of Billings | 67% | 75% | 66% | 73% | 70% | 71% | 76% | 75% | 75% | | | | | | | | | | | | |
| Y/Y Chg (%) | 62% | 52% | 72% | 54% | 37% | 52% | 23% | 32% | 1% | | | | | | | | | | | | |
| Q/Q Chg (%) | | 17% | -1% | 9% | 8% | | -71% | 6% | -16% | | | | | | | | | | | | |

| Customer Metrics | FY17 | Q1 18 | Q2 18 | Q3 18 | Q4 18 | FY18 | Q1 19 | Q2 19 | Q3 19 | Q4 19E | FY19E | Q1 20 | Q2 20E | Q3 20E | Q4 20E | FY20E | Q1 21E | Q2 21E | Q3 21E | Q4 21E | FY21E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL CUSTOMERS | 7,051 | 7,813 | 8,870 | 9,690 | 10,610 | 10,610 | 11,490 | 12,410 | 13,190 | | | | | | | | | | | | |
| NEW TOTAL CUSTOMERS | 3283 | 762 | 1057 | 820 | 920 | 3,559 | 880 | 920 | 780 | | | | | | | | | | | | |
| Y/Y Chg (%) | 66.7% | 8% | 16% | 4% | 5% | 8.4% | 15% | -13% | -5% | | | | | | | | | | | | |
| NEW NON-G2000 CUSTOMERS | 3,113 | 722 | 1,017 | 800 | 880 | 3,419 | 860 | 880 | 760 | | | | | | | | | | | | |
| Y/Y Chg (%) | 73.9% | 8.6% | 18.4% | 8.1% | 3.7% | 9.8% | 19.1% | -13.5% | -5.0% | | | | | | | | | | | | |
| NEW G2000 CUSTOMERS | 170 | 40 | 40 | 20 | 40 | 140 | 20 | 40 | 20 | | | | | | | | | | | | |
| Y/Y Chg (%) | -5.0% | 0.0% | -20.0% | -60.0% | 33.3% | -17.6% | -50.0% | 0.0% | 0.0% | | | | | | | | | | | | |
| TOTAL NON-G2000 CUSTOMERS | 6,491 | 7,213 | 8,230 | 9,030 | 9,910 | 9,910 | 10,770 | 11,650 | 12,410 | | | | | | | | | | | | |
| Y/Y Chg (%) | | | | | | | | | | | | | | | | | | | | | |
| TOTAL G2000 CUSTOMERS | 560 | 600 | 640 | 660 | 700 | 700 | 720 | 760 | 780 | | | | | | | | | | | | |
| Y/Y Chg (%) | 43.6% | 39.5% | 33.3% | 24.5% | 25.0% | 25.0% | 20.0% | 18.8% | 18.2% | | | | | | | | | | | | |
| % of G2000 | 28.0% | 30.0% | 32.0% | 33.0% | 35.0% | 35.0% | 36.0% | 38.0% | 39.0% | | | | | | | | | | | | |
| NON-PORTABLE SOFTWARE BILLINGS | | $126.9 | $131.0 | $139.1 | $147.0 | $544.0 | $146.6 | $131.6 | $88.7 | | | | | | | | | | | | |
| SUBSCRIPTION SOFTWARE BILLINGS | | $98.9 | $136.6 | $143.0 | $203.5 | $582.0 | $194.8 | $233.6 | $224.3 | | | | | | | | | | | | |
| HARDWARE BILLINGS | | $80.8 | $81.4 | $59.2 | $35.9 | $257.3 | $32.5 | $37.9 | $21.9 | | | | | | | | | | | | |
| PROFESSIONAL SERVICES BILLINGS | | $8.7 | $6.9 | $9.9 | $8.7 | $34.2 | $9.7 | $10.3 | $11.1 | | | | | | | | | | | | |
| Y/Y - NON-PORTABLE SOFTWARE BILLINGS | | | | | | | 15.5% | 0.5% | -36.2% | | | | | | | | | | | | |
| Y/Y - SUBSCRIPTION SOFTWARE BILLINGS | | | | | | | 96.9% | 71.0% | 56.9% | | | | | | | | | | | | |
| Y/Y - HARDWARE BILLINGS | | | | | | | -59.7% | -53.4% | -63.1% | | | | | | | | | | | | |
| Y/Y - PROFESSIONAL SERVICES BILLINGS | | | | | | | 11.2% | 48.7% | 12.6% | | | | | | | | | | | | |
| % - NON-PORTABLE SOFTWARE BILLINGS | | 40.2% | 36.8% | 39.6% | 37.2% | 38.4% | 38.2% | 31.8% | 25.6% | | | | | | | | | | | | |
| % - SUBSCRIPTION SOFTWARE BILLINGS | | 31.4% | 38.4% | 40.7% | 51.5% | 41.1% | 50.8% | 56.5% | 64.8% | | | | | | | | | | | | |
| % - HARDWARE BILLINGS | | 25.6% | 22.9% | 16.9% | 9.1% | 18.2% | 8.5% | 9.2% | 6.3% | | | | | | | | | | | | |
| % - PROFESSIONAL SERVICES BILLINGS | | 2.8% | 1.9% | 2.8% | 2.2% | 2.4% | 2.5% | 2.5% | 3.2% | | | | | | | | | | | | |
| SOFTWARE BILLINGS | $438.6 | $138.7 | $149.5 | $158.0 | $189.6 | $635.9 | NA | NA | NA | | | | | | | | | | | | |
| SUPPORT BILLINGS | $316.2 | $94.6 | $124.6 | $133.4 | $169.9 | $522.5 | NA | NA | NA | | | | | | | | | | | | |
| PASS-THROUGH HARDWARE | $754.8 | $233.4 | $274.0 | $291.5 | $359.5 | $1,158.4 | NA | NA | NA | | | | | | | | | | | | |
| SOFTWARE BILLINGS | 44.3% | 44% | 42% | 45% | 48% | 44.9% | NA | NA | NA | | | | | | | | | | | | |
| SUPPORT BILLINGS | 31.9% | 30% | 35% | 38% | 43% | 36.9% | NA | NA | NA | | | | | | | | | | | | |
| PASS-THROUGH HARDWARE | | 26% | 23% | 17% | 9% | | 7% | 5% | 5% | 5% | | | | | | | | | | | | |
| ACROPOLIS ADOPTION (% OF NODES (TTM)) | 26% | 28.0% | 30.0% | 33.0% | 35.0% | 35% | 38.0% | 40.0% | 42.0% | | | | | | | | | | | | |
| % of DEALS >1 PRODUCTS in ESSENTIALS/ENT | 7% | | | | | 17% | 19.0% | 21.0% | 23.0% | | | | | | | | | | | | |

