NINA F. LOCKER, State Bar No. 123838
IGNACIO E. SALCEDA, State Bar No. 164017
EVAN L. SEITE, State Bar No. 274641
BETTY CHANG ROWE, State Bar No. 214068
LAURA G. AMADON, State Bar No. 321524
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100
Email: nlocker@wsgr.com
        isalceda@wsgr.com
        eseite@wsgr.com
        browe@wsgr.com
        lamadon@wsgr.com

*Attorneys for Defendants Nutanix, Inc.,
Dheeraj Pandey, and Duston M. Williams*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | CASE NO.:  3:19-cv-01651-WHO |
| | **DEFENDANTS' [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS UNDER FED. R. CIV. P. 12(c)** |
| | Hearing Date: September 14, 2022 |
| | Time: 2:00 p.m. |
| | Courtroom: 2 |
| | Hon. William H. Orrick |

DEFENDANTS' [PROPOSED] ORDER GRANTING
MOTION FOR PARTIAL JUDGMT ON PLEADINGS
CASE: 3:19-CV-01651-WHO

Before the Court is the Motion of Nutanix, Inc. ("Nutanix"), Dheeraj Pandey, and Duston M. Williams (collectively, "Defendants") for partial judgment on the pleadings, pursuant to the Private Securities Litigation Reform Act of 1995 and Federal Rules of Civil Procedure 9(b) and 12(c).  Having considered the moving and reply papers, the request for judicial notice, all papers in opposition, the argument of counsel, the pleadings and files in this action, and all other matters properly before the Court, and for good cause appearing:

IT IS HEREBY ORDERED that Defendants' Motion for Partial Judgment on the Pleadings is GRANTED.  The Second Amended Complaint fails to plead loss causation based on Nutanix's disclosures on May 30, 2019, and all claims based thereon are hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated:_____          _____
                                        The Honorable William H. Orrick
                                        United States District Judge

DEFENDANTS' [PROPOSED] ORDER GRANTING          1
MOTION FOR PARTIAL JUDGMT ON PLEADINGS
CASE: 3:19-CV-01651-WHO