# APPENDIX A

**Challenged Statements Warranting Reconsideration Considering Recent *Align*[1] Decision**

| Puffery | |
|---|---|
| **Challenged Statements in *Nutanix*:** | **Statements dismissed by Ninth Circuit as puffery in *Align*:[2]** |
| 1. **SAC ¶ 238** (Pandey's statement during March 1, 2018 Q2'18 earnings call about customer pipeline):<br><br>In response to an analyst's comment that Nutanix's purported "incremental new customer add was very strong" and when asked "what drove that strength," Defendant Pandey attributed it to purported "**huge contribution to overall mid market customer acquisition**." | 1. During an earnings call on April 24, 2019, Chief Executive Officer Joseph Hogan stated in response to analyst questions about Align's international business, "**[w]e still have a great business in APAC from a growth standpoint overall,**" and "China is a **great growth market** for us." |
| | 2. At a healthcare conference on May 14, 2019, Chief Financial Officer John Morici said, "China . . . gets a lot of attention. And rightly so, **it's a huge market opportunity for us.**" |
| 2. **SAC ¶ 269** (Williams' statements during the May 24, 2018 Q3'18 earnings call about customer pipeline):<br><br>In response to an analyst's question as to whether there had been a change in focus towards larger deals versus new customer footprint, Defendant Williams said: "**[W]e've actually had a renewed focus with the channel on new customer logos. . . . But really excited about what's happening in the channel with the pipeline for new logos and things like that**." | 3. At a dental and veterinary conference on May 29, 2019, in response to an analyst question about growth rates in the Asia Pacific (i.e., APAC) region, Morici responded, "**we see tremendous growth** in APAC, in China in particular." |
| | 4. At the same conference, in response to an analyst question probing deeper about China, Morici stated, "**we're seeing tremendous growth**." |
| | 5. At the same conference, Morici said, "[t]he dynamics in China are really good for us . . . . [T]he appetite for growth and new technology adoption in China has been great for us. And as you mentioned, the economics work well for us." |
| | 6. At a healthcare conference on June 5, 2019, Morici also described China as "**a market that's growing significantly for us**" with "**[g]reat economics.**" |

[1] *Macomb Cnty. Employees' Ret. Sys. v. Align Tech., Inc.*, --- F.4th ---, No. 21-15823, 2022 WL 2525306 (9th Cir. July 7, 2022).

[2] *Align*, 2022 WL 2525306, at *4.

| Accurate Statements of Past Performance | |
|---|---|
| **Challenged Statements in *Nutanix*:** | **Ninth Circuit's holding in *Align*:[3]** |
| 1. **SAC ¶ 237** (Pandey's statement during March 1, 2018 Q2'18 earnings call about customer pipeline): <br><br> "Q2 was yet another strong quarter for Nutanix with billings, revenue, gross margin and EPS all better than our guidance and consensus. **Q2 also saw us add a record number of new customers, bringing our total number to 8,870.**" | A fourth statement was an accurate assessment of Align's past growth when considered in context: <br><br> 4. At a healthcare conference on May 14, 2019, in response to an analyst question about competitors absorbing market share over a period of several years, Morici stated, "whether it's in China or U.S. or other places, we've been competing against many of these companies that I mentioned for a number of years and still been able to grow as we have." |
| 2. **SAC ¶ 236** (Williams' statement during March 1, 2018 Q2'18 earnings call about sales productivity): <br><br> "Performance across all of our geographic regions were outstanding with all three regions recording record performances. EMEA and APAC were especially strong. EMEA's results exceeded its previous best quarter by well over 50%, while APAC exceeded its previous best quarter by over 35%. **Both of these regions also experienced record sales productivity in the quarter.**" | Read in light of the analyst's question, a reasonable investor would understand the phrase "grow as we have" to refer to Align's historical growth rate in China over at least the prior year if not longer. Considering the context, this statement would not "give a reasonable investor the impression of a state of affairs that differs in a material way from the one that actually exists" sufficient to make the statement actionably misleading. |
| 3. **SAC ¶ 287** (Williams' statement during Aug. 30, 2018 Q4'18 earnings call about sales productivity): <br><br> "When we sit back and analyze our spending plans, we take note of the following: our strong growth in spending will be completely self-funded by our free cash flow; **our ramped rep sales productivity has increased sequentially for the last three six-month periods ending Q4 2017, Q2 2018, and Q4 2018** and our customer repeat purchase multiples continue to increase." | |

---

[3] *Align*, 2022 WL 2525306, at *5.