**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | CASE NO.:  3:19-cv-01651-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Hearing Date: To Be Determined<br>Courtroom: 2<br>Hon. William H. Orrick |

Before the Court is the Motion of Nutanix, Inc., Dheeraj Pandey, and Duston M. Williams (collectively, "Defendants") for Leave to File Motion for Reconsideration of the Court's Order Regarding Motion to Dismiss dated September 11, 2020 (ECF No. 140, the "MTD Order"). Having considered the arguments presented in the motion, the papers on file in this action, and any other relevant material, the Court hereby finds that the motion should be **GRANTED**. Defendants are granted leave to file a motion for reconsideration of the MTD Order.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                        The Honorable William H. Orrick
                                                        United States District Judge

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE
TO FILE MOTION FOR RECONSIDERATION
CASE NO. 3:19-CV-01651-WHO