NINA F. LOCKER, State Bar No. 123838
IGNACIO E. SALCEDA, State Bar No. 164017
EVAN L. SEITE, State Bar No. 274641
BETTY CHANG ROWE, State Bar No. 214068
LAURA G. AMADON, State Bar No. 321524
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email:      nlocker@wsgr.com
            isalceda@wsgr.com
            eseite@wsgr.com
            browe@wsgr.com
            lamadon@wsgr.com

*Attorneys for Defendants Nutanix, Inc.,
Dheeraj Pandey, and Duston M. Williams*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | CASE NO.:  3:19-cv-01651-WHO |
| | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CASE SCHEDULE** |

Pursuant to Local Rules 6-1(b) and 6(2), Lead Plaintiff California Ironworkers Field Pension Trust, named plaintiff City of Miami Fire Fighters' and Police Officers' Retirement Trust (collectively, "Plaintiffs"), and Defendants Nutanix, Inc., Dheeraj Pandey, and Duston M. Williams (collectively, "Defendants," and together with Plaintiffs, the "Parties") hereby stipulate and request as follows:

WHEREAS, on May 27, 2022, Defendants filed a Motion for Partial Judgment on the Pleadings (ECF No. 270);

WHEREAS, a hearing for Defendants' Motion for Partial Judgment on the Pleadings is set for September 14, 2022 at 2:00 PM (ECF No. 269);

WHEREAS, the Parties are required to submit a proposed case schedule by September 7, 2022 (ECF No. 269);

WHEREAS, on September 1, 2022, Plaintiffs filed a Third Amended Complaint ("TAC") (ECF No. 281-2);

WHEREAS, the Parties agree that Defendants' Motion for Partial Judgment on the Pleadings is mooted by the TAC;

WHEREAS, Defendants anticipate filing a motion to dismiss the TAC;

WHEREAS, the Parties are meeting and conferring regarding a proposed case schedule, including any schedule regarding Defendants' motion to dismiss or other response to the TAC;

WHEREAS, the Parties agree that Defendants do not have to answer or otherwise respond to the TAC by the Federal Rule 15 deadline;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties and their undersigned counsel, subject to Court approval, as follows:

1.    Defendants' Motion for Partial Judgment on the Pleadings (ECF No. 270) and Request for Judicial Notice (ECF No. 271) are withdrawn without prejudice.

2.    The parties' deadline to submit a proposed case schedule, including any schedule regarding Defendants' motion to dismiss or other response to the TAC, is extended to September 14, 2022.

3.    The hearing for Defendants' Motion for Partial Judgment on the Pleadings set for September 14, 2022 at 2:00 PM shall be vacated.

4.    Defendants do not have to answer or otherwise respond to the TAC by the Federal Rule 15 deadline.

DATED:  September 7, 2022

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation

*/s/ Nina F. Locker*
    Nina F. Locker

Nina F. Locker (SBN 123838)
Ignacio E. Salceda (SBN 164017)
Evan L. Seite (SBN 274641)
Betty Chang Rowe (SBN 214068)
Laura G. Amadon (SBN 321524)
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: nlocker@wsgr.com
        isalceda@wsgr.com
        eseite@wsgr.com
        browe@wsgr.com
        lamadon@wsgr.com

*Attorneys for Defendants Nutanix, Inc.,*
*Dheeraj Pandey, and Duston M. Williams*

DATED:  September 7, 2022

**ROBBINS GELLER RUDMAN & DOWD LLP**

*/s/ Stephen R. Astley*
    Stephen R. Astley

SHAWN A. WILLIAMS (SBN 213113)
KENNETH J. BLACK (SBN 291871)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
kennyb@rgrdlaw.com

JAMES E. BARZ (admitted *pro hac vice*)

FRANK A. RICHTER (admitted *pro hac vice*)
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

ROBERT J. ROBBINS (admitted *pro hac vice*)
STEPHEN R. ASTLEY (admitted *pro hac vice*)
ANDREW T. REES (admitted *pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
rrobbins@rgrdlaw.com
sastley@rgrdlaw.com
arees@rgrdlaw.com
rjanvier@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*
*California Ironworkers Field Pension Trust*

**ATTESTATION**

I, Nina F. Locker, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order.  In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiffs, Stephen R. Astley, concurs in this filing.


DATED:  September 7, 2022                    **WILSON SONSINI GOODRICH & ROSATI**
                                             Professional Corporation

                                             */s/ Nina F. Locker*
                                             Nina F. Locker

                                             650 Page Mill Road
                                             Palo Alto, CA 94304-1050
                                             Telephone:  (650) 493-9300
                                             Facsimile:  (650) 565-5100
                                             Email:      nlocker@wsgr.com

                                             *Attorneys for Defendants Nutanix, Inc.,*
                                             *Dheeraj Pandey, and Duston M. Williams*


                                    *   *   *

**IT IS SO ORDERED.**


Dated: September 7, 2022                    _____
                                             Honorable William H. Orrick
                                             United States District Judge

STIPULATION AND [PROPOSED] ORDER                    -4-
CASE NO. 3:19-CV-01651-WHO