# EXHIBIT B

**From:**           Stephen Astley <sastley@rgrdlaw.com>
**Sent:**           Wednesday, September 14, 2022 10:22 AM
**To:**             Seite, Evan
**Cc:**             Amadon, Laura; Greg Potrepka; Locker, Nicki; Shannon Hopkins; Kenny Black; Andrew
                    Rees
**Subject:**        Re: Nutanix and Norton Joint Stipulation

EXT - sastley@rgrdlaw.com

Understood. Subject to your agreement on Greg's edit that should not be controversial, let's plan to submit separate proposals.

Kindest regards,

> On Sep 14, 2022, at 1:17 PM, Seite, Evan <eseite@wsgr.com> wrote:
>
>  EXTERNAL SENDER
> Stephen,
>
> Our compromise proposal reflects the following:  (1) 45 days from today for the opening brief (October 31); (2) 45 days for the opposition (December 15); and (3) 45 days for the reply (January 30, 2023).  The reply schedule was 45 days because the first part of the briefing period falls over the holiday season, which implicates our team's availability.  We are, of course, amenable to giving Plaintiffs any reasonable period for the opposition brief, so if you would like to take more time, please make a proposal.  That said, the earliest deadline we can accept for the opening brief is October 31.  As previously discussed, that schedule reflects the time that Defendants need to analyze Plaintiffs' voluminous submissions.  Please let us know if we are at an impasse.
>
> Best,
> Evan
>
> **From:** Stephen Astley <sastley@rgrdlaw.com>
> **Sent:** Wednesday, September 14, 2022 9:47 AM
> **To:** Seite, Evan <eseite@wsgr.com>; Amadon, Laura <lamadon@wsgr.com>; Greg Potrepka <gpotrepka@zlk.com>
> **Cc:** Locker, Nicki <NLocker@wsgr.com>; Shannon Hopkins <shopkins@zlk.com>; Kenny Black <KennyB@rgrdlaw.com>; Andrew Rees <ARees@rgrdlaw.com>
> **Subject:** RE: Nutanix and Norton Joint Stipulation
>
> EXT - sastley@rgrdlaw.com
>
> We have issue with the proposal in that it provides Defendants with 60 days for the MTD and 45 for the Reply but only 45 for the Opp. Plaintiff submits that its original proposal is more than reasonable and appropriate but is willing to compromise on a 45/45/30 schedule. Please advise.

1

**From:** Seite, Evan <eseite@wsgr.com>
**Sent:** Wednesday, September 14, 2022 9:17 AM
**To:** Amadon, Laura <lamadon@wsgr.com>; Stephen Astley <sastley@rgrdlaw.com>; Greg Potrepka <gpotrepka@zlk.com>
**Cc:** Nina Locker <nlocker@wsgr.com>; Shannon Hopkins <shopkins@zlk.com>; Kenny Black <KennyB@rgrdlaw.com>; Andrew Rees <ARees@rgrdlaw.com>
**Subject:** RE: Nutanix and Norton Joint Stipulation

EXTERNAL SENDER
Counsel,

Please promptly let us know your position regarding (1) the streamlined MTD briefing proposal; and (2) the MTD briefing schedule proposal in the draft joint stipulation that Laura sent over yesterday. We'd appreciate your responses by no later than 10 AM (Pacific)/1:00 PM (Eastern), so that we may, if necessary, have time to prepare defendant's competing scheduling proposal for submission to the Court today. Thank you.

Best,
Evan

**From:** Amadon, Laura <lamadon@wsgr.com>
**Sent:** Tuesday, September 13, 2022 12:00 PM
**To:** Stephen Astley <sastley@rgrdlaw.com>; Greg Potrepka <gpotrepka@zlk.com>
**Cc:** Locker, Nicki <NLocker@wsgr.com>; Seite, Evan <eseite@wsgr.com>; Shannon Hopkins <shopkins@zlk.com>; Kenny Black <KennyB@rgrdlaw.com>; Andrew Rees <ARees@rgrdlaw.com>
**Subject:** Nutanix and Norton Joint Stipulation

Counsel,

Attached is a draft stipulation which contemplates streamlined briefing as well as Defendants' compromise scheduling proposal. We make this proposal in response to the parties' discussion yesterday and in a good faith effort to resolve any scheduling dispute. In the event that the parties are unable to reach agreement, Defendants reserve the right to revert to submit our original 60/60/45 day proposal from the filing of the 9/7 stipulation, which we believe is reasonable given Plaintiffs' voluminous amended complaint filings. Relatedly, if the parties ultimately submit competing schedule proposals, Defendants believe that the parties should still file a stipulation regarding the streamlined briefing as outlined in the attached draft.

Please let us know if you have edits or are signed off for us to file on your behalf.

Best,

Laura

_____

2



**don (she/her)| Litigation Associate | Wilson Sonsini Goodrich & Rosati**
650 Page Mill Road | Palo Alto, CA 94304-1050 | direct: 650.849.3116 | lamadon@wsgr.com

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**