# EXHIBIT C

**From:** Greg Potrepka <gpotrepka@zlk.com>
**Sent:** Wednesday, September 14, 2022 7:12 AM
**To:** Seite, Evan; Amadon, Laura; Stephen Astley
**Cc:** Locker, Nicki; Shannon Hopkins; Kenny Black; Andrew Rees
**Subject:** RE: [External]RE: Nutanix and Norton Joint Stipulation
**Attachments:** DRAFT - NTNX Joint Stip re MTD Schedule (LK Edit).docx

EXT - gpotrepka@zlk.com

---

Evan,

Please see the attached edits reflecting the proposed Revised First Amended Complaint in the *Norton* action which we've sent to you under separate cover.

Best,
-Greg

---

**From:** Seite, Evan <eseite@wsgr.com>
**Sent:** Wednesday, September 14, 2022 9:17 AM
**To:** Amadon, Laura <lamadon@wsgr.com>; Stephen Astley <sastley@rgrdlaw.com>; Greg Potrepka <gpotrepka@zlk.com>
**Cc:** Locker, Nicki <NLocker@wsgr.com>; Shannon Hopkins <shopkins@zlk.com>; Kenny Black <KennyB@rgrdlaw.com>; Andrew Rees <ARees@rgrdlaw.com>
**Subject:** [External]RE: Nutanix and Norton Joint Stipulation

Counsel,

Please promptly let us know your position regarding (1) the streamlined MTD briefing proposal; and (2) the MTD briefing schedule proposal in the draft joint stipulation that Laura sent over yesterday.  We'd appreciate your responses by no later than 10 AM (Pacific)/1:00 PM (Eastern), so that we may, if necessary, have time to prepare defendant's competing scheduling proposal for submission to the Court today.  Thank you.

Best,
Evan

---

**From:** Amadon, Laura <lamadon@wsgr.com>
**Sent:** Tuesday, September 13, 2022 12:00 PM
**To:** Stephen Astley <sastley@rgrdlaw.com>; Greg Potrepka <gpotrepka@zlk.com>
**Cc:** Locker, Nicki <NLocker@wsgr.com>; Seite, Evan <eseite@wsgr.com>; Shannon Hopkins <shopkins@zlk.com>; Kenny Black <KennyB@rgrdlaw.com>; Andrew Rees <ARees@rgrdlaw.com>
**Subject:** Nutanix and Norton Joint Stipulation

Counsel,

Attached is a draft stipulation which contemplates streamlined briefing as well as Defendants' compromise scheduling proposal.  We make this proposal in response to the parties' discussion yesterday and in a good faith effort to

resolve any scheduling dispute.  In the event that the parties are unable to reach agreement, Defendants reserve the right to revert to submit our original 60/60/45 day proposal from the filing of the 9/7 stipulation, which we believe is reasonable given Plaintiffs' voluminous amended complaint filings.  Relatedly, if the parties ultimately submit competing schedule proposals, Defendants believe that the parties should still file a stipulation regarding the streamlined briefing as outlined in the attached draft.

Please let us know if you have edits or are signed off for us to file on your behalf.

Best,

Laura

_____

**WILSON SONSINI** ...don (she/her)| Litigation Associate | Wilson Sonsini Goodrich & Rosati
...ill Road | Palo Alto, CA 94304-1050 | direct: 650.849.3116 | lamadon@wsgr.com

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.