NINA F. LOCKER, State Bar No. 123838
IGNACIO E. SALCEDA, State Bar No. 164017
EVAN L. SEITE, State Bar No. 274641
BETTY CHANG ROWE, State Bar No. 214068
LAURA G. AMADON, State Bar No. 321524
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:   (650) 493-9300
Facsimile:   (650) 565-5100
Email:        nlocker@wsgr.com
               isalceda@wsgr.com
               eseite@wsgr.com
               browe@wsgr.com
               lamadon@wsgr.com

*Attorneys for Defendants Nutanix, Inc.,
Dheeraj Pandey, and Duston M. Williams*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | CASE NO.:  3:19-cv-01651-WHO |
| | **DECLARATION OF PAUL LEVY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

I, Paul Levy, hereby declare:

1.    I submit this declaration under Civil Local Rules 79-5(c) and 79-5(f) and this Court's Standing Order on Administrative Motions to File Under Seal in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.  I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein.

2.    I am the Vice President of Legal and Deputy General Counsel of Nutanix, Inc.  I have worked at Nutanix since September of 2018.  I am familiar with Nutanix's business practices.

3.    I have reviewed the exhibits that were filed with the Third Amended Complaint ("TAC") on September 1, 2022.  Certain of those exhibits contain Nutanix's confidential information, including customer names, pricing for Nutanix's products, rebate rates that Nutanix offers its channel partners, and employee salaries.  To the best of my knowledge, Nutanix does not make this information available outside Nutanix absent confidentiality restrictions.  If this information were not redacted and made public, Nutanix could be placed at a competitive disadvantage with respect to its customer acquisition and retention, its relationship with its channel partners, and salesperson hiring and retention.

4.    For example, Nutanix's competitors could attempt to use the information regarding customer names and contract sizes to disrupt Nutanix's relationship with its customers by attempting to undercut Nutanix's prices.  Competitors could also attempt to use the employee salary information to attempt to hire away Nutanix salespeople by offering higher salaries.  Finally, competitors could attempt to disrupt Nutanix's relationships with its channel partners by attempting to incentivize them to focus on selling a competitors' products rather than Nutanix's.  This potential competitive harm to Nutanix can be prevented by redacting the information marked in the following exhibits.

5.    Exhibit 4 is an email dated February 14, 2018 with the subject line "Follow Up on New Customer Partner Incentive."  It contains confidential information regarding the rebate rates

LEVY DEC. IN SUPPORT OF ADMIN MOTION TO SEAL          -1-
CASE NO. 3:19-CV-01651-WHO

that Nutanix's channel partners received for selling certain Nutanix products.  If filed publicly, this information could be used by Nutanix's competitors to Nutanix's disadvantage, as Nutanix's competitors could attempt to harm Nutanix's relationships with its channel partners.

6.    Exhibit 15 is an email dated November 2, 2018 with the subject line "1st Qtr."  It contains confidential information regarding Nutanix's customers and the prices of deals with these customers.  If filed publicly, this information could be used by Nutanix's competitors to Nutanix's disadvantage, as Nutanix's competitors could attempt to use this information to harm Nutanix's standing with its customers.  Further, knowledge of the specific deal terms with Nutanix's customers could allow Nutanix's competitors to receive an unfair advantage in contract negotiations with these customers.

7.    Exhibit 16 is an email dated January 22, 2018 with the subject line "Central Area: State of the State."  It contains confidential information regarding Nutanix's customers and the prices of deals with these customers.  If filed publicly, this information could be used by Nutanix's competitors to Nutanix's disadvantage, as Nutanix's competitors could attempt to use this information to harm Nutanix's standing with its customers.  Further, knowledge of the specific deal terms with Nutanix's customers could allow Nutanix's competitors to receive an unfair advantage in contract negotiations with these customers.

8.    Exhibit 20 is an email dated October 16, 2018 with the subject line "Q1'19 Sales HC Tracker as of 10/10/18."  It contains information regarding salaries that Nutanix offered to its salespeople.  If filed publicly, this information could be used by Nutanix's competitors to Nutanix's disadvantage, as Nutanix's competitors could use this information to attempt to compete with Nutanix in hiring salespersons.

