NINA F. LOCKER, State Bar No. 123838
IGNACIO E. SALCEDA, State Bar No. 164017
EVAN L. SEITE, State Bar No. 274641
BETTY CHANG ROWE, State Bar No. 214068
LAURA G. AMADON, State Bar No. 321524
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:   (650) 493-9300
Facsimile:   (650) 565-5100
Email:       nlocker@wsgr.com
             isalceda@wsgr.com
             eseite@wsgr.com
             browe@wsgr.com
             lamadon@wsgr.com

*Attorneys for Defendants Nutanix, Inc.,
Dheeraj Pandey, and Duston M. Williams*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | CASE NO.:  3:19-cv-01651-WHO |
| | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, ECF No. 281.  The Court, having considered this motion, Defendants' declarations in support of this motion, the pleadings and files in this action, and all other matters properly before this court, and for good cause appearing:

Under this Court's Standing Order on Administrative Motions to File Under Seal and Civil Local Rule 79-5, Defendants have shown compelling reasons that the material identified in their declarations should be filed under seal.

Therefore, IT IS HEREBY ORDERED that the Motion to Seal is GRANTED. Defendants are permitted to file the following documents with redactions made consistent with those previously submitted to this Court within 7 days of this order:  Exhibits 4, 9, 15, 16, 20, 22, 32, 33, 36, 37, 42, 58, 59, 62, 68, 69, and 70 to the Third Amended Complaint.

All other documents filed in connection with Plaintiffs' Third Amended Complaint, including the Third Amended Complaint, not identified in the above list shall be publicly filed in full by Plaintiffs within 7 days of this order.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                                          The Honorable William H. Orrick
                                                                          United States District Judge