# EXHIBITS 4, 9, 15, 16, 20, 22, 32, 33, 36, 37, 42, 58, 59, 62, 68, 69, & 70

# FILED UNDER SEAL