UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE NUTANIX, INC. SECURITIES

LITIGATION

JOHN P. NORTON, et al.,

v.

NUTANIX, INC. et al.

Case Nos.  19-cv-01651-WHO
21-cv-04080-WHO

**ORDER ON MOTION TO REVISE FAC
AND SETTING BRIEFING SCHEDULE**

Currently before me are the parties' disputes: (i) over whether plaintiff Norton, Case No. 21-cv-04080 ("*Norton* Action"), should be allowed to file a "revised" First Amended Complaint ("FAC") to conform his FAC to the operative Third Amended Complaint ("TAC") in Case No. 19-cv-01651 (the "*Nutanix* Action"); and (ii) what briefing schedule to adopt, to keep these related actions coordinated and on track. *Nutanix* Action, Dkt. Nos. 85-87; *Norton* Action, Dkt. Nos. 284-285.

Defendants oppose allowing Norton to file a "revised" FAC that matches the TAC in *Nutanix* because the deadline I set for amendments has passed. They also argue that good cause or other necessary justification for amendment do not exist, contending that Norton's proposed revisions are not merely "ministerial" edits to correct errors but instead are attempts to remove substantive allegations and judicially noticed documents in the FAC that undermine if not defeat Norton's required falsity and scienter allegations. Dkt. No. 89.

Norton's motion for leave to file a revised FAC is GRANTED. Norton shall efile his revised FAC within 5 days of the date of this Order. Whether the removed allegations act as admissions, provide a ground for judicial estoppel, or remain otherwise relevant to this litigation may be addressed if defendants move (again) to dismiss or on summary judgment.

Having reviewed the parties' submissions on briefing schedules, I agree that the briefing shall be omnibus, *i.e.*, one motion to dismiss the now-conformed TAC and Revised FAC, one opposition, and one reply. The briefing schedule shall be:

Defendants' omnibus motion to dismiss: Monday November 14, 2022

Plaintiffs' omnibus opposition: December 29, 2022

Defendants' omnibus reply: February 1, 2023

Hearing: February 15, 2023 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: September 29, 2022

William H. Orrick
United States District Judge

United States District Court
Northern District of California

2