NINA F. LOCKER, State Bar No. 123838
IGNACIO E. SALCEDA, State Bar No. 164017
EVAN L. SEITE, State Bar No. 274641
BETTY CHANG ROWE, State Bar No. 214068
LAURA G. AMADON, State Bar No. 321524
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email:      nlocker@wsgr.com
            isalceda@wsgr.com
            eseite@wsgr.com
            browe@wsgr.com
            lamadon@wsgr.com

*Attorneys for Defendants Nutanix, Inc.,*
*Dheeraj Pandey, and Duston M. Williams*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NUTANIX, INC. SECURITIES LITIGATION | CASE NO.:  3:19-cv-01651-WHO<br>CASE NO.:  3:21-cv-04080-WHO<br><br>**SUPPLEMENTAL DECLARATION OF LAURA G. AMADON IN SUPPORT OF DEFENDANTS' OMNIBUS MOTION TO DISMISS** |
| JOHN P. NORTON, ON BEHALF OF THE NORTON FAMILY LIVING TRUST UAD 11/15/2002, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>    Defendants. | Hearing Date: February 15, 2023<br>Time: 2:00 PM<br>Courtroom: 2<br>Hon. William H. Orrick |

Supp. Amadon Dec. in Support of
Defs' Omnibus MTD
Case No. 3:19-cv-01651-WHO
Case No. 3:21-cv-04080-WHO

I, Laura G. Amadon, hereby declare:

I am an attorney duly licensed to practice law in the State of California and before this Court. I am an attorney at the law firm of Wilson Sonsini Goodrich & Rosati, Professional Corporation, counsel for Defendants Nutanix, Inc. ("Nutanix"), Dheeraj Pandey, and Duston M. Williams in the matter captioned *In re Nutanix, Inc. Securities Litigation*, Case No. 3:19-cv-01651-WHO (the "*Nutanix* Action") and the related case *Norton Family Living Trust v. Nutanix, Inc. et al.*, Case No. 3:21-cv-04080-WHO (the "*Norton* Action"). I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein.[1]

1.      Attached hereto as Exhibit 7 is a true and accurate copy of excerpts of Nutanix's Form 10-Q for the first quarter of fiscal year 2018, filed with the Securities & Exchange Commission ("SEC") on December 13, 2017. This is the same document that Defendants previously filed as Exhibit 7 in support of its Motion, ECF No. 292-2 at 105-16, with the addition of pages 41-43, which were not included in the original excerpted exhibit.

2.      Attached hereto as Exhibit 9 is a true and accurate copy of excerpts of Nutanix's Form 10-K for the fiscal year 2018, filed with the SEC on September 24, 2018. This is the same document that Defendants previously filed as Exhibit 9 in support of its Motion, ECF No. 292-2 at 139-51, with the addition of pages 47-48, which were not included in the original excerpted exhibit.

3.      Attached hereto as Exhibit 13 is a true and accurate copy of a PowerPoint titled "Marketing Update 11/8/2018", Bates stamped NTNX-0027526, which was produced in the Nutanix Action and that Plaintiffs attached to the TAC and RFAC as Exhibit No. 25. *Nutanix* ECF No. 281-4; *Norton* ECF No. 82. This is the same document that Defendants previously filed as Exhibit 13 in support of its Motion, ECF No. 292-2 at 217-75, but with the addition of pages 58-67 of the document, which were inadvertently omitted from Defendants' original as-filed Exhibit 13.

---

[1] Unless otherwise noted, the abbreviations used herein are the same as identified in the Table of Abbreviations in Defendants' Omnibus Motion to Dismiss.

4.    Attached hereto as Exhibit 25 is a true and accurate copy of excerpts of Nutanix's Form 10-Q for the second quarter of fiscal year 2018, filed with the SEC on March 15, 2018.  This is the same document that Defendants previously filed as Exhibit 25 in support of its Motion, ECF No. 292-4 at 150-57, but with the addition of pages 33-35, which were not included in the original excerpted exhibit.

5.    Attached hereto as Exhibit 27 is a true and accurate copy of excerpts of Nutanix's Form 10-Q for the first quarter of fiscal year 2017, filed with the SEC on December 8, 2016.

6.    Attached hereto as Exhibit 28 is a true and accurate copy of excerpts of Nutanix's Form 10-Q for the third quarter of fiscal year 2017, filed with the SEC on June 2, 2017.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.  Executed this 1st day of February, 2023, in Portola Valley, California.

/s/ Laura G. Amadon
Laura G. Amadon

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Nina F. Locker, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: February 1, 2023                                        /s/ Nina F. Locker
                                                               Nina F. Locker

SUPP. AMADON DEC. IN SUPPORT OF                  -3-
DEFS' OMNIBUS MTD
CASE NO. 3:19-CV-01651-WHO
CASE NO. 3:21-CV-04080-WHO