# EXHIBIT 7



| Company: | NUTANIX, INC. |
|---|---|
| Document: | 10-Q (Q1 2018) · 12/13/2017 |
| Section: | Entire Document |
| File Number: | 001-37883 |
| Pages: | 71 |

5/19/2020 1:04:06 PM

Intelligize, Inc.    info@intelligize.com    1-888-925-8627

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-Q

**(Mark One)**

☒    **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended October 31, 2017

OR

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from ‗ to ‗

Commission File Number: 001-37883

# NUTANIX, INC.

**(Exact name of registrant as specified in its charter)**

| **Delaware** | **27-0989767** |
|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |

**1740 Technology Drive, Suite 150**
**San Jose, CA 95110**

**(Address of principal executive offices, including zip code)**

**(408) 216-8360**

**(Registrant's telephone number, including area code)**

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☐ | | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |
| | | | If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. | ☐ |
| Emerging growth company | ☒ | | | |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Securities Exchange Act). Yes ☐ No ☒

As of November 30, 2017, the registrant had 110,438,830 shares of Class A common stock, $0.000025 par value per share, and 49,986,397 shares of Class B common stock, $0.000025 par value per share, outstanding.

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations.**

*The following discussion and analysis of our financial condition, results of operations and cash flows should be read in conjunction with the (1) unaudited condensed consolidated financial statements and the related notes thereto included elsewhere in this Quarterly Report on Form 10-Q, and (2) the audited consolidated financial statements and notes thereto and management's discussion and analysis of financial condition and results of operations for the fiscal year ended July 31, 2017 included in our Annual Report on Form 10-K filed on September 18, 2017. The last day of our fiscal year is July 31. Our fiscal quarters end on October 31, January 31, April 30 and July 31. This discussion contains forward-looking statements based upon current expectations that involve risks and uncertainties. Our actual results may differ materially from those anticipated in these forward-looking statements as a result of various factors, including those set forth under "Risk Factors", set forth in Part II, Item 1A of this Form 10-Q. See "Special Note Regarding Forward-Looking Statements" above.*

**Overview**

We provide a leading next-generation enterprise cloud operating system that converges traditional silos of server, virtualization, storage and networking into one integrated solution and unifies private and public cloud into a single software fabric. Our software delivers the agility, scalability and pay-as-you-grow economics of the public cloud, while addressing enterprise requirements of application mobility, security, data integrity and control. We provide our customers with the flexibility to selectively utilize the public cloud for suitable workloads and specific use cases by enabling increasing levels of application mobility across private and public clouds. We have combined advanced web-scale technologies with elegant consumer-grade design to deliver a powerful enterprise cloud operating system that elevates IT organizations by enabling them to focus on the applications and services that power their businesses. Our invisible infrastructure provides constant availability and low-touch management, enables application mobility across computing environments and reduces inefficiencies in IT planning.

Our solution can be delivered either as an appliance that is configured to order or as software-only. When end-customers purchase our operating system, they typically also purchase one or more years of support and maintenance in order to receive software upgrades, bug fixes and, where applicable, parts replacement. Product revenue is generated primarily from the sales of our solution, and is generally recognized upon transfer of control to the customers. Support and other services revenue is primarily derived from the related support and maintenance contracts, and is recognized ratably over the term of the support contracts. Delivery of our solution through appliance sales have comprised the bulk of our historical product revenue; however, starting in the first quarter of fiscal year 2018, we began the process of transitioning our business to focus primarily on software-only sales, which we expect to complete in a year and a half.

We had a broad and diverse base of 7,813 end-customers as of October 31, 2017, including 608 Global 2000 enterprises. We define the number of end-customers as the number of end-customers for which we have received an order by the last day of the period, excluding partners to which we have sold products for their own demonstration purposes. A single organization or customer may represent multiple end-customers for separate divisions, segments or subsidiaries. Since shipping our first product in fiscal 2012, our end-customer base has grown rapidly. The number of end-customers grew from 4,473 as of October 31, 2016 to 7,813 as of October 31, 2017. Our operating system is primarily sold through channel partners, including distributors and resellers, and original equipment manufacturers, or OEMs, and delivered directly to our end-customers. A major part of our sales and marketing investment is to educate our end-customers about the benefits of our solution, particularly as we continue to pursue large enterprises and mission critical workloads. Our solutions serve a broad range of workloads, including enterprise applications, databases, virtual desktop infrastructure, or VDI, unified communications and big data analytics and we have recently announced the capability to support both virtualized and non-virtualized applications. We have end-customers across a broad range of industries, such as automotive, consumer goods, education, energy, financial services, healthcare, manufacturing, media, public sector, retail, technology and telecommunications. We also sell to service providers, who utilize our operating system to provide a variety of cloud-based services to their customers.

We continue to invest heavily in the growth of our business, including the development of our solutions and build-out of our global sales force. The number of our full-time employees increased from 2,357 as of October 31, 2016 to 3,009 as of October 31, 2017. We have recruited an engineering team focused on distributed systems and IT infrastructure technologies at our San Jose, California headquarters and at our research and development centers in Bangalore, India, Durham, North Carolina and Seattle, Washington. We have also expanded our international sales and marketing presence by continuing to build out our global teams. We intend to continue to invest in our global engineering team to enhance the functionality of our operating system, introduce new products and features and build upon our technology leadership, as well as continue to expand our global sales and marketing teams.

Our total revenue was $188.6 million and $275.6 million for the three months ended October 31, 2016 and 2017, respectively, representing year-over-year growth of 46%. Our net losses were $140.3 million and $61.5 million for the three months ended October 31, 2016 and 2017, respectively. Net cash generated from operations was $4.2 million and $10.1 million for the three months ended October 31, 2016 and October 31, 2017, respectively. Free cash flow was an outflow of $7.8 million for the three months ended October 31, 2016 and an outflow of $7.9 million for the three months ended October 31, 2017. As of October 31, 2017, we had an accumulated deficit of $792.5 million.

**New Accounting Standard**

We adopted the new accounting standard related to revenue recognition effective August 1, 2017. Prior period information presented here has been adjusted to reflect the adoption of this new standard. See Note 3 of Part I, Item 1 of this Quarterly Report on Form 10-Q for the summary of adjustments.

**Key Financial and Performance Metrics**

We monitor the following key financial and performance metrics:

|  | As of and for the | |
|---|---|---|
|  | Three Months Ended October 31, | |
|  | 2016 | 2017 |
|  | (Dollars in thousands) | |
| Total revenue | $ 188,561 | $ 275,552 |
| Billings | $ 239,767 | $ 315,340 |
| Gross profit | $ 118,799 | $ 166,930 |
| Adjusted gross profit | $ 123,353 | $ 170,467 |
| Gross margin | 63% | 61% |
| Adjusted gross margin | 65% | 62% |
| Total deferred revenue | $ 275,696 | $ 408,844 |
| Net cash provided by operating activities | $ 4,160 | $ 10,107 |
| Free cash flow | $ (7,755) | $ (7,858) |
| Non-GAAP operating expenses | 145,841 | 192,603 |
| Total end-customers | 4,473 | 7,813 |

**Non-GAAP Financial Measures and Key Performance Measures**

We regularly monitor billings, adjusted gross profit, adjusted gross margin, free cash flow and non-GAAP operating expenses, which are non-GAAP financial measures and key performance measures, to help us evaluate our growth and operational efficiencies, measure our performance and identify trends in our sales activity, and establish our budgets. We evaluate these measures because they:

- are used by our management and board of directors to understand and evaluate our performance and trends as well as provide a useful measure for period-to-period comparisons of our core business;

- are widely used by investors and other parties in understanding and evaluating companies in our industry as a measure of financial performance; and

- are used by management to prepare and approve our annual budget and to develop short-term and long-term operational and compensation plans, as well as to assess the extent of achievement of goals.

26

Billings is a performance measure which our management believes provides useful information to investors because it represents the amounts under binding purchase orders received by us during a given period that have been billed. Free cash flow is a performance measure that our management believes provides useful information to management and investors about the amount of cash (used in) generated by the business after necessary capital expenditures. Adjusted gross profit, adjusted gross margin and non-GAAP operating expense are performance measures which our management believes provides useful information to investors because they provide meaningful supplemental information regarding our performance and liquidity by excluding certain expenses and expenditures, such as stock-based compensation expense that may not be indicative of our ongoing core business operating results. We use these non-GAAP financial and key performance measures for financial and operational decision-making and as a means to evaluate period-to-period comparisons. Billings, adjusted gross profit, adjusted gross margin, free cash flow and non-GAAP operating expenses have limitations as analytical tools, and you should not consider them in isolation or as substitutes for analysis of our results as reported under GAAP. Billings, adjusted gross profit, adjusted gross margin, free cash flow and non-GAAP operating expenses are not substitutes for total revenue, gross profit, gross margin, cash (used in) provided by operating activities, or GAAP operating expenses, respectively. In addition, other companies, including companies in our industry, may calculate non-GAAP financial measures and key performance measures differently or may use other measures to evaluate their performance, all of which could reduce the usefulness of our non-GAAP financial measures and key performance measures as tools for comparison. We urge you to review the reconciliation of our non-GAAP financial measures and key performance measures to the most directly comparable GAAP financial measures included below, and not to rely on any single financial measure to evaluate our business.

We calculate our non-GAAP measures as follows:

*Billings*-We calculate billings by adding the change in deferred revenue (net of acquisitions) between the start and end of the period to total revenue recognized in the same period.

*Adjusted gross profit and adjusted gross margin*-We calculate adjusted gross margin as adjusted gross profit divided by total revenue. We define adjusted gross profit as our gross profit adjusted to exclude stock-based compensation and amortization of acquired intangible assets. Our presentation of adjusted gross profit percentage should not be construed as implying that our future results will not be affected by any recurring expenses or any unusual or non-recurring items that we exclude from our calculation of this non-GAAP financial measure.

*Free cash flow*-We calculate free cash flow as net cash (used in) provided by operating activities adjusted with purchases of property and equipment, which measures our ability to generate cash from our business operations after our capital expenditures.

*Non-GAAP operating expenses*-We define non-GAAP operating expenses as total operating expenses adjusted to exclude stock-based compensation and costs associated with business acquisitions (such as amortization of acquired intangible assets, revaluation of contingent consideration and other acquisition-related costs). Our presentation of non-GAAP operating expenses should not be construed as implying that our future results will not be affected by any recurring expenses or any unusual or non-recurring items that we exclude from our calculation of this non-GAAP financial measure.

27

The following table presents a reconciliation of billings, adjusted gross profit, adjusted gross margin, free cash flow and non-GAAP operating expenses to the most directly comparable GAAP financial measures, for each of the periods indicated:

| | Three Months Ended October 31, | |
| --- | --- | --- |
| | 2016 | 2017 |
| | (Dollars in thousands) | |
| Total revenue | $ 188,561 | $ 275,552 |
| Change in deferred revenue (net of acquisitions) | 51,206 | 39,788 |
| Billings (non-GAAP) | $ 239,767 | $ 315,340 |
| | | |
| Gross profit | $ 118,799 | $ 166,930 |
| Stock-based compensation | 4,316 | 2,642 |
| Amortization of intangible assets | 238 | 895 |
| Adjusted gross profit (non-GAAP) | $ 123,353 | $ 170,467 |
| | | |
| Gross margin | 63% | 61% |
| Stock-based compensation | 2% | 1% |
| Amortization of intangible assets | -% | -% |
| Adjusted gross margin (non-GAAP) | 65% | 62% |
| | | |
| Net cash provided by (used in) operating activities | $ 4,160 | $ 10,107 |
| Purchases of property and equipment | (11,915) | (17,965) |
| Free cash flow (non-GAAP) | $ (7,755) | $ (7,858) |
| | | |
| Operating expenses | $ 233,278 | $ 225,969 |
| Stock-based compensation | (86,412) | (32,873) |
| Change in fair value of contingent consideration | (186) | (282) |
| Amortization of intangible assets | (167) | (211) |
| Business acquisition-related costs | (672) | - |
| Operating expenses (non-GAAP) | $ 145,841 | $ 192,603 |

28

**Factors Affecting Our Performance**

We believe that our future success will depend on many factors, including those described below. While these areas present significant opportunity, they also present risks that we must manage to achieve successful results. See the section titled "Risk Factors." If we are unable to address these challenges, our business and operating results could be adversely affected.

*Investment in Growth*

We plan to continue to invest in sales and marketing so that we can capitalize on our market opportunity, and as part of this, we intend to specifically expand our focus on opportunities with major accounts and large deals, which we define as transactions over $500,000 in committed value. We have significantly increased our sales and marketing personnel, which grew by 32% from October 31, 2016 to October 31, 2017. We estimate, based on past experience, that sales team members typically become fully ramped around the time of the start of their fourth quarter of employment with us, and as our newer employees ramp up, we expect their increased productivity to contribute to our revenue growth. As of October 31, 2017, we considered 63% of our global sales team members to be fully productive, while the remaining 37% of our global sales team members are in the process of ramping up. As we shift the focus of some of our new and existing sales team members to major accounts and large deals, it may take longer for these sales team members to become fully productive, and there may also be an impact to the overall productivity of our sales team. We are focused on actively managing this realignment, and expect continuing improvement over the coming quarters. We intend to continue to grow our global sales and marketing team to acquire new end-customers and to increase sales to existing end-customers.

We also intend to continue to grow our research and development and global engineering team to enhance our solutions, improve integration with new and existing ecosystem partners, and broaden the range of IT infrastructure technologies that we converge into our operating system. We believe that these investments will contribute to our long-term growth, although they may adversely affect our profitability in the near term.

*Market Adoption of Our Products*

The public cloud has changed IT buyer expectations about the simplicity, agility, scalability and pay-as-you-grow economics of IT resources, which represent a major architectural shift and business model evolution. A key focus of our sales and marketing efforts is creating market awareness about the benefits of our operating system, both as compared to traditional data center architectures as well as the public cloud, particularly as we continue to pursue large enterprises and mission critical workloads. The broad nature of the technology shift that our operating system represents and the relationships our end-customers have with existing IT vendors sometimes lead to unpredictable sales cycles, which we hope to compress and stabilize as market adoption increases, as we gain leverage with our channel partners and as our sales and marketing efforts expand. Our business and operating results will be significantly affected by the degree to and speed with which organizations adopt our operating system.

*Leveraging Channel and OEM Partners*

We plan to continue to strengthen and expand our network of channel and OEM partners to increase sales to both new and existing end-customers. We believe that increasing channel leverage by investing aggressively in sales enablement and co-marketing with our partners will extend and improve our engagement with a broad set of end-customers. Our business and results of operations will be significantly affected by our success in leveraging and expanding our network of channel and OEM partners.

***Continued Purchases and Upgrades within Existing Customer Base***

Our end-customers typically deploy our technology for a specific workload initially. After a new end-customer's initial order, which includes the product and associated maintenance, support and services, we focus on expanding our footprint by serving more workloads. We also generate recurring revenue from our support and maintenance renewals. We view continued purchases and upgrades as critical drivers of our success, as the sales cycles are typically shorter compared to new end-customer deployments and selling efforts are typically less. As of October 31, 2017, approximately 72% of our end-customers who have been with us for 18 months or longer have made a repeat purchase, which is defined as any purchase activity, including support and maintenance renewals, subsequent to the initial purchase. Additionally, end-customers who have been with us for 18 months or longer have total lifetime orders (which includes the initial order) to date in an amount that is more than 4.1x greater, on average, than their initial order. This number increases to approximately 8.6x, on average, for Global 2000 end-customers who have been with us for 18 months or longer, and to more than 21.3x, on average, for our top 25 end-customers as of October 31, 2017. The multiples exclude the effect of one end-customer who had a very large and irregular purchase pattern that we believe is not representative of the purchase patterns of all our other end-customers. Our business and operating results will depend on our ability to sell additional products to our current existing and future base of end-customers.

***Changes in Product Mix and Associated Accounting Impact***

Shifts in the mix of whether our solutions are sold as an appliance or as software-only could result in fluctuations in our revenue and gross margins. Software-only sales typically reflect higher gross margins and lower revenue in a given period, since the sale does not include the revenue or cost of the hardware components in an appliance. Historically, most of our solutions have been delivered on an appliance and our revenue thus included the revenue associated with the hardware from such appliances. However, starting in the first quarter of fiscal year 2018, we began the process of transitioning our business to focus primarily on software-only sales and thus selling less hardware. As a result, we expect there to be an overall product mix shift towards sales of our solutions as software-only licenses, which we expect will be reflected in corresponding changes to our revenue and gross margins.

Revenue for the solutions, whether sold on an appliance, or as a stand-alone software are generally recognized upon transfer of control to our customers. For additional information on our revenue recognition, see Note 3 of Part I, Item 1 of this Quarterly Report on Form 10-Q.

***Revenue from Contracts with Customers***

In May 2014, the Financial Accounting Standards Board, or FASB, issued ASU 2014-09, Revenue from Contracts with Customers (Topic 606), or ASC 606. The standard is a comprehensive new revenue recognition model that requires revenue to be recognized in a manner to depict the transfer of goods or services to a customer at an amount that reflects the consideration expected to be received in exchange for those goods or services. The FASB has issued several amendments to the standard, including clarifications on disclosure of prior-period performance obligations and remaining performance obligations.

The guidance permits two methods of adoption: retrospectively to each prior reporting period presented (full retrospective method), or retrospectively with the cumulative effect of initially applying the guidance recognized at the date of initial application (the cumulative catch-up transition method). The new standard would have been effective for the Company beginning August 1, 2018, and adoption as of the original effective date of August 1, 2017 was permitted. The Company elected to early adopt the standard effective August 1, 2017 using the full retrospective method, which required us to restate our historical financial information to be consistent with the new standard. The most significant impact of the standard related to the timing of revenue recognition for certain software licenses sold with post contract support, or PCS, for which we do not have vendor specific objective evidence, or VSOE, under the previous revenue recognition guidance. Under the new standard, the requirement to have VSOE for undelivered elements is eliminated and we will recognize revenue for such software licenses upon transfer of control to our customers. In addition, the adoption of ASC 606 also resulted in differences in the timing of recognition of contract costs, such as sales commissions, as well as the corresponding impacts to provision for income taxes. For additional information on the impacts to previously reported results, see Note 3 of Part I, Item 1 of this Quarterly Report on Form 10-Q.

**Components of Our Results of Operations**

Our results of operations for the three months ended October 31, 2016 included significant (i) cumulative stock-based compensation expense related to stock awards with performance conditions, referred to as the performance stock awards, due to our initial public offering, or IPO, and (ii) the impact of business acquisitions, which closed during the three months ended October 31, 2016. Beginning in the fiscal year ended July 31, 2014, we began granting performance stock awards with vesting subject to (i) continuous service with us and (ii) satisfaction of one or more performance conditions (a liquidity event or both a liquidity event and certain performance targets). As a result of our IPO, we began to recognize stock-based compensation expense related to these performance stock awards during the three months ended October 31, 2016 as the performance condition, a liquidity event or IPO, was deemed probable of achievement. The cumulative stock-based compensation expense recognized in the first quarter of fiscal 2017 was approximately $83.0 million and it was for the portion of the awards for which the relevant service condition had been satisfied. We continue to amortize the remaining expense over the remaining service period. Amortization during the three months ended October 31, 2017 related to these performance stock awards was approximately $6.3 million.

