NINA F. LOCKER, State Bar No. 123838
IGNACIO E. SALCEDA, State Bar No. 164017
EVAN L. SEITE, State Bar No. 274641
BETTY CHANG ROWE, State Bar No. 214068
LAURA G. AMADON, State Bar No. 321524
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:    (650) 493-9300
Facsimile:    (650) 565-5100
Email:        nlocker@wsgr.com
              isalceda@wsgr.com
              eseite@wsgr.com
              browe@wsgr.com
              lamadon@wsgr.com

*Attorneys for Defendants Nutanix, Inc.,
Dheeraj Pandey, and Duston M. Williams*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re NUTANIX, INC. SECURITIES LITIGATION | Case No. 3:19-cv-01651-WHO |
| | Case No. 3:21-cv-04080-WHO |
| | |
| | <u>CLASS ACTION</u> |
| JOHN P. NORTON, ON BEHALF OF THE NORTON FAMILY LIVING TRUST UAD 11/15/2002, Individually and On Behalf of All Others Similarly Situated, | STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND HEARING THEREON |
| Plaintiff, | |
| vs. | |
| NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS, | |
| Defendants. | |

Plaintiffs California Ironworkers Field Pension Trust, City of Miami Fire Fighters' and Police Officers' Retirement Trust, and John P. Norton, on behalf of the Norton Family Living Trust UAD 11/15/2002 (collectively, "Plaintiffs"), and Defendants Nutanix, Inc., Dheeraj Pandey, and Duston M. Williams (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**, on February 9, 2023, the Parties reached an agreement in principle to settle this action following continued discussions with their retained mediator, retired United States District Judge, the Hon. Layn R. Phillips;

**WHEREAS**, the Parties are working in good faith to finalize the non-monetary terms of the Settlement and have reached agreement on most terms except for a few outstanding non-monetary terms that they are currently finalizing;

**WHEREAS**, Plaintiffs currently intend to file an unopposed motion for preliminary approval of the proposed Settlement (including all necessary related papers) by April 7, 2023;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties and their counsel, subject to the Court's approval, as follows:

Plaintiffs shall file their unopposed motion for preliminary approval by no later than April 7, 2023.

**IT IS SO STIPULATED**.

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER          -1-
CASE NO. 3:19-CV-01651-WHO
CASE NO. 3:21-CV-04080-WHO

DATED:  March 24, 2023

WILSON SONSINI GOODRICH & ROSATI,
Professional Corporation
NINA F. LOCKER (SBN 123838)
IGNACIO E. SALCEDA (SBN 164017)
EVAN L. SEITE (SBN 274641)
BETTY CHANG ROWE (SBN 214068)
LAURA G. AMADON (SBN 321524)

_/s/ Ignacio E. Salceda_
IGNACIO E. SALCEDA

650 Page Mill Road
Palo Alto, CA 94304
Telephone: 650/493-9300
650/565-5100 (fax)
nlocker@wsgr.com
isalceda@wsgr.com
eseite@wsgr.com
browe@wsgr.com
lamadon@wsgr.com

Attorneys for Defendants Nutanix, Inc.,
Dheeraj Pandey, and Duston M. Williams

DATED:  March 24, 2023

ROBBINS GELLER RUDMAN
   & DOWD LLP
STEPHEN R. ASTLEY
(admitted *pro hac vice*)
ROBERT J. ROBBINS
(admitted *pro hac vice*)
ANDREW T. REES
(admitted *pro hac vice*)

_/s/ Stephen R. Astley_
STEPHEN R. ASTLEY

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sastley@rgrdlaw.com
rrobbins@rgrdlaw.com
arees@rgrdlaw.com

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:19-CV-01651-WHO
CASE NO. 3:21-CV-04080-WHO

-2-

ROBBINS GELLER RUDMAN
    & DOWD LLP
JAMES E. BARZ
(admitted *pro hac vice*)
FRANK A. RICHTER
(admitted *pro hac vice*)
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  630/696-4107
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

ROBBINS GELLER RUDMAN
    & DOWD LLP
SHAWN A. WILLIAMS (213113)
KENNETH J. BLACK (291871)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
kennyb@rgrdlaw.com

ROBBINS GELLER RUDMAN
    & DOWD LLP
THEODORE J. PINTAR
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
tedp@rgrdlaw.com

*Lead Counsel for Lead Plaintiff California
Ironworkers Field Pension Trust and
Plaintiff City of Miami Fire Fighters' and
Police Officers' Retirement Trust*

LEVI & KORSINSKY, LLP
ADAM M. APTON (SBN 316506)
ADAM C. MCCALL (SBN 302130)
75 Broadway, Suite 200
San Francisco, CA  94111
Telephone:  415/373-1671
415/484-1294 (fax)
aapton@zlk.com
amccall@zlk.com

LEVI & KORSINSKY, LLP
SHANNON L HOPKINS
(admitted *pro hac vice*)
GREGORY M. POTREPKA
(admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT  06905
Telephone:  212/363-7500
866/367-6510 (fax)
shopkins@zlk.com
gpotrepka@zlk.com

*Lead Counsel for Lead Plaintiff John P. Norton, on behalf of the Norton Family Living Trust UAD 11/15/2002, and Additional Counsel for Plaintiff City of Miami Fire Fighters' and Police Officers' Retirement Trust*

## ATTESTATION

I, Ignacio E. Salceda, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order.  In compliance with Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

DATED:  March 24, 2023

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation

*/s/ Ignacio E. Salceda*
    Ignacio E. Salceda

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email:       isalceda@wsgr.com

*Attorneys for Defendants Nutanix, Inc.,*
*Dheeraj Pandey, and Duston M. Williams*

\* \* \*

## [~~PROPOSED~~] ORDER

**IT IS SO ORDERED.**

Dated:  March 24, 2023

Honorable William H. Orrick
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER                -5-
CASE NO. 3:19-CV-01651-WHO
CASE NO. 3:21-CV-04080-WHO