ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
KENNETH J. BLACK (291871)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
kennyb@rgrdlaw.com
         – and –
JAMES E. BARZ
FRANK A. RICHTER
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  312/674-4674
312/674-4676 (fax)
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re NUTANIX, INC. SECURITIES LITIGATION | Case No. 3:19-cv-01651-WHO<br>Case No. 3:21-cv-04080-WHO |
| | CLASS ACTION |
| JOHN P. NORTON, ON BEHALF OF THE NORTON FAMILY LIVING TRUST UAD 11/15/2002, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>     vs.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>                              Defendants. | DECLARATION OF STEPHEN R. ASTLEY IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT<br><br>DATE:    May 17, 2023<br>TIME:    2:00 p.m. (via videoconference)<br>JUDGE:   Honorable William H. Orrick |

4873-9354-5817.v1

I, Stephen R. Astley, hereby declare and state as follows:

1.      I am an attorney admitted to practice *pro hac vice* before this Court and admitted to practice law in the State of Florida.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for Plaintiffs in these Actions.  I submit this declaration, together with the attached exhibits, in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Settlement.

2.      Attached are true and correct copies of the following exhibits:

Exhibit 1:      Stipulation of Settlement and exhibits thereto;

Exhibit 2:      Declaration of Peter Crudo Regarding Notice and Administration; and

Exhibit 3:      [Proposed] Order Preliminarily Approving Settlement and Providing for Notice and exhibits thereto.

I declare that the foregoing is true and correct.  Executed this 7th day of April, 2023, at Boca Raton, Florida.

s/ Stephen R. Astley
STEPHEN R. ASTLEY

DECLARATION OF STEPHEN R. ASTLEY IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT - 3:19-cv-01651-WHO          - 1 -
4873-9354-5817.v1