IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


IN RE NUTANIX, INC. SECURITIES      )   CV-19-1651-WHO
LITIGATION                          )   CV-21-04080-WHO
                                    )
                                    )   SAN JOSE, CALIFORNIA
                                    )
                                    )   MAY 17, 2023
                                    )
                                    )   PAGES 1-10
                                    )
                                    )
_____     )

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S


FOR THE PLAINTIFFS:     **BY:  THEODORE J. PINTAR**
                        ROBBINS GELLER RUDMAN & DOWD LLP
                        655 WEST BROADWAY, SUITE 1900
                        SAN DIEGO, CA 92101


FOR THE PLAINTIFFS:     **BY:  GREGORY M. POTREPKA**
                        LEVI KORSINSKY LLP
                        1111 SUMMER STREET SUITE 403
                        STAMFORD, CT 06905



APPEARANCES CONTINUED ON THE NEXT PAGE


OFFICIAL COURT REPORTER:      SUMMER FISHER, CSR, CRR
                              CERTIFICATE NUMBER 13185


PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

APPEARANCES CONTINUED:

FOR THE PLAINTIFFS:        **BY:  STEPHEN R. ASTLEY**
                           ROBBINS GELLER RUDMAN & DOWD LLP
                           225 NE MIZNER BLVD, SUITE 720
                           BOCA RATON, FL 33432


FOR THE DEFENDANTS:        **BY:  EVAN L. SEITE**
                           WILSON SONSINI GOODRICH & ROSATI
                           650 PAGE MILL ROAD
                           PALO ALTO, CA 94304

SAN JOSE, CALIFORNIA                    MAY 17, 2023

P R O C E E D I N G S

(COURT CONVENED AT 1:58 P.M.)

THE CLERK:  19-1651, AND RELATED CASE 21-4080.

COUNSEL, IF YOU WOULD PLEASE STATE YOUR APPEARANCE FOR THE RECORD.

MR. PINTAR:  TED PINTAR OF ROBBINS GELLER RUDMAN & DOWD FOR PLAINTIFFS IN THE NORTON ACTION -- I'M SORRY, IN THE NUTANIX ACTION.

MR. ASTLEY:  AND YOUR HONOR, GOOD AFTERNOON.

I'M STEPHEN ASTLEY, ALSO OF ROBBINS GELLER RUDMAN & DOWD FIRM, HERE ON BEHALF OF THE CLASS PLAINTIFFS.

MR. POTREPKA:  GOOD AFTERNOON, YOUR HONOR.

GREGORY POTREPKA FROM LEVI KORSINSKY, ALSO HERE ON BEHALF OF THE PLAINTIFFS TODAY.

MR. SEITE:  GOOD AFTERNOON, YOUR HONOR.

EVAN SEITE, WILSON SONSINI GOODRICH AND ROSATI, ON BEHALF OF DEFENDANTS.

THE COURT:  GREAT.  GOOD AFTERNOON, EVERYBODY.

SO I THINK YOU'RE TO BE CONGRATULATED, YOU HAD SIGNIFICANT LITIGATION IN THIS MATTER AND ARM'S LENGTH DISCUSSIONS WITH THE HELP OF JUDGE PHILLIPS, A MEDIATOR'S PROPOSAL, AND A RESULT THAT I THINK IS FAIR AND REASONABLE FOR THE CLASS.

I DO HAVE A FEW QUESTIONS FOR YOU.  THE FIRST IS WHETHER THE PLAINTIFF SOUGHT MULTIPLE BIDS FROM ADMINISTRATORS, AS

REQUIRED BY OUR NORTHERN DISTRICT GUIDELINES, AND IF NOT, WHY NOT?

MR. PINTAR:  AGAIN, GOOD AFTERNOON, YOUR HONOR.

TED PINTAR FROM ROBBINS GELLER RUDMAN & DOWD.

WE DID NOT SEEK BIDS IN THIS CASE, AND THE REASON IS WE BELIEVE GILARDI IS THE BEST FIRM TO HANDLE THE NOTICE AND CLAIMS ADMINISTRATION, BASED ON THEIR EXPERIENCE.

AND THERE'S A COUPLE OF ASPECTS TO THAT.  OUR EXPERIENCE WITH GILARDI VERSUS OTHER FIRMS, IS THAT GILARDI OFFERS SIGNIFICANT CLAIMS PROCESSING, AND AS A PART OF THAT, THEY ARE ABLE TO IDENTIFY CLAIMS THAT ARE EITHER FRAUDULENT OR OTHERWISE DEFICIENT, AND THEY PROVIDE -- IN DOING SO, THEY PROVIDE A LOT OF VALUE TO THE CLASS.

THEY MAY NOT BE -- AND I WILL BE PERFECTLY FRANK, THEY MAY NOT BE THE LOWEST COST, BUT IN OUR EXPERIENCE IN A CASE OF THIS SIZE, THEY OFFER THE BEST VALUE, MEANING THEY ENSURE THAT ONLY VALID CLAIMS ARE BEING PAID OUT, OR VERY CLOSE TO THAT.

