ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
KENNETH J. BLACK (291871)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
kennyb@rgrdlaw.com
          – and –
JAMES E. BARZ
FRANK A. RICHTER
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  312/674-4674
312/674-4676 (fax)
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| In re NUTANIX, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) | Case No. 3:19-cv-01651-WHO<br><br>**NOTICE OF FILING THIRD AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS AND ACCOMPANYING EXHIBITS AS ORDERED BY ECF 312** |

NOTICE - 3:19-cv-01651-WHO

Lead plaintiff California Ironworkers Field Pension Trust and named plaintiff City of Miami Fire Fighters' and Police Officers' Retirement Trust hereby submit their Third Amended Complaint for Violations of the Federal Securities Laws ("TAC") and accompanying exhibits, as ordered by the Court on May 24, 2023 (ECF 312) ("Order"). The TAC and exhibits were originally filed with the Court under seal on September 1, 2022 (ECF 281). In accordance with the Order, TAC Exhibits 4, 9, 15-16, 20, 22, 32-33, 36-37, 42, 58-59, 62, and 68-70 are partially redacted.

DATED:  June 7, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP

*/s/ Stephen R. Astley*
STEPHEN R. ASTLEY

STEPHEN R. ASTLEY (admitted *pro hac vice*)
ROBERT J. ROBBINS (admitted *pro hac vice*)
ANDREW T. REES (admitted *pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sastley@rgrdlaw.com
rrobbins@rgrdlaw.com
arees@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
KENNETH J. BLACK (291871)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
kblack@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ (admitted *pro hac vice*)
FRANK A. RICHTER (admitted *pro hac vice*)
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  630/696-4107
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

*Lead Counsel for Lead Plaintiff California
Ironworkers Field Pension Trust and Plaintiff
City of Miami Fire Fighters' and Police
Officers' Retirement Trust*

LEVI & KORSINSKY, LLP
Shannon L. Hopkins (admitted *pro hac vice*)
Gregory M. Potrepka (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT  06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com

Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA  94111
Telephone: 415/373-1671
415/484-1294 (fax)
aapton@zlk.com
amccall@zlk.com

*Additional Counsel for Plaintiff City of Miami
Fire Fighters' and Police Officers' Retirement
Trust*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify under penalty of perjury that on June 7, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*/s/ Stephen R. Astley*
STEPHEN R. ASTLEY