# EXHIBITS 1-36

# EXHIBIT 1

**To:** Matt Young[matt@nutanix.com]
**From:** Dheeraj Pandey[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=62D8EA7DCD784750AF28624BBEF8CDBE-DHEERAJ PAN]
**Sent:** Sun 6/16/2019 4:34:55 PM Pacific Standard Time
**Subject:** Re: Q4'19 Pipe Creation Linearity - Week 6
**Attachment:** Screen Shot 2019-06-16 at 4.34.18 PM.jpg

---

Can't we do a simple report on SFDC without an explicit deal-reg for business that we "handed over" to the channel? It's all there in the Win Alert/Opportunity. Clari has that view for me (See attached).

On Jun 16, 2019, 2:43 PM -0700, Matt Young <matt@nutanix.com>, wrote:

Dheeraj,

Good questions and we can talk live in more detail but essentially as a 100% channel company everything is channel. All orders are processed with a channel which means we should be measuring opptys generated both from the channel and from Nutanix to the channel all the way through closed won through closed lost. You can do this measurement through different system implementations. One way using the deal reg system is to track both what we give to the channel ie "reverse deal reg" and what comes from the channel. We should have a system which tracks and measures this because it gives you a complete view. Today we do not have this.

I have given feedback on implementing the reverse deal reg system in Nutanix for several years now and most recently Jacob gave Jeff Narduzzi in Sales Ops an overview as well and asked to have "reverse deal reg" implemented so we could have a full picture of the business.

Additionally the training and enforcement around these programs is essential to get an accurate view of Nutanix generated business vs channel generated business. Otherwise it is impossible to have an accurate view.

There are multiple stakeholders in putting this together, but it is pretty straight forward and somebody in the sales ops team should lead the effort. Sales Ops would work hand in hand with Salesforce as well as a PRM vendor.

Btw, Happy Father's Day!!! ☺

F. Matthew Young III

Senior Vice President, Asia Pacific & Japan

Nutanix, Inc.

www.nutanix.com

+1-805-300-3401

---

**From:** Dheeraj Pandey <dheeraj@nutanix.com>
**Date:** Sunday, June 16, 2019 at 10:24 AM
**To:** Matt Young <matt@nutanix.com>
**Subject:** Re: Q4'19 Pipe Creation Linearity - Week 6

But if deal reg is supposed to measure the intent of the channel, i.e., what they organically bring over to us, is the new way of counting deal reg the correct one? If we gave them the deal, it's a different thing, no?

On Jun 14, 2019 at 3:24 PM, <Matt Young> wrote:

A few things. We do not enforce deal reg company wide. What does that mean? Every deal should have deal reg. We should NOT accept an order without deal reg but we are. This needs to change. The new VP of WW Channels should demand this. Otherwise you have zero view into what the channel is doing.

Below is the list of orders from an APJ and WW perspective which were booked with deal reg. Q3 numbers are partial as the quarter wasn't done yet. But safe to say

CONFIDENTIAL

high 80's in APJ have deal reg with a PO. Global is low 60%... It should be 100% across the board.

| | APAC | | | Global | | |
|---|---|---|---|---|---|---|
| | Opp | Appr Reg | % Appr Reg | Opp | Appr Reg | % Appr Reg |
| 2018-Q3 | 615 | 517 | 84% | 2677 | 1575 | 59% |
| 2018-Q4 | 701 | 599 | 85% | 3227 | 2102 | 65% |
| 2019-Q1 | 723 | 611 | 85% | 3141 | 2022 | 64% |
| 2019-Q2 | 716 | 634 | 89% | 3312 | 2040 | 62% |
| 2019-Q3 | 504 | 349 | 69% | 2086 | 1055 | 51% |

Until we force deal reg company wide, deal reg isn't a real view.

In terms of APJ. Our YoY TCV on Deal Reg is 44%. Non OEM is 54% YoY and OEM is 23% YoY. This has come up dramatically. It was in the low 20s last quarter YoY mainly brought down by OEM because OEM was such a large part of our business with Dell and Lenovo hasn't made up the gap. I am also told that s/w only on XC Core and HX Core isn't in deal reg either but I haven't been able to confirm that…

# Deal Registration Compare - ALL
## How are the OEM Registrations Growing?

| Registration Count | | QTD Registrations | | | Q4 19 vs 18 (YoY) | Q4 vs Q3 19 (QoQ) | YTD Registrations | | 19 vs 18 (YoY) |
|---|---|---|---|---|---|---|---|---|---|
| | | Q4 2019 | Q3 2019 | Q4 2018 | 2019 | 2019 | 2019 | 2018 | 2019 |
| | ANZ | 100 | 158 | 113 | -12% | -37% | 820 | 748 | 10% |
| | ASEAN | 205 | 262 | 241 | -15% | -22% | 1,867 | 1,544 | 21% |
| | China | 266 | 235 | 225 | 18% | 13% | 1,827 | 1,380 | 32% |
| | HK & T | 156 | 132 | 143 | 9% | 18% | 995 | 872 | 14% |
| | India | 246 | 298 | 232 | 6% | -17% | 1,654 | 1,488 | 11% |
| | Japan | 211 | 216 | 182 | 16% | -2% | 1,307 | 1,213 | 8% |
| | Korea | 54 | 54 | 45 | 20% | 0% | 509 | 312 | 63% |
| | APAC | 1,237 | 1,355 | 1,181 | 5% | -9% | 8,979 | 7,557 | 19% |
| Opportunity TCV | | QTD Registrations | | | Q4 19 vs 18 (YoY) | Q4 vs Q3 19 (QoQ) | YTD Registrations | | 19 vs 18 (YoY) |
| | | Q4 2019 | Q3 2019 | Q4 2018 | 2019 | 2019 | 2019 | 2018 | 2019 |
| | ANZ | $6.4M | $12.9M | $5.8M | 10% | -50% | $61M | $43M | 41% |
| | ASEAN | $6.1M | $10.6M | $7.8M | -21% | -42% | $69M | $42M | 63% |
| | China | $8.8M | $5.8M | $6.4M | 37% | 53% | $46M | $37M | 24% |
| | HK & T | $7.1M | $5.5M | $5.1M | 39% | 28% | $42M | $33M | 29% |
| | India | $8.9M | $11.5M | $9.5M | -6% | -22% | $61M | $66M | -7% |
| | Japan | $24.0M | $34.3M | $11.4M | 110% | -30% | $136M | $69M | 98% |
| | Korea | $3.2M | $2.5M | $2.8M | 26% | 28% | $27M | $17M | 60% |
| | APAC | $64.6M | $83.2M | $48.6M | 33% | -22% | $441M | $306M | 44% |

F. Matthew Young III

Senior Vice President, Asia Pacific & Japan

Nutanix, Inc.

www.nutanix.com

+1-805-300-3401

**From:** Dheeraj Pandey <dheeraj@nutanix.com>
**Date:** Saturday, June 15, 2019 at 5:36 AM
**To:** Matt Young <matt@nutanix.com>
**Subject:** Fwd: Q4'19 Pipe Creation Linearity - Week 6

CONFIDENTIAL

NTNX-0045916

What's your take on what's happening with channel deal reg in APJ?

Begin forwarded message:

**From:** Chris Kozup <chris.kozup@nutanix.com>
**Date:** Jun 14, 2019 at 12:02 PM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>, Duston Williams <duston.williams@nutanix.com>, Matt Young <matt@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>, Ben Gibson <ben.gibson@nutanix.com>, Jeff Yuille <jeff.yuille@nutanix.com>, Min Zhao <min.zhao@nutanix.com>
**Subject: Re: Q4'19 Pipe Creation Linearity - Week 6**

Hi Dheeraj,

We are definitely doubling down in this area and completely agree that APJ has a heavy need for focus on net new and commercial.

From a pipeline/opp ASP perspective we have seen the following:

APJ – in Q3 week 6, average opp value was $46k. In Q4 week 6, average opp value is $45k (flat)

As a comparison, we're seeing:

AMS – Q3 $84k and Q4 $108k

EMEA – Q3 $86k and Q4 $89k

We are not seeing the same uplift in APJ that we've seen in EMEA and AMS with the increased focus on rep-level inspection on pipeline build in those regions.

On the marketing front, a couple of points:

- We now have the "Pod" structure in all regions – FMM, Channel Marketing, SDR
- We have increased our MQL production commensurate with investment
- We are holding steady on our MQL to meeting conversion (approx.. 3.5% - which is on par with AMS)
- We are investigating the hand off from Meeting set to Opportunity create to determine if there is more degradation in the SDR to Sales Rep hand off. Will have a view on this next week.
- We do not have lead upload issues in APJ - @Matt Young this is just a delay from the time an activity happens to the time it's in the system – usually 2 day SLA
- NOTE: on the Channel front, we have seen a steep decline in Deal Reg. Global decline is 11%, APJ is 20% - need more inspection here to understand why

Next steps:

- We are digging in to inspect MQL quality – so far conversion rates holding, but we'll do more up funnel inspection
- We are implementing KPIs for channel marketers – to start reporting and tracking in a couple weeks
- We are meeting with Japan and ASEAN/ANZ next week to go deeper. In discussion with Machida-san – he doesn't view an issue with MQLs.

We can go deeper today / tomorrow as you'd like.

Thanks,

CONFIDENTIAL
NTNX-0045917

Chris Kozup

Global Marketing – Nutanix

415 370 0819

---

**From:** Dheeraj Pandey <dheeraj@nutanix.com>
**Date:** Friday, June 14, 2019 at 10:56 AM
**To:** Duston Williams <duston.williams@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>, Ben Gibson <ben.gibson@nutanix.com>, Chris Kozup <chris.kozup@nutanix.com>, Matt Young <matt@nutanix.com>, Jeff Yuille <jeff.yuille@nutanix.com>, Min Zhao <min.zhao@nutanix.com>
**Subject:** Re: FW: Q4'19 Pipe Creation Linearity - Week 6

Hi Chris (Kozup),

APAC is the real battleground for testing the marketing "machinery" — FMMs, events, CHMs, MQLs, MDRs — as APAC has so much emphasis on commercial and new logos. After all, existing accounts and larger ASP opportunities (20% bigger) is what is bringing that extra 20% of pipeline and is a side effect of better sales management in our customer base. How do we get laser focused on new accounts, MQLs, MDRs, conversion etc. in APAC?

Dheeraj

On Jun 14, 2019 at 8:18 AM, <Duston Williams> wrote:

FYI

---

**From:** Matt Young <matt@nutanix.com>
**Sent:** Thursday, June 13, 2019 11:50 PM
**To:** Duston Williams <duston.williams@nutanix.com>
**Subject:** Re: Q4'19 Pipe Creation Linearity - Week 6

Yes I am concerned and all over the team about it.. we actually had a deep dive on it this morning  and several next week with the regions that are struggling.

Some of it is operational in that the leads haven't been uploaded by marketing while others are getting the front line mgrs. to get the reps to update the values etc. I have told the marketing team to hire contractors to uploads lists…we shouldn't be waiting just like the reps shouldn't be hiding deals as well.

I am still not convinced that our conversion rates haven't suffered. I know marketing is saying that they are the same, but we are not seeing the pipeline creation from the MQL's in Q3 in Q4 pipeline value yet and I still believe the MQL numbers are inflated for both q3 and q4 which will lead to less on the conversion front. Time will tell though and I hope I am wrong.

F. Matthew Young III

Senior Vice President, Asia Pacific & Japan

Nutanix, Inc.

www.nutanix.com

+1-805-300-3401

CONFIDENTIAL                                                                                NTNX-0045918

**From:** Duston Williams <duston.williams@nutanix.com>
**Date:** Thursday, June 13, 2019 at 11:48 PM
**To:** Matt Young <matt@nutanix.com>
**Subject:** FW: Q4'19 Pipe Creation Linearity - Week 6

Matt,

Any reason to be concerned with the APAC pipeline build Q4 QTD?

Duston

---

**From:** Mineo Sakan <mineo.sakan@nutanix.com>
**Sent:** Wednesday, June 12, 2019 7:11 PM
**To:** Sridhar Chandran <sridhar.chandran@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Chris Weng <chris.weng@nutanix.com>; Nikhil Kumar <nikhil.kumar@nutanix.com>; Daniel Yang <daniel.yang@nutanix.com>
**Cc:** Min Zhao <min.zhao@nutanix.com>; Navyashree Venkatesh <navyashree.venkatesh@nutanix.com>
**Subject:** FW: Q4'19 Pipe Creation Linearity - Week 6

Hi Folks,

Pipe creation linearity attached.

- TCV Linearity @ 43% vs 45% -- closing the gap a bit as we caught up by 2pp
- We continue to drive existing business pipe -- which is now ahead of linearity
- This is more than offsetting new business pipe which is 1pp behind historical linearity
- Americas @ historical linearity
- EMEA 4pp behind
- APAC still the laggard @ 11pp behind

- Unit linearity gap continuing to widen by another 2pp from 7pp to 9pp
- So avg deal size @ 89K is up from 85K

**\*\*Thanks to Navya & Min for creating this great report and getting it to me while Min's out on a well-deserved vacation\*\***

Mineo

---

**From:** Navyashree Venkatesh
**Sent:** Wednesday, June 12, 2019 7:47 AM
**To:** Mineo Sakan <mineo.sakan@nutanix.com>
**Cc:** Min Zhao <min.zhao@nutanix.com>

CONFIDENTIAL

**Subject:** Q4'19 Pipe Creation Linearity - Week 6

Hi Mineo,

Please see attached, Pipe Creation Linearity deck for Week 6.

Thanks,

Navya

NTNX-0045920

# EXHIBIT 2

**To:** Lou Attanasio[lou.attanasio@nutanix.com]
**From:** Ben Gibson[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0CAD0528011F49E6832D7538D1A8B193-BENJAMIN GI]
**Sent:** Wed 1/3/2018 9:39:21 PM Pacific Standard Time
**Subject:** Re: Pipe

---

Yeah ... the right answer is no. Let's chat tomorrow on this. There is a dedicated Slack channel (growth hackers) on this that gets updated weekly, as well as email report (ironically w no one included from sales leadership) that gets sent out weekly. There is definitely strong demand from these two for ongoing commentary on how pipe is developing. More of an ongoing pulse check.

We should discuss how to manage the sausage-making between us, and keep Duston and Dheeraj posted.

Btw -- you mentioned on text that you weren't surprised by pipeline trend this quarter. Curious ... why in particular?

Talk tomorrow!

Ben

Sent from my iPhone

On Jan 3, 2018, at 8:39 PM, Lou Attanasio <lou.attanasio@nutanix.com> wrote:

> Do you think we should CC Dheeraj, Duston, etc....on initial findings like this...before we confirm, and have a plan?
>
> Lou Attanasio
> Chief Revenue Officer - EVP
> Cell (914) 588-4189   Office (669) 255-0441
> Nutanix, Inc. | 1740 Technology Drive, 1st Floor, San Jose, CA 95110
>
> <image001.png>

---

**From:** Ben Gibson
**Sent:** Wednesday, January 3, 2018 6:44 PM
**To:** Jeff Yuille <jeff.yuille@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Bob Wallace <bob@nutanix.com>
**Cc:** Julie O'Brien <julie.obrien@nutanix.com>; Cheryl Knight <cheryl.knight@nutanix.com>; Gleb Brichko <gleb@nutanix.com>; Tomoko Takeda <tomoko.takeda@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Daniel Yang <daniel.yang@nutanix.com>
**Subject:** Re: Pipe

Hi -- + Lou and Bob Wallace

We ran a deeper look at the numbers, focused on the indicator metrics we have across our three sources of pipeline: sales, marketing/inside sales and channel. This will now become weekly practice, not a oneoff deep-dive. We are continuing to improve attribution so we are far better at diagnosing where we are running hot or cold, and how to course-correct.

In the meantime, we need to reconstitute a weekly pipeline war room, with attendance across sales, mktg and channels, across all theaters. This was in effect post FY17Q2, but looks like the cadence and attendance fell off. There is still a standing mtg, but attendance is only mktg and inside sales, Americas only. Lou and I need to reconstitute and move it forward.

In the meantime, headliners from the deeper look today:

We are $85M behind what we achieved in Q1'18 after 9 weeks in the quarter. We are roughly on pace for a $1.05B pipe creation quarter while we achieved $1.2B in creation in Q1'18. Our current run rate is on track for our Q4'17 creation number which was around $1.05B.

**Key Findings**
- Non-G5K appears to be the troublesome segment with fewer opportunities created and lower values per opportunity. 85% of the Q1-to-Q2 gap
- Deal registrations are down 6% globally and 19% in Americas (volume) quarter-to-date thus impacting the Non-G5K pipe creation (needs more investigation w Bob and team)
- MQLs are up slightly but meetings are down 14% primarily due to a reduction in BAO spend from Q1'18 to Q2'18. The back-ended mktg activity in 1HDec still expected to improve as we get into Jan (but not bridge the gap)
- Lack of pipeline creation is showing up in Q3'18 projections as we now have a $4M bookings deficit

**Key Questions to Answer**
- Did we over rotate on G5K and the Non-G5K business is suffering as a result?
- Is our channel program construct and corresponding investments ready to compensate for reduced sales focus here?
- Why are deal registrations in the Americas down so much this quarter?
- Did BAO spending help bolster Non-G5K pipeline creation?

CONFIDENTIAL

NTNX-0028784

**Candidates to Recover as we finish out Q2, move into Q3:**
- Work with sales leadership to roll out a more rigorous pipeline inspection/awareness process in-region (Lou and I have been discussing). Get more reality on opportunities logged earlier.
- Look at short-term channel mktg promo/program boosts (CDW, etc) to recover (incentives for ops, outbound campaign thru partner, etc)
- Gartner MQ campaign should be very productive, when it gets released (now hoping for mid-Jan)
- BAO: We went from $1M/quarter spend late last year to current $350K/q. Need to rationalize between this and inside sales efforts and have a quick, purposeful go-forward plan (prospecting days, more discrete, non-G5K targeting, etc.)
- With incremental Q2 budget, together w Inside Sales, we can dial up dormant customer/white space account outreach. As little as $100K could help move the needle for show up in Q3.


You will find some additional data below if you want to dig into the details more.

Ben

------------------------------------------------


**Additional Data**

*Macro View*
- Number of opportunities created are down QoQ globally (~6%) but primarily in the Americas (down ~13%)
- Opportunity value is down about 6% from Q1 to Q2
- Pipeline is down ~11% quarter-over-quarter due to the combination of smaller opportunity values and fewer opportunities created

*Non-G5K View*
- Non-G5K opp creation appears to be the main culprit of pipeline creation issues representing 85% of the deficit from Q1'18 to Q2'18
- Number of opps created is down 7% with the majority of that deficit residing in the Americas theater
- Opportunity value is down 9% QoQ ($63K per opp in Q2'18 vs. $69K per opp in Q1'18)
- Pipeline is down 16% in this segment due to a combination of fewer opportunities and smaller opportunity values

*Deal Registrations*
- Deal registrations submitted are down 6% QoQ
- Americas deal registrations are down 19% from Q1'18 to Q2'18

*Top of Funnel View*
- MQLs are up 4% quarter-over-quarter
- Meetings set are down 14% from Q1'18 to Q2'18
- o This is primarily due to reduced spending in 3rd party meetings (e.g., BAO) from Q1'18 to Q2'18
- o Looking at Nutanix-generated meetings we are down about 2%


---

**From:** Jeff Yuille <jeff.yuille@nutanix.com>
**Date:** Wednesday, January 3, 2018 at 11:02 AM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>, Duston Williams <duston.williams@nutanix.com>
**Cc:** Julie O'Brien <julie.obrien@nutanix.com>, Cheryl Knight <cheryl.knight@nutanix.com>, Gleb Brichko <gleb@nutanix.com>, Ben Gibson <ben.gibson@nutanix.com>, Tomoko Takeda <tomoko.takeda@nutanix.com>, Sridhar Chandran <sridhar.chandran@nutanix.com>, Daniel Yang <daniel.yang@nutanix.com>
**Subject:** RE: Pipe

Hey Dheeraj and Duston,

We are meeting about this right now. We are going to investigate some of the more granular underlying metrics and get back to you later today.

Thanks,

Jeff

---

**From:** Dheeraj Pandey
**Sent:** Wednesday, January 03, 2018 10:56 AM
**To:** Duston Williams
**Cc:** Jeff Yuille; Julie O'Brien; Cheryl Knight; Gleb Brichko; Ben Gibson; Tomoko Takeda; Sridhar Chandran; Daniel Yang
**Subject:** Re: Pipe

I agree.

Ben/Julie,

Any thoughts on this? What do we need to start a war-room on this?

CONFIDENTIAL

On Jan 3, 2018 at 10:15 AM, <Duston Williams> wrote:

Need your thoughts on this again – not really going in the right direction – based on this trend sooner or later this is going to become a real problem.

---

**From:** Daniel Yang
**Sent:** Wednesday, January 3, 2018 10:08 AM
**To:** Duston Williams <duston.williams@nutanix.com>; Jeff Yuille <jeff.yuille@nutanix.com>; Julie O'Brien <julie.obrien@nutanix.com>; Cheryl Knight <cheryl.knight@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Gleb Brichko <gleb@nutanix.com>; Ben Gibson <ben.gibson@nutanix.com>; Tomoko Takeda <tomoko.takeda@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** RE: Pipe

Hi All,

Happy New Year! Below is the current quarter pipe creation update as of the end of week 9.

We've created $690m in pipe thus far against the $1.461b target. This 47% achievement is below our historical Q2 average of 65% at week 9.

Best,
Daniel

<image010.png>

---

**From:** Daniel Yang
**Sent:** Wednesday, December 20, 2017 10:21 AM
**To:** Duston Williams <duston.williams@nutanix.com>; Jeff Yuille <jeff.yuille@nutanix.com>; Julie O'Brien <julie.obrien@nutanix.com>; Cheryl Knight <cheryl.knight@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Gleb Brichko <gleb@nutanix.com>; Ben Gibson <ben.gibson@nutanix.com>; Tomoko Takeda <tomoko.takeda@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** RE: Pipe

Hi All,

Below is the current quarter pipe creation update as of the end of week 7.

The $100m opportunity that was created last week has decreased to $25m. The first graph shows the weekly linearity with the $25m included; the second graph excludes the $25m opportunity.

Best,
Daniel

<image011.png>

<image012.png>

---

**From:** Daniel Yang
**Sent:** Wednesday, December 13, 2017 1:24 PM
**To:** Duston Williams <duston.williams@nutanix.com>; Jeff Yuille <jeff.yuille@nutanix.com>; Julie O'Brien <julie.obrien@nutanix.com>; Cheryl Knight <cheryl.knight@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Gleb Brichko <gleb@nutanix.com>; Ben Gibson <ben.gibson@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** RE: Pipe

Hi All,

Below are two graphs that show the current quarter pipe creation status as of the end of week 6. Please note that there was a $100m opportunity created on 12/12/17 that is skewing the week 6 percentage. The first graph shows the weekly linearity with the $100m included; the second graph excludes the $100m opportunity.

Here's the link to the specific opportunity: https://nutanix.my.salesforce.com/0060e00001qphz4

Best,
Daniel

<image013.png>

CONFIDENTIAL                                                                    NTNX-0028786

---

**From:** Daniel Yang
**Sent:** Wednesday, December 06, 2017 1:04 PM
**To:** Duston Williams <duston.williams@nutanix.com>; Jeff Yuille <jeff.yuille@nutanix.com>; Julie O'Brien <julie.obrien@nutanix.com>; Cheryl Knight <cheryl.knight@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Gleb Brichko <gleb@nutanix.com>; Ben Gibson <ben.gibson@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** RE: Pipe

Hi All (and welcome Ben!),

Please see below for the current quarter pipe creation status as of the end of week 5. We're currently 12% behind our historical Q2 creation average – this equates to roughly $175M in pipe.

As Jeff mentioned last week, two contributing factors account for a higher creation target this quarter: 1) lower 4 qtr win rates on rolling pipe due to lower Q1'18 win rates and 2) we factor in out-quarter bookings goals into our pipe creation target for the current quarter.

Feel free to let me or Jeff know if you have any questions.

Best,
Daniel

<image015.png>

---

**From:** Duston Williams
**Sent:** Tuesday, November 28, 2017 3:29 PM
**To:** Jeff Yuille <jeff.yuille@nutanix.com>; Julie O'Brien <julie.obrien@nutanix.com>; Cheryl Knight <cheryl.knight@nutanix.com>
**Cc:** Dheeraj Pandey <dheeraj@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Gleb Brichko <gleb@nutanix.com>; Daniel Yang <daniel.yang@nutanix.com>
**Subject:** RE: Pipe

Thanks – mostly makes sense.

However, not sure about this: ***"Americas is behind the ball because of Thanksgiving"***

We have always had thanksgiving in Q2 – and Daniel's average is for historical Q2's.

---

**From:** Jeff Yuille
**Sent:** Tuesday, November 28, 2017 3:18 PM
**To:** Duston Williams <duston.williams@nutanix.com>; Julie O'Brien <julie.obrien@nutanix.com>; Cheryl Knight <cheryl.knight@nutanix.com>
**Cc:** Dheeraj Pandey <dheeraj@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Gleb Brichko <gleb@nutanix.com>
**Subject:** RE: Pipe

Duston,

I was going to address this in my growth hackers post tomorrow but I can give a preview now:

Global pipe creation is at ~23% of goal and we need to be at 30% creation (Daniel sent a revised number). We still have part of the day left in the fiscal week so the number could shoot to 24% but the story doesn't change. 30% through four weeks is higher than a typical quarter because weeks 8 and 9 of this fiscal quarter are the two worst pipeline creation weeks of the entire year due to holidays. Therefore we have to create more pipeline in the other 11 weeks to make up for the holiday productivity slump. Americas is 21% attainment, EMEA is at 25% and APAC is at 26%. Americas is behind the ball because of Thanksgiving.

In addition, our pipeline goal for Q2'18 is higher than usual due to other factors:
1. Lower win rates on rolling pipe in Q1'18 thus lowering our four quarter average win rates
2. Larger percent increase in the company bookings goal for Q3'18 and Q4'18 compared to 1H'18 (we build in out-quarter pipe creation into our goals)

Bottom line, to meet our aggressive goals for 2H we need to create more pipe in the beginning and the end of Q2'18 to make up for the holiday slump in the middle. We will have more clarity into the troubled regions tomorrow once the fiscal week ends and I will post to growth hackers.

Jeff

---

**From:** Duston Williams
**Sent:** Tuesday, November 28, 2017 11:56 AM
**To:** Julie O'Brien; Cheryl Knight; Jeff Yuille
**Cc:** Dheeraj Pandey; Sridhar Chandran

CONFIDENTIAL

**Subject:** FW: Pipe

I'm sure you guys are well aware but it appears we are running quite a bit behind our pipeline generation target for Q2 – hopefully you guys are all over this.

It would be good to see your plan to recover and when we should expect to see a recovery.

Thanks.

Duston

---

**From:** Daniel Yang
**Sent:** Tuesday, November 28, 2017 11:44 AM
**To:** Duston Williams <duston.williams@nutanix.com>
**Subject:** RE: Pipe

Hi Duston,

Week 4 technically ends at the end of the day today since the quarter started on a Wednesday. Here's a preliminary view of it for now – I will send another update tomorrow morning when week 4 is over.

<image016.png>

---

**From:** Duston Williams
**Sent:** Tuesday, November 28, 2017 11:34 AM
**To:** Daniel Yang <daniel.yang@nutanix.com>
**Subject:** Pipe

Daniel,

Do you know what this looks like for week 4?

Thanks.

Duston

<image017.jpg>

CONFIDENTIAL

NTNX-0028788

# EXHIBIT 3

**Organizer:** Deanna Tran[deanna.tran@nutanix.com]
**From:** Deanna Tran[/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=30c5a76def454a728fe6bbed05b0a05a-Deanna Tran]
**Attendees:** Duston Williams; Lou Attanasio; Inder Sidhu; Sridhar Chandran; Aaron Bean; Mineo Sakan; Mike Higashioka; Subramanyam Ganapathi; Rukmini Sivaraman; HQ1-122-Sorry (Cisco Room 8)
**Location:** HQ1-122-Sorry - 1-855-244-8681 Call-in toll-free number (US/Canada), Meeting number: 806 421 771
**Importance:** Normal
**Subject:** Reserve: Board Prep: Investing for Growth
**Start Time:** Tue 2/13/2018 4:00:00 PM Pacific Standard Time
**End Time:** Tue 2/13/2018 5:00:00 PM Pacific Standard Time
**Required Attendees:** Lou Attanasio; Duston Williams; Inder Sidhu; Sridhar Chandran; Aaron Bean; Mineo Sakan; Mike Higashioka; Subramanyam Ganapathi; Rukmini Sivaraman

---

**From:** Rukmini Sivaraman
**Sent:** Thursday, February 8, 2018 6:27 PM
**To:** Ben Gibson <ben.gibson@nutanix.com>; Chris Kozup <chris.kozup@nutanix.com>; Inder Sidhu <inder.sidhu@nutanix.com>; Jeff Yuille <jeff.yuille@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>
**Cc:** Lou Attanasio <lou.attanasio@nutanix.com>; Aaron Bean <aaron.bean@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Mike Higashioka <mike.higashioka@nutanix.com>; Subramanyam Ganapathi <subramanyam.ganapath@nutanix.com>
**Subject:** RE: Board Meeting Topic: "Investing for growth"

Thank you, Ben. Agree on your points below, we also need to align on pipeline flow/terminology, i.e., the debate on what is current-quarter pipe vs. existing pipe (is bookings from CQ pipe 40% or 15%?) and apply consistently.

Hijacking your thread to take a step back, and address the  investing in growth  topic for the board. (removed some folks and added Duston, Aaron, Sridhar, Mike and Subbu)

To assess the broader $75M incremental ISV we need for 2H, we need to look at the following:
   1. Productivity: 1H  18 actual productivity, growth over 1H  17 and 2H  17, and what does that mean for expected productivity for 2H  18?   Sridhar and team will have historicals shortly
   2. 1H vs. 2H growth: this is the  short-hand  analysis of ~30% half-over-half performance, what does that tell us for 2H  18?   this is the math Mike circulated a few weeks ago
   3. Headcount: We are 46 heads short at the end of Q2  18, how do we get caught up (and then incremental if needed)   know Aaron and Lou have a point-of-view around this

These three (or really #1 and #2, since #3 will only have a minimal impact on 2H) will give us a sense of what is currently  doable  in 2H.

Then, we can talk about the  how  which will be the Sales  initiatives where it is channel, EMEA, Fed and SLED, etc.

@Sridhar Chandran and team expect to have the productivity data ready for Q2 over the weekend, so we  ll find time on Monday for us to meet and align the 3 topics above, while the Sales team works on the  how  .

Pipeline obviously is a key driver and indicator for the  how  , so all of the below ties back to the plan.

---

**From:** Ben Gibson
**Sent:** Thursday, February 8, 2018 2:48 PM
**To:** Chris Kozup <chris.kozup@nutanix.com>; Inder Sidhu <inder.sidhu@nutanix.com>; Rodney Foreman <rodney.foreman@nutanix.com>; Bob Wallace <bob@nutanix.com>; Jeff Yuille <jeff.yuille@nutanix.com>
**Cc:** Lou Attanasio <lou.attanasio@nutanix.com>; Cheryl Knight <cheryl.knight@nutanix.com>; Michael Magura <michael.magura@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>
**Subject:** Board Meeting Topic: Pipeline

Hi all

I think we all know, based on how we  ve been tracking and managing pipeline generation, we were materially off target for Q2 generation.  The summary right now, per our pipeline model and Clari analytics, is that we would come in at $372M in bookings on a $400M target.  Within that number, Americas is the biggest challenge, with Clari currently calling $200M on a $248M target.

This now has the attention of our Board and they (and DP/Duston) want us to come to that board meeting on Feb 28 with a deeper dive.   In the spirit of addressing this seamlessly across our functions, I thought I would propose what we need to pull together.  Also  Duston has shared that we will most likely have some incremental budget in Q3 to smartly apply toward overall demand/Pipeline generation.  I immediately go to channel investment on this front, but more on that below.

Ok .. for our Board mtg:

   • Recap of quarter-end Q2 pipeline picture.
        o Where we came up short (looks like Americas .. and looks like non-G5K, commercial was particularly soft
        o Shifting landscape that effected our number relative to pipeline target (we need an aligned thesis/story here).  Answer the question Do we have a problem?  If so, how significant?:
             ▪ Improved win rates
             ▪ G5K New Business, non-G5K New Business and non-G5K Existing down materially Q1 to Q2.  Only G5K Existing Business Pipeline was flat.

CONFIDENTIAL

- - More Enterprise opportunities = larger opportunity growth as they develop vs past maturity trends
  - Improving SFDC/opportunity reporting  hygiene  creates more realistic view?
  - Are we seeing more conservatism in opportunity reporting due to new sales leadership?
  - Other?
- Starting block: Summary of our state of pipe for Q3 and targets by region for new pipeline generation
  - Short-term adjustments to improve new pipe generation, showing how if we execute/invest, we believe we can bridge the Q3 model gap:
    - Going BIG on new Gartner MQ (we can propose incremental investment here per note above)
    - Dialing up meeting generation investment (BAO in the short term until we land on our inside sales surge plan)
    - Deepen channel marketing spend on focus partners -- heads, program dollars, accelerate campaigns and supporting apparatus.  Here again, we need to propose incremental investment in Q3.  We are very light at present
    - More?
  - Mid- to long-term initiatives to improve  Nutanix Pipeline Machine v 2.0: Three major contributors: Sales; Marketing/Inside Sales; Channels
    - Sales: New model to manage pipeline (more granular inspection; sales prospecting days/discipline; etc
    - Channel: Roll out new program, channel-ready campaigns, enablement
    - Marketing/Inside Sales: Improve compelling offers; sharper, data-driven segmentation and targeting, etc.
    - More?


There you have my take.  I  m not married to this outline.  Feel free to suggest changes/additions/subtractions.  We need to be ready for this board mtg post haste. **I  d like Chris Kozup and Jef Yuille to play quarterback here to bring together this team (and any designates) together to work on this package.  We should also decide on a productive  war room  model with the right attendees to keep on top of this.** Once we get something mostly baked, it will be important to run by Lou and the theater leads for their input/blessing.

Thanks!

Ben

— Do not delete or change any of the following text. —


Join WebEx meeting
Meeting number (access code): 806 421 771


Join from a video system or application
Dial 806421771@nutanix.webex.com
You can also dial 173.243.2.68 and enter your meeting number.

Join by phone
**1-855-244-8681** Call-in toll-free number (US/Canada)
Global call-in numbers  |  Toll-free calling restrictions

Can't join the meeting?

If you are a host, go here to view host information.

IMPORTANT NOTICE: Please note that this WebEx service allows audio and other information sent during the session to be recorded, which may be discoverable in a legal matter. By joining this session, you automatically consent to such recordings. If you do not consent to being recorded, discuss your concern with the host or do not join the session.

NTNX-0012017

# EXHIBIT 4

**To:** Dheeraj Pandey[dheeraj@nutanix.com]
**Cc:** Duston Williams[duston.williams@nutanix.com]; Sridhar Chandran[sridhar.chandran@nutanix.com]; Mineo Sakan[mineo.sakan@nutanix.com]; Paul Mayes [paul.mayes@nutanix.com]; Lou Attanasio[lou.attanasio@nutanix.com]; Ben Gibson[ben.gibson@nutanix.com]; Chris Kozup[chris.kozup@nutanix.com]
**From:** Rodney Foreman[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C17E1DA80EA84970BA929361157DFB63-RODNEY.FORE]
**Sent:** Wed 2/14/2018 7:11:36 PM Pacific Standard Time
**Subject:** Re: Follow Up on New Customer Partner Incentive

Veeam has 56,000 partners globally.  The leverage for us lies with our ability to capture the focus of those partners.

Get Outlook for iOS

---

**From:** Dheeraj Pandey
**Sent:** Wednesday, February 14, 2018 9:07:49 PM
**To:** Rodney Foreman
**Cc:** Duston Williams; Sridhar Chandran; Mineo Sakan; Paul Mayes; Lou Attanasio; Ben Gibson; Chris Kozup
**Subject:** Re: Follow Up on New Customer Partner Incentive

One more thing on customer acquisition — how can a partner such as Veeam help us get into their accounts, if we were to look at them as a "partner" as well? So while they want to get into G5K with our help, can we get them to help us on the G25K?
Just trying to work the whole body so we don't look at this initiative in isolation:
- customer success is not a divergent program
- pipeline strength is not a separate thing
- Federal Intel, Germany, Japan, UK et al. are not a separate aspiration
- Veeam is not a separate thing, but tied back to all of this

Dheeraj

On Feb 15, 2018, 8:18 AM +0530, dheeraj@nutanix.com, wrote:

> I also realized, after writing the email, that we should think hard about the role the channel should play in customer **acquisition** vs. customer **success**, and how we reward. For example, **acquisition** probably works in mid-market below G5K — and in our aspirational territories where we are still a tiny little startup, e.g., Germany, Japan, UK, Federal Intel community, etc. — while **success** works in existing accounts.
> And we do need to target at least 25,000 on-prem/hybrid customers by 2020, hoping that the rest of the 100,000 will come to Xi over time. If we were to become a large operating system company, we need to be in at least 100,000 accounts over the next 5 years. VMW has 600K customers, and AWS has a million+ customers. While I wouldn't build a business with 600K **on-prem** customers — given the complexity of supporting a myriad stacks — we should definitely have a point-of-view on 25,000 richest customers who will play hybrid with us, while the rest are pure public cloud.
>
> So, let's show our intent on what we want to be, and wherever we are aspiring to build a business, i.e., we are still a small startup.
>
> On Feb 15, 2018, 7:55 AM +0530, Dheeraj Pandey <dheeraj@nutanix.com>, wrote:
>
>> How do we do this in a way where we pilot for 2 quarters and understand the effects? Eventually, this would be just like Marketing demand gen. Rather than look at new customers etc., we should look at the Channel team owning a portion of the pipeline. Is this attribution easily measurable? Also, Sridhar, what have the trends on Demand Gen as a % of revenue looked like in the last 4 quarters?
>>
>> Microsoft eventually realized that paying the channel front-end was not working out. The question is: what lessons could we also learn to help with consumption/utilization, and have the channel also make money along the way?
>>
>> We should meet than go back-n-forth in emails to resolve this:
>> - what customer segment — G2K, G5K, Germany, Japan, UK, Federal (which needs a boost), etc. — can we pilot this at?
>> - should we look at utilization/consumption for backend rebate with our existing customers?
>> - how do we measure the effect of this initiative on pipeline? New customers only in non-Fed? ...
>>
>>
>>
>> On Feb 15, 2018 at 2:29 AM, <Rodney Foreman> wrote:
>>
>> Duston,
>>
>> In comparison, our margins today are MUCH lower than our competitors in the channel plus we have NO rebates today (see table below).  Feedback from Presidio CEO to Dheeraj, Sirius execs, WWT, Softcat and SHI recently to me verify this. I also asked my counterparts and analysts in the channel about the current margin and rebates from vendors and assembled the table below.
>>
>> We are battling for mindshare and focus from the partners.  They will bring us into many more accounts if they made a competitive and consistent margin.  The rebate helps and it will get us more focus that we can leverage to drive account plans.  Good example is the meeting I had with SHI executives this morning that committed with the pending rebates to take us into their top 500 accounts ASAP.
>>
>> We will provide the data on new customers and repeat business. I've asked the team to provide us the prediction plus best case.  In my experience, this is a very effective incentive which I have run before to achieve 90%+ new customers run rate from the channel. This is the Cloud channel business at IBM which was a $1.2B a year channel business.  -Rodney

| | IBM | VMware | Mulesoft | Adobe | Splunk | Symantec |
|---|---|---|---|---|---|---|
| | | | | | | |

CONFIDENTIAL

NTNX-0019301

| | | | | | | |
|---|---|---|---|---|---|---|
| Front-End Margin | 10% - 40% | 10% - 15% | 15% | 26% | 30% | 30% |
| Back-End Rebate | 20% + | 34% + | 35%+ | 24% | 20%+ | 15%+ |
| Up To | 50%+ | 50%+ | 50%+ | 50%+ | 40% - 50% | 40% - 50% |

Rodney Foreman
Vice President, Global Channel Sales
512.525.4359
Follow me on Twitter @RodneyForeman



---

**From:** Duston Williams
**Sent:** Wednesday, February 14, 2018 2:36 PM
**To:** Rodney Foreman <rodney.foreman@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>; Mineo Sakan <mineo.sakan@nutanix.com>; Paul Mayes <paul.mayes@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Ben Gibson <ben.gibson@nutanix.com>; Chris Kozup <chris.kozup@nutanix.com>
**Subject:** RE: Follow Up on New Customer Partner Incentive

We should discuss.

My issue is today we are generating 700 new accounts per quarter – the channel is making a decent margin on these sales – why would we give away another ██ for something we know will happen regardless.

Is this a WW ask? Last quarter we did about $150m in new business – so based on your ask we would rebate out  in margin?

Based on this statement – *"This rebate will drive a much higher new customer count and equally important the repeat business opportunity with net new accounts"* - in order for us to at least view the ask responsibly, please provide the following:

- Your commitment to new customer count over the next 4 quarters
- What is the anticipated repeat business for these new customers over the next 4 quarters

Thank you.

Duston

---

**From:** Rodney Foreman
**Sent:** Wednesday, February 14, 2018 12:10 PM
**To:** Duston Williams <duston.williams@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>; Mineo Sakan <mineo.sakan@nutanix.com>; Paul Mayes <paul.mayes@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Ben Gibson <ben.gibson@nutanix.com>; Chris Kozup <chris.kozup@nutanix.com>
**Subject:** Follow Up on New Customer Partner Incentive

Duston,

In follow up to our email exchange last night. I appreciate the opportunity to have a deeper dive related to the overall value of the channel. In the short term, I wanted to send you a note on why we feel the net new customer rebate is so important.

First, one of the primary values of a channel is to tap into the customer intimacy and leverage the trusted relationship that they have with customers that we want. Our net new customer count has been stagnant over the last several quarters growing on average only 3%. Net new account totals (outside of the direct OEM deals) is averaging about 717 new accounts over the last 4 quarters (Q3'17 -728, Q4'17 - 718, Q1'18 - 605 and Q2'18 - 816). We see today 65% of our new accounts are considered PID, so the partner community is a major driver of net new accounts.

Second, in looking at our partner community, we have 1,100 active/transacting partners. **Of our population of partners, 92% of them are winning 1 net**

NTNX-0019302

**new account or less for us each quarter**.  Of this population, these partners account for 58% of our net new accounts, so although it may be a small amount by partner, the long tail is important.

Third, in looking at our top partner CDW, they have on average generated 52 new accounts per quarter.  This may seem like a good amount, but on their recent investor summary, CDW sells actively to over 250,000 accounts globally and has over 6,000 quota carrying customer facing resources.  As it stands with our current net new account penetration with CDW, we're only engaged yearly with .08% of their available customers.  We see a similar trend and opportunity with our other top partners around the globe.

Fourth, all of our competitors are focused on leveraging the channel for net new customers and have considerable reward programs in place.  Dell recently announced a series of new partner rebates that included a net new rebate.  Cisco, VMware and others have similar rebate structures.  Having this rebate is also about staying competitive and top of mind with our partners.

We believe this rebate will drive the mindshare and penetration that we need both with the active long tail, as well as with our largest partners. Although it may appear that we are paying for existing net new by providing a rebate on the overall average of 717, we have tiered the rebate to target and drive well above that historical norm.  This rebate will drive a much higher new customer count and equally important the repeat business opportunity with net new accounts which drives a 2x to 3x long term revenue multiplier.

My team will work with finance to create the measurements necessary to report:
    a. Considerable uptick in net new pipeline in the short term
    b. The average of net new partner contribution by partners growing well past the historically flat new account growth.


We are planning to announce this rebate on Feb 21st along with the SW on Dell HW incentive.  Would appreciate your approval to move forward as I know we can do much better than 92% of partners bringing us ONE new customer per quarter.  The ROI on this incentive will be the initial new customer deal(s) PLUS the follow on business we normally obtain from new customers over the next year+.

Thank you!  -Rodney

Rodney Foreman
Vice President, Global Channel Sales
512.525.4359
Follow me on Twitter @RodneyForeman

NTNX-0019303

# EXHIBIT 5

**To:** Dheeraj Pandey[dheeraj@nutanix.com]
**Cc:** Ben Gibson[ben.gibson@nutanix.com]; Duston Williams[duston.williams@nutanix.com]; Chris Kozup[chris.kozup@nutanix.com]; Sridhar Chandran[sridhar.chandran@nutanix.com]; Daniel Yang[daniel.yang@nutanix.com]; Jeff Yuille[jeff.yuille@nutanix.com]; Tomoko Takeda[tomoko.takeda@nutanix.com]; Mike Higashioka[mike.higashioka@nutanix.com]; Subramanyam Ganapathi[subramanyam.ganapath@nutanix.com]
**From:** Rukmini Sivaraman[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8634C4FAE19E4BD289EE50026C39F4A9-RUKMINI SIV]
**Sent:** Fri 2/23/2018 5:41:29 AM Pacific Standard Time
**Subject:** Demand gen impact on Q2 performance
**Attachment:** Pipe Forecast to Actuals - Q2'18 2.12.18.xlsx

Dheeraj – we dug into assessing the possible impact of demand gen on the out-performance in Q2'18. Short answer: spend doesn't seem to have been significantly higher in the quarters leading up to Q2, but win rates were up in Q2. Need more work into understanding why win rates were up, which the attribution model (that Jeff Y and Tomoko are working) would address. Many thanks to the marketing ops and finance teams for digging in, and continuing to work this.

Demand gen spend:





Win rates (see below and attached):
Win rates higher than we expected for beginning pipe in NAM, EMEA and APAC. APAC as high as 30%, and that is close to 25% even excluding Kirin. Need to double-click further on win rates to understand why they went up, and whether it is a one-time spike or something more secular.

CONFIDENTIAL

|  | NAM | | | | EMEA | | | | APAC | | | | FED | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Pipeline for Current Quarter | $655 | | $685 | | $311 | | $316 | | $165 | | $165 | | $175 | |
| Less Won Deals | | | | | | | | | | | | | | |
| Less Lost Deals | | | | | | | | | | | | | | |
| Ending Pipeline Rolled to Q3 and Beyond | $448 | | $398 | | $182 | | $196 | | $84 | | $107 | | $120 | |
| | | | | | | | | | | | | | | |
| Pipeline Created in the Quarter | $500 | | $709 | | $282 | | $320 | | $190 | | $248 | | $81 | |
| Less Won Deals | | | | | | | | | | | | | | |
| Less Lost Deals | | | | | | | | | | | | | | |
| Ending Pipeline Rolled to Q3 and Beyond | $388 | | $562 | | $235 | | $268 | | $167 | | $237 | | $78 | |
| | | | | | | | | | | | | | | |
| Pipeline for Future Quarters | $442 | | $841 | | $108 | | $488 | | $400 | | $400 | | $110 | |
| Less Won Deals | | | | | | | | | | | | | | |
| Less Lost Deals | | | | | | | | | | | | | | |
| Ending Pipeline Rolled to Q3 and Beyond | $351 | | $812 | | $400 | | $400 | | $384 | | $374 | | $125 | |
| | | | | | | | | | | | | | | |
| Summary | | | | | | | | | | | | | | |
| Won Deals | | | | | | | | | | | | | | |
| Lost Deals | | | | | | | | | | | | | | |
| Value Change in Existing Pipeline | | | | | | | | | | | | | | |
| Pipeline Rolled to Future Quarters | | | | | | | | | | | | | | |

Notes:
1) "Won" amounts are pre-NITE amounts.

CONFIDENTIAL
NTNX-0018760

# EXHIBIT 6

**To:** James Hin[james.hin@nutanix.com]; Mineo Sakan[mineo.sakan@nutanix.com]; Daniel Yang[daniel.yang@nutanix.com]; Sridhar Chandran[sridhar.chandran@nutanix.com]
**From:** Nikhil Kumar[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NIKHIL KUMAR]
**Sent:** Wed 2/21/2018 1:13:02 PM Pacific Standard Time
**Subject:** RE: Q3'18 Forecast slides
**Attachment:** 2Q18 BoD-2-21.pptx

---

Please see slide #3 for the rolling SWV.

thanks

---

**From:** James Hin
**Sent:** Wednesday, February 21, 2018 12:36 PM
**To:** Nikhil Kumar <nikhil.kumar@nutanix.com>; Mineo Sakan <mineo.sakan@nutanix.com>; Daniel Yang <daniel.yang@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** RE: Q3'18 Forecast slides

Nik, for slide 2...Duston has asked for a rolling 4 Qtr Forecast view -- can you add Q1'19 and Q2'19 to the chart?

---

**From:** Nikhil Kumar
**Sent:** Saturday, February 17, 2018 1:45 PM
**To:** James Hin <james.hin@nutanix.com>; Mineo Sakan <mineo.sakan@nutanix.com>; Daniel Yang <daniel.yang@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** RE: Q3'18 Forecast slides

Attached, pleases see the slides. I have consolidated Daniel's slides into this as well.

thanks

---

**From:** James Hin
**Sent:** Thursday, February 15, 2018 4:28 PM
**To:** Mineo Sakan <mineo.sakan@nutanix.com>; Nikhil Kumar <nikhil.kumar@nutanix.com>; Daniel Yang <daniel.yang@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** Q3'18 Forecast slides

I'm going to be sending Duston the Q3'18 Forecast Deck this weekend, need the below slides from you guys:
- Nik, slides 1-4
- Daniel, slides 5-8


Thanks
James

CONFIDENTIAL                                                                                          NTNX-0072551

# Produced in Native

CONFIDENTIAL

# WW: Ramped vs. Total Reps



# SW Value – Ramped & Total Reps



## WW



## NAM ex Fed



## EMEA



## APAC



Note: ** WW number includes all of Fed for per rep productivity calc, while ramped rep calc assumes effective ramped productivity for Fed reps . NAM ex Fed includes LATAM.

# LTM SW Value – Ramped & Total Reps



## WW



## NAM ex Fed



## EMEA



## APAC



Note: ** WW number includes all of Fed for per rep productivity calc, while ramped rep calc assumes effective ramped productivity for Fed reps . NAM ex Fed includes LATAM.

# Bookings – Ramped & Total Reps (pre-MITF)











Note: ** WW number includes all of Fed for per rep productivity calc, while ramped rep calc assumes effective ramped productivity for Fed reps . NAM ex Fed includes LATAM.

# WW: Rep Attrition





| | Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 |
|---|---|---|---|---|---|---|---|---|---|---|
| NAM ex Fed | 6 | 2 | 1 | 4 | 9 | 6 | 6 | 12 | 8 | 18 |
| APAC | 4 | 0 | 4 | 5 | 1 | 6 | 5 | 3 | 2 | 5 |
| EMEA | 3 | 2 | 1 | 0 | 5 | 7 | 3 | 9 | 8 | 6 |
| Federal | 1 | 0 | 1 | 1 | 3 | 1 | 0 | 0 | 0 | 2 |
| **Grand Total** | **14** | **4** | **7** | **10** | **18** | **20** | **14** | **24** | **18** | **31** |
| % of Total Teams | 8% | 2% | 3% | 4% | 6% | 6% | 4% | 7% | 5% | 8% |

# Pipeline Overview – History / Q3'18



| | **Pipeline and Bookings History** | | | | | | **Q3'18 Scenarios** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | **Conservative** | | **Aggressive** | | |
| | Q1'17A | Q2'17A | Q3'17A | Q4'17A | Q1'18A | Q2'18 | A | B | C | D | |
| **Beginning Pipeline for Q3'18** | $801 | $890 | $897 | $1,065 | $1,227 | $1,351 | $1,309 | $1,309 | $1,309 | $1,309 | Note A |
| *Qtr / Qtr Growth Rate* | 9% | 11% | 1% | 19% | 15% | 10% | -3% | -3% | -3% | -3% | |
| *Win Rate* | 15% | 15% | 16% | 17% | 14% | 19% | 14% | 15% | 16% | 17% | Note B |
| *Bookings* | $123 | $125 | $144 | $180 | $169 | $252 | $183 | $196 | $208 | $224 | |
| **Pipeline Created in Q3'18** | $664 | $713 | $970 | $1,022 | $1,201 | $1,053 | $1,200 | $1,275 | $1,300 | $1,400 | |
| *Qtr / Qtr Growth Rate* | 13% | 7% | 36% | 5% | 18% | -12% | 14% | 21% | 23% | 33% | |
| *Win Rate* | 12% | 11% | 10% | 11% | 10% | 11% | 9% | 10% | 11% | 12% | Note B |
| *Bookings* | $83 | $77 | $97 | $112 | $117 | $120 | $108 | $128 | $143 | $168 | |
| **Pipeline for Future Quarters** | $509 | $580 | $712 | $946 | $1,150 | $1,469 | $1,652 | $1,652 | $1,652 | $1,652 | |
| *Qtr / Qtr Growth Rate* | 13% | 14% | 23% | 33% | 22% | 28% | 12% | 12% | 12% | 12% | |
| *Win Rate (from pull-ins)* | 3% | 2% | 3% | 3% | 2% | 3% | 2.50% | 2.75% | 3.00% | 3.25% | Note B |
| *Bookings (from pull-ins)* | $14 | $14 | $24 | $31 | $31 | $40 | $41 | $45 | $50 | $54 | |
| **Total Bookings** | $220 | $216 | $265 | $322 | $317 | $412 | $333 | $369 | $401 | $445 | |
| Bookings - BOD Forecast | | | | | | | $400 | | | | |
| Bookings - Sales Quota | | | | | | | $400 | | | | |

**Notes:**

A - Q3'18 beginning pipeline is adjusted for pre-MITF amounts

B - Variable input

# Pipeline by Region



| | NAM | | | | EMEA | | | | APAC | | | | FED | | | | WW | | | |
| | Actual | | Forecast | | Actual | | Forecast | | Actual | | Forecast | | Actual | | Forecast | | Actual | | Forecast | |
| | $'s | % | $'s | % | $'s | % | $'s | % | $'s | % | $'s | % | $'s | % | $'s | % | $'s | % | $'s | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Pipeline for Current Quarter** | **$695** | | **$695** | | **$316** | | **$316** | | **$165** | | **$165** | | **$175** | | **$175** | | **$1,351** | | **$1,351** | |
| *Less Won Deals* | $131 | 19% | $104 | 15% | $61 | 19% | $41 | 13% | $50 | 30% | $28 | 17% | $11 | 6% | $28 | 16% | $253 | 19% | $201 | 15% |
| *Less Lost Deals* | $121 | 17% | $193 | 28% | $93 | 29% | $79 | 25% | $27 | 16% | $30 | 18% | $44 | 25% | $29 | 17% | $285 | 21% | $331 | 25% |
| **Ending Pipeline Rolled to Q3 and Beyond** | **$443** | | **$398** | | **$162** | | **$196** | | **$88** | | **$107** | | **$120** | | **$118** | | **$813** | | **$819** | |
| | | | | | | | | | | | | | | | | | | | | |
| **Pipeline Created in the Quarter** | **$500** | | **$701** | | **$282** | | **$320** | | **$190** | | **$248** | | **$81** | | **$131** | | **$1,053** | | **$1,400** | |
| *Less Won Deals* | $77 | 15% | $98 | 14% | $27 | 10% | $23 | 7% | $14 | 7% | $19 | 8% | $2 | 2% | $9 | 7% | $120 | 11% | $149 | 11% |
| *Less Lost Deals* | $35 | 7% | $41 | 6% | $20 | 7% | $17 | 5% | $9 | 5% | $12 | 5% | $1 | 1% | $5 | 4% | $65 | 6% | $75 | 5% |
| **Ending Pipeline Rolled to Q3 and Beyond** | **$388** | | **$562** | | **$235** | | **$280** | | **$167** | | **$217** | | **$78** | | **$117** | | **$868** | | **$1,176** | |
| | | | | | | | | | | | | | | | | | | | | |
| **Pipeline for Future Quarters** | **$442** | | **$442** | | **$488** | | **$488** | | **$400** | | **$400** | | **$140** | | **$140** | | **$1,470** | | **$1,470** | |
| *Less Won Deals* | $20 | 5% | $18 | 4% | $11 | 2% | $12 | 2% | $7 | 2% | $11 | 3% | $1 | 1% | $3 | 2% | $39 | 3% | $44 | 3% |
| *Less Lost Deals* | $71 | 16% | $112 | 25% | $68 | 14% | $67 | 14% | $60 | 15% | $75 | 19% | $14 | 10% | $14 | 10% | $213 | 14% | $268 | 18% |
| **Ending Pipeline Rolled to Q3 and Beyond** | **$351** | | **$312** | | **$409** | | **$409** | | **$333** | | **$314** | | **$125** | | **$123** | | **$1,218** | | **$1,158** | |
| | | | | | | | | | | | | | | | | | | | | |
| **Summary** | | | | | | | | | | | | | | | | | | | | |
| *Won Deals* | $228 | | $220 | | $99 | | $76 | | $71 | | $58 | | $14 | | $40 | | $412 | | $394 | |
| *Lost Deals* | $227 | | $346 | | $181 | | $163 | | $96 | | $117 | | $59 | | $48 | | $563 | | $674 | |
| *Value Change in Exisitng Pipeline* | $17 | | $128 | | $5 | | $25 | | ($17) | | $17 | | $27 | | $12 | | $32 | | $182 | |
| *Pipeline Rolled to Future Quarters* | $1,199 | | $1,400 | | $811 | | $910 | | $571 | | $655 | | $350 | | $370 | | $2,931 | | $3,335 | |

*Notes*

*a) "won" amounts are pre-MITF amounts*

# Q3 Beginning Pipe – Expected Week 3 Deterioration



**$1,309m - 34% = $863m**
*As of the end of Week 2*

% Decline in Open Pipe - Week 3

# Q3 Pipe Creation vs. Historical Trends





**Q3 Pipe Creation Goal = $1,400m*13% = $187m (behind target)**

**\*As of the end of Week 2**

# EXHIBIT 7

**To:** Venus Ricci[venus@nutanix.com]
**Cc:** 'sridhar.chandran@nutanix.com'[sridhar.chandran@nutanix.com]; 'dheeraj@nutanix.com'[dheeraj@nutanix.com]; Rukmini Sivaraman[rukmini.sivaraman@nutanix.com]
**From:** Duston Williams[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0388A98C872D4A29B89673DC9F5AADD8-DUSTON WILL]
**Sent:** Fri 2/23/2018 1:53:00 PM Pacific Standard Time
**Subject:** BOD Slides
**Attachment:** Q3'18 BOD Finance Presentation.pptx

Please use this version to send to the board.

                                                                                NTNX-0057165

# Produced in Native

CONFIDENTIAL

NTNX-0057166



Nutanix Board Meeting
Finance
February 2018



# Q2'18 Financial Review

# Executive Summary



- <u>ISV:</u>
  - $304M, higher vs. Q2 Forecast by $37M

- <u>Bookings:</u>
  - Gross Bookings: $412M, higher vs. Q2 Forecast by $52M
  - HW COGS Eliminated: $21M
  - Net Bookings: $391M

- <u>Revenue: $287M</u>
  - Exceeded Q2 Forecast by $4.4M.  Sequential growth of 4% QoQ & 44% YoY

- <u>Gross margin: 63.5%</u>
  - 174bps lower vs Q2 Forecast of 65.3%

- <u>Backlog</u>
  - Ending Q2 backlog of $105M

- <u>EPS: ($0.14)</u>
  - Exceeded Q2 Forecast of ($0.20) by $0.06
  - Exceeded Q2 Consensus of ($0.20) by $0.06

# Q2'18 Actual / Forecast / Consensus Comparison



| | Q2'18 Actuals | Q2'18 Forecast | vs Fcst B/(W) | | Consensus | vs. CS B/(W) | | YTD Actuals | YTD Forecast | vs Fcst B/(W) |
|---|---|---|---|---|---|---|---|---|---|---|
| Gross Bookings | $412 | $360 | $52 | | N/A | N/A | | $730 | $690 | $40 |
| Net Bookings | $391 | $342 | $49 | | N/A | N/A | | $698 | $672 | $26 |
| ISV $ | $304 | $266 | $37 | | N/A | N/A | | $531 | $510 | $21 |
| Billings | $356 | $322 | $35 | | $325 | $32 | | $671 | $629 | $42 |
| Revenue | $287 | $282 | $4 | | $283 | $4 | | $562 | $555 | $7 |
| Gross Margin % | 63.5% | 65.3% | -1.7% | | 63.3% | 0.2% | | 62.7% | 63.7% | -0.9% |
| Operating Expenses | $202 | $214 | $11 | | $210 | $8 | | $395 | $415 | $19 |
| Operating Loss | ($20) | ($29) | $9 | | ($31) | $11 | | ($42) | ($61) | $19 |
| Net Loss | ($23) | ($32) | $9 | | ($33) | $10 | | ($48) | ($66) | $18 |
| Share Count | 162 | 161 | (1) | | 161 | (1) | | 162 | 161 | (1) |
| EPS | ($0.14) | ($0.20) | $0.06 | | ($0.20) | $0.06 | | ($0.30) | ($0.42) | $0.12 |
| Cash Flow - Operations | $46 | $30 | $17 | | $13 | $33 | | $57 | $34 | $22 |
| Free Cash Flow | $32 | $11 | $21 | | ($4) | $36 | | $25 | ($4) | $29 |
| Ending Cash Balance | $918 * | $366 | $552 | | N/A | N/A | | $918* | $366 | $552 |
| Ending Deferred Revenue | $478 | $404 | $74 | | N/A | N/A | | $478 | $404 | $74 |
| Ending Backlog | $105 | $91 | $14 | | N/A | N/A | | $105 | $91 | $14 |

$ in millions except per share data, Non-GAAP
*$509M of cash is related to issuance of senior convertible notes due in 2023.

# Bookings, Billings, Backlog & Revenue Trend



| Metrics | Q1'16A | Q2'16A | Q3'16A | Q4'16A | Q1'17A | Q2'17A | Q3'17A | Q4'17A | Q1'18A | Q2'18A |
|---|---|---|---|---|---|---|---|---|---|---|
| Gross Bookings | $133 | $146 | $166 | $200 | $220 | $216 | $264 | $322 | $318 | $412 |
| Net Bookings | $133 | $146 | $166 | $200 | $220 | $216 | $264 | $322 | $307 | $391 |
| Product Bookings | $87 | $98 | $103 | $123 | $146 | $146 | $182 | $231 | $224 | $263 |
| Support & PS Bookings | $41 | $42 | $54 | $66 | $65 | $59 | $65 | $75 | $69 | $107 |
| Support Renewal Bookings | $5 | $5 | $8 | $10 | $9 | $11 | $17 | $16 | $14 | $21 |
| Total ISV $ | $107 | $117 | $133 | $162 | $174 | $164 | $196 | $238 | $228 | $304 |
| Total Billings | $128 | $143 | $160 | $207 | $240 | $227 | $234 | $289 | $315 | $356 |
| Revenue | $101 | $116 | $126 | $161 | $189 | $199 | $206 | $252 | $276 | $287 |
| Gross Profit $ | $66 | $79 | $83 | $106 | $123 | $126 | $126 | $158 | $170 | $182 |
| Deferred Revenue | $112 | $139 | $172 | $218 | $276 | $304 | $332 | $369 | $409 | $478 |
| Backlog | $49 | $52 | $58 | $49 | $30 | $17 | $46 | $80 | $71 | $105 |

$ in millions, Non-GAAP

# WW: Ramped vs. Total Reps



# SW Value – Ramped & Total Reps











Note: ** WW number includes all of Fed for per rep productivity calc, while ramped rep calc assumes effective ramped productivity for Fed reps .

# LTM SW Value – Ramped & Total Reps











Note: ** WW number includes all of Fed for per rep productivity calc, while ramped rep calc assumes effective ramped productivity for Fed reps . NAM ex Fed includes LATAM.

# WW: Rep Attrition





Field Rep Attrition

■ Non-Promo   ■ Promo/Transfer

| | Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 |
|---|---|---|---|---|---|---|---|---|---|---|
| NAM ex Fed | 6 | 2 | 1 | 4 | 9 | 6 | 6 | 12 | 8 | 18 |
| APAC | 4 | 0 | 4 | 5 | 1 | 6 | 5 | 3 | 2 | 5 |
| EMEA | 3 | 2 | 1 | 0 | 5 | 7 | 3 | 9 | 8 | 6 |
| Federal | 1 | 0 | 1 | 1 | 3 | 1 | 0 | 0 | 0 | 2 |
| **Grand Total** | **14** | **4** | **7** | **10** | **18** | **20** | **14** | **24** | **18** | **31** |
| *% of Total Teams* | *8%* | *2%* | *3%* | *4%* | *6%* | *6%* | *4%* | *7%* | *5%* | *8%* |



# Forecast

# FY18 Forecast Executive Summary



- Net Bookings:  ~$1.4B
    - HW COGs Eliminated: $168M
    - Y/Y growth of 38%

- ISV:  ~$1.2B

- Billings:  ~$1.4B
    - Y/Y growth of 42%

- Revenue: ~$1.2B
    - Y/Y growth of 37%

- Gross Profit: $771M
    - Y/Y growth 44%

- Gross margin: 66.6%
    - Y/Y increase of ~0.3bps

- Operating Expense: $859M
    - Y/Y growth of 33%

- EPS: ($0.60)
    - Y/Y improvement of $0.25

# FY'18 Forecast w/MITF Conversions vs. Prior Forecast



| Metrics | Current Forecast: MITF Conversions (Q2-Q4: 20% / 50% / 70%) | | | | Prior Forecast: MITF Conversions (Q2-Q4: 20% / 30% / 40%) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1'18 Act | Q2'18 Act | Q3'18 Fcst | Q4'18 Fcst | Q1'18 Act | Q2'18 Fcst | Q3'18 Fcst | Q4'18 Fcst | FY'18 Curr Fcst | FY'18 Prior Fcst | Δ B/(W) |
| Bookings | $307 | $391 | $343 | $370 | $307 | $342 | $369 | $415 | $1,410 | $1,432 | ($22) |
| ISV | $228 | $304 | $300 | $348 | $228 | $266 | $300 | $348 | $1,179 | $1,142 | $37 |
| Billings | $315 | $356 | $352 | $372 | $315 | $322 | $357 | $387 | $1,396 | $1,381 | $15 |
| Billings:Revenue Ratio | 1.14x | 1.24x | 1.2x | 1.23x | 1.14x | 1.14x | 1.16x | 1.15x | 1.21x | 1.15x | 0.06x |
| Backlog | $71 | $105 | $108 | $119 | $71 | $91 | $103 | $131 | $119 | $131 | ($12) |
| Revenue | $276 | $287 | $294 | $302 | $276 | $282 | $308 | $335 | $1,158 | $1,201 | ($43) |
| Gross Margin % | 61.9% | 63.5% | 68.0% | 72.6% | 61.9% | 65.3% | 67.2% | 69.9% | 66.6% | 66.3% | 0.3% |
| Gross Profit $ | $170 | $182 | $200 | $219 | $170 | $184 | $207 | $235 | $771 | $796 | ($25) |
| Operating Expense | $193 | $202 | $225 | $238 | $193 | $214 | $237 | $250 | $859 | $894 | $35 |
| Operating Loss | ($22) | ($20) | ($26) | ($19) | ($22) | ($29) | ($30) | ($16) | ($87) | ($98) | $10 |
| Operating Margin % | -8.0% | -7.1% | -8.7% | -6.4% | -8.0% | -10.4% | -9.8% | -4.7% | -7.5% | -8.1% | 0.6% |
| EPS | ($0.16) | ($0.14) | ($0.17) | ($0.13) | ($0.16) | ($0.20) | ($0.19) | ($0.10) | ($0.60) | ($0.65) | $0.05 |
| Cash Flow - Operations | $10 | $46 | $15 | $45 | $10 | $30 | $1 | $32 | $116 | $72 | $44 |
| Free Cash Flow | ($8) | $32 | ($8) | $25 | ($8) | $11 | ($21) | $12 | $42 | ($6) | $48 |
| Free Cash Flow (ex ESPP) | $1 | $20 | $4 | $12 | $1 | $1 | ($11) | $2 | $37 | ($8) | $45 |

$ in millions except per share data, Non-GAAP

# FY'18 Forecast w/MITF Conversions vs. Consensus



| Metrics | Current Forecast: MITF Conversions (Q2-Q4: 20% / 50% / 70%) | | | | Consensus | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Q1'18 Act | Q2'18 Fcst | Q3'18 Fcst | Q4'18 Fcst | Q1'18 Consensus | Q2'18 Consensus | Q3'18 Consensus | Q4'18 Consensus | FY'18 Curr Fcst | FY'18 AOP | FY'18 Consensus | Δ vs Fcst B/(W) |
| Bookings | $307 | $391 | $343 | $370 | N/A | N/A | N/A | N/A | $1,410 | $1,456 | N/A | N/A |
| ISV | $228 | $304 | $300 | $348 | N/A | N/A | N/A | N/A | $1,179 | $1,157 | N/A | N/A |
| Billings | $315 | $356 | $352 | $372 | $313 | $325 | $299 | $320 | $1,396 | $1,374 | $1,257 | $139 |
| Billings:Revenue Ratio | 1.14x | 1.24x | 1.2x | 1.23x | 1.17x | 1.15x | 1.12x | 1.14x | 1.21x | 1.15x | 1.14x | 0.06x |
| Backlog | $71 | $105 | $108 | $119 | N/A | N/A | N/A | N/A | $119 | $162 | N/A | N/A |
| Revenue | $276 | $287 | $294 | $302 | $267 | $283 | $268 | $280 | $1,158 | $1,199 | $1,098 | $60 |
| Gross Margin % | 61.9% | 63.5% | 68.0% | 72.6% | 60.6% | 63.3% | 69.3% | 75.2% | 66.6% | 66.3% | 67.4% | -0.7% |
| Gross Profit $ | $170 | $182 | $200 | $219 | $162 | $179 | $185 | $211 | $771 | $795 | $740 | $32 |
| Operating Expense | $193 | $202 | $225 | $238 | $201 | $210 | $221 | $233 | $859 | $902 | $864 | $5 |
| Operating Loss | ($22) | ($20) | ($26) | ($19) | ($39) | ($31) | ($35) | ($22) | ($87) | ($107) | ($127) | $40 |
| Operating Margin % | -8.0% | -7.1% | -8.7% | -6.4% | -14.6% | -10.9% | -13.2% | -7.8% | -7.5% | -9.0% | -11.6% | 4.0% |
| EPS | ($0.16) | ($0.14) | ($0.17) | ($0.13) | ($0.26) | ($0.20) | ($0.23) | ($0.14) | ($0.60) | ($0.70) | ($0.84) | $0.24 |
| Cash Flow - Operations | $10 | $46 | $15 | $45 | $15 | $13 | $5 | $12 | $116 | $67 | $45 | $71 |
| Free Cash Flow | ($8) | $32 | ($8) | $25 | $2 | ($4) | ($14) | ($6) | $42 | ($14) | ($23) | $65 |
| Free Cash Flow (ex ESPP) | $1 | $20 | $4 | $12 | $2 | ($4) | ($14) | ($6) | $37 | ($14) | ($23) | $60 |
| Ending Deferred Revenue | $409 | $478 | $542 | $612 | N/A | N/A | N/A | N/A | $612 | $544 | N/A | N/A |

$ in millions except per share data, Non-GAAP

# Q3'18 Forecast vs. Consensus



| Metrics | Q3'18 Curr Fcst | Q3'18 Consensus | Δ B/(W) | FY'18 Curr Fcst | FY'18 AOP | FY'18 Consensus | Δ vs Fcst B/(W) |
|---|---|---|---|---|---|---|---|
| Bookings | $343 | N/A | N/A | $1,410 | $1,456 | N/A | N/A |
| ISV | $300 | N/A | N/A | $1,179 | $1,157 | N/A | N/A |
| Billings | $352 | $299 | $53 | $1,396 | $1,374 | $1,257 | $139 |
| Billings:Revenue Ratio | 1.2x | 1.12x | 0.08x | 1.21x | 1.15x | 1.14x | 0.06x |
| Backlog | $108 | N/A | N/A | $119 | $162 | N/A | N/A |
| Revenue | $294 | $268 | $26 | $1,158 | $1,199 | $1,098 | $60 |
| Gross Margin % | 68.0% | 69.3% | -1.3% | 66.6% | 66.3% | 67.4% | -0.7% |
| Gross Profit $ | $200 | $185 | $14 | $771 | $795 | $740 | $32 |
| Operating Expense | $225 | $221 | ($5) | $859 | $902 | $864 | $5 |
| Operating Loss | ($26) | ($35) | $10 | ($87) | ($107) | ($127) | $40 |
| Operating Margin % | -8.7% | -13.2% | 4.4% | -7.5% | -9.0% | -11.6% | 4.0% |
| EPS | ($0.17) | ($0.23) | $0.06 | ($0.60) | ($0.70) | ($0.84) | $0.24 |
| Cash Flow - Operations | $15 | $5 | $10 | $116 | $67 | $45 | $71 |
| Free Cash Flow | ($8) | ($14) | $7 | $42 | ($14) | ($23) | $65 |
| Free Cash Flow (ex ESPP) | $4 | ($14) | $19 | $37 | ($14) | ($23) | $60 |
| Ending Deferred Revenue | $542 | N/A | N/A | $612 | $544 | N/A | N/A |

$ in millions except per share data, Non-GAAP

14

# Pipeline Overview – History / Q3'18



| | **Pipeline and Bookings History** | | | | | | **Q3'18 Scenarios** | | | | |
| | | | | | | | **Conservative** | | **Aggressive** | | |
| | Q1'17A | Q2'17A | Q3'17A | Q4'17A | Q1'18A | Q2'18A | A | B | C | D | |
| **Beginning Pipeline for Q3'18** | $801 | $890 | $897 | $1,065 | $1,227 | $1,351 | $1,309 | $1,309 | $1,309 | $1,309 | Note A |
| Qtr / Qtr Growth Rate | 9% | 11% | 1% | 19% | 15% | 10% | -3% | -3% | -3% | -3% | |
| Win Rate | 15% | 15% | 16% | 17% | 14% | 19% | 14% | 15% | 16% | 17% | Note B |
| Bookings | $123 | $125 | $144 | $180 | $169 | $252 | $183 | $196 | $208 | $224 | |
| **Pipeline Created in Q3'18** | $664 | $713 | $970 | $1,022 | $1,201 | $1,053 | $1,200 | $1,275 | $1,300 | $1,400 | |
| Qtr / Qtr Growth Rate | 13% | 7% | 36% | 5% | 18% | -12% | 14% | 21% | 23% | 33% | |
| Win Rate | 12% | 11% | 10% | 11% | 10% | 11% | 9% | 10% | 11% | 12% | Note B |
| Bookings | $83 | $77 | $97 | $112 | $117 | $120 | $108 | $128 | $143 | $168 | |
| **Pipeline for Future Quarters** | $509 | $580 | $712 | $946 | $1,150 | $1,469 | $1,652 | $1,652 | $1,652 | $1,652 | |
| Qtr / Qtr Growth Rate | 13% | 14% | 23% | 33% | 22% | 28% | 12% | 12% | 12% | 12% | |
| Win Rate (from pull-ins) | 3% | 2% | 3% | 3% | 2% | 3% | 2.50% | 2.75% | 3.00% | 3.25% | Note B |
| Bookings (from pull-ins) | $14 | $14 | $24 | $31 | $31 | $40 | $41 | $45 | $50 | $54 | |
| **Total Bookings** | $220 | $216 | $265 | $322 | $317 | $412 | $333 | $369 | $401 | $445 | |
| **Total ISV Bookings** | $174 | $164 | $196 | $238 | $228 | $304 | $246 | $273 | $297 | $329 | |
| Bookings - BOD Forecast / Sales Quota | | | | | | | $400 | | | | |
| ISV Bookings - BOD Forecast / Sales Quota | | | | | | | $300 | | | | |

**Notes:**

A - Q3'18 beginning pipeline is adjusted for pre-MITF amounts

B - Variable input

# Q3 Beginning Pipe – Expected Week 3 Deterioration





# Q3 Pipe Creation vs. Historical Trends





# Beat and Raise Trend



## Revenue Beat



## Revenue Raise



## EPS Beat



## EPS Raise



# Stock Price Δ History





**Stock Price Change**

# EXHIBIT 8

**To:** Duston Williams[duston.williams@nutanix.com]; Sridhar Chandran[sridhar.chandran@nutanix.com]
**From:** James Hin[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9A1C839AFB92471088315192795D4207-JAMES HIN]
**Sent:** Sun 2/18/2018 10:09:35 PM Pacific Standard Time
**Subject:** Q2 BOD Finance Presentation
**Attachment:** Q2'18 BOD Finance Presentation_02-18-18.pptx

Duston,

Attached is the 1st cut of the Q2 BOD Finance deck, highlights below:

- **Redacted** Q3/Q4 Forecast is currently reflecting (20/45/70 MITF conversion plan), but the updated assumptions (lower HW SM%, higher carve from SW) which will push margins lower relative to the Q3 Outlook Analysis levels have not been flowed in yet and the same for cash/balance updates. We'll revisit it tomorrow morning and look to get you another view by EOD.
- Slides 1-22 are slides are part of materials presented to the BOD last quarter, and slides 23-59 are additional backup slides for you only.
  - Slides 51-59 are somewhat redundant since slides 31-33 already cover the materials. Left them there for now in case we still need them.

Items still in progress and needs to be updated:

- Forecast assumptions for Q3/Q4, including Cash/Balance Sheet
- Software and Bookings (slide 34-35)
- OpEx (slide 38), still need to rationalize the Q4 OpEx rollup some more (the favorability the Team has rolled up is too light vs. expected).
- Comp & Ben and OpEx Account (slides 44-45)
- Nodes Growth (slide 46)
- H/C (slide 47)
- Balance Sheet/Cash Flow (slides 49-50)

Will send you another version towards EOD tomorrow. Let me know if you have any questions in the meantime.

Thanks
James

CONFIDENTIAL

NTNX-0019026

# Produced in Native

CONFIDENTIAL

NTNX-0019027



# Nutanix Board Meeting
Finance
February 2018



# Q2'18 Financial Review

# Executive Summary



- <u>ISV:</u>
  - $303M, higher vs. Q2 Forecast by $37M

- <u>Bookings:</u>
  - Gross Bookings: $412M, higher vs. Q2 Forecast by $52M
  - MITF Conversion: $21M
  - Post-MITF Conversion: $391M

- <u>Revenue: $287M</u>
  - Exceeded Q2 Forecast by $4.4M.  Sequential growth of 4% QoQ & 44% YoY

- <u>Gross margin: 63.5%</u>
  - 174bps lower vs Q2 Forecast of 65.3%

- <u>Backlog</u>
  - Ending Q2 backlog of $105M

- <u>EPS: ($0.14)</u>
  - Exceeded Q2 Forecast of ($0.20) by $0.06
  - Exceeded Q2 Consensus of ($0.20) by $0.06

# Q2'18 Actual / Forecast / Consensus Comparison



| | Q2'18 Actuals | Q2'18 Forecast | vs Fcst B/(W) | | Consensus | vs. CS B/(W) | | YTD Actuals | YTD Forecast | vs Fcst B/(W) |
|---|---|---|---|---|---|---|---|---|---|---|
| Gross Bookings | $412 | $360 | $52 | | N/A | N/A | | $730 | $690 | $40 |
| Net Bookings | $391 | $342 | $49 | | N/A | N/A | | $698 | $672 | $26 |
| ISV $ | $303 | $266 | $37 | | N/A | N/A | | $531 | $510 | $21 |
| Billings | $356 | $322 | $35 | | $321 | $35 | | $671 | $629 | $42 |
| Revenue | $287 | $282 | $4 | | $283 | $4 | | $562 | $555 | $7 |
| Gross Margin % | 63.5% | 65.3% | -1.7% | | 63.3% | 0.2% | | 62.7% | 63.7% | -0.9% |
| Operating Expenses | $202 | $214 | $11 | | $210 | $8 | | $395 | $415 | $19 |
| Operating Loss | ($20) | ($29) | $9 | | ($31) | $11 | | ($42) | ($61) | $19 |
| Net Loss | ($23) | ($32) | $9 | | ($33) | $10 | | ($48) | ($66) | $18 |
| Share Count | 162 | 161 | (1) | | 161 | (1) | | 162 | 161 | (1) |
| EPS | ($0.14) | ($0.20) | $0.06 | | ($0.20) | $0.06 | | ($0.30) | ($0.42) | $0.12 |
| Cash Flow - Operations | $46 | $30 | $17 | | $15 | $32 | | $57 | $34 | $22 |
| Free Cash Flow | $32 | $11 | $21 | | $2 | $31 | | $25 | ($4) | $29 |
| Ending Cash Balance | $918 * | $366 | $552 | | N/A | N/A | | $918 * | $366 | $552 |
| Ending Deferred Revenue | $478 | $404 | $74 | | N/A | N/A | | $478 | $404 | $74 |
| Ending Backlog | $105 | $91 | $14 | | N/A | N/A | | $105 | $91 | $14 |

$ in millions except per share data, Non-GAAP
*$509M of cash is related to issuance of senior convertible notes due in 2023.

4

# Bookings, Billings, Backlog & Revenue Trend



| Metrics | Q1'16A | Q2'16A | Q3'16A | Q4'16A | Q1'17A | Q2'17A | Q3'17A | Q4'17A | Q1'18A | Q2'18A |
|---|---|---|---|---|---|---|---|---|---|---|
| Gross Bookings | $133 | $146 | $166 | $200 | $220 | $216 | $264 | $322 | $318 | $412 |
| Net Bookings | $133 | $146 | $166 | $200 | $220 | $216 | $264 | $322 | $307 | $391 |
| Product Bookings | $87 | $98 | $103 | $123 | $146 | $146 | $182 | $231 | $224 | $268 |
| Support & PS Bookings | $41 | $42 | $54 | $66 | $65 | $59 | $65 | $75 | $69 | $102 |
| Support Renewal Bookings | $5 | $5 | $8 | $10 | $9 | $11 | $17 | $16 | $14 | $21 |
| Total ISV $ | $107 | $117 | $133 | $162 | $174 | $164 | $196 | $238 | $228 | $303 |
| Total Billings | $128 | $143 | $160 | $207 | $240 | $227 | $234 | $289 | $315 | $356 |
| Revenue | $101 | $116 | $126 | $161 | $189 | $199 | $206 | $252 | $276 | $287 |
| Gross Profit $ | $66 | $79 | $83 | $106 | $123 | $126 | $126 | $158 | $170 | $182 |
| Deferred Revenue | $112 | $139 | $172 | $218 | $276 | $304 | $332 | $369 | $409 | $478 |
| Backlog | $49 | $52 | $58 | $49 | $30 | $17 | $46 | $80 | $71 | $105 |

$ in millions, Non-GAAP

# WW: Ramped vs. Total Reps



# SW Value – Ramped & Total Reps











Note: ** WW number includes all of Fed for per rep productivity calc, while ramped rep calc assumes effective ramped productivity for Fed reps .

# Bookings – Ramped & Total Reps (pre-MITF)











Note: ** WW number includes all of Fed for per rep productivity calc, while ramped rep calc assumes effective ramped productivity for Fed reps .

# WW: Rep Attrition



**Field Rep Attrition**

■ Non-Promo  ■ Promo/Transfer

| | Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 |
|---|---|---|---|---|---|---|---|---|---|---|
| NAM ex Fed | 6 | 2 | 1 | 4 | 9 | 6 | 6 | 12 | 8 | 18 |
| APAC | 4 | 0 | 4 | 5 | 1 | 6 | 5 | 3 | 2 | 5 |
| EMEA | 3 | 2 | 1 | 0 | 5 | 7 | 3 | 9 | 8 | 6 |
| Federal | 1 | 0 | 1 | 1 | 3 | 1 | 0 | 0 | 0 | 2 |
| **Grand Total** | **14** | **4** | **7** | **10** | **18** | **20** | **14** | **24** | **18** | **31** |
| % of Total Teams | 8% | 2% | 3% | 4% | 6% | 6% | 4% | 7% | 5% | 8% |

# Q2'18 Departmental Spending (OpEx) Walk





**Total Nutanix - Non GAAP OpEx vs. Q2 Forecast**

**$11.3M Favorable  vs. Q2 Forecast**

Chart values:
- Q2 Forecast: 213.7
- Sales: 5.4
- Marketing: 0.7
- R&D: 4.4
- G&A: 0.9
- Q2 Actuals: 202.5

Y-axis ($M): $170.0, $175.0, $180.0, $185.0, $190.0, $195.0, $200.0, $205.0, $210.0, $215.0, $220.0

**Sales:**
- $2.3M:  Headcount/T&E
- $1.9M:  Training & Enablement
- $0.9M: Sales POC & Partner Program
- $0.3M:  Commissions

**R&D:**
Engineering:
- $3M: HC related (timing of hires, bonus, T&E)
- $1.1M: Outside Services
- $0.3M: Equipment & depreciation

**G&A:**
- $0.6M:  HR (HC/Outside Services/training & development)
- $(0.7M): Exec (Additional HC)
- $1M: Legal

**\*H/C savings represent $5.5M of the total spending favorability.**



# Forecast

# FY18 Forecast Executive Summary



- Bookings:  ~$1.4B
  - Y/Y growth of 41%

- Billings:  ~$1.4B
  - Y/Y growth of 38%

- Revenue: ~$1.2B
  - Y/Y growth of 37%

- Gross Profit: $794M
  - Y/Y growth 49%

- Gross margin: 68.5%
  - Y/Y increase of ~5.4pts

- Operating Expense: $883M
  - Y/Y growth of 37%

- EPS: ($0.60)
  - Y/Y improvement of $0.25

# FY'18 Forecast w/MITF Conversions vs. Consensus



| Metrics | Current Forecast: MITF Conversions (Q2-Q4: 20% / 50% / 70%) | | | | Prior Forecast: MITF Conversions (Q2-Q4: 20% / 30% / 40%) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1'18 Act | Q2'18 Act | Q3'18 Fcst | Q4'18 Fcst | Q1'18 Act | Q2'18 Fcst | Q3'18 Fcst | Q4'18 Fcst | FY'18 Curr Fcst | FY'18 Prior Fcst | Δ B/(W) |
| Bookings | $307 | $391 | $356 | $383 | $307 | $342 | $369 | $415 | $1,437 | $1,432 | $5 |
| ISV | $228 | $304 | $300 | $348 | $228 | $266 | $300 | $348 | $1,179 | $1,142 | $37 |
| Billings | $315 | $356 | $344 | $355 | $315 | $322 | $357 | $387 | $1,371 | $1,381 | ($10) |
| Billings:Revenue Ratio | 1.14x | 1.24x | 1.17x | 1.17x | 1.14x | 1.14x | 1.16x | 1.15x | 1.18x | 1.15x | 0.03x |
| Backlog | $71 | $105 | $134 | $162 | $71 | $122 | $134 | $162 | $162 | $162 | - |
| Revenue | $276 | $287 | $295 | $304 | $276 | $282 | $308 | $335 | $1,161 | $1,201 | ($40) |
| Gross Margin % | 61.9% | 63.5% | 70.3% | 77.3% | 61.9% | 65.3% | 67.2% | 69.9% | 68.5% | 66.3% | 2.2% |
| Gross Profit $ | $170 | $182 | $208 | $235 | $170 | $184 | $207 | $235 | $795 | $796 | ($1) |
| Operating Expense | $193 | $202 | $237 | $250 | $193 | $214 | $237 | $250 | $883 | $894 | $11 |
| Operating Loss | ($22) | ($20) | ($30) | ($16) | ($22) | ($29) | ($30) | ($16) | ($88) | ($98) | $10 |
| Operating Margin % | -8.0% | -7.1% | -10.1% | -5.1% | -8.0% | -10.4% | -9.8% | -4.7% | -7.6% | -8.1% | 0.6% |
| EPS | ($0.16) | ($0.14) | ($0.19) | ($0.11) | ($0.16) | ($0.20) | ($0.19) | ($0.10) | ($0.60) | ($0.65) | $0.05 |
| Cash Flow - Operations | $10 | $46 | ($1) | $29 | $10 | $30 | $1 | $32 | $85 | $72 | $13 |
| Free Cash Flow | ($8) | $32 | ($23) | $10 | ($8) | $11 | ($21) | $12 | $11 | ($6) | $17 |
| Free Cash Flow (ex ESPP) | $1 | $20 | ($14) | ($3) | $1 | $1 | ($11) | $2 | $4 | ($8) | $12 |

$ in millions except per share data, Non-GAAP

# FY'18 Forecast w/MITF Conversions vs. Consensus



| Metrics | Current Forecast: MITF Conversions (Q2-Q4: 20% / 50% / 70%) | | | | Consensus | | | | FY'18 Curr Fcst | FY'18 AOP | FY'18 Consensus | Δ vs Fcst B/(W) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1'18 Act | Q2'18 Fcst | Q3'18 Fcst | Q4'18 Fcst | Q1'18 Consensus | Q2'18 Consensus | Q3'18 Consensus | Q4'18 Consensus | | | | |
| Bookings | $307 | $391 | $356 | $383 | N/A | N/A | N/A | N/A | $1,437 | $1,456 | N/A | N/A |
| ISV | $228 | $304 | $300 | $348 | N/A | N/A | N/A | N/A | $1,179 | $1,157 | N/A | N/A |
| Billings | $315 | $356 | $344 | $355 | $313 | $325 | $299 | $320 | $1,371 | $1,374 | $1,257 | $114 |
| Billings:Revenue Ratio | 1.14x | 1.24x | 1.17x | 1.17x | 1.17x | 1.15x | 1.12x | 1.14x | 1.18x | 1.15x | 1.14x | 0.04x |
| Backlog | $71 | $105 | $134 | $162 | N/A | N/A | N/A | N/A | $162 | $162 | N/A | N/A |
| Revenue | $276 | $287 | $295 | $304 | $267 | $283 | $268 | $280 | $1,161 | $1,199 | $1,098 | $63 |
| Gross Margin % | 61.9% | 63.5% | 70.3% | 77.3% | 60.6% | 63.3% | 69.3% | 75.2% | 68.5% | 66.3% | 67.4% | 1.1% |
| Gross Profit $ | $170 | $182 | $208 | $235 | $162 | $179 | $185 | $211 | $795 | $795 | $740 | $55 |
| Operating Expense | $193 | $202 | $237 | $250 | $201 | $210 | $221 | $233 | $883 | $902 | $864 | ($19) |
| Operating Loss | ($22) | ($20) | ($30) | ($16) | ($39) | ($31) | ($35) | ($22) | ($88) | ($107) | ($127) | $39 |
| Operating Margin % | -8.0% | -7.1% | -10.1% | -5.1% | -14.6% | -10.9% | -13.2% | -7.8% | -7.6% | -9.0% | -11.6% | 4.0% |
| EPS | ($0.16) | ($0.14) | ($0.19) | ($0.11) | ($0.26) | ($0.20) | ($0.23) | ($0.14) | ($0.60) | ($0.70) | ($0.84) | $0.24 |
| Cash Flow - Operations | $10 | $46 | ($1) | $29 | $15 | $13 | $5 | $12 | $85 | $67 | $45 | $41 |
| Free Cash Flow | ($8) | $32 | ($23) | $10 | $2 | ($4) | ($14) | ($6) | $11 | ($14) | ($23) | $34 |
| Free Cash Flow (ex ESPP) | $1 | $20 | ($14) | ($3) | $2 | ($4) | ($14) | ($6) | $4 | ($14) | ($23) | $27 |
| Ending Deferred Revenue | $409 | $478 | TBD | TBD | N/A | N/A | N/A | N/A | TBD | $544 | N/A | N/A |

$ in millions except per share data, Non-GAAP

# Q3'18 Forecast vs. Consensus



| Metrics | Q3'18 Curr Fcst | Q3'18 Consensus | Δ B/(W) | FY'18 Curr Fcst | FY'18 AOP | FY'18 Consensus | Δ vs Fcst B/(W) |
|---|---|---|---|---|---|---|---|
| Bookings | $356 | N/A | N/A | $1,437 | $1,456 | N/A | N/A |
| ISV | $300 | N/A | N/A | $1,179 | $1,157 | N/A | N/A |
| Billings | $344 | $325 | $20 | $1,371 | $1,374 | $1,257 | $114 |
| Billings:Revenue Ratio | 1.17x | 1.15x | 0.02x | 1.18x | 1.15x | 1.14x | 0.04x |
| Backlog | $134 | N/A | N/A | $162 | $162 | N/A | N/A |
| Revenue | $295 | $283 | $12 | $1,161 | $1,199 | $1,098 | $63 |
| Gross Margin % | 70.3% | 63.3% | 7.0% | 68.5% | 66.3% | 67.4% | 1.1% |
| Gross Profit $ | $208 | $179 | $28 | $795 | $795 | $740 | $55 |
| Operating Expense | $237 | $210 | ($27) | $883 | $902 | $864 | ($19) |
| Operating Loss | ($30) | ($31) | $1 | ($88) | ($107) | ($127) | $39 |
| Operating Margin % | -10.1% | -10.9% | 0.8% | -7.6% | -9.0% | -11.6% | 4.0% |
| EPS | ($0.19) | ($0.20) | $0.01 | ($0.60) | ($0.70) | ($0.84) | $0.24 |
| Cash Flow - Operations | ($1) | $13 | ($14) | $85 | $67 | $45 | $41 |
| Free Cash Flow | ($23) | ($4) | ($19) | $11 | ($14) | ($23) | $34 |
| Free Cash Flow (ex ESPP) | ($14) | ($4) | ($10) | $4 | ($14) | ($23) | $27 |
| Ending Deferred Revenue | TBD | N/A | N/A | TBD | $544 | N/A | N/A |

$ in millions except per share data, Non-GAAP

15

# Pipeline Overview – History / Q3'18



| | **Pipeline and Bookings History** | | | | | | **Q3'18 Scenarios** | | | | |
| | | | | | | | **Conservative** | | **Aggressive** | | |
| | Q1'17A | Q2'17A | Q3'17A | Q4'17A | Q1'18A | Q2'18 | A | B | C | D | |
| **Beginning Pipeline for Q3'18** | $801 | $890 | $897 | $1,065 | $1,227 | $1,351 | $1,309 | $1,309 | $1,309 | $1,309 | Note A |
| *Qtr / Qtr Growth Rate* | *9%* | *11%* | *1%* | *19%* | *15%* | *10%* | *-3%* | *-3%* | *-3%* | *-3%* | |
| *Win Rate* | *15%* | *15%* | *16%* | *17%* | *14%* | *19%* | *14%* | *15%* | *16%* | *17%* | Note B |
| *Bookings* | *$123* | *$125* | *$144* | *$180* | *$169* | *$252* | *$183* | *$196* | *$208* | *$224* | |
| **Pipeline Created in Q3'18** | $664 | $713 | $970 | $1,022 | $1,201 | $1,053 | $1,200 | $1,275 | $1,300 | $1,400 | |
| *Qtr / Qtr Growth Rate* | *13%* | *7%* | *36%* | *5%* | *18%* | *-12%* | *14%* | *21%* | *23%* | *33%* | |
| *Win Rate* | *12%* | *11%* | *10%* | *11%* | *10%* | *11%* | *9%* | *10%* | *11%* | *12%* | Note B |
| *Bookings* | *$83* | *$77* | *$97* | *$112* | *$117* | *$120* | *$108* | *$128* | *$143* | *$168* | |
| **Pipeline for Future Quarters** | $509 | $580 | $712 | $946 | $1,150 | $1,469 | $1,652 | $1,652 | $1,652 | $1,652 | |
| *Qtr / Qtr Growth Rate* | *13%* | *14%* | *23%* | *33%* | *22%* | *28%* | *12%* | *12%* | *12%* | *12%* | |
| *Win Rate (from pull-ins)* | *3%* | *2%* | *3%* | *3%* | *2%* | *3%* | *2.50%* | *2.75%* | *3.00%* | *3.25%* | Note B |
| *Bookings (from pull-ins)* | *$14* | *$14* | *$24* | *$31* | *$31* | *$40* | *$41* | *$45* | *$50* | *$54* | |
| **Total Bookings** | **$220** | **$216** | **$265** | **$322** | **$317** | **$412** | **$333** | **$369** | **$401** | **$445** | |
| Bookings - BOD Forecast | | | | | | | $400 | | | | |
| Bookings - Sales Quota | | | | | | | $400 | | | | |

**Notes:**

A - Q3'18 beginning pipeline is adjusted for pre-MITF amounts

B - Variable input

16

# Pipeline by Region



| | NAM Actual $'s | NAM Actual % | NAM Forecast $'s | NAM Forecast % | EMEA Actual $'s | EMEA Actual % | EMEA Forecast $'s | EMEA Forecast % | APAC Actual $'s | APAC Actual % | APAC Forecast $'s | APAC Forecast % | FED Actual $'s | FED Actual % | FED Forecast $'s | FED Forecast % | WW Actual $'s | WW Actual % | WW Forecast $'s | WW Forecast % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Pipeline for Current Quarter** | $695 | | $695 | | $316 | | $316 | | $165 | | $165 | | $175 | | $175 | | $1,351 | | $1,351 | |
| *Less Won Deals* | $131 | 19% | $104 | 15% | $61 | 19% | $41 | 13% | $50 | 30% | $28 | 17% | $11 | 6% | $28 | 16% | $253 | 19% | $201 | 15% |
| *Less Lost Deals* | $121 | 17% | $193 | 28% | $93 | 29% | $79 | 25% | $27 | 16% | $30 | 18% | $44 | 25% | $29 | 17% | $285 | 21% | $331 | 25% |
| **Ending Pipeline Rolled to Q3 and Beyond** | $443 | | $398 | | $162 | | $196 | | $88 | | $107 | | $120 | | $118 | | $813 | | $819 | |
| | | | | | | | | | | | | | | | | | | | | |
| **Pipeline Created in the Quarter** | $500 | | $701 | | $282 | | $320 | | $190 | | $248 | | $81 | | $131 | | $1,053 | | $1,400 | |
| *Less Won Deals* | $77 | 15% | $98 | 14% | $27 | 10% | $23 | 7% | $14 | 7% | $19 | 8% | $2 | 2% | $9 | 7% | $120 | 11% | $149 | 11% |
| *Less Lost Deals* | $35 | 7% | $41 | 6% | $20 | 7% | $17 | 5% | $9 | 5% | $12 | 5% | $1 | 1% | $5 | 4% | $65 | 6% | $75 | 5% |
| **Ending Pipeline Rolled to Q3 and Beyond** | $388 | | $562 | | $235 | | $280 | | $167 | | $217 | | $78 | | $117 | | $868 | | $1,176 | |
| | | | | | | | | | | | | | | | | | | | | |
| **Pipeline for Future Quarters** | $442 | | $442 | | $488 | | $488 | | $400 | | $400 | | $140 | | $140 | | $1,470 | | $1,470 | |
| *Less Won Deals* | $20 | 5% | $18 | 4% | $11 | 2% | $12 | 2% | $7 | 2% | $11 | 3% | $1 | 1% | $3 | 2% | $39 | 3% | $44 | 3% |
| *Less Lost Deals* | $71 | 16% | $112 | 25% | $68 | 14% | $67 | 14% | $60 | 15% | $75 | 19% | $14 | 10% | $14 | 10% | $213 | 14% | $268 | 18% |
| **Ending Pipeline Rolled to Q3 and Beyond** | $351 | | $312 | | $409 | | $409 | | $333 | | $314 | | $125 | | $123 | | $1,218 | | $1,158 | |
| **Summary** | | | | | | | | | | | | | | | | | | | | |
| *Won Deals* | $228 | | $220 | | $99 | | $76 | | $71 | | $58 | | $14 | | $40 | | $412 | | $394 | |
| *Lost Deals* | $227 | | $346 | | $181 | | $163 | | $96 | | $117 | | $59 | | $48 | | $563 | | $674 | |
| *Value Change in Exisitng Pipeline* | $17 | | $128 | | $5 | | $25 | | ($17) | | $17 | | $27 | | $12 | | $32 | | $182 | |
| *Pipeline Rolled to Future Quarters* | $1,199 | | $1,400 | | $811 | | $910 | | $571 | | $655 | | $350 | | $370 | | $2,931 | | $3,335 | |

Notes

a) "won" amounts are pre-MITF amounts

# Q3 Beginning Pipe – Expected Week 3 Deterioration





# Q3 Pipe Creation vs. Historical Trends



**Q3 Pipe Creation Goal = $1,400m*13% = $187m (behind target)**

**\*As of the end of Week 2**

16%

13%

9%

6%

18%
16%
14%
12%
10%
8%
6%
4%
2%
0%

% of Target Pipeline Created

WK 1                 WK 2

— % of Pipe Created (historical Q3 Average)    — % of Q3 Target Pipe Created

19



# Supplemental

# Beat and Raise Trend



## Revenue Beat

### Revenue - Beat %



## Revenue Raise

### Revenue - Raise %



## EPS Beat

### EPS - Beat %



## EPS Raise

### EPS - Raise %



# Stock Price Δ History





**Stock Price Change**



# Duston Only

# FY18 Forecast vs. Prior Years



| Metrics | FY'16A | FY'17A | FY'18F | FY'18 AOP | | FY'16A Y/Y | FY'17A Y/Y | FY'18F Y/Y | FY'18 AOP Y/Y |
|---|---|---|---|---|---|---|---|---|---|
| Bookings | $644 | $1,023 | $1,437 | $1,456 | | 88% | 59% | 41% | 42% |
| Billings | $638 | $990 | $1,371 | $1,374 | | 107% | 55% | 38% | 39% |
| Backlog | $49 | $80 | $162 | $162 | | 11% | 62% | 103% | 103% |
| Revenue | $503 | $846 | $1,161 | $1,199 | | 96% | 68% | 37% | 42% |
| Gross Margin % | 66.3% | 63.1% | 68.5% | 66.3% | | 519bps | -329bps | 541bps | 327bps |
| Gross Profit $ | $334 | $533 | $795 | $795 | | 112% | 60% | 49% | 49% |
| Operating Expense | $419 | $645 | $883 | $902 | | 72% | 54% | 37% | 40% |
| Operating Loss | ($85) | ($112) | ($88) | ($107) | | $1 | ($27) | $24 | $5 |
| Operating Margin % | -16.8% | -13.2% | -7.6% | -9.0% | | 16.5% | 3.6% | 5.7% | 4.3% |
| EPS | ($0.75) | ($0.85) | ($0.60) | ($0.70) | | N/A | ($0.10) | $0.25 | $0.15 |
| Cash Flow - Operations | $4 | $14 | $85 | $67 | | $29 | $10 | $72 | $53 |
| Free Cash Flow | -$39 | -$36 | $11 | -$14 | | $10 | $2 | $48 | $23 |
| Free Cash Flow (ex ESPP) | -$39 | -$51 | $4 | -$14 | | $10 | ($12) | $55 | $37 |
| Ending Deferred Revenue | $218 | $369 | TBD | $544 | | $134 | $151 | #VALUE! | $175 |

$ in millions except per share data, Non-GAAP



# Bookings / Billings: Pre-MITF and Post MITF

**Bookings**

- Bookings - w/MITF
- Bookings - w/Out MITF
- % Change

| Quarter | Bookings w/Out MITF | Bookings w/MITF | % Change |
|---|---|---|---|
| Q1'17 | $220 | | |
| Q2'17 | $216 | | |
| Q3'17 | $264 | | |
| Q4'17 | $322 | | |
| Q1'18 | $318 | $307 | -3% |
| Q2'18 | $412 | $391 | -5% |
| Q2'18F | $360 | $342 | -5% |
| Q3'18F | $400 | $356 | -11% |
| Q4'18F | $460 | $383 | -17% |

- Bookings - w/Out MITF
- Bookings - w/MITF
- % Change

| | FY17A | FY18F | FY18P |
|---|---|---|---|
| Bookings w/Out MITF | | $1,590 | $1,550 |
| Bookings w/MITF | $1,023 | $1,437 | $1,456 |
| % Change | | -10% | -6% |

**Billings**

- Billings - w/MITF
- Billings - w/Out MITF
- Consensus
- % Change

| Quarter | Billings w/Out MITF | Billings w/MITF | Consensus | % Change |
|---|---|---|---|---|
| Q1'17 | $240 | | | |
| Q2'17 | $227 | | | |
| Q3'17 | $234 | | | |
| Q4'17 | $289 | | | |
| Q1'18 | $326 | $315 | $313 | |
| Q2'18 | $371 | $356 | $325 | -4% |
| Q2'18F | $340 | $322 | $318 | -5% |
| Q3'18F | $388 | $344 | $299 | -11% |
| Q4'18F | $432 | $355 | $320 | -18% |

- Billings - w/Out MITF
- Billings - w/MITF
- Consensus
- % Change

| | FY17A | FY18F | FY18P |
|---|---|---|---|
| Billings w/Out MITF | | $1,516 | $1,468 |
| Billings w/MITF | $990 | $1,371 | $1,374 |
| Consensus | | $1,257 | $1,354 |
| % Change | | -10% | -6% |

In Millions ($)



# Revenue / Gross Profits: Pre-MITF vs. Post MITF

**Revenue**

- ● Revenue - w/MITF
- ● Revenue - w/Out MITF
- ● Consensus
- ● % Change

Q1'17: $189 · Q2'17: $199 · Q3'17: $206 · Q4'17: $252 · Q1'18: $286 / $276 / $267 · Q2'18: $301 / $287 / $283 · Q2'18F: $301 / $282 / $283 / -6% · Q3'18F: $339 / $295 / $268 / -13% · Q4'18F: $381 / $304 / $280 / -20%

**Revenue bar chart**

- ■ Revenue - w/Out MITF
- ■ Revenue - w/MITF
- ■ Consensus
  % Change

FY17A: $846 / $846 · FY18F: $1,307 / $1,161 (-11%) / $1,098 · FY18P: $1,293 / $1,199 (-7%) / $1,173

**GP $**

- ● Gross Profit $ - w/MITF
- ● Gross Profit $ - w/Out MITF
- ● Consensus
- ● % Change

Q1'17: $123 · Q2'17: $126 · Q3'17: $126 · Q4'17: $158 · Q1'18: $169 / $162 · Q2'18: $182 / $179 · Q2'18F: $185 / $184 / $173 / -1% · Q3'18F: $209 / $208 / $185 / -1% · Q4'18F: $237 / $235 / $211 / -1%

**GP $ bar chart**

- ■ Gross Profit $ - w/Out MITF
- ■ Gross Profit $ - w/MITF
- ■ Consensus
  % Change

FY17A: $533 / $533 · FY18F: $797 / $794 (0%) / $737 · FY18P: $800 / $795 (-1%) / $723

In Millions ($)

# Gross and Operating Margins: Pre-MITF vs. Post MITF





# Growth Rates And Product Mix

# Bookings / Billings / Revenue: Growth Rates





# Gross Profit / OpEx: Growth Rates





# Bookings



# Bookings and Revenue Mix



Full-page presentation slide containing bar charts titled "% of Total Bookings" and "% of Total Revenue."

# Billings and Revenue Mix





# Software Bookings



## Software $M



|  | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q1'18F | Q2'18F | Q3'18F | Q4'18F | | FY'17A | FY'18F | FY'18P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OEM | $21 | $20 | $19 | $32 | $23 | $25 | $26 | $28 | $30 | | $92 | $108 | $110 |
| SW Only / UCS / HP | $1 | $1 | $3 | $6 | $13 | $5 | $2 | $2 | $3 | | $11 | $21 | $12 |
| ELA | $2 | $0 | $5 | $3 | $- | $1 | $3 | $6 | $9 | | $10 | $19 | $20 |
| Tiered | $11 | $14 | $14 | $18 | $24 | $24 | $29 | $36 | $47 | | $58 | $136 | $135 |
| Base OS | $64 | $59 | $73 | $88 | $83 | $92 | $103 | $113 | $129 | | $283 | $428 | $437 |
| Total Software Bookings | $100 | $94 | $114 | $147 | $144 | $148 | $164 | $185 | $219 | | $455 | $711 | $714 |

## Software Mix



|  | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q1'18F | Q2'18F | Q3'18F | Q4'18F | | FY'17A | FY'18F | FY'18P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OEM | 10% | 9% | 7% | 10% | 8% | 8% | 8% | 8% | 7% | | 9% | 7% | 8% |
| SW Only / UCS / HP | 1% | 1% | 1% | 2% | 4% | 2% | 1% | 1% | 1% | | 1% | 1% | 1% |
| ELA | 1% | 0% | 2% | 1% | 0% | 0% | 1% | 2% | 2% | | 1% | 1% | 1% |
| Tiered | 5% | 6% | 5% | 6% | 8% | 7% | 8% | 10% | 11% | | 6% | 9% | 9% |
| Base OS | 29% | 27% | 27% | 27% | 27% | 28% | 30% | 31% | 31% | | 28% | 29% | 30% |
| SW as % of Total Bookings | 45% | 44% | 43% | 46% | 47% | 45% | 48% | 50% | 53% | | 44% | 49% | 49% |

## % of Total SW Bookings



|  | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q1'18F | Q2'18F | Q3'18F | Q4'18F | | FY'17A | FY'18F | FY'18P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OEM | 21% | 21% | 17% | 22% | 16% | 17% | 16% | 15% | 14% | | 20% | 15% | 15% |
| SW Only / UCS / HP | 1% | 1% | 2% | 4% | 9% | 3% | 1% | 1% | 1% | | 2% | 3% | 2% |
| ELA | 2% | 0% | 4% | 2% | 0% | 1% | 2% | 3% | 4% | | 2% | 3% | 3% |
| Tiered | 11% | 15% | 13% | 12% | 17% | 16% | 18% | 19% | 21% | | 13% | 19% | 19% |
| Base OS | 64% | 63% | 64% | 60% | 58% | 62% | 63% | 61% | 59% | | 62% | 60% | 61% |

# OEM Bookings



## Bookings $M



| | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q1'18F | Q2'18F | Q3'18F | Q4'18F | FY'17A | FY'18F | FY'18P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IBM | - | - | - | - | - | $0 | $2 | $5 | $10 | $0 | $17 | $17 |
| Lenovo | $3 | $5 | $7 | $7 | $8 | $7 | $8 | $8 | $8 | $22 | $32 | $31 |
| Dell | $29 | $25 | $21 | $39 | $26 | $30 | $30 | $29 | $27 | $115 | $111 | $116 |
| Total OEM | $32 | $30 | $29 | $46 | $33 | $38 | $40 | $42 | $46 | $136 | $160 | $164 |

## Bookings Mix

### % of Total Bookings



| | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q1'18F | Q2'18F | Q3'18F | Q4'18F | FY'17A | FY'18F | FY'18P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lenovo | 1% | 2% | 3% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% |
| Dell | 13% | 12% | 8% | 12% | 8% | 9% | 8% | 8% | 7% | 11% | 8% | 8% |
| IBM | | | | | | 0% | 0% | 1% | 3% | 0% | 1% | 1% |
| Total | 14% | 14% | 11% | 14% | 11% | 11% | 10% | 12% | 12% | 13% | 11% | 11% |

### % of OEM Bookings



| | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q1'18F | Q2'18F | Q3'18F | Q4'18F | FY'17A | FY'18F | FY'18P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IBM | | | | | | 0% | 1% | 5% | 12% | 22% | 0% | 11% | 10% |
| Lenovo | 8% | 17% | 26% | 14% | 23% | 19% | 19% | 19% | 18% | 16% | 20% | 19% |
| Dell | 92% | 83% | 74% | 86% | 77% | 80% | 76% | 69% | 60% | 84% | 70% | 70% |



# Operating Expense Overview

# Operating Expense Trends

## OpEx as % of Bookings



## As % of Bookings – w/MITF

## OpEx as % of Revenue



## As % of Revenue – w/MITF



# OpEx Spend by Function



| Opex | Q1'17A | Q2'17A | Q3'17A | Q4'17A | Q1'18A | Q2'18A | Q3'18F | Q4'18F | | FY'17A | FY'18F | Y/Y | | FY'18 AOP | Y/Y |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | $77 | $76 | $89 | $93 | $106 | $107 | $125 | $130 | | $336 | $469 | 40% | | $363 | 42% |
| Marketing | $18 | $19 | $22 | $28 | $25 | $28 | $31 | $35 | | $86 | $119 | 38% | | $94 | 39% |
| R&D | $41 | $42 | $48 | $49 | $49 | $54 | $67 | $70 | | $180 | $240 | 34% | | $191 | 38% |
| G&A | $10 | $10 | $11 | $12 | $12 | $13 | $14 | $15 | | $44 | $55 | 25% | | $43 | 30% |
| **Total OpEx** | **$146** | **$148** | **$170** | **$182** | **$193** | **$202** | **$237** | **$250** | | **$645** | **$883** | **37%** | | **$690** | **40%** |

| % of Bookings | Q1'17A | Q2'17A | Q3'17A | Q4'17A | Q1'18A | Q2'18A | Q3'18F | Q4'18F | | FY'17A | FY'18F | FY'18 AOP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 35% | 36% | 34% | 29% | 35% | 28% | 36% | 34% | | 33% | 33% | 33% |
| Marketing | 8% | 9% | 8% | 8% | 8% | 7% | 8% | 9% | | 8% | 8% | 8% |
| R&D | 19% | 19% | 18% | 15% | 16% | 14% | 19% | 18% | | 18% | 17% | 17% |
| G&A | 5% | 5% | 4% | 4% | 4% | 3% | 4% | 4% | | 4% | 4% | 4% |
| **Total OpEx** | **66%** | **68%** | **64%** | **56%** | **63%** | **52%** | **67%** | **65%** | | **63%** | **61%** | **62%** |

| % of Revenue | Q1'17A | Q2'17A | Q3'17A | Q4'17A | Q1'18A | Q2'18A | Q3'18F | Q4'18F | | FY'17A | FY'18F | FY'18 AOP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 41% | 39% | 44% | 37% | 39% | 38% | 43% | 43% | | 40% | 41% | 40% |
| Marketing | 9% | 9% | 10% | 11% | 9% | 9% | 10% | 11% | | 10% | 10% | 9% |
| R&D | 22% | 21% | 23% | 19% | 18% | 19% | 23% | 23% | | 21% | 21% | 21% |
| G&A | 5% | 5% | 6% | 5% | 4% | 5% | 5% | 5% | | 5% | 5% | 5% |
| **Total OpEx** | **77%** | **74%** | **83%** | **72%** | **70%** | **71%** | **80%** | **82%** | | **76%** | **76%** | **75%** |

**OpEx (Risks) / Opportunities:**

**Q3'18:** **$12.0M to $15.0M lower OpEx spend vs AOP.**

- **Est'd Favorability: $7.0M from Sales, $4.5M from R&D, and $0.5M from G&A**

**Q4'18:** **TBD.**

- **Est'd Favorability: $5.0M from Sales**

$ in millions, Non-GAAP

38

# OpEx Spend by Function



| Opex | Q1'17A | Q2'17A | Q3'17A | Q4'17A | Q1'18A | Q2'18A | Q3'18F | Q4'18F | FY'17A | FY'18F | Y/Y | FY'18 AOP | Y/Y |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | $77 | $76 | $89 | $93 | $106 | $107 | $125 | $130 | $336 | $469 | 40% | $363 | 42% |
| Marketing | $18 | $19 | $22 | $28 | $25 | $28 | $31 | $35 | $86 | $119 | 38% | $94 | 39% |
| R&D | $41 | $42 | $48 | $49 | $49 | $54 | $67 | $70 | $180 | $240 | 34% | $191 | 38% |
| G&A | $10 | $10 | $11 | $12 | $12 | $13 | $14 | $15 | $44 | $55 | 25% | $43 | 30% |
| Total OpEx | $146 | $148 | $170 | $182 | $193 | $202 | $237 | $250 | $645 | $883 | 37% | $690 | 40% |

| % of Bookings | Q1'17A | Q2'17A | Q3'17A | Q4'17A | Q1'18A | Q2'18A | Q3'18F | Q4'18F | FY'17A | FY'18F | FY'18 AOP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 35% | 36% | 34% | 29% | 35% | 28% | 36% | 34% | 33% | 33% | 33% |
| Marketing | 8% | 9% | 8% | 8% | 8% | 7% | 8% | 9% | 8% | 8% | 8% |
| R&D | 19% | 19% | 18% | 15% | 16% | 14% | 19% | 18% | 18% | 17% | 17% |
| G&A | 5% | 5% | 4% | 4% | 4% | 3% | 4% | 4% | 4% | 4% | 4% |
| Total OpEx | 66% | 68% | 64% | 56% | 63% | 52% | 67% | 65% | 63% | 61% | 62% |

| % of Revenue | Q1'17A | Q2'17A | Q3'17A | Q4'17A | Q1'18A | Q2'18A | Q3'18F | Q4'18F | FY'17A | FY'18F | FY'18 AOP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 41% | 39% | 44% | 37% | 39% | 38% | 43% | 43% | 40% | 41% | 40% |
| Marketing | 9% | 9% | 10% | 11% | 9% | 9% | 10% | 11% | 10% | 10% | 9% |
| R&D | 22% | 21% | 23% | 19% | 18% | 19% | 23% | 23% | 21% | 21% | 21% |
| G&A | 5% | 5% | 6% | 5% | 4% | 5% | 5% | 5% | 5% | 5% | 5% |
| Total OpEx | 77% | 74% | 83% | 72% | 70% | 71% | 80% | 82% | 76% | 76% | 75% |

$ in millions, Non-GAAP



# Miscellaneous / Backup

# LTM SW Value – Ramped & Total Reps











# Bookings, Billings, Backlog & Revenue Trend



| Metrics | Q1'16A | Q2'16A | Q3'16A | Q4'16A | Q1'17A | Q2'17A | Q3'17A | Q4'17A | Q1'18A | Q2'18A | Q3'18F | Q4'18F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Bookings | $133 | $146 | $166 | $200 | $220 | $216 | $264 | $322 | $318 | $412 | $400 | $460 |
| Net Bookings | $133 | $146 | $166 | $200 | $220 | $216 | $264 | $322 | $307 | $391 | $356 | $383 |
| Product Bookings | $87 | $98 | $103 | $123 | $146 | $146 | $182 | $231 | $224 | $263 | $241 | $254 |
| Support & PS Bookings | $41 | $42 | $54 | $66 | $65 | $59 | $65 | $75 | $69 | $107 | $102 | $118 |
| Support Renewal Bookings | $5 | $5 | $8 | $10 | $9 | $11 | $17 | $16 | $14 | $21 | $14 | $12 |
| Total ISV $ | $107 | $117 | $133 | $162 | $174 | $164 | $196 | $238 | $228 | $303 | $300 | $348 |
| Total Billings | $128 | $143 | $160 | $207 | $240 | $227 | $234 | $289 | $315 | $356 | $344 | $355 |
| Revenue | $101 | $116 | $126 | $161 | $189 | $199 | $206 | $252 | $276 | $287 | $295 | $304 |
| Gross Profit $ | $66 | $79 | $83 | $106 | $123 | $126 | $126 | $158 | $170 | $182 | $208 | $235 |
| Deferred Revenue | $112 | $139 | $172 | $218 | $276 | $304 | $332 | $369 | $409 | $478 | | |
| Backlog | $49 | $52 | $58 | $49 | $30 | $17 | $46 | $80 | $71 | $105 | | |

$ in millions, Non-GAAP

# Growth Rates



## M$

| Metrics | Q1'16A | Q2'16A | Q3'16A | Q4'16A | Q1'17A | Q2'17A | Q3'17A | Q4'17A | Q1'18A | Q2'18F | Q3'18F | Q4'18F | | FY16 | FY17 | FY18F | FY18P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Bookings | $133 | $146 | $166 | $200 | $220 | $216 | $264 | $322 | $307 | $391 | $356 | $383 | | $644 | $1,023 | $1,437 | $1,456 |
| Total Billings | $128 | $143 | $160 | $207 | $240 | $227 | $234 | $289 | $315 | $356 | $344 | $355 | | $638 | $990 | $1,371 | $1,374 |
| Total Revenue | $101 | $116 | $126 | $161 | $189 | $199 | $206 | $252 | $276 | $287 | $295 | $304 | | $503 | $846 | $1,161 | $1,199 |
| SW & Support Bookings | $107 | $117 | $133 | $162 | $174 | $164 | $195 | $238 | $228 | $304 | $300 | $348 | | $518 | $772 | $1,179 | $1,157 |
| SW & Support Billings | $102 | $115 | $128 | $166 | $191 | $172 | $175 | $216 | $234 | $273 | $291 | $326 | | $511 | $753 | $1,124 | $1,102 |
| SW & Support Revenue | $74 | $88 | $95 | $120 | $139 | $143 | $146 | $179 | $203 | $208 | $241 | $274 | | $376 | $608 | $926 | $925 |

## Qtr/Qtr Growth %

| Metrics | Q1'16A | Q2'16A | Q3'16A | Q4'16A | Q1'17A | Q2'17A | Q3'17A | Q4'17A | Q1'18A | Q2'18F | Q3'18F | Q4'18F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Bookings | 19% | 10% | 13% | 20% | 10% | -2% | 22% | 22% | -5% | 27% | -9% | 8% |
| Total Billings | 34% | 12% | 11% | 30% | 16% | -5% | 3% | 24% | 9% | 13% | -3% | 3% |
| Total Revenue | 27% | 16% | 8% | 27% | 17% | 6% | 3% | 23% | 9% | 4% | 3% | 3% |
| SW & Support Bookings | 23% | 9% | 14% | 22% | 7% | -6% | 19% | 22% | -5% | 33% | -1% | 16% |
| SW & Support Billings | 40% | 12% | 12% | 29% | 15% | -10% | 2% | 24% | 8% | 17% | 6% | 12% |
| SW & Support Revenue | 33% | 18% | 9% | 26% | 17% | 3% | 2% | 22% | 14% | 2% | 16% | 14% |

## Yr/Yr Growth %

| Metrics | Q1'16A | Q2'16A | Q3'16A | Q4'16A | Q1'17A | Q2'17A | Q3'17A | Q4'17A | Q1'18A | Q2'18F | Q3'18F | Q4'18F | | FY16 | FY17 | FY18F | FY18P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Bookings | 112% | 92% | 80% | 79% | 66% | 48% | 59% | 61% | 39% | 81% | 35% | 19% | | 88% | 59% | 41% | 42% |
| Total Billings | 116% | 102% | 99% | 115% | 87% | 59% | 47% | 40% | 32% | 57% | 47% | 23% | | 108% | 55% | 38% | 39% |
| Total Revenue | 104% | 93% | 85% | 102% | 88% | 71% | 63% | 57% | 46% | 44% | 44% | 20% | | 96% | 68% | 37% | 42% |
| SW & Support Bookings | 122% | 106% | 73% | 87% | 63% | 41% | 47% | 47% | 31% | 85% | 53% | 46% | | 93% | 49% | 53% | 50% |
| SW & Support Billings | 129% | 117% | 115% | 127% | 87% | 50% | 36% | 30% | 23% | 59% | 66% | 51% | | 122% | 47% | 49% | 46% |
| SW & Support Revenue | 116% | 107% | 100% | 113% | 88% | 64% | 54% | 49% | 46% | 45% | 65% | 53% | | 109% | 61% | 52% | 52% |

# Comp & Ben Spend by Function



| Comp & Ben Spend by Function | FY'17A | Q1'18A | Q2'18F | Q3'18F | Q4'18F | FY'18F | FY'18 AOP |
|---|---|---|---|---|---|---|---|
| Sales | $251 | $82 | $86 | $97 | $100 | $365 | $367 |
| Marketing | $17 | $5 | $6 | $7 | $7 | $25 | $24 |
| GSO - S&M | $3 | $1 | $1 | $1 | $1 | $5 | $5 |
| *Subtotal S&M* | **$271** | **$88** | **$93** | **$105** | **$109** | **$394** | **$396** |
| GSO - R&D | $2 | $0 | $1 | $1 | $1 | $2 | $2 |
| Tools & Product Engineering | $6 | $2 | $2 | $3 | $3 | $11 | $11 |
| Product Management | $7 | $2 | $2 | $2 | $2 | $8 | $8 |
| Engineering | $115 | $30 | $36 | $42 | $45 | $153 | $156 |
| *Subtotal R&D* | **$130** | **$35** | **$41** | **$48** | **$51** | **$174** | **$177** |
| *G&A* | $32 | $9 | $10 | $11 | $11 | $41 | $42 |
| **OpEx Departments** | **$432** | **$131** | **$144** | **$164** | **$171** | **$609** | **$615** |
| GSO - COS | $12 | $3 | $4 | $5 | $5 | $18 | $19 |
| Operations | $5 | $1 | $2 | $2 | $2 | $7 | $7 |
| Product Support | $30 | $9 | $12 | $14 | $16 | $52 | $53 |
| **COS Departments** | **$46** | **$14** | **$18** | **$21** | **$23** | **$77** | **$78** |
| **Total Comp & Benefits Spend** | **$479** | **$145** | **$162** | **$185** | **$194** | **$686** | **$693** |
| *As a % of Total Controllable Spend* | *68%* | *68%* | *68%* | *70%* | *69%* | *69%* | *69%* |

# OpEx Spend by Account



| OpEx Spend by Account | FY'17 Actual | Q1'18 Actual | Q2'18 Fcst | Q3'18 Fcst | Q4'18 Fcst | FY'18 Fcst | FY'18 AOP |
|---|---|---|---|---|---|---|---|
| Payroll related (w/Bonuses) | $349 | $100 | $118 | $133 | $142 | $493 | $499 |
| Commissions | $73 | $24 | $25 | $28 | $32 | $108 | $106 |
| Employee Benefits | $57 | $22 | $19 | $24 | $20 | $85 | $88 |
| T&E | $40 | $12 | $12 | $13 | $14 | $52 | $51 |
| Marketing | $67 | $20 | $23 | $24 | $27 | $94 | $95 |
| Outside Services | $57 | $16 | $19 | $18 | $20 | $74 | $75 |
| Depreciation & Amortization | $31 | $9 | $10 | $12 | $13 | $43 | $44 |
| Occupancy | $20 | $6 | $7 | $7 | $7 | $27 | $27 |
| Materials | $13 | $3 | $5 | $5 | $5 | $18 | $19 |
| Other | $1 | $1 | $1 | $1 | $1 | $2 | $2 |
| **Total Controllable Expenses** | **$709** | **$212** | **$238** | **$265** | **$281** | **$996** | **$1,006** |
| Allocations to COS | $(63) | $(19) | $(25) | $(27) | $(31) | $(102) | $(104) |
| **Total Net Expenses** | **$646** | **$193** | **$214** | **$237** | **$250** | **$894** | **$902** |
| **Personnel Headcount** | **2,813** | **3,009** | **3,490** | **3,794** | **4,074** | **4,074** | **4,074** |

| OPEX Departments | FY'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 | FY'18 | FY'18 |
|---|---|---|---|---|---|---|---|
| Sales | $337 | $106 | $113 | $125 | $130 | $474 | $477 |
| Marketing | $83 | $24 | $27 | $29 | $33 | $114 | $114 |
| GSO - S&M | $4 | $1 | $1 | $2 | $2 | $6 | $6 |
| *Subtotal S&M* | $423 | $131 | $141 | $156 | $165 | $594 | $597 |
| GSO - R&D | $3 | $1 | $1 | $2 | $1 | $5 | $5 |
| Tools & Product Engineering | $9 | $3 | $3 | $4 | $4 | $14 | $14 |
| Product Management | $8 | $2 | $2 | $3 | $3 | $10 | $10 |
| Engineering | $159 | $43 | $51 | $59 | $62 | $216 | $219 |
| *Subtotal R&D* | $180 | $49 | $58 | $67 | $70 | $244 | $249 |
| *G&A* | $43 | $12 | $14 | $14 | $15 | $56 | $57 |
| **OpEx Only CC** | **$646** | **$193** | **$214** | **$237** | **$250** | **$894** | **$902** |

| COS Departments | | | | | | | |
|---|---|---|---|---|---|---|---|
| GSO - COS | $17 | $5 | $6 | $6 | $7 | $24 | $24 |
| Operations | $6 | $2 | $2 | $2 | $3 | $9 | $9 |
| Product Support | $32 | $10 | $13 | $15 | $18 | $56 | $57 |
| Allocations In | $8 | $3 | $3 | $4 | $4 | $13 | $14 |
| Allocations Out | $(63) | $(19) | $(25) | $(27) | $(31) | $(102) | $(104) |
| **COS Only CC** | **$0** | **$(0)** | **-** | **-** | **-** | **-** | **-** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total Net Expenses** | **$646** | **$193** | **$214** | **$237** | **$250** | **$894** | **$902** |

# Nodes Growth



### Nodes Sold (K)



| | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q1'18F | Q2'18F | Q3'18F | Q4'18F | | FY17A | FY18F | FY18P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UCS/SW Only/MITF | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | | 1 | 2 | 4 |
| ELA | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 | | 1 | 2 | 3 |
| OEM | 2 | 3 | 2 | 4 | 3 | 3 | 4 | 4 | 5 | | 11 | 16 | 16 |
| NX | 7 | 7 | 8 | 9 | 8 | 10 | 10 | 11 | 12 | | 31 | 41 | 46 |
| Total Nodes | 9 | 10 | 11 | 14 | 13 | 14 | 14 | 16 | 18 | | 44 | 60 | 68 |

### Nodes Mix



| | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q1'18F | Q2'18F | Q3'18F | Q4'18F | | FY17A | FY18F | FY18P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UCS/SW Only/MITF | 1% | 1% | 1% | 5% | 9% | 4% | 2% | 2% | 2% | | 2% | 3% | 5% |
| ELA | 1% | 1% | 4% | 3% | 2% | 1% | 2% | 4% | 5% | | 2% | 3% | 4% |
| OEM | 24% | 28% | 22% | 27% | 25% | 24% | 27% | 27% | 27% | | 25% | 26% | 24% |
| NX | 74% | 70% | 73% | 65% | 65% | 72% | 69% | 68% | 67% | | 70% | 67% | 67% |

### Nodes Install Base (K)



| | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q1'18F | Q2'18F | Q3'18F | Q4'18F |
|---|---|---|---|---|---|---|---|---|---|
| UCS/SW Only/MITF | 0 | 1 | 1 | 1 | 2 | 2 | 3 | 3 | 3 |
| ELA | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 3 | 4 |
| OEM | 10 | 13 | 15 | 17 | 21 | 21 | 24 | 29 | 33 |
| NX | 41 | 48 | 54 | 61 | 69 | 72 | 79 | 90 | 102 |
| Total | 52 | 62 | 71 | 82 | 94 | 96 | 109 | 124 | 142 |

### Install Base Mix

| | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q1'18F | Q2'18F | Q3'18F | Q4'18F |
|---|---|---|---|---|---|---|---|---|---|
| UCS/SW Only/MITF | 1% | 1% | 1% | 2% | 2% | 2% | 2% | 2% | 2% |
| ELA | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 3% |
| OEM | 19% | 20% | 21% | 21% | 22% | 22% | 22% | 23% | 23% |
| NX | 78% | 77% | 77% | 75% | 74% | 75% | 73% | 72% | 72% |

# FY'18 Headcount



## Gross Hires and Terms by Quarter

| Function | FY'17 End HC | Q1'18A Hires | Q1'18A Terms | Q1'18A End HC | Q2'18F Hires | Q2'18F Terms | Q2'18F End HC | Q3'18F Hires | Q3'18F Terms | Q3'18F End HC | Q4'18F Hires | Q4'18F Terms | Q4'18F End HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Operations | 27 | 3 | 1 | 29 | 6 | 1 | 34 | 4 | 1 | 37 | 6 | 1 | 42 |
| Product Support | 282 | 42 | 11 | 313 | 79 | 3 | 389 | 60 | 3 | 446 | 63 | 3 | 506 |
| GSO - COGS | 76 | 5 | 1 | 80 | 19 | 2 | 97 | 10 | 2 | 105 | 10 | 2 | 113 |
| Sales | 1,254 | 155 | 54 | 1,355 | 264 | 50 | 1,569 | 205 | 50 | 1,724 | 181 | 50 | 1,855 |
| Marketing | 108 | 21 | 4 | 125 | 5 | 3 | 127 | 11 | 3 | 135 | 12 | 3 | 144 |
| GSO - OPEX | 29 | 1 | 4 | 26 | 17 | 1 | 42 | 3 | 1 | 44 | 3 | 1 | 46 |
| R&D | 823 | 58 | 26 | 855 | 121 | 11 | 965 | 66 | 11 | 1,020 | 63 | 12 | 1,071 |
| G&A | 214 | 30 | 18 | 226 | 47 | 6 | 267 | 22 | 6 | 283 | 20 | 6 | 297 |
| Total Headcount | 2,813 | 315 | 119 | 3,009 | 558 | 77 | 3,490 | 381 | 77 | 3,794 | 358 | 78 | 4,074 |

## Functional Headcount adds per Quarter

| Function | Q1'18A Hires | Q1'18A Terms | Q1'18A Adds | Q2'18F Hires | Q2'18F Terms | Q2'18F Adds | Q3'18F Hires | Q3'18F Terms | Q3'18F Adds | Q4'18F Hires | Q4'18F Terms | Q4'18F Adds |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Operations | 3 | 1 | 2 | 6 | 1 | 5 | 4 | 1 | 3 | 6 | 1 | 5 |
| Product Support | 42 | 11 | 31 | 79 | 3 | 76 | 60 | 3 | 57 | 63 | 3 | 60 |
| GSO - COGS | 5 | 1 | 4 | 19 | 2 | 17 | 10 | 2 | 8 | 10 | 2 | 8 |
| Sales | 155 | 54 | 101 | 264 | 50 | 214 | 205 | 50 | 155 | 181 | 50 | 131 |
| Marketing | 21 | 4 | 17 | 5 | 3 | 2 | 11 | 3 | 8 | 12 | 3 | 9 |
| GSO - OPEX | 1 | 4 | -3 | 17 | 1 | 16 | 3 | 1 | 2 | 3 | 1 | 2 |
| R&D | 58 | 26 | 32 | 121 | 11 | 110 | 66 | 11 | 55 | 63 | 12 | 51 |
| G&A | 30 | 18 | 12 | 47 | 6 | 41 | 22 | 6 | 16 | 20 | 6 | 14 |
| Total NTNX | 315 | 119 | 196 | 558 | 77 | 481 | 381 | 77 | 304 | 358 | 78 | 280 |

# OCF & FCF Trends





**ESPP Contributions Impact on OCF/FCF:**

- ESPP contribution are withheld on a quarterly basis which raises OCF
- In fiscal quarters Q1 & Q3 of each fiscal year (every 6 months), cash is applied for the ESPP shares purchases
- The ESPP impact on OCF/FCF is the Net of the "Cash withheld for ESPP" less "Cash applied for ESPP shares" in the given quarters

$ millions

|  | Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18* | Q2'18F | Q3'18F | Q4'18F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCF | ($6) | $4 | $2 | $2 | $4 | $20 | ($16) | $6 | $10 | $46 | $30 | ($1) | $29 |
| FCF | ($15) | ($6) | ($11) | ($7) | ($8) | $7 | ($29) | ($6) | ($8) | $32 | $11 | ($23) | $10 |
| Net Cash withheld for ESPP |  |  |  |  | $3 | $10 | $7 | $11 | $9 | $12 | $10 | $10 | $10 |
| Cash applied for ESPP |  |  |  |  | - | - | ($17) | - | ($17) |  |  | ($20) |  |
| ESPP Impact | - | - | - | - | $3 | $10 | ($10) | $11 | ($8) | $12 | $10 | ($10) | $10 |
| OCF (ex ESPP) | ($6) | $4 | $2 | $2 | $1 | $10 | ($6) | ($5) | $19 | $34 | $20 | $9 | $19 |
| FCF (ex ESPP) | ($15) | ($6) | ($11) | ($7) | ($11) | ($3) | ($20) | ($17) | $1 | $20 | $1 | ($13) | ($0) |

*Apprx. $12M impact from Kirin pre-payment

# Balance Sheet Forecast



| Balance Sheet ($M) | Q1-17 Actual | Q2-17 Actual | Q3-17 Actual | Q4-17 Actual | Q1-18 Actual | Q2-18 Forecast | Q3-18 Forecast | Q4-18 Forecast |
|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | |
| Current assets: | | | | | | | | |
| Cash and cash equivalents | 225 | 226 | 201 | 138 | 132 | 140 | 143 | 155 |
| Available-for-sale securities - short-term | 122 | 129 | 150 | 211 | 233 | 233 | 233 | 233 |
| Total cash | 347 | 355 | 350 | 349 | 366 | 373 | 377 | 389 |
| Accounts receivable, net | 148 | 151 | 170 | 179 | 172 | 168 | 178 | 201 |
| Prepaid expenses & other current assets | 31 | 34 | 64 | 52 | 55 | 58 | 62 | 67 |
| Total current assets | 526 | 541 | 584 | 580 | 593 | 599 | 617 | 656 |
| Property and equipment, net | 46 | 52 | 54 | 58 | 68 | 73 | 80 | 84 |
| Other assets | 89 | 91 | 94 | 100 | 104 | 104 | 104 | 104 |
| **Total Assets** | **661** | **683** | **732** | **738** | **765** | **777** | **801** | **844** |
| | | | | | | | | |
| **LIABILITIES AND SHAREHOLDER EQUITY** | | | | | | | | |
| Current liabilities: | | | | | | | | |
| Accounts payable | 57 | 65 | 84 | 74 | 69 | 61 | 54 | 46 |
| Accrued compensation and benefits | 28 | 37 | 57 | 58 | 50 | 64 | 55 | 72 |
| Deferred revenue | 128 | 140 | 155 | 170 | 191 | 204 | 227 | 251 |
| Other current liabilities | 7 | 7 | 9 | 10 | 9 | 12 | 13 | 13 |
| Total current liabilities | 220 | 249 | 305 | 311 | 319 | 342 | 348 | 382 |
| Warrant liability | - | - | - | - | - | - | - | - |
| Stock comp liability | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 |
| Other non-current liabilities | 7 | 8 | 9 | 10 | 11 | 11 | 11 | 11 |
| Long-term deferred revenue | 148 | 164 | 177 | 199 | 218 | 239 | 265 | 293 |
| Total noncurrent liabilities | 157 | 174 | 187 | 210 | 229 | 250 | 277 | 304 |
| Shareholders' equity: | | | | | | | | |
| Additional paid-in capital | 776 | 829 | 904 | 948 | 1,009 | 1,009 | 1,034 | 1,034 |
| Accumulated deficit | (492) | (568) | (665) | (731) | (792) | (824) | (857) | (876) |
| Total equity | 284 | 261 | 240 | 217 | 217 | 185 | 177 | 158 |
| **Total Liabilities and Shareholder Equity** | **661** | **683** | **732** | **738** | **765** | **777** | **801** | **844** |

# Cash Flow Forecast



| Statement of Cash Flows ($M) | Q1-17 Actual | Q2-17 Actual | Q3-17 Actual | Q4-17 Actual | Q1-18 Actual | Q2-18 Forecast | Q3-18 Forecast | Q4-18 Forecast |
|---|---|---|---|---|---|---|---|---|
| **Cash flows from operating activities:** | | | | | | | | |
| **Net Income - Non-GAAP** | (50) | (24) | (46) | (28) | (26) | (32) | (33) | (19) |
| Other | 25 | 1 | (0) | 2 | 0 | | | |
| Depreciation and amortization | 9 | 10 | 10 | 10 | 11 | 13 | 15 | 16 |
| **Change in Working Capital Items** | | | | | | | | |
| Accounts receivable, net | (36) | (4) | (19) | (9) | 7 | 4 | (10) | (23) |
| Inventories | - | - | - | - | - | - | - | - |
| Prepaid expenses and other assets | 1 | (4) | (27) | 14 | (0) | (3) | (4) | (5) |
| Accounts payable | 5 | 6 | 21 | (11) | (7) | (8) | (7) | (8) |
| Accrued liabilities | (1) | 6 | 17 | (9) | (16) | 17 | (9) | 18 |
| Deferred revenue | 51 | 28 | 28 | 37 | 40 | 35 | 49 | 52 |
| **Net cash provided (used) in operating activities** | **4** | **20** | **(16)** | **6** | **10** | **26** | **1** | **32** |
| **Cash flows from investing activities:** | | | | | | | | |
| Capital expenditures | (12) | (13) | (13) | (12) | (18) | (18) | (22) | (20) |
| Acquisitions | (0) | - | - | - | - | - | - | - |
| Purchases of available-for-sale securities | (87) | (30) | (39) | (61) | (23) | - | - | - |
| Maturities of short term investments | 52 | 22 | 18 | - | - | - | - | - |
| **Net cash provided (used) in investing activities** | **(48)** | **(21)** | **(34)** | **(74)** | **(41)** | **(18)** | **(22)** | **(20)** |
| **Cash flows from financing activities:** | | | | | | | | |
| Issuances of preferred and common stock | 2 | 1 | 24 | 6 | 25 | - | 25 | - |
| Proceeds/(retirement) of debt | (84) | - | - | - | - | - | - | - |
| Other | 252 | 1 | 0 | (0) | (0) | - | - | - |
| **Net cash (used) provided by financing activities** | **170** | **1** | **24** | **6** | **25** | **-** | **25** | **-** |
| **Net increase (decrease) in cash and cash equivalents** | 126 | 1 | (25) | (62) | (6) | 7 | 3 | 12 |
| Beginning Cash & Cash Equivalents | 99 | 225 | 226 | 201 | 138 | 132 | 140 | 143 |
| Ending Cash & Cash Equivalents | 225 | 226 | 201 | 138 | 132 | 140 | 143 | 155 |
| Short Term Investments | **122** | **129** | **150** | **211** | **233** | **233** | **233** | **233** |
| **Ending Cash, Cash Equivalents & ST Investments** | **347** | **355** | **350** | **349** | **366** | **373** | **377** | **389** |
| **Net increase (decrease) in Cash, cash equivalents & ST Investments** | **162** | **8** | **(5)** | **(1)** | **17** | **7** | **3** | **12** |

# Bookings







*FY18 w/Out MITF across all charts

# Bookings Mix



**Bookings Mix %**

■ Hardware (COGS)    ■ Software and Support

| | Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q2'18F | Q3'18F | Q4'18F | FY16A | FY17A | FY18F | FY18P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Software and Support | 80% | 80% | 80% | 81% | 79% | 76% | 74% | 74% | 74% | 78% | 78% | 84% | 91% | 80% | 75% | 82% | 80% |
| Hardware (COGS) | 20% | 20% | 20% | 19% | 21% | 24% | 26% | 26% | 26% | 22% | 22% | 16% | 9% | 20% | 25% | 18% | 20% |

*FY18 w/MITF across all charts

# Bookings Mix



**Bookings Mix %**

■ Hardware   ■ Support   ■ Software

| | Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q2'18F | Q3'18F | Q4'18F | FY16A | FY17A | FY18F | FY18P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Software | 46% | 47% | 42% | 43% | 45% | 44% | 43% | 45% | 47% | 45% | 48% | 52% | 57% | 44% | 44% | 50% | 49% |
| Support | 34% | 33% | 38% | 38% | 34% | 32% | 31% | 29% | 27% | 33% | 30% | 32% | 34% | 36% | 31% | 32% | 30% |
| Hardware | 20% | 20% | 20% | 19% | 21% | 24% | 26% | 26% | 26% | 22% | 22% | 16% | 9% | 20% | 25% | 18% | 20% |

*FY18 w/MITF across all charts

# Billings








*FY18 w/MITF across all charts

# Billings Mix





# Billings Mix





# Revenue







*FY18 w/MITF across all charts

# Revenue Mix



Revenue Mix %

- ■ Hardware (COGS)    ■ Software and Support

| | Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q2'18F | Q3'18F | Q4'18F | FY16A | FY17A | FY18F | FY18P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Software and Support | 74% | 75% | 75% | 75% | 74% | 72% | 71% | 71% | 74% | 72% | 76% | 82% | 90% | 75% | 72% | 80% | 77% |
| Hardware (COGS) | 26% | 25% | 25% | 25% | 26% | 28% | 29% | 29% | 26% | 28% | 24% | 18% | 10% | 25% | 28% | 20% | 23% |

*FY18 w/MITF across all charts

# Revenue Mix



**Revenue Mix %**

■ Hardware    ■ Support    ■ Software

| | Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q2'18F | Q3'18F | Q4'18F | FY16A | FY17A | FY18F | FY18P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Software | 58% | 58% | 57% | 56% | 55% | 51% | 49% | 51% | 53% | 50% | 54% | 59% | 66% | 57% | 51% | 57% | 56% |
| Support | 16% | 18% | 19% | 18% | 19% | 21% | 22% | 20% | 21% | 22% | 22% | 22% | 25% | 18% | 20% | 22% | 22% |
| Hardware | 26% | 25% | 25% | 25% | 26% | 28% | 29% | 29% | 26% | 28% | 24% | 18% | 10% | 25% | 28% | 20% | 23% |

*FY18 w/MITF across all charts

# EXHIBIT 9

# Produced in Native

CONFIDENTIAL

NTNX-0013454

**Q3'17**

| Function | Voluntary | Involuntary | Total Q3'17 Terminations | % of Terminations |
|---|---|---|---|---|
| Total | 31 | 26 | 57 | 100.0% |

**Q4'17**

| Function | Voluntary | Involuntary | Total Q4'17 Terminations | % of Terminations |
|---|---|---|---|---|
| Total | 72 | 27 | 99 | 100.0% |

**Q1'18**

| Function | Voluntary | Involuntary | Total Q1'18 Terminations | % of Terminations |
|---|---|---|---|---|
| Total | 95 | 24 | 119 | 100.0% |

**Q2'18**

| Function | Voluntary | Involuntary | Total Q2'18 Terminations | % of Terminations |
|---|---|---|---|---|
| Total | 87 | 21 | 108 | 100.0% |

**Q3'18**

| Function | Voluntary | Involuntary | Total Q3'18 Terminations | % of Terminations |
|---|---|---|---|---|
| Operations | 2 | 1 | 3 | 3.1% |
| Product Support | 10 | | 10 | 10.2% |
| Professional Services | 4 | 1 | 5 | 5.1% |
| Sales | 30 | 16 | 46 | 46.9% |
| Marketing | 2 | | 2 | 2.0% |
| R&D | 21 | 3 | 24 | 24.5% |
| G&A | 5 | 3 | 8 | 8.2% |
| Total | 74 | 24 | 98 | 100.0% |

**Q4'18**

| Function | Voluntary | Involuntary | Total Q4'18 Terminations | % of Terminations |
|---|---|---|---|---|
| Operations | | 1 | 1 | 1.8% |
| Product Support | 8 | | 8 | 14.5% |
| Professional Services | | | 0 | 0.0% |
| Sales | 22 | 10 | 32 | 58.2% |
| Marketing | | | 0 | 0.0% |
| R&D | 6 | | 6 | 10.9% |

| | | | | |
|---|---|---|---|---|
| G&A | 4 | 4 | 8 | 14.5% |
| **Total** | **40** | **15** | **55** | 100.0% |

**Weekly Q4'17 View**

| Function | Week 1 5/5/17 | Week 2 5/12/17 | Week 3 5/19/17 | Week 4 5/26/17 | Week 5 6/2/17 | Week 6 6/9/17 | Week 7 6/16/17 | Week 8 6/23/17 | Week 9 6/30/17 | Week 10 7/7/17 | Week 11 7/14/17 | Week 12 7/21/17 | Week 13 7/28/17 | Week 13 7/31/17 | QTR Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 12 | 9 | 6 | 3 | 12 | 2 | 5 | 9 | 6 | 9 | 6 | 9 | 4 | 7 | 99 |
| Cumulative | | 21 | 27 | 30 | 42 | 44 | 49 | 58 | 64 | 73 | 79 | 88 | 92 | 99 | |

**Weekly Q1'18 View**

| Function | Week 1 8/4/17 | Week 2 8/11/17 | Week 3 8/18/17 | Week 4 8/25/17 | Week 5 9/1/17 | Week 6 9/8/17 | Week 7 9/15/17 | Week 8 9/22/17 | Week 9 9/29/17 | Week 10 10/6/17 | Week 11 10/13/17 | Week 12 10/20/17 | Week 13 10/27/17 | Week 14 10/31/17 | QTR Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 10 | 4 | 8 | 7 | 7 | 3 | 6 | 13 | 8 | 25 | 13 | 2 | 5 | 8 | 119 |
| Cumulative | | 14 | 22 | 29 | 36 | 39 | 45 | 58 | 66 | 91 | 104 | 106 | 111 | 119 | |

**Weekly Q2'18 View**

| Function | Week 1 11/3/17 | Week 2 11/10/17 | Week 3 11/17/17 | Week 4 11/24/17 | Week 5 12/1/17 | Week 6 12/8/17 | Week 7 12/15/17 | Week 8 12/22/17 | Week 9 12/29/17 | Week 10 1/5/18 | Week 11 1/12/18 | Week 12 1/19/18 | Week 13 1/26/18 | Week 14 1/31/18 | QTR Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 12 | 7 | 14 | 2 | 11 | 1 | 7 | 3 | 5 | 16 | 8 | 6 | 4 | 12 | 108 |
| Cumulative | | 19 | 33 | 35 | 46 | 47 | 54 | 57 | 62 | 78 | 86 | 92 | 96 | 108 | |

**Weekly Q3'18 View**

| Function | Week 1 2/2/18 | Week 2 2/9/18 | Week 3 2/16/18 | Week 4 2/23/18 | Week 5 3/2/18 | Week 6 3/9/18 | Week 7 3/16/18 | Week 8 3/23/18 | Week 9 3/30/18 | Week 10 4/6/18 | Week 11 4/13/18 | Week 12 4/20/18 | Week 13 4/27/18 | Week 14 4/30/18 | QTR Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 12 | 8 | 13 | 8 | 7 | 2 | 6 | 7 | 11 | 11 | 4 | 2 | 6 | 1 | 98 |
| Cumulative | | 20 | 33 | 41 | 48 | 50 | 56 | 63 | 74 | 85 | 89 | 91 | 97 | 98 | |

**Weekly Q4'18 View**

| Function | Week 1 5/4/18 | Week 2 5/11/18 | Week 3 5/18/18 | Week 4 5/25/18 | Week 5 6/1/18 | Week 6 6/8/18 | Week 7 6/15/18 | Week 8 6/22/18 | Week 9 6/29/18 | Week 10 | Week 11 | Week 12 | Week 13 | Week 14 | Q4'18 QTD Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Operations | | | | | | | | 1 | | | | | | | 1 |
| Product Support | 1 | 1 | 1 | 2 | | | 2 | 1 | | | | | | | 8 |
| Professional Services | | | | | | | | | | | | | | | 0 |
| Sales | 7 | 5 | 5 | 1 | 4 | 5 | 1 | 2 | 2 | | | | | | 32 |
| Marketing | | | | | | | | | | | | | | | 0 |
| R&D | 2 | | 3 | | | | | | 1 | | | | | | 6 |
| G&A | 1 | | 1 | | 2 | | 3 | | 1 | | | | | | 8 |
| **Total** | **11** | **6** | **10** | **3** | **6** | **5** | **6** | **4** | **4** | **0** | **0** | **0** | **0** | **0** | **55** |
| **Cumulative** | | 17 | 27 | 30 | 36 | 41 | 47 | 51 | 55 | 55 | 55 | 55 | 55 | 55 | |

**Q4'18 Terminations**

| Emp ID | Function | Cost Center | First Name | Last Name | Business Title | Involuntary | Term Week |
|---|---|---|---|---|---|---|---|
| 1963 | R&D | Engineering - India | | | Software Development Engineer 3 | No | 1 |
| 1768 | G&A | IT - India | | | Network Engineer 3 | No | 1 |
| 387 | R&D | Platform Engineering | | | Software Development Engineer 6 | No | 1 |
| 4730 | Product Support | Product Support | | | Systems Reliability Engineer | No | 1 |
| 5134 | Sales | Sales - Australia | | | Sales Acct Mgr - Direct - New Accounts 5 | Yes | 1 |
| 3143 | Sales | Sales - Dell OEM - China | | | Dell Alliance Manager, Greater China | No | 1 |
| 3525 | Sales | Sales - US Commercial | | | Account Manager | No | 1 |
| 4030 | Sales | Sales - US Commercial | | | Commercial Account Manager | Yes | 1 |
| 4196 | Sales | Sales - US Commercial | | | VP of Sales, Americas West | Yes | 1 |
| 764 | Sales | Sales - US Commercial | | | Account Manager | No | 1 |
| 1480 | Sales | Sales - US Commercial | | | Account Manager, Georgia | Yes | 1 |
| 1744 | Product Support | Product Support - India | | | Technical Support Engineer 2 | No | 2 |
| 4577 | Sales | Sales - Canada | | | Enterprise Account Manager | No | 2 |
| 1714 | Sales | Sales - China | | | Sr. Systems Engineer | No | 2 |
| 5366 | Sales | Sales - Korea | | | Systems Engineer | No | 2 |
| 3955 | Sales | Sales - US Commercial | | | Inside Account Executive | No | 2 |
| 1442 | Sales | Sales - UK | | | Territory Account Manager | Yes | 2 |
| 1969 | Sales | Channels - US | | | Sr. Director, Service Providers | Yes | 3 |
| 1285 | R&D | Engineering | | | Software Development Engineer 2 | No | 3 |
| 1340 | R&D | Engineering | | | Software Development Engineer 2 | No | 3 |
| 5729 | R&D | Engineering | | | Program Manager -Technical Enablement | No | 3 |
| 4633 | G&A | HR | | | Compensation Programs Manager | Yes | 3 |
| 4124 | Product Support | Product Support | | | Systems Reliability Engineer | No | 3 |
| 917 | Sales | Sales - China | | | Sr. Territory Account Manager | No | 3 |
| 309 | Sales | Sales - Singapore | | | Territory Account Manager | No | 3 |
| 2751 | Sales | Sales - US Commercial | | | Account Manager | Yes | 3 |
| 3103 | Sales | Sales - US Commercial | | | Account Manager | No | 3 |
| 532 | Product Support | Product Support | | | Sr. Systems Reliability Engineer | No | 4 |
| 3372 | Product Support | Product Support - India | | | Systems Reliability Engineer | No | 4 |
| 5578 | Sales | Sales - US Commercial | | | Sales Development Representative | Yes | 4 |
| 4766 | G&A | Accounting | | | Senior Tax Analyst | Yes | 5 |
| 2130 | G&A | IT - Business Systems | | | OEM Business Analyst - CRM | No | 5 |
| 1267 | Sales | Sales - Canada | | | Territory Account Manager | No | 5 |
| 3125 | Sales | Sales - Germany | | | Account Manager - Central Germany | Yes | 5 |
| 2997 | Sales | Sales - US Commercial | | | Account Development Representative | No | 5 |
| 650 | Sales | Sales - US Commercial | | | Sales Acct Mgr - Direct - New Accounts 4 | No | 5 |
| 2405 | | Sales - Japan | | | Global Account Manager 5 | No | |
| | Sales | | | | | | 6 |
| 4775 | Sales | Sales - Singapore | | | Sales Development Representative | No | 6 |
| 3195 | | Sales - Spain | | | Territory Account Manager | Yes | |
| | Sales | | | | | | 6 |
| 4169 | Sales | Sales - US Commercial | | | Inside Sales Representative | No | 6 |
| 569 | Sales | Sales - US Commercial | | | Inside Account Executive | No | 6 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1116 | G&A | HR |  | Sr. Manager, Talent and Organizational Development | Yes | 7 |
| 3161 | Product Support | Product Support | | Executive Assistant | No | 7 |
| 79 | Product Support | Product Support | | Technical Support Engineer 4 | No | 7 |
| 682 | G&A | Recruiting | | Talent Acquisition Professional 3 | Yes | 7 |
| 3787 | Sales | Sales - Philippines | | Territory Account Manager | No | 7 Contractor |
| 4773 | G&A | HR | | Chief Human Resources Officer | No | 7 |
| 3444 | Operations | Operations | | Director of Supply Base Management | Yes | 8 |
| 2087 | Product Support | Product Support | | Systems Reliability Engineer | No | 8 |
| 3611 | Sales | Sales - Dell OEM | | Sr. Systems Engineer, Partner | No | 8 |
| 1922 | Sales | Sales Operations - India | | Channel Operations Analyst | No | 8 |
| 907 | G&A | IT - Business Systems | | Sr. SaaS Developer | No | 9 |
| 5435 | R&D | Netsil - India | | Sr. Member of Technical Staff | No | 9 |
| 3682 | | Sales - UK | | Senior Systems Engineer | No | |
| | Sales | | | | | 9 |
| 5557 | Sales | Sales - US Commercial | | Sales Consultant | No | 9 |

**Q3'18 Terminations**

| Function | Cost Center | First Name | Last Name | Business Title | Involuntary | Term Week |
|---|---|---|---|---|---|---|
| G&A | Accounting | | | Technical Accounting and SEC Reporting Manager | No | 1 |
| R&D | Engineering | | | Software Development Engineer 4 | No | 1 |
| R&D | Engineering | | | Technical Writer 2 | No | 1 |
| R&D | Engineering - Seattle | | | Software Development Engineering Mgmt 6 | No | 1 |
| Product Support | Product Support | | | Systems Reliability Engineer | No | 1 |
| Sales | Sales - Australia | | | Managing Director Australia & New Zealand | Yes | 1 |
| Sales | Sales - Italy | | | Account Development Representative | No | 1 |
| Sales | Sales - UK | | | Enterprise Sales Director | Yes | 1 |
| Sales | Sales - US Commercial | | | New York/New Jersey Sales Director | No | 1 |
| Sales | Sales - US Commercial | | | Sr. Systems Engineer | No | 1 |
| Sales | Sales - US Commercial | | | Systems Engineer | No | 1 |
| Sales | Sales - US Commercial | | | Systems Architect, Major Accounts | Yes | 1 |
| G&A | Finance | | | Financial Analyst | No | 2 |
| R&D | Quality Assurance | | | QA Engineer 1 | Yes | 2 **Rehired |
| R&D | Quality Assurance - India | | | Member of Technical Staff | No | 2 |
| Sales | Sales - Lenovo HK | | | Sr. Systems Engineer - Lenovo APAC | No | 2 |
| Sales | Sales - US Commercial | | | Account Manager | Yes | 2 |
| Sales | Sales - US Commercial | | | Sr. Systems Engineer | No | 2 |
| Sales | Sales - US SLED | | | Systems Engineering, SLED TOLA | Yes | 2 |
| Sales | Sales - US Commercial | | | Regional Sales Director | Yes | 2 |
| Sales | Channels - Korea | | | Sr. Channel Systems Engineer | No | 3 |
| R&D | Engineering - Seattle | | | Software Development Engineer 4 | Yes | 3 |
| G&A | IT - India | | | IT Client Service Support Engineer | Yes | 3 |
| R&D | Product Engineering | | | Software Development Engineer 4 | No | 3 |
| Product Support | Product Support | | | Systems Reliability Engineer | No | 3 |
| Product Support | Product Support - India | | | Systems Reliability Engineer | No | 3 |
| R&D | Quality Assurance - India | | | Member of Technical Staff | No | 3 |
| Sales | Sales - UK | | | Territory Account Manager | Yes | 3 |
| Sales | Sales - US Commercial | | | Account Manager | No | 3 |
| Sales | Sales - US Commercial | | | Account Development Representative | No | 3 |
| Sales | Sales - US Commercial | | | Inside Account Executive | No | 3 |
| Sales | Sales - US Commercial | | | Commercial Account Manager | Yes | 3 |
| Sales | Sales - US Commercial | | | Commercial Account Manager | Yes | 3 |
| Sales | Business Development | | | Director of New Business Sales | No | 4 |
| Professional Services | Consulting COS - Resident | | | Consultant | No | 4 |
| R&D | Engineering | | | Member of Technical Staff | No | 4 |
| R&D | Engineering - India | | | Software Engineer (Systems) 4 | No | 4 |
| G&A | Facilities - India | | | Facility Manager | No | 4 |
| R&D | Quality Assurance | | | Software QA Engineer 3 | No | 4 |
| Sales | Sales - US Commercial | | | Systems Engineer | Yes | 4 |
| Sales | Sales - US Commercial | | | Account Manager | Yes | 4 LATE TERM |
| R&D | Engineering | | | Head of Engineering Strategy & Operations | Yes | 5 |
| G&A | IT | | | IT Deskside Support Technician | No | 5 |
| Marketing | Marketing | | | Manager, Strategic Alliances Marketing | No | 5 |
| Sales | Sales - China | | | Inside Sales Representative | No | 5 |
| Sales | Sales - Japan | | | Director, System Engineering - Japan | No | 5 |
| Sales | Sales - US Commercial | | | Account Manager | No | 5 |
| Sales | Sales - US SLED | | | SLED Territory Account Manager | No | 5 |
| Sales | Business Development | | | Sr. Director of Technology Alliances | No | 6 |
| Product Support | Product Support | | | Systems Reliability Engineer | No | 6 |
| R&D | Engineering | | | Software Development Engineer 5 | No | 7 |
| R&D | Product Engineering | | | Manufacturing Engineer  3 | No | 7 |
| Product Support | Product Support | | | Technical Support Engineer 2 | No | 7 |
| Sales | Sales - US Commercial | | | Telemarketing/Lead Development Rep 3 | No | 7 |

| | | | | |
|---|---|---|---|---|
| Sales | Sales - US Commercial | Apps/Sys Engineer 5 - Pre-Sales - Sales Plan | No | 7 |
| Professional Services | Services Operations - COS | Consulting Services Executive 7 | Yes | 7 |
| Product Support | Product Support | Sr. Systems Reliability Engineer | No | 8 |
| Product Support | Product Support | Systems Reliability Engineer | No | 8 |
| Product Support | Product Support | Technical Support Engineer 3 | No | 8 |
| G&A | Recruiting - UK | Recruiter | Yes | 8 |
| Sales | Sales - Canada | Sr. Systems Engineer | No | 8 |
| Sales | Sales - Germany | Sr Regional Sales Director, Central Europe and Emerging Markets | Yes | 8 |
| Sales | Sales - US Commercial | Account Manager | Yes | 8 |
| Sales | Business Development | Alliance Specialist | No | 9 Netsil |
| Sales | Channels - China | Channel Sales Manager | No | 9 |
| R&D | Engineering | Principal Product Manager | No | 9 |
| R&D | Engineering Enablement - India | Manager, Technical Enablement | No | 9 |
| R&D | Engineering - India | Software Development Engineer 3 | No | 9 |
| R&D | Engineering - India | Director, Engineering | No | 9 |
| G&A | IT | Project (Admin) Mgr 5 | Yes | 9 |
| Marketing | Marketing - UK | Sr. Marketing Director EMEA | No | 9 |
| Sales | Sales - Lenovo China | Sales Acct Mgr - OEM/VAR 4 | No | 9 |
| Sales | Sales - US Commercial | Inside Account Executive | No | 9 |
| Professional Services | TAM - COS | Director of Support Operations | No | 9 |
| Professional Services | Consulting - S&M | Sr. Manager of Advisory Services -- West | No | 10 |
| R&D | Engineering | VP, Engineering | No | 10 |
| G&A | IT | IT Systems Engineer | No | 10 |
| Operations | Operations | Sr. Logistics Manager | No | 10 |
| Operations | Operations - Netherlands | Logistics Analyst 3 | Yes | 10 |
| Sales | Sales - Germany | Regional Sales Manager | Yes | 10 |
| Sales | Sales - Japan | Key Account Manager Service Providers | No | 10 |
| Sales | Sales - Japan | Sr. Systems Engineer | No | 10 |
| Sales | Sales Operations - Netherlands | Business Operations Analyst | Yes | 10 |
| Sales | Sales - US Commercial | Sr. Systems Engineer | No | 10 |
| Sales | Sales - US Commercial | Account Manager | No | 10 |
| Professional Services | Education - COS | Sr. Manager, Education Delivery & Authorized Training Centers | No | 11 |
| R&D | Engineering | Staff Engineer | No | 11 |
| R&D | Engineering - India | Member of Technical Staff | No | 11 |
| Operations | Operations | Sr. Staff Commodity Manager | No | 11 |
| R&D | Engineering | Software Development Engineer 5 | No | 12 |
| Sales | Sales - US Commercial | Global Account Manager 5 | Yes | 12 |
| R&D | Engineering - India | Software QA Engineer 3 | No | 13 |
| Product Support | Product Support | Senior Systems Reliability Engineer | No | 13 |
| Product Support | Product Support - India | Systems Reliability Engineer | No | 13 |
| Sales | Sales - Indonesia | Territory Account Manager - Indonesia | No | 13 |
| Sales | Sales - Turkey | Senior Sales Manager – Turkey & EE | No | 13 |
| Sales | Sales - US Commercial | Account Manager | No | 13 |
| R&D | Engineering - Seattle | Software Development Engineering Mgmt 4 | No | 14 |

**Q2'18 Terminations**

| Function | Cost Center | First Name | Last Name | Business Title | Involuntary | Term Week |
|---|---|---|---|---|---|---|
| R&D | Engineering | | | Software Development Engineering Mgmt 4 | No | 1 |
| R&D | Engineering | | | Member of Technical Staff | No | 1 |
| Marketing | Marketing | | | Director, Demand Generation Programs | No | 1 |
| R&D | Product Management | | | Director, Product Management | Yes | 1 |
| G&A | Recruiting | | | Sourcer | No | 1 |
| Sales | Sales - Canada | | | Montreal Account Manager | No | 1 |
| Sales | Sales - Mexico | | | Country Manager, Mexico | Yes | 1 |
| Sales | Sales - UK | | | Sr. Systems Engineer | No | 1 |
| Sales | Sales - US Commercial | | | Global Account Manager | No | 1 |
| Sales | Sales - US Commercial | | | Territory Account Manager | Yes | 1 |
| R&D | Solutions Eng - New Zealand | | | Senior Solutions Architect | No | 1 |
| Sales | Sales - Canada | | | Sr. Systems Engineer | No | 1 |
| R&D | Engineering | | | Member of Technical Staff | No | 2 |
| Sales | Sales - Italy | | | Territory Account Manager | No | 2 |
| Sales | Sales - US Commercial | | | Account Manager | No | 2 |
| Sales | Sales - US Commercial | | | Sr. Systems Engineer | No | 2 |
| Sales | Sales - US Commercial | | | Territory Account Manager | Yes | 2 |
| Sales | Sales - US Commercial | | | Sr. Systems Engineer | No | 2 |
| Sales | Sales - UK | | | Sales Development Representative | Yes | 2 |
| G&A | Accounting | | | Sr. Revenue Analyst | No | 3 |
| Professional Services | Consulting COS - Australia | | | Professional Services Consultant  4 | No | 3 |
| G&A | IT | | | IT Systems Engineer | No | 3 |
| G&A | IT - Business Systems | | | Business Analyst | Yes | 3 |
| Product Support | Product Support - India | | | Systems Reliability Engineer | No | 3 |
| Sales | Sales - Germany | | | Sr. Sales Manager, Eastern Europe | Yes | 3 |
| Sales | Sales SI – UK | | | GSI Business Development Manager | Yes | 3 |
| Sales | Sales - US Commercial | | | Sr Systems Engineer | No | 3 |
| Sales | Sales - US Commercial | | | Houston Account Manager | No | 3 |
| Sales | Sales - US Commercial | | | Account Manager | Yes | 3 |
| Sales | Sales - US Commercial | | | Sr. Pre-Sales Systems Engineer | No | 3 |
| Sales | Sales - US Commercial | | | Territory Sales Manager | No | 3 |
| Professional Services | TAM - COS | | | Manager, TRM Services | No | 3 |
| Sales | Sales - Belgium | | | Territory Account Manager | Yes | 3 |
| R&D | Engineering | | | Staff Engineer | No | 4 |
| Sales | Sales - US Federal | | | Account Manager | No | 4 |
| R&D | Engineering | | | Member of Technical Staff | No | 5 |
| R&D | Engineering | | | Member of Technical Staff | No | 5 |
| G&A | G&A - Netherlands | | | Controller 5 | No | 5 |
| Marketing | Marketing | | | Global Marketing Programs Manager | No | 5 |
| G&A | Recruiting | | | Talent Acquisition Coordinator | No | 5 |
| Sales | Sales - Austria | | | Territory Account Manager | Yes | 5 |
| Sales | Sales - US Commercial | | | Account Manager | No | 5 |
| Sales | Sales - US Commercial | | | New York Enterprise Account Manager | No | 5 |

| | | | | |
|---|---|---|---|---|
| Sales | Sales - US Commercial | Enterprise Account Manager | Yes | 5 |
| Sales | Sales - US Commercial | Mountain Region Director | Yes | 5 |
| Marketing | Marketing | Sr. Field Marketing Manager | No | 5 |
| Sales | Sales - Hong Kong | Sr. Systems Engineer | No | 6 |
| R&D | Engineering | Director of Engineering | Yes | 7 |
| R&D | Engineering | Software Development Engineer 3 | No | 7 |
| Marketing | Marketing | Marketing Mgmt  5 | No | 7 |
| Sales | Sales - Australia | Sr Systems Engineer | No | 7 |
| Sales | Sales - Korea | Sr. Manager, System Engineering - Korea | No | 7 |
| Sales | Sales - UK | Sr Manager, Inside Sales | Yes | 7 |
| Sales | Sales - US Federal | Federal Account Manager - DoD | No | 7 |
| Marketing | Marketing | Marketing Specialist 3 | No | 8 |
| R&D | Platform Engineering | Software Development Engineer 5 | No | 8 |
| Sales | Sales - US Commercial | Account Manager | No | 8 |
| Sales | Channels - UK | Sr. Systems Engineer | No | 9 |
| R&D | Quality Assurance - India | Member of Technical Staff | No | 9 |
| Sales | Sales - Israel | Inside Sales Representative | No | 9 |
| Sales | Sales - Korea | Territory Account Manager | No | 9 |
| Sales | Sales - US Commercial | Senior Systems Engineer | No | 9 |
| R&D | Engineering | Software Development Engineering Mgmt 4 | No | 10 |
| R&D | Engineering - India | Member of Technical Staff | No | 10 |
| R&D | Engineering - India | Program Manager | No | 10 |
| R&D | Product Engineering | Sr. Program Manager | No | 10 |
| Product Support | Product Support | Technical Support Engineer 3 | No | 10 |
| Product Support | Product Support - Netherlands | Director, EMEA Support | No | 10 |
| Sales | Sales - Australia | Account Development Representative | No | 10 |
| Sales | Sales - China | Territory Account Manager | No | 10 |
| Sales | Sales - Dell OEM | Sr. Account Manager, OEM Federal | No | 10 |
| Sales | Sales - Germany | Apps/Sys Engineer 4 - Pre-Sales - Sales Plan | No | 10 |
| Sales | Sales - Italy | Sr. Systems Engineer | No | 10 |
| Sales | Sales - US Commercial | Director, Inside Sales | Yes | 10 |
| Sales | Sales - US Commercial | Global Account Manager | No | 10 |
| Sales | Sales - US Commercial | Orange County - Account Manager | No | 10 |
| Sales | Sales - US Commercial | Systems Engineer - Orange County | No | 10 |
| Sales | Sales - US Commercial | Account Development Representative | Yes | 10 |
| Product Support | Product Support | Senior Systems Reliability Engineer | No | 11 |
| Product Support | Product Support - India | Systems Reliability Engineer | No | 11 |
| Product Support | Product Support - India | Systems Reliability Engineer | Yes | 11 |
| Sales | Sales - India | Senior Systems Engineering | No | 11 |
| Sales | Sales - Malaysia | Sr. Systems Engineer, Malaysia | No | 11 |
| Sales | Sales - US Commercial | Territory Account Manager | No | 11 |
| Sales | Sales - US Commercial | Sr. Systems Engineer | No | 11 |
| Sales | Sales - US Federal | Inside Account Executive | No | 11 |
| R&D | Engineering | Software Development Engineer 3 | No | 12 |
| R&D | Engineering | Software Development Engineer 3 | No | 12 |
| R&D | Engineering - India | Sr. Designer | No | 12 |
| R&D | Engineering - India | Development Engineering Exec | No | 12 |

| | | | | | |
|---|---|---|---|---|---|
| Product Support | Product Support |  | Sr. Systems Reliability Engineer | No | 12 |
| Sales | Sales - US Commercial | | Territory Account Manager | No | 12 |
| R&D | Engineering - India | | Software Development Engineer 6 | No | 13 |
| Product Support | Product Support | | Technical Support Engineer 3 | No | 13 |
| Product Support | Product Support | | Systems Reliability Engineer | No | 13 |
| Product Support | Product Support - India | | Technical Support Engineer 3 | No | 13 |
| Sales | Channels - Belgium | | Channel Sales Manager, Belux | No | 14 |
| G&A | HR | | Compensation/HRIT Analyst | No | 14 |
| G&A | IT | | Network Engineer 4 | Yes | 14 |
| Marketing | Marketing | | Field Marketing Manager | No | 14 |
| G&A | Recruiting - Netherlands | | Recruiter | No | 14 |
| Sales | Sales - Australia | | Territory Account Manager Telstra | Yes | 14 |
| Sales | Sales - Australia | | Territory Account Manager | Yes | 14 |
| Sales | Sales - Dell OEM - Germany | | Dell Alliance Channel Manager, DACH | No | 14 |
| Sales | Sales - Germany | | Sr. Systems Engineer | No | 14 |
| Sales | Sales - Germany | | Territory Manager Bavaria | No | 14 |
| Sales | Sales - Germany | | Enterprise Account Manager | No | 14 |
| Sales | Sales - India | | Territory Account Manager | No | 14 |

**Q1'18 Terminations**

| Function | Cost Center | First Name | Last Name | Business Title | Involuntary | Term Week |
|---|---|---|---|---|---|---|
| R&D | Engineering - India | | | Software Dev Engineer 3 / MTS4 | No | 1 |
| G&A | IT | | | Business Process Analyst 4 | Yes | 1 |
| G&A | IT | | | Client Platform Engineer | No | 1 |
| G&A | IT - Business Systems | | | Salesforce Administrator | No | 1 |
| G&A | IT - Business Systems | | | Business Systems Analyst  2 | No | 1 **rehired |
| Marketing | Marketing | | | Sr. Manager, Channel Marketing | No | 1 |
| R&D | Quality Assurance | | | Member of Technical Staff | No | 1 |
| Sales | Sales - US Commercial | | | Account Manager | No | 1 |
| Sales | Sales - US Commercial | | | SLED Territory Account Manager | Yes | 1 |
| Product Support | Product Support - India | | | Sr. System Reliability Engineer | No | 1 |
| R&D | Engineering - India | | | Member of Technical Staff | No | 2 |
| | Quality Assurance - India | | | Member of Technical Staff | No | |
| R&D | | | | | | 2 |
| G&A | Recruiting | | | Recruiter | No | 2 |
| Sales | Sales SI - US | | | Sr. Manager of System Integrator Alliances | No | 2 |
| G&A | Accounting | | | Tax Manager | No | 3 |
| R&D | Engineering | | | Software Dev Engineer 4 / Sr. MTS | No | 3 |
| R&D | Engineering | | | Software Development Engineering Mgmt 5 | No | 3 |
| R&D | Engineering - India | | | Member of Technical Staff | No | 3 |
| G&A | Facilities - HQ | | | Facilities Coordinator - Shipping & Receiving | Yes | 3 |
| Sales | Sales Enablement - US | | | Sales Force Effectiveness Professional 5 | No | 3 |
| Sales | Sales - US Commercial | | | Global Account Manager | No | 3 |
| Sales | Sales - Spain | | | Territory Account Manager | Yes | 3 **This was a 7/28/17 |
| G&A | IT | | | Client Platform Engineer | No | 4 **rehired |
| Marketing | Marketing | | | Channel Marketing Specialist  4 | No | 4 |
| R&D | Product Management | | | Director, Product Management | No | 4 |
| Sales | Sales Enablement - US | | | Sr. Program Manager, Sales Training & Enablement | No | 4 |
| Sales | Sales - France | | | Sales Account Manager - Finance | Yes | 4 |
| Sales | Sales - Lenovo | | | Sr. Director of Sales -- Lenovo OEM | Yes | 4 |
| Sales | Sales - US Commercial | | | Sr. Global Alliances Systems Engineer | No | 4 |
| Sales | Channels - Singapore | | | Channel Sales Manager ASEAN | No | 5 |
| | Quality Assurance - India | | | Manager, Engineering | No | |
| R&D | | | | | | 5 |
| Sales | Sales - China | | | Territory Account Manager | No | 5 |
| Sales | Sales - Netherlands | | | Account Development Rep | No | 5 |
| Sales | Sales - US Commercial | | | Inside Account Executive | Yes | 5 |
| Sales | Sales - US Commercial | | | Account Development Representative | No | 5 |
| | Services Operations - | | | Sr. Manager, Partner Programs | No | |
| Professional Services | S&M | | | | | 5 |
| Product Support | Product Support | | | Sr. Systems Reliability Engineer | No | 6 |
| Sales | Sales - Canada | | | Sr. Systems Engineer - Quebec | No | 6 |
| Sales | Sales - UK | | | Account Development Representative | No | 6 |
| Sales | Business Development | | | Manager, Alliances Engineering | Yes | 7 |
| R&D | Engineering - India | | | Executive Assistant | No | 7 |
| G&A | HR | | | Global Travel Program Manager | No | 7 |
| R&D | Product Management | | | Sr. Director, Product Management | No | 7 |
| Sales | Sales - US Commercial | | | Territory Account Manager - Minnesota | No | 7 |

| | | | | | |
|---|---|---|---|---|---|
| Sales | Sales - US Commercial | | Account Manager | No | 7 |
| G&A | Accounting | | Sr. Tax Analyst | No | 8 |
| Sales | Channels - Japan | | Head of OEM/Channel | No | 8 |
| Professional Services | Consulting - COS | | Professional Services Consultant  4 | No | 8 |
| R&D | Engineering | | Software Development Engineer 2 | No | 8 |
| R&D | Engineering | | Member of Technical Staff | No | 8 |
| G&A | IT | | Sr. Director, IT | No | 8 |
| G&A | IT | | Director, Global Data Center Operations | Yes | 8 |
| Marketing | Marketing | | Sr. Director, Corporate Communications & Business Operations | No | 8 |
| G&A | Recruiting - Ops | | Immigration & Relocation Program Manager | No | 8 |
| Sales | Sales - France | | Account Development Representative | Yes | 8 |
| Sales | Sales - Indonesia | | Regional Sales Manager, Indonesia | No | 8 |
| Sales | Sales - UK | | Sales Development Representative | No | 8 |
| Sales | Sales - US Commercial | | SVP Sales, Americas & EMEA | Yes | 8 |
| Professional Services | Education - R&D | | Technical Course Developer 2 | Yes | 9 |
| Professional Services | Education R&D - India | | Instructional Designer | Yes | 9 |
| Professional Services | Education R&D - India | | Instructional Designer | Yes | 9 |
| R&D | Engineering | | Sr. Director, Engineering | No | 9 |
| R&D | Engineering - India | | Software Development Engineer 3 | No | 9 |
| Sales | Sales Operations | | Channel Operations Associate | No | 9 |
| Sales | Sales Operations | | OEM Orders Analyst | No | 9 |
| Sales | Sales - US Commercial | | Sr. Systems Engineer | No | 9 |
| Sales | Channels - Australia | | Channel Manager, Australia and New Zealand | No | 10 |
| Sales | Channels - US | | VP of Worldwide Channels | Yes | 10 |
| R&D | Engineering | | Software Development Engineer 5 | No | 10 **was rehired |
| R&D | Engineering | | Software Development Engineer 1 | No | 10 |
| R&D | Engineering | | VP, Products and Engineering | No | 10 |
| R&D | Engineering | | Software Development Engineer 6 | No | 10 |
| R&D | Engineering - India | | Software Development Engineer 1 | No | 10 |
| G&A | IT - Netherlands | | IT Deskside Services Technician | Yes | 10 |
| R&D | Product Engineering | | Sr. Product Engineer | No | 10 |
| Product Support | Product Support | | Systems Reliability Engineer | No | 10 |
| Product Support | Product Support | | Sr. Systems Reliability Engineer | No | 10 |
| Product Support | Product Support | | Manager of Support Business Operations | No | 10 |
| Product Support | Product Support | | Senior Systems Reliability Engineer | No | 10 |
| Product Support | Product Support - Netherlands | | Systems Reliability Engineer | No | 10 |
| Product Support | Product Support - Netherlands | | Staff Systems Reliability Engineer | No | 10 |
| Sales | Sales - Denmark | | Country Strategic Account Manager - Channel | No | 10 |
| Sales | Sales - Hong Kong | | Sr. Systems Engineer | No | 10 |
| Sales | Sales - Netherlands | | Sr. Systems Engineer | Yes | 10 |
| Sales | Sales - Netherlands | | Systems Engineer | Yes | 10 |
| Sales | Sales - Singapore | | Sales Development Representative | No | 10 |
| Sales | Sales - UK | | Territory Account Manager | No | 10 |
| Sales | Sales - UK | | Manager, Sales Public Sector | Yes | 10 |
| Sales | Sales - US Commercial | | Sr. Systems Engineer | No | 10 |
| Sales | Sales - US Commercial | | Sr. Systems Engineer | No | 10 |
| Sales | Sales - US Commercial | | Sr. Systems Engineer | No | 10 |

| | | | | | |
|---|---|---|---|---|---|
| R&D | Engineering | | Software Development Engineer 5 | No | 11 |
| R&D | Engineering | | Staff Core Performance Engineer | No | 11 |
| R&D | Engineering | | Software Development Engineer 5 | No | 11 |
| R&D | Engineering Xi | | Member of Technical Staff | No | 11 |
| G&A | Facilities - Seattle | | Facilities Manager | No | 11 |
| G&A | HR | | Employee Relations/Shared Services Rep  5 | No | 11 |
| Product Support | Product Support | | Systems Reliability Engineer | No | 11 |
| Product Support | Product Support - India | | Systems Reliability Engineer | No | 11 |
| Sales | Sales - Belgium | | Sr. Systems Engineer | No | 11 |
| Sales | Sales SI - India | | Field Sales Mgmt - Direct 4 | No | 11 |
| Sales | Sales - US Commercial | | Account Development Representative | No | 11 |
| Sales | Sales - US Commercial | | Sales Development Representative | No | 11 |
| Operations | Operations | | Director of Supply Base Management | No | 11 |
| G&A | Recruiting | | Recruiter | No | 12 |
| Sales | Sales - US Commercial | | Healthcare-Account Manager | No | 12 |
| G&A | Finance | | Sr. Finance Manager, Corp FP&A | No | 13 |
| Marketing | Marketing | | Community Specialist | No | 13 |
| Sales | Sales - UK | | Territory Account Manager | Yes | 13 |
| Sales | Sales - UK | | Systems Engineer | Yes | 13 |
| Sales | Sales - UK | | Territory Account Manager | Yes | 13 |
| | Channels - Netherlands | | Sr. Systems Engineer | Yes | |
| Sales | | | | | 14 |
| R&D | Engineering - India | | Software Development Engineering Mgmt 4 | No | 14 |
| Product Support | Product Support | | Customer Service Advocate | No | 14 |
| Sales | Sales - India | | Sr. Systems Engineer | No | 14 |
| Sales | Sales - Sweden | | Regional Sales Manager, Sweden | No | 14 |
| Sales | Sales - UK | | Apps/Sys Engineering Mgmt 5 - Pre&Post Sales - Sales Plan | Yes | 14 |
| Sales | Sales - US Commercial | | Philadelphia Account Manager | No | 14 |
| Sales | Sales - US Commercial | | Service Provider Offering Development Manager | No | 14 |

**Q4'17 Terminations**

| Function | Cost Center | First Name | Last Name | Business Title | Involuntary | Term Week |
|---|---|---|---|---|---|---|
| G&A | HR | | | Manager, Compensation | Yes | 1 |
| Marketing | Marketing | | | Sr. Solution Technical Manager | No | 1 |
| Product Support | Product Support - Australia | | | Technical Support Mgmt 6 | No | 1 |
| Sales | Sales - Australia | | | Territory Account Manager | No | 1 |
| Sales | Sales - OEM | | | OEM Operations Manager | No | 1 |
| Sales | Sales - UK | | | Territory Account Manager | Yes | 1 |
| Sales | Sales - US Commercial | | | Territory Account Manager - Ohio Valley | Yes | 1 |
| Sales | Sales - US Commercial | | | Utah Account Manager | No | 1 |
| Sales | Sales - US Commercial | | | Account Manager | No | 1 |
| Sales | Sales - US Commercial | | | Territory Account Manager | No | 1 |
| Sales | Sales - US Commercial | | | Account Development Representative | Yes | 1 |
| Sales | Sales - UK | | | Snr Director Global Accounts EMEA | Yes | 1 |
| G&A | Legal | | | Chief Legal Officer | No | 2 |
| G&A | IT | | | Information Systems Mgmt 4 | Yes | 2 |
| G&A | IT | | | Client Services Support Engineer | No | 2 |
| Sales | Sales - China | | | Inside Sales Representative | No | 2 |
| Sales | Sales - US Commercial | | | Major Accounts Manager - Phoenix | No | 2 |
| Sales | Sales - US Commercial | | | Account Manager | Yes | 2 |
| Sales | Sales - US Commercial | | | Account Development Representative | No | 2 |
| Sales | Sales - UAE | | | Director Strategic Accounts & Business Development Middle East | Yes | 2 |
| Sales | Sales - US Commercial | | | Enterprise Solutions Architect | No | 2 |
| G&A | Accounting | | | Payroll Analyst | No | 3 |
| Professional Services | Education - COS | | | Technical Trainer | No | 3 |
| R&D | Engineering | | | Software Dev Engineer 2 / MTS3 | No | 3 |
| Sales | Sales - Belgium | | | Country Manager, BeLux | No | 3 |
| Sales | Sales Enablement - US | | | Instructional Designer & Developer | Yes | 3 |
| Sales | Sales SI - India | | | Manager Partner Technical Services | No | 3 |
| Marketing | Marketing - Canada | | | Community Marketing Specialist | No | 4 |
| R&D | Quality Assurance - India | | | Member of Technical Staff | No | 4 |
| Sales | Sales - US Commercial | | | Specialist Systems Engineer | Yes | 4 |
| G&A | Legal | | | Associate General Counsel, Global Employment Law | No | 5 |
| Product Support | Product Support | | | Systems Reliability Engineer | No | 5 |
| Sales | Sales - Germany | | | Sr. Systems Engineer | No | 5 |
| Sales | Sales - Germany | | | Field Sales Mgmt - Direct 4 | No | 5 |
| Sales | Sales - Japan | | | Inside Sales Representative | No | 5 |
| Sales | Sales Operations | | | Sr. Manager, Channel Operations | No | 5 |
| Sales | Sales - US Commercial | | | Vice President of Global Accounts | Yes | 5 |
| Sales | Sales - US Commercial | | | Service Provider Sales Representative – Dallas | Yes | 5 |
| Sales | Channels - US | | | Southeast Regional Sales Manager, Service Provider | Yes | 5 |
| Professional Services | Consulting - COS | | | Professional Services Consultant  4 | Yes | 5 |
| Marketing | Marketing | | | Chief Marketing Officer | No | 5 |
| R&D | Quality Assurance | | | Member of Technical Staff | Yes | 5 |
| G&A | Facilities - HQ | | | Facilities Planning, Design and Construction Manager | Yes | 6 |
| Sales | Sales - US Commercial | | | Territory Account Manager | No | 6 |
| R&D | Engineering | | | Software Dev Engineer 4 / Sr. MTS | No | 7 |
| Marketing | Marketing | | | Senior Services Marketing Manager | No | 7 |
| Product Support | Product Support | | | Sr. Manager, Worldwide Support | Yes | 7 |
| Sales | Sales - New Zealand | | | Territory Account Manager | No | 7 |
| Sales | Sales - US Commercial | | | SLED Territory Account Manager | No | 7 |
| Professional Services | Consulting - COS | | | Project/Program (Admin) Mgmt 4 | No | 8 |
| Professional Services | Consulting - COS | | | Technical Project Manager | No | 8 |
| Marketing | Marketing | | | Art Director | No | 8 |
| Product Support | Product Support - India | | | Systems Reliability Engineer | No | 8 |
| Sales | Sales Operations | | | Sr. Deal Desk Analyst | Yes | 8 |

| | | | | | |
|---|---|---|---|---|---|
| Sales | Sales Operations | | Sr. Manager, Global Order Management | Yes | 8 |
| Sales | Sales - US Commercial | | Sr. Director, Sales Services | No | 8 |
| Sales | Sales Operations | | Director of Global Channel and OEM Operations | Yes | 8 |
| Sales | Sales - France | | Territory Account Manager | Yes | 8 |
| Professional Services | Consulting S&M - UK | | Manager, Advisory Services EMEA | No | 9 |
| G&A | HR - Netherlands | | Sr. International Compensation and Benefits Analyst | No | 9 |
| G&A | HR - Netherlands | | Director, Human Resources – EMEA | No | 9 |
| G&A | IT | | Client Services Manager | Yes | 9 |
| G&A | Recruiting - UAE | | Sr. Recruiting Manager / EMEA, APAC | Yes | 9 |
| Sales | Sales - US Commercial | | Global Technical Sales Enablement | No | 9 |
| G&A | HR | | Human Resources Business Partner Representative | No | 10 |
| Operations | Operations | | Sr. Fulfillment Manager | No | 10 |
| R&D | Product Engineering | | Manufacturing Engineer  3 | No | 10 |
| R&D | Quality Assurance | | Software QA Engineer 3 / MTS4 | No | 10 |
| G&A | Recruiting - Ops - UAE | | HR Operations Representative | No | 10 |
| Sales | Sales - Canada | | Inside Sales Representative | No | 10 |
| Sales | Sales - France | | Inside Account Executive | No | 10 |
| Sales | Sales - Hong Kong | | Country Manager - Hong Kong | No | 10 |
| Sales | Sales - US Commercial | | Orange County Account Manager | No | 10 |
| R&D | Engineering - India | | Software Dev Engineer 2 / MTS3 | No | 11 |
| Marketing | Marketing | | Sr. Channel Marketing Manager | No | 11 |
| Sales | Sales - US Commercial | | Sr. Systems Engineer | No | 11 |
| Sales | Sales - US Commercial | | Sr. Systems Engineer | No | 11 |
| Sales | Sales - UK | | Territory Account Manager | No | 11 |
| Sales | Sales - US Commercial | | Account Manager | Yes | 11 |
| R&D | Engineering - India | | Software QA Engineering Mgmt  4 | No | 12 |
| R&D | Quality Assurance | | Software Dev Engineer 4 / Sr. MTS | No | 12 |
| R&D | Quality Assurance - India | | Member of Technical Staff | No | 12 |
| G&A | Recruiting - India | | Sourcer | No | 12 |
| Sales | Sales - France | | Systems Engineer | Yes | 12 |
| Sales | Sales - US Commercial | | Territory Account Manager | No | 12 |
| Sales | Sales - US Commercial | | Account Development Representative | Yes | 12 - Termed in Workday on 3/28/17 but reported on 7/24/17 (counting as Q4 term) |
| Product Support | Product Support | | Technical Support Engineer 3 | No | 12 |
| R&D | Quality Assurance | | Member of Technical Staff | No | 12 |
| Marketing | Marketing | | Director, Marketing Operations | No | 13 |
| R&D | Quality Assurance - India | | Member of Technical Staff | No | 13 |
| Sales | Sales - Brazil | | Sr. Systems Engineer | No | 13 |
| Sales | Sales - US Commercial | | Account Development Representative | No | 13 |
| Sales | Channels - Japan | | Channel Account Manager | No | 14 |
| R&D | Engineering - India | | Member of Technical Staff | No | 14 |
| Sales | Sales - Canada | | Account Manager | No | 14 |
| Sales | Sales - France | | Sr. Systems Engineer | Yes | 14 |
| Sales | Sales - Italy | | Territory Account Manager | No | 14 |
| Sales | Sales - Japan | | Managing Director, Japan | No | 14 |
| Sales | Sales - UK | | Sr. Systems Engineer | No | 14 |

**Q3'17 Terminations**

| Function | Cost Center | First Name | Last Name | Business Title | Involuntary |
|---|---|---|---|---|---|
| Operations | Operations | | | Sr. Manager, Global Logistics | No |
| Operations | Operations | | | Sr. Manager, Commodity Management | No |
| Product Support | Product Support | | | Systems Reliability Engineer | Yes |
| Product Support | Product Support | | | Customer Service Advocate | Yes |
| Product Support | Product Support | | | Systems Reliability Engineer | No |
| Professional Services | Consulting - COS | | | Senior Project Manager | No |
| Sales | Business Development | | | Sr. Director of Technical Alliances | No |
| Sales | Channels - China | | | Channel Sales Manager | No |
| Sales | Channels - Spain | | | Channel Sales Manager | Yes |
| Sales | Sales - Australia | | | Australia Territory Manager | Yes |
| Sales | Sales - Australia | | | Sr. Systems Engineer | Yes |
| Sales | Sales - Australia | | | Territory Account Manager | Yes |
| Sales | Sales - Germany | | | Sr. Systems Engineer | Yes |
| Sales | Sales - Germany | | | Account Development Representative | No |
| Sales | Sales - India | | | GSI Alliance Sales Representative | No |
| Sales | Sales - Japan | | | Director of Enterprise Sales, Japan | No |
| Sales | Sales - Malaysia | | | Territory Account Manager | Yes |
| Sales | Sales - Netherlands | | | Sr. Systems Engineer | Yes |
| Sales | Sales - Netherlands | | | Sr. Systems Engineer | No |
| Sales | Sales - Netherlands | | | Regional Sales Manager, Netherlands | No |
| Sales | Sales - Singapore | | | Director, Strategic Accounts | No |
| Sales | Sales - UK | | | Sr. Manager - UK Enterprise Accounts | No |
| Sales | Sales - US Commercial | | | Mid Atlantic Regional Sales Manager, Service Provider | Yes |
| Sales | Sales - US Commercial | | | Account Manager | Yes |
| Sales | Sales - US Commercial | | | SLED Territory Account Manager - Southwest | Yes |
| Sales | Sales - US Commercial | | | Account Manager | Yes |
| Sales | Sales - US Commercial | | | Regional Sales Manager, Service Provider | Yes |
| Sales | Sales - US Commercial | | | Service Provider Sales Representative – North East | Yes |
| Sales | Sales - US Commercial | | | Account Manager | No |
| Sales | Sales - US Commercial | | | Account Development Representative | No |
| Sales | Sales - US Commercial | | | Sr. Systems Engineer | No |
| Sales | Sales - US Commercial | | | Territory Account Manager | No |
| Sales | Sales - US Commercial | | | Inside Sales Representative | No |
| Sales | Sales Operations - Netherlands | | | Administrative Assistant - EMEA Sales | Yes |
| Sales | Sales SI - US | | | Sr. Manager of System Integrator Alliances | Yes |
| Marketing | Marketing | | | Director, Internal Communications | Yes |
| Marketing | Marketing | | | Marketing Manager, Global Programs | Yes |

| | | | | |
|---|---|---|---|---|
| Marketing | Marketing - Singapore | | Field Marketing Manager, ASEAN | No |
| R&D | Engineering Xi | | Member of Technical Staff | No |
| R&D | Engineering Xi | | Member of Technical Staff | No |
| R&D | Product Engineering | | Sr. Product Engineer | No |
| R&D | Quality Assurance | | Staff Engineer | No |
| R&D | Quality Assurance - India | | Member of Technical Staff | No |
| R&D | Quality Assurance - Thailand | | Member of Technical Staff | Yes |
| R&D | R&D - Admin | | Executive Assistant | Yes |
| G&A | Recruiting | | Sr Director, Recruiting | No |
| G&A | Recruiting - Hong Kong | | Recruiter/Sourcer | Yes |
| G&A | Recruiting - India | | Sourcer | No |
| G&A | Accounting | | Director, SEC Reporting | No |
| G&A | Finance | | Senior FP&A Financial Analyst | No |
| G&A | HR | | HRIT Analyst | Yes |
| G&A | HR | | Human Resources Representative | No |
| G&A | HR | | L&D Program Manager | No |
| G&A | HR | | Chief People Officer | No |
| G&A | IT | | Sr. Security Engineer | Yes |
| G&A | IT | | Sr. Security Engineer | Yes |
| G&A | IT | | IT Engineer | Yes |

# EXHIBIT 10

**To:** Duston Williams[duston.williams@nutanix.com]; Kenneth Long[kenneth@nutanix.com]; Kevin Lenahan[klenahan@nutanix.com]; Vicki Racz[vicki@nutanix.com]; Janet Park [janet@nutanix.com]; Deborah Matsuoka[deborah.matsuoka@nutanix.com]; Natasha Hoady[natasha.hoady@nutanix.com]; Maureen Bruckner[maureen.bruckne@nutanix.com]; Omar Munoz[omar@nutanix.com]; Lynette Estrada[lynette.estrada@nutanix.com]; Manjunath Nagarathnachari[manjunath.nagarathna@nutanix.com]; Rukmini Sivaraman [rukmini.sivaraman@nutanix.com]; Julie O'Brien[julie.obrien@nutanix.com]; Vanessa Camozzi[vanessa@nutanix.com]; Jeff Yuille[jeff.yuille@nutanix.com]; Diana Anderl [diana.anderl@nutanix.com]
**Cc:** Kyle Bridgeman[kyle@nutanix.com]; Fp_A[fp_a@nutanix.com]; Mike Macalintal[mike.macalintal@nutanix.com]; Wendy M. Pfeiffer[wendy@nutanix.com]; Priya Roche [priya.roche@nutanix.com]; Michael King[michael.king@nutanix.com]; Mike O'Farrell[michael.ofarrel@nutanix.com]; Vidya Ramakrishnan [C][vidya.ramakrishnan@nutanix.com]; Hema Look[hema.look@nutanix.com]; Ashlee Duran[ashlee.duran@nutanix.com]; Jenna Leong[jenna.leong@nutanix.com]; Sonali Bhattacharya[sonali.bhattacharya@nutanix.com]
**From:** Ajay Mehta[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2305AFA1925947969990F44409798F42-AJAY MEHTA]
**Sent:** Thur 5/3/2018 1:48:36 PM Pacific Daylight Time
**Subject:** Weekly H/C Report as of 4/30/18
**Attachment:** Nutanix Weekly HC Tracker_4-30-18_FINAL.xlsx

---

**High level summary below:**

- Current Onboard + Offers = 3709 (2 lower than last report)

- 22 heads on boarded since last report (12 Sales, 6 Engineering, 3 Quality Assurance, 1 Marketing)

- 1 Termination (Engineering)

- 1 INTL Contractor hired (Sales), increasing to 35 contractors

- 1 Transfer from Exec & Admin to Sales

- 9 Transfers from Professional Services to Marketing

- 2 Transfers from Engineering to Professional Services

CONFIDENTIAL

NTNX-0056452

| Weekly Headcount Report | | | | | | | | | | | Q3'18 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q3'18 Hiring Plan | Current H/C A |
| Operations | 18 | 21 | 22 | 21 | 25 | 28 | 27 | 27 | 29 | 30 | 32 | 27 |
| WW Product Support | 95 | 119 | 151 | 175 | 223 | 247 | 257 | 282 | 313 | 339 | 434 | 375 |
| Total COS | 113 | 140 | 173 | 196 | 248 | 275 | 284 | 309 | 342 | 369 | 466 | 402 |
| | | | | | | | | | | | | |
| Professional Services | 49 | 62 | 57 | 65 | 83 | 97 | 100 | 105 | 106 | 107 | 181 | 144 |
| | | | | | | | | | | | | |
| Sales | 617 | 724 | 815 | 884 | 1025 | 1127 | 1193 | 1254 | 1355 | 1462 | 1777 | 1654 |
| Marketing | 63 | 66 | 72 | 77 | 92 | 99 | 106 | 108 | 125 | 131 | 162 | 172 |
| Total Sales & Marketing | 680 | 790 | 887 | 961 | 1117 | 1226 | 1299 | 1362 | 1480 | 1593 | 1939 | 1826 |
| | | | | | | | | | | | | |
| Product Management | 15 | 17 | 23 | 24 | 26 | 27 | 28 | 30 | 28 | 30 | 35 | 33 |
| Product Engineering | 9 | 11 | 12 | 13 | 17 | 20 | 20 | 21 | 22 | 21 | 25 | 25 |
| Saas Engg | 12 | 14 | 32 | 37 | 27 | 31 | 33 | 35 | 37 | 44 | 59 | 53 |
| Engineering | 363 | 402 | 450 | 512 | 651 | 676 | 702 | 737 | 768 | 825 | 980 | 962 |
| R&D | 399 | 444 | 517 | 586 | 721 | 754 | 783 | 823 | 855 | 920 | 1099 | 1073 |
| | | | | | | | | | 237 | | | |
| G&A | 127 | 153 | 164 | 172 | 188 | 207 | 206 | 214 | 226 | 244 | 283 | 264 |
| Total Nutanix | 1368 | 1589 | 1798 | 1980 | 2357 | 2559 | 2672 | 2813 | 3009 | 3233 | 3968 | 3709 |

Totals including PS below (for External Reporting):

| | Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q3'18 Hiring Plan | Current H/C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Ops/Mfg COS | 18 | 21 | 22 | 21 | 25 | 28 | 27 | 27 | 29 | 30 | 32 | 27 |
| Total Support COS | 118 | 147 | 190 | 221 | 280 | 314 | 326 | 358 | 393 | 420 | 571 | 498 |
| Total Support + Services | 136 | 168 | 212 | 242 | 305 | 342 | 353 | 385 | 422 | 450 | 603 | 525 |
| Total S&M | 686 | 798 | 894 | 968 | 1127 | 1239 | 1314 | 1375 | 1493 | 1606 | 1964 | 1839 |
| Total R&D | 419 | 470 | 528 | 598 | 737 | 771 | 799 | 839 | 868 | 933 | 1118 | 1081 |
| Total G&A | 127 | 153 | 164 | 172 | 188 | 207 | 206 | 214 | 226 | 244 | 283 | 264 |
| Total Nutanix | 1368 | 1589 | 1798 | 1980 | 2357 | 2559 | 2672 | 2813 | 3009 | 3233 | 3968 | 3709 |

NTNX-0056453

# EXHIBIT 11

**To:** Duston Williams[duston.williams@nutanix.com]; Kenneth Long[kenneth@nutanix.com]; Kevin Lenahan[klenahan@nutanix.com]; Vicki Racz[vicki@nutanix.com]; Janet Park [janet@nutanix.com]; Deborah Matsuoka[deborah.matsuoka@nutanix.com]; Natasha Hoady[natasha.hoady@nutanix.com]; Maureen Bruckner[maureen.bruckne@nutanix.com]; Omar Munoz[omar@nutanix.com]; Lynette Estrada[lynette.estrada@nutanix.com]; Manjunath Nagarathnachari[manjunath.nagarathna@nutanix.com]; Rukmini Sivaraman [rukmini.sivaraman@nutanix.com]; Julie O'Brien[julie.obrien@nutanix.com]; Vanessa Camozzi[vanessa@nutanix.com]; Jeff Yuille[jeff.yuille@nutanix.com]; Diana Anderl [diana.anderl@nutanix.com]; Ashlee Duran[ashlee.duran@nutanix.com]
**Cc:** Kyle Bridgeman[kyle@nutanix.com]; Fp_A[fp_a@nutanix.com]; Mike Macalintal[mike.macalintal@nutanix.com]; Wendy M. Pfeiffer[wendy@nutanix.com]; Priya Roche [priya.roche@nutanix.com]; Michael King[michael.king@nutanix.com]; Mike O'Farrell[michael.ofarrel@nutanix.com]; Hema Look[hema.look@nutanix.com]; Ashlee Duran [ashlee.duran@nutanix.com]; Jenna Leong[jenna.leong@nutanix.com]; Sonali Bhattacharya[sonali.bhattacharya@nutanix.com]; Daniel Yang[daniel.yang@nutanix.com]; Elena Khramova[elena.khramova@nutanix.com]; Lisa Purcell[lisa.purcell@nutanix.com]
**From:** Ajay Mehta[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2305AFA1925947969990F44409798F42-AJAY MEHTA]
**Sent:** Fri 8/3/2018 1:24:37 PM Pacific Daylight Time
**Subject:** Weekly H/C Report as of 7/31/18
**Attachment:** Nutanix Weekly HC Tracker_7-31-18.xlsx

**High level summary below:**

Current Onboard + Committed + Offers Accepted = 4006 (27 lower than last week's report)

38 heads on boarded since last report (18 Sales, 11 Engineering, 7 Product Support, 1 Accounting, 1 Professional Services)

14 Terminations (12 Sales, 1 Engineering, 1 Professional Services)

1 Sales Contractor termed, reducing to 39

1 Transfer from Professional Services to Product Support

### Weekly Headcount Report

| | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 Hiring Plan (Gross) | Current H/C | Offers Accepted + | Committed + | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Operations | 25 | 28 | 27 | 27 | 29 | 30 | 27 | 29 | 28 | 0 | 0 | |
| WW Product Support | 223 | 247 | 257 | 282 | 313 | 339 | 375 | 450 | 434 | 0 | 0 | |
| **Total COS** | **248** | **275** | **284** | **309** | **342** | **369** | **402** | **479** | **462** | **0** | **0** | |
| **Professional Services** | **83** | **97** | **100** | **105** | **106** | **107** | **144** | **175** | **147** | **0** | **0** | |
| Sales | 1025 | 1127 | 1193 | 1254 | 1355 | 1462 | 1654 | 1885 | 1756 | 0 | 0 | |
| Marketing | 92 | 99 | 106 | 108 | 125 | 131 | 172 | 184 | 183 | 0 | 0 | |
| **Total Sales & Marketing** | **1117** | **1226** | **1299** | **1362** | **1480** | **1593** | **1826** | **2069** | **1939** | **0** | **0** | |
| Product Management | 26 | 27 | 28 | 30 | 28 | 30 | 33 | 34 | 36 | 0 | 0 | |
| Product Engineering | 17 | 20 | 20 | 21 | 22 | 21 | 25 | 26 | 26 | 0 | 0 | |
| Saas Engg | 27 | 31 | 33 | 35 | 37 | 44 | 53 | 58 | 56 | 0 | 0 | |
| Engineering | 651 | 676 | 702 | 737 | 768 | 825 | 962 | 1103 | 1065 | 0 | 0 | |
| **R&D** | **721** | **754** | **783** | **823** | **855** | **920** | **1073** | **1221** | **1183** | **0** | **0** | |
| | | | | 237 | | | | | | | | |
| **G&A** | **188** | **207** | **206** | **214** | **226** | **244** | **264** | **292** | **275** | **0** | **0** | |
| Total Nutanix | 2357 | 2559 | 2672 | 2813 | 3009 | 3233 | 3709 | 4236 | 4006 | 0 | 0 | |

Totals including PS below (for External Reporting):

| | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 Hiring Plan (Gross) | Current H/C | Offers Accepted + | Committed + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Ops/Mfg COS | 25 | 28 | 27 | 27 | 29 | 30 | 27 | 29 | 28 | 0 | 0 |
| Total Support COS | 280 | 314 | 326 | 358 | 393 | 420 | 498 | 599 | 560 | 0 | 0 |
| Total Support + Services | 305 | 342 | 353 | 385 | 422 | 450 | 525 | 628 | 588 | 0 | 0 |
| Total S&M | 1127 | 1239 | 1314 | 1375 | 1493 | 1606 | 1839 | 2083 | 1950 | 0 | 0 |
| Total R&D | 737 | 771 | 799 | 839 | 868 | 933 | 1081 | 1233 | 1193 | 0 | 0 |
| Total G&A | 188 | 207 | 206 | 214 | 226 | 244 | 264 | 292 | 275 | 0 | 0 |
| Total Nutanix | 2357 | 2559 | 2672 | 2813 | 3009 | 3233 | 3709 | 4236 | 4006 | 0 | 0 |

CONFIDENTIAL

NTNX-0055416

# EXHIBIT 12

To: Duston Williams[duston.williams@nutanix.com]; Kenneth Long[kenneth@nutanix.com]; Kevin Lenahan[klenahan@nutanix.com]; Vicki Racz[vicki@nutanix.com]; Janet Park [janet@nutanix.com]; Deborah Matsuoka[deborah.matsuoka@nutanix.com]; Natasha Hoady[natasha.hoady@nutanix.com]; Maureen Bruckner[maureen.bruckne@nutanix.com]; Omar Munoz[omar@nutanix.com]; Lynette Estrada[lynette.estrada@nutanix.com]; Manjunath Nagarathnachari[manjunath.nagarathna@nutanix.com]; Rukmini Sivaraman [rukmini.sivaraman@nutanix.com]; Julie O'Brien[julie.obrien@nutanix.com]; Vanessa Camozzi[vanessa@nutanix.com]; Ashlee Duran[ashlee.duran@nutanix.com]
Cc: Kyle Bridgeman[kyle@nutanix.com]; Fp_A[fp_a@nutanix.com]; Mike Macalintal[mike.macalintal@nutanix.com]; Wendy M. Pfeiffer[wendy@nutanix.com]; Priya Roche [priya.roche@nutanix.com]; Michael King[michael.king@nutanix.com]; Hema Look[hema.look@nutanix.com]; Ashlee Duran[ashlee.duran@nutanix.com]; Jenna Leong [jenna.leong@nutanix.com]; Sonali Bhattacharya[sonali.bhattacharya@nutanix.com]; Elena Khramova[elena.khramova@nutanix.com]; Lisa Purcell[lisa.purcell@nutanix.com]; Prabha Krishna[prabha.krishna@nutanix.com]; Vidya Ramakrishnan [C][vidya.ramakrishnan@nutanix.com]; Sankalp Saxena[sankalp@nutanix.com]
From: Ajay Mehta[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2305AFA1925947969990F44409798F42-AJAY MEHTA]
Sent: Mon 11/5/2018 5:02:19 PM Pacific Standard Time
Subject: Weekly H/C Report as of 10/31/18
Attachment: Nutanix Weekly HC Tracker_10-31-18.xlsx

**High level summary below:**

- Current Onboard + Committed + Offers Accepted = 4383 (1 lower than last report)

- 37 Heads on boarded since last report (14 Sales, 11 Engineering, 4 Product Support, 4 Professional Services, 2 Marketing, 1 Recruiting, 1 Saas Engg)

- 3 International Contractors (2 Sales, 1 Professional Services)

- 3 Terminations (1 Sales, 1 Marketing, 1 Product Support)

**\*Please note: The Gross hiring plan shown below is the AOP plan for Q1'19. This plan has not been adjusted to include any regional tradeoffs, contractor conversions, and incremental adds that may occurred subsequent to the plan being approved.**

CONFIDENTIAL

NTNX-0021014

| Weekly Headcount Report | | | | | | | | | | Q1'19 (as of 10/31/18 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 | Q1'19 Hiring Plan (Gross)* | Current H/C | + Offers Accepted | Onl + ( |
| Operations | 25 | 28 | 27 | 27 | 29 | 30 | 27 | 28 | 31 | 30 | 0 | |
| WW Product Support | 223 | 247 | 257 | 282 | 313 | 339 | 375 | 434 | 516 | 478 | 0 | ¿ |
| Total COS | 248 | 275 | 284 | 309 | 342 | 369 | 402 | 462 | 547 | 508 | 0 | |
| | | | | | | | | | | | | |
| Professional Services | 83 | 97 | 100 | 105 | 106 | 107 | 144 | 147 | 215 | 169 | 0 | |
| | | | | | | | | | | | | |
| Sales | 1025 | 1127 | 1193 | 1254 | 1355 | 1462 | 1654 | 1756 | 2100 | 1882 | 0 | 1 |
| Marketing | 92 | 99 | 106 | 108 | 125 | 131 | 172 | 183 | 202 | 191 | 0 | |
| Total Sales & Marketing | 1117 | 1226 | 1299 | 1362 | 1480 | 1593 | 1826 | 1939 | 2302 | 2073 | 0 | 2 |
| | | | | | | | | | | | | |
| Product Management | 26 | 27 | 28 | 30 | 28 | 30 | 33 | 36 | 39 | 38 | 0 | |
| Product Engineering | 17 | 20 | 20 | 21 | 22 | 21 | 25 | 26 | 28 | 26 | 0 | |
| Saas Engg | 27 | 31 | 33 | 35 | 37 | 44 | 53 | 56 | 48 | 47 | 0 | |
| Engineering | 651 | 676 | 702 | 737 | 768 | 825 | 962 | 1065 | 1272 | 1200 | 0 | 1 |
| R&D | 721 | 754 | 783 | 823 | 855 | 920 | 1073 | 1183 | 1387 | 1311 | 0 | 1 |
| | | | | | | | | | | | | |
| G&A | 188 | 207 | 206 | 214 | 226 | 244 | 264 | 275 | 354 | 322 | 0 | |
| Total Nutanix | 2357 | 2559 | 2672 | 2813 | 3009 | 3233 | 3709 | 4006 | 4805 | 4383 | 0 | 4 |

Totals including PS below (for External Reporting):

| | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 | Q1'19 Hiring Plan (Gross)* | Current H/C | + Offers Accepted | Onl + ( |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Ops/Mfg COS | 25 | 28 | 27 | 27 | 29 | 30 | 27 | 28 | 31 | 30 | 0 | |
| Total Support COS | 280 | 314 | 326 | 358 | 393 | 420 | 498 | 560 | 696 | 625 | 0 | ¿ |
| Total Support + Services | 305 | 342 | 353 | 385 | 422 | 450 | 525 | 588 | 727 | 655 | 0 | ¿ |
| Total S&M | 1127 | 1239 | 1314 | 1375 | 1493 | 1606 | 1839 | 1950 | 2325 | 2084 | 0 | 2 |
| Total R&D | 737 | 771 | 799 | 839 | 868 | 933 | 1081 | 1193 | 1399 | 1322 | 0 | 1 |
| Total G&A | 188 | 207 | 206 | 214 | 226 | 244 | 264 | 275 | 354 | 322 | 0 | ¿ |
| Total Nutanix | 2357 | 2559 | 2672 | 2813 | 3009 | 3233 | 3709 | 4006 | 4805 | 4383 | 0 | 4 |

# EXHIBIT 13

**To:** Duston Williams[duston.williams@nutanix.com]; Kevin Lenahan[klenahan@nutanix.com]; Vicki Racz[vicki@nutanix.com]; Janet Park[janet@nutanix.com]; Deborah Matsuoka [deborah.matsuoka@nutanix.com]; Natasha Hoady[natasha.hoady@nutanix.com]; Maureen Bruckner[maureen.bruckne@nutanix.com]; Omar Munoz[omar@nutanix.com]; Lynette Estrada[lynette.estrada@nutanix.com]; Manjunath Nagarathnachari[manjunath.nagarathna@nutanix.com]; Rukmini Sivaraman[rukmini.sivaraman@nutanix.com]; Julie O'Brien [julie.obrien@nutanix.com]; Vanessa Camozzi[vanessa@nutanix.com]; Ashlee Duran[ashlee.duran@nutanix.com]
**Cc:** Kyle Bridgeman[kyle@nutanix.com]; Fp_A[fp_a@nutanix.com]; Mike Macalintal[mike.macalintal@nutanix.com]; Wendy M. Pfeiffer[wendy@nutanix.com]; Priya Roche [priya.roche@nutanix.com]; Michael King[michael.king@nutanix.com]; Hema Look[hema.look@nutanix.com]; Jenna Leong[jenna.leong@nutanix.com]; Sonali Bhattacharya [sonali.bhattacharya@nutanix.com]; Elena Khramova[elena.khramova@nutanix.com]; Lisa Purcell[lisa.purcell@nutanix.com]; Prabha Krishna[prabha.krishna@nutanix.com]; Vidya Ramakrishnan [C][vidya.ramakrishnan@nutanix.com]; Sankalp Saxena[sankalp@nutanix.com]
**From:** Ajay Mehta[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2305AFA1925947969990F44409798F42-AJAY MEHTA]
**Sent:** Tue 2/5/2019 2:42:45 PM Pacific Standard Time
**Subject:** Weekly H/C Report as of 1/31/19
**Attachment:** Nutanix Weekly HC Tracker_1-31-19.xlsx

---

### High level summary below:

Current Onboard + Committed + Offers Accepted = 4701 (9 lower than last report)

34 Heads on boarded since last report (11 Engineering, 11 Product Support, 10 Sales, 1 Operations, 1 Finance)

9 Terminations since last report (6 Sales, 3 R&D)

1 Transfer from PS COS to PS S&M

| Weekly Headcount Report | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 | Q1'19 | Q2'19 Hiring Plan (Gross) | Current H/C | + Offer Accepte |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Operations | 25 | 28 | 27 | 27 | 29 | 30 | 27 | 28 | 30 | 33 | 32 | 0 |
| WW Product Support | 223 | 247 | 257 | 282 | 313 | 339 | 375 | 434 | 478 | 565 | 513 | 0 |
| Professional Services COS | 57 | 67 | 69 | 76 | 80 | 81 | 123 | 126 | 147 | 207 | 159 | 0 |
| **Total COS** | **305** | **342** | **353** | **385** | **422** | **450** | **525** | **588** | **655** | **805** | **704** | **0** |
| | | | | | | | | | | | | |
| **Professional Services (Opex)** | **26** | **30** | **31** | **29** | **26** | **26** | **21** | **21** | **22** | **41** | **32** | **0** |
| | | | | | | | | | | | | |
| Sales | 1025 | 1127 | 1193 | 1254 | 1355 | 1462 | 1640 | 1722 | 1840 | 2082 | 1962 | 0 |
| Customer Success | | | | | | | 14 | 34 | 42 | 64 | 48 | 0 |
| Marketing | 92 | 99 | 106 | 108 | 125 | 131 | 172 | 183 | 191 | 228 | 209 | 0 |
| **Total Sales & Marketing** | **1117** | **1226** | **1299** | **1362** | **1480** | **1593** | **1826** | **1939** | **2073** | **2374** | **2219** | **0** |
| | | | | | | | | | | | | |
| **R&D** | **721** | **754** | **783** | **823** | **855** | **920** | **1073** | **1163** | **1311** | **1480** | **1383** | **0** |
| | | | | | | | | | | | | |
| **G&A** | **188** | **207** | **206** | **214** | **226** | **244** | **264** | **275** | **322** | **389** | **353** | **0** |
| **Total Nutanix** | **2357** | **2559** | **2672** | **2813** | **3009** | **3233** | **3709** | **4006** | **4383** | **5089** | **4701** | **0** |

Totals including PS below (for External Reporting):

| | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 | Q1'19 | Q2'19 | Current | + Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Ops/Mfg COS | 25 | 28 | 27 | 27 | 29 | 30 | 27 | 28 | 30 | 33 | 32 | 0 |
| Total Support COS | 280 | 314 | 326 | 358 | 393 | 420 | 498 | 560 | 625 | 772 | 672 | 0 |
| Total Support + Services | 305 | 342 | 353 | 385 | 422 | 450 | 525 | 588 | 655 | 805 | 704 | 0 |
| Total S&M | 1127 | 1239 | 1314 | 1375 | 1493 | 1606 | 1839 | 1950 | 2084 | 2402 | 2239 | 0 |
| Total R&D | 737 | 771 | 799 | 839 | 858 | 933 | 1081 | 1193 | 1322 | 1493 | 1405 | 0 |
| Total G&A | 188 | 207 | 206 | 214 | 226 | 244 | 264 | 275 | 322 | 389 | 353 | 0 |
| **Total Nutanix** | **2357** | **2559** | **2672** | **2813** | **3009** | **3233** | **3709** | **4006** | **4383** | **5089** | **4701** | **0** |

CONFIDENTIAL

NTNX-0021001

# EXHIBIT 14

**To:** Sherry Lautenbach[sherry.lautenbach@nutanix.com]; Lou Attanasio[lou.attanasio@nutanix.com]
**Cc:** Tom Kramer[tom.kramer@nutanix.com]
**From:** Anton Granic[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7EC550866F754850AB0DB70CE4C1575E-ANTON GRANI]
**Sent:** Tue 2/13/2018 11:42:27 AM Pacific Standard Time
**Subject:** North- QBR deck
**Attachment:** QBR Deck for Americas North - Q3-2018v2.pptx

---

Anton Granic
Vice President – America's North & Canada| anton@nutanix.com |
1-416-270-9226





CONFIDENTIAL

NTNX-0037312

# EXHIBIT 15

**To:** Lou Attanasio[lou.attanasio@nutanix.com]
**Cc:** Rickie Goyal[rickie@nutanix.com]
**From:** Matt Young[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5FAE13DE368A405FACE1F0AC6DA1E0E3-MATTHEW YOU]
**Sent:** Fri 11/2/2018 8:36:16 AM Pacific Daylight Time
**Subject:** Re: 1st Qtr

Lou

Q1 summary:

Q4 to Q1 has been flat to down for the past 4 years. This year was no different as we were up 1% QoQ. It is time that we start looking at seasonality when we are setting expectations.

ISV has continued to take a toll on APJ. We were the fastest growing GEO up until 3 quarters ago when we switched to ISV. Our YoY growth rates were 75% YoY on average for the previous 4 quarters before switching to ISV. Since switching to ISV our YoY average quarterly growth rate has dropped to 48%. I do not think this is a coincidence and I do not think it is a coincidence that my two regions who have been hit the hardest with ISV have had both of their MD's resign and leave.

APJ likes hardware and values hardware more than software. In China for example, 30% of the deal is made up of software and 70% is in hardware. This is inverse to what we are compensating our reps on and tracking our business. We expect our reps to make software at least 70% of the deal if not more. I also think it is not a coincidence that our pipeline is suffering once we have shifted to ISV. We have tried to maintain or even accelerate our growth rates with ISV over pre ISV and it isn't realistic when 50% or more of your deal goes away. We do not have enough pipe to make up the shortfall on ISV.

Looking at the numbers YoY we were up 40% YoY.

ANZ was down -21% YoY
ASEAN was up 31% YoY
China was down -7% YoY
HKT was up 76% YoY
India was up 53% YoY
Japan was up 96% YoY
Korea was up 51% YoY

A year ago in ANZ we did get a $4M pre ISV order so the drop does look worse when not rationalized with big order. On the ANZ front as well, the WW leader of Dell said his business is up 20% YoY but ANZ was down 25% YoY and he was at a loss for the drastic decline. It is the first quarter after the ANZ fiscal year end but I am not using that as an excuse just giving you the facts.

I believe China saw effects of the tariffs. Prices increased and there was a lot of uncertainty in the market. Per David his view is below.

1. Major deals slipped – several major deals slipped out of Q1 due to customer delayed the purchase.  The US-China trade war did give uncertainties to customer on the future business environment.  Some of them delay the project until they have a better picture.

2. Local Brand Pricing – lost several deals which customer prefer our solution but we lost on the pricing especially in open tender situation.  For example, ███████████ which is a NX installed base on their VDI environment.  First purchase in Q2FY18.  In this bid, we have reduced our price by ████ when compare to the previous purchase using SW Choice and XC Core.  Huawei still came in at least 25% to 30% lower than our current offer.

Our Top 25 deals in Q1 made up 37% of our business vs 31% in Q4. We had the big deals to make our quarter based on metrics. Bill and Aditya's model said we would do anywhere from $55 to 58M when we were in Beijing together in mid September. The ANZ slip of the deals and China slip was too much to overcome.

I called $53M in Beijing only because I said if all the models said I was going to make quota then I shouldn't be conservative and call close to my number. I buffered down to $53M. Had I not listened to the models, I would have called $51M in Beijing which would have made the slip less significant. I have never called at number at Nutanix and not hit it on the nose. I typically go up in the last few weeks and I am sure Rickie can attest to this.

On to Q2 and I will send you the details, but we are very short on pipeline. Q2 is typically our strongest quarter with year end flush, but we are very short on pipe and large deals this quarter.

Matt

F. Matthew Young III
Senior Vice President, Asia Pacific & Japan
Nutanix, Inc.
www.nutanix.com
+1-805-300-3401

CONFIDENTIAL                                                                                                          NTNX-0007260



**From:** Lou Attanasio <lou.attanasio@nutanix.com>
**Date:** Wednesday, October 31, 2018 at 8:40 PM
**To:** Matt Young <matt@nutanix.com>, Sherry Lautenbach <sherry.lautenbach@nutanix.com>
**Cc:** Rickie Goyal <rickie@nutanix.com>
**Subject:** 1st Qtr

Matt, Sherry…..based on our results in Q1, there are some things we need to work on together for Q2…. This is what I need done..

1. By EOD Tomorrow, I want the list of every day that slipped, WHY it slipped, and the NEW close date..
   a. I am hoping a GOOD portion of your slips will close this week, or next.especially if they were in Commit/Strong Upside…and there was just a signature delay
   b. Please list from HIGH to LOW (revenue)
2. By EOD Tomorrow, I need your preliminary of why happened…the WHY's.. I know this will be high level, but I need to understand the issues/lesson learned
3. I need a list of all your top deals…..Sherry (2M or more) and Matt (1M or more).. I am trying to understand the pipeline of big deals we have for the qtr
4. I am going to need a **preliminary** forecast for the month, and the qtr.. Please make sure you know that your number is 2Q plus 1Q miss… I need this by Friday…
5. What are the things you need to NOT have a miss this qtr….List them from HIGH priority to LOW..


This is just things I need this week… We will go into a much deeper dive next week…but, there are things that are important for us to understand now…

Feel free to include more, if you have anything ready… Rickey will reach out for additional data, as needed..

Lou Attanasio
Chief Revenue Officer - EVP
Cell (914) 588-4189   Office (669) 255-0441
Nutanix, Inc. | 1740 Technology Drive, 1st Floor, San Jose, CA 95110



CONFIDENTIAL                                                                                    NTNX-0007261

# EXHIBIT 16

**To:** Lou Attanasio[lou.attanasio@nutanix.com]
**From:** Sherry Lautenbach[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9129DEACCCF042BDAE1AC3F321B46FBA-SHERRY.LAUT]
**Sent:** Mon 1/22/2018 6:46:00 AM Pacific Standard Time
**Subject:** Re: Central Area : State of the State

Yes I got this one too...spent time with a lot of the team a week ago (Milwaukee, Chicago and TX) - some very good people - A TON of opportunity. I think ██████████████████████████ but we can always get better.  For sure.

Thanks!

Sherry Lautenbach
SVP Americas
Nutanix
646-319-6440
sherry.lautenbach@nutanix.com

**From:** Lou Attanasio
**Sent:** Sunday, January 21, 2018 9:30:09 PM
**To:** Sherry Lautenbach
**Subject:** FW: Central Area : State of the State

This is something Keith sent to me back in November.....really eye opening...thought you would want to see it... We have some things to work on...

Lou Attanasio
Chief Revenue Officer - EVP
Cell (914) 588-4189   Office (669) 255-0441
Nutanix, Inc. | 1740 Technology Drive, 1st Floor, San Jose, CA 95110



**From:** Keith Moran
**Sent:** Sunday, November 12, 2017 7:51 AM
**To:** Lou Attanasio <lou.attanasio@nutanix.com>
**Subject:** Central Area : State of the State

Lou,
I want to keep the "State of the State"  focused on the top priorities for the sales organization vs. citing each potential item we can adjust in the product, go-to-market and overall strategy of the business. We can cover the ladder in a think-tank/round-table at HQ when all the leaders are together.

**Sales Leaderboard**
I have put a lot of work with sales op to build a scoreboard,  but we hit a wall because commissions are manually entered into our system. Also, they only enter commission on 80% of the sfdc records, so the scoreboard is not accurate & not real time. Currently lags between 1-2.5 weeks. We need a leaderboard that shows real-time quota attainment. A leaderboard sparks healthy competition at the rep, manager, area VP, and theater level. Today the scoreboard is not real time, does not include all uplifts/ downgrade/ MITF (Meet in field uplift), OEM uplift. The commission lag & uplifts skew the numbers by such a large margin the data is not accurate. Also, we do not have this is a public place to give visibility across regions.  Clearly, at the end of the quarter, this needs to be accurate at the hourly level.   I am being told from sales ops we are releasing a new tool called "xactly" which will enable us to show this feature. We need to continue to drive the urgency of the rollout of the tool & ensure the scoreboard feature is part of the application.  At a minimum I want the reps and manager within central to be competing with each other.  The competitive aspect of sales is an incredible motivator to be on the top of the leaderboard and the bottom of the leaderboard.

**Sales Achievement: Club Trip**
Currently, we do not have a sales club trip. I think this is an incredible motivator for sales reps/ system engineers.

**Retention of talent**
 I am concerned about attrition over the next year. Historically our attrition rate has been very low, but I have too many people in Central that are not making the number. My sense of the other areas in the US, there is a similar concern the wave is coming.  The central growth has been phenomenal over the last two years, but I think the number of reps making goal & contributing to the revenue/margin goal is too low. We finished as the Top Region in the Americas in FY17 and Q1, but it was top heavy. I want better-balanced performance across all the regions and wider contribution from more account managers.

- 15 reps accounted for 75% of revenue for Central
- Only 50% of ramped rep made their number. This is a  disturbing statistic. ( we consider a ramp fully ramped after 12 months)
- The vast majority of the ramped rep that missed their number were enterprise reps. ( it takes a long time to build the Northern Trust, Erie Insurance, Abbott )
- Only 12% of un-ramped rep made their number  ( seemed low for the industry, but I was not surprised by this at NTNX)

**Bookings**
we spend an enormous amount of time & energy to get deals booked by the last day of the fiscal quarter. Our ability to convert these order into a revenue item become very low due to the complexity of our custom build to order process. We end up giving away large discounts and precious margin just to hit a sales objective. I think we should move the official close date for the sales team up 3-5 days.  This would enable David Sangster team to properly build the order. Sales reps are driven by their comp plan, if they can book an order at 11 pm on the last day of the quarter, they will use this as actual cut off.  We can disrupt the traditional model. Over time this will become less of an issue as we evolve to software only.

NTNX-0037498

[black redaction box]

**Channel**
We need more Nutanix technical resources to get the resources from the Channel partners bought into our technology. The gap of adoption in a lot of these large re-sellers is with Alpa-tech person; we need to spend time, energy & money to get these top technical people from the reseller bought into our technology. A strong technical resource from Nutanix is the only person that has the "technical chops" to move the opinion of this top person from the channel partner. We should cut back on the number of Channel managers & increase the number of technical partner managers

**GAM program**
one of the most critical items for the overall success of Nutanix. We are in the early stages of rolling out the program, after a few starts/stops with the previous regime.


Central Team Overview


**Chicago Enterprise** – ( IL, WI )

[black redaction box]

**Midwest Enterprise** ( MN, IA, NE, ND, SD )

[black redaction box]

**Ohio Valley Enterprise** (OH, MI, IN, Pittsburg, KY, WV)

[black redaction box]

**North Central Commercial** [black redaction box]

[black redaction box]

**South Central Enterprise Select** (TX, OK, LA, AR, MO, KS)

[black redaction box]

**South Central Enterprise** (TX, OK, LA, AR, MO, KS)

[black redaction box]

**South Central Commercial** (TX, OK, LA, AR, MO, KS)

[black redaction box]


Thanks,

CONFIDENTIAL                                                                 NTNX-0037499

Keith Moran
Vice President  |  Central US
312-285-4059
keith.moran@nutanix.com

CONFIDENTIAL
NTNX-0037500

# EXHIBIT 17

**To:** Nikhil Kumar[nikhil.kumar@nutanix.com]; Sridhar Chandran[sridhar.chandran@nutanix.com]; Duston Williams[duston.williams@nutanix.com]
**From:** Mineo Sakan[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E3C71F412F534561A47D4B751765DE70-MINEO SAKAN]
**Sent:** Tue 5/8/2018 10:48:32 AM Pacific Daylight Time
**Subject:** RE: Q3'18 productivity

Sorry need to make a correction to below for LATAM.

The plan numbers are ex-LATAM so actual bookings including non-reps was 177M. This means that the bookings attributable to non-reps was 9M, not 16M. changes highlighted in yellow below.

| | Plan | Actual | Delta |
|---|---|---|---|
| Ramped Rep | 132 | 122 | (10) |
| Unramped Rep | 94 | 94 | - |
| Total Reps | 226 | 216 | (10) |
| Attrits (non-productive) | 10 | - | |
| | | | |
| Productivity | 1,221 | 1,144 | (77) |
| Weighting (% of fully ramped rep productivity applied to unproductivity reps) | 40% | | |
| | | | |
| Ramped | 148,917 | 139,000 | (9,917) |
| Unramped | 45,896 | 29,000 | (16,896) |
| Non-Rep | 0 | 9,739 | 9,739 |
| | | | |
| Total Bookings Attributable to Reps | 194,812 | 168,000 | (26,812) |
| Total including non-reps | 194,812 | 177,739 | (17,073) |

---

**From:** Mineo Sakan
**Sent:** Tuesday, May 08, 2018 9:36 AM
**To:** Nikhil Kumar <nikhil.kumar@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Duston Williams <duston.williams@nutanix.com>
**Subject:** RE: Q3'18 productivity

Just a bit more color here. Reps both ramped and unramped came in exactly at what we had built into the productivity model after accounting for attrition.

Meanwhile, ramped productivity per rep was 77K lower than what we had planned. This drove $10M of bookings shortfall (pre-Mitf). Unramped reps brought in $16M less than plan. non-rep bookings were 16M, essentially offsetting non-ramped weakness.

So two issues are unramped as you mentioned, and also productivity was lower as well.

Quick table below for more color.

Let us know if you have any questions.

Thx
Mineo/nik

| | Plan | Actual | Delta |
|---|---|---|---|
| Ramped Rep | 132 | 122 | (10) |
| Unramped Rep | 94 | 94 | - |
| Total Reps | 226 | 216 | (10) |
| Attrits (non-productive) | 10 | - | |
| | | | |
| Productivity | 1,221 | 1,144 | (77) |
| Weighting (% of fully ramped rep productivity applied to unproductivity reps) | 40% | | |
| | | | |
| Ramped | 148,917 | 139,000 | (9,917) |
| Unramped | 45,896 | 29,000 | (16,896) |
| Non-Rep | 0 | 16,739 | 16,739 |
| | | | |
| Total Bookings Attributable to Reps | 194,812 | 168,000 | (26,812) |
| Total including non-reps | 194,812 | 184,739 | (10,073) |

CONFIDENTIAL

**From:** Nikhil Kumar
**Sent:** Monday, May 07, 2018 7:21 PM
**To:** Sridhar Chandran <sridhar.chandran@nutanix.com>; Duston Williams <duston.williams@nutanix.com>
**Cc:** Mineo Sakan <mineo.sakan@nutanix.com>
**Subject:** RE: Q3'18 productivity

# of ramped reps were flat q/q, at 122 (56% of total regional reps), in NAM ex Fed. Ramped rep brought in 83% of regional bookings ( when including bookings attributable to reps).

---

**From:** Sridhar Chandran
**Sent:** Monday, May 7, 2018 7:15 PM
**To:** Duston Williams <duston.williams@nutanix.com>; Nikhil Kumar <nikhil.kumar@nutanix.com>
**Cc:** Mineo Sakan <mineo.sakan@nutanix.com>
**Subject:** Re: Q3'18 productivity

I was still having a hard time rationalizing why NAM was so far below quota while the headline ramped number was not that bad.

We will have to see how the unramped teams performed and that could be driving the underperformance

Get Outlook for iOS

---

**From:** Duston Williams
**Sent:** Monday, May 7, 2018 7:53:06 PM
**To:** Nikhil Kumar
**Cc:** Sridhar Chandran; Mineo Sakan
**Subject:** RE: Q3'18 productivity

Thanks – looks good – rolling 6 month view is a nice addition.

---

**From:** Nikhil Kumar
**Sent:** Monday, May 7, 2018 4:14 PM
**To:** Duston Williams <duston.williams@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>; Mineo Sakan <mineo.sakan@nutanix.com>
**Subject:** Q3'18 productivity

Duston,

Attached, please see the Q3'18 productivity slides.

Thanks,
Nik

CONFIDENTIAL

NTNX-0017913

# EXHIBIT 18

**To:** Duston Williams[duston.williams@nutanix.com]
**From:** Lou Attanasio[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FE2145F16F46422591474C10B5FD4851-LOU.ATTANAS]
**Sent:** Tue 5/8/2018 2:23:47 PM Pacific Daylight Time
**Subject:** Re: Q3'18 productivity

I am getting with the team to understand the WHY, and more important, the plan to fix.   Thanks for the data, we are all over it and will come back o you and Dheeraj with our plan.
Lou

Sent from my iPhone

On May 8, 2018, at 11:25 AM, Duston Williams <duston.williams@nutanix.com> wrote:


Just FYI – this would suggest that the new reps in NA are lagging a fair amount in their initial productivity.

---

**From:** Nikhil Kumar
**Sent:** Monday, May 7, 2018 7:21 PM
**To:** Sridhar Chandran <sridhar.chandran@nutanix.com>; Duston Williams <duston.williams@nutanix.com>
**Cc:** Mineo Sakan <mineo.sakan@nutanix.com>
**Subject:** RE: Q3'18 productivity

# of ramped reps were flat q/q, at 122 (56% of total regional reps), in NAM ex Fed. Ramped rep brought in 83% of regional bookings ( when including bookings attributable to reps).

---

**From:** Sridhar Chandran
**Sent:** Monday, May 7, 2018 7:15 PM
**To:** Duston Williams <duston.williams@nutanix.com>; Nikhil Kumar <nikhil.kumar@nutanix.com>
**Cc:** Mineo Sakan <mineo.sakan@nutanix.com>
**Subject:** Re: Q3'18 productivity

I was still having a hard time rationalizing why NAM was so far below quota while the headline ramped number was not that bad.

We will have to see how the unramped teams performed and that could be driving the underperformance

Get Outlook for iOS

---

**From:** Duston Williams
**Sent:** Monday, May 7, 2018 7:53:06 PM
**To:** Nikhil Kumar
**Cc:** Sridhar Chandran; Mineo Sakan
**Subject:** RE: Q3'18 productivity

Thanks – looks good – rolling 6 month view is a nice addition.

---

**From:** Nikhil Kumar
**Sent:** Monday, May 7, 2018 4:14 PM
**To:** Duston Williams <duston.williams@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>; Mineo Sakan <mineo.sakan@nutanix.com>
**Subject:** Q3'18 productivity

Duston,

Attached, please see the Q3'18 productivity slides.

Thanks,
Nik

CONFIDENTIAL

NTNX-0009938

# EXHIBIT 19

**To:** Rickie Goyal[rickie@nutanix.com]; Duston Williams[duston.williams@nutanix.com]; Mineo Sakan[mineo.sakan@nutanix.com]; Nikhil Kumar[nikhil.kumar@nutanix.com]
**Cc:** Lou Attanasio[lou.attanasio@nutanix.com]; Bill Broderson[bill.broderson@nutanix.com]; Julie Ostella[julie.ostella@nutanix.com]
**From:** Sridhar Chandran[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=70CC23915FD94EE4BFFA504A9DC636A0-SRIDHAR CHA]
**Sent:** Tue 5/15/2018 4:52:07 PM Pacific Daylight Time
**Subject:** RE: Q3 FY18 Sales Productivity

---

We show two sets of targets:
- LT target: productivity needed to achieve our LT operating model.  This is shown for reference only
- FY 19 target: this is FY18 actuals with some nominal growth to show improvement in the GP/S ratio in '19.  Any performance measure to which I refer is to this target.

---

**From:** Rickie Goyal
**Sent:** Tuesday, May 15, 2018 9:04 AM
**To:** Sridhar Chandran <sridhar.chandran@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Mineo Sakan <mineo.sakan@nutanix.com>; Nikhil Kumar <nikhil.kumar@nutanix.com>
**Cc:** Lou Attanasio <lou.attanasio@nutanix.com>; Bill Broderson <bill.broderson@nutanix.com>; Julie Ostella <julie.ostella@nutanix.com>
**Subject:** Re: Q3 FY18 Sales Productivity

What are you using to establish the targets?

Rickie Goyal | VP of Revenue Operations | Nutanix Inc.
rickie@nutanix.com | +1.408.560.2620 Office | +1.312.451.6903 Mobile

---

**From:** Sridhar Chandran
**Sent:** Tuesday, May 15, 2018 9:03:05 AM
**To:** Duston Williams; Rickie Goyal; Mineo Sakan; Nikhil Kumar
**Cc:** Lou Attanasio; Bill Broderson; Julie Ostella
**Subject:** Re: Q3 FY18 Sales Productivity

On the 1st point, it not about hiring going forward, it's about hiring shortfall in the past (q1 & q2 specifically).  We are almost at our rep hiring goals.

My emphasis would be on getting ramping reps achieving productivity targets, particularly in NAM as well as NAM ramped reps hitting productivity goals.

Keep in mind that productivity should increase, as we make more investments in overlay functions.

---

**From:** Duston Williams
**Sent:** Tuesday, May 15, 2018 8:50 AM
**To:** Rickie Goyal; Sridhar Chandran; Mineo Sakan; Nikhil Kumar
**Cc:** Lou Attanasio; Bill Broderson; Julie Ostella
**Subject:** RE: Q3 FY18 Sales Productivity

Please don't lose sight that in Q3, regardless of the hiring, there was existing capacity to do about $290m in ISV.

---

**From:** Rickie Goyal
**Sent:** Tuesday, May 15, 2018 8:40 AM
**To:** Sridhar Chandran <sridhar.chandran@nutanix.com>; Mineo Sakan <mineo.sakan@nutanix.com>; Nikhil Kumar <nikhil.kumar@nutanix.com>; Duston Williams <duston.williams@nutanix.com>
**Cc:** Lou Attanasio <lou.attanasio@nutanix.com>; Bill Broderson <bill.broderson@nutanix.com>; Julie Ostella <julie.ostella@nutanix.com>
**Subject:** Q3 FY18 Sales Productivity

Finance team,

CONFIDENTIAL

Lou and I had a chance to review the truncated productivity charts. Thanks for putting this together.

I wanted to make sure that our takeaways are in line with your intent before we start actioning on this data.

1. Hire more reps. Loss of 10m+ in Q3 due to not being where we need to in terms of hiring.
2. Increased focus on enablement so that productivity for ramping reps increases. Loss of 6m in Q3.
3. Be aware of attrition and promotions which is impacting our # of ramped reps and lowers our ramped reps as a % of active reps.

Geo-Specific

1. Federal hiring is behind by almost 10%. They need to hire 6 folks in Q4 just to get to par.
2. APAC is at par but they should not slow down in hiring.
3. EMEA doing a much better job all around but needs to continue to hire.
4. Americas needs to hire and get more productivity out of those in the ramp.

Thanks,

Rickie Goyal | VP of Revenue Operations | Nutanix Inc.
rickie@nutanix.com | +1.408.560.2620 Office | +1.312.451.6903 Mobile

CONFIDENTIAL                                                                       NTNX-0017610

# EXHIBIT 20

**To:** Duston Williams[duston.williams@nutanix.com]; Mineo Sakan[mineo.sakan@nutanix.com]; Lou Attanasio[lou.attanasio@nutanix.com]; Ajay Aggarwal[ajay@nutanix.com]; Bob Wallace[bob@nutanix.com]
**Cc:** Sridhar Chandran[sridhar.chandran@nutanix.com]
**From:** Sherry Lautenbach[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9129DEACCCF042BDAE1AC3F321B46FBA-SHERRY.LAUT]
**Sent:** Tue 10/16/2018 1:47:57 PM Pacific Daylight Time
**Subject:** Re: Q1'19 Sales HC Tracker as of 10/10/18

Duston, these are not all Attrits - transfers etc. I confirmed our attrition is at about 11% for the quarter. We are up this quarter (not in a good way) We have got intel from some very reliable sources VMWare is all over our teams in terms of recruiting etc. We lost a rep today - a Commercial Rep in DALLAS to VMW - they offered him █████████████████ We need to be more offensive imho - We can't have our top talent leave.. Any thoughts on programs or initiatives to help us would be welcomed.

Sherry Lautenbach
SVP Americas
Nutanix
646-319-6440
sherry.lautenbach@nutanix.com

---

**From:** Duston Williams
**Sent:** Monday, October 15, 2018 6:38:41 PM
**To:** Mineo Sakan; Lou Attanasio; Ajay Aggarwal; Sherry Lautenbach; Bob Wallace
**Cc:** Sridhar Chandran
**Subject:** RE: Q1'19 Sales HC Tracker as of 10/10/18

Not sure of all the underlying details (maybe lots of transfers??) but just on face value it seems really hard to build a productive sales force with annualized attrition of almost 30% for quotas carrying reps and 40% for inside sales

---

**From:** Alan Jaro
**Sent:** Monday, October 15, 2018 3:24 PM
**To:** Mineo Sakan <mineo.sakan@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Julie Ostella <julie.ostella@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Aditya Denduluri <aditya.denduluri@nutanix.com>; Stephanie Camilleri <stephanie@nutanix.com>; Lynette Estrada <lynette.estrada@nutanix.com>; Vidya Ramakrishnan [C] <vidya.ramakrishnan@nutanix.com>; Subramanyam Ganapathi <subramanyam.ganapath@nutanix.com>; Michael King <michael.king@nutanix.com>; Ammar Saladdin <ammar.saladdin@nutanix.com>; Venkata Krishna Gokul Karlapalem <gokul.karlapalem@nutanix.com>; Ajay Aggarwal <ajay@nutanix.com>; Sherry Lautenbach <sherry.lautenbach@nutanix.com>; Bob Wallace <bob@nutanix.com>; Christine Cardema <christine.cardema@nutanix.com>; Thevashen Naidu <thevashen.naidu@nutanix.com>; Lisa Purcell <lisa.purcell@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>; Paul Doran <paul.doran@nutanix.com>; Denson Kwek <denson.kwek@nutanix.com>; Ajay Mehta <ajay.mehta@nutanix.com>; Nikhil Kumar <nikhil.kumar@nutanix.com>; Natalie Tomasello <natalie.tomasello@nutanix.com>; Lydia Luu <lydia.luu@nutanix.com>
**Subject:** RE: Q1'19 Sales HC Tracker as of 10/10/18

Hi team,

Our apologies – there was a misclassification between Sales Managers and SE Managers in the Q4 Ending HC column on the hiring summary tab, which has been corrected in the version attached.

Thanks,
Alan

---

**From:** Mineo Sakan
**Sent:** Saturday, October 13, 2018 11:20 AM
**To:** Duston Williams <duston.williams@nutanix.com>; Alan Jaro <alan.jaro@nutanix.com>; Julie Ostella <julie.ostella@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Aditya Denduluri <aditya.denduluri@nutanix.com>; Stephanie Camilleri <stephanie@nutanix.com>; Lynette Estrada <lynette.estrada@nutanix.com>; Vidya Ramakrishnan [C] <vidya.ramakrishnan@nutanix.com>; Subramanyam Ganapathi <subramanyam.ganapath@nutanix.com>; Michael King <michael.king@nutanix.com>; Ammar Saladdin <ammar.saladdin@nutanix.com>; Venkata Krishna Gokul Karlapalem <gokul.karlapalem@nutanix.com>; Ajay Aggarwal <ajay@nutanix.com>; Sherry Lautenbach <sherry.lautenbach@nutanix.com>; Bob Wallace <bob@nutanix.com>; Christine Cardema <christine.cardema@nutanix.com>; Thevashen Naidu <thevashen.naidu@nutanix.com>; Lisa Purcell <lisa.purcell@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>; Paul Doran <paul.doran@nutanix.com>; Denson Kwek <denson.kwek@nutanix.com>; Ajay Mehta <ajay.mehta@nutanix.com>; Nikhil Kumar <nikhil.kumar@nutanix.com>; Natalie Tomasello <natalie.tomasello@nutanix.com>; Lydia Luu <lydia.luu@nutanix.com>
**Subject:** Re: Q1'19 Sales HC Tracker as of 10/10/18

There's definitely something wrong here. We will correct and re-circulate.

**From:** Duston Williams
**Sent:** Saturday, October 13, 2018 9:37:01 AM
**To:** Alan Jaro; Julie Ostella; Lou Attanasio; Aditya Denduluri; Stephanie Camilleri; Lynette Estrada; Vidya Ramakrishnan [C]; Subramanyam Ganapathi; Michael King; Ammar Saladdin; Venkata Krishna Gokul Karlapalem; Ajay Aggarwal; Sherry Lautenbach; Bob Wallace; Christine Cardema; Thevashen Naidu; Lisa Purcell
**Cc:** Mineo Sakan; Sridhar Chandran; Paul Doran; Denson Kwek; Ajay Mehta; Nikhil Kumar; Natalie Tomasello; Lydia Luu
**Subject:** RE: Q1'19 Sales HC Tracker as of 10/10/18

The attrits column looks strange.

Did we really lose 23 SE managers? Is there some mix up between SE managers and sales managers? 10 of 21 other technical?

| | Q4 Ending HC | Q1'19 Fcst | Q1 Starts | Q1 Attrits | Q1 To go |
|---|---|---|---|---|---|
| Field Reps | | | | | |
| Americas | 258 | 299 | 30 | 18 | -29 |
| EMEA | 133 | 165 | 23 | 5 | -14 |
| APAC | 105 | 129 | 23 | 5 | -6 |
| **Total Field Reps** | **496** | **593** | 76 | 28 | -49 |
| Field SEs | | | | | |
| Americas | 234 | 244 | 7 | 15 | -18 |
| EMEA | 125 | 155 | 19 | 3 | -14 |
| APAC | 108 | 125 | 14 | 4 | -7 |
| **Total Field SEs** | **467** | **524** | 40 | 22 | -39 |
| Sales Managers | 60 | 92 | 9 | -14 | -9 |
| SE Managers | 96 | 95 | 11 | 23 | -11 |
| Inside Sales | 245 | 279 | 33 | 22 | -23 |
| Other Technical | 21 | 36 | 10 | 10 | -15 |
| Channel/GSI/OEM | 203 | 231 | 25 | 11 | -14 |
| Service Providers | 6 | 10 | 0 | 2 | -6 |
| Sales Operations/Renewals | 62 | 88 | 11 | 0 | -15 |
| Sales Analytics | 9 | 14 | 3 | 1 | -3 |
| Sales Enablement | 22 | 29 | 4 | 0 | -3 |
| Admin | 11 | 11 | 0 | 2 | -2 |
| Netsil | 1 | 2 | 0 | 1 | -2 |
| BD | 23 | 24 | 0 | 6 | -7 |
| Product Seller | 0 | 18 | 3 | 0 | -15 |
| Frame | 0 | 7 | 7 | 0 | 0 |
| **Total Sales** | **1722** | **2053** | **232** | **114** | **-213** |

**From:** Alan Jaro
**Sent:** Friday, October 12, 2018 6:32 PM
**To:** Julie Ostella <julie.ostella@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Aditya Denduluri <aditya.denduluri@nutanix.com>; Stephanie Camilleri <stephanie@nutanix.com>; Lynette Estrada <lynette.estrada@nutanix.com>; Vanessa Camozzi <vanessa@nutanix.com>; Adam Stanley <adam.stanley@nutanix.com>; Vidya Ramakrishnan [C] <vidya.ramakrishnan@nutanix.com>; Subramanyam Ganapathi <subramanyam.ganapath@nutanix.com>; Michael King <michael.king@nutanix.com>; Ammar Saladdin <ammar.saladdin@nutanix.com>; Venkata Krishna Gokul Karlapalem <gokul.karlapalem@nutanix.com>; Ajay Aggarwal <ajay@nutanix.com>; Sherry Lautenbach <sherry.lautenbach@nutanix.com>; Bob Wallace <bob@nutanix.com>; Christine Cardema <christine.cardema@nutanix.com>; Thevashen Naidu <thevashen.naidu@nutanix.com>; Lisa Purcell <lisa.purcell@nutanix.com>
**Cc:** Mineo Sakan <mineo.sakan@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Paul Doran <paul.doran@nutanix.com>; Denson Kwek <denson.kwek@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Ajay Mehta <ajay.mehta@nutanix.com>; Nikhil Kumar <nikhil.kumar@nutanix.com>; Natalie Tomasello <natalie.tomasello@nutanix.com>; Lydia Luu <lydia.luu@nutanix.com>
**Subject:** Q1'19 Sales HC Tracker as of 10/10/18

Hi Team,

As of 10/10/18, 1809 employees onboard, 31 accepted offers, and -213 delta to Q1 forecast.

CONFIDENTIAL

NTNX-0008067

| Worldwide | Q1'19 (as of 10/10/18) | | | | |
|---|---|---|---|---|---|
| | Q1'19 Fcst | Onboard | Offers Accepted | Onboard + Offers | Delta to Plan |
| Quota Carrying Reps | 593 | 531 | 13 | 544 | -49 |
| SE | 524 | 480 | 5 | 485 | -39 |
| Inside Sales[1] | 279 | 253 | 3 | 256 | -23 |
| Channel / OEM | 188 | 171 | 5 | 176 | -12 |
| SE Manager (1st line) | 82 | 73 | 1 | 74 | -8 |
| Sales Manager (1st line) | 69 | 62 | 2 | 64 | -5 |
| Sales Operations[2] | 81 | 66 | 1 | 67 | -14 |
| System Integrator | 43 | 40 | 1 | 41 | -2 |
| Management[3] | 36 | 29 | 0 | 29 | -7 |
| Sales Enablement | 29 | 26 | 0 | 26 | -3 |
| Solutions Architect | 26 | 15 | 0 | 15 | -11 |
| BD | 24 | 17 | 0 | 17 | -7 |
| Service Providers | 10 | 4 | 0 | 4 | -6 |
| Sales Analytics | 14 | 11 | 0 | 11 | -3 |
| Admin | 11 | 9 | 0 | 9 | -2 |
| Corporate SE | 10 | 6 | 0 | 6 | -4 |
| Product Seller | 18 | 3 | 0 | 3 | -15 |
| Renewals | 7 | 6 | 0 | 6 | -1 |
| Frame | 7 | 7 | 0 | 7 | 0 |
| Netsil | 2 | 0 | 0 | 0 | -2 |
| Total Sales | 2053 | 1809 | 31 | 1840 | -213 |

[1] IS, IS Manager, IS SE

[2] WW Sales Operations

[3] SE Management, Sales Management

Let me know if any questions. For Services related questions ("Lou's Global hiring summary" tab), please contact Natalie Tomasello.

Regards,
Alan

CONFIDENTIAL

NTNX-0008068

# EXHIBIT 21

**To:** Lou Attanasio[lou.attanasio@nutanix.com]
**From:** Bill Broderson[/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=12256e35b1824b8f89a87481a5ce13c5-Bill Broder]
**Sent:** Thur 11/15/2018 11:10:23 PM Pacific Standard Time
**Subject:** Q1 Week 03 Forecast Call Notes 11-15 WRB.pptx
**Attachment:** Q2 Week 03 Forecast Call Notes 11-15 WRB.pptx

---

This is what Week 3 Forecast for Q2 Looks like....Our Actual Target excluding Renewals is $402.6. Today I see $354.....If all the stars line up, I can see you in $360 Range.....Americas still has Softness in Quality of deals....We can discuss when we talk....APAC just has so little in Opportunities in Total....and if Japan doesn't kill it and that's a BIG if, we have 2 struggling engines....I am trying in preparation for your Board to look at H/C because I think that along with Discounts and PERCEPTION about ISV is Really hurting....There are Distractions that I can't correct...You may be able ....

Thank You



NTNX-0070081

# NUTANIX™

# Forecast Calls Summary Week 03

Week 03 Forecast Calls | CONFIDENTIAL

# ISV View - Week 03 – 11/15/2018

*In Millions*

| M1 | | | |
|---|---|---|---|
| | **Closed** | **Target** | **% Attainment** |
| **Americas** | $14.3 | $47.4 | **30%** |
| **EMEA** | $9.5 | $20.2 | **47%** |
| **APAC** | $2.7 | $13.1 | **21%** |
| **Renewals** | $2.5 | $3.6 | **69%** |
| **TOTAL** | **$29.0** | **$84.0** | **35%** |

| M1 + M2 | | | |
|---|---|---|---|
| | **Closed** | **Target** | **% Attainment** |
| **Americas** | $.0 | $130.4 | **0%** |
| **EMEA** | $.0 | $55.4 | **0%** |
| **APAC** | $.0 | $36.0 | **0%** |
| **Renewals** | $.0 | $9.9 | **0%** |
| **TOTAL** | **$.0** | **$231.0** | **0%** |

| QTD | | | |
|---|---|---|---|
| | **Closed** | **Target** | **% Attainment** |
| **Americas** | $14.3 | $237.0 | **6%** |
| **EMEA** | $9.5 | $100.8 | **9%** |
| **APAC** | $2.7 | $65.4 | **4%** |
| **Renewals** | $2.5 | $18.1 | **14%** |
| **TOTAL** | **$29.0** | **$420.0** | **7%** |



# Forecast Call Highlights

Worldwide Highlights

Lou, The Forecast Calls indicated 3 Key things:

- Everyone is Focused on Pipeline Shortage

- APAC has a Potential to get to $56 vs 64 Plan.. No higher

- Americas looks to be in 195-210 Range with weakness in West & North and significant shortage of Large Deals

- EMEA looks healthy with good chance to get to $95M vs $100M Plan

Actions/Needed

**Americas**



# Americas Forecast Call Highlights

**Summary – Sherry Lautenbach**

- $212M is a fair call

- Softness in West

- Possible upside in Public (FED) & East

- Keith has a lot of multi-million dollar deals

- Anton is right on his call, but there might be $2M to $3M more that they can get

- Year end is a huge pending event for clients, so treating 21st as quarter end

- Couple of big SLED slips from Q1 – Focusing on these to attempt to make call for the first time in 8 quarters.

- Spent time with Enterprise reps last week to hone how to get more efficient with ramping new reps - 2 points – message change & how to get knowledge out of seasoned reps "heads" and into the laps of every new rep – day in the life, art of the deal, etc.

- Focusing on segmentation & account based quotas

- Sherry believes the Segmentation may not be as bad as people think it is

**Deal Notes – Sherry Lautenbach**

None Discussed



# Americas Forecast Call Highlights – cont'd

**Services – David Elefante**

- 3 pronged plan to address services gap

- In Commercial & SMB had poor utilization rates – Hired 2 people to sit in Durham to address low end offerings like education

- Staffing up in the Americas as much as possible – 2 more to start plus opening in Central

- Service reps have been engaging in QBR's to educate the reps & evangelized the services organization

- Seeing that if we do not get in front of the sell, the client is still not using the software (Calm example)

**Marketing – Cheryl Knight**

- Pipeline as a service just kicked off – heavily weighted towards North & West

- VMWare compete program just started

- Incremental efforts (LatAm, Public, etc) to execute quickly and bring specialized marketing efforts

- DevOps this week & Gartner is in the first week of December – both driving large amount of leads & activity

- Holiday gift giving exchange parties – Let us come on site at an account, do an update, bring gifts for exchange, toys for tots, etc. The idea is to widen the rep's relationships into their accounts



# Americas Forecast Call Highlights – cont'd

**Areas Not Addressed**

GAM – TBD

HR **– Vanessa Camozzi**

Legal – Adam Glick

Channel Sales **– Frank Czyz**

Inside Sales **– Richard Moustirats**



# EMEA Forecast Call Highlights

## Summary – Chris Kaddaras

- Call is $85M – Hoping to show $90M to company by mid quarter.

- Managers Cal is $86M with Best Case at $125M

- Sammy IS counting SocGen in his call – hedging a bit.

- Calling 20% of goal for M1 - $20M

- Trying to use "VPA's" or ELA's to supersize large deals

- Motivating team to bring deals forward & "worry about tomorrow, tomorrow" – reps are worried if they bring a deal in, that they will not have anything to sell the next quarter

- $25M goal for the month of November is possible


## Deal Notes – Chris Kaddaras

- **Soc Gen** – Soft compelling event that we have created based on node licensing change. The hard compelling event, "we need more licenses" has yet to materialize. CTO has reached out to Dheeraj and stated that "a deal will be done in December' in an email

- **NedBank** – Problems with partner in South Africa around corruption & political structure. The lead partner has been caught up in that. That partner has preferred pricing & Nedbank has to decide whether to go with partner that has questionable practices & low prices OR partner with ethics but higher price

- **Gedeon** – dropped to %1.1M

- **Schroeder** – possible ELA & could grow to $3M

- **Generali –** trying to supersize the deal to $4M from $1.4M



# EMEA Forecast Call Highlights – cont'd

**Inside Sales – Pradeepa Kolli**

**IAE**

- $9.2M Target and booked $187K so far

- New Logo Target 112 closed with 240 Pipeline

- Top 3 Priorities

  - Talent – promoted 3 reps to the field

  - Coverage – continued focus on net new logos

  - Quality of Sale – Objection handling training next week

**SDR**

- 25 total SDR's

- Meeting Quota – 1140 so far 133 Meetings (45 enterprise)

- Pipeline Goal - $65M  so far $5.4M

- Need to focus on quality of meeting in order to get to $65M

- Top 3 Priorities – Talent, Coverage & Quality of Sale

  - Talent – Constantly trying to promote & hire, concentration on repairing Germany

  - Coverage – Enterprise account meetings + pipeline creation (focus on quality)

  - Quality of Sale  - Inside sales Academy with Sales Enablement team



# EMEA Forecast Call Highlights – cont'd

**Marketing – Mark Wheeler**

- Heading towards a target of $358M aiming for 65% increase from Q2 2018 targets

- Pipeline Linearity is on track

- MQL target – 21750 – QTD 3097 at 14%

- Action Plan & Priority –

    - Resolve the Lead Flow & provide inside sales with what they need – believe they have this resolved

    - Lead flow linearity to manage seasonality.

    - Catch up on Q4 & q1 short falls – making strides toward this. Expect to be there by EoQ

- Working hard to fix the lead problem we saw in Q1

- Have a sufficient machine building leads through InnoSales, vmworld, Lenovo Think Big & .NEXT


**Channel – Jan Ursi**

- Q3 Turbo charge initiative starting tomorrow & will begin to be introduced to the partners. The deals that we will over incent partners to close have been handpicked & prepped for the program.

- This plan's goal is to drive an additional $10M to close

- Have interviewed people from Dell, EMC, etc and there is truth that we lag a bit behind competitors in the way we financially reward partners.. However, there is some nuance in the statement because there is more than money at play.



# EMEA Forecast Call Highlights – cont'd

### Services – David Elefante

- Q1 – came in at 120% so we had a 320K surplus moving into Q2

- At 98% linearity for M1 because of primary 1 deal. Expect to hit M1 target

- Do not see early concerns for the EMEA pipeline

- Variability between Regions has gotten much wider than before. Typically we had most deals done in 1 or 2 areas. Now we are seeing deals open across many Sub Regions

- Hiring Simon from VMWare to cover the UK. Do not expect massive pipe movement this quarter but definitely next Q

- Hiring 2 folks in January that will focus on the Commercial sectors. Expect this to progress & help 2H

### Areas Not Addressed / Not on Call

**Legal – Davud Hasan**

**GAM – Jonathan Gosselin**

**HR  – Adam Stanley**



# APAC Forecast Call Highlights

## Summary – Matt Young

- Calling $10M for M1

- There is $16M in Japan Pipeline that are potentially real opportunities

- Sep call $29M to $30M

- Japan goal is $21M – overachieved by $3M last quarter. Do not see him getting to $21M. Closer to $19M

- Korea is a bit soft, ANZ, India & ASEAN are a little high

- Irene nails her forecast call – $5M is likely spot on.  She thinks we are discounting too much so we are going to try to claw things back

- Irene is typically low and moves up

- ASEAN will likely do his number

- Fine with assistance at this point, no direct issues on the plate

- Marketing -  Big focus on the larger accounts. Chris Kozup gave APAC more money to try to pull into Q2. Focusing on the Big strategic accounts

- Doubling down on Japan for Q2 & moving into Q3

## Deal Notes – Matt Young

- No deals discussed



# APAC Forecast Call Highlights

**Inside Sales – Yves Nolin**

- Need to scale up in ASEAN

- Focused completely on hiring

**Areas Not Addressed / Not on Call**

      **GAM  – Adam Wright**

      **Legal – Adam Glick**

      **Marketing – Michael Magura**

      **Services – David Elefante**

      **HR – Ammar Saladdin**

      **Channels – Jacob Pereira**



# EXHIBIT 22

**To:** Chris Kaddaras[chris.kaddaras@nutanix.com]; Dheeraj Pandey[dheeraj@nutanix.com]
**From:** Duston Williams[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0388A98C872D4A29B89673DC9F5AADD8-DUSTON WILL]
**Sent:** Tue 5/21/2019 2:56:09 PM Pacific Daylight Time
**Subject:** RE: Pre-Approval Request ███████ Americas Commercial Sales VP

---

Yep – but we just can't focus on copious amount of inputs without some commitment as to what the output will / should be.

---

**From:** Chris Kaddaras <chris.kaddaras@nutanix.com>
**Sent:** Tuesday, May 21, 2019 1:35 PM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>; Duston Williams <duston.williams@nutanix.com>
**Subject:** Re: Pre-Approval Request - ███████ Americas Commercial Sales VP

Well said

My unvarnished view is that we have severely under invested in enablement, channel and sales operations and we are feeling the pain in lower conversion rates, channel stagnation on deal registration, and uncontrolled discounting.   We need to invest heavily to make up for the deficit and then invest more to support growth.   Therefore we will have a gap in productivity output for a period of time.    Typically 12 months from the investments starting in the company, as it takes time to get the investments into the organization adding value and then most of these are linked to the sales campaign cycle of 6-9 months.

As we have discussed prior – I suggest we find ways to save $$ outside of the sales organization to fund this time gap.

---

**From:** Dheeraj Pandey <dheeraj@nutanix.com>
**Date:** Tuesday, 21 May 2019 at 11:05
**To:** Duston Williams <duston.williams@nutanix.com>
**Cc:** Chris Kaddaras <chris.kaddaras@nutanix.com>
**Subject:** Re: Pre-Approval Request - ███████ Americas Commercial Sales VP

I believe that the "oil" — DG spend and pipeline, sales enablement, rigorous channel — will be the input that will create the (intermediate) output that is bookings, which will then help calculate the derived output called sales productivity. I was in a meeting with Andy Jassy yesterday where the whole notion of inputs vs. outputs was so cogently reinforced into me one more time. Most companies focus on outputs and scratch their heads on the direction of the business. Hope we can celebrate inputs in a holistic way.

On May 21, 2019 at 8:55 AM, <Duston Williams> wrote:

Thank you – very helpful.

At some point it would be good to hear your thoughts about sales productivity going forward. As you know all the additional overlay HC (not just this but the other 40 or 80 that are planned) must eventually lead to improved direct rep quota carrying sales productivity.

---

**From:** Chris Kaddaras <chris.kaddaras@nutanix.com>
**Sent:** Tuesday, May 21, 2019 8:37 AM
**To:** Duston Williams <duston.williams@nutanix.com>; John Vettraino <john.vettraino@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>
**Cc:** Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>; Lynette Estrada <lynette.estrada@nutanix.com>
**Subject:** Re: Pre-Approval Request - ███████ Americas Commercial Sales VP

Good question Sir

Today we have 10 Commercial Regional Directors in the USA (each have a team of 7-10 reps)
For 1H Planning we will be expanding +4 (Approximately 100 Sales Reps and 14 Regional Sales Directors)
By 2H we need to expand +6 Regional Directors in this segment (150 Sales Reps and 20 Regional Sales Directors)

███████ will directly manage all of the sales managers and there teams as a discreet segment in the USA – and possibly Canada commercial team (to be planned) This segment has a very specific pace and approach to partnering.   Today we are not getting the full effect of this with current management structure.

Anton, Keith and Dave – will then only be managing Enterprise and Global teams moving forward.

Please let me know if you have further questions or concerns – happy to chat.

John – Can you please change the title to USA- Not Americas for the offer letter – thanks

---

**From:** Duston Williams <duston.williams@nutanix.com>

CONFIDENTIAL

**Date:** Monday, 20 May 2019 at 19:23
**To:** John Vettraino <john.vettraino@nutanix.com>, Dheeraj Pandey <dheeraj@nutanix.com>
**Cc:** Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>, Chris Kaddaras <chris.kaddaras@nutanix.com>, Lynette Estrada <lynette.estrada@nutanix.com>
**Subject:** RE: Pre-Approval Request - █████████ Americas Commercial Sales VP

I would be curious as to what the reporting relationships will look like – who would be his direct reports?

---

**From:** John Vettraino <john.vettraino@nutanix.com>
**Sent:** Monday, May 20, 2019 5:16 PM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>; Duston Williams <duston.williams@nutanix.com>
**Cc:** Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>; Chris Kaddaras <chris.kaddaras@nutanix.com>; Lynette Estrada <lynette.estrada@nutanix.com>
**Subject:** Pre-Approval Request - █████████ Americas Commercial Sales VP

Hi Dheeraj and Duston,

We'd like to request a preapproval for John Bertero (CV attached) for the role of VP, Americas Commercial Sales reporting into Chris Kaddaras █████ will be based out of Houston, TX with a proposed start date of 6/3/19. The proposed offer is:

**Name** █████████████
**Title:** VP, Sales Commercial Americas
**OTE:** ███████████
**Equity** ████████████

Regards,

John Vettraino
Executive Recruiter

408.490.7190 | john.vettraino@nutanix.com



Nutanix.com | Invisible Infrastructure | News

# EXHIBIT 23

**To:** Inder Sidhu[inder.sidhu@nutanix.com]; Duston Williams[duston.williams@nutanix.com]
**Cc:** Mineo Sakan[mineo.sakan@nutanix.com]; Nikhil Kumar[nikhil.kumar@nutanix.com]
**From:** Sridhar Chandran[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=70CC23915FD94EE4BFFA504A9DC636A0-SRIDHAR CHA]
**Sent:** Mon 1/8/2018 1:00:23 PM Pacific Standard Time
**Subject:** RE: "invest in growth" topic

---

The surge model  that we have is the old one which has productivity at the theater level, but not segregated by role (ie GAM, CAM etc).

We will need to update the model to include these toggles.  This will take us a few days, and we will target to get that completed by the end of the week.

We have productivity models at the granularity we need, but they don't incorporate incremental  cash and P&L impacts.

---

**From:** Inder Sidhu
**Sent:** Monday, January 8, 2018 10:10 AM
**To:** Duston Williams <duston.williams@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>
**Cc:** Mineo Sakan <mineo.sakan@nutanix.com>; Nikhil Kumar <nikhil.kumar@nutanix.com>
**Subject:** Re: "invest in growth" topic

Sridhar, you are correct that what we are doing for the board meeting next week is a strategic direction exercise of options with rationale, with the final answer to be proposed at the end-of-February board meeting. Lou and I are developing a set of ideas for that with a short, medium and long-term timeframe (6, 12, 18 months), and that can help to frame our assumptions. Hiring surge is one option, but there are other options. Will get some of that to you in the next day or two. Hopefully with this we start to address the questions that Duston has in the email below.

In the meantime, what I wanted to do is make sure that we have an excel model (it might very well be the same one that we already have from the prior surge discussions), where we can input the numbers, i.e., type of resources (GAM/EAM/CAM/IAE/ISR/CSM by geo), to see the impact, while being able to flex the productivity assumptions. That way we can make sure that our proposal/assumptions are not resulting in some unrealistic numbers. We would initially just do it at a rough ballpark level, and then we would refine the model in the coming weeks prior to the Feb meeting.

Hope this clarifies. Happy to chat some more. I'll call you.

---

**From:** Duston Williams <duston.williams@nutanix.com>
**Date:** Monday, January 8, 2018 at 9:22 AM
**To:** Sridhar Chandran <sridhar.chandran@nutanix.com>, Inder Sidhu <inder.sidhu@nutanix.com>
**Cc:** Mineo Sakan <mineo.sakan@nutanix.com>, Nikhil Kumar <nikhil.kumar@nutanix.com>
**Subject:** RE: "invest in growth" topic

This request is just an excel exercise – there needs to be some thought / input from sales, etc. as to what you want to do and why

- Before we surge it would be good to understand if we are going to get back to the original / current productivity model assumptions – which we are currently not performing to – what is the baseline?
- Why surge?
- How much?
- Where?
- When?
- How are you going to hire everyone?
- If we can't even hire to the current plan why worry about a surge?
- GAMS?
- EAMS?
- CAMS?
- Inside sales?
- Etc.

We have all the current data cut in a million different ways – once you provide some thought leadership on the above items we can put together a very thoughtful financial presentation.

---

**From:** Sridhar Chandran
**Sent:** Monday, January 8, 2018 9:04 AM
**To:** Inder Sidhu <inder.sidhu@nutanix.com>; Duston Williams <duston.williams@nutanix.com>
**Cc:** Mineo Sakan <mineo.sakan@nutanix.com>; Nikhil Kumar <nikhil.kumar@nutanix.com>
**Subject:** RE: "invest in growth" topic

+Duston

We have done none of the analysis as we have been waiting for inputs from Sales & Sales Ops.I thought this was to be more of a sales strategy exercise and then detailed financial analysis to follow in Feb.

CONFIDENTIAL

NTNX-0019916

The ask below is not a 2/3 hour exercise. At the minimum, we will not have anything until late in the week.

We should huddle with Duston to make sure we know what the expectations are for the board presentations.

---

**From:** Inder Sidhu
**Sent:** Monday, January 8, 2018 12:16 AM
**To:** Sridhar Chandran <sridhar.chandran@nutanix.com>
**Cc:** Mineo Sakan <mineo.sakan@nutanix.com>; Nikhil Kumar <nikhil.kumar@nutanix.com>
**Subject:** FW: "invest in growth" topic

Sridhar, wanted to follow up on the board presentation for next week. We will also be discussing it at DP's next staff on Friday. I am assuming that you have an updated version of the surge analysis, similar to what you had done last time. Could you please share that with me.

Here are a few things for consideration in the update:
1. It would be good to show what the impact will be for each for the next 5 half-year fiscal periods, i.e., H2' FY18 (i.e., next 6 months), H1'19, H2'19, H1'20, H2'20.
2. It would be good to do the analysis with the productivity held at current levels (for GAM, EAM, CAM by region). This could be scenario 1.
3. Time permitting, it would be good to do a scenario 2, where productivity goes up 5% in FY'19, and 5% in FY'20. This is low priority.
4. It would be good to show the impact of Inside Sales Hiring. Assume the incremental productivity of IAE's is $0M, $0.1M, $0.3M and $0.5M in their first 4 quarters and stable after that. Assume ISR productivity is $0M, $0.1M, $0.2M, and $0.2M in the first 4 quarters, and stable after that. Bob Wallace/Richard Moustirats can provide more details. I had asked them to do a hiring analysis a couple of weeks ago.

Let's begin with this, and we can iterate and improve. Any possibility of having some of this by 3 pm today Monday (Lou and I are meeting then). If not let's try for tomorrow morning since Lou and I will be meeting on this topic again tomorrow. Apologies for the short timeframe.

Many thanks, Sridhar!

Inder

---

**From:** Duston Williams <duston.williams@nutanix.com>
**Date:** Tuesday, December 5, 2017 at 3:36 AM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>, Mineo Sakan <mineo.sakan@nutanix.com>, Nikhil Kumar <nikhil.kumar@nutanix.com>, Sridhar Chandran <sridhar.chandran@nutanix.com>
**Cc:** Lou Attanasio <lou.attanasio@nutanix.com>, Inder Sidhu <inder.sidhu@nutanix.com>
**Subject:** RE: "invest in growth" topic


Adding Lou and Inder

Thanks – Sridhar, I lot of this thinking / analysis / strategy will need to come from Lou, Inder and team – please sync up with them early and often

---

**From:** Dheeraj Pandey
**Sent:** Monday, December 4, 2017 6:51 PM
**To:** Duston Williams <duston.williams@nutanix.com>; Mineo Sakan <mineo.sakan@nutanix.com>; Nikhil Kumar <nikhil.kumar@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** RE: "invest in growth" topic

The biggest focus area should be around:
(a) inside sales and how it helps the base-of-the-pyramid productivity going forward: investments, etc. so that our commercial segment is thoughtfully designed
(b) enterprise account coverage: how many of those 40-odd (sometimes 80-odd) enterprises have not been covered for 18 months
(c) global account coverage

Commercial AMs at high OTE will have attrition in the future, as they aren't meeting the standards. So this is the time to figure out how this segment interleaves CAMs with inside AEs.
On Dec 5, 2017, 12:58 AM +0100, Sridhar Chandran <sridhar.chandran@nutanix.com>, wrote:

Yes and then layer in incremental resources across the various theaters.

---

**From:** Duston Williams
**Sent:** Monday, December 4, 2017 3:57 PM
**To:** Sridhar Chandran <sridhar.chandran@nutanix.com>; Mineo Sakan <mineo.sakan@nutanix.com>; Nikhil Kumar <nikhil.kumar@nutanix.com>
**Cc:** Dheeraj Pandey <dheeraj@nutanix.com>
**Subject:** RE: "invest in growth" topic

So keep all the current cohorts and tiers performing as they are today and mirror the new reps according to this cohort / tier current performance?

---

**From:** Sridhar Chandran
**Sent:** Monday, December 4, 2017 3:53 PM
**To:** Duston Williams <duston.williams@nutanix.com>; Mineo Sakan <mineo.sakan@nutanix.com>; Nikhil Kumar <nikhil.kumar@nutanix.com>
**Cc:** Dheeraj Pandey <dheeraj@nutanix.com>
**Subject:** RE: "invest in growth" topic

CONFIDENTIAL

NTNX-0019917

Per Ravi's request, I would likely show no growth in productivity from current levels across the tiers of reps (GAM;s CAM's EAMS's, by region) over time and then assess the impact.

---

**From:** Duston Williams
**Sent:** Monday, December 4, 2017 3:49 PM
**To:** Sridhar Chandran <sridhar.chandran@nutanix.com>; Mineo Sakan <mineo.sakan@nutanix.com>; Nikhil Kumar <nikhil.kumar@nutanix.com>
**Cc:** Dheeraj Pandey <dheeraj@nutanix.com>
**Subject:** RE: "invest in growth" topic

Adding Dheeraj to comment.

I think output is as before but probably more discussion / analysis needed as to where to hire or surge and why (GAM, etc.)

Regarding productivity, what exactly would you hold constant?

---

**From:** Sridhar Chandran
**Sent:** Monday, December 4, 2017 3:44 PM
**To:** Duston Williams <duston.williams@nutanix.com>; Mineo Sakan <mineo.sakan@nutanix.com>; Nikhil Kumar <nikhil.kumar@nutanix.com>
**Subject:** "invest in growth" topic

We are just thinking through Ravi's request for the January board.

Is it as simple as modeling another surge, only in this case productivity is held constant and look at cash burn in the short term and payback?  Similar to what we have done before.

Or am I missing something and we are talking about other GTM strategies?

CONFIDENTIAL

NTNX-0019918

# EXHIBIT 24

**To:** Lou Attanasio[lou.attanasio@nutanix.com]; Bob Wallace[bob@nutanix.com]; Roger Browne[roger.browne@nutanix.com]; Bill Broderson[bill.broderson@nutanix.com]
**From:** Nithen Luthra[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5EE59623F0804CD0B5896AF6EC5BB9F0-NITEN LUTHR]
**Sent:** Tue 2/26/2019 5:49:34 PM Pacific Standard Time
**Subject:** Final version of sales related boar deck slides approved by DP
**Attachment:** 2019FEB27_Nutanix BOD_20190226final.pptx

Hello Lou et al,

The attached includes Prabha's revisions.

Best
Nithen

Nithen Luthra
Snr Director – Sales Strategy
Cell (925) 999-0118   Office (408) 380-2816 ext 2149
Nutanix, Inc. | 1740 Technology Drive, 1st Floor, San Jose, CA 95110



CONFIDENTIAL

NTNX-0011375

# Produced in Native

CONFIDENTIAL

NTNX-0011376

# Sales Hiring & Execution



# Direct Sales Rep Headcount and Hiring Challenge

| 2

We continue to fall behind on hiring and the gap to plan HC has worsened since Q2'18 **(12%)**.







Confidential & Proprietary – Do Not Distribute

# WW Q2'19 Exit

| 3

Q2'19 AOP required **643 Direct Reps**. We exited Q2'19 with **561** Direct Reps or **82 short**. Our shortfall was compounded by **37** attrits



Confidential & Proprietary – Do Not Distribute

# H2'19 Building a Rigorous Sales Hiring Process

| 4

- **Begin hiring process early**

  - Distribute hiring plan across hiring managers and accounts 1 quarter ahead in AMER, 2 quarters ahead in EMEA and APAC

- **Actively Hire ahead of Attrition**

  - Open headcount well beyond target quarter

- **Institute weekly execution cadence**

  - Focused hiring status reviews with managers and recruiters

- **Add sales recruiting capacity** (repurpose as needed)

- **Increase Referral Programs (Quota Carrying Reps and SEs)**

- **Implement a target hiring challenge for RDs**

  - Hire 100% of their required HC



Confidential & Proprietary –  Do Not Distribute

# Begin hiring process early

| 5



## Remediation New for H2'19

**Prior to Half**
- Geo driven suggested Rep HC plan from finance
- RVPS/RDs evaluate precise HC needs based on segmentation
- Distribute hiring plan across hiring managers and accounts 1 quarter ahead in AMER, 2 quarters ahead in EMEA and APAC

**During Half**
- Recruiters execute against hiring requirements



Confidential & Proprietary – Do Not Distribute

# Actively Hire Ahead of Attrition

| 6

**Open future headcount in current quarter**

- Primarily focusing in major markets (NYC, NorCal, Socal, Atlanta, Chicago)

- Distribute Q4 positions across teams

- Hire Q4 positions in Q3

- Pulling in Q4 hires will alleviate burden created by Q3 attrition

**Create bench of "ready-to-go" strong candidates**

- Assign managers and recruiters to identify and interview candidates

- Keep pipeline of candidates "warm"

- Be ready to Pull-in hires to replace attrits upon submitting 2 week notice



Confidential & Proprietary –  Do Not Distribute

| 7

# Add sales recruiting capacity for Q3/Q4'19

Short **3** recruiters in Q3'19 to meet our overall WW Rep goals, will be hired in EMEA and APAC

|  | Number of Direct Reps | Internal Rep Hiring Capacity | Additional Recruiters Required |
|---|---|---|---|
| Q2'19 Rep Needs Carried Forward into Q3 | 82 | | |
| Q3'19 Additional Reps Required | 18 | | |
| Q3'19 Projected Attrits | 40 | | |
| **Total Rep hires required for Q3'19** | **140** | **100** | **3** |
| Q4'19 Additional Reps Required | 50 | | |
| Q4'19 Projected Attrits | 40 | | |
| **Total Hires required for Q4'19** | **90** | **100** | **0** |
| **Total Hires required for H2'19** | **230** | **200** | **3** |



Confidential & Proprietary – Do Not Distribute

# Forecast for Rep Hiring – Q3'19 and Q4'19

We expect to meet our H2 HC for Americas and EMEA and have a shortage of 10 in APAC

| | | Global | Net New Adds |
|---|---|---|---|
| Target Q3 Incremental | | 100 | |
| Q3 Needed Backfills (Attrition) | + | 35 | |
| Total Q3 Target Hires | | 135 | |
| Q3 Starts to Date | + | (37) | |
| Q3 Exp. Additional Starts | + | (60) | |
| Hires Under Target - End of Q3 | | 38 | Q3: 62 net new adds (target was 100) |
| Target Q4 Additional | + | 50 | |
| Q4 Needed Backfills (Attrition) | + | 40 | |
| Q4 Hires Needed | | 128 | |
| Actual Expected Q4 Hires | + | (118) | |
| Hires Under Target - End of Q4 | | 10 | H2: 140 net new adds (target was 150) |



Confidential & Proprietary – Do Not Distribute

| 9

# Securing Sales Momentum and Growth in H2'19



## People

- Hiring required reps

- Implementing sales incentives for large deals

- Changes in sales leadership



## Segmentation

- Driving focus and coverage on highest potential accounts

- Informing Capital Allocation

- Boosting Quota Attainment across all reps



## Pipeline

- Increasing Sales Mgmt. Discipline (Weekly Opportunity Targets)

- Driving new opportunities and business through Channel Programs



Confidential & Proprietary – Do Not Distribute

# Appendix

# Proposed Definitions and Coverage Guidelines

| US 12K | | Named | | | Non Named |
|---|---|---|---|---|---|
| **Criteria** | **Segment** | **Enterprise Select** | **Enterprise** | **Commercial Select** | **Commercial/SMB** |
| 1a | **TAM** | $10M or above | $3M - $9.99M | $1M - $2.99M | <$1M |
| 1b | **Annual Company Revenues** | $1B or above | $650M - $999M | $350M - $649M | $0 - $349M |
| 2 | **Rankings** | Fortune 1000, G2K | G5K | Not in G2K,G5K, Fortune 1000 | Not in G2K,G5K, Fortune 1000 |
| | | | | | |
| **RVP discretion** | **Regional Tribal Knowledge** | *Exceptions to the above based on inherent knowledge of account potential in absence of IT spend data* | | | |
| | | | | | |
| **Account Assignment** | **Rolled Up Account Coverage** | Up to 12 | Up to 30 | Up to 75 | Between 400 - 450 |



APPENDIX

| 12

# TAM Methodology

## Information Sources

- **Gartner Market Data**
- **IDC Market Data**
- **Dun and Brad Street Refreshes**
- **Hoovers**

## H2'19 Inputs

- **IT Spend**
- **Revenue Ratios**
- **Date Center Systems and Enterprise Software Spend Forecasts**
- **LTV ISV per Account**
- **East RVP Discussions**

## Calculation

*Actual quotient for 2019 = 16.5%. Given our target is a subset of this spend and other sources below we have used 12%*

% IT spend on Enterprise Software and Data Center Devices*



IT Budget for account

=

$ Potential





APPENDIX

# Rationale for US12K Segmentation



**Prior to H2'19**

**H2'19+**

31K Accounts Covered

Named/ "Enterprise"

Commercial and Mid-Market

SMB

**Key Changes**

1. Direct Reps focus on top ~12K accounts (11,644 Including 104 Public Sector)

2. Non Named Accounts (Commercial Territory and SMB) managed by Inside/Channel

3. Leverage TAM and other criteria to define segments

4. Public, LATAM and Canada excluded from H2'19 segmentation activity

Focus on "A12K" Accounts Covered

Globals

Enterprise Select

Enterprise

Commercial Named

Commercial Territory

Non-Named

SMB Transaction

APPENDIX

| 14

# US12K Outcomes and Approach (Excludes Public Sector)

## Key Outcomes

 **1** Maximize Rep Focus and Yield   **2** Rationalize Marketing Investments and Spend   **3** Prioritize Xsell/Upsell/New Logos   **4** Inform Hiring

## New Approach

| Step 1 | Step 2 |
|---|---|
| **Design and Build 12K Named List** | **Operationalize 12K Named List** |

| Rank Accounts | Define Segments | Establish Coverage | Assign Accounts | Hire Reps | Allocate Quota |
|---|---|---|---|---|---|

- **Leverage TAM\*** to rank and classify between named/non-named
- **Establish** segment break points based on key criteria
- **Analyze** attainment/**Leverage** industry insights to set coverage
- **Supplement** A12K with **Field Team's tribal knowledge**

- **Assign accounts** and determine hiring needs based on capacity
- **Determine** required rep profiles to hire for H2'19
- **Allocate** sales quota to reps based on A12K account assignments
- **Apply** account based quota model for Enterprise reps

*\* TAM Calculated as 12% of IT spend*




APPENDIX

# US12K is Driving Focus (Excludes Public sector)

| | Before H2'19 | Start H2'19 | Net Change |
|---|---|---|---|
| # of Rollup Accounts | 21,424 | 11,540 | -46% |
| # of Customers* | 1,791 | 1,685 | -6% |
| Account Penetration (*Expect to see an increase by end of H2'19) | 8% | 15%* | +7%* |
| Avg Accounts per rep | 97 | 52 | -46% |
| Avg Accounts per Enterprise rep | 36 | 19 | -48% |

## Transformation Summary

✓ Narrow the focus of the reps towards accounts with highest bookings potential ~ $71B TAM

✓ Direct and align sales and marketing investments

*Customers – Accounts with $ISV bookings history*



APPENDIX

| 16

# Segmentation Beyond H2'19

**Segmentation is a journey** with continual evaluation and refinement over the next few cycles

Feb'19　　　　　　　　　Aug'19　　　　　　　　　Feb'20

**Outcome**

| Informed hiring and investment spending | Precise segment definitions and coverage | Fine tuning to optimize coverage for all products |
|---|---|---|

| **19H1** → **Introduce** | **19H2** → **Enhance** | **20H1** → **Optimize** |
|---|---|---|

**Objective**

| Implement TAM based segmentation, Develop segmentation definitions | Evaluate white to green space progression and refine segmentation definitions and coverage as needed | Incorporate buying propensity and founder products & teams |
|---|---|---|

| **COMPLETE** | **WORK IN PROGRESS** | **NOT STARTED** |
|---|---|---|



# EXHIBIT 25

**To:** Jeff Yuille[jeff.yuille@nutanix.com]; Julie O'Brien[julie.obrien@nutanix.com]; Gleb Brichko[gleb@nutanix.com]; Chris Kozup[chris.kozup@nutanix.com]; Erin Alonso [erin.alonso@nutanix.com]
**Cc:** Ben Gibson[ben.gibson@nutanix.com]
**From:** Tonya Chin[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7C8CAD663D3B4125A587C3DB86E894C9-TONYA CHIN]
**Sent:** Wed 11/7/2018 5:49:47 PM Pacific Standard Time
**Subject:** Re: Marketing Update @ Dheeraj Leadership Meeting
**Attachment:** Marketing Update_11072018tc.pptx

All,

Here is the deck with three slides on Gloves Off for IR/PR/and AR.

Ben, let me know if you have any edits or changes you would like me to make.

Tonya Chin | VP, Investor Relations and Corporate Communications | Email tonya@nutanix.com |
Cell: 408.505.4637 | 1740 Technology Drive, San Jose 95110 | NASDAQ: NTNX

---

**From:** Jeff Yuille <jeff.yuille@nutanix.com>
**Date:** Tuesday, November 6, 2018 at 11:07 PM
**To:** Julie O'Brien <julie.obrien@nutanix.com>, Gleb Brichko <gleb@nutanix.com>, Chris Kozup <chris.kozup@nutanix.com>, Erin Alonso <erin.alonso@nutanix.com>, Tonya Chin <tonya@nutanix.com>
**Cc:** Ben Gibson <ben.gibson@nutanix.com>
**Subject:** Marketing Update @ Dheeraj Leadership Meeting

Hi all,

I've consolidated the slides into the three sections.

@Tonya, send over your 1-2 slides when you get a chance and I can put them into the first section.

Thanks,

Jeff

---

**From:** Julie O'Brien
**Sent:** Thursday, November 01, 2018 12:03 PM
**To:** Jeff Yuille; Gleb Brichko; Chris Kozup; Erin Alonso; Tonya Chin
**Cc:** Ben Gibson
**Subject:** Re: Dheeraj Staff Meeting Deck

Thanks Jeff!

+Erin on .NEXT slides. Erin I'll build the London preview one with your input.

+Tonya also on the "Show evidence of the Dell FUD" - is there anything from the IR community on this? And also the "how does AR/PR play into this..." - what specifically do we want to communicate here? Increase in awareness via increase in AR/PR spend?

Gleb, let's do a mix of the recent brand perception feedback as well as the 3rd party awareness results.

---

**From:** Jeff Yuille
**Sent:** Thursday, November 1, 2018 10:11 AM
**To:** Gleb Brichko; Julie O'Brien; Chris Kozup
**Cc:** Ben Gibson
**Subject:** Dheeraj Staff Meeting Deck

Hi all,

We are working on a deck for Dheeraj's staff meeting next Thursday of which some portion may be used during the VP offsite. Also, a good portion of this will probably be used for the Board Meeting in December. 'll need your help in compiling slides for the deck. We are looking to get this complete by **Monday end of day** so please let me know if you have questions but we need to get cranking.

Thanks,

Jeff

---

CONFIDENTIAL                                                                                          NTNX-0027524

**Brand (Julie and Gleb)**
Present the brand level findings
Show evidence of the Dell FUD
Introduce the proposed Gloves Off Campaign
Spending increase (go from $2M per quarter to $4-$5)
   o What would we do with the additional investment
How does AR/PR strategy play into this
Michal has some mock-ups we could use?


**Demand Generation (Chris and Jeff)**
Review of FY'18 Performance
FY'19 Targets—by theater (including a Q1 progress report)
Product Pipeline Goals
New Solutions and Corresponding products
New Play Structure with pipeline goals
Performance-based Demand Gen investing
Q2'19 plan with forecasted pipeline source and influence
Pipeline-as-a-Service Offering
Channel Promotions

**.NEXT (Julie, Chris and Jeff)**
.NEXT—London Preview (Julie)
Investment and performance (Jeff)
.NEXT future—go big or go small (Julie, I think Erin has some slides on this)

   NTNX-0027525

# Produced in Native

CONFIDENTIAL

# Marketing Update
# 11/8/2018

Nutanix Confidential

# Agenda

**1** Brand Results

**2** Marketing Allocation

**3** .NEXT



# Annual Brand Awareness Survey Results

- Nutanix has an awareness shortfall when competing with the Microsofts and Amazons of the world, and with the established incumbent infrastructure vendors.



# Advertising Impacts Perception and Awareness

- Advertising activity provides a significant, +40% improvement in Nutanix's brand performance scores vs those aware of brand but NOT marketing and advertising exposed.



[1]Which INFRASTRUCTURE AND CLOUD companies do you recall seeing advertisements and/or communications for in the past 4 weeks?
[2]Thinking about [BRAND], how strongly do you agree or disagree with the following list, where 7 is strongly agree and 1 is strongly disagree?

# Awareness is Good. Consideration is Better

- Along with increase in awareness and perception measurements, brand investment will be quantified through an increase in consideration.

1Thinking about your organization's PRIMARY INFRASTRUCTURE AND CLOUD company, if it was no longer available, how likely would you and/or your organization be to consider each of these companies as an alternative, where 7 is extremely likely to consider and 1 is extremely unlikely to consider? % 6&7/7



# Bi-Annual Brand Perception Survey

## Modest gains in perception as an Enterprise Cloud Company

**Nutanix is a:**

| Category | FY16 | FY17 | FY18 |
|---|---|---|---|
| Enterprise cloud company | 3% | 17% | 20% |
| Hyperconverged company | 91% | 76% | 70% |
| Platform company | 0% | 0% | 3% |
| Storage company | 2% | 2% | 1% |
| Virtualization company | 4% | 6% | 5% |

■ FY16  ■ FY17  ■ FY18



# Bi-Annual Brand Perception Survey

## Customers on Competitors



# Bi-Annual Brand Perception Survey

## Improve Pricing; Simplicity and Pay as You Grow Benefits Slipping...



# Doubling Down on Brand

- On/Off approach is not effective - consistent and sustained presence over a period of time in key regions is critical to getting visibility and mindshare.

- Increase spend from 1.5M to 5M per quarter.

- Continue and expand targeted strikes at industry and competitive events, including net-new audiences.

- Deploy targeted advertising in key countries and metros (NY/NJ, North, West, Germany, France, Japan, etc)

- Targeted deployments in strategic geos (Seattle/Bellevue, Bay Area, etc).

- Ongoing aircover with digital and select print placements.

- Targeted native and programmatic placements for lower cost/high value targeting placements.



# If We Double Down On Brand Advertising

- From $2M to $4M per quarter...

- Go huge in countries/regions we need to own with Gloves Off and Freedom Customer campaigns:
  - EMEA: Germany, France, UK
  - APJ: Japan, India, ANZ, China
  - AMER focus on North, West, Mexico

- $500-800K OOH takeovers to support awareness, demand and recruiting

- $500K in premium digital buys targeting IT buyers and investor community (WSJ, Bloomberg/Marketwatch and EMEA/APJ equivalents)

- $500K in targeted print (potentially WSJ, Financial Times in UK, Heise in Germany, Nikkei in Japan, etc)

- $250K in native content advertising push on a variety of hybrid cloud topics (need content focus/support from PMM to drum up the story)

- Targeted programmatic digital across high value sites and a mix of lower cost inventory



# Gloves Off Campaign








# Gloves Off Campaign

12







# You Decide - Ads







# You Decide - Ads





# Gloves Off Campaign—PR Key Plays

- **Three pointed blogs (1/mo) aimed at competition and how we win (Dheeraj/Lou/Sangster)**

- **Significant increase in releases over next few months—air cover—8-9 in November alone**

- **Roll out of Enterprise Cloud Index**

- **SF Media Dinner w/customers**



# Gloves Off Campaign—IR Key Plays

- **Exec meetings with key target and existing holders (Sands, Barron, Fidelity, JP Morgan, Capital, TRowe, Prime Cap)**

- **Huge push in conferences (4), NDRs (4), bus tours (2)—utilizing Dheeraj much more**

- **Customer testimonial investor call**

- **2 new analysts to pick up coverage over next 2-3 mo**



# Gloves Off Campaign—AR Key Plays

- **Roll out our GOOD NEWS with new Gartner MQ**

- **.NEXT Analyst Day Session live broadcast and replay for non-attending analysts**

- **Gartner Infrastructure and Operations/Cloud conference**

- **Strategy Day for Gartner MQ analysts**

- **Calm/Leap SAS session with Gartner**



# Agenda

1     Brand Results

2     Marketing Allocation

3     .NEXT



# Marketing Investment Mix

Majority of marketing dollars are invested in demand generation

| Function | FY'18 % of Spend | 1H'19 % of Spend |
| --- | --- | --- |
| Field Marketing | 48% | 50% |
| Demand Marketing (e.g., Digital, Programs) | 21% | 17% |
| .NEXT | 15% | 13% |
| OEM MDF | 5% | 5% |
| Brand | 4% | 4% |
| Corporate Communications | 3% | 4% |
| Channel and Alliances | 2% | 3% |
| Other | 2% | 3% |
| **Total** | **100%** | **100%** |



# Q2'19 Theater Goals and Investment

| | AMS | EMEA | APJ | Global |
|---|---|---|---|---|
| Bookings Goal ($m) | $ 237,000,000 | $ 100,198,600 | $65,400,000 | $402,598,600 |
| Bookings % of Global | 59% | 25% | 16% | 100% |
| Pipeline Goals | | | | |
| Pipeline Goal | $860,000,000 | $369,500,000 | $252,945,000 | $1,482,445,000 |
| Marketing Sourced Pipeline Goal | $215,000,000 | $73,888,882 | $50,589,000 | $339,477,882 |
| Marketing Influenced Pipeline Goal | $387,000,000 | $153,300,000 | $113,825,250 | $516,155,250 |
| Marketing Investment | | | | |
| Total Marketing Investment | $10,400,000 | $4,400,000 | $3,400,000 | $18,200,000 |
| Annualized Investment as a % | 57% | 24% | 19% | 100% |
| Incremental Q2 Investment | $3,800,000 | $800,000 | $400,000 | $5,000,000 |



# Q2'19 Plan to Close the Gap

## Combination of activities will help close the gap



**Pipeline Creation Gap**

# Performance-Based Investment Model

## Historical Campaign Mix

|  | AMS | EMEA | APJ |
|---|---|---|---|
| Events | 63% | 65% | 59% |
| .NEXT | 0% | 0% | 0% |
| Digital | 9% | 7% | 8% |
| Programs | 14% | 8% | 4% |
| Channel / MDF | 4% | 3% | 4% |
| OEM MDF | 6% | 11% | 15% |
| PR | 4% | 6% | 9% |

## Historical Campaign ROI (Sourced Pipeline from $1 invested)

|  | AMS | EMEA | APJ* |
|---|---|---|---|
| Events | $13 | $13 | $13 |
| .NEXT | $11 | $17 | $13 |
| Digital | $13 | $16 | $11 |
| Programs | $40 | $30 | $13 |
| Channel / MDF | $40 | $20 | $20 |
| OEM MDF | $10 | $20 | $20 |

*Inadequate Data

## Q2 FY19 Campaign Investment Mix

|  | AMS | EMEA | APJ |
|---|---|---|---|
| Events | 35% | 28% | 21% |
| .NEXT | 1% | 0% | 19% |
| Digital | 17% | 16% | 16% |
| Programs | 20% | 20% | 14% |
| Channel / MDF | 20% | 20% | 9% |
| OEM MDF | 5% | 8% | 15% |
| PR | 3% | 4% | 6% |

## Historical Mix Yield by $1 Invested

|  | AMS | EMEA | APJ |
|---|---|---|---|
| Sourced Pipeline ROI | $17.16 | $14.77 | $12.87 |

**The shift in marketing mix improves pipeline yield by 22%**

## Q2 Mix Yield by $1 Invested

|  | AMS | EMEA | APJ |
|---|---|---|---|
| Sourced Pipeline ROI | $23.37 | $17.80 | $13.58 |



22

# Q2'19 Expected Marketing Sourced Yield

| | AMS | EMEA | APJ | Global |
|---|---|---|---|---|
| Events | $79,530,000 | $15,435,360 | $10,634,668 | |
| .NEXT | $1,122,000 | $0 | $9,142,770 | |
| Digital | $36,000,000 | $11,802,000 | $7,839,179 | |
| Programs | $93,600,000 | $26,820,000 | $8,284,505 | |
| Channel / MDF | $83,200,000 | $17,600,000 | $6,432,680 | |
| OEM MDF | $4,730,000 | $6,880,000 | $10,455,000 | |
| TOTAL | $214,982,000 | $78,537,360 | $52,788,802 | $346,308,162 |

| | | | | |
|---|---|---|---|---|
| Marketing Sourced Pipeline Goal | $215,000,000 | $73,888,882 | $50,589,000 | $339,477,882 |



# Q2'19 Campaigns and Incremental Investment

| | |
|---|---|
| **Brand Campaign** | |
| **PR** | |
| **Always-on Inbound Engine** | |
| Outbound Campaigns | Webinars | Tier 1 Events |
| OEM Programs | Alliance Marketing | Partner Programs |
| **Customer Evidence & Advocacy** | |
| Net New Customer Acquisition | Pipeline Acceleration & Customer Relationship Development |
| Customer Expansion & Up-Sell | Partner Co-Marketing |

**+**

| Big Bet Programs | Incremental Pipeline |
|---|---|
| "Fall Fury" Channel Blitz | $120,000,000 |
| Pipeline-as-a-Service | $32,000,000 |
| Vmware Compete | $12,000,000 |
| Prospecting Days | $12,000,000 |
| Refresh – Proactive Proposal | $5,200,000 |
| Key Play execution | N/A |
| .NEXT London | N/A |
| "Gloves Off" Brand Campaign | N/A |
| **TOTAL** | **$181,200,000** |

# Streamlined Key Play Execution



Datacenter Modernization

Consolidate Storage Services

Secure your Applications

Automate App Management

Investment Guidance
85%



High-Performing Apps & DBs

Investment Guidance
10%



Desktop-as-a-Service

Investment Guidance
5%

# Agenda

**1** Brand Results

**2** Marketing Allocation

**3** .NEXT



| 27

# .NEXT History











| Miami, FL | Las Vegas, NV | Washington DC | New Orleans, LA | Vienna, Austria | Nice, France |
|---|---|---|---|---|---|
| **2015** | **2016** | **2017** | **2018** | **2016** | **2017** |
| 1100 Attendees | 2400 Attendees | 3500 Attendees | 4800 Attendees | 1100 Attendees | 2100 Attendees |
| 20 Sponsors | 45 Sponsors | 60 Sponsors | 80 Sponsors | 22 Sponsors | 30 Sponsors |
| Year One | Growth: 120% | Growth: 45% | Growth: 38% | Year One | Growth: 80% |
| Sourced Pipe: $6.3M | Sourced Pipe: $20.8M | Sourced Pipe: $50.2M | Sourced Pipe: $20M** | Sourced Pipe: $10.4M | Sourced Pipe: $13.2M |
| Pipeline Growth: N/A* | Pipeline Growth: N/A* | Pipeline Growth: $279M | Pipeline Growth: $273M | Pipeline Growth: $38M | Pipeline Growth: $66M |
| Net Cost: $2.6M | Net Cost: $4.4M | Net Cost: $6M | Net Cost: $8.8M | Net Cost: $2.7M | Net Cost: $4.7M |

*Pipeline growth numbers were not tracked

# FY'18 .NEXT Results

**.NEXT New Orleans:**
- 4,800+ attendees
- $20M sourced pipeline (1:2 yield)
- $126M influenced pipeline (1:14 yield)
- Cost: $8.8M
  *(32% of Q4'18 program spend)*

**.NEXT Nice:**
- 1,800+ attendees
- $13M sourced pipeline (1:3 yield)
- $43M influenced pipeline (1:10 yield)
- Cost: $4.2M
  *(21% of Q2'18 program spend)*

**.NEXT-on-Tour (EMEA):**
- 4,000+ attendees
- $21M sourced pipeline (1:21 yield)
- $47M influenced pipeline (1:47 yield)
- Cost: $1.0M



**.NEXT-on-Tour (APAC):**
- 5,700+ attendees
- $6M sourced pipeline (1:4 yield)
- $13M influenced pipeline (1:8 yield)
- Cost: $1.6M



**.NEXT-on-Tour (AMS):**
- 3,500+ attendees
- $36M sourced pipeline (1:28 yield)
- $49M influenced pipeline (1:38 yield)
- Cost: $1.3M

28

# FY'18 .NEXT Results *(25% reduction for brand recognition)*

**.NEXT New Orleans:**
- 4,800+ attendees
- $20M sourced pipeline (1:3 yield)
- $126M influenced pipeline (1:19 yield)
- Cost: $6.6M (25% reduction)
  *(24% of Q4'18 program spend)*

**.NEXT Nice:**
- 1,800+ attendees
- $13M sourced pipeline (1:4 yield)
- $43M influenced pipeline (1:13 yield)
- Cost: $3.2M (25% reduction)
  *(16% of Q2'18 program spend)*

**.NEXT-on-Tour (EMEA):**
- 4,000+ attendees
- $21M sourced pipeline (1:21 yield)
- $47M influenced pipeline (1:47 yield)
- Cost: $1.0M

**.NEXT-on-Tour (APAC):**
- 5,700+ attendees
- $6M sourced pipeline (1:4 yield)
- $13M influenced pipeline (1:8 yield)
- Cost: $1.6M

**.NEXT-on-Tour (AMS):**
- 3,500+ attendees
- $36M sourced pipeline (1:28 yield)
- $49M influenced pipeline (1:38 yield)
- Cost: $1.3M





| 30

# .NEXT Europe 2018



**London ExCel Center**

3500 Attendees
*(65% growth  40% paid)*

52 Sponsors

80% to Goal:

1375 End Users

850 Partners

560 Employees



# .NEXT Conference 2019





**Anaheim Convention Center**
6500 Attendees
*(35% growth  40% paid)*

100 Sponsors

3575 End Users (55%)

1950 Partners (35%)

975 Employees (15%)



| 32

# Comparative Event Growth

| | Nutanix .NEXT Conference (Year 4) | Splunk conf2017 (Year 6) | PANW Ignite (Year 7) | Box BoxWorks (Year 8) | VMware VMworld (Year 15) | Salesforce Dreamforce (Year 15) |
|---|---|---|---|---|---|---|
| 2018 Attendees | 4,800 | 8,750 | 4,500 | 5,000 | 20,000 | 170,000 |
| 2018 Sponsors | 80 | 95 | 33 | 50 | 100+ | 314 |
| Average YoY Growth (4 yrs) | 55% | 64% | 5% | 140% | 101% | 63% |
| Paid vs Comp | 25% vs 75% | Unknown | Unknown | 10% vs 90% EU 98% comp | 90% vs 10% | Unknown |



# Strategies to drive growth together









**Paid-Attendee Quota with Sales**

35% YoY Growth
75% Paid in 3 Years

**Content & Education Investments**

2x education courses
& hands on labs each year
500 exams each event

**Commitment to Partner Ecosystem**

20 New Partner
logos every year

**Killer Experience- .NEXT as THE Destination**

Keynote speakers, Big-name
entertainment, Branding



# Three year overview

| .NEXT Conference<br>Three Year Budget Plan | TARGET 2019<br>NET BUDGET<br>*Anaheim, CA* | TARGET 2020<br>NET BUDGET<br>*Las Vegas, NV* | TARGET 2021<br>NET BUDGET<br>*Las Vegas, NV* |
|---|---|---|---|
| | **$9,220,677.87** | **$9,081,132.18** | **$5,982,082.27** |
| | **40% Paid** | **55% Paid** | **75% Paid** |
| **ATTENDEES**<br>*Assumes 35% YoY Growth* | 6500 | 8775 | 11846 |
| **SPONSOR REVENUE**<br>*Assumes 20 new YoY sponsors* | $2,443,000.00 | $2,931,600.00 | $4,120,200.00 |
| **REGISTRATION REVENUE** | $1,933,750.00 | $3,589,523.44 | $6,607,986.33 |
| **TOTAL EXPENSES** | $13,597,427.87 | $15,602,255.61 | $16,710,268.59 |



# Appendix- Budget Modeling



| 36

# Budget Scenarios- Year One

| .NEXT Conference 2019 Anaheim \| May 7-9 2019 | TARGET 2019 NET BUDGET | TARGET 2019 NET BUDGET | TARGET 2019 NET BUDGET |
|---|---|---|---|
| | **$8,244,376.66** | **$8,924,330.46** | **$9,517,025.29** |
| | Flat Growth/40% Paid | 20% Growth/ 40% Paid | 45% Growth/40% Paid |
| **ATTENDEES** | 5000 | 6000 | 7000 |
| **SPONSOR REVENUE** *Assumes 100 sponsors; avg increase of 4k per sponsor* | $2,443,000.00 | $2,443,000.00 | $2,443,000.00 |
| **REGISTRATION REVENUE** | $1,487,500.00 | $1,785,000.00 | $2,082,500.00 |
| **TOTAL EXPENSES** | $12,174,876.66 | $13,152,330.46 | $14,042,525.29 |
| **TOTAL NET BUDGET** | $8,244,376.66 | $8,924,330.46 | $9,517,025.29 |
| *Expense PP* | $2,434.98 | $2,192.06 | $2,006.08 |
| *NET Expense PP* | $1,648.88 | $1,487.39 | $1,359.58 |

*\*2018 Net Cost: $8.8M*



# Budget Scenarios- Year Two

| .NEXT Conference 2020 Las Vegas | TARGET 2020 NET BUDGET | TARGET 2020 NET BUDGET | TARGET 2020 NET BUDGET |
|---|---|---|---|
| | $7,456,082.36 | $8,343,057.36 | $9,673,519.86 |
| | Flat Growth/55% Paid | 20% Growth/ 55% Paid | 45% Growth/55% Paid |
| ATTENDEES | 5000 | 7000 | 10000 |
| SPONSOR REVENUE *Assumes 100 sponsors; avg increase of 4k per sponsor* | $2,931,600.00 | $2,931,600.00 | $2,931,600.00 |
| REGISTRATION REVENUE | $2,045,312.50 | $2,863,437.50 | $4,090,625.00 |
| TOTAL EXPENSES | $12,432,994.86 | $14,138,094.86 | $16,695,744.86 |
| TOTAL NET BUDGET | $7,456,082.36 | $8,343,057.36 | $9,673,519.86 |
| Expense PP | $2,486.60 | $2,019.73 | $1,669.57 |
| NET Expense PP | $1,491.22 | $1,191.87 | $967.35 |

*2018 Net Cost: $8.8M*



| 38

# San Francisco vs Las Vegas

| .NEXT Conference Budget 20% Attendee Growth 20% Incremental Paid | 2020 Estimate | | 2021 Estimate | |
|---|---|---|---|---|
| | San Francisco | Las Vegas | San Francisco | Las Vegas |
| **Estimated Net Budget** | $9,848,293.00 | $8,180,610.00 | $8,810,580.00 | $7,010,670.00 |
| Attendees | 7000 | | 8400 | |
| Sponsor Revenue | $2,857,200 | | $4,033,400 | |
| Registration Revenue | $2,834,857 | | $4,020,344 | |
| Total Estimated Spend | $15,540,350 | $13,872,668 | $16,864,322 | $15,064,412 |
| *Expense PP* | $2,221 | $1,983 | $2,009 | $1,794 |
| *NET Expense PP* | $1,408 | $1,169 | $1,049 | $835 |
| *Average Hotel Cost* | $350.00 | $225.00 | $350.00 | $225.00 |

*2018 Net Cost: $8.8M*



# Budget History

| YoY SUMMARY | .NEXT Conference Las Vegas 2016 | .NEXT Conference DC 2017 | .NEXT Conference New Orleans 2018 |
|---|---|---|---|
| REGISTERED ATTENDEES | 2530 | 3869 | 5414 |
| ACTUAL ATTENDED | 2432 | 3518 | 4877 |
| Sponsors | 45 | 60 | 80 |
| TOTAL REVENUE | $1,497,952.44 | $1,993,428.13 | $2,829,461.75 |
| Sponsor Revenue | $935,963.44 | $1,234,200.00 | $1,544,000.00 |
| Registration Revenue | $561,989.00 | $759,228.13 | $1,285,461.75 |
| TOTAL EXPENSES | $5,930,008.00 | $8,019,673.31 | $11,157,792.39 |
| TOTAL NET BUDGET *NOT INCLUDING ANY BUFFER | $4,432,055.56 | $6,026,245.18 | $8,328,330.64 |
| Registration Revenue PP | $222.13 | $196.23 | $237.43 |
| Net budget PP | $1,751.80 | $1,557.57 | $1,707.67 |
| Average revenue per sponsor | $20,799.19 | $20,570.00 | $19,300.00 |





Nutanix Confidential

# Influence Percentage by Theater

**Percent of Pipeline Created Influenced by Marketing by function ($ISV)**



**Key Facts**
- 60% of fully mature pipeline is touched by Marketing
- In Americas that number grew to 72% in Q3'18
- EMEA has ~51% influence
- APAC is ~30% of pipeline created with Marketing Influence

41

# New Business Created and Booked

| Theater | Q1'18 | Q2'18 | Q3'18 | Q4'18 | Q1'19 |
|---|---|---|---|---|---|
| % New Pipeline Created | 51% | 48% | 50% | 48% | 47% |
| % New Pipeline Booked | 28% | 34% | 26% | 27% | 22% |

- New pipeline created percentage has stayed consistent over the past five quarters
- New pipeline booked percentage has dropped to its lowest number during the same time period

## Implies new business win rates are declining



# Marketing VSE

| **Our Vision** | Enterprise Cloud: Make Infrastructure, Data Centers and Clouds Invisible | | | | |
|---|---|---|---|---|---|
| **Our Strategy** | NTNX Brand: New Narrative/ Audiences | Freedom to Build: HCI Greenfield/x-Sell/Upsell | Freedom to Run: Application Audiences | Freedom to Cloud: GTM 2.0 | Nutanix Customer X-Perience |
| **Our Execution Priorities** | "Freedom" Brand Campaign | Pipeline 2.0 | Enterprise Applications | Global Launch and Awareness: Xi Cloud | .NEXT Industry Destination |
| | Globals: ABM Scale and Verticals | Expand the Stack: HCI Cross-sell/Upsell | Born in the Cloud Apps | Beam and Frame SaaS Play | Customer Marketing |
| | New Audiences (Developers, CIOs) | Scale Commercial Market with Partners | Enterprise Cloud Platform | Global Digital GTM Execution | Enterprise Cloud Professional |

# Responses (Non-DQ)

## Responses are growing but EMEA growth is at a much slower rate than other theaters

**Key Facts**
- 57% growth over the past two fiscal years
- APAC leads the growth with 88% increase from Q1'17 to Q1'19
- Americas grew 48% over the past two fiscal years
- EMEA had sluggish growth of 24% during the same time period
- Response growth not commensurate with bookings growth due to Existing Business mix



44

# Pipeline Generation to Goal

All theaters have struggled to hit pipeline goals the past five quarters

| Theater | Q1'18 | Q2'18 | Q3'18 | Q4'18 | Q1'19 |
|---|---|---|---|---|---|
| Americas Goal | $468M | $637M | $592M | $761M | $710M |
| Americas Actual | $488M | $425M | $530M | $640M | $675M |
| Delta | 4% | -33% | -10% | -16% | -5% |
| APAC Goal | $167M | $185M | $178M | $210M | $227M |
| APAC Actual | $162M | $138M | $149M | $178M | $183M |
| Delta | -3% | -25% | -16% | -15% | -19% |
| EMEA Goal | $253M | $259M | $266M | $323M | $359M |
| EMEA Actual | $222M | $201M | $248M | $277M | $299M |
| Delta | -12% | -22% | -7% | -14% | -17% |
| Global Goal | $888M | $1,081M | $1,036M | $1,295M | $1,294M |
| Global Actual | $872M | $765M | $928M | $1,095M | $1,157M |
| Delta | -2% | -29% | -10% | -15% | -11% |

# Q1'19 Pipeline Prediction

## Amount of reps hired is a critical factor in predicting pipeline creation

| Theater | Q3'17 | Q4'17 | Q1'18 | Q2'18* | Q3'18 | Q4'18 |
|---|---|---|---|---|---|---|
| Americas # of Reps | 177 | 184 | 194 | 214 | 223 | 249 |
| Americas Pipeline Generated | $410M | $447M | $488M | $425M | $530M | $640M |
| Americas Average Pipe per Rep | $2.3M | $2.5M | $2.6M | $2.3M | $2.4M | $2.5M |
| APAC # of Reps | 53 | 59 | 68 | 77 | 83 | 102 |
| APAC Pipeline Generated | $131M | $108M | $162M | $139M | $149M | $178M |
| APAC Average Pipe per Rep | $2.5M | $1.8M | $2.4M | $2.1M | $1.8M | $1.7M |
| EMEA # of Reps | 88 | 97 | 95 | 104 | 105 | 122 |
| EMEA Pipeline Generated | $165M | $186M | $222M | $201M | $248M | $277M |
| EMEA Average Pipe per Rep | $1.9M | $1.9M | $2.4M | $2.3M | $2.4M | $2.2M |

Prediction: $675M
Actuals: $703M
Delta: 4%

Prediction: $219M
Actuals: $183M
Delta: -16%

Prediction: $305M
Actuals: $299M
Delta: -2%

Global Prediction: $1,155M
Global Actuals: $1,157M
Delta: --

*Normalize the data for an 11.5 week quarter



# Historical Pipeline Yield

Keep

Based on history we will be short on Q2'19 pipeline generation without extra budget



**New Pipeline Created over Program Spend (Rolling 4 Quarter Average)**

# Seasonality Prediction

**Q1 and Q3 YoY Pipeline Creation Growth:** 32%

**Q2 and Q4 YoY Pipeline Creation Growth:** 49%

**Q2'19 Prediction:** $1,132M (Q2'18 Creation--$764M * Seasonal Growth Rate--1.49)



# Push-Out Inconsistency

Change to Closed Lost

## Models struggle with behavior change and catch up over time

**Open Pipe Difference between 10.24 and 10.25**

| Row Labels | Loss from 10.24 to 10.25 | Pushout from 10.24-10.25 | Expected pushout for week 13 | Pushout Percentage |
|---|---|---|---|---|
| Americas Central | $ 12,918,640 | $ 28,141,235 | $ 36,633,703 | 77% |
| Americas East | $ 463,734 | $ 14,873,058 | $ 27,539,282 | 54% |
| Americas North | $ 2,125,009 | $ 14,131,036 | $ 41,814,564 | 34% |
| Americas USA Public Sector | $ 1,422,158 | $ 14,468,929 | $ 51,451,917 | 28% |
| Americas West | $ 1,098,922 | $ 21,649,761 | $ 25,629,938 | 84% |
| APAC ANZ | $ 1,147,050 | $ 2,087,774 | $ 4,340,779 | 48% |
| APAC ASEAN | $ 224,108 | $ 1,552,377 | $ 9,579,685 | 16% |
| APAC China | $ 403,623 | $ 1,269,527 | $ 11,005,598 | 12% |
| APAC Hong Kong/Taiwan | $ 269,433 | $ 570,730 | $ 1,289,125 | 44% |
| APAC India | $ 285,100 | $ 126,622 | $ 8,329,448 | 2% |
| APAC Japan | $ 668,239 | $ 244,523 | $ 5,485,104 | 4% |
| APAC Korea | $ 503,200 | $ 189,806 | $ 1,912,453 | 10% |
| EMEA Central Europe | $ - | $ 3,978,687 | $ 5,952,500 | 67% |
| EMEA Emerging Markets | $ 407,292 | $ (10,008,042) | $ 7,921,145 | -126% |
| EMEA Northern Europe | $ 335,178 | $ 9,518,947 | $ 8,305,284 | 115% |
| EMEA Southern Europe | $ 859,145 | $ 7,872,428 | $ 14,470,941 | 54% |
| EMEA Western Europe and Sub-Saharan Africa | $ 4,323,175 | $ 2,966,627 | $ 6,119,794 | 48% |
| Grand Total | $ 27,454,007 | $ 113,634,026 | $ 267,781,260 | 42% |

High likelihood of forecast going down next week due to above average pushout



| Existing | Push Out | | Q1 18 | Q2 18 | Q3 18 | Q4 18 | 4Qtr Avg |
|---|---|---|---|---|---|---|---|
| | Americas | | 8.28% | 15.91% | 13.14% | 21.64% | 14.74% |

Is the Q4 trend the new norm?

NUTANIX CONFIDENTIAL



# Pipeline Generation

## Pipeline creation YoY growth is not keeping pace with booking targets

**New ISV Pipe Created ($M)**

Chart data:
- Q1'17: $479
- Q2'17: $511
- Q3'17: $706
- Q4'17: $741
- Q1'18: $872
- Q2'18: $764
- Q3'18: $928
- Q4'18: $1,095
- Q1'19: $1,157

### Key Insights

- 50% increase of pipeline creation from FY'17 to FY'18

- 51% increase of ISV Bookings from FY'17 to FY'18

- Marketing Opex increase of 42% from FY'17 to FY'18

- Past four quarters average 40% YoY growth in pipeline creation

- Q1'19 YoY pipeline creation growth was 32% whereas ISV Closed Won increased by 47%



50

# Pipeline Creation by Function--Global

Marketing is a little more than a quarter of the pipeline creation....



**Percent of New Pipeline created by function ($ISV)**

| | Q1'18 | Q2'18 | Q3'18 | Q4'18 | Q1'19 |
|---|---|---|---|---|---|
| Channel | 26% | 27% | 30% | 28% | 21% |
| Marketing | 28% | 32% | 31% | 25% | 18% |
| Sales | 46% | 41% | 39% | 47% | 61% |

- Channel will increase to ~27% over the next three months
- Marketing will increase to ~25% over the next three months

# Closed Won by Function--Global

...but is over one third of the booked business implying higher quality pipeline

**Percent of Closed Won Bookings by function ($ISV)**



# Influence Percentage by Theater

## Marketing is touching the majority of pipeline created

**Percent of Pipeline Created Influenced by Marketing by function ($ISV)**



**Key Facts**
- Over 60% of fully mature pipeline is touched by Marketing
- In Americas that number grew to 72% in Q3'18
- EMEA has ~51% influence
- APAC is ~30% of pipeline created with Marketing Influence
- Too early for Q4'18 and Q1'19 data for apples to apples comparisons

— Global
— Americas
— APAC
— EMEA

53

# New vs. Existing Business

Marketing sourced Closed Won deals are skewed more towards Existing Business

### Past Five Quarters New Business Performance

| Theater | New Business Bookings % | New Business Bookings % (Marketing Sourced ) |
|---|---|---|
| Americas | 20% | 17% |
| APAC | 40% | 25% |
| EMEA | 38% | 32% |

54

# Pipeline Creation by Function--Americas

## Americas has the highest marketing attribution amongst theaters

**Percent of New Pipeline created by function ($ISV)**



| | Q1'18 | Q2'18 | Q3'18 | Q4'18 | Q1'19 |
|---|---|---|---|---|---|
| Channel | 19% | 22% | 25% | 23% | 16% |
| Marketing | 35% | 41% | 39% | 29% | 21% |
| Sales | 45% | 36% | 37% | 47% | 63% |

- Channel will increase to ~22% over the next three months
- Marketing will increase to ~29% over the next three months

# Closed Won by Function--Americas

Marketing attribution is very high for Closed Won business

**Percent of Closed Won Bookings by function ($ISV)**

| | Q1'18 | Q2'18 | Q3'18 | Q4'18 | Q1'19 |
|---|---|---|---|---|---|
| Channel | 18% | 14% | 15% | 24% | 23% |
| Marketing | 30% | 38% | 45% | 40% | 33% |
| Sales | 52% | 48% | 39% | 36% | 43% |



# Pipeline Creation by Function--EMEA

EMEA marketing contribution has been very consistent



**Percent of New Pipeline created by function ($ISV)**

- Channel will increase to ~29% over the next 3 months
- Marketing will increase to ~22% over the next three months

| | Q1'18 | Q2'18 | Q3'18 | Q4'18 | Q1'19 |
|---|---|---|---|---|---|
| Channel | 30% | 28% | 34% | 28% | 24% |
| Marketing | 21% | 23% | 25% | 22% | 15% |
| Sales | 48% | 49% | 41% | 50% | 61% |

# Closed Won by Function--EMEA

## EMEA marketing contribution is about 25% of the Closed Won business

**Percent of Closed Won Bookings by function ($ISV)**



# Pipeline Creation by Function--APAC

APAC has the highest contribution from Channel

**Percent of New Pipeline created by function ($ISV)**



- Channel will increase to ~41% over the next 3 months
- Marketing will increase to ~17% over the next three months

| | Q1'18 | Q2'18 | Q3'18 | Q4'18 | Q1'19 |
|---|---|---|---|---|---|
| Channel | 41% | 43% | 44% | 42% | 34% |
| Marketing | 13% | 13% | 13% | 17% | 13% |
| Sales | 46% | 44% | 43% | 41% | 54% |

# Closed Won by Function--APAC

Marketing Closed Won is a higher percentage than creation implying better quality pipe



# Pipeline Goals: Current Quarter Method

Pipeline goals are determined via 1 of 2 methods

**In-Quarter:** Rolling Pipe with current quarter close dates @ Day 1

$1,231M

Win Rate (17%) → $206M

**Pull-In:** Rolling Pipe with close dates beyond current quarter @ Day1

$1,551M

Win Rate (2.6%) → $40M

**New Pipe:** Pipeline Created within the quarter

???

Win Rate (11%) → $156M

Bookings Goal: $420M*

*Includes renewals



# Pipeline Goals: Current Quarter Method

Pipeline goals are determined via 1 of 2 methods

**In-Quarter:** Rolling Pipe with current quarter close dates @ Day 1

$1,231M

Win Rate (17%) → $206M

**Pull-In:** Rolling Pipe with close dates beyond current quarter @ Day1

$1,551M

Win Rate (2.6%) → $40M

**New Pipe:** Pipeline Created within the quarter

~$1,482M

Win Rate (11%) → $156M

Bookings Goal: $420M*

*Includes renewals



# Pipeline Goals: Out-Quarter Method

If In-Quarter Model calculates a low number we use the Out-Quarter Model

## Future Pipeline Needs

| Q2'19 | Q3'19 | Q4'19 |
|---|---|---|
| $44M Bookings Goal | $56M Bookings Goal | $65M Bookings Goal |

**Q2'19 Created Pipeline Needed**

| | | |
|---|---|---|
| ↑ | ↑ | ↑ |
| **$12M** | **$145M** | **$175M** |



# Pipeline Goals and Q+1 Outlook

Hitting your pipeline goal does not guarantee a positive outlook for the following quarter



- Previous quarter pipeline creation only represents ~33% of the next quarter bookings
- ~33% of next quarter bookings come from stealth pipeline created and closed in that quarter
- Pipeline created in current quarter is not just for next quarter
- Push-out, Pull-in and Closed Lost of Q+1 pipeline have significant impact on what the Q+1 outlook is



# Loss Rates

## Q1'19 saw a large increase in the closure of out-quarter pipeline









# New Pipeline Yield

Based on history we will be short on Q2'19 pipeline generation without extra budget

| | Q4'17 DG Budget | Q1'18 DG Budget | Q2'18 DG Budget | Q3'18 DG Budget | Q4'18 DG Budget | Q1'19 DG Budget | Q2'19 DG Budget |
|---|---|---|---|---|---|---|---|
| Marketing Demand Generation Budget | $20.0M | $16.7M | $19.2M | $18.6M | $25.5M | $22.5M* | $29.3M* |
| ISV New Pipeline Created | $741M | $872M | $765M | $928M | $1,095M | $1,157M | $1,170M |
| ISV New Pipeline Yield | 37.1x | 52.3x | 39.7x | 49.8x | 42.9x | 51.4x | 40x |



- Incremental $5M would push that number to $1,370M

*Estimated



# Q2'19 Pipeline Prediction



**Rep-Based Pipeline Prediction:** $1,189M



**Demand Generation-Based Pipeline Prediction:** $1,170M



**Seasonality-Based Pipeline Prediction:** $1,138M

**Pipeline Gap: $165M-$300M**



# EXHIBIT 26

**To:** Lou Attanasio[lou.attanasio@nutanix.com]; Julie Ostella[julie.ostella@nutanix.com]
**Sent:** Thur 4/5/2018 1:47:40 PM Pacific Daylight Time
**Subject:** RE: Pipeline.....I just got this Slack

Lou, I must qualify this statement before I send my summary. My Pipeline Assessment for 4Q is based on absolute $ vs Current Marketing/Field Confirmed Targets for 4Q.

Thank You


**From:** Lou Attanasio
**Sent:** Thursday, April 5, 2018 1:06 PM
**To:** Julie Ostella <julie.ostella@nutanix.com>; Bill Broderson <bill.broderson@nutanix.com>
**Subject:** Pipeline.....I just got this Slack

Dheeraj Pandey [1:00 PM]
Hi gentlemen, my hunch is that Q3 is looking a bit like a struggle because of pipeline creation softness in Q2 (we kept talking about it)

conversely, Q2 was looking comfortable because of pipeline creation strength in Q1 (we kept talking about it)
where are we on pipeline for Q4? I still see us trying hard on #growth-hackers, but we continue to trail our goals

Lou Attanasio [1:02 PM]
I can do that......I am on with NA right now
we cover 4th qtr pipe EACH forecast call now
Pipeline Creation is a major part of our focus now.....
with Ben's team
so, we will not be 'surprised'....
and be able to react BEFORE the qtr starts..
once the qtr starts, not much we can do..
I will send out an email with the lastest pipe...
for 4Q
or....on Growth hackers

Lou Attanasio
Chief Revenue Officer - EVP
Cell (914) 588-4189   Office (669) 255-0441
Nutanix, Inc. | 1740 Technology Drive, 1st Floor, San Jose, CA 95110



CONFIDENTIAL

NTNX-0070400

# EXHIBIT 27

**To:** Bill Broderson[bill.broderson@nutanix.com]
**From:** Lou Attanasio[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FE2145F16F46422591474C10B5FD4851-LOU.ATTANAS]
**Sent:** Sun 7/22/2018 5:26:34 AM Pacific Daylight Time
**Subject:** Re: One Additional Reference Point

Ok, get to Rickie and figure out how we get this to the svp's TODAY

Sent from my iPhone

On Jul 21, 2018, at 11:20 PM, Bill Broderson <bill.broderson@nutanix.com> wrote:

> Here is something that really makes my point…..We are now Officially behind almost every quarter over past 2 years…We are behind 3Q where we missed… Americas is BEHIND 3Q and last 4 Quarter…….This is Disturbing on every level and makes me really concerned…
>
> <image005.jpg>
>
> <image006.jpg>
>
> Thank You
> <image007.png>

CONFIDENTIAL

NTNX-0008954

# EXHIBIT 28

# Produced in Native

NTNX-0020950

# War Room Update
# 11/7/2018

Nutanix Confidential

# Loss Rates

## Q1'19 saw a large increase in the closure of out-quarter pipeline









# New Pipeline Yield

Based on history we will be short on Q2'19 pipeline generation without extra budget

| | Q4'17 DG Budget | Q1'18 DG Budget | Q2'18 DG Budget | Q3'18 DG Budget | Q4'18 DG Budget | Q1'19 DG Budget | Q2'19 DG Budget |
|---|---|---|---|---|---|---|---|
| Marketing Demand Generation Budget | $20.0M | $16.7M | $19.2M | $18.6M | $25.5M | $22.5M* | $29.3M* |
| ISV New Pipeline Created | $741M | $872M | $765M | $928M | $1,095M | $1,157M | $1,170M |
| ISV New Pipeline Yield | 37.1x | 52.3x | 39.7x | 49.8x | 42.9x | 51.4x | 40x |



- Incremental $5M would push that number to $1,370M

*Estimated



# Q1'19 Pipeline Prediction

## Amount of reps hired is a critical factor in predicting pipeline creation

| Theater | Q3'17 | Q4'17 | Q1'18 | Q2'18* | Q3'18 | Q4'18 |
|---|---|---|---|---|---|---|
| Americas # of Reps | 177 | 184 | 194 | 214 | 223 | 249 |
| Americas Pipeline Generated | $410M | $447M | $488M | $425M | $530M | $640M |
| Americas Average Pipe per Rep | $2.3M | $2.5M | $2.6M | $2.3M | $2.4M | $2.5M |
| APAC # of Reps | 53 | 59 | 68 | 77 | 83 | 102 |
| APAC Pipeline Generated | $131M | $108M | $162M | $139M | $149M | $178M |
| APAC Average Pipe per Rep | $2.5M | $1.8M | $2.4M | $2.1M | $1.8M | $1.7M |
| EMEA # of Reps | 88 | 97 | 95 | 104 | 105 | 122 |
| EMEA Pipeline Generated | $165M | $186M | $222M | $201M | $248M | $277M |
| EMEA Average Pipe per Rep | $1.9M | $1.9M | $2.4M | $2.3M | $2.4M | $2.2M |

Prediction: $675M
Actuals: $703M
Delta: 4%

Prediction: $219M
Actuals: $183M
Delta: -16%

Prediction: $305M
Actuals: $299M
Delta: -2%

Global Prediction: $1,155M
Global Actuals: $1,157M
Delta: --

*Normalize the data for an 11.5 week quarter



# Seasonality Prediction

**Q1 and Q3 YoY Pipeline Creation Growth:** 32%

**Q2 and Q4 YoY Pipeline Creation Growth:** 49%

**Q2'19 Prediction:** $1,132M (Q2'18 Creation--$764M * Seasonal Growth Rate--1.49)



# Q2'19 Pipeline Prediction



**Rep-Based Pipeline Prediction:** $1,189M



**Demand Generation-Based Pipeline Prediction:** $1,170M



**Pipeline Gap: $165M-$300M**



**Seasonality-Based Pipeline Prediction:** $1,138M





Nutanix Confidential

# Pipeline Generation to Goal

All theaters have struggled to hit pipeline goals the past five quarters

| Theater | Q1'18 | Q2'18 | Q3'18 | Q4'18 | Q1'19 |
|---|---|---|---|---|---|
| Americas Goal | $468M | $637M | $592M | $761M | $710M |
| Americas Actual | $488M | $425M | $530M | $640M | $675M |
| Delta | 4% | -33% | -10% | -16% | -5% |
| APAC Goal | $167M | $185M | $178M | $210M | $227M |
| APAC Actual | $162M | $138M | $149M | $178M | $183M |
| Delta | -3% | -25% | -16% | -15% | -19% |
| EMEA Goal | $253M | $259M | $266M | $323M | $359M |
| EMEA Actual | $222M | $201M | $248M | $277M | $299M |
| Delta | -12% | -22% | -7% | -14% | -17% |
| Global Goal | $888M | $1,081M | $1,036M | $1,295M | $1,294M |
| Global Actual | $872M | $765M | $928M | $1,095M | $1,157M |
| Delta | -2% | -29% | -10% | -15% | -11% |



# Historical Pipeline Yield

Based on history we will be short on Q2'19 pipeline generation without extra budget



**New Pipeline Created over Program Spend (Rolling 4 Quarter Average)**

# Push-Out Inconsistency

Models struggle with behavior change and catch up over time

| Open Pipe Difference between 10.24 and 10.25 | | | | |
|---|---|---|---|---|
| Row Labels | Loss from 10.24 to 10.25 | Pushout from 10.24-10.25 | Expected pushout for week 13 | Pushout Percentage |
| Americas Central | $ 12,918,640 | $ 28,141,235 | $ 36,633,703 | 77% |
| Americas East | $ 463,734 | $ 14,873,058 | $ 27,539,282 | 54% |
| Americas North | $ 2,125,009 | $ 14,131,036 | $ 41,814,564 | 34% |
| Americas USA Public Sector | $ 1,422,158 | $ 14,468,929 | $ 51,451,917 | 28% |
| Americas West | $ 1,098,922 | $ 21,649,761 | $ 25,629,938 | 84% |
| APAC ANZ | $ 1,147,050 | $ 2,087,774 | $ 4,340,779 | 48% |
| APAC ASEAN | $ 224,108 | $ 1,552,377 | $ 9,579,685 | 16% |
| APAC China | $ 403,623 | $ 1,269,527 | $ 11,005,598 | 12% |
| APAC Hong Kong/Taiwan | $ 269,433 | $ 570,730 | $ 1,289,125 | 44% |
| APAC India | $ 285,100 | $ 126,622 | $ 8,329,448 | 2% |
| APAC Japan | $ 668,239 | $ 244,523 | $ 5,485,104 | 4% |
| APAC Korea | $ 503,200 | $ 189,806 | $ 1,912,453 | 10% |
| EMEA Central Europe | $ - | $ 3,978,687 | $ 5,952,500 | 67% |
| EMEA Emerging Markets | $ 407,292 | $ (10,008,042) | $ 7,921,145 | -126% |
| EMEA Northern Europe | $ 335,178 | $ 9,518,947 | $ 8,305,284 | 115% |
| EMEA Southern Europe | $ 859,145 | $ 7,872,428 | $ 14,470,941 | 54% |
| EMEA Western Europe and Sub-Saharan Africa | $ 4,323,175 | $ 2,966,627 | $ 6,119,794 | 48% |
| Grand Total | $ 27,454,007 | $ 113,634,026 | $ 267,781,260 | 42% |

High likelihood of forecast going down next week due to above average pushout



| Existing | Push Out | | | | | |
|---|---|---|---|---|---|---|
| | | Q1 18 | Q2 18 | Q3 18 | Q4 18 | 4Qtr Avg |
| | Americas | 8.28% | 15.91% | 13.14% | 21.64% | 14.74% |

Is the Q4 trend the new norm?



NUTANIX CONFIDENTIAL

# EXHIBIT 29

**To:** 'dheeraj@nutanix.com'[dheeraj@nutanix.com]
**From:** Duston Williams[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0388A98C872D4A29B89673DC9F5AADD8-DUSTON WILL]
**Sent:** Tue 11/13/2018 9:11:13 AM Pacific Standard Time
**Subject:** FW: Pipeline Projection Deck -Q2'19
**Attachment:** Pipeline Deck -Q2'19 Projection.zip

I don't expect you to look at all this data but Min has done some really nice work that will allow us to analyze the pipe in many different ways – she probably understands more about the pipe details than most others.

I met with the team yesterday regarding further segmentation of the data around >$1m customers, "Inder customers", etc.

This additional analysis should be ready in a day or two – we will then come up with a few POV's where marketing should redirect / focus spend, etc.

One quick thing that popped out yesterday is pipe related to new business (slide below) – basically there has been NO new customer pipe increase since Q1'18 for pipe coming into the quarter and pipe created in the quarter – it's no surprise that new customer logos / bookings are waning. There has been a large increase in pipe set to close in future quarters but that seems strange – either deals are taking longer to close or pipe is just getting "created" as placeholders. We will need to look into this more.

For the new customers, the question for Ben is how should he redirect pipe spend to specifically target more new business? So much of what they spend appears to be going after the "easy" existing customer base.

Lots of analysis needed.



## Pipeline Scenarios- New Business

---

**From:** Min Zhao
**Sent:** Monday, November 12, 2018 7:46 PM
**To:** Duston Williams <duston.williams@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>
**Cc:** Mineo Sakan <mineo.sakan@nutanix.com>
**Subject:** Pipeline Projection Deck -Q2'19

Hi Duston / Sridhar,

Please see attached for the 300 slides deck of Pipeline projection Q2'19.

• The pipeline is broken down by Worldwide, new business, existing business, <$500K customer size, >$500K customer size, account segmentations, theater, and Americas regions.

1. Slide 2 – Slide 21        Worldwide
2. Slide 21 – Slide 36       New business
3. Slide 37 – Slide 52        Existing Business
4. Slide 53 – Slide 68       Small Size ($0 - $500K)
5. Slide 69 – Slide 84       Large Size ($500K above)
6. Slide 85 – Slide 100      Enterprise
7. Slide 101 -Slide 116      Commercial
8. Slide  117 – Slide 132    SMB
9. Slide 133 – Slide 148     Healthcare
10. Slide 149 – Slide 164     Public Sector
11. Slide 165 – Slide 180     Americas ex. Fed

NTNX-0062117

12. Slide 181 - Slide 193     Federal
13. Slide 194 - Slide 209     EMEA
14. Slide 210 - Slide 225     APAC
15. Slide 227 – Slide 242      American Central
16. Slide 243 – Slide 258     Americas East
17. Slide 259 – Slide 274     Americas North
18. Slide 275 – Slide 290      Americas West
19. Slide 291 – Slide 303     Americas SLED

• Within each section,  I set it up by the pipeline scenarios, overview, total ISV over pipe set to close in CQ %, and pipe set to close in CQ, pipe created in CQ, and pipe set to close in FQ and triangulated by new vs. existing, small vs. large, theater, and account segmentation.


Please review and let me know if you have any questions.

Thanks,

Min

NTNX-0062118

# EXHIBIT 30

**To:** Matt Young[matt@nutanix.com]; Sherry Lautenbach [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9129deacccf042bdae1ac3f321b46fba-sherry.laut]; Chris Kaddaras [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5404d8bcf79e4712aa3836d0a80d7886-Chris Kadda]
**From:** Lou Attanasio[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FE2145F16F46422591474C10B5FD4851-LOU.ATTANAS]
**Sent:** Sat 1/20/2018 3:47:18 PM Pacific Standard Time
**Subject:** FW: Pipe

As you can see, we have a serious pipeline issue.....Lets make sure you are focusing on this each week... Work with your marketing team as welll

Lou Attanasio
Chief Revenue Officer - EVP
Cell (914) 588-4189   Office (669) 255-0441
Nutanix, Inc. | 1740 Technology Drive, 1st Floor, San Jose, CA 95110



**From:** Daniel Yang
**Sent:** Wednesday, January 10, 2018 3:22 PM
**To:** Jeff Yuille <jeff.yuille@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Ben Gibson <ben.gibson@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Bob Wallace <bob@nutanix.com>; Julie O'Brien <julie.obrien@nutanix.com>; Cheryl Knight <cheryl.knight@nutanix.com>; Gleb Brichko <gleb@nutanix.com>; Tomoko Takeda <tomoko.takeda@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** RE: Pipe

Below are regional views of the pipe creation shortfalls for the current quarter.

Best,
Daniel



NTNX-0011095



EMEA Q2 Pipe Creation Goal = $378m*57% = $215m (behind target)



APAC Q2 Pipe Creation Goal = $262m*50% = $132m (behind target)

---

**From:** Daniel Yang
**Sent:** Wednesday, January 10, 2018 2:34 PM
**To:** Jeff Yuille <jeff.yuille@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Ben Gibson <ben.gibson@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Bob Wallace <bob@nutanix.com>; Julie O'Brien <julie.obrien@nutanix.com>; Cheryl Knight <cheryl.knight@nutanix.com>; Gleb Brichko <gleb@nutanix.com>; Tomoko Takeda <tomoko.takeda@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** RE: Pipe

Hi All,

We've created $781m in pipe thus far against the $1.461b target for the quarter. This 53% achievement is below our historical Q2 average of 71% at week 10.

Best,
Daniel

CONFIDENTIAL

NTNX-0011096



**From:** Jeff Yuille
**Sent:** Monday, January 08, 2018 4:17 PM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>
**Cc:** Ben Gibson <ben.gibson@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Bob Wallace <bob@nutanix.com>; Julie O'Brien <julie.obrien@nutanix.com>; Cheryl Knight <cheryl.knight@nutanix.com>; Gleb Brichko <gleb@nutanix.com>; Tomoko Takeda <tomoko.takeda@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Daniel Yang <daniel.yang@nutanix.com>
**Subject:** RE: Pipe

Hi Dheeraj,

We looked at the opportunity age for new vs. existing business for G5K and Non-G5K but did not look at the value change. We will investigate the value change and also do a cut on big deals (e.g., $500k+) to see if we have differentiation there.

For the new vs. existing opportunity age we find that the obvious occurs in that existing opportunities close faster than new opportunities. We still find little differentiation between G5K and Non-G5K though.

**Opportunity Create-to-Close:**

*Non-G5K Existing Business—74 days*
*G5K Existing Business—76 days*
*Non-G5K New Business—117 days*
*G5K New Business—122 days*

Thanks,

Jeff

**From:** Dheeraj Pandey
**Sent:** Monday, January 08, 2018 3:35 PM
**To:** Jeff Yuille
**Cc:** Ben Gibson; Duston Williams; Lou Attanasio; Bob Wallace; Julie O'Brien; Cheryl Knight; Gleb Brichko; Tomoko Takeda; Sridhar Chandran; Daniel Yang
**Subject:** Re: Pipe

Thank you for a quick turnaround!

How about repeat business in G5K vs. the rest — beyond that one single opportunity?

On Jan 8, 2018 at 2:04 PM, <Jeff Yuille> wrote:

Dheeraj and team,

Tomoko took a look at G5K and Non-G5K opportunities. She found that G5K opportunities are slightly faster to close than Non-G5K opportunities which is not what we were expecting. Since the value of these deals are larger the reps might hold back on putting in G5K deals until they feel more secure about it.

For non-renewal closed won or closed lost opportunities created over the past five quarters we found the following:

G5K average days from create to close: 92 days
- Americas: 86 days
- APAC: 102 days
- EMEA: 103 days

Non-G5K average days from create to close: 100 days
- Americas: 90 days
- APAC: 111 days
- EMEA: 115 days

We also looked at the value change of the deals created and closed Q+1, Q+2 and Q+3. Surprisingly G5K deals grow at a slower pace than Non-G5K deals but the difference is small in most cases. For example, if a $100,000 G5K opportunity was created and closed a quarter later the value of the deal grew to $108,000 (an 8% increase). Whereas if a $50,000 Non-G5K deal was created and closed a quarter later the deal grew to $55,000 (a 10% increase).

G5K Opportunity Value Change:
- Q+1: 108%
- Q+2: 108%
- Q+3: 104%

Non-G5K Opportunity Value Change:
- Q+1: 110%
- Q+2: 113%
- Q+3: 114%

Based upon these metrics the create to close timeline is not longer because the opportunity is a G5K deal. Also, the value change of the opportunity does not grow at a higher percentage because it is a G5K deal. All in all, we don't see a significant difference between G5K and Non-G5K from a deal behavior perspective.

Thanks and let us know if you have additional questions,

Jeff

---

**From:** Dheeraj Pandey
**Sent:** Wednesday, January 03, 2018 6:15 PM
**To:** Ben Gibson
**Cc:** Jeff Yuille; Duston Williams; Lou Attanasio; Bob Wallace; Julie O'Brien; Cheryl Knight; Gleb Brichko; Tomoko Takeda; Sridhar Chandran; Daniel Yang
**Subject:** Re: Pipe

Thanks Ben!

Do we understand how the 5K opportunities progress — in their life cycle — in terms of dollar values, compared to Non-5K opportunities? What do we want out of the next half and 2019 — ASPs, customer segment focus, etc.?

On Jan 3, 2018 at 5:44 PM, <Ben Gibson> wrote:

Hi -- + Lou and Bob Wallace

We ran a deeper look at the numbers, focused on the indicator metrics we have across our three sources of pipeline: sales, marketing/inside sales and channel. This will now become weekly practice, not a one-off deep-dive. We are continuing to improve attribution so we are far better at diagnosing where we are running hot or cold, and how to course-correct.

In the meantime, we need to reconstitute a weekly pipeline war room, with attendance across sales, mktg and channels, across all theaters. This was in effect post FY17Q2, but looks like the cadence and attendance fell off. There is still a standing mtg, but attendance is only mktg and inside sales, Americas only. Lou and I need to reconstitute and move it forward.

In the meantime, headliners from the deeper look today:

We are $85M behind what we achieved in Q1'18 after 9 weeks in the quarter. We are roughly on pace for a $1.05B pipe creation quarter while we achieved $1.2B in creation in Q1'18. Our current run rate is on track for our Q4'17 creation number which was around $1.05B.

**Key Findings**
- Non-G5K appears to be the troublesome segment with fewer opportunities created and lower values per opportunity. 85% of the Q1-to-Q2 gap
- Deal registrations are down 6% globally and 19% in Americas (volume) quarter-to-date thus impacting the Non-G5K pipe creation (needs more investigation w Bob and team)

CONFIDENTIAL    NTNX-0011098

- MQLs are up slightly but meetings are down 14% primarily due to a reduction in BAO spend from Q1'18 to Q2'18. The back-ended mktg activity in 1HDec still expected to improve as we get into Jan (but not bridge the gap)
- Lack of pipeline creation is showing up in Q3'18 projections as we now have a $4M bookings deficit

**Key Questions to Answer**
- Did we over rotate on G5K and the Non-G5K business is suffering as a result?
- Is our channel program construct and corresponding investments ready to compensate for reduced sales focus here?
- Why are deal registrations in the Americas down so much this quarter?
- Did BAO spending help bolster Non-G5K pipeline creation?

**Candidates to Recover as we finish out Q2, move into Q3:**
- Work with sales leadership to roll out a more rigorous pipeline inspection/awareness process in-region (Lou and I have been discussing). Get more reality on opportunities logged earlier.
- Look at short-term channel mktg promo/program boosts (CDW, etc) to recover (incentives for ops, outbound campaign thru partner, etc)
- Gartner MQ campaign should be very productive, when it gets released (now hoping for mid-Jan)
- BAO: We went from $1M/quarter spend late last year to current $350K/q. Need to rationalize between this and inside sales efforts and have a quick, purposeful go-forward plan (prospecting days, more discrete, non-G5K targeting, etc.)
- With incremental Q2 budget, together w Inside Sales, we can dial up dormant customer/white space account outreach. As little as $100K could help move the needle for show up in Q3.

You will find some additional data below if you want to dig into the details more.

Ben

------------------------------------------------

**Additional Data**

*Macro View*
- Number of opportunities created are down QoQ globally (~6%) but primarily in the Americas (down ~13%)
- Opportunity value is down about 6% from Q1 to Q2
- Pipeline is down ~11% quarter-over-quarter due to the combination of smaller opportunity values and fewer opportunities created

*Non-G5K View*
- Non-G5K opp creation appears to be the main culprit of pipeline creation issues representing 85% of the deficit from Q1'18 to Q2'18
- Number of opps created is down 7% with the majority of that deficit residing in the Americas theater
- Opportunity value is down 9% QoQ ($63K per opp in Q2'18 vs. $69K per opp in Q1'18)
- Pipeline is down 16% in this segment due to a combination of fewer opportunities and smaller opportunity values

*Deal Registrations*
- Deal registrations submitted are down 6% QoQ
- Americas deal registrations are down 19% from Q1'18 to Q2'18

*Top of Funnel View*
- MQLs are up 4% quarter-over-quarter
- Meetings set are down 14% from Q1'18 to Q2'18
  o This is primarily due to reduced spending in 3^(rd) party meetings (e.g., BAO) from Q1'18 to Q2'18
  o Looking at Nutanix-generated meetings we are down about 2%

------------------------------------------------

**From:** Jeff Yuille <jeff.yuille@nutanix.com>
**Date:** Wednesday, January 3, 2018 at 11:02 AM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>, Duston Williams <duston.williams@nutanix.com>
**Cc:** Julie O'Brien <julie.obrien@nutanix.com>, Cheryl Knight <cheryl.knight@nutanix.com>, Gleb Brichko <gleb@nutanix.com>, Ben Gibson <ben.gibson@nutanix.com>, Tomoko Takeda <tomoko.takeda@nutanix.com>, Sridhar Chandran <sridhar.chandran@nutanix.com>, Daniel Yang <daniel.yang@nutanix.com>
**Subject:** RE: Pipe

Hey Dheeraj and Duston,

We are meeting about this right now. We are going to investigate some of the more granular underlying metrics and get back to you later today.

Thanks,

CONFIDENTIAL

NTNX-0011099

Jeff

---

**From:** Dheeraj Pandey
**Sent:** Wednesday, January 03, 2018 10:56 AM
**To:** Duston Williams
**Cc:** Jeff Yuille; Julie O'Brien; Cheryl Knight; Gleb Brichko; Ben Gibson; Tomoko Takeda; Sridhar Chandran; Daniel Yang
**Subject:** Re: Pipe

I agree.

Ben/Julie,

Any thoughts on this? What do we need to start a war-room on this?

On Jan 3, 2018 at 10:15 AM, <Duston Williams> wrote:

Need your thoughts on this again – not really going in the right direction – based on this trend sooner or later this is going to become a real problem.

---

**From:** Daniel Yang
**Sent:** Wednesday, January 3, 2018 10:08 AM
**To:** Duston Williams <duston.williams@nutanix.com>; Jeff Yuille <jeff.yuille@nutanix.com>; Julie O'Brien <julie.obrien@nutanix.com>; Cheryl Knight <cheryl.knight@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Gleb Brichko <gleb@nutanix.com>; Ben Gibson <ben.gibson@nutanix.com>; Tomoko Takeda <tomoko.takeda@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** RE: Pipe

Hi All,

Happy New Year! Below is the current quarter pipe creation update as of the end of week 9.

We've created $690m in pipe thus far against the $1.461b target. This 47% achievement is below our historical Q2 average of 65% at week 9.

Best,
Daniel



Q2 Pipe Creation Goal = $1,461m*47% = $690m (behind target)

---

**From:** Daniel Yang
**Sent:** Wednesday, December 20, 2017 10:21 AM
**To:** Duston Williams <duston.williams@nutanix.com>; Jeff Yuille <jeff.yuille@nutanix.com>; Julie O'Brien <julie.obrien@nutanix.com>; Cheryl Knight <cheryl.knight@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Gleb Brichko <gleb@nutanix.com>; Ben Gibson <ben.gibson@nutanix.com>; Tomoko Takeda <tomoko.takeda@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** RE: Pipe

CONFIDENTIAL

Hi All,

Below is the current quarter pipe creation update as of the end of week 7.

The $100m opportunity that was created last week has decreased to $25m. The first graph shows the weekly linearity with the $25m included; the second graph excludes the $25m opportunity.

Best,
Daniel







---

**From:** Daniel Yang
**Sent:** Wednesday, December 13, 2017 1:24 PM
**To:** Duston Williams <duston.williams@nutanix.com>; Jeff Yuille <jeff.yuille@nutanix.com>; Julie O'Brien <julie.obrien@nutanix.com>; Cheryl Knight <cheryl.knight@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Gleb Brichko <gleb@nutanix.com>; Ben Gibson <ben.gibson@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** RE: Pipe

Hi All,

Below are two graphs that show the current quarter pipe creation status as of the end of week 6. Please note that there was a $100m opportunity created on 12/12/17 that is skewing the week 6 percentage. The first graph shows the weekly linearity with the $100m included; the second graph excludes the $100m opportunity.

Here's the link to the specific opportunity: https://nutanix.my.salesforce.com/0060e00001qphz4

CONFIDENTIAL

NTNX-0011101

Best,
Daniel



Q2 Pipe Creation Goal = $1,461m*41% = $602m (behind target)



Q2 Pipe Creation Goal = $1,461m*34% = $502m (behind target)

**From:** Daniel Yang
**Sent:** Wednesday, December 06, 2017 1:04 PM
**To:** Duston Williams <duston.williams@nutanix.com>; Jeff Yuille <jeff.yuille@nutanix.com>; Julie O'Brien <julie.obrien@nutanix.com>; Cheryl Knight <cheryl.knight@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Gleb Brichko <gleb@nutanix.com>; Ben Gibson <ben.gibson@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** RE: Pipe

Hi All (and welcome Ben!),

Please see below for the current quarter pipe creation status as of the end of week 5. We're currently 12% behind our historical Q2 creation average – this equates to roughly $175M in pipe.

As Jeff mentioned last week, two contributing factors account for a higher creation target this quarter: 1) lower 4 qtr win rates on rolling pipe due to lower Q1'18 win rates and 2) we factor in out-quarter bookings goals into our pipe creation target for the current quarter.

Feel free to let me or Jeff know if you have any questions.

Best,
Daniel

CONFIDENTIAL

NTNX-0011102



---

**From:** Duston Williams
**Sent:** Tuesday, November 28, 2017 3:29 PM
**To:** Jeff Yuille <jeff.yuille@nutanix.com>; Julie O'Brien <julie.obrien@nutanix.com>; Cheryl Knight <cheryl.knight@nutanix.com>
**Cc:** Dheeraj Pandey <dheeraj@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Gleb Brichko <gleb@nutanix.com>; Daniel Yang <daniel.yang@nutanix.com>
**Subject:** RE: Pipe

Thanks – mostly makes sense.

However, not sure about this: ***"Americas is behind the ball because of Thanksgiving"***

We have always had thanksgiving in Q2 – and Daniel's average is for historical Q2's.

---

**From:** Jeff Yuille
**Sent:** Tuesday, November 28, 2017 3:18 PM
**To:** Duston Williams <duston.williams@nutanix.com>; Julie O'Brien <julie.obrien@nutanix.com>; Cheryl Knight <cheryl.knight@nutanix.com>
**Cc:** Dheeraj Pandey <dheeraj@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Gleb Brichko <gleb@nutanix.com>
**Subject:** RE: Pipe

Duston,

I was going to address this in my growth hackers post tomorrow but I can give a preview now:

Global pipe creation is at ~23% of goal and we need to be at 30% creation (Daniel sent a revised number). We still have part of the day left in the fiscal week so the number could shoot to 24% but the story doesn't change. 30% through four weeks is higher than a typical quarter because weeks 8 and 9 of this fiscal quarter are the two worst pipeline creation weeks of the entire year due to holidays. Therefore we have to create more pipeline in the other 11 weeks to make up for the holiday productivity slump. Americas is 21% attainment, EMEA is at 25% and APAC is at 26%. Americas is behind the ball because of Thanksgiving.

In addition, our pipeline goal for Q2'18 is higher than usual due to other factors:
1. Lower win rates on rolling pipe in Q1'18 thus lowering our four quarter average win rates
2. Larger percent increase in the company bookings goal for Q3'18 and Q4'18 compared to 1H'18 (we build in out-quarter pipe creation into our goals)

Bottom line, to meet our aggressive goals for 2H we need to create more pipe in the beginning and the end of Q2'18 to make up for the holiday slump in the middle. We will have more clarity into the troubled regions tomorrow once the fiscal week ends and I will post to growth hackers.

Jeff

---

**From:** Duston Williams
**Sent:** Tuesday, November 28, 2017 11:56 AM
**To:** Julie O'Brien; Cheryl Knight; Jeff Yuille
**Cc:** Dheeraj Pandey; Sridhar Chandran
**Subject:** FW: Pipe

CONFIDENTIAL

NTNX-0011103

I'm sure you guys are well aware but it appears we are running quite a bit behind our pipeline generation target for Q2 – hopefully you guys are all over this.

It would be good to see your plan to recover and when we should expect to see a recovery.

Thanks.

Duston

---

**From:** Daniel Yang
**Sent:** Tuesday, November 28, 2017 11:44 AM
**To:** Duston Williams <duston.williams@nutanix.com>
**Subject:** RE: Pipe

Hi Duston,

Week 4 technically ends at the end of the day today since the quarter started on a Wednesday. Here's a preliminary view of it for now – I will send another update tomorrow morning when week 4 is over.



---

**From:** Duston Williams
**Sent:** Tuesday, November 28, 2017 11:34 AM
**To:** Daniel Yang <daniel.yang@nutanix.com>
**Subject:** Pipe

Daniel,

Do you know what this looks like for week 4?

Thanks.

Duston

CONFIDENTIAL

NTNX-0011104

## Q2 Pipe Creation vs. Historical Trends





# EXHIBIT 31

**To:** Sherry Lautenbach[sherry.lautenbach@nutanix.com]
**From:** Cheryl Knight[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=905AF230E7E540968512D8D5FE0FECF4-CHERYL KNIG]
**Sent:** Sun 1/7/2018 3:19:47 PM Pacific Standard Time
**Subject:** Re: Dashboard: APAC Pipeline Dashboard - New As of 1/4/2018 10:03 PM

This is the Dashboard I use for Americas. You'll see the report I send shortly, it includes most of what Mike provides for APAC except for Deal reg. We hadn't been looking at Deal reg as a KPI previously.
Let me kow if there is particular numbers or data you want to see or emphasize.

https://nutanix.my.salesforce.com/01Z32000000bsd6

Cheryl Knight | Sr. Director, Americas Marketing | 408-310-9334 | cknight@nutanix.com |@ clknight02

**From:** Sherry Lautenbach
**Date:** Sunday, January 7, 2018 at 10:23 AM
**To:** Cheryl Knight
**Subject:** Fwd: Dashboard: APAC Pipeline Dashboard - New As of 1/4/2018 10:03 PM

Cheryl- where do I get this type of data?
Thanks
Sherry Lautenbach
SVP Americas
Nutanix
646-319-6440
sherry.lautenbach@nutanix.com

Begin forwarded message:

> **From:** Lou Attanasio <lou.attanasio@nutanix.com>
> **Date:** January 7, 2018 at 12:47:48 PM EST
> **To:** Chris Kaddaras <chris.kaddaras@nutanix.com>, Sherry Lautenbach <sherry.lautenbach@nutanix.com>
> **Subject: FW: Dashboard: APAC Pipeline Dashboard - New As of 1/4/2018 10:03 PM**
>
> I wanted to show you the dashboard that AP used for their pipeline... I will assume you are getting similar data... I can assure you, we all short in ALL geo's... I just want to get this 'front of mind' for you, as I will be asking you about this...every week... WE don't have much time to get more pipe for 3Q... PLEASE engage the marketing team...and, please focus on the dashboards and focus on the part of your geo that don't have enough pipe... The word 'prospecting' should be talked about....every day..
>
> This email is just an fyi.. If you are all over this, great..!
>
> Lou Attanasio
> Chief Revenue Officer - EVP
> Cell (914) 588-4189   Office (669) 255-0441
> Nutanix, Inc. | 1740 Technology Drive, 1st Floor, San Jose, CA 95110
>
>
>
> **From:** Lou Attanasio <lou.attanasio@nutanix.com>
> **Date:** Sunday, January 7, 2018 at 9:41 AM
> **To:** Matt Young <matt@nutanix.com>
> **Subject:** RE: Dashboard: APAC Pipeline Dashboard - New As of 1/4/2018 10:03 PM
>
> Matt, Thanks...  Ben and I are totally revamping how we look at pipeline.. We need more insight, early, so we can react quickly.  Do not be shy about letting us know what you need to drive additional pipeline for next qtr... Now is the time to ask....it will be too late in Feb..
>
> Thanks again for your focus on this..
>
> Lou Attanasio
> Chief Revenue Officer - EVP
> Cell (914) 588-4189   Office (669) 255-0441
> Nutanix, Inc. | 1740 Technology Drive, 1st Floor, San Jose, CA 95110

CONFIDENTIAL

NTNX-0037531



---

**From:** Matt Young
**Sent:** Sunday, January 7, 2018 10:38 AM
**To:** Lou Attanasio <lou.attanasio@nutanix.com>
**Subject:** FW: Dashboard: APAC Pipeline Dashboard - New As of 1/4/2018 10:03 PM

We are driving it.

F. Matthew Young III
Senior Vice President, Asia Pacific & Japan
Nutanix, Inc.
www.nutanix.com
+1-805-300-3401

---

**From:** Michael Magura <michael.magura@nutanix.com>
**Date:** Sunday, January 7, 2018 at 5:01 AM
**To:** Matt Young <matt@nutanix.com>, APJ Sales Leaders <apjsalesleaders@nutanix.com>, Ted Tarpley <ted.tarpley@nutanix.com>
**Subject:** Re: Dashboard: APAC Pipeline Dashboard - New As of 1/4/2018 10:03 PM

Matt & MD-s,
Yes, we're behind in Q2 pipe creation at $126M on total target of $243M (currently 52%, we should be sitting at 70% Q-to-date). Q2 Pipeline Summary
Please review current Q and next Q pipeline creation by sales rep/by region here: [Japan, China, ANZ, ASEAN, HK/TWN, Korea, India]. With 3 weeks to go in Q2, we need to drive to $3-$10M new pipeline per week per region.

Overall we're entering Q3 with Open Pipe set to close in the black (modelling tells us we need to enter Q3 with $188M Open Pipe, we're sitting on $194M), but a few regions are showing shortfall now and other could shift to the negative if a few reps push Q3 close dates to Q4 ("rolling crap"). Based on the current picture, here is a quick summary and some suggested actions:

**1) APJ Marketing Summary- Pipeline (Jan 7th)**
Regions trending well (60% or above): HK/TWN, India*
Regions middle range (between 45-60%): ANZ, China, Japan
Regions trailing (Less than 45%): ASEAN, Korea
**Deal Reg (Partner Generated Pipeline) - 84% of total pipeline (healthy)**
Trending strong: China, HK/TWN, India, Japan
Trailing: ANZ, ASEAN, Korea
*Excessive: India (review and clean up where needed)

**2) Actions/Focus:**
-**ANZ** Deal Reg review. Minimal movement in last month. Andrew D to review and update.
-**ANZ** need to find new lead -> opportunities and capitalise on early Q2 efforts (new SDRs fast ramp, call down). ANZ sales team updated. Q3 Open Pipe is down$22M with 10 or 12 sales reps below $2M in pipeline entering Q3. Please review in Monday sales call, target to have each rep at minimum $2M by Q-close; per commitments. Jade has pushed to the broader sales team.
-**ASEAN** Deal Reg (31 DR not linked to Opportunity and 76 linked to Opportunity with no $ value). Request to ZhiHao to review and update team. Overall Q2 pipeline low, but Q3 healthy.
-**INDIA** needs review and cleanup (Deal Reg at $15M+ and $19M excess in Q3 Open pipe). Healthy numbers, but make sure it's clean.
-**CHINA:** Q2 Pipeline is OK, but needs to trend up quickly to close Q2 strong. Overall Q3 Open Pipeline shortfall of $8M is a gap now. Good executive level activity scheduled next 2 weeks.
-**HK/TWN:** Q2 picture looks healthy across overall Pipe, Deal Reg and leads. Q3 is borderline and no room to roll Q3 Open Pipeline.
-**Korea:** Q2 leads are light and pipeline is trailing at 42%. Q3 Open Pipe is healthy at $6M excess.
-**Japan:** Q2 Pipeline is trending up at 50%, but behind target. Leads are healthy at 1200+, and Q3 Open Pipe looks OK. Need to finish Jan strong and ensure no major rolling pipeline. Large events scheduled end of Jan will help with Q3 fast start (EBW WW, Install Base Experience Day, etc.)

Current Q3 Shortfall/Excess Summary:

| Expected Starting Q3'18 Pipeline | Booking : Goal - Linearity for Creation & Loss by Q2 Rate | Pipeline (Shortfall)/Excess | | Booking (Shortfall)/Excess | |
|---|---|---|---|---|---|
| APAC ANZ | $17 | APAC ANZ | ($22) | APAC ANZ | |
| APAC ASEAN | $35 | APAC ASEAN | $9 | APAC ASEAN | |
| APAC China | $27 | APAC China | ($8) | APAC China | |
| APAC HongKong/Taiwan | $12 | APAC HongKong/Taiwan | ($1) | APAC HongKong/Taiwan | |
| India | $42 | India | $19 | India | |
| APAC Japan | $45 | APAC Japan | $3 | APAC Japan | |
| APAC Korea | $16 | APAC Korea | $6 | APAC Korea | |
| Total | $194 | Total | $6 | Total | |

Regards,
Mike

---

**From:** Matt Young <matt@nutanix.com>
**Date:** Friday, January 5, 2018 at 10:46 AM
**To:** Michael Magura <michael.magura@nutanix.com>
**Cc:** APJ Sales Leaders <apjsalesleaders@nutanix.com>, Ted Tarpley <ted.tarpley@nutanix.com>
**Subject:** FW: Dashboard: APAC Pipeline Dashboard - New As of 1/4/2018 10:03 PM

CONFIDENTIAL    NTNX-0037532

Mike

Per the below we are we are behind where we need to be for this quarter. We have not been this far behind.

Please give me your view and what need to do in the last 27 days of the quarter to get it back up.

Matt

F. Matthew Young III
Senior Vice President, Asia Pacific & Japan
Nutanix, Inc.
www.nutanix.com
+1-805-300-3401

---

**From:** Mike Magura <mmagura@nutanix.com>
**Date:** Thursday, January 4, 2018 at 10:04 PM
**To:** Haiying Wang <haiying.wang@nutanix.com>, Noriko Okazawa <noriko.okazawa@nutanix.com>, Tomoko Takeda <tomoko.takeda@nutanix.com>, Daniel Yang <daniel.yang@nutanix.com>, Jihye Park <jihye.park@nutanix.com>, Gleb Brichko <gleb@nutanix.com>, Howard Fyffe <howard.fyffe@nutanix.com>, Aditya Denduluri <aditya.denduluri@nutanix.com>, Nivedita Mukhija <nivedita.mukhija@nutanix.com>, Sunil Mahale <sunil.mahale@nutanix.com>, Pun Lim <pk@nutanix.com>, Michael Magura <michael.magura@nutanix.com>, Mark Clayton <mark.clayton@nutanix.com>, Jacob Pereira <jacob.pereira@nutanix.com>, Ted Tarpley <ted.tarpley@nutanix.com>, Matt Young <matt@nutanix.com>, Eisaku Machida <eisaku.machida@nutanix.com>, Qixin Wu <qixin.wu@nutanix.com>, Esther Cheung <esther.cheung@nutanix.com>, Julie O'Brien <julie.obrien@nutanix.com>, JD Kim <jdkim@nutanix.com>, Thevashen Naidu <thevashen.naidu@nutanix.com>, Jade Meara <jade.meara@nutanix.com>, David Chan <david.chan@nutanix.com>, "edward.yeung@nutanix.com" <edward.yeung@nutanix.com>, Ronnie Chen <ronnie.chen@nutanix.com>
**Subject:** Dashboard: APAC Pipeline Dashboard - New As of 1/4/2018 10:03 PM

---

## APAC Pipeline Dashboard - New

APAC Pipeline Dashboard

CQ Pipeline Generated                    APAC Pipeline Trending                    CQ APAC Leads

CONFIDENTIAL                                                                NTNX-0037533



**APAC Commercial Pipe Generated**

$193.50
$215.00
$0.00
$243.00
$125.36 : 52%
Sum of Amount (Millions)



**APAC Commercial Pipe Generation Trending**

Q1 FY2016  Q2 FY2016  Q3 FY2016  Q4 FY2016
Q1 FY2017  Q2 FY2017  Q3 FY2017  Q4 FY2017
Q1 FY2018  Q2 FY2018



**CQ Pipeline Generated - APAC ASEAN**

$37.80
$42.00
$0.00
$46.00
$17.78 : 39%
Sum of Amount (Millions)



**CQ APAC ASEAN Leads Created**

990
1,099
0
1,625
1,625 : 125%
Record Count



**CQ Pipeline Generated - APAC AUS/NZ**

$27.00
$30.00
$0.00
$35.00
$15.85 : 45%
Sum of Amount (Millions)



**CQ APAC AUS/NZ Leads Created**

1,080
1,199
0
1,200
754 : 63%
Record Count



**CQ Pipeline Generated - APAC China**

$33.40
$36.00
$0.00
$39.00
$19.09 : 49%
Sum of Amount (Millions)



**CQ APAC China Leads Created**

1,350
1,499
0
1,500
809 : 54%
Record Count

CONFIDENTIAL

















NTNX-0037535

CONFIDENTIAL

NTNX-0037536

# EXHIBIT 32

**To:** Lou Attanasio[lou.attanasio@nutanix.com]
**From:** Sherry Lautenbach[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9129DEACCCF042BDAE1AC3F321B46FBA-SHERRY.LAUT]
**Sent:** Sun 1/7/2018 12:21:46 PM Pacific Standard Time
**Subject:** Re: Q2 finish/ Q3 building

Totally agree! I reinforced that message today! Have a good one too!


Sherry Lautenbach
SVP Americas
Nutanix
646-319-6440
sherry.lautenbach@nutanix.com



**From:** Lou Attanasio
**Sent:** Sunday, January 7, 2018 3:19:42 PM
**To:** Sherry Lautenbach
**Subject:** RE: Q2 finish/ Q3 building

Thanks Sherry….I don't care HOW they do it, I just want to make sure ALL our field leaders ARE communicating…and they are communicating the right stuff..

Thanks!!  Have a good weekend..

Lou Attanasio
Chief Revenue Officer - EVP
Cell (914) 588-4189   Office (669) 255-0441
Nutanix, Inc. | 1740 Technology Drive, 1st Floor, San Jose, CA 95110



**From:** Sherry Lautenbach
**Sent:** Sunday, January 7, 2018 12:42 PM
**To:** Lou Attanasio <lou.attanasio@nutanix.com>
**Subject:** Re: Q2 finish/ Q3 building


Various communications - dependent on style. Asked the team to make sure to either cc or bcc me - based on how they lead.   Good stuff!



Thanks.



Sherry Lautenbach
SVP Americas
Nutanix
646-319-6440
sherry.lautenbach@nutanix.com



**From:** Lou Attanasio
**Sent:** Sunday, January 7, 2018 11:47:43 AM
**To:** Matt Young; Sherry Lautenbach; Chris Kaddaras
**Subject:** FW: Q2 finish/ Q3 building

When I see good notes, I like to share… My question to each of you… Are EACH of your field leaders doing something similar..?

One point that you are going to hear a LOT on in the coming days/weeks.. WE are short on Pipeline…very short.. We need EVERY REP focusing on prospecting, building our pipeline.. We do NOT have enough to make our 3rd qtr number….

Thanks!!

Lou Attanasio
Chief Revenue Officer - EVP

CONFIDENTIAL

NTNX-0037548

Cell (914) 588-4189   Office (669) 255-0441
Nutanix, Inc. | 1740 Technology Drive, 1st Floor, San Jose, CA 95110



---

**From:** Anton Granic
**Sent:** Sunday, January 7, 2018 9:02 AM
**To:** Northeast All <Northeastall@nutanix.com>
**Cc:** Robert Stroud <robert.stroud@nutanix.com>; Gordon Frank <gordon.frank@nutanix.com>; Adam Marlin <adam.marlin@nutanix.com>; Peter Cary <peter.cary@nutanix.com>; Robert Yelenich <robert.yelenich@nutanix.com>; Sherry Lautenbach <sherry.lautenbach@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>
**Subject:** Q2 finish/ Q3 building

Good morning Team,

I hope everyone had a great holiday and New Years with their friends and families.
As we head into the final stretch of Q2, I wanted to remind everyone of the importance of updating SFDC regularly, with detailed notes, as well as the need to start planning for your Q3. All the work we are doing for the remaining 17 days of the quarter should be focused on closing, and pipe build. (That's right, only 17 days to Quarter end).
The more detailed and accurate your notes are (including close date, stage, category, next steps to close, etc), the less you will hear from Corp looking for details, which, in turn gives you more time to sell. It's a wonderful process.
>Have you worked the timeline backwards with your customer? Spoken to procurement? Signing authority?
>Sent an updated quote with an expiry of Jan 26th?
>Worked with your partner to coordinate delivery timelines?
>Asked what happens if they don't but this month?
>Engaged an Executive sponsor?

>Are you ready to make a call for your Q3? Are you at plan with your call? What help do you need to get there?

A big part of the marketing activities/events we did in December should have started to pop up in our pipeline by now. Please make sure to tag the right campaign to the opportunity so we know what is working.

Keep in mind, many of our competitors have quarter/ year end as well. They will be doing some crazy things to get deals in the door, or to steal your "Commit" deal. Cisco/Dell/EMC/HPE, be on guard for all of them.

I know last week was a bit slow for everyone, and the weather in the NE was not helping, but, we still had some great activity and need to continue to build.

KABOOM! ████████with over $1M in pipe added on a short week.

Lets finish strong... Lets roll..
Cheers,
a

**Filtered By:**  Edit
  **Type** not equal to **Renewals** Clear
  AND **Region** equals **Americas North** Clear
  ▉▉▉

| SubRegion | Opportunity Owner | | Created Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 10/29/2017 - 11/4/2017 | 11/5/2017 - 11/11/2017 | 11/12/2017 - 11/18/2017 | 11/19/2017 - 11/25/2017 | 11/26/2017 - 12/2/2017 | 12/3/2017 - 12/9/2017 | 12/10/2017 - 12/16/2017 | 12/17/ 12/23/ |
| Canada Commercial | ████ | Sum of Amount Record Count | $31,634.39 2 | $23,000.00 1 | $213,781.50 7 | $140,000.00 3 | $329,500.00 2 | $150,000.00 2 | $495,000.00 2 | $180,0 1 |
| | | Sum of Amount Record Count | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 1 | $0.00 0 |
| | | Sum of Amount Record Count | $0.00 0 | $213,860.27 3 | $0.00 0 | $68,188.17 2 | $135,411.15 3 | $12,550.96 2 | $80,000.00 2 | $0.00 0 |
| | | Sum of Amount Record Count | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 |
| | | Sum of | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $220,156.25 | $0.00 | $0.00 |

CONFIDENTIAL

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Amount Record Count | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| | | | Sum of Amount Record Count | $19,829.88 1 | $55,185.13 1 | $116,382.41 4 | $362,064.53 3 | $175,983.50 6 | $156,225.82 7 | $177,742.69 3 | $108,0 5 |
| | | | Sum of Amount Record Count | $100,000.00 2 | $246,262.04 5 | $389,238.18 8 | $175,000.00 3 | $183,304.44 7 | $100,000.00 2 | $302,652.00 6 | $105,6 3 |
| | | | Sum of Amount Record Count | $603,211.00 2 | $294,017.22 5 | $151,949.57 1 | $232,563.98 4 | $155,938.40 4 | $1,052.22 2 | $348,494.42 5 | $320,0 2 |
| | | | Sum of Amount Record Count | $771,315.71 8 | $1,659,251.04 24 | $934,075.82 23 | $1,473,793.97 19 | $980,137.49 24 | $694,985.25 20 | $1,420,977.35 20 | $883,7 14 |
| | | | Sum of Amount Record Count | $0.00 0 | $18,119.97 1 | $242,212.40 2 | $200,000.00 1 | $0.00 1 | $0.00 0 | $436,614.95 4 | $200,0 3 |
| | | | Sum of Amount Record Count | $0.00 1 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 |
| | | | Sum of Amount Record Count | $28,619.61 3 | $42,053.05 1 | $1,027,041.78 2 | $247,505.88 2 | $0.00 0 | $244,581.26 4 | $0.00 0 | $0.00 0 |
| | | | Sum of Amount Record Count | $180,000.00 1 | $457,091.35 5 | $12,761.00 2 | $0.00 0 | $80,000.00 1 | $454,791.06 5 | $235,000.00 2 | $240,0 3 |
| | | | Sum of Amount Record Count | $96,360.00 1 | $49,744.91 1 | $3,045.00 1 | $0.00 0 | $0.00 0 | $39,893.65 1 | $147,703.95 2 | $650,0 6 |
| | | | Sum of Amount Record Count | $0.00 0 | $129,758.81 1 | $59,848.24 1 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 |
| | | | Sum of Amount Record Count | $326,763.13 1 | $319,438.09 1 | $438,245.31 3 | $8,475.20 1 | $0.00 0 | $0.00 0 | $1,290,494.98 2 | $0.00 0 |
| | | Subtotal | Sum of Amount Record Count | $773,838.41 9 | $2,180,102.73 14 | $1,783,153.73 11 | $767,615.42 5 | $120,094.89 4 | $3,074,494.45 15 | $2,109,813.88 11 | $1,090 12 |
| New England Enterprise | | | Sum of Amount Record Count | $0.00 0 | $400,000.00 2 | $527,220.32 2 | $0.00 0 | $878,263.85 4 | $0.00 1 | $86,240.12 2 | $153,2 4 |
| | | | Sum of Amount Record Count | $0.00 0 | $199,779.82 1 | $183,709.14 3 | $676,942.41 1 | $108,232.67 2 | $0.00 0 | $200,000.00 1 | $131,5 1 |
| | | | Sum of Amount Record Count | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 1 | $0.00 0 | $0.00 0 |
| | | | Sum of | $50,000.00 | $0.00 | $653,621.38 | $0.00 | $0.00 | $300,000.00 | $0.00 | $277,8 |

CONFIDENTIAL

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Amount Record Count | 1 | 1 | 4 | 0 | 1 | 1 | 0 | 3 |
| | | | Sum of Amount Record Count | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $150,257.21 1 | $0.00 0 | $0.00 0 | $0.00 0 |
| | | | Sum of Amount Record Count | $135,768.12 1 | $0.00 0 | $163,593.23 1 | $0.00 0 | $82,074.67 1 | $45,291.00 1 | $0.00 2 | $17,92 1 |
| | | | Sum of Amount Record Count | $35,483.81 1 | $134,244.02 5 | $147,019.75 5 | $65,311.52 1 | $159,466.11 3 | $0.00 1 | $164,873.11 4 | $0.00 0 |
| | | | Sum of Amount Record Count | $97,737.61 1 | $34,063.44 1 | $250,000.00 1 | $0.00 0 | $91,004.73 2 | $0.00 0 | $279,595.18 2 | $152,9 2 |
| | | | Sum of Amount Record Count | $0.00 0 | $0.00 1 | $0.00 0 | $0.00 1 | $0.00 1 | $0.00 0 | $0.00 0 | $0.00 0 |
| | | | Sum of Amount Record Count | $111,896.14 1 | $0.00 0 | $652,972.52 3 | $0.00 0 | $0.00 2 | $50,000.00 1 | $0.00 0 | $0.00 0 |
| | | | Sum of Amount Record Count | $342,884.67 2 | $200,000.00 1 | $938,367.89 7 | $143,330.34 1 | $226,653.93 4 | $1,028,785.60 3 | $168,381.54 2 | $258,8 1 |
| | | | Sum of Amount Record Count | $0.00 0 | $125,000.00 1 | $0.00 0 | $190,992.70 2 | $0.00 0 | $275,000.00 1 | $78,361.28 2 | $178,9 3 |
| | | Subtotal | Sum of Amount Record Count | $773,770.35 7 | $1,093,087.28 13 | $3,516,504.23 26 | $1,076,576.97 6 | $1,695,953.17 22 | $1,699,076.60 10 | $977,451.23 15 | $1,171 15 |
| Northeast Commercial | | | Sum of Amount Record Count | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 |
| | | | Sum of Amount Record Count | $260,371.59 3 | $250,000.00 2 | $425,000.00 2 | $86,117.00 3 | $0.00 0 | $286,516.05 2 | $341,049.07 1 | $675,0 2 |
| | | | Sum of Amount Record Count | $0.00 0 | $439,330.00 2 | $100,000.00 2 | $0.00 0 | $175,000.00 2 | $125,000.00 1 | $100,000.00 1 | $125,0 1 |
| | | | Sum of Amount Record Count | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 1 | $0.00 0 |
| | | | Sum of Amount Record Count | $1,553,535.46 3 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 1 | $50,000.00 1 | $0.00 0 | $0.00 0 |
| | | | Sum of Amount Record Count | $0.00 0 | $50,000.00 1 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 |
| | | | Sum of | $0.00 | $530,000.00 | $414,544.42 | $663,217.02 | $147,962.15 | $300,000.00 | $620,000.00 | $269,8 |

CONFIDENTIAL

| | | | Measure | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ▉ | Amount Record Count | 0 | 3 | 4 | 5 | 3 | 1 | 1 | 3 |
| | | ▉ | Sum of Amount / Record Count | $225,000.00 / 1 | $1,129,480.33 / 5 | $152,052.07 / 1 | $0.00 / 0 | $865,000.00 / 2 | $175,000.00 / 1 | $315,000.00 / 2 | $250,0.. / 1 |
| | | ▉ | Sum of Amount / Record Count | $79,373.34 / 1 | $31,863.27 / 2 | $99,788.50 / 3 | $22,117.00 / 1 | $25,667.00 / 2 | $0.00 / 0 | $0.00 / 1 | $0.00 / 0 |
| | | ▉ | Sum of Amount / Record Count | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $0.00 / 3 |
| | | ▉ | Sum of Amount / Record Count | $157,792.48 / 1 | $150,000.00 / 1 | $100,887.60 / 1 | $0.00 / 0 | $195,000.00 / 2 | $0.00 / 0 | $0.00 / 0 | $125,0.. / 1 |
| | | ▉ | Sum of Amount / Record Count | $0.00 / 0 | $0.00 / 2 | $371,636.64 / 4 | $0.00 / 0 | $55,000.00 / 1 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 |
| | | ▉ | Sum of Amount / Record Count | $0.00 / 0 | $0.00 / 0 | $250,000.00 / 1 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $485,000.00 / 2 | $0.00 / 0 |
| | | ▉ | Sum of Amount / Record Count | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $650,000.00 / 1 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 |
| | | ▉ | Sum of Amount / Record Count | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 |
| | | ▉ | Sum of Amount / Record Count | $0.00 / 0 | $0.00 / 0 | $0.00 / 1 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 |
| | | ▉ | Sum of Amount / Record Count | $0.00 / 0 | $0.00 / 0 | $350,000.00 / 1 | $0.00 / 0 | $0.00 / 0 | $55,437.00 / 1 | $0.00 / 0 | $450,0.. / 1 |
| | **Subtotal** | | Sum of Amount / Record Count | $2,276,072.87 / 9 | $2,580,673.60 / 18 | $2,263,909.23 / 20 | $771,451.02 / 9 | $2,113,629.15 / 14 | $991,953.05 / 7 | $1,861,049.07 / 9 | $1,894.. / 12 |
| **NY/NJ Enterprise Select** | | ▉ | Sum of Amount / Record Count | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $25,200,000.00 / 2 | $0.00 / 1 |
| | | ▉ | Sum of Amount / Record Count | $0.00 / 0 | $0.00 / 1 | $0.00 / 1 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 |
| | | ▉ | Sum of Amount / Record Count | $200,000.00 / 1 | $150,000.00 / 1 | $300,000.00 / 3 | $100,000.00 / 1 | $145,363.32 / 1 | $0.00 / 0 | $25,000.00 / 1 | $0.00 / 1 |
| | | ▉ | Sum of Amount / Record Count | $110,000.00 / 1 | $0.00 / 0 | $156,971.05 / 1 | $0.00 / 0 | $1,696,404.62 / 3 | $0.00 / 0 | $0.00 / 2 | $0.00 / 0 |
| | | ▉ | Sum of | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

CONFIDENTIAL

| | | Measure | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Amount Record Count | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ▓ | Sum of Amount | $0.00 | $0.00 | $197,474.91 | $0.00 | $0.00 | $0.00 | $526,758.26 | $0.00 |
| | | Record Count | 0 | 0 | 1 | 0 | 0 | 0 | 2 | 0 |
| | | Sum of Amount | $138,580.00 | $0.00 | $800,000.00 | $1,640,029.18 | $0.00 | $0.00 | $2,515,815.94 | $1,548 |
| | | Record Count | 1 | 0 | 1 | 5 | 0 | 0 | 3 | 5 |
| | | Sum of Amount | $125,000.00 | $0.00 | $0.00 | $0.00 | $352,624.00 | $150,000.00 | $0.00 | $0.00 |
| | | Record Count | 1 | 0 | 1 | 0 | 2 | 2 | 0 | 0 |
| | | Sum of Amount | $306,473.35 | $0.00 | $80,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | Record Count | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 3 |
| | **Subtotal** | Sum of Amount | $880,053.35 | $150,000.00 | $1,534,445.96 | $1,740,029.18 | $2,194,391.94 | $150,000.00 | $28,267,574.20 | $1,548 |
| | | Record Count | 5 | 3 | 9 | 6 | 6 | 2 | 10 | 10 |
| **NY/NJ Financials** | ▓ | Sum of Amount | $0.00 | $264,947.85 | $418,451.37 | $1,583,509.64 | $1,386,705.65 | $0.00 | $150,000.00 | $525,1 |
| | | Record Count | 0 | 1 | 2 | 4 | 3 | 0 | 3 | 2 |
| | | Sum of Amount | $0.00 | $174,300.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | Record Count | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | Sum of Amount | $0.00 | $4,167,232.89 | $62,985.00 | $0.00 | $0.00 | $3,665,010.36 | $1,781,958.58 | $104,1 |
| | | Record Count | 1 | 5 | 3 | 1 | 0 | 6 | 3 | 1 |
| | | Sum of Amount | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | Record Count | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| | | Sum of Amount | $0.00 | $410,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | Record Count | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | Sum of Amount | $950,000.00 | $0.00 | $270,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | Record Count | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| | **Subtotal** | Sum of Amount | $950,000.00 | $5,016,480.74 | $751,436.37 | $1,583,509.64 | $1,386,705.65 | $3,665,010.36 | $1,931,958.58 | $629,3 |
| | | Record Count | 2 | 8 | 6 | 5 | 4 | 6 | 6 | 4 |
| **Grand Total** | | Sum of Amount | $6,425,050.69 | $12,679,595.39 | $10,783,525.34 | $7,412,976.20 | $8,490,912.29 | $10,275,519.71 | $36,568,824.51 | $7,217 |
| | | Record Count | 40 | 80 | 95 | 50 | 74 | 60 | 71 | 67 |

Check rows to filter, then drill down by:

Anton Granic
Vice President – America's North & Canada| anton@nutanix.com |
1-416-270-9226

CONFIDENTIAL

NTNX-0037553

# EXHIBIT 33

**To:** Rodney Foreman[rodney.foreman@nutanix.com]
**From:** Lou Attanasio[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FE2145F16F46422591474C10B5FD4851-LOU.ATTANAS]
**Sent:** Sun 1/28/2018 2:58:50 PM Pacific Standard Time
**Subject:** FW: Response to Inder's Channel Programs and People Message

---

by Paul Mayes??

Lou Attanasio
Chief Revenue Officer - EVP
Cell (914) 588-4189   Office (669) 255-0441
Nutanix, Inc. | 1740 Technology Drive, 1st Floor, San Jose, CA 95110



---

**From:** Rodney Foreman
**Sent:** Sunday, January 28, 2018 3:31 PM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>; Inder Sidhu <inder.sidhu@nutanix.com>
**Cc:** Lou Attanasio <lou.attanasio@nutanix.com>
**Subject:** RE: Response to Inder's Channel Programs and People Message

Dheeraj,

The three weighted measurements you mention are for the channel sales resources and determining compensation. Today, channel sales individual comp measurement is primarily based on assigned focus partner growth. It becomes problematic when a channel sales person "makes their number" and the direct sales team in the region of which they are assigned does not.
The tools built for the channel will definitely be used for constantly and consistently evaluating the overall health of our channel business. I agree that we need to make sure that the value from our partners is the entire "hourglass". Thank you!  -Rodney

Rodney Foreman
VP, Global Channel Sales
512.525.4359
Nutanix, Inc. | 1740 Technology Drive, 1st Floor, San Jose, CA 95110



---

**From:** Dheeraj Pandey
**Sent:** Sunday, January 28, 2018 3:49 PM
**To:** Inder Sidhu <inder.sidhu@nutanix.com>; Rodney Foreman <rodney.foreman@nutanix.com>
**Cc:** Lou Attanasio <lou.attanasio@nutanix.com>
**Subject:** Re: Response to Inder's Channel Programs and People Message

Thanks Rodney!

"*partner revenue growth, regional sales target alignment and new pipeline growth from partners*"

Hope we also look at the body of work done by Paul Mayes on measuring enablement and value-add using the technical tools we built for the channel — Sizer, Foundation, X-Ray, Community Edition, and Pulse/Insights. Basically, working the whole body of the "hourglass" of customer engagement.
Thanks
Dheeraj
On Jan 28, 2018, 6:38 AM -0800, Rodney Foreman <rodney.foreman@nutanix.com>, wrote:

Inder, Dheeraj,

As I begin week #4 at Nutanix,  I am encouraged by the tremendous opportunity to transform and mature our channel business. Currently we have a channel program nobody follows, no channel strategy (short or long term), and my message here would be much too long if I listed all of the inconsistencies we have with partners across the regions.

Lou and I are looking at maturing our channel business with a focus on productivity, profit and production (value).  As we evaluate and plan for extracting more value from each type of partner across our ecosystem we will be changing the incentives, programs and targets for my team.

Good example is compensation – my team includes people on 50/50, 60/40, 70/30 etc – many types of leverage plans. No consistency.  Effective Feb 1st **all** of my team on sales plans will be on 60/40 (moving to 70/30 in Q4) and the targets will change for those focused on resellers to 3 weighted measurements including assigned partner revenue growth, regional sales target alignment and new pipeline growth from partners. GSI team will be focused on true influence in accounts which means GSI direct involvement in the sales cycle including new opportunity identification in new and existing accounts. For OEM, I'll just say,  the lack of scale and production we should be obtaining from an OEM business is frightening.

The current headcount is being reviewed holistically to create and drive a new channel program that will be defined and enforced, a channel strategy that focuses on extracting the value from every partner type (OEM, GSI, VAR, VAD, SP) we work with in every region (NA, APAC, EMEA).  Let's not look at headcount now just in the context of  the growth incentives we are working currently with finance including the focus and grow SW sales on Dell HW, new customer and top partner growth.

A few more weeks and we will have an accurate current state of the channel business view followed by our 1 year strategy for our channel business.  That will give us a better more holistic view of the HC and resources and how we get more productivity from each member of the channel sales team.

CONFIDENTIAL                                                                                 NTNX-0010724

-Rodney

**Rodney Foreman**
**VP, Global Channel Sales**
512.525.4359
Nutanix, Inc. | 1740 Technology Drive, 1st Floor, San Jose, CA 95110



---

**From:** Inder Sidhu
**Sent:** Monday, January 22, 2018 10:59 PM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>
**Cc:** Lynette Estrada <lynette.estrada@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Matt Young <matt@nutanix.com>; Rodney Foreman <rodney.foreman@nutanix.com>
**Subject:** Re: Please DocuSign: Nutanix Offer - ███████ - Lenovo Alliance Manager, Greater China - China

Dheeraj, the people vs. program spend has been skewed one way and needs to be corrected. A first look at programs indicated that we could generate $40MM in incremental top line thru program spend of $4MM in 6 months for 3 and an additional $60MM of incremental top line thru an additional $4MM of program spend in 12 months for another 3 programs. Rodney and team generated those numbers quickly and those numbers will be scrubbed and refined in the coming days. To afford that type of program spend we will need to balance it vs. the people spend. Will take a look with Rodney at that to make sure we are taking a holistic view and being prudent with the dollars, and keeping it within the AOP guardrails.

Inder

Sent from my iPhone
On Jan 22, 2018, at 10:22 PM, Dheeraj Pandey <dheeraj@nutanix.com> wrote:

Inder,

Are these channel investments being done with an AOP view? I hope Rodney can sign off on the **people** investments so that we can appropriately invest in **programs**. Channel has traditionally had abysmal program investments, which I know Rodney is trying to change.

Thanks
Dheeraj

On Jan 22, 2018 at 5:14 PM, <Lynette Estrada> wrote:

Dheeraj and Duston,

The offer below is waiting for your approval.  This one is time sensitive.  Candidate has been in the process for a few weeks.

Can you please let us know if you have any questions on this offer or need additional info?

Thank you.

**Lynette Estrada**
Director, Global Talent Acquisition
Lynette.estrada@nutanix.com
Best way to reach me:
Cell @1- 301-404-5807

Leave us a Glassdoor review!
<image002.png>

<image003.png>    <image004.png>    <image005.png>    <image006.png>

---

**From:** DocuSign System [mailto:dse@docusign.net]
**Sent:** Monday, January 22, 2018 8:17 AM
**To:** Lynette Estrada <lynette.estrada@nutanix.com>
**Subject:** Please DocuSign: Nutanix Offer - ███████ - Lenovo Alliance Manager, Greater China - China





**Venecia Lim**
venecia.lim@nutanix.com

PRIVATE MESSAGE
Level is IC4. Base is ██████████████████ Receiving ████████. Standard is
████████████████████████████████████████████████
██████████████████████████████ has been interviewed by Jacob, Jamie, Kenneth
and Shumei and got thumbs up from everyone.
Location: China
Recruiter: Peter Zhang
Lynette Estrada,
Please DocuSign Resume ███████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

Thank You, Venecia Lim

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code
with others.

**Alternate Signing Method**
Visit **DocuSign.com**, click 'Access Documents', and enter the security code
919734C98A3643E8860109810174ABE71

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in
an office, at home, on-the-go – or even across the globe – DocuSign provides a professional trusted
solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach
out to the sender by emailing them directly.

If you are having trouble signing the document, please visit the Help with Signing page on our Support
Center.

▨ Download the DocuSign App

This message was sent to you by Venecia Lim who is using the DocuSign Electronic Signature Service. If you would rather not receive email
from this sender you may contact the sender with your request.

                                                                        NTNX-0010726

# EXHIBIT 34

**To:** Bill Broderson [bill.broderson@nutanix.com]
**From:** Lou Attanasio[/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fe2145f16f46422591474c10b5fd4851-lou.attanas]
**Sent:** Thur 3/15/2018 9:45:57 AM Pacific Daylight Time
**Subject:** FW: Pipe

---

Lou Attanasio
Chief Revenue Officer - EVP
Cell (914) 588-4189   Office (669) 255-0441
Nutanix, Inc. | 1740 Technology Drive, 1st Floor, San Jose, CA 95110



---

**From:** Lou Attanasio <lou.attanasio@nutanix.com>
**Date:** Thursday, February 8, 2018 at 1:41 PM
**To:** Julie Ostella <julie.ostella@nutanix.com>
**Subject:** FW: Pipe

I assume you get these…………

Lou Attanasio
Chief Revenue Officer - EVP
Cell (914) 588-4189   Office (669) 255-0441
Nutanix, Inc. | 1740 Technology Drive, 1st Floor, San Jose, CA 95110



---

**From:** Daniel Yang
**Sent:** Friday, February 2, 2018 6:12 AM
**To:** Michael Magura <michael.magura@nutanix.com>; Julie O'Brien <julie.obrien@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Jeff Yuille <jeff.yuille@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Ben Gibson <ben.gibson@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Bob Wallace <bob@nutanix.com>; Cheryl Knight <cheryl.knight@nutanix.com>; Gleb Brichko <gleb@nutanix.com>; Tomoko Takeda <tomoko.takeda@nutanix.com>; Matt Young <matt@nutanix.com>; Mineo Sakan <mineo.sakan@nutanix.com>; Chris Kozup <chris.kozup@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** RE: Pipe

Hi All,

Our pipe creation for Q2'18 landed in between our callout at $1.074b. This equates to 74% of the $1.461b target set for the quarter. See below for final Q2'18 linearity charts by theater.

Once creation targets are set for Q3'18, I will continue to send out progress updates on a weekly basis.

Best,
Daniel

CONFIDENTIAL

NTNX-0011961







NTNX-0011962



---

**From:** Daniel Yang
**Sent:** Wednesday, January 24, 2018 10:27 AM
**To:** Michael Magura <michael.magura@nutanix.com>; Julie O'Brien <julie.obrien@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Jeff Yuille <jeff.yuille@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Ben Gibson <ben.gibson@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Bob Wallace <bob@nutanix.com>; Cheryl Knight <cheryl.knight@nutanix.com>; Gleb Brichko <gleb@nutanix.com>; Tomoko Takeda <tomoko.takeda@nutanix.com>; Matt Young <matt@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** RE: Pipe

Hi All,

We've created $979m in pipe thus far against the $1.461b target for the quarter. This 67% achievement is below our historical Q2 average of 90% at week 12. With one week remaining, we're on track to create $1.05b - $1.1b for the quarter.

Below are WW and regional charts tracking the progress as of the end of week 12.

Best,
Daniel



CONFIDENTIAL

NTNX-0011963







**From:** Daniel Yang
**Sent:** Wednesday, January 17, 2018 9:33 AM

CONFIDENTIAL

NTNX-0011964

**To:** Michael Magura <michael.magura@nutanix.com>; Julie O'Brien <julie.obrien@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Jeff Yuille <jeff.yuille@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Ben Gibson <ben.gibson@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Bob Wallace <bob@nutanix.com>; Cheryl Knight <cheryl.knight@nutanix.com>; Gleb Brichko <gleb@nutanix.com>; Tomoko Takeda <tomoko.takeda@nutanix.com>; Matt Young <matt@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** RE: Pipe

Hi All,

We've created $857m in pipe thus far against the $1.461b target for the quarter. This 59% achievement is below our historical Q2 average of 79% at week 11. We're on track to create roughly $1.05b by the end of the quarter.

Below are WW and regional charts tracking the progress as of the end of week 11.

Best,
Daniel





CONFIDENTIAL





**From:** Michael Magura
**Sent:** Thursday, January 11, 2018 12:31 AM
**To:** Julie O'Brien <julie.obrien@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Daniel Yang <daniel.yang@nutanix.com>; Jeff Yuille <jeff.yuille@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Ben Gibson <ben.gibson@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Bob Wallace <bob@nutanix.com>; Cheryl Knight <cheryl.knight@nutanix.com>; Gleb Brichko <gleb@nutanix.com>; Tomoko Takeda <tomoko.takeda@nutanix.com>; Matt Young <matt@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** Re: Pipe

Team,
Yes, we're behind in APJ Q2 pipe creation currently at $136M on total target of $243M (56%,). Q2 Pipeline Summary
Matt, Jacob and I review twice a week with the MD-s down to the sales rep level with focus on Q3 clean up and Q2 details by rep and Deal Reg/OEM
-Our Deal Reg is healthy at 79% of Q2 target ($58M on target of $73M), while OEM is trending soft. DR Pipe set at 30% of $243M total Q2 Pipe creation Q2 Deal Reg Summary
-Our Q2 leads count is healthy (>8000 Q-to-date), but our meetings are down in Q2. We have quite a few focused activities over the next 3 weeks that will add to late Q2, early Q3.
-Sales/Marketing Pipeline by rep by region is where we are drilling into daily now, specifically those less than 3x
coverage [Japan, China, ANZ, ASEAN, HK/TWN, Korea, India].
We'll continue to focus on cleaning and updating across all the sales team, process and convert leads, and I'll review with Jeff on the numbers to see any trends that provide red flags on the shortfalls.
Regards,
Mike

**From:** Julie O'Brien <julie.obrien@nutanix.com>
**Date:** Wednesday, January 10, 2018 at 4:16 PM
**To:** Duston Williams <duston.williams@nutanix.com>, Daniel Yang <daniel.yang@nutanix.com>, Jeff Yuille <jeff.yuille@nutanix.com>, Dheeraj

NTNX-0011966

Pandey <dheeraj@nutanix.com>, Ben Gibson <ben.gibson@nutanix.com>, Lou Attanasio <lou.attanasio@nutanix.com>, Bob Wallace <bob@nutanix.com>, Cheryl Knight <cheryl.knight@nutanix.com>, Gleb Brichko <gleb@nutanix.com>, Tomoko Takeda <tomoko.takeda@nutanix.com>, Matt Young <matt@nutanix.com>, Michael Magura <michael.magura@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** Re: Pipe


+Mike and Matt

_____

**From:** Duston Williams
**Sent:** Wednesday, January 10, 2018 4:05 PM
**To:** Daniel Yang; Jeff Yuille; Dheeraj Pandey; Ben Gibson; Lou Attanasio; Bob Wallace; Julie O'Brien; Cheryl Knight; Gleb Brichko; Tomoko Takeda
**Cc:** Sridhar Chandran
**Subject:** RE: Pipe

Any comment on the APAC gap?

_____

**From:** Daniel Yang
**Sent:** Wednesday, January 10, 2018 3:22 PM
**To:** Jeff Yuille <jeff.yuille@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Ben Gibson <ben.gibson@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Bob Wallace <bob@nutanix.com>; Julie O'Brien <julie.obrien@nutanix.com>; Cheryl Knight <cheryl.knight@nutanix.com>; Gleb Brichko <gleb@nutanix.com>; Tomoko Takeda <tomoko.takeda@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** RE: Pipe

Below are regional views of the pipe creation shortfalls for the current quarter.

Best,
Daniel



NTNX-0011967





---

**From:** Daniel Yang
**Sent:** Wednesday, January 10, 2018 2:34 PM
**To:** Jeff Yuille <jeff.yuille@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Ben Gibson <ben.gibson@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Bob Wallace <bob@nutanix.com>; Julie O'Brien <julie.obrien@nutanix.com>; Cheryl Knight <cheryl.knight@nutanix.com>; Gleb Brichko <gleb@nutanix.com>; Tomoko Takeda <tomoko.takeda@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** RE: Pipe

Hi All,

We've created $781m in pipe thus far against the $1.461b target for the quarter. This 53% achievement is below our historical Q2 average of 71% at week 10.

Best,
Daniel

CONFIDENTIAL



**From:** Jeff Yuille
**Sent:** Monday, January 08, 2018 4:17 PM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>
**Cc:** Ben Gibson <ben.gibson@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Bob Wallace <bob@nutanix.com>; Julie O'Brien <julie.obrien@nutanix.com>; Cheryl Knight <cheryl.knight@nutanix.com>; Gleb Brichko <gleb@nutanix.com>; Tomoko Takeda <tomoko.takeda@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Daniel Yang <daniel.yang@nutanix.com>
**Subject:** RE: Pipe

Hi Dheeraj,

We looked at the opportunity age for new vs. existing business for G5K and Non-G5K but did not look at the value change. We will investigate the value change and also do a cut on big deals (e.g., $500k+) to see if we have differentiation there.

For the new vs. existing opportunity age we find that the obvious occurs in that existing opportunities close faster than new opportunities. We still find little differentiation between G5K and Non-G5K though.

**Opportunity Create-to-Close:**

*Non-G5K Existing Business—74 days*
*G5K Existing Business—76 days*
*Non-G5K New Business—117 days*
*G5K New Business—122 days*

Thanks,

Jeff

**From:** Dheeraj Pandey
**Sent:** Monday, January 08, 2018 3:35 PM
**To:** Jeff Yuille
**Cc:** Ben Gibson; Duston Williams; Lou Attanasio; Bob Wallace; Julie O'Brien; Cheryl Knight; Gleb Brichko; Tomoko Takeda; Sridhar Chandran; Daniel Yang
**Subject:** Re: Pipe

Thank you for a quick turnaround!

How about repeat business in G5K vs. the rest — beyond that one single opportunity?

On Jan 8, 2018 at 2:04 PM, <Jeff Yuille> wrote:

Dheeraj and team,

Tomoko took a look at G5K and Non-G5K opportunities. She found that G5K opportunities are slightly faster to close than Non-G5K opportunities which is not what we were expecting. Since the value of these deals are larger the reps might hold back on putting in G5K deals until they feel more secure about it.

For non-renewal closed won or closed lost opportunities created over the past five quarters we found the following:

G5K average days from create to close: 92 days
- Americas: 86 days
- APAC: 102 days
- EMEA: 103 days

Non-G5K average days from create to close: 100 days
- Americas: 90 days
- APAC: 111 days
- EMEA: 115 days

We also looked at the value change of the deals created and closed Q+1, Q+2 and Q+3. Surprisingly G5K deals grow at a slower pace than Non-G5K deals but the difference is small in most cases. For example, if a $100,000 G5K opportunity was created and closed a quarter later the value of the deal grew to $108,000 (an 8% increase). Whereas if a $50,000 Non-G5K deal was created and closed a quarter later the deal grew to $55,000 (a 10% increase).

G5K Opportunity Value Change:
- Q+1: 108%
- Q+2: 108%
- Q+3: 104%

Non-G5K Opportunity Value Change:
- Q+1: 110%
- Q+2: 113%
- Q+3: 114%

Based upon these metrics the create to close timeline is not longer because the opportunity is a G5K deal. Also, the value change of the opportunity does not grow at a higher percentage because it is a G5K deal. All in all, we don't see a significant difference between G5K and Non-G5K from a deal behavior perspective.

Thanks and let us know if you have additional questions,

Jeff

---

**From:** Dheeraj Pandey
**Sent:** Wednesday, January 03, 2018 6:15 PM
**To:** Ben Gibson
**Cc:** Jeff Yuille; Duston Williams; Lou Attanasio; Bob Wallace; Julie O'Brien; Cheryl Knight; Gleb Brichko; Tomoko Takeda; Sridhar Chandran; Daniel Yang
**Subject:** Re: Pipe

Thanks Ben!

Do we understand how the 5K opportunities progress — in their life cycle — in terms of dollar values, compared to Non-5K opportunities? What do we want out of the next half and 2019 — ASPs, customer segment focus, etc.?

On Jan 3, 2018 at 5:44 PM, <Ben Gibson> wrote:

Hi -- + Lou and Bob Wallace

We ran a deeper look at the numbers, focused on the indicator metrics we have across our three sources of pipeline: sales, marketing/inside sales and channel. This will now become weekly practice, not a one-off deep-dive. We are continuing to improve attribution so we are far better at diagnosing where we are running hot or cold, and how to course-correct.

In the meantime, we need to reconstitute a weekly pipeline war room, with attendance across sales, mktg and channels, across all theaters. This was in effect post FY17Q2, but looks like the cadence and attendance fell off. There is still a standing mtg, but attendance is only mktg and inside sales, Americas only. Lou and I need to reconstitute and move it forward.

In the meantime, headliners from the deeper look today:

We are $85M behind what we achieved in Q1'18 after 9 weeks in the quarter. We are roughly on pace for a $1.05B pipe creation quarter while we achieved $1.2B in creation in Q1'18. Our current run rate is on track for our Q4'17 creation number which was around $1.05B.

**Key Findings**
- Non-G5K appears to be the troublesome segment with fewer opportunities created and lower values per opportunity. 85% of the Q1-to-Q2 gap
- Deal registrations are down 6% globally and 19% in Americas (volume) quarter-to-date thus impacting the Non-G5K pipe creation (needs more investigation w Bob and team)

CONFIDENTIAL

- MQLs are up slightly but meetings are down 14% primarily due to a reduction in BAO spend from Q1'18 to Q2'18.  The back-ended mktg activity in 1HDec still expected to improve as we get into Jan (but not bridge the gap)
- Lack of pipeline creation is showing up in Q3'18 projections as we now have a $4M bookings deficit

**Key Questions to Answer**
- Did we over rotate on G5K and the Non-G5K business is suffering as a result?
- Is our channel program construct and corresponding investments ready to compensate for reduced sales focus here?
- Why are deal registrations in the Americas down so much this quarter?
- Did BAO spending help bolster Non-G5K pipeline creation?

**Candidates to Recover as we finish out Q2, move into Q3:**
- Work with sales leadership to roll out a more rigorous pipeline inspection/awareness process in-region (Lou and I have been discussing).  Get more reality on opportunities logged earlier.
- Look at short-term channel mktg promo/program boosts (CDW, etc) to recover (incentives for ops, outbound campaign thru partner, etc)
- Gartner MQ campaign should be very productive, when it gets released (now hoping for mid-Jan)
- BAO: We went from $1M/quarter spend late last year to current $350K/q.  Need to rationalize between this and inside sales efforts and have a quick, purposeful go-forward plan (prospecting days, more discrete, non-G5K targeting, etc.)
- With incremental Q2 budget, together w Inside Sales, we can dial up dormant customer/white space account outreach.  As little as $100K could help move the needle for show up in Q3.

You will find some additional data below if you want to dig into the details more.

Ben

---------------------------------------------------

**Additional Data**

*Macro View*
·    Number of opportunities created are down QoQ globally (~6%) but primarily in the Americas (down ~13%)
·    Opportunity value is down about 6% from Q1 to Q2
·    Pipeline is down ~11% quarter-over-quarter due to the combination of smaller opportunity values and fewer opportunities created

*Non-G5K View*
·    Non-G5K opp creation appears to be the main culprit of pipeline creation issues representing 85% of the deficit from Q1'18 to Q2'18
·    Number of opps created is down 7% with the majority of that deficit residing in the Americas theater
·    Opportunity value is down 9% QoQ ($63K per opp in Q2'18 vs. $69K per opp in Q1'18)
·    Pipeline is down 16% in this segment due to a combination of fewer opportunities and smaller opportunity values

*Deal Registrations*
·    Deal registrations submitted are down 6% QoQ
·    Americas deal registrations are down 19% from Q1'18 to Q2'18

*Top of Funnel View*
·    MQLs are up 4% quarter-over-quarter
·    Meetings set are down 14% from Q1'18 to Q2'18
o  This is primarily due to reduced spending in 3rd party meetings (e.g., BAO) from Q1'18 to Q2'18
o  Looking at Nutanix-generated meetings we are down about 2%

---

**From:** Jeff Yuille <jeff.yuille@nutanix.com>
**Date:** Wednesday, January 3, 2018 at 11:02 AM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>, Duston Williams <duston.williams@nutanix.com>
**Cc:** Julie O'Brien <julie.obrien@nutanix.com>, Cheryl Knight <cheryl.knight@nutanix.com>, Gleb Brichko <gleb@nutanix.com>, Ben Gibson <ben.gibson@nutanix.com>, Tomoko Takeda <tomoko.takeda@nutanix.com>, Sridhar Chandran <sridhar.chandran@nutanix.com>, Daniel Yang <daniel.yang@nutanix.com>
**Subject:** RE: Pipe

Hey Dheeraj and Duston,

We are meeting about this right now.  We are going to investigate some of the more granular underlying metrics and get back to you later today.

Thanks,

CONFIDENTIAL                                                                                          NTNX-0011971

Jeff

---

**From:** Dheeraj Pandey
**Sent:** Wednesday, January 03, 2018 10:56 AM
**To:** Duston Williams
**Cc:** Jeff Yuille; Julie O'Brien; Cheryl Knight; Gleb Brichko; Ben Gibson; Tomoko Takeda; Sridhar Chandran; Daniel Yang
**Subject:** Re: Pipe

I agree.

Ben/Julie,

Any thoughts on this? What do we need to start a war-room on this?


On Jan 3, 2018 at 10:15 AM, <Duston Williams> wrote:

Need your thoughts on this again – not really going in the right direction – based on this trend sooner or later this is going to become a real problem.

---

**From:** Daniel Yang
**Sent:** Wednesday, January 3, 2018 10:08 AM
**To:** Duston Williams <duston.williams@nutanix.com>; Jeff Yuille <jeff.yuille@nutanix.com>; Julie O'Brien <julie.obrien@nutanix.com>; Cheryl Knight <cheryl.knight@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Gleb Brichko <gleb@nutanix.com>; Ben Gibson <ben.gibson@nutanix.com>; Tomoko Takeda <tomoko.takeda@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** RE: Pipe

Hi All,

Happy New Year! Below is the current quarter pipe creation update as of the end of week 9.

We've created $690m in pipe thus far against the $1.461b target. This 47% achievement is below our historical Q2 average of 65% at week 9.

Best,
Daniel



Q2 Pipe Creation Goal = $1,461m*47% = $690m (behind target)

---

**From:** Daniel Yang
**Sent:** Wednesday, December 20, 2017 10:21 AM
**To:** Duston Williams <duston.williams@nutanix.com>; Jeff Yuille <jeff.yuille@nutanix.com>; Julie O'Brien <julie.obrien@nutanix.com>; Cheryl Knight <cheryl.knight@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Gleb Brichko <gleb@nutanix.com>; Ben Gibson <ben.gibson@nutanix.com>; Tomoko Takeda <tomoko.takeda@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** RE: Pipe

NTNX-0011972

Hi All,

Below is the current quarter pipe creation update as of the end of week 7.

The $100m opportunity that was created last week has decreased to $25m. The first graph shows the weekly linearity with the $25m included; the second graph excludes the $25m opportunity.

Best,
Daniel





**From:** Daniel Yang
**Sent:** Wednesday, December 13, 2017 1:24 PM
**To:** Duston Williams <duston.williams@nutanix.com>; Jeff Yuille <jeff.yuille@nutanix.com>; Julie O'Brien <julie.obrien@nutanix.com>; Cheryl Knight <cheryl.knight@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Gleb Brichko <gleb@nutanix.com>; Ben Gibson <ben.gibson@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** RE: Pipe

Hi All,

Below are two graphs that show the current quarter pipe creation status as of the end of week 6. Please note that there was a $100m opportunity created on 12/12/17 that is skewing the week 6 percentage. The first graph shows the weekly linearity with the $100m included; the second graph excludes the $100m opportunity.

Here's the link to the specific opportunity: https://nutanix.my.salesforce.com/0060e00001qphz4

CONFIDENTIAL

NTNX-0011973

Best,
Daniel





**From:** Daniel Yang
**Sent:** Wednesday, December 06, 2017 1:04 PM
**To:** Duston Williams <duston.williams@nutanix.com>; Jeff Yuille <jeff.yuille@nutanix.com>; Julie O'Brien <julie.obrien@nutanix.com>; Cheryl Knight <cheryl.knight@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Gleb Brichko <gleb@nutanix.com>; Ben Gibson <ben.gibson@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** RE: Pipe

Hi All (and welcome Ben!),

Please see below for the current quarter pipe creation status as of the end of week 5. We're currently 12% behind our historical Q2 creation average – this equates to roughly $175M in pipe.

As Jeff mentioned last week, two contributing factors account for a higher creation target this quarter: 1) lower 4 qtr win rates on rolling pipe due to lower Q1'18 win rates and 2) we factor in out-quarter bookings goals into our pipe creation target for the current quarter.

Feel free to let me or Jeff know if you have any questions.

Best,
Daniel

CONFIDENTIAL

NTNX-0011974



**From:** Duston Williams
**Sent:** Tuesday, November 28, 2017 3:29 PM
**To:** Jeff Yuille <jeff.yuille@nutanix.com>; Julie O'Brien <julie.obrien@nutanix.com>; Cheryl Knight <cheryl.knight@nutanix.com>
**Cc:** Dheeraj Pandey <dheeraj@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Gleb Brichko <gleb@nutanix.com>; Daniel Yang <daniel.yang@nutanix.com>
**Subject:** RE: Pipe

Thanks – mostly makes sense.

However, not sure about this: ***"Americas is behind the ball because of Thanksgiving"***

We have always had thanksgiving in Q2 – and Daniel's average is for historical Q2's.

---

**From:** Jeff Yuille
**Sent:** Tuesday, November 28, 2017 3:18 PM
**To:** Duston Williams <duston.williams@nutanix.com>; Julie O'Brien <julie.obrien@nutanix.com>; Cheryl Knight <cheryl.knight@nutanix.com>
**Cc:** Dheeraj Pandey <dheeraj@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Gleb Brichko <gleb@nutanix.com>
**Subject:** RE: Pipe

Duston,

I was going to address this in my growth hackers post tomorrow but I can give a preview now:

Global pipe creation is at ~23% of goal and we need to be at 30% creation (Daniel sent a revised number). We still have part of the day left in the fiscal week so the number could shoot to 24% but the story doesn't change. 30% through four weeks is higher than a typical quarter because weeks 8 and 9 of this fiscal quarter are the two worst pipeline creation weeks of the entire year due to holidays. Therefore we have to create more pipeline in the other 11 weeks to make up for the holiday productivity slump. Americas is 21% attainment, EMEA is at 25% and APAC is at 26%. Americas is behind the ball because of Thanksgiving.

In addition, our pipeline goal for Q2'18 is higher than usual due to other factors:
1. Lower win rates on rolling pipe in Q1'18 thus lowering our four quarter average win rates
2. Larger percent increase in the company bookings goal for Q3'18 and Q4'18 compared to 1H'18 (we build in out-quarter pipe creation into our goals)

Bottom line, to meet our aggressive goals for 2H we need to create more pipe in the beginning and the end of Q2'18 to make up for the holiday slump in the middle. We will have more clarity into the troubled regions tomorrow once the fiscal week ends and I will post to growth hackers.

Jeff

---

**From:** Duston Williams
**Sent:** Tuesday, November 28, 2017 11:56 AM
**To:** Julie O'Brien; Cheryl Knight; Jeff Yuille
**Cc:** Dheeraj Pandey; Sridhar Chandran
**Subject:** FW: Pipe

CONFIDENTIAL

NTNX-0011975

I'm sure you guys are well aware but it appears we are running quite a bit behind our pipeline generation target for Q2 – hopefully you guys are all over this.

It would be good to see your plan to recover and when we should expect to see a recovery.

Thanks.


Duston

---

**From:** Daniel Yang
**Sent:** Tuesday, November 28, 2017 11:44 AM
**To:** Duston Williams <duston.williams@nutanix.com>
**Subject:** RE: Pipe

Hi Duston,

Week 4 technically ends at the end of the day today since the quarter started on a Wednesday. Here's a preliminary view of it for now – I will send another update tomorrow morning when week 4 is over.



---

**From:** Duston Williams
**Sent:** Tuesday, November 28, 2017 11:34 AM
**To:** Daniel Yang <daniel.yang@nutanix.com>
**Subject:** Pipe


Daniel,

Do you know what this looks like for week 4?

Thanks.


Duston

CONFIDENTIAL
NTNX-0011976



CONFIDENTIAL

NTNX-0011977

# EXHIBIT 35

**To:** Dheeraj Pandey[dheeraj@nutanix.com]
**From:** Inder Sidhu[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=764E31CB5C0A4BC691E3665364F811CE-INDER SIDHU]
**Sent:** Thur 2/8/2018 7:27:44 PM Pacific Standard Time
**Subject:** Re: Board Meeting Topic: Pipeline

---

Absolutely will do. In fact met her (with Mike and Subbu) this afternoon already on this topic.

There is the Excel spreadsheet based analytical approach which is good as a cell tower, to triangulate the "what". But I am also focusing on the "how", i.e., making sure that the numbers from each growth initiative are real, i.e., we are working with actual owners in the field who have to own those numbers - laying out the specific actions that will be needed to achieve the numbers so it is real, with a sense of ownership.

Sent from my iPhone

On Feb 8, 2018, at 6:09 PM, Dheeraj Pandey <dheeraj@nutanix.com> wrote:

> Please help Rukmini. She doesn't have your kind of experience.

> Begin forwarded message:

> **From:** Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>
> **Date:** Feb 8, 2018 at 5:49 PM
> **To:** Sridhar Chandran <sridhar.chandran@nutanix.com>, Dheeraj Pandey <dheeraj@nutanix.com>
> **Cc:** Duston Williams <duston.williams@nutanix.com>
> **Subject: RE: Board Meeting Topic: Pipeline**

> Sridhar and I just caught up. We will talk as a group on Monday (@Dheeraj Pandey – realize you will be in India and may not join) to align on:

> a. The productivity numbers for 1H'18 and look at how it's grown. Plus, the short-hand of 30% growth half-over-half to get at why $75M incremental ISV in 2H'18 should be doable – Lou, Inder and Ben will need to own this
> b. The headcount numbers, the hiring shortfall, and what we need to catch up (plus incremental, as needed) – Aaron and Lou will need to own this

> Sridhar and I agreed that we'll get the group together on Monday when we have the productivity data locked.

---

> **From:** Sridhar Chandran
> **Sent:** Thursday, February 8, 2018 5:15 PM
> **To:** Dheeraj Pandey <dheeraj@nutanix.com>
> **Cc:** Duston Williams <duston.williams@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>
> **Subject:** RE: Board Meeting Topic: Pipeline

> We're updating all the productivity numbers right now. Bookings, etc just settled. We will have that completed in the next few days.

> We need to drive the team to achieve the incremental $75m in ISV (once the plans get finalized and measure against those goals as the half progresses.) I don't think we should necessarily change the company forecast to the board until we get a better sense on the strength of Q3.

---

> **From:** Dheeraj Pandey
> **Sent:** Thursday, February 8, 2018 5:04 PM
> **To:** Sridhar Chandran <sridhar.chandran@nutanix.com>
> **Cc:** Duston Williams <duston.williams@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>
> **Subject:** Re: Board Meeting Topic: Pipeline

> TY! Given we were slow in hiring, and yet we achieved our 1H numbers, we've to ask whether the AOP needs to revise itself to push the company to bigger-better goals.

> How has the productivity changed in Q2FY18 vs. Q2FY17?

> On Feb 8, 2018 at 5:00 PM, <Sridhar Chandran> wrote:

> This aligns to our AOP, however, the team (Lou, Inder, et, al) is working on putting into place initiatives to drive incremental ~$75m in ISV ($100m in bookings) for the 2nd half.

> We will see the initial cut of those late next week

---

CONFIDENTIAL                                                                                          NTNX-0042506

**From:** Dheeraj Pandey
**Sent:** Thursday, February 8, 2018 4:31 PM
**To:** Sridhar Chandran <sridhar.chandran@nutanix.com>
**Cc:** Duston Williams <duston.williams@nutanix.com>
**Subject:** Re: Board Meeting Topic: Pipeline

- others


We achieved $532MM in 1H, right? Are we only expecting a 20% growth in 2H?



On Feb 8, 2018 at 4:27 PM, <Sridhar Chandran> wrote:

Yes, the quota got assigned appropriately on an ISV basis.

2H plan calls for ISV of ~$645m and quota that was assigned is ~$655m

The $400m for Q3 is on a pre-ISV basis.


**From:** Dheeraj Pandey
**Sent:** Thursday, February 8, 2018 4:21 PM
**To:** Jeff Yuille <jeff.yuille@nutanix.com>
**Cc:** Duston Williams <duston.williams@nutanix.com>; Julie Ostella <julie.ostella@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Ben Gibson <ben.gibson@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Rickie Goyal <rickie@nutanix.com>
**Subject:** Re: Board Meeting Topic: Pipeline

Simpler question: is $400MM of goal the ISV goal? Did they get the quota assignment right at least?



On Feb 8, 2018 at 3:58 PM, <Jeff Yuille> wrote:

Hi Duston,

Sridhar and I synced up on this and the Trend module in Clari that is predicting $375M is based on the amount field in the SFDC opportunities. Now as Sridhar mentioned below, about $85M of the pipeline Clari is using for its prediction has been adjusted for MITF.  As of now, the majority of the pipeline Clari is using for its prediction is business as usual.

Over the course of the quarter this difference will grow as more deals are adjusted for MITF and then the Clari modeling will become less accurate.  I don't know what that percentage mix will be but it all comes down to when the amount field adjusts for MITF.  Does that typically happen when a deal closes, stage 4, etc.  The earlier in the cycle it happens the more understated the Clari prediction will be.

Thanks,

Jeff

**From:** Duston Williams
**Sent:** Thursday, February 08, 2018 3:40 PM
**To:** Julie Ostella; Dheeraj Pandey; Sridhar Chandran
**Cc:** Ben Gibson; Lou Attanasio; Jeff Yuille; Rickie Goyal
**Subject:** RE: Board Meeting Topic: Pipeline

*"Yes, all the data in Clari is based on ISV... as of 2/1.  We can trust the values from a forecasting perspective.*

Are you sure this is true? So the $375m or so that Clari is predicting is all ISV? If, so then that is really good.

Looks like I just don't understand because that does not seem to make sense.


**From:** Julie Ostella
**Sent:** Thursday, February 8, 2018 3:35 PM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>
**Cc:** Ben Gibson <ben.gibson@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Jeff Yuille <jeff.yuille@nutanix.com>; Rickie Goyal <rickie@nutanix.com>
**Subject:** Re: Board Meeting Topic: Pipeline

Hi Dheeraj,

CONFIDENTIAL

NTNX-0042507

The "Trend" and "Pulse" modules in Clari have been disabled due to the lack of history available on the ISV amount field, which is needed to provide these analytics. It will take at least 2 quarters of historical snapshots before these modules can be enabled again.

The "Flow" module is enabled for the in-quarter view, starting on 2/1 (historical quarters are not possible based on ISV)

Yes, all the data in Clari is based on ISV... as of 2/1.  We can trust the values from a forecasting perspective.

Thanks,
Julie
~~~
Julie Ostella | Sr. Director of Global Corporate Sales Operations | Nutanix Inc.
julie.ostella@nutanix.com | +1.408.684.6223 Office | +1.650.208.5265 Mobile

---

**From:** Dheeraj Pandey <dheeraj@nutanix.com>
**Date:** Thursday, February 8, 2018 at 3:03 PM
**To:** Sridhar Chandran <sridhar.chandran@nutanix.com>
**Cc:** Ben Gibson <ben.gibson@nutanix.com>, Duston Williams <duston.williams@nutanix.com>, Lou Attanasio <lou.attanasio@nutanix.com>, Jeff Yuille <jeff.yuille@nutanix.com>, Rickie Goyal <rickie@nutanix.com>, Julie Ostella <julie.ostella@nutanix.com>
**Subject:** Re: Board Meeting Topic: Pipeline

Gosh, really?! Et tu, Brute?!

Julie, is Clari worth trusting on anything this quarter? When can we start trusting the 'Trends' page and others? Is their data all ISV now?


On Feb 8, 2018 at 3:01 PM, <Sridhar Chandran> wrote:

Clari is not yet in ISV mode as the team is still working on redefining the algorithm.

The $375m that Clari is calling is old model, but driven off a pipe that is a combination of ISV and "old" gross bookings.

---

**From:** Ben Gibson
**Sent:** Thursday, February 8, 2018 2:55 PM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>
**Cc:** Duston Williams <duston.williams@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Jeff Yuille <jeff.yuille@nutanix.com>
**Subject:** Re: Board Meeting Topic: Pipeline

Great question – Jeff?

---

**From:** Dheeraj Pandey <dheeraj@nutanix.com>
**Date:** Thursday, February 8, 2018 at 2:53 PM
**To:** Ben Gibson <ben.gibson@nutanix.com>
**Cc:** Duston Williams <duston.williams@nutanix.com>, Lou Attanasio <lou.attanasio@nutanix.com>, Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** Re: FW: Board Meeting Topic: Pipeline

TY. Love it!

P.S.: Is the $372/$400MM all ISV? Or vestiges of the past appliance model?


On Feb 8, 2018 at 2:50 PM, <Ben Gibson> wrote:

FYI – to spare you the email/slack churn, I've kept you off the work here.   Please let me know if you have any thoughts/additions based on what I'm laying out below.

Thanks

Ben

---

**From:** Ben Gibson <ben.gibson@nutanix.com>
**Date:** Thursday, February 8, 2018 at 2:48 PM
**To:** Chris Kozup <chris.kozup@nutanix.com>, Inder Sidhu <inder.sidhu@nutanix.com>, Rodney Foreman <rodney.foreman@nutanix.com>, Bob Wallace <bob@nutanix.com>, Jeff Yuille <jeff.yuille@nutanix.com>
**Cc:** Lou Attanasio <lou.attanasio@nutanix.com>, Cheryl Knight <cheryl.knight@nutanix.com>, Michael Magura <michael.magura@nutanix.com>, Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>
**Subject:** Board Meeting Topic: Pipeline

Hi all –

I think we all know, based on how we've been tracking and managing pipeline generation, we were materially off target for Q2 generation.  The

CONFIDENTIAL

NTNX-0042508

summary right now, per our pipeline model and Clari analytics, is that we would come in at $372M in bookings on a $400M target.  Within that number, Americas is the biggest challenge, with Clari currently calling $200M on a $248M target.

This now has the attention of our Board and they (and DP/Duston) want us to come to that board meeting on Feb 28 with a deeper dive.   In the spirit of addressing this seamlessly across our functions, I thought I would propose what we need to pull together.  Also Duston has shared that we will most likely have some incremental budget in Q3 to smartly apply toward overall demand/Pipeline generation.  I immediately go to channel investment on this front, but more on that below.

Ok .. for our Board mtg:

- Recap of quarter-end Q2 pipeline picture.

    o Where we came up short (looks like Americas .. and looks like non-G5K, commercial was particularly soft
    o Shifting landscape that effected our number relative to pipeline target (we need an aligned thesis/story here).  Answer the question – Do we have a problem?  If so, how significant?:

        ▪ Improved win rates
        ▪ G5K New Business, non-G5K New Business and non-G5K Existing down materially Q1 to Q2. Only G5K Existing Business Pipeline was flat.
        ▪ More Enterprise opportunities = larger opportunity growth as they develop vs past maturity trends
        ▪ Improving SFDC/opportunity reporting "hygiene" creates more realistic view?
        ▪ Are we seeing more conservatism in opportunity reporting due to new sales leadership?
        ▪ Other?

- Starting block: Summary of our state of pipe for Q3 and targets by region for new pipeline generation

    o Short-term adjustments to improve new pipe generation, showing how if we execute/invest, we believe we can bridge the Q3 model gap:

        ▪ Going BIG on new Gartner MQ (we can propose incremental investment here per note above)
        ▪ Dialing up meeting generation investment (BAO in the short term until we land on our inside sales surge plan)
        ▪ Deepen channel marketing spend on focus partners -- heads, program dollars, accelerate campaigns and supporting apparatus.  Here again, we need to propose incremental investment in Q3.  We are very light at present
        ▪ More?

    o Mid- to long-term initiatives to improve – Nutanix Pipeline Machine v 2.0: Three major contributors: Sales; Marketing/Inside Sales; Channels

        ▪ Sales: New model to manage pipeline (more granular inspection; sales prospecting days/discipline; etc
        ▪ Channel: Roll out new program, channel-ready campaigns, enablement
        ▪ Marketing/Inside Sales: Improve compelling offers; sharper, data-driven segmentation and targeting, etc.
        ▪ More?

There you have my take.  I'm not married to this outline.  Feel free to suggest changes/additions/subtractions.  We need to be ready for this board mtg post haste.  **I'd like Chris Kozup and Jef Yuille to play quarterback here to bring together this team (and any designates) together to work on this package.  We should also decide on a productive "war room" model with the right attendees to keep on top of this.**  Once we get something mostly baked, it will be important to run by Lou and the theater leads for their input/blessing.

Thanks!

Ben

NTNX-0042509

# EXHIBIT 36

**To:** Duston Williams[duston.williams@nutanix.com]
**From:** Dheeraj Pandey[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=62D8EA7DCD784750AF28624BBEF8CDBE-DHEERAJ PAN]
**Sent:** Thur 2/15/2018 6:52:59 PM Pacific Standard Time
**Subject:** Re: Follow Up on New Customer Partner Incentive

One of my favorite words in life is a Japanese word called 'Gaman' (screenshot).

"**Gaman** (我慢) is a Japanese term of Ze Buddhist origin which means "enduring the seemingly unbearable with patienc and dignity". The term is generally translated as "perseverance", "patience tolerance, or "self-denial"."

Gaman (term) - Wikipedia
https://en.m.wikipedia.org › wiki › Gama...

On Feb 16, 2018 at 6:58 AM, <Duston Williams> wrote:

That's good to hear �

**From:** Dheeraj Pandey
**Sent:** Thursday, February 15, 2018 5:01 PM
**To:** Duston Williams <duston.williams@nutanix.com>
**Subject:** RE: Follow Up on New Customer Partner Incentive

I still would… just like software gets harder over time, with new workloads… so does org (re)design, with more complexity of people and priorities. It's the walking on fire that makes good companies great.

Dheeraj
On Feb 16, 2018, 1:51 AM +0530, Duston Williams <duston.williams@nutanix.com>, wrote:

Pretty interesting especially one question – "would you as founder now join the company that you created?"

CONFIDENTIAL

**From:** Dheeraj Pandey
**Sent:** Wednesday, February 14, 2018 10:58 PM
**To:** Duston Williams <duston.williams@nutanix.com>
**Subject:** Re: Follow Up on New Customer Partner Incentive

Got it, thanks. Really need your help in coralling the leadership and helping them with their "bets". The more I got involved in this thread, the more I was reminded of this narrative: https://m.youtube.com/watch?v=Rp4RClfX66I

On Feb 15, 2018 at 8:54 AM, <Duston Williams> wrote:

Just FYI  - we have a call scheduled with Rodney tomorrow at 4 to discuss these topics

Get Outlook for iOS

---

**From:** Dheeraj Pandey
**Sent:** Wednesday, February 14, 2018 6:54:42 PM
**To:** Rodney Foreman
**Cc:** Duston Williams; Sridhar Chandran; Mineo Sakan; Paul Mayes; Lou Attanasio; Ben Gibson; Chris Kozup
**Subject:** Re: Follow Up on New Customer Partner Incentive

I also realized, after writing the email, that we should think hard about the role the channel should play in customer **acquisition** vs. customer **success**, and how we reward. For example, **acquisition** probably works in mid-market below G5K — and in our aspirational territories where we are still a tiny little startup, e.g., Germany, Japan, UK, Federal Intel community, etc. — while **success** works in existing accounts.

And we do need to target at least 25,000 on-prem/hybrid customers by 2020, hoping that the rest of the 100,000 will come to Xi over time. If we were to become a large operating system company, we need to be in at least 100,000 accounts over the next 5 years. VMW has 600K customers, and AWS has a million+ customers. While I wouldn't build a business with 600K **on-prem** customers — given the complexity of supporting a myriad stacks — we should definitely have a point-of-view on 25,000 richest customers who will play hybrid with us, while the rest are pure public cloud.

So, let's show our intent on what we want to be, and wherever we are aspiring to build a business, i.e., we are still a small startup.
On Feb 15, 2018, 7:55 AM +0530, Dheeraj Pandey <dheeraj@nutanix.com>, wrote:

How do we do this in a way where we pilot for 2 quarters and understand the effects? Eventually, this would be just like Marketing demand gen. Rather than look at new customers etc., we should look at the Channel team owning a portion of the pipeline. Is this attribution easily measurable? Also, Sridhar, what have the trends on Demand Gen as a % of revenue looked like in the last 4 quarters?

Microsoft eventually realized that paying the channel front-end was not working out. The question is: what lessons could we also learn to help with consumption/utilization, and have the channel also make money along the way?

We should meet than go back-n-forth in emails to resolve this:
- what customer segment — G2K, G5K, Germany, Japan, UK, Federal (which needs a boost), etc. — can we pilot this at?
- should we look at utilization/consumption for backend rebate with our existing customers?
- how do we measure the effect of this initiative on pipeline? New customers only in non-Fed? ...

On Feb 15, 2018 at 2:29 AM, <Rodney Foreman> wrote:

Duston,

In comparison, our margins today are MUCH lower than our competitors in the channel plus we have NO rebates today (see table below).  Feedback from Presidio CEO to Dheeraj, Sirius execs, WWT, Softcat and SHI recently to me verify this. I also asked my counterparts and analysts in the channel about the current margin and rebates from vendors and assembled the table below.

We are battling for mindshare and focus from the partners.  They will bring us into many more accounts if they made a competitive and consistent margin.  The rebate helps and it will get us more focus that we can leverage to drive account plans.  Good example is the meeting I had with SHI executives this morning that committed with the pending rebates to take us into their top 500 accounts ASAP.

We will provide the data on new customers and repeat business. I've asked the team to provide us the prediction plus best case.   In my experience, this is a very effective incentive which I have run before to achieve 90%+ new customers run rate from the channel. This is the Cloud channel business at IBM which was a $1.2B  a year channel business.   -Rodney

|  | IBM | VMware | Mulesoft | Adobe | Splunk | Symantec |
|---|---|---|---|---|---|---|
| Front-End Margin | 10% - 40% | 10% - 15% | 15% | 26% | 30% | 30% |
| Back-End Rebate | 20% + | 34% + | 35%+ | 24% | 20%+ | 15%+ |
| Up To | 50%+ | 50%+ | 50%+ | 50%+ | 40% - 50% | 40% - 50% |

Rodney Foreman

CONFIDENTIAL

Vice President, Global Channel Sales
512.525.4359
Follow me on Twitter @RodneyForeman



---

**From:** Duston Williams
**Sent:** Wednesday, February 14, 2018 2:36 PM
**To:** Rodney Foreman <rodney.foreman@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>; Mineo Sakan <mineo.sakan@nutanix.com>; Paul Mayes <paul.mayes@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Ben Gibson <ben.gibson@nutanix.com>; Chris Kozup <chris.kozup@nutanix.com>
**Subject:** RE: Follow Up on New Customer Partner Incentive

We should discuss.

My issue is today we are generating 700 new accounts per quarter – the channel is making a decent margin on these sales – why would we give away another ▮ for something we know will happen regardless.

Is this a WW ask? Last quarter we did about $150m in new business – so based on your ask we would rebate out ▮▮▮▮ in margin?

Based on this statement – "***This rebate will drive a much higher new customer count and equally important the repeat business opportunity with net new accounts***" - in order for us to at least view the ask responsibly, please provide the following:

- Your commitment to new customer count over the next 4 quarters
- What is the anticipated repeat business for these new customers over the next 4 quarters

Thank you.

Duston

---

**From:** Rodney Foreman
**Sent:** Wednesday, February 14, 2018 12:10 PM
**To:** Duston Williams <duston.williams@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>; Mineo Sakan <mineo.sakan@nutanix.com>; Paul Mayes <paul.mayes@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Ben Gibson <ben.gibson@nutanix.com>; Chris Kozup <chris.kozup@nutanix.com>
**Subject:** Follow Up on New Customer Partner Incentive

Duston,

In follow up to our email exchange last night. I appreciate the opportunity to have a deeper dive related to the overall value of the channel. In the short term, I wanted to send you a note on why we feel the net new customer rebate is so important.

First, one of the primary values of a channel is to tap into the customer intimacy and leverage the trusted relationship that they have with customers that we want. Our net new customer count has been stagnant over the last several quarters growing on average only 3%. Net new account totals (outside of the direct OEM deals) is averaging about 717 new accounts over the last 4 quarters (Q3'17 -728, Q4'17 - 718, Q1'18 - 605 and Q2'18 - 816). We see today 65% of our new accounts are considered PID, so the partner community is a major driver of net new accounts.

Second, in looking at our partner community, we have 1,100 active/transacting partners. **Of our population of partners, 92% of them are winning 1 net new account or less for us each quarter**. Of this population, these partners account for 58% of our net new accounts, so although it may be a small amount by partner, the long tail is important.

Third, in looking at our top partner CDW, they have on average generated 52 new accounts per quarter. This may seem like a good amount, but on their recent investor summary, CDW sells actively to over 250,000 accounts globally and has over 6,000 quota carrying customer facing resources. As it stands with our current net new account penetration with CDW, we're only engaged yearly with .08% of their available customers. We see a similar trend and opportunity with our other top partners around the globe.

Fourth, all of our competitors are focused on leveraging the channel for net new customers and have considerable reward programs in place. Dell recently announced a series of new partner rebates that included a net new rebate. Cisco, VMware and others have similar rebate structures. Having this rebate is also about staying competitive and top of mind with our partners.

We believe this rebate will drive the mindshare and penetration that we need both with the active long tail, as well as with our largest partners. Although it may appear that we are paying for existing net new by providing a rebate on the overall average of 717, we have tiered the rebate to target and drive well above that historical norm. This rebate will drive a much higher new customer count and equally important the repeat business opportunity with net new accounts which drives a 2x to 3x long term revenue multiplier.

My team will work with finance to create the measurements necessary to report:
    a. Considerable uptick in net new pipeline in the short term
    b. The average of net new partner contribution by partners growing well past the historically flat new account growth.

CONFIDENTIAL

We are planning to announce this rebate on Feb 21st along with the SW on Dell HW incentive.  Would appreciate your approval to move forward as I know we can do much better than 92% of partners bringing us ONE new customer per quarter.  The ROI on this incentive will be the initial new customer deal(s) PLUS the follow on business we normally obtain from new customers over the next year+.

Thank you!  -Rodney

Rodney Foreman
Vice President, Global Channel Sales
512.525.4359
Follow me on Twitter @RodneyForeman

NTNX-0042472