# EXHIBITS 38-75

# EXHIBIT 38

**To:** Daniel Yang[daniel.yang@nutanix.com]
**From:** Sridhar Chandran[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=70CC23915FD94EE4BFFA504A9DC636A0-SRIDHAR CHA]
**Sent:** Thur 3/8/2018 11:25:30 AM Pacific Standard Time
**Subject:** FW: Q3'18 Forecast slides
**Attachment:** AddtlCharts_DY.pptx

---

**From:** Daniel Yang
**Sent:** Thursday, February 22, 2018 10:22 AM
**To:** James Hin <james.hin@nutanix.com>
**Cc:** Nikhil Kumar <nikhil.kumar@nutanix.com>; Mineo Sakan <mineo.sakan@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** RE: Q3'18 Forecast slides

Hi James,

See attached for the updated slides with week 3 data inserted.

Daniel

---

**From:** James Hin
**Sent:** Saturday, February 17, 2018 2:16 PM
**To:** Daniel Yang <daniel.yang@nutanix.com>
**Cc:** Nikhil Kumar <nikhil.kumar@nutanix.com>; Mineo Sakan <mineo.sakan@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** RE: Q3'18 Forecast slides

Doesn't have to be tonight, you can do it as part of the Week 3 update.  Thanks

---

**From:** Daniel Yang
**Sent:** Saturday, February 17, 2018 2:09 PM
**To:** James Hin <james.hin@nutanix.com>
**Cc:** Nikhil Kumar <nikhil.kumar@nutanix.com>; Mineo Sakan <mineo.sakan@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** Re: Q3'18 Forecast slides

Sure thing - I'll update and send to you when I have access tonight.

Daniel
On Feb 17, 2018, at 2:03 PM, James Hin <james.hin@nutanix.com> wrote:

> Daniel, for your Pipeline Overview slide...can you add ISV below "Total Bookings".

---

**From:** Nikhil Kumar
**Sent:** Saturday, February 17, 2018 1:45 PM
**To:** James Hin <james.hin@nutanix.com>; Mineo Sakan <mineo.sakan@nutanix.com>; Daniel Yang <daniel.yang@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** RE: Q3'18 Forecast slides

Attached, pleases see the slides. I have consolidated Daniel's slides into this as well.

thanks

---

**From:** James Hin
**Sent:** Thursday, February 15, 2018 4:28 PM
**To:** Mineo Sakan <mineo.sakan@nutanix.com>; Nikhil Kumar <nikhil.kumar@nutanix.com>; Daniel Yang <daniel.yang@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** Q3'18 Forecast slides

I'm going to be sending Duston the Q3'18 Forecast Deck this weekend, need the below slides from you guys:
- Nik, slides 1-4
- Daniel, slides 5-8


Thanks
James

CONFIDENTIAL

# EXHIBIT 39

**To:** Ben Gibson[ben.gibson@nutanix.com]
**Cc:** Jeff Yuille[jeff.yuille@nutanix.com]
**From:** Lou Attanasio[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FE2145F16F46422591474C10B5FD4851-
LOU.ATTANAS]
**Sent:** Fri 4/27/2018 4:53:31 PM Pacific Daylight Time
**Subject:** FW: LARGE 4Q DEALS

Sorry, I forgot to cc you and jeff

Lou Attanasio
Chief Revenue Officer - EVP
Cell (914) 588-4189   Office (669) 255-0441
Nutanix, Inc. | 1740 Technology Drive, 1st Floor, San Jose, CA 95110



---

**From:** Lou Attanasio
**Sent:** Friday, April 27, 2018 4:03 PM
**To:** Chris Kaddaras <chris.kaddaras@nutanix.com>; Sherry Lautenbach <sherry.lautenbach@nutanix.com>; Matt Young <matt@nutanix.com>
**Cc:** Bill Broderson <bill.broderson@nutanix.com>; Julie Ostella <julie.ostella@nutanix.com>; Bob Wallace <bob@nutanix.com>; Erik Hardy <erik.hardy@nutanix.com>
**Subject:** LARGE 4Q DEALS

Team, in a meeting today with Dheeraj, there continues to be a concern about Pipeline..  Specifically, total pipeline.  I need your help.. In the next few days, no later than the end of week 1 of May, I need ALL large deals we expect in the qtr to be put in Salesforce... So, a few points..:
1. Put in ALL 'potential' large deals in salesforce
2. I don't care if they are not in commit, or strong upside at this point
3. We just don't want these large deals being put in the middle of the qtr, as a 'surprise'.. (although, we love surprises, we look dull if its never been put into salesforce at ANY sales stage
4. I need this done by end of next week


We are going to have a MUCH more disciplined approach to pipeline, pipeline progression, etc..  Nothing will be done without you being aware of it...  Our challenges include being short on total pipeline, over 40% of our pipeline is now over 180 days old, we have reps who have not done ANY, ZERO, prospecting in the last few qtrs, making their pipeline unacceptable.  To fix all this, we will give you the data, and I am going to need your personal inspection to get this fixed..  Reps who have missed MANY qtrs., and have NO current pipeline generation, will be coached'...

Dheeraj and I will be reviewing all the large deals, so, this will be getting some attention..

Lou Attanasio
Chief Revenue Officer - EVP
Cell (914) 588-4189   Office (669) 255-0441
Nutanix, Inc. | 1740 Technology Drive, 1st Floor, San Jose, CA 95110



CONFIDENTIAL

NTNX-0009960

# EXHIBIT 40

**To:** Lou Attanasio[lou.attanasio@nutanix.com]
**Sent:** Mon 4/16/2018 1:41:28 PM Pacific Daylight Time

Lou, I am ALL OVER the analytics for 3Q after Close as well as getting ahead of 4Q......The Problem is that 46% of the 4Q Pipeline is over 180 Days....The average deal that we WIN is somewhere between 135-150 days when you exclude the bullshit deals that get thrown into pipeline and close within 15 days

| Sum of ISV Amount | Column Labels | | | | | | |
|---|---|---|---|---|---|---|---|
| REPS | 0-60 | 60-90 | 90-120 | 120-150 | 150-180 | 180+ | Grand Total |
| Americas Central | 20.93% | 23.15% | 5.42% | 5.34% | 7.18% | 37.98% | 100.00% |

NTNX-0070727

| Sum of ISV Amount | Column Labels | | | | | | |
|---|---|---|---|---|---|---|---|
| REPS | 0-60 | 60-90 | 90-120 | 120-150 | 150-180 | 180+ | Grand Total |
| Kyle Milligan | 47.56% | 6.88% | 8.62% | 11.43% | 0.00% | 5.11% | 100.00% |
| Labord Baschi | 34.92% | 22.12% | 0.00% | 1.73% | 0.00% | 40.23% | 100.00% |
| Mark Banbury | 17.76% | 4.49% | 7.03% | 16.47% | 4.34% | 49.92% | 100.00% |
| Mark Zona | 0.00% | 62.71% | 33.44% | 0.00% | 0.00% | 3.85% | 100.00% |
| Marty Adams | 32.44% | 28.10% | 5.35% | 10.45% | 0.00% | 23.67% | 100.00% |
| Matt Dean | 0.00% | 11.66% | 9.44% | 2.68% | 0.00% | 74.31% | 100.00% |
| Matt Stiles | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Matthew Robinson | 9.92% | 49.05% | 0.00% | 0.00% | 1.55% | 39.47% | 100.00% |
| Michael Funes | 21.85% | 6.44% | 1.77% | 0.71% | 13.58% | 55.97% | 100.00% |
| Mike Carroll | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Mike Connolly | 27.51% | 72.49% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Mike Jacobs | 11.30% | 48.48% | 13.57% | 9.39% | 0.00% | 16.27% | 100.00% |
| Mike McGuffin | 0.00% | 58.65% | 6.00% | 1.97% | 4.95% | 28.41% | 100.00% |
| Naqia Yasin | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Neil Holaday | 0.00% | 0.00% | 52.46% | 0.00% | 0.00% | 47.54% | 100.00% |
| Nolan Brown | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Richard Stephens | 62.31% | 2.42% | 0.00% | 11.54% | 0.00% | 23.83% | 100.00% |
| Ryan Corry | 29.80% | 23.35% | 1.90% | 12.35% | 6.18% | 27.67% | 100.00% |
| Ryan Hample | 16.90% | 4.28% | 0.24% | 30.27% | 6.83% | 41.45% | 100.00% |
| Salvador Ruiz | 67.22% | 0.00% | 0.00% | 0.00% | 0.00% | 32.78% | 100.00% |
| Sam Newnam | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% | 100.00% |
| Scott MacKenzie | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Scott Smith | 67.95% | 0.00% | 1.78% | 0.00% | 0.00% | 30.26% | 100.00% |
| Sean Cox | 17.60% | 0.08% | 1.10% | 7.42% | 3.47% | 70.21% | 100.00% |
| Shaun Nelson | 18.62% | 37.65% | 11.15% | 8.02% | 17.10% | 6.78% | 100.00% |
| Spencer Johnson | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Steve Arroyo | 15.95% | 25.51% | 0.00% | 11.96% | 8.69% | 37.89% | 100.00% |
| Steve Ischay | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% | 100.00% |
| Thomas Holloway | 18.20% | 24.46% | 2.83% | 7.44% | 21.21% | 27.79% | 100.00% |
| Thomas Stewart | 65.52% | 17.35% | 17.13% | 0.00% | 0.00% | 0.00% | 100.00% |
| Tim Ganske | 0.00% | 10.08% | 4.46% | 15.12% | 33.54% | 36.77% | 100.00% |
| Tim Tauer | 3.60% | 0.00% | 0.00% | 0.00% | 28.69% | 67.71% | 100.00% |
| Todd Scheck | 16.66% | 78.04% | 0.00% | 0.00% | 0.00% | 5.29% | 100.00% |
| Tom DiFiore | 0.00% | 6.27% | 0.00% | 3.32% | 41.04% | 49.36% | 100.00% |
| Toyen Tran | 0.00% | 0.00% | 0.00% | 41.75% | 38.45% | 17.80% | 100.00% |
| Victor Irlandez | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Whitney Brooks | 24.55% | 70.67% | 0.00% | 1.77% | 0.00% | 39.86% | 100.00% |
| Whitney Melton | 1.34% | 23.48% | 3.66% | 14.19% | 4.76% | 52.57% | 100.00% |
| **Americas East** | **21.62%** | **8.65%** | **5.15%** | **5.97%** | **8.88%** | **47.54%** | **100.00%** |
| Adam Connor | 30.17% | 1.40% | 14.67% | 0.00% | 10.19% | 43.56% | 100.00% |
| Al Papula | 27.42% | 0.00% | 0.00% | 9.86% | 0.00% | 62.71% | 100.00% |
| Andres Hurtado | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% | 100.00% |
| Arnie Boigner | 11.88% | 27.34% | 4.37% | 6.08% | 16.14% | 34.10% | 100.00% |
| Bill Hedgepeth | 24.81% | 0.00% | 24.40% | 27.53% | 11.26% | 0.00% | 100.00% |
| Brad Rhodes | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Brandon Gadwah | 36.32% | 16.02% | 6.51% | 0.00% | 11.36% | 29.77% | 100.00% |
| Brett Johnson | 3.06% | 0.00% | 1.93% | 1.87% | 1.93% | 89.18% | 100.00% |
| Brian McNenney | 10.55% | 13.86% | 17.77% | 9.26% | 0.00% | 48.53% | 100.00% |
| Brooks Butler | 64.71% | 0.00% | 10.78% | 1.56% | 11.45% | 7.46% | 100.00% |
| Chip Heicher III | 26.03% | 12.08% | 0.00% | 4.86% | 41.31% | 15.09% | 100.00% |
| Christopher Hayman | 26.37% | 0.00% | 0.00% | 5.74% | 0.00% | 67.89% | 100.00% |
| Claire Bond | 0.00% | 0.00% | 0.00% | 100.00% | 0.00% | 0.00% | 100.00% |
| Colin Harvey | 8.79% | 0.74% | 0.00% | 21.83% | 5.86% | 62.75% | 100.00% |
| Cullen Stutts | 0.00% | 0.00% | 0.00% | 7.45% | 55.92% | 36.62% | 100.00% |
| Cyndi Shipp | 3.21% | 1.08% | 0.00% | 1.65% | 13.34% | 80.72% | 100.00% |
| Danilo Guaraná Pereira dos Santos | 0.00% | 35.11% | 4.26% | 7.73% | 1.27% | 52.03% | 100.00% |
| Darrin Johnson | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Dave Bennington | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Dave Paolicelli | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| David McMillan | 14.72% | 14.22% | 3.56% | 0.00% | 21.72% | 46.28% | 100.00% |

CONFIDENTIAL

NTNX-0070728

| Sum of ISV Amount | Column Labels | | | | | |
|---|---|---|---|---|---|---|
| REPS | 0-60 | 60-90 | 90-120 | 120-150 | 150-180 | 180+ | Grand Total |
| David Shumanis | 0.00% | 32.64% | 0.00% | 67.36% | 0.00% | 0.00% | 100.00% |
| David Young | 14.23% | 0.00% | 0.00% | 17.10% | 0.00% | 68.67% | 100.00% |
| Deb Gray | 28.55% | 17.38% | 5.65% | 11.78% | 1.86% | 34.75% | 100.00% |
| Derek Twombly | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% | 100.00% |
| Drew Todd | 17.89% | 8.72% | 7.90% | 7.94% | 19.20% | 38.79% | 100.00% |
| Erez Etzyon | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% | 0.00% | 100.00% |
| Fernando Zambrana | 23.99% | 8.35% | 4.69% | 0.00% | 0.47% | 57.51% | 100.00% |
| Gus Pastore | 2.16% | 12.69% | 4.16% | 8.11% | 2.37% | 70.50% | 100.00% |
| Ian Zimmerman | 22.33% | 16.93% | 7.76% | 0.00% | 0.00% | 52.98% | 100.00% |
| Ishan McGraw | 23.86% | 14.29% | 2.58% | 6.38% | 7.31% | 45.58% | 100.00% |
| James Lorenz | 1.48% | 5.37% | 0.00% | 3.05% | 0.05% | 90.15% | 100.00% |
| James Suggs | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| James Woerner | 6.96% | 10.10% | 0.00% | 11.43% | 21.15% | 50.35% | 100.00% |
| Jamison Cannon | 2.06% | 15.68% | 3.59% | 14.52% | 13.58% | 44.17% | 100.00% |
| Jason Heinrich | 5.62% | 10.28% | 0.00% | 1.35% | 0.00% | 82.75% | 100.00% |
| Jason Ralls | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Jenny Bauer | 59.86% | 8.15% | 0.00% | 1.85% | 0.00% | 30.13% | 100.00% |
| John Johnson | 61.85% | 8.77% | 0.54% | 0.00% | 0.07% | 28.77% | 100.00% |
| John Mundial | 24.80% | 8.17% | 5.81% | 17.10% | 18.16% | 28.35% | 100.00% |
| Jonathan Adair | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Joseph Ekberg | 20.17% | 0.96% | 16.92% | 0.00% | 10.42% | 51.54% | 100.00% |
| Josh Brown | 27.47% | 0.00% | 0.00% | 0.00% | 0.00% | 72.53% | 100.00% |
| Justin York | 61.93% | 1.98% | 0.00% | 0.06% | 0.30% | 32.77% | 100.00% |
| Keith Rogers | 64.53% | 19.28% | 0.00% | 0.00% | 0.00% | 16.19% | 100.00% |
| Kenny Burr | 57.00% | 29.50% | 9.57% | 0.00% | 1.00% | 1.97% | 100.00% |
| Kenton Collins | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Kevin Kowalski | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Kyle Milligan | 56.43% | 35.17% | 0.47% | 0.00% | 0.00% | 7.72% | 100.00% |
| Lambert Orepia | 33.66% | 7.97% | 0.00% | 0.00% | 11.99% | 46.38% | 100.00% |
| Leonid Oliveira | 0.00% | 5.10% | 19.72% | 5.49% | 6.54% | 63.14% | 100.00% |
| Linus Emekauwa | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Luiz Hillerman | 0.00% | 2.78% | 6.77% | 12.20% | 21.69% | 62.56% | 100.00% |
| Marc Zlotnikoff | 33.50% | 0.00% | 0.34% | 0.36% | 49.27% | 16.82% | 100.00% |
| Marcela Danioth | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% | 0.00% | 100.00% |
| Marcelo Neri | 12.34% | 10.18% | 7.60% | 15.00% | 3.18% | 51.72% | 100.00% |
| Marisenther Morena | 11.56% | 9.19% | 2.67% | 1.17% | 1.25% | 73.90% | 100.00% |
| Mike Buckley | 13.64% | 0.71% | 0.00% | 0.11% | 15.56% | 69.99% | 100.00% |
| Mike Carroll | 36.51% | 13.50% | 10.03% | 1.99% | 8.66% | 28.40% | 100.00% |
| Noah Gingell | 11.23% | 0.00% | 6.64% | 8.82% | 2.73% | 69.58% | 100.00% |
| Otto Selan | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% | 100.00% |
| Pablo Castillo | 1.24% | 0.00% | 3.71% | 48.47% | 12.54% | 34.05% | 100.00% |
| Pat Bogle | 7.26% | 5.46% | 0.91% | 7.01% | 0.00% | 79.35% | 100.00% |
| Pedro Daniel Sandalis | 0.00% | 0.00% | 4.08% | 0.00% | 15.51% | 80.42% | 100.00% |
| Richard Moulton | 45.51% | 18.50% | 0.00% | 7.16% | 0.00% | 28.83% | 100.00% |
| Rick Schulman | 0.83% | 4.15% | 0.00% | 25.27% | 10.68% | 59.07% | 100.00% |
| Ricky Skuse | 10.45% | 15.82% | 0.00% | 16.44% | 3.19% | 54.10% | 100.00% |
| Ryan K. Johnson | 0.00% | 0.00% | 0.00% | 100.00% | 0.00% | 0.00% | 100.00% |
| Sergio Martin | 5.51% | 38.67% | 11.73% | 0.00% | 3.21% | 40.86% | 100.00% |
| Shaun Nelson | 9.15% | 40.31% | 0.00% | 1.12% | 2.69% | 45.33% | 100.00% |
| Stacey Robosky | 61.70% | 6.94% | 0.00% | 0.00% | 0.00% | 31.35% | 100.00% |
| Thomas Franco | 56.59% | 3.05% | 0.56% | 0.00% | 2.93% | 36.86% | 100.00% |
| Tim Federwitz | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% | 100.00% |
| Todd Schrick | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Tom Spano | 0.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Vertopia Integration | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Whitney Maston | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Willy Brun | 6.69% | 7.45% | 5.05% | 14.97% | 8.46% | 57.40% | 100.00% |
| **Americas North** | 27.11% | 14.35% | 4.22% | 5.71% | 9.26% | 39.35% | 100.00% |
| Andrew Sadar | 5.38% | 27.69% | 3.19% | 2.50% | 3.69% | 57.34% | 100.00% |
| Angelo Cammilleri | 38.04% | 16.98% | 5.52% | 0.34% | 2.13% | 37.00% | 100.00% |

CONFIDENTIAL

NTNX-0070729

| Sum of ISV Amount | Column Labels | | | | | | |
|---|---|---|---|---|---|---|---|
| REPS | 0-60 | 60-90 | 90-120 | 120-150 | 150-180 | 180+ | Grand Total |
| Bob Spagnardi | 19.46% | 9.67% | 16.81% | 19.80% | 0.00% | 34.26% | 100.00% |
| Channa de Silva | 54.77% | 10.70% | 5.16% | 0.00% | 7.91% | 21.46% | 100.00% |
| Chris Barillot | 13.19% | 0.00% | 0.00% | 0.00% | 0.00% | 86.81% | 100.00% |
| Chris Surrusco | 27.54% | 0.00% | 0.00% | 0.00% | 39.04% | 33.42% | 100.00% |
| Christopher Hayman | 59.27% | 0.00% | 0.00% | 15.84% | 0.00% | 5.90% | 100.00% |
| David Burgess | 45.12% | 25.48% | 8.90% | 0.00% | 5.34% | 15.16% | 100.00% |
| David Hurley | 48.51% | 12.40% | 4.18% | 0.00% | 13.32% | 21.59% | 100.00% |
| Derek Twombly | 31.01% | 31.01% | 0.00% | 0.00% | 0.00% | 37.98% | 100.00% |
| Gerry Helgason | 15.94% | 25.17% | 0.00% | 1.54% | 1.69% | 53.66% | 100.00% |
| Gregg Duncan | 34.30% | 0.00% | 2.01% | 15.82% | 29.30% | 17.59% | 100.00% |
| Ivor Rego | 45.15% | 0.00% | 16.41% | 0.00% | 7.36% | 31.08% | 100.00% |
| Jack Fitzgerald | 11.03% | 12.40% | 2.73% | 1.52% | 2.40% | 68.92% | 100.00% |
| Jack Periconi | 0.00% | 64.18% | 0.00% | 0.00% | 0.00% | 35.82% | 100.00% |
| John Ashe | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| John Brownell | 15.89% | 10.54% | 13.94% | 13.51% | 4.19% | 41.93% | 100.00% |
| Kelly Hahn | 5.61% | 44.29% | 8.75% | 0.00% | 0.00% | 41.35% | 100.00% |
| Kevin Brown | 19.84% | 15.39% | 10.95% | 5.24% | 9.02% | 30.16% | 100.00% |
| Kevin Kowalski | 24.25% | 2.93% | 1.35% | 18.77% | 17.26% | 35.42% | 100.00% |
| Kyle Dzurko | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Kyle Milligan | 43.72% | 51.29% | 0.00% | 1.43% | 0.00% | 3.55% | 100.00% |
| Lino Brescia | 0.00% | 0.00% | 0.00% | 0.00% | 59.06% | 40.94% | 100.00% |
| Mark Bartholomew | 49.82% | 0.00% | 10.20% | 0.00% | 5.53% | 33.45% | 100.00% |
| Mark Lyons | 15.32% | 14.95% | 0.00% | 0.00% | 16.50% | 53.23% | 100.00% |
| Mark Mula | 0.00% | 34.53% | 0.00% | 0.00% | 0.00% | 65.47% | 100.00% |
| Matthew Calamusa | 4.98% | 8.62% | 5.70% | 29.16% | 0.00% | 51.54% | 100.00% |
| Mike Agesen | 0.00% | 45.02% | 5.50% | 0.00% | 32.99% | 16.50% | 100.00% |
| Nate Hadded | 16.76% | 14.08% | 11.11% | 0.00% | 0.00% | 38.05% | 100.00% |
| Neil Mack | 61.29% | 36.71% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Nicholas Harrison | 23.35% | 12.05% | 3.89% | 0.00% | 25.37% | 34.89% | 100.00% |
| Oscar Turingan | 60.31% | 0.07% | 0.00% | 19.31% | 6.79% | 13.61% | 100.00% |
| Patrick Smith | 89.96% | 1.52% | 0.00% | 0.00% | 0.00% | 7.52% | 100.00% |
| Peter Cary | 87.86% | 0.00% | 19.41% | 0.00% | 0.00% | 12.61% | 100.00% |
| Peter Squeglia | 89.92% | 0.00% | 0.00% | 0.00% | 0.00% | 11.08% | 100.00% |
| Phil Spear | 24.20% | 21.45% | 0.00% | 11.88% | 4.78% | 37.69% | 100.00% |
| Rebecca Brodney | 42.37% | 37.15% | 0.00% | 0.82% | 12.40% | 7.26% | 100.00% |
| Rick Kraus | 19.02% | 6.69% | 0.00% | 12.00% | 2.90% | 57.59% | 100.00% |
| Rob Adams | 58.66% | 0.00% | 0.00% | 0.00% | 9.47% | 31.87% | 100.00% |
| Robert Sheehan | 9.33% | 0.00% | 11.82% | 8.50% | 0.00% | 70.35% | 100.00% |
| Robert Stroud | 0.00% | 0.00% | 0.00% | 44.67% | 28.18% | 27.15% | 100.00% |
| Robert Yelenich | 0.00% | 0.00% | 0.00% | 0.00% | 46.01% | 53.99% | 100.00% |
| Rodney Taturo | 2.62% | 67.06% | 0.00% | 0.00% | 0.00% | 30.32% | 100.00% |
| Roger Van Voorhis | 0.00% | 93.35% | 0.00% | 0.00% | 0.00% | 6.65% | 100.00% |
| Ryan E. Johnson | 18.44% | 4.15% | 13.23% | 10.25% | 7.34% | 46.58% | 100.00% |
| Ryan Mayoff | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Ryan O'Donnell | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Shaun Nelson | 6.42% | 4.11% | 0.00% | 4.16% | 74.87% | 10.44% | 100.00% |
| Steven Fournier | 44.17% | 18.60% | 3.50% | 9.82% | 3.93% | 20.08% | 100.00% |
| Stuart Pettifer | 68.93% | 0.00% | 0.00% | 2.74% | 14.42% | 13.91% | 100.00% |
| Thomas Russell | 4.05% | 24.41% | 0.68% | 2.73% | 9.39% | 58.75% | 100.00% |
| Tim Tauer | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Timothy Roth | 16.82% | 0.00% | 0.00% | 0.00% | 10.75% | 72.43% | 100.00% |
| Tom Moffidd | 7.45% | 23.56% | 0.00% | 0.00% | 15.11% | 53.88% | 100.00% |
| Tom Spisso | 16.74% | 7.49% | 0.00% | 13.06% | 0.00% | 62.70% | 100.00% |
| Trent Tubolino | 17.09% | 13.46% | 5.71% | 1.30% | 19.22% | 42.46% | 100.00% |
| Trevor Millus | 55.66% | 3.93% | 1.69% | 1.95% | 0.53% | 35.06% | 100.00% |
| Vincent Pearl | 11.63% | 19.87% | 20.70% | 0.00% | 0.00% | 47.80% | 100.00% |
| Whitney Merton | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Americas USA Public Sector | 11.25% | 8.13% | 4.15% | 12.56% | 6.67% | 57.24% | 100.00% |
| Andrew Mills | 43.85% | 22.82% | 7.31% | 5.47% | 11.61% | 8.93% | 100.00% |
| Ashil Edmund | 11.82% | 0.00% | 2.17% | 0.00% | 0.00% | 86.01% | 100.00% |

Thank You

CONFIDENTIAL

NTNX-0070730



NTNX-0070731

# EXHIBIT 41

**To:** Bill Broderson [bill.broderson@nutanix.com]; Ben Gibson[ben.gibson@nutanix.com]
**From:** Lou Attanasio[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FE2145F16F46422591474C10B5FD4851-LOU.ATTANAS]
**Sent:** Tue 5/1/2018 8:33:53 PM Pacific Daylight Time
**Subject:** Pipeline Create

Bil, Ben…..Dheeraj was on one of the slack channels talking about how we continue to be short in Q1, and Q3….in terms of results, and Pipeline..    He asked what do we need to do… One thing I said was to increase the pipeline Create targets….so…for Q1 2019, we need to increase our TARGETS NOW…this qtr….so we are in stronger shape than we have ever done before for q1.. Same for q3….we should increase our pipeline create targets in q2…

Thoughts?  Can we do it for this qtr..

Lou Attanasio
Chief Revenue Officer - EVP
Cell (914) 588-4189   Office (669) 255-0441
Nutanix, Inc.  | 1740 Technology Drive, 1st Floor, San Jose, CA 95110



CONFIDENTIAL                                                                                    NTNX-0010218

# EXHIBIT 42

**To:** Duston Williams[duston.williams@nutanix.com]
**From:** Jeff Parks ███████████
**Sent:** Thur 5/3/2018 3:08:46 PM Pacific Daylight Time
**Subject:** Re: Q3 Board Flash

Thanks for this. Makes sense.

On Thu, May 3, 2018 at 10:35 AM, Duston Williams <duston.williams@nutanix.com> wrote:

Jeff – good questions, sorry for the delay – please see responses below.

Duston

**From:** Jeff Parks ███████████
**Sent:** Wednesday, May 2, 2018 12:00 PM
**To:** Duston Williams <duston.williams@nutanix.com>
**Cc:** ███████████ Steve Gomo <███████████ John Mcadam ███████████ Craig Conway ███████████>; Sue Bostrom ███████████>; Michael Scarpelli ███████████; Dheeraj Pandey <dheeraj@nutanix.com>; Tyler Wall <tyler@nutanix.com>; Olive Huang <olive.huang@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>
**Subject:** Re: Q3 Board Flash

Duston, thank you for the update. It does seem that things came in as you had expected a couple of weeks ago.

A couple of questions and comments. I noticed that we did better than fcst on pricing (ISV/node). Is there a dynamic where we could have gotten closer to AOP had we discounted more and met the fcst pricing scenario? Related to this, it's a bit curious that we did better on pricing but hit plan on GM (vs a beat to fcst).

- **We did plenty of aggressive (some ugly) deals and rejected very few of these opportunities**
- **In my mind there is no such thing as a "one-time" discount so we need to be mindful and continually think about the long term too**
- **We did slightly better on ISV per node pricing but a lot of the favorable margin gets parked on balance sheet (deferred revenue) and recognized throughout the support period. Today a SW only transaction has about a 50% deferral rate.**

I would note that this was the worst sequential decline in ISV bookings in the the history of the company. It might be useful to try and figure out how much of the Q2 out performance was pull forward from Q3. Just to get a better handle on our seasonality, etc (as you rightly noted).

- **The potential budget flush is very difficult to understand. Bookings continued to flow plenty nicely in January which would suggest some sense of normalcy but again hard to tell. We have work to do to understand the Q1/Q3 and Q2/Q4 impacts going forward.**

Lastly, as a suggestion, you might consider adding a stat to this dashboard which shows the ramped sales capacity in the quarter, which will help flush out whether a miss was partially driven by productivity vs capacity constraints.

- **Will do**
- **In Q3, on average, we had total sales capacity to do about $290m in ISV bookings – if we had hired to plan in Q1, sales capacity in Q3 would obviously have been higher. Please don't forget that pipeline was also an issue going into Q3.**
- **We assumed a small amount of productivity improvement to get to the $300m ISV AOP**

Thank you, and look forward to discussing at the board meeting.

Regards,

CONFIDENTIAL

Jeff

On Tue, May 1, 2018 at 5:47 PM, Duston Williams <duston.williams@nutanix.com> wrote:

Board Members,

Q3 closed out pretty much as we had communicated at the board offsite meeting on April 19th.

**What worked well in the quarter:**

- Billings, revenue and margins vs. guidance / consensus
- EMEA
- APAC
- Dell and Lenovo
- Move to SW / elimination of the appliance revenue
- ISV (software and support bookings) ASP per node
- AHV traction
- Headcount adds

**What did not work:**

- ISV bookings vs AOP
- Sales productivity
- Americas performance
- New customer adds / New G2000 customer adds
- G2000 bookings
- Big deals
- Linearity
- Expenses
- Backlog

The following is a brief overview for the quarter – please keep in mind that these numbers are preliminary.

- **Bookings**
    - ○ ISV (SW and Support) – $272m vs AOP of $300m - $28m shortfall is as follows
        - ▪ Americas ex-Fed and SLED – ($35m)
            - • The biggest miss was in the West which missed by about $14m (55% attainment). Yesterday the Western Area Sales VP was terminated.
        - ▪ EMEA - $8m
        - ▪ APAC – ($4m)
        - ▪ Support renewals - $6m
        - ▪ Misc – ($2m)

CONFIDENTIAL                                                                    NTNX-0056456

- **Domestic / International splits**

  - The relative strong EMEA and APAC performance lifted the international % of total bookings to 45%

- **Big deals**

  - 109 deals >$500k
  - 47 deals >$1m
  - 4 deals >$5m
  - Big deals (>$500k) equals about 46% of total bookings

- **Global 2000**

  - 22 new customers
  - $76m in ISV bookings
  - 28% of total ISV bookings

- **OEM**

  - Dell

    - Bookings of $30m – slightly lower than plan (including $3m IG booking that was booked under Dell OEM)

  - Lenovo

    - $13m – significantly above plan

- **Billings**

  - $350 vs. forecast of $352m vs. "consensus" of $332m

- **Revenue**

  - $288m vs. forecast of $294m vs. guide of $275m - $280m vs. consensus of $279m

- **Appliance COGS elimination (based on revenue)**

  - $52m vs. external expectations of $45m

- **Gross profit**

  - $194m vs. guidance of $184m - $190m vs. consensus of $188m

- **Gross margin**

  - Somewhere around 67.5% vs. guidance of 67% - 68% vs. consensus of 67.6%

- **Expenses**

  - Approx. $228m vs. forecast of $226m vs. guide of $220m vs. consensus of $219m
  - Headcount adds far exceeded our hedged total as we have been running significantly below plan for the prior 3 quarters

- **Backlog**

  - $69m vs. $105m in Q2

- **Cash**

  - Total cash balance - $920m vs. $918m in Q2

**Summary thoughts on Q3:**

- Q2 pipeline build shortfall put Q3 bookings target in early jeopardy
- Americas performance clearly disappointing – some rebuilding required

CONFIDENTIAL

NTNX-0056457

- Linearity added to the Q3 challenges ($100m booked in the last week of the quarter)
- Still need to understand why new customer adds were basically flat with Q3'17
- Lots of other analysis still needed including answering the question as to whether "Q1s" and "Q3s" are seeing more seasonal downward pressure with offsetting upside to "Q2s" and "Q4s"

**First take on Q4:**

- Need a week or two for the sales teams to have a thoughtful view on Q4
- First take from most regions is that Q4 should be a strong quarter – needs to be strong in order to make up for the $30m Q3 ISV shortfall
- Q3 pipeline build was around 95%+ of target which puts Q4 and a better position vis-a-vis Q3
- We will provide our full thoughts on Q4 during the May 23rd board meeting

Please let me know if you have any specific questions or would like additional details.

Duston

--

_____

Jeffrey T Parks

**Riverwood Capital Management**

70 Willow Road, Suite 100

Menlo Park, CA 94025

(650) 618 7333 (office)

(310) 497 6191 (cell)

- www.linkedin.com/pub/jeff-parks/0/7b3/969/

--

_____

Jeffrey T Parks

**Riverwood Capital Management**

70 Willow Road, Suite 100

Menlo Park, CA 94025

(650) 618 7333 (office)

(310) 497 6191 (cell)

CONFIDENTIAL

NTNX-0056458

www.linkedin.com/pub/jeff-parks/0/7b3/969/

CONFIDENTIAL

NTNX-0056459

# EXHIBIT 43

**To:** Lou Attanasio[lou.attanasio@nutanix.com]
**Cc:** Lou Directs[loudirects@nutanixinc.onmicrosoft.com]; Bill Broderson[bill.broderson@nutanix.com]; Anton Granic[anton@nutanix.com]; Chris Howard[choward@nutanix.com]; David Gwyn[dgwyn@nutanix.com]; Keith Moran[keith.moran@nutanix.com]; Brian Colin[brian.colin@nutanix.com]; Brad Rhodes[rhodes@nutanix.com]; Alex Garwood [alex.garwood@nutanix.com]; Mike Kemp[mkemp@nutanix.com]; Michael Owen[michael.owen@nutanix.com]; Sandeep Randhawa[sandeep.randhaw@nutanix.com]; Blake Bursey [blake.bursey@nutanix.com]; Jay Patel[jay.patel@nutanix.com]; Nils Hagberg[nils.hagberg@nutanix.com]; Michael Ibarra[michael.ibarra@nutanix.com]; Tammy Rogers [tammy.rogers@nutanix.com]; Lauri Capwell[lauri.capwell@nutanix.com]
**From:** Sherry Lautenbach[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9129DEACCCF042BDAE1AC3F321B46FBA-SHERRY.LAUT]
**Sent:** Tue 5/29/2018 11:31:16 PM Pacific Standard Time
**Subject:** Re: New Logos...F&P Data... I have Requested Region Details

---

Lou thanks.
Bill- when you say region can you send for each of my regions across America's and break out Latam and Canada?

Sherry Lautenbach
SVP Americas
Nutanix
646-319-6440
sherry.lautenbach@nutanix.com

On May 30, 2018, at 5:40 AM, Lou Attanasio <lou.attanasio@nutanix.com> wrote:

> Team, I cannot emphasize how important for EACH OF YOU, and YOUR TEAMS to be focusing on NEW LOGO'S..  We have more data coming, and some of it is EYE OPENING... For example, there were some Commercial Reps, who continue to make their plan, or close to plan, ONLY selling to a FEW of their accounts, and doing ZERO in the VAST MAJORITY of their other accounts..  The only way to get this fixed is 'inspection' .. I will be inspecting it personally, each week..  Please increase the focus on this quickly...
>
> Lou Attanasio
> Chief Revenue Officer - EVP
> Cell (914) 588-4189  Office (669) 255-0441
> Nutanix, Inc. | 1740 Technology Drive, 1st Floor, San Jose, CA 95110
>
> <image001.png>

---

> **From:** Bill Broderson
> **Sent:** Tuesday, May 29, 2018 6:02 PM
> **To:** Lou Attanasio <lou.attanasio@nutanix.com>
> **Subject:** New Logos...F&P Data... I have Requested Region Details
>
> <image002.png>
>
> Thank You
> <image006.png>

CONFIDENTIAL

NTNX-0035291

# EXHIBIT 44

**To:** Lou Attanasio[lou.attanasio@nutanix.com]
**Cc:** Rodney Foreman[rodney.foreman@nutanix.com]; Anar Desai[adesai@nutanix.com]
**From:** Sherry Lautenbach[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9129DEACCCF042BDAE1AC3F321B46FBA-SHERRY.LAUT]
**Sent:** Mon 5/28/2018 3:50:34 AM Pacific Daylight Time
**Subject:** Re: New Logo Pipeline Growth for 4Q

---

Thanks. Agree we had lowest new logo count last quarter in about 8 quarters. We need full court press on net new clients.  Thanks for your help and focus.

Sherry Lautenbach
SVP Americas
Nutanix
646-319-6440
sherry.lautenbach@nutanix.com

On May 27, 2018, at 9:37 PM, Lou Attanasio <lou.attanasio@nutanix.com> wrote:

> Rodney, thanks for sending…..I need help in AG's….right now, the data shows we had 'very poor' performance in NA on New Logo's…..  We cannot let that happen again in AG
>
> Lou Attanasio
> Chief Revenue Officer - EVP
> Cell (914) 588-4189   Office (669) 255-0441
> Nutanix, Inc. | 1740 Technology Drive, 1st Floor, San Jose, CA 95110
>
> <image001.png>

---

> **From:** Rodney Foreman
> **Sent:** Thursday, May 24, 2018 10:10 AM
> **To:** Anar Desai <adesai@nutanix.com>; Sherry Lautenbach <sherry.lautenbach@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>
> **Cc:** David Gwyn <dgwyn@nutanix.com>; Anton Granic <anton@nutanix.com>; Jeff Yuille <jeff.yuille@nutanix.com>; Ben Gibson <ben.gibson@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Bill Broderson <bill.broderson@nutanix.com>; Julie Ostella <julie.ostella@nutanix.com>; Rickie Goyal <rickie@nutanix.com>; Paul Mayes <paul.mayes@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Bob Wallace <bob@nutanix.com>; Claudia Lee <claudia.lee@nutanix.com>; Chris Kozup <chris.kozup@nutanix.com>
> **Subject:** New Logo Pipeline Growth for 4Q
>
> Anar,
> It is impressive how much New Logo pipeline we are building by leveraging the new customer incentives and partner optimization plans that were announced in March.
> Q3 was off the charts and Q4 pipeline build is growing at a higher rate than Q3. Let's keep the pipeline momentum and deal close execution with the sales team.  I am anxious to get our Velocity initiatives off the ground!
>
> Nice job!  -Rodney
>
> **Rodney Foreman**
> Vice President, Global Channel Sales
> 512.525.4359
> Follow me on Twitter @RodneyForeman
>
> <image002.jpg>

---

> **From:** Anar Desai
> **Sent:** Thursday, May 24, 2018 11:57 AM
> **To:** Rodney Foreman <rodney.foreman@nutanix.com>
> **Subject:** Re: PID and New Logo PID
>
> Here you go (graph w/ week-by-week data below the graph):
>
> <image009.png>

| | | | Fiscal Week | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Created Date | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| [] | Q1 FY2017 | Sum of Amount Record Count | $888,627.42 7 | $358,899.51 4 | $274,033.98 4 | $506,456.03 5 | $1,298,780.64 10 | $161,450.73 3 | $292,028.94 3 | $265,265.00 5 | $1,219,072.85 9 |

CONFIDENTIAL

NTNX-0035300

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| [ ] | Q2 FY2017 | Sum of Amount | $320,229.05 | $2,136,024.92 | $732,660.30 | $651,095.65 | $625,328.90 | $1,191,977.43 | $245,584.56 | $467,632.38 | $71,791.22 |
| | | Record Count | 3 | 4 | 11 | 5 | 10 | 13 | 3 | 5 | 1 |
| [ ] | Q3 FY2017 | Sum of Amount | $1,442,507.31 | $877,245.91 | $1,098,153.32 | $2,117,819.31 | $1,111,644.97 | $3,223,926.03 | $1,900,801.34 | $1,028,599.81 | $2,287,287.89 |
| | | Record Count | 13 | 13 | 13 | 17 | 9 | 27 | 19 | 13 | 11 |
| [ ] | Q4 FY2017 | Sum of Amount | $1,498,448.77 | $3,857,626.80 | $1,680,056.92 | $1,137,888.57 | $420,582.45 | $3,602,866.40 | $3,018,021.83 | $2,851,706.08 | $6,898,595.25 |
| | | Record Count | 18 | 36 | 12 | 10 | 7 | 34 | 20 | 17 | 75 |
| [ ] | Q1 FY2018 | Sum of Amount | $3,374,248.65 | $3,421,321.38 | $4,498,613.46 | $2,833,702.62 | $3,847,395.51 | $3,863,584.63 | $5,082,143.22 | $3,662,323.03 | $5,917,864.43 |
| | | Record Count | 46 | 24 | 45 | 42 | 40 | 43 | 68 | 46 | 64 |
| [ ] | Q2 FY2018 | Sum of Amount | $4,872,484.60 | $8,858,327.46 | $5,185,711.48 | $3,627,200.64 | $6,330,639.94 | $5,221,754.81 | $3,762,289.15 | $3,219,309.64 | $2,570,772.39 |
| | | Record Count | 59 | 91 | 65 | 56 | 95 | 77 | 62 | 37 | 32 |
| [ ] | Q3 FY2018 | Sum of Amount | $6,549,558.91 | $6,848,669.99 | $10,772,668.11 | $9,489,141.71 | $6,623,125.79 | $15,529,889.65 | $11,926,912.30 | $9,694,125.62 | $7,513,790.20 |
| | | Record Count | 78 | 85 | 155 | 140 | 125 | 129 | 143 | 131 | 126 |
| [ ] | Q4 FY2018 | Sum of Amount | $6,110,097.28 | $10,078,798.65 | $5,802,270.62 | $7,693,834.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | Record Count | 116 | 116 | 168 | 76 | 0 | 0 | 0 | 0 | 0 |
| | Grand Total | Sum of Amount / Record Count | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* | *(illegible)* |

--
Anar Desai
Senior Director, Channel Sales
Nutanix, Inc.
@anar
anar@nutanix.com
917-703-9592

---

**From:** Rodney Foreman <rodney.foreman@nutanix.com>
**Date:** Thursday, May 24, 2018 at 11:53 AM
**To:** Anar Desai <adesai@nutanix.com>
**Subject:** RE: PID and New Logo PID

Do you have this on New Logo – number of opportunities?

**Rodney Foreman**
Vice President, Global Channel Sales
512.525.4359
Follow me on Twitter @RodneyForeman

<image003.jpg>

---

**From:** Anar Desai
**Sent:** Thursday, May 24, 2018 11:52 AM
**To:** Rodney Foreman <rodney.foreman@nutanix.com>
**Subject:** Re: PID and New Logo PID

<image012.png>

--
Anar Desai
Senior Director, Channel Sales
Nutanix, Inc.
@anar
anar@nutanix.com
917-703-9592

CONFIDENTIAL

NTNX-0035301

**From:** Rodney Foreman <rodney.foreman@nutanix.com>
**Date:** Thursday, May 24, 2018 at 11:48 AM
**To:** Anar Desai <adesai@nutanix.com>
**Subject:** RE: PID and New Logo PID

**Rodney Foreman**
Vice President, Global Channel Sales
512.525.4359
Follow me on Twitter @RodneyForeman

<image005.jpg>

**From:** Anar Desai
**Sent:** Thursday, May 24, 2018 11:44 AM
**To:** Rodney Foreman <rodney.foreman@nutanix.com>
**Subject:** Re: PID and New Logo PID

Sure, it's on this SFDC Link for the report I saved: https://nutanix.my.salesforce.com/00O0e000005D8SN

--
Anar Desai
Senior Director, Channel Sales
Nutanix, Inc.
@anar
anar@nutanix.com
917-703-9592

**From:** Rodney Foreman <rodney.foreman@nutanix.com>
**Date:** Thursday, May 24, 2018 at 11:28 AM
**To:** Anar Desai <adesai@nutanix.com>
**Subject:** PID and New Logo PID

Do you have the same chart for New Logo PID?

<image006.png><image016.png>

**Rodney Foreman**
Vice President, Global Channel Sales
512.525.4359
Follow me on Twitter @RodneyForeman

<image007.jpg>

CONFIDENTIAL

NTNX-0035302

# EXHIBIT 45

**To:** Sridhar Chandran[sridhar.chandran@nutanix.com]; Dheeraj Pandey[dheeraj@nutanix.com]
**From:** Duston Williams[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0388A98C872D4A29B89673DC9F5AADD8-DUSTON WILL]
**Sent:** Sun 6/3/2018 3:23:29 PM Pacific Daylight Time
**Subject:** RE: Channel Rebate Incentives and Pipeline Update Week ending June 1st

The trouble with the current channel rep goals is that I'm pretty sure, in the aggregate, they don't roll up to any meaningful or coordinated corporate goal.

Again, with the FY19 plan we have an opportunity to get this all synced up.

---

**From:** Sridhar Chandran
**Sent:** Sunday, June 3, 2018 1:56 PM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>
**Cc:** Duston Williams <duston.williams@nutanix.com>
**Subject:** RE: Channel Rebate Incentives and Pipeline Update Week ending June 1st

CAMs are 50/50 on bookings.  Please see screenshots.

On the channel team, see 2nd slide.  While there is a new deal element, I don't know how aggressive these goals are.  We will certainly make this explicit in the '19 plans.

### ⟩ FY2018 H2 Plan Abstract Summary ~ Reps

NUTANIX

### ⟩ FY2018 H2 Plan Abstract Summary ~ Reps

NUTANIX

---

**From:** Dheeraj Pandey
**Sent:** Sunday, June 3, 2018 1:25 PM
**To:** Sridhar Chandran <sridhar.chandran@nutanix.com>
**Cc:** Duston Williams <duston.williams@nutanix.com>
**Subject:** Fwd: Channel Rebate Incentives and Pipeline Update Week ending June 1st

How do we pay our CAMs?

Get Outlook for iOS

---

**From:** Rodney Foreman
**Sent:** Sunday, June 3, 2018 11:01:11 AM

CONFIDENTIAL

NTNX-0017360

**To:** Rukmini Sivaraman; Dheeraj Pandey; Duston Williams
**Cc:** Jeff Yuille; Sridhar Chandran; Mineo Sakan; Subramanyam Ganapathi; Lou Attanasio
**Subject:** Re: Channel Rebate Incentives and Pipeline Update Week ending June 1st

These KPIs have been in place since 3Q for every CAM. Plus measurements in place tied to assigned partner revenue growth and regional overall revenue. Everyone on the channel team is measured on pipeline growth. Plus we have in place KPIs specific to GSIs, ISVs and OEM.
-Rodney

Get Outlook for iOS

---

**From:** Rukmini Sivaraman
**Sent:** Monday, June 4, 2018 4:12:08 AM
**To:** Dheeraj Pandey; Rodney Foreman; Duston Williams
**Cc:** Jeff Yuille; Sridhar Chandran; Mineo Sakan; Subramanyam Ganapathi
**Subject:** RE: Channel Rebate Incentives and Pipeline Update Week ending June 1st

(smaller group, moving a few folks to BCC)

Rodney, can we work to align with FP&A on a few KPIs, further thoughts below.

Overall, let's think about KPIs in three tiers:
1. Corporate (what [3] KPIs from channel are key to the company)
2. Channel organization (KPIs that drive the team, and provides accountability to FP&A and others)
3. Individual channel manager KPIs (self-explanatory)

For #1 above, possible KPIs:
- $ pipeline generated, and % of pipe sourced from the channel
- $ bookings generated, and % of bookings sourced from the channel
- # of deals per commercial rep per quarter (as a measure of channel leverage)

We will, of course, want to track specific rebates that are in place at a given time, plus XC core etc. in addition to the above – these likely fall into bucket #2.

---

**From:** Dheeraj Pandey
**Sent:** Sunday, June 3, 2018 8:31 AM
**To:** Rodney Foreman <rodney.foreman@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; D-Reports <D-Reports@nutanix.com>
**Cc:** Jeff Yuille <jeff.yuille@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Global-Channel-Sales-Managers <Global-Channel-Sales-Managers@nutanix.com>; Mineo Sakan <mineo.sakan@nutanix.com>
**Subject:** Re: Channel Rebate Incentives and Pipeline Update Week ending June 1st

How do we tie all these discussions back to channel manager comp and incentives and KPIs every quarter? We need to standardize (institutionalize) 3 such KPIs to measure impact and value.

Is the FY19 AOP the right time and opportunity for this? FP&A needs a commonly agreed language for KPIs, so we don't need to track them in emails, but in corporate dashboards.

Get Outlook for iOS

---

**From:** Rodney Foreman
**Sent:** Saturday, June 2, 2018 11:11:32 PM
**To:** Duston Williams; Dheeraj Pandey; D-Reports
**Cc:** Jeff Yuille; Sridhar Chandran; Global-Channel-Sales-Managers
**Subject:** RE: Channel Rebate Incentives and Pipeline Update Week ending June 1st

Answering Duston's questions Part II –

Yes, the numbers for Sirius are correct as they are involved in several of our largest deals in 4Q. I am planning to discuss and negotiate the Top Partner incentive payment for this quarter as they have been very key to these large wins but am not sure we should be expected to pay the full incentive based on the fact the growth is on the back of some very large deals.

For XC Core pipeline decline, I associate this to several factors. The most prevalent is that we need to shift our focus to the Dell partners (not Dell direct sales) to drive XC Core success. We need to allow Dell to provide the XC Core with our software (non-appliance) to their partners. Today, their partners obtain the system from Dell and the software from our VADs. We need to allow Dell to act as a VAD with the same Nutanix VAD pricing to their partners. It is the same model they utilize for VMware. We should think about a rebate to Dell on XC Core paid only when it is a new customer for Nutanix. We need to look at our overall OEM model for Dell and others. The sales and fulfillment process is not efficient and that is deterring and slowing sales. There is an upcoming strategy meeting on our OEM business and I am sure this will be discussed.

Let me know if you have further questions or observations we should discuss. Thank you Rodney

Rodney Foreman

CONFIDENTIAL

NTNX-0017361

Vice President, Global Channel Sales
512.525.4359
Follow me on Twitter @RodneyForeman



**From:** Rodney Foreman
**Sent:** Saturday, June 2, 2018 4:43 PM
**To:** Duston Williams <duston.williams@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; D-Reports <D-Reports@nutanix.com>
**Cc:** Jeff Yuille <jeff.yuille@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Global-Channel-Sales-Managers <Global-Channel-Sales-Managers@nutanix.com>
**Subject:** RE: Channel Rebate Incentives and Pipeline Update Week ending June 1st

Duston,

Thank you for the observations.  Appreciate the feedback.

Agree that the overall pipeline growth is low for APAC and Americas.  New Business Pipeline (new logos) growth from our Partners is at +122% (revenue) +116% (volume). See table below.  Channel is now at about 32% for new logo pipeline overall contribution..I'd like to see this at 80%.
We are not satisfied with this new logo pipeline growth rate and see the largest opportunity in the Commercial or mid-market segment.  Now the question becomes what are we doing to drive growth in this market segment?  First, we know that our penetration into our partners mid-market customer base is very low at about 10%.  The actions to penetrate are;

1. To be announced - Velocity program and initiatives with pre-approved priced solutions, marketing campaigns, enablement, VAD road shows, events, and inside sales call out days with take over the floor days. Autonomous partner sales that drive direct sales productivity up. New logos and transaction volume increased in the mid market.
2. Teamwork with channels marketing on initiatives to grow pipeline along with the new Xpand marketing program we just introduced for partners. The synergy and effectiveness we have with our channels marketing team is very strong.
3. "take over the floor days" with top partners that have inside sales teams
4. Inside sales teamwork – lead partnering and allowing our partners to sell end to end autonomously. We need more skilled partners and I am working with Amir on a plan to get very specific with our training leveraging the VADs.
5. "roll up your sleeves" channel sales manager actions working the list of partner customer accounts and driving new sales
6. Introduce the new Nutanix Channel Charter which enables sales effectiveness and partner focus in the mid market
7. Partner Optimization Plans in place for all major partners which provides a joint strategy for execution in the market

As you experienced during our recent visit to CDW, the partners have choices on where they will focus and invest.  It is a mind share game and we are not as effective as I would like in being the preferred solution with some of our major partners (VARs, OEM and GSIs).  We become an OPTION for customers and I do not want to be the other option.... I want us to be the primary solution.  However, with BEAM, CALM, and FLOW we will empower our partners to deliver best in class solutions to their customers...coupled with the right channel program, incentives, marketing etc. we then capture the focus and mindshare we need to beat our competition.

Again,  appreciate the feedback.  I assure you that my every waking moment is about driving execution with our sales, marketing, product and finance teams to win in the market leveraging our partners and extracting every possible bit of value from the channel as possible while eliminating waste. #HUNGRY
 Thank you!  -Rodney

*Scroll right in the table below to see the %growth for new business pipeline transaction volume and revenue*

| Theater | Region | | | | | FY 2016 | FY 2017 | FY 2018 | | | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **Created Date** | | | |
| Americas | Americas Central | Sum of # Account | | | | 866 | 1,002 | 1,174 | | | 2,767 |
| | | Sum of ISV Amount | $56,493,617.20 | $73,543,274.79 | $86,011,335.44 | $216,048,227.43 | | 130% | 117% | | |
| | Americas East | Sum of # Account | | | | 1,494 | 1,951 | 2,458 | | | 5,310 |
| | | Sum of ISV Amount | $91,022,166.92 | $94,147,548.91 | $116,038,117.69 | $301,207,833.52 | | 103% | 123% | | |
| | Americas North | Sum of # Account | | | | 835 | 765 | 712 | | | 2,118 |
| | | Sum of ISV Amount | $71,744,921.47 | $60,844,755.88 | $67,413,607.12 | $200,003,284.47 | | 85% | 111% | | |
| | Americas USA Public Sector | Sum of # Account | | | | 1,066 | 856 | 772 | | | 2,448 |
| | | Sum of ISV Amount | $59,359,826.52 | $54,978,883.06 | $44,444,266.44 | $158,782,976.02 | | 93% | 81% | | |

NTNX-0017362

| Region | Area | Measure | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | Americas West | Sum of # Account | | | | 783 | 619 | 598 | | 1,824 |
| | | Sum of ISV Amount | $50,067,623.24 | $62,123,866.42 | $57,916,735.20 | $170,108,224.87 | | 124% | 93% | |
| | **Subtotal** | Sum of # Account | | | | 5,030 | 5,183 | 5,702 | | 14,407 |
| | | Sum of ISV Amount | $328,688,155.34 | $345,638,329.06 | $371,824,061.90 | $1,046,150,546.30 | | 105% | 108% | |
| EMEA | EMEA Central Europe | Sum of # Account | | | | 569 | 595 | 600 | | 1,658 |
| | | Sum of ISV Amount | $42,707,224.25 | $35,273,688.73 | $47,662,378.45 | $125,643,291.43 | | 83% | 135% | |
| | EMEA Emerging Markets | Sum of # Account | | | | 515 | 588 | 792 | | 1,857 |
| | | Sum of ISV Amount | $32,407,180.38 | $39,064,273.79 | $43,970,728.79 | $115,442,182.96 | | 121% | 113% | |
| | EMEA Northern Europe | Sum of # Account | | | | 465 | 504 | 574 | | 1,439 |
| | | Sum of ISV Amount | $31,463,447.91 | $32,412,760.77 | $45,999,573.31 | $109,875,781.99 | | 103% | 142% | |
| | EMEA Southern Europe | Sum of # Account | | | | 1,147 | 1,367 | 1,250 | | 3,442 |
| | | Sum of ISV Amount | $54,559,432.13 | $55,553,666.54 | $78,682,497.40 | $188,795,596.07 | | 102% | 142% | |
| | EMEA Western Europe and Sub-Saharan Africa | Sum of # Account | | | | 797 | 1,220 | 962 | | 2,698 |
| | | Sum of ISV Amount | $50,370,179.23 | $47,064,637.69 | $70,245,294.60 | $167,680,111.52 | | 93% | 149% | |
| | **Subtotal** | Sum of # Account | | | | 3,491 | 4,371 | 4,174 | | 11,082 |
| | | Sum of ISV Amount | $211,507,463.90 | $209,369,027.52 | $286,560,472.55 | $707,436,963.97 | | 99% | 137% | |
| APAC | APAC ANZ | Sum of # Account | | | | 360 | 301 | 492 | | 1,094 |
| | | Sum of ISV Amount | $25,299,106.92 | $15,368,042.50 | $28,902,478.27 | $69,569,627.69 | | 61% | 188% | |
| | APAC ASEAN | Sum of # Account | | | | 632 | 1,113 | 1,276 | | 2,700 |
| | | Sum of ISV Amount | $34,529,994.21 | $32,300,948.02 | $36,353,720.66 | $103,184,662.89 | | 94% | 113% | |
| | APAC China | Sum of # Account | | | | 579 | 953 | 1,453 | | 2,905 |
| | | Sum of ISV Amount | $24,049,872.55 | $32,030,302.59 | $41,312,170.85 | $97,392,345.99 | | 133% | 129% | |
| | APAC Hong Kong/Taiwan | Sum of # Account | | | | 173 | 461 | 642 | | 1,152 |
| | | Sum of ISV Amount | $7,036,472.17 | $18,166,321.60 | $24,467,567.39 | $49,670,361.16 | | 258% | 135% | |
| | APAC India | Sum of # Account | | | | 121 | 615 | 1,186 | | 1,782 |
| | | Sum of ISV Amount | $8,705,424.21 | $31,781,585.61 | $61,110,224.79 | $101,097,234.61 | | 387% | 192% | |
| | APAC Japan | Sum of # Account | | | | 325 | 914 | 1,108 | | 2,128 |
| | | Sum of ISV Amount | $29,820,667.41 | $57,171,384.31 | $46,996,264.54 | $133,988,316.26 | | 192% | 82% | |
| | APAC Korea | Sum of # Account | | | | 79 | 140 | 265 | | 448 |
| | | Sum of ISV Amount | $5,220,793.51 | $8,861,246.11 | $16,484,283.22 | $30,566,322.84 | | 170% | 186% | |
| | **Subtotal** | Sum of # Account | | | | 2,268 | 4,494 | 6,422 | | 12,202 |
| | | Sum of ISV Amount | $134,162,330.98 | $195,679,830.74 | $255,626,709.70 | $585,468,871.42 | | 146% | 131% | |
| | **Grand Total** | Sum of # Account | | | | 10,786 | 14,044 | 16,293 | | 37,663 |
| | | Sum of ISV Amount | $674,357,950.23 | $750,687,187.32 | $914,011,244.14 | $2,339,056,381.69 | | 111% | 122% | |

CONFIDENTIAL

Rodney Foreman
Vice President, Global Channel Sales
512.525.4359
Follow me on Twitter @RodneyForeman



---

**From:** Duston Williams
**Sent:** Friday, June 1, 2018 4:10 PM
**To:** Rodney Foreman <rodney.foreman@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; D-Reports <D-Reports@nutanix.com>
**Cc:** Jeff Yuille <jeff.yuille@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** RE: Channel Rebate Incentives and Pipeline Update Week ending June 1st

Thanks — a few comments:

First deck

- Slide 5 — Sirius shows actual as of 5/31 of $28.4m with 175% target of $16.6m??
- Slide 8 — any reason why XC Cores deals are trending down lately?

Second deck

- Slide 4 (left) — for a company growing 50%+ y/y the only region keeping pace with the required pipeline growth y/y is EMEA — APAC is significantly behind
- Slide 5 — same comment as slide 4
- Slide 6 — same
- Other slides — mostly similar comments

---

**From:** Rodney Foreman
**Sent:** Friday, June 1, 2018 1:26 PM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>; D-Reports <D-Reports@nutanix.com>
**Cc:** Global-Channel-Sales-Managers <Global-Channel-Sales-Managers@nutanix.com>; Jeff Yuille <jeff.yuille@nutanix.com>
**Subject:** Channel Rebate Incentives and Pipeline Update Week ending June 1st

Dheeraj,

Per your request for a weekly update on the rebate incentives and channel pipeline.

For this week, our overall PID pipeline and bookings is tracking ahead of any previous quarter in company history. Most importantly our New Business PID pipeline is tracking ahead of last year by a significant amount in every region. Dell OEM pipeline generation is not where we would like but Lenovo bookings and pipeline are trending up. We are also seeing traction and pipeline build with IBM following the AIX platform support announcement. This data is in the Pipeline Build Charts presentation attached.

The rebate incentives are consistently delivering 25 XC Core deals per week. We are also seeing a significant upward trend in PID New Logo pipeline. Top partner growth pipeline is trending upward as we enter June. We are looking forward to the announcement of the Velocity program and incentives which will be reviewed with you in a meeting being scheduled for early next week.

Thank you! -Rodney

Rodney Foreman
Vice President, Global Channel Sales
512.525.4359
Follow me on Twitter @RodneyForeman



CONFIDENTIAL

NTNX-0017365

# EXHIBIT 46

**To:** Bill Broderson (bill.broderson@nutanix.com)[bill.broderson@nutanix.com]; Lou Attanasio[lou.attanasio@nutanix.com]; Ben Gibson (ben.gibson@nutanix.com)
[ben.gibson@nutanix.com]
**From:** Jeff Yuille[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=88FDD5CD97074EB688F2A321F8AE0FF2-JEFF
YUILLE]
**Sent:** Mon 7/16/2018 4:54:54 PM Pacific Standard Time
**Subject:** Pipeline Targets Presentation
**Attachment:** Pipeline_07162018.pptx

Hi Bill, Lou and Ben,

Attached is a cut of the pipeline presentation we want to show Dheeraj tomorrow morning.

The story is as follows:

- Current spending levels will not get us to our pipe creation goal
  - This is based on the historical measurement of $1 of Demand Generation spend correlates to $45 of ISV pipeline (or $60 in the old bookings methodology)
- This gap exists in every quarter
- Each functional group has pipe target goals and we all need to become more efficient
  - Then we have a few bullets on each of our initiatives to help us bridge the gap
- Sales slides that Bill sent last night are next so you can talk through all of the work being done there
- Velocity slide to hit on the work in the channel group
- Key plays slides on how marketing is planning to improve our results

Please let us know your thoughts and I can work through any changes tonight,

Jeff

CONFIDENTIAL

NTNX-0069689

# EXHIBIT 47

**To:** Lou Attanasio[lou.attanasio@nutanix.com]
**From:** Bill Broderson[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=12256E35B1824B8F89A87481A5CE13C5-BILL BRODER]
**Sent:** Fri 7/13/2018 8:38:51 AM Pacific Daylight Time
**Subject:** FW: Check this out for Dheeraj
**Attachment:** 2019 PIPELINE TARGETS REVISED.pptx

Thank You

**From:** Bill Broderson
**Sent:** Tuesday, July 3, 2018 5:35 PM
**To:** Lou Attanasio <lou.attanasio@nutanix.com>
**Subject:** Check this out for Dheeraj

Thank You

                                                    NTNX-0070129

# EXHIBIT 48

**To:** Sherry Lautenbach[sherry.lautenbach@nutanix.com]
**From:** Bill Broderson[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=12256E35B1824B8F89A87481A5CE13C5-BILL BRODER]
**Sent:** Mon 8/20/2018 4:30:30 AM Pacific Daylight Time
**Subject:** FW: URGENT: SFDC Hygiene

Sherry, I got my ass CHEWED out last night hence, it is 425am and I am up trying to get ahead of this before Dheeraj makes this a fire drill for all of us. I told Lou and Dheeraj that they would get corrected right after SKO and I got called out late last night because Americas team was not yet doing what you and I need...I also know you sent multiple notes telling them to get this cleaned up over past 2 months...tell me how I can help you since I know Chris is sending the data to every manager...But everything indicates that the reps are not following and they all have a copy of what is expected...

Dheeraj will see EVERYTHING on Wednesday so if the teams can clean up in next 48 hours that would really help...

Thank You



---

**From:** Bill Broderson
**Sent:** Monday, August 20, 2018 4:25 AM
**To:** David Gwyn <dgwyn@nutanix.com>; Anton Granic <anton@nutanix.com>; Mark Milow <mark.milow@nutanix.com>; Chris Howard <choward@nutanix.com>; Keith Moran <keith.moran@nutanix.com>; Brian Colin <brian.colin@nutanix.com>; Blake Bursey <blake.bursey@nutanix.com>; Alex Garwood <alex.garwood@nutanix.com>; Brad Rhodes <rhodes@nutanix.com>; Michael Owen <michael.owen@nutanix.com>; Mike Kemp <mkemp@nutanix.com>; Nils Hagberg <nils.hagberg@nutanix.com>; Derek Twombly <derek.twombly@nutanix.com>; Mike Giordano <mike.giordano@nutanix.com>; Peter Cary <peter.cary@nutanix.com>; Robert Stroud <robert.stroud@nutanix.com>; Robert Yelenich <robert.yelenich@nutanix.com>; Tyler Renkert <tyler.renkert@nutanix.com>; John Pellettiere <john.pellett@nutanix.com>; Greg O'Connell <grego@nutanix.com>; Scot Susi <scot.susi@nutanix.com>; Sean McLaughlin <seanm@nutanix.com>; Andres Hurtado <ahurtado@nutanix.com>; Carl Boggis <carl.boggis@nutanix.com>; Christiana Damm <christi.damm@nutanix.com>; Clark Swinney <clark.swinney@nutanix.com>; Deb Gray <deb.gray@nutanix.com>; Fred Moscone <fred@nutanix.com>; Jim Lorenz <james.lorenz@nutanix.com>; Kevin Gallagher <kevin.gallagher@nutanix.com>; Mike Buckley <mike.buckley@nutanix.com>; Noah Gingell <noah.gingell@nutanix.com>; Otto Sidan <otto.sidan@nutanix.com>; Paul Thelen <paul.thelen@nutanix.com>; Rick Schulman <rick@nutanix.com>; AJ Leane <angus.leane@nutanix.com>; Brent Bair <brent.bair@nutanix.com>; Dan Anglim <dan.anglim@nutanix.com>; Dave Smith <david.smith@nutanix.com>; John Dygert <john.dygert@nutanix.com>; Kris King <kris.king@nutanix.com>; Ryan Hesson <ryan.hesson@nutanix.com>
**Cc:** Sherry Lautenbach <sherry.lautenbach@nutanix.com>; Tammy Rogers <tammy.rogers@nutanix.com>
**Subject:** URGENT: SFDC Hygiene

We are beginning the second week after SKO and Americas is still exhibiting a Pipeline Hygiene issue that reflects a significant amount of Opportunities still sitting in Upside for August with 11 days left in the month. In addition to August, 72% of the 1Q Funnel is sitting in Upside and the Forecast for Americas for both August and the Quarter are not where we need them to be.
.

The level of Scrutiny will get significantly more intense, there will be more requests for data and forecast confirmation and these will all be distractions that your teams do not need when they should be focused on progression, closing deals and creating new opportunities.
In addition, the "War Room" will be providing Lou, Sherry and Dheeraj with Progression by Rep and Manager and they will be ranked weekly.

The Call Today is to have all your Reps spend 30 minutes TODAY to clean up THEIR SFDC by Updating the Opportunity Value, Forecast Category and Close Date, moving all deals in Upside by mid-month that will not close in current month to a more appropriate date or close.

I have made myself available to all of the managers and as of this morning, I have had detailed discussions with 4 to help educate their teams and the rationale behind. The Nutanix Forecast relies on SFDC as the Fuel for the Engine and as such, to be a High Performance Engine, our SFDC must be Accurate and Fairly represent your business, Today it is not demonstrating the characteristics and it is easily correctable.

I ask your help with insuring that every rep spends 30 minutes today updating SFDC so we can reflect the true Americas Funnel and provide the business with greater Forecast Confidence.

Thank You

NTNX-0040906

# EXHIBIT 49

**To:** Bill Broderson[bill.broderson@nutanix.com]
**Cc:** Lou Attanasio[lou.attanasio@nutanix.com]; Rickie Goyal[rickie@nutanix.com]; Jeff Yuille[jeff.yuille@nutanix.com]
**From:** Ben Gibson[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0CAD0528011F49E6832D7538D1A8B193-BENJAMIN GI]
**Sent:** Tue 8/21/2018 3:43:20 PM Pacific Daylight Time
**Subject:** Re: Q1'19 Forecast Triangulation Update

---

Yeah ... I think Rickie has laid out in general terms, but I think collectively (sales and marketing) we need a sharper, quantified view on cause, fixes and "natural healing." How much of this model's $58M gap is due to stealth/understated pipe, both in size and stage? How much was pull-in factor for Q4 number hit? How much was weak Q4 pipeline generation in West and North? I was thinking about the same end of year anomaly. Thing is, I don't think we saw a similar anomaly effect a year ago.

I was just side barring w Duston and I don't think he feels like we're in a fairly reasonable position at all. Earnings call (and guidance) is week from tomorrow. � I'm happy to be smacked upside the head and told we should be fine. But this model call, combined with a very strange, very material drop in Q1 new pipe creation $ values, doesn't feel reasonable. Maybe this is mostly related to a early year/quotas/stealth effect in Americas.....

Please shoot me with the feel-good tranquilizer dart :)

Ben

Sent from my iPhone

On Aug 21, 2018, at 3:06 PM, Bill Broderson <bill.broderson@nutanix.com> wrote:

> Don't you think that Rickie answered adequately? I do not see the same Gap that many of the Models are calling.. I see $350 but I also believe that our pipeline must be cleaned up quickly...I sent 5 notes to the Regional Leaders in US to reflect their posture more accurately.
>
> I also think that Last quarter we had the $24M Federal Deal in Strong Upside at this point of Quarter. My personal Observation is that the end of any year becomes an anomaly with progression and pressure to finish a year strong and potentially make accelerators. I think that now that reps all have their quotas, they will update their opportunities to reflect the appropriate forecast category and we will see a big jump in actual yield model. I would argue that we are actually in a fairly reasonable position
>
> Thank You
> <image001.png>

---

> **From:** Ben Gibson
> **Sent:** Tuesday, August 21, 2018 2:14 PM
> **To:** Duston Williams <duston.williams@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Inder Sidhu <inder.sidhu@nutanix.com>
> **Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>; Bill Broderson <bill.broderson@nutanix.com>
> **Subject:** Re: Q1'19 Forecast Triangulation Update
>
> Hi folks – I got bcc'd on the first report here. Can you pls continue our conversation from this email so I can be on it?
>
> I'm still reeling from seeing this model hit today with such a wide swing from the marketing/finance model which had us at the end of July at +1M for Q1, and Americas at -$15M. First I've seen of it. Two and a half weeks later, the sales model now shows -$58M , with Americas at -$68M. Sridhar, Rukmini and I are in the war room right now. Our very fast next step is answering Duston's question below: what happened in the past six days and exactly do we have such a sudden, sharp variance in models. And of course, what we specifically need to do to close the gap. Team is working this now across sales/marketing/finance.

---

> **From:** Sridhar Chandran <sridhar.chandran@nutanix.com>
> **Date:** Tuesday, August 21, 2018 at 1:31 PM
> **To:** Ben Gibson <ben.gibson@nutanix.com>
> **Subject:** Fwd: Q1'19 Forecast Triangulation Update
>
> Get Outlook for iOS

---

> **From:** Rickie Goyal <rickie@nutanix.com>
> **Sent:** Tuesday, August 21, 2018 12:51 PM
> **To:** Duston Williams; Dheeraj Pandey; Lou Attanasio; Inder Sidhu
> **Cc:** Sridhar Chandran; Bill Broderson
> **Subject:** Re: Q1'19 Forecast Triangulation Update

CONFIDENTIAL

NTNX-0027968

It's not ideal but we're dealing with what we have in front of us.

Chris is calling a 10m miss. I'm confident that Chris K will get to plan. He's a conservative forecaster.

Matt is calling a 10m miss. Based on where he is today I think he can bridge some of it but we have some work to do.

Sherry is currently calling 42m short. We're all hands on deck to increase the pipe and accelerate the deals.

We have $775m in upside, pipeline, and omitted. We have the deals.

Rickie Goyal | VP of WW Sales Operations | Nutanix Inc.
rickie@nutanix.com | +1.408.560.2620 Office | +1.312.451.6903 Mobile

**From:** Duston Williams
**Sent:** Tuesday, August 21, 2018 12:11:16 PM
**To:** Rickie Goyal; Dheeraj Pandey; Lou Attanasio; Inder Sidhu
**Cc:** Sridhar Chandran; Bill Broderson
**Subject:** RE: Q1'19 Forecast Triangulation Update

It simply does not feel good.

Assuming we get to the $370m target – when was the last time the internal model was that wrong?

When was the last time that the VP call was that wrong?

Having this thrown across the transom with no explanation an hour before the board meeting is not helpful.

**From:** Rickie Goyal
**Sent:** Tuesday, August 21, 2018 12:05 PM
**To:** Duston Williams <duston.williams@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Inder Sidhu <inder.sidhu@nutanix.com>
**Cc:** Sridhar Chandran <sridhar.chandran@nutanix.com>; Bill Broderson <bill.broderson@nutanix.com>
**Subject:** Re: Q1'19 Forecast Triangulation Update

Hi Duston,

Here is a look at how things played out last quarter vs this quarter (to date).

The overall pipeline numbers are flat and the projection (bookings) is almost identical to last quarter. Keep in mind that we're doing more S@S and SW only this quarter vs last quarter so the bookings projection being flat still indicates an increase in ISV.

The biggest difference is the that the pipeline is more heavily weighted towards early stage vs later stage.

At this point last quarter commit was 98m and strong upside was 234m.

This quarter we're at 62m of commit and 178m of strong upside.

Due to this the IPM model and Bill's model are indicating we will be short.

NTNX-0027969

The VP calls are conservative as well as I believe they don't have full visibility into their business yet.

We introduced some changes with territory alignment and segmentation so I'm sure reps are being evasive about what they really have in the funnel this quarter until they believe the quotas are locked down. We had some latency rolling out quotas in Americas this half vs previous halves as we implemented account based quota for the first time.

I'm confident that as people are getting back in the saddle from SKO/PTO we will see positive changes in terms of pipeline accuracy and forecast increase (reps and management alike).

Lou, Bob, and I are making calls to every level of sales management to make sure everybody understands what we need to get to and formulate a path to get there.

We're creating some awareness with you and Dheeraj that it's going to be a tough quarter but we're not hitting a panic button. We're going to execute and keep a close eye on things. We'll stay in constant communication with you and your team in regards to this.

<image005.png>

<image006.png>

Thanks,

Rickie Goyal | VP of WW Sales Operations | Nutanix Inc.
rickie@nutanix.com | +1.408.560.2620 Office | +1.312.451.6903 Mobile

---

**From:** Duston Williams
**Sent:** Tuesday, August 21, 2018 11:40:38 AM
**To:** Dheeraj Pandey; Lou Attanasio; Inder Sidhu
**Cc:** Sridhar Chandran; Rickie Goyal; Bill Broderson
**Subject:** RE: Q1'19 Forecast Triangulation Update

I tried to find something good here but . . .

We can call out all the qualifiers we want but having the VP call at $307m and the model at $312m is a total disaster.

Less than a week ago we felt comfortable at the target number for Q1 – what has changed in 6 days?

Hopefully I'm missing something.

Duston

---

**From:** Thevashen Naidu
**Sent:** Tuesday, August 21, 2018 11:28 AM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Inder Sidhu <inder.sidhu@nutanix.com>
**Subject:** Q1'19 Forecast Triangulation Update

Rest of distribution in bcc
-----------------------------------
Hi all,
Please see attached the model update for this week - $312.5M vs VP call of $307.5M. Please note that the pipeline is still heavily weighted in the upside forecast category.

- Americas West: 71% of pipeline sitting in Upside. Historical upside 4 quarter average win rate of 14%.
- Americas East: Historical win rates for Upside are 3% less than that of Pipeline and nearly $84M (or 61%) of pipe is in Upside
- Americas North: 76% of pipeline is sitting in Upside, with a 4 quarter average win rate of 16%, compared to 46% for opportunities with Strong Upside

CONFIDENTIAL

NTNX-0027970

• Americas Public Sector: A 14% win rate for opportunities in Upside over the prior 4 quarters, coupled with 59% of all opportunities being in

• EMEA: 75% of the pipeline is in Upside. The 4 quarter average win rate for Upside is 27%

Thanks,
Thevashen Naidu | Director, Sales Strategy and Analytics | Nutanix Inc.
thevashen.naidu@nutanix.com | Office: 408-380-2694 | Mobile: 408-772-7512

CONFIDENTIAL

NTNX-0027971

# EXHIBIT 50

**To:** Sherry Lautenbach[sherry.lautenbach@nutanix.com]; Lauri Capwell[lauri.capwell@nutanix.com]
**From:** Tammy Rogers[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6834EE92B0FC4F7AB4691B3ABE2BB536-TAMMY.ROGER]
**Sent:** Thur 8/23/2018 6:54:32 AM Pacific Daylight Time
**Subject:** FW: 1Q Pipeline Concern

---

Just sharing.... Not sure what support they did for SKO..but with that said..we need to find a way to get a better view, on a consistent basis on our pipeline. Pipeline has been confusing to me from the day I started and hasn't really improved.

Thanks,

Tammy Rogers
Nutanix, Sales Operations Director, Americas
317-294-7196 Mobile

---

**From:** Bill Broderson
**Sent:** Thursday, August 23, 2018 9:52 AM
**To:** Tammy Rogers <tammy.rogers@nutanix.com>
**Subject:** RE: 1Q Pipeline Concern

Yes...They are all done by Chris at same time.. but it relies on quota and that the mapping are correct...He will do them again starting tomorrow...They were also swamped with all support for SKO and Board meeting and War Room so even our Control Book for Lou hasn't been done for 3 weeks...

Thank You
William Broderson
Sr Director Sales Productivity
770-815-1400

NUTANIX

---

**From:** Tammy Rogers
**Sent:** Thursday, August 23, 2018 6:26 AM
**To:** Bill Broderson <bill.broderson@nutanix.com>
**Subject:** RE: 1Q Pipeline Concern

Bill- I am not talking Chris region packages, as I stated in my note, I am talking about the Americas package. I included the last one I rec'd from you for your reference.  Let me know...this package consolidated for the Americas is much more actionable then the other deck from Chris with just all the region charts in the deck.  Let me know, thanks

Tammy Rogers
Nutanix, Sales Operations Director, Americas
317-294-7196 Mobile

---

**From:** Bill Broderson
**Sent:** Thursday, August 23, 2018 9:21 AM
**To:** Tammy Rogers <tammy.rogers@nutanix.com>
**Subject:** Re: 1Q Pipeline Concern

 Last package chris did was end of July...he will start again tomorrow..he needed quota to do what he does..I will cc u on everything...it was an oversight sorry.. trying to do too much at 1 time...

The pressure on pipeline is huge because of not calling plan makes all other things come under microscope....The drop from 841 including pipeline category to 471 in 3 weeks just stood out and I dont generally look at anything less than upside....but everyone wants early warning alerts and I was hoping there was a mistake .....you have like 2x your quota so it stood out......

Thanks.....I see good potential if what is left is truly closable this quarter...hopefully the note u sent will get their attention...appreciate the help...

Sent from my Sprint Samsung Galaxy Note8.

-------- Original message --------
**From:** Tammy Rogers <tammy.rogers@nutanix.com>
**Date:** 8/23/18 5:58 AM (GMT-07:00)
**To:** Bill Broderson <bill.broderson@nutanix.com>
**Cc:** Sherry Lautenbach <sherry.lautenbach@nutanix.com>
**Subject:** FW: 1Q Pipeline Concern

CONFIDENTIAL

NTNX-0040900

Bill- Morning, how are you. I did send a note to all reps on pipeline hygiene, progression and cleanup last night, you were copied. We did see a slight dtd progression on 1Q, but a decline in August as the team firms up August commit and roadmap. Lauri runs a daily pipeline/forecast report which she share with Sherry and I so that we are able to quickly id dtd changes. We do not include pipeline in our pulls as in our management system, pipeline deals are early leads, not qualified oppty's, so we don't want this "fluff" to sway our views to more qualified pipeline then we truly have.

Reviewing this note, we have seen a decline in pipeline and upside since the first week of August. We expect a decline in pipeline because of the item noted above and we force cleanup of pipeline forecast status deals to either be progressed to upside or move out. We also had an unexpected decline in Upside, which we will continue to inspect.

With all of this said, can I ask you a favor, can you PLEASE copy me on all notes you send to Sherry or any of the Americas team, this includes RDs, Reps and VPs. I think it's really of value that I see the messages you are conveying so I can quickly help supply the data points to Sherry and the team to save churn and distractions.

Also, I don't believe I have seen an Americas pipeline package from you or Chris (not the region packages, but the actual Americas package) since June. If you or your team are not going to provide that Americas package, please let me know, but we did use that package to better support Sherry in a data with the pipeline.

Appreciate the partnership and focus from you and your team. My requests above are in attempt to making all of us am even better sales ops teams. Any questions, let me know.

Thanks

Tammy Rogers
Nutanix, Sales Operations Director, Americas
317-294-7196 Mobile

---

**From:** Sherry Lautenbach
**Sent:** Thursday, August 23, 2018 7:07 AM
**To:** Tammy Rogers <tammy.rogers@nutanix.com>; Lauri Capwell <lauri.capwell@nutanix.com>
**Subject:** Fwd: 1Q Pipeline Concern


Sherry Lautenbach
SVP Americas
Nutanix
646-319-6440
sherry.lautenbach@nutanix.com


Begin forwarded message:

> **From:** Bill Broderson <bill.broderson@nutanix.com>
> **Date:** August 22, 2018 at 11:19:29 PM EDT
> **To:** Anton Granic <anton@nutanix.com>, David Gwyn <dgwyn@nutanix.com>, Elaine Yee <elaine.yee@nutanix.com>, Chris Howard <choward@nutanix.com>, Keith Moran <keith.moran@nutanix.com>
> **Cc:** Sherry Lautenbach <sherry.lautenbach@nutanix.com>, Rickie Goyal <rickie@nutanix.com>, Lou Attanasio <lou.attanasio@nutanix.com>
> **Subject: 1Q Pipeline Concern**
>
> Team, As I review the 1Q Pipeline, it is important to recognize now more than I have ever seen before a very significant decline in 1Q Total Opportunities from $628M in Upside or greater at the beginning of the quarter to $471M as of Tonight a 25% decline. Clearly it is always expected to be a clean-up, at the beginning of the quarter, but with just 2X the Quota and so much sitting in Upside, it is important that we identify Opportunities that we can bring in from 2Q... Total of All Forecast Categories is down $348M or 41% from start of the quarter
>
> I realize that each of you has gotten more than normal alerts and correspondence, but as part of the New War Room" Strategy, I will be providing early Alerts to each of the Theaters and Regions where there is an "Apparent Gap" so that we can determine if SFDC is accurate, were opportunities inadvertently moved as part of the new territory mapping or as part of any SFDC changes.
>
> Chris Lowry can create any reports that you need to show where the declines occurred so we might take action now to help mitigate..
>
>
> Thank You
> William Broderson
> Sr. Director Sales Productivity

NTNX-0040901

# EXHIBIT 51

**To:** Jeff Yuille[jeff.yuille@nutanix.com]; Ben Gibson[ben.gibson@nutanix.com]; Lou Attanasio[lou.attanasio@nutanix.com]
**Cc:** Rukmini Sivaraman[rukmini.sivaraman@nutanix.com]; Bill Broderson[bill.broderson@nutanix.com]; Sridhar Chandran[sridhar.chandran@nutanix.com]; Tony Santini [tony.santini@nutanix.com]; Christopher Lowry[christopher.lowry@nutanix.com]; Min Zhao[min.zhao@nutanix.com]; Mineo Sakan[mineo.sakan@nutanix.com]; Sridhar Chandran [sridhar.chandran@nutanix.com]; Tomoko Takeda[tomoko.takeda@nutanix.com]; Daniel Yang[daniel.yang@nutanix.com]; Mike Higashioka[mike.higashioka@nutanix.com]; Thevashen Naidu[thevashen.naidu@nutanix.com]; Paul Mayes[paul.mayes@nutanix.com]; Bob Wallace[bob@nutanix.com]; Rickie Goyal[rickie@nutanix.com]
**From:** Aditya Denduluri[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CBFAB7D9C918487CAC8F485FD2D6C515-ADITYA DEND]
**Sent:** Wed 8/29/2018 9:08:49 PM Pacific Daylight Time
**Subject:** Re: Pipeline War Room Update
**Attachment:** War Room_08292018.pptx
**Attachment:** FP&A Q1'19 Projection - wk4.xlsx
**Attachment:** IPM Q1'19 Details 8-27-18.xlsx

+Bob and Rickie

Aditya Denduluri | Director, Global Sales Strategy and Analytics| Nutanix Inc.

aditya.denduluri@nutanix.com | +1.408.684.7812 Office | +1.505.241.9486 Mobile

---

**From:** Jeff Yuille
**Sent:** Wednesday, August 29, 2018 8:43 PM
**To:** Ben Gibson; Lou Attanasio
**Cc:** Rukmini Sivaraman; Bill Broderson; Sridhar Chandran; Tony Santini; Christopher Lowry; Min Zhao; Mineo Sakan; Sridhar Chandran; Tomoko Takeda; Daniel Yang; Mike Higashioka; Aditya Denduluri; Thevashen Naidu; Paul Mayes
**Subject:** Pipeline War Room Update

Hi Ben and Lou,

Apologize for getting this out so late but it took a while to get all of the data and information collected.  We will be more efficient on this update next week.  Once you have had a chance to review please let me know and I will send off to the executive team.

Thanks,

Jeff

---

Hi,

This is the first edition of our Pipeline War Room Executive Update.  The cross-functional team of Sales Analytics, Sales Productivity, FP&A, Marketing Analytics, Channel and Business Operations all contributed to putting this update together.  Thank you to all who contributed.  As the first edition, this update will morph over time as we mature and innovate as a cross-functional team.

What you will find is a high level summary across the pipeline life cycle of Create, Progress and Close.  Each section outlines key findings, some detail and an associated action plan.  Here is a high level summary across all three stages with additional detail in the Powerpoint deck and the accompanying excel files of the Internal Pipe Model and FP&A in-quarter predictions.

CONFIDENTIAL

<u>Create Highlights</u>

- Pipeline creation linearity is on track at 22% of goal worldwide

- Q2'19 outlook of +$30M is consistent across all three cuts of the data (Segment, New vs. Existing and Theater)

- Intense focus with Channel team to address areas of weakness with Velocity initiative, especially in Americas New Business (North and West)

- Initiating Rep Pipeline Lifeline program to ~50 reps that have accounts showing strong demand signals but are struggling with quota attainment


<u>Progress Highlights</u>

- Tracked a significant slip of Upside & Pipeline ISV over the past few weeks that appears to be tapering off in Americas & APAC

- Despite loss of ISV, week to week forecast progression has been strong & growing

- Overall linearity remains strong & above all 4 previous quarters

- Positive progression to closure of several large deals this month

- Addressing weak Commit & SU forecast at a VP & RD level – requesting stringent validation of opportunities


<u>Close Highlights</u>

- Reviewed the multiple models to predict quarter end close

- Models use different assumptions sets and should be used in a triangulation effort

- The discrepancy between the Internal Pipe Model and the FP&A model is due to how each model calculates the stealth pipeline

    - Stealth pipeline comes from pull-in and pipeline created/closed within quarter that results in bookings

    - Most of the model discrepancy is in the Americas theater where stealth pipeline has a higher preponderance

    - Internal pipeline model takes a conservative approach to predicting new pipeline bookings

    - FP&A model has a higher pull-in bookings projection because our out-quarter pipeline is growing at a faster rate than day 1 pipeline, thus we have more dollars to pull-in and the win rates have been consistent

- Broderson model uses 2 quarter averages as opposed to 4 quarter averages thus relying more on recency

- A triangulation of the models would put us at ~$343M ISV


Thanks,


Pipeline War Room Team

NTNX-0013195

# EXHIBIT 52

**To:** Duston Williams[duston.williams@nutanix.com]
**From:** Rodney Foreman[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C17E1DA80EA84970BA929361157DFB63-RODNEY.FORE]
**Sent:** Fri 9/14/2018 8:50:17 AM Pacific Standard Time
**Subject:** RE: Pipeline War Room Update (9/13/2018)

Your assuming the people on this email thread are intelligent and honest in order to get that outcome.

Rodney Foreman
Vice President, Global Channel Sales
512.525.4359
Follow me on Twitter @RodneyForeman



**From:** Duston Williams
**Sent:** Friday, September 14, 2018 10:05 AM
**To:** Jeff Yuille <jeff.yuille@nutanix.com>; Ben Gibson <ben.gibson@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>
**Cc:** Aditya Denduluri <aditya.denduluri@nutanix.com>; Bill Broderson <bill.broderson@nutanix.com>; Bob Wallace <bob@nutanix.com>; Rickie Goyal <rickie@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Rodney Foreman <rodney.foreman@nutanix.com>; Paul Mayes <paul.mayes@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>; Thevashen Naidu <thevashen.naidu@nutanix.com>; Min Zhao <min.zhao@nutanix.com>; Mineo Sakan <mineo.sakan@nutanix.com>; Chris Kozup <chris.kozup@nutanix.com>
**Subject:** RE: Pipeline War Room Update (9/13/2018)

Even intellectual honesty would be good

**From:** Duston Williams
**Sent:** Thursday, September 13, 2018 6:07 PM
**To:** Jeff Yuille <jeff.yuille@nutanix.com>; Ben Gibson <ben.gibson@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>
**Cc:** Aditya Denduluri <aditya.denduluri@nutanix.com>; Bill Broderson <bill.broderson@nutanix.com>; Bob Wallace <bob@nutanix.com>; Rickie Goyal <rickie@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Rodney Foreman <rodney.foreman@nutanix.com>; Paul Mayes <paul.mayes@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>; Thevashen Naidu <thevashen.naidu@nutanix.com>; Min Zhao <min.zhao@nutanix.com>; Mineo Sakan <mineo.sakan@nutanix.com>; Chris Kozup <chris.kozup@nutanix.com>
**Subject:** RE: Pipeline War Room Update (9/13/2018)

Ok – time for a bit of intellectually honesty.

The facts:

- AOP is $368m
- Field call is $322m
- Average of the models is $338m
- Americas linearity seems problematic
- Fed FY done in 2 weeks
- West is in early days of rebuild so having the "FP&A" model +$8m gives me no comfort
- On the flip side we seem to still be saying "there is a reasonable path . . . "

So exactly what is going to close the $30m - $45m gap? I just think we should put something on paper to make us feel good that actually there " . . is a reasonable path . . ."

I'm sure there is a lot of good work going on in the background that is making folks feel more comfortable than the $322m or $338m depicts.

Only thing I would like to see is a reasonable bridge between these numbers.

Thanks.

Duston

CONFIDENTIAL

NTNX-0054992

**From:** Jeff Yuille
**Sent:** Thursday, September 13, 2018 5:18 PM
**To:** Ben Gibson <ben.gibson@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Duston Williams <duston.williams@nutanix.com>
**Cc:** Aditya Denduluri <aditya.denduluri@nutanix.com>; Bill Broderson <bill.broderson@nutanix.com>; Bob Wallace <bob@nutanix.com>; Rickie Goyal <rickie@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Rodney Foreman <rodney.foreman@nutanix.com>; Paul Mayes <paul.mayes@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>; Thevashen Naidu <thevashen.naidu@nutanix.com>; Min Zhao <min.zhao@nutanix.com>; Mineo Sakan <mineo.sakan@nutanix.com>; Chris Kozup <chris.kozup@nutanix.com>
**Subject:** Pipeline War Room Update (9/13/2018)

Hi,

Here is this week's version of the Pipeline War Room Update.

Creation Highlights

- Pipeline creation linearity is 4% behind at 35% of goal
- EMEA is now 12% behind linearity and thus has shifted the marketing mix to immediate lead generation activities from back-end loaded events
- Q2'19 outlook ranges between $21M and $29M surplus
- Existing Business pipeline creation linearity is on pace but New Business linearity is trailing now by 7%
- Focus on Existing Business manifests itself in the pipe creation linearity and also the Q2'19 outlook for Existing Business (+$22M)
- Beam: intense focus on "unplugging" funnel conversion, early account prioritization and top of funnel increase
- Calm: rolling out targeted account (PrismPro + AHV in-house) campaign

Progression Highlights

- 70% of our reps still have a gap to their to go target; we saw no significant week-to-week improvement
- Many of the reps have enough funnel to cover their remaining targets, but they need to progress the deals to SU or Commit
- Forecast Categories & Stages were aligned this week which has resulted in a limited impact to overall Q1 funnel
- Reps will need to remove all Upside & Pipeline opportunities with a September close date by Sep 17th
- Working with Channels to develop new SPIFF's & rebates to accelerate opportunities (e.g., Japan New Partner rebate, Velocity Program shift to Commercial)

Close Highlights

- A triangulation of the models puts us at ~$338M ISV
- Main difference between IPM and FP&A model is in the Americas, specifically Public Sector ($9M delta), West ($8M delta), East ($6M delta) and North ($5M delta)
    - Americas relies on stealth pipe and pull-in more than the other theaters and the models take different approaches to estimating this behavior
- Broderson model diverges from IPM due to corrections of SFDC Forecast categories based on Stage and using 2 quarter averages instead of 4 quarter averages

Thanks,

Pipeline War Room Team

CONFIDENTIAL

NTNX-0054993

# EXHIBIT 53

**To:** Rodney Foreman[rodney.foreman@nutanix.com]
**From:** Lou Attanasio[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FE2145F16F46422591474C10B5FD4851-LOU.ATTANAS]
**Sent:** Fri 10/5/2018 7:21:27 PM Pacific Standard Time
**Subject:** RE: Pipeline War Room Update (10/04/2018)

Rodney, Thank You.... REALLY can use your help there....If you can, try to spend some time with the RVP in both West and North... Your team will really make a difference as we finish up the qtr, and we really can use your help..!!

Lou Attanasio
Chief Revenue Officer - EVP
Cell (914) 588-4189   Office (669) 255-0441
Nutanix, Inc. | 1740 Technology Drive, 1st Floor, San Jose, CA 95110



---

**From:** Rodney Foreman
**Sent:** Friday, October 5, 2018 6:21 AM
**To:** Lou Attanasio <lou.attanasio@nutanix.com>
**Subject:** FW: Pipeline War Room Update (10/04/2018)

FYI -

Rodney Foreman
Vice President, Global Channel Sales
512.525.4359



---

**From:** Rodney Foreman
**Sent:** Friday, October 5, 2018 8:19 AM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>
**Subject:** RE: Pipeline War Room Update (10/04/2018)

Yes, we are focusing on the North and West. I am personally involved and we have created the attached plan.
We are executing now with urgency.

-Rodney

Rodney Foreman
Vice President, Global Channel Sales
512.525.4359



---

**From:** Dheeraj Pandey
**Sent:** Friday, October 5, 2018 8:16 AM
**To:** Rodney Foreman <rodney.foreman@nutanix.com>
**Subject:** Re: Pipeline War Room Update (10/04/2018)

"
- major weakness in Americas North and West

"

FYI...
On Oct 5, 2018, 9:35 AM +0530, Jeff Yuille <jeff.yuille@nutanix.com>, wrote:

Hi,

Here is this week's version of the Pipeline War Room Update.

### Creation Highlights
- Pipeline creation linearity dropped to 7% behind at 56% of goal

- Existing Business pipeline creation linearity is now 7% behind with New Business linearity also trailing by 7%

  - Reduction in value on a $22M Americas Central deal the primary driver for the Existing Business decline and the slowdown in linearity

NTNX-0008076

- Q2'19 outlook dropped to $4M to $16M surplus (major weakness in Americas North and West)

  - Launched pull-in channel program in Americas North and West, .NEXT On Tours happening this week in North and rep Pipeline-as-a-Service launching imminently

  - Important to note that the outlook can be impacted by pipeline pull in/pushout dynamics
  - For example, our Q1 outlook at the end of Q4 was impacted by large pushouts during the final week of the quarter.  We are closely monitoring the discrete, focused pull-in activity for Q1 to understand its impact on our Q2 outlook

    - In the final week of Q4'18 we were expecting an extra $100M+ of pipeline to roll into Q1'19 but got that amount got pushed to Q2'19 and beyond
    - Most of the pushout can be attributed to the Americas (Public Sector, North, Central, and West) and was a significantly higher percentage than previous quarters

- Flow pipeline creation is showing more steady progression compared to Calm and Beam

  - Launched Enterprise Account-Based marketing and channel initiatives for Beam (Prospecting Day on 10/10)

### Progression Highlights
- 66% of our reps still have a gap to their "to go" target

  - 55% of those reps do not have enough funnel to progress & call their target
  - There are also 3,315 Stagnant Stage 1 Opportunities that have not progressed

- Saw zero week-to-week improvement of the reps with Gap to Target and Stagnant Stage 1 Opportunities
- Worldwide Strong Coverage is 1.0X rolling into October

  - We will need to heavily rely on Upside funnel to cover any forecast slips
  - Focus on validating the Upside funnel & identifying key pull ins
  - The Channels org has begun reaching out to large Q2 deal partner owners to review the potential acceleration opportunities

### Close Highlights
- Models are converging as we enter the final month of the quarter
- A triangulation of the models would put us at ~$343.5M ISV with the VP call the lowest input
- IPM increased by $15M due to a strong finish to month 2 for Americas East ($+7M), EMEA (+$3M) positive progression on large deals and increasing the renewals forecast by $3M
- FP&A model is down $2M due to reductions in APAC and EMEA
- Broderson model diverges from IPM due to corrections of SFDC Forecast categories based on Stage and using 2 quarter averages instead of 4 quarter averages

### Physical War Room Highlights
- Tarp is off, the walls have been painted and furniture is in the space
- Whiteboard installed, TVs going up in the next week
- Privacy Wall installed the week of October 8th
- Official move-in date is October 15th

Thanks,

Pipeline War Room Team

NTNX-0008077

# EXHIBIT 54

**To:** Dheeraj Pandey[dheeraj@nutanix.com]
**Cc:** Jeff Yuille[jeff.yuille@nutanix.com]; Lou Attanasio[lou.attanasio@nutanix.com]; Rukmini Sivaraman[rukmini.sivaraman@nutanix.com]; Sunil Potti[sunil.potti@nutanix.com]
**From:** Ben Gibson[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0CAD0528011F49E6832D7538D1A8B193-BENJAMIN GI]
**Sent:** Sun 10/14/2018 5:07:39 PM Pacific Standard Time
**Subject:** Re: Pipeline War Room Update (10/11/2018)

On the treadmill comment:

Big "new things candidates" that would need investment, IMHO:
- far larger investment in "Nutanix propaganda machine" across media campaign/PR/AR/IR

- Deepen investment in strategic channel partners to drive GTM success in commercial

- a game-changing hardware platform partnership that could give us easier access to broader channels (like an Inspur in China, or an HPE....)

- "Big bet" SP GTM investment in key markets

- build out a digital/SaaS marketing+sales engine that drives frictionless, lower cost of sales

Where we could redirect/rightsize BIG $ spend (Lou and I raised several of these in Friday's mtg):

- .NEXT major events at $10M/event — grow for quantity, or cap for quality, a-la PANW?

- heavy regional events schedule (attracts more existing than net new prospects)

- SKO at $10M

- broad based channel program investment (people + programs+ incentives) vs distinct focus on top 20% partner base.

These aren't easy calls, but the big discretionary pipeline investment money lies in our events (internal and external).

Ben

Sent from my iPhone

On Oct 14, 2018, at 3:56 PM, Dheeraj Pandey <dheeraj@nutanix.com> wrote:

> Also, both yield (bottom line) and overall top line are important. Unless we do something markedly different — architecturally different, or with immense focus (not doing a few expensive things) — I'm not sure we will ever get off the treadmill.
>
> Get Outlook for iOS
>
> ---
>
> **From:** Jeff Yuille
> **Sent:** Sunday, October 14, 2018 3:41:10 PM
> **To:** Lou Attanasio; Dheeraj Pandey
> **Cc:** Ben Gibson
> **Subject:** RE: Pipeline War Room Update (10/11/2018)
>
> Hi Lou,
>
> Sounds good to sync up tomorrow. I can answer some specific instances where Marketing is trying to improve yield. Our Pipelines-a-Service program is launching soon with an emphasis on Americas North and West. Central EMEA is trailing significantly in pipeline creation and our new VP of EMEA Marketing, Mark Wheeler, is spinning up some media programs and additional calling to help bolster that region. In addition, we are applying more advanced yield metrics to help inform our marketing mix and do a better job of performance-based planning. Will be good to sync up though to get the channel and sales initiatives so we have a more comprehensive view.
>
> Thanks,
>
> Jeff
>
> ---
>
> **From:** Lou Attanasio
> **Sent:** Sunday, October 14, 2018 12:55 PM
> **To:** Dheeraj Pandey; Jeff Yuille
> **Cc:** Ben Gibson
> **Subject:** RE: Pipeline War Room Update (10/11/2018)

CONFIDENTIAL

NTNX-0027672

Jeff, I think I can help you answer this…..Lets get some time on Monday with myself, Bill, and Bob….that way, we can give a good perspective on what is being done different…  I think Dheeraj's point is….if we keep doing the same thing, why would we ever expect a different outcome..

Lou Attanasio
Chief Revenue Officer – EVP
Cell (914) 588-4189   Office (669) 255-0441
Nutanix, Inc.  |  1740 Technology Drive, 1st Floor, San Jose, CA 95110



---

**From:** Dheeraj Pandey
**Sent:** Sunday, October 14, 2018 6:04 AM
**To:** Jeff Yuille <jeff.yuille@nutanix.com>
**Cc:** Ben Gibson <ben.gibson@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>
**Subject:** Re: Pipeline War Room Update (10/11/2018)

Jeff,

Do we have any plans to change anything and try anything different to improve on the pattern here? What help can we get from the theater VPs? Are they  coming up with new ideas?

Dheeraj

Get Outlook for iOS

---

**From:** Jeff Yuille <jeff.yuille@nutanix.com>
**Sent:** Thursday, October 11, 2018 4:48 PM
**To:** Dheeraj Pandey; Ben Gibson; Lou Attanasio; Duston Williams
**Cc:** Aditya Denduluri; Bill Broderson; Bob Wallace; Rickie Goyal; Sridhar Chandran; Rodney Foreman; Paul Mayes; Rukmini Sivaraman; Thevashen Naidu; Min Zhao; Mineo Sakan; Chris Kozup
**Subject:** Pipeline War Room Update (10/11/2018)

Hi all,

Here is this week's Pipeline War Room Update.


**Creation Highlights**
- Pipeline creation linearity dropped to 9% behind at 62% of goal
  - On pace for ~$1,100M in pipeline creation or 85% of goal
  - $1,100M in pipeline creation represents a $1 of Demand Gen spend equates to $53 of pipeline creation which is in line with prior performance in Q1'18
- Existing Business pipeline creation linearity is now 9% behind with New Business linearity also trailing by 10%
  - All theaters slowed down on pipeline creation this week with Americas impacting existing business more and EMEA/APAC impacting the new business decline
- Q2 outlook surplus ranges from $1M to $5M
  - New business outlook has a $14M deficit and is dragging down the number
  - Existing Business outlook has a $19M surplus
- Flow pipeline creation is showing more steady progression compared to Calm and Beam
- Beam pipeline created has picked up steam the past two weeks (Prospecting Day held on 10/10)

**Progression Highlights**
- 66% of our reps still have a gap to their "to go" target (same percentage as last week and trailing the goal of 40%)
  - 64% of those reps do not have enough funnel to progress & make target (9% decline from last week and trailing the goal of 55%)
- Worldwide Strong Coverage is only 1.0X
  - We will need to heavily rely on Upside funnel to cover any forecast slips
  - EMEA's Strong Forecast coverage is very healthy at 1.7X without SocGen (sitting in Upside). APAC is at 1.1X and Americas is struggling at 0.8X. If we assume minor fall out in APAC & EMEA, there will not be enough strong funnel to cover America's miss
  - Focus on validating the Upside funnel & identifying key pull ins
  - The Channels org has begun reaching out to large Q2 deal partner owners to review the potential acceleration opportunities

**Close Highlights**
- Models are converging in the final weeks of the quarter
- A triangulation of the models would put us at ~$345M ISV with the VP call the lowest input
- Taking the highest number for each theater regardless of model would put us at $358M
- Renewals call increasing to $24M from $18M at the start of the quarter is helping all of the models increase in value
- IPM and FP&A model diverge on the Americas with a $6M discrepancy in both the West and Central
- Broderson model diverges from IPM due to corrections of SFDC Forecast categories based on Stage and using 2 quarter averages instead of 4 quarter averages
- Bookings linearity through months 1 and 2 on pace but there is not enough pipeline left in October and that is why all of the models are calling short of $368M

**Physical War Room Highlights**
- Tarp is off, the walls have been painted and furniture is in the space
- Whiteboard and Privacy Wall installed
- TVs going up in the next week
- Official move-in date is October 15th

Thanks,

Pipeline War Room Team

CONFIDENTIAL                                                                                    NTNX-0027674

# EXHIBIT 55

**To:** Dheeraj Pandey[dheeraj@nutanix.com]; Ben Gibson[ben.gibson@nutanix.com]; Lou Attanasio[lou.attanasio@nutanix.com]; Jeff Yuille[jeff.yuille@nutanix.com]; Duston Williams [duston.williams@nutanix.com]
**Cc:** Bill Broderson[bill.broderson@nutanix.com]; Bob Wallace[bob@nutanix.com]; Rickie Goyal[rickie@nutanix.com]; Rodney Foreman[rodney.foreman@nutanix.com]; Paul Mayes [paul.mayes@nutanix.com]; Chris Kozup[chris.kozup@nutanix.com]
**From:** Rukmini Sivaraman[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8634C4FAE19E4BD289EE50026C39F4A9-RUKMINI SIV]
**Sent:** Thur 9/13/2018 5:43:38 PM Pacific Daylight Time
**Subject:** RE: Pipeline War Room Update (9/13/2018)

From looking at the deck, I think that statement is more about *closing* opportunities, rather than generating pipeline – i.e., many of those 70% of reps have pipe coverage but need to move it to Commit and Strong Upside.

Also, if I'm reading this right, all the models are predicting a miss on ISV bookings, with the *highest* model estimate (Broderson's model) showing a $11.5M miss? Can we add the goals to slide 16, both global and geos?

**From:** Dheeraj Pandey
**Sent:** Thursday, September 13, 2018 5:25 PM
**To:** Ben Gibson <ben.gibson@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Jeff Yuille <jeff.yuille@nutanix.com>
**Cc:** Bill Broderson <bill.broderson@nutanix.com>; Bob Wallace <bob@nutanix.com>; Rickie Goyal <rickie@nutanix.com>; Rodney Foreman <rodney.foreman@nutanix.com>; Paul Mayes <paul.mayes@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>; Chris Kozup <chris.kozup@nutanix.com>
**Subject:** Re: Pipeline War Room Update (9/13/2018)

Thanks Jeff.

*"70% of our reps still have a gap to their to go target; we saw no significant week-to-week improvement"*

How are we coaching them to generate pipe? Is there a recipe for growth, assuming they know they're behind? This could be with existing customers, channel call blitz, inside-sales calls, other leads from marketing, etc.
On Sep 14, 2018, 2:18 AM +0200, Jeff Yuille <jeff.yuille@nutanix.com>, wrote:

Hi,

Here is this week's version of the Pipeline War Room Update.

**Creation Highlights**
- Pipeline creation linearity is 4% behind at 35% of goal
- EMEA is now 12% behind linearity and thus has shifted the marketing mix to immediate lead generation activities from back-end loaded events
- Q2'19 outlook ranges between $21M and $29M surplus
- Existing Business pipeline creation linearity is on pace but New Business linearity is trailing now by 7%
- Focus on Existing Business manifests itself in the pipe creation linearity and also the Q2'19 outlook for Existing Business (+$22M)
- Beam: intense focus on "unplugging" funnel conversion, early account prioritization and top of funnel increase
- Calm: rolling out targeted account (PrismPro + AHV in-house) campaign

**Progression Highlights**
- 70% of our reps still have a gap to their to go target; we saw no significant week-to-week improvement
- Many of the reps have enough funnel to cover their remaining targets, but they need to progress the deals to SU or Commit
- Forecast Categories & Stages were aligned this week which has resulted in a limited impact to overall Q1 funnel
- Reps will need to remove all Upside & Pipeline opportunities with a September close date by Sep 17th
- Working with Channels to develop new SPIFF's & rebates to accelerate opportunities (e.g., Japan New Partner rebate, Velocity Program shift to Commercial)

**Close Highlights**
- A triangulation of the models puts us at ~$338M ISV
- Main difference between IPM and FP&A model is in the Americas, specifically Public Sector ($9M delta), West ($8M delta), East ($6M delta) and North ($5M delta)
    - Americas relies on stealth pipe and pull-in more than the other theaters and the models take different approaches to estimating this behavior
- Broderson model diverges from IPM due to corrections of SFDC Forecast categories based on Stage and using 2 quarter averages instead of 4 quarter averages

Thanks,

Pipeline War Room Team

CONFIDENTIAL                                                                                 NTNX-0027856

# EXHIBIT 56

**To:** Bill Broderson [bill.broderson@nutanix.com]
**Cc:** Rickie Goyal[rickie@nutanix.com]
**From:** Lou Attanasio[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FE2145F16F46422591474C10B5FD4851-LOU.ATTANAS]
**Sent:** Thur 10/11/2018 7:07:15 PM Pacific Daylight Time
**Subject:** FW: Pipeline War Room Update (10/11/2018)

I need your insight on this as well.........

Lou Attanasio
Chief Revenue Officer - EVP
Cell (914) 588-4189   Office (669) 255-0441
Nutanix, Inc. | 1740 Technology Drive, 1st Floor, San Jose, CA 95110



**From:** Duston Williams
**Sent:** Thursday, October 11, 2018 3:07 PM
**To:** Jeff Yuille <jeff.yuille@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Ben Gibson <ben.gibson@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>
**Cc:** Aditya Denduluri <aditya.denduluri@nutanix.com>; Bill Broderson <bill.broderson@nutanix.com>; Bob Wallace <bob@nutanix.com>; Rickie Goyal <rickie@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Rodney Foreman <rodney.foreman@nutanix.com>; Paul Mayes <paul.mayes@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>; Thevashen Naidu <thevashen.naidu@nutanix.com>; Min Zhao <min.zhao@nutanix.com>; Mineo Sakan <mineo.sakan@nutanix.com>; Chris Kozup <chris.kozup@nutanix.com>
**Subject:** RE: Pipeline War Room Update (10/11/2018)

Could you please explain this comment?

***"$1,100M in pipeline creation represents a $1 of Demand Gen spend equates to $53 of pipeline creation which is in line with prior performance in Q1'18"***

- What was the forecast number for the $53?
- What has been the trend for pipe creation per $ of spend?
- Not sure what you are saying about Q1'18 – are you happy with the current $53 because it tracks to the Q1'18 performance?

The pipeline gap is getting larger week by week – if this keeps up we will have a real problem for a traditionally strong Q2 quarter – this seems to make no sense? Do we know why? Did Q1'18 pipe generation continue to negatively gap throughout the quarter?

Unless I'm misreading the situation, in general, there seems to be little to no good news with the overall pipeline progress.

**From:** Jeff Yuille
**Sent:** Thursday, October 11, 2018 4:48 PM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>; Ben Gibson <ben.gibson@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Duston Williams <duston.williams@nutanix.com>
**Cc:** Aditya Denduluri <aditya.denduluri@nutanix.com>; Bill Broderson <bill.broderson@nutanix.com>; Bob Wallace <bob@nutanix.com>; Rickie Goyal <rickie@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Rodney Foreman <rodney.foreman@nutanix.com>; Paul Mayes <paul.mayes@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>; Thevashen Naidu <thevashen.naidu@nutanix.com>; Min Zhao <min.zhao@nutanix.com>; Mineo Sakan <mineo.sakan@nutanix.com>; Chris Kozup <chris.kozup@nutanix.com>
**Subject:** Pipeline War Room Update (10/11/2018)

Hi all,

Here is this week's Pipeline War Room Update.

**Creation Highlights**
- Pipeline creation linearity dropped to 9% behind at 62% of goal
    - On pace for ~$1,100M in pipeline creation or 85% of goal
    - $1,100M in pipeline creation represents a $1 of Demand Gen spend equates to $53 of pipeline creation which is in line with prior performance in Q1'18
- Existing Business pipeline creation linearity is now 9% behind with New Business linearity also trailing by 10%
    - All theaters slowed down on pipeline creation this week with Americas impacting existing business more and EMEA/APAC impacting the new business decline
- Q2 outlook surplus ranges from $1M to $5M
    - New business outlook has a $14M deficit and is dragging down the number
    - Existing Business outlook has a $19M surplus
- Flow pipeline creation is showing more steady progression compared to Calm and Beam
- Beam pipeline created has picked up steam the past two weeks (Prospecting Day held on 10/10)

CONFIDENTIAL

**Progression Highlights**
- 66% of our reps still have a gap to their "to go" target (same percentage as last week and trailing the goal of 40%)
  - 64% of those reps do not have enough funnel to progress & make target (9% decline from last week and trailing the goal of 55%)
- Worldwide Strong Coverage is only 1.0X
  - We will need to heavily rely on Upside funnel to cover any forecast slips
  - EMEA's Strong Forecast coverage is very healthy at 1.7X without SocGen (sitting in Upside). APAC is at 1.1X and Americas is struggling at 0.8X. If we assume minor fall out in APAC & EMEA, there will not be enough strong funnel to cover America's miss
  - Focus on validating the Upside funnel & identifying key pull ins
  - The Channels org has begun reaching out to large Q2 deal partner owners to review the potential acceleration opportunities

**Close Highlights**
- Models are converging in the final weeks of the quarter
- A triangulation of the models would put us at ~$345M ISV with the VP call the lowest input
- Taking the highest number for each theater regardless of model would put us at $358M
- Renewals call increasing to $24M from $18M at the start of the quarter is helping all of the models increase in value
- IPM and FP&A model diverge on the Americas with a $6M discrepancy in both the West and Central
- Broderson model diverges from IPM due to corrections of SFDC Forecast categories based on Stage and using 2 quarter averages instead of 4 quarter averages
- Bookings linearity through months 1 and 2 on pace but there is not enough pipeline left in October and that is why all of the models are calling short of $368M

**Physical War Room Highlights**
- Tarp is off, the walls have been painted and furniture is in the space
- Whiteboard and Privacy Wall installed
- TVs going up in the next week
- Official move-in date is October 15th

Thanks,

Pipeline War Room Team

                                                                    NTNX-0007772

# EXHIBIT 57

**To:** Duston Williams[duston.williams@nutanix.com]
**Cc:** Sridhar Chandran[sridhar.chandran@nutanix.com]
**From:** Mineo Sakan[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E3C71F412F534561A47D4B751765DE70-MINEO SAKAN]
**Sent:** Tue 10/16/2018 6:05:12 PM Pacific Daylight Time
**Subject:** FW: CONFIRMED || Commercial Segment Deep Dive

Summary of today's meeting. FYI

---

**From:** Mike Higashioka
**Sent:** Tuesday, October 16, 2018 5:43 PM
**To:** Jeff Yuille <jeff.yuille@nutanix.com>; Mineo Sakan <mineo.sakan@nutanix.com>; Bob Wallace <bob@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>; Aditya Denduluri <aditya.denduluri@nutanix.com>; Christine Cardema <christine.cardema@nutanix.com>
**Subject:** Re: CONFIRMED || Commercial Segment Deep Dive

Hi All,

Just to recap the meeting from today:

**Takeaway from Dheeraj's Staff Meeting Last Week:**
1. ISV bookings will be short of our target this quarter
2. Anemic growth in new logos
3. Lack of pipe creation

**Outcome from staff meeting:**
1. Stop CAM/Channel hiring until the problem is fixed
2. Rukmini to follow up with sales analytics, marketing analytics, and finance to investigate the problem and explore solutions

**Short-term Actions from Today's Meeting:**
1. Make the case to support continued investments in CAMs.  Supporting evidence includes:

    ○ New logo linearity by account segment
    ○ Bookings linearity by account segment
    ○ Pipe creation linearity by account segment
    ○ GAP from XC

2. Time frame - @Aditya Denduluri, @Christine Cardema and I discussed having a draft of the analysis done by EOW.

**Areas to Investigate:**
1. Geo - GP/S&M ratio by theater and region (Bob/Mineo)
2. Logos/Segments - Channel pricing, OEM impact, rep focus (new vs. existing)
3. Competition - Product pricing (Rukmini/Mike), positioning (Ben/Jeff)

**Decisions Made:**
1. Ok to pause channel hiring until we understand the output from velocity program

Best,
Mike

---

**From:** Deanna Tran
**Sent:** Tuesday, October 16, 2018 9:53 AM
**To:** Deanna Tran; Jeff Yuille; Mineo Sakan; Bob Wallace; Rukmini Sivaraman
**Cc:** Christine Cardema; Aditya Denduluri; Mike Higashioka
**Subject:** FW: CONFIRMED || Commercial Segment Deep Dive
**When:** Tuesday, October 16, 2018 2:00 PM-3:00 PM.
**Where:** HQ1-614-Xpression (Cisco Room 6)

------Original Appointment-----
**From:** Deanna Tran
**Sent:** Monday, October 15, 2018 11:06 AM
**To:** Deanna Tran; Jeff Yuille; Mineo Sakan; Bob Wallace; Rukmini Sivaraman
**Cc:** Christine Cardema; Aditya Denduluri

CONFIDENTIAL                                                                                    NTNX-0012546

**Subject:** CONFIRMED || Commercial Segment Deep Dive
**When:** Tuesday, October 16, 2018 2:00 PM-3:00 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** HQ1-614-Xpression (Cisco Room 6)

                                                                                         NTNX-0012547

# EXHIBIT 58

**To:** Rodney Foreman[rodney.foreman@nutanix.com]
**From:** Lou Attanasio[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FE2145F16F46422591474C10B5FD4851-LOU.ATTANAS]
**Sent:** Thur 10/18/2018 3:43:33 PM Pacific Daylight Time
**Subject:** Fwd: Pipeline War Room Update (10/18/2018)
**Attachment:** image001.png
**Attachment:** ATT00001.htm
**Attachment:** War Room_10182018.pptx
**Attachment:** ATT00002.htm

---

You CANNOT FORWARD THIS!!!  Cannot!!  Please.  I asked to have you put on just this week.  Duston did not want this out!  Please tell team to not forward and erase immediately.
Lou

Sent from my iPhone

Begin forwarded message:

> **From:** Rodney Foreman <rodney.foreman@nutanix.com>
> **Date:** October 18, 2018 at 3:35:59 PM PDT
> **To:** Global-Channel-Sales-Managers <Global-Channel-Sales-Managers@nutanix.com>
> **Cc:** Lou Attanasio <lou.attanasio@nutanix.com>
> **Subject: FW: Pipeline War Room Update (10/18/2018)**
>
>
> Appreciate all of the continued efforts to drive pipeline via the channel.  We represent over 30% of the generated pipeline.
>
> Noted below –
> **"Channel – Continue to double down on call out days via the channel. These programs are our highest ROI programs of any marketing activities."**
>
> Let's continue the call out days and all of the focus on Velocity.  It is driving a consistent amount of new customer pipeline. Most of our new logo pipeline is coming via the channel.
> Thank you!  -Rodney
>
> Rodney Foreman
> Vice President, Global Channel Sales
> 512.525.4359

NTNX-0007671

# Produced in Native

CONFIDENTIAL                                                                                                                    NTNX-0007675

# War Room Update 10/18/2018

# CREATE     PROGRESS     CLOSE












# Executive Summary

## What

- Pipeline creation linearity is now 5% behind goal

- Existing Business pipeline creation linearity improved to 3% behind with New Business linearity improving to a 7% deficit

- Q2'19 outlook now has a $5M deficit

- Flow pipeline creation is showing more steady progression compared to Calm and Beam

## Why

- A few large deals in the Americas improved linearity ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- ▮▮▮▮▮▮▮▮▮▮▮▮▮ deal helped improved New Business whereas ▮▮▮ ▮▮▮ helped improve the Existing Business number

- Less pipeline flowing into Q2'19 due to higher loss rates on current quarter and future quarter pipeline

- Gaining momentum on Flow due to AHV attach campaign

## Action

- Developing Pipeline-as-a-Service program to ~50 reps that will launch imminently

- Launched pull-in channel program in Americas North and West

- Performance-based Marketing Investments

- Developing VMWare Compete and Hardware Refresh Campaigns

- Calm Prospecting Day scheduled for early November



3

# Worldwide Pipeline Creation Linearity

**Q1 ISV Pipe Creation Goal = $1,294m**
**QTD Pipe Created = $933m**



## Key Takeaways

- **Worldwide** - linearity gap decreased to a 5% deficit
- **Americas** – improved to 1% behind linearity (see appendix)
- **EMEA** – remains behind linearity at a 13% deficit (see appendix)
- **APAC** – declined to now a 10% deficit (see appendix)



# Pipeline Creation Triangulation

## Key Takeaways

- **Enterprise** – improved to 6% ahead of linearity (see appendix)

- **Commercial** – improved to over 11% linearity (see appendix)

- **SMB** – Fell to 20% behind linearity (see appendix)



**Segment**

**New vs. Existing**

**Theater**

## Key Takeaways

- **Existing Business** – only 3% behind linearity now (see appendix)
- **New Business** – now 7% behind linearity (see appendix)

## Key Takeaways

- **Worldwide** - linearity gap decreased to a 5% deficit
- **Americas** – improved to 1% behind linearity (see appendix)
- **EMEA** – remains behind linearity at a 13% deficit (see appendix)
- **APAC** – declined to now a 10% deficit (see appendix)



5

# Q2'19 Outlook

| Segmentation | Booking (Shortfall)/Excess ISV |
|---|---|
| Commercial | $4 |
| Enterprise | ($2) |
| Healthcare | $0 |
| Other | $1 |
| Public Sector (Global) | ($8) |
| SMB | ($3) |
| Total | ($7) |



**Segment**

**New vs. Existing**

**Theater**

| New Type | Booking (Shortfall)/Excess ISV |
|---|---|
| Americas | ($5) |
| APAC | ($3) |
| EMEA | ($12) |
| Total based on Regional rates | ($20) |

| Existing Type | Booking (Shortfall)/Excess ISV |
|---|---|
| Americas | $14 |
| APAC | ($0) |
| EMEA | $1 |
| Total based on Regional rates | $14 |

| Theater | Booking (Shortfall)/Excess ISV |
|---|---|
| Americas | $8 |
| APAC | ($3) |
| EMEA | ($11) |
| Total based on Regional rates | ($5) |

6



# Multi-Product Pipeline Creation by Week



## Cumulative Pipe Generated in Quarter ($K)

| Week | Beam | Flow | Calm |
|------|------|------|------|
| W1 | $18 | $379 | $127 |
| W2 | $18 | $619 | $731 |
| W3 | $28 | $647 | $842 |
| W4 | $28 | $895 | $842 |
| W5 | $40 | $933 | $873 |
| W6 | $59 | $1,896 | $927 |
| W7 | $86 | $2,032 | $1,087 |
| W8 | $109 | $2,329 | $1,095 |
| W9 | $326 | $2,561 | $1,118 |
| W10 | $488 | $2,664 | $1,118 |
| W11 | $488 | $2,701 | $1,282 |

■ Beam  ■ Flow  ■ Calm



7

# CREATE    PROGRESS    CLOSE










# Executive Summary

## What

- 65% of our reps still have a gap to their to go target. **53% of reps do not have enough funnel to progress** & make target. **13% have made their target** with a **best case of 47%** and forecast of 35% making target

- **Worldwide Strong Coverage has held steady at 1.0X.** However, APAC dipped slightly below 1.0X this week in Strong Forecast Coverage and Americas dropped even further

- **Only 30% of the Q4, 53% of the August, & 22% of the September Commit slips have closed**. 242 deals committed for September slipped with 17% of those previously committed to the business in August.

## Why

- As the quarter ends, weak positioned funnel is being moved out and more reps are being exposed against their to go target. Over half of the reps will not achieve their targets unless something new is created

- EMEA's Strong Forecast coverage increased to 1.8X this week without SocGen (sitting in Upside). EMEA's surplus cannot cover the exposure of Americas & APAC. We will need to rely on new additions & Upside to make plan

- When a rep or manager commits a deal to our business, they are stating that, barring any extreme unforeseen circumstances, we will receive this deal. If a Commit deal slips, it should close within a small timeframe from the push – a week to two weeks on average

## Action

- Need maniacal focus on Strong Forecast funnel to ensure it all closes. Additionally, validation of Upside opportunities needs to continue to ensure we have backfill to slips and gaps

- We need to continue what we have been doing - focus on validating the Upside funnel, identifying key pull ins, identify at risk slip deals early, concentrate on moving the large upside opportunities into Strong Forecast, incent reps to pull in from Q2, etc

- Commit slip close rates this low indicate that the reps either do not understand their client's buying process or are falsely forecasting opportunities. Theater leaders need to hold their RD's accountable for this KPI. That then needs to trickle down to the rep level



# Progression Dashboard

## How are my KPI's performing?

**Theater - All    Region - All**

**Current Funnel**

| Pipeline | Upside | Strong Upside | Commit | Closed |
|---|---|---|---|---|
| $1.4M | $80.2M | $111.5M | $37.7M | $203.6M |

**Progression**

| Upside Progression | | SU Progression | | Commit Progression | |
|---|---|---|---|---|---|
| 12% | $9.3M | 14% | $16.2M | 31% | $10.7M |

**Decline**

| Upside Decline | | SU Decline | | Commit Decline | |
|---|---|---|---|---|---|
| 2% | $2.0M | 4% | $4.4M | 2% | $0.8M |

**Funnel Change**

| Close Increase | New Funnel Added | Lost | Slipped ISV | Net Funnel Change |
|---|---|---|---|---|
| $19.6M | $19.7M | $4.1M | $57.3M | ($43.9M) |

**KPI's**

| Aged over 180 Days | | Average Age | Stagnant Stage 1 Leads | New Logos in Forecast |
|---|---|---|---|---|
| 635 | $92M | 148 days | 3,069 | 518 |

**Forecast**

| Funnel Coverage by Rep | | | | Commit & SU Oppty's > $500K | | (Upside + Pipeline) vs Total | All Funnel Coverage | Strong Forecast Coverage |
|---|---|---|---|---|---|---|---|---|
| Over Target | To Go Covered by Strong Funnel | To Go Covered by All Funnel | Not Enough Funnel to Cover Target | | | | | |
| 69 | 120 | 66 | 281 | 39 | $42.1M | 35% | 1.5 X | 1.0 X |
| 13% | 22% | 12% | 53% | | | | | |

# W2W KPI Performance

## How are our KPI's flowing week to week?

65% of our reps have a Gap to Coverage – **1% W2W improvement**

53% of reps do not have enough funnel to close their gap - **11% W2W improvement**

**1% W2W decrease** of Stagnant Stage 1 Leads

Strong Coverage holding at 1.0X – will need to rely on Upside to cover gaps

### Reps with Gap to Coverage

Americas: 232, 214, 203, 197, 196, 200, 197, 191
EMEA: 108, 102, 98, 91, 93, 86, 86, 87
APAC: 67, 66, 66, 55, 56, 56, 58, 66

### Stagnant Stage 1 Leads by Week

Americas: 2,594, 2,523, 2,530, 2,307, 2,200, 2,225, 2,166, 2,218
EMEA: 1,549, 1,400, 1,347, 1,108, 385, 386, 316, 293
APAC: 989, 906, 966, 780, 724, 708, 652, 602

### All & Strong Forecast Coverage - WW

All Funnel Coverage: 2.2 X, 2.1 X, 2.0 X, 2.0 X, 1.9 X, 1.9 X, 1.7 X, 1.5 X
Strong Coverage: 0.7 X, 0.8 X, 0.9 X, 1.0 X, 1.0 X, 1.0 X, 1.0 X, 1.0 X

### All & Strong Forecast Coverage - WW

|  |  | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|
| All Funnel Coverage | Americas | 2.0 X | 2.0 X | 1.9 X | 1.9 X | 1.7 X | 1.8 X | 1.6 X | 1.5 X |
| | EMEA | 3.3 X | 3.1 X | 2.6 X | 2.5 X | 2.5 X | 2.4 X | 2.3 X | 2.1 X |
| | APAC | 2.3 X | 2.3 X | 1.9 X | 1.9 X | 1.9 X | 1.8 X | 1.6 X | 1.2 X |
| Strong Coverage | Americas | 0.6 X | 0.7 X | 0.8 X | 0.9 X | 1.0 X | 0.9 X | 0.8 X | 0.8 X |
| | EMEA | 0.7 X | 0.8 X | 1.2 X | 1.3 X | 1.4 X | 1.5 X | 1.7 X | 1.8 X |
| | APAC | 0.8 X | 0.8 X | 0.9 X | 0.9 X | 1.0 X | 1.0 X | 1.1 X | 1.0 X |

### Average Age

Americas: 176, 168, 159, 154, 155, 150, 144, 142, 143, 144
EMEA: 191, 189, 192, 195, 189, 180, 176, 166, 158, 153
APAC: 202, 190, 167, 172, 162, 158, 158, 150, 156, 155

*Coverage KPI's start tracking after targets were released – Week 04*
*Strong Coverage = Commit + Strong Upside against to go targets*



# Daily Snapshots of Q1 Forecast

## What does the flow of our ISV through Forecast Categories look like?

EMEA's SU & Commit continues to increase well above their to go target

APAC's Strong Forecast has dipped below their To Go Target

Americas has yet to cover their to go target with their strong forecast (Commit + SU)



# W2W Funnel Performance

## How are Slips, New Additions & Net Funnel Change performing week to week?

Seventh week in a row of consistent Slip & New Additions driving a flat W2W Net Funnel Change

New Additions has seen a drop over the past 3 weeks that needs to be monitored



# CREATE  PROGRESS  CLOSE










# Close Model Projections

| Model | Global ($368M Target) | Americas ($238M Target) | EMEA ($61M Target) | APAC ($54M Target) | Renewals ($19.5M Target) |
|---|---|---|---|---|---|
| Internal Pipe Model | $349M (+$5M) | $207M (+$8M) | $65M (+$2M) | $53M (-$5M) | $24M (-) |
| Broderson Model | $350M (-) | $211M (-) | $60M (-) | $55M (-) | $24M (-) |
| FP&A Model | $346M (-$5M) | $211M (-$2M) | $60M (+$1M) | $51M (-$4M) | $24M (-) |
| VP Call | $343M (+$8M) | $210M (+$5M) | $56M (+$3M) | $53M (-) | $24M (-) |

- Models are converging as we enter the final month of the quarter
- A triangulation of the models would put us at ~$347M ISV with all of the calls within $7M
- Taking the highest number for each theater regardless of model would put us at $355M
- Renewals call at $24M helping all of the models increase in value
- Broderson model diverges from IPM due to corrections of SFDC Forecast categories based on Stage and using 2 quarter averages instead of 4 quarter averages



# Flow Q1'19 Forecast

| | Conversion % | Q1 | Q2 | Q3 | Q4 | FY19 |
|---|---|---|---|---|---|---|
| **ISV Booking Goal** | | **$778K** | **$1,345K** | **$2,951K** | **$4,648K** | **$9,722K** |
| **Pipeline Goal** | **~3.5x ISV Goal** | **$2,723K** | **$4,708K** | **$10,328K** | **$16,268K** | **$34,026K** |

| | Conversion % | Q1 | Q2 | Q3 | Q4 | FY19 |
|---|---|---|---|---|---|---|
| **Booked** | **100%** | **$633K** | - | - | - | **$633K** |
| **Pipeline** | - | $1,107K | $2,439K | $1,364K | $375K | $5,285 |
| Commit | 72% | $61K | $9K | $0K | $0K | $71K |
| Strong Upside | 45% | $357K | $207K | $0K | $0K | $564K |
| Upside | 16% | $688K | $1,121K | $274K | $14K | $2,098K |
| Pipeline | 12% | $0K | $1,190K | $1,090K | $360K | $2,552K |
| #Deals | - | 22 | 82 | 22 | 9 | 135 |

| | | | |
|---|---|---|---|
| **Pipe Forecast** | Weighted by Stage | $315K | *Based on Commit 72%, Strong Upside 45%, Upside 16% Pipe 12%* |
| **Total Forecast (Pipe + Booked)** | | $948K | Includes forecast pipe $ + closed ISV bookings |
| **GAP** | | **$170K** | - |

## Pipeline Actions

- **Pipe Creation**: 51 deals have been created this quarter with Flow attached.
- **Pipe Progression**: Continuing to work through AHV attach campaign opportunities (14/40 deals with Flow quoted to date)

Note: Forecast ONLY includes opportunities that have a quote.  Additionally, no estimates are being made to forecast pull in from out quarter pipe or pipe created in quarter that will also close in quarter.  Forecast methodology has limited historical data and is still being refined



# Beam Q1'19 Forecast

| | Conversion % | Q1 | Q2 | Q3 | Q4 | FY19 |
|---|---|---|---|---|---|---|
| **ISV Booking Goal** | | **$885K** | **$1,771K** | **$2,657K** | **$3,543K** | **$8,856K** |
| **Pipeline Goal** | **~3.5x ISV Goal** | **$3,100K** | **$6,199K** | **$9,299K** | **$12,399** | **$30,997K** |
| | | | | | | |
| **Booked** | **100%** | **$33K** | **$0K** | **$0K** | **$0K** | **$33K** |
| **Pipeline** | - | $369K | $1,237K | $869K | $1K | $2,475K |
| Commit | 72% | $344K | $0K | $0K | $0K | $344K |
| Strong Upside | 45% | $6K | $22K | $36K | $0K | $64K |
| Upside | 16% | $18K | $474K | $496K | $0K | $988K |
| Pipeline | 12% | $0K | $741K | $338K | $1K | $1,080K |
| #Deals | - | 8 | 16 | 10 | 1 | 35 |

| | | | | |
|---|---|---|---|---|
| **Pipe Forecast** | Weighted by Stage | $253K | *Based on Commit 72%, Strong Upside 45%, Upside 16% Pipe 12%* | |
| **Total Forecast (Pipe + Booked)** | | $286K | Includes forecast pipe $ + closed ISV bookings | |
| **GAP** | | **$599K** | - | |

## Pipeline Actions

- Deal progress: 4 deals closed in current week worth $12K through digital mode
- Deals moved to Q2: ███████ ████████████████████ █████
- Theatre view: Maximum traction in Americas (95% of pipeline value)
- Account outreach update: ████ final stage, ███████████ ████████ in progress

Note: Forecast <u>ONLY</u> includes opportunities that have a quote.  Additionally, no estimates are being made to forecast pull in from out quarter pipe or pipe created in quarter that will also close in quarter.  Forecast methodology has limited historical data and is still being refined



# Calm Q1'19 Forecast

| | Conversion % | Q1 | Q2 | Q3 | Q4 | FY19 |
|---|---|---|---|---|---|---|
| **ISV Booking Goal** | | **$700K** | **$1,400K** | **$2,100K** | **$2,800K** | **$7,000K** |
| **Pipeline Goal** | ~3.5x ISV Goal | **$2,471K** | **$4,943K** | **$7,415K** | **$9,887K** | **$24,717K** |

| | Conversion % | Q1 | Q2 | Q3 | Q4 | FY19 |
|---|---|---|---|---|---|---|
| **Booked** | **100%** | **$402K** | **$0K** | **$0K** | **$0K** | **$402K** |
| **Pipeline** | - | $232K | $3,612K | $1,335K | $1,806K | $6,984K |
| Commit | 72% | $84K | $0K | $6K | $0K | $90K |
| Strong Upside | 45% | $105K | $112K | $85K | $0K | $302K |
| Upside | 16% | $43K | $2,180K | $810K | $1,545K | $4,578K |
| Pipeline | 12% | $0K | $1,320K | $434K | $261K | $2,015K |
| #Deals | - | 9 | 48 | 27 | 4 | 88 |

| | | | |
|---|---|---|---|
| **Pipe Forecast** | Weighted by Stage | $115K | *Based on Commit 72%, Strong Upside 45%, Upside 16% Pipe 12%* |
| **Total Forecast (Pipe + Booked)** | | $517K | Includes forecast pipe $ + closed ISV bookings |
| **GAP** | | **$183K** | - |

## Pipeline Actions

- Deal progress: Closed +$11K ██████████ and $7K ████████
- Theatre view: EMEA $310K booked, AMER $92K, APAC $0K
- Pipe creation slowing: $850K in Aug, but only $200K each in Sep / Oct
- Q2 needs pipe build (Goal of $1.4M): $3.6K Pipe, but $1M+ likely to be pushed out; ████████ $1.4M already moved to Q4

Note: Forecast ONLY includes opportunities that have a quote.  Additionally, no estimates are being made to forecast pull in from out quarter pipe or pipe created in quarter that will also close in quarter.  Forecast methodology has limited historical data and is still being refined





# Theater Linearity











NUTANIX CONFIDENTIAL

# Account Segmentation

**Enterprise**

**Enterprise Q1 ISV Pipe Creation Goal = $486m**
**QTD Pipe Created = $401m**



**Commercial**

**Commercial Q1 ISV Pipe Creation Goal = $237m**
**QTD Pipe Created = $205m**



**SMB**

**SMB Q1 ISV Pipe Creation Goal = $199m**
**QTD Pipe Created = $122m**



**Public Sector**

**Public Sector Q1 ISV Pipe Creation Goal = $224m**
**QTD Pipe Created = $117m**



N U T A N I X   C O N F I D E N T I A L

# Account Segmentation







N U T A N I X   C O N F I D E N T I A L

# New vs. Existing





NUTANIX CONFIDENTIAL



# Americas

**Americas Central**

Q1 ISV Pipe Creation Goal = $157m
QTD Pipe Created = $164m



**Americas East**

Q1 ISV Pipe Creation Goal = $141m
QTD Pipe Created = $104m



**Americas North**

Q1 ISV Pipe Creation Goal = $148m
QTD Pipe Created = $136m



**Americas USA Public Sector**

Q1 ISV Pipe Creation Goal = $123m
QTD Pipe Created = $70m



NUTANIX CONFIDENTIAL

# Americas



**Americas West**

**Americas West Q1 ISV Pipe Creation Goal = $141m**
**QTD Pipe Created = $84m**

NUTANIX CONFIDENTIAL





# EMEA

**EMEA Central Europe**

Q1 ISV Pipe Creation Goal = $68m
QTD Pipe Created = $30m



**EMEA Emerging Markets**

Q1 ISV Pipe Creation Goal = $56m
QTD Pipe Created = $34m



**EMEA Northern Europe**

Q1 ISV Pipe Creation Goal = $58m
QTD Pipe Created = $39m



**EMEA Southern Europe**

Q1 ISV Pipe Creation Goal = $79m
QTD Pipe Created = $65m





NUTANIX CONFIDENTIAL



# EMEA

**EMEA Western Europe and Sub-Saharan Africa**

**Q1 ISV Pipe Creation Goal = $97m**
**QTD Pipe Created = $65m**





NUTANIX CONFIDENTIAL

# APAC



**APAC ANZ**

Q1 ISV Pipe Creation Goal = $41m
QTD Pipe Created = $21m



**APAC ASEAN**

Q1 ISV Pipe Creation Goal = $33m
QTD Pipe Created = $23m



**APAC China**

Q1 ISV Pipe Creation Goal = $27m
QTD Pipe Created = $17m



**APAC Hong Kong/Taiwan**

Q1 ISV Pipe Creation Goal = $24m
QTD Pipe Created = $10m



N U T A N I X   C O N F I D E N T I A L



# APAC

**APAC India**

Q1 ISV Pipe Creation Goal = $32m
QTD Pipe Created = $22m



**APAC Japan**

Q1 ISV Pipe Creation Goal = $59m
QTD Pipe Created = $41m



**APAC Korea**

Q1 ISV Pipe Creation Goal = $11m
QTD Pipe Created = $8m





N U T A N I X   C O N F I D E N T I A L

# Opportunity Unit Linearity



**Worldwide**

Q1 Opp Creation Goal (unit) = 18,409*74% = 13,705

## Key Takeaways

- Opportunity Unit linearity now at 8% deficit
- Pipeline dollar linearity is 5% deficit implying the deal size of the opportunities is higher than historical averages



30

# Q2'19 Outlook Regional View

| | Booking (Shortfall)/Excess ISV |
|---|---|
| EMEA CEUR | ($4) |
| EMEA Emerging | ($5) |
| EMEA NEUR | ($0) |
| EMEA SEUR | $2 |
| EMEA WEUR | ($3) |
| **Total** | **($11)** |

| | Booking (Shortfall)/Excess ISV |
|---|---|
| APAC ANZ | ($3) |
| APAC ASEAN | $0 |
| APAC China | $2 |
| APAC HongKong/Taiwan | ($1) |
| India | $1 |
| APAC Japan | ($2) |
| APAC Korea | $0 |
| **Total** | **($3)** |

| | Booking (Shortfall)/Excess ISV |
|---|---|
| Americas Central | $14 |
| Americas East | $6 |
| Americas North | ($6) |
| Americas USA Public Sector | $10 |
| Americas West | ($16) |
| **Total** | **$8** |



# 2018 Q4 Commit Slip Report

## Where are the slipped opportunities that were in Commit & slated to close in Q4?

426 Total Slips

70% of the Q4 Commit slips have NOT closed in Q1

59% of the slips are not closed or forecasted in Q1

19% of the slips have been lost or disqualified
**–1% W2W degradation**



# August Commit Slip Report

## Where are the opportunities that were in Commit for August but slipped?

208 Total Slips

53% of the August Commit slips have closed **(+2% W2W)**

65% of the August Commit slips are forecasted for Q1 or closed **(-2% W2W)**

5% of the slips have been lost or disqualified



# September Commit Slip Report

## Where are the opportunities that were in Commit for September but slipped?

242 Total Slips

22% of the September Commit slips have closed **(+8% W2W)**

70% of the September Commit slips are forecasted for Q1 or closed **(-6% W2W)**



# Top Increases & Bookings

## What are the positive trends in our progression & bookings?



### Booked ISV Linearity vs Week

### What Top Deals Closed this Week?

| Region | Name | Value |
|---|---|---|
| USA Federal Civilian | Sean McLaughlin | $2,206K |
| South Central Enterprise Select | Chris Johnson | $1,068K |
| Midwest Enterprise | Mike Jacobs | $1,014K |
| East Enterprise Select | Thomas Franco | $989K |
| Nordics | Rickard Brundin | $957K |
| France | Philippe Gorry | $789K |
| Midwest Enterprise | Mike Jacobs | $541K |
| USA Federal FSI/SP | Peter Stelnyk | $481K |
| Japan West | Kentaro Hamakawa | $407K |
| East Enterprise Select | Adam Connor | $298K |

### What Were the Top Opportunity ISV Increases?
*Commit, Strong Upside & Upside Only*

| Region | Name | Status | Value |
|---|---|---|---|
| Lower MidAtlantic Enterprise | AJ Papula | Strong Upside | $462K |
| South Central Enterprise Select | Chris Johnson | Closed | $256K |
| East Commercial | Arnie Boigner | Strong Upside | $220K |
| East Commercial | Arnie Boigner | Strong Upside | $206K |
| UK Enterprise Pioneers | Emma Le Poidevin | Strong Upside | $196K |
| France | Philippe Gorry | Closed | $189K |
| East Healthcare | James Lorenz | Upside | $171K |
| East Commercial | Arnie Boigner | Strong Upside | $167K |
| Germany Corporate | Jörn Henrik Teichmann | Strong Upside | $166K |
| China South | Michael Wen | Strong Upside | $154K |

### What Were the Top Opportunities to Progress to Forecast?
*Upside or Pipeline -> Stong Upside or Commit*

| Region | Name | Value |
|---|---|---|
| NY/NJ Financials | Jack Pieracini | $1,000K |
| South Central Enterprise Select | Drew Piersol | $633K |
| Upper MidAtlantic Enterprise | Colin Harvey | $512K |
| NY/NJ Enterprise Select | Mike Agesen | $264K |
| East Commercial | Arnie Boigner | $246K |
| Canada Enterprise | Ivor Rego | $227K |
| Ohio Valley Enterprise | Mark Banbury | $217K |
| East Commercial | Arnie Boigner | $216K |
| East Commercial | Arnie Boigner | $206K |
| New England Commercial | Ryan K. Johnson | $185K |



# New Funnel, New Logo & Top Aged

## Drill down into a few of the Dashboard KPI's

### New Funnel Added This Week
*ISV added new or brought in from another quarter this week*

| Stage | Value | % |
|---|---|---|
| Closed | $3.6M | 16% |
| Commit | $4.4M | 19% |
| Strong Upside | $6.1M | 27% |
| Upside | $7.3M | 32% |
| Pipeline | $1.4M | 6% |

**$19.7M**

### What are the Top New Logo Opportunities?
*Strong Funnel - (Commit + Strong Upside)*

| | | | |
|---|---|---|---|
| New South Wales | Catherine Towers | Strong Upside | $1,035K |
| East Commercial | Brian McNenney | Strong Upside | $1,021K |
| New South Wales | Tyler Wellington | Commit | $711K |
| Japan Globals | Sonny Shimamura | Strong Upside | $669K |
| SLED Central | Brad Schulze | Commit | $664K |
| East Commercial | Ricky Skuse | Commit | $609K |
| SoCal Enterprise | Samuel Hernandez | Strong Upside | $608K |
| Queensland & West | Steve Baker | Strong Upside | $536K |
| Victoria & Tasmania | Chris Crampton | Strong Upside | $503K |
| Ohio Valley Enterprise | Nick Hankins | Strong Upside | $456K |

### What are the Top Aged Deals This Week?
*Greater than 180 Days*

| | | | |
|---|---|---|---|
| Switzerland | Olivier Leu | $135K | 1,439 days |
| Latin America | Pedro Daniel Sandalis | $450K | 1,344 days |
| USA Federal FSI/SP | Bob Chagnot | $99K | 1,123 days |
| UK Enterprise Founders | Carol Waring | $57K | 1,037 days |
| China East | Shawn Li | $55K | 1,025 days |
| Latin America | Marcelo Neri | $10K | 1,019 days |
| Netherlands | Antal Verschuuren | $150K | 1,004 days |
| Ireland and Scotland | Conor Mc Kavanagh | $90K | 994 days |
| South Central Commercial | Michael Funes | $38K | 981 days |
| South Central Enterprise Select | Richard Stephens | $294K | 955 days |
| Latin America | Sergio Martin | $210K | 946 days |
| USA Federal FSI/SP | Daniel Cohen | $0K | 879 days |
| USA Federal DOD | Chris Gordon | $223K | 876 days |
| East Healthcare | James Lorenz | $298K | 871 days |
| Korea | Joonhee Kim | $36K | 862 days |
| USA Federal DOD | Chris Gordon | $50K | 851 days |
| Germany Commercial | Sarah Belete | $0K | 850 days |
| Spain & Portugal | Juan Viloria | $47K | 829 days |
| New England Commercial | Trent Tubolino | $102K | 823 days |
| North Central Commercial | Bill Jones | $49K | 820 days |



# Top Decrease Changes
## What are the top decrease movements where we need to focus attention?

### What Top Opportunities Slipped Out of Quarter?
*Commit, Strong Upside & Upside Only*

| | | | |
|---|---|---|---|
| SoCal Enterprise | Fred Mayne | Upside | $4,588K |
| Chicago Enterprise | Tuyen Tran | Upside | $1,375K |
| USA Federal DOD | Jonathan Noland | Upside | $1,046K |
| East Enterprise Select | Jason Heinrich | Strong Upside | $940K |
| NorCal Enterprise | Bryan Acken | Strong Upside | $874K |
| USA Federal DOD | Leslie McIndoe | Upside | $836K |
| Canada Enterprise | Gregg Duncan | Upside | $563K |
| New South Wales | Craig Bartlett | Strong Upside | $544K |
| East Enterprise Select | Johnny Helms | Strong Upside | $540K |

### What Were the Top LOST Deals This Week?
*All Forecast Stages*

| | | |
|---|---|---|
| India South | Ganesh Narayanan | $608K |
| USA Federal Civilian | Sean McLaughlin | $500K |
| Lower MidAtlantic Enterprise | Gus Pastore | $336K |
| South Central Commercial | Aissam Laanaya | $182K |
| France | Pierre-Maurice Delaunay | $177K |
| USA Federal Civilian | Sean McLaughlin | $175K |
| Canada Enterprise | Domenic Leopardi | $171K |
| East Commercial | Justin York | $169K |
| France | Sébastien Morel | $163K |
| New Zealand | Russell Emerson | $154K |

### What Were the Top Opportunity ISV Declines?
*Commit, Strong Upside & Upside Only*

| | | | |
|---|---|---|---|
| NY/NJ Financials | Mark Lyons | Upside | ($647K) |
| Chicago Enterprise | Brian Hinkle | Strong Upside | ($419K) |
| Lower MidAtlantic Enterprise | David McMillan | Commit | ($389K) |
| NY/NJ Commercial | Angelo Cammilleri | Upside | ($377K) |
| Chicago Enterprise | Brian Hinkle | Strong Upside | ($354K) |
| NY/NJ Financials | Andrew Sadai | Upside | ($267K) |
| NY/NJ Financials | Andrew Sadai | Upside | ($250K) |
| South Central Commercial | Michael Funes | Upside | ($228K) |
| BeLux | Nico Wagemans | Strong Upside | ($199K) |

### What Opportunities Dropped from Strong Funnel?
*Stong Upside or Commit -> Upside or Pipeline*

| | | | |
|---|---|---|---|
| Upper MidAtlantic Enterprise | Chip Holcher II | Upside | $801K |
| Mountain Desert Enterprise | Brett Garner | Upside | $305K |
| Middle East | Moh'd Saif | Upside | $294K |
| Canada Enterprise | Ivor Rego | Upside | $249K |
| Mountain Desert Enterprise | Brett Garner | Upside | $243K |
| NY/NJ Financials | Andrew Sadai | Upside | $215K |
| Upper MidAtlantic Enterprise | John Johnson | Upside | $209K |
| North Central Commercial | Josh Lindquist | Upside | $183K |
| North Central Commercial | Bill Jones | Upside | $162K |



# Funnel Increases & Decreases

## Who are the top reps & how are the Regions performing?

### Top 10 Rep Funnel Increases

| | Q1 |
|---|---|
| SoCal Enterprise | $1,763K |
| East Commercial | $863K |
| NY/NJ Financials | $803K |
| Mountain Desert Enterprise | $597K |
| East Commercial | $558K |
| NY/NJ Commercial | $552K |
| France | $552K |
| South Central Enterprise Select | $510K |
| New England Enterprise | $304K |
| Chicago Enterprise | $288K |

### Top 10 Rep Funnel Declines

| | Q1 |
|---|---|
| SoCal Enterprise | ($4,563K) |
| Chicago Enterprise | ($1,375K) |
| USA Federal DOD | ($1,292K) |
| USA Federal DOD | ($1,059K) |
| NY/NJ Financials | ($991K) |
| East Enterprise Select | ($955K) |
| NorCal Enterprise | ($874K) |
| New South Wales | ($840K) |
| Chicago Enterprise | ($772K) |
| Canada Enterprise | ($734K) |

| | October | | Q4 | |
|---|---|---|---|---|
| WORLDWIDE | ($44M) | ⬇ | ($44M) | ⬇ |
| Americas | ($27M) | ⬇ | ($27M) | ⬇ |
| EMEA | ($8M) | ⬇ | ($8M) | ⬇ |
| APAC | ($9M) | ⬇ | ($9M) | ⬇ |

| | Closed | Commit | Strong Upside | Upside | Pipeline |
|---|---|---|---|---|---|
| Americas | $13,691K | $918K | ($15,729K) | ($25,895K) | $233K |
| EMEA | $3,122K | $456K | ($2,322K) | ($9,655K) | $354K |
| APAC | $2,771K | $66K | ($6,036K) | ($5,218K) | ($692K) |

# Funnel Coverage Report – Q1 & Q2

## Q1 Funnel

| | Funnel ISV | SU + Commit ISV | Closed ISV | All Funnel Coverage | Forecast Coverage |
|---|---|---|---|---|---|
| Americas | $154M | $86M | $134M | 1.5 X | 0.8 X |
| EMEA | $51M | $44M | $37M | 2.1 X | 1.8 X |
| APAC | $24M | $19M | $34M | 1.2 X | 1.0 X |

**Worldwide All Funnel Coverage**

1.5 X

**Worldwide Forecast Coverage**

1.0 X

| Funnel ISV | SU + Commit ISV | Closed ISV |
|---|---|---|
| $230M | $149M | $205M |

## Q2 Funnel

| | Funnel ISV | Upside + SU + Commit ISV | All Funnel Coverage | Forecast Coverage |
|---|---|---|---|---|
| Americas | $960M | $522M | 4.1 X | 2.2 X |
| EMEA | $278M | $226M | 2.8 X | 2.3 X |
| APAC | $255M | $129M | 3.9 X | 2.0 X |

**Worldwide All Funnel Coverage**

3.7 X

**Worldwide Coverage Weighting**

2.2 X

| Funnel ISV | Upside + SU + Commit ISV |
|---|---|
| $1,493M | $877M |

# EXHIBIT 59

To: Anton Granic[anton@nutanix.com]; Elaine Yee[elaine.yee@nutanix.com]; David Gwyn[dgwyn@nutanix.com]; Keith Moran[keith.moran@nutanix.com]; Chris Howard [choward@nutanix.com]; Tammy Rogers[tammy.rogers@nutanix.com]; Lauri Capwell[lauri.capwell@nutanix.com]; Sandeep Randhawa[sandeep.randhaw@nutanix.com]
From: Sherry Lautenbach[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9129DEACCCF042BDAE1AC3F321B46FBA-SHERRY.LAUT]
Sent: Thur 10/25/2018 5:26:16 PM Pacific Daylight Time
Subject: Fwd: War Room Update (10/25/2018)
Attachment: War Room_10252018.pptx
Attachment: ATT00001.htm

---

Team - this is NOT to be forwarded.  To anyone.  I will send these weekly.
Thanks.

Sherry Lautenbach
SVP America's Sales
Nutanix
646-319-6440
Sherry.lautenbach@nutanix.com

Begin forwarded message:

**From:** Jeff Yuille <jeff.yuille@nutanix.com>
**Date:** October 25, 2018 at 6:06:49 PM EDT
**To:** Dheeraj Pandey <dheeraj@nutanix.com>, Ben Gibson <ben.gibson@nutanix.com>, Lou Attanasio <lou.attanasio@nutanix.com>, Duston Williams <duston.williams@nutanix.com>
**Cc:** Aditya Denduluri <aditya.denduluri@nutanix.com>, Bill Broderson <bill.broderson@nutanix.com>, Bob Wallace <bob@nutanix.com>, Rickie Goyal <rickie@nutanix.com>, Sridhar Chandran <sridhar.chandran@nutanix.com>, Rodney Foreman <rodney.foreman@nutanix.com>, Paul Mayes <paul.mayes@nutanix.com>, Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>, Thevashen Naidu <thevashen.naidu@nutanix.com>, Min Zhao <min.zhao@nutanix.com>, Mineo Sakan <mineo.sakan@nutanix.com>, Chris Kozup <chris.kozup@nutanix.com>, Chris Kaddaras <chris.kaddaras@nutanix.com>, Sherry Lautenbach <sherry.lautenbach@nutanix.com>, Matt Young <matt@nutanix.com>
**Subject: War Room Update (10/25/2018)**

Here is the update for this week.

### Creation Highlights
- **Pipeline creation linearity degraded to a 10% deficit this week (5% last week) for 79% attainment**
  - Americas pipe creation is 8% behind linearity whereas EMEA is 13% behind and APAC is now 8% behind
  - Large deal downsizing impacted the Americas number
  - Existing Business pipeline creation linearity is now 8% behind and New Business fell to an 11% deficit
- **Q2'19 outlook now has a deficit of ~$18M**
  - New Business outlook has a $24M deficit and is dragging down the number
  - Existing Business outlook dropped to a $6M surplus
  - $11M of the deficit is attributable to lack of pipe entering Q2'19 and $7M of the deficit is attributable to predictions on pipe creation for Q2'19
  - Pipe clean-up initiatives started in Q4 and could be impacting the models because we have higher closed lost and push-out rates this quarter
- **Theater Q2'19 outlook:**
  - Americas ($0M)
  - APAC (-$6M)
  - EMEA (-$12M)
  - Regions in trouble for Q2'19 are Americas North (-$9M), Americas West ($-15M), APAC ANZ (-$4M), APAC Japan (-$5M), EMEA CEUR (-$4M), EMEA Emerging (-$6M) and EMEA WEUR (-$4M)
  - Big negative movers this week were Americas East losing $6M (deal downsizing and high push out), Americas North pushing out more pipeline than expected bringing their outlook down by $3M and APAC Japan losing $3M this week due to pushing out pipeline to future quarters at a higher rate than the past

### Close Highlights
- **A triangulation of the models would put us at ~$347M ISV with all of the calls within $5M**
  - Models are converging as we enter the final week of the quarter
  - Taking the highest number for each theater regardless of model would put us at $353M
  - Renewals call at $25M helping all of the models increase in value

### New Actions to Address Q2'19 Gaps:
1. **Performance-Based Marketing Investments** – For the first time, Theaters will have the ability to allocate dollars across the marketing mix – digital, events, programs, thought leadership, executive programs, etc, all based on brand new attribution/ROI data that shows what has performed best for pipeline yield. Less regional events.  More high-yield programs.
2. **Pipeline as a Service** – focus on reps with good performance who need additional help. Currently we have 60 Reps for the Americas (concentrated in West and North). Phase 1 has started with a series of direct marketing activities with the goal to drive meetings and

CONFIDENTIAL

generate pipeline around our core HCI value proposition. Phase 2 can follow quickly – both expanding the list of Reps to the next 60, and also going deeper and broader into new accounts and reaching new contacts.  We will be extending this to EMEA and APJ ASAP.

3. **Prospecting Days** –Next Prospecting Day is in early November and is focused on Flow

4. **Channel** – Continue to double down on call out days via the channel. These programs are our highest ROI programs of any marketing activities.

5. **VMWare Compete Program** –An outbound marketing program designed to reach Director level and above. The message is focused on avoiding lock in and "Franken-clouds".  We are timing the execution to capture the VMware renewal and ELA cycle which happens at the end of the year.

6. **Hardware Refresh campaign** – we're just getting this started – but we have a list of accounts that are ideal candidates for old hardware updates and we'll be targeting them with unsolicited proposals – this will be packaged by marketing, but hand delivered by reps.

7. **Sales Productivity Initiatives** – Stagnant Account targeting, formalized weekly prospecting calendar for all reps, developing opportunity creation workshops leveraging best practices from our top reps

Thanks,

The Pipeline War Room Team

CONFIDENTIAL                                                                                          NTNX-0038666

# Produced in Native

CONFIDENTIAL

NTNX-0038667

# War Room Update 10/25/2018

# CREATE        PROGRESS        CLOSE

  

   



# Executive Summary

## What

- Pipeline creation linearity is now 10% behind goal

- Existing Business pipeline creation linearity declined to 8% behind with New Business linearity degraded to an 11% deficit

- Q2'19 outlook now has an $18M deficit

- Flow pipeline creation is showing more steady progression compared to Calm and Beam

## Why

- Large deal in Latin America got downsized and trend deficit is similar to week 10

- Given large deal swings week-to-week unit linearity is a more consistent way of measuring pipe creation health

- $11M of the deficit is less pipeline flowing into Q2'19 than anticipated and $7M of the deficit is lower estimates on Q2'19 pipe creation

- Gaining momentum on Flow due to AHV attach campaign

## Action

- Developing Pipeline-as-a-Service program to ~50 reps that will launch imminently

- Launched pull-in channel program in Americas North and West

- Performance-based Marketing Investments

- Developing VMWare Compete and Hardware Refresh Campaigns

- Flow Prospecting Day scheduled for early November

3

# Worldwide Pipeline Creation Linearity

**Worldwide**

**Q1 ISV Pipe Creation Goal = $1,294m**
**QTD Pipe Created = $1,024m**



## Key Takeaways

- **Worldwide** - linearity gap increased to a 10% deficit
- **Americas** – fell to 8% behind linearity (see appendix)
- **EMEA** – remains behind linearity at a 13% deficit (see appendix)
- **APAC** – improved to an 8% deficit (see appendix)



4

# Pipeline Creation Triangulation

## Key Takeaways

- **Enterprise** – dropped slightly to 3% ahead of linearity (see appendix)

- **Commercial** – Remained at 11% ahead of linearity (see appendix)

- **SMB** – Improved a bit to 16% behind linearity (see appendix)



**Segment**

**New vs. Existing**

**Theater**

## Key Takeaways

- **Existing Business** – gap increased to 8% behind linearity (see appendix)
- **New Business** – gap increased to 11% behind linearity (see appendix)

## Key Takeaways

- **Worldwide** - linearity gap increased to a 10% deficit
- **Americas** – fell to 8% behind linearity (see appendix)
- **EMEA** – remains behind linearity at a 13% deficit (see appendix)
- **APAC** – improved to an 8% deficit (see appendix)



5

# Q2'19 Outlook

| Segmentation | Booking (Shortfall)/Excess ISV |
|---|---|
| Commercial | $2 |
| Enterprise | ($7) |
| Healthcare | $0 |
| Other | $1 |
| Public Sector (Global) | ($10) |
| SMB | ($3) |
| **Total** | **($17)** |

| New Type | Booking (Shortfall)/Excess ISV |
|---|---|
| Americas | ($9) |
| APAC | ($3) |
| EMEA | ($12) |
| **Total based on Regional rates** | **($24)** |

| Existing Type | Booking (Shortfall)/Excess ISV |
|---|---|
| Americas | $9 |
| APAC | ($3) |
| EMEA | ($0) |
| **Total based on Regional rates** | **$6** |



**Segment**

**New vs. Existing**

**Theater**

| Theater | Booking (Shortfall)/Excess ISV |
|---|---|
| Americas | $0 |
| APAC | ($6) |
| EMEA | ($12) |
| **Total based on Regional rates** | **($18)** |



# Multi-Product Pipeline Creation by Week



Cumulative Pipe Generated in Quarter ($K)

# CREATE  PROGRESS  CLOSE












8

# Executive Summary

## What

- 67% of our reps still have a gap to their to go target. **61% of reps do not have enough funnel to progress** & make target. **15% have made their target** with a **best case of 39%** and forecast of 33% making target

- **Worldwide Strong Coverage has held steady at 1.0X.** Overall funnel has quickly decreased minimizing gap coverage potential

- **Only 31% of the Q4, 56% of the August, & 31% of the September Commit slips have closed**. Our inability to close committed slips is concerning.

## Why

- As the quarter ends, weak positioned funnel is being moved out and more reps are being exposed against their to go target. **Almost two thirds** of the reps will not achieve their targets unless something new is created

- EMEA's Strong Forecast coverage decreased to 1.7x, a healthy project to make target. However, APAC's overall funnel has dropped below their To Go Target removing any chance of making plan without new funnel. Americas Upside has continued to dwindle removing their ability to cover gaps without new funnel & pull in's.

- When a rep or manager commits a deal to our business, they are stating that, barring any extreme unforeseen circumstances, we will receive this deal. If a Commit deal slips, it should close within a small timeframe from the push – a week to two weeks on average

## Action

- Need maniacal focus on Strong Forecast funnel to ensure it all closes. Additionally, validation of Upside opportunities needs to continue to ensure we have backfill to slips and gaps

- We need to continue what we have been doing - focus on validating the Upside funnel, identifying key pull ins, identify at risk slip deals early, concentrate on moving the large upside opportunities into Strong Forecast, incent reps to pull in from Q2, etc

- Commit slip close rates this low indicate that the reps either do not understand their client's buying process or are falsely forecasting opportunities. Theater leaders need to hold their RD's accountable for this KPI. That then needs to trickle down to the rep level



9

# Progression Dashboard

## How are my KPI's performing?

**Theater - All    Region - All**

**Current Funnel**

| Pipeline | Upside | Strong Upside | Commit | Closed |
|---|---|---|---|---|
| $1.4M | $34.5M | $89.1M | $46.4M | $217.9M |

**Progression**

| Upside Progression | | SU Progression | | Commit Progression | |
|---|---|---|---|---|---|
| 26% | $10.5M | 17% | $15.9M | 24% | $8.7M |

**Decline**

| Upside Decline | | SU Decline | | Commit Decline | |
|---|---|---|---|---|---|
| 6% | $2.6M | 4% | $4.0M | 1% | $0.5M |

**Funnel Change**

| Close Increase | New Funnel Added | Lost | Slipped ISV | Net Funnel Change |
|---|---|---|---|---|
| $14.3M | $17.4M | $3.9M | $58.6M | ($45.1M) |

**KPI's**

| Aged over 180 Days | | Average Age | Stagnant Stage 1 Leads | New Logos in Forecast |
|---|---|---|---|---|
| 435 | $63M | 146 days | 2,809 | 428 |

**Forecast**

| Funnel Coverage by Rep | | | | Commit & SU Oppty's > $500K | | (Upside + Pipeline) vs Total | All Funnel Coverage | Strong Forecast Coverage |
|---|---|---|---|---|---|---|---|---|
| Over Target | To Go Covered by Strong Funnel | To Go Covered by All Funnel | Not Enough Funnel to Cover Target | | | | | |
| 78 | 98 | 34 | 326 | 41 | $44.4M | 23% | 1.3 X | 1.0 X |
| 15% | 18% | 6% | 61% | | | | | |

# Daily Snapshots of Q1 Forecast
## What does the flow of our ISV through Forecast Categories look like?

EMEA's SU & Commit continues to sit well above their to go target

APAC's does not have enough TOTAL funnel to make their target

Americas has yet to cover their strong forecast (Commit + SU) & remaining Upside is dwindling removing potential gap coverage



Daily Snaps

Legend: Pipeline, Upside, Strong Upside, Commit, Closed

This Week's Daily Delta

| | | 10/17/2018 | 10/18/2018 | 10/19/2018 | 10/22/2018 | 10/23/2018 |
|---|---|---|---|---|---|---|
| Americas | Closed | $2,377K | $1,923K | $1,045K | $5,897K | $232K |
| | Commit | ($2,024K) | $2,878K | $1,710K | $142K | $610K |
| | Strong Upside | ($1,348K) | ($2,344K) | ($2,596K) | ($9,228K) | ($355K) |
| | Upside | ($3,669K) | ($12,894K) | ($6,450K) | ($711K) | ($121K) |
| EMEA | Closed | $542K | $518K | $1,024K | $2,399K | $518K |
| | Commit | $86K | $697K | ($558K) | ($1,446K) | $60K |
| | Strong Upside | ($378K) | ($1,986K) | ($4,247K) | ($875K) | ($331K) |
| | Upside | ($530K) | ($437K) | ($1,176K) | ($809K) | ($231K) |
| APAC | Closed | $235K | $960K | $742K | $933K | $578K |
| | Commit | $800K | ($900K) | ($124K) | ($287K) | ($411K) |
| | Strong Upside | ($1,088K) | ($369K) | ($1,743K) | ($1,464K) | ($351K) |
| | Upside | ($851K) | ($303K) | ($457K) | ($542K) | $39K |

# W2W KPI Performance

## How are our KPI's flowing week to week?

67% of our reps have a Gap to Coverage – **all theaters increased W2W**

61% of reps do not have enough funnel to close their gap - **8% W2W degradation**

Americas & APAC decreased stagnant leads by 200 each

Strong Coverage holding at 1.0X – Americas & APAC do not have enough in forecast to hit To Go Targets



*Coverage KPI's start tracking after targets were released – Week 04*
*Strong Coverage = Commit + Strong Upside against to go targets*

# W2W Funnel Performance

## How are Slips, New Additions & Net Funnel Change performing week to week?

Eighth week in a row of consistent Slip & New Additions driving a flat W2W Net Funnel Change

Theater Slip & New Additions have remained fairly constant driving forecast predictability



### New Funnel Addition vs Slipped - Theater

| | | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New Addition | Americas | $8.3M | $23.0M | $28.3M | $29.9M | $14.2M | $25.0M | $21.2M | $10.3M | $13.3M | $14.9M | $13.0M |
| | EMEA | $1.2M | $8.0M | $3.9M | $4.5M | $8.5M | $6.4M | $8.0M | $4.2M | $2.8M | $3.3M | $2.4M |
| | APAC | $2.5M | $7.3M | $9.6M | $4.3M | $4.3M | $4.2M | $4.7M | $2.7M | $3.0M | $1.5M | $2.0M |
| Slipped | Americas | ($26.5M) | ($95.5M) | ($94.5M) | ($46.2M) | ($42.4M) | ($38.2M) | ($51.8M) | ($25.9M) | ($41.3M) | ($37.1M) | ($43.7M) |
| | EMEA | ($9.7M) | ($12.8M) | ($14.7M) | ($20.0M) | ($12.1M) | ($15.1M) | ($11.1M) | ($12.3M) | ($13.1M) | ($10.6M) | ($8.9M) |
| | APAC | ($14.7M) | ($22.6M) | ($21.9M) | ($12.0M) | ($11.9M) | ($13.0M) | ($5.3M) | ($8.7M) | ($7.4M) | ($9.5M) | ($6.0M) |

### Net Funnel Change - Theater

| | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Americas | ($48.3M) | ($86.0M) | ($71.5M) | ($10.9M) | ($28.1M) | ($10.3M) | ($44.5M) | $16.2M | ($38.3M) | ($26.8M) | ($31.6M) |
| EMEA | ($13.4M) | ($6.1M) | ($11.4M) | ($18.6M) | ($10.1M) | ($13.4M) | ($5.6M) | ($10.5M) | ($11.1M) | ($8.0M) | ($8.6M) |
| APAC | ($11.9M) | ($30.6M) | ($18.0M) | ($6.9M) | ($9.3M) | ($9.5M) | ($3.9M) | ($7.1M) | ($7.6M) | ($9.1M) | ($4.8M) |

# CREATE        PROGRESS        CLOSE











# Close Model Projections

| Model | Global ($368M Target) | Americas ($238M Target) | EMEA ($61M Target) | APAC ($54M Target) | Renewals ($19.5M Target) |
|---|---|---|---|---|---|
| Internal Pipe Model | $346M (-$3M) | $206M (-$1M) | $62M (-$3M) | $53M (-) | $25M (+$1M) |
| Broderson Model | $350M (-) | $211M (-) | $60M (-) | $55M (-) | $24M (-) |
| FP&A Model | $348M (+$2M) | $206M (-$4M) | $62M (+$2M) | $54M (+$3M) | $25M (+$1M) |
| VP Call | $345M (+$2M) | $210M (-) | $57M (+$1M) | $53M (-) | $25M (+$1M) |

- Models are converging as we enter the final month of the quarter
- A triangulation of the models would put us at ~$347M ISV with all of the calls within $5M
- Taking the highest number for each theater regardless of model would put us at $353M
- Renewals call at $25M helping all of the models increase in value
- Broderson model diverges from IPM due to corrections of SFDC Forecast categories based on Stage and using 2 quarter averages instead of 4 quarter averages



# Flow Q1'19 Forecast

| | Conversion % | Q1 | Q2 | Q3 | Q4 | FY19 |
|---|---|---|---|---|---|---|
| **ISV Booking Goal** | | **$778K** | **$1,345K** | **$2,951K** | **$4,648K** | **$9,722K** |
| **Pipeline Goal** | ~3.5x ISV Goal | **$2,723K** | **$4,708K** | **$10,328K** | **$16,268K** | **$34,026K** |
| **Booked** | 100% | **$668K** | - | - | - | **$668K** |
| **Pipeline** | - | $473K | $2,439K | $1,364K | $375K | $5,285 |
| Commit | 79% | $125K | $9K | $0K | $0K | $71K |
| Strong Upside | 45% | $327K | $291K | $0K | $0K | $564K |
| Upside | 17% | $22K | $1,902K | $579K | $14K | $2,098K |
| Pipeline | 1% | $0K | $709K | $1,180K | $449K | $2,552K |
| #Deals | - | 19 | 90 | 27 | 10 | 146 |

| Pipe Forecast | Weighted by Stage | $250K | *Based on Commit 79%, Strong Upside 45%, Upside 17% Pipe 1%* |
|---|---|---|---|
| **Total Forecast (Pipe + Booked)** | | $918K | Includes forecast pipe $ + closed ISV bookings |
| **GAP** | | **$140K** | - |

## Pipeline Actions

- **Pipe Creation**: 51 deals have been created this quarter with Flow attached.
- **Pipe Progression**: Continuing to work through AHV attach campaign opportunities (14/40 deals with Flow quoted to date)
- Q1 forecast - projected to outperform quarter with gap at **+140K** over goal

Note: Forecast <u>ONLY</u> includes opportunities that have a quote.  Additionally, no estimates are being made to forecast pull in from out quarter pipe or pipe created in quarter that will also close in quarter.  Forecast methodology has limited historical data and is still being refined



# Beam Q1'19 Forecast

| | Conversion % | Q1 | Q2 | Q3 | Q4 | FY19 |
|---|---|---|---|---|---|---|
| **ISV Booking Goal** | | **$885K** | **$1,771K** | **$2,657K** | **$3,543K** | **$8,856K** |
| **Pipeline Goal** | ~3.5x ISV Goal | **$3,100K** | **$6,199K** | **$9,299K** | **$12,399** | **$30,997K** |
| **Booked** | **100%** | **$33K** | **$0K** | **$0K** | **$0K** | **$33K** |
| **Pipeline** | - | $355K | $792K | $1,394K | $1K | $2,542K |
| Commit | 79% | $338K | $0K | $0K | $0K | $338K |
| Strong Upside | 45% | $12K | $22K | $36K | $0K | $70K |
| Upside | 17% | $5K | $489K | $496K | $0K | $990K |
| Pipeline | 1% | $0K | $282K | $863K | $1K | $1,145K |
| #Deals | - | 9 | 16 | 12 | 1 | 38 |

| | | | |
|---|---|---|---|
| **Pipe Forecast** | Weighted by Stage | $273K | *Based on Commit 79%, Strong Upside 45%, Upside 17% Pipe 1%* |
| **Total Forecast (Pipe + Booked)** | | $312K | Includes forecast pipe $ + closed ISV bookings |
| **GAP** | | **$573K** | - |

## Pipeline Actions

- Deal progress: 2 deals closed in current week worth $6.5K; ███ awaiting closure
- Deals moved to Q2: ████████ ████████████████████ ████████
- Theatre view: Maximum traction in Americas (95% of pipeline value)
- Account outreach update: ████████████████ in progress

Note: Forecast <u>ONLY</u> includes opportunities that have a quote.  Additionally, no estimates are being made to forecast pull in from out quarter pipe or pipe created in quarter that will also close in quarter.  Forecast methodology has limited historical data and is still being refined



# Calm Q1'19 Forecast

| | Conversion % | Q1 | Q2 | Q3 | Q4 | FY19 |
|---|---|---|---|---|---|---|
| **ISV Booking Goal** | | **$700K** | **$1,400K** | **$2,100K** | **$2,800K** | **$7,000K** |
| **Pipeline Goal** | **~3.5x ISV Goal** | **$2,471K** | **$4,943K** | **$7,415K** | **$9,887K** | **$24,717K** |
| | | | | | | |
| **Booked** | **100%** | **$443K** | **$0K** | **$0K** | **$0K** | **$443K** |
| **Pipeline** | - | $324K | $3,496K | $1,391K | $1,816K | $7,027K |
| Commit | 79% | $42K | $0K | $6K | $0K | $48K |
| Strong Upside | 45% | $104K | $139K | $85K | $0K | $328K |
| Upside | 17% | $178K | $2,147K | $1,048K | $1,555K | $4,928K |
| Pipeline | 1% | $0K | $1,210K | $252K | $261K | $1,723K |
| #Deals | - | 9 | 47 | 20 | 5 | 81 |

| Pipe Forecast | Weighted by Stage | $110K | *Based on Commit 79%, Strong Upside 45%, Upside 17% Pipe 1%* |
|---|---|---|---|
| **Total Forecast (Pipe + Booked)** | | $553K | Includes forecast pipe $ + closed ISV bookings |
| **GAP** | | **$147K** | - |

## Pipeline Actions

- Deal progress: Closed +$41K ▇▇▇▇▇▇▇▇
- Theatre view: EMEA $310K booked, AMER $133K, APAC $0K
- Pipe creation slow: $850K in Aug, but only $250K each in Sep / Oct. Q2 needs pipe build (Goal of $1.4M): $3.5M Pipe, but $1M+ likely to be pushed out; ▇▇▇▇▇ $1.4M already moved to Q4

Note: Forecast ONLY includes opportunities that have a quote.  Additionally, no estimates are being made to forecast pull in from out quarter pipe or pipe created in quarter that will also close in quarter.  Forecast methodology has limited historical data and is still being refined





# Theater Linearity









N U T A N I X   C O N F I D E N T I A L



# Account Segmentation

**Enterprise**

Enterprise Q1 ISV Pipe Creation Goal = $486m
QTD Pipe Created  = $437m



**Commercial**

Commercial Q1 ISV Pipe Creation Goal = $237m
QTD Pipe Created  = $226m



**SMB**

SMB Q1 ISV Pipe Creation Goal = $199m
QTD Pipe Created = $147m



**Public Sector**

Public Sector Q1 ISV Pipe Creation Goal = $224m
QTD Pipe Created = $118m



N U T A N I X   C O N F I D E N T I A L

# Account Segmentation





NUTANIX CONFIDENTIAL



# New vs. Existing





NUTANIX CONFIDENTIAL



# Americas



**Americas Central**

Q1 ISV Pipe Creation Goal = $157m
QTD Pipe Created = $172m



**Americas East**

Q1 ISV Pipe Creation Goal = $141m
QTD Pipe Created = $99m



**Americas North**

Q1 ISV Pipe Creation Goal = $148m
QTD Pipe Created = $144m



**Americas USA Public Sector**

Q1 ISV Pipe Creation Goal = $123m
QTD Pipe Created = $79m



N U T A N I X   C O N F I D E N T I A L

# Americas



**Americas West**

Americas West Q1 ISV Pipe Creation Goal = $141m
QTD Pipe Created = $91m

N U T A N I X   C O N F I D E N T I A L





# EMEA



**EMEA Central Europe**

Q1 ISV Pipe Creation Goal = $68m
QTD Pipe Created = $33m



**EMEA Emerging Markets**

Q1 ISV Pipe Creation Goal = $56m
QTD Pipe Created = $37m



**EMEA Northern Europe**

Q1 ISV Pipe Creation Goal = $58m
QTD Pipe Created = $44m



**EMEA Southern Europe**

Q1 ISV Pipe Creation Goal = $79m
QTD Pipe Created = $76m



NUTANIX CONFIDENTIAL



# EMEA

**Q1 ISV Pipe Creation Goal = $97m**
**QTD Pipe Created = $77m**

**EMEA Western Europe and Sub-Saharan Africa**





N U T A N I X   C O N F I D E N T I A L

# APAC



**APAC ANZ**

Q1 ISV Pipe Creation Goal = $41m
QTD Pipe Created = $23m



**APAC ASEAN**

Q1 ISV Pipe Creation Goal = $33m
QTD Pipe Created = $38m



**APAC China**

Q1 ISV Pipe Creation Goal = $27m
QTD Pipe Created = $19m



**APAC Hong Kong/Taiwan**

Q1 ISV Pipe Creation Goal = $24m
QTD Pipe Created = $14m



N U T A N I X   C O N F I D E N T I A L



# APAC



**APAC India**

Q1 ISV Pipe Creation Goal = $32m
QTD Pipe Created = $22m



**APAC Japan**

Q1 ISV Pipe Creation Goal = $59m
QTD Pipe Created = $48m



**APAC Korea**

Q1 ISV Pipe Creation Goal = $11m
QTD Pipe Created = $8m



N U T A N I X   C O N F I D E N T I A L

# Opportunity Unit Linearity



## Key Takeaways

- Opportunity Unit linearity now at 9% deficit
- Pipeline dollar linearity is 10% deficit implying the deal size of the opportunities is on par with historical averages

# Q2'19 Outlook Regional View

| | Booking (Shortfall)/Excess ISV |
|---|---|
| EMEA CEUR | ($4) |
| EMEA Emerging | ($6) |
| EMEA NEUR | $0 |
| EMEA SEUR | $2 |
| EMEA WEUR | ($4) |
| **Total** | **($12)** |

| | Booking (Shortfall)/Excess ISV |
|---|---|
| APAC ANZ | ($4) |
| APAC ASEAN | $0 |
| APAC China | $2 |
| APAC HongKong/Taiwan | ($1) |
| India | $0 |
| APAC Japan | ($5) |
| APAC Korea | $0 |
| **Total** | **($6)** |

| | Booking (Shortfall)/Excess ISV |
|---|---|
| Americas Central | $13 |
| Americas East | $2 |
| Americas North | ($9) |
| Americas USA Public Sector | $10 |
| Americas West | ($15) |
| **Total** | **$0** |



# W2W Progression vs Decline Performance

## How are our KPI's flowing week to week?

**COMMIT Progression**
Progressing above weekly average of 23%

**SU Progression**
Progression above average & continuing to grow each week indicating focus

**UPSIDE Progression**
Progression spiked this week as leaders turned focus on remaining weak forecast funnel

**Decline**
Commit decline has finally dropped below expectations



| Commit | Americas | | EMEA | | APAC | |
|---|---|---|---|---|---|---|
| | Progress | Decline | Progress | Decline | Progress | Decline |
| 2 | 5% | 0% | 3% | 0% | 5% | (2%) |
| 3 | 23% | (1%) | 36% | (1%) | 12% | (15%) |
| 4 | 14% | (10%) | 18% | (3%) | 49% | (6%) |
| 5 | 23% | (3%) | 20% | (2%) | 44% | (3%) |
| 6 | 7% | (5%) | 14% | 7% | 19% | (7%) |
| 7 | 17% | (4%) | 14% | (4%) | 58% | (2%) |
| 8 | 28% | (6%) | 32% | (1%) | 24% | (1%) |
| 9 | 37% | (9%) | 27% | (4%) | 51% | (1%) |
| 10 | 53% | (5%) | 39% | (6%) | 31% | (3%) |
| 11 | 35% | (3%) | 22% | (2%) | 26% | (1%) |
| 12 | 24% | (2%) | 32% | (1%) | 18% | (1%) |

| Strong Upside | Americas | | EMEA | | APAC | |
|---|---|---|---|---|---|---|
| | Progress | Decline | Progress | Decline | Progress | Decline |
| 2 | 2% | (2%) | 6% | 0% | 2% | (2%) |
| 3 | 7% | (10%) | 8% | (3%) | 12% | (7%) |
| 4 | 10% | (5%) | 2% | (3%) | 10% | (6%) |
| 5 | 8% | (4%) | 10% | (10%) | 6% | (2%) |
| 6 | 4% | (11%) | 9% | (20%) | 21% | (17%) |
| 7 | 8% | (6%) | 6% | (4%) | 16% | (2%) |
| 8 | 8% | (10%) | 7% | (1%) | 13% | (4%) |
| 9 | 12% | (8%) | 12% | (1%) | 14% | (5%) |
| 10 | 15% | (5%) | 3% | (1%) | 11% | (9%) |
| 11 | 15% | (5%) | 7% | (2%) | 23% | (2%) |
| 12 | 17% | (6%) | 12% | (1%) | 30% | (3%) |

| Upside | Americas | | EMEA | | APAC | |
|---|---|---|---|---|---|---|
| | Progress | Decline | Progress | Decline | Progress | Decline |
| 2 | 1% | (1%) | 1% | 0% | 2% | (1%) |
| 3 | 5% | (6%) | 2% | (4%) | 15% | (6%) |
| 4 | 9% | (4%) | 1% | (1%) | 7% | (3%) |
| 5 | 7% | (2%) | 4% | (4%) | 9% | (2%) |
| 6 | 15% | (8%) | 26% | (10%) | 11% | (6%) |
| 7 | 14% | (1%) | 11% | (5%) | 18% | (3%) |
| 8 | 14% | (2%) | 7% | (5%) | 8% | (5%) |
| 9 | 4% | (6%) | 10% | 7% | 9% | (3%) |
| 10 | 9% | (5%) | 21% | (3%) | 21% | (13%) |
| 11 | 10% | (2%) | 21% | (8%) | 9% | (1%) |
| 12 | 27% | (6%) | 26% | (1%) | 21% | (20%) |

# 2018 Q4 Commit Slip Report

Where are the slipped opportunities that were in Commit & slated to close in Q4?

426 Total Slips

69% of the Q4 Commit slips have NOT closed in Q1

61% of the slips are not closed or forecasted in Q1

20% of the slips have been lost or disqualified
**–1% W2W degradation**



# August Commit Slip Report

## Where are the opportunities that were in Commit for August but slipped?

208 Total Slips

56% of the August Commit slips have closed **(+3% W2W)**

63% of the August Commit slips are forecasted for Q1 or closed **(-2% W2W)**

8% of the slips have been lost or disqualified



# September Commit Slip Report

## Where are the opportunities that were in Commit for September but slipped?

242 Total Slips

31% of the September Commit slips have closed
**(+9% W2W)**

62% of the September Commit slips are forecasted for Q1 or closed
**(-8% W2W)**



# Top Increases & Bookings
## What are the positive trends in our progression & bookings?

### Booked ISV Linearity vs Week

Quarter:
- Q3-2018
- Q2-2018
- Q4-2018
- Q1-2018
- Q1-2019

### What Top Deals Closed this Week?

| Region | Name | Amount |
|---|---|---|
| NY/NJ Financials | Jack Pieracini | $999K |
| Lower MidAtlantic Enterprise | David McMillan | $773K |
| Lower MidAtlantic Enterprise | AJ Papula | $765K |
| SLED East | Dave Goodwin | $681K |
| Japan Globals | Sonny Shimamura | $669K |
| Middle East | Ahmad Mostageer | $516K |
| Chicago Enterprise | Greg Galanos | $372K |
| Lower MidAtlantic Enterprise | Kenny Burr | $349K |
| NY/NJ Enterprise Select | Mike Agesen | $292K |
| Japan Service Provider | Koji Imada | $277K |

### What Were the Top Opportunity ISV Increases?
*Commit, Strong Upside & Upside Only*

| Region | Name | Status | Amount |
|---|---|---|---|
| Chicago Enterprise | Brian Hinkle | Strong Upside | $1,170K |
| Netherlands | Hendrika Vreugdenhil | Commit | $883K |
| SLED Central | Brad Schulze | Strong Upside | $867K |
| Chicago Enterprise | Brian Hinkle | Strong Upside | $820K |
| South Central Commercial | Aissam Laanaya | Strong Upside | $620K |
| NY/NJ Financials | Andrew Sadai | Strong Upside | $433K |
| Healthcare West | Anthony Schubert | Upside | $316K |
| France | Thibaut Rigard | Strong Upside | $268K |
| South Central Commercial | Jason Outhouse | Strong Upside | $209K |
| NY/NJ Financials | Andrew Sadai | Commit | $182K |

### What Were the Top Opportunities to Progress to Forecast?
*Upside or Pipeline -> Stong Upside or Commit*

| Region | Name | Amount |
|---|---|---|
| USA Federal Intelligence | Dan Gilbert | $2,396K |
| South Central Enterprise Select | Richard Stephens | $895K |
| South Central Commercial | Aissam Laanaya | $620K |
| NY/NJ Commercial | Angelo Cammilleri | $454K |
| NY/NJ Commercial | Angelo Cammilleri | $454K |
| NY/NJ Enterprise Select | Kevin Kowalski | $441K |
| South Central Commercial | Jason Outhouse | $422K |
| SLED Central | Dito Guerra | $325K |
| Lower MidAtlantic Enterprise | David McMillan | $236K |
| NY/NJ Enterprise Select | Kevin Kowalski | $208K |



# New Funnel, New Logo & Top Aged

## Drill down into a few of the Dashboard KPI's

### New Funnel Added This Week
*ISV added new or brought in from another quarter this week*

| Stage | Amount | % |
|---|---|---|
| Closed | $2.9M | 15% |
| Commit | $3.6M | 19% |
| Strong Upside | $7.0M | 36% |
| Upside | $4.6M | 24% |
| Pipeline | $1.4M | 7% |

**$17.4M**

### What are the Top New Logo Opportunities?
*Strong Funnel - (Commit + Strong Upside)*

| | | | |
|---|---|---|---|
| Netherlands | Hendrika Vreugdenhil | Commit | $1,263K |
| New South Wales | Catherine Towers | Strong Upside | $1,035K |
| Midwest Enterprise | Jennifer Keinath | Strong Upside | $669K |
| SLED Central | Brad Schulze | Commit | $664K |
| South Central Commercial | Aissam Laanaya | Strong Upside | $620K |
| East Commercial | Ricky Skuse | Commit | $609K |
| New South Wales | Tyler Wellington | Commit | $511K |
| SoCal Enterprise | Samuel Hernandez | Commit | $465K |
| Ohio Valley Enterprise | Nick Hankins | Strong Upside | $456K |
| Latin America | Pedro Daniel Sandalis | Strong Upside | $450K |

### What are the Top Aged Deals This Week?
*Greater than 180 Days*

| | | | |
|---|---|---|---|
| Switzerland | Olivier Leu | $135K | 1,446 days |
| Latin America | Pedro Daniel Sandalis | $450K | 1,351 days |
| USA Federal FSI/SP | Bob Chagnot | $99K | 1,130 days |
| UK Enterprise Founders | Carol Waring | $57K | 1,044 days |
| Latin America | Marcelo Neri | $10K | 1,026 days |
| Netherlands | Antal Verschuuren | $114K | 1,011 days |
| Ireland and Scotland | Conor Mc Kavanagh | $90K | 1,001 days |
| South Central Commercial | Michael Funes | $38K | 988 days |
| Latin America | Sergio Martin | $210K | 953 days |
| USA Federal FSI/SP | Daniel Cohen | $0K | 886 days |
| East Healthcare | James Lorenz | $298K | 878 days |
| USA Federal DOD | Chris Gordon | $50K | 858 days |
| Spain & Portugal | Juan Viloria | $47K | 836 days |
| New England Commercial | Trent Tubolino | $102K | 830 days |
| Thailand | Pakamas Phatanarajta | $72K | 813 days |
| New England Commercial | Trent Tubolino | $102K | 807 days |
| SLED East | Julie Beineke | $61K | 779 days |
| South Central Commercial | Michael Funes | $182K | 779 days |
| Upper MidAtlantic Enterprise | Jenny Bauer | $91K | 778 days |
| Nordics | Oskari Ali-Melkkilä | $87K | 773 days |



# Top Decrease Changes

## What are the top decrease movements where we need to focus attention?

### What Top Opportunities Slipped Out of Quarter?
*Commit, Strong Upside & Upside Only*

| | | | |
|---|---|---|---|
| USA Federal DOD | Jonathan Noland | Upside | $5,056K |
| NY/NJ Financials | Chris Surrusco | Upside | $2,929K |
| Ohio Valley Enterprise | Scott Smith | Upside | $1,068K |
| ast Enterprise Select | Johnny Helms | Strong Upside | $900K |
| Upper MidAtlantic Enterprise | Chip Holcher II | Upside | $801K |
| USA Federal DOD | Chris Gordon | Upside | $794K |
| SLED West | Karl Oettinger | Upside | $776K |
| South Central Enterprise Select | Richard Stephens | Upside | $621K |
| East Commercial | Brooks Butler | Upside | $566K |

### What Were the Top LOST Deals This Week?
*All Forecast Stages*

| | | |
|---|---|---|
| Midwest Enterprise | Jennifer Keinath | $1,115K |
| Japan System Integrator | Tatsuya Yamamoto | $346K |
| East Enterprise Select | Jason Heinrich | $172K |
| Canada Commercial | Steven Fournier | $171K |
| Canada Enterprise | Oscar Turingan | $163K |
| Mountain Desert Enterprise | Dan Dixon | $149K |
| Canada Commercial | Channa de Silva | $138K |
| Canada Commercial | Steven Fournier | $136K |
| South Central Enterprise Select | Richard Stephens | $122K |
| Lower MidAtlantic Enterprise | Kenny Burr | $107K |

### What Were the Top Opportunity ISV Declines?
*Commit, Strong Upside & Upside Only*

| | | | |
|---|---|---|---|
| France | Jonathan Hadas | Strong Upside | ($3,000K) |
| New England Commercial | Trent Tubolino | Upside | ($522K) |
| Mountain Desert Enterprise | Michael Curry | Commit | ($397K) |
| USA Federal DOD | Drew Gelfeld | Upside | ($393K) |
| NY/NJ Financials | Mark Lyons | Upside | ($356K) |
| NY/NJ Financials | Mark Lyons | Upside | ($328K) |
| New England Enterprise | Jack Fitzgerald | Upside | ($231K) |
| New South Wales | Tyler Wellington | Commit | ($200K) |
| New England Enterprise | Peter Cary | Upside | ($172K) |

### What Opportunities Dropped from Strong Funnel?
*Stong Upside or Commit -> Upside or Pipeline*

| | | | |
|---|---|---|---|
| East Commercial | Brian McNenney | Upside | $994K |
| Upper Southeast Enterprise | Mike Carroll | Upside | $365K |
| USA Federal FSI/SP | Bob Chagnot | Upside | $336K |
| Northwest Commercial | Andrew Romani | Upside | $284K |
| France | André Noujaim | Upside | $189K |
| South Central Commercial | Thomas Stewart | Upside | $151K |
| South Central Commercial | Thomas Stewart | Upside | $148K |
| Mountain Desert Commercial | Tony Lopez | Upside | $89K |
| Mountain Desert Commercial | Seth Howell | Upside | $82K |



# Funnel Increases & Decreases

## Who are the top reps & how are the Regions performing?

### Top 10 Rep Funnel Increases

| | Q1 |
|---|---|
| Chicago Enterprise | $1,990K |
| Netherlands | $883K |
| SLED Central | $867K |
| New England Enterprise | $716K |
| NorCal Enterprise | $577K |
| South Central Commercial | $451K |
| Lower MidAtlantic Enterprise | $511K |
| NY/NJ Enterprise Select | $366K |
| South Central Commercial | $357K |
| SLED East | $343K |

### Top 10 Rep Funnel Declines

| | Q1 |
|---|---|
| USA Federal DOD | ($5,056K) |
| France | ($3,285K) |
| NY/NJ Financials | ($2,855K) |
| Ohio Valley Enterprise | ($1,253K) |
| USA Federal DOD | ($1,103K) |
| Canada Enterprise | ($923K) |
| East Enterprise Select | ($900K) |
| Canada Enterprise | ($886K) |
| South Central Enterprise Select | ($829K) |
| South Central Enterprise Select | ($799K) |

| | October | | Q4 | |
|---|---|---|---|---|
| WORLDWIDE | ($45M) | ⬇ | ($45M) | ⬇ |
| Americas | ($32M) | ⬇ | ($32M) | ⬇ |
| EMEA | ($9M) | ⬇ | ($9M) | ⬇ |
| APAC | ($5M) | ⬇ | ($5M) | ⬇ |

| | Closed | Commit | Strong Upside | Upside | Pipeline |
|---|---|---|---|---|---|
| Americas | $8,972K | $6,612K | ($8,825K) | ($38,853K) | $456K |
| EMEA | $2,941K | $928K | ($8,494K) | ($3,587K) | ($372K) |
| APAC | $2,430K | $1,158K | ($5,094K) | ($3,297K) | ($43K) |



# Funnel Coverage Report – Q1 & Q2

## Q1 Funnel

| | Funnel ISV | SU + Commit ISV | Closed ISV | All Funnel Coverage | Forecast Coverage |
|---|---|---|---|---|---|
| Americas | $114M | $83M | $142M | 1.2 X | 0.9 X |
| EMEA | $40M | $37M | $40M | 1.9 X | 1.7 X |
| APAC | $17M | $15M | $36M | 1.0 X | 0.9 X |

**Worldwide All Funnel Coverage**

### 1.3 X

**Worldwide Forecast Coverage**

### 1.0 X

| Funnel ISV | SU + Commit ISV | Closed ISV |
|---|---|---|
| $172M | $136M | $218M |

## Q2 Funnel

| | Funnel ISV | Upside + SU + Commit ISV | All Funnel Coverage | Forecast Coverage |
|---|---|---|---|---|
| Americas | $945M | $557M | 4.0 X | 2.3 X |
| EMEA | $269M | $225M | 2.7 X | 2.2 X |
| APAC | $232M | $127M | 3.5 X | 1.9 X |

**Worldwide All Funnel Coverage**

### 3.6 X

**Worldwide Coverage Weighting**

### 2.3 X

| Funnel ISV | Upside + SU + Commit ISV |
|---|---|
| $1,446M | $909M |

# EXHIBIT 60

**To:** Duston Williams[duston.williams@nutanix.com]; Sridhar Chandran[sridhar.chandran@nutanix.com]
**From:** Rickie Goyal[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=87EF5BD341EA447699F492C36FF100A3-RICKIE GOYA]
**Sent:** Mon 11/12/2018 10:17:04 AM Pacific Standard Time
**Subject:** Re: Current FQ Forecast

The more I think about this I think you can solve the reps not making money and marketing not getting good ROI in terms of pipeline by solving the channel problem.

All of our channel leaders have been saying the same thing since the beginning of time. Our channel is not making enough money.

If we did a meaningful back-end rebate for the partners that can really drive our business they would then start using our marketing material to drum up more business which would result in more deals and more pipeline.

That should result in increased sales with less Nutanix effort which would solve for our reps not making money.

At some point, we have to try something proactively vs just reacting to whatever challenge we have in the current FQ.

Rickie Goyal | VP of WW Sales Operations | Nutanix Inc.

rickie@nutanix.com | +1.408.560.2620 Office | +1.312.451.6903 Mobile

---

**From:** Rickie Goyal
**Sent:** Monday, November 12, 2018 9:45:32 AM
**To:** Duston Williams; Sridhar Chandran
**Subject:** Re: Current FQ Forecast

I'm not saying they are not making money. I'm saying they are not making the same amount of money that they make with our competitors so it's hard to get their mindshare.

On an average deal lets saying they make between 8-15%.

They are making 20%+ with our competitors.

As long as that delta persists we will always just be the vendor that they use opportunistically.

Rickie Goyal | VP of WW Sales Operations | Nutanix Inc.

rickie@nutanix.com | +1.408.560.2620 Office | +1.312.451.6903 Mobile

---

**From:** Duston Williams
**Sent:** Monday, November 12, 2018 9:43:19 AM
**To:** Rickie Goyal; Sridhar Chandran
**Subject:** RE: Current FQ Forecast

So you are saying the channel makes no money – hard to believe this one.

*"Every deal is non-standard pricing so they're **not making money on a deal by deal basis**"*

---

**From:** Rickie Goyal
**Sent:** Monday, November 12, 2018 9:36 AM
**To:** Sridhar Chandran <sridhar.chandran@nutanix.com>; Duston Williams <duston.williams@nutanix.com>
**Subject:** Re: Current FQ Forecast

I'm not sure how paying the channel via this "one-time" incentive is going to work. That's not sustainable and creates the wrong behavior in the big picture.

CONFIDENTIAL                                                                                          NTNX-0020833

They will just start delaying deals intentionally waiting for us to come pay them more money to do their jobs.

As far as what we're doing with marketing it is not going to work for this quarter either as none of it will come to fruition today.

In my view, you can only solve these issues at the root.

1. Our marketing spend is not giving us the pipeline that we need. The amount we are spending on .next on tour and .next is not giving us a good ROI. I think Ben has good ROI statistics. If we throttle his budget and then say we have to do these events...he can't necessarily deliver on the pipeline needed to hit out targets.
2. Our channel is not making money. Every deal is non-standard pricing so they're not making money on a deal by deal basis. Backend rebates like out competitors are doing are really the only way to solve it. We just need to put these in place permanently to buy their mindshare and get them to drive the business.
3. Our reps are not making money. We have a start-up like growth projections yet we keep driving down our commissions as a % of bookings. If we want startup growth we have to pay for this.

At the end of the day **if we don't have money to pay for all of this then we need to look at where we are spending our money**.

Again other companies that achieved growth like this did it when they owned the market. We don't own the market. VMWare is eating our lunch and paying up and down the stack for anybody or any partner that will help them eat our lunch.

The only way to solve our problems is by spending our money in a way that will get us to our goals. I'm not saying we need to spend more. We need to spend in the right areas.

Rickie Goyal | VP of WW Sales Operations | Nutanix Inc.
rickie@nutanix.com | +1.408.560.2620 Office | +1.312.451.6903 Mobile

---

**From:** Sridhar Chandran
**Sent:** Monday, November 12, 2018 9:03:24 AM
**To:** Rickie Goyal; Duston Williams
**Subject:** Re: Current FQ Forecast

We are throwing about $5m right now thru marketing.  Most of this is for channel pull-in activities.

---

**From:** Rickie Goyal
**Sent:** Monday, November 12, 2018 9:01 AM
**To:** Duston Williams; Sridhar Chandran
**Subject:** Re: Current FQ Forecast

I don't have that right now but there is only one way to get it and that is to throw money at the problem.

Still hovering between $370 - $380.

I really think Chris K will find a way to get to his plan. Lou's call of 377 has some of that baked in so if Chris gets to plan we will finish at $385.

If you want to talk about how we can throw money at this problem to solve the problem lets talk.

Thanks,

Rickie Goyal | VP of WW Sales Operations | Nutanix Inc.
rickie@nutanix.com | +1.408.560.2620 Office | +1.312.451.6903 Mobile

CONFIDENTIAL                                                                                    NTNX-0020834

**From:** Duston Williams
**Sent:** Monday, November 12, 2018 8:48:30 AM
**To:** Rickie Goyal; Sridhar Chandran
**Subject:** RE: Current FQ Forecast


What I really need from sales is $420m in ISV bookings – so if you have that, we are all set.

However, I'm assuming you are still hovering around the $370m to $380m which we will show to the board as the current Q2 forecast.

Any changes to this view?


**From:** Rickie Goyal
**Sent:** Monday, November 12, 2018 8:41 AM
**To:** Duston Williams <duston.williams@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>
**Subject:** Current FQ Forecast


Do we need to spend any more time discussing this or do you have what you need from sales?


Thanks,


Rickie Goyal | VP of WW Sales Operations | Nutanix Inc.
rickie@nutanix.com | +1.408.560.2620 Office | +1.312.451.6903 Mobile

CONFIDENTIAL                                                                                   NTNX-0020835

# EXHIBIT 61

**To:** 'dheeraj@nutanix.com'[dheeraj@nutanix.com]
**From:** Duston Williams[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0388A98C872D4A29B89673DC9F5AADD8-DUSTON WILL]
**Sent:** Thur 12/20/2018 7:45:19 PM Pacific Standard Time
**Subject:** RE: War Room Update (Q2'19 Week 7)

---

Dheeraj – at some point if you have time tomorrow (I will be tied up tonight) we should discuss the generic situation.

From a gut perspective, I've never felt worse. Something just does not seem right.

We've seemed to have gone, almost overnight, from a scrappy young company to what appears to be a very large, "professionally" managed company.

Obviously this could just be me sounding the alarm where no fire exist but from my perspective the situation for Q2 and Q3 seems to require absolutely perfect execution.

We are obviously set up to be massively successful and I don't have all the answers and I realize things can change quickly (for the positive) – I just don't want get comfortable in the short term and damage the long term opportunity.

I obviously need to give this some more thought to better articulate what seems to be missing.

I'm just concerned.

---

**From:** Ben Gibson
**Sent:** Thursday, December 20, 2018 6:34 PM
**To:** Rickie Goyal <rickie@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Jeff Yuille <jeff.yuille@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>
**Subject:** Re: War Room Update (Q2'19 Week 7)

Thanks Rickie -- Green

---

**From:** Rickie Goyal <rickie@nutanix.com>
**Date:** Thursday, December 20, 2018 at 6:26 PM
**To:** Duston Williams <duston.williams@nutanix.com>, Ben Gibson <ben.gibson@nutanix.com>, Jeff Yuille <jeff.yuille@nutanix.com>, Dheeraj Pandey <dheeraj@nutanix.com>, Lou Attanasio <lou.attanasio@nutanix.com>
**Subject:** Re: War Room Update (Q2'19 Week 7)

Just some off the cuff thoughts on the bullet points below.

- MQLs and Meetings set are up 50%+ q/qThis metric by itself is not so meaningful. We should look at SDR HC q/q, lead quantity q/q, and productivity of SDR q/q. Yep – indicator, not conclusive. Agreed.

- .NEXT Europe (with better dynamics going into the show, including $300M of EMEA pipe walking through the doors), we anticipate a stronger pipe generation and incremental pipe expansion performance vs New Orleans.EMEA Q3 pipeline has actually decreased since the start of Q2. I'm not sure if that is because it's being accelerated into Q2 but despite that we should still be increasing absolute pipeline in EMEA in out quarters.Interesting – they are only (relative term) 7% behind on linearity with pipe create?
- We also are looking for .NEXT On Tours across the US to start kicking in on pipe generation, as those ran from Oct – Nov. And of course, the DG spend incremental has just kicked into gear. The feedback that I get from talking to the field is that a lot of folks that attend the .NEXT on tour are current customers. The challenge is we're already banking on that expand business. We're not growing new business pipeline. Only demand gen can do that. 50% attended were new prospects, on average. We need to convert to pipeline. On tours are most definitely demand gen.
- And of course, the DG program increase, which we are projecting to drive $80M incremental Q2 pipe create (and a LOT more in Feb/March) to current trajectory. Q2 pipeline is not really going up either. So if we're not getting it in Q2 and we're not seeing it in Q3 I'm not sure where it is going. One big assumption I'm making is that sales have not changed how they use the CRM. I see nothing to indicate they have.

Rickie Goyal | VP of WW Sales Operations | Nutanix Inc.
rickie@nutanix.com | +1.408.560.2620 Office | +1.312.451.6903 Mobile

---

**From:** Duston Williams
**Sent:** Thursday, December 20, 2018 6:13:34 PM
**To:** Ben Gibson; Jeff Yuille; Dheeraj Pandey; Lou Attanasio
**Cc:** Rickie Goyal
**Subject:** RE: War Room Update (Q2'19 Week 7)

CONFIDENTIAL

NTNX-0061174

Adding Rickie

I will wait for the results but this does not feel good.

$10's of millions going to pipeline generation with little pipeline growth occurring – I know everyone is doing everything – at some point we need to ask different questions . . . competition? Economy? Execution?

Something seems to have changed from a few quarters ago.

Maybe I'm just not patient enough.

But this does not feel good.

I'm looking forward to apologizing for my lack of patience.

---

**From:** Ben Gibson
**Sent:** Thursday, December 20, 2018 6:04 PM
**To:** Jeff Yuille <jeff.yuille@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>
**Subject:** Re: War Room Update (Q2'19 Week 7)

Unfortunately, we expected to see sliding linearity in the 1H of the quarter with the pipeline target set at $1543M (over 100% y/y increase in pipe create). We are seeing the effect of Q1 30 percent y/y DG spend "feeding" the Nov/Dec pipe create. As we all know, going from new lead to pipe create takes 1-2 months. The incremental spend will start to show yields in January, which SHOULD reverse the linearity slide. But as we said in staff yesterday, we are projected (not goaling!) to 8-10 percent shy of the target. Of course, we are banging away at this every day to do better than that.

I took a look at the sourcing attribution. Q2 to date stands at 20% marketing sourced, 20% channel sourced, and 60% sales sourced. With maturation, the marketing and channel %s will grow to close to 30% within three months, which would be an increase of marketing and channel mix. Typically what we see 7 weeks in is both mktg and channel sourced in the 15-18% range, with the remainder sales. So we're not seeing any unusual mix trends, where one is way off our norm.

I suppose the message here is that all three of our pipe create engines are soft relative to plan. And I think we need to have a better understanding of sales sourced pipe create dynamics, at a per-rep level. Jeff and team are digging into this over the next 1-2 days. For instance, how evenly distributed mktg and channel-sourced pipe are across the rep population, and any standout gaps on sales-sourced pipe.

On the marketing sourced front, we have some positive anticipation here for January pipe create.
- MQLs and Meetings set are up 50%+ q/q
- .NEXT Europe (with better dynamics going into the show, including $300M of EMEA pipe walking through the doors), we anticipate a stronger pipe generation and incremental pipe expansion performance vs New Orleans.
- We also are looking for .NEXT On Tours across the US to start kicking in on pipe generation, as those ran from Oct – Nov. And of course, the DG spend incremental has just kicked into gear.
- And of course, the DG program increase, which we are projecting to drive $80M incremental Q2 pipe create (and a LOT more in Feb/March) to current trajectory.


The DG spend increase should be powering a robust Q3 pipe create, if we perform to past yields. Our issue right now is contending with the physics of time from lead to pipe create. Also, as we covered yesterday, we won't get within range of $1543M without sales (and channel) sourced leads delivering an incremental $170M+ to current trajectory. (see pasted slides from yesterday's dstaff below)

Ben

NTNX-0061175

# Pipeline Gap and Recovery
**Incremental funding will create a pipeline surplus in 2H that will help fill the gap**



# Incremental Execution to Close Q2 Gap



**From:** Jeff Yuille <jeff.yuille@nutanix.com>
**Date:** Thursday, December 20, 2018 at 4:53 PM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>
**Cc:** Ben Gibson <ben.gibson@nutanix.com>
**Subject:** RE: War Room Update (Q2'19 Week 7)

Hi Dheeraj,

NTNX-0061176

Going into the quarter we predicted that we would be short on pipeline creation and that the floor for this gap would be 25%. Right now we are on pace for $1,080M ISV creation and the prediction was between $1,120-$1,170M. So we are trailing even on that metric compared to our prediction. The incremental spend is being activated and ramped up now but we most likely won't see the results of that spend chip away at the gap until January. Early indicators on top of funnel metrics are encouraging but there is a time lag in this process as we generate more leads at the top of the funnel and they progress through our sales motion.

Thanks,

Jeff

---

**From:** Dheeraj Pandey
**Sent:** Thursday, December 20, 2018 4:42 PM
**To:** Jeff Yuille
**Cc:** Ben Gibson
**Subject:** Re: War Room Update (Q2'19 Week 7)

I meant 12% to 21% in 3 weeks.

On Dec 20, 2018 at 4:41 PM, <Dheeraj Pandey> wrote:

We're falling further and further behind — from 12% to 37%! Am I reading this right?!

On Dec 20, 2018 at 4:37 PM, <Jeff Yuille> wrote:

Hi all,

Here is this week's War Room update. Next week we will pause on the update due to many people taking time off over the holiday break.

**Creation Highlights**
- **Pipeline creation linearity is 21% behind goal for 37% attainment**

    - Target is higher than anticipated this quarter because we have to make up for abnormally high close rates of future pipe during Q1'19

        - Adds about ~$100M extra to the target

    - Existing Business pipeline creation linearity is 13% behind with New Business linearity 23% behind
    - Projecting we recover to 8-10% behind linearity target, with moderate improvement as new Demand Generation spend starts to yield new pipeline creation in January
    - Top of funnel metrics showing early indications of improvement as quarter-over-quarter MQL growth is up 45% and Meetings set from Marketing leads is up 54%

- **Q3'19 outlook has a $32M-$35M deficit**

    - Three cuts of the internal model all have us in the $410M to $413M range off a $445M target with little change week over week. The Q3'19 Clari call has us at $390M which is down about $9M from the previous week.

- **Theater Q3'19 outlook:**

    - Americas (-$4M)
    - APAC (-$13M)
    - EMEA (-$16M)
    - Quotas have not officially been set yet so regional goals at the theater levels are educated guesses

**Close Highlights**
- **A triangulation of the models would put us at ~$375M ISV for Q2'19**

    - FP&A model is the highest at $382M and Broderson Call is the lowest at $370M
    - Taking the highest number for each theater regardless of model would put us at $393M
    - Renewals call at $20M-$25M is helping all of the models increase in value

**Actions to Address Gaps:**
- **Theater Performance-Based Marketing Investments:** Doubling down on Tier 1 regions where we have a strong ability to execute across all three functions. Goal is to increase DG spend a % of Q+1 bookings to the 8-10% by the end of the fiscal year
- **Channel** – Multiple programs launching, 1) pull-in program for partners incentivizing them to bring in deals for Q2 and 2) new business incentive program. Early forecast of Q2'19 pull-in program is $12M
- **Hardware Refresh campaign** –Launched this week and anticipated $3M to $11M of ISV bookings
- **Q2'19 Incremental Spend**—Additional marketing funds activated last week
- **.NEXT London** –Follow up plan already in motion with email nurtures sent and Inside Sales targeted account callout program launch

CONFIDENTIAL

Thanks,

Pipeline War Room Team

CONFIDENTIAL

NTNX-0061178

# EXHIBIT 62

**To:** Northeast All[Northeastall@nutanix.com]
**Cc:** Frank Czyz[frank.czyz@nutanix.com]; Anar Desai[adesai@nutanix.com]; Toni Montana[amontana@nutanix.com]; Cheryl Knight[cheryl.knight@nutanix.com]; Tom Kramer [tom.kramer@nutanix.com]; Sherry Lautenbach[sherry.lautenbach@nutanix.com]; Lou Attanasio[lou.attanasio@nutanix.com]
**From:** Anton Granic[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7EC550866F754850AB0DB70CE4C1575E-ANTON GRANI]
**Sent:** Sun 1/28/2018 6:21:31 PM Pacific Standard Time
**Subject:** 24 hours to go..Q3

Good evening team, hope everyone had a great weekend.
Some good movement last week, thank you for the push.

As we head into the final 24 hours of the quarter, it is clear we still have some work to do. Keeping in mind that we have 3- 8 hour days to work with, and the people we need to help us get these deals in the door typically take lunches, get the flu, or leave early, lets not leave anything until the last day/minute.

There will be a lot more coming out later this week and early next week around 2H planning,  QBR's, Comp plans, etc.

But for now, we need your help to pull in every deal, and every dollar. If you think that $20k is too small, think again. Every node, extra year of support, GSO, etc, makes a difference.

If you are happy with this report that came out last week, then maybe this is not the place for you to be. If you think it's a bunch of BS, and you want to blow the roof off this industry and the stock, then lets band together and execute like we know we can. (I have printed this off and pasted it to the wall as a #Neverforget reminder). Lets prove every doubter wrong.
https://seekingalpha.com/news/3325243-jpmorgan-downgrades-nutanix-13-percent-downside

.
Q3 starts Thursday, are you ready to call plan? Lets focus in on real pipeline build and execution for the 2H and beyond as the opportunity is massive.

Congrats &#9608;&#9608;&#9608;&#9608;&#9608; for $2.6M(!) in pipeline build last week. Looks like Q3 is ready for a blow out.
Well done &#9608;&#9608;&#9608;&#9608;&#9608; $1.5M in pipeline build, while working on some large logo closes this quarter.
Way to keep the pressure on &#9608;&#9608;&#9608;&#9608;&#9608; $1.3M in pipe build.

Lets roll….

Filtered By:  Edit
**Type** not equal to **Renewals** Clear
AND **Region** equals **Americas North** Clear

| SubRegion | Opportunity Owner | | 10/29/2017 - 11/4/2017 | 11/5/2017 - 11/11/2017 | 11/12/2017 - 11/18/2017 | 11/19/2017 - 11/25/2017 | 11/26/2017 - 12/2/2017 | 12/3/2017 - 12/9/2017 |
|---|---|---|---|---|---|---|---|---|
| Canada Commercial | | Sum of Amount | $36,618.41 | $23,000.00 | $213,781.50 | $140,000.00 | $329,500.00 | $270,885.11 |
| | | Record Count | 2 | 1 | 7 | 3 | 2 | 2 |
| | | Sum of Amount | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | Record Count | 0 | 0 | 0 | 0 | 0 | 0 |
| | | Sum of Amount | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | Record Count | 0 | 0 | 0 | 0 | 0 | 0 |
| | | Sum of Amount | $0.00 | $213,860.27 | $0.00 | $71,965.66 | $35,411.15 | $12,550.96 |
| | | Record Count | 0 | 3 | 0 | 2 | 3 | 2 |
| | | Sum of Amount | $0.00 | $20,100.12 | $2,724.16 | $0.00 | $0.00 | $138,446.63 |
| | | Record Count | 0 | 1 | 1 | 0 | 0 | 3 |
| | | Sum of Amount | $16,640.44 | $86,603.06 | $60,000.00 | $265,209.12 | $0.00 | $0.00 |
| | | Record Count | 1 | 2 | 2 | 3 | 1 | 1 |

NTNX-0037206

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Sum of Amount / Record Count | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $210,768.17 / 1 | $0.00 / 0 | $0.00 / 0 |
| | | Sum of Amount / Record Count | $0.00 / 0 | $620,223.20 / 5 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 |
| | | Sum of Amount / Record Count | $0.00 / 0 | $100,000.00 / 1 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 |
| | | Sum of Amount / Record Count | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 |
| | | Sum of Amount / Record Count | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $220,156.25 / 1 |
| | | Sum of Amount / Record Count | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $0.00 / 1 | $0.00 / 0 |
| | | Sum of Amount / Record Count | $24,429.18 / 1 | $55,185.13 / 1 | $116,382.41 / 4 | $409,955.08 / 3 | $175,983.50 / 6 | $163,917.62 / 7 |
| | | Sum of Amount / Record Count | $100,000.00 / 2 | $276,793.10 / 5 | $388,806.18 / 8 | $175,000.00 / 3 | $183,304.44 / 7 | $125,336.14 / 2 |
| | | Sum of Amount / Record Count | $603,211.00 / 2 | $294,017.22 / 5 | $75,974.79 / 1 | $232,563.98 / 4 | $155,938.40 / 4 | $756.72 / 2 |
| | Subtotal | Sum of Amount / Record Count | $780,899.03 / 8 | $1,689,782.10 / 24 | $857,669.04 / 23 | $1,505,462.01 / 19 | $880,137.49 / 24 | $932,049.43 / 20 | $ |
| Canada Enterprise | | Sum of Amount / Record Count | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $56,000.00 / 1 |
| | | Sum of Amount / Record Count | $0.00 / 0 | $18,119.97 / 1 | $242,212.40 / 2 | $200,000.00 / 1 | $0.00 / 1 | $0.00 / 0 |
| | | Sum of Amount / Record Count | $0.00 / 1 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 | $0.00 / 0 |
| | | Sum of Amount / Record Count | $28,619.61 / 3 | $42,053.05 / 1 | $1,027,041.78 / 2 | $247,505.88 / 2 | $0.00 / 0 | $244,581.26 / 4 |
| | | Sum of Amount / Record Count | $180,000.00 / 1 | $457,091.35 / 5 | $12,761.00 / 2 | $0.00 / 0 | $80,000.00 / 1 | $240,027.80 / 5 |
| | | Sum of Amount / Record Count | $96,360.00 / 1 | $49,744.91 / 1 | $3,045.00 / 1 | $0.00 / 0 | $0.00 / 0 | $39,893.65 / 1 |

CONFIDENTIAL

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sum of Amount | $0.00 | $129,758.81 | $59,848.24 | $0.00 | $0.00 | $0.00 | |
| | | | Record Count | 0 | 1 | 1 | 0 | 0 | 0 | |
| | | | Sum of Amount | $326,763.13 | $319,438.09 | $438,245.31 | $8,475.20 | $0.00 | $0.00 | $ |
| | | | Record Count | 1 | 1 | 3 | 1 | 0 | 0 | |
| | | | Sum of Amount | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | | | Record Count | 0 | 0 | 0 | 0 | 0 | 1 | |
| | | | Sum of Amount | $34,632.81 | $1,157,038.55 | $0.00 | $311,634.34 | $40,094.89 | $579,228.48 | |
| | | | Record Count | 1 | 1 | 0 | 1 | 2 | 2 | |
| | | | Sum of Amount | $115,476.64 | $6,858.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | | | Record Count | 1 | 2 | 0 | 0 | 0 | 0 | |
| | | | Sum of Amount | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | | | Record Count | 0 | 1 | 0 | 0 | 0 | 1 | |
| | | Subtotal | Sum of Amount | $781,852.19 | $2,180,102.73 | $1,783,153.73 | $767,615.42 | $120,094.89 | $1,159,731.19 | $ |
| | | | Record Count | 9 | 14 | 11 | 5 | 4 | 15 | |
| New England Enterprise | | | Sum of Amount | $0.00 | $400,000.00 | $527,220.32 | $0.00 | $1,178,263.85 | $0.00 | |
| | | | Record Count | 0 | 2 | 2 | 0 | 4 | 1 | |
| | | | Sum of Amount | $0.00 | $199,779.82 | $183,709.14 | $676,942.41 | $108,232.67 | $0.00 | |
| | | | Record Count | 0 | 1 | 3 | 1 | 2 | 0 | |
| | | | Sum of Amount | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | | | Record Count | 0 | 0 | 0 | 0 | 0 | 1 | |
| | | | Sum of Amount | $50,000.00 | $0.00 | $826,641.00 | $0.00 | $0.00 | $300,000.00 | |
| | | | Record Count | 1 | 1 | 4 | 0 | 1 | 1 | |
| | | | Sum of Amount | $0.00 | $0.00 | $0.00 | $0.00 | $150,257.21 | $0.00 | |
| | | | Record Count | 0 | 0 | 0 | 0 | 1 | 0 | |
| | | | Sum of Amount | $139,764.95 | $0.00 | $163,593.23 | $0.00 | $82,074.67 | $45,291.00 | |
| | | | Record Count | 1 | 0 | 1 | 0 | 1 | 1 | |
| | | | Sum of Amount | $35,483.81 | $134,244.02 | $66,067.92 | $65,311.52 | $59,844.95 | $0.00 | |
| | | | Record Count | 1 | 5 | 4 | 1 | 2 | 1 | |
| | | | Sum of Amount | $97,737.61 | $34,063.44 | $330,951.83 | $0.00 | $176,099.19 | $0.00 | |
| | | | Record Count | 1 | 1 | 2 | 0 | 3 | 0 | |
| | | | Sum of Amount | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | | | Record Count | 0 | 1 | 0 | 1 | 1 | 0 | |

CONFIDENTIAL

NTNX-0037208

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | ■ | Sum of Amount Record Count | $111,896.14 1 | $0.00 0 | $652,972.52 3 | $0.00 0 | $0.00 2 | $50,000.00 1 |
| | | Sum of Amount Record Count | $342,884.67 2 | $200,000.00 1 | $938,367.89 7 | $143,330.34 1 | $226,653.93 4 | $1,028,785.60 3 |
| | | Sum of Amount Record Count | $0.00 0 | $125,000.00 1 | $0.00 0 | $132,921.25 2 | $0.00 1 | $275,000.00 1 |
| | Subtotal | Sum of Amount Record Count | $777,767.18 7 | $1,093,087.28 13 | $3,689,523.85 26 | $1,018,505.52 6 | $1,981,426.47 22 | $1,699,076.60 10 |
| Northeast Commercial | ■ | Sum of Amount Record Count | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 |
| | | Sum of Amount Record Count | $260,371.59 3 | $250,000.00 2 | $425,000.00 2 | $38,705.91 3 | $0.00 0 | $286,516.05 2 |
| | | Sum of Amount Record Count | $0.00 0 | $439,330.00 2 | $100,000.00 2 | $0.00 0 | $175,000.00 2 | $125,000.00 1 |
| | | Sum of Amount Record Count | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 |
| | | Sum of Amount Record Count | $1,553,535.46 3 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 1 | $50,000.00 1 |
| | | Sum of Amount Record Count | $0.00 0 | $50,000.00 1 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 |
| | | Sum of Amount Record Count | $0.00 0 | $530,000.00 3 | $414,544.42 4 | $663,217.02 5 | $147,962.15 3 | $300,000.00 1 |
| | | Sum of Amount Record Count | $225,000.00 1 | $1,219,480.33 5 | $152,052.07 1 | $0.00 0 | $865,000.00 2 | $175,000.00 1 |
| | | Sum of Amount Record Count | $79,373.34 1 | $31,863.27 2 | $99,788.50 3 | $22,117.00 1 | $25,667.00 2 | $0.00 0 |
| | | Sum of Amount Record Count | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 |
| | | Sum of Amount Record Count | $157,792.48 1 | $150,000.00 1 | $100,887.60 1 | $0.00 0 | $195,000.00 2 | $0.00 0 |
| | | Sum of Amount Record Count | $0.00 0 | $0.00 2 | $356,884.39 4 | $0.00 0 | $57,942.80 1 | $0.00 0 |

NTNX-0037209

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sum of Amount Record Count | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | |
| | | | Sum of Amount Record Count | $0.00 0 | $0.00 0 | $250,000.00 1 | $0.00 0 | $0.00 0 | $0.00 0 | |
| | | | Sum of Amount Record Count | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $650,000.00 1 | $0.00 0 | |
| | | | Sum of Amount Record Count | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | |
| | | | Sum of Amount Record Count | $0.00 0 | $0.00 0 | $0.00 1 | $0.00 0 | $0.00 0 | $0.00 0 | |
| | | | Sum of Amount Record Count | $0.00 0 | $0.00 0 | $350,000.00 1 | $0.00 0 | $0.00 0 | $28,287.06 1 | |
| | | Subtotal | Sum of Amount Record Count | $2,276,072.87 9 | $2,670,673.60 18 | $2,249,156.98 20 | $724,039.93 9 | $2,116,571.95 14 | $964,803.11 7 | $ |
| NY/NJ Enterprise Select | | | Sum of Amount Record Count | $0.00 0 | $0.00 1 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | |
| | | | Sum of Amount Record Count | $0.00 0 | $0.00 0 | $0.00 1 | $0.00 0 | $0.00 0 | $0.00 0 | |
| | | | Sum of Amount Record Count | $62,999.15 1 | $150,000.00 1 | $300,000.00 3 | $100,000.00 1 | $145,363.32 1 | $0.00 0 | |
| | | | Sum of Amount Record Count | $110,000.00 1 | $0.00 0 | $354,445.96 2 | $0.00 0 | $1,533,681.68 3 | $0.00 0 | |
| | | | Sum of Amount Record Count | $0.00 0 | $0.00 1 | $0.00 0 | $0.00 0 | $0.00 0 | $0.00 0 | |
| | | | Sum of Amount Record Count | $138,580.00 1 | $0.00 0 | $800,000.00 1 | $1,640,029.18 5 | $0.00 0 | $0.00 0 | $ |
| | | | Sum of Amount Record Count | $125,000.00 1 | $0.00 0 | $75,000.00 1 | $0.00 0 | $352,624.00 2 | $250,000.00 2 | |
| | | | Sum of Amount Record Count | $306,473.35 1 | $0.00 0 | $80,000.00 1 | $0.00 0 | $0.00 0 | $0.00 0 | |
| | | Subtotal | Sum of Amount Record Count | $743,052.50 5 | $150,000.00 3 | $1,609,445.96 9 | $1,740,029.18 6 | $2,031,669.00 6 | $250,000.00 2 | $ |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NY/NJ Financials | ███ | Sum of Amount | $0.00 | $264,947.85 | $418,451.37 | $1,583,509.64 | $958,981.74 | $0.00 |
| | | Record Count | 0 | 1 | 2 | 4 | 3 | 0 |
| | | Sum of Amount | $0.00 | $174,300.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | Record Count | 0 | 1 | 0 | 0 | 0 | 0 |
| | | Sum of Amount | $0.00 | $4,167,232.89 | $62,985.00 | $0.00 | $0.00 | $3,503,021.36 | $ |
| | | Record Count | 1 | 5 | 3 | 1 | 0 | 6 |
| | | Sum of Amount | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | Record Count | 0 | 0 | 0 | 0 | 1 | 0 |
| | | Sum of Amount | $0.00 | $410,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | Record Count | 0 | 1 | 0 | 0 | 0 | 0 |
| | | Sum of Amount | $950,000.00 | $0.00 | $270,000.00 | $0.00 | $0.00 | $0.00 |
| | | Record Count | 1 | 0 | 1 | 0 | 0 | 0 |
| | Subtotal | Sum of Amount | $950,000.00 | $5,016,480.74 | $751,436.37 | $1,583,509.64 | $958,981.74 | $3,503,021.36 | $ |
| | | Record Count | 2 | 8 | 6 | 5 | 4 | 6 |
| | Grand Total | Sum of Amount | $6,309,643.77 | $12,800,126.45 | $10,940,385.93 | $7,339,161.70 | $8,088,281.64 | $8,503,081.69 | $1 |
| | | Record Count | 40 | 80 | 95 | 50 | 74 | 60 |

Check rows to filter, then drill down by:

Anton Granic
Vice President — America's North & Canada| anton@nutanix.com |
1-416-270-9226

‹ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                    ›

CONFIDENTIAL

NTNX-0037211

# EXHIBIT 63

**To:** Channel-Sales[channel-sales@nutanix.com]; Channel-Emea[channel-emea@nutanix.com]; Channel Operations[SalesOps-ChannelOps@nutanix.com]; GSI-Team[gsi-team@nutanix.com]; APAC Channel SEs[apac-channel-SE@nutanix.com]; Apac-Channels[apac-channels@nutanix.com]; OEM SE Team[dl-Team-OEM-SS@nutanix.com]
**Bcc:** Matt Young[matt@nutanix.com]; Chris Kaddaras[chris.kaddaras@nutanix.com]; Sherry Lautenbach[sherry.lautenbach@nutanix.com]; Lou Attanasio[lou.attanasio@nutanix.com]; Bob Wallace[bob@nutanix.com]; Dheeraj Pandey[dheeraj@nutanix.com]; Paul Mayes[paul.mayes@nutanix.com]
**From:** Rodney Foreman[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C17E1DA80EA84970BA929361157DFB63-RODNEY.FORE]
**Sent:** Mon 1/29/2018 6:03:55 AM Pacific Standard Time
**Subject:** Close Q2 Strong!

Team,

We have 3 days left in Q2 and it is very important that we execute with our partners to close the quarter strong!  It is vital that we book every customer opportunity in the roadmap for Q2. It is also important
that we accelerate future sales opportunities where possible to bring them into this quarter. Utilize partner relationships with the customer to close deals early.  Contact me anytime you need help with any issue to book
or close a customer opportunity.

Please review your pipeline and make sure the partners are focused on obtaining the proper PO and information as listed below;

1. A **valid purchase order** must be submitted with the following attributes:
   *issued to the correct Nutanix Entity on company's standard purchase order form

   | (For EMEA and APAC orders) | (For US, Canada, and LatAm orders) |
   |---|---|
   | Nutanix Netherlands B.V. | Nutanix Inc. |
   | Scorpius 100 | 1740 Technology Drive, Suite 150 |
   | 2132 LR Hoofddorp | San Jose, CA 95110 |
   | Netherlands | United States |

   *Date
   *Purchase order number
   *Complete Bill to company name, address & contact information (contact name, phone number & email)
   *Complete Ship to company name, address & contact information (contact name, phone number & email)
   *Payment terms Net 30 or per contractual agreement
   *Shipment/Incoterms FCA Origin[1]
   *Nutanix Quote number
   *Nutanix part numbers and unit price
   *Quantity for each line item
   *PO total amount in USD
   *Authorized signature in any form below (applicable only if PO has a signature line)
        Individual signature, electronic signature, typed signature, and/or company seal

2. PO must be in the **English** language.

3. **End-user information** (company name, address, contact name, phone number & email) must be provided.
End-user refers to the **ultimate installation site**.

4. **Shipping Method** must be provided.
If no shipping method is provided, Nutanix freight carrier will be used and freight charges will be billed to the reseller/distributor.
If another carrier is preferred, please provide your freight forwarder/courier name, service level, account number and local contact information (contact name, phone # and email).

5. For renewal, upgrade, and conversion orders, please provide **serial number/s**.

6. For international orders, reseller or distributor must provide the **Importer of Record (IOR)** responsible for customs clearance.

We are currently working to create an all-encompassing Channel Sales distribution list.  Please forward this email as appropriate.
Appreciate your focus and push to bring in every possible order in these last days of Q2. **Let's end the quarter strong and deliver the best result possible.**

Thank you!  -Rodney


Rodney Foreman
VP, Global Channel Sales
512.525.4359
Nutanix, Inc. | 1740 Technology Drive, 1st Floor, San Jose, CA 95110



CONFIDENTIAL

NTNX-0073689

# EXHIBIT 64

**To:** Sherry Lautenbach[sherry.lautenbach@nutanix.com]
**From:** Anton Granic[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7EC550866F754850AB0DB70CE4C1575E-ANTON GRANI]
**Sent:** Thur 8/2/2018 9:33:03 AM Pacific Daylight Time
**Subject:** FW: CLARI Forecast- Take 2...

Just for your files...

On it.

Anton Granic
Vice President – America's North & Canada| anton@nutanix.com |
1-416-270-9226



---

**From:** Anton Granic <anton@nutanix.com>
**Date:** Thursday, August 2, 2018 at 12:11 PM
**To:** Robert Stroud <robert.stroud@nutanix.com>, Tyler Renkert <tyler.renkert@nutanix.com>, Mike Giordano <mike.giordano@nutanix.com>, Peter Cary <peter.cary@nutanix.com>, derek twombly <dltwombly@sbcglobal.net>, Robert Yelenich <robert.yelenich@nutanix.com>
**Cc:** Tom Kramer <tom.kramer@nutanix.com>
**Subject:** CLARI Forecast- Take 2...

Team,

I am about to jump on the forecast call and have completed reviewing the roll ups. We have a problem. The numbers are too low.

I can appreciate many regions pulled things forward, and want to build into the number, but we are currently at a $10M gap from where I think quota's are going to land. That's too big a delta.

We have regions that are calling less than what they did last quarter, and they missed plan. That won't work. Other than Peter who pulled in over $19M, everyone's call needs to go up, and we need to start stretching the number. We can low ball it now, and have HQ all over us for the next 13 weeks, or, we can get aggressive (realistic), not sandbag, and commit some numbers that we are all going to work diligently to commit to.
Please go through your deals/reps again, and readjust by end of day today.
We can go into more detail at SKO.

Thanks,
a

Anton Granic
Vice President – America's North & Canada| anton@nutanix.com |
1-416-270-9226



CONFIDENTIAL                                                                            NTNX-0041757

# EXHIBIT 65

**To:** Dheeraj Pandey[dheeraj@nutanix.com]; Ben Gibson[ben.gibson@nutanix.com]; Lou Attanasio[lou.attanasio@nutanix.com]; Jeff Yuille[jeff.yuille@nutanix.com]
**Cc:** Bob Wallace[bob@nutanix.com]; Rickie Goyal[rickie@nutanix.com]; Rodney Foreman[rodney.foreman@nutanix.com]; Paul Mayes[paul.mayes@nutanix.com]; Rukmini Sivaraman [rukmini.sivaraman@nutanix.com]; Chris Kozup[chris.kozup@nutanix.com]
**From:** Bill Broderson[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=12256E35B1824B8F89A87481A5CE13C5-BILL BRODER]
**Sent:** Thur 9/13/2018 5:47:55 PM Pacific Daylight Time
**Subject:** RE: Pipeline War Room Update (9/13/2018)

---

We have started advising at the Sub region level of Gaps to progression Targets so they are aware as well as adding a significant amount of Prospecting Days and Channel Prospecting Days with a big Focus on Create to Close this quarter. On our Forecast Calls we delivered a Consistent Message that Immediate improvement is expected and we will look to see the forecasts and progression reflect that next week. With 7 weeks remaining in quarter, now is the time to get all the deals that are expected to close progressed for September and October Close or ask for help immediately to overcome any deal level obstacles.

Thank You



---

**From:** Dheeraj Pandey
**Sent:** Thursday, September 13, 2018 5:25 PM
**To:** Ben Gibson <ben.gibson@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Jeff Yuille <jeff.yuille@nutanix.com>
**Cc:** Bill Broderson <bill.broderson@nutanix.com>; Bob Wallace <bob@nutanix.com>; Rickie Goyal <rickie@nutanix.com>; Rodney Foreman <rodney.foreman@nutanix.com>; Paul Mayes <paul.mayes@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>; Chris Kozup <chris.kozup@nutanix.com>
**Subject:** Re: Pipeline War Room Update (9/13/2018)

Thanks Jeff.

"*70% of our reps still have a gap to their to go target; we saw no significant week-to-week improvement*"

How are we coaching them to generate pipe? Is there a recipe for growth, assuming they know they're behind? This could be with existing customers, channel call blitz, inside-sales calls, other leads from marketing, etc.
On Sep 14, 2018, 2:18 AM +0200, Jeff Yuille <jeff.yuille@nutanix.com>, wrote:


Hi,

Here is this week's version of the Pipeline War Room Update.

**Creation Highlights**
- Pipeline creation linearity is 4% behind at 35% of goal
- EMEA is now 12% behind linearity and thus has shifted the marketing mix to immediate lead generation activities from back-end loaded events
- Q2'19 outlook ranges between $21M and $29M surplus
- Existing Business pipeline creation linearity is on pace but New Business linearity is trailing now by 7%
- Focus on Existing Business manifests itself in the pipe creation linearity and also the Q2'19 outlook for Existing Business (+$22M)
- Beam: intense focus on "unplugging" funnel conversion, early account prioritization and top of funnel increase
- Calm: rolling out targeted account (PrismPro + AHV in-house) campaign

**Progression Highlights**
- 70% of our reps still have a gap to their to go target; we saw no significant week-to-week improvement
- Many of the reps have enough funnel to cover their remaining targets, but they need to progress the deals to SU or Commit
- Forecast Categories & Stages were aligned this week which has resulted in a limited impact to overall Q1 funnel
- Reps will need to remove all Upside & Pipeline opportunities with a September close date by Sep 17th
- Working with Channels to develop new SPIFF's & rebates to accelerate opportunities (e.g., Japan New Partner rebate, Velocity Program shift to Commercial)

**Close Highlights**
- A triangulation of the models puts us at ~$338M ISV
- Main difference between IPM and FP&A model is in the Americas, specifically Public Sector ($9M delta), West ($8M delta), East ($6M delta) and North ($5M delta)
    - Americas relies on stealth pipe and pull-in more than the other theaters and the models take different approaches to estimating this behavior
- Broderson model diverges from IPM due to corrections of SFDC Forecast categories based on Stage and using 2 quarter averages instead of 4 quarter averages

Thanks,

Pipeline War Room Team

NTNX-0027853

# EXHIBIT 66

**To:** Anton Granic[anton@nutanix.com]
**From:** Lou Attanasio[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FE2145F16F46422591474C10B5FD4851-LOU.ATTANAS]
**Sent:** Sun 9/30/2018 4:01:47 PM Pacific Standard Time
**Subject:** RE: Snapshot- 82718- Team, please dig in. We have not seen movement on pipeline build since first week of August. (Target 3x -Goal)

Anton, thanks for the email...I sent bcc'ed you on your first one below.. As for the comment I told you, I only repeated to you what I heard... Now, who said it, and if it was true......beyond us.. You told me on the call that it was not accurate, so I moved on... I 'believe' YOU... Lets you and I focus on how we can get you what you need... I am all in...to help..

Hope you had a great weekend... How is your Niece??

Lou Attanasio
Chief Revenue Officer - EVP
Cell (914) 588-4189   Office (669) 255-0441
Nutanix, Inc. | 1740 Technology Drive, 1st Floor, San Jose, CA 95110



---

**From:** Anton Granic
**Sent:** Sunday, September 30, 2018 7:41 AM
**To:** Lou Attanasio <lou.attanasio@nutanix.com>
**Subject:** FW: Snapshot- 82718- Team, please dig in. We have not seen movement on pipeline build since first week of August. (Target 3x -Goal)
**Importance:** High

Hey Lou, hope all is well.

I just wanted to follow up to see if you had a chance to review some of the notes I sent last week.
I was surprised you brought up the comment that we were saying we pulled a bunch of stuff forward into Q4 as our reason for such a difficult quarter. Although we did pull a few million forward, which obviously has some impact on Q1, the primary issue from the beginning of the quarter has been a massive pipeline gap which we have been trying to address since August.

Let me know if you have some time to catch up today for a quick touchpoint,

Cheers,

Anton Granic
Vice President – America's North & Canada| anton@nutanix.com |
1-416-270-9226



---

**From:** Anton Granic <anton@nutanix.com>
**Date:** Tuesday, September 25, 2018 at 11:13 AM
**To:** Lou Attanasio <lou.attanasio@nutanix.com>
**Subject:** FW: Snapshot- 82718- Team, please dig in. We have not seen movement on pipeline build since first week of August. (Target 3x -Goal)

Calling out Pipeline concerns in M1.

Anton Granic
Vice President – America's North & Canada| anton@nutanix.com |
1-416-270-9226



---

**From:** Anton Granic <anton@nutanix.com>
**Date:** Monday, August 27, 2018 at 2:19 PM
**To:** Northeast Leadership All <Northeastleadershipall@nutanix.com>

NTNX-0008209

**Cc:** Tom Kramer <tom.kramer@nutanix.com>, Antoinette Montana <amontana@nutanix.com>, Edward Morin <edward.morin@nutanix.com>, Tammy Rogers <tammy.rogers@nutanix.com>, Lauri Capwell <lauri.capwell@nutanix.com>, Sherry Lautenbach <sherry.lautenbach@nutanix.com>, Anar Desai <adesai@nutanix.com>, Frank Czyz <frank.czyz@nutanix.com>, Cheryl Knight <cheryl.knight@nutanix.com>, Anton Granic <anton@nutanix.com>

**Subject:** Re: Snapshot- 82718- Team, please dig in. We have not seen movement on pipeline build since first week of August. (Target 3x -Goal)

Good afternoon Team, I hope this email finds you well.

As we head into the final week of August, I wanted to focus in on the Pipeline status. As per the note send out last Tuesday (below), we highlighted a number of areas where we are significantly behind in the 3x Goal target. In fact, the numbers are actually going down. All of the "clean up" should have been completed in the first two weeks of the quarter. At this point, activities should be leading to Pipeline increase.

We are now in the 4th week of August (1/3 of the way through Q1), with little, to no movement in funnel build. This is a problem.

Please take the time over the next 24 hours to dig into the teams activities and identify areas of concern. We will be having a quick leadership touchpoint Wednesday morning as the forecast models are raising red flags across the board.

**To address this critical situation, we need to focus on two key areas with the teams every day for the rest of the quarter:**
  1. **Expand business (every existing customer needs to be approached by the end of this week)**
  2. **Net new logos -G2K.  (targeted, proactive campaigns that are leading to in quarter business. Channel and Marketing will be key here. We are $52M short in Pipeline for the quarter to be at our 3x target)**

**Please come prepared to discuss on our call Weds morning your strategies on addressing above and below.**

See numbers below, compared to last week:

RED Indicates pipeline drop.
Green indicates increase.

| Sum of ISV Amount | | Nutanix Forecast Category | | | | | Grand Total |
|---|---|---|---|---|---|---|---|
| SubRegion | Opportunity Owner | Pipeline | Upside | Strong Upside | Commit | Closed | |
| Canada Commercial | Channa de Silva | $0.00 | $910,274.00 | $182,790.34 | $0.00 | $86,053.40 | **$1,179,117.74** |
| | Gerry Helgason | $0.00 | $1,781,723.70 | $0.00 | $0.00 | $32,862.30 | **$1,814,586.00** |
| | Mark Pilon | $0.00 | $0.00 | $0.00 | $0.00 | $13,147.02 | **$13,147.02** |
| | Rob Adams | $190,000.00 | $1,144,229.55 | $7,007.40 | $0.00 | $160,716.83 | **$1,501,953.78** |
| | Ryan Mayoff | $0.00 | $19,000.00 | $0.00 | $0.00 | $0.00 | **$19,000.00** |
| | Steven Fournier | $0.00 | $3,129,519.66 | $342,945.51 | $0.00 | $207,698.82 | **$3,680,163.99** |
| | Ted Rabbets | $0.00 | $72,704.00 | $0.00 | $0.00 | $0.00 | **$72,704.00** |
| | Trevor Millius | $0.00 | $1,694,779.62 | $689,854.33 | $6,108.61 | $35,730.06 | **$2,426,472.63** |
| | Vanessa Chan | $0.00 | $833,379.08 | $38,166.30 | $0.00 | $0.00 | **$871,545.38** |
| | **Subtotal** | $190,000.00 | $9,585,609.61 | $1,260,763.88 | $6,108.61 | $536,208.43 | ▓▓▓▓▓▓ |
| Canada Enterprise | Brian Shaw | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | Channa de Silva | $0.00 | $4,560.00 | $0.00 | $0.00 | $0.00 | **$4,560.00** |
| | David Burgess | $0.00 | $692,434.05 | $185,688.75 | $102,090.70 | $120,137.48 | **$1,100,350.98** |
| | Domenic Leopardi | $0.00 | $1,098,255.33 | $151,918.34 | $0.00 | $95,670.26 | **$1,345,843.93** |
| | Dom Koumi | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | Gregg Duncan | $0.00 | $3,149,045.08 | $588,308.60 | $0.00 | $372,356.96 | **$4,109,710.64** |
| | Ivor Rego | $0.00 | $1,535,940.37 | $725,752.06 | $0.00 | $221,099.43 | **$2,482,791.86** |

NTNX-0008210

| | | | | | | |
|---|---|---|---|---|---|---|
| | Nate Haddad | $0.00 | $671,919.79 | $243,079.38 | $0.00 | $0.00 | $914,999.17 |
| | Oscar Turingan | $0.00 | $1,462,396.56 | $98,608.47 | $0.00 | $115,366.80 | $1,676,371.83 |
| | Rick Kraus | $0.00 | $665,371.97 | $804,933.33 | $66,377.34 | $20,323.72 | $1,557,006.35 |
| | Rob Adams | $0.00 | $51,971.95 | $0.00 | $0.00 | $0.00 | $51,971.95 |
| | Steven Fournier | $0.00 | $22,333.92 | $0.00 | $0.00 | $0.00 | $22,333.92 |
| | Steve Rosenberg | $0.00 | $249,659.14 | $136,969.73 | $0.00 | $0.00 | $386,628.87 |
| | Ted Rabbets | $0.00 | $0.00 | $26,122.26 | $0.00 | $0.00 | $26,122.26 |
| | **Subtotal** | $0.00 | $9,603,888.16 | $2,961,380.91 | $168,468.04 | $944,954.65 | ▓▓▓▓▓▓ |
| New England Commercial | Kelly Halas | $0.00 | $907,083.44 | $286,092.65 | $0.00 | $0.00 | $1,193,176.09 |
| | Kyle Dzurko | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Luke Bobbins | $0.00 | $168,955.54 | $188,418.20 | $0.00 | $0.00 | $357,373.74 |
| | Matt Boulin | $0.00 | $389,347.45 | $143,088.74 | $0.00 | $0.00 | $532,436.19 |
| | Patrick Smith | $0.00 | $516,528.36 | $429,535.61 | $94,390.91 | $0.00 | $1,040,454.88 |
| | Ryan K. Johnson | $0.00 | $1,076,783.71 | $0.00 | $0.00 | $109.76 | $1,076,893.47 |
| | Shane McCarthy | $0.00 | $143,587.69 | $128,889.60 | $0.00 | $0.00 | $272,477.29 |
| | Trent Tubolino | $0.00 | $1,698,452.07 | $479,846.69 | $131,728.12 | $332,195.00 | $2,642,221.88 |
| | **Subtotal** | $0.00 | $4,900,738.25 | $1,655,871.49 | $226,119.02 | $332,304.76 | ▓▓▓▓▓▓ |
| New England Enterprise | Chris Barillot | $0.00 | $30,400.00 | $0.00 | $0.00 | $0.00 | $30,400.00 |
| | Eugene Connett | $0.00 | $29,772.47 | $0.00 | $0.00 | $0.00 | $29,772.47 |
| | Jack Fitzgerald | $0.00 | $914,891.91 | $205,669.62 | $5,323.52 | $0.00 | $1,125,885.05 |
| | John Ashe | $0.00 | $247,821.59 | $0.00 | $0.00 | $0.00 | $247,821.59 |
| | Neil Mack | $0.00 | $0.00 | $229,676.85 | $0.00 | $0.00 | $229,676.85 |
| | Peter Cary | $0.00 | $907,990.32 | $13,396.16 | $0.00 | $0.00 | $921,386.48 |
| | Tom Maffuid | $0.00 | $791,386.43 | $65,256.00 | $160,360.00 | $91,349.90 | $1,108,352.33 |
| | Vincent Pearl | $0.00 | $1,682,391.82 | $0.00 | $0.00 | $383,877.32 | $2,066,269.14 |
| | **Subtotal** | $0.00 | $4,604,654.54 | $513,998.63 | $165,683.52 | $475,227.22 | ▓▓▓▓▓▓ |
| NY/NJ Commercial | Angelo Cammilleri | $0.00 | $2,167,664.09 | $465,400.86 | $54,035.64 | $123,325.44 | $2,810,426.03 |
| | Eric Tonghini | $0.00 | $351,445.41 | $0.00 | $0.00 | $0.00 | $351,445.41 |
| | Kevin Kowalski | $0.00 | $265,068.24 | $84,392.00 | $0.00 | $0.00 | $349,460.24 |
| | Lino Brescia | $129,200.00 | $630,422.31 | $645,885.65 | $3,649.80 | $0.00 | $1,409,157.75 |
| | Mark Muia | $114,000.00 | $245,995.94 | $146,494.94 | $0.00 | $80,056.32 | $586,547.20 |
| | Michael Nahabedian | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Nicholas Harrison | $0.00 | $395,305.02 | $28,307.44 | $0.00 | $0.00 | $423,612.46 |

NTNX-0008211

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Robert Sheehan | $127,965.64 | $388,294.35 | $0.00 | $408,263.32 | $0.00 | **$924,523.31** |
| | Rodney Tafuro | $0.00 | $757,980.00 | $41,825.09 | $0.00 | $0.00 | **$799,805.09** |
| | Timothy Roth | $0.00 | $260,748.92 | $155,363.51 | $0.00 | $0.00 | **$416,112.43** |
| | Tom Spisso | $0.00 | $711,421.87 | $346,654.01 | $0.00 | $0.00 | **$1,058,075.88** |
| | **Subtotal** | $371,165.64 | $6,174,346.15 | $1,914,323.50 | $465,948.76 | $203,381.76 | ▓▓▓▓▓▓ |
| NY/NJ Enterprise Select | Chris Welburn | $22,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$22,800.00** |
| | Frank Lamberta | $233,544.47 | $499,826.13 | $0.00 | $0.00 | $0.00 | **$733,370.59** |
| | Jarrett Schwenzer | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | Kevin Brown | $0.00 | $695,816.63 | $2,225,080.83 | $942,326.56 | ($711.24) | **$3,862,512.78** |
| | Kevin Kowalski | $0.00 | $2,238,350.36 | $863,894.77 | $32,667.00 | $60,427.65 | **$3,195,339.78** |
| | Matthew Calamusa | $0.00 | $1,082,083.35 | $449,791.52 | $70,830.46 | $0.00 | **$1,602,705.33** |
| | Mike Agesen | $0.00 | $0.00 | $361,272.28 | $0.00 | $0.00 | **$361,272.28** |
| | Phil Spear | $0.00 | $576,527.51 | $1,175,823.91 | $0.00 | $0.00 | **$1,752,351.42** |
| | Robert Sheehan | $0.00 | $669,276.00 | $120,098.85 | $0.00 | $0.00 | **$789,374.85** |
| | Ryan O'Donnell | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | **Subtotal** | $256,344.47 | $5,761,879.97 | $5,195,962.16 | $1,045,824.02 | $59,716.41 | ▓▓▓▓▓▓ |
| NY/NJ Financials | Andrew Sadai | $0.00 | $2,271,065.60 | $1,004,448.38 | $70,114.68 | $0.00 | **$3,345,628.65** |
| | Chris Surrusco | $0.00 | $1,692,592.32 | $0.00 | $0.00 | $0.00 | **$1,692,592.32** |
| | Jack Pieracini | $7,600.00 | $0.00 | $100,000.00 | $0.00 | $51,680.00 | **$159,280.00** |
| | Mark Lyons | $0.00 | $2,947,112.16 | $0.00 | $564,019.60 | $0.00 | **$3,511,131.76** |
| | Roger Van Voorhis | $0.00 | $64,950.00 | $0.00 | $0.00 | $0.00 | **$64,950.00** |
| | **Subtotal** | $7,600.00 | $6,975,720.08 | $1,104,448.38 | $634,134.28 | $51,680.00 | **$8,773,582.73** |
| | **Grand Total** | $825,110.11 | $47,606,836.76 | $14,606,748.95 | $2,712,286.26 | $2,603,478.24 | **$68,354,455.30** |

Anton Granic
Vice President – America's North & Canada| anton@nutanix.com |
1-416-270-9226



---

**From:** Anton Granic <anton@nutanix.com>
**Date:** Tuesday, August 21, 2018 at 11:56 AM
**To:** Northeast Leadership All <Northeastleadershipall@nutanix.com>
**Cc:** Tom Kramer <tom.kramer@nutanix.com>, Antoinette Montana <amontana@nutanix.com>, Edward Morin <edward.morin@nutanix.com>
**Subject:** Snapshot- 82118- Team, please dig in. We have not seen movement on pipeline build since first week of August. (Target 3x -Goal)

| Sum of ISV Amount | Nutanix Forecast Category | Grand Total |
|---|---|---|
| | | |

| SubRegion | Opportunity Owner | Pipeline | Upside | Strong Upside | Commit | Closed | |
|---|---|---|---|---|---|---|---|
| Canada Commercial | Channa de Silva | $0.00 | $910,274.00 | $178,230.34 | $0.00 | $86,053.40 | **$1,174,557.74** |
| | Coty Durazzo | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | Gerry Helgason | $15,200.00 | $2,159,472.38 | $0.00 | $0.00 | $32,862.30 | **$2,207,534.68** |
| | Mark Pilon | $0.00 | $961,699.08 | $38,166.30 | $0.00 | $0.00 | **$999,865.38** |
| | Rob Adams | $0.00 | $1,220,130.50 | $35,291.97 | $165,121.61 | $0.00 | **$1,420,544.08** |
| | Ryan Mayoff | $0.00 | $19,000.00 | $0.00 | $0.00 | $0.00 | **$19,000.00** |
| | Steven Fournier | $0.00 | $3,473,974.15 | $342,945.51 | $0.00 | $207,698.82 | **$4,024,618.49** |
| | Ted Rabbets | $0.00 | $53,704.00 | $0.00 | $0.00 | $0.00 | **$53,704.00** |
| | Trevor Millius | $0.00 | $1,631,650.13 | $686,968.33 | $0.00 | $35,730.06 | **$2,354,348.52** |
| | **Subtotal** | $15,200.00 | $10,429,904.25 | $1,281,602.45 | $165,121.61 | $362,344.58 | **$12,254,172.89** |
| Canada Enterprise | Brian Shaw | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | Channa de Silva | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | David Burgess | $0.00 | $795,627.81 | $214,324.84 | $0.00 | $120,137.48 | **$1,130,090.13** |
| | Domenic Leopardi | $0.00 | $1,849,683.13 | $155,229.99 | $0.00 | $65,275.11 | **$2,070,188.23** |
| | Dom Koumi | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | Gregg Duncan | $0.00 | $3,628,909.60 | $588,308.60 | $367,431.08 | $0.00 | **$4,584,649.28** |
| | Ivor Rego | $0.00 | $1,588,533.33 | $725,752.06 | $0.00 | $221,099.43 | **$2,535,384.82** |
| | Nate Haddad | $0.00 | $671,919.79 | $243,079.38 | $0.00 | $0.00 | **$914,999.17** |
| | Oscar Turingan | $0.00 | $1,879,325.52 | $97,426.97 | $0.00 | $115,366.80 | **$2,092,119.29** |
| | Rick Kraus | $0.00 | $669,364.61 | $871,310.67 | $0.00 | $16,331.08 | **$1,557,006.35** |
| | Steven Fournier | $0.00 | $22,333.92 | $0.00 | $0.00 | $0.00 | **$22,333.92** |
| | Steve Rosenberg | $0.00 | $249,659.14 | $136,969.73 | $0.00 | $0.00 | **$386,628.87** |
| | Ted Rabbets | $0.00 | $0.00 | $26,122.26 | $0.00 | $0.00 | **$26,122.26** |
| | **Subtotal** | $0.00 | $11,355,356.85 | $3,058,524.49 | $367,431.08 | $538,209.90 | **$15,319,522.32** |
| New England Commercial | Kelly Halas | $0.00 | $907,083.44 | $286,092.65 | $0.00 | $0.00 | **$1,193,176.09** |
| | Kyle Dzurko | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | Luke Bobbins | $0.00 | $270,976.00 | $0.00 | $0.00 | $0.00 | **$270,976.00** |
| | Matt Boutin | $0.00 | $389,347.45 | $143,088.74 | $0.00 | $0.00 | **$532,436.19** |
| | Patrick Smith | $0.00 | $887,221.84 | $386,912.19 | $94,390.91 | $0.00 | **$1,368,524.94** |
| | Ryan K. Johnson | $0.00 | $1,556,714.05 | $8,227.64 | $0.00 | $2.00 | **$1,564,943.69** |
| | Shane McCarthy | $0.00 | $143,587.69 | $53,704.00 | $0.00 | $0.00 | **$197,291.69** |
| | Trent Tubolino | $0.00 | $2,168,365.52 | $522,109.96 | $106,548.06 | $332,195.00 | **$3,129,218.54** |

CONFIDENTIAL

NTNX-0008213

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Subtotal** | $0.00 | $6,323,295.98 | $1,400,135.19 | $200,938.97 | $332,197.00 | **$8,256,567.14** |
| New England Enterprise | Chris Barillot | $152,000.00 | $30,400.00 | $0.00 | $0.00 | $0.00 | **$182,400.00** |
| | Eugene Connett | $0.00 | $105,772.47 | $0.00 | $0.00 | $0.00 | **$105,772.47** |
| | Jack Fitzgerald | $0.00 | $945,655.97 | $205,669.62 | $5,323.52 | $0.00 | **$1,156,649.11** |
| | John Ashe | $0.00 | $247,821.59 | $0.00 | $0.00 | $0.00 | **$247,821.59** |
| | Neil Mack | $0.00 | $0.00 | $236,802.29 | $0.00 | $0.00 | **$236,802.29** |
| | Peter Cary | $0.00 | $824,627.85 | $13,396.16 | $0.00 | $0.00 | **$838,024.01** |
| | Todd Thibodeau | $0.00 | $196,544.15 | $0.00 | $0.00 | $0.00 | **$196,544.15** |
| | Tom Maffuid | $0.00 | $791,386.43 | $65,256.00 | $252,320.00 | $91,349.90 | **$1,200,312.33** |
| | Vincent Pearl | $65,926.20 | $1,643,771.29 | $0.00 | $380,236.39 | $0.00 | **$2,089,933.88** |
| | **Subtotal** | $217,926.20 | $4,785,979.75 | $521,124.07 | $637,879.91 | $91,349.90 | **$6,254,259.83** |
| NorCal Enterprise | Brad Senecal | $202,590.25 | $0.00 | $0.00 | $0.00 | $0.00 | **$202,590.25** |
| | **Subtotal** | $202,590.25 | $0.00 | $0.00 | $0.00 | $0.00 | **$202,590.25** |
| NY/NJ Commercial | Angelo Cammilleri | $0.00 | $2,548,431.36 | $473,500.13 | $123,325.44 | $0.00 | **$3,145,256.93** |
| | Eric Tonghini | $103,800.00 | $415,309.03 | $0.00 | $0.00 | $0.00 | **$519,109.03** |
| | Kevin Kowalski | $0.00 | $265,068.24 | $0.00 | $0.00 | $0.00 | **$265,068.24** |
| | Lino Brescia | $306,395.96 | $762,261.89 | $342,132.77 | $3,649.80 | $0.00 | **$1,414,440.42** |
| | Mark Mula | $114,000.00 | $410,014.53 | $216,093.54 | $0.00 | $29,922.75 | **$770,030.81** |
| | Michael Nahabedian | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | Mike Agesen | $0.00 | $290,743.34 | $0.00 | $0.00 | $0.00 | **$290,743.34** |
| | Nicholas Harrison | $0.00 | $351,782.60 | $0.00 | $0.00 | $0.00 | **$351,782.60** |
| | Robert Sheehan | $155,965.64 | $680,894.35 | $0.00 | $408,263.32 | $0.00 | **$1,245,123.31** |
| | Rodney Tafuro | $0.00 | $757,980.00 | $34,712.73 | $0.00 | $0.00 | **$792,692.73** |
| | Timothy Roth | $76,000.00 | $260,748.92 | $112,042.66 | $0.00 | $0.00 | **$448,791.58** |
| | Tom Spisso | $0.00 | $1,058,075.88 | $0.00 | $0.00 | $0.00 | **$1,058,075.88** |
| | **Subtotal** | $756,161.60 | $7,801,310.15 | $1,178,481.83 | $535,238.56 | $29,922.75 | **$10,301,114.89** |
| NY/NJ Enterprise Select | Chris Welburn | $22,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$22,800.00** |
| | Frank Lamberta | $383,358.02 | $499,826.13 | $0.00 | $0.00 | $0.00 | **$883,184.14** |
| | Kevin Brown | $0.00 | $796,758.71 | $3,176,148.43 | $0.00 | ($936.00) | **$3,971,971.14** |
| | Kevin Kowalski | $0.00 | $2,534,269.67 | $948,286.77 | $33,723.00 | $59,371.65 | **$3,575,651.09** |
| | Matthew Calamusa | $0.00 | $2,051,243.62 | $449,791.52 | $93,197.97 | $0.00 | **$2,594,233.11** |
| | Mike Agesen | $1,263,633.55 | $283,970.58 | $0.00 | $0.00 | $0.00 | **$1,547,604.13** |

NTNX-0008214

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Mike Giordano | $0.00 | $152,000.00 | $0.00 | $0.00 | $0.00 | **$152,000.00** |
| | Phil Spear | $0.00 | $1,841,421.40 | $427,945.94 | $0.00 | $0.00 | **$2,269,367.34** |
| | Robert Sheehan | $0.00 | $789,374.85 | $0.00 | $0.00 | $0.00 | **$789,374.85** |
| | Ryan O'Donnell | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | **Subtotal** | $1,669,791.56 | $8,948,864.95 | $5,002,172.66 | $126,920.97 | $58,435.65 | **$15,806,185.80** |
| NY/NJ Financials | Andrew Sadai | $0.00 | $1,664,525.87 | $1,030,145.33 | $0.00 | $0.00 | **$2,694,671.19** |
| | Chris Surrusco | $0.00 | $1,312,592.32 | $0.00 | $0.00 | $0.00 | **$1,312,592.32** |
| | Jack Pieracini | $151,680.00 | $190,000.00 | $0.00 | $0.00 | $0.00 | **$341,680.00** |
| | Mark Lyons | $0.00 | $2,947,112.16 | $564,019.60 | $0.00 | $0.00 | **$3,511,131.76** |
| | Roger Van Voorhis | $0.00 | $0.00 | $0.00 | $64,950.00 | $0.00 | **$64,950.00** |
| | **Subtotal** | $151,680.00 | $6,114,230.35 | $1,594,164.93 | $64,950.00 | $0.00 | **$7,925,025.27** |
| | **Grand Total** | $3,013,349.61 | $55,758,942.27 | $14,036,205.61 | $2,098,481.10 | $1,412,459.76 | **$76,319,438.38** |

Anton Granic
Vice President – America's North & Canada| anton@nutanix.com |
1-416-270-9226



NTNX-0008215

# EXHIBIT 67

**To:** Dheeraj Pandey[dheeraj@nutanix.com]
**Cc:** Lou Attanasio[lou.attanasio@nutanix.com]
**From:** Rodney Foreman[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C17E1DA80EA84970BA929361157DFB63-RODNEY.FORE]
**Sent:** Fri 10/5/2018 6:43:32 AM Pacific Daylight Time
**Subject:** RE: Pipeline War Room Update (10/04/2018)

Our prioritization is –
1. Q2 pull ahead working deal by deal with partners to close in Q1
2. Enterprise/Commercial Whitespace penetration- POW
3. Existing Account Expansion- Dormant Account Program
4. SMB and Commercial (including commercial in new bundles created with CBL) - Velocity

-Rodney

Rodney Foreman
Vice President, Global Channel Sales
512.525.4359



---

**From:** Dheeraj Pandey
**Sent:** Friday, October 5, 2018 8:39 AM
**To:** Rodney Foreman <rodney.foreman@nutanix.com>
**Cc:** Lou Attanasio <lou.attanasio@nutanix.com>
**Subject:** Re: Pipeline War Room Update (10/04/2018)

I'd personally ask "what not to do," among everything that we are doing. My answer would be SMB. Not sure what your answers would be.

Get Outlook for iOS

---

**From:** Rodney Foreman
**Sent:** Friday, October 5, 2018 6:49:34 PM
**To:** Dheeraj Pandey
**Subject:** RE: Pipeline War Room Update (10/04/2018)

Yes, we are focusing on the North and West.  I am personally involved and we have created the attached plan.
We are executing now with urgency.

-Rodney

Rodney Foreman
Vice President, Global Channel Sales
512.525.4359



---

**From:** Dheeraj Pandey
**Sent:** Friday, October 5, 2018 8:16 AM
**To:** Rodney Foreman <rodney.foreman@nutanix.com>
**Subject:** Re: Pipeline War Room Update (10/04/2018)

"
- major weakness in Americas North and West

"

FYI...
On Oct 5, 2018, 9:35 AM +0530, Jeff Yuille <jeff.yuille@nutanix.com>, wrote:

Hi,

Here is this week's version of the Pipeline War Room Update.

**Creation Highlights**
- Pipeline creation linearity dropped to 7% behind at 56% of goal

- Existing Business pipeline creation linearity is now 7% behind with New Business linearity also trailing by 7%

                                                                                                    NTNX-0047411

- Reduction in value on a $22M Americas Central deal the primary driver for the Existing Business decline and the slowdown in linearity

- Q2'19 outlook dropped to $4M to $16M surplus (major weakness in Americas North and West)

  - Launched pull-in channel program in Americas North and West, .NEXT On Tours happening this week in North and rep Pipeline-as-a-Service launching imminently

  - Important to note that the outlook can be impacted by pipeline pull in/pushout dynamics
  - For example, our Q1 outlook at the end of Q4 was impacted by large pushouts during the final week of the quarter.  We are closely monitoring the discrete, focused pull-in activity for Q1 to understand its impact on our Q2 outlook

    - In the final week of Q4'18 we were expecting an extra $100M+ of pipeline to roll into Q1'19 but got that amount got pushed to Q2'19 and beyond
    - Most of the pushout can be attributed to the Americas (Public Sector, North, Central, and West) and was a significantly higher percentage than previous quarters

- Flow pipeline creation is showing more steady progression compared to Calm and Beam

  - Launched Enterprise Account-Based marketing and channel initiatives for Beam (Prospecting Day on 10/10)


## Progression Highlights
- 66% of our reps still have a gap to their "to go" target

  - 55% of those reps do not have enough funnel to progress & call their target
  - There are also 3,315 Stagnant Stage 1 Opportunities that have not progressed

- Saw zero week-to-week improvement of the reps with Gap to Target and Stagnant Stage 1 Opportunities
- Worldwide Strong Coverage is 1.0X rolling into October

  - We will need to heavily rely on Upside funnel to cover any forecast slips
  - Focus on validating the Upside funnel & identifying key pull ins
  - The Channels org has begun reaching out to large Q2 deal partner owners to review the potential acceleration opportunities


## Close Highlights
- Models are converging as we enter the final month of the quarter
- A triangulation of the models would put us at ~$343.5M ISV with the VP call the lowest input
- IPM increased by $15M due to a strong finish to month 2 for Americas East ($+7M), EMEA (+$3M) positive progression on large deals and increasing the renewals forecast by $3M
- FP&A model is down $2M due to reductions in APAC and EMEA
- Broderson model diverges from IPM due to corrections of SFDC Forecast categories based on Stage and using 2 quarter averages instead of 4 quarter averages


## Physical War Room Highlights
- Tarp is off, the walls have been painted and furniture is in the space
- Whiteboard installed, TVs going up in the next week
- Privacy Wall installed the week of October 8th
- Official move-in date is October 15th


Thanks,

Pipeline War Room Team

                                                                                                          NTNX-0047412

# EXHIBIT 68

**To:** Matt Young[matt@nutanix.com]; Chris Kaddaras[chris.kaddaras@nutanix.com]; Sherry Lautenbach[sherry.lautenbach@nutanix.com]
**Cc:** Lou Attanasio[lou.attanasio@nutanix.com]; Rickie Goyal[rickie@nutanix.com]
**From:** Rodney Foreman[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C17E1DA80EA84970BA929361157DFB63-RODNEY.FORE]
**Sent:** Mon 10/29/2018 4:08:32 PM Pacific Daylight Time
**Subject:** RE: New Logo Pipeline for Q2

---

Matt,

Yes, I think we all agree on the targets being too aggressive.

Valid point on the sales cycle time. We have the pull ahead rebate we can extend to specific partners. Fortunately, one of the first ever rebates we introduced was for new logos.  We do need to tweak the rebate to ███████ to make it more effective.

I am very interested in our segmentation conversation as related to Core, Essentials and Enterprise.  There is a definite marketing need with a focused sales execution across the partner ecosystem. For example, we can offer when certain products are sold together more margin to our resellers – for BEAM target the GSIs to use as a consulting tool and then on-going visualization for the customer – for BUCKETS offer a deal to our OEM partners to sell with no deal reg.  These are just some ideas and examples of ways we can leverage the channel and target specific types of partners to sell more across the portfolio.  However, I am very confident that our partners could not even name all of our products – that is why specific product focus by partner type is important.  We should discuss and decide the channel RTM for products in the portfolio and call out days are just one of several initiatives we execute to go sell with specific partners.

Should be a great discussion next Monday!  -Rodney

Rodney Foreman
Vice President, Global Channel Sales
512.525.4359



---

**From:** Matt Young
**Sent:** Monday, October 29, 2018 5:05 PM
**To:** Chris Kaddaras <chris.kaddaras@nutanix.com>; Rodney Foreman <rodney.foreman@nutanix.com>; Sherry Lautenbach <sherry.lautenbach@nutanix.com>
**Cc:** Lou Attanasio <lou.attanasio@nutanix.com>; Rickie Goyal <rickie@nutanix.com>
**Subject:** Re: New Logo Pipeline for Q2

Rodney

First of all I agree with Chris on the new logos. The targets are so out of whack, they are not targets and therefore they do not get the focus they should because it gets put in the "too hard" bucket by many.

In terms of Q2, our average days to close a deal is 90 days. So anything we do to create new deals in Q2 won't close in Q2, so we need to create a program to pull in Q3 deals from our pipeline. This is our low hanging fruit. We should get marketing to create a program with the channel partners to go out and try to pull those Q3 deals into Q2. There is a lot of budget being flushed in the next 60 days and we have to jump on it and try to pull it in and get a piece of it. Throw a whitespace rebate and new logo rebate at it and try and pull it in. From the GSI front, most of these deals are bigger deals and longer sales cycles, so I think trying to accelerate these will be difficult.

In terms of call out days, I think our path of least resistance is to go after our installed based and update them with what we have now as products. I am certain the majority of our 11K customers do not know we have Files, Flow, Calm, PrismPro, etc....marketing should create a program to go after this as well. Again, there should be year end budget sitting there ready to be used and existing customers are much easier to sell to than new customers.

Matt

F. Matthew Young III
Senior Vice President, Asia Pacific & Japan
Nutanix, Inc.
www.nutanix.com
+1-805-300-3401



---

**From:** Chris Kaddaras <chris.kaddaras@nutanix.com>
**Date:** Monday, October 29, 2018 at 11:41 AM
**To:** Rodney Foreman <rodney.foreman@nutanix.com>, Sherry Lautenbach <sherry.lautenbach@nutanix.com>, Matt Young <matt@nutanix.com>
**Cc:** Lou Attanasio <lou.attanasio@nutanix.com>, Rickie Goyal <rickie@nutanix.com>
**Subject:** Re: New Logo Pipeline for Q2

CONFIDENTIAL

NTNX-0030868

Oh and forgot  - Lower the goal.

A goal that is not achievable ceases to be a goal.    (with the risk of sounding like Chopra    )

---

**From:** Chris Kaddaras <chris.kaddaras@nutanix.com>
**Date:** Monday, 29 October 2018 at 18:39
**To:** Rodney Foreman <rodney.foreman@nutanix.com>, Sherry Lautenbach <sherry.lautenbach@nutanix.com>, Matt Young <matt@nutanix.com>
**Cc:** Lou Attanasio <lou.attanasio@nutanix.com>, Rickie Goyal <rickie@nutanix.com>
**Subject:** Re: New Logo Pipeline for Q2

Thank you Rodney – my feedback in line below:

---

**From:** Rodney Foreman <rodney.foreman@nutanix.com>
**Date:** Monday, 29 October 2018 at 18:29
**To:** Sherry Lautenbach <sherry.lautenbach@nutanix.com>, Matt Young <matt@nutanix.com>, Chris Kaddaras <chris.kaddaras@nutanix.com>
**Cc:** Lou Attanasio <lou.attanasio@nutanix.com>, Rickie Goyal <rickie@nutanix.com>
**Subject:** New Logo Pipeline for Q2

Chris, Sherry, Matt,

I'd like to act now to boost new logo pipeline for Q2.  Here's how the theaters break down by pipe coverage in Q2;

| | |
|---|---|
| Americas | .56X |
| APAC | .71X |
| EMEA | .41X |

So, generally speaking Q2 doesn't look good.  I think there will be deals moving from Q1 into Q2 but we are a long way from 3x coverage.

I'd like your thoughts on several initiatives we can drive early in Q2 that can make a difference.

    1. Partners on Whitespace – an initiative working in the Americas that I'd like to crank up in EMEA and APAC to perform account mapping with top partners and set a goal to penetrate at least 30% of those accounts on the list where today we have no presence

Great – this should be part of the current Channel Manager strategy and anything we can do to share best practices and monitor performance would be great.

    2. Increase call out days -  join forces with Inside Sales  and reps to perform targeted call out days using targeted customer lists such as Splunk and AWS customers (BEAM) to drive new logos

Doing this already – we are at capacity with Inside Sales as our headcount has been frozen for the most part.

    3. Velocity – revise Velocity and relaunch with a focus on mid market friction free sales

I still need to see more business closing from this program before I would make any changes.

    4. New customer rebate – ███████████████████████████

I am on board with this – I think flat is good – helps the partner predict margin

    5. GSIs -  set a goal with our top 8 GSIs to win 10 new Enterprise customers in each region

Good idea – I think 10 per GSI may be a bit much – maybe double the output we are seeing on average.

Open to ideas and rolling up my sleeves to drive execution with marketing to achieve our Q2 goals on New Logos.   -Rodney

**Rodney Foreman**
Vice President, Global Channel Sales
512.525.4359



NTNX-0030869

# EXHIBIT 69

**To:** Lou Attanasio[lou.attanasio@nutanix.com]
**From:** Bill Broderson[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=12256E35B1824B8F89A87481A5CE13C5-BILL BRODER]
**Sent:** Sat 2/2/2019 7:09:35 AM Pacific Standard Time
**Subject:** FW: Thoughts on Q2 and prep for Q3
**Attachment:** East Enterprise Select Prior Quarter Root Cause Analysis.pptx

FYI

Thank You





**From:** David Gwyn <dgwyn@nutanix.com>
**Sent:** Saturday, February 2, 2019 8:02 AM
**To:** Tony Santini <tony.santini@nutanix.com>; Bill Broderson <bill.broderson@nutanix.com>
**Subject:** Fwd: Thoughts on Q2 and prep for Q3

Hey guys, I was reading this and thought you guys might be interested in reading my initial take on what happened last quarter in the east, as well as Paul Thelen's initial feedback in response.   I know it a little long, but you may find it interesting (if you've got nothing else to do with your Saturday).

One reason I thought I should send it to you is because of my mention of the need for the MEDDPIC fields in a highly visible (like jump off the page) location in Clari. There's a reason I gave "Above the Fold" its name (explained more in my email below)  - these are the single most important headlines about an opp. If the MEDDPIC fields are to replace Above the Fold, they have to be just as "in your face" as their predecessor.

Good seeing you both this week - onward into Q3 we go!

_____

Dave Gwyn
Vice President, Americas East & Latin America
+1 (301) 467-4001 (mobile)
dgwyn@nutanix.com | LinkedIn | Twitter: @dhgwyn
Nutanix in 2 Minutes | Top 10 Virtualization Killers | Nutanix

_____

**From:** Paul Thelen <paul.thelen@nutanix.com>
**Sent:** Saturday, February 2, 2019 9:46 AM
**To:** David Gwyn
**Cc:** Ray Greene; Mark Milow
**Subject:** RE: Thoughts on Q2 and prep for Q3

Dave,

Please see the attached PPT. The one good thing about Q2 for my team is we didn't suffer from "slipped" opportunities. In fact I think we did a fantastic job manufacturing compelling events to get close to the number and for us to get to 98% of my $11m stretch call. We were able to raise the call from a low of $9M in early January up to $11M by week 13. It doesn't erase the fact that we missed our number and that is not something we take lightly. Below are the answers to your questions:

In the body of the email to which you attach the Powerpoint, please provide me with this information re: your subregion:
   a. Pipeline gap (What multiple did you enter the quarter with?  What percent of quota did you hit for in quarter pipeline generation in Q2)?

   • We entered with 2X multiplier. We have made many quarters entering with 2.5x and walking into this quarter light and then losing $6M in ▮▮▮▮proved to be too much to overcome. I believe we finished around 60% of Q2 pipe generation. I believe a lot of that is because of the huge holiday gap. Most of our customers were absent from Thanksgiving until the 2nd week of January. We need to make up that gap over the next two quarters so we don't see impact in future quarters.

CONFIDENTIAL

NTNX-0011687

b. HC plan gap (Did you fill all of your open headcount in the quarter, or did some slip? If slipped, why?

- No HC/No Gap

c. Economic conditions (Do you feel that there were market/economic conditions that affected your outcome? What?)

- We know for a fact that we lost $1M of committed business from TIAA due to the market volatility. They didn't place the $1.5M December order due to the economic conditions. We pushed the $7M ███████ deal because they had $9M cut from the budget and now need a super in depth justification to spend that kind of money. I also think the holidays have a huge impact on our business. If we didn't lose 3 weeks for Thanksgiving and Xmas we would have hit our number. If would have afforded us enough time to pull the HCA VDI PO out among a few other deals.

d. Customer situations (Any specific customer situations worthy of documenting, that you feel contributed to your miss?)

- The Prism Central issues at ███████ slowed down some ordering. I don't think it had a tremendous impact but we could have booked another $300k.

e. Other thoughts/theories/ideas not mentioned in a through d above?

- Given the holidays and the market swings during the quarter it tightened up budgets in certain areas just enough to have an impact. That squeeze and loss of time cost us $1.8M+ in revenue (TIAA and HCA VDI), not to mention the $6M+ at ███████ who lost $9M in budget and now needs extra justification for a large purchase.

We plan to come out strong and have a good Q3.


Paul Thelen
703-309-4224

---

**From:** David Gwyn <dgwyn@nutanix.com>
**Sent:** Friday, February 1, 2019 9:49 PM
**To:** Paul Thelen <paul.thelen@nutanix.com>; Ray Greene <robert.greene@nutanix.com>; Andres Hurtado <ahurtado@nutanix.com>; Leandro Lopes <leandro.lopes@nutanix.com>; Kevin Gallagher <kevin.gallagher@nutanix.com>; Justin Walther <jw@nutanix.com>; Heidi West <heidi.west@nutanix.com>; Michael Pagonis <michael.pagonis@nutanix.com>; Christiana Damm <christi.damm@nutanix.com>; Eric Schuster <eric.schuster@nutanix.com>; Carl Boggis <carl.boggis@nutanix.com>; Alton Levesque <alton.levesque@nutanix.com>; Rick Schulman <rick@nutanix.com>; Derrick Ho <derrick@nutanix.com>; Fred Moscone <fred@nutanix.com>; Kris Pento <kris.pento@nutanix.com>
**Cc:** Mark Milow <mark.milow@nutanix.com>; Pam Sanders <pam.sanders@nutanix.com>; Matthew Valentine <matthew.valenti@nutanix.com>
**Subject:** Thoughts on Q2 and prep for Q3

Mon Team,

I guess there's truth to the saying "you can't win 'em all." After a heck of a run, we ran out of steam in Q2 FY19, delivering only 83% of quota for East LA. A year ago at this very time, I remember being very proud to report to my leadership that East LA had not only hit its number for Q2 FY18, but we had done so by having each of our 7 regions hit their quota. Interestingly, East LA missed yesterday, and each of our 7 regions missed their quota. So quite the opposite extreme of where we were sitting a year ago today. I wish we could therefore say "well if everyone missed, it must be a quota issue." That might hunt if we had seen growth in spite of missing. But unfortunately we dropped from delivering $50M in Q1 to delivering $42M in Q2. Not a quota issue.

I've had some time to reflect on what happened – but probably not enough time yet, and certainly we need to gather all of our thoughts on that topic, not just mine. Last Q2 we had a big ███████ buy in January – this Q2 we initially thought we would have another, but we learned in early December it wasn't going to happen until next quarter. That was a ~$6M hit which alone would have launched us into the mid-90's in terms of percentage of quota achieved this past quarter. But by no means was it the culprit – I view it more as a life vest that could have saved us from drowning – but it doesn't change the fact that we were, indeed, drowning.

So what do I personally think got us? The initial answer is pipeline, no doubt about it. But we've survived and thrived for a long time with lower pipeline-quota ratios than we wished we had. So what did we do in the past, that enabled us to survive on lower pipeline multiples whereas we didn't survive this quarter?

What does any company do when there isn't enough present quarter pipeline to hit quota targets? They borrow from future quarter pipeline. How does one borrow from future quarter pipeline? By creating compelling events in the present quarter, which enable the change of the close date from a date in that future quarter to a date in the present quarter. How does one create a compelling event that the customer didn't previously view as a compelling event? By manufacturing it. The dreaded discount that expires, or .Next passes that will be included, or Flexcredits or onsite resident, etc. "But only if you get the transaction done by this date."

IMO, we had gotten better and more diligent at "manufactured compelling events" in previous quarters, and this quarter we took our eye off that ball a little. Enough to cause a slip of $5M in bookings in the last week of the quarter. Was it because we didn't manufacture the compelling events? No. We did. We sounded that alarm early in the quarter and in many cases provided incentives tied to our timeline. Was it because our customers numb to manufactured compelling events because of not only our repeated use of them, but many other vendors' use of them as well – didn't react to them with the urgency that got the deals done by the end of the quarter? Yes. Our manufactured compelling events weren't taken seriously enough. Because if they had – if the Decision Makers at these accounts had truly seen and believe in the value of the incentive, and had they truly believed that those valued incentives were going to go away if they didn't get the orders done by yesterday, they wouldn't have let their transactions come down to the wire. We set dates that were too late, that allowed no room for error, and we didn't confirm with the Decision Makers that they understood that if the transaction didn't happen, the incentives vaporized.

When I say that I think we took our eye off the ball a bit, I think that specifically we backed off of our use of "Above the Fold" notes at the beginning of the notes field for each opportunity. At the beginning of the quarter, I said that we could/should start using the MEDDPIC fields in SFDC, so that we could get a little more structure to the info that had been free-form typed in the "Above the Fold" section. I'd been told that we would be able to view the MEDDPIC fields on the right-hand pane in Clari, and thought that the information would be just as 'in our face' (consumable) as the approach we'd taken with Above

CONFIDENTIAL

NTNX-0011688

the Fold. But that didn't happen. And each of you should probably ask yourselves – even if it had happened, had we been able to view those fields...was the information filled in for your opportunities? I venture that the answer would be no. Which would mean that we didn't have the data in either place, and as leaders we probably didn't spend enough time asking our teams "What is the compelling event? How much does the Decision Maker care about the compelling event? Have you sent two quotes, so that the Decision Maker understands that if he misses our date, he cannot execute against the first quote? Does the deadline on your compelling event have any room for error? Do we have a Champion who has embraced the urgency of the compelling event? What does our Champion gain personally if this transaction happens by that date? Or what does our Champion lose if it doesn't happen by that date?"

These questions illuminate whether our notoriously soft manufactured compelling event is super-soft or just soft. Or maybe, if we lucky, actually pretty solid. And helps drive decisions earlier in the quarter to say "This isn't enough. If we truly want this transaction by our target date, we've got to sweeten the incentives, or better convince the Decision Maker of the value of those incentives and that they truly will go away the day after our deadline."

I'm not saying that this is the culprit in every deal that slipped, but I do think that slipping millions of dollars from one quarter to the next on the last day of the quarter is a definite indicator that much of the above played a role. The Decision Makers and Champions weren't in a panic a week ago making sure that transactions were tee'd up so that they could take advantage of our incentives. Many of them made last ditch efforts yesterday when it was too late-but that was because they hadn't felt the same urgency a week earlier. Many opps are expected to close today (Friday the 1st) or Monday – I assume we can all agree that with only slightly earlier urgency those opps could have closed yesterday, or better yet, a few days before.

With all of the above in mind, I am taking us back to a focus on Above the Fold for every single opp, no exceptions. And BS answers won't be acceptable ("What's in it for your Champion?" "A simplified datacenter and increased agility." <vomit>). We have to know that we're not kidding ourselves about an expected Close Date – that there are others who view the Close Date with the same conviction that we do. In parallel I'll find out what happened to the notion of getting the MEDDPIC fields into Clari as I continue to view that as important – but we can't wait for it nor count on it.

I'd also like to hear opinions from you guys on what changed. What do you view as the culprits in your region? Note that culprit is pluralized, because there's no way we'll be so fortunate as to have a single thing that needs to be addressed. There will be many. Do you agree with me? Do you think the segmentation effort blew us up? Confusion with the new pricing model?

**Actions needed:**
1. In the attached Powerpoint slide, which was sent out by Tammy first thing this morning (please read her email below). In short, what are your observations, what was the root cause of what you saw, what action can we take to address it. As for Owner (of Action) fill it in if you know, and leave it blank if you don't. When complete, add the name of your subregion onto the front of the filename and send it back to me. I need it this weekend – ideally by midday Sunday (note Tammy's request of 4pm today – with my travel day I couldn't even get to this until I started typing this email 30 minutes ago).
2. In the body of the email to which you attach the Powerpoint, please provide me with this information re: your subregion:

   a. Pipeline gap (What multiple did you enter the quarter with? What percent of quota did you hit for in quarter pipeline generation in Q2)?
   b. HC plan gap (Did you fill all of your open headcount in the quarter, or did some slip? If slipped, why?)
   c. Economic conditions (Do you feel that there were market/economic conditions that affected your outcome? What?)
   d. Customer situations (Any specific customer situations worthy of documenting, that you feel contributed to your miss?)
   e. Other thoughts/theories/ideas not mentioned in a through d above?

As I've said to many of you in the past – we win or lose together. We've won together for many quarters in a row, and shouldn't be hanging our heads. We should find the value in the miss – namely that it's a wakeup call, that something's amiss and as leaders we have to identify and address it. I remain very proud to be the leader of East LA, and am proud to be teamed with each of you. Please take this seriously – rack your brain, think hard, and try to identify areas where we need work. We're doing to have a heck of a start on next quarter, and Bill Broderson (with whom I had dinner last night) said that his model's initial assessment for East LA is an excellent quarter ahead.

Thanks guys –

Dave

_____
Dave Gwyn
Vice President, Americas East & Latin America
+1 (301) 467-4001 (mobile)
dgwyn@nutanix.com | LinkedIn | Twitter@dhgwyn



**From:** Tammy Rogers <tammy.rogers@nutanix.com>
**Date:** Friday, February 1, 2019 at 7:57 AM
**To:** Anton Granic <anton@nutanix.com>, Chris Howard <choward@nutanix.com>, Dave Gwyn <dgwyn@nutanix.com>, Elaine Yee

CONFIDENTIAL                                                                                    NTNX-0011689

<elaine.yee@nutanix.com>, Keith Moran <keith.moran@nutanix.com>
**Cc:** Jill Christensen <jill.christensen@nutanix.com>, Lauri Capwell <lauri.capwell@nutanix.com>, Tracie Carbone <tracie.carbone@nutanix.com>, David Dustman <david.dustman@nutanix.com>, Sherry Lautenbach <sherry.lautenbach@nutanix.com>
**Subject:** 3Q Forecast Cadence Actions for week 1and Items due TODAY

Team- Thanks for your efforts in 2Q, we are now off and running for 3Q! Here are a few items that will be needed today and by Wednesday next week:

- 2Q Root Cause Analysis – What happened and why by region. A preliminary view is due today to Lou with more details due Wednesday

  - Include → Pipeline gap, HC plan gap, Economic conditions, Customer situations, others
  - Include 2Q Slips list (Field Sales Ops is pulling a file for prelim view)
  - Please use the template included for this submit
  - **Please send preliminary to Sherry and I by 4pm et today. Final thorough due Tuesday 5pm et to Sherry and I.**

- 3Q Forecast – Wk 1:  There is a global forecast call on Thursday 2/7 with Lou and team.

  - We will not have a forecast cadence call on Wednesday, next week due to GLX on 2/6
  - A "mail-in" will be used → meaning Clari needs updated with CM and CQ forecast, Worse Case, Best Case included as well.  Top 10 deals for the quarter should be properly updated in SFDC including close date and crisp, actional Next steps. I know quotas have not yet been distributed at the RD level, VP regions will be out today/Monday.  So this F/C is high level by region. → CLARI and SFDC updated **due by noon on Wednesday 2/6**
  - Where there are gap to plan for 3Q an preliminary action plan to close the gap should be sent to Sherry and myself by **noon on Wednesday 2/6**

Thanks team, any questions please let me or your field sales ops team know.
Tammy Rogers
Nutanix, Sales Operations Director, Americas
317-294-7196 Mobile



NTNX-0011690

# EXHIBIT 70

**To:** Lou Attanasio[lou.attanasio@nutanix.com]
**From:** Mike Masterson[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B3688E685E2940EFB17233DE5384EFA3-MIKE MASTER]
**Sent:** Sun 3/3/2019 8:57:41 PM Pacific Standard Time
**Subject:** Re: The Information Xchange - Special Edition - Q2 FY19 Earnings

Thanks Lou. Important to always have our priorities. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓

And yes. I will stay close to Sherry. She's very sharp, we share a common lens and I trust her very much.   I definitely see new opportunities to simplify our products into the field.

I'm very focused on the purpose I joined for, managing with daily focus and not letting org or market dynamics affect day to day operating motions.

You are a major reason I joined.   Thank you for noticing my extended leadership range.   These last 3 months I needed to immerse myself into Nutanix and integrate, learn and build. Every org scenario is different, but I've had a unique set of experiences leading this exact scenario -  Driving multiple products simultaneously into a stressed system.   The faster and tighter our integrated selling strategy and sales execution alignment happens , the faster customers see us with more value than HCI and sellers start to
shift their beliefs on what's possible.

Stand strong !  You know what it takes!  Most  here never experienced the transitions on what's expected in this stage.  Takes stamina, trust, connected leadership, accountability and smart strategic decisions.  Let's do what we know to do.

Mike

Mike Masterson
Nutanix Inc.
Senior Director, Global Sales
Calm: Application and Lifecycle Automation Solutions
+1-512-375-0890

Sent from my mobile

On Mar 3, 2019, at 9:11 PM, Lou Attanasio <lou.attanasio@nutanix.com> wrote:

> Mike, I couldn't agree with you more…  I understand why they are saying this, as you can imagine, there is a lot of finger pointing going on…  I am not surprised you picked up on this..   Do me a favor, keep close with Sherry… I told her that you are the guy to help lead the Founder's Team in the future…!!
>
> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>
> Lou Attanasio
> Chief Revenue Officer - EVP
> Cell (914) 588-4189   Office (669) 255-0441
> Nutanix, Inc. | 1740 Technology Drive, 1st Floor, San Jose, CA 95110
>
> <image002.png>
>
> ---
>
> **From:** Mike Masterson <mike.masterson@nutanix.com>
> **Sent:** Saturday, March 2, 2019 4:28 PM
> **To:** Lou Attanasio <lou.attanasio@nutanix.com>
> **Subject:** Fwd: The Information Xchange - Special Edition - Q2 FY19 Earnings
>
> Instead of saying we were short on pipeline we should say we underspent on marketing. Pipeline is a sales org term we use that customers don't care about.  Not how an IT buyer thinks.  My 2 cents.
>
> Language is so important.
>
> Mike Masterson
> Nutanix Inc.
> Senior Director, Global Sales
> Calm: Application and Lifecycle Automation Solutions
> +1-512-375-0890
>
> Sent from my mobile
> Begin forwarded message:
>
>> **From:** Sales Team <salesteam@nutanix.com>
>> **Date:** March 2, 2019 at 2:44:22 PM CST
>> **To:** mike.masterson@nutanix.com

CONFIDENTIAL

NTNX-0011325

**Subject: The Information Xchange - Special Edition - Q2 FY19 Earnings**
**Reply-To:** Sales Team <salesteam@nutanix.com>

.

# The Information Xchange

[nutanix.us.newsweaver.com]

Issue 102 | March 1, 2019

## Telling the Company Story - Q2 FY19 Earnings -

### NTNX Q219 Earnings Reactive Salesforce Talking Points

*FOR INTERNAL PURPOSES ONLY, NOT FOR DISSEMINATION OUTSIDE THE COMPANY*

### Telling the Company Story

Following our Q2 earnings on Thursday, we wanted to arm you with some talking points to help guide discussions with customers or partners who may have questions about our near-term outlook.

*Please note that these talking points are for your own internal use only, and should be a guide for you in your conversations with your customers--PLEASE DO NOT FORWARD.*

In addition to the talking points in response to the most pressing questions we believe customers will have for you in the coming days, we have also included below a snapshot of the feedback from investors on our earnings report. Please feel free to use these quotes as supporting points in your discussions with customers.

We encourage you to be fully briefed, reviewing all earnings-related materials and to listen to the earnings conference call (links included below). In addition, we have also set up an email alias at rapidresponse@nutanix.com for you to reach out with any customer questions or concerns that are not sufficiently addressed by the talking points below.

### Key links for reference:

- Earnings press release release [nutanix.us.newsweaver.com]
  - Analyst presentation [nutanix.us.newsweaver.com]
  - Earnings Call Replay [nutanix.us.newsweaver.com]
  - Earnings Infographic [nutanix.us.newsweaver.com]

### Talking Points:

### What happened?

- Our business grew in Q2 and its fundamentals remain very strong. As we drove this growth in Q2, we also recognized that we under-invested in pipeline generation.
  - The negative reaction to our earnings report is related to the impact these under-investments had on our guidance for the next quarter, which was lower than many had

CONFIDENTIAL

NTNX-0011326

expected.

- Starting in December, we began aggressively addressing this under-investment and have seen early indications of improvement.

**You've said your business is strong, but your stock is reacting negatively and my business relies on your platform. Should I be worried about the health of your business?**

- No. The fundamentals of our business remain strong. We are building our business for the long-term and plan to be your partner over the years to come. Our stock is reacting negatively in the short term to the challenges we identified and have already begun to address. Our long term growth story remains intact.

**The market has become more competitive recently. Is this issue related to increasing competitive pressure?**

- No. We examine our business closely and have determined that the issues we're facing are related to an under-investment in new business pipeline generation. As Dheeraj mentioned during our Q2 results call, our opportunity conversion and win rates remain steady. This is an internal business issue that we have already begun to address. We fully expect these changes to yield improving results.
- With regard to the overall competitive landscape, we view increasing competition positively. This company has proven time and time again that competition only makes us stronger, pushing us to build more innovative products and deliver excellent customer service.

**Highlights from Wall Street Analysts post-earnings:**

- Bank of America Merrill Lynch: *"Temporary hiccup in execution, longer term thesis intact."*

  - Goldman Sachs: *"Despite the near-term weakness, we remain positive on Nutanix's products and strategy and note that the company continues to make progress on its shift to software and subscription. Long-term thesis intact."*

  - Morgan Stanley: *"While the shortfall is a disappointment, we don't believe it reflects Nutanix's product portfolio or market positioning."*

- William Blair: *"We continue to be optimistic about Nutanix's long-term growth opportunity, as the company evolves from an HCI appliance vendor into a broader, software platform play, with offerings extending from storage to hypervisor to hybrid cloud."*

######

The information contained in this newsletter is to be treated as confidential and for employees only.

This email was sent to mike.masterson@nutanix.com from salesteam@nutanix.com

Receive in Plain Text [nutanix.us.newsweaver.com]

# EXHIBIT 71

**To:** Tonya Chin[tonya@nutanix.com]
**Cc:** 'sridhar.chandran@nutanix.com'[sridhar.chandran@nutanix.com]
**From:** Duston Williams[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0388A98C872D4A29B89673DC9F5AADD8-DUSTON WILL]
**Sent:** Mon 3/18/2019 11:21:31 AM Pacific Daylight Time
**Subject:** Q3

Slack not fulling working with wifi

Did Dheeraj mention anything to about message Q3 status?

Clearly we have some mixed signals.

Pipeline stuff for the last two weeks looking a bit better

But Clari is calling for a very low Q3 – Sales VPs at $332m – without the Clari outlier the quarter would be seen at coming within the guidance – the pipeline model looks "ok"

Sridhar and team is trying to figure out Clari.

Regardless the quarter won't be great and I'm a bit nervous getting in front of all investors on Wednesday and then another NDR Thursday with people probably assuming things are progressing nicely

If we did want to message something for Q3 it would be around the likes of

- Last time at earnings we mentioned we have seen some good signs at the top of the funnel regarding deals – some of this has flowed into meetings and now over the last two weeks opportunities (pipeline) has picked up
- Last week was a record number of opportunities created
- However most of this pipeline is being created for future quarters along with some current quarter pipeline moving out to Q4
- For the current quarter performance we are getting some mixed signals internally with one of our predictability tools
- We are only about half way through the quarter and we will continue to monitor the situation going forward

I did this too quickly and its not perfect but probably something along these lines.

There are some theories about clari but we don't want to go into that without a very good understanding – otherwise everyone is in the sausage factory.

Duston

CONFIDENTIAL

NTNX-0060847

# EXHIBIT 72

**To:** Bill Broderson[bill.broderson@nutanix.com]
**Cc:** Sherry Lautenbach[sherry.lautenbach@nutanix.com]; Lauri Capwell[lauri.capwell@nutanix.com]
**From:** Tammy Rogers[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6834EE92B0FC4F7AB4691B3ABE2BB536-TAMMY.ROGER]
**Sent:** Tue 4/17/2018 5:06:15 PM Pacific Standard Time
**Subject:** FW: Urgent PLEASE READ
**Attachment:** Americas close deals planned week ending 4 17 2018.xlsm

---

Bill- here is the daily update for the Americas- closed $884k today, deal list include

Thanks,

Tammy Rogers
Nutanix, Sales Productivity Director, Americas
317-294-7196 Mobile

---

**From:** Bill Broderson
**Sent:** Friday, April 13, 2018 11:31 PM
**To:** Ronnie Chen <ronnie.chen@nutanix.com>; Tammy Rogers <tammy.rogers@nutanix.com>; Sarah Belete <belete@nutanix.com>
**Subject:** Urgent PLEASE READ

Earlier Today Lou had a call with the Leadership of Nutanix and our Results Quarter To Date are putting our quarter at Risk if we do not take the appropriate action the next 2 weeks starting Monday...

I need each of you to provide me with a List of Deals that you Expect to Close this next week and an Update daily on progress.. I have to consolidate and send to the CFO, Lou and CEO so they have Zero Surprises. We had a slow month of March so every deal this next week is Critical. If I look in SFDC, I see $52M of opportunities in Commit/Strong Upside and Upside...That will not get us close enough to the number and leave too much for last 6 days of quarter. Please emphasize the importance to your teams....

I realize that this list is only as accurate as what is in SFDC...But it is the only database that we have to work with....

Each night send me all closes $100K or Greater in a summary sheet at the end of your day....
Thanks

Subject: Week of April 16th
Importance: High

Team, I can use your help...

As you know, as a TEAM, we are not calling plan for the qtr... Although, we still have the deals to get there.  I have not given up hope, and continue to have faith in each of you, and in your teams.    I need each of you to focus on a few things, as it has become even MORE important as we end the week.

1.      We ONLY have about 52M of deals slated to close the week of April 16th... We have about 130M more to close over the next 2 weeks..  We will NOT make our revenue number if we only do 52M next week... We will NOT be able to build all the systems that need to go out the door the last week of the qtr... it will NOT HAPPEN.
2.      We need to DOUBLE the revenue we close next week to 100M... Yes, DOUBLE what you have currently in the system.. This is for ALL GEO's.. I need each of your to work with your teams to consider next week, QUARTER CLOSE.. I cannot emphasize how important this is..   EVEN if we make our BOOKING targets, we can miss revenue...if we wait until the last week to close 85M of deals...  We cannot miss our REVENUE target
3.      I need each of you to PERSONALLY go through the deals to figure out which ones to move into next week..  I would ask you put together your OWN email to your leaders, asking for their help, and leadership to make this happen..  You don't need to give the numbers I have given you above, but, explain to them the importance of next week, and not being able to build everything the last week of the qtr..

I am counting on each of your to help get us there..... There is no question, we can do it... We need to execute....quickly, and with conviction.

Thanks for your help, and I am available the entire weekend to work on ANY deal that needs focus to get closed...

Thank You.....and have a great weekend..

Lou Attanasio
Chief Revenue Officer - EVP
Cell (914) 588-4189   Office (669) 255-0441
Nutanix, Inc. | 1740 Technology Drive, 1st Floor, San Jose, CA 95110

Thank You

---

CONFIDENTIAL                                                                     NTNX-0036183

William Broderson
Sr. Director Sales Productivity
770-815-4490

NUTANIX

CONFIDENTIAL

NTNX-0036184

# EXHIBIT 73

**To:** Julie Ostella[julie.ostella@nutanix.com]; Bill Broderson[bill.broderson@nutanix.com]
**From:** Lou Attanasio[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FE2145F16F46422591474C10B5FD4851-LOU.ATTANAS]
**Sent:** Mon 4/2/2018 8:55:06 PM Pacific Daylight Time
**Subject:** RE: Q3'18 Forecast Triangulation Update

You need to find out from Tammy WHY they are cleaning up the pipe, with one month left in the qtr...Also, why are we PROGRESSING deals....Why aren't we taking deals in upside, and putting them in Strong Upside, or commit... I keep hearing, we are going to get there, I am feeling less confident....

Lou Attanasio
Chief Revenue Officer - EVP
Cell (914) 588-4189   Office (669) 255-0441
Nutanix, Inc. | 1740 Technology Drive, 1st Floor, San Jose, CA 95110



**From:** Julie Ostella
**Sent:** Tuesday, March 27, 2018 7:50 AM
**To:** Lou Attanasio <lou.attanasio@nutanix.com>; Bill Broderson <bill.broderson@nutanix.com>
**Subject:** Re: Q3'18 Forecast Triangulation Update

Hi Lou – Yes... looks like the pipe dropped by $6.2M... most of it in Americas ($5.1M).  Biggest offenders are Central ($3.6M) and West ($2.6M)... followed by East ($1.2M).

EMEA dropped by $2.7M... APAC increased by $914K.

We will check with Tammy to find out what caused these drops.   Stay tuned.

| | Central | East | West | North | USA Public Sector | SLED | USA Federal | Americas | EMEA | APAC | Renewals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Goal | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Booked | $2,582,340 | $2,113,355 | $1,209,113 | $1,518,001 | $1,583,160 | $248,825 | $1,334,336 | $9,005,968 | $4,290,585 | $2,109,099 | $1,595,454 |
| Theater VP Call | $0 | $100,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $700,000 |
| SFDC SU | $1,744,881 | $547,019 | $1,001,249 | $410,398 | $1,244,381 | $476,469 | $767,912 | $4,947,927 | $1,795,348 | $3,962,593 | $1,309,793 |
| Internal Pipe Model | -$3,635,136 | -$1,192,325 | -$2,625,946 | $867,267 | $1,465,098 | -$31,684 | $1,496,781 | -$5,121,042 | -$2,725,254 | $914,057 | $700,000 |

~~~
Julie Ostella | Sr. Director, Global Sales Operations | Nutanix Inc.
julie.ostella@nutanix.com | +1.408.684.6223 Office | +1.650.208.5265 Mobile

**From:** Lou Attanasio <lou.attanasio@nutanix.com>
**Date:** Monday, March 26, 2018 at 10:42 PM
**To:** Bill Broderson <bill.broderson@nutanix.com>, Julie Ostella <julie.ostella@nutanix.com>
**Subject:** FW: Q3'18 Forecast Triangulation Update

Ok, we are headed in the wrong direction.... I want you to get to the Opp's teams, BEFORE our calls on Thursday, to find out what is going on.....WHY we are not making progress here....and WHY 2 models are saying we are not going in the right direction... The geo opp's teams need to feel the PRESSURE of what is going on....and help direct the sales team to step it up......

Lou Attanasio
Chief Revenue Officer - EVP
Cell (914) 588-4189   Office (669) 255-0441
Nutanix, Inc. | 1740 Technology Drive, 1st Floor, San Jose, CA 95110



**From:** Aditya Denduluri
**Sent:** Monday, March 26, 2018 10:35 PM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Inder Sidhu <inder.sidhu@nutanix.com>
**Cc:** Thevashen Naidu <thevashen.naidu@nutanix.com>; Rickie Goyal <rickie@nutanix.com>; Kenton Collins <kenton.collins@nutanix.com>; Julie Ostella <julie.ostella@nutanix.com>; Ajay Aggarwal <ajay@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>; Reprendra Chauhan <reprend.chauhan@nutanix.com>; Bill Broderson <bill.broderson@nutanix.com>
**Subject:** RE: Q3'18 Forecast Triangulation Update

All,

CONFIDENTIAL

NTNX-0010224

Please find attached the latest update.  The primary driver in the week over week decline in the projection from the internal pipeline model was pipeline pushed out of the quarter.

Aditya Denduluri | Director, Sales Analytics and Strategy | Nutanix Inc.
aditya.denduluri@nutanix.com | +1.408.684.7812 Office | +1.505.241.9486 Mobile

---

**From:** Thevashen Naidu
**Sent:** Tuesday, March 20, 2018 5:54 PM
**To:** Aditya Denduluri <aditya.denduluri@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Inder Sidhu <inder.sidhu@nutanix.com>
**Cc:** David Freeman <freeman@nutanix.com>; Rickie Goyal <rickie@nutanix.com>; Kenton Collins <kenton.collins@nutanix.com>; Julie Ostella <julie.ostella@nutanix.com>; Ajay Aggarwal <ajay@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>; Reprendra Chauhan <reprend.chauhan@nutanix.com>; Bill Broderson <bill.broderson@nutanix.com>
**Subject:** RE: Q3'18 Forecast Triangulation Update

Hi All,

The bookings projections were understated in the previous versions we sent out – please find attached the latest with the updated bookings numbers. Please note that ISV values have not changed.

Thanks,
Thevashen Naidu | Senior Manager, Sales Analytics | Nutanix Inc.
thevashen.naidu@nutanix.com | Office: 408-380-2694 | Mobile: 408-772-7512

---

**From:** Thevashen Naidu
**Sent:** Monday, March 19, 2018 4:15 PM
**To:** Aditya Denduluri <aditya.denduluri@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Inder Sidhu <inder.sidhu@nutanix.com>
**Cc:** David Freeman <freeman@nutanix.com>; Rickie Goyal <rickie@nutanix.com>; Kenton Collins <kenton.collins@nutanix.com>; Julie Ostella <julie.ostella@nutanix.com>; Ajay Aggarwal <ajay@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>; Reprendra Chauhan <reprend.chauhan@nutanix.com>; Bill Broderson <bill.broderson@nutanix.com>
**Subject:** RE: Q3'18 Forecast Triangulation Update

Hi All,

Please find attached the latest update.

Thanks,
Thevashen Naidu | Senior Manager, Sales Analytics | Nutanix Inc.
thevashen.naidu@nutanix.com | Office: 408-380-2694 | Mobile: 408-772-7512

---

**From:** Aditya Denduluri
**Sent:** Monday, March 12, 2018 8:31 PM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Inder Sidhu <inder.sidhu@nutanix.com>
**Cc:** David Freeman <freeman@nutanix.com>; Rickie Goyal <rickie@nutanix.com>; Kenton Collins <kenton.collins@nutanix.com>; Julie Ostella <julie.ostella@nutanix.com>; Ajay Aggarwal <ajay@nutanix.com>; Thevashen Naidu <thevashen.naidu@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>; Reprendra Chauhan <reprend.chauhan@nutanix.com>; Bill Broderson <bill.broderson@nutanix.com>
**Subject:** RE: Q3'18 Forecast Triangulation Update

All,

Please find attached the latest update.

Aditya Denduluri | Director, Sales Analytics and Strategy | Nutanix Inc.
aditya.denduluri@nutanix.com | +1.408.684.7812 Office | +1.505.241.9486 Mobile

---

**From:** Aditya Denduluri
**Sent:** Monday, March 5, 2018 7:29 PM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Inder Sidhu <inder.sidhu@nutanix.com>
**Cc:** David Freeman <freeman@nutanix.com>; Rickie Goyal <rickie@nutanix.com>; Kenton Collins <kenton.collins@nutanix.com>; Julie Ostella <julie.ostella@nutanix.com>; Ajay Aggarwal <ajay@nutanix.com>; Thevashen Naidu <thevashen.naidu@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>; Reprendra Chauhan <reprend.chauhan@nutanix.com>
**Subject:** RE: Q3'18 Forecast Triangulation Update

All,

Please find attached the latest update.

Aditya Denduluri | Director, Sales Analytics and Strategy | Nutanix Inc.
aditya.denduluri@nutanix.com | +1.408.684.7812 Office | +1.505.241.9486 Mobile

---

CONFIDENTIAL                                                                          NTNX-0010225

**From:** Aditya Denduluri
**Sent:** Monday, February 26, 2018 3:34 PM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Inder Sidhu <inder.sidhu@nutanix.com>
**Cc:** David Freeman <freeman@nutanix.com>; Rickie Goyal <rickie@nutanix.com>; Kenton Collins <kenton.collins@nutanix.com>; Julie Ostella <julie.ostella@nutanix.com>; Ajay Aggarwal <ajay@nutanix.com>; Thevashen Naidu <thevashen.naidu@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>; Reprendra Chauhan <reprend.chauhan@nutanix.com>
**Subject:** RE: Q3'18 Forecast Triangulation Update

All,

Please find attached the latest update.

Aditya Denduluri | Director, Sales Analytics and Strategy | Nutanix Inc.
aditya.denduluri@nutanix.com | +1.408.684.7812 Office | +1.505.241.9486 Mobile

---

**From:** Aditya Denduluri
**Sent:** Wednesday, February 21, 2018 4:20 PM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>
**Cc:** Duston Williams <duston.williams@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Inder Sidhu <inder.sidhu@nutanix.com>; David Freeman <freeman@nutanix.com>; Rickie Goyal <rickie@nutanix.com>; Kenton Collins <kenton.collins@nutanix.com>; Julie Ostella <julie.ostella@nutanix.com>; Thevashen Naidu <thevashen.naidu@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>; Reprendra Chauhan <reprend.chauhan@nutanix.com>
**Subject:** RE: Q3'18 Forecast Triangulation Update

Hi Dheeraj,

From the pipeline model, the global number grew by about 5% and for the VP call, it grew by about 20%.

Some of the factors that drove it included linearity, greater than expected bookings from new pipeline (created and closed in the same quarter), and higher levels of pulled-in deals.

Aditya Denduluri | Director, Sales Analytics and Strategy | Nutanix Inc.
aditya.denduluri@nutanix.com | +1.408.684.7812 Office | +1.505.241.9486 Mobile

---

**From:** Dheeraj Pandey
**Sent:** Wednesday, February 21, 2018 1:48 PM
**To:** Aditya Denduluri <aditya.denduluri@nutanix.com>
**Cc:** Duston Williams <duston.williams@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Inder Sidhu <inder.sidhu@nutanix.com>; David Freeman <freeman@nutanix.com>; Rickie Goyal <rickie@nutanix.com>; Kenton Collins <kenton.collins@nutanix.com>; Julie Ostella <julie.ostella@nutanix.com>; Thevashen Naidu <thevashen.naidu@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>; Reprendra Chauhan <reprend.chauhan@nutanix.com>
**Subject:** Re: Q3'18 Forecast Triangulation Update

Hi Aditya,

How did these numbers grow/converge from 3rd week to the 12th week in Q2? What factors played a role in that growth? Both your numbers and the VPs' numbers. It's one of those atypical quarters in which the VP numbers are very close to your numbers in week 3.

Thanks
Dheeraj

On Feb 21, 2018 at 4:12 AM, <Aditya Denduluri> wrote:

All,

Please find attached the first update for Q3'18.

Aditya Denduluri | Director, Sales Analytics and Strategy | Nutanix Inc.
aditya.denduluri@nutanix.com | +1.408.684.7812 Office | +1.505.241.9486 Mobile

---

**From:** Aditya Denduluri
**Sent:** Monday, January 22, 2018 6:46 PM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Inder Sidhu <inder.sidhu@nutanix.com>
**Cc:** David Freeman <freeman@nutanix.com>; Rickie Goyal <rickie@nutanix.com>; Kenton Collins <kenton.collins@nutanix.com>; Thevashen Naidu <thevashen.naidu@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>; Reprendra Chauhan <reprend.chauhan@nutanix.com>
**Subject:** RE: Q2'18 Forecast Triangulation Update

All,

Please find attached the latest update.

NTNX-0010226

Aditya Denduluri | Director, Sales Analytics and Strategy | Nutanix Inc.
aditya.denduluri@nutanix.com | +1.408.684.7812 Office | +1.505.241.9486 Mobile

---

**From:** Aditya Denduluri
**Sent:** Tuesday, January 16, 2018 11:00 AM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Inder Sidhu <inder.sidhu@nutanix.com>
**Cc:** David Freeman <freeman@nutanix.com>; Rickie Goyal <rickie@nutanix.com>; Kenton Collins <kenton.collins@nutanix.com>; Thevashen Naidu <thevashen.naidu@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>; Reprendra Chauhan <reprend.chauhan@nutanix.com>
**Subject:** RE: Q2'18 Forecast Triangulation Update

All,

Please find attached the latest update.

Aditya Denduluri | Director, Sales Analytics and Strategy | Nutanix Inc.
aditya.denduluri@nutanix.com | +1.408.684.7812 Office | +1.505.241.9486 Mobile

---

**From:** Aditya Denduluri
**Sent:** Monday, January 8, 2018 4:25 PM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Inder Sidhu <inder.sidhu@nutanix.com>
**Cc:** David Freeman <freeman@nutanix.com>; Rickie Goyal <rickie@nutanix.com>; Kenton Collins <kenton.collins@nutanix.com>; Thevashen Naidu <thevashen.naidu@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>; Reprendra Chauhan <reprend.chauhan@nutanix.com>
**Subject:** RE: Q2'18 Forecast Triangulation Update

All,

Please find attached the latest update.

Aditya Denduluri | Director, Sales Analytics and Strategy | Nutanix Inc.
aditya.denduluri@nutanix.com | +1.408.684.7812 Office | +1.505.241.9486 Mobile

---

**From:** Aditya Denduluri
**Sent:** Wednesday, January 3, 2018 8:54 PM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Inder Sidhu <inder.sidhu@nutanix.com>
**Cc:** David Freeman <freeman@nutanix.com>; Rickie Goyal <rickie@nutanix.com>; Kenton Collins <kenton.collins@nutanix.com>; Thevashen Naidu <thevashen.naidu@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>; Reprendra Chauhan <reprend.chauhan@nutanix.com>
**Subject:** RE: Q2'18 Forecast Triangulation Update

All,

Please find attached the latest update.

Aditya Denduluri | Director, Sales Analytics and Strategy | Nutanix Inc.
aditya.denduluri@nutanix.com | +1.408.684.7812 Office | +1.505.241.9486 Mobile

---

**From:** Aditya Denduluri
**Sent:** Monday, December 18, 2017 3:58 PM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Inder Sidhu <inder.sidhu@nutanix.com>
**Cc:** David Freeman <freeman@nutanix.com>; Rickie Goyal <rickie@nutanix.com>; Kenton Collins <kenton.collins@nutanix.com>; Thevashen Naidu <thevashen.naidu@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>; Reprendra Chauhan <reprend.chauhan@nutanix.com>
**Subject:** RE: Q2'18 Forecast Triangulation Update

All,

Please find attached the latest update.

There will not be an update distributed next week and for the week of 1/01/18, it will be sent later in the week.

Aditya Denduluri | Director, Sales Analytics and Strategy | Nutanix Inc.
aditya.denduluri@nutanix.com | +1.408.684.7812 Office | +1.505.241.9486 Mobile

---

**From:** Aditya Denduluri
**Sent:** Monday, December 11, 2017 4:46 PM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Inder Sidhu <inder.sidhu@nutanix.com>

CONFIDENTIAL

NTNX-0010227

**Cc:** David Freeman <freeman@nutanix.com>; Rickie Goyal <rickie@nutanix.com>; Kenton Collins <kenton.collins@nutanix.com>; Thevashen Naidu <thevashen.naidu@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>
**Subject:** RE: Q2'18 Forecast Triangulation Update

All,

Please find attached the latest update.

Aditya Denduluri | Director, Sales Analytics and Strategy | Nutanix Inc.
aditya.denduluri@nutanix.com | +1.408.684.7812 Office | +1.505.241.9486 Mobile

---

**From:** Aditya Denduluri
**Sent:** Monday, December 4, 2017 11:03 PM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Inder Sidhu <inder.sidhu@nutanix.com>
**Cc:** David Freeman <freeman@nutanix.com>; Rickie Goyal <rickie@nutanix.com>; Kenton Collins <kenton.collins@nutanix.com>; Thevashen Naidu <thevashen.naidu@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>
**Subject:** RE: Q2'18 Forecast Triangulation Update

All,

Please find attached the latest update.

Aditya Denduluri | Director, Sales Analytics and Strategy | Nutanix Inc.
aditya.denduluri@nutanix.com | +1.408.684.7812 Office | +1.505.241.9486 Mobile

---

**From:** Aditya Denduluri
**Sent:** Tuesday, November 28, 2017 10:32 AM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Inder Sidhu <inder.sidhu@nutanix.com>
**Cc:** David Freeman <freeman@nutanix.com>; Rickie Goyal <rickie@nutanix.com>; Kenton Collins <kenton.collins@nutanix.com>; Thevashen Naidu <thevashen.naidu@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>
**Subject:** Re: Q2'18 Forecast Triangulation Update

All,

Please find attached the latest update.

Aditya Denduluri | Director, Sales Analytics and Strategy | Nutanix Inc.
aditya.denduluri@nutanix.com | +1.408.684.7812 Office | +1.505.241.9486 Mobile

---

**From:** Aditya Denduluri
**Sent:** Tuesday, November 21, 2017 8:47 AM
**To:** Duston Williams <duston.williams@nutanix.com>; Rickie Goyal <rickie@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Inder Sidhu <inder.sidhu@nutanix.com>
**Cc:** David Freeman <freeman@nutanix.com>; Kenton Collins <kenton.collins@nutanix.com>; Thevashen Naidu <thevashen.naidu@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>
**Subject:** RE: Update on Q2'18 Forecast Triangulation

Hi Duston,

I echo Rickie's comments below.

To add to this, the proportion of bookings coming from new pipe (combining pipe created and closed in the quarter along what's pulled in from future quarters) versus existing pipe for our internal model is in line with historical proportions on a closed won basis.

I think the best compare recently to Q2'18 for what is generally considered a seasonally strong quarter is Q4'17. Based on the VP call at this point in the quarter (which as Rickie said is still early) in Q4'17, our final land was about 20% higher, which would imply a land in the range ~$370M range for Q2'18. At this point in Q4'17, we saw us land about 10% higher than what both the internal model and Clari were projecting.

Since the model uses a continual four quarter lookback, it does somewhat self-adjust based on more recent behavior of the various pieces of our pipeline (win rates, new pipe creation, pull-in, etc.) all at the sub-region level.

Aditya Denduluri | Director, Sales Analytics and Strategy | Nutanix Inc.
aditya.denduluri@nutanix.com | +1.408.684.7812 Office | +1.505.241.9486 Mobile

---

**From:** Rickie Goyal
**Sent:** Tuesday, November 21, 2017 8:41 AM
**To:** Duston Williams <duston.williams@nutanix.com>; Aditya Denduluri <aditya.denduluri@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Inder Sidhu <inder.sidhu@nutanix.com>
**Cc:** David Freeman <freeman@nutanix.com>; Kenton Collins <kenton.collins@nutanix.com>; Thevashen Naidu <thevashen.naidu@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>
**Subject:** Re: Update on Q2'18 Forecast Triangulation

CONFIDENTIAL

NTNX-0010228

Hi Duston,

We typically do not get a VP call until the end of month 1 / beginning of month 2.

They are being conservative right now and they also don't have full visibility into what will materialize and close in the current FQ.

Most of these calls are based off of the pipe that they entered the quarter with.

You will see the gap start to close as soon as we close out this month.

Thanks,

Rickie Goyal | Vice President of WW Sales Operations | Nutanix Inc.
rickie@nutanix.com | +1.408.560.2620 Office | +1.312.451.6903 Mobile

---

**From:** Duston Williams
**Sent:** Tuesday, November 21, 2017 8:27:39 AM
**To:** Aditya Denduluri; Dheeraj Pandey; Lou Attanasio; Inder Sidhu
**Cc:** David Freeman; Rickie Goyal; Kenton Collins; Thevashen Naidu; Sridhar Chandran; Rukmini Sivaraman
**Subject:** RE: Update on Q2'18 Forecast Triangulation

Thank you.

I don't recall such a massive difference in prior quarters between the VP call and the internal and Clari or Aviso models. Do you have any known explanation for this wide range?

It would be helpful to see, maybe for the last 5-6 quarters, how the VP call and internal and Clari or Aviso models trended vs the actual outcome for the quarter.

Duston

---

**From:** Aditya Denduluri
**Sent:** Tuesday, November 21, 2017 8:16 AM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>; Duston Williams <duston.williams@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Inder Sidhu <inder.sidhu@nutanix.com>
**Cc:** David Freeman <freeman@nutanix.com>; Rickie Goyal <rickie@nutanix.com>; Kenton Collins <kenton.collins@nutanix.com>; Thevashen Naidu <thevashen.naidu@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>
**Subject:** RE: Update on Q2'18 Forecast Triangulation

All,

Please find attached the first update for Q2'18.  The projections are preMITF.

Regards,

Aditya Denduluri | Director, Sales Analytics and Strategy | Nutanix Inc.
aditya.denduluri@nutanix.com | +1.408.684.7812 Office | +1.505.241.9486 Mobile

---

**From:** Aditya Denduluri
**Sent:** Thursday, November 16, 2017 3:14 PM
**To:** Duston Williams <duston.williams@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Inder Sidhu <inder.sidhu@nutanix.com>
**Cc:** David Freeman <freeman@nutanix.com>; Rickie Goyal <rickie@nutanix.com>; Kenton Collins <kenton.collins@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>; Thevashen Naidu <thevashen.naidu@nutanix.com>
**Subject:** RE: Update on Q2'18 Forecast Triangulation

Hi Duston,

We're hoping to provide this by next Monday night since we'll be running another update of the model using the weekly Monday morning snapshot.

CONFIDENTIAL                                                                                    NTNX-0010229

Regards,

Aditya Denduluri | Director, Sales Analytics and Strategy | Nutanix Inc.
aditya.denduluri@nutanix.com | +1.408.684.7812 Office | +1.505.241.9486 Mobile

---

**From:** Duston Williams
**Sent:** Thursday, November 16, 2017 3:10 PM
**To:** Aditya Denduluri <aditya.denduluri@nutanix.com>; Dheeraj Pandey <dheeraj@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Inder Sidhu <inder.sidhu@nutanix.com>
**Cc:** David Freeman <freeman@nutanix.com>; Rickie Goyal <rickie@nutanix.com>; Kenton Collins <kenton.collins@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>; Thevashen Naidu <thevashen.naidu@nutanix.com>
**Subject:** RE: Update on Q2'18 Forecast Triangulation

Aditya,

What day next week should we expect this?

We need to bottom out on an acceptable guidance range for Q2 and with this analysis providing another data point the sooner we have this piece the better.

Thanks.


Duston

---

**From:** Aditya Denduluri
**Sent:** Tuesday, November 14, 2017 2:05 PM
**To:** Dheeraj Pandey <dheeraj@nutanix.com>; Lou Attanasio <lou.attanasio@nutanix.com>; Inder Sidhu <inder.sidhu@nutanix.com>; Duston Williams <duston.williams@nutanix.com>
**Cc:** David Freeman <freeman@nutanix.com>; Rickie Goyal <rickie@nutanix.com>; Kenton Collins <kenton.collins@nutanix.com>; Sridhar Chandran <sridhar.chandran@nutanix.com>; Rukmini Sivaraman <rukmini.sivaraman@nutanix.com>; Thevashen Naidu <thevashen.naidu@nutanix.com>
**Subject:** Update on Q2'18 Forecast Triangulation

All,

I wanted to let you know that we're still seeing a lot of movement in the pipeline.  We've done the first update of our internal pipeline model for the quarter and the projection for some of the regions seems unrealistically high, so we plan to start distributing the file starting next week.

We historically have not published until Week 3.  Please let me know if you have any questions.

Regards,

Aditya Denduluri | Director, Sales Analytics and Strategy | Nutanix Inc.
aditya.denduluri@nutanix.com | +1.408.684.7812 Office | +1.505.241.9486 Mobile

《 ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░ 》

CONFIDENTIAL                                                                 NTNX-0010230

# EXHIBIT 74

**To:** Duston Williams[duston.williams@nutanix.com]
**From:** Slack[no-reply@slack.com]
**Sent:** Sun 3/10/2019 1:17:15 PM Pacific Daylight Time
**Subject:** [Slack] Notifications from the OneNutanix workspace for March 10th, 2019 at 1:17 PM

[slack.com]

Hi duston,

You have a new mention from the **OneNutanix** workspace

(nutanix.slack.com [nutanix.slack.com]).

---

**mpdm-ben.gibson--dpandey--sunil--tonyachin--duston--chris.kaddaras-1 [nutanix.slack.com]** View in the archives [nutanix.slack.com]

[nutanix.slack.com]

**ben.gibson [nutanix.slack.com]** 1:13 PM, March 10th [nutanix.slack.com]
Hi folks -- I've been thinking a lot about Investor Day, and particularly the question that will be posed to each of us -- why didn't you see our pipeline issues coming sooner? I think centering on solely the lack of DG spend/anticipated productivity improvement in DG + lack of rep hiring won't pass the credibility test. Based on the vast majority of the analyst coverage, the perceived blame went quickly past DG spend and leading w sales execution, competitiveness, spread too thin. IMHO I saw the narrative drift away from our messaging, because it "wasn't enough". We touched on sales execution lightly during the earnings call (and perhaps more deeply in the callbacks, but I wasn't privy). I think sales execution, specifically Americas sales execution issues, should be one of three equal causes, combined with lack of DG investment and sales hiring.

If I'm asked why I didn't see our pipeline issues coming, here's how I respond, unrehearsed nor discussed with the team (until now) here:

1. We were encouraged by steady DG spend productivity improvements across FY18, combined with steady sales force hiring across the same time period.
2. We hoped to see this continue into FY19. Given the nature of DG spend and Enterprise B2B lead flow, we don't see yields in terms of new opportunities established for 1-2 quarters following spend. As we moved into Q2, it became clear that our overall pipeline generation engine across sales and marketing (fueled by DG spend) was not yielding as anticipated. Why?
a. While our up-funnel DG productivity was yielding relatively strong lead flow to spend, we were not seeing as strong of down funnel progression through sales in critical sectors of our Americas theater (absolutely the case in West, and to a slightly lesser degree, North)
b. Our sales execution across Americas, particularly related to segmentation and hiring, created a headwind that stalled our DG productivity gains seen in FY18
c. As our DG efforts moved toward new business pipeline expansion in FY19, which by nature is less efficient/more expensive/longer conversion cycles, we required deeper investment.

When I think and write this out, I'm clearly putting greater emphasis on Americas sales execution than we did at earnings call. The one change between earnings call and now is the news on Lou and Sherry, combined with Chris' new role. So I believe there needs to be an expanded narrative there. Based on how the analyst takes did (or didn't) echo back after the call, I believe a more thoughtful discussion of sales execution (fueled by not enough by DG spend) will give us the best chance on retaining credibility, and keeping things in our control from a remedy standpoint.

My 2 cents, based on reflecting on the past 1.5 weeks. I don't think leading w DG and going deep on DG metrics, conversion rates (which will go down to some degree with higher volume and more new biz) will serve us well. Credibility question (we are enterprise B2B, not consumer/SaaS) ... and creates new measuring sticks that I don't believe we should expose.

CONFIDENTIAL                                                                      NTNX-0061015

Snooze these notifications for: an hour [nutanix.slack.com], eight hours [nutanix.slack.com], a day [nutanix.slack.com], three days [nutanix.slack.com], or the next week [nutanix.slack.com]. Or, turn email notifications off [nutanix.slack.com]. For more detailed preferences, see your account page [nutanix.slack.com].

Made by Slack Technologies, Inc [slack.com]  ·  Our Blog [slackhq.com]

Slack Technologies, Inc. · 500 Howard Street · San Francisco, CA 94105 · United States

CONFIDENTIAL

NTNX-0061016

# EXHIBIT 75

# Produced in Native

CONFIDENTIAL

NTNX-0069690



# FY'19 Pipeline Targets

# FY'19 Overall Bookings and Pipeline Targets



Current spending levels and efficiency metrics leave us with a significant pipeline gap

$1.75B Bookings Target → $6.225B Pipeline Creation Target

Estimated FY'19 DG Spend: $115M → $5.3B Pipeline Creation Estimate

~$1B Pipeline Gap

2

# FY'19 Overall Bookings and Pipeline Targets



The gaps exist in every quarter...

|  | Q'19 | Q2'19 | Q3'19 | Q4'19 | Total |
|---|---|---|---|---|---|
| Bookings Target* | $367.5M | $420M | $437.5M | $525M | $1,750M |
| Pipeline Target | $1,307M | $1,494M | $1,556M | $1,867M | $6,225M |
| DG Spend | $21.9M | $28.8M | $28.8M | $36.2M | $115.5M |
| Pipe Creation Estimate | $999M | $1,317M | $1,317M | $1,656M | $5,290M |
| *Gap* | *$307M* | *$176M* | *$238M* | *$211M* | *$933M* |

*Bookings Target does not include renewal revenue

3

# FY'19 Overall Bookings and Pipeline Targets



## ....unless each functional group improves the efficiency of their spend

**Functional Targets**

**Pipeline Enablement and Accountability**

$6.225B Pipeline Creation Target

**Sales (56%): $3.486B**

- **Progression and hygiene improvement**
- **$250k pipe created per week mandate**
- **Forecasting enhancements**

**Channel (20%): $1.245B**

- **Velocity**
- **Xpand**
- **Xtribe for Partners**

**Marketing (24%): $1.494B**

- **Key plays**
- **Account-based insights**
- **GTM 2.0 and Cloud**

4

# Pipeline Assessment: Yesterday, Today and Tomorrow





**Forecast Accuracy Concerns**

**Pipeline Hygiene Issues**

**22 Sales Stages**

**Inconsistent SFDC utilization @ Theater, Region, Rep, and Deal level**

## PAST



**Increased Monthly & Quarterly Progression Cadence**

**Weekly Opportunity Tracking & Improving Hygiene Trends**

**13 Sales Stages**

**Focus on Pipeline Creation, Progression and New Logos**

## PRESENT





**Velocity, New Logo & Increased Channel Campaigns**

**Progression Targets @ Rep & Deal Level**

**G2K & GAM Focused Penetration Initiative**

**Inside Sales Program Deal Validation , Acceleration & optimization**

## FUTURE



5

# Present Pipeline Integrated Efforts










## Progression

**Week to Week Forecast** category comparisons by deal and Region

**Movement of** opportunities through stages

**Progression Vs. Decline:** Is the pipeline moving in the right direction?

**Velocity:** rate of pipeline growth

**Quantity:** are the reps progressing enough pipeline to hit their target

**Headlights for Sales Leaders:** Reporting how much of your pipeline moved, where it moved to, and how much of it

## KPI's

**Target Coverage:** broken down by strength of pipe (strong vs. weak), region, rep

**Health** :Created weighting system color coded to show ability to attain against target

**Opportunity Variance:** How much did your key ops change by and when?

**Forecast Impact:** How does this effect your overall number/ ability to hit target?

**Granular: Split by** Region, Forecast Category, Drilled down to a rep level

## Sales Cadence

**Driving a formulaic forecast call process** -increase the accuracy of the overall forecast -create calculated steps -Identify &  prepare for roadblocks to success

Review Projections
Top Deals
Confidence Levels
Roadblocks
Deal Level Updates

Inter-Departmental Collaboration
Sales
Marketing
Inside Sales
Channel
Legal
HR/Recruiting
Services
GAM
Deal Desk

## Pipeline Management

**Restructure & Redefine** Forecast Categories and Sales Stages

**Create efficiencies to** prevent unnecessary pre-builds

**Increased Accountability**

**Rep level  Analytics to** identify Gaps to target

**Aging of Opportunities to** assist with Forecast Accuracy

**Deal Level Stagnation Analytics affecting** progression

## Forecast Triangulation

**Weekly SFDC  Yield Analysis  by Region within GEO for Headlights**

**Reconciliation and Comparison with Aditya metrics to insure collaborative view**

**We forecast based on historical yield by Forecast category and time element**

## Rep Performance

**Historical Attainment** Performance ranking allows managers to identify underperforming reps and create actionable plans to course correct

**Progression Analysis** How does a typical rep's earning potential progress through their career at Nutanix?

**Rep Success:** What are the key factors that determine a reps success?

**Rep Behavior:** Leveraging Best of Breed so we change to ensure each rep is maximizing their potential?

# Future Pipeline Related Focus



**Inside Sales Initiative:**
- Improving our use of Inside sales to help with New logos, Deal Progression, and Leveraging the Channel
- What growth areas will yield the highest return on investment?
- Insuring the Structure, Talent and process is Optimal!

**New Business Initiative:**
- At what point in the sales process are most new business leads dying?
- How do we Improve New Logo Close Rates
- Incentivize the field to Focus on New Logos and Opportunities with Greatest Yield Potential

**Territory /Account Coverage**
- Account Level Planning
- Rep Level Account Analysis
- Are reps Targeting the most valuable accounts?
- How do we increase coverage efficiency?
- Identify Large G2K accounts that reps must cover?
- Which Countries are we under-serving?

**Create / Define Optimal Sales Motion:**
- Forecast Categories
- Opportunity Age
- Sales Stage time to Progress
- Appropriate Pipeline Coverage
- Pipeline Create Targets
- Pipeline Progression Targets

7

# Channel Velocity



## Channel Velocity program is designed to drive pipeline and time to value

*Modernize Your Data Center*

✓ Frictionless selling at volume for the Commercial market

✓ Pre-configured HCI Bundles

✓ Easy to quote and order

✓ Freedom campaign assets for channel demand generation



8

# Key Plays




| **FREEDOM TO BUILD** *Engage IT buyers* | **FREEDOM TO RUN** *Engage App buyers* | **FREEDOM TO CLOUD** *Engage IT buyers* |
|---|---|---|
| Modernize Your Datacenter | Virtual Apps and Desktops in an Instant | Multi-Cloud Automation |
| Unlock Built-In Virtualization | Simplify & Scale SAP Landscapes | Protect Your Apps in Cloud |
| Consolidate Storage Services | Deliver High-Performing Apps & DBs | Multi-Cloud Cost Optimization |
| Secure your Applications | Big Data Analytics: Pilot to Production | |
| Automate App Management | | |

Net New Account

Net New & Install Base Account

Install Base Account

# Investment and Expected Results by Theater



|  |  | BUILD | RUN | CLOUD |
|---|---|---|---|---|
| AMS | Investment | 55% | 30% | 15% |
| | Pipeline Goal | $640M | $182M | $91M |
| EMEA | Investment | 65% | 25% | 10% |
| | Pipeline Goal | $230M | $66M | $33M |
| APJ | Investment | 65% | 20% | 15% |
| | Pipeline Goal | $178M | $55M | $25M |

# FY'19 Americas Demand Generation Calendar



| Program Type | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| Events | .NEXT on Tour, VMWorld, MS Ignite, Oracle (DB), Dell EMC Forums | AWS Re-invent, Gartner Data Center, DevOps, KubeCon | HIMSS, IBM Think, Dell Technology World | .NEXT Conf, Citrix Synergy, SAP, DevOps, DockerCon |
| Build | DC Modernization; Unlock Your Virtualization — Consol. Storage / Automation / Security | | | |
| Run | Virtual Apps & Desktops (Citrix/Vmware); Business Critical Apps/DB; SAP; AppDev/Object Storage | | | |
| Cloud | | Multi-Cloud Cost Optimization (Beam) | Protect Apps in Cloud (XI DR) | |
| Vertical | Public Sector; Healthcare/FSI | | Retail | |
| Channel To | Partner Tours (Enablement); Build Campaign Training – XPAND/Bootcamps; OnMyTerms – Lite to Channel | | Run Campaign Training - XPAND/Bootcamps | |

# FY'19 EMEA Demand Generation Calendar



| Program Type | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| Events | SAP Tech Ed<br>CXO Events | .NEXT London / VMWorld<br><br>EBC on Tour | .NEXT On Tour<br>EBC on Tour | AWS Summits |
| Build | DC Modernization | | | |
| | Unlock Your Virtualization | | | |
| Run | Virtual Apps & Desktops (Citrix/Vmware) | | | |
| | | Business Critical Apps/DB | | |
| Cloud | Multi-Cloud Cost Optimization (Beam) | | | |
| | | Multi Cloud Automation | | |
| Vertical | Public Sector / Healthcare | | | |
| | FSI | | | |
| | | | Retail / Manufacturing | |
| Channel To | Partner Tours (Enablement) | | | |
| | Build Campaign Training – XPAND/Bootcamps | | Run Campaign Training - XPAND/Bootcamps | |
| | | OnMyTerms – Lite to Channel | | |

# FY'19 APAC Demand Generation Calendar



| Program Type | Q1 (Aug – Oct) | Q2 (Nov – Jan) | Q3 (Feb – Apr) | Q4 (May – Jul) |
|---|---|---|---|---|
| Events | ★ .NEXT on Tour  ★ Industry events / Webinars | | ★ IDC/Gartner | ★ Industry events / Webinars |
|  | ★ CxO  ★ Alliance: Google/Citrix | ★ Channel–led | ★ Channel–led | ★ Channel–led |
| Build | 1) Datacenter Modernization (HCI)  2) Unlock Your Virtualization (AHV) | | | |
| Run |  | 3) Virtual Apps & Desktops (Citrix/Vmware)  4) High Performance Biz Critical Apps/DB | | |
| Cloud | 5) Multi–Cloud Cost Optimization (Beam)  6) Multi–cloud Management (Calm) [2H] | | | |
| Vertical |  | FSI  Healthcare; SP & Public Sector | | |
| Channel To | ★ APJ PES/PAC | | ★ Regional Events | ★ Regional Events |
|  | Velocity / Partner Xtribe / Xpand / | | | |