# EXHIBIT C

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
KENNETH J. BLACK (291871)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
kennyb@rgrdlaw.com
          – and –
JAMES E. BARZ
FRANK A. RICHTER
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  312/674-4674
312/674-4676 (fax)
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

LEVI & KORSINSKY, LLP
SHANNON L. HOPKINS
GREGORY M. POTREPKA
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone:  203/992-4523
212/363-7171 (fax)
shopkins@zlk.com
gpotrepka@zlk.com

*Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re NUTANIX, INC. SECURITIES LITIGATION | Case No. 3:19-cv-01651-WHO<br>Case No. 3:21-cv-04080-WHO |
| | CLASS ACTION |
| JOHN P. NORTON, ON BEHALF OF THE NORTON FAMILY LIVING TRUST UAD 11/15/2002, Individually and On Behalf of All Others Similarly Situated,<br><br>                   Plaintiff,<br><br>   vs.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>                   Defendants. | DECLARATION OF JOHN P. NORTON, ON BEHALF OF THE NORTON FAMILY LIVING TRUST UAD 11/15/2002 |

I, John P. Norton, on Behalf of the Norton Family Living Trust UAD 11/14/2002, declare as follows:

1. I am lead plaintiff and a class member in the action captioned *John P. Norton, on Behalf of the Norton Family Trust UAD v. Nutanix Inc., et al.*, No. 3:21-cv-04080-WHO (N.D. Cal.) ("*Norton* Action" or the "Litigation").

2. I respectfully submit this declaration in support of: (a) the plaintiffs' motion for final approval of the $71,000,000 settlement (the "Settlement") made and entered into, on the one hand, by and between lead plaintiff California Ironworkers Field Pension Trust ("California Ironworkers") and named plaintiff City of Miami Fire Fighters' and Police Officers' Retirement Trust ("City of Miami") in the action captioned *In re Nutanix, Inc. Sec. Litig.*, No. 3:19-cv-01651-WHO (N.D. Cal.) ("*Nutanix* Action"), and myself in the *Norton* Action (collectively with California Ironworkers and City of Miami, "Plaintiffs"), on behalf of ourselves and similarly situated Class Members, and, on the other hand, Defendants Nutanix, Inc., Dheeraj Pandey and Duston M. Williams; and (b) Robbins Geller Rudman & Dowd LLP's and Levi & Korsinsky, LLP's (collectively, "Lead Counsel") motion for an award of attorneys' fees and expenses.

3. I understand that the Private Securities Litigation Reform Act of 1995 requires the appointment of a lead plaintiff to manage and direct securities fraud class actions. In moving to be appointed lead plaintiff in the *Norton* Action, I understood my fiduciary duty to serve the interests of Class Members by supervising the management and prosecution of the Litigation as necessary. I have vigorously prosecuted this case on behalf of the Class for over two years. Ultimately, Plaintiffs agreed to settle the case only after balancing the risks of a trial and appeal, if we prevailed, against the immediate benefit of a $71,000,000 all cash recovery.

4. During the two years since joining the *Norton* Action, I have, among other things: (a) conferred with counsel on the overall strategy for prosecuting the *Norton* Action; (b) reviewed significant pleadings and motion papers filed in the *Norton* Action; (c) met with counsel and reviewed periodic reports from counsel concerning the progress of the *Norton* Action; (d) collected documents to be produced in discovery; and (e) communicated with counsel regarding settlement negotiations and documentation.

DECLARATION OF JOHN P. NORTON                                                                 - 1 -

## I.    I ENDORSE THE COURT'S APPROVAL OF THE SETTLEMENT

5.    After seriously considering the grounds for the settlement, as well as the risks and uncertainties associated with continued litigation, including trial and appeal (if Plaintiffs prevailed), I authorized Lead Counsel to settle the Litigation for $71,000,000. Based on my involvement during the prosecution and resolution of the *Norton* Action, I believe that the Settlement represents a recovery that would not have been possible without the diligent efforts of counsel. In agreeing to the Settlement, I considered the real possibility that my remaining claims may not ultimately succeed, or that a jury could significantly limit the Class's damages. I also understood that even if Plaintiffs prevailed at trial, Defendants would likely appeal that decision and that the appeal process would, at a minimum, substantially delay any recovery by the Class. Weighing these substantial risks against the immediacy and noteworthy amount of the recovery, I believe that the $71,000,000 Settlement is an excellent result for the Class, and that its approval is in the best interest of each Class Member.

## II.    I SUPPORT LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES

6.    Recognizing that any determination of fees and expenses is ultimately left to the Court, I endorse Lead Counsel's request for a 30% attorneys' fee award plus expenses incurred by Lead Counsel in litigating this case. I believe that Lead Counsel's request is fair and reasonable in light of the extensive, high-quality work they performed on behalf of Plaintiffs and the Class.

7.    I have evaluated Lead Counsel's fee request by considering, among other things: the amount and quality of work performed; the recovery obtained for the Class, which would not have been possible without the tremendous efforts of Lead Counsel; the complexities, challenges, and novel legal arguments that counsel faced and overcame; and the customary fees in similar cases. I further believe that the litigation expenses requested by Lead Counsel are reasonable and represent costs and expenses necessary for the prosecution and resolution of this complex securities Litigation. Based on the foregoing, and consistent with its obligation to obtain the best result at the most efficient cost on behalf of the Class, I support Lead Counsel's motion for attorneys' fees and litigation expenses.

DECLARATION OF JOHN P. NORTON    - 2 -

## III.    CONCLUSION

8.    I was closely involved in the prosecution and settlement of the claims in the *Norton* Action and respectfully request that the Court grant final approval of the Settlement and Lead Counsel's application for attorneys' fees and litigation expenses.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3th day of August, 2023, at Brush Prairie, Washington.

_____
JOHN P. NORTON

DECLARATION OF JOHN P. NORTON                                                          - 3 -