**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES**</u>

| **Date:** October 4, 2023 | **Time:** 7 minutes 1:55 p.m. to 2:02 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 19-cv-01651-WHO 21-cv-0408-WHO | **Case Name:** Scheller v. Nutanix, Inc. Norton v. Nutanix | |

**Attorneys for Plaintiffs:**    Ted Pintar, Gregory M. Potrepka, and Stephen Astley
**Attorney for Defendant:**    Evan L. Seite

**Deputy Clerk:** Jean Davis                **Court Reporter:** Stephen Franklin

**PROCEEDINGS**

Final fairness hearing conducted via videoconference. The Court asks plaintiff counsel about administration costs, procedures concerning verifying claims, and the lodestar calculations. The Court approves the proposed class rep payment for the Ironworkers and directs a hold back of 20% for Post-Distribution Accounting. The Court finds that the settlement is fair, reasonable and adequate and anticipates entering final orders approving the settlement upon receipt of plaintiffs' supplemental declaration on the lodestar.