ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
KENNETH J. BLACK (291871)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
kennyb@rgrdlaw.com
        – and –
JAMES E. BARZ
FRANK A. RICHTER
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  312/674-4674
312/674-4676 (fax)
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re NUTANIX, INC. SECURITIES LITIGATION | ) ) ) |
| | ) |
| JOHN P. NORTON, ON BEHALF OF THE NORTON FAMILY LIVING TRUST UAD 11/15/2002, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS, | ) ) ) |
| Defendants. | ) ) ) |

Case No. 3:19-cv-01651-WHO
Case No. 3:21-cv-04080-WHO

CLASS ACTION

SUPPLEMENTAL DECLARATION OF STEPHEN R. ASTLEY FILED ON BEHALF OF ROBBINS GELLER RUDMAN & DOWD LLP IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES

I, STEPHEN R. ASTLEY, declare as follows:

1.    I am a member of the firm of Robbins Geller Rudman & Dowd LLP ("Robbins Geller").  I am submitting this supplemental declaration at the Court's request and in further support of application for an award of attorneys' fees, expenses and charges in connection with services rendered in the above-entitled actions.

2.    Robbins Geller is counsel of record for Lead Plaintiff California Ironworkers Field Pension Trust ("California Ironworkers") and Lead Counsel in *In re Nutanix, Inc. Securities Litigation*, No. 3:19-cv-01651-WHO (N.D. Cal.).

3.    Robbins Geller spent 106.5 hours seeking the appointment of California Ironworkers as Lead Plaintiff, as reflected in Exhibit B, column 6 to the Declaration of Stephen R. Astley Filed on Behalf of Robbins Geller Rudman & Dowd LLP in Support of Application for Award of Attorneys' Fees and Expenses filed on August 30, 2023, ECF 318-1.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 5th day of October, 2023, at Boca Raton, Florida.

s/ Stephen R. Astley
STEPHEN R. ASTLEY

SUPPLEMENTAL DECLARATION OF STEPHEN R. ASTLEY FILED ON BEHALF OF ROBBINS GELLER RUDMAN & DOWD LLP IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES - Case Nos. 3:19-cv-01651-WHO; 3:21-cv-04080-WHO        - 1 -