LEVI & KORSINSKY, LLP
ADAM M. APTON (SBN 316506)
ADAM C. MCCALL (SBN 302130)
75 Broadway, Suite 200
San Francisco, CA  94111
Telephone:  415/373-1671
415/484-1294 (fax)
aapton@zlk.com
amccall@zlk.com
        -and-
SHANNON L. HOPKINS
  (admitted *pro hac vice*)
GREGORY M. POTREPKA
(admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT  06905
Telephone:  203/992-4523
212/363-7171 (fax)
shopkins@zlk.com
gpotrepka@zlk.com

*Counsel for Lead Plaintiff John P.
Norton, on behalf of the Norton Family
Living Trust UAD 11/15/2002, and
Additional Counsel for Plaintiff City of
Miami Fire Fighters' and Police Officers'
Retirement Trust*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re NUTANIX, INC. SECURITIES LITIGATION | Case No. 3:19-cv-01651-WHO<br>Case No. 3:21-cv-04080-WHO |
| | <u>CLASS ACTION</u> |
| JOHN P. NORTON, ON BEHALF OF THE NORTON FAMILY LIVING TRUST UAD 11/15/2002, Individually and On Behalf of All Others Similarly Situated, | DECLARATION OF GREGORY M. POTREPKA FILED ON BEHALF OF LEVI & KORSINSKY, LLP IN FURTHER SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES |
| Plaintiff, | |
| vs. | |
| NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS, | |
| Defendants. | |

DECLARATION OF GREGORY M. POTREPKA FILED ON BEHALF OF LEVI & KORSINSKY, LLP IN FURTHER SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES - Case Nos. 3:19-cv-01651-WHO; 3:21-cv-04080-WHO

- 1 -

I, GREGORY M. POTREPKA, declare as follows:

1.      I am a partner with the firm of Levi & Korsinsky, LLP ("Levi & Korsinsky"). I am submitting this supplemental declaration at the Court's request and in further support of Lead Counsel's application for an award of attorneys' fees, expenses and charges in connection with services rendered in the above-entitled actions.

2.      Levi & Korsinsky is counsel of record for Lead Plaintiff John P. Norton, on behalf of the Norton Family Living Trust UAD 11/15/2002 ("Norton") and Lead Counsel in *Norton v. Nutanix, Inc., et al.*, No. 3:21-cv-04080-WHO (N.D. Cal.) (the "*Norton* Action"), and additional counsel for City of Miami Fire Fighters' and Police Officers' Retirement Trust in *In re Nutanix, Inc. Securities Litigation*, No. 3:19-cv-01651-WHO (N.D. Cal. (the "*Nutanix* Action").

3.      Levi & Korsinsky spent 502.10 hours in connection with three lead plaintiff applications (*see Nutanix* Action ECF Nos. 22, 177; *Norton* Action ECF No. 16), as reflected in Exhibit B, column 3 to the Declaration of Shannon L. Hopkins Filed on Behalf of Levi & Korsinsky, LLP in Support of Application for Award of Attorneys' Fees and Expenses filed on August 30, 2023, *Nutanix* Action ECF No. 318-2. Specifically, Levi & Korsinsky spent 490.35 hours on lead plaintiff applications in the *Nutanix* Action, which resulted in lodestar of $350,608.75, and it spent 11.75 hours on the lead plaintiff application in the *Norton* Action, which resulted in lodestar of $9,893.75.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of October, 2023, at Stamford, Connecticut.

/s/ *Gregory M. Potrepka*
Gregory M. Potrepka

DECLARATION OF GREGORY M. POTREPKA FILED ON BEHALF OF LEVI & KORSINSKY, LLP IN FURTHER SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES - Case Nos. 3:19-cv-01651-WHO; 3:21-cv-04080-WHO