UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NUTANIX INC. SECURITIES LITIGATION | Case No.  19-cv-01651-WHO |
| | Case No.  21-cv-04080-WHO |
| Norton, *et al*. | |
| Plaintiffs | **FINAL APPROVAL ORDER AND ORDER AWARDING FEES AND COSTS** |
| vs. | |
| NUTANIX, INC., *et al*. | Re: Dkt. Nos. 317, 318 |
| Defendants | |

Judgment is hereby entered in accordance with the Final Approval Order and Order Awarding Fees And Costs.

**IT IS SO ORDERED.**

Dated: October 10, 2023



William H. Orrick
United States District Judge