UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re NUTANIX, INC. SECURITIES LITIGATION | Case No. 3:19-cv-01651-WHO<br>Case No. 3:21-cv-04080-WHO |
| | CLASS ACTION |
| JOHN P. NORTON, ON BEHALF OF THE NORTON FAMILY LIVING TRUST UAD 11/15/2002, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,<br><br>Defendants. | [PROPOSED] ORDER ON POST-DISTRIBUTION ACCOUNTING AND RELEASING FEE HOLDBACK |

This Court has reviewed Class Counsel's Post-Distribution Accounting filed pursuant to the United States District Court for the Northern District of California's Procedural Guidance for Class Action Settlements, the Court's October 6, 2023 Final Approval Order and Order Awarding Fees and Costs (ECF 326, ¶¶24-26), and the December 4, 2024 Clerk's Notice (ECF 333). The Court finds that all requirements as to all distributions of the Net Settlement Fund have been met.

THEREFORE, IT IS HEREBY ORDERED as follows:

1.      Class Counsel may be paid the remaining 20% of the attorneys' fees granted, and interest earned thereon. *See* ECF 326, ¶25.

2.      Any residual funds remaining in the escrow account, after all taxes and final administrative costs are paid, shall be paid to Council of Institutional Investors.[1]

IT IS SO ORDERED.

DATED:  February 26, 2026

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

---

[1]   While the Stipulation of Settlement (at ¶ 5.9) designates the Investor Protection Trust organization as the recipient of any *de minimis* remaining balance, that organization is no longer accepting donations. Class Counsel have therefore proposed the Council of Institutional Investors, which the Court hereby approves.

[PROPOSED] ORDER ON POST-DISTRIBUTION ACCOUNTING AND RELEASING FEE
HOLDBACK - 3:19-cv-01651-WHO; 3:21-cv-04080-WHO                                    - 1 -