| Sales by Region | FY17 | Q1 18 | Q2 18 | Q3 18 | Q4 18 | FY18 | Q1 19 | Q2 19 | Q3 19 | Q4 19E | FY19E | Q1 20 | Q2 20E | Q3 20E | Q4 20E | FY20E | Q1 21E | Q2 21E | Q3 21E | Q4 21E | FY21E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UNITED STATES | $488.1 | $187.4 | $165.8 | $135.3 | $160.4 | $648.8 | $181.0 | $180.7 | $158.2 | | | | | | | | | | | | |
| % of Total | 57.7% | 68.0% | 57.8% | 46.7% | 52.8% | 56.2% | 57.8% | 53.9% | 55.0% | | | | | | | | | | | | |
| INTERNATIONAL | $357.6 | $88.2 | $121.0 | $154.1 | $143.4 | $506.7 | $132.3 | $154.7 | $129.4 | | | | | | | | | | | | |
| % of Total | 42.3% | 32.0% | 42.2% | 53.3% | 47.2% | 43.8% | 42.2% | 46.1% | 45.0% | | | | | | | | | | | | |
| EMEA | $138.8 | $37.4 | $51.7 | $74.9 | $60.3 | $224.4 | $54.8 | $69.6 | | | | | | | | | | | | | |
| % of Total | 16.4% | 13.6% | 18.0% | 25.9% | 19.9% | 19.4% | 17.5% | 20.8% | | | | | | | | | | | | | |
| APAC | $186.7 | $44.9 | $59.3 | $68.6 | $67.5 | $240.2 | $67.2 | $71.8 | | | | | | | | | | | | | |
| % of Total | 22.1% | 16.3% | 20.7% | 23.7% | 22.2% | 20.8% | 21.5% | 21.4% | | | | | | | | | | | | | |
| OTHER AMERICAS | $32.1 | $5.9 | $9.9 | $10.6 | $15.6 | $42.0 | $10.3 | $13.3 | | | | | | | | | | | | | |
| % of Total | 3.8% | 2.1% | 3.5% | 3.7% | 5.1% | 3.6% | 3.3% | 4.0% | 0.0% | | | | | | | | | | | | |
| TOTAL REVENUE | $845.7 | $275.6 | $286.7 | $289.4 | $303.7 | $1,155.5 | $313.3 | $335.4 | $287.6 | | | | | | | | | | | | |

| Headcount | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SALES AND MARKETING | 1362 | 1493 | 1606 | 1819 | 1925 | 1925 | 2102 | 2209 | 2416 | | | | | | | | | | | | |
| % OF FULLY PRODUCTIVE SALESFORCE | | | 65% | 57% | NA | | NA | NA | NA | | | | | | | | | | | | |
| R&D | 850 | 868 | 933 | 1094 | 1203 | 1203 | 657 | 705 | 740 | | | | | | | | | | | | |
| SUPPORT & OPERATIONS | 387 | 422 | 450 | 546 | 602 | 602 | 1314 | 1410 | 1429.7 | | | | | | | | | | | | |
| G&A | 214 | 226 | 244 | 252 | 281 | 281 | 307 | 376 | 345 | | | | | | | | | | | | |
| TOTAL EMPLOYEES | 2,813 | 3,009 | 3,223 | 3710 | 4010 | 4,010 | 4,380 | 4,700 | 4,930 | | | | | | | | | | | | |

## IMPORTANT RESEARCH DISCLOSURES



**Rating and Price Target History for: Nutanix, Inc. (NTNX) as of 05-30-2019**

| 10/25/16 I:OW:$36 | 11/29/16 OW:$40 | 03/02/17 OW:$36 | 05/25/17 OW:$27 | 08/31/17 OW:$28 | 11/30/17 OW:$40 | 01/19/18 OW:$44 | 03/12/18 OW:$57 | 05/24/18 OW:$62 | 08/27/18 OW:$66 | 11/27/18 OW:$65 | 03/01/19 OW:$47 |

Created by: BlueMatrix

Notes: The boxes on the Rating and Price Target History chart above indicate the date of the fundamental Equity Research Note, the rating and the price target. Each box represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first Note written during the past three years.

Legend:
I: Initiating Coverage
R: Resuming Coverage
T: Transferring Coverage
D: Discontinuing Coverage
S: Suspending Coverage
OW: Overweight
N: Neutral
UW: Underweight
NA: Not Available
UR: Under Review

| Distribution of Ratings/IB Services Piper Jaffray | | | | |
|---|---|---|---|---|
| | | | IB Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| **BUY [OW]** | **421** | **64.57** | **108** | **25.65** |
| **HOLD [N]** | **222** | **34.05** | **14** | **6.31** |
| **SELL [UW]** | **9** | **1.38** | **0** | **0.00** |

Note: Distribution of Ratings/IB Services shows the number of companies currently covered by fundamental equity research in each rating category from which Piper Jaffray and its affiliates received compensation for investment banking services within the past 12 months. FINRA rules require disclosure of which ratings most closely correspond with "buy," "hold," and "sell" recommendations. Piper Jaffray ratings are not the equivalent of buy, hold or sell, but instead represent recommended relative weightings. Nevertheless, Overweight corresponds most closely with buy, Neutral with hold and Underweight with sell. See Stock Rating definitions below.

### Analyst Certification — Andrew J. Nowinski, Sr. Research Analyst

The views expressed in this report accurately reflect my personal views about the subject company and the subject security. In addition, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this report.

Piper Jaffray research analysts receive compensation that is based, in part, on overall firm revenues, which include investment banking revenues.

Time of dissemination: 31 May 2019 03:48EDT.

### Research Disclosures

Piper Jaffray was making a market in the securities of Nutanix, Inc. at the time this research report was published. Piper Jaffray will buy and sell Nutanix, Inc. securities on a principal basis.

Within the past 3 years Piper Jaffray participated in a public offering of, or acted as a dealer manager for, Nutanix, Inc. securities.