9.    Exhibit 22 is an email dated May 21, 2019 with the subject line "Pre-Approval Request" for the hiring of an individual with the title "Americas Commercial Sales VP."  It contains information regarding salaries that Nutanix offered to its salespeople.  If filed publicly, this information could be used by Nutanix's competitors to Nutanix's disadvantage, as Nutanix's competitors could use this information to attempt to compete with Nutanix in hiring key sales employees.

10.     Exhibit 33 is an email dated January 28, 2018 with the subject line "Response to Inder's Channel Programs and People Message." It contains information regarding salaries that Nutanix offered to its salespeople. If filed publicly, this information could be used by Nutanix's competitors to Nutanix's disadvantage, as Nutanix's competitors could use this information to attempt to compete with Nutanix in hiring key sales employees.

11.     Exhibit 36 is an email dated February 15, 2018 with the subject line "Follow Up on New Customer Partner Incentive." It contains confidential information regarding the rebate rates that Nutanix's channel partners received for selling certain Nutanix products. If filed publicly, this information could be used by Nutanix's competitors to Nutanix's disadvantage, as Nutanix's competitors could use the information to attempt to harm Nutanix's relationships with its channel partners

12.     Exhibit 37 is a PowerPoint presentation dated February 28, 2018 titled "Nutanix Board Meeting." It contains confidential information regarding the rebate rates that Nutanix's channel partners received for selling certain Nutanix products, as well as confidential information regarding Nutanix's customers and the prices of deals with these customers. If filed publicly, this information could be used by Nutanix's competitors to Nutanix's disadvantage, as Nutanix's competitors could attempt to harm Nutanix's relationships with its channel partners. Competitors could attempt to use the information about Nutanix's customers and deal sizes to harm Nutanix's standing with its customers. Further, knowledge of the specific deal terms with Nutanix's customers could allow Nutanix's competitors to receive an unfair advantage in contract negotiations with these customers.

13.     Exhibit 58 is an email dated October 10, 2018 with the subject line "Pipeline War Room Update (10/18/2018)." Attached to the email is a PowerPoint presentation titled "War Room Update 10/18/2018." These documents contain confidential information regarding Nutanix's customers and the prices of deals with these customers. If filed publicly, this information could be used by Nutanix's competitors to Nutanix's disadvantage, as Nutanix's competitors could attempt to use this information to harm Nutanix's standing with its customers. Further, knowledge of the specific deal terms with Nutanix's customers could allow Nutanix's

competitors to receive an unfair advantage in contract negotiations with these customers.

14.   Exhibit 59 is an email dated October 25, 2018 with the subject line "War Room Update (10/25/2018)."  Attached to the email is a PowerPoint presentation titled "War Room Update 10/25/2018."  It contains confidential information regarding Nutanix's customers and the prices of deals with these customers.  If filed publicly, this information could be used by Nutanix's competitors to Nutanix's disadvantage, as Nutanix's competitors could attempt to use this information to harm Nutanix's standing with its customers.  Further, knowledge of the specific deal terms with Nutanix's customers could allow Nutanix's competitors to receive an unfair advantage in contract negotiations with these customers

15.   Exhibit 68 is an email dated October 29, 2018 with the subject line "New Logo Pipeline for Q2."  It contains confidential information regarding the rebate rates that Nutanix's channel partners received for selling certain Nutanix products.  If filed publicly, this information could be used by Nutanix's competitors to Nutanix's disadvantage, as Nutanix's competitors could attempt to harm Nutanix's relationships with its channel partners.

16.   Exhibit 69 is an email dated February 2, 2019 with the subject line "Thoughts on Q2 and prep for Q3."  It contains confidential information regarding Nutanix's customers and the prices of deals with these customers.  If filed publicly, this information could be used by Nutanix's competitors to Nutanix's disadvantage, as Nutanix's competitors could attempt to use this information to harm Nutanix's standing with its customers.  Further, knowledge of the specific deal terms with Nutanix's customers could allow Nutanix's competitors to receive an unfair advantage in contract negotiations with these customers.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.  Executed this 28th day of September, 2022, in San Francisco, California.

/s/ Paul Levy
Paul Levy

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Nina F. Locker, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: September 29, 2022                                   _/s/ Nina F. Locker_
                                                                              Nina F. Locker