*Revenue*

We generate revenue from the sale of our software solution, which can be delivered on a hardware appliance or on a stand-alone basis, PCS and professional services. A substantial portion of sales are made via channel partners. We also generate a significant portion of our revenue through OEM relationships, such as with Dell Technologies and Lenovo Group Ltd. These OEMs embed our software in their own hardware and we provide limited PCS on these transactions.

*Product revenue* -A substantial majority of our product revenue is generated from the sale of our software operating system, which can be delivered on a hardware appliance that is configured to order, or sold as stand-alone software, for which our customers separately procure their own hardware appliance. Revenue from our software products delivered on a hardware appliance, or as stand-alone software is generally recognized upon transfer of control to our customers, which is typically upon shipment for sales including a hardware appliance. In our standard distributor or reseller agreements, title and risk of loss pass to customer upon shipment.

*Support and other services revenue*-We generate our support and other services revenue primarily from support and maintenance contracts, and, to a lesser extent, from professional services. The majority of our product sales are sold in conjunction with support and maintenance contracts with terms ranging from one to five years. We recognize revenue from support and maintenance contracts ratably over the contractual service period. The service period typically commences upon transfer of control of the corresponding products to our customer. We recognize revenue related to professional services as they are performed.

*Cost of Revenue*

*Cost of product revenue*. Cost of product revenue consists of costs paid to third-party contract manufacturers, which includes hardware costs, personnel costs (consisting of salaries, benefits, bonuses and stock-based compensation) associated with our operations function and allocated costs (which consist of certain facilities, depreciation and amortization, recruiting, and information technology costs allocated based on headcount). We expect our cost of product revenue to decrease as a percentage of revenue as we expect an increasing percentage of our sales to move to software-only model.

*Cost of support and other services revenue*. Cost of support and other services revenue includes personnel and operating costs associated with our global customer support organization as well as allocated costs. We expect our cost of support and other services revenue to increase in absolute dollars as our support and other services revenue increases.

**Item 4. Controls and Procedures.**

***Evaluation of Disclosure Controls and Procedures***

Under the supervision and with the participation of our management, including our principal executive officer and principal financial officer, we conducted an evaluation of the effectiveness of the design and operation of our disclosure controls and procedures, as defined in Rules 13a-15(e) and 15d-15(e) under the Exchange Act, as of the end of the period covered by this report. Based on management's evaluation, our principal executive officer and principal financial officer concluded that our disclosure controls and procedures are effective at a reasonable assurance level.

In designing and evaluating our disclosure controls and procedures, management recognizes that any disclosure controls and procedures, no matter how well designed and operated, can provide only reasonable assurance of achieving the desired control objectives. In addition, the design of disclosure controls and procedures must reflect the fact that there are resource constraints and that management is required to apply its judgment in evaluating the benefits of possible controls and procedures relative to their costs.

***Changes in Internal Control over Financial Reporting***

Except for the implementation of certain internal controls related to the adoption of ASC 606, there were no changes in our internal control over financial reporting identified in connection with the evaluation required by Rules 13a-15(d) and 15d-15(d) of the Exchange Act that occurred during the three months ended October 31, 2017 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting. We implemented certain internal controls to ensure we adequately evaluated our contracts and properly assessed the impact of the new revenue recognition standard on our financial statements to facilitate its adoption effective August 1, 2017. In addition, we have made some changes to certain internal controls to reflect new processes that were implemented as a result of the adoption of ASC 606.

## PART II. OTHER INFORMATION

### Item 1. Legal Proceedings

We are not currently a party to any material legal proceedings that we believe to be material to our business or financial condition. From time to time we may become party to various litigation matters and subject to claims that arise in the ordinary course of business.

### Item 1A. Risk Factors

*You should carefully consider the risks and uncertainties described below, together with all of the other information contained in this Quarterly Report on Form 10-Q, including our consolidated financial statements and related notes, before making a decision to invest in our Class A common stock. The risks and uncertainties described below are not the only ones we face. Additional risks and uncertainties that we are unaware of, or that we currently believe are not material, may also become important factors that affect our business. If any of the following risks occur, our business, financial condition, operating results and prospects could be materially harmed. In that event, the price of our Class A common stock could decline, and you could lose part or all of your investment.*

**Risks Related to Our Business and Industry**

***We have a history of losses and we may not be able to achieve or maintain profitability in the future.***

We have incurred net losses in all periods since our inception, and we expect that we will continue to incur net losses for the foreseeable future. We experienced net losses of $108.2 million, $379.6 million and $61.5 million for fiscal 2016, fiscal 2017 and three months ended October 31, 2017, respectively. As of October 31, 2017, we had an accumulated deficit of $792.5 million. In addition to the investments we expect to continue to make to grow our business, we have also incurred and expect to continue incurring significant additional legal, accounting and other expenses as a newly public company that we did not incur as a private company. If we fail to increase our revenue and manage our expenses, we may not achieve or sustain profitability in the future.

*The markets in which we compete are rapidly evolving, which make it difficult to forecast end-customer adoption rates and demand for our solutions.*

The markets in which we compete are rapidly evolving. Accordingly, our future financial performance will depend in large part on the allocation of spending in traditional IT markets and on our ability to adapt to new market demands. Currently, sales of our solutions are dependent in large part upon replacement of spending in traditional markets, including x86 servers, storage systems and virtualization software. In addition, as we develop new solutions designed to address new market demands, such as the recently announced Nutanix Calm and Nutanix Xi Cloud Services, sales of our solutions will in part be dependent on capturing new spending in these markets, including hybrid cloud services. If these markets experience a shift in customer demand, or if customers in these markets focus their new spending on, or shift their existing spending to, public cloud solutions more quickly or more extensively than expected, our solutions may not compete as effectively, if at all. It is also difficult to predict end-customer demand or adoption rates for our solutions or the future growth of our market.

*If end-customers do not adopt our solutions, our ability to grow our business and operating results may be adversely affected.*

Traditional IT infrastructure architecture is entrenched in the datacenters of many of our end-customers because of their historical financial investment in existing IT infrastructure architecture and the existing knowledge base and skillsets of IT administrators. As a result, our sales efforts often involve extensive efforts to educate our end-customers as to the benefits and capabilities of our web-scale architecture solutions, particularly as we continue to pursue large organizations as end-customers. If we fail to achieve market acceptance of our solutions, our ability to grow our business and our operating results will be adversely affected.

*A shift in our relationships with our OEM partners could adversely affect our results of operations.*

Our relationships with our original equipment manufacturer, or OEM, partners continue to shift as industry dynamics change, and our OEM partners may be less willing to partner with us as an OEM or otherwise as such shifts occur. For example, Dell Technologies is not just an OEM partner, but also a competitor of ours, and accounted for over 10% of our total billings in each of fiscal 2016 and fiscal 2017. In September 2016, EMC Corporation, or EMC, was acquired by Dell. As a result of the acquisition, Dell may be more likely to promote and sell its own solutions, including those from EMC's complementary product portfolio, over our products, or cease selling or promoting our products entirely. Also, Dell holds a majority of outstanding voting power in VMware Inc., or VMware, and could combine the Dell, EMC and VMware product portfolios into unified offerings optimized for their platforms. If Dell decides to sell its own solutions over our products, that could adversely impact our OEM sales and harm our business, operating results and prospects, and our stock price could decline.

Further, since we account for OEM sales, including sales made by Dell, as software sales for revenue recognition purposes, and because we decided to early adopt the new revenue recognition standard (Accounting Standard Update 2014-09, Revenue from Contracts with Customers, or ASC 606) effective as of August 1, 2017, any reduction in OEM sales by any of our OEM partners will have an increased impact on our reported revenue and gross margins in future periods, potentially making it more difficult for us to forecast revenue and gross margins in future quarters. Under ASC 606, revenue from Dell would have accounted for approximately 12% and 10% of our total revenue in fiscal 2016 and fiscal 2017, respectively.

*Our revenue growth in recent periods may not be indicative of our future performance.*

We have experienced significant revenue growth in recent periods with total revenue of $503.4 million, $845.9 million, $188.6 million and $275.6 million for fiscal 2016, fiscal 2017 and the three months ended October 31, 2016 and 2017, respectively. You should not consider our revenue growth in recent periods as indicative of our future performance. While we have recently experienced significant revenue growth, we may not achieve similar revenue growth in future periods. In addition, we expect to transition our business to focus on more software-only transactions. Software-only sales typically reflect higher gross margins and lower revenue in a given period, as compared to software sales deployed on off-the-shelf servers, since the sale does not include the revenue or cost of the hardware components in an appliance. As we transition to more software-only transactions, we anticipate that our revenue growth will slow during the transition period, and there is no guarantee that we will be able to successfully increase our software-only sales to the anticipated levels. Accordingly, you should not rely on our revenue growth for any prior periods as an indication of our future revenue or revenue growth.

42

***We have experienced rapid growth in recent periods and we may not be able to sustain or manage any future growth effectively.***

We have expanded our overall business and operations significantly in recent periods. Our employee headcount increased significantly since our inception, and we may have significant headcount increases in the future. We anticipate that our operating expenses will increase in the foreseeable future as we scale our business, including in developing and improving our solutions, expanding our sales and marketing capabilities and global coverage, and in providing general and administrative resources to support our growth. As we continue to grow our business, we must effectively integrate, develop and motivate a large number of new employees, as well as existing employees who are promoted or moved into new roles, while maintaining the effectiveness of our business execution. In particular, our success depends heavily on our ability to ramp new sales teams in a fast and effective manner. We must also continue to improve and expand our IT and financial infrastructure, management systems and product management and sales processes. We expect that our future growth will continue to place a significant strain on our management, operational and financial resources. We may incur costs associated with future growth prior to realizing the anticipated benefits, and the return on these investments may be lower, or may develop more slowly than we expect. If we are unable to manage our growth effectively, we may not be able to take advantage of market opportunities. We also may fail to satisfy end-customers' requirements, maintain product quality, execute on our business plan or respond to competitive pressures, any of which could adversely affect our business, operating results, financial condition and prospects.

***We compete with traditional storage vendors, IT systems vendors, including providers of public cloud services, and infrastructure software providers, and expect competition to continue to intensify in the future from both established competitors and new market entrants.***

We operate in the intensely competitive enterprise infrastructure market and compete primarily with companies that sell software to build and operate enterprise clouds, integrated systems, and standalone storage and servers, as well as providers of public cloud infrastructure solutions. These markets are characterized by constant change and rapid innovation. Our main competitors fall into the following categories:

- software providers such as VMware and Red Hat, Inc., that offer a broad range of virtualization, infrastructure and management products to build and operate enterprise clouds;

- traditional IT systems vendors such as Hewlett Packard Enterprise Company, or HPE, Cisco Systems, Inc., or Cisco, Lenovo Group Ltd., Dell, Hitachi Data Systems Corporation, or Hitachi, and International Business Machines Corporation, or IBM, that offer integrated systems that include bundles of servers, storage and networking solutions, as well as a broad range of standalone server and storage products;

- traditional storage array vendors such as Dell, NetApp, Inc., or NetApp, and Hitachi, which typically sell centralized storage products; and

- providers of public cloud infrastructure such as Amazon.com, Inc., Google Inc., and Microsoft Corporation.

In addition, we compete against vendors of hyperconverged infrastructure and software-defined storage products such as VMware, Cisco, HPE, Dell and many smaller emerging companies. As our market grows, we expect it will continue to attract new companies as well as existing larger vendors. For example, NetApp recently released its first hyperconverged solution. Some of our competitors may expand their product offerings, acquire competing businesses, sell at lower prices, bundle with other products, provide closed technology platforms or otherwise attempt to gain a competitive advantage. For example, HPE acquired SimpliVity Corporation and Cisco acquired Springpath, Inc., both of which are emerging hyperconverged vendors, in order to bolster their own hyperconverged product lines. Furthermore, as we expand our product offerings, we may expand into new markets and we may encounter additional competitors in such markets. Additionally, as companies increasingly offer competing solutions, they may be less willing to partner with us as an OEM or otherwise.

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Date: December 12, 2017

/s/ Duston M. Williams

Duston M. Willliams

Chief Financial Officer

(Principal Financial Officer)

72

# EXHIBIT 9



| Company: | NUTANIX, INC. |
|---|---|
| Document: | 10-K (FY 2018) · 09/24/2018 |
| Section: | Entire Document |
| File Number: | 001-37883 |
| Pages: | 118 |

5/19/2020 1:03:49 PM

Intelligize, Inc.    info@intelligize.com    1-888-925-8627

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM 10-K

**(Mark One)**

☒     **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended July 31, 2018**

**OR**

☐     **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**

**Commission File Number: 001-37883**

# NUTANIX, INC.
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware** | **27-0989767** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**1740 Technology Drive, Suite 150**
**San Jose, CA 95110**
**(Address of principal executive offices, including zip code)**

**(408) 216-8360**
**(Registrant's telephone number, including area code)**

Securities registered pursuant to Section 12(b) of the Act:

| <u>Title of each class</u> | <u>Name of each exchange on which registered:</u> |
|---|---|
| Class A common stock, $0.000025 par value per share | NASDAQ Global Select Market |

Indicate by check mark whether the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark whether the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K, or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |
| | | If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to | ☐ |

Emerging growth company ☐                                               Section 13(a) of the Exchange Act.

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Securities Exchange Act). Yes ☐ No ☒

The aggregate market value of the registrant's common stock held by non-affiliates of the registrant as of January 31, 2018 (the last business day of the registrant's most recently completed second fiscal quarter) was approximately $3.6 billion, based upon the closing sale price of such stock on the NASDAQ Stock Market. The registrant has no non-voting common equity.

As of August 31, 2018, the registrant had 135,144,663 shares of Class A common stock, $0.000025 par value per share, and 37,744,316 shares of Class B common stock, $0.000025 par value per share, outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

As noted herein, the information called for by Parts II and III is incorporated by reference to specified portions of the registrant's definitive proxy statement to be filed in conjunction with the registrant's 2018 annual meeting of stockholders, which is expected to be filed not later than 120 days after the registrant's fiscal year ended July 31, 2018.

Table of Contents

Further, since OEM sales, including sales made by Dell, are generally recognized upon delivery under Accounting Standards Update 2014-09, Revenue from Contracts with Customers ("ASC 606"), which we adopted as of August 1, 2017, any reduction in OEM sales by any of our OEM partners will have an increased impact on our reported revenue and gross margins in future periods, potentially making it more difficult for us to forecast revenue and gross margins in future quarters. Under ASC 606, revenue from Dell accounted for approximately 11%, 10% and 9% of our total revenue in fiscal 2016, fiscal 2017 and fiscal 2018, respectively.

***Our financial performance, including revenue growth, in recent periods may not be indicative of our future performance.***

We have experienced significant revenue growth in recent periods, with total revenue of $503.4 million, $845.9 million, and $1,155.5 million for fiscal 2016, fiscal 2017 and fiscal 2018, respectively. While we have recently experienced significant revenue growth, you should not consider such revenue growth as indicative of our future performance and we may not achieve similar revenue growth in future periods.

In addition, we are in the process of transitioning our business to focus on more software-only transactions and expect to transition toward a subscription-based model in the longer term. Software-only sales typically reflect higher gross margins and lower revenue in a given period, as compared to software sales deployed on off-the-shelf servers, since the sale does not include the revenue or cost of the hardware components in an appliance. As we transition to more software-only transactions, we anticipate that, unless we can replace the hardware revenue with additional software sales, our revenue growth will slow during the transition period, our gross margins may fluctuate and our operating results may be adversely impacted.

Further, as we transition more of our business toward a subscription-based model, our revenue may be impacted in the short term. The revenue associated with certain subscription purchases, such as with Nutanix Xi Cloud Services, will be recognized over the term of the subscription resulting in less upfront revenue as compared to our historical software-only transactions. Also, the revenue we recognize from subscription sales, even if recognized upfront, may in some instances have a lower total dollar value than those associated with licenses for the life of the device because they may be of a shorter term than the life of the device. This may also make it difficult to rapidly increase our revenue in any period through additional sales.

Our success also depends heavily on the ability of our sales team to adjust their strategy to focus on software-only and subscription-based sales. Furthermore, our customers may not understand these changes to our product sales, and investors, industry and financial analysts may have difficulty understanding the changes to our business model, resulting in changes in financial estimates or failure to meet investor expectations. As our business changes, the transition may make it more difficult to accurately project our operating results or plan for future growth. Accordingly, you should not rely on our revenue growth for any prior periods as an indication of our future revenue or revenue growth.

***We have experienced rapid growth in recent periods and we may not be able to sustain or manage any future growth effectively.***

We have expanded our overall business and operations significantly in recent periods. Our employee headcount increased significantly since our inception, and we may have significant headcount increases in the future. We anticipate that our operating expenses will increase in the foreseeable future as we scale our business, including in developing and improving our solutions, expanding our sales and marketing capabilities and global coverage, and in providing general and administrative resources to support our growth. As we continue to rapidly grow our business, we must effectively integrate, develop and motivate a large number of new employees, as well as existing employees who are promoted or moved into new roles, while maintaining the effectiveness of our business execution. In particular, our success depends heavily on our ability to ramp new sales teams in a fast and effective manner. We must also continue to improve and expand our IT and financial infrastructure, management systems and product management and sales processes. We expect that our future growth will continue to place a significant strain on our management, operational and financial resources. We may incur costs associated with future growth prior to realizing the anticipated benefits, and the return on these investments may be lower, or may develop more slowly than we expect. If we are unable to manage our growth effectively, we may not be able to take advantage of market opportunities. We also may fail to satisfy end customers' requirements, maintain product quality, execute on our business plan or respond to competitive pressures, any of which could adversely affect our business, operating results, financial condition and prospects.

8

Table of Contents

***We believe our long-term value as a company will be greater if we focus on growth, which may negatively impact our profitability in the near term.***

Part of our business strategy is to primarily focus on our long-term growth. As a result, our profitability may be lower in the near term than it would be if our strategy was to maximize short-term profitability. Expenditures related to expanding our research and development efforts, sales and market efforts, infrastructure and other such investments may not ultimately grow our business or cause long-term profitability. If we are ultimately unable to achieve profitability at the level anticipated by analysts and our stockholders, our stock price may decline.

***The enterprise IT market is rapidly changing and expanding, and we expect competition to continue to intensify in the future from both established competitors and new market entrants.***

We operate in the intensely competitive enterprise infrastructure market and compete primarily with companies that sell software to build and operate enterprise clouds, integrated systems, and standalone storage and servers, as well as providers of public cloud infrastructure solutions. These markets are characterized by constant change and rapid innovation. Our main competitors fall into the following categories:

- software providers, such as Red Hat, Inc. and VMware, that offer a broad range of virtualization, infrastructure and management products to build and operate enterprise clouds;

- traditional IT systems vendors, such as Cisco Systems, Inc. ("Cisco"), Dell, Hewlett Packard Enterprise Company ("HPE"), Hitachi Data Systems Corporation ("Hitachi"), International Business Machines Corporation ("IBM"), and Lenovo Group Ltd., that offer integrated systems that include bundles of servers, storage and networking solutions, as well as a broad range of standalone server and storage products;

- traditional storage array vendors, such as Dell, Hitachi and NetApp, Inc. ("NetApp"), which typically sell centralized storage products; and

- providers of public cloud infrastructure, such as Amazon.com, Inc. ("Amazon"), Google Inc. and Microsoft Corporation.