AND SO WE ARE VERY COMFORTABLE USING THEM.  AND WE HAVE OBVIOUSLY DONE RFP'S IN OTHER SETTLEMENTS; IN FACT, WE CITED THE IMPACT SETTLEMENT IN FRONT OF JUDGE GILLIAM THAT WE HANDLED, AND THERE WE DID DO AN RFP.  IT WAS A SLIGHTLY LOWER SETTLEMENT AMOUNT.

BUT THE PROBLEM THAT WE ARE RUNNING INTO IS THAT WE DO RFP'S AND WE GET A LOT OF LOWBALL BIDS FROM PEOPLE THAT SIMPLY WANT TO WORK WITH US OR GET THAT BUSINESS, AND I DON'T HAVE A

LOT OF COMFORT LEVEL IN A LOWEST BID, THAT THEY ARE GOING TO DO THE CLAIMS WORK NECESSARY TO PRESERVE THE SETTLEMENT FUND FOR THE CLASS, THE LEGITIMATE CLAIMANTS.  AND SO HERE, GIVEN THE AMOUNT, LONG STORY SHORT, WE FELT THAT GILARDI PROVIDED THE BEST VALUE.

NOW ALL OF THAT SAID, OBVIOUSLY IF THE COURT WOULD PREFER AN RFP PROCESS, WE WILL DO THAT.  WE JUST THINK THAT GILARDI, IN THIS PARTICULAR CASE, OFFERS THE BEST VALUE.

THE COURT:  OKAY.

WELL, SO I APPRECIATE WHAT YOU SAY AND THE EXPERIENCE THAT YOU'VE HAD.  I WOULD -- IN THE FUTURE, IF YOU ARE GOING TO MAKE A UNILATERAL DECISION THAT IS AT ODDS WITH THE GUIDANCE, SAY SO IN YOUR PAPERS AND EXPLAIN WHY IN THIS PARTICULAR CASE, GIVEN THE COMPLEXITY OF THE PAYMENT STRUCTURE AND THE SIZE OF IT, THAT YOU WANT TO JUST GO WITH GILARDI.

BECAUSE OTHERWISE IT KIND OF LOOKS LIKE YOU'VE BEEN THERE 41 TIMES AND MAYBE THERE'S A RELATIONSHIP THAT YOU HAVE WITH THEM THAT IS NOT NECESSARILY THE BEST FOR THE CLASS.  BUT I WILL ACCEPT THE REPRESENTATION THAT YOU'VE MADE FOR THIS ONE.

YOU REFERRED TO A "DE MINIMUS FUNDS FOR CY PRES," AND I WASN'T SURE HOW YOU WERE DEFINING "DE MINIMUS" IN THIS CONTEXT.

MR. PINTAR:  SURE, YOUR HONOR, I WOULD BE HAPPY TO ADDRESS THAT.

LET ME FIRST START BY SAYING WE HAVE GOTTEN VERY PROFICIENT IN HAVING NO RESIDUAL AMOUNT FOR CY PRES, AND THAT'S

OUR GOAL. OUR GOAL IS TO GET EVERY PENNY TO THE CLAIMANTS. OCCASIONALLY WE WILL END UP WITH SOMETHING ON THE ORDER OF 3 OR 4,000. CERTAINLY WE ARE TALKING ABOUT HERE, SOMETHING LESS THAN $10,000, AND IT CERTAINLY DOESN'T MAKE ECONOMIC SENSE TO TRY AND SPREAD THAT OUT AMONG AUTHORIZED CLAIMANTS.

SO IF THAT ANSWERED YOUR QUESTION, THAT IS EXACTLY WHAT WE ARE REFERRING TO, IS IN THAT $5,000 RANGE OR LESS, CERTAINLY LESS THAN $10,000.

THE COURT: THAT DOES ANSWER MY QUESTION. THANK YOU.

ANOTHER QUESTION. WHY SHOULD PENSION FUNDS GET ENHANCEMENTS AS CLASS REPRESENTATIVES?

MR. PINTAR: SURE, YOUR HONOR.

THE PSLRA ALLOWS FOR -- AS YOU KNOW, IT HAS THE LANGUAGE THAT ALLOWS FOR AN AWARD BASED ON THEIR TIME AND EXPENSES INVESTED IN THE ACTION.

WHAT WE TYPICALLY DO IS WE ASK THAT A FUND, TELL US HOW MUCH TIME YOU'VE SPENT, IF YOU HAVE ANY OUT-OF-POCKET COSTS OR WHAT NOT, AND THAT'S WHAT WE TRY AND PROVIDE AND THAT'S WHAT WE DO PROVIDE IN THE FORM OF A REQUEST.