Affiliate disclosures: Piper Jaffray is the trade name and registered trademark under which the corporate and investment banking products and services of Piper Jaffray Companies and its subsidiaries Piper Jaffray & Co. and Piper Jaffray Ltd. are marketed. Simmons Energy is a division of Piper Jaffray & Co. This report has been prepared by Piper Jaffray & Co. and/or its affiliate Piper Jaffray Ltd. Piper Jaffray & Co. is regulated by FINRA, NYSE and the United States Securities and Exchange Commission, and its headquarters are located at 800 Nicollet Mall, Minneapolis, MN 55402. Piper Jaffray Ltd. is authorized and regulated by the Financial Conduct Authority, and is located at 88 Wood Street, 13th Floor, London EC2V 7RS. Disclosures in this section and in the Other Important Information section referencing Piper Jaffray include all affiliated entities unless otherwise specified.

### Rating Definitions

Stock Ratings: Piper Jaffray fundamental research ratings are indicators of expected total return (price appreciation plus dividend) within the next 12 months. At times analysts may specify a different investment horizon or may include additional investment time horizons for specific stocks. Stock performance is measured relative to the group of stocks covered by each analyst. Lists of the stocks covered by each are available at www.piperjaffray.com/researchdisclosures. Stock ratings and/or stock coverage may be suspended from time to time in the event that there is no active analyst opinion or analyst coverage, but the opinion or coverage is expected to resume. Research reports and ratings should not be relied upon as individual investment advice. As always, an investor's decision to buy or sell a security must depend on individual circumstances, including existing holdings, time horizons and risk tolerance. Piper Jaffray sales and trading personnel may provide written or oral commentary, trade ideas, or other information about a particular stock to clients or internal trading desks reflecting different opinions than those expressed by the research analyst. In addition, Piper Jaffray offers technical research products that are based on different methodologies, may contradict the opinions contained in fundamental research reports, and could impact the price of the subject security. Recommendations based on technical analysis are intended for the professional trader, while fundamental opinions are typically suited for the longer-term institutional investor.

**Overweight (OW):** Anticipated to outperform relative to the median of the group of stocks covered by the analyst.

**Neutral (N):** Anticipated to perform in line relative to the median of the group of stocks covered by the analyst.

**Underweight (UW):** Anticipated to underperform relative to the median of the group of stocks covered by the analyst.

### Other Important Information

The material regarding the subject company is based on data obtained from sources we deem to be reliable; it is not guaranteed as to accuracy and does not purport to be complete. This report is solely for informational purposes and is not intended to be used as the primary basis of investment decisions. Piper Jaffray has not assessed the suitability of the subject company for any person. Because of individual client requirements, it is not, and it should not be construed as, advice designed to meet the particular investment needs of any investor. This report is not an offer or the solicitation of an offer to sell or buy any security. Unless otherwise noted, the price of a security mentioned in this report is the market closing price as of the end of the prior business day. Piper Jaffray does not maintain a predetermined schedule for publication of research and will not necessarily update this report. Piper Jaffray policy generally prohibits research analysts from sending draft research reports to subject companies; however, it should be presumed that the fundamental equity analyst(s) who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication, and has had assistance from the company in conducting diligence, including visits to company sites and meetings with company management and other representatives.Notice to customers: This material is not directed to, or intended for distribution to or use by, any person or entity if Piper Jaffray is prohibited or restricted by any legislation or regulation in any jurisdiction from making it available to such person or entity. Customers in any of the jurisdictions where Piper Jaffray and its affiliates do business who wish to effect a transaction in the securities discussed in this report should contact their local Piper Jaffray representative, or as otherwise noted below. Canada: This research report is distributed in Canada by CIBC World Markets Inc. Investors in Canada wishing to effect a transaction in the securities discussed in this report should contact their CIBC sales representative. This research report has not been prepared in accordance with the disclosure requirements of Dealer Member Rule 3400 – Research Restrictions and Disclosure Requirements of the Investment Industry Regulatory Organization of Canada. For further disclosure related to CIBC conflicts of interest please visit https://researchcentral.cibcwm.com. Europe: This material is for the use of intended recipients only and only for distribution to professional and institutional investors, i.e. persons who are authorised persons or exempted persons within the meaning of the Financial Services and Markets Act 2000 of the United Kingdom, or persons who have been categorised by Piper Jaffray Ltd. as professional clients under the rules of the Financial Conduct Authority. United States: This report is distributed in the United States by Piper Jaffray & Co., member SIPC, FINRA and NYSE, Inc., which accepts responsibility for its contents. The securities described in this report may not have been registered under the U.S. Securities Act of 1933 and, in such case, may not be offered or sold in the United States or to U.S. persons unless they have been so registered, or an exemption from the registration requirements is available.This report is produced for the use of Piper Jaffray customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Piper Jaffray & Co. Additional information is available upon request. Copyright 2019 Piper Jaffray. All rights reserved.

# EXHIBIT 11



| Company: | NUTANIX, INC. |
|---|---|
| Document: | 8-K • 11/27/2018 |
| Section: | Entire Document |
| File Number: | 001-37883 |
| Pages: | 4 |

4/9/2019 5:11:40 PM

Intelligize, Inc.          info@intelligize.com          1-888-925-8627

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

### CURRENT REPORT
**Pursuant to Section 13 or 15(d) of**
**The Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported)

**November 27, 2018**

# NUTANIX, INC.
(Exact name of registrant as specified in its charter)

| **Delaware** | **001-37883** | **27-0989767** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**1740 Technology Drive, Suite 150**
**San Jose, California 95110**
(Address of principal executive offices, including zip code)

**(408) 216-8360**
(Registrant's telephone number, including area code)

**Not Applicable**
(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02. Results of Operations and Financial Condition**

On November 27, 2018, Nutanix, Inc. (the "Company") issued a press release announcing the Company's financial results for its first fiscal quarter ended October 31, 2018. A copy of the Company's press release is attached hereto as Exhibit 99.1.

The information in this Form 8-K (including Exhibit 99.1) shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as expressly set forth by specific reference in such a filing.