In addition, we compete against vendors of hyperconverged infrastructure and software-defined storage products, such as Cisco, HPE, Dell, VMware, and many smaller emerging companies. As our market grows, we expect it will continue to attract new companies as well as existing larger vendors. For example, NetApp recently released its first hyperconverged solution. Some of our competitors may expand their product offerings, acquire competing businesses, sell at lower prices, bundle with other products, provide closed technology platforms, partner with other companies to develop joint solutions, or otherwise attempt to gain a competitive advantage. For example, HPE acquired SimpliVity Corporation and Cisco acquired Springpath, Inc., both of which were emerging hyperconverged vendors, in order to bolster their own hyperconverged product lines. VMWare and Amazon also announced a partnership to offer a joint solution that may directly compete with our products. Furthermore, as we expand our product offerings, we may expand into new markets and we may encounter additional competitors in such markets. Additionally, as companies increasingly offer competing solutions, they may be less willing to partner with us as an OEM or otherwise.

9

Table of Contents

Many of our existing competitors have, and some of our potential competitors may have, competitive advantages over us, such as longer operating histories, significantly greater financial, technical, marketing or other resources, stronger brand awareness and name recognition, larger intellectual property portfolios and broader global presence and distribution networks. Furthermore, some of our competitors supply a wide variety of products to, and have well-established relationships with, our current and prospective end customers. Some of these competitors have in the past and may in the future take advantage of their existing relationships with end customers, distributors or resellers to provide incentives to such current or prospective end customers that make their products more economically attractive or to interfere with our ability to offer our solutions to our end customers. Our competitors may also be able to offer products or functionality similar to ours at a more attractive price, such as by integrating or bundling their solutions with their other product offerings or those of technology partners or establishing cooperative relationships with other competitors, technology partners or other third parties. Potential end customers may prefer to purchase from their existing suppliers rather than a new supplier, especially given the significant investments that they have historically made in their legacy infrastructures. Some of our competitors may also have stronger or broader relationships with technology partners than we do, which could make their products more attractive than ours. As a result, we cannot assure you that our solutions will compete favorably, and any failure to do so could adversely affect our business, operating results and prospects.

***Our relatively limited operating history makes it difficult to evaluate our current business and prospects, and may increase the risk of your investment.***

We began selling our products in October 2011. We have relatively limited historical financial data, and we operate in a rapidly evolving market. Our relatively limited operating history makes it difficult to evaluate our current business and our future prospects, including our ability to plan for and model future growth. Furthermore, we are in the process of transitioning our business to focus on more software-only transactions in the near term, and shift to a software as a service and software as a subscription model in the longer-term, which may make it more difficult to project our business growth and margins. In addition, the rapidly evolving nature of the enterprise IT infrastructure market, as well as other factors beyond our control, reduces our ability to accurately forecast quarterly or annual performance. Our solutions may never reach widespread adoption, and changes or advances in technologies could adversely affect the demand for our solutions. A reduction in demand for web-scale architectures caused by lack of customer acceptance, technological challenges, competing technologies and solutions or otherwise would result in lower revenue growth rates or decreased revenue, either of which could negatively impact our business, operating results and prospects. Any predictions about future revenue and expenses may not be as accurate as they would be if we had a longer operating history. We have encountered and will continue to encounter risks and difficulties associated with rapid growth and expansion and a relatively limited operating history. If we do not address these risks successfully, our business and operating results would be adversely affected, and our stock price could decline.

***Developments or improvements in enterprise IT infrastructure technologies may materially and adversely affect the demand for our solutions.***

Significant developments in enterprise IT infrastructure technologies, such as advances in storage, virtualization, containers, management software and public cloud and hybrid cloud infrastructure solutions, may materially and adversely affect our business, operating results and prospects in ways we do not currently anticipate. For example, improvements in hybrid cloud technologies, such as improvements in orchestration and automation tools, could emerge as a preferred alternative to our solutions, especially if they are introduced to the market before ours are. Any failure by us to develop new or enhanced technologies or processes, to react to changes or advances in existing technologies or to correctly anticipate these changes or advances as we create and invest in our product roadmap could materially delay our development and introduction of new solutions, which could result in the loss of competitiveness of our solutions, decreased revenue and a loss of market share to competitors. In addition, public cloud infrastructure offers alternatives to the on-premise infrastructure deployments that our platform currently supports. Various factors could cause the rate of adoption of public cloud infrastructure to increase, including continued or accelerated decreases in the price of public cloud offerings and improvements in the ability of public cloud providers to deliver reliable performance, enhanced security, better application compatibility and more precise infrastructure control. Any of these factors could make our platform less competitive as compared to the public cloud, and could materially and adversely affect the demand for our solutions.

10

**NUTANIX, INC.**

**Management's Discussion and Analysis of
Financial Condition and Results of Operations**

**Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations**

*You should read the following discussion and analysis of our financial condition and results of operations together with the consolidated financial statements and related notes that are included elsewhere in this Annual Report on Form 10-K. The last day of our fiscal year is July 31. Our fiscal quarters end on October 31, January 31, April 30 and July 31. This discussion contains forward-looking statements based upon current expectations that involve risks and uncertainties. Our actual results may differ materially from those anticipated in these forward-looking statements as a result of various factors, including those set forth under "Risk Factors" or in other parts of this Annual Report on Form 10-K.*

## Overview

Nutanix, Inc. ("we," "us," "our" or "Nutanix") provides a leading enterprise cloud platform that powers many of the world's business applications and end user services by providing software solutions that digitize traditional silos of enterprise computing. Our solution allows our customers to virtualize various clouds - private, public, edge - into one seamless cloud enabling enterprises to choose the right cloud for the right application. Our enterprise cloud platform converges compute, virtualization, storage, networking, desktop, governance and security services in one integrated, simple to consume solution delivered through software. Further, our software and software as a service ("SaaS") solutions allow enterprises to simplify the complexities of a multi-cloud environment with automation, cost governance and compliance. We underpin the platform with unique web-scale engineering and one-click operational simplicity that powers any scale deployment while giving customers the freedom of choice across various hardware platforms, across various virtualization solutions and across major public cloud providers.

Our enterprise cloud platform can be delivered pre-installed on an appliance that is configured to order or delivered separately to be utilized on a variety of certified hardware platforms. Software delivered on configured to order appliances is not portable to other appliances and has a term equal to the life of the associated appliance, while separately purchased software typically has a term of one to five years. For the fiscal year ended July 31, 2018, the weighted average term for such software licenses was approximately 3.5 years. Configured to order appliances, including our Nutanix-branded NX hardware line, can be purchased from one of our original equipment manufacturer ("OEM") partners or directly from Nutanix. Our platform is typically purchased with one or more years of support and entitlements, which includes the right to software upgrades and enhancements as well as technical support.

Product revenue is generated primarily from the sales of our solution and is generally recognized upon transfer of control to the customer. Support, entitlements and other services revenue is primarily derived from the related support and maintenance contracts and is recognized ratably over the term of those support contracts. Sales of our solution on appliances purchased from Nutanix have comprised the bulk of our historical product revenue; however, starting in the first quarter of fiscal 2018, more of our customers began buying appliances directly from our OEMs, or in some cases, purchasing separately sold term license subscriptions. We expect both of these trends to continue.

42

**NUTANIX, INC.**

**Management's Discussion and Analysis of**
**Financial Condition and Results of Operations (Continued)**

We had a broad and diverse base of over 10,600 end customers as of July 31, 2018, including over 700 Global 2000 enterprises. We define the number of end customers as the number of end customers for which we have received an order by the last day of the period, excluding partners to which we have sold products for their own demonstration purposes. A single organization or customer may represent multiple end customers for separate divisions, segments or subsidiaries. Since shipping our first product in fiscal 2012, our end customer base has grown rapidly. The number of end customers grew from over 7,000 as of July 31, 2017 to over 10,600 as of July 31, 2018. Our platform is primarily sold through channel partners, including distributors, resellers and OEMs, and delivered directly to our end customers. The majority of our sales and marketing investment is used to educate our end customers about the benefits of our solution, particularly as we continue to pursue large enterprises and mission critical workloads. Our solutions serve a broad range of workloads, including enterprise applications, databases, virtual desktop infrastructure ("VDI"), unified communications, and big data analytics and we have recently announced the capability to support both virtualized and non-virtualized applications. We have end customers across a broad range of industries, such as automotive, consumer goods, education, energy, financial services, healthcare, manufacturing, media, public sector, retail, technology, and telecommunications. We also sell to service providers, who utilize our platform to provide a variety of cloud-based services to their customers.

We continue to invest heavily in the growth of our business, including the development of our solutions and build-out of our global sales force. The number of our full-time employees increased from approximately 2,800 as of July 31, 2017 to approximately 4,000 as of July 31, 2018. We have an engineering team focused on distributed systems and IT infrastructure technologies at our San Jose, California headquarters and at our research and development centers in Bangalore, India, Durham, North Carolina, Seattle, Washington and Belgrade, Serbia. We have also expanded our international sales and marketing presence by continuing to build out our global teams. We intend to continue to invest in our global engineering team to enhance the functionality of our platform, introduce new products and features and build upon our technology leadership, as well as continue to expand our global sales and marketing teams.

Our total revenue was $503.4 million, $845.9 million and $1,155.5 million for fiscal 2016, 2017 and 2018, respectively, representing increases of 68.0% and 36.6% in fiscal 2017 and fiscal 2018, as compared to the prior year periods. Our net losses were $108.2 million, $379.6 million and $297.2 million for fiscal 2016, 2017 and 2018, respectively. Net cash provided by operating activities was $3.6 million, $13.8 million and $92.6 million for fiscal 2016, 2017 and 2018, respectively. Free cash flow, which is calculated as net cash provided by (used in) operating activities less purchases of property and equipment, was an outflow of $38.7 million and $36.4 million for fiscal 2016 and fiscal 2017, respectively, and an inflow of $30.2 million for fiscal 2018. As of July 31, 2018, we had an accumulated deficit of $1,028.1 million.

In January 2018, we issued Convertible Senior Notes with a 0% interest rate for an aggregate principal amount of $575.0 million, due in 2023 (the "Notes"). The total net proceeds from this offering, after deducting the initial purchasers' discount of approximately $10.8 million, were approximately $564.2 million. Approximately $55.2 million of the proceeds were used to purchase a convertible note hedge, partially offset by the proceeds from the sale of warrants to purchase additional stock at a higher price. We incurred approximately $0.7 million of other issuance costs. The remaining proceeds from the Notes will be used for general corporate purposes, including working capital requirements, capital expenditures and potential acquisitions. For additional information, see Note 6 of Notes to Consolidated Financial Statements included in Part II, Item 8 of this Annual Report on Form 10-K.

**New Accounting Standards**

We adopted Accounting Standards Update ("ASU") 2014-09, Revenue from Contracts with Customers (Topic 606) ("ASC 606"), the new accounting standard related to revenue recognition, effective August 1, 2017. Prior period information presented has been adjusted to reflect the adoption of this new standard. See Note 3 of Notes to Consolidated Financial Statements included in Part II, Item 8 of this Annual Report on Form 10-K for a summary of adjustments.

**NUTANIX, INC.**

**Management's Discussion and Analysis of
Financial Condition and Results of Operations (Continued)**

**Key Financial and Performance Metrics**

We monitor the following key financial and performance metrics:

| | As of and for the Fiscal Year Ended July 31, | | | | | |
|---|---|---|---|---|---|---|
| | **2016** | | **2017** | | **2018** | |
| | **(in thousands, except percentages)** | | | | | |
| Total revenue | $ | 503,410 | $ | 845,903 | $ | 1,155,457 |
| Year-over-year percentage increase | | (1) | | 68.0% | | 36.6% |
| Billings | $ | 637,795 | $ | 990,467 | $ | 1,417,484 |
| Gross profit | $ | 332,623 | $ | 518,572 | $ | 769,427 |
| Gross margin | | 66.1% | | 61.3% | | 66.6% |
| Adjusted gross profit | $ | 333,982 | $ | 533,363 | $ | 786,593 |
| Adjusted gross margin | | 66.3% | | 63.1% | | 68.1% |
| Total deferred revenue | $ | 218,481 | $ | 369,056 | $ | 631,207 |
| Net cash provided by operating activities | $ | 3,636 | $ | 13,822 | $ | 92,555 |
| Free cash flow | $ | (38,658) | $ | (36,359) | $ | 30,183 |
| Non-GAAP operating expenses | $ | 418,552 | $ | 645,456 | $ | 883,244 |
| Total end customers | | 3,770 | | 7,050 | | 10,610 |

_____

(1)     Fiscal 2016 growth rate is not shown, as only fiscal 2016 and fiscal 2017 financial data was recast under ASC 606.

**Non-GAAP Financial Measures and Key Performance Measures**

We regularly monitor billings, adjusted gross profit, adjusted gross margin, free cash flow, and non-GAAP operating expenses, which are non-GAAP financial measures and key performance measures, to help us evaluate our growth and operational efficiencies, measure our performance, identify trends in our sales activity, and establish our budgets. We evaluate these measures because they:

• are used by management and the Board of Directors to understand and evaluate our performance and trends, as well as to provide a useful measure for period-to-period comparisons of our core business;

• are widely used as a measure of financial performance to understand and evaluate companies in our industry; and

• are used by management to prepare and approve our annual budget and to develop short-term and long-term operational and compensation plans, as well as to assess our actual performance against our goals.

Billings is a performance measure which management believes provides useful information to investors, as it represents the dollar value under binding purchase orders received and billed during a given period. Free cash flow is a performance measure that provides useful information to management and investors about the amount of cash used in or generated by the business after necessary capital expenditures. Adjusted gross profit, adjusted gross margin and non-GAAP operating expenses are performance measures which management believes provides useful information to investors, as they provide meaningful supplemental information regarding our performance and liquidity by excluding certain expenses and expenditures, such as stock-based compensation expense, that may not be indicative of our ongoing core business operating results. We use these non-GAAP financial and key performance measures for financial and operational decision-making and as a means to evaluate period-to-period comparisons.

44

**NUTANIX, INC.**

**Management's Discussion and Analysis of
Financial Condition and Results of Operations (Continued)**

Billings, adjusted gross profit, adjusted gross margin, free cash flow, and non-GAAP operating expenses have limitations as analytical tools, and they should not be considered in isolation or as substitutes for analysis of our results as reported under generally accepted accounting principles ("GAAP") in the United States. Billings, adjusted gross profit, adjusted gross margin, free cash flow, and non-GAAP operating expenses are not substitutes for total revenue, gross profit, gross margin, cash provided by (used in) operating activities, or GAAP operating expenses, respectively. In addition, other companies, including companies in our industry, may calculate non-GAAP financial measures and key performance measures differently or may use other measures to evaluate their performance, all of which could reduce the usefulness of our non-GAAP financial measures and key performance measures as tools for comparison. We urge you to review the reconciliation of our non-GAAP financial measures and key performance measures to the most directly comparable GAAP financial measures included below, and not to rely on any single financial measure to evaluate our business.

We calculate our non-GAAP measures as follows:

*Billings* - We calculate billings by adding the change in deferred revenue, net of acquisitions, between the start and end of the period to total revenue recognized in the same period.

*Adjusted gross profit and adjusted gross margin* - We calculate adjusted gross margin as adjusted gross profit divided by total revenue. We define adjusted gross profit as gross profit adjusted to exclude stock-based compensation expense and the amortization of acquired intangible assets. Our presentation of adjusted gross profit should not be construed as implying that our future results will not be affected by any recurring expenses or any unusual or non-recurring items that we exclude from our calculation of this non-GAAP financial measure.

*Free cash flow* - We calculate free cash flow as net cash provided by (used in) operating activities less purchases of property and equipment, which measures our ability to generate cash from our business operations after our capital expenditures.

*Non-GAAP operating expenses* - We define non-GAAP operating expenses as total operating expenses adjusted to exclude stock-based compensation expense and costs associated with business combinations, such as amortization of acquired intangible assets, revaluation of contingent consideration and other acquisition-related costs. Our presentation of non-GAAP operating expenses should not be construed as implying that our future results will not be affected by any recurring expenses or any unusual or non-recurring items that we exclude from our calculation of this non-GAAP financial measure.

45

**NUTANIX, INC.**

**Management's Discussion and Analysis of**
**Financial Condition and Results of Operations (Continued)**

The following table presents a reconciliation of billings, adjusted gross profit, adjusted gross margin, free cash flow, and non-GAAP operating expenses to the most directly comparable GAAP financial measures, for each of the periods indicated:

| | Fiscal Year Ended July 31, | | | | | |
|---|---|---|---|---|---|---|
| | | 2016 | | 2017 | | 2018 |
| | | (in thousands, except percentages) | | | | |
| Total revenue | $ | 503,410 | $ | 845,903 | $ | 1,155,457 |
| Change in deferred revenue, net of acquisitions | | 134,385 | | 144,564 | | 262,027 |
| Billings (non-GAAP) | $ | 637,795 | $ | 990,467 | $ | 1,417,484 |
| | | | | | | |
| Gross profit | $ | 332,623 | $ | 518,572 | $ | 769,427 |
| Stock-based compensation | | 1,359 | | 13,477 | | 11,525 |
| Amortization of intangible assets | | - | | 1,314 | | 5,641 |
| Adjusted gross profit (non-GAAP) | $ | 333,982 | $ | 533,363 | $ | 786,593 |
| | | | | | | |
| Gross margin | | 66.1% | | 61.3% | | 66.6% |
| Stock-based compensation | | 0.2% | | 1.6% | | 1.0% |
| Amortization of intangibles | | -% | | 0.2% | | 0.5% |
| Adjusted gross margin (non-GAAP) | | 66.3% | | 63.1% | | 68.1% |
| | | | | | | |
| Net cash provided by operating activities | $ | 3,636 | $ | 13,822 | $ | 92,555 |
| Purchases of property and equipment | | (42,294) | | (50,181) | | (62,372) |
| Free cash flow (non-GAAP) | $ | (38,658) | $ | (36,359) | $ | 30,183 |
| | | | | | | |
| Operating expenses | $ | 437,249 | $ | 866,981 | $ | 1,049,835 |
| Stock-based compensation | | (18,697) | | (218,014) | | (166,343) |
| Change in fair value of contingent consideration | | - | | (1,924) | | 2,423 |
| Amortization of intangible assets | | - | | (915) | | (914) |
| Acquisition-related costs | | - | | (672) | | (1,757) |
| Operating expenses (non-GAAP) | $ | 418,552 | $ | 645,456 | $ | 883,244 |

**Factors Affecting Our Performance**

We believe that our future success will depend on many factors, including those described below. While these areas present significant opportunity, they also present risks that we must manage to achieve successful results. See the section titled "Risk Factors" for details. If we are unable to address these challenges, our business and operating results could be adversely affected.