I CAN'T TELL YOU THAT 10 OR $15,000 IS GOING TO MOVE THE NEEDLE FOR ANY PARTICULAR INSTITUTION; HOWEVER, BECAUSE IT IS PROVIDED BY STATUTE, WE DO GIVE OUR CLIENTS THAT OPTION AND WE DO PRESENT IT TO THE COURT.

THE COURT: OKAY. THE COURT MAY NOT BE LOOKING FAVORABLY UPON THAT PARTICULAR REQUEST.

AND FINALLY I WILL JUST TELL YOU, I'M GOING TO EDIT THE NOTICE WITH RESPECT TO THE REQUIREMENTS FOR OBJECTIONS AND OPT-OUTS.  THE REQUIREMENTS YOU HAD WERE MORE BURDENSOME THAN I WOULD IMPOSE, AND I THINK THAT'S A PLACE WHERE I'VE GOT THE ABILITY TO JUST EDIT IT, AND SO I THINK I WILL DO THAT, THAT WILL BE THE SIMPLEST WAY TO PROCEED.

MR. PINTAR:  SURE, YOUR HONOR.  I AGREE.

THE COURT:  OKAY.

SO BESIDES THAT, I AM PLEASED TO GIVE PRELIMINARY APPROVAL TO THIS.

IS THERE ANYTHING, MR. PINTAR, YOU WANT TO SAY, OR MR. SEITE, THAT YOU WOULD WANT TO SAY AT THIS POINT?

MR. PINTAR:  YES, YOUR HONOR.  IF I COULD JUST ADD ONE POINT.  IT'S SOMETHING I NOTICED AND MR. SEITE ALSO NOTICED AND COMMUNICATED TO OUR FIRM.

THE PLAN OF ALLOCATION REFERENCES TABLE 2 AND TABLE 3 WHICH ARE LISTINGS OF ARTIFICIAL INFLATION AND ARTIFICIAL DEFLATION IN THE CALL OPTIONS AND THE PUT OPTIONS RESPECTIVELY. WHAT WE WOULD LIKE TO DO AND WHAT WE REFERENCE IN A FOOTNOTE IS THAT THOSE WILL BE ATTACHED OR POSTED TO THE WEBSITE SO THAT PEOPLE CAN HAVE ACCESS TO THOSE.

WE DID NOT INCLUDE THEM IN THE ACTUAL NOTICE LIKE WE DID IN TABLE 1 BECAUSE THEY ARE VOLUMINOUS, AND SO WE DIDN'T WANT TO WEIGH DOWN THE NOTICE WITH CHARTS THAT REALLY SOPHISTICATED INVESTORS COULD SIMPLY GO TO THE WEBSITE, PULL IT UP AND SAY,

OKAY, IS IT REALLY CALCULATING IT, HERE'S HOW YOU DO IT.  BUT WE DID NOT PROVIDE THOSE TO THE COURT IN A SEPARATE SUBMISSION, AND THAT WAS MY OVERSIGHT, I APOLOGIZE.

I'M HAPPY TO SEND THOSE TABLES TO YOUR HONOR THIS AFTERNOON SO THAT YOU SIMPLY HAVE THEM.  YOU CAN LOOK AT THEM, THEY ARE NOT TERRIBLY INFORMATIVE, NECESSARILY, UNLESS YOU ARE COMPARING AN ACTUAL OPTION, BUT I THINK THEY ARE IMPORTANT TO HAVE BEFORE THE COURT.  SO THAT'S ALL.

THE COURT:  OKAY.  PLEASE DO THAT, AND I WILL LOOK AT THOSE BEFORE I ISSUE ANY ORDER.

MR. SEITE, IS THERE ANYTHING ELSE YOU WANTED TO ADD?

MR. SEITE:  NOTHING FROM ME, YOUR HONOR.

THANK YOU FOR YOUR TIME AND ATTENTION THIS AFTERNOON.

THE COURT:  ALL RIGHT.

WELL, THANK YOU ALL VERY MUCH.  I WILL GET THE ORDER OUT AS SOON AS I HAVE BEEN ABLE TO REVIEW THE TABLES.

MR. POTREPKA:  YOUR HONOR, COULD I ASK ONE MORE THING?

WITH RESPECT TO THE TIME TABLE, WITH FINAL APPROVAL, ARE YOU GRANTING THE SAME REQUEST THAT WAS IN THE MOTION SO WE CAN THINK ABOUT A HEARING DATE AND THINGS LIKE THAT?

THE COURT:  I AM PLANNING TO OTHERWISE FOLLOW ALONG WITH WHAT'S BEEN PROVIDED TO ME, SO YOU CAN FIGURE OUT WHAT THE DATE IS.

MR. POTREPKA:  THANK YOU, YOUR HONOR.

THE COURT:  ALL RIGHT.  THANK YOU ALL.

(THE PROCEEDINGS WERE CONCLUDED AT 2:08 P.M.)

**CERTIFICATE OF REPORTER**

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.

_____
SUMMER A. FISHER, CSR, CRR
CERTIFICATE NUMBER 13185          DATED: 5/30/23