**Item 9.01. Financial Statements and Exhibits.**

(d) Exhibits.

| Exhibit Number | Description |
|---|---|
| 99.1 | Press release issued by Nutanix, Inc. on November 27, 2018 |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**NUTANIX, INC.**

Date:  November 27, 2018                    By: */s/ Duston M. Williams*

Duston M. Williams
Chief Financial Officer
(Principal Financial Officer)

**EXHIBIT INDEX**

| Exhibit Number | Description |
|---|---|
| 99.1 | Press release issued by Nutanix, Inc. on November 27, 2018 |

Exhibit 99.1

# Nutanix Reports First Quarter Fiscal 2019 Financial Results

## *--Software and Support Billings Grow 50% YoY to $351 Million*

## *--Company Evolves Toward a Recurring Revenue Model with 51% of Billings from Subscriptions--Up from 31% in the Year-Ago Period*

## *--Subscription Revenue Up 104% YoY to $127 Million*

SAN JOSE, Calif.--(BUSINESS WIRE)--November 27, 2018--Nutanix, Inc. (NASDAQ: NTNX), a leader in enterprise cloud computing, today announced financial results for its first quarter of fiscal 2019, ended October 31, 2018.

**Q1 Fiscal 2019 Financial Highlights**

- **Revenue:** $313.3 million (at 78.6% non-GAAP gross margin), up from $275.6 million (at 61.9% non-GAAP gross margin) in the first quarter of fiscal 2018. This reflects the elimination of approximately $104 million in pass-through hardware revenue in the first quarter of fiscal 2019, up from $8 million in the first quarter of fiscal 2018, as the company nears the completion of its shift toward increasing software revenue[1]

- **Billings:** $383.6 million, up from $315.3 million in the first quarter of fiscal 2018. This reflects the elimination of approximately $104 million in pass-through hardware revenue in the first quarter of fiscal 2019, up from $8 million in the first quarter of fiscal 2018, as the company nears the completion of its shift toward increasing software revenue[1]

- **Software and Support Revenue:** $280.7 million, growing 44% year-over-year from $194.7 million in the first quarter of fiscal 2018

- **Software and Support Billings:** $351.0 million, growing 50% year-over-year from $234.5 million in the first quarter of fiscal 2018

- **Gross Margin:** GAAP gross margin of 76.3%, up from 60.6% in the first quarter of fiscal 2018; Non-GAAP gross margin of 78.6%, up from 61.9% in the first quarter of fiscal 2018

- **Net Loss:** GAAP net loss of $94.3 million, compared to a GAAP net loss of $61.5 million in the first quarter of fiscal 2018; Non-GAAP net loss of $23.7 million, compared to a non-GAAP net loss of $24.7 million in the first quarter of fiscal 2018

- **Net Loss Per Share:** GAAP net loss per share of $0.54, compared to a GAAP net loss per share of $0.39 in the first quarter of fiscal 2018; Non-GAAP net loss per share of $0.13, compared to a non-GAAP net loss per share of $0.16 in the first quarter of fiscal 2018

- **Cash and Short-term Investments:** $965.0 million, up 164% from the first quarter of fiscal 2018

- **Deferred Revenue:** $701.8 million, up 72% from the first quarter of fiscal 2018

- **Operating Cash Flow:** $49.8 million, compared to $10.1 million in the first quarter of fiscal 2018

- **Free Cash Flow:** $20.0 million, compared to negative free cash flow of $7.9 million in the first quarter of fiscal 2018

Reconciliations between GAAP and non-GAAP financial measures and key performance measures are provided in the tables of this press release.

"Our results this quarter prove that our core business continues to grow strongly and put us on a solid path to meet our goal of at least $3 billion in software and support billings by 2021," said Dheeraj Pandey, Chairman, Founder and CEO of Nutanix. "51% of our billings in our first quarter were derived from subscriptions, up from 31% in the same quarter last year, and our subscription revenue grew 104% year-over-year. As we look ahead, we expect to continue this shift towards subscription, driving a cloud-like, pay-as-you-grow business model."

**Recent Company Highlights**

- **Announces General Availability for Xi Leap Disaster Recovery Service:** After successfully completing its evaluation period with early access customers, Nutanix has made its Xi Leap disaster recovery service generally available to all customers, signing several customers in the first few weeks of introduction.

- **Expanded Customer Base:** Nutanix ended the first quarter of fiscal 2019 with 11,490 end-customers. First quarter results included deals with ABN AMRO Clearing Bank, AccorHotels, Airbus, Inchcape plc, JSE Limited, Shinsei Bank, Limited, Wintrust Financial Corporation and more.

- **Named a Leader in "The Forrester Wave: Hyperconverged Infrastructure, Q3 2018":** Nutanix believes that the designation as leader, combined with its history of high rankings in analyst research, further solidifies its place as a continued market leader across enterprise cloud and hyperconverged infrastructure.

- **Released Results of Enterprise Cloud Index, Validating Hybrid Cloud Strategy:** Conducted a Global IT Research Survey of 2,300 IT buyers that clearly shows that public cloud only is not the preferred state for IT, with 91% of respondents claiming that hybrid cloud is the ideal IT model. This research found that cloud interoperability and app mobility were of higher concern to IT professionals when considering hybrid cloud benefits than cost and security.

- **Introduces the Nutanix Customer Journey:** Nutanix today outlined new stages of the customer journey to help customers determine what products and solutions are best suited for their needs: beginning with *Nutanix Core* to modernize and deliver a cloud-like experience within the walls of their datacenters; *Nutanix Essentials* builds on the company's Core HCI offering to deliver even more automation and IT efficiency; and culminating in *Nutanix Enterprise* to enable customers to advance into hybrid and multicloud deployments with offerings including Xi Cloud Services.

- **Launched New Beam Functionality Extending its Capabilities to the Private Cloud:** Newly introduced Beam features extend its cost visibility and optimization capabilities into Nutanix on-prem deployments. With this new update, Beam customers get full visibility and insight into the entirety of their infrastructure environment, including public and private clouds, so they can choose the right cloud for every application.

- **Achieved FedRAMP Ready Designation for Nutanix Frame:** Nutanix Frame was granted Federal Risk and Authorization Management Program (FedRAMP) Ready designation for the Nutanix Frame for Government platform to deliver secure application workspaces on U.S. government approved clouds.

- **Announces New Xi Cloud Services for the Modern Multicloud Era at .NEXT London Conference:** Introduces the general availability of Xi Cloud Services, a new suite of offerings designed to create a more unified fabric across different cloud environments, giving IT teams the freedom to run their applications on the optimal platform. Xi Cloud Services is comprised of five distinct offerings at launch, including Xi Leap, a native extension of the Nutanix Enterprise Cloud Platform providing disaster recovery as a service, and Xi IoT, an intelligent edge computing platform.