**NUTANIX, INC.**

**Management's Discussion and Analysis of
Financial Condition and Results of Operations (Continued)**

***Investment in Growth***

We plan to continue to invest in sales and marketing so that we can capitalize on our market opportunity and as part of this, we intend to specifically expand our focus on opportunities with major accounts and large deals, which we define as transactions over $500,000. We have significantly increased our sales and marketing personnel, which grew by approximately 42% from July 31, 2017 to July 31, 2018. We estimate, based on past experience, that sales team members typically become fully ramped up around the start of their fourth quarter of employment with us, and as our newer employees ramp up, we expect their increased productivity to contribute to our revenue growth. As of July 31, 2018, we considered approximately 59% of our global sales team members to be fully ramped, while the remaining approximately 41% of our global sales team members are in the process of ramping up. As we shift the focus of some of our new and existing sales team members to major accounts and large deals, it may take longer for these sales team members to become fully productive, and there may also be an impact to the overall productivity of our sales team. We are focused on actively managing this realignment and expect continuing improvement over the coming quarters. We intend to continue to grow our global sales and marketing team to acquire new end customers and to increase sales to existing end customers.

We also intend to continue to grow our global research and development and engineering teams to enhance our solutions, improve integration with new and existing ecosystem partners and broaden the range of IT infrastructure technologies that we converge into our platform. We believe that these investments will contribute to our long-term growth, although they may adversely affect our profitability in the near term.

***Market Adoption of Our Products***

The public cloud has changed IT buyer expectations about the simplicity, agility, scalability, and pay-as-you-grow economics of IT resources, which represent a major architectural shift and business model evolution. A key focus of our sales and marketing efforts is creating market awareness about the benefits of our platform, both as compared to traditional datacenter architectures as well as the public cloud, particularly as we continue to pursue large enterprises and mission critical workloads. The broad nature of the technology shift that our platform represents and the relationships our end customers have with existing IT vendors sometimes lead to unpredictable sales cycles, which we hope to compress and stabilize as market adoption increases, as we gain leverage with our channel partners and as our sales and marketing efforts expand. Our business and operating results will be significantly affected by the degree to and speed with which organizations adopt our platform.

***Leveraging Channel and OEM Partners***

We plan to continue to strengthen and expand our network of channel and OEM partners to increase sales to both new and existing end customers. We believe that increasing channel leverage by investing aggressively in sales enablement and co-marketing with our partners will extend and improve our engagement with a broad set of end customers. Our business and results of operations will be significantly affected by our success in leveraging and expanding our network of channel and OEM partners.

***Continued Purchases and Upgrades within Existing Customer Base***

Our end customers typically deploy our technology for a specific workload initially. After a new end customer's initial order, which includes the product and associated maintenance, support and services, we focus on expanding our footprint by serving more workloads. We also generate recurring revenue from our support and maintenance renewals. We view continued purchases and upgrades as critical drivers of our success, as the sales cycles are typically shorter as compared to new end customer deployments and selling efforts are typically less. As of July 31, 2018, approximately 67% of our end customers who have been with us for 18 months or longer have made a repeat purchase, which is defined as any purchase activity, including support and maintenance renewals, after the initial purchase. Additionally, end customers who have been with us for 18 months or longer have total lifetime orders, including the initial order, to date in an amount that is more than 4.1x greater, on average, than their initial order. This number increases to approximately 10.1x, on average, for Global 2000 end customers who have been with us for 18 months or longer, and to more than 18.3x, on average, for our top 25 end customers as of July 31, 2018. These multiples exclude the effect of one end customer who had a very large and irregular purchase pattern that we believe is not representative of the purchase patterns of all of our other end customers. Our business and operating results will depend on our ability to sell additional products to our existing and future base of end customers.

**NUTANIX, INC.**

**Management's Discussion and Analysis of
Financial Condition and Results of Operations (Continued)**

### Changes in Product Mix and Associated Accounting Impact

Shifts in the mix of whether our solutions are sold with or without an appliance, or sales of our solution on a subscription basis, could result in fluctuations in our revenue and gross margin. Sales where customers separately procure an appliance typically reflect higher gross margins and lower revenue in a given period, since the sale does not include the revenue or cost of the hardware components in an appliance. Sales of subscription software include fixed-term licenses and other offerings with ongoing performance obligations, such as SaaS. Since our revenue is recognized as our performance obligations are delivered, sales in this manner may reflect lower revenue in a given period.

Historically, we have delivered most of our solutions on an appliance, thus our revenue included the revenue associated with the appliance and the included non-portable software which lasts for the life of the appliance. However, starting in the first quarter of fiscal 2018, more of our customers began buying appliances directly from our OEMs, or in some cases, purchasing separately sold subscription software. We expect to continue see increases in the sales of our solutions without hardware appliances and sales of subscription software, which will be reflected in further corresponding changes to our revenue and gross margin.

Revenue for our solutions, whether or not sold on an appliance by us or as a software subscription, is generally recognized upon transfer of control to the customer. For additional information on revenue recognition, see Note 3 of Notes to Consolidated Financial Statements included in Part II, Item 8 of this Annual Report on Form 10-K and "Critical Accounting Estimates" later in this "Management's Discussion and Analysis of Financial Condition and Results of Operations" section.

### Revenue from Contracts with Customers

In May 2014, the Financial Accounting Standards Board ("FASB"), issued ASU 2014-09, Revenue from Contracts with Customers (Topic 606). The standard is a comprehensive new revenue recognition model that requires revenue to be recognized in a manner which depicts the transfer of goods or services to a customer at an amount that reflects the consideration expected to be received in exchange for those goods or services. The FASB issued several amendments to the standard, including clarifications on the disclosure of prior period performance obligations and remaining performance obligations.

The guidance permits two methods of adoption: retrospectively to each prior reporting period presented (full retrospective method), or retrospectively with the cumulative effect of initially applying the guidance recognized at the date of initial application (the cumulative catch-up transition method). The new standard would have been effective for us beginning August 1, 2018, but early adoption as of the original effective date of August 1, 2017 was also permitted. We elected to early adopt the standard effective August 1, 2017 using the full retrospective method, which required us to recast our historical financial information to conform with the new standard. The most significant impact of the standard related to the timing of revenue recognition for certain software licenses sold with post-contract support, for which we did not have vendor specific objective evidence ("VSOE") under the previous revenue recognition guidance. Under the new standard, the requirement to have VSOE for undelivered elements was eliminated and we now recognize revenue for such software licenses upon transfer of control to the customer. In addition, the adoption of ASC 606 also resulted in differences in the timing of recognition of contract costs, such as sales commissions, as well as the corresponding impact to our provision for income taxes. For additional information on the impact to previously reported results, see Note 3 of Notes to Consolidated Financial Statements included in Part II, Item 8 of this Annual Report on Form 10-K.

48

Table of Contents

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereto duly authorized.

**NUTANIX, INC.**

Date: September 21, 2018

By:    /s/ Dheeraj Pandey

Dheeraj Pandey
*Chief Executive Officer and Chairman*

## POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS, that each person whose signature appears below constitutes and appoints Dheeraj Pandey and Duston M. Williams, jointly and severally, his attorneys-in-fact, each with the power of substitution, for him in any and all capacities, to sign any amendments to this report, and to file the same, with exhibits thereto and other documents in connection therewith, with the Securities and Exchange Commission, hereby ratifying and confirming all that each of said attorneys-in-fact, or his substitute or substitutes, may do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ Dheeraj Pandey<br>Dheeraj Pandey | Chief Executive Officer and Chairman<br>*(Principal Executive Officer)* | September 21, 2018 |
| /s/ Duston M. Williams<br>Duston M. Williams | Chief Financial Officer<br>*(Principal Financial Officer)* | September 21, 2018 |
| /s/ Kenneth W. Long III<br><br>Kenneth W. Long III | Vice President, Corporate Controller and<br>Chief Accounting Officer<br>*(Principal Accounting Officer)* | September 21, 2018 |
| /s/ Susan L. Bostrom<br>Susan L. Bostrom | Director | September 21, 2018 |
| /s/ Craig Conway<br>Craig Conway | Director | September 21, 2018 |
| /s/ Steven J. Gomo<br>Steven J. Gomo | Director | September 21, 2018 |
| /s/ John McAdam<br>John McAdam | Director | September 21, 2018 |
| /s/ Ravi Mhatre<br>Ravi Mhatre | Director | September 21, 2018 |
| /s/ Jeffrey T. Parks<br>Jeffrey T. Parks | Director | September 21, 2018 |
| /s/ Michael P. Scarpelli<br>Michael P. Scarpelli | Director | September 21, 2018 |

# EXHIBIT 13

# Produced in Native

CONFIDENTIAL



# Marketing Update
# 11/8/2018

Nutanix Confidential

# Agenda

1 Brand Results

2 Marketing Allocation

3 .NEXT



# Annual Brand Awareness Survey Results

- Nutanix has an awareness shortfall when competing with the Microsofts and Amazons of the world, and with the established incumbent infrastructure vendors.



# Advertising Impacts Perception and Awareness

- Advertising activity provides a significant, +40% improvement in Nutanix's brand performance scores vs those aware of brand but NOT marketing and advertising exposed.



¹Which INFRASTRUCTURE AND CLOUD companies do you recall seeing advertisements and/or communications for in the past 4 weeks?
²Thinking about [BRAND], how strongly do you agree or disagree with the following list, where 7 is strongly agree and 1 is strongly disagree?

4

# Awareness is Good.  Consideration is Better

- Along with increase in awareness and perception measurements, brand investment will be quantified through an increase in consideration.



1Thinking about your organization's PRIMARY INFRASTRUCTURE AND CLOUD company, if it was no longer available, how likely would you and/or your organization be to consider each of these companies as an alternative, where 7 is extremely likely to consider and 1 is extremely unlikely to consider? % 6&7/7

5

# Bi-Annual Brand Perception Survey

Modest gains in perception as an Enterprise Cloud Company

**Nutanix is a:**



# Bi-Annual Brand Perception Survey

## Customers on Competitors

**Who do you consider to be Nutanix's primary competitor?**

| Competitor | FY16 | FY17 | FY18 |
|---|---|---|---|
| VMware | 33% | 36% | 39% |
| Dell/EMC | 13% | 27% | 23% |
| AWS | 5% | 11% | 10% |
| HPE | 34% | 19% | 12% |
| Cisco | 6% | 8% | 7% |
| Other | 8% | 0% | 6% |
| Microsoft Azure | 0% | 0% | 3% |



# Bi-Annual Brand Perception Survey

Improve Pricing; Simplicity and Pay as You Grow Benefits Slipping...



# Doubling Down on Brand

- On/Off approach is not effective - consistent and sustained presence over a period of time in key regions is critical to getting visibility and mindshare.

- Increase spend from 1.5M to 5M per quarter.

- Continue and expand targeted strikes at industry and competitive events, including net-new audiences.

- Deploy targeted advertising in key countries and metros (NY/NJ, North, West, Germany, France, Japan, etc)

- Targeted deployments in strategic geos (Seattle/Bellevue, Bay Area, etc).

- Ongoing aircover with digital and select print placements.

- Targeted native and programmatic placements for lower cost/high value targeting placements.



9

# If We Double Down On Brand Advertising

- From $2M to $4M per quarter...

- Go huge in countries/regions we need to own with Gloves Off and Freedom Customer campaigns:
  - EMEA: Germany, France, UK
  - APJ: Japan, India, ANZ, China
  - AMER focus on North, West, Mexico

- $500-800K OOH takeovers to support awareness, demand and recruiting

- $500K in premium digital buys targeting IT buyers and investor community (WSJ, Bloomberg/Marketwatch and EMEA/APJ equivalents)

- $500K in targeted print (potentially WSJ, Financial Times in UK, Heise in Germany, Nikkei in Japan, etc)

- $250K in native content advertising push on a variety of hybrid cloud topics (need content focus/support from PMM to drum up the story)

- Targeted programmatic digital across high value sites and a mix of lower cost inventory



# Gloves Off Campaign













# Gloves Off Campaign

12







# You Decide - Ads

| 4









13

# You Decide - Ads





# Gloves Off Campaign—PR Key Plays

- **Three pointed blogs (1/mo) aimed at competition and how we win (Dheeraj/Lou/Sangster)**

- **Significant increase in releases over next few months—air cover—8-9 in November alone**

- **Roll out of Enterprise Cloud Index**

- **SF Media Dinner w/customers**





# Gloves Off Campaign—IR Key Plays

- **Exec meetings with key target and existing holders (Sands, Barron, Fidelity, JP Morgan, Capital, TRowe, Prime Cap)**

- **Huge push in conferences (4), NDRs (4), bus tours (2)— utilizing Dheeraj much more**

- **Customer testimonial investor call**

- **2 new analysts to pick up coverage over next 2-3 mo**





# Gloves Off Campaign—AR Key Plays

- **Roll out our GOOD NEWS with new Gartner MQ**
- **.NEXT Analyst Day Session live broadcast and replay for non-attending analysts**
- **Gartner Infrastructure and Operations/Cloud conference**
- **Strategy Day for Gartner MQ analysts**
- **Calm/Leap SAS session with Gartner**





# Agenda

1   Brand Results

2   Marketing Allocation

3   .NEXT



# Marketing Investment Mix

Majority of marketing dollars are invested in demand generation

| Function | FY'18 % of Spend | 1H'19 % of Spend |
| --- | --- | --- |
| Field Marketing | 48% | 50% |
| Demand Marketing (e.g., Digital, Programs) | 21% | 17% |
| .NEXT | 15% | 13% |
| OEM MDF | 5% | 5% |
| Brand | 4% | 4% |
| Corporate Communications | 3% | 4% |
| Channel and Alliances | 2% | 3% |
| Other | 2% | 3% |
| **Total** | **100%** | **100%** |



# Q2'19 Theater Goals and Investment

| | AMS | EMEA | APJ | Global |
|---|---|---|---|---|
| Bookings Goal ($m) | $ 237,000,000 | $ 100,198,600 | $65,400,000 | $402,598,600 |
| Bookings % of Global | 59% | 25% | 16% | 100% |
| Pipeline Goals | | | | |
| Pipeline Goal | $860,000,000 | $369,500,000 | $252,945,000 | $1,482,445,000 |
| Marketing Sourced Pipeline Goal | $215,000,000 | $73,888,882 | $50,589,000 | $339,477,882 |
| Marketing Influenced Pipeline Goal | $387,000,000 | $153,300,000 | $113,825,250 | $516,155,250 |
| Marketing Investment | | | | |
| Total Marketing Investment | $10,400,000 | $4,400,000 | $3,400,000 | $18,200,000 |
| Annualized Investment as a % | 57% | 24% | 19% | 100% |
| Incremental Q2 Investment | $3,800,000 | $800,000 | $400,000 | $5,000,000 |



# Q2'19 Plan to Close the Gap

Combination of activities will help close the gap



**Pipeline Creation Gap**

| Projected Pipe Creation | Performance Based Mix Improvement | $5m Incremental | Sales and Channel Gap | Q2'19 Pipeline Target |
|---|---|---|---|---|
| $1,170M | $75M | $181M | $56M | $1,482M |

21

# Performance-Based Investment Model

| Historical Campaign Mix | AMS | EMEA | APJ |
|---|---|---|---|
| Events | 63% | 65% | 59% |
| .NEXT | 0% | 0% | 0% |
| Digital | 9% | 7% | 8% |
| Programs | 14% | 8% | 4% |
| Channel / MDF | 4% | 3% | 4% |
| OEM MDF | 6% | 11% | 15% |
| PR | 4% | 6% | 9% |

| Historical Campaign ROI (Sourced Pipeline from $1 invested) | AMS | EMEA | APJ* |
|---|---|---|---|
| Events | $13 | $13 | $13 |
| .NEXT | $11 | $17 | $13 |
| Digital | $13 | $16 | $11 |
| Programs | $40 | $30 | $13 |
| Channel / MDF | $40 | $20 | $20 |
| OEM MDF | $10 | $20 | $20 |

*Inadequate Data

| Q2 FY19 Campaign Investment Mix | AMS | EMEA | APJ |
|---|---|---|---|
| Events | 35% | 28% | 21% |
| .NEXT | 1% | 0% | 19% |
| Digital | 17% | 16% | 16% |
| Programs | 20% | 20% | 14% |
| Channel / MDF | 20% | 20% | 9% |
| OEM MDF | 5% | 8% | 15% |
| PR | 3% | 4% | 6% |

| Historical Mix Yield by $1 Invested | AMS | EMEA | APJ |
|---|---|---|---|
| Sourced Pipeline ROI | $17.16 | $14.77 | $12.87 |

**The shift in marketing mix improves pipeline yield by 22%**

| Q2 Mix Yield by $1 Invested | AMS | EMEA | APJ |
|---|---|---|---|
| Sourced Pipeline ROI | $23.37 | $17.80 | $13.58 |



22

# Q2'19 Expected Marketing Sourced Yield

|  | AMS | EMEA | APJ | Global |
|---|---|---|---|---|
| Events | $79,530,000 | $15,435,360 | $10,634,668 | |
| .NEXT | $1,122,000 | $0 | $9,142,770 | |
| Digital | $36,000,000 | $11,802,000 | $7,839,179 | |
| Programs | $93,600,000 | $26,820,000 | $8,284,505 | |
| Channel / MDF | $83,200,000 | $17,600,000 | $6,432,680 | |
| OEM MDF | $4,730,000 | $6,880,000 | $10,455,000 | |
| TOTAL | $214,982,000 | $78,537,360 | $52,788,802 | $346,308,162 |

|  |  |  |  |  |
|---|---|---|---|---|
| Marketing Sourced Pipeline Goal | $215,000,000 | $73,888,882 | $50,589,000 | $339,477,882 |



23

# Q2'19 Campaigns and Incremental Investment

| Brand Campaign |
|---|
| PR |
| Always-on Inbound Engine |

| Outbound Campaigns | Webinars | Tier 1 Events |
|---|---|---|
| OEM Programs | Alliance Marketing | Partner Programs |

| Customer Evidence & Advocacy |
|---|

| Net New Customer Acquisition | Pipeline Acceleration & Customer Relationship Development |
|---|---|
| Customer Expansion & Up-Sell | Partner Co-Marketing |

**+**

| Big Bet Programs | Incremental Pipeline |
|---|---|
| "Fall Fury" Channel Blitz | $120,000,000 |
| Pipeline-as-a-Service | $32,000,000 |
| Vmware Compete | $12,000,000 |
| Prospecting Days | $12,000,000 |
| Refresh – Proactive Proposal | $5,200,000 |
| Key Play execution | N/A |
| .NEXT London | N/A |
| "Gloves Off" Brand Campaign | N/A |
| **TOTAL** | **$181,200,000** |