**Q2 Fiscal 2019 Financial Outlook**

For the second quarter of fiscal 2019, Nutanix expects:

- Revenue between $325 and $335 million;

- Billings between $410 and $420 million;

- Non-GAAP gross margin between 78% and 79%;

- Non-GAAP operating expenses between $300 and $310 million; and

- Non-GAAP loss per share of approximately $0.25, using approximately 180 million weighted shares outstanding

[1]The elimination of hardware revenue is based on the estimated cost of hardware in transactions where our customers purchase such hardware directly from our contract manufacturers.

Supplementary materials to this earnings release, including the company's first quarter fiscal 2019 investor presentation, can be found at https://ir.nutanix.com/company/financial.

All forward-looking non-GAAP financial measures contained in the section titled "Q2 Fiscal 2019 Financial Outlook" exclude stock-based compensation expense and amortization of intangible assets and may also exclude, as applicable, other special items. The company has not reconciled guidance for non-GAAP gross margin, non-GAAP operating expenses and non-GAAP loss per share to their most directly comparable GAAP measures because such items that impact these measures are not within its control and are subject to constant change. While the actual amounts of such items will have a significant impact on the company's non-GAAP gross margin, non-GAAP operating expenses and non-GAAP loss per share, a reconciliation of the non-GAAP financial measure guidance to the corresponding GAAP measures is not available without unreasonable effort.

**Webcast and Conference Call Information**

Nutanix executives will discuss the company's first quarter fiscal 2019 financial results on a conference call at 4:30 p.m. Eastern Time/1:30 p.m. Pacific Time today. To listen to the call via telephone, dial 1-833-227-5841 in the United States or 1-647-689-4068 from outside the United States. The conference ID is 7496942. This call will be webcast live and available to all interested parties on our Investor Relations website at ir.nutanix.com. Shortly after the conclusion of the conference call, a replay of the audio webcast will be available on the Nutanix Investor Relations website. A telephonic replay will be available for one week by calling 1-800-585-8367 or 1-416-621-4642, and entering the conference ID 7496942.

**Non-GAAP Financial Measures and Other Key Performance Measures**

To supplement our condensed consolidated financial statements, which are prepared and presented in accordance with GAAP, we use the following non-GAAP financial and other key performance measures: billings, non-GAAP gross margin, non-GAAP operating expenses, non-GAAP net loss, pro forma non-GAAP net loss per share, free cash flow, software and support revenue, software and support billings, and subscription and professional services billings. In computing these non-GAAP financial measures and key performance measures, we exclude certain items such as stock-based compensation and the related income tax impact, costs associated with our acquisitions (such as amortization of acquired intangible assets, revaluation of contingent consideration, income tax-related impact, and other acquisition-related costs), amortization of debt discount and issuance costs, other non-recurring transactions and the related tax impact and the revenue and billings associated with pass-through hardware sales. Billings is a performance measure which our management believes provides useful information to investors because it represents the amounts under binding purchase orders received by us during a given period that have been billed, and we calculate billings by adding the change in deferred revenue between the start and end of the period to total revenue recognized in the same period. Free cash flow is a performance measure that our management believes provides useful information to management and investors about the amount of cash generated by the business after necessary capital expenditures, and we define free cash flow as net cash (used in) provided by operating activities less purchases of property and equipment. Non-GAAP gross margin, non-GAAP operating expenses, non-GAAP net loss, and pro forma non-GAAP net loss per share are financial measures which our management believes provide useful information to investors because they provide meaningful supplemental information regarding our performance and liquidity by excluding certain expenses and expenditures such as stock-based compensation expense that may not be indicative of our ongoing core business operating results. Software and support revenue and software and support billings are performance measures that our management believes provide useful information to our management and investors as it allows us to better track the true growth of our software business by excluding the amounts attributable to the pass-through hardware sales that we use to deliver our solutions. Subscription and professional services billings are performance measures that our management believes provide useful information to our management and investors as it allows us to better track the growth of the subscription-based portion of our business, which is a critical part of our business plan. We use these non-GAAP financial and key performance measures for financial and operational decision-making and as a means to evaluate period-to-period comparisons. However, these non-GAAP financial and key performance measures have limitations as analytical tools and you should not consider them in isolation or as substitutes for analysis of our results as reported under GAAP. Billings, non-GAAP gross margin, non-GAAP operating expenses, non-GAAP net loss, pro forma non-GAAP net loss per share, and free cash flow are not substitutes for total revenue, gross margin, operating expenses, net loss, net loss per share, or net cash (used in) provided by operating activities, respectively, software and support revenue and software and support billings are not substitutes for total revenue, and subscription and professional services billings are not a substitute for subscription and professional services revenue. In addition, other companies, including companies in our industry, may calculate non-GAAP financial measures and key performance measures differently or may use other measures to evaluate their performance, all of which could reduce the usefulness of our non-GAAP financial measures and key performance measures as tools for comparison. We urge you to review the reconciliation of our non-GAAP financial measures and key performance measures to the most directly comparable GAAP financial measures included below in the tables captioned "Reconciliation of Revenue to Billings," "Disaggregation of Revenue and Billings," "Reconciliation of Subscription and Professional Services Revenue to Subscription and Professional Services Billings," "Reconciliation of Software and Support Revenue to Software and Support Billings," "Reconciliation of GAAP to Non-GAAP Profit Measures," and "Reconciliation of GAAP Net Cash (Used In) Provided By Operating Activities to Non-GAAP Free Cash Flow," and not to rely on any single financial measure to evaluate our business.