24

# Streamlined Key Play Execution



Datacenter Modernization

Consolidate Storage Services

Secure your Applications

Automate App Management

Investment Guidance
85%



High-Performing Apps & DBs

Investment Guidance
10%



Desktop-as-a-Service

Investment Guidance
5%

25

# Agenda

1    Brand Results

2    Marketing Allocation

3    .NEXT



# .NEXT History

| 27

    

| Miami, FL | Las Vegas, NV | Washington DC | New Orleans, LA | Vienna, Austria | Nice, France |
|---|---|---|---|---|---|
| **2015** | **2016** | **2017** | **2018** | **2016** | **2017** |
| 1100 Attendees | 2400 Attendees | 3500 Attendees | 4800 Attendees | 1100 Attendees | 2100 Attendees |
| 20 Sponsors | 45 Sponsors | 60 Sponsors | 80 Sponsors | 22 Sponsors | 30 Sponsors |
| Year One | Growth: 120% | Growth: 45% | Growth: 38% | Year One | Growth: 80% |
| Sourced Pipe: $6.3M | Sourced Pipe: $20.8M | Sourced Pipe: $50.2M | Sourced Pipe: $20M** | Sourced Pipe: $10.4M | Sourced Pipe: $13.2M |
| Pipeline Growth: N/A* | Pipeline Growth: N/A* | Pipeline Growth: $279M | Pipeline Growth: $273M | Pipeline Growth: $38M | Pipeline Growth: $66M |
| Net Cost: $2.6M | Net Cost: $4.4M | Net Cost: $6M | Net Cost: $8.8M | Net Cost: $2.7M | Net Cost: $4.7M |

*Pipeline growth numbers were not tracked



# FY'18 .NEXT Results

**.NEXT New Orleans:**
- 4,800+ attendees
- $20M sourced pipeline (1:2 yield)
- $126M influenced pipeline (1:14 yield)
- Cost: $8.8M
  *(32% of Q4'18 program spend)*

**.NEXT Nice:**
- 1,800+ attendees
- $13M sourced pipeline (1:3 yield)
- $43M influenced pipeline (1:10 yield)
- Cost: $4.2M
  *(21% of Q2'18 program spend)*

**.NEXT-on-Tour (EMEA):**
- 4,000+ attendees
- $21M sourced pipeline (1:21 yield)
- $47M influenced pipeline (1:47 yield)
- Cost: $1.0M

**.NEXT-on-Tour (APAC):**
- 5,700+ attendees
- $6M sourced pipeline (1:4 yield)
- $13M influenced pipeline (1:8 yield)
- Cost: $1.6M

**.NEXT-on-Tour (AMS):**
- 3,500+ attendees
- $36M sourced pipeline (1:28 yield)
- $49M influenced pipeline (1:38 yield)
- Cost: $1.3M





# FY'18 .NEXT Results *(25% reduction for brand recognition)*

**.NEXT New Orleans:**
- 4,800+ attendees
- $20M sourced pipeline (1:3 yield)
- $126M influenced pipeline (1:19 yield)
- Cost: $6.6M (25% reduction)
  *(24% of Q4'18 program spend)*

**.NEXT Nice:**
- 1,800+ attendees
- $13M sourced pipeline (1:4 yield)
- $43M influenced pipeline (1:13 yield)
- Cost: $3.2M (25% reduction)
  *(16% of Q2'18 program spend)*

**.NEXT-on-Tour (EMEA):**
- 4,000+ attendees
- $21M sourced pipeline (1:21 yield)
- $47M influenced pipeline (1:47 yield)
- Cost: $1.0M

**.NEXT-on-Tour (APAC):**
- 5,700+ attendees
- $6M sourced pipeline (1:4 yield)
- $13M influenced pipeline (1:8 yield)
- Cost: $1.6M

**.NEXT-on-Tour (AMS):**
- 3,500+ attendees
- $36M sourced pipeline (1:28 yield)
- $49M influenced pipeline (1:38 yield)
- Cost: $1.3M





29

# .NEXT Europe 2018

| 30



**London ExCel Center**

3500 Attendees

*(65% growth  40% paid)*

52 Sponsors

80% to Goal:

1375 End Users

850 Partners

560 Employees



30

# .NEXT Conference 2019

| 31







Featured keynote speaker
Jessica Alba
Actress and Founder of The Honest Co.

Featured keynote speaker
Mike Reiss
Comedy writer and author

**Anaheim Convention Center**
6500 Attendees
*(35% growth  40% paid)*

100 Sponsors

3575 End Users (55%)

1950 Partners (35%)

975 Employees (15%)



# Comparative Event Growth

| 32

|  | Nutanix .NEXT Conference (Year 4) | Splunk conf2017 (Year 6) | PANW Ignite (Year 7) | Box BoxWorks (Year 8) | VMware VMworld (Year 15) | Salesforce Dreamforce (Year 15) |
|---|---|---|---|---|---|---|
| 2018 Attendees | 4,800 | 8,750 | 4,500 | 5,000 | 20,000 | 170,000 |
| 2018 Sponsors | 80 | 95 | 33 | 50 | 100+ | 314 |
| Average YoY Growth (4 yrs) | 55% | 64% | 5% | 140% | 101% | 63% |
| Paid vs Comp | 25% vs 75% | Unknown | Unknown | 10% vs 90% EU 98% comp | 90% vs 10% | Unknown |



# Strategies to drive growth together









**Paid-Attendee Quota with Sales**

35% YoY Growth
75% Paid in 3 Years

**Content & Education Investments**

2x education courses
& hands on labs each year
500 exams each event

**Commitment to Partner Ecosystem**

20 New Partner
logos every year

**Killer Experience- .NEXT as THE Destination**

Keynote speakers, Big-name
entertainment, Branding



# Three year overview

| 34

| .NEXT Conference Three Year Budget Plan | TARGET 2019 NET BUDGET *Anaheim, CA* | TARGET 2020 NET BUDGET *Las Vegas, NV* | TARGET 2021 NET BUDGET *Las Vegas, NV* |
|---|---|---|---|
| | **$9,220,677.87** | **$9,081,132.18** | **$5,982,082.27** |
| | **40% Paid** | **55% Paid** | **75% Paid** |
| **ATTENDEES** *Assumes 35% YoY Growth* | 6500 | 8775 | 11846 |
| **SPONSOR REVENUE** *Assumes 20 new YoY sponsors* | $2,443,000.00 | $2,931,600.00 | $4,120,200.00 |
| **REGISTRATION REVENUE** | $1,933,750.00 | $3,589,523.44 | $6,607,986.33 |
| **TOTAL EXPENSES** | $13,597,427.87 | $15,602,255.61 | $16,710,268.59 |





Appendix- Budget Modeling

TITLE OF PRESENTATION | CONFIDENTIAL

# Budget Scenarios- Year One

| 36

| .NEXT Conference 2019 Anaheim \| May 7-9 2019 | TARGET 2019 NET BUDGET | TARGET 2019 NET BUDGET | TARGET 2019 NET BUDGET |
|---|---|---|---|
| | $8,244,376.66 | $8,924,330.46 | $9,517,025.29 |
| | Flat Growth/40% Paid | 20% Growth/ 40% Paid | 45% Growth/40% Paid |
| **ATTENDEES** | 5000 | 6000 | 7000 |
| **SPONSOR REVENUE** *Assumes 100 sponsors; avg increase of 4k per sponsor* | $2,443,000.00 | $2,443,000.00 | $2,443,000.00 |
| **REGISTRATION REVENUE** | $1,487,500.00 | $1,785,000.00 | $2,082,500.00 |
| **TOTAL EXPENSES** | $12,174,876.66 | $13,152,330.46 | $14,042,525.29 |
| **TOTAL NET BUDGET** | $8,244,376.66 | $8,924,330.46 | $9,517,025.29 |
| *Expense PP* | $2,434.98 | $2,192.06 | $2,006.08 |
| *NET Expense PP* | $1,648.88 | $1,487.39 | $1,359.58 |

*2018 Net Cost: $8.8M*



# Budget Scenarios- Year Two

| 37

| .NEXT Conference 2020 Las Vegas | TARGET 2020 NET BUDGET $7,456,082.36 Flat Growth/55% Paid | TARGET 2020 NET BUDGET $8,343,057.36 20% Growth/ 55% Paid | TARGET 2020 NET BUDGET $9,673,519.86 45% Growth/55% Paid |
|---|---|---|---|
| ATTENDEES | 5000 | 7000 | 10000 |
| SPONSOR REVENUE *Assumes 100 sponsors; avg increase of 4k per sponsor* | $2,931,600.00 | $2,931,600.00 | $2,931,600.00 |
| REGISTRATION REVENUE | $2,045,312.50 | $2,863,437.50 | $4,090,625.00 |
| TOTAL EXPENSES | $12,432,994.86 | $14,138,094.86 | $16,695,744.86 |
| TOTAL NET BUDGET | $7,456,082.36 | $8,343,057.36 | $9,673,519.86 |
| *Expense PP* | $2,486.60 | $2,019.73 | $1,669.57 |
| *NET Expense PP* | $1,491.22 | $1,191.87 | $967.35 |

*2018 Net Cost: $8.8M*



| 38

# San Francisco vs Las Vegas

| .NEXT Conference Budget 20% Attendee Growth 20% Incremental Paid | 2020 Estimate | | 2021 Estimate | |
|---|---|---|---|---|
| | San Francisco | Las Vegas | San Francisco | Las Vegas |
| **Estimated Net Budget** | $9,848,293.00 | $8,180,610.00 | $8,810,580.00 | $7,010,670.00 |
| Attendees | 7000 | | 8400 | |
| Sponsor Revenue | $2,857,200 | | $4,033,400 | |
| Registration Revenue | $2,834,857 | | $4,020,344 | |
| Total Estimated Spend | $15,540,350 | $13,872,668 | $16,864,322 | $15,064,412 |
| Expense PP | $2,221 | $1,983 | $2,009 | $1,794 |
| NET Expense PP | $1,408 | $1,169 | $1,049 | $835 |
| Average Hotel Cost | $350.00 | $225.00 | $350.00 | $225.00 |

*2018 Net Cost: $8.8M



# Budget History

| 39

| YoY SUMMARY | .NEXT Conference Las Vegas 2016 | .NEXT Conference DC 2017 | .NEXT Conference New Orleans 2018 |
|---|---|---|---|
| REGISTERED ATTENDEES | 2530 | 3869 | 5414 |
| ACTUAL ATTENDED | 2432 | 3518 | 4877 |
| Sponsors | 45 | 60 | 80 |
| TOTAL REVENUE | $1,497,952.44 | $1,993,428.13 | $2,829,461.75 |
| Sponsor Revenue | $935,963.44 | $1,234,200.00 | $1,544,000.00 |
| Registration Revenue | $561,989.00 | $759,228.13 | $1,285,461.75 |
| TOTAL EXPENSES | $5,930,008.00 | $8,019,673.31 | $11,157,792.39 |
| TOTAL NET BUDGET *NOT INCLUDING ANY BUFFER | $4,432,055.56 | $6,026,245.18 | $8,328,330.64 |
| Registration Revenue PP | $222.13 | $196.23 | $237.43 |
| Net budget PP | $1,751.80 | $1,557.57 | $1,707.67 |
| Average revenue per sponsor | $20,799.19 | $20,570.00 | $19,300.00 |





Nutanix Confidential

# Influence Percentage by Theater



**Percent of Pipeline Created Influenced by Marketing by function ($ISV)**

**Key Facts**
- 60% of fully mature pipeline is touched by Marketing
- In Americas that number grew to 72% in Q3'18
- EMEA has ~51% influence
- APAC is ~30% of pipeline created with Marketing Influence

Global
Americas
APAC
EMEA

# New Business Created and Booked

| Theater | Q1'18 | Q2'18 | Q3'18 | Q4'18 | Q1'19 |
|---|---|---|---|---|---|
| % New Pipeline Created | 51% | 48% | 50% | 48% | 47% |
| % New Pipeline Booked | 28% | 34% | 26% | 27% | 22% |

- New pipeline created percentage has stayed consistent over the past five quarters
- New pipeline booked percentage has dropped to its lowest number during the same time period

## Implies new business win rates are declining



42

# Marketing VSE

| | | | | | |
|---|---|---|---|---|---|
| **Our Vision** | Enterprise Cloud: Make Infrastructure, Data Centers and Clouds Invisible | | | | |
| **Our Strategy** | NTNX Brand: New Narrative/ Audiences | Freedom to Build: HCI Greenfield/x-Sell/Upsell | Freedom to Run: Application Audiences | Freedom to Cloud: GTM 2.0 | Nutanix Customer X-Perience |
| **Our Execution Priorities** | "Freedom" Brand Campaign | Pipeline 2.0 | Enterprise Applications | Global Launch and Awareness: Xi Cloud | .NEXT Industry Destination |
| | Globals: ABM Scale and Verticals | Expand the Stack: HCI Cross-sell/Upsell | Born in the Cloud Apps | Beam and Frame SaaS Play | Customer Marketing |
| | New Audiences (Developers, CIOs) | Scale Commercial Market with Partners | Enterprise Cloud Platform | Global Digital GTM Execution | Enterprise Cloud Professional |

43

# Responses (Non-DQ)

Responses are growing but EMEA growth is at a much slower rate than other theaters



**Key Facts**
- 57% growth over the past two fiscal years
- APAC leads the growth with 88% increase from Q1'17 to Q1'19
- Americas grew 48% over the past two fiscal years
- EMEA had sluggish growth of 24% during the same time period
- Response growth not commensurate with bookings growth due to Existing Business mix

44

# Pipeline Generation to Goal

All theaters have struggled to hit pipeline goals the past five quarters

| Theater | Q1'18 | Q2'18 | Q3'18 | Q4'18 | Q1'19 |
|---|---|---|---|---|---|
| Americas Goal | $468M | $637M | $592M | $761M | $710M |
| Americas Actual | $488M | $425M | $530M | $640M | $675M |
| Delta | 4% | -33% | -10% | -16% | -5% |
| APAC Goal | $167M | $185M | $178M | $210M | $227M |
| APAC Actual | $162M | $138M | $149M | $178M | $183M |
| Delta | -3% | -25% | -16% | -15% | -19% |
| EMEA Goal | $253M | $259M | $266M | $323M | $359M |
| EMEA Actual | $222M | $201M | $248M | $277M | $299M |
| Delta | -12% | -22% | -7% | -14% | -17% |
| Global Goal | $888M | $1,081M | $1,036M | $1,295M | $1,294M |
| Global Actual | $872M | $765M | $928M | $1,095M | $1,157M |
| Delta | -2% | -29% | -10% | -15% | -11% |

# Q1'19 Pipeline Prediction

## Amount of reps hired is a critical factor in predicting pipeline creation

| Theater | Q3'17 | Q4'17 | Q1'18 | Q2'18* | Q3'18 | Q4'18 |
|---|---|---|---|---|---|---|
| Americas # of Reps | 177 | 184 | 194 | 214 | 223 | 249 |
| Americas Pipeline Generated | $410M | $447M | $488M | $425M | $530M | $640M |
| Americas Average Pipe per Rep | $2.3M | $2.5M | $2.6M | $2.3M | $2.4M | $2.5M |
| APAC # of Reps | 53 | 59 | 68 | 77 | 83 | 102 |
| APAC Pipeline Generated | $131M | $108M | $162M | $139M | $149M | $178M |
| APAC Average Pipe per Rep | $2.5M | $1.8M | $2.4M | $2.1M | $1.8M | $1.7M |
| EMEA # of Reps | 88 | 97 | 95 | 104 | 105 | 122 |
| EMEA Pipeline Generated | $165M | $186M | $222M | $201M | $248M | $277M |
| EMEA Average Pipe per Rep | $1.9M | $1.9M | $2.4M | $2.3M | $2.4M | $2.2M |

Prediction: $675M
Actuals: $703M
Delta: 4%

Prediction: $219M
Actuals: $183M
Delta: -16%

Prediction: $305M
Actuals: $299M
Delta: -2%

Global Prediction: $1,155M
Global Actuals: $1,157M
Delta: --

*Normalize the data for an 11.5 week quarter

46



# Historical Pipeline Yield

Keep

Based on history we will be short on Q2'19 pipeline generation without extra budget



**New Pipeline Created over Program Spend (Rolling 4 Quarter Average)**

47

# Seasonality Prediction

**Q1 and Q3 YoY Pipeline Creation Growth:** 32%

**Q2 and Q4 YoY Pipeline Creation Growth:** 49%

**Q2'19 Prediction:** $1,132M (Q2'18 Creation--$764M * Seasonal Growth Rate--1.49)



# Push-Out Inconsistency

Change to Closed Lost

## Models struggle with behavior change and catch up over time

| Open Pipe Difference between 10.24 and 10.25 | | | | |
|---|---|---|---|---|
| Row Labels | Loss from 10.24 to 10.25 | Pushout from 10.24-10.25 | Expected pushout for week 13 | Pushout Percentage |
| Americas Central | $ 12,918,640 | $ 28,141,235 | $ 36,633,703 | 77% |
| Americas East | $ 463,734 | $ 14,873,058 | $ 27,539,282 | 54% |
| Americas North | $ 2,125,009 | $ 14,131,036 | $ 41,814,564 | 34% |
| Americas USA Public Sector | $ 1,422,158 | $ 14,468,929 | $ 51,451,917 | 28% |
| Americas West | $ 1,098,922 | $ 21,649,761 | $ 25,629,938 | 84% |
| APAC ANZ | $ 1,147,050 | $ 2,087,774 | $ 4,340,779 | 48% |
| APAC ASEAN | $ 224,108 | $ 1,552,377 | $ 9,579,685 | 16% |
| APAC China | $ 403,623 | $ 1,269,527 | $ 11,005,598 | 12% |
| APAC Hong Kong/Taiwan | $ 269,433 | $ 570,730 | $ 1,289,125 | 44% |
| APAC India | $ 285,100 | $ 126,622 | $ 8,329,448 | 2% |
| APAC Japan | $ 668,239 | $ 244,523 | $ 5,485,104 | 4% |
| APAC Korea | $ 503,200 | $ 189,806 | $ 1,912,453 | 10% |
| EMEA Central Europe | $ - | $ 3,978,687 | $ 5,952,500 | 67% |
| EMEA Emerging Markets | $ 407,292 | $ (10,008,042) | $ 7,921,145 | -126% |
| EMEA Northern Europe | $ 335,178 | $ 9,518,947 | $ 8,305,284 | 115% |
| EMEA Southern Europe | $ 859,145 | $ 7,872,428 | $ 14,470,941 | 54% |
| EMEA Western Europe and Sub-Saharan Africa | $ 4,323,175 | $ 2,966,627 | $ 6,119,794 | 48% |
| Grand Total | $ 27,454,007 | $ 113,634,026 | $ 267,781,260 | 42% |

High likelihood of forecast going down next week due to above average pushout

| Existing | Push Out | | | | | |
|---|---|---|---|---|---|---|
| | | Q1 18 | Q2 18 | Q3 18 | Q4 18 | 4Qtr Avg |
| | Americas | 8.28% | 15.91% | 13.14% | 21.64% | 14.74% |

Is the Q4 trend the new norm?



NUTANIX CONFIDENTIAL

49

# Pipeline Generation

Pipeline creation YoY growth is not keeping pace with booking targets

**New ISV Pipe Created ($M)**

| Quarter | Value |
|---------|-------|
| Q1'17 | $479 |
| Q2'17 | $511 |
| Q3'17 | $706 |
| Q4'17 | $741 |
| Q1'18 | $872 |
| Q2'18 | $764 |
| Q3'18 | $928 |
| Q4'18 | $1,095 |
| Q1'19 | $1,157 |

**Key Insights**

- 50% increase of pipeline creation from FY'17 to FY'18

- 51% increase of ISV Bookings from FY'17 to FY'18

- Marketing Opex increase of 42% from FY'17 to FY'18

- Past four quarters average 40% YoY growth in pipeline creation

- Q1'19 YoY pipeline creation growth was 32% whereas ISV Closed Won increased by 47%



50

50

# Pipeline Creation by Function--Global

Marketing is a little more than a quarter of the pipeline creation....