**Forward-Looking Statements**

This press release contains express and implied forward-looking statements, including, but not limited to, statements regarding our business plans and objectives, long-term financial model targets and our plans to achieve those targets, product features, services and technology that are under development or in process and capabilities of such product features, services and technology, our total addressable market, our continued investment in talent and technology, plans and timing for, and the impact of, our transition to a software-defined and subscription-based business model, and anticipated future financial results, including but not limited to our guidance on estimated revenues, billings, non-GAAP gross margin, non-GAAP operating expenses and non-GAAP net loss per share for future fiscal periods. These forward-looking statements are not historical facts and instead are based on our current expectations, estimates, opinions, and beliefs. Consequently, you should not rely on these forward-looking statements. The accuracy of such forward-looking statements depends upon future events and involves risks, uncertainties, and other factors beyond our control that may cause these statements to be inaccurate and cause our actual results, performance or achievements to differ materially and adversely from those anticipated or implied by such statements, including, among others: failure to develop, or unexpected difficulties or delays in developing, new products, services, product features or technology in a timely or cost-effective basis; delays in or lack of customer or market acceptance of our new products, services, product features or technology; delays in the transition to focus primarily on software-only transactions and a subscription-based business model; the rapid evolution of the markets in which we compete; our ability to sustain or manage future growth effectively; factors that could result in the significant fluctuation of our future quarterly operating results, including, among other things, anticipated changes to our revenue and product mix which will slow revenue growth during such transition and make forecasting future performance more difficult, unanticipated challenges in the integration of recently acquired companies, the timing and magnitude of orders, shipments and acceptance of our solutions in any given quarter, our ability to attract new and retain existing end-customers, changes in the pricing of certain components of our solutions, and fluctuations in demand and competitive pricing pressures for our solutions; the introduction, or acceleration of adoption of, competing solutions, including public cloud infrastructure; and other risks detailed in our annual report on Form 10-K for the fiscal year ended July 31, 2018, filed with the SEC on September 24, 2018. Additional information will also be set forth in our Form 10-Q that will be filed for the quarter ended October 31, 2018, which should be read in conjunction with these financial results. Our SEC filings are available on the Investor Relations section of the company's website at ir.nutanix.com and on the SEC's website at www.sec.gov. These forward-looking statements speak only as of the date of this press release and, except as required by law, we assume no obligation to update forward-looking statements to reflect actual results or subsequent events or circumstances.

**About Nutanix**

Nutanix is a global leader in cloud software and hyperconverged infrastructure solutions, making infrastructure invisible so that IT can focus on the applications and services that power their business. Companies around the world use Nutanix Enterprise Cloud OS platform to bring one-click application management and mobility across public, private and distributed edge clouds so they can run any application at any scale with a dramatically lower total cost of ownership. The result is organizations that can rapidly deliver a high-performance IT environment on demand, giving application owners a true cloud-like experience. Learn more at www.nutanix.com or follow us on Twitter @nutanix.

© 2018 Nutanix, Inc. All rights reserved. Nutanix, the Nutanix logo, Xi, and all product and service names mentioned herein are registered trademarks or trademarks of Nutanix, Inc. in the United States and other countries. All other brand names mentioned herein are for identification purposes only and may be the trademarks of their respective holder(s).

**NUTANIX, INC.**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(Unaudited)**

| | As of | | | |
|---|---|---|---|---|
| | **July 31, 2018** | | **October 31, 2018** | |
| | (in thousands) | | | |
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 305,975 | $ | 399,786 |
| Short-term investments | | 628,328 | | 565,189 |
| Accounts receivable, net | | 258,289 | | 237,682 |
| Deferred commissions-current | | 33,691 | | 34,742 |
| Prepaid expenses and other current assets | | 36,818 | | 39,621 |
| Total current assets | | 1,263,101 | | 1,277,020 |
| Property and equipment, net | | 85,111 | | 104,750 |
| Deferred commissions-non-current | | 80,688 | | 87,365 |
| Intangible assets, net | | 45,366 | | 79,830 |
| Goodwill | | 87,759 | | 184,994 |
| Other assets-non-current | | 37,855 | | 39,127 |
| Total assets | $ | 1,599,880 | $ | 1,773,086 |
| **Liabilities and Stockholders' Equity** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 65,503 | $ | 69,474 |
| Accrued compensation and benefits | | 85,398 | | 65,709 |
| Accrued expenses and other current liabilities | | 31,682 | | 28,552 |
| Deferred revenue-current | | 275,648 | | 307,195 |
| Total current liabilities | | 458,231 | | 470,930 |
| Deferred revenue-non-current | | 355,559 | | 394,605 |
| Convertible senior notes, net | | 429,598 | | 436,745 |
| Other liabilities-non-current | | 29,713 | | 39,487 |
| Total liabilities | | 1,273,101 | | 1,341,767 |
| Stockholders' equity: | | | | |
| Common stock | | 4 | | 4 |
| Additional paid-in capital | | 1,355,907 | | 1,554,878 |
| Accumulated other comprehensive loss | | (1,002 ) | | (1,168 ) |
| Accumulated deficit | | (1,028,130 ) | | (1,122,395 ) |
| Total stockholders' equity | | 326,779 | | 431,319 |
| Total liabilities and stockholders' equity | $ | 1,599,880 | $ | 1,773,086 |

**NUTANIX, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(Unaudited)**

| | Three Months Ended October 31, | |
| --- | --- | --- |
| | 2017 | 2018 |
| | (in thousands, except share and per share data) | |
| Revenue: | | |
| Product | $ 219,052 | $ 224,346 |
| Support, entitlements and other services | 56,500 | 88,937 |
| Total revenue | 275,552 | 313,283 |
| Cost of revenue: | | |
| Product [(1)(2)] | 85,162 | 39,261 |
| Support, entitlements and other services [(1)] | 23,460 | 34,845 |
| Total cost of revenue | 108,622 | 74,106 |
| Gross profit | 166,930 | 239,177 |
| Operating expenses: | | |
| Sales and marketing [(1)(2)] | 145,405 | 196,497 |
| Research and development [(1)] | 64,512 | 110,531 |
| General and administrative [(1)] | 16,052 | 27,339 |
| Total operating expenses | 225,969 | 334,367 |
| Loss from operations | (59,039 ) | (95,190 ) |
| Other expense, net | (189 ) | (2,703 ) |
| Loss before provision for (benefit from) income taxes | (59,228 ) | (97,893 ) |
| Provision for (benefit from) income taxes | 2,259 | (3,628 ) |
| Net loss | $ (61,487 ) | $ (94,265 ) |
| Net loss per share attributable to Class A and Class B common stockholders-basic and diluted | $ (0.39 ) | $ (0.54 ) |
| Weighted average shares used in computing net loss per share attributable to Class A and Class B common stockholders-basic and diluted | 156,780,631 | 175,445,969 |

_____

(1)    Includes the following stock-based compensation expense:

| | Three Months Ended October 31, | |
| --- | --- | --- |
| | 2017 | 2018 |
| | (in thousands) | |
| Product cost of revenue | $ 570 | $ 698 |
| Support, entitlements and other services cost of revenue | 2,072 | 3,157 |
| Sales and marketing | 13,766 | 22,606 |
| Research and development | 15,542 | 31,009 |
| General and administrative | 3,565 | 8,455 |
| Total stock-based compensation expense | $ 35,515 | $ 65,925 |