**Percent of New Pipeline created by function ($ISV)**

- Channel will increase to ~27% over the next three months
- Marketing will increase to ~25% over the next three months

51

# Closed Won by Function--Global

## ...but is over one third of the booked business implying higher quality pipeline

**Percent of Closed Won Bookings by function ($ISV)**



# Influence Percentage by Theater

Marketing is touching the majority of pipeline created

**Percent of Pipeline Created Influenced by Marketing by function ($ISV)**



**Key Facts**
- Over 60% of fully mature pipeline is touched by Marketing
- In Americas that number grew to 72% in Q3'18
- EMEA has ~51% influence
- APAC is ~30% of pipeline created with Marketing Influence
- Too early for Q4'18 and Q1'19 data for apples to apples comparisons

Global
Americas
APAC
EMEA

53

# New vs. Existing Business

Marketing sourced Closed Won deals are skewed more towards Existing Business

### Past Five Quarters New Business Performance

| Theater | New Business Bookings % | New Business Bookings % (Marketing Sourced ) |
|---|---|---|
| Americas | 20% | 17% |
| APAC | 40% | 25% |
| EMEA | 38% | 32% |



# Pipeline Creation by Function--Americas

Americas has the highest marketing attribution amongst theaters



**Percent of New Pipeline created by function ($ISV)**

- Channel will increase to ~22% over the next three months
- Marketing will increase to ~29% over the next three months

55

# Closed Won by Function--Americas

Marketing attribution is very high for Closed Won business

**Percent of Closed Won Bookings by function ($ISV)**

| | Q1'18 | Q2'18 | Q3'18 | Q4'18 | Q1'19 |
|---|---|---|---|---|---|
| Channel | 18% | 14% | 15% | 24% | 23% |
| Marketing | 30% | 38% | 45% | 40% | 33% |
| Sales | 52% | 48% | 39% | 36% | 43% |



# Pipeline Creation by Function--EMEA

EMEA marketing contribution has been very consistent



**Percent of New Pipeline created by function ($ISV)**

- Channel will increase to ~29% over the next 3 months
- Marketing will increase to ~22% over the next three months

# Closed Won by Function--EMEA

## EMEA marketing contribution is about 25% of the Closed Won business

**Percent of Closed Won Bookings by function ($ISV)**

| | Q1'18 | Q2'18 | Q3'18 | Q4'18 | Q1'19 |
|---|---|---|---|---|---|
| Channel | 20% | 22% | 25% | 27% | 34% |
| Marketing | 21% | 26% | 23% | 38% | 20% |
| Sales | 59% | 53% | 53% | 36% | 46% |



58

# Pipeline Creation by Function--APAC

APAC has the highest contribution from Channel



**Percent of New Pipeline created by function ($ISV)**

| | Q1'18 | Q2'18 | Q3'18 | Q4'18 | Q1'19 |
|---|---|---|---|---|---|
| Channel | 41% | 43% | 44% | 42% | 34% |
| Marketing | 13% | 13% | 13% | 17% | 13% |
| Sales | 46% | 44% | 43% | 41% | 54% |

- Channel will increase to ~41% over the next 3 months
- Marketing will increase to ~17% over the next three months

59

# Closed Won by Function--APAC

## Marketing Closed Won is a higher percentage than creation implying better quality pipe

**Percent of Closed Won Bookings by function ($ISV)**

| | Q1'18 | Q2'18 | Q3'18 | Q4'18 | Q1'19 |
|---|---|---|---|---|---|
| Channel | 19% | 22% | 29% | 34% | 34% |
| Marketing | 17% | 10% | 17% | 19% | 24% |
| Sales | 63% | 68% | 54% | 48% | 42% |



# Pipeline Goals: Current Quarter Method

Pipeline goals are determined via 1 of 2 methods

**In-Quarter:** Rolling Pipe with current quarter close dates @ Day 1

$1,231M

Win Rate (17%) → $206M

**Pull-In:** Rolling Pipe with close dates beyond current quarter @ Day1

$1,551M

Win Rate (2.6%) → $40M

**New Pipe:** Pipeline Created within the quarter

???

Win Rate (11%) → $156M

# Bookings Goal: $420M*

*Includes renewals

61



# Pipeline Goals: Current Quarter Method

Pipeline goals are determined via 1 of 2 methods

**In-Quarter:** Rolling Pipe with current quarter close dates @ Day 1

$1,231M

Win Rate (17%) → $206M

**Pull-In:** Rolling Pipe with close dates beyond current quarter @ Day1

$1,551M

Win Rate (2.6%) → $40M

**New Pipe:** Pipeline Created within the quarter

~$1,482M

Win Rate (11%) → $156M

Bookings Goal: $420M*

*Includes renewals



# Pipeline Goals: Out-Quarter Method

If In-Quarter Model calculates a low number we use the Out-Quarter Model

**Future Pipeline Needs**

| **Q2'19** | **Q3'19** | **Q4'19** |
|:---:|:---:|:---:|
| $44M Bookings Goal | $56M Bookings Goal | $65M Bookings Goal |
| ↑ | ↑ | ↑ |
| **$12M** | **$145M** | **$175M** |

**Q2'19 Created Pipeline Needed**



63

# Pipeline Goals and Q+1 Outlook

Hitting your pipeline goal does not guarantee a positive outlook for the following quarter



- Previous quarter pipeline creation only represents ~33% of the next quarter bookings
- ~33% of next quarter bookings come from stealth pipeline created and closed in that quarter
- Pipeline created in current quarter is not just for next quarter
- Push-out, Pull-in and Closed Lost of Q+1 pipeline have significant impact on what the Q+1 outlook is



64

# Loss Rates

## Q1'19 saw a large increase in the closure of out-quarter pipeline









# New Pipeline Yield

Based on history we will be short on Q2'19 pipeline generation without extra budget

|  | Q4'17 DG Budget | Q1'18 DG Budget | Q2'18 DG Budget | Q3'18 DG Budget | Q4'18 DG Budget | Q1'19 DG Budget | Q2'19 DG Budget |
|---|---|---|---|---|---|---|---|
| Marketing Demand Generation Budget | $20.0M | $16.7M | $19.2M | $18.6M | $25.5M | $22.5M* | $29.3M* |
| ISV New Pipeline Created | $741M | $872M | $765M | $928M | $1,095M | $1,157M | $1,170M |
| ISV New Pipeline Yield | 37.1x | 52.3x | 39.7x | 49.8x | 42.9x | 51.4x | 40x |



- Incremental $5M would push that number to $1,370M

*Estimated

66



# Q2'19 Pipeline Prediction



**Rep-Based Pipeline Prediction:** $1,189M



**Demand Generation-Based Pipeline Prediction:** $1,170M



**Pipeline Gap: $165M-$300M**



**Seasonality-Based Pipeline Prediction:** $1,138M



# EXHIBIT 25



| Company: | NUTANIX, INC. |
|---|---|
| Document: | 10-Q (Q2 2018) • 3/15/2018 |
| Section: | Entire Document |
| File Number: | 001-37883 |
| Pages: | 88 |

4/9/2019 5:11:30 PM

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-Q

**(Mark One)**

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended January 31, 2018

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from ‗ to ‗

Commission File Number: 001-37883

# NUTANIX, INC.

**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware** | **27-0989767** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |

**1740 Technology Drive, Suite 150**
**San Jose, CA 95110**

**(Address of principal executive offices, including zip code)**

**(408) 216-8360**

**(Registrant's telephone number, including area code)**

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☐ | | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |
| | | | If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. | ☐ |
| Emerging growth company | ☒ | | | |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Securities Exchange Act). Yes ☐ No ☒

As of February 28, 2018, the registrant had 120,114,416 shares of Class A common stock, $0.000025 par value per share, and 44,194,199 shares of Class B common stock, $0.000025 par value per share, outstanding.

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations.**

*The following discussion and analysis of our financial condition, results of operations and cash flows should be read in conjunction with the (1) unaudited condensed consolidated financial statements and the related notes thereto included elsewhere in this Quarterly Report on Form 10-Q, and (2) the audited consolidated financial statements and notes thereto and management's discussion and analysis of financial condition and results of operations for the fiscal year ended July 31, 2017 included in our Annual Report on Form 10-K filed on September 18, 2017. The last day of our fiscal year is July 31. Our fiscal quarters end on October 31, January 31, April 30 and July 31. This discussion contains forward-looking statements based upon current expectations that involve risks and uncertainties. Our actual results may differ materially from those anticipated in these forward-looking statements as a result of various factors, including those set forth under "Risk Factors", set forth in Part II, Item 1A of this Form 10-Q. See "Special Note Regarding Forward-Looking Statements" above.*

**Overview**

We provide a leading next-generation enterprise cloud operating system that converges traditional silos of server, virtualization, storage and networking into one integrated solution and unifies private and public cloud into a single software fabric. Our software delivers the agility, scalability and pay-as-you-grow economics of the public cloud, while addressing enterprise requirements of application mobility, security, data integrity and control. We provide our customers with the flexibility to selectively utilize the public cloud for suitable workloads and specific use cases by enabling increasing levels of application mobility across private and public clouds. We have combined advanced web-scale technologies with elegant consumer-grade design to deliver a powerful enterprise cloud operating system that elevates IT organizations by enabling them to focus on the applications and services that power their businesses. Our invisible infrastructure provides constant availability and low-touch management, enables application mobility across computing environments and reduces inefficiencies in IT planning.

Our solution can be delivered either as an appliance that is configured to order or as software-only. When end-customers purchase our operating system, they typically also purchase one or more years of support and maintenance in order to receive software upgrades, bug fixes and, where applicable, parts replacement. Product revenue is generated primarily from the sales of our solution, and is generally recognized upon transfer of control to the customers. Support and other services revenue is primarily derived from the related support and maintenance contracts, and is recognized ratably over the term of the support contracts. Delivery of our solution through appliance sales have comprised the bulk of our historical product revenue; however, starting in the first quarter of fiscal year 2018, we began the process of transitioning our business to focus primarily on software-only sales, which we expect to complete in a year and a half.

We had a broad and diverse base of over 8,800 end-customers as of January 31, 2018, including over 600 Global 2000 enterprises. We define the number of end-customers as the number of end-customers for which we have received an order by the last day of the period, excluding partners to which we have sold products for their own demonstration purposes. A single organization or customer may represent multiple end-customers for separate divisions, segments or subsidiaries. Since shipping our first product in fiscal 2012, our end-customer base has grown rapidly. The number of end-customers grew from over 5,300 as of January 31, 2017 to over 8,800 as of January 31, 2018. Our operating system is primarily sold through channel partners, including distributors and resellers, and original equipment manufacturers, or OEMs, and delivered directly to our end-customers. A major part of our sales and marketing investment is to educate our end-customers about the benefits of our solution, particularly as we continue to pursue large enterprises and mission critical workloads. Our solutions serve a broad range of workloads, including enterprise applications, databases, virtual desktop infrastructure, or VDI, unified communications and big data analytics and we have recently announced the capability to support both virtualized and non-virtualized applications. We have end-customers across a broad range of industries, such as automotive, consumer goods, education, energy, financial services, healthcare, manufacturing, media, public sector, retail, technology and telecommunications. We also sell to service providers, who utilize our operating system to provide a variety of cloud-based services to their customers.

We continue to invest heavily in the growth of our business, including the development of our solutions and build-out of our global sales force. The number of our full-time employees increased from 2,559 as of January 31, 2017 to 3,233 as of January 31, 2018. We have recruited an engineering team focused on distributed systems and IT infrastructure technologies at our San Jose, California headquarters and at our research and development centers in Bangalore, India, Durham, North Carolina and Seattle, Washington. We have also expanded our international sales and marketing presence by continuing to build out our global teams. We intend to continue to invest in our global engineering team to enhance the functionality of our operating system, introduce new products and features and build upon our technology leadership, as well as continue to expand our global sales and marketing teams.

33

Our total revenue was $387.8 million and $562.3 million for the six months ended January 31, 2017 and 2018, respectively, representing year-over-year growth of 45.0%. Our net losses were $216.7 million and $124.1 million for the six months ended January 31, 2017 and 2018, respectively. Net cash generated from operations was $23.9 million and $56.5 million for the six months ended January 31, 2017 and January 31, 2018, respectively. Free cash flow was an outflow of $0.7 million for the six months ended January 31, 2017 and was an inflow of $24.5 million for the six months ended January 31, 2018. As of January 31, 2018, we had an accumulated deficit of $855.1 million.

In January 2018, we issued $575.0 million in aggregate principal amount of 0% Convertible Senior Notes due in 2023, or the Notes. The total net proceeds from this offering, after deducting the initial purchasers' discount of approximately $10.8 million, were approximately $564.2 million. Approximately $55.2 million of the proceeds were used for the cost of the convertible note hedge transactions as partially offset by the proceeds from the warrant transactions. We incurred approximately $0.7 million of other issuance costs which remained unpaid as of January 31, 2018. The remaining net proceeds from the Notes will be used for general corporate purposes, including working capital, capital expenditures and potential acquisitions.

**New Accounting Standard**

We adopted the new accounting standard related to revenue recognition effective August 1, 2017. Prior period information presented here has been adjusted to reflect the adoption of this new standard. See Note 3 of Part I, Item 1 of this Quarterly Report on Form 10-Q for the summary of adjustments.

**Key Financial and Performance Metrics**

We monitor the following key financial and performance metrics:

| | As of and for the | | | |
| --- | --- | --- | --- | --- |
| | Three Months Ended January 31, | | Six Months Ended January 31, | |
| | 2017 | 2018 | 2017 | 2018 |
| | (Dollars in thousands) | | | |
| Total revenue | $ 199,214 | $ 286,744 | $ 387,775 | $ 562,296 |
| Billings | $ 227,380 | $ 355,900 | $ 467,147 | $ 671,240 |
| Gross profit | $ 122,368 | $ 178,216 | $ 241,167 | $ 345,146 |
| Adjusted gross profit | $ 125,965 | $ 182,197 | $ 249,318 | $ 352,664 |
| Gross margin | 61% | 62% | 62% | 61% |
| Adjusted gross margin | 63% | 64% | 64% | 63% |
| Total deferred revenue | $ 303,863 | $ 478,000 | $ 303,863 | $ 478,000 |
| Net cash provided by operating activities | $ 19,752 | $ 46,395 | $ 23,912 | $ 56,502 |
| Free cash flow | $ 7,051 | $ 32,367 | $ (704) | $ 24,509 |
| Non-GAAP operating expenses | 147,865 | 202,396 | 293,706 | 394,999 |
| Total end-customers | 5,382 | 8,870 | 5,382 | 8,870 |

**Non-GAAP Financial Measures and Key Performance Measures**

We regularly monitor billings, adjusted gross profit, adjusted gross margin, free cash flow and non-GAAP operating expenses, which are non-GAAP financial measures and key performance measures, to help us evaluate our growth and operational efficiencies, measure our performance and identify trends in our sales activity, and establish our budgets. We evaluate these measures because they:

• are used by our management and board of directors to understand and evaluate our performance and trends as well as provide a useful measure for period-to-period comparisons of our core business;

• are widely used by investors and other parties in understanding and evaluating companies in our industry as a measure of financial performance; and

• are used by management to prepare and approve our annual budget and to develop short-term and long-term operational and compensation plans, as well as to assess the extent of achievement of goals.

Billings is a performance measure which our management believes provides useful information to investors because it represents the amounts under binding purchase orders received by us during a given period that have been billed. Free cash flow is a performance measure that our management believes provides useful information to management and investors about the amount of cash (used in) generated by the business after necessary capital expenditures. Adjusted gross profit, adjusted gross margin and non-GAAP operating expense are performance measures which our management believes provides useful information to investors because they provide meaningful supplemental information regarding our performance and liquidity by excluding certain expenses and expenditures, such as stock-based compensation expense that may not be indicative of our ongoing core business operating results. We use these non-GAAP financial and key performance measures for financial and operational decision-making and as a means to evaluate period-to-period comparisons. Billings, adjusted gross profit, adjusted gross margin, free cash flow and non-GAAP operating expenses have limitations as analytical tools, and you should not consider them in isolation or as substitutes for analysis of our results as reported under GAAP. Billings, adjusted gross profit, adjusted gross margin, free cash flow and non-GAAP operating expenses are not substitutes for total revenue, gross profit, gross margin, cash (used in) provided by operating activities, or GAAP operating expenses, respectively. In addition, other companies, including companies in our industry, may calculate non-GAAP financial measures and key performance measures differently or may use other measures to evaluate their performance, all of which could reduce the usefulness of our non-GAAP financial measures and key performance measures as tools for comparison. We urge you to review the reconciliation of our non-GAAP financial measures and key performance measures to the most directly comparable GAAP financial measures included below, and not to rely on any single financial measure to evaluate our business.

We calculate our non-GAAP measures as follows:

*Billings*-We calculate billings by adding the change in deferred revenue (net of acquisitions) between the start and end of the period to total revenue recognized in the same period.

*Adjusted gross profit and adjusted gross margin*-We calculate adjusted gross margin as adjusted gross profit divided by total revenue. We define adjusted gross profit as our gross profit adjusted to exclude stock-based compensation and amortization of acquired intangible assets. Our presentation of adjusted gross profit should not be construed as implying that our future results will not be affected by any recurring expenses or any unusual or non-recurring items that we exclude from our calculation of this non-GAAP financial measure.

*Free cash flow*-We calculate free cash flow as net cash (used in) provided by operating activities less purchases of property and equipment, which measures our ability to generate cash from our business operations after our capital expenditures.

*Non-GAAP operating expenses*-We define non-GAAP operating expenses as total operating expenses adjusted to exclude stock-based compensation and costs associated with business acquisitions (such as amortization of acquired intangible assets, revaluation of contingent consideration and other acquisition-related costs). Our presentation of non-GAAP operating expenses should not be construed as implying that our future results will not be affected by any recurring expenses or any unusual or non-recurring items that we exclude from our calculation of this non-GAAP financial measure.