_____

(2)   Includes the following amortization of intangible assets:

| | Three Months Ended October 31, | | | |
| | 2017 | | 2018 | |
| | (in thousands) | | | |
| Product cost of sales | $ | 895 | $ | 3,168 |
| Sales and marketing | | 211 | | 550 |
| Total amortization of intangible assets | $ | 1,106 | $ | 3,718 |

**NUTANIX, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(Unaudited)**

| | Three Months Ended October 31, | |
|---|---|---|
| | 2017 | 2018 |
| | (in thousands) | |
| **Cash flows from operating activities:** | | |
| Net loss | $ (61,487 ) | $ (94,265 ) |
| Adjustments to reconcile net loss to net cash provided by operating activities: | | |
| Depreciation and amortization | 11,333 | 16,183 |
| Stock-based compensation | 35,515 | 65,925 |
| Amortization of debt discount and debt issuance costs | - | 7,148 |
| Change in fair value of contingent consideration | 282 | (799 ) |
| Other | 131 | (759 ) |
| Changes in operating assets and liabilities: | | |
| Accounts receivable, net | 7,326 | 23,497 |
| Deferred commissions | (8,457 ) | (7,728 ) |
| Prepaid expenses and other assets [1] | (316 ) | (3,812 ) |
| Accounts payable | (6,504 ) | 1,292 |
| Accrued compensation and benefits | (7,220 ) | (19,689 ) |
| Accrued expenses and other liabilities | (293 ) | (7,442 ) |
| Deferred revenue | 39,788 | 70,273 |
| Net cash provided by operating activities [1] | 10,098 | 49,824 |
| **Cash flows from investing activities:** | | |
| Maturities of investments | 35,920 | 143,409 |
| Purchases of investments | (59,108 ) | (79,766 ) |
| Purchases of property and equipment | (17,965 ) | (29,832 ) |
| Payment for a business combination, net of cash and restricted cash acquired | - | (18,662 ) |
| Net cash (used in) provided by investing activities | (41,153 ) | 15,149 |
| **Cash flows from financing activities:** | | |
| Proceeds from sales of shares through employee equity incentive plans, net of repurchases | 25,231 | 29,890 |
| Payment of debt in conjunction with a business combination | - | (991 ) |
| Payment of convertible notes issuance cost | - | (75 ) |
| Payment of offering cost | (85 ) | - |
| Net cash provided by financing activities | 25,146 | 28,824 |
| Net (decrease) increase in cash, cash equivalents and restricted cash [1] | $ (5,909 ) | $ 93,797 |
| Cash, cash equivalents and restricted cash-beginning of period [1] | 139,497 | 307,098 |
| Cash, cash equivalents and restricted cash-end of period [1] | $ 133,588 | $ 400,895 |
| Restricted cash [1] [2] | 1,129 | 1,109 |
| Cash and cash equivalents-end of period | $ 132,459 | $ 399,786 |
| **Supplemental disclosures of cash flow information:** | | |
| Cash paid for income taxes | $ 2,066 | $ 3,910 |
| **Supplemental disclosures of non-cash investing and financing information:** | | |
| Issuance of common stock for business combinations | $ - | $ 102,978 |
| Purchases of property and equipment included in accounts payable and accrued liabilities | $ 7,084 | $ 15,717 |
| Vesting of early exercised stock options | $ 249 | $ 70 |

_____

(1)  During the first quarter of fiscal 2019, we adopted Accounting Standards Update (ASU) No. 2016-18, which requires that the statement of cash flows explain the change during the period in the total of cash, cash equivalents and restricted cash. We adopted the standard retrospectively for the prior period presented. Our adoption of ASU 2016-18 did not have any significant impact on our consolidated statement of cash flows.

(2)  Included within other assets-non-current in the condensed consolidated balance sheets.

**NUTANIX, INC.**
**Reconciliation of Revenue to Total Billings**
**(Unaudited)**

| | Three Months Ended October 31, | | | |
| --- | --- | --- | --- | --- |
| | 2017 | | 2018 | |
| | (in thousands) | | | |
| Total revenue | $ | 275,552 | $ | 313,283 |
| Change in deferred revenue, net of acquisitions [1] | | 39,788 | | 70,273 |
| Total billings | $ | 315,340 | $ | 383,556 |

_____

(1)  Amount for the three months ended October 31, 2018 excludes approximately $0.3 million of deferred revenue assumed in the Frame acquisition.

**Disaggregation of Revenue and Billings**
**(Unaudited)**

| | Three Months Ended October 31, | | | |
| --- | --- | --- | --- | --- |
| | 2017 | | 2018 | |
| | (in thousands) | | | |
| **Disaggregation of Revenue:** | | | | |
| Non-portable software | $ | 126,897 | $ | 146,570 |
| Subscription | | 62,376 | | 126,976 |
| Hardware | | 80,838 | | 32,547 |
| Professional services | | 5,441 | | 7,190 |
| Total revenue | $ | 275,552 | $ | 313,283 |
| **Disaggregation of Billings:** | | | | |
| Non-portable software | $ | 126,897 | $ | 146,570 |
| Subscription | | 98,902 | | 194,764 |
| Hardware | | 80,838 | | 32,547 |
| Professional services | | 8,703 | | 9,675 |
| Total billings | $ | 315,340 | $ | 383,556 |

*Non-portable software* - Non-portable software revenue includes sales of our software operating system when delivered on a configured to order appliance by us, or one of our OEM partners. The software licenses associated with these sales are typically non-portable and have a term equal to the life of the appliance it is delivered on. Revenue from our non-portable software products is generally recognized upon transfer of control to the customer.

*Subscription* - Subscription revenue is generated from the sales of software entitlement and support subscriptions, separately purchased software term-based licenses and cloud-based Software as a Service, or SaaS offerings. We recognize revenue from software entitlement and support subscriptions and SaaS offerings ratably over the contractual service period, while revenue from our separately purchased software term-based licenses is generally recognized upon transfer of control to the customer, which is when we make the software available to our customers.

*Hardware* - In transactions where we deliver the hardware appliance, we consider ourselves to be the principal in the transaction and we record revenue and costs of goods sold on a gross basis. We consider the amount allocated to hardware revenue to be equivalent to the cost of the hardware procured. Hardware revenue is generally recognized upon transfer of control to the customer.

*Professional services* - We also sell professional services with our products. We recognize revenue related to professional services as they are performed.