The following table presents a reconciliation of billings, adjusted gross profit, adjusted gross margin, free cash flow and non-GAAP operating expenses to the most directly comparable GAAP financial measures, for each of the periods indicated:

| | Three Months Ended January 31, | | Six Months Ended January 31, | |
| | 2017 | 2018 | 2017 | 2018 |
|---|---|---|---|---|
| | (Dollars in thousands) | | | |
| Total revenue | $ 199,214 | $ 286,744 | $ 387,775 | $ 562,296 |
| Change in deferred revenue (net of acquisitions) | 28,166 | 69,156 | 79,372 | 108,944 |
| Billings (non-GAAP) | $ 227,380 | $ 355,900 | $ 467,147 | $ 671,240 |
| | | | | |
| Gross profit | $ 122,368 | $ 178,216 | $ 241,167 | $ 345,146 |
| Stock-based compensation | 3,237 | 2,817 | 7,553 | 5,459 |
| Amortization of intangible assets | 360 | 1,164 | 598 | 2,059 |
| Adjusted gross profit (non-GAAP) | $ 125,965 | $ 182,197 | $ 249,318 | $ 352,664 |
| | | | | |
| Gross margin | 61% | 62% | 62% | 61% |
| Stock-based compensation | 2% | 1% | 2% | 1% |
| Amortization of intangible assets | -% | 1% | -% | 1% |
| Adjusted gross margin (non-GAAP) | 63% | 64% | 64% | 63% |
| | | | | |
| Net cash provided by operating activities | $ 19,752 | $ 46,395 | $ 23,912 | $ 56,502 |
| Purchases of property and equipment | (12,701) | (14,028) | (24,616) | (31,993) |
| Free cash flow (non-GAAP) | $ 7,051 | $ 32,367 | $ (704) | $ 24,509 |
| | | | | |
| Operating expenses | $ 197,769 | $ 238,073 | $ 431,047 | $ 464,042 |
| Stock-based compensation | (49,370) | (39,194) | (135,782) | (72,067) |
| Change in fair value of contingent consideration | (286) | 4,237 | (472) | 3,955 |
| Amortization of intangible assets | (248) | (192) | (415) | (403) |
| Business acquisition-related costs | - | (528) | (672) | (528) |
| Operating expenses (non-GAAP) | $ 147,865 | $ 202,396 | $ 293,706 | $ 394,999 |

36

**Factors Affecting Our Performance**

We believe that our future success will depend on many factors, including those described below. While these areas present significant opportunity, they also present risks that we must manage to achieve successful results. See the section titled "Risk Factors." If we are unable to address these challenges, our business and operating results could be adversely affected.

*Investment in Growth*

We plan to continue to invest in sales and marketing so that we can capitalize on our market opportunity, and as part of this, we intend to specifically expand our focus on opportunities with major accounts and large deals, which we define as transactions over $500,000 in committed value. We have significantly increased our sales and marketing personnel, which grew by approximately 30% from January 31, 2017 to January 31, 2018. We estimate, based on past experience, that sales team members typically become fully ramped around the time of the start of their fourth quarter of employment with us, and as our newer employees ramp up, we expect their increased productivity to contribute to our revenue growth. As of January 31, 2018, we considered approximately 65% of our global sales team members to be fully productive, while the remaining approximately 35% of our global sales team members are in the process of ramping up. As we shift the focus of some of our new and existing sales team members to major accounts and large deals, it may take longer for these sales team members to become fully productive, and there may also be an impact to the overall productivity of our sales team. We are focused on actively managing this realignment, and expect continuing improvement over the coming quarters. We intend to continue to grow our global sales and marketing team to acquire new end-customers and to increase sales to existing end-customers.

We also intend to continue to grow our research and development and global engineering team to enhance our solutions, improve integration with new and existing ecosystem partners, and broaden the range of IT infrastructure technologies that we converge into our operating system. We believe that these investments will contribute to our long-term growth, although they may adversely affect our profitability in the near term.

*Market Adoption of Our Products*

The public cloud has changed IT buyer expectations about the simplicity, agility, scalability and pay-as-you-grow economics of IT resources, which represent a major architectural shift and business model evolution. A key focus of our sales and marketing efforts is creating market awareness about the benefits of our operating system, both as compared to traditional data center architectures as well as the public cloud, particularly as we continue to pursue large enterprises and mission critical workloads. The broad nature of the technology shift that our operating system represents and the relationships our end-customers have with existing IT vendors sometimes lead to unpredictable sales cycles, which we hope to compress and stabilize as market adoption increases, as we gain leverage with our channel partners and as our sales and marketing efforts expand. Our business and operating results will be significantly affected by the degree to and speed with which organizations adopt our operating system.

*Leveraging Channel and OEM Partners*

We plan to continue to strengthen and expand our network of channel and OEM partners to increase sales to both new and existing end-customers. We believe that increasing channel leverage by investing aggressively in sales enablement and co-marketing with our partners will extend and improve our engagement with a broad set of end-customers. Our business and results of operations will be significantly affected by our success in leveraging and expanding our network of channel and OEM partners.

***Continued Purchases and Upgrades within Existing Customer Base***

Our end-customers typically deploy our technology for a specific workload initially. After a new end-customer's initial order, which includes the product and associated maintenance, support and services, we focus on expanding our footprint by serving more workloads. We also generate recurring revenue from our support and maintenance renewals. We view continued purchases and upgrades as critical drivers of our success, as the sales cycles are typically shorter compared to new end-customer deployments and selling efforts are typically less. As of January 31, 2018, approximately 70% of our end-customers who have been with us for 18 months or longer have made a repeat purchase, which is defined as any purchase activity, including support and maintenance renewals, subsequent to the initial purchase. Additionally, end-customers who have been with us for 18 months or longer have total lifetime orders (which includes the initial order) to date in an amount that is more than 4.1x greater, on average, than their initial order. This number increases to approximately 8.0x, on average, for Global 2000 end-customers who have been with us for 18 months or longer, and to more than 16.1x, on average, for our top 25 end-customers as of January 31, 2018. The multiples exclude the effect of one end-customer who had a very large and irregular purchase pattern that we believe is not representative of the purchase patterns of all our other end-customers. Our business and operating results will depend on our ability to sell additional products to our current existing and future base of end-customers.

***Changes in Product Mix and Associated Accounting Impact***

Shifts in the mix of whether our solutions are sold as an appliance or as software-only could result in fluctuations in our revenue and gross margins. Software-only sales typically reflect higher gross margins and lower revenue in a given period, since the sale does not include the revenue or cost of the hardware components in an appliance. Historically, most of our solutions have been delivered on an appliance and our revenue thus included the revenue associated with the hardware from such appliances. However, starting in the first quarter of fiscal year 2018, we began the process of transitioning our business to focus primarily on software-only sales and thus selling less hardware. As a result, we expect there to be an overall product mix shift towards sales of our solutions as software-only licenses, which we expect will be reflected in corresponding changes to our revenue and gross margins.

Revenue for the solutions, whether sold on an appliance, or as a stand-alone software are generally recognized upon transfer of control to our customers. For additional information on our revenue recognition, see Note 3 of Part I, Item 1 of this Quarterly Report on Form 10-Q.

***Revenue from Contracts with Customers***

In May 2014, the Financial Accounting Standards Board, or FASB, issued ASU 2014-09, Revenue from Contracts with Customers (Topic 606), or ASC 606. The standard is a comprehensive new revenue recognition model that requires revenue to be recognized in a manner to depict the transfer of goods or services to a customer at an amount that reflects the consideration expected to be received in exchange for those goods or services. The FASB issued several amendments to the standard, including clarifications on disclosure of prior-period performance obligations and remaining performance obligations.

The guidance permits two methods of adoption: retrospectively to each prior reporting period presented (full retrospective method), or retrospectively with the cumulative effect of initially applying the guidance recognized at the date of initial application (the cumulative catch-up transition method). The new standard would have been effective for us beginning August 1, 2018, and adoption as of the original effective date of August 1, 2017 was permitted. We elected to early adopt the standard effective August 1, 2017 using the full retrospective method, which required us to recast our historical financial information to be consistent with the new standard. The most significant impact of the standard related to the timing of revenue recognition for certain software licenses sold with post contract support, or PCS, for which we did not have vendor specific objective evidence, or VSOE, under the previous revenue recognition guidance. Under the new standard, the requirement to have VSOE for undelivered elements is eliminated and we will recognize revenue for such software licenses upon transfer of control to our customers. In addition, the adoption of ASC 606 also resulted in differences in the timing of recognition of contract costs, such as sales commissions, as well as the corresponding impacts to provision for income taxes. For additional information on the impacts to previously reported results, see Note 3 of Part I, Item 1 of this Quarterly Report on Form 10-Q.

38

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Date: March 14, 2018

/s/ Duston M. Williams

Duston M. Willliams

Chief Financial Officer

(Principal Financial Officer)

84

# EXHIBIT 27



| Company: | NUTANIX, INC. |
|---|---|
| Document: | 10-Q (Q1 2017) · 12/08/2016 |
| | Entire Document |
| File Number: | 001-37883 |
| Pages: | 63 |

1/31/2023 2:37:41 PM

Intelligize, Inc.     info@intelligize.com     1-888-925-8627

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-Q

**(Mark One)**

☒     **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended October 31, 2016**

**OR**

☐     **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**

**Commission File Number: 001-37883**

# NUTANIX, INC.
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware** | **20-0989767** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |

**1740 Technology Drive, Suite 150**
**San Jose, CA 95110**
**(Address of principal executive offices, including zip code)**

**(408) 216-8360**
**(Registrant's telephone number, including area code)**

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☐ | | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Securities Exchange Act). Yes ☐ No ☒

As of November 30, 2016, the registrant had 17,100,500 shares of Class A common stock, $0.000025 par value per share, and 125,156,937 shares of Class B common stock, $0.000025 par value per share, outstanding.

**TABLE OF CONTENTS**

| | | | PAGE |
|---|---|---|---|
| **PART I.** | | **FINANCIAL INFORMATION** | |
| | Item 1 | Financial Statements (Unaudited) | |
| | | Condensed Consolidated Balance Sheets as of July 31, 2016 and October 31, 2016 | 4 |
| | | Condensed Consolidated Statements of Operations for the Three Months Ended October 31, 2015 and 2016 | 5 |
| | | Condensed Consolidated Statements of Comprehensive Loss for the Three Months Ended October 31, 2015 and 2016 | 6 |
| | | Condensed Consolidated Statements of Cash Flows for the Three Months Ended October 31, 2015 and 2016 | 7 |
| | | Notes to Condensed Consolidated Financial Statements | 8 |
| | Item 2 | Management's Discussion and Analysis of Financial Condition and Results of Operations | 23 |
| | Item 3 | Quantitative and Qualitative Disclosures About Market Risk | 35 |
| | Item 4 | Controls and Procedures | 35 |
| **PART II.** | | **OTHER INFORMATION** | |
| | Item 1 | Legal Proceedings | 36 |
| | Item 1A | Risk Factors | 36 |
| | Item 2 | Unregistered Sales of Equity Securities and Use of Proceeds | 60 |
| | Item 6 | Exhibits | 61 |
| **SIGNATURES** | | | 62 |
| **INDEX TO EXHIBITS** | | | 63 |

2

**SPECIAL NOTE REGARDING FORWARD LOOKING STATEMENTS**

This Quarterly Report on Form 10-Q contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended (the "Securities Act"), and Section 21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), which statements involve substantial risks and uncertainties. All statements contained in this Quarterly Report on Form 10-Q other than statements of historical fact, including statements regarding our future results of operations and financial position, our business strategy and plans, and our objectives for future operations, are forward-looking statements. The words "believe," "may," "will," "potentially," "estimate," "continue," "anticipate," "plan," "intend," "could," "would," "expect" and similar expressions that convey uncertainty of future events or outcomes are intended to identify forward-looking statements. Forward-looking statements included in this Quarterly Report on Form 10-Q include, but are not limited to, statements regarding:

• our future cost of revenue and operating expenses, including changes in the cost of product revenue and support and other services revenue, and changes in research and development, sales and marketing and general and administrative expenses;

• anticipated trends, growth rates and challenges in our business and in the markets in which we operate;

• our beliefs and objectives for future operations, including plans to continue to invest in our global engineering, research and development, and sales and marketing teams, and the impact of such investments on our operations;

• our ability to increase sales of our solutions;

• maintaining and expanding our end-customer base and our relationships with our channel and OEM partners;

• our expectations concerning relationships with third parties, including our ability to compress and stabilize sales cycles;

• our expectations concerning future shifts in the mix of whether our solutions are sold as an appliance or as software-only; and

• sufficiency of cash to meet cash needs for at least the next 12 months.

We have based these forward-looking statements largely on our current expectations and projections about future events and trends that we believe may affect our financial condition, results of operations, business strategy, short-term and long-term business operations and objectives and financial needs. These forward-looking statements are subject to a number of risks, uncertainties and assumptions, including those described in Part II, Item 1A. "Risk Factors" in this Quarterly Report on Form 10-Q. Moreover, we operate in a very competitive and rapidly changing environment. New risks emerge from time to time. It is not possible for us to predict all risks, nor can we assess the impact of all factors on our business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements we may make. In light of these risks, uncertainties and assumptions, the forward-looking events and trends discussed in this Quarterly Report on Form 10-Q may not occur and actual results could differ materially and adversely from those anticipated or implied in the forward-looking statements.

You should not rely upon forward-looking statements as predictions of future events. Although we believe that the expectations reflected in the forward-looking statements are reasonable, we cannot guarantee that the future results, performance, or events and circumstances reflected in the forward-looking statements will be achieved or occur. We undertake no obligation to revise or publicly release the results of any revision to these forward-looking statements, except as required by law.

3

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations.**

*The following discussion and analysis of our financial condition, results of operations and cash flows should be read in conjunction with the (1) unaudited condensed consolidated financial statements and the related notes thereto included elsewhere in this Quarterly Report on Form 10-Q, and (2) the audited consolidated financial statements and notes thereto and management's discussion and analysis of financial condition and results of operations for the fiscal year ended July 31, 2016 included in our prospectus filed pursuant to Rule 424(b)(4) on September 30, 2016, or the Prospectus. The last day of our fiscal year is July 31. Our fiscal quarters end on October 31, January 31, April 30 and July 31. This discussion contains forward-looking statements based upon current expectations that involve risks and uncertainties. Our actual results may differ materially from those anticipated in these forward-looking statements as a result of various factors, including those set forth under "Risk Factors", set forth in Part II, Item 1A of this Form 10-Q. See "Special Note Regarding Forward-Looking Statements" above.*

**Overview**

We provide a leading next-generation enterprise cloud platform that converges traditional silos of server, virtualization and storage into one integrated solution that can also connect to public cloud services. Our software delivers the agility, scalability and pay-as-you-grow economics of the public cloud, while addressing enterprise requirements of application mobility, security, data integrity and control. We provide our customers with the flexibility to selectively utilize the public cloud for suitable workloads and specific use cases by enabling increasing levels of application mobility across private and public clouds. We have combined advanced web-scale technologies with elegant consumer-grade design to deliver a powerful enterprise cloud platform that elevates IT organizations by enabling them to focus on the applications and services that power their businesses. Our invisible infrastructure provides constant availability and low-touch management, enables application mobility across computing environments and reduces inefficiencies in IT planning.

We were founded in September 2009 and in October 2011 began selling the initial version of the Nutanix Operating System, which pioneered hyperconverged infrastructure by providing block storage for virtualized environments on VMware. In 2012, we released a new version of our software which included support for file storage, high availability and enhanced security. In 2013, we released several versions of our software, which added our intuitive Prism interface, built-in disaster recovery, deduplication, compression, and additional hypervisor support for Hyper-V and KVM. In 2014, we added enhanced resiliency, One-click Upgrade, Cloud Connect backup to Amazon Web Services, or AWS, and Cluster Health Analytics. In 2015, we rebranded the Nutanix Operating System as Acropolis and introduced the Acropolis Distributed Storage Fabric, Acropolis Mobility Fabric and Acropolis Hypervisor.

Our solution can be delivered either as an appliance that is configured to order or as software only. When end-customers purchase our platform, they typically also purchase one or more years of support and maintenance in order to receive software upgrades, bug fixes and parts replacement. Product revenue is generated primarily from the sales of our solution, and is generally recognized upon shipment. Support and other services revenue is derived from the related support and maintenance contracts, and is recognized ratably over the term of the support contracts.

We have a broad and diverse base of 4,473 end-customers as of October 31, 2016, including 376 Global 2000 enterprises. Since shipping our first product in fiscal 2012, our end-customer base has grown rapidly. The number of end-customers grew from 2,144 as of October 31, 2015 to 4,473 as of October 31, 2016. Our platform is primarily sold through channel partners, including distributors and resellers, and delivered directly to our end-customers. A major part of our sales and marketing investment is to educate our end-customers about the benefits of our solution, particularly as we continue to pursue large enterprises and mission critical workloads. Our solutions serve a broad range of workloads, including enterprise applications, databases, virtual desktop infrastructure, or VDI, unified communications and big data analytics and we have recently announced the capability to support both virtualized and non-virtualized applications. We have end-customers across a broad range of industries, such as automotive, consumer goods, education, energy, financial services, healthcare, manufacturing, media, public sector, retail, technology and telecommunications. We also sell to service providers, who utilize our platform to provide a variety of cloud-based services to their customers.

We have invested heavily in the growth of our business, including the development of our solutions and build-out of our global sales force and the acquisitions of Calm.io Pte. Ltd., or Calm, and PernixData, Inc., or PernixData, during the three months ended October 31, 2016. The number of our full-time employees increased from 1,368 as of October 31, 2015 to 2,354 as of October 31, 2016. We have recruited an engineering team focused on distributed systems and IT infrastructure technologies at our San Jose, California headquarters and at our research and development centers in Bangalore, India, Durham, North Carolina and Seattle, Washington. We have also expanded our international sales and marketing presence by continuing to build out our global teams. We intend to continue to invest in our global engineering team to enhance the functionality of our platform, introduce new products and features and build upon our technology leadership. We also intend to continue to expand our global sales and marketing teams.

In October 2016, we completed our initial public offering, or IPO, of Class A common stock, in which we sold 17,100,500 shares, including 2,230,500 shares pursuant to the underwriters' over-allotment option. The shares were sold at an IPO price of $16.00 per share for net proceeds of $254.5 million, after deducting underwriting discounts and commissions of $19.2 million. Offering costs incurred by the Company were $5.1 million.

Our total revenue was $87.8 million and $166.8 million for the three months ended October 31, 2015 and 2016, respectively, representing year-over-year growth of 90.1%. Our net losses were $38.5 million and $162.2 million for the three months ended October 31, 2015 and 2016, respectively. Net cash used in operating activities was $5.6 million for the three months ended October 31, 2015 and net cash generated from operations was $4.2 million for the three months ended October 31, 2016. As of October 31, 2016, we had an accumulated deficit of $604.0 million.

### Key Financial and Performance Metrics

We monitor the following key financial and performance metrics:

| | As of and for the Three months ended October 31 | | | |
|---|---|---|---|---|
| | **2015** | | **2016** | |
| | **(Dollars in thousands)** | | | |
| Total revenue | $ | 87,756 | $ | 166,809 |
| Billings | $ | 128,289 | $ | 239,767 |
| Gross margin percentage | | 60% | | 58% |
| Adjusted gross margin percentage | | 60% | | 61% |
| Total deferred revenue | $ | 144,131 | $ | 375,431 |
| Net cash (used in) provided by operating activities | $ | (5,616) | $ | 4,160 |
| Free cash flow | $ | (15,258) | $ | (7,755) |
| Total end-customers | | 2,144 | | 4,473 |

### Non-GAAP Financial Measures and Key Performance Measures

We regularly monitor billings, adjusted gross margin percentage and free cash flow, which are non-GAAP financial measures and key performance measures, to help us evaluate our growth and operational efficiencies, measure our performance and identify trends in our sales activity, and establish our budgets. We evaluate these measures because they:

- are used by our management and board of directors to understand and evaluate our performance and trends as well as provide a useful measure for period-to-period comparisons of our core business;

- are widely used by investors and other parties in understanding and evaluating companies in our industry as a measure of financial performance; and

- are used by management to prepare and approve our annual budget and to develop short-term and long-term operational and compensation plans, as well as to assess the extent of achievement of goals.