**NUTANIX, INC.**
**Reconciliation of Subscription and Professional Services Revenue to Subscription and Professional Services Billings**
**(Unaudited)**

| | | Three Months Ended October 31, | | |
|---|---|---|---|---|
| | | 2017 | | 2018 |
| | | (in thousands) | | |
| Subscription revenue | $ | 62,376 | $ | 126,976 |
| Change in subscription deferred revenue, net of acquisitions [1] | | 36,526 | | 67,788 |
| Subscription billings | $ | 98,902 | $ | 194,764 |
| Professional services revenue | $ | 5,441 | $ | 7,190 |
| Change in professional services deferred revenue | | 3,262 | | 2,485 |
| Professional services billings | $ | 8,703 | $ | 9,675 |

_____

(1)  Amount for the three months ended October 31, 2018 excludes approximately $0.3 million of deferred revenue assumed in the Frame acquisition.

**Reconciliation of Software and Support Revenue to Software and Support Billings**
**(Unaudited)**

| | | Three Months Ended October 31, | | |
|---|---|---|---|---|
| | | 2017 | | 2018 |
| | | (in thousands) | | |
| Software revenue | $ | 138,214 | $ | 191,799 |
| Hardware revenue | | 80,838 | | 32,547 |
| Product revenue | | 219,052 | | 224,346 |
| Support, entitlements and other services revenue | | 56,500 | | 88,937 |
| Total revenue | $ | 275,552 | $ | 313,283 |
| Total software and support revenue [2] | $ | 194,714 | $ | 280,736 |
| Change in software and support deferred revenue, net of acquisitions [1] | | 39,788 | | 70,273 |
| Software and support billings [2] | $ | 234,502 | $ | 351,009 |

_____

(1)  Amount for the three months ended October 31, 2018 excludes approximately $0.3 million of deferred revenue assumed in the Frame acquisition.

(2)  Software and support revenue and billings include software and support, entitlements and other services revenue and billings.

**NUTANIX, INC.**
**Reconciliation of GAAP to Non-GAAP Profit Measures**
**(Unaudited)**

| | GAAP Three Months Ended October 31, 2018 | Non-GAAP Adjustments | | | | | | Non-GAAP Three Months Ended October 31, 2018 |
|---|---|---|---|---|---|---|---|---|
| | | (1) | (2) | (3) | (4) | (5) | (6) | |
| | | (in thousands, except share and per share data) | | | | | | |
| Gross profit | $ 239,177 | $ 3,855 | $ 3,168 | $ - | $ - | $ - | $ - | $ 246,200 |
| Gross margin | 76.3 % | 1.2 % | 1.1 % | - | - | - | - | 78.6 % |
| Operating expenses: | | | | | | | | |
| Sales and marketing | 196,497 | (22,606 ) | (550 ) | - | - | - | - | 173,341 |
| Research and development | 110,531 | (31,009 ) | - | - | - | - | - | 79,522 |
| General and administrative | 27,339 | (8,455 ) | - | 799 | (481 ) | - | - | 19,202 |
| Total operating expenses | 334,367 | (62,070 ) | (550 ) | 799 | (481 ) | - | - | 272,065 |
| Loss from operations | (95,190 ) | 65,925 | 3,718 | (799 ) | 481 | - | - | (25,865 ) |
| Net loss | $ (94,265 ) | $ 65,925 | $ 3,718 | $ (799 ) | $ 481 | $ 7,148 | $ (5,860 ) | $ (23,652 ) |
| Weighted shares outstanding, basic and diluted | 175,445,969 | | | | | | | 175,445,969 |
| Net loss per share, basic and diluted | $ (0.54 ) | $ 0.38 | $ 0.02 | $ - | $ - | $ 0.04 | $ (0.03 ) | $ (0.13 ) |

_____

(1) Stock-based compensation expense

(2) Amortization of intangible assets

(3) Change in fair value of contingent consideration assumed in the PernixData acquisition

(4) Acquisition-related costs

(5) Amortization of debt discount and issuance costs

(6) Partial release of valuation allowance from acquisition

| | GAAP Three Months Ended October 31, 2017 | Non-GAAP Adjustments | | | | Non-GAAP Three Months Ended October 31, 2017 |
|---|---|---|---|---|---|---|
| | | (1) | (2) | (3) | (4) | |
| | | (in thousands, except share and per share data) | | | | |
| Gross profit | $ 166,930 | $ 2,642 | $ 895 | $ - | $ - | $ 170,467 |
| Gross margin | 60.6 % | 1.0 % | 0.3 % | - | - | 61.9 % |
| Operating expenses: | | | | | | |
| Sales and marketing | 145,405 | (13,766 ) | (211 ) | - | - | 131,428 |
| Research and development | 64,512 | (15,542 ) | - | - | - | 48,970 |
| General and administrative | 16,052 | (3,565 ) | - | (282 ) | - | 12,205 |
| Total operating expenses | 225,969 | (32,873 ) | (211 ) | (282 ) | - | 192,603 |
| Loss from operations | (59,039 ) | 35,515 | 1,106 | 282 | - | (22,136 ) |
| Net loss | $ (61,487 ) | $ 35,515 | $ 1,106 | $ 282 | $ (132 ) | $ (24,716 ) |
| Weighted shares outstanding, basic and diluted | 156,780,631 | | | | | 156,780,631 |
| Net loss per share, basic and diluted | $ (0.39 ) | $ 0.23 | $ - | $ - | $ - | $ (0.16 ) |

_____

(1) Stock-based compensation expense

(2) Amortization of intangible assets

(3) Change in fair value of contingent consideration assumed in the PernixData acquisition

(4) Income tax effect primarily related to stock-based compensation expense

**NUTANIX, INC.**
**Reconciliation of GAAP Net Cash Provided by Operating Activities to Non-GAAP Free Cash Flow**
**(Unaudited)**

| | Three Months Ended October 31, | | | |
|---|---|---|---|---|
| | **2017** | | **2018** | |
| | (in thousands) | | | |
| Net cash provided by operating activities | $ | 10,098 | $ | 49,824 |
| Purchases of property and equipment | | (17,965 ) | | (29,832 ) |
| Free cash flow | $ | (7,867 ) | $ | 19,992 |

CONTACT:
**Investor Contact:**
Tonya Chin
408-560-2675
tonya@nutanix.com

**Media Contact:**
Kate Reed
973-534-9292
kreed@nutanix.com