Billings, adjusted gross margin percentage and free cash flow have limitations as analytical tools, and you should not consider them in isolation or as substitutes for analysis of our results as reported under GAAP. Billings, adjusted gross margin percentage and free cash flow are not substitutes for total revenue, gross margin percentage or cash used in operating activities, respectively. In addition, other companies, including companies in our industry, may calculate non-GAAP financial measures and key performance measures differently or may use other measures to evaluate their performance, all of which could reduce the usefulness of our non-GAAP financial measures and key performance measures as tools for comparison. We urge you to review the reconciliation of our non-GAAP financial measures and key performance measures to the most directly comparable GAAP financial measures included below, and not to rely on any single financial measure to evaluate our business.

We calculate our non-GAAP measures as follows:

*Billings*-We calculate billings by adding the change in deferred revenue (net of acquisitions) between the start and end of the period to total revenue recognized in the same period.

*Adjusted gross margin percentage*-We calculate adjusted gross margin percentage as adjusted gross profit divided by total revenue. We define adjusted gross profit as our gross profit adjusted to exclude stock-based compensation and amortization of acquired intangible assets. Our presentation of adjusted gross margin percentage should not be construed as implying that our future results will not be affected by any recurring expenses or any unusual or non-recurring items that we exclude from our calculation of this non-GAAP financial measure

*Free cash flow*-We calculate free cash flow as net cash (used in) provided by operating activities adjusted with purchases of property and equipment, which measures our ability to generate cash from our business operations after our capital expenditures

The following table presents a reconciliation of billings, adjusted gross margin percentage and free cash flow to the most directly comparable GAAP financial measures, for each of the periods indicated:

|  | Three months ended October 31 | | | |
| --- | --- | --- | --- | --- |
|  | 2015 | | 2016 | |
|  | (Dollars in thousands) | | | |
| Total revenue | $ | 87,756 | $ | 166,809 |
| Change in deferred revenue (net of acquisitions) |  | 40,533 |  | 72,958 |
| Billings | $ | 128,289 | $ | 239,767 |
|  |  |  |  |  |
| Gross profit | $ | 52,677 | $ | 97,047 |
| Stock-based compensation |  | 402 |  | 4,316 |
| Amortization of intangible assets |  | - |  | 242 |
| Adjusted gross profit (non-GAAP) | $ | 53,079 | $ | 101,605 |
| Adjusted gross margin percentage (non-GAAP) |  | 60% |  | 61% |
|  |  |  |  |  |
| Net cash (used in) provided by operating activities | $ | (5,616) | $ | 4,160 |
| Purchases of property and equipment |  | (9,642) |  | (11,915) |
| Free cash flow (non-GAAP) | $ | (15,258) | $ | (7,755) |

## Factors Affecting Our Performance

We believe that our future success will depend on many factors, including those described below. While these areas present significant opportunity, they also present risks that we must manage to achieve successful results. See the section titled "Risk Factors." If we are unable to address these challenges, our business and operating results could be adversely affected.

### Investment in Growth

We plan to continue to invest in sales and marketing so that we can capitalize on our market opportunity. We have significantly increased our sales and marketing personnel, which grew by 64% from October 31, 2015 to October 31, 2016. We estimate, based on past experience, that sales team members typically become fully productive around the time of the start of their fourth quarter of employment with us, and as our newer employees ramp up, we expect their increased productivity to contribute to our revenue growth. As of October 31, 2016, we considered 56% of our global sales team members to be fully productive, while the remaining 44% of our global sales team members are in the process of ramping up. We intend to continue to grow our global sales and marketing team to acquire new end-customers and to increase sales to existing end-customers.

We also intend to continue to grow our research and development and global engineering team to enhance our solutions, improve integration with new and existing ecosystem partners, and broaden the range of IT infrastructure technologies that we converge into our platform. We believe that these investments will contribute to our long-term growth, although they may adversely affect our profitability in the near term.

### Market Adoption of Our Products

25

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Date: December 7, 2016

/s/ Duston M. Williams

Duston M. Williams

Chief Financial Officer

(*Principal Financial Officer*)

62

# EXHIBIT 28



| Company: | NUTANIX, INC. |
|---|---|
| Document: | 10-Q (Q3 2017) · 06/02/2017 |
| | Entire Document |
| File Number: | 001-37883 |
| Pages: | 72 |

1/31/2023 2:35:37 PM

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM 10-Q

**(Mark One)**

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended April 30, 2017**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**

**Commission File Number: 001-37883**

# NUTANIX, INC.
**(Exact name of registrant as specified in its charter)**

| **Delaware** | **27-0989767** |
|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |

**1740 Technology Drive, Suite 150**
**San Jose, CA 95110**
**(Address of principal executive offices, including zip code)**

**(408) 216-8360**
**(Registrant's telephone number, including area code)**

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☐ | | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ (Do not check if a smaller reporting company) | | Smaller reporting company | ☐ |
| | | | If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to | |
| Emerging growth company | ☒ | | Section 13(a) of the Exchange Act. | ☒ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Securities Exchange Act). Yes ☐ No ☒

As of May 19, 2017, the registrant had 80,293,207 shares of Class A common stock, $0.000025 par value per share, and 71,236,428 shares of Class B common stock, $0.000025 par value per share, outstanding.

**TABLE OF CONTENTS**

| | | | PAGE |
|---|---|---|---|
| **PART I.** | | **FINANCIAL INFORMATION** | |
| | Item 1 | Financial Statements (Unaudited) | |
| | | Condensed Consolidated Balance Sheets as of July 31, 2016 and April 30, 2017 | 5 |
| | | Condensed Consolidated Statements of Operations for the Three and Nine Months Ended April 30, 2016 and 2017 | 6 |
| | | Condensed Consolidated Statements of Comprehensive Loss for the Three and Nine Months Ended April 30, 2016 and 2017 | 7 |
| | | Condensed Consolidated Statements of Cash Flows for the Nine Months Ended April 30, 2016 and 2017 | 8 |
| | | Notes to Condensed Consolidated Financial Statements | 9 |
| | Item 2 | Management's Discussion and Analysis of Financial Condition and Results of Operations | 26 |
| | Item 3 | Quantitative and Qualitative Disclosures About Market Risk | 41 |
| | Item 4 | Controls and Procedures | 41 |
| | | | |
| **PART II.** | | **OTHER INFORMATION** | |
| | Item 1 | Legal Proceedings | 42 |
| | Item 1A | Risk Factors | 43 |
| | Item 2 | Unregistered Sales of Equity Securities and Use of Proceeds | 70 |
| | Item 6 | Exhibits | 70 |
| | | | |
| **SIGNATURES** | | | 71 |
| **INDEX TO EXHIBITS** | | | 72 |

3

**SPECIAL NOTE REGARDING FORWARD LOOKING STATEMENTS**

This Quarterly Report on Form 10-Q contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended (the "Securities Act"), and Section 21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), which statements involve substantial risks and uncertainties. All statements contained in this Quarterly Report on Form 10-Q other than statements of historical fact, including statements regarding our future results of operations and financial position, our business strategy and plans, and our objectives for future operations, are forward-looking statements. The words "believe," "may," "will," "potentially," "estimate," "continue," "anticipate," "plan," "intend," "could," "would," "expect" and similar expressions that convey uncertainty of future events or outcomes are intended to identify forward-looking statements. Forward-looking statements included in this Quarterly Report on Form 10-Q include, but are not limited to, statements regarding:

- our future revenue, cost of revenue, and operating expenses, as well as changes in the cost of product revenue, component costs, product gross margins and support and other services revenue, and changes in research and development, sales and marketing and general and administrative expenses;

- anticipated trends, growth rates and challenges in our business and in the markets in which we operate, including the productivity of our sales team;

- our beliefs and objectives for future operations, including plans to continue to invest in our global engineering, research and development, and sales and marketing teams, and the impact of such investments on our operations;

- our ability to increase sales of our solutions;

- maintaining and expanding our end-customer base and our relationships with our channel and OEM partners;

- our expectations concerning relationships with third parties, including our ability to compress and stabilize sales cycles;

- our expectations concerning future shifts in the mix of whether our solutions are sold as an appliance or as software-only, and in the mix of the types of appliances we sell; and

- sufficiency of cash to meet cash needs for at least the next 12 months.

We have based these forward-looking statements largely on our current expectations and projections about future events and trends that we believe may affect our financial condition, results of operations, business strategy, short-term and long-term business operations and objectives and financial needs. These forward-looking statements are subject to a number of risks, uncertainties and assumptions, including those described in Part II, Item 1A. "Risk Factors" in this Quarterly Report on Form 10-Q. Moreover, we operate in a very competitive and rapidly changing environment. New risks emerge from time to time. It is not possible for us to predict all risks, nor can we assess the impact of all factors on our business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements we may make. In light of these risks, uncertainties and assumptions, the forward-looking events and trends discussed in this Quarterly Report on Form 10-Q may not occur and actual results could differ materially and adversely from those anticipated or implied in the forward-looking statements.

You should not rely upon forward-looking statements as predictions of future events. Although we believe that the expectations reflected in the forward-looking statements are reasonable, we cannot guarantee that the future results, performance, or events and circumstances reflected in the forward-looking statements will be achieved or occur. We undertake no obligation to revise or publicly release the results of any revision to these forward-looking statements, except as required by law.

4

**Overview**

We provide a leading next-generation enterprise cloud platform that converges traditional silos of server, virtualization and storage into one integrated solution that can also connect to public cloud services. Our software delivers the agility, scalability and pay-as-you-grow economics of the public cloud, while addressing enterprise requirements of application mobility, security, data integrity and control. We provide our customers with the flexibility to selectively utilize the public cloud for suitable workloads and specific use cases by enabling increasing levels of application mobility across private and public clouds. We have combined advanced web-scale technologies with elegant consumer-grade design to deliver a powerful enterprise cloud platform that elevates IT organizations by enabling them to focus on the applications and services that power their businesses. Our invisible infrastructure provides constant availability and low-touch management, enables application mobility across computing environments and reduces inefficiencies in IT planning.

We were founded in September 2009 and in October 2011 began selling the initial version of the Nutanix Operating System, which pioneered hyperconverged infrastructure by providing block storage for virtualized environments on VMware. In 2012, we released a new version of our software which included support for file storage, high availability and enhanced security. In 2013, we released several versions of our software, which added our intuitive Prism interface, built-in disaster recovery, deduplication, compression, and additional hypervisor support for Hyper-V and KVM. In 2014, we added enhanced resiliency, One-click Upgrade, Cloud Connect backup to Amazon Web Services, or AWS, and Cluster Health Analytics. In 2015, we rebranded the Nutanix Operating System as Acropolis and introduced the Acropolis Distributed Storage Fabric, Acropolis Mobility Fabric and Acropolis Hypervisor.

Our solution can be delivered either as an appliance that is configured to order or as software only. When end-customers purchase our platform, they typically also purchase one or more years of support and maintenance in order to receive software upgrades, bug fixes and parts replacement. Product revenue is generated primarily from the sales of our solution, and is generally recognized upon shipment. Support and other services revenue is derived from the related support and maintenance contracts, and is recognized ratably over the term of the support contracts.

We have a broad and diverse base of 6,172 end-customers as of April 30, 2017, including 521 Global 2000 enterprises. We define the number of end-customers as the number of end-customers for which we have received an order by the last day of the period, excluding partners to which we have sold product for their own demonstration purposes. A single organization or customer may represent multiple end-customers for separate divisions, segments or subsidiaries. Since shipping our first product in fiscal 2012, our end-customer base has grown rapidly. The number of end-customers grew from 3,111 as of April 30, 2016 to 6,172 as of April 30, 2017. Our platform is primarily sold through channel partners, including distributors and resellers, and delivered directly to our end-customers. A major part of our sales and marketing investment is to educate our end-customers about the benefits of our solution, particularly as we continue to pursue large enterprises and mission critical workloads. Our solutions serve a broad range of workloads, including enterprise applications, databases, virtual desktop infrastructure, or VDI, unified communications and big data analytics and we have recently announced the capability to support both virtualized and non-virtualized applications. We have end-customers across a broad range of industries, such as automotive, consumer goods, education, energy, financial services, healthcare, manufacturing, media, public sector, retail, technology and telecommunications. We also sell to service providers, who utilize our platform to provide a variety of cloud-based services to their customers.

26

We have invested heavily in the growth of our business, including the development of our solutions, build-out of our global sales force and the acquisitions of Calm.io Pte. Ltd., or Calm, and PernixData, Inc., or PernixData, during the nine months ended April 30, 2017. The number of our full-time employees increased from 1,798 as of April 30, 2016 to 2,672 as of April 30, 2017. We have recruited an engineering team focused on distributed systems and IT infrastructure technologies at our San Jose, California headquarters and at our research and development centers in Bangalore, India, Durham, North Carolina and Seattle, Washington. We have also expanded our international sales and marketing presence by continuing to build out our global teams. We intend to continue to invest in our global engineering team to enhance the functionality of our platform, introduce new products and features and build upon our technology leadership, as well as continue to expand our global sales and marketing teams.

In October 2016, we completed our initial public offering, or IPO, of Class A common stock, in which we sold 17,100,500 shares, including 2,230,500 shares pursuant to the underwriters' over-allotment option. The shares were sold at an IPO price of $16.00 per share for net proceeds of $254.5 million, after deducting underwriting discounts and commissions of $19.2 million. We incurred offering costs of $5.2 million.

Our total revenue was $305.1 million and $540.8 million for the nine months ended April 30, 2016 and 2017, respectively, representing year-over-year growth of 77.2%. Our net losses were $118.6 million and $367.4 million for the nine months ended April 30, 2016 and 2017, respectively. Net cash generated from operations was $1.3 million and $7.9 million for the nine months ended April 30, 2016 and April 30, 2017, respectively. Free cash flow was an outflow of $32.1 million for the nine months ended April 30, 2016 and an outflow of $29.9 million for the nine months ended April 30, 2017. As of April 30, 2017, we had an accumulated deficit of $809.2 million.

### Key Financial and Performance Metrics

We monitor the following key financial and performance metrics:

| | As of and for the | | | |
|---|---|---|---|---|
| | Three Months Ended April 30, | | Nine Months Ended April 30, | |
| | 2016 | 2017 | 2016 | 2017 |
| | (Dollars in thousands) | | | |
| Total revenue | $ 114,690 | $ 191,763 | $ 305,143 | $ 540,767 |
| Billings | $ 159,505 | $ 234,147 | $ 431,167 | $ 701,294 |
| Gross margin percentage | 62% | 57% | 62% | 58% |
| Adjusted gross margin percentage | 62% | 58% | 62% | 60% |
| Total deferred revenue | $ 229,622 | $ 463,000 | $ 229,622 | $ 463,000 |
| Net cash provided by (used in) operating activities | $ 2,413 | $ (16,009) | $ 1,270 | $ 7,903 |
| Free cash flow | $ (10,985) | $ (29,190) | $ (32,149) | $ (29,894) |
| Total end-customers | 3,111 | 6,172 | 3,111 | 6,172 |

### Non-GAAP Financial Measures and Key Performance Measures

We regularly monitor billings, adjusted gross margin percentage and free cash flow, which are non-GAAP financial measures and key performance measures, to help us evaluate our growth and operational efficiencies, measure our performance and identify trends in our sales activity, and establish our budgets. We evaluate these measures because they:

•    are used by our management and board of directors to understand and evaluate our performance and trends as well as provide a useful measure for period-to-period comparisons of our core business;

•    are widely used by investors and other parties in understanding and evaluating companies in our industry as a measure of financial performance; and

•    are used by management to prepare and approve our annual budget and to develop short-term and long-term operational and compensation plans, as well as to assess the extent of achievement of goals.

27

Billings, adjusted gross margin percentage and free cash flow have limitations as analytical tools, and you should not consider them in isolation or as substitutes for analysis of our results as reported under GAAP. Billings, adjusted gross margin percentage and free cash flow are not substitutes for total revenue, gross margin percentage or cash used in operating activities, respectively. In addition, other companies, including companies in our industry, may calculate non-GAAP financial measures and key performance measures differently or may use other measures to evaluate their performance, all of which could reduce the usefulness of our non-GAAP financial measures and key performance measures as tools for comparison. We urge you to review the reconciliation of our non-GAAP financial measures and key performance measures to the most directly comparable GAAP financial measures included below, and not to rely on any single financial measure to evaluate our business.

We calculate our non-GAAP measures as follows:

*Billings*-We calculate billings by adding the change in deferred revenue (net of acquisitions) between the start and end of the period to total revenue recognized in the same period.

*Adjusted gross margin percentage*-We calculate adjusted gross margin percentage as adjusted gross profit divided by total revenue. We define adjusted gross profit as our gross profit adjusted to exclude stock-based compensation and amortization of acquired intangible assets. Our presentation of adjusted gross margin percentage should not be construed as implying that our future results will not be affected by any recurring expenses or any unusual or non-recurring items that we exclude from our calculation of this non-GAAP financial measure.

*Free cash flow*-We calculate free cash flow as net cash (used in) provided by operating activities adjusted with purchases of property and equipment, which measures our ability to generate cash from our business operations after our capital expenditures

The following table presents a reconciliation of billings, adjusted gross margin percentage and free cash flow to the most directly comparable GAAP financial measures, for each of the periods indicated:

| | Three Months Ended April 30, | | | | Nine Months Ended April 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | **2016** | | **2017** | | **2016** | | **2017** | |
| | (Dollars in thousands) | | | | | | | |
| Total revenue | $ | 114,690 | $ | 191,763 | $ | 305,143 | $ | 540,767 |
| Change in deferred revenue (net of acquisitions) | | 44,815 | | 42,384 | | 126,024 | | 160,527 |
| Billings | $ | 159,505 | $ | 234,147 | $ | 431,167 | $ | 701,294 |
| | | | | | | | | |
| Gross profit | $ | 71,297 | $ | 108,557 | $ | 188,735 | $ | 310,953 |
| Stock-based compensation | | 328 | | 3,081 | | 1,075 | | 10,634 |
| Amortization of intangible assets | | - | | 358 | | - | | 956 |
| Adjusted gross profit (non-GAAP) | $ | 71,625 | $ | 111,996 | $ | 189,810 | $ | 322,543 |
| Adjusted gross margin percentage (non-GAAP) | | 62% | | 58% | | 62% | | 60% |
| | | | | | | | | |
| Net cash provided by (used in) operating activities | $ | 2,413 | $ | (16,009) | $ | 1,270 | $ | 7,903 |
| Purchases of property and equipment | | (13,398) | | (13,181) | | (33,419) | | (37,797) |
| Free cash flow (non-GAAP) | $ | (10,985) | $ | (29,190) | $ | (32,149) | $ | (29,894) |

28

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Date: June 2, 2017                                              /s/ Duston M. Williams
                                                               _____
                                                               Duston M. Williams
                                                               Chief Financial Officer
                                                               (*Principal Financial Officer